**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

--------------------------------------------------------------------------x    **Ref. Docket Nos. 27504-27519**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                                        ) ss.:
COUNTY OF NEW YORK   )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the:

    a)  "Notice of Adjournment *sine die* of Fortieth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims," dated April 19, 2012 [Docket No. 27504], (the "40th NOA"),

    b)  "Notice of Adjournment *sine die* of Forty-First Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims," dated April 19, 2012 [Docket No. 27505], (the "41st NOA"),

    c)  "Notice of Adjournment *sine die* of Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) Solely as to Certain Claims," dated April 19, 2012 [Docket No. 27506], (the "42nd NOA"),

    d)  "Notice of Adjournment *sine die* of Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) Solely as to Certain Claims," dated April 19, 2012 [Docket No. 27507], (the "43rd NOA"),

    e)  "Notice of Adjournment *sine die* of Debtors' One Hundred Twenty-Second Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated April 19, 2012 [Docket No. 27508], (the "122nd NOA"),

f) "Notice of Adjournment *sine die* of One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims," dated April 19, 2012 [Docket No. 27509], (the "143rd NOA"),

g) "Notice of Adjournment of Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated April 19, 2012 [Docket No. 27510], (the "151st NOA"),

h) "Notice of Adjournment *sine die* of One Hundred Fifty-Eighth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims," dated April 19, 2012 [Docket No. 27511], (the "158th NOA"),

i) "Notice of Adjournment *sine die* of One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims)," dated April 19, 2012 [Docket No. 27512], (the "198th NOA"),

j) "Notice of Adjournment *sine die* of Debtors' One Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated April 19, 2012 [Docket No. 27513], (the "199th NOA"),

k) "Notice of Adjournment of Debtors' Two Hundredth Omnibus Objection to Claims (No Liability Claims)," dated April 19, 2012 [Docket No. 27514], (the "200th NOA"),

l) "Notice of Adjournment *sine die* of Two Hundred Twenty-Fourth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims," dated April 19, 2012 [Docket No. 27515], (the "224th NOA"),

m) "Notice of Adjournment *sine die* of Two Hundred Thirty-Eighth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims," dated April 19, 2012 [Docket No. 27516], (the "238th NOA"),

n) "Notice of Adjournment *sine die* of Two Hundred Fifty-Ninth Omnibus Objection to Claims (Late-Filed Claims) Solely as to Certain Claims," dated April 19, 2012 [Docket No. 27517], (the "259th NOA"),

o) "Notice of Adjournment of Debtors' Two Hundred Sixty-First Omnibus Objection to Claims (No Guarantee Claims)," dated April 19, 2012 [Docket No. 27518], (the "261st NOA"), and

p) "Notice of Adjournment *sine die* of Two Hundred Seventy-Fifth Omnibus Objection to Claims (Duplicative Claims) Solely as to Certain Claims," dated April 19, 2012 [Docket No. 27519], (the "275th NOA"),

by causing true and correct copies of the:

i. 40th NOA, 41st NOA, 42nd NOA, 43rd NOA, 122nd NOA, 143rd NOA, 151st NOA, 158th NOA, 198th NOA, 199th NOA, 200th NOA, 224th NOA, 238th NOA, 259th

NOA, 261st NOA, and 275th NOA, to be delivered via electronic mail to those parties listed on the annexed Exhibit A, on April 19, 2012,

ii.    40th NOA, 41st NOA, 42nd NOA, 43rd NOA, 122nd NOA, 143rd NOA, 151st NOA, 158th NOA, 198th NOA, 199th NOA, 200th NOA, 224th NOA, 238th NOA, 259th NOA, 261st NOA, and 275th NOA, to be delivered via facsimile to the party listed on the annexed Exhibit B, on April 19, 2012,

iii.    40th NOA, 41st NOA, 42nd NOA, 43rd NOA, 122nd NOA, 143rd NOA, 151st NOA, 158th NOA, 198th NOA, 199th NOA, 200th NOA, 224th NOA, 238th NOA, 259th NOA, 261st NOA, and 275th NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C, on April 19, 2012,

iv.    40th NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D, on April 20, 2012,

v.    41st NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E, on April 20, 2012,

vi.    42nd NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit F, on April 20, 2012,

vii.    43rd NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit G, on April 20, 2012,

viii.    122nd NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit H, on April 20, 2012,

ix.    143rd NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit I, on April 20, 2012,

x.    151st NOA, to be enclosed securely in separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit J, on April 20, 2012,

xi.    158th NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit K, on April 20, 2012,

xii.    198th NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit L, on April 19, 2012,

xiii.    199th NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit M, on April 19, 2012,

xiv.    200th NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit N, on April 19, 2012,

xv.    224th NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit O on April 19, 2012,

xvi.    238th NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit P, on April 19, 2012,

xvii.    259th NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit Q, on April 19, 2012,

xviii.    261st NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit R, on April 19, 2012, and

xix.    275th NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit S, on April 19, 2012.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Genevieve Uzamere
Genevieve Uzamere

Sworn to before me this
25th day of April, 2012
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agoldstein@tnsj-law.com

ahammer@freebornpeters.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

akornikova@lcbf.com

alum@ftportfolios.com

amarder@msek.com

amartin@sheppardmullin.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

anann@foley.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

araboy@cov.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com

ashmead@sewkis.com

asnow@ssbb.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bill.freeman@pillsburylaw.com

bkmail@prommis.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cdesiderio@nixonpeabody.com

