B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re  Lehman Brothers Holdings, Inc.    Case No  08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Notenstein Privatbank AG | Wegelin & Co. Privatbankiers |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Notenstein Privatbank AG
Bohl 17
CH-9004 St. Gallen
Switzerland

Court Claim # (if known): 59233
Amount of Claim: Note: This is a Partial Transfer of Claim. See attached Evidence of Transfer of Claim for Details
Date Claim Filed: 10/30/2009

Phone: +41 71 242 57 52
Email: ca@notenstein.ch
Last Four Digits of Acct #: n/a

Phone:_____
Last Four Digits of Acct. #: n/a

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____  Date: 10.05.2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Wegelin & Co., Privatbankiers ("Transferor") unconditionally and irrevocably transferred to Notenstein Privatbank AG ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233-59**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON May 14th, 2012.

Wegelin & Co., Privatbankiers

By: _____ /signature/ _____

Name: Michele Moor

Title: Managing Partner

By: _____ /signature/ _____

Name: Stephan Welti

Title: General Counsel

**Schedule 1**

**Lehman Programs Securities Related to Transferred Portion of Claim**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Amount of Claim Related to Security |
|---|---|---|---|---|
| XS0225326858 | 59233-59 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 50'000.-- |
| XS0251909478 | 59233-59 | October 29, 2009 | Lehman Brothers Treasury Co. BV | 718 Units |
| XS0324890440 | 59233-59 | October 29, 2009 | Lehman Brothers Securities NV | CHF 95'000.-- |
| XS0326427480 | 59233-59 | October 29, 2009 | Lehman Brothers Securities NV | CHF 75'000.-- |
| XS0320322901 | 59233-59 | October 29, 2009 | Lehman Brothers Securities NV | CHF 100'000.-- |
| XS0303746571 | 59233-59 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 25'000.-- |
| XS0335964648 | 59233-59 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 30'000.- |

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re <u>Lehman Brothers Holdings, Inc.</u>          Case No <u>08-13555(JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Notenstein Privatbank AG</u>                         <u>Wegelin & Co. Privatbankiers</u>
    Name of Transferee                                     Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): <u>49651</u>
should be sent:                                    Amount of Claim: Note: This is a Partial
                                                                   Transfer of Claim. See
Notenstein Privatbank AG                                           attached Evidence of
Bohl 17                                                            Transfer of Claim for
CH-9004 St. Gallen                                                 Details
Switzerland                                        Date Claim Filed: <u>10/30/2009</u>

Phone: <u>+41 71 242 57 52</u>                         Phone:_____
Email: <u>ca@notenstein.ch</u>
Last Four Digits of Acct #: <u>n/a</u>                  Last Four Digits of Acct. #: <u>n/a</u>

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/_____ Date: 30.05.2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Wegelin & Co., Privatbankiers ("Transferor") unconditionally and irrevocably transferred to Notenstein Privatbank AG ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 49651**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF. this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON May 14th, 2012.


Wegelin & Co., Privatbankiers

By: _____/signature/_____
Name: Michele Moor
Title: Managing Partner

By: _____/signature/_____
Name: Stephan Welti
Title: General Counsel

**Schedule 1**

**Lehman Programs Securities Related to Transferred Portion of Claim**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Amount of Claim Related to Security |
|---|---|---|---|---|
| XS0128857413 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | EUR 30'000 |
| XS0176153350 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | EUR 30'000 |
| XS0183944643 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | EUR 185'000 |
| XS0183944643 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | EUR 15'000 |
| XS0186883798 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 50'000 |
| XS0186883798 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 80'000 |
| XS0186243118 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 200'000 |
| XS0187966949 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 10'000 |
| XS0200265709 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 20'000 |
| XS0232035880 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | EUR 20'000 |
| XS0232037159 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 30'000 |
| XS0242136413 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 30'000 |
| XS0247679573 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | EUR 70'000 |
| XS0251909635 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | 300 Units |
| XS0258396927 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 75'000 |
| XS0265627751 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | 1350 Units |
| XS0265627751 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | 2700 Units |
| CH0027120663 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 30'000 |
| CH0027120671 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 40'000 |
| CH0027120689 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | EUR 6'000 |
| CH0027120812 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 50'000 |
| CH0027120820 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | EUR 20'000 |
| XS0309835139 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | 100 Units |
| XS0324890440 | 49651 | October 29, 2009 | Lehman Brothers Securities NV | CHF 25'000 |
| XS0324890440 | 49651 | October 29, 2009 | Lehman Brothers Securities NV | CHF 100'000 |
| XS0324890440 | 49651 | October 29, 2009 | Lehman Brothers Securities NV | CHF 100'000 |
| XS0324890440 | 49651 | October 29, 2009 | Lehman Brothers Securities NV | CHF 100'000 |
| XS0324890440 | 49651 | October 29, 2009 | Lehman Brothers Securities NV | CHF 30'000 |
| XS0324890440 | 49651 | October 29, 2009 | Lehman Brothers Securities NV | CHF 15'000 |
| XS0324890440 | 49651 | October 29, 2009 | Lehman Brothers Securities NV | CHF 25'000 |
| CH0029197156 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 10'000 |
| DE000A0MJHE1 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | 35 Units |
| DE000A0NTKC6 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | EUR 50'000 |
| XS0300658597 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 20'000 |
| XS0302351266 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 20'000 |
| XS0318056354 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 200'000 |
| XS0320322901 | 49651 | October 29, 2009 | Lehman Brothers Securities NV | CHF 100'000 |
| CH0034774536 | 49651 | October 29, 2009 | Lehman Brothers Securities NV | CHF 70'000 |
| CH0034774536 | 49651 | October 29, 2009 | Lehman Brothers Securities NV | CHF 10'000 |
| XS0346007320 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | EUR 90'000 |
| XS0345288459 | 49651 | October 29, 2009 | Lehman Brothers Securities NV | USD 25'000 |
| XS0345288459 | 49651 | October 29, 2009 | Lehman Brothers Securities NV | USD 10'000 |
| XS0345288459 | 49651 | October 29, 2009 | Lehman Brothers Securities NV | USD 45'000 |
| XS0347732892 | 49651 | October 29, 2009 | Lehman Brothers Securities NV | USD 40'000 |
| CH0036891395 | 49651 | October 29, 2009 | Lehman Brothers Securities NV | EUR 20'000 |
| XS0367651782 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 90'000 |

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings, Inc.        Case No 08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Notenstein Privatbank AG                    Wegelin & Co. Privatbankiers
Name of Transferee                          Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): 55813-04
should be sent:                                  Amount of Claim: Note: This is a Partial
                                                    Transfer of Claim. See
Notenstein Privatbank AG                            attached Evidence of
Bohl 17                                             Transfer of Claim for
CH-9004 St. Gallen                                  Details
Switzerland                                      Date Claim Filed: 10/30/2009

Phone: +41 71 242 57 52                     Phone:
Email: ca@notenstein.ch
Last Four Digits of Acct #: n/a             Last Four Digits of Acct. #: n/a

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/                            Date: 10.05.2012
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Wegelin & Co., Privatbankiers ("Transferor") unconditionally and irrevocably transferred to Notenstein Privatbank AG ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **(Claim No. 55813-04) CHF 40'000.--** in nominal value/units related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF. this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON May 14th, 2012.


Wegelin & Co., Privatbankiers

By: _____/signature/_____
Name: Michele Moor
Title: Managing Partner

By: _____/signature/_____
Name: Stephan Welti
Title: General Counsel

**Schedule 1**

**Lehman Programs Securities Related to Transferred Portion of Claim**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Amount of Claim Related to Security |
|---|---|---|---|---|
| XS0234123650 | 55813-04 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 40'000 |

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re <u>Lehman Brothers Holdings, Inc.</u>    Case No <u>08-13555(JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Notenstein Privatbank AG</u> | <u>Wegelin & Co. Privatbankiers</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Notenstein Privatbank AG
Bohl 17
CH-9004 St. Gallen
Switzerland

Court Claim # (if known): <u>55829-57</u>
Amount of Claim:  Note: This is a Partial Transfer of Claim. See attached Evidence of Transfer of Claim for Details
Date Claim Filed: <u>10/30/2009</u>

Phone: <u>+41 71 242 57 52</u>
Email: <u>ca@notenstein.ch</u>
Last Four Digits of Acct #: <u>n/a</u>

Phone: _____
Last Four Digits of Acct. #: <u>n/a</u>

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____ Date: 30.05.2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Wegelin & Co., Privatbankiers ("Transferor") unconditionally and irrevocably transferred to Notenstein Privatbank AG ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829-57**) **15 units** in nominal value/units related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF. this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON May 14th, 2012.

Wegelin & Co., Privatbankiers

By: _____
Name: Michele Moor
Title: Managing Partner

By: _____
Name: Stephan Welti
Title: General Counsel

**Schedule 1**

**Lehman Programs Securities Related to Transferred Portion of Claim**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Amount of Claim Related to Security |
|---|---|---|---|---|
| ANN521331184 | 55829-57 | October 29, 2009 | Lehman Brothers Treasury Co. BV | 15 units |

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re  Lehman Brothers Holdings, Inc.          Case No  08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Notenstein Privatbank AG | Wegelin & Co. Privatbankiers |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Notenstein Privatbank AG
Bohl 17
CH-9004 St. Gallen
Switzerland

Court Claim # (if known): 55829-72
Amount of Claim: Note: This is a Partial Transfer of Claim. See attached Evidence of Transfer of Claim for Details
Date Claim Filed: 10/30/2009

Phone: +41 71 242 57 52
Email: ca@notenstein.ch
Last Four Digits of Acct #: n/a

Phone: _____
Last Four Digits of Acct. #: n/a

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_          Date: 10.05.2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTORAND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Wegelin & Co., Privatbankiers ("Transferor") unconditionally and irrevocably transferred to Notenstein Privatbank AG ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829-72**) **USD 20'000.--** in nominal value/units related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF. this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON May 14th, 2012.

Wegelin & Co., Privatbankiers

By: _____/signature/_____
Name: Michele Moor
Title: Managing Partner

By: _____/signature/_____
Name: Stephan Welti
Title: General Counsel

**Schedule 1**

**Lehman Programs Securities Related to Transferred Portion of Claim**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Amount of Claim Related to Security |
|---|---|---|---|---|
| XS0186883798 | 55829-72 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 20'000 |