**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re                                                             : | Chapter 11 Case No. |
|                                                                        : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    : | 08-13555 (JMP) |
|                                                                        : | |
|                                      Debtors.             : | (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS'**
**TWO HUNDRED FIFTY-SIXTH OMNIBUS OBJECTION TO CLAIMS**
**(PURCHASED CONTRACT CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing the Debtors' Two Hundred Fifty-Sixth Omnibus Objection to Claims (Purchased Contract Claims) [Docket No. 24933] **solely as to the claims listed on Exhibit A attached hereto.**

Dated:  June 28, 2012
         New York, New York

                                                                **CURTIS, MALLET-PREVOST,**
                                                                  **COLT & MOSLE LLP**

                                                                By:  */s/ L. P. Harrison 3rd*
                                                                        L. P. Harrison 3rd
                                                                        Cindi Eilbott Giglio
                                                                101 Park Avenue
                                                                New York, New York 10178-0061
                                                                (212) 696-6000

                                                                *Counsel for Lehman Brothers Holdings Inc.*

12197775

## EXHIBIT A

## Claims for Which Objection is Withdrawn

| Claimant | Claim Number |
|---|---|
| Cushman & Wakefield Inc. | 16185 |
| Microsoft Corporation/Microsoft Enterprise Services | 25692 |

12197775