B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re <u>Lehman Brothers Holdings, Inc.</u>         Case No <u>08-13555(JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Notenstein Privatbank AG</u>                             <u>UBS AG</u>
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): <u>59233</u>
should be sent:                                     Amount of Claim: Note: This is a Partial
                                                                    Transfer of Claim. See
Notenstein Privatbank AG                                            attached Evidence of
Bohl 17                                                             Transfer of Claim for
CH-9004 St. Gallen                                                  Details
Switzerland                                         Date Claim Filed: <u>10/30/2009</u>

Phone: <u>+41 71 242 57 52</u>                          Phone:_____
Email: <u>ca@notenstein.ch</u>
Last Four Digits of Acct #: <u>n/a</u>                   Last Four Digits of Acct. #: <u>n/a</u>

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____ Date: <u>30. 05. 2012</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UBS AG, Bahnhofstrasse 45, CH-8001 Zurich** ("Transferor") unconditionally and irrevocably transferred to **Notenstein Privatbank AG., Bohl 17, CH-9004 St.Gallen** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 25th day of November 2011

UBS AG

By: _____
Name: Jean-Claude Besson
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director



## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0324890440 | 59233 | October 30, 2009 | Lehman Brothers Securities NV | CHF 40'000.00 out of CHF 52'547'000.00 |
| CH0036891411 | 59233 | October 30, 2009 | Lehman Brothers Securities NV | CHF 30'000.00 out of CHF 3'664'000.00 |