# **EXHIBIT 1**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 302: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | CHAPTER 11 ESTATE | CLASS | AMOUNT | CHAPTER 11 ESTATE | CLASS | AMOUNT |
| 1 | EXCO OPERATING COMPANY, LP C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS, TX 75219 | 16479 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $474,500.00* | Lehman Brothers Holdings Inc. | Unsecured | $474,500.00 |
| 2 | EXCO OPERATING COMPANY, LP C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS, TX 75219 | 17292 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $474,500.00* | Lehman Brothers Commodity Services Inc. | Unsecured | $474,500.00 |
| 3 | SEMPRA ENERGY SOLUTIONS LLC C/O SEMPRA ENERGY TRADING LLC ATTN: RICHARD BEITLER, SENIOR VICE PRESIDENT & DEPUTY GENERAL COUNSEL 600 WASHINGTON BOULEVARD STAMFORD, CT 06901 | 15854 | 09/17/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $253,405.00* | Lehman Brothers Commodity Services Inc. | Unsecured | $253,405.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 302: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED CHAPTER 11 ESTATE | CLASS | AMOUNT | MODIFIED CHAPTER 11 ESTATE | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | SEMPRA ENERGY SOLUTIONS LLC C/O SEMPRA ENERGY TRADING LLC ATTN: RICHARD BEITLER, SENIOR VICE PRESIDENT & DEPUTY GENERAL COUNSEL 600 WASHINGTON BOULEVARD STAMFORD, CT 06901 | 15855 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $253,405.00* | Lehman Brothers Holdings Inc. | Unsecured | $253,405.00 |
| 5 | SPCP GROUP, LLC TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH, CT 06830 | 26527 | 09/22/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $140,845.36* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $73,164.00 |
| | | | | | TOTAL | $1,596,655.36 | | TOTAL | $1,514,655.00 |