# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 296: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | CHINA DEVELOPMENT IND BANK<br>ATTN: OPERATION DEPARTMENT, BEATRICE CHOU, NANCY LIANG, ALVIE CHUANG<br>CHINA DEVELOPMENT INDUSTRIAL BANK<br>125 NANJING EAST ROAD, SECTION 5<br>TAIPEI, 10504<br>CHINA | 09/16/2009 | 08-13888 (JMP) | 14329 | $485,733.00 | CHINA DEVELOPMENT INDUSTRIAL BANK<br>C/O JAMES SULLIVAN, ESQ.<br>MOSES & SINGER LLP<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174 | 09/08/2011 | 08-13888 (JMP) | 67656 | $485,733.00 |
| | | | | | | CHINA DEVELOPMENT INDUSTRIAL BANK<br>C/O JAMES SULLIVAN, ESQ.<br>MOSES & SINGER LLP<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174 | 09/08/2011 | 08-13555 (JMP) | 67657 | $485,733.00 |
| 2 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-4<br>C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH<br>ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 09/22/2009 | 08-13888 (JMP) | 29736 | Undetermined | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-4<br>C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH<br>ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 04/19/2012 | 08-13888 (JMP) | 68083 | $169,791,281.41* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 296: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 3 | DOWNTOWN REDEVELOPMENT AUTHORITY<br>210 E. THIRTEENTH STREET<br>PO BOX 1995<br>VANCOUVER, WA 98668 | 09/22/2009 | 08-13555 (JMP) | 29560 | $751,921.00 | DOWNTOWN REDEVELOPMENT AUTHORITY<br>PO BOX 1995<br>VANCOUVER, WA 98668-1995 | 03/07/2012 | 08-13555 (JMP) | 68036 | $2,196,822.00 |
| 4 | DOWNTOWN REDEVELOPMENT AUTHORITY<br>210 E. THIRTEENTH STREET<br>P.O. BOX 1995<br>VANCOUVER, WA 98668 | 09/28/2009 | 08-13888 (JMP) | 35351 | $751,921.00 | DOWNTOWN REDEVELOPMENT AUTHORITY<br>PO BOX 1995<br>VANCOUVER, WA 98668-1995 | 03/07/2012 | 08-13555 (JMP) | 68035 | $2,196,822.00 |
| 5 | EUROPEAN CREDIT MANAGEMENT LIMITED<br>C/O MICHELLE DUNCAN<br>PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP<br>SOLICITORS & REGISTERED FOREIGN LAWYERS<br>TEN BISHOPS SQUARE, EIGHTH FLOOR<br>LONDON, E1 6EG<br>UNITED KINGDOM | 09/21/2009 | 08-13900 (JMP) | 21660 | Undetermined | EUROPEAN CREDIT MANAGEMENT LIMITED<br>C/O MICHELLE DUNCAN, PARTNER<br>PAUL, HASTINGS, JANOFSKY & WALKER (EUROPE) LLP<br>SOLICITORS & REGISTERED FOREIGN LAWYERS<br>TEN BISHOPS SQUARE, EIGHTH FLOOR<br>LONDON, E1 6EG<br>UNITED KINGDOM | 01/22/2010 | 08-13900 (JMP) | 66153 | $0.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 296: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 6 | GIACOMAN M, ARTURO & ESPARZA ZORILLA, BERTHA A - JTWROS TOD<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY 10165 | 02/13/2009 | 08-13555 (JMP) | 2801 | $60,028.13 | GIACOMAN M, ARTURO & BERTHA A ESPARZA ZORILLA JTWROS TOD MARCELA ANA CECILIA ARTURO GIACOMAN ESPARZA<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY 10165 | 07/14/2011 | 08-13555 (JMP) | 67575 | $38,903.54 |
| 7 | LOMELI, DANIEL J.<br>348 CAROLINA STREET<br>CLARK, NJ 07066 | 09/22/2009 | 08-13555 (JMP) | 33571 | $55,000.00 | LOMELI, DANIEL J.<br>348 CAROLINA STREET<br>CLARK, NJ 07066 | 03/07/2012 | 08-13555 (JMP) | 68034 | $70,000.00 |
| 8 | SCHAFLI, RUDOLF<br>BUNG ESTSTRASSE 1<br>ZIZERS, CH-7205<br>SWITZERLAND | 09/28/2009 | 08-13555 (JMP) | 35374 | $21,277.50 | SCHAFLI-SCHNEIDER, RUDOLF<br>BUNGERTSTRASSE 1<br>ZIZERS, CH-7205<br>SWITZERLAND | 10/05/2009 | 08-13555 (JMP) | 36224 | $21,286.59 |
| 9 | SMITH, JOANNE M.<br>8112 BAY 16TH ST<br>BROOKLYN, NY 11214 | 10/30/2008 | 08-13555 (JMP) | 418 | $115,500.00 | SMITH, JOANNE M.<br>8112 BAY 16TH STREET<br>BROOKLYN, NY 11214 | 09/22/2009 | 08-13555 (JMP) | 30690 | $134,250.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 296: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 10 | SUN HUNG KAI INVESTMENT SERVICES LIMITED<br>ATTN: MS SYLVIA LAU<br>42/F THE LEE GARDENS<br>33 HYSAN AVE<br>CAUSEWAY BAY<br>HONG KONG | 09/21/2009 | 08-13555 (JMP) | 22779 | Undetermined | SUN HUNG KAI INVESTMENT SERVICES LIMITED<br>ATTN: SYLVIA LAU<br>42/F THE LEE GARDENS<br>33 HYSAN AVE<br>CAUSEWAY BAY<br>HONG KONG | 10/26/2009 | 08-13555 (JMP) | 46341 | $3,330,455.48 |
| 11 | TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | 02/16/2012 | 08-13555 (JMP) | 67892 | $126,214.98 | TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | 03/13/2012 | 08-13555 (JMP) | 68051 | $129,066.16 |
| | | | | TOTAL | $2,367,595.61 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts