# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 292: EXHIBIT 1 – NO GUARANTEE CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | SISTEMA UNIVERSITARIO ANA G. MENDEZ, INCORPORADO ATTN: ADA L. SOLA-FERNANDEZ PO BOX 21345 SAN JUAN, PR 00928-1345 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30842 | $3,500,000.00 | No Guarantee Claim |
| | | | | | TOTAL | $3,500,000.00 | |