**TO THE KIND ATTENTION OF:**

**UNITED STATES BANKRUPTCY COURT SOUTHERN DEISTRICT OF NEW YORK**
**In re: LEHMAN BROTHERS HOLDINGS INC., et al., Debtors**

**The chambers of the Honorable James M. Peck**

Attorneys for the Debtors, Weil Gotshal & Manges LLP
The Office of United States Trustee for region 2
Attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP

Chapter 11 Case No. : 08-13555(JMP) (Jointly Administered)

| CLAIM **NOT TO BE** DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:**<br>AMR SAMIR MOHAMED ZAKI ABDELKADER<br>19 ISMAIL MOHAMED STR.<br>ZAMALEK<br>CAIRO, EGYPT | **Claim Number :** 33674<br>**Date Field :** 10/6/2009<br>**Debtor :** 08-13555<br>**Classification and Amount:**<br>UNSECURED: $ 50,000.00<br>UNLIQUIDATED |

**Subject:**

CLAIM **NOT TO BE** DISALLWOED AND EXPUNGED.

**Cairo ON:** Tuesday 11th June 2012

**The chambers of the Honorable James M. Peck**

My claim is held without liquidation UNTIL DATED due to reasons I do not understand. I rejected the the 'disallowance and expunge of my claim in due time. My life savings were placed with Lehman putting my trust in the American system. Lehman filed for bankruptcy and I cannot get the proceedings for the bond I held until now. I cannot be represented in the USA due to the fact that I cannot afford it. I live in Cairo, Egypt and we had a revolution in 2011 and my family and I badly need any cash proceedings that could come from this bond. I do oppose the disallowance and expunge of my claim listed above, due to the fact that I worked for and owned the money that I invested have the right to claim back any proceedings from this bond, which is my life savings, invested with LEHMAN BROTHERS HOLDINGS. The return of this money is essential for my kids education.
Creditor,

AMR SAMIR MOHAMED ZAKI ABDELKADER
19 ISMAIL MOHAMED STR.
ZAMALEK
CAIRO, EGYPT
Email: asamir@linkagency.com



RECEIVED JUN 20 2012 U.S. BANKRUPTCY COURT, SDNY JMP