UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                                   :
                                            Debtors.         :    (Jointly Administered)
-------------------------------------------------------------------x

### ORDER GRANTING PLAN ADMINISTRATOR'S OBJECTION
### TO CLAIMS FILED BY KATHLEEN ARNOLD AND TIMOTHY A. COTTEN

Upon the objection, dated April 3, 2012 (the "Objection to the Arnold/Cotten Claims"),[1] of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator (the "Plan Administrator") pursuant to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the debtors in the above referenced chapter 11 cases (the "Debtors"), pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure, seeking disallowance and expungement of the Arnold Claims, all as described in the Objection to the Arnold/Cotten Claims; and due and proper notice of the Objection to the Arnold/Cotten Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection to the Arnold/Cotten Claims is in the best interests of the Plan Administrator and all parties in interest in the above captioned chapter 11 cases and that the legal and factual bases set forth in the Objection to the Arnold/Cotten Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor and for the reasons stated on the record of the hearing held on June 28 2012, it is

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Objection to the Arnold/Cotten Claims.

ORDERED that the relief requested in the Objection to the Arnold/Cotten Claims is granted; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the Arnold Claims, which have been assigned claim numbers 2345, 34313 and 34320 by the Debtors' Court-appointed claims agent are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the Debtors' Court-appointed claims agent is authorized and directed to reflect the Arnold Claims as disallowed and expunged pursuant to this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      June 28, 2012

                                                *s/ James M. Peck*
                                                Honorable James M. Peck
                                                United States Bankruptcy Judge