1548 SW Mockingbird Circle
Port St. Lucie, FL 34986
June 14, 2012

Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Dear Judge Peck:

As reported on May 24, 2012 in The New York Times, Lehman Brothers has agreed to buy the remaining 26.5% stake in Archstone that it does not currently own for approximately $1.58 billion. Earlier this year, Lehman agreed to buy half of Bank of America's and Barclays' stakes for $1.3 billion.

The Lehman bankruptcy has already cost more than $1.5 billion in expenses and legal and advisory fees with another $65 billion going to Lehman's creditors. That is a total outlay of $69.38 billion. . . . yet the medical benefits for Lehman retirees are in jeopardy!

Your Honor, why is Lehman permitted to purchase Archstone for billions of dollars **yet they are not required to continue to finance the retirees' medical benefit plan?** The retiree medical plan will cost a mere fraction of the billions of dollars already spent.

As I pointed out in previous correspondence, we were loyal, dedicated Lehman employees who were promised "health care benefits for life" upon retirement. This promise was a significant inducement for many of us to start and to continue to work at Lehman Brothers. In fact, I and several co-workers declined other professional opportunities during our tenures at Lehman solely **in reliance on this benefit**. And, with Lehman's purchase of Archstone, Lehman's corporate life clearly continues, as does ours; therefore, the promise of "health care benefits for life" must continue, and Lehman should live up to that promise.

We retirees are now in our 60's and 70's, and many of us have pre-existing medical conditions. Health care coverage is expensive under the best circumstance; to obtain coverage in one's later years and with pre-existing conditions will cause enormous financial hardships for many, if not all, of us.

We dedicated our careers to Lehman Brothers, convinced that, by virtue of this loyalty, we were "doing the right thing" for our future welfare. We based our retirements and our futures on receiving the promised medical benefits for life.

RECEIVED JUN 18 2012 U.S. BANKRUPTCY COURT, SDNY JMP

Honorable James M. Peck
June 14, 2012
Page Two


While Lehman's bankruptcy on September 15, 2008 continues to reverberate and most of the world struggles through the ongoing economic recession, Your Honor can lessen the reverberation in the lives of the Lehman retirees by **insuring that the issue of our medical benefits will be the one thing about which we no longer have to worry.**

Judge Peck, please intercede on our behalf and resolve this issue favorably for us once and for all by insisting that Lehman live up to its promise. We will be forever grateful for your intercession and help on our behalf.

Thank you, Your Honor.

Most sincerely,

Armita M. Fucci