# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 298: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS**

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | BINDER TRUST LIMITED 5TH FLOOR BEAUX LANE HOUSE MERCER STREET LOWER DUBLIN 2, IRELAND | 10/21/2009 | 08-13555 (JMP) | 43158[1] | $6,985,317.66 | VARDE MANAGEMENT, L.P. (AS AGENT FOR VARDE FUND, LP, VARDE FUND V-B L.P., VARDE FUND VII-B, L.P., VARDE FUND VIII, L.P., VARDE FUND IX, L. P., VARDE FUND IX-A, L.P., VARDE FUND X (MASTER), L.P., VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., VARDE INVESTMENT PARTNERS L.P.) C/O BROWN RUDNICK LLP NEW YORK, NY 10036 TRANSFERRED TO: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS ATTN: STEVEN SCARPULLA 505 FIFTH AVENUE, 21ST FLOOR NEW YORK, NY 10017 TRANSFERRED TO: FIR TREE VALUE MASTER FUND, L.P. TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS; ATTN: STEPHEN SCARPULLA 505 FIFTH AVE, 23RD FLOOR NEW YORK, NY 10017 | 09/20/2010 | 08-13555 (JMP) | 67078 | $7,180,675.22 |

[1] Claim 43158 is being expunged solely with respect to its asserted claim of $6,985,317.66 for the security with ISIN XS0187189104.  The remaining portion of Claim 43158 is not being expunged pursuant to this Objection and is not affected by this Objection.  All rights with respect to the remaining portion of Claim 43158 are reserved.

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 298: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS**

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 2 | KONNER, INGRID KONIGENDORFER STR. 7 DESSAU-ROBLAN, 06847 GERMANY | 10/08/2009 | 08-13555 (JMP) | 37041 | Undetermined | KOENNER, BERNHARD C/O NABER PC 300 CENTRAL AVENUE GREAT FALLS, MT 59401 | 12/17/2010 | 08-13555 (JMP) | 67263 | $26,215.52 |
| 3 | MUELLER, MARTHA CHILTON C/O SILVERMAN ACAMPORA, LLP ATTN: RONALD J. FRIEDMAN 100 JERICHO QUADRANGLE SUITE 300 JERICHO, NY 11753 | 11/02/2009 | 08-13555 (JMP) | 62746 | $1,405,373.85 | BANK J.SAFRA (GIBRALTAR) LTD SUITE 971 EUROPORT PO BOX 542 GIBRALTAR | 10/26/2009 | 08-13555 (JMP) | 46166 | $386,547.44 |
| | | | | TOTAL | $8,390,691.51 | | | | | |