UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :    08-13555 (JMP)
                                                                   :
                    Debtors.                               :    (Jointly Administered)
-------------------------------------------------------------------x

## ORDER GRANTING OBJECTION TO CLAIM
## OF SVENSKA HANDELSBANKEN AB (PUBL) (CLAIM NO. 4922)

Upon consideration of the objection, dated May 14, 2012 (the "Objection"),[1] of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator pursuant to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for the entities in the above referenced chapter 11 cases, seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, reducing, reclassifying, and allowing claim number 4922, filed by Svenska Handelsbanken AB (publ) (the "Svenska Claim"), on the grounds that the Plan Administrator and the claimant have agreed upon a classification and claim amount not currently reflected on the Svenska Claim, all as more fully described in the Objection; and due and proper notice of the Objection having been provided; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of LBHI, its creditors, and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection and the Plan.

ORDERED that the relief requested in the Objection is granted to the extent provided herein; and it is further

ORDERED that the Svenska Claim is hereby reclassified as an unsecured claim and reduced and allowed in LBHI Class 7 as a General Unsecured Claim in the amount of $814,056.44, and any asserted amounts in excess of $814,056.44 are disallowed and expunged; and it is further

ORDERED that the Debtors' Court-appointed claims agent is authorized to modify the claims register to reflect this Order; and it is further

ORDERED that this Order has no effect on the Svenska Guarantee Claims, which have been previously settled and allowed pursuant to this Court's Order Granting Debtors' One Hundred Forty-Seventh Omnibus Objection to Claims (Partially Settled Guarantee Claims) [ECF No. 18186]; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       June 28, 2012

                                                *s/ James M. Peck*
                                                Honorable James M. Peck
                                                United States Bankruptcy Judge