# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 301: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | CHAPTER 11 ESTATE | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BONTEN MEDIA GROUP INC. BONTEN MEDIA GROUP HOLDINGS, INC. ATTN: WILLIAM S. MOODY 675 THIRD AVENUE, SUITE 2521 NEW YORK, NY 10017 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 22095 | Undetermined* | No Liability Claim |
| 2 | CAIXA PENEDES GESTIO, S.G.I.I.C, S.A. ACTING ON BEHALF OF FONPENEDES GARANTIT INTERES MES BORSA IX ATTN: DANIEL ZAPLANA & JOSE MANUEL SANCHEZ, & LAURA DE LA FUENTE RAMBLA NOSTRA SENYORA, 2-4, 80720 VILAFRANCA DEL PENEDES BARCELONA, SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29601 | $39,001.02 | No Liability Claim |
| 3 | CITY OF NORTH LITTLE ROCK, AR C/O JOHN HARDIN ROSE LAW FIRM 120 EAST 4TH STREET LITTLE ROCK, AR 72201 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/19/2009 | 19557 | $16,917,500.00* | No Liability Claim |
| 4 | ESSENTIA HEALTH ATTN: ROBERT NORMAN, CFO 502 EAST SECOND STREET DULUTH, MN 55805 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2010 | 67190 | Undetermined* | No Liability Claim |
| 5 | ESSENTIA HEALTH ATTN: ROBERT NORMAN, CFO 502 EAST SECOND STREET DULUTH, MN 55805 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 11/04/2010 | 67191 | Undetermined* | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 301: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | CHAPTER 11 ESTATE | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | REGIONS BANK<br>BY: CITY OF NORTH LITTLE ROCK, AR<br>C/O JOHN HARDIN<br>ROSE LAW FIRM<br>120 EAST 4TH STREET<br>LITTLE ROCK, AR 72201 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/19/2009 | 19556 | $16,917,500.00* | No Liability Claim |
| 7 | U.S. BANK NATIONAL ASSOCIATION<br>CORPORATE TRUST SERVICES<br>ATTN: TIMOTHY PILLAR, VP<br>EP-MN-WS1D, 60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31031 | Undetermined* | No Liability Claim |
| 8 | U.S. BANK NATIONAL ASSOCIATION<br>CORPORATE TRUST SERVICES<br>ATTN: TIMOTHY PILLAR, VP<br>EP-MN-WS1D, 60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31061 | Undetermined* | No Liability Claim |
| | | | | | TOTAL | $33,874,001.02 | |