# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 301: EXHIBIT 2 – NO LIABILITY CLAIMS - ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | EAGLEROCK INSTITUTIONAL PARTNERS LP<br>505 PARK AVE FL 2<br>NEW YORK, NY 10022-9334 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25160 | Undetermined* | No Liability Claim |
| 2 | EAGLEROCK INSTITUTIONAL PARTNERS, LP<br>ATTN: NADER TAVAKOLI<br>C/O EAGLEROCK CAPITAL MANAGEMENT, L.L.C.<br>505 PARK AVE FL 2<br>NEW YORK, NY 10022-9334 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25157 | Undetermined* | No Liability Claim |
| 3 | EAGLEROCK MASTER FUND LP<br>ATTN: NADER TAVAKOLI<br>C/O EAGLEROCK CAPITAL MANAGEMENT, L.L.C.<br>24 WEST 40TH ST., 10TH FL.<br>NEW YORK, NY 10022-9334 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25156 | Undetermined* | No Liability Claim |
| 4 | EAGLEROCK MASTER FUND LP<br>505 PARK AVE FL 2<br>NEW YORK, NY 10022-9334 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25161 | Undetermined* | No Liability Claim |
| | | | | | TOTAL | $0.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts