UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :     Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :     08-13555 (JMP)
                                                                  :
                    Debtors.                                 :     (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING THREE HUNDRED FOURTH
### OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE DERIVATIVES CLAIMS)

Upon the three hundred fourth omnibus objection to claims, dated May 14, 2012 (the "Three Hundred Fourth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, seeking, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), to disallow and expunge the Duplicate Claims on the grounds that such claims are duplicative of the corresponding Surviving Claims, all as more fully described in the Three Hundred Fourth Omnibus Objection to Claims; and due and proper notice of the Three Hundred Fourth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Three Hundred Fourth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Three Hundred Fourth

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Fourth Omnibus Objection to Claims.

Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Three Hundred Fourth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto under the heading "*Disallowed Claim*" are disallowed and expunged with prejudice with respect to all portions of the claim unrelated to any fees and expenses due to the Trustee; and it is further

ORDERED that the portion of the Disallowed Claim related to any fees and expenses asserted by U.S. Bank [Claim Nos. 10995, 31025, 31027, 31029, 31043, 31053, 31054, 31055, 31057, 32860, 32869, 32870, 32871, 32872 and 32873] will remain in effect and appear on the claims register in an unliquidated amount and the Plan Administrator's right to object to the remaining portions of the Disallowed Claims and U.S. Bank's right to assert the remaining claims are fully reserved; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading "*Surviving Claims*" will remain on the claims register, subject to the Plan Administrator's right to object as set forth herein; and it is further

ORDERED that all information included on and all documentation filed in support of any Duplicate Claims shall be treated as having been filed in support of the corresponding Surviving Claims; and it is further

ORDERED that nothing in this Order or the disallowance and expungement of the Duplicate Claims constitutes any admission or finding with respect to any of the Surviving

2

Claims, and the Plan Administrator's rights to object to the Surviving Claims on any basis are preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on <u>Exhibit A</u> annexed to the Three Hundred Fourth Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       June 28, 2012

                                            *s/ James M. Peck*
                                            Honorable James M. Peck
                                            United States Bankruptcy Judge

# Exhibit 1

| Surviving Claimant | Surviving Claims | Disallowed Claimant | Disallowed Claims |
|---|---|---|---|
| MASSACHUSETTS STATE COLLEGE BUILDING AUTHORITY | 15761; 1776 | US Bank N.A. | 10995, 31025, 31027, 31029, 31043, 31053, 31054, 31055, 31057, 32860, 32869, 32870, 32871, 32872 and 32873 |
| SISTEMA UNIVERSITARIO ANA G. MENDEZ, INCORPORADO | 30843 | US Bank N.A. | 10995 |