# Exhibit 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 297: EXHIBIT 1 – INVALID OR NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BINDER TRUST LIMITED<br>5TH FLOOR BEAUX LANE HOUSE<br>MERCER STREET LOWER<br>DUBLIN 2,<br>IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43158[1] | $690,248.78 | Invalid or No Blocking Number LPS Claim |
| 2 | KOSTKA, MICHAEL A. & KOSTKA-CUGMAS, DRAGICA<br>KANZLEI FESER,<br>DELLBRUCKER MAUSPFAD 319<br>KOLN, 51069<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/06/2009 | 2628 | $239,467.64 | Invalid or No Blocking Number LPS Claim |
| 3 | SMITH, HUGH AND KATHLEEN<br>118 STILES ROAD<br>CLENTARF<br>DUBLIN 3,<br>IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43186 | $9,834.00 | Invalid or No Blocking Number LPS Claim |
| 4 | WHITE & CASE LLP<br>ATTN: RA MICHAEL RUETZEL<br>BOCKENHEIMER LANDSTRASSE 20<br>FRANKFURT AM MAIN, 60323<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 60631[2] | $0.00* | Invalid or No Blocking Number LPS Claim |
| | | | | | TOTAL | $939,550.42 | |

---

[1] Claim 43158 is being expunged solely with respect to its asserted claim totaling $690,248.78 for the security with ISIN XS0176801537.  The remaining portion of Claim 43158 is not being expunged pursuant to this Objection and is not affected by this Objection.  All rights with respect to the remaining portion of Claim 43158 are reserved.

[2] Claim 60631 is being expunged solely with respect to its asserted claim held by White & Case LLP, in undetermined amount, for the security with ISIN CH0015586842.  The remaining portion of Claim 60631 is not being expunged pursuant to this Objection and is not affected by this Objection.  All rights with respect to the remaining portion of Claim 60631 are reserved.