# Exhibit 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 187: EXHIBIT 1 – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | WESTLB AG<br>ATTN: LEGAL DEPARTMENT<br>250 GREENWICH ST<br>NEW YORK, NY 10007-2140 | 30100 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $15,358,249.49 | Unsecured | $15,358,249.49 |
| | | | | | TOTAL | $15,358,249.49 | TOTAL | $15,358,249.49 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit