**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:     **Chapter 11**
In re     :
:     Case No. 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :
    Debtors.     :     **(Jointly Administered)**
:
:
---------------------------------------------------------------x     Ref. Docket No. 29084

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                  ) ss.:
COUNTY OF NEW YORK    )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 27, 2012, I caused to be served the following:

   a) "Certificate Of No Objection Under 28 U.S.C. § 1746 Regarding Omnibus Claims Objections Scheduled For Hearing On June 28, 2012," dated June 27, 2012 [Docket No. 29084], (the "Omnibus Hearing CNO With Exhibits"), and

   b) "Certificate Of No Objection Under 28 U.S.C. § 1746 Regarding Omnibus Claims Objections Scheduled For Hearing On June 28, 2012," dated June 27, 2012 [Docket No. 29084], (the "Omnibus Hearing CNO Without Exhibits"),

   by causing true and correct copies of the:

   i. Omnibus Hearing CNO With Exhibits, to be delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii.    Omnibus Hearing CNO Without Exhibits, to be delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>.

<i>/s/ Genevieve Uzamere</i><br>
Genevieve Uzamere

Sworn to before me this  
28th day of June, 2012  
<i>/s/ Cassandra Murray</i>  
Notary Public, State of New York  
No. 01MU6220179  
Qualified in the County of Queens  
Commission Expires April 12, 2014

# EXHIBIT A

**Email Addresses**

ddunne@milbank.com
wfoster@milbank.com
dodonnell@milbank.com
efleck@milbank.com
paronzon@milbank.com
gbray@milbank.com

# EXHIBIT B

| Fax | Name |
|---|---|
| 12126682255 | UST-DAVIS,GASPA,SCHW |