UNITED STATES BANKRUPTCY COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :   Chapter 11
In re                                                             :
                                                                  :   Case No. 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                      :
        Debtors.                                                  :   (Jointly Administered)
                                                                  :
                                                                  :
------------------------------------------------------------------x   Ref. Docket No. 29051

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 27, 2012, I caused to be served the "Notice Of Agenda Of Matters Scheduled For Claims Hearing On June 28, 2012 At 10:00 A.M.," dated June 27, 2012 [Docket No. 29051], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.  delivered via facsimile to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            /s/ Genevieve Uzamere
Sworn to before me this                                     Genevieve Uzamere
27th day of June, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Agenda Hrg June 28_DI 29051_AFF_6-27-12_KH.doc

# EXHIBIT A

**Email Addresses**

| | |
|---|---|
| aaaronson@dilworthlaw.com | arosenblatt@chadbourne.com |
| aalfonso@willkie.com | arthur.rosenberg@hklaw.com |
| abeaumont@fklaw.com | arwolf@wlrk.com |
| abraunstein@riemerlaw.com | aseuffert@lawpost-nyc.com |
| acaton@kramerlevin.com | ashaffer@mayerbrown.com |
| acker@chapman.com | ashmead@sewkis.com |
| adam.brezine@hro.com | asnow@ssbb.com |
| adarwin@nixonpeabody.com | aunger@sidley.com |
| adiamond@diamondmccarthy.com | austin.bankruptcy@publicans.com |
| aeckstein@blankrome.com | avenes@whitecase.com |
| aentwistle@entwistle-law.com | azylberger@whitecase.com |
| afriedman@irell.com | bankr@zuckerman.com |
| agbanknewyork@ag.tn.gov | bankruptcy@goodwin.com |
| aglenn@kasowitz.com | bankruptcy@morrisoncohen.com |
| agold@herrick.com | bankruptcy@ntexas-attorneys.com |
| agoldstein@tnsj-law.com | bankruptcymatters@us.nomura.com |
| ahammer@freebornpeters.com | barbra.parlin@hklaw.com |
| aisenberg@saul.com | bbisignani@postschell.com |
| akantesaria@oppenheimerfunds.com | bcarlson@co.sanmateo.ca.us |
| akolod@mosessinger.com | bdk@schlamstone.com |
| akornikova@lcbf.com | bguiney@pbwt.com |
| alum@ftportfolios.com | bill.freeman@pillsburylaw.com |
| amarder@msek.com | bkmail@prommis.com |
| amartin@sheppardmullin.com | bmanne@tuckerlaw.com |
| amcmullen@boultcummings.com | bmiller@mofo.com |
| amenard@tishmanspeyer.com | boneill@kramerlevin.com |
| anann@foley.com | brian.corey@greentreecreditsolutions.com |
| andrew.brozman@cliffordchance.com | brosenblum@jonesday.com |
| andrew.lourie@kobrekim.com | broy@rltlawfirm.com |
| angelich.george@arentfox.com | bruce.wright@sutherland.com |
| ann.reynaud@shell.com | bstrickland@wtplaw.com |
| anthony_boccanfuso@aporter.com | btrust@mayerbrown.com |
| aoberry@bermanesq.com | bturk@tishmanspeyer.com |
| aostrow@beckerglynn.com | bwolfe@sheppardmullin.com |
| apo@stevenslee.com | bzabarauskas@crowell.com |
| aquale@sidley.com | cahn@clm.com |
| araboy@cov.com | calbert@reitlerlaw.com |
| arahl@reedsmith.com | canelas@pursuitpartners.com |
| arheaume@riemerlaw.com | carol.weinerlevy@bingham.com |
| arlbank@pbfcm.com | cbelisle@wfw.com |
| | cbelmonte@ssbb.com |

cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com

dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com

2

dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com

gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com

jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com

jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com

kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com

lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com

michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com

newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com

6

rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com

schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
steven@blbglaw.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

| Firm | Attn: | Email | Counsel to: |
|---|---|---|---|
| SIDLEY AUSTIN LLP | Alex R. Rovira | arovira@sidley.com | Counsel For Delphi Financial Group, Inc.; Counsel For Memorial Hospital; Counsel For East Bay Municipal Utility District; Counsel For First Data Corporation; Counsel for American Municipal Power, Inc.; Counsel for the Government of Singapore Investment Corporation Pte Ltd.; Counsel For Heungkuk Life Insurance Co. Ltd.,Heungkuk Fire & Marine Insurance Co. Ltd.,Meritz Fire and Marine Insurance Co, Ltd. And Woori Bank And Special Counsel For BNY Mellon Corporate Trustee Services Limited And Granite Finance Limited, In Each Case As Their Respective Interests Shall Appear; Counsel For Magnetar Capital, LLC; Counsel For Blackrock, Inc |
| FOLEY & LARDNER LLP | Alissa M. Nann | anann@foley.com | Counsel for Access Group, Inc. |
| NIXON PEABODY LLP | Amanda D. Darwin | adarwin@nixonpeabody.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company |
| REED SMITH LLP | Andrea Pincus | apincus@reedsmith.com | Counsel To Wockhardt USA (Swiss) Holding AG, now known as Wockhardt EU Operations (Swiss) AG, and Wockhardt Limited |
| HERRICK, FEINSTEIN LLP | Andrew C. Gold | agold@herrick.com | Attorneys for Marietta Crossing Partners, LLC, Holcomb Bridge Partners, LLC, and Serrano Partners, LLC |
| Kasowitz, Benson, Torres & Friedman LLP | Andrew K. Glenn | aglenn@kasowitz.com | Counsel to the Dante Noteholders |
| CHAPMAN AND CUTLER LLP | Ann E. Acker | acker@chapman.com | Counsel to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE |
| SEWARD & KISSEL LLP | Benay L. Josselson | josselson@sewkis.com | Attorneys for Liberty Square CDO I, Ltd and Liberty Square CDO II, Ltd |
| MAYER BROWN LLP | Brian Trust | btrust@mayerbrown.com | COUNSEL TO FIRSTCARIBBEAN INTERNATIONAL BANK (BAHAMAS) LIMITED; Counsel to Canadian Imperial Bank of Commerce |
| SULLIVAN & CROMWELL LLP | Bruce E. Clark | clarkb@sullcrom.com | Attorney for Giants Stadium LLC |
| SIDLEY AUSTIN LLP | Bryan Krakauer | bkrakauer@sidley.com | Counsel For Heungkuk Life Insurance Co. Ltd.,Heungkuk Fire & Marine Insurance Co. Ltd.,Meritz Fire and Marine Insurance Co, Ltd. And Woori Bank And Special Counsel For BNY Mellon Corporate Trustee Services Limited And Granite Finance Limited, In Each Case As Their Respective Interests Shall Appear; Counsel For UniCredit Bank AG, London Branch |
| WINSTON & STRAWN LLP | Carey D. Schreiber | cschreiber@winston.com | Attorneys for Intralot SA |
| SNR DENTON US LLP | Carole Neville | carole.neville@snrdenton.com | Counsel For Anthracite Balanced Company (R-26) Limited |
| Hinshaw & Culbertson LLP | Charles M. Tatelbaum | ctatelbaum@hinshawlaw.com | Attorneys for Defendant GMAC Mortgage LLC |
| MAYER BROWN LLP | Christine A. Walsh | cwalsh@mayerbrown.com | COUNSEL TO FIRSTCARIBBEAN INTERNATIONAL BANK (BAHAMAS) LIMITED |
| Mayer Brown LLP | Christopher J. Houpt | choupt@mayerbrown.com | Counsel to Canadian Imperial Bank of Commerce |
| NIXON PEABODY, LLP | Christopher M. Desiderio | cdesiderio@nixonpeabody.com | Counsel to The Commonwealth of Puerto Rico and the Puerto Rico Sales Tax Financing Corporation; Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company |
| HOGAN LOVELLS US LLP | Christopher R. Donoho III | Chris.Donoho@hoganlovells.com | Attorneys for ITV plc and Carlton Communications Limited; Attorneys for Italease Finance S.p.A. |
| BALLARD SPAHR LLP | Christopher S. Chow | chowc@ballardspahr.com | Attorneys for Utah Housing Corporation (ME), Utah Housing Corp. (ME) and Utah Housing Finance Agency |
| CHADBOURNE & PARKE LLP | Christy L. Rivera | crivera@chadbourne.com | Counsel to HSBC Bank USA, National Association, as trustee, as attorney-in-fact for Horizon II International Limited; Counsel to AIG Markets, Inc. |
| STROOCK & STROOCK & LAVAN LLP | Claude G. Szyfer | cszyfer@stroock.com | Attorneys for CIFG Assurance North America, Inc. |
| Hinshaw & Culbertson LLP | Concepcion A. Montoya | cmontoya@hinshawlaw.com | Attorneys for Defendant GMAC Mortgage LLC |
| CHAPMAN AND CUTLER LLP | Craig M. Price | cprice@chapman.com | Counsel to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE |
| ROPES & GRAY LLP | D. Ross Martin | ross.martin@ropesgray.com | Attorneys for Massachusetts Housing Finance Agency |
| DLA PIPER LLP (US) | Daniel G. Egan | daniel.egan@dlapiper.com | Attorneys for The Buck Institute for Age Research |
| CLIFFORD CHANCE US LLP | David A. Sullivan | david.sullivan@cliffordchance.com | Counsel to Anthracite Balanced Company (Discover 1) Ltd. and the other Issuer parties identified on Schedule 1 hereto; Counsel For Granite Finance Limited |

| Firm | Attorney | Email | Representing |
|---|---|---|---|
| | | dching@curtis.com | |
| | | djnewman@akingump.com | |
| HARRISON & MOBERLY, LLP | David J. Theising | dtheising@harrisonmoberly.com | Attorney for Bell Trace Obligated Group |
| HARRIS BEACH PLLC | David M. Capriotti | dcapriotti@harrisbeach.com | Attorneys for Claimants F.F. Thompson Foundation Inc., Frederick Ferris Thompson Hospital and F.F. Thompson Health System, Inc. |
| CHADBOURNE & PARKE LLP | David M. LeMay | dlemay@chadbourne.com | Counsel to HSBC Bank USA, National Association, as trustee, as attorney-in-fact for Horizon II International Limited; Counsel to AIG Markets, Inc. |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM L | David M. Turetsky | david.turetsky@skadden.com | Attorneys for Prudential Investment Management, Inc. |
| KIRKLAND & ELLIS LLP | David R. Seligman | david.seligman@kirkland.com | Counsel for the Liquidators of Lehman Brothers Australia Limited |
| PATTERSON BELKNAP WEBB & TYLER LLP | David W. Dykhouse | dwdykhouse@pbwt.com | Attorneys for Asbury Atlantic, Inc. and Asbury-Solomons, Inc. |
| FOSTER PEPPER PLLC | Dillon E. Jackson | jackd@foster.com | Attorneys for OneWest Bank, FSB |
| McGUIREWOODS LLP | Dion W. Hayes | dhayes@mcguirewoods.com | Attorneys for The Toronto-Dominion Bank |
| VENABLE LLP | Edward A. Smith | easmith@Venable.com | Counsel for LBBW Luxemburg S.A. and Landesbank Baden-Württemberg |
| REED SMITH LLP | Eric A. Schaffer | eschaffer@reedsmith.com | Counsel to The Bank of New York Mellon, as agent, The Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited, in their representative capacities; Counsel For BNY Mellon Corporate Trustee Services Limited |
| BINGHAM MCCUTCHEN LLP | Evan Benanti | evan.benanti@bingham.com | Attorneys for State Street Bank and Trust Company |
| STROOCK & STROOCK & LAVAN LLP | Francis C. Healy | fhealy@stroock.com | Attorneys for CIFG Assurance North America, Inc. |
| CHAPMAN AND CUTLER LLP | Franklin H. Top, III | top@chapman.com | Counsel to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE |
| MAYER BROWN LLP | Frederick D. Hyman | fhyman@mayerbrown.com | COUNSEL TO WATERSTONE CAPITAL ADVISORS LLC |
| FOLEY & LARDNER LLP | Geoffrey S. Goodman | ggoodman@foley.com | Counsel for Access Group, Inc. |
| HERRICK, FEINSTEIN LLP | Hanh V. Huynh | hhuynh@herrick.com | Attorneys for Marietta Crossing Partners, LLC, Holcomb Bridge Partners, LLC, and Serrano Partners, LLC |
| KING & SPALDING LLP | Harris Winsberg | hwinsberg@kslaw.com | Attorneys for HD Supply, Inc. |
| KING & SPALDING LLP | Heath D. Rosenblat | hrosenblat@kslaw.com | Attorneys for HD Supply, Inc. |
| TROUTMAN SANDERS LLP | Hollace Topol Cohen | hollace.cohen@troutmansanders.com | Attorneys For Erlanger Health System |
| SEWARD & KISSEL LLP | Jack Yoskowitz | yoskowitz@sewkis.com | Attorneys for Liberty Square CDO I, Ltd and Liberty Square CDO II, Ltd |
| CHAPMAN AND CUTLER LLP | James E. Spiotto | spiotto@chapman.com | Counsel to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE |
| KIRKLAND & ELLIS LLP | James H.M. Sprayregen | james.sprayregen@kirkland.com | Counsel for the Liquidators of Lehman Brothers Australia Limited |
| CHAPMAN AND CUTLER LLP | James Heiser | heiser@chapman.com | Counsel to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE |
| MEISTER SEELIG & FEIN LLP | James M. Ringer | jmr@msf-law.com | Counsel to the Loreley Noteholders |
| DECHERT LLP | Janet M. Bollinger | janet.bollinger@dechert.com | Attorneys for CWCapital EY REIT LB2 LLC |
| MCDERMOTT WILL & EMERY LLP | Jared Zajac | jzajac@mwe.com | Attorneys for Mirabella |
| GREENBERG TRAURIG, LLP | Jason C. Moreau | moreauj@gtlaw.com | Counsel for Franklin W. Olin College of Engineering, Inc. |
| MAYER BROWN LLP | Jeffrey G. Tougas | jtougas@mayerbrown.com | COUNSEL TO FIRSTCARIBBEAN INTERNATIONAL BANK (BAHAMAS) LIMITED |
| MCDERMOTT WILL & EMERY LLP | Jeffrey Rossman | jrossman@mwe.com | Attorneys for Mirabella |
| CLIFFORD CHANCE US LLP | Jennifer C. DeMarco | jennifer.demarco@cliffordchance.com | Counsel to CNP Assurances and Counsel to Anthracite Investments (Ireland) Plc. with respect to Series 12, 18 and 27; Counsel to Anthracite Balanced Company (Discover 1) Ltd. and the other Issuer parties identified on Schedule 1 hereto; Counsel For Granite Finance Limited |
| GREENBERG TRAURIG, LLP | John A. Sten | stenj@gtlaw.com | Counsel for Franklin W. Olin College of Engineering, Inc. |
| GREENBERG TRAURIG, LLP | John A. Sten | stenj@gtlaw.com | Counsel for Tempe Life Care Village, Inc., d/b/a Friendship Village of Tempe |
| ALSTON & BIRD LLP | John C. Weitnauer | kit.weitnauer@alston.com | Counsel to Bank of America, National Association |
| KLESTADT & WINTERS, LLP | John E. Jureller, Jr. | jjureller@klestadt.com | Attorneys for OneWest Bank, FSB |
| ROPES & GRAY LLP | Jose Raul Alcantar Villagran | raul.alcantar@ropesgray.com | Attorneys for Sankaty Credit Opportunities III, L.P.; Attorneys for Sankaty Special Situations I, L.P.; Attorneys for Massachusetts Housing Finance Agency |

| Firm | Attorney | Email | Representation |
|---|---|---|---|
| GREENBERG TRAURIG, LLP | Joseph P. Davis | davisjo@gtlaw.com | Counsel for Tempe Life Care Village, Inc., d/b/a Friendship Village of Tempe |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | Joshua Friedman | jfriedman@kramerlevin.com | Counsel to Eurosail 2006-1 PLC; Counsel to Consumer Unsecured Reperforming Loans (CURL) PLC; Counsel to Eurosail 2006-3NC PLC; Counsel to Eurosail 2006-2BL PLC; Counsel to Eurosail-UK 2007-2NP PLC |
| EDWARDSWILDMAN PALMER LLP | Larry D. Henin | lhenin@edwardswildman.com | Counsel for Massachusetts Development Finance Agency |
| FOLEY & LARDNER LLP | Lars A. Peterson | lapeterson@foley.com | Counsel for Access Group, Inc. |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | Lauren Macksoud | lmacksoud@kramerlevin.com | Counsel to Eurosail 2006-1 PLC; Counsel to Consumer Unsecured Reperforming Loans (CURL) PLC; Counsel to Eurosail 2006-3NC PLC; Counsel to Eurosail 2006-2BL PLC; Counsel to Eurosail-UK 2007-2NP PLC |
| SCHULTE ROTH & ZABEL LLP | Lawrence V. Gelber | lawrence.gelber@srz.com | Attorneys for Ethias SA |
| HARRIS BEACH PLLC | Lee E. Woodard | lwoodard@harrisbeach.com | Attorneys for Claimants F.F. Thompson Foundation Inc., Frederick Ferris Thompson Hospital and F.F. Thompson Health System, Inc. |
| SIDLEY AUSTIN LLP | Lee S. Attanasio | lattanasio@sidley.com | Counsel For Memorial Hospital; Counsel For East Bay Municipal Utility District; Counsel For First Data Corporation; Counsel For Principal Life Insurance Company |
| GREENBERG TRAURIG, LLP | Maria J. DiConza | diconzam@gtlaw.com | Counsel for Tempe Life Care Village, Inc., d/b/a Friendship Village of Tempe; Counsel for Franklin W. Olin College of Engineering, Inc. |
| Sutherland Asbill & Brennan LLP | Mark D. Sherrill (pro hac vic) | mark.sherrill@sutherland.com | Counsel for Aviva S.p.A., Aviva Vita S.p.A., Aviva Life S.p.A.,Aviva Italia S.p.A., and Aviva Assicurazioni S.p.A. |
| ROPES & GRAY LLP | Mark I. Bane | mark.bane@ropesgray.com | Attorneys for Sankaty Credit Opportunities III, L.P.; Attorneys for Sankaty Special Situations I, L.P. |
| STRADLEY RONON STEVENS & YOUNG, LLP | Mark J. Dorval | MDorval@stradley.com | Attorneys for Delaware Investment Advisers, a series of Delaware Management Business Trust |
| NIXON PEABODY, LLP | Mark N. Berman | mberman@nixonpeabody.com | Counsel to The Commonwealth of Puerto Rico and the Puerto Rico Sales Tax Financing Corporation |
| SULLIVAN & CROMWELL LLP | Matthew A. Schwartz | schwartzmatthew@sullcrom.com | Attorney for Giants Stadium LLC |
| Kasowitz, Benson, Torres & Friedman LLP | Matthew B. Stein | mstein@kasowitz.com | Counsel to the Dante Noteholders; Counsel to the Loreley Noteholders |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM L | Max S. Polonsky | max.polonsky@skadden.com | Attorneys for Prudential Investment Management, Inc. |
| ALSTON & BIRD LLP | Michael E. Johnson | michael.johnson@alston.com | Counsel to Bank of America, National Association |
| SIDLEY AUSTIN LLP | Michael G. Burke | mgburke@sidley.com | Counsel For Delphi Financial Group, Inc.; Counsel for American Municipal Power, Inc.; Counsel for the Government of Singapore Investment Corporation Pte Ltd. |
| STRADLEY RONON STEVENS & YOUNG, LLP | Michael J. Cordone | MCordone@stradley.com | Attorneys for Delaware Investment Advisers, a series of Delaware Management Business Trust |
| McCARTER & ENGLISH, LLP | Michael J. Reynolds | mreynolds@mccarter.com | Attorneys for Southwestern Ohio Seniors' Services, Inc. n/k/a Maple Knoll Communities Inc., an Ohio non-profit corporation |
| REED SMITH LLP | Michael J. Venditto | mvenditto@reedsmith.com | Counsel to The Bank of New York Mellon, as agent, The Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited, in their representative capacities; Counsel For BNY Mellon Corporate Trustee Services Limited |
| MCDERMOTT WILL & EMERY LLP | Nathan Coco | ncoco@mwe.com | Attorneys for Mirabella |
| MCDERMOTT WILL & EMERY LLP | Nava Hazan | nhazan@mwe.com | Attorneys for Mirabella |
| SIDLEY AUSTIN LLP | Nicholas P. Crowell | ncrowell@sidley.com | Counsel For Blackrock, Inc |
| McGUIREWOODS LLP | Patrick L. Hayden | phayden@mcguirewoods.com | Attorneys for The Toronto-Dominion Bank |
| EDWARDSWILDMAN PALMER LLP | Paul J. Labov | plabov@edwardswildman.com | Counsel for Massachusetts Development Finance Agency |
| LOWENSTEIN SANDLER | Paul Kizel | pkizel@lowenstein.com | Counsel for Blue Mountain Credit Alternatives Master Fund L.P. |
| BINGHAM MCCUTCHEN LLP | R. Jeffery Black | jeffery.black@bingham.com | Attorneys for The Lincoln National Life Insurance Company |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Raniero D'Aversa | rdaversa@orrick.com | Attorneys for Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. |

| | | | |
|---|---|---|---|
| NIXON PEABODY LLP | Richard C. Pedone | rpedone@nixonpeabody.com | Counsel to Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company |
| VENABLE LLP | Rishi Kapoor | rkapoor@Venable.com | Counsel for LBBW Luxemburg S.A. and Landesbank Baden-Württemberg |
| SIDLEY AUSTIN LLP | Robert J. Robinson | rrobinson@sidley.com | Counsel For Heungkuk Life Insurance Co. Ltd.,Heungkuk Fire & Marine Insurance Co. Ltd.,Meritz Fire and Marine Insurance Co, Ltd. And Woori Bank And Special Counsel For BNY Mellon Corporate Trustee Services Limited And Granite Finance Limited, In Each Case As Their Respective Interests Shall Appear |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Robert L. Sills | rsills@orrick.com | Attorneys for Idaho Housing and Finance Association |
| PRYOR CASHMAN LLP | Ronald S. Beacher | rbeacher@pryorcashman.com | Attorneys for SPCP Group, LLC |
| BINGHAM MCCUTCHEN LLP | Sabin Willett | sabin.willett@bingham.com | Attorneys for State Street Bank and Trust Company |
| CLIFFORD CHANCE US LLP | Sarah N. Campbell | sarah.campbell@cliffordchance.com | Counsel to CNP Assurances and Counsel to Anthracite Investments (Ireland) Plc. with respect to Series 12, 18 and 27 |
| McGUIREWOODS LLP | Shawn R. Fox | sfox@mcguirewoods.com | Attorneys for The Toronto-Dominion Bank |
| Kasowitz, Benson, Torres & Friedman LLP | Sheron Korpus | skorpus@kasowitz.com | Counsel to the Loreley Noteholders |
| DECHERT LLP | Shmuel Vasser | shmuel.vasser@dechert.com | Attorneys for CWCapital EY REIT LB2 LLC |
| SIDLEY AUSTIN LLP | Sophia P. Mullen | smullen@sidley.com | Counsel For Heungkuk Life Insurance Co. Ltd.,Heungkuk Fire & Marine Insurance Co. Ltd.,Meritz Fire and Marine Insurance Co, Ltd. And Woori Bank And Special Counsel For BNY Mellon Corporate Trustee Services Limited And Granite Finance Limited, In Each Case As Their Respective Interests Shall Appear |
| CARTER LEDYARD & MILBURN LLP | Stephen M. Plotnick | plotnick@clm.com | Counsel to the Loreley Noteholders |
| Hinshaw & Culbertson LLP | Steven E. Seward | sseward@hinshawlaw.com | Attorneys for Defendant GMAC Mortgage LLC |
| KATSKY KORINS LLP | Steven H. Newman | snewman@katskykorins.com | Counsel for Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Steven J. Fink | sfink@orrick.com | Attorneys for California Housing Finance Agency; Attorneys for the Guam Power Authority; Counsel For Ballyrock ABS CDO 2007-1 Limited |
| Mayer Brown LLP | Steven Wolowitz | swolowitz@mayerbrown.com | Counsel to Canadian Imperial Bank of Commerce |
| SULLIVAN & CROMWELL LLP | Theodore A.B. McCombs | mccombst@sullcrom.com | Attorney for Giants Stadium LLC |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Thomas C. Mitchell | tcmitchell@orrick.com | Attorneys for California Housing Finance Agency; Attorneys for Idaho Housing and Finance Association; Attorneys for Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.; Attorneys for the Guam Power Authority; Counsel For Ballyrock ABS CDO 2007-1 Limited |
| DLA PIPER LLP (US) | Thomas R. Califano | thomas.califano@dlapiper.com | Attorneys for The Buck Institute for Age Research |
| Hinckley, Allen & Snyder LLP | Thomas S. Marrion | tmarrion@haslaw.com | UNITED CHURCH OF CHRIST RETIREMENT COMMUNITY, INC. |
| BINGHAM MCCUTCHEN LLP | Timothy B. DeSieno | tim.desieno@bingham.com | Attorneys for The Lincoln National Life Insurance Company |
| PRYOR CASHMAN LLP | Tina N. Moss | tmoss@pryorcashman.com | Counsel to HSBC Bank USA, National Association, in its representative capacity; Attorneys for SPCP Group, LLC |
| KLESTADT & WINTERS, LLP | Tracy L. Klestadt | tklestadt@klestadt.com | Attorneys for OneWest Bank, FSB |
| BALLARD SPAHR LLP | William A. Slaughter | slaughter@ballardspahr.com | Attorneys for Utah Housing Corporation (ME), Utah Housing Corp. (ME) and Utah Housing Finance Agency |

# EXHIBIT B

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

| FAX | NAME |
|---|---|
| 1-404-881-7777 | ALSTON AND BIRD ATTN: J. WILLIAM BOONE |
| 1-212-506-1800 | KASOWITZ BENSON TORRES LLP  ATTN: MARC E. KASOWITZ |
| 1-212-752-8393 | COLE SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. ATTN: MICHAEAL D. WARNER, KE? |
| 1-866-596-3967 | NIXON AND PEABODY ATTN: CHRISTOPHER M. DEIDERIO |
| 1-212-262-1910 | MAYER BROWN LLP ATTN: BRIAN TRUST |
| 1-212-593-5955 | SCHULTE ROTH & ZABEL LLP ATTN: LAWRENCE V GELBER |
| 1-212-940-3111 | NIXON PEABODY LLP ATTN: CHRISTOPHER M DESIDERIO |
| 1-212-210-9444 | ALSTON AND BIRD ATTN: MICHAEL E JOHNSON |
| 1-404-881-7777 | ALSTON AND BIRD ATTN: JOHN C. WEITNAUER |
| 1-215-564-8120 | STRADLEY RONON STEVENS & YOUNG LLP ATTN: MARK J DORVAL, MICHAEL J CORD |
| 1-212-687-2329 | FOLEY & LARDNER LLP ATTN: ALISSA M NANN |
| 1-312-832-4700 | FOLEY & LARDNER LLP ATTN: GEOFFREY S GOODMAN, LARS A PETERSON |
| 1-212-480-8421 | SEWARD & KISSEL LLP ATTN: JACK YOSKOWITZ, BENAY L JOSSELSON |
| 1-212-798-6355 | PRYOR CASHMAN LLP ATTN: TINA N MOSS |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007