# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 294: EXHIBIT 1 – LATE-FILED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AGUADO, JOSE 1020 W. DEVONSHIRE AVE HEMET, CA 92543 | | Lehman No Case Asserted/All Cases Asserted | 05/03/2012 | 68101 | $447.20 | Late-Filed Claim |
| 2 | KEYBANK, N.A., TRUSTEE FOR THE LUBRIZOL CORPORATION PENSION PLAN LONG DUR FIXED 4900 TIEDEMAN RD. OH-01-49-0327 BROOKLYN, OH 44144 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/19/2012 | 68084 | $148,774.97 | Late-Filed Claim |
| 3 | KEYBANK, N.A., TRUSTEE FOR THE LUBRIZOL CORPORATION PENSION PLAN PIMCO LONG DUR FIXED 4900 TIEDEMAN RD. OH-01-49-0327 BROOKLYN, OH 44144 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 04/19/2012 | 68085 | $148,774.97 | Late-Filed Claim |
| | | | | | TOTAL | $297,997.14 | |

* - Indicates claim contains unliquidated and/or undetermined amounts          Page 1 of 1