# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 300: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED CHAPTER 11 ESTATE | CLASS | AMOUNT | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | SOUTHWEST AIRLINES CO.<br>ATTN: MARK R SHAW, ASSOCIATE GENERAL COUNSEL<br>2702 LOVE FIELD DRIVE, HDQ-4GC<br>DALLAS, TX 75235 | 30562 | 09/22/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $289,497.23* | $267,505.79 |
| 2 | SOUTHWEST AIRLINES CO.<br>ATTN MARK R. SHAW, ASSOCIATE GENERAL COUNSEL<br>2702 LOVE FIELD DRIVE, HDQ-4GC<br>DALLAS, TX 75235 | 32389 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $289,497.23 | $267,505.79 |
| | | | | | TOTAL | $578,994.46 | TOTAL $535,011.58 |

\* - Indicates claim contains unliquidated and/or undetermined amounts