B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., et al.          ,          Case No.   08-13555 (JMP)

Jointly Administered

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

RBS Securities                                      Tejas Securities Group, Inc.
Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known):  45228, 45229 & 45236
should be sent:                                     Amount of Claim:      $1,500,000.00
  RBS Securities                                    Date Claim Filed:        10/23/2009
  600 Washington Blvd.
  Stamford, CT 06901

Phone:                                              Phone:  512-306-5200
Last Four Digits of Acct #:       n/a               Last Four Digits of Acct. #:

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: /s/ Brian Geldert                               Date:  06/29/2012
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**Please note this is only a PARTIAL transfer of each of the above-referenced claims, as indicated in the
Agreement attached hereto.