# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 303: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | 416-432 WEST 52ND ST LLC<br>C/O TESSLER DEVELOPMENTS<br>461 PARK AVENUE SOUTH<br>NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30021 | $5,000,000.00* | Insufficient Documentation Claim |
| | | | | | TOTAL | $5,000,000.00 | |