B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **IPR-GDF SUEZ Energy Marketing North America, Inc.** | **International Power plc** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Ray Cunningham
VP & Asst Gen Counsel
IPR-GDF SUEZ Energy Marketing North America, Inc.
1990 Post Oak Blvd., Suite 1900
Houston, Texas 77006

Phone: (713) 636-1980
Last Four Digits of Acct #:

Court Claim # (if known): **14174**
Amount of Claim: not less than $258,662.93
Date Claim Filed: September 16, 2009.

Address of Transferor:
International Power, plc, c/o
International Power America, Inc.
62 Forest Street, Suite 102
Marlborough, MA 01752

Phone: 508-382-9356
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Ray Cunningham_ Date: June 29, 2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.