UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 Case No. |
|---|---|
| **Lehman Brothers Holdings Inc., et al.,** | 08-13555 |
| Debtors. | |

## MAY 2012 POST-EFFECTIVE OPERATING REPORT

MAY 2012
SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS

| | |
|---|---|
| DEBTORS' ADDRESS: | LEHMAN BROTHERS HOLDINGS INC.<br>c/o WILLIAM J. FOX<br>1271 AVENUE OF THE AMERICAS<br>40th FLOOR<br>NEW YORK, NY 10020 |
| DEBTORS' ATTORNEYS: | WEIL, GOTSHAL & MANGES LLP<br>c/o HARVEY R. MILLER<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153 |
| REPORT PREPARER: | LEHMAN BROTHERS HOLDINGS INC., AS PLAN ADMINISTRATOR |

Date:  June 29,  2012

Indicate if this is an amended statement by checking here:    AMENDED STATEMENT ☐

**TABLE OF CONTENTS**

Schedule of Debtors ……………………………………………………………………………………………… 3

Lehman Brothers Holdings Inc. ("LBHI") and Other Debtors and Other Controlled Subsidiaries
    Basis of Presentation — Schedule of Cash Receipts and Disbursements ……………………………………. 4
    Schedule of Cash Receipts and Disbursements ………………………………………………………….... 5

LBHI
    Basis of Presentation – Schedule of Professional Fee and Expense Disbursements …………………………. 9
    Schedule of Professional Fee and Expense Disbursements …………………………………………………... 10

# SCHEDULE OF DEBTORS

The following entities (the "Debtors") filed for bankruptcy in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). On December 6, 2011, the Bankruptcy Court confirmed the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"). On March 6, 2012, the "Effective Date" (as defined in the Plan) occurred. The Debtors' Chapter 11 cases remain open as of the date hereof.

| | Case No. | Date Filed |
|---|---|---|
| Lehman Brothers Holdings Inc. ("LBHI") | 08-13555 | 9/15/2008 |
| LB 745 LLC | 08-13600 | 9/16/2008 |
| PAMI Statler Arms LLC | 08-13664 | 9/23/2008 |
| Lehman Brothers Commodity Services Inc. ("LBCS") | 08-13885 | 10/3/2008 |
| Lehman Brothers Special Financing Inc. ("LBSF") | 08-13888 | 10/3/2008 |
| Lehman Brothers OTC Derivatives Inc. ("LOTC") | 08-13893 | 10/3/2008 |
| Lehman Brothers Derivative Products Inc. ("LBDP") | 08-13899 | 10/5/2008 |
| Lehman Commercial Paper Inc. ("LCPI") | 08-13900 | 10/5/2008 |
| Lehman Brothers Commercial Corporation ("LBCC") | 08-13901 | 10/5/2008 |
| Lehman Brothers Financial Products Inc.("LBFP") | 08-13902 | 10/5/2008 |
| Lehman Scottish Finance L.P. | 08-13904 | 10/5/2008 |
| CES Aviation LLC | 08-13905 | 10/5/2008 |
| CES Aviation V LLC | 08-13906 | 10/5/2008 |
| CES Aviation IX LLC | 08-13907 | 10/5/2008 |
| East Dover Limited | 08-13908 | 10/5/2008 |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 | 1/7/2009 |
| BNC Mortgage LLC | 09-10137 | 1/9/2009 |
| LB Rose Ranch LLC | 09-10560 | 2/9/2009 |
| Structured Asset Securities Corporation | 09-10558 | 2/9/2009 |
| LB 2080 Kalakaua Owners LLC | 09-12516 | 4/23/2009 |
| Merit LLC | 09-17331 | 12/14/2009 |
| LB Somerset LLC | 09-17503 | 12/22/2009 |
| LB Preferred Somerset LLC | 09-17505 | 12/22/2009 |

**LEHMAN BROTHERS HOLDINGS INC. ("LBHI") AND OTHER DEBTORS AND OTHER CONTROLLED ENTITIES**

**BASIS OF PRESENTATION**
**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
**MAY 1, 2012 – MAY, 31 2012**

The information and data included in this May 2012 Post-Effective Operating Report (the "Operating Report") are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator, and its Controlled Entities (collectively, the "Company").  The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, and excludes, among others, those entities that are under separate administrations in the United States or abroad and excludes Aurora Bank FSB, which is indirectly controlled by LBHI.  LBHI and certain of its Controlled Entities had filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors".  The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.  LBHI has prepared this Operating Report, which includes certain information as required by the Office of the US Trustee, based on the information available to LBHI at this time, but note that such information may be incomplete and may be materially deficient in certain respects.  This Operating Report is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. LBHI reserves all rights to revise this report.

1. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP), is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.  Cash balances and activity denominated in foreign currencies have been converted to US Dollars.

2. Beginning and ending balances include cash in demand-deposit accounts (DDA), money-market funds (MMF), treasury bills and other investments.

3. Beginning and ending cash balances are based on preliminary closing numbers and are subject to adjustment.

4. Beginning and ending cash and investment balances exclude the following:

   - Cash posted as collateral for hedging activity;
   - Cash related to LBHI's wholly-owned indirect subsidiary Aurora Bank FSB; and
   - Cash held at real estate owned properties or at third party managers.

5. Restricted cash balances are based on preliminary estimates of cash in co-mingled or segregated accounts associated with pledged assets, court ordered segregated accounts, funds administratively held by banks, funds reserved for certain tax claims, cash transferred on or prior to September 15th by the Company in connection with requests by, and documents executed by, the Company and Citigroup Inc. and HSBC Bank PLC currently at approximately $2 billion and $34 million, respectively and other identified funds which may not belong to the Debtors or other Controlled Entities. In addition, restricted cash balances includes the following reserves for distributions under the Debtors Chapter 11 Plan  (a) Cash Reserves for Disputed Claims and (b) reserves for Secured, Administrative, Priority and Convenience Claims..

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Other Controlled Entities**
**Summary Schedule of Cash Receipts and Disbursements**
**May 1, 2012 - May 31, 2012**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | Debtors | | | | | Other Controlled Entities | | | | Total Debtors and Other Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|
| | LBHI | LBSF | LCPI | Other | Total | LB1 Grp | PAMI | Other | Total | |
| **Beginning Free Cash and Investments (5/1/12)** | $ 1,478 | $ 618 | $ 2,340 | $ 193 | $ 4,629 | $ 477 | $ 49 | $ 2,294 | $ 2,820 | $ 7,449 |
| Restricted Cash | 9,112 | 2,152 | 375 | 1,680 | 13,319 | - | - | 575 | **575** | 13,894 |
| **Beginning Total Cash and Investments** | **10,590** | **2,770** | **2,715** | **1,873** | **17,948** | **477** | **49** | **2,869** | **3,395** | **21,343** |
| **Sources of Cash** | | | | | | | | | | |
| Derivatives | 2 | 15 | 9 | 16 | **41** | - | - | (4) | **(4)** | 37 |
| Loans (Corporate and Residential) | 11 | - | 143 | - | **153** | - | - | 24 | **24** | 178 |
| Private Equity / Principal Investing | 29 | - | 39 | - | **68** | 199 | - | 0 | **199** | 267 |
| Commercial Real Estate | 234 | - | 203 | - | **437** | - | 77 | 578 | **655** | 1,092 |
| Receipts from Affiliates | - | - | - | - | **-** | - | - | 7 | **7** | 7 |
| Other | 3 | (3) | 32 | 5 | **36** | 0 | 1 | 10 | **10** | 46 |
| **Total Sources of Cash** | **278** | **11** | **425** | **21** | **735** | **199** | **78** | **615** | **892** | **1,626** |
| **Uses of Cash** | | | | | | | | | | |
| Non-Operating | | | | | | | | | | |
|   Derivatives | - | (0) | - | - | **(0)** | - | - | - | **-** | **(0)** |
|   Loans (Corporate and Residential) | (0) | - | (18) | - | **(18)** | - | - | (4) | **(4)** | **(22)** |
|   Private Equity / Principal Investing | - | - | - | - | **-** | (2) | - | - | **(2)** | **(2)** |
|   Commercial Real Estate | (5) | - | (17) | - | **(23)** | - | (1) | (6) | **(7)** | **(29)** |
|   Payments to Creditors | 1 | - | - | (14) | **(13)** | - | - | (407) | **(407)** | **(420)** |
|   Other | (2) | (2) | - | (1) | **(5)** | - | - | (1) | **(1)** | **(5)** |
| Operating Expenses | (41) | (1) | (1) | - | **(43)** | (2) | (0) | (13) | **(16)** | **(58)** |
| **Total Uses of Cash** | **(48)** | **(3)** | **(36)** | **(14)** | **(101)** | **(4)** | **(1)** | **(431)** | **(436)** | **(537)** |
| **Net Cash Flow** | **230** | **8** | **389** | **7** | **634** | **196** | **76** | **184** | **455** | **1,089** |
| Inter-Company Transfers, Net | 449 | (1) | 116 | 4 | **568** | - | (56) | (512) | **(568)** | **-** |
| Transfers from (to) Securitization Trustee | - | - | (13) | - | **(13)** | - | - | - | **-** | **(13)** |
| Loan Agencies, Net | (0) | 0 | 1 | - | **1** | - | - | - | **-** | **1** |
| FX Fluctuation | (3) | (0) | (2) | - | **(5)** | - | - | (6) | **(6)** | **(11)** |
| **Ending Total Cash and Investments** | **11,265** | **2,778** | **3,206** | **1,883** | **19,132** | **673** | **69** | **2,535** | **3,277** | **22,409** |
| Restricted Cash | (9,069) | (2,152) | (378) | (1,679) | **(13,278)** | - | - | (588) | **(588)** | **(13,867)** |
| **Ending Free Cash and Investments (5/31/12)** | $ 2,197 | $ 626 | $ 2,828 | $ 204 | $ 5,854 | $ 673 | $ 69 | $ 1,947 | $ 2,688 | $ 8,542 |

All values that are exactly zero are shown as "-". Values between zero and $0.5 million appear as "0".
Totals may not foot due to rounding.

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Other Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**May 1, 2012 - May 31, 2012**

Unaudited ($)

| | | Debtors | | | | | Other Controlled Entities | | | | Total Debtors and Other Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | LBHI | LBSF | LCPI | Other | Total | LB1 Grp | PAMI | Other | Total | |
| **Beginning Free Cash and Investments (5/1/12)** | | $ 1,478 | $ 618 | $ 2,340 | $ 193 | $ 4,629 | $ 477 | $ 49 | $ 2,294 | $ 2,820 | $ 7,449 |
| Restricted Cash | | 9,112 | 2,152 | 375 | 1,680 | 13,319 | - | - | 575 | 575 | 13,894 |
| **Beginning Total Cash and Investments (a)** | | 10,590 | 2,770 | 2,715 | 1,873 | 17,948 | 477 | 49 | 2,869 | 3,395 | 21,343 |
| **Sources of Cash** | | | | | | | | | | | |
| Derivatives | | | | | | | | | | | |
|   Return / (Posting) of Hedging Collateral, net | | - | (6) | - | (4) | **(10)** | - | - | (4) | **(4)** | (14) |
|   Collections from Live / Terminated Trades | (b) | 2 | 20 | 9 | 20 | **50** | - | - | - | **-** | 50 |
|   Other | | - | 1 | - | - | **1** | - | - | - | **-** | 1 |
| Loans (Corporate and Residential) | | | | | | | | | | | |
|   Principal | (c) | 7 | - | 140 | - | **147** | - | - | 20 | **20** | 166 |
|   Interest | | 4 | - | 3 | - | **6** | - | - | 5 | **5** | 11 |
| Private Equity / Principal Investing | | | | | | | | | | | |
|   Principal | (d) | 27 | - | 39 | - | **66** | 69 | - | 0 | **69** | 135 |
|   Interest and Dividends | (d) | 2 | - | 0 | - | **2** | 130 | - | - | **130** | 132 |
| Commercial Real Estate | | | | | | | | | | | |
|   Principal | (e) | 233 | - | 199 | - | **432** | - | 77 | 577 | **653** | 1,085 |
|   Interest | | 1 | - | 4 | - | **5** | - | 0 | 1 | **2** | 7 |
| Receipts from Affiliates | | | | | | | | | | | |
|   Distributions from Non-Controlled Affiliates | | - | - | - | - | **-** | - | - | 1 | **1** | 1 |
|   Plan Distributions from Debtors | (f) | - | - | - | - | **-** | - | - | 6 | **6** | 6 |
| Other | | | | | | | | | | | |
|   Interest | (g) | 2 | (3) | 1 | 5 | **5** | - | - | - | **-** | 5 |
|   Other | | 0 | - | 31 | - | **31** | 0 | 1 | 10 | **10** | 41 |
| **Total Sources of Cash** | | 278 | 11 | 425 | 21 | **735** | 199 | 78 | 615 | **892** | 1,626 |

All values that are exactly zero are shown as "-". Values between zero and $0.5 million appear as "0".
Totals may not foot due to rounding.

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Other Controlled Entities**
Schedule of Cash Receipts and Disbursements
May 1, 2012 - May 31, 2012

Unaudited ($)

|  |  | Debtors | | | | | Other Controlled Entities | | | | Total Debtors and Other Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | LBHI | LBSF | LCPI | Other | Total | LB1 Grp | PAMI | Other | Total | Entities |
| **Uses of Cash** | | | | | | | | | | | |
| Non-Operating | | | | | | | | | | | |
|   Derivatives | | | | | | | | | | | |
|     Payments on Live Trades | | - | (0) | - | - | **(0)** | - | - | - | **-** | **(0)** |
|   Loans (Corporate and Residential) | | | | | | | | | | | |
|     Loan Fundings | | (0) | - | (18) | - | **(18)** | - | - | - | **-** | **(18)** |
|     Preservation of Assets | | - | - | - | - | **-** | - | - | (4) | **(4)** | **(4)** |
|   Private Equity / Principal Investing | | | | | | | | | | | |
|     Capital Calls | | - | - | - | - | **-** | (2) | - | - | **(2)** | **(2)** |
|   Commercial Real Estate | | | | | | | | | | | |
|     Preservation of Assets | | (5) | - | (17) | - | **(23)** | - | (1) | (6) | **(7)** | **(29)** |
|   Payments to Creditors | | | | | | | | | | | |
|     Plan Distributions | (h) | 1 | - | - | (14) | **(13)** | - | - | - | **-** | **(13)** |
|     Payments to Creditors - Non Controlled Affiliates | (i) | - | - | - | - | **-** | - | - | (407) | **(407)** | **(407)** |
|   Other | | | | | | | | | | | |
|     Other | | (2) | (2) | - | (1) | **(5)** | - | - | (1) | **(1)** | **(5)** |
| Operating Expenses | (j) | | | | | | | | | | |
|   Compensation and Benefits | (k) | (8) | - | - | - | **(8)** | - | - | (4) | **(4)** | **(12)** |
|   Professional Fees | | (24) | (1) | - | - | **(25)** | - | - | (5) | **(5)** | **(30)** |
|   Other | (l) | (8) | - | (1) | - | **(9)** | (2) | (0) | (5) | **(8)** | **(17)** |
| **Total Uses of Cash** | | **(48)** | **(3)** | **(36)** | **(14)** | **(101)** | **(4)** | **(1)** | **(431)** | **(436)** | **(537)** |
| **Net Cash Flow** | | **230** | **8** | **389** | **7** | **634** | **196** | **76** | **184** | **455** | **1,089** |
| Inter-Company Receipts | (m) | 558 | 5 | 196 | 5 | 763 | - | - | 103 | 103 | 866 |
| Inter-Company Disbursements | (m) | (109) | (6) | (79) | (1) | (195) | - | (56) | (615) | (671) | (866) |
| Transfers from (to) Securitization Trustee | (n) | - | - | (13) | - | (13) | - | - | - | - | (13) |
| Loan Agencies, Net | | (0) | 0 | 1 | - | 1 | - | - | - | - | 1 |
| FX Fluctuation | | (3) | (0) | (2) | - | (5) | - | - | (6) | (6) | (11) |
| **Ending Total Cash and Investments** | | **11,265** | **2,778** | **3,206** | **1,883** | **19,132** | **673** | **69** | **2,535** | **3,277** | **22,409** |
| Restricted Cash | | (9,069) | (2,152) | (378) | (1,679) | (13,278) | - | - | (588) | (588) | (13,867) |
| **Ending Free Cash and Investments (5/31/12)** | (o) | $ 2,197 | $ 626 | $ 2,828 | $ 204 | $ 5,854 | $ 673 | $ 69 | $ 1,947 | $ 2,688 | $ 8,542 |

All values that are exactly zero are shown as "-". Values between zero and $0.5 million appear as "0".
Totals may not foot due to rounding.

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Other Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**May 1, 2012 - May 31, 2012**

Unaudited ($)

Notes:

(a) Beginning Total Cash and Investments has been adjusted to include $6.5 million in interest collected on $2 billion in cash collateral held by Citibank.

(b) Includes collections on live and terminated derivative trades, net of purchase of SPV Notes. Other Debtors principally includes $19 million for LBCC.

(c) Primarily includes cash received from loan sales and principal pay downs on loan assets. Residential Real Estate cash receipts and disbursements are now included in Loans.

(d) Includes a dividend of $130 million related to a recapitalization of an investment received at LB1 Group for the benefit of LCPI and approximately $23 million related to the payment on the Kingfisher Class A Notes received by LBHI (in connection with the JPM CDA) which is restricted for the benefit of LCPI.

(e) Primarily includes cash received at LBHI, LCPI and Other Controlled Entities related to the sale of LCOR and related real estate assets.

(f) Includes Plan Distributions from Debtors to Other Controlled Entities.

(g) Primarily includes interest collected on short term investments, net of purchased accrued interest and amortization on treasury investments.

(h) Includes certain Plan Distributions that were made later as a result of corrections to the file maintained by the claims agent.

(i) Primarily relates to payments on liabilities due to Lehman Brothers Asia Holdings of approximately $400 million.

(j) A portion of the Operating Expenses paid by LBHI is subject to allocations to, and reimbursement from, various Controlled Entities.

(k) Compensation and Benefits includes Company employees as well as fees paid to Alvarez & Marsal as interim management.

(l) Primarily includes expenses related to outsourced services and IT, occupancy, taxes, insurance, and other operating disbursements.

(m) Primarily includes dividends from Other Controlled Entities to LBHI and LCPI generated from the sale of LCOR and other commercial real estate assets, settlement of fourth quarter 2011 cost allocations and other administrative activity. Transfers from LBHI to Other Controlled Entities are primarily related to cash collected on assets for the benefit of 2008-C-2 LLC.

(n) Includes cash outflows to the Spruce and Verano Securitization Trustee for proceeds received on underlying collateral, netted against any receipts for pay downs and interest on the Spruce and Verano notes (paid quarterly by the Trustee). Cash collections on the underlying collateral are presented in "Sources of Cash" in Loans.

(o) Other Controlled Entities - Other Ending Cash and Investments at May 31, 2012 primarily includes (i) approximately $540 million (restricted cash) related to both Woodlands Commercial Corporation and Lehman Brothers Bancorp Inc. and (ii) $788 million of cash balances at Controlled Entities in Asia.

**LEHMAN BROTHERS HOLDINGS INC. ("LBHI") AND OTHER DEBTORS AND OTHER CONTROLLED ENTITIES**

**BASIS OF PRESENTATION
SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS
FROM SEPTEMBER 15, 2008 TO MAY 31, 2012**

The information and data included in this May 2012 Post-Effective Operating Report (the "Operating Report") are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator and its Controlled Entities (collectively, the "Company"). The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, and excludes, among others, those entities that are under separate administrations in the United States or abroad, and Aurora Bank FSB, which is indirectly controlled by LBHI. LBHI and certain of its Controlled Entities had filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors". The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. LBHI has prepared this Operating Report, including certain information as required by the Office of the United States Trustee, based on the information available to LBHI at this time, but note that such information may be incomplete and may be materially deficient in certain respects. This Operating Report is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. LBHI reserves all rights to revise this report.

1. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP), is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.

2. The professional fee disbursements presented in this report reflect the date of actual cash payments to professional service providers. The Company has incurred additional professional fee expenses during the reporting period that will be reflected in future Operating Reports as cash payments are made to providers.

3. The professional fee disbursements presented in this report have primarily been paid by LBHI; a portion of these fees have been and will be allocated to Debtors and certain Controlled Entities based on the dedicated costs associated with each entity and an allocation methodology.

4. Ordinary Course Professionals are being paid in compliance with the "Amended Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business" (the "Amended OCP Order"). Should a professional or firm exceed specified thresholds in the Amended OCP Order, prior to the Effective Date of the Plan, then they must file a retention application with the Court and receive payment in compliance with subsequent amended orders establishing procedures for interim monthly compensation and reimbursement of expenses of professionals. Professional fees incurred subsequent to the Effective Date will comply with the terms of the engagement as agreed to with LBHI, as Plan Administrator.

5. This Operating Report includes disbursements for services rendered prior to March 6, 2012 ("Pre-Effective Date") and subsequent to March 7, 2012 ("Post-Effective Date").

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
**Schedule of Professional Fee and Expense Disbursements**
**For Services Rendered Pre-Effective Date**
**May 2012**

| Unaudited ($ in thousands) | | For services rendered Pre-Effective Date | |
|---|---|---|---|
| | | May-2012 | Sept-2008 Through May-2012 |
| **Debtors - Claims and Noticing Agent** | | | |
| Epiq Bankruptcy Solutions LLC | Claims Management and Noticing Agent | $ - | $ 25,979 |
| **Debtors - Section 363 Professionals** | | | |
| Alvarez & Marsal LLC | Interim Management | - | 535,520 |
| **Debtors - Section 327 Professionals** | | | |
| Akerman Senterfit | Special Counsel - Mortgage Litigation and Claims | - | 26 |
| Bingham McCutchen LLP | Special Counsel - Tax | - | 22,701 |
| Bortstein Legal LLC | Special Counsel - IT and Other Vendor Contracts | 0 | 4,131 |
| Clyde Click, P.C. | Special Counsel - Real Estate | 39 | 348 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Special Counsel - Conflicts | 4,061 | 50,048 |
| Dechert LLP | Special Counsel - Real Estate | 589 | 7,332 |
| Deloitte LLP | Tax Services | 57 | 842 |
| Discover Ready LLC | eDiscovery Services | 95 | 14,901 |
| Ernst & Young LLP | Audit and Tax Services | - | 1,731 |
| Foster, Graham, Milstein & Calisher, LLP | Special Counsel - Mortgage Litigation and Claims | 88 | 789 |
| Fried, Frank, Harris, Shriver & Jacobson LLP | Special Counsel - Real Estate | 60 | 421 |
| Gibson Dunn & Crutcher LLP | Special Counsel - Real Estate | 68 | 3,670 |
| Hardinger & Tenenholz LLP | Special Counsel - Discovery | - | 171 |
| Hudson Global Resources | Contract Attorneys | 43 | 11,789 |
| Jones Day | Special Counsel - Asia and Domestic Litigation | - | 65,226 |
| Kasowitz, Benson, Torres & Friedman | Special Counsel - Litigation | 162 | 2,384 |
| Kleyr Grasso Associes | Special Counsel - UK | - | 1,023 |
| Kramer Levin Naftalis and Frankel LLP | Special Counsel - Employee Matters | 13 | 197 |
| Krebsbach & Snyder, P.C. | Special Counsel - Litigation | - | 541 |
| Latham & Watkins LLP | Special Counsel - Real Estate | - | 600 |
| Lazard Freres & Co. | Investment Banking Advisor | - | 31,773 |
| Locke Lord Bissell & Liddell LLP | Special Counsel - Mortgage Litigation and Claims | 6 | 1,667 |
| McKenna Long & Aldridge LLP | Special Counsel - Commercial Real Estate Lending | - | 5,834 |
| MMOR Consulting | Tax Services | - | 970 |
| Momo-o, Matsuo & Namba | Special Counsel - Asia | 10 | 638 |
| Moulton Bellingham P. C. | Special Counsel - Mortgage Litigation and Claims | - | 632 |
| O'Neil Group | Tax Services | - | 3,132 |
| Pachulski Stang Ziehl & Jones | Special Counsel - Real Estate | 913 | 4,728 |
| Paul, Hastings, Janofsky & Walker LLP | Special Counsel - Real Estate | 35 | 3,448 |
| Pricewaterhouse Coopers LLP | Tax Services | - | 2,428 |
| Reed Smith LLP | Special Counsel - Insurance | 6 | 1,143 |
| Reilly Pozner LLP | Special Counsel - Mortgage Litigation and Claims | 110 | 8,792 |
| Simpson Thacher & Bartlett LLP | Special Counsel - SEC Reporting, Asset Sales, and Congressional Testimony | - | 2,712 |
| SNR Denton LLP | Special Counsel - Real Estate | 53 | 2,428 |
| Sutherland LLP | Special Counsel - Tax | - | 845 |
| Weil Gotshal & Manges LLP | Lead Counsel | 4,928 | 413,274 |
| Windels Marx Lane & Mittendorf, LLP | Special Counsel - Real Estate | 28 | 3,364 |
| Wollmuth Maher & Deutsch LLP | Special Counsel - Derivatives | 144 | 1,700 |
| **Creditors - Section 327 Professionals** | | | |
| FTI Consulting Inc. | Financial Advisor | 2,467 | 86,401 |
| Houlihan Lokey Howard & Zukin Capital Inc. | Investment Banking Advisor | - | 16,704 |
| Milbank Tweed Hadley & McCloy LLP | Lead Counsel | 7 | 135,714 |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | Special Counsel - Conflicts | 2,487 | 31,666 |
| Richard Sheldon, Q.C. | Special Counsel - UK | 30 | 364 |
| **Examiner - Section 327 Professionals** | | | |
| Duff & Phelps LLC | Financial Advisor | - | 43,210 |
| Jenner & Block LLP | Examiner | - | 58,498 |
| **Fee Examiner** | | | |
| Godfrey & Kahn, S.C. | Fee Examiner (Current) | 1,099 (a) | 5,258 |
| Feinberg Rozen LLP | Fee Examiner (Previous) | - | 3,158 |
| Brown Greer Plc | Fee and Expense Analyst | 1 | 1,149 |
| **Total Non-Ordinary Course Professionals** | | 17,602 | 1,622,001 |
| **Inactive Non-Ordinary Course Professionals** | | - | 17,262 (c) |
| **Debtors - Ordinary Course Professionals** | | - | 46,871 |
| **Other Professionals** | | 8,344 (b) | 8,344 |
| **US Trustee Quarterly Fees** | | - | 1,959 |
| **Total Pre-Effective Date Professional Fees and UST Fees** | | $ 25,946 | $ 1,696,438 |

(a) Includes services rendered subsequent March 2012 for the review of professional fee and expenses incurred during the Pre-Effective Date period.
(b) Includes disbursements to various professionals not subject to court retention.
(c) Includes professional fee and expenses incurred prior to March 2012 for Kelly Matthew Wright, Natixis Capital Markets Inc., CB Richard Ellis, and Huron Consulting.

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
**Schedule of Professional Fee and Expense Disbursements**
**For Services Rendered Post-Effective Date**
**May 2012**

| Unaudited ($ in thousands) | | For services rendered Post-Effective Date May-2012 |
|---|---|---:|
| Alvarez & Marsal LLC | Interim Management | $ 6,818 |
| **Professional Fees** | | |
| Skadden, Arps, Slate, Meagher & Flom LLP | Board of Directors Counsel | 958 |
| SBCC Group | Special Counsel - Litigation | 249 |
| Bickel & Brewer | Special Counsel - Real Estate | 249 |
| Krebsbach & Snyder, P.C. | Special Counsel - Litigation | 206 |
| Wollmuth Maher & Deutsch LLP | Special Counsel - Derivatives | 173 |
| Ernst & Young LLP | Audit and Tax Services | 138 |
| Willkie Farr & Gallagher LLP | Special Counsel - Real Estate | 127 |
| O'Neil Group | Tax Services | 104 |
| Other Professionals | Various | 1,498 |
| **Total Post-Effective Date Professional Fees - Excluding Alvarez & Marsal** | | **$ 3,703** |
| **Total Post-Effective Date Professional Fees - Including Alvarez & Marsal** | | **$ 10,521** |