UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                     :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                  Debtors.                                       :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 27952, 28058,
                                                                      28061, 28063, 28229, 28231, 28489,
                                                                      28532

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 26, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              /s/ Lauren Rodriguez
Sworn to before me this                                       Lauren Rodriguez
29 day of June, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

08-13555-mg    Doc 29160    Filed 06/29/12    Entered 06/29/12 18:02:36    Main Document
Pg 2 of 5

08-13555-mg    Doc 29160    Filed 06/29/12    Entered 06/29/12 18:02:36    Main Document
                                          Pg 3 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

    Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO
         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)
         C/O WATERSTONE CAPITAL MANAGEMENT, LP
         ATTN: VINCENT CONLEY
         2 CARLSON PARKWAY, SUITE 260
         PLYMOUTH MN 55447

Please note that your claim # 58233-27 in the above referenced case and in the amount of
    $246,160.43    allowed at $164,000.00        has been transferred **(unless previously expunged by court order)**

         WATERSTONE OFFSHORE AD FUND, LTD.
         TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO
         C/O WATERSTONE CAPITAL MANAGEMENT, LP
         ATTN: VINCENT CONLEY
         2 CARLSON PARKWAY, SUITE 260
         PLYMOUTH MN 55447

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 28231    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/26/2012                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 26, 2012.

**EXHIBIT B**

```
TIME: 10:45:26                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 06/26/12                                          CREDITOR LISTING

Name                                        Address
DEUTSCHE BANK AG, LONDON BRANCH (UK)        TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                            LONDON  EC2N 2DB UNITED KINGDOM
EUROBANK EFG BULGARIA AD                    ATTN: MR. NAIDEN CHERNEV MR. GEORGI YORDANOV 14 TSAR OSVOBODITEL BLVD SOFIA  1048 BULGARIA
ILLIQUIDX LLP                               TRANSFEROR: EUROBANK EFG BULGARIA AD ATTN: CELESTINO AMORE, MANAGING PARTNER 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
J.P. MORGAN SECURITIES LTD.                 TRANSFEROR: ILLIQUIDX LLP C/O J.P. MORGAN SECURITIES ATTN:  JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37
                                            NEW YORK NY 10179
PRIME CAPITAL MASTER SPC, GOT WAT MAC       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)  C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
  SEGREGATED PORTFOLIO                      2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
RUST BELT HOLDINGS, L.L.C.                  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALICE BELISLE EATON 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
RUST BELT HOLDINGS, L.L.C.                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) P.O. BOX 8155 NEW YORK NY 10150
WATERSTONE MARKET NEUTRAL MASTER FUND,      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)  C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
  LTD.                                      2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE MF FUND LTD.                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)  C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                            2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE OFFSHORE AD FUND, LTD.           TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                            2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE OFFSHORE AD FUND, LTD.           TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                            2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447


Total Number of Records Printed   11
```

EPIQ BANKRUPTCY SOLUTIONS, LLC