UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
In re                                                                 :    Chapter 11 Case No.
                                                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                              :    08-13555 (JMP)
                                                                      :    (Jointly Administered)
                        Debtors.                                      :
                                                                      :
----------------------------------------------------------------------x    Ref. Docket Nos. 28568, 28935-
                                                                           28940, 28949-28954, 28958

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 27, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    */s/ Lauren Rodriguez*
Sworn to before me this                                             Lauren Rodriguez
29 day of June, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 29161    Filed 06/29/12    Entered 06/29/12 18:19:54    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
| (Jointly Administered)
Debtors. |

---

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To: BANK HAPOALIM B.M.                          BANK HAPOALIM B.M.
    ATTN: DAVID HERTZ & HAROLD J. WEISSLER      PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
    1177 AVENUE OF THE AMERICAS                 ATTN: DOUGLAS R. DAVIS
    NEW YORK NY 10019                           1285 AVENUE OF THE AMERICAS
                                                NEW YORK NY 10019
```

Please note that your claim # 55854-81 in the above referenced case and in the amount of
     $50,000.00    allowed at $50,800.00        has been transferred **(unless previously expunged by court order)**

```
ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN
TRANSFEROR: BANK HAPOALIM B.M.
C/O RICHARD FELS
227 SUNSET AVENUE
RIDGEWOOD NJ 07450
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 28950    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/27/2012                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 27, 2012.

# EXHIBIT B

```
TIME: 14:50:38                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 06/27/12                                               CREDITOR LISTING

Name                                            Address
BANCA MONTE DEI PASCHI DI SIENA S.P.A           ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA    53100 ITALY
BANK HAPOALIM B.M.                              18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                              ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                              PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10281
CHEWTON CAPITAL LTD.                            RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
CHEWTON CAPITAL LTD.                            C/O WALKERS SPV LIMITED ATTN: JON HERRICK WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN  KY1-9002 CAYMAN ISLANDS
CHEWTON CAPITAL LTD.                            TRANSFEROR: BANK LEUMI LE-ISRAEL B.M. C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET GEORGE TOWN,
                                                GRAND CAYMAN  KY1-9002 CAYMAN ISLANDS
CITIGROUP FINANCIAL PRODUCTS, INC.              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.              TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
EDER, DR. KLAUS                                 TEGETTHOFFSTRASSE 6 WALS  5071 AUSTRIA
EMPYREAN INVESTMENTS, LLC                       TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                                10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
ILLIQUIDX LLP                                   TRANSFEROR: LEGEND LOGISTICS LTD ATTN: GALINA ALABATCHKA MANAGING PARTNER 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO S.P.A.                          TRESA MONTE DEI PASCHI DI SIENA S.P.A ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO  20121 ITALY
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: CHEWTON CAPITAL LTD. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE NY1-M138
                                                383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: CHEWTON CAPITAL LTD. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
LEGEND LOGISTICS LTD                            C/O CAPITOL INTERNATIONAL LLC ATTN: R. SAKHRANI SHOP NO. 2 , G/FL EMIRATES CENTRE - PO BOX 41710 KARAMA DUBAI   UNITED ARAB EMIRATES
LEGEND LOGISTICS LTD                            THOMAS R. SLOME, ESQ. MEYER, SUOZZI, ENGLISH & KLEIN, PC 990 STEWART AVENUE P.O. BOX 9194 GARDEN CITY NY 11530-9194
LIQUIDITY SOLUTIONS, INC.                       TRANSFEROR: EDER, DR. KLAUS ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
MORGAN STANLEY & CO INTERNATIONAL PLC           1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY & CO INTERNATIONAL PLC           MARK C. ELLENBERG, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. WASHINGTON DC 20001
MORGAN STANLEY & CO INTERNATIONAL PLC           HOWARD R. HAWKINS, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC          ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP C/O MORGAN STANLEY & CO. INCORPORATED 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC          CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, N.W. WASHINGTON DC 20001
MORGAN STANLEY & CO. INTERNATIONAL PLC          C/O MORGAN STANLEY & CO. INCORPORATED ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC          CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC          F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED C/O MORGAN STANLEY & CO. INCORPORATED ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY
                                                NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC             COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC             ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC             CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES LLC             CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES LLC             CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001
MORGAN STANLEY CAPITAL SERVICES LLC             F/K/A MORGAN STANLEY CAPITAL SERVICE INC. ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
ONEX DEBT OPPORTUNITY FUND, LTD.                TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O ONEX CREDIT PARTNERS, LLC 910 SYLVAN AVENUE SUITE 100 ENGLEWOOD CLIFFS NJ 07632
ONEX DEBT OPPORTUNITY FUND, LTD.                TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O ONEX CREDIT PARTNERS, LLC 910 SYLVAN AVENUE SUITE 100
                                                ENGLEWOOD CLIFFS NJ 07632
ONEX DEBT OPPORTUNITY FUND, LTD.                TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O ONEX CREDIT PARTNERS, LLC 910 SYLVAN AVENUE SUITE 100 ENGLEWOOD CLIFFS NJ 07632
PRIME CAPITAL MASTER SPC, GOT WAT MAC           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
SEGREGATED PORTFOLIO                            2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
ROTH IRA FBO RICHARD FELS PERSHING LLC          TRANSFEROR: BANK HAPOALIM B.M. C/O RICHARD FELS 227 SUNSET AVENUE RIDGEWEED NJ 07450
AS CUSTODIAN
ROTH IRA FBO RICHARD FELS PERSHING LLC          TRANSFEROR: BANK HAPOALIM B.M. C/O RICHARD FELS 227 SUNSET AVENUE RIDGEWOOD NJ 07450
AS CUSTODIAN
SUNSET PARTNERS                                 TRANSFEROR: BANK HAPOALIM B.M. 227 SUNSET AVE RIDGEWOOD NJ 07450
WATERSTONE OFFSHORE AD FUND, LTD.               TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                                2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447

Total Number of Records Printed           40

                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```