UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : Ref. Docket Nos. 28970-28989 |

------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 28, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
29 day of June, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 29162    Filed 06/29/12    Entered 06/29/12 18:22:42    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                            |
In re                                       |   Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |   08-13555 (JMP)
                                            |
                                            |   (Jointly Administered)
         Debtors.                           |
                                            |
_____|

           NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                         BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:   DEUTSCHE BANK AG, LONDON BRANCH
               TRANSFEROR: TPF GENERATION HOLDINGS, LLC
               ATTN: JEFFREY OLINSKY
               60 WALL ST., 3RD FLOOR
               NEW YORK NY 10005

Please note that your claim # 12917-01 in the above referenced case and in the amount of
      $10,900,128.42   allowed at $10,000,000.00          has been transferred **(unless previously expunged by court order)**

               PAULSON CREDIT OPPORTUNITIES MASTER LTD
               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
               1251 AVENUE OF THE AMERICAS, 50TH FLOOR
               NEW YORK NY 10020

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 28988       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/28/2012                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 28, 2012.

# EXHIBIT B

08-13555-mg    Doc 29162    Filed 06/29/12    Entered 06/29/12 18:22:42    Main Document
Pg 4 of 5

```
TIME: 16:57:41                                    LEHMAN BROTHERS HOLDING INC.                                                           PAGE:    1
DATE: 06/28/12                                          CREDITOR LISTING

Name                                              Address
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: TPF GENERATION HOLDINGS, LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
GOLDMAN, SACHS & CO.                              TRANSFEROR: AG INSURANCE ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: BANCO BANIF, S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: BANCO ESPIRITO SANTO, SA. SUC. EN ESPA ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
PAULSON CREDIT OPPORTUNITIES MASTER LTD           SIDLEY AUSTIN LLP ATTN: JAMIE SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD           JAIME SENIOR SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON CREDIT OPPORTUNITIES MASTER LTD           TRANSFEROR: GOLDMAN, SACHS & CO. C/O PAULSON & CO. INC. 1251 AVE. OF THE AMERICAS, 50TH FL. NEW YORK NY 10020
PAULSON CREDIT OPPORTUNITIES MASTER LTD           TRANSFEROR: GOLDMAN, SACHS & CO. C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON CREDIT OPPORTUNITIES MASTER LTD.          SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD.          TRANSFEROR: GOLDMAN, SACHS & CO. C/O PAULSON & CO. INC. 1251 AVE. OF THE AMERICAS, 50TH FL. NEW YORK NY 10020
PAULSON ENHANCED LTD                              SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON ENHANCED LTD                              SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON ENHANCED LTD                              JAIME SENIOR SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON ENHANCED LTD                              TRANSFEROR: GOLDMAN, SACHS & CO. C/O PAULSON & CO. INC. 1251 AVE. OF THE AMERICAS, 50TH FL. NEW YORK NY 10020
PAULSON ENHANCED LTD                              TRANSFEROR: GOLDMAN, SACHS & CO. C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON INTERNATIONAL LTD                         SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON INTERNATIONAL LTD                         SIDLEY AUDTIN LLP ATTN: JAMIE SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON INTERNATIONAL LTD                         JAIME SENIOR SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON INTERNATIONAL LTD                         TRANSFEROR: GOLDMAN, SACHS & CO. C/O PAULSON & CO. INC. 1251 AVE. OF THE AMERICAS, 50TH FL. NEW YORK NY 10020
PAULSON INTERNATIONAL LTD                         TRANSFEROR: GOLDMAN, SACHS & CO. C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON PARTNERS ENHANCED LP                      SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON PARTNERS ENHANCED LP                      SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON PARTNERS ENHANCED LP                      JAIME SENIOR SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON PARTNERS ENHANCED LP                      TRANSFEROR: GOLDMAN, SACHS & CO. INC 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON PARTNERS ENHANCED LP                      TRANSFEROR: GOLDMAN, SACHS & CO. INC. 1251 AVE. OF THE AMERICAS, 50TH FL. NEW YORK NY 10020
PAULSON PARTNERS LP                               SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON PARTNERS LP                               SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON PARTNERS LP                               JAIME SENIOR SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON PARTNERS LP                               TRANSFEROR: GOLDMAN, SACHS & CO. C/O PAULSON & CO INC 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON PARTNERS LP                               TRANSFEROR: GOLDMAN, SACHS & CO. C/O PAULSON & CO. INC. 1251 AVE. OF THE AMERICAS, 50TH FL. NEW YORK NY 10020
PP OPPORTUNITIES LTD                              SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019
PP OPPORTUNITIES LTD                              SIDLEY AUSTIN ATTN: JAMIE SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019
PP OPPORTUNITIES LTD.                             TRANSFEROR: GOLDMAN, SACHS & CO. C/O PAULSON & CO. INC. 1251 AVE. OF THE AMERICAS, 50TH FL. NEW YORK NY 10020
PP OPPORTUNITIES LTD.                             JAIME SENIOR SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PP OPPORTUNITIES LTD.                             TRANSFEROR: GOLDMAN, SACHS & CO. C/O PAULSON & CO INC 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020

Total Number of Records Printed                   36

                                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```