UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
                                                                    :
In re                                                               :    Chapter 11
                                                                    :
LEHMAN BROTHERS HOLDINGS, INC., et. al.,                            :    Case No. 08-13555 (JMP)
                                                                    :
                        Debtors.                                    :    Jointly Administered
                                                                    :
----------------------------------------------------------------- X

### FINAL FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, TAX ADVISORS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES

### SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | PricewaterhouseCoopers LLP ("PwC") |
| Authorized to provide professional services to: | Debtors and debtors-in-possession |
| Date of Retention: | Order retaining PwC entered on July 16, 2009 |
| Period for which compensation and reimbursement sought: | October 1, 2008 through March 6, 2012 (the "Final Fee Period") |
| Amount of total fees incurred during this period: | $2,812,987.35[1] |
| Amount of expenses incurred during this period: | $22,797.83[1] |
| Total Compensation and Expense Reimbursement requested: | $2,835,785.18[1] |
| Blended Hourly Rate during this period: | $421.07 |
| | |
| Compensation previously requested: | $2,812,987.35[1] |
| Compensation previously awarded: | $886,953.89 |
| Expenses previously requested: | $22,797.83[1] |
| Expenses previously awarded: | $7,008.41 |

This is a:    ____ interim        _X_ final Application.

---

[1] Amount of Fees, Expenses and Total Compensation and Expense Reimbursement requested, includes agreed upon fee and expense reductions pursuant to a Stipulation with the Fee Committee (fees requested includes a $140,459.51 and total expenses includes a $1,491.27 reduction).

This is the final fee application filed by PwC.  PwC has previously issued eight interim fee applications to the Debtors and the Court for payment for this Final Fee Period.

### PRIOR INTERIM APPLICATIONS FILED

| Debtors' Interim Period | PwC Interim Filing | Date Filed | Filing Period | Fees Requested | Expenses Requested | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|---|
| Third | First | 03/10/2010 [7496] | 10/01/2008-09/30/2009 | $298,631.90 | $1,095.15 | $568,049.17 | $2,468.46 |
| Fourth | Second | 04/16/2010 [8399] | 10/01/2009-01/31/2010 | $275,580.15 | $1,389.32 | | |
| Fifth | Third | 07/06/2010 [10019] | 02/01/2010-05/31/2010 | $235,186.60 | $9,352.91 | $161,151.72 | $2,055.72 |
| Sixth | Fourth | 12/14/2010 [13491] | 06/01/2010-09/30/2010 | $157,753.00 | $2,484.23 | $157,753.00 | $2,484.23 |
| Seventh | Fifth | 04/14/2011 [15995] | 10/01/2010-01/31/2011 | $876,960.40 | $3,841.37 | Pending | Pending |
| Eighth | Sixth | 07/20/2011 [18680] | 02/01/2011-05/31/2011 | $382,080.70 | $1,188.88 | Pending | Pending |
| Ninth | Seventh | 12/05/2011 [22974] | 06/01/2011-09/30/2011 | $283,118.70 | $864.94 | Pending | Pending |
| Stipulation with Fee Committee (First - Seventh) | | 06/26/2012 | 10/01/2008-09/30/2011 | ($140,459.51) | ($1,491.27) | n/a | n/a |
| Tenth | Eight | 05/21/2012 [27980] | 10/01/2011-03/06/2012 | $444,135.40 | $4,072.30 | Pending | Pending |
| **Final Fee Application Grand Total** | | | | **$2,812,987.35** | **$22,797.83** | **$886,953.89** | **$7,008.41** |

### SUMMARY OF PROFESSIONAL SERVICES

| | Hours | Total Compensation |
|---|---|---|
| **General Business Operation Issues** | | |
| 1800      Tax Issues | 6,526.45 | $2,885,548.85 |
| **Subtotal - General Business Operation Issues** | **6,526.45** | **$2,885,458.85** |
| **Fee-Related Issues** | | |
| 4600      Firm's Own Billing/Fee Applications | 208.30 | $67,898.00 |
| **Subtotal - Fee-Related Issues** | **208.30** | **$67,898.00** |
| Stipulation - Reduction in Fees | | ($140,459.51) |
| **Total Hours and Compensation** | **6,734.75** | **$2,812,987.35** |

## SUMMARY BY BILLING TASK CODE

| | Hours | Total Compensation |
|---|---|---|
| **Tax Advisors** | | |
| State Tax Consulting Services | 1,740.70 | $793,870.90 |
| State Tax Consulting Services - Lehman Brothers Bank | 143.80 | $67,828.20 |
| Federal Tax Consulting Services | 1,861.05 | $1,031,350.45 |
| Foreign Filing Services | 173.80 | $46,909.30 |
| Transfer Pricing Services | 226.70 | $98,474.90 |
| Tax Controversy Project | 2,380.40 | $847,115.10 |
| **Subtotal - Tax Advisors** | **6,526.45** | **$2,885,548.85** |
| **Bankruptcy Requirements and Other Court Obligations** | | |
| Bankruptcy Requirements and Other Court Obligations | 208.30 | $67,898.00 |
| **Subtotal - Bankruptcy Requirements and Other Court** | **208.30** | **$67,898.00** |
| Stipulation - Reduction in Fees | | ($140,459.51) |
| **Total Hours and Compensation** | **6,734.75** | **$2,812,987.35** |

## SUMMARY BY PROJECT AND PROFESSIONAL - HOURLY SERVICES

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **State Tax Consulting Services** | | | | |
| David Friedel | Partner | $651 | 2.50 | $1,627.50 |
| Jack Kramer | Partner | $651 | 103.30 | $67,248.30 |
| Patricia W Pellervo | Partner | $651 | 2.50 | $1,627.50 |
| Hardeo Bissoondial | Partner | $626 | 10.50 | $6,573.00 |
| Jack Kramer | Partner | $626 | 181.70 | $114,996.20 |
| Mitchel Aeder | Partner | $626 | 5.30 | $3,317.80 |
| Philip M Zinn | Partner | $626 | 8.50 | $5,321.00 |
| Gregory A Lee | Senior Managing Director | $539 | 190.40 | $102,625.60 |
| John A Verde | Senior Managing Director | $539 | 3.00 | $1,617.00 |
| Kathy Freeman | Senior Managing Director | $539 | 0.50 | $269.50 |
| Ligia Lynn Machado | Senior Managing Director | $539 | 1.00 | $539.00 |
| Kathy Freeman | Director | $530 | 19.50 | $10,335.00 |
| Edward J Belanger | Senior Managing Director | $518 | 4.00 | $2,072.00 |
| Gregory A Lee | Senior Managing Director | $518 | 170.00 | $88,060.00 |
| John A Verde | Senior Managing Director | $518 | 129.80 | $67,236.40 |
| Ligia Lynn Machado | Senior Managing Director | $518 | 3.50 | $1,813.00 |
| Jonathan Robin | Director | $463 | 46.30 | $21,436.90 |

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **State Tax Consulting Services (continued)** | | | | |
| Makoto Takahashi | Director | $463 | 2.00 | $926.00 |
| Eric D Drew | Director | $445 | 5.00 | $2,225.00 |
| Gregory A Lee | Director | $445 | 76.40 | $33,998.00 |
| Jonathan Robin | Director | $445 | 42.60 | $18,957.00 |
| Benjamin Bacon | Manager | $371 | 9.20 | $3,413.20 |
| Kimberly A Krueger | Manager | $371 | 223.00 | $82,733.00 |
| Michael Zargari | Manager | $371 | 19.00 | $7,049.00 |
| William Gorrod | Manager | $371 | 10.20 | $3,784.20 |
| Kimberly A Krueger | Manager | $357 | 161.00 | $57,477.00 |
| William Gorrod | Manager | $357 | 2.80 | $999.60 |
| Cosimo A Zavaglia | Senior Associate | $295 | 5.00 | $1,475.00 |
| DiAndria Green | Senior Associate | $295 | 3.30 | $973.50 |
| Patrick R Halligan | Senior Associate | $295 | 12.50 | $3,687.50 |
| Pauline Poon | Senior Associate | $295 | 115.60 | $34,102.00 |
| Jenica C Wilkins | Senior Associate | $284 | 17.00 | $4,828.00 |
| Marcel Briones | Senior Associate | $284 | 6.00 | $1,704.00 |
| Connor Seitz Foran | Associate | $213 | 4.20 | $894.60 |
| Juliana Chan | Associate | $213 | 11.00 | $2,343.00 |
| Liza Rabkin | Associate | $213 | 2.00 | $426.00 |
| Patrick R Halligan | Associate | $213 | 4.30 | $915.90 |
| Sara Ann Hutton | Associate | $213 | 9.80 | $2,087.40 |
| Bruno Petrilli | Associate | $205 | 4.90 | $1,004.50 |
| Laura E Gagnon | Associate | $205 | 9.80 | $2,009.00 |
| Patrick R Halligan | Associate | $205 | 1.50 | $307.50 |
| Sara Ann Hutton | Associate | $205 | 2.00 | $410.00 |
| Alexandra Medina | Administrative | $127 | 1.20 | $152.40 |
| Tanyin Soeu | Administrative | $127 | 1.00 | $127.00 |
| **Subtotal - State Tax Consulting Services** | | | **1,740.70** | **$793,870.90** |
| **State Tax Consulting Services - Lehman Brothers Bank** | | | | |
| Jack Kramer | Partner | $626 | 21.20 | $13,271.20 |
| Gregory A Lee | Director | $445 | 31.40 | $13,973.00 |
| Jonathan Robin | Director | $445 | 91.20 | $40,584.00 |
| **Subtotal - State Tax Consulting Services - Lehman Brothers Bank** | | | **143.80** | **$67,828.20** |
| **Federal Tax Consulting Services** | | | | |
| Mathew Barling | Partner | $895 | 22.30 | $19,958.50 |

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Federal Tax Consulting Services (continued)** | | | | |
| Peter Cussons | Partner | $895 | 6.30 | $5,638.50 |
| Ray McCann | Partner | $895 | 2.00 | $1,790.00 |
| Rex Ho | Partner - International | $895 | 1.70 | $1,521.50 |
| Richard Collier | Partner | $895 | 136.20 | $121,899.00 |
| Kevin M Brown | Partner | $816 | 2.00 | $1,632.00 |
| Wadih AbouNasr | Partner | $800 | 1.00 | $800.00 |
| Jennifer D Kennedy | Partner | $785 | 26.60 | $20,881.00 |
| Kevin M Brown | Partner | $785 | 34.00 | $26,690.00 |
| Darragh Duane | Director - International | $745 | 9.10 | $6,779.50 |
| Emma Theunissen | Senior Manager | $695 | 236.25 | $164,193.75 |
| David M Lukach | Partner | $651 | 2.70 | $1,757.70 |
| Frank J. Serravalli | Partner | $651 | 4.00 | $2,604.00 |
| Han-jun Chon | Partner | $651 | 4.50 | $2,929.50 |
| James E Connor | Partner | $651 | 1.80 | $1,171.80 |
| Joseph Foy | Partner | $651 | 64.50 | $41,989.50 |
| Kevin P Crowe | Partner | $651 | 13.00 | $8,463.00 |
| Michael J Gaffney | Partner | $651 | 38.10 | $24,803.10 |
| Auke Lamers | Partner | $626 | 1.50 | $939.00 |
| Han-jun Chon | Partner | $626 | 5.00 | $3,130.00 |
| Hans-Ulrich Lauermann | Partner | $626 | 3.00 | $1,878.00 |
| Ingrid Gardner | Partner | $626 | 1.50 | $939.00 |
| Joseph Foy | Partner | $626 | 37.00 | $23,162.00 |
| Kevin P Crowe | Partner | $626 | 6.50 | $4,069.00 |
| Michael J Feder | Partner | $626 | 5.00 | $3,130.00 |
| Michael J Gaffney | Partner | $626 | 4.00 | $2,504.00 |
| Todd M Landau | Partner | $626 | 3.20 | $2,003.20 |
| Barry Shott | Senior Managing Director | $539 | 18.50 | $9,971.50 |
| Daniel J Wiles | Senior Managing Director | $539 | 3.10 | $1,670.90 |
| Erica L Gut | Senior Managing Director | $539 | 255.50 | $137,714.50 |
| Janice M Flood | Senior Managing Director | $539 | 3.00 | $1,617.00 |
| Robert Limerick | Senior Managing Director | $539 | 18.20 | $9,809.80 |
| Barry Shott | Senior Managing Director | $518 | 12.00 | $6,216.00 |
| Daniel J Wiles | Senior Managing Director | $518 | 19.60 | $10,152.80 |
| Janice M Flood | Senior Managing Director | $518 | 17.00 | $8,806.00 |
| Linda Stiff | Senior Managing Director | $518 | 5.00 | $2,590.00 |
| Stephen A Nauheim | Senior Managing Director | $518 | 1.00 | $518.00 |

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Federal Tax Consulting Services (continued)** | | | | |
| Nada ElSayed | Senior Manager | $500 | 1.00 | $500.00 |
| Jennifer E Breen | Director | $463 | 32.70 | $15,140.10 |
| John Triolo | Director | $463 | 140.20 | $64,912.6 |
| Kyu-dong Kim | Director | $463 | 10.00 | $4,630.00 |
| Lisa Miller | Director | $463 | 1.20 | $555.60 |
| Martin J Schreiber | Director | $463 | 1.00 | $463.00 |
| Satoshi Matsunaga | Director | $463 | 2.00 | $926.00 |
| Surjya Mitra | Director | $463 | 3.50 | $1,620.50 |
| Brian Leonard | Director | $445 | 1.80 | $801.00 |
| Charles Hugues Del Toro | Director | $445 | 4.00 | $1,780.00 |
| Guillaume Barbier | Director | $445 | 5.00 | $2,225.00 |
| Harry G Harrison | Director | $445 | 5.50 | $2,447.50 |
| Jennifer E Breen | Director | $445 | 87.70 | $39,026.50 |
| John Triolo | Director | $445 | 241.00 | $107,245.00 |
| Koen D Cooreman | Director | $445 | 2.50 | $1,112.50 |
| Kyu-dong Kim | Director | $445 | 41.50 | $18,467.50 |
| Lisa Miller | Director | $445 | 6.20 | $2,759.00 |
| Malcolm James Moss | Director | $445 | 4.50 | $2,002.50 |
| Oliver Klein | Senior Manager | $445 | 9.25 | $4,116.25 |
| Rainbow H Lu | Director | $445 | 12.00 | $5,340.00 |
| Hanan Abboud | Manager | $400 | 3.00 | $1,200.00 |
| So-yeon Park | Manager | $371 | 0.00 | $0.00 |
| Wan-seok Kim | Manager | $371 | 10.00 | $3,710.00 |
| Adam Rosner | Manager | $357 | 1.50 | $535.50 |
| Angelique Soobben | Manager | $357 | 3.00 | $1,071.00 |
| Avery E Gray | Manager | $357 | 10.90 | $3,891.30 |
| Giolla Carroll | Manager | $357 | 1.00 | $357.00 |
| Iyndia Bey | Manager | $357 | 10.25 | $3,659.25 |
| So-yeon Park | Manager | $357 | 18.00 | $6,426.00 |
| Wan-seok Kim | Manager | $357 | 54.00 | $19,278.00 |
| Adam Fisher | Senior Associate | $295 | 8.30 | $2,448.50 |
| Devin W Blackburn | Senior Associate | $295 | 1.30 | $383.50 |
| Mark Andrew Sternberg | Senior Associate | $295 | 7.00 | $2,065.00 |
| Natalie Burns | Senior Associate | $295 | 2.20 | $649.00 |
| Tara N Ferris | Senior Associate | $295 | 8.00 | $2,360.00 |
| Vincent Cataldo | Senior Associate | $295 | 2.20 | $649.00 |

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Federal Tax Consulting Services (continued)** | | | | |
| Adam Fisher | Senior Associate | $284 | 9.00 | $2,556.00 |
| Edwina Clair Arnell | Senior Associate | $284 | 6.20 | $1,760.80 |
| Erena Antonakis | Senior Associate | $284 | 1.00 | $284.00 |
| Kyu Hwan Choi | Senior Associate | $284 | 2.50 | $710.00 |
| Niki Wilkinson | Senior Associate | $284 | 2.50 | $710.00 |
| Ken Chan | Senior Associate | $256 | 1.40 | $358.40 |
| Ken Chan | Associate | $256 | 3.00 | $768.00 |
| Benjamin Schuman | Associate | $213 | 1.80 | $383.40 |
| Jessica H MacArtney | Associate | $213 | 2.50 | $532.50 |
| Leo T Tropeano | Associate | $213 | 4.10 | $873.30 |
| Jessica H MacArtney | Associate | $205 | 1.00 | $205.00 |
| Sandra Sevelkovaite | Associate | $205 | 1.00 | $205.00 |
| Robert White | Associate | $180 | 40.00 | $7,200.00 |
| Diane D Lowe | Administrative | $127 | 0.50 | $63.50 |
| Eleanor Anne Thompson | Administrative | $127 | 0.20 | $25.40 |
| Susan L Heckel | Administrative | $127 | 0.50 | $63.50 |
| **Subtotal - Federal Tax Consulting Services** | | | **1,861.05** | **$1,031,350.45** |
| **Foreign Filing Services** | | | | |
| Thomas S Tyler | Partner | $651 | 4.00 | $2,604.00 |
| Thomas S Tyler | Director | $445 | 8.00 | $3,560.00 |
| Scott Singer | Manager | $371 | 12.70 | $4,711.70 |
| Scott Singer | Manager | $357 | 11.90 | $4,248.30 |
| Kaitlin A Carman | Senior Associate | $295 | 28.40 | $8,378.00 |
| Scott Singer | Senior Associate | $284 | 6.50 | $1,846.00 |
| David H Pincus | Associate | $213 | 36.60 | $7,795.80 |
| Kaitlin A Carman | Associate | $205 | 62.40 | $12,792.00 |
| **Subtotal - Foreign Filing Services** | | | **173.80** | **$46,909.30** |
| **Transfer Pricing Services** | | | | |
| Aamer Rafiq | Partner | $895 | 5.50 | $4,922.50 |
| Lachlan Roos | Director | $880 | 6.00 | $5,280.00 |
| Sander Eijkenduijn | Senior Manager | $695 | 7.00 | $4,865.00 |
| Shyamala Vyravipillai | Senior Manager | $670 | 4.50 | $3,015.00 |
| Adam M Katz | Partner | $651 | 2.90 | $1,887.90 |
| Frank M. Douglass | Partner | $651 | 6.00 | $3,906.00 |
| Adam M Katz | Partner | $626 | 12.00 | $7,512.00 |
| Frank M. Douglass | Partner | $626 | 3.00 | $1,878.00 |

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Transfer Pricing Services (continued)** | | | | |
| Joni W Geuther | Partner | $626 | 0.50 | $313.00 |
| Michael Mason | Partner | $626 | 7.50 | $4,695.00 |
| Puay Khoon Lee | Manager | $568 | 5.80 | $3,294.40 |
| Regina M Deanehan | Senior Managing Director | $518 | 1.00 | $518.00 |
| Eui Seok Lee | Director | $463 | 3.50 | $1,620.50 |
| Daniel Lobatto | Director | $445 | 7.00 | $3,115.00 |
| Frank M. Douglass | Director | $445 | 33.00 | $14,685.00 |
| Jana S Desirgh Lessne | Director | $445 | 4.50 | $2,002.50 |
| John Triolo | Director | $445 | 1.00 | $445.00 |
| Janis Fok | Senior Associate | $335 | 6.30 | $2,110.50 |
| Gregory M. Weigand | Senior Associate | $284 | 5.50 | $1,562.00 |
| Shane McEvoy | Senior Associate | $284 | 20.00 | $5,680.00 |
| Gregory W Shipman | Associate | $213 | 11.50 | $2,449.50 |
| Gregory W Shipman | Associate | $205 | 19.60 | $4,018.00 |
| Michael David Orenstein | Associate | $205 | 2.50 | $512.50 |
| David Horowitz | Associate | $125 | 4.50 | $562.50 |
| Lucy Theobald | Associate | $125 | 11.50 | $1,437.50 |
| Nikki Ault | Administrative | $100 | 1.10 | $110.00 |
| PricewaterhouseCoopers LLP | Voluntary Reduction | $0 | 0.00 | ($4,058.90) |
| **Subtotal - Transfer Pricing Services** | | | **226.70** | **$98,494.90** |
| **Tax Controversy Project** | | | | |
| David Baranick | Partner | $651 | 4.00 | $2,604.00 |
| David M Lukach | Partner | $651 | 5.00 | $3,255.00 |
| Frank J. Serravalli | Partner | $651 | 8.00 | $5,208.00 |
| David Baranick | Partner | $626 | 30.00 | $18,780.00 |
| David M Lukach | Partner | $626 | 111.50 | $69,799.00 |
| Frank J. Serravalli | Partner | $626 | 73.00 | $45,698.00 |
| Frank T Gaetano | Partner | $626 | 1.00 | $626.00 |
| James Douglas Summa | Partner | $626 | 19.50 | $12,207.00 |
| Joseph Foy | Partner | $626 | 20.00 | $12,520.00 |
| Barry Shott | Senior Managing Director | $539 | 4.00 | $2,156.00 |
| Barry Shott | Senior Managing Director | $518 | 55.00 | $28,490.00 |
| Linda Stiff | Senior Managing Director | $518 | 18.00 | $9,324.00 |
| Witold Gesing | Senior Managing Director | $518 | 12.00 | $6,216.00 |
| Christopher D. Farwell | Director | $463 | 39.30 | $18,195.90 |
| Jessica M Pufahl | Director | $463 | 1.60 | $740.80 |

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Tax Controversy Project (continued)** | | | | |
| Joseph Borgese | Director | $463 | 5.50 | $2,546.50 |
| Martin J Schreiber | Director | $463 | 6.00 | $2,778.00 |
| Christopher D. Farwell | Director | $445 | 277.40 | $123,443.00 |
| John Triolo | Director | $445 | 32.50 | $14,462.50 |
| Joseph Borgese | Director | $445 | 66.30 | $29,503.50 |
| Lynn Chin | Director | $445 | 4.00 | $1,780.00 |
| Martin J Schreiber | Director | $445 | 70.00 | $31,150.00 |
| Shannon Brae Detling | Director | $445 | 3.50 | $1,557.50 |
| Jessica M Pufahl | Manager | $371 | 3.90 | $1,446.90 |
| Anoop Lall | Manager | $357 | 120.50 | $43,018.50 |
| Jessica M Pufahl | Manager | $357 | 192.30 | $68,651.10 |
| Judy Kwok | Manager | $357 | 3.50 | $1,249.50 |
| Ryan Ciccarone | Manager | $357 | 130.50 | $46,588.50 |
| Adam Kamhi | Senior Associate | $295 | 3.50 | $1,032.50 |
| Adam Kamhi | Senior Associate | $284 | 132.00 | $37,488.00 |
| Catherine Chiffert | Senior Associate | $284 | 32.50 | $9,230.00 |
| David A Crawford | Senior Associate | $284 | 5.30 | $1,505.20 |
| John Curtis Wimberly | Senior Associate | $284 | 64.00 | $18,176.00 |
| Cori D Rosen | Associate | $213 | 0.50 | $106.50 |
| Ellen Shvets | Associate | $213 | 29.00 | $6,177.00 |
| Michael E Maciurzynski | Associate | $213 | 1.00 | $213.00 |
| Natalie Burns | Associate | $213 | 15.70 | $3,344.10 |
| Teresa Corinne Bertels | Associate | $213 | 4.00 | $852.00 |
| Andrew G Weiss | Associate | $205 | 7.30 | $1,496.50 |
| Andrew J Goon | Associate | $205 | 3.00 | $615.00 |
| Daniel E Parisi | Associate | $205 | 2.00 | $410.00 |
| Edgar A Dreyer | Associate | $205 | 163.00 | $33,415.00 |
| Ellen Shvets | Associate | $205 | 36.00 | $7,380.00 |
| Fang Xu | Associate | $205 | 55.30 | $11,336.50 |
| Katherine Maloney | Associate | $205 | 5.00 | $1,025.00 |
| Matthew Brett Sandler | Associate | $205 | 9.80 | $2,009.00 |
| Natalie Burns | Associate | $205 | 66.20 | $13,571.00 |
| Ross J Drucker | Associate | $205 | 18.00 | $3,690.00 |
| Sabrina Stephanie Garvett | Associate | $205 | 8.00 | $1,640.00 |
| Shaista Motani | Associate | $205 | 6.80 | $1,394.00 |
| Teresa Corinne Bertels | Associate | $205 | 29.00 | $5,945.00 |

| Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Tax Controversy Project (continued)** | | | | |
| Dawn M Guerrero | Administrative | $127 | 1.50 | $190.50 |
| Sandra Montgomery Holman | Administrative | $127 | 5.00 | $635.00 |
| **Subtotal - Tax Controversy Project** | | | **2,380.40** | **$847,115.10** |
| **Bankruptcy Requirements and Other Court Obligations** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 65.10 | $35,805.00 |
| Andrea Clark Smith | Manager (Bankruptcy) | $400 | 3.50 | $1,400.00 |
| Shonda M Finseth | Manager (Bankruptcy) | $400 | 2.50 | $1,000.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 0.40 | $116.00 |
| Zaheer Sattaur | Senior Associate | $284 | 5.50 | $1,562.00 |
| Fannie Kurniawan | Associate (Bankruptcy) | $225 | 26.60 | $5,985.00 |
| Steven D Coleman | Associate (Bankruptcy) | $225 | 68.10 | $15,322.50 |
| Elizabeth R Froseth | Paraprofessional (Bankruptcy) | $150 | 5.30 | $795.00 |
| Fannie Kurniawan | Paraprofessional (Bankruptcy) | $125 | 7.60 | $950.00 |
| Juan Antonio Rosa | Paraprofessional (Bankruptcy) | $125 | 3.70 | $462.50 |
| **Subtotal - Bankruptcy Requirements and Other Court Obligations** | | | **208.30** | **$67,898.00** |
| Stipulation - Reduction in Fees | | | | ($140,459.51) |
| **Total Hours and Compensation** | | | **6,217.65** | **$2,812,987.35** |

## EXPENSE SUMMARY

PwC incurred the following expenditures during the Final Fee Period.

| Transaction Type | Total Expenditures |
|---|---|
| **State Tax Consulting Services** | |
| Meals | $10.53 |
| Parking | $53.00 |
| Public/ground transportation | $564.97 |
| Shipping | $6.97 |
| **Subtotal - State Tax Consulting Services** | **$872.67** |
| **Federal Tax Consulting Services** | |
| Airfare | $11,913.20 |
| Lodging | $1,582.94 |
| Meals | $891.57 |
| Parking | $383.30 |
| Photocopy | $219.16 |

| Transaction Type | Total Expenditures |
|---|---|
| **Federal Tax Consulting Services (continued)** | |
| Printing | $38.00 |
| Public/ground transportation | $1,936.96 |
| Research | $715.00 |
| Shipping | $218.61 |
| Telephone | $384.00 |
| **Subtotal - Federal Tax Consulting Services** | **$19,384.89** |
| **Transfer Pricing Services** | |
| Airfare | $713.12 |
| Lodging | $158.62 |
| Meals | $7.63 |
| Public/ground transportation | $67.11 |
| **Subtotal - Transfer Pricing Services** | **$946.48** |
| **Tax Controversy Project** | |
| Meals | $222.42 |
| Public/ground transportation | $1,229.12 |
| Sundry - Other | $98.58 |
| **Subtotal - Tax Controversy Project** | **$2,438.38** |
| **Bankruptcy Requirements and Other Court** | |
| Shipping | $646.68 |
| **Subtotal - Bankruptcy Requirements and Other Court Obligations** | **$646.68** |
| Stipulation - Reduction in Expenses | ($1,491.27) |
| **Total Expenditures** | **$22,797.83** |

## EXPENSE BY BILLING TASK CODE

**General Business Operation Issues**

| | |
|---|---|
| 1800 - Tax Issues | $23,642.42 |
| 4600 - Bankruptcy Requirements and Obligations | $646.68 |
| Stipulation - Reduction in Expenses | ($1,491.27) |
| **Total Expenditures** | **$22,797.83** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                                    :
In re                                                               :    Chapter 11
                                                                    :
LEHMAN BROTHERS HOLDINGS, INC, <u>et. al.</u>,                      :    Case No. 08-13555 (JMP)
                                                                    :
            Debtors.                                                :    Jointly Administered
                                                                    :
------------------------------------------------------------------- X

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "<u>Bankruptcy</u>

<u>Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "<u>Bankruptcy</u>

<u>Rules</u>"), and the Court's Fourth Amended Order Establishing Procedures for Interim Monthly

Compensation and Reimbursement of Expenses for Professionals, entered on April 14, 2011 (the

"<u>Fourth Amended Order</u>")[1], PricewaterhouseCoopers LLP ("<u>PwC</u>"), tax advisors to the Debtors

and Debtors in Possession ("<u>Debtors</u>"), hereby submits its Final Fee Application for

Compensation and for Reimbursement of Expenses for the Period from October 1, 2008 through

March 6, 2012 (the "<u>Application</u>").

By this Application, PwC seeks an final allowance of compensation in the amount of

$2,812,987.35 and actual and necessary expenses in the amount of $22,797.83 for a total

allowance of $2,835,785.18 (the "<u>Fee Amount</u>"), and payment of the unpaid amount of such fees

and expenses, for the period October 1, 2008 through March 6, 2012 (the "<u>Final Fee Period</u>").  In

support of this Application, PwC respectfully represents as follows:

## <u>JURISDICTION</u>

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This

matter is a core proceeding within the meaning of 28 U.S.C. § 157 (b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion or Order.

3.      The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Local Guidelines.  Pursuant to the Local Guidelines, a certification of compliance is attached hereto as **Exhibit A**.

## FACTUAL BACKGROUND

4.      On September 15, 2008 (the "Commencement Date"), each of the Debtors filed with the Court a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  The Debtors are authorized to continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.      The retention of PwC, tax advisors to the Debtors, was approved effective by this Court's "Order Granting the Debtors' Application Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code to Retain and Employ PricewaterhouseCoopers LLP as Tax Advisors," entered on July 16, 2009 (the "Retention Order") [Docket No. 4425].  The Retention Order authorized PwC to be compensated pursuant to the Application and Engagement Letters, including services on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

6.      On May 27, 2011, PwC submitted a "First Supplemental Affidavit of Joseph Foy on Behalf of PricewaterhouseCoopers LLP, Tax Advisors to the Debtors" (the "First Supplemental Affidavit" [Docket No. 17189]. This First Supplemental Affidavit disclosed the hourly rate increase for the tax advisory services beginning April 1, 2011. These rates have been incorporated into the appropriate Monthly Fee Statements.

7.      On September 1, 2011, the Debtors filed a third amended joint chapter 11 plan (the "Plan") and disclosure statement (the "Disclosure Statement") [Docket Nos. 19627 and 19629].  On September 1, 2011, the Bankruptcy Court entered an amended order [Docket No. 19631] approving the Disclosure Statement, establishing solicitation and voting procedures in connection with the Plan, scheduling the confirmation hearing and establishing notice and

objection procedures for the confirmation hearing.  On September 15, 2011, the Bankruptcy

Court entered an order [Docket No. 20016] approving a modification to the Disclosure

Statement. On December 6, 2011, the Bankruptcy Court entered an order [Docket no. 23023]

approving the Third Amended Joint Chapter 11 Plan of Lehman Brothers Inc. and its Affiliated

Debtors. The Effective Date was declared for each of the Debtors on March 6, 2012.

### BASIS FOR RELIEF

8.    The Fourth Amended Order authorizing certain professionals and members of the

Committee (the "Professional") to submit monthly applications for interim compensation and

reimbursement for expenses, pursuant to the procedures specified therein.  The Fourth Amended

Order provides, among other things, that a Professional may submit monthly fee applications. If

no objections are made, the Debtors are authorized to pay the Professional eighty percent (80%)

of the requested fees and one hundred percent (100%) of the requested expenses.  During the

Final Fee Period, PwC has previously filed twenty seven monthly applications to the Debtors and

Notice Parties.

9.    Furthermore, the Fourth Amended Order provides that professionals are to file

and service upon fee parties an interim request approximately every 120 days (an "Interim Fee

Application") for interim Court approval and allowance of the monthly fee applications during

the interim fee period covered by the Interim Fee Application.  This Application represents

PwC's final fee request for final approval and payment of the services rendered during the Final

Fee Period. PwC has previously filed eighth interim fee applications with the Court for

consideration and approval, as shown below:

10.    On March 3, 2010, PwC filed the "First Interim Fee Statement of

PricewaterhouseCoopers LLP, Tax Advisors to the Debtors and Debtors-in-Possession, for

Compensation for Services Rendered and for Reimbursement of Expenses" (the "First Fee

Application") [Docket No. 7496] seeking interim compensation for the period from October 1, 2008 through September 30, 2009, of $298,631.90 for professional services rendered, and reimbursement of out-of-pocket expenses in the amount of $1,095.15.

11.     On April 16, 2010, PwC filed the "Second Interim Fee Statement of PricewaterhouseCoopers LLP, Tax Advisors to the Debtors and Debtors-in-Possession, for Compensation for Services Rendered and for Reimbursement of Expenses" (the "Second Fee Application") [Docket No. 8399] seeking interim compensation for the period from October 1, 2009 through January 31, 2010, of $275,580.15 for professional services rendered, and reimbursement of out-of-pocket expenses in the amount of $1,389.32.

12.     On September 7, 2010, the Court entered the "Order Granting Applications for the Allowance of Interim Compensation for the Period October 1, 2009 through January 31, 2010 for Professional Services Performed and Reimbursement of Actual and Necessary Expenses Incurred and Other Relief", (the "First Interim Compensation Order") [Docket No. 11185], permitting PwC to collect $568,049.17 for professional services rendered and $2,468.46 for its out-of-pocket expense reimbursement request, sought in the First Fee Application and Second Fee Application on an interim basis.

13.     On July 6, 2010, PwC filed the "Third Interim Fee Statement of PricewaterhouseCoopers LLP, Tax Advisors to the Debtors and Debtors-in-Possession, for Compensation for Services Rendered and for Reimbursement of Expenses" (the "Third Fee Application") [Docket No. 10019] seeking interim compensation for the period from February 1, 2010 through May 31, 2010, of $235,186.60 for professional services rendered, and reimbursement of out-of-pocket expenses in the amount of $9,352.91.

14.     On May 19, 2011, the Court entered the "Order Granting Applications for the Allowance of Interim Compensation for the Fifth Interim Period (February 1, 2010 through May

4

31, 2010) for Professional Services Performed and Reimbursement of Actual and Necessary Expenses Incurred and Other Relief", (the "Second Interim Compensation Order") [Docket No. 16979], permitting PwC to collect $161,151.72 for professional services rendered and $2,055.72 for its out-of-pocket expense reimbursement request, sought in the Third Fee Application on an interim basis.

15.     On December 14, 2010, PwC filed the "Fourth Interim Fee Statement of PricewaterhouseCoopers LLP, Tax Advisors to the Debtors and Debtors-in-Possession, for Compensation for Services Rendered and for Reimbursement of Expenses" (the "Fourth Fee Application") [Docket No. 13491] seeking interim compensation for the period from June 1, 2010 through September 30, 2010, of $157,753.00 for professional services rendered, and reimbursement of out-of-pocket expenses in the amount of $2,484.23.

16.     On November 10, 2011, the Court entered the "Order Granting Applications for the Allowance of Interim Compensation for the Sixth Interim Period (June 1, 2010 through September 30, 2010) for Professional Services Performed and Reimbursement of Actual and Necessary Expenses Incurred and Other Relief", (the "Third Interim Compensation Order") [Docket No. 21954], permitting PwC to collect $157,753.00 for professional services rendered and $2,484.23 for its out-of-pocket expense reimbursement request, sought in the Fourth Fee Application a on an interim basis.

17.     On April 14, 2011, PwC filed the "Fifth Interim Fee Statement of PricewaterhouseCoopers LLP, Tax Advisors to the Debtors and Debtors-in-Possession, for Compensation for Services Rendered and for Reimbursement of Expenses" (the "Fifth Fee Application") [Docket No. 15995] seeking interim compensation for the period from October 1, 2010 through January 31, 2011, of $876,960.40 for professional services rendered, and reimbursement of out-of-pocket expenses in the amount of $3,841.37.

18.    On July 20, 2011, PwC filed the "Sixth Interim Fee Statement of PricewaterhouseCoopers LLP, Tax Advisors to the Debtors and Debtors-in-Possession, for Compensation for Services Rendered and for Reimbursement of Expenses" (the "Sixth Fee Application") [Docket No. 18680] seeking interim compensation for the period from February 1, 2011 through May 31, 2011, of $382,080.70 for professional services rendered, and reimbursement of out-of-pocket expenses in the amount of $1,188.88.

19.    On December 5, 2011, PwC filed the "Seventh Interim Fee Statement of PricewaterhouseCoopers LLP, Tax Advisors to the Debtors and Debtors-in-Possession, for Compensation for Services Rendered and for Reimbursement of Expenses" (the "Seventh Fee Application") [Docket No. 22974] seeking interim compensation for the period from June 1, 2011 through September 30, 2011, of $283,118.70 for professional services rendered, and reimbursement of out-of-pocket expenses in the amount of $864.94.

20.    On June 26, 2012, PwC and the Fee Committee agreed to "Stipulation between PricewaterhouseCoopers LLP and the Fee Committee on the First through Seventh Interim Applications of PricewaterhouseCoopers LLP, Tax Advisors to the Debtors, for Compensation and Expenses for the Period October 1, 2008 through September 30, 2011" (the "Stipulation ") accepting a proposed disallowance of $140,459.51 in fees and $1,491.27 in expenses, totaling $141,950.78.  The Court will receive orders reflecting this agreed upon Stipulation from the Fee Committee.

21.    As stated above, PwC has previously distributed the Interim Fee Applications for compensation for professional services rendered and reimbursement of disbursements made in these cases during the Final Fee Period.  These Interim Fee Applications include details of the services provided by PwC to the Debtors, including, in each instance, the identity of the

6

professionals involved in the provision of such services, the dates of service, the time expended, and a brief description of the services sought.

## TIME AND EXPENSE RECORDS

22.     PwC expended a total of 6,734.75 hours on this matter over the Final Fee Period. A summary of the hours and rates for each professionals provided in the summary of this Application, as well as a summary of the combined fees by project category.  The Debtors selected PwC as their tax advisors because of the company's extensive experience, knowledge and recognized expertise in accounting, auditing, tax issues and other financial matters.

23.     At all relevant times, PwC has been a disinterested person as that term is defined in §101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Debtors.

24.     All services for which compensation is requested by PwC were performed for or on behalf of the Debtors and not on behalf of any committee, creditor or other person.

25.     PwC has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between PwC and any other person other than the shareholders of PwC for the sharing of compensation to be received for services rendered in this case.

26.     The professional services and related expenses for which PwC requests final allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of PwC's professional responsibilities as tax advisors for the Debtors in their chapter 11 case.  PwC's services have been necessary and beneficial to the Debtors and their estate, creditors and other parties in interest.

27.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code,

it is respectfully submitted that the amount requested by PwC is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, PwC has reviewed the requirements of General Order M-242 of the Bankruptcy Court for the Southern District of New York (the "Local Rules") and the Fourth Amended Order and believes that this Application complies with such Rule and Order. To the extent that the Application does not comply in all respects with the requirements of the Local Rules, PwC believes that such deviations are not material and respectfully requests that such requirements be waived.

WHEREFORE, PwC  respectfully requests that the Court approve the final allowance to be made to PwC for the period from October 1, 2008 through March 6, 2012 in the sum of $2,812,987.35, as compensation for necessary professional services rendered, and the sum of $22,797.83, for reimbursement of actual necessary costs and expenses, for a total of $2,835,785.18; that the Debtors be authorized and directed to pay to PwC the outstanding amount of such sums; and for such other and further relief as may be just and proper.

Date:  July 2, 2012

PRICEWATERHOUSECOOPERS LLP
Tax Advisors to the Debtors and Debtors in
Possession

Joseph Foy, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, NY 10017
Telephone: (646) 471-8628
Facsimile: (646) 471-8873

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- X
                                                                       :
In re                                                                  :    Chapter 11
                                                                       :
LEHMAN BROTHERS HOLDINGS, INC., et. al.,                               :    Case No. 08-13555 (JMP)
                                                                       :
                              Debtors.                                 :    Jointly Administered
                                                                       :
--------------------------------------------------------------------- X

## <u>CERTIFICATION OF JOSEPH FOY</u>

I, Joseph Foy, certify as follows:

1.      I am a partner in the accounting firm of PricewaterhouseCoopers LLP ("<u>PwC</u>").

I submit this certification with respect to the Final Fee Application of PricewaterhouseCoopers

LLP for (a) compensation for professional services rendered and (b) reimbursement of actual and

necessary expenses incurred during the period October 1, 2008 through March 6, 2012 (the

"<u>Application</u>").[3]

2.      I make this certification in accordance with General Order M-151, Amended

Guidelines for Fees and Disbursements for Professionals in Southern District of New York

Bankruptcy Cases, adopted by the United States Bankruptcy Court for the Southern District of

New York on April 19, 1995 (the "<u>Local Guidelines</u>").

3.      In connection therewith, I hereby certify that:

  a.  I have read the Application;

  b.  To the best of my knowledge, information and belief formed after reasonable
        inquiry, the fees and disbursements sought in the Application fall within the Local
        Guidelines, except as specifically set forth herein;

  c.  Except to the extent that fees or disbursements are prohibited by the Guidelines,
        the fees and disbursements sought in the Application are billed at rates
        customarily employed by PwC and generally accepted by PwC's clients;

---

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion or Order.

1

    d.   In providing a reimbursable expense, PwC does not make a profit on that expense, whether the service is performed by PwC in-house or through a third party;

    e.   In accordance with the Compensation Fee, PwC has filed and served eight Interim Fee Applications covering the Final Fee Period on: (i) the Debtors; (ii) counsel to the Debtors; (iii) the U.S. Trustee; (iv) Official Committees and their counsel; and (v) other counsel identified in the Compensation Orders; and

    f.   Pursuant to the Local Guidelines, the Debtors, the U.S. Trustee, Official Committees and other Counsel identified in the Compensation Orders will each be provided with a copy of the Application simultaneously with the filing thereof and will have at least ten days to review such Application prior to any objection deadline with respect thereto.

Date:  July 2, 2012

PRICEWATERHOUSECOOPERS LLP
Tax Advisors to the Debtors and Debtors in Possession

Joseph Foy, Partner
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, NY 10017
Telephone: (646) 471-8628
Facsimile: (646) 471- 8873