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

chardman@klestadt.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

colea@gtlaw.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.crichlow@pillsburylaw.com

david.heller@lw.com

david.powlen@btlaw.com

david.seligman@kirkland.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

djoseph@stradley.com

dkleiner@velaw.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dowd.mary@arentfox.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dshemano@pwkllp.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

echang@steinlubin.com

ecohen@russell.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedumspring.com

egeekie@schiffhardin.com

eglas@mccarter.com

ehollander@whitecase.com

ekbergc@lanepowell.com

elevin@lowenstein.com

eli.mattioli@klgates.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

erin.mautner@bingham.com

eschaffer@reedsmith.com

eschwartz@contrariancapital.com

esmith@dl.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

feldsteinh@sullcrom.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

francois.janson@hklaw.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

geraci@thalergertler.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

gravert@ravertpllc.com

gspilsbury@jsslaw.com

guzzi@whitecase.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

icatto@mwe.com

igoldstein@dl.com

ilevee@lowenstein.com

info2@normandyhill.com

ira.herman@tklaw.com

isgreene@hhlaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jamie.nelson@dubaiic.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jdoran@haslaw.com

jdrucker@coleschotz.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffery.black@bingham.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@ag.state.mn.us

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.net

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jhuh@ffwplaw.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@btkmc.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jteitelbaum@tblawllp.com

jtimko@shutts.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com

lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com

michael.kim@kobrekim.com

michael.mccrory@btlaw.com

michael.reilly@bingham.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjacobs@pryorcashman.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmendez@hunton.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mpomerantz@julienandschlesinger.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

mschlesinger@julienandschlesinger.com

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

msiegel@brownrudnick.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

mvenditto@reedsmith.com

mwarren@mtb.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neilberger@teamtogut.com

newyork@sec.gov

nfurman@scottwoodcapital.com

nherman@morganlewis.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

oipress@travelers.com

otccorpactions@finra.org

paronzon@milbank.com

patrick.oh@freshfields.com

paul.turner@sutherland.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrain-gutierrez@kaplanlandau.com

ptrostle@jenner.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

rajohnson@akingump.com

ramona.neal@hp.com

ranjit.mather@bnymellon.com

raul.alcantar@ropesgray.com

rbeacher@pryorcashman.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfleischer@pryorcashman.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com

sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
steven@blbglaw.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.wilamowsky@bingham.com

streusand@streusandlandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

tgoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

thomas_noguerola@calpers.ca.gov

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

ukreppel@whitecase.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

yuwatoko@mofo.com

**EXHIBIT B**

| Name | Fax |
| --- | --- |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| BIRASCHI, PAOLA | FLAT 73 BRYANSTON COURT II GEORGE STREET LONDON, GT LON W1H 7HD UNITED KINGDOM |
| BROOKS, DAVID J | 22 BARTLETT DR MANHASSET NY 11030-2121 |
| CALIFORNIA DEPARTMENT OF WATER RESOURCES | ATTN: JAMES K. OPENSHAW, SENIOR STAFF COUNSEL CALIFORNIA ENERGY RESOURCES SCHEDULING PO BOX 219001 3310 EL CAMINO AVENUE, SUITE 120 SACRAMENTO CA 95821-9001 |
| CHAUNY, S.A. | RINCON 487-OF 601 MONTEVIDEO 110000 URUGUAY |
| COLON LOPEZ, ELIZABETH | 2 SOUTH END AVENUE, 7M NEW YORK NY 10280 |
| DE JESUS, NESTOR E | LA VILLA DE TORRIMAR REINA ANA STREET #163 GUAYNABO PR 00969 |
| DE NICOLA, MICHELA | B66 ALBION RIVERSIDE 8 HESTER ROAD LONDON SW11 4AP UNITED KINGDOM |
| DMUCHOWSKI, JOHN J | 86 WINCHESTER DRIVE EAST WINDSOR NJ 08520 |
| DMUCHOWSKI, JOHN J | OMAR-JOHN C. CHAVEZ WENDY L. MAGER SMITH STRATTON WISE HEHER & BRENNAN LLP 21 RESEARCH WAY PRINCETON NJ 08540 |
| FILBEE, SARAH M | 107 MAZE HILL GREENWICH LONDON SE108XQ UNITED KINGDOM |
| FOCHT, DEBORAH E | AKERMAN SENTERFITT LESLIE A. UTIGER, ESQ. (ATTORNEY ON BEHALF OF BNC MORTGAGE, INC.) 401 E, JACKSON STREET. SUITE 1700 TAMPA FL 33602 |
| FOCHT, DEBORAH E | 530 E LAUREL ROAD NOKOMIS FL 34275 |
| FRANZO, ROSEMARIE | 119 87TH STREET BROOKLYN NY 11209 |
| FRYER, KELLY | 49 MARITIME CLOSE KENT GREENHITHE DA9 9QW UNITED KINGDOM |
| GELB, JAY | 2 SEACOAST LANE SANDS POINT NY 11050 |
| HAHN-COLBERT, SANDRA M | 70 BEAVER BROOK RD HOLMES NY 12531 |
| HIGH LODGE CAPITAL LLC | C/O DARREN DAVY 17885 COLLINS AVE APT 4501 SUNNY ISLE BEACH FL 33160 |
| IRAGORRI, JULIAN | 800 5TH AVE-25C NEW YORK NY 10065-7289 |
| LEV ARI, TAL | FLAT 2 STRAFFAN LODGE 1-3 BELSIZE GROVE LONDON NW3 4XE UNITED KINGDOM |
| LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION | 433 METAIRIE ROAD, SUITE 600 METAIRIE LA 70005 |
| LYNCH, BRENDAN E. | 604 SCOTCH RD PENNINGTON NJ 08534 |
| MARSILIO, PAUL A. | 25-11 37TH STREET ASTORIA NY 11103 |
| MCCARTHY, BRIAN M. | 195 WALNUT LANE MANHASSET NY 11030 |
| MCCARTHY, LAWRENCE E | 635 W 42ND ST APT 30K NEW YORK NY 10036-2933 |
| MONAHAN, MARIA | 57 BAYSIDE LN STATEN ISLAND NY 103093908 |
| RAYNER, RUTH J. | LARCH HOUSE HECKFIELD GREEN HOXNE, EYE SUFFOLK IP21 5AA UNITED KINGDOM |
| RIVKIN, JACK L. | PO BOX 2249 AMAGANSETT NY 11930 |
| SCAVONE, JOSEPH | 229 CENTRAL AVENUE DEER PARK NY 11729 |
| SCAVONE, THERESA, FOR JOSEPH SCAVONE | 229 CENTRAL AVENUE DEER PARK NY 11729-5025 |
| SCELLATO, JAMES | 31 FIELD STREET STATEN ISLAND NY 10314 |
| SHEN, JIANSHENG JENSEN | 8502 HORNWOOD DR. HOUSTON TX 77036 |
| SUTTON, JULIAN R | 33 PINE GROVE BROOKMANS PARK HERTS AL9 7BP UNITED KINGDOM |
| TAYLOR, CHRISTOPHER C | 23220 PARK ENSENADA CALABASAS CA 91302 |
| TEMEL, TULUG T. | 18A BELSIZE SQUARE LONDON NW3 4HT UNITED KINGDOM |
| TENNANT, COLIN H | 43B BARNTON AVENUE EDINBURGH EH4 6JJ SCOTLAND |
| VENTURA COUNTY TAX COLLECTOR | ATTN: BANKRUPTCY 800 S VICTORIA AVE VENTURA CA 93009-1290 |
| VENTURA, GIORGIO | VIA MELCHIORRE GIOIA 53 MILANO 20124 ITALY |
| VEREKER, WILLIAM | 13 DAWSON PLACE LONDON W2 4TH UNITED KINGDOM |
| WESTLB AG | 250 GREENWICH ST FL 50 NEW YORK NY 10007-2111 |
| WESTLB AG | MARC C. ELLENBERG, ESQ. CADWALADER, WICKERSHAM & TAFT 1201 F STREET, N.W. WASHINGTON DC 20004 |
| WILKINSON, TIMOTHY B | CORNER COTTAGE PARSONAGE LANE ESSEX LITTLE BADDOW CHELMSFORD CM3 4SU UNITED KINGDOM |
| ZAKIAN, PAUL A. | 129 EAST 82ND STREET APT 10A NEW YORK NY 10028 |
| ZANCO, MARIO | VIA CONCORDIA 10 CUSANO MILANINO 20095 ITALY |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| **Claim Name** | **Address Information** |
| --- | --- |

**Total Creditor count  43**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| CHAN, LORI | 33-49 75TH STREET JACKSON HEIGHTS NY 11372 |
| DAVY, DARREN | 17885 COLLINS AVE APT 4501 SUNNY ISLE BEACH FL 33160 |
| DMUCHOWSKI, JOHN | 86 WINCHESTER DRIVE EAST WINDSOR NJ 08520 |
| DMUCHOWSKI, JOHN | OMAR-JOHN C. CHAVEZ WENDY L. MAGER SMITH STRATTON WISE HEHER & BRENNAN LLP 21 RESEARCH WAY PRINCETON NJ 08540 |
| HAHN-COLBERT, SANDRA | 70 BEAVER BROOK RD. HOLMES NY 12531 |
| HAHN-COLBERT, SANDRA M | 70 BEAVER BROOK RD. HOLMES NY 12531 |
| KING, HARRIET CHAN | 395 SOUTH 2ND STREET #1 BROOKLYN NY 11211 |
| REID, WAYNE D, II | 433 LANGLEY OAKS DRIVE MARIETTA GA 30067 |

**Total Creditor count  8**

**EXHIBIT F**

| Claim Name | Address Information |
| --- | --- |
| ABLEMEN & ASSOCIATES LTD | FLAT E, 3RD FLOOR, BLOCK B, NING YEUNG TERRACE 78 BONHAM ROAD HONG KONG CHINA |
| BURROW, MICHAEL | HOUSEBOAT MADDALENA 106 CHEYNE WALK LONDON SW10 0DG UNITED KINGDOM |
| CHAN SING CHEUNG &/OR SO WAI LAN | FT E 24/F BLK 1 PARK VIEW GDN 8 PIK TIN STREET SHATIN HONG KONG |
| CHAU KAM MAN & CHIANG WAI MAN VIVIAN | 17A HILLTOP 60 CLOUD VIEW ROAD NORTH POINT HONG KONG |
| CLEIJPOOL, G.J. & VAN DER SANDE, J.M. | TREVIERENLEI 18 SCHOTEN B-2900 BELGIUM |
| DE LA ROSA DIAZ, JOSE ANTONIO | CALLE JULIAN SANZ IBANEZ 44 4-C ZARAGOZA 50017 SPAIN |
| DE LOCHTENBERG BEHEER B.V. | T.A.V. DE HEER O. BARTELS OVERVELDSESTRAAT 2 PRINSENBEEK 4841 KX NETHERLANDS |
| EITO EITO, ANGELES | CALLE DOCTOR CERADA 14-16 ESE. 2, 6 ZARAGOZA 50005 SPAIN |
| F. CH. W. MEVISSEN B.V. | T.A.V. DE HEER F.C.W. MEVISSEN P/A HOEVENSTRAAT 1A ST.HUIBRECHTS-LILLE B-3910 BELGIUM |
| FOK YIM SHEUNG, FLORIA | 26 H BLOCK 13 YUET WU VILLA TUEN MUN HONG KONG |
| GONG CHENG HSIUNG | FLAT G, 31/F, TOWER 6 THE PACIFICA, 9 SHAM SHING ROAD CHEUNG SHA WAN KOWLOON HONG KONG |
| GONZALEZ ROQUET, MARIA | CALLE VERONICA 16 4 IZQ. ZARAGOZA 50001 SPAIN |
| GROOTENHUIS, J.B. | ROSTOCKLAAN 14 BUSSUM 1404 AG NETHERLANDS |
| HO KAM YUEN | FLAT B, 31 FLOOR TOWER 2, HORIZON PLACE 100 KWAI LUEN ROAD, NT HONG KONG HONG KONG |
| HO, CHU WAI YEE., DR | 8/F HUMPHREY PLAZA, 4 HUMPHREYS AVE TSIM SHA  TSUI KOWLOON HONG KONG |
| IE SHE HOEN & TAN TJIANG MOY | ROOM 1001, TUNG NING BUILDING 249-253 DES VOEUX ROAD CENTRAL HONG KONG |
| INTEGRALE CCA. | PLACE SAINT JOCQUES 11 BTE 101 LIEGE 4000 BELGIUM |
| JOSE RUIVO DRAGAO, JOAO | VILA DRAGAO ALDEIA CAMPO VILAMOURA QUARTEIRA 8125-417 PORTUGAL |
| JUVENTIS INTERNATIONAL LIMITED | LEVEL 13 1 QUEEN'S ROAD CENTRAL HONG KONG |
| KING SANG, LEUNG | FLAT/ROOM C 20/F BLOCK 5 CITY ONE SHATIN TAK KEI STREET SHATIN N.T. HONG KONG |
| LAFRANCE, HUGHES | 49 RUE JOSEPH GORIN KAIN-TOURNAI 7540 BELGIUM |
| LAFRANCE, MARTINE | 8, RUE DU PAVE DORMONT KAIN-TOURNAI 7540 BELGIUM |
| LAM YING CHOI & YEUNG SO FAN | 12B, BLOCK 1, FLORA GARDEN 7 CHUN FAI ROAD HONG KONG |
| LICERAS RUIZ, JOSE LUIS | C/MEMORIAL NUNEZ BLANCA NO. 9 GRANADA 18007 SPAIN |
| LIN CHAN, HING | SHUK YI LIU, IVY 3A BLOCK 32 GREENWOOD TERRACE 26-28 SUI WO ROAD FO TAN HONG KONG |
| LIN HSIEN HSIUNG &/LIN LAI CHAO YIN | &/LIN YU TANG &/LIN YU TING NO 58 KWANG MING ROAD TA CHIA TAICHUNG HSIEN 437 TAIWAN TAIWAN, PROVINCE OF CHINA |
| MEEUS LUDOVICUS | COLETTYNENHOF 16 BRUGGE 8000 BELGIUM |
| MEEUS-AELBRECHT, LUDOVICUS | COLETTIJNENHOF 16 BRUGGE 8000 BELGIUM |
| MEVROUW E.C. ROOTVELD EN | MEVROUW F.B.A.P. ROOTVELD GROENLOSEWEG 106 WINTERSWIJK 7104 GA NETHERLANDS |
| MEVROUW N.P.J. VAN LUIJK | MOLENDIJK 20 ROCKANJE 3235 XG NETHERLANDS |
| MOK SIU YUK, EMILY | 161 QUEEN'S ROAD EAST 2ND FLOOR WANCHAI HONG KONG |
| NG PUI SHAN VINCI | FLAT C 21/F BLOCK 11 CITY GARDEN NORTH POINT HONG KONG |
| NORDHAGEN, OVE | HAGAVEIN 17 LOKEN N-1960 NORWAY |
| PARDO CORDERO, EMILIO | CHEMIN D'ARBEILLAT (HARAS) 64490 ACCOUS ACCOUS 64490 FRANCE |
| PLENTYWEALTH INVESTMENT CO. LTD | ROOM 2206 22/F 118 CONNAUGHT ROADWEST HONG KONG HONG KONG |
| POLITT, HANS-DIETRICH | ZUR RAST 14 BADDECKENSTEDT 38271 GERMANY |
| POON YUK WAH | G/F, HOUSE B, 11-13 WILTSHIRE ROAD WILTSHIRE PLACE KOWLOON TONG HONG KONG |
| R.F.P. ROBYN B.V. | REF. J.J.C.M. WILLEMEN ROBYNDYK 179 ROOSENDAAL 4706 MG NETHERLANDS |
| ROOTVELD, H. | GROENLOSEWEG 106 WINTERSWIJK 7104 GA NETHERLANDS |
| SCHAEFER, EDITH | REBMANNSTR. 16 STUTTGART 70180 GERMANY |
| SCHOWALTER, CHRISTINA | MEDARTSHOF 1 MUTTERSTADT 67712 GERMANY |
| SCHRODER, INGRID | BRENTANOSTRASSE 12 BONN D-53113 GERMANY |
| SHRAM, MOSHE AND HANNA SHRAM | C/O DAN SHAKED, ESQ. SHAKED & POSNER 255 W. 36TH ST., FL 8 NEW YORK NY 10018 |
| SHRAM, MOSHE AND HANNA SHRAM | LAW OFFICES OF JONATHAN SCHWARTZ 4640 ADMIRALTY WAY SUITE 500 MARINA DEL REY CA 90292 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SIEPMANN & CIE GMBH & CO KG | JENISCHSTR. 35 HAMBURG 22609 GERMANY |
| STAHL, GABRIELE | MAIUPARKSTRASSE 11 MAINASCHAFF D-63814 GERMANY |
| STICHTING QUADRAAM | T.A.V. DE HEER DRS.IR. M.A. MITTELMEIJER RI. POSTBUS 7 DUIVEN 6920 AA NETHERLANDS |
| STRADMEIJER, A.E. | GRONINGERSTRAAT 187 DE PUNT 9493 PB NETHERLANDS |
| SUTER, CLAUDIA | MOSERHUGEL 2 BREMGARTEN AG 5620 SWITZERLAND |
| SUTER, CLAUDIA | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-5506 SWITZERLAND |
| TOP ADVANCE LIMITED | 31/F THE CENTER 99 QUEEN'S ROAD CENTRAL HONG KONG |
| TSUI, JOHN &/OR LEE HO YI LINDA | FLAT 4 3/F BLOCK B KING LAI COURT 36-38 COURT FUNG SHING ST NGAU CHI WAN HONG KONG |
| VAN MEURS-BERGSMA, HMA | GRENSLAAN 6 AERDENHOUT 2111 GH NETHERLANDS |
| WEB-PRO TECHNOLOGY LIMITED | P.O. BOX 188 PEJABAT POS MINI, CENTRAL PLAZA 88200 KOTA KINABALU SABAH MALAYSIA |
| WONG YEE WAN & POON KAI HUNG | FLAT E, 8/F, BLK 1 POK FU LAM GDNS POK FU LAM HONG KONG |
| WOUTERS, DANIELLE | STEENOVENSTRAAT 14 WESTMALLE 2390 BELGIUM |
| WRENTON MANAGEMENT LIMITED | 2ND FLOOR ABBOTT BUILDING P.O. BOX 933 ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH) |
| YAM CHAK HONG HENRY | FLAT A, 17/F, HIBISCUS COURT WORLD-WIDE GARDENS 7 LUNG PAK ST. SHATIN HONG KONG |
| YU CHUN KWAN | RM 808 8/F BLK H LUK YEUNG SUN CHUEN NEW TERRITORIES TSUEN WAN HONG KONG |

Total Creditor count  59

**EXHIBIT G**

| Claim Name | Address Information |
|------------|---------------------|
| ABLEMEN & ASSOCIATES LTD | FLAT E, 3RD FLOOR, BLOCK B, NING YEUNG TERRACE 78 BONHAM ROAD HONG KONG |
| AJF HOLDING B.V. | TER BORCHLAAN 43 GRONINGEN 9728 XA NETHERLANDS |
| AJF HOLDING B.V. | PLAS\|BOSSINADE ADVOCATEN ATTN: MR. S.N.S.M. MAK POSTBUS 1100 GRONINGEN 9701 BC THE NETHERLANDS |
| ANDERSEN, SAMUEL MAGNUS | LONALEITET 157 HAUKELAND 5268 NORWAY |
| AUGUSTO, CHIERICHETTI | VIA DELLA BIELLA, 6 CASTELLANZA (VA) 21053 ITALY |
| BAKKER, P.J. | POSTBUS 741 MAASTRICHT 6200 AS NETHERLANDS |
| BANI, THEOPHIL | ST. ULRICHWEG 15 STRENGELBACH 4802 SWITZERLAND |
| BIANCO, GRAZIELLA | VIA TANA BASSA, 30 MONTEGROSSO D'ASTI (AT) 14048 ITALY |
| BUGINI, HANS & BARBARA | MITTELDORFSTRASSE 5B HAUSEN AG 5212 SWITZERLAND |
| COCA VANO, FRANCISCO JOSE | C/MANUEL DEL VALLE, 16,5 DCHA MADRID 28043 SPAIN |
| DILISSEN, MARLEEN | ENGELSTRAAT 82 SINT-AMANDSBERG 9040 BELGIUM |
| EDIFICACIONES MARSOL, S.A. | C/ JUAN DE URBIETA 16 MADRID 28007 SPAIN |
| EIGENHEER, HEIDI | BRUNEGGERSTRASSE 11 MORIKEN AG 5103 SWITZERLAND |
| ERNSDORFO, KARL | C/O ROTTER RECHTSANWATTE LUISE-ULLRICH-STR. 2 GRUNWALD 82031 GERMANY |
| EUROMIX SICAV, SA | AVENIDA MADRID, 77-10-A LOGROFRO 26006 SPAIN |
| FABER, DOEKE C. | VIRULYPAD 27 LEYDEN 2316 ZS NETHERLANDS |
| FIEBIGER, HEINZ | CH DU ROUSSILLON 6 MEYRIN 1217 SWITZERLAND |
| FISCHLI, RUDOLF & MARIANNE | HOHENWEF 41A UNTERSIGGENTHAL 5417 SWITZERLAND |
| FISCHLI, RUDOLF & MARIANNE | HOHENWEG 41A UNTERSIGGENTHAL 5417 SWITZERLAND |
| FLACH-MEIER, REGULA | REBHALDENSTRASEE 58 GOSSAU ZH 8625 SWITZERLAND |
| FRIEDRICH, A.J. | TER BORCHLAAN 43 GRONINGEN 9728 XA NETHERLANDS |
| FRIEDRICH, A.J. | PLAS\|BOSSINADE ADVOCATEN ATTN: MR. S.N.S.M. MAK POSTBUS 1100 GRONINGEN 9701 BC THE NETHERLANDS |
| GLOOR, MAX | IM TROTTENACKER 4 BIBERSTEIN 5023 SWITZERLAND |
| GOSELE, HEINZ & DORIS | IM HUBEL 11 SURSEE 6210 SWITZERLAND |
| HE PING &/OR DING XIAFEN | NO 29 SHAN YANG LU TWO LUNG HUNG HOU DISTRICT SHANGHAI CHINA |
| HEINEMANN, A.A.M. | SEGBROEKLAAN 110 THE HAGUE 2565 DN NETHERLANDS |
| KALT, EDGAR | RIETEREWEG 6 BIRMENSTORF AG 5413 SWITZERLAND |
| KNOLLER, PETER UND MAVITTA | KURPFULFSTR. 10 MAXDORF 67133 GERMANY |
| KNUPP, WALTER & EDITH | GROSSACHERSTRASSE 27 OBERWIL-LIELI 8966 SWITZERLAND |
| KOK, ERIC | 54 JALAN BUKIT SEGAR 3 TAMAN SEGAR CHEARS KUALA LUMPUR 56100 MALAYSIA |
| KONIG, P.C. | WIJNKOOPSBAAI 98 CAPELLE A/D IJSSEL 2904BR NETHERLANDS |
| KUPAT HATAGMULIM SHEL OVDEY BANK LEUMI LTD | C/O GUY BACHAR & CO. LAW OFFICES & SULAMI LAVIE, LAW FIRM RUBINSTEIN HOUSE, 15TH FLOOR 20 LINCOLN STREET TELAVIV 67134 ISRAEL |
| LIMTONG MANUEL TAN&/OR LIMTONG EUSEBIO EDGARDO TAN | SERAFIN BORCES STREET MABOLO CEBU CITY PHILIPPINES |
| LIN WU CHUEH & SHIH SHU TSUN | NO 36 LANE 319 CHIN HUA RD TAICHUNG TAIWAN, PROVINCE OF CHINA |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: CHU, TAI-FANG & SHU MEI LIN ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| MARTINEZ LOPEZ, ENCARNACION | C/ JUAN DE URBIETA 16 MADRID 28007 SPAIN |
| MEYER-MEISTER, ADRIAN | MARTINSBERGSTR 12 BADEN 5400 SWITZERLAND |
| MOHINANI HASSOMAL BULCHAND&/ | OR MOHINANI RENU HARISH FLAT A 15/F WING ON COURT 24 HOMANTIN HILL ROAD KOWLOON HONG KONG |
| MOTLLO CARBO, ANTONIO | C/ LOS PENASCALES 46, 6-A MADRID 28028 SPAIN |
| MOTLLO MARTINEZ, ANTONIO | C/ SANTA MARIA MAGDALENA 19 MADRID 28016 SPAIN |
| NIESZNER, THOMAS & CORNELIA | BLEUMATTHALDE 10 GIPF-OVERFRICK 5073 SWITZERLAND |
| NIESZNER, THOMAS & CORNELIA | BLEUMATTHALDE 10 GIPF-OBERFRICK 5073 SWITZERLAND |
| REYMEN, EDMOND | K. DE PRETERLEI 42 BORGERHOUT 2140 BELGIUM |
| SCHENKER, RUDOLF & ERIKA | SALISTRASSE 1 DANIKEN SO 4658 SWITZERLAND |

| Claim Name | Address Information |
|---|---|
| SCHEURMANN, BEATRIX | ALLMENDWEG 3 SAFENWIL 5745 SWITZERLAND |
| SCHNOPP, MAX LUDWIG | HUMBELRAIN 14 SCHONENBERG ZH 8824 SWITZERLAND |
| SCHWARZ, MATTHIAS & BRIGITTA | OBSTEINENWEG 11 VILLIGEN 5234 SWITZERLAND |
| SPILT, J.C. | VALKEVEENSELAAN 2 A HUIZEN 1272 ND NETHERLANDS |
| STRADMEIJER, A.E. | GRONINGERSTRAAT 187 DE PUNT 9493 PB NETHERLANDS |
| STRAUSS-MUHLEMANN, PETER | VEILCHENSTRASSE 4 RINIKEN CH-5223 SWITZERLAND |
| TECTRON AG | FINANZBERATUNG HINTERMATTLISTR 5 MAGENWIL CH-55-6 SWITZERLAND |
| THAM YIU KWOK | RM 26A AMBER GARDEN 70-72 KENNEDY ROAD HONG KONG |
| VOGLER, KARL & ALICE | NUSSHALDENSTRASSE 33 DOTTINGEN 5312 SWITZERLAND |
| VORSORGESTIFTUNG DER M+P MENG UND PARTNER AG | TECTRON AG FINANZBERATUNG HINTERMATTLISTR 5 AARAU 5001 SWITZERLAND |
| VORSORGESTIFTUNG DER M+P MENG UND PARTNER AG | BRUGGERSTRASSE 21 BADEN 5400 SWITZERLAND |
| WELLINGER, CHRISTOPH | IM WYGARTLI 53 HOFSTETTEN SO 4114 SWITZERLAND |
| WERNLI, BEAT & MARIA | QUELLENWEG 1 VILLIGEN 5234 SWITZERLAND |
| WILLEMS, SIMONE | KREGLINGERSTRAAT 39 DEURNE (ANTWERPEN) B-2100 BELGIUM |
| WINIGER, ROMAN | GASSACKERSTRASSE 19 DIETIKON 8953 SWITZERLAND |
| WONG TAK KEUNG & LAM SAU LING | 8/F, 93D BROADWAY, MEI FOO SUN CHUEN KOWLOON HONG KONG |
| WOO SET WAH & CHUI FUNG MING SANDRA | 11D, LILY COURT 9 LUNG PAK ST WORLD-WIDE GARDENS SHATIN, NT HONG KONG |
| WOODTLY, URSULA & NICOLA MUMENTHALER | FISCHERWEG 54 OFTRINGEN CH-4665 SWITZERLAND |
| YIU YUEN ON PAUL | FLAT 7D WING ON COURT 24 HO MAN TIN HILL ROAD KOWLOON HONG KONG |

**Total Creditor count  63**

# EXHIBIT H

| Claim Name | Address Information |
|---|---|
| ARICA, HUGO G | 1 POLICE PLAZA NEW YORK NY 10038 |
| CARRASCO EDWARD | ONE POLICE PLAZA NEW YORK NY 10038 |
| DOMINICCI, SHAUN | ONE POLICE PLAZA NEW YORK NY 10038 |
| FOELLA, MICHAEL A | ONE POLICE PLAZA NEW YORK NY 10038 |
| HANLEY, TIMOTHY P | ONE POLICE PLAZA NEW YORK NY 10038 |
| MONTEGOMERY, CHRISTOPHER J. | PAID DETAIL UNIT ONE POLICE PLAZA NEW YORK NY 10038 |
| NADINE POPE | NYPD PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| PHILLIPS TANISHAE | 1 POLICE PLAZA NEW YORK NY 10038 |
| ROTHSTEIN, JONATHAN H. | 241 ADAMS ROAD HEWLETT HARBOR NY 11557 |
| SOGLUIZZO, MICHAEL | 1 POLICE PLAZA NEW YORK NY 10038 |
| YAKUBOV, NATHAN | ONE POLICE PLAZA NEW YORK NY 10038 |

**Total Creditor count  11**

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| ACM GLOBAL CREDIT - U.S. SUB-FUND | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ACM GLOBAL CREDIT - U.S. SUB-FUND | C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| AGOSTINI, EDWARD J. AND SYLVIA | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBLATT LLC 885  3RD AVE NEW YORK NY 10022 |
| AGOSTINI, EDWARD J. AND SYLVIA | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBALTT LLC 885  3RD AVE NEW YORK NY 10022 |
| AGOSTINI, EDWARD J. AND SYLVIA | JTWROS 6365 COLLINS AVE., APT. 3603 MIAMI BEACH FL 33143 |
| ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS(MASTER) | FIXED INCOME HIGH ALPHA PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE BERNSTEIN ALTERNATIVE INVESTMNTS (MASTER) - | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCE BERNSTEIN BOND FUND, INC. | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCE BERNSTEIN BOND FUND, INC. | ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - | ALLIANCE BERNSTEIN INTERMEDIATE DURATION BOND; PORTFOLIO. C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE BERNSTEIN VARIABLE PROD SERIES FUND INC. | ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE BERNSTEIN VARIABLE PRODUCTS | SERIES FUND INC. K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCEBERNSTEIN COLLECTIVE INVEST TRUST SERIES | ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE,1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN COLLECTIVE INVEST TRUST SERIES | ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE,1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT | TRUST SERIES K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANQUE PROFIL DE GESTION | COURS DE PRIVE GENEVA 1204 SWITZERLAND |
| BARRIOS, ROSALINDA; AN INDIVIDUAL | W. DOZORSKY, ESQ. 2152 DUPONT DRIVE; SIUTE 214-A IRVINE CA 92612 |
| BERNIER, FRANCOIS | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM |
| BERNIER, FRANCOIS | KUILBERG 36 HEUSDEN-ZOLDER 3550 BELGIUM |
| BOOTEN, MICHELE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM |
| BOOTEN, MICHELE | PAUWENGRAAF 60 MAASMECHELEN 3630 BELGIUM |
| CARTY, LEA | 445 3RD ST., # 4R BROOKLYN NY 11215 |
| CF MIDAS BALANCED GROWTH FUND | BEAUFORT HOUSE 51 NEW NORTH ROAD EXETER, DEVON EX4 4EP UNITED KINGDOM |
| COLEMAN, MICHAEL ALEXIS SR. | 2 FREEMAN STREET BUFFALO NY 14215 |
| DE CLERCQ, FRANCOISE | RUE VANDERCAMMEN 22 BRUXELLES 1160 BELGIUM |
| DE CLERCQ, FRANCOISE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM |
| ED AGOSTINI LIVING TRUST DTD 5/12/2000 | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBLATT LLC 885  3RD AVE NEW YORK NY 10022 |
| ED AGOSTINI LIVING TRUST DTD 5/12/2000 | 6365 COLLINS AVE., APT. 3603 MIAMI BEACH FL 33143 |
| FINANCIAL SERVICES COMPENSATION SCHEME LTD, THE | FAO: JAMES DARBYSHIRE 7TH FLOOR, LLOYDS CHAMBERS 1 PORTSOKEN STREET LONDON E1 8BN UNITED KINGDOM |
| FITVOYE, CLAUDE | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM |

| Claim Name | Address Information |
|---|---|
| FITVOYE, CLAUDE | RUE DE L'ABATTOIR 41/2 BINCHE 7130 BELGIUM |
| FRANSSEN, MATTHIAS | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS 1160 BELGIUM |
| FRANSSEN, MATTHIAS | VICHTESTEENWEG 121 DEERLIJK 8540 BELGIUM |
| GODARD, ALAIN & JEANNINE BRONCKART | DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN  BT. 8 BRUSSELS 1160 BELGIUM |
| GODARD, ALAIN & JEANNINE BRONCKART | CLOS DU COLBIE 46 BRAINE-L'ALLEUD 1420 BELGIUM |
| SANFORD C. BERNSTEIN FUND II, INC. – | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SANFORD C. BERNSTEIN FUND II, INC. – | BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORFTOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE.1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| SANFORD C. BERNSTEIN FUND, INC. – | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SANFORD C. BERNSTEIN FUND, INC. – | INTERMEDIATE DURATION PORFTOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| SYLVIA AGOSTINI LIVING TRUST DTD 5/12/2000 | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBLATT LLC 885  3RD AVE NEW YORK NY 10022 |
| SYLVIA AGOSTINI LIVING TRUST DTD 5/12/2000 | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBALTT LLC 885  3RD AVE NEW YORK NY 10022 |
| SYLVIA AGOSTINI LIVING TRUST DTD 5/12/2000 | 6365 COLLINS AVE., APT 3603 MIAMI BEACH FL 33143 |
| TINANT, DANIELLE | AV. DES TILLEULS 16 RHODE-ST-GENES 1640 BELGIUM |
| U.S. BANK NATIONAL ASSOCIATION | TIMOTHY PILLAR, VP EP-MN-WS1D 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | TIMOTHY PILLAR, VP EP-MN-WS1D 60 LIVINGSTON AVENUE SAINT PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E.SPIOTTO,ANN E.ACKER &; FRANKLIN H.TOP,III. 111 WEST MONROE ST, 18TH FL CHICAGO IL 60603 |
| VALKENBORGS, ROGER | TRANSFEROR: FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF VALKENBORGS, ROGER SCHANSSTRAAT 95 HEUSDEN-ZOLDER 3550 BELGIUM |

**Total Creditor count  48**

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| NADINE POPE | PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| RIGHT MANAGEMENT, INC. | ATTN: PRINCE ALTEE THOMAS, ESQ. FOX ROTHSCHILD LLP 2000 MARKET STREET, 20TH FLOOR PHILADELPHIA PA 19103-3222 |

**Total Creditor count  2**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HUNTON & WILLIAMS LLP | C/O LINDSAY K. BIGGS, ESQ. 951 EAST BYRD STREET RICHMOND VA 23219 |

**Total Creditor count  1**

**EXHIBIT K**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| FOCHT, DEBORAH E | 530 E LAUREL ROAD NOKOMIS FL 34275 |

**Total Creditor count  1**

**EXHIBIT L**

| Claim Name | Address Information |
| --- | --- |
| BUNEVICH, CAROL | WHITE AND WILLIAMS LLP ATTN: SEDGWICK M. JEANITE, ESQ. ONE PENN PLAZA, SUITE 4110 NEW YORK NY 10119 |
| BUNEVICH, CAROL | PO BOX 445 SIASCONSET MA 02564-0445 |
| PHILIPS PENSION TRUSTEES LTD, | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PHILIPS PENSION TRUSTEES LTD, | AS TRUSTEE OF THE PHILIPS PENSION FUND C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |

**Total Creditor count  4**

**EXHIBIT M**

| Claim Name | Address Information |
|---|---|
| BURGER, MARTIN S. | 10 CITY PLACE, TRUMP TOWER, 29D WHITE PLAINS NY 10601 |
| CARTER, B. GENE | 4000 BRYN MAWR DALLAS TX 75225-7031 |
| DAVID SCHWARTZ REVOCABLE TRUST | C/O DAVID SCHWARTZ 1255 W. DRAPER ST. CHICAGO IL 60614-2118 |
| SHEPPARD, ERIC | 180 BALCROSS DRIVE BAL HARBOUR FL 33154 |
| SHEPPARD, ERIC | 180 BALCROSS DRIVE BAL HARBOUR FL 33154-3190 |
| SOBO, MICHAEL AND ELLEN | 2 WASHINGTONS HEADQUARTERS DOBBS FERRY NY 10522 |
| SOBO, SCOTT AND HEIDI | 28 NORTHDALE ROAD WHITE PLAINS NY 10605 |
| SURYAN FAMILY TRUST | C/O FRANK SURYAN JR. 3821 SEASCAPE DRIVE HUNTINGTON BEACH CA 92649-2523 |
| THABIT FAMILY TRUST | C/O CORY THABIT 309 DIAMOND AVE. BALBOA ISLAND CA 92662-1117 |
| THOMAS, JAMES & ROSEMARY | 106 BEVERLY ROAD RYE NY 10580-1903 |
| WESTFAHL, CHRIS & EILEEN | 52 EAST RIDGE ROAD STAMFORD CT 06903-4337 |

**Total Creditor count  11**

**EXHIBIT N**

| Claim Name | Address Information |
| --- | --- |
| A.M. BEST COMPANY, INC. | AMBEST ROAD OLDWICK NJ 08858 |
| MUNICIPAL SECURITIES RULEMAKING | 1900 DUKE STREET SUITE 600 ALEXANDRIA VA 22314-3412 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | 1285 AVENUE OF THE AMERICAS STEPHEN J. SHIMSHAK NEW YORK NY 10019-6064 |
| ROSEKRANS, JOHN | C/O JOHN P. CHRISTIAN, ESQ. WEINTRAUB GENSHLEA CHEDIAK TOBIN & TOBIN 475 SANSOME STREET, SUITE 1800 SAN FRANCISCO CA 94111 |

Total Creditor count  4

**EXHIBIT O**

| Claim Name | Address Information |
|------------|---------------------|
| FRANZ, ROBERT | 100 WALL ST FL 8 NEW YORK NY 10005-3723 |
| FRANZ, ROBERT | WHITE AND WILLIAMS LLP ATTN: SEDGWICK M. JEANITE, ESQ. ONE PENN PLAZA, SUITE 4110 NEW YORK NY 10119 |

**Total Creditor count  2**

**EXHIBIT P**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ASHWELL, LAUREN W. | 377 RECTOR PLACE APT. 14C NEW YORK NY 10280 |

**Total Creditor count  1**

**EXHIBIT Q**

| Claim Name | Address Information |
|---|---|
| STEELE, ANNA M. | (EDWARD JONES INVESTMENT) 794 CLIFF ST. LANDER WY 82520 |

**Total Creditor count  1**

**EXHIBIT R**

| Claim Name | Address Information |
|---|---|
| LUTHERAN SENIOR SERVICES | KARL E. HOLDERLE THE SOLAR PARTNERSHIP 911 WASHINGTON AVE., 7TH FLOOR SAINT LOUIS MO 63101 |
| LUTHERAN SENIOR SERVICES | 1150 HANLEY INDUSTRIAL COURT BRENTWOOD MO 63144 |
| MARINER LDC | ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| MARINER LDC | JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY 10528 |

**Total Creditor count  4**

# EXHIBIT S

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| LIQUIDATION OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: YORVIK PARTNERS LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |

**Total Creditor count  1**