

# Banca del Piemonte

| 3048.6 Società per Azioni | Swift BDCP IT TT | Capitale Sociale € 25.010.800 |
| con unico socio | R.E.A. n. 35228 | Cod. Fisc. - Part. IVA - iscr. Registro |
| Sede Legale e Sede Centrale: | Iscritta all'Albo delle Banche | Imprese di Torino n. 00821100013 |
| 10121 Torino - Via Cernaia, 7 | www.bancadelpiemonte.it | Aderente al Fondo Interbancario |
| Telefono +39.011.56.52.1 | Telefax +39.011.531.280 | di Tutela dei Depositi |

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

To: The Debtor and the U.S. Bankruptcy Court

For value received, the adequacy and sufficient of which are hereby acknowledged, Banca del Piemonte S.p.a. ("Transferor"), unconditionally and irrevocably transfers and assigns to Banco di Credito P. Azzoaglio S.p.A. an undivided pro rata interest in USD 14.392,12 ("Transferred Portion") of Transferor's right, title, interest and claims in an to, or arising under or in connection with, its claim (as such term is defined in Section 101 (5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. ("Debtor"), debtor in Case No. 08-13555 ("Claim") filed by the Transferor in the case with respect to the Claim.

The Transferred Portion regards:

| Description of Security | ISIN | Accrued Amount |
|---|---|---|
| Lehman Brothers Treasury | XS0189294225 | USD 14.392,12 |

Transferor waives any objection to the transfer of the Transferred Portion of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and waives to the fullest extent permitted by law any notice or right to a hearing that may be provided by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local rules of the Bankruptcy Court or applicable law with respect to such transfer. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing Transferred Portion of the Claim, recognizing Transferor as the sole owner and holder of the Transferred Portion of the Claim, and directing that all payments or distributions of money or property in respect of the Transferred Portion of the claim be delivered or made to the Transferee.

In witness whereof, this Evidence of Partial Transfer of Claim is executed ad of this _XX_ day of _April_, 2012.

BANCA DEL PIEMONTE S.p.a.                    BANCA AZZOAGLIO SPA
Transferor                                    Transferee

By: _BANCA DEL PIEMONTE S.p.a. con unico socio    By: Banco di Credito P. Azzoaglio S.p.A.
Name: dott. CAMILLO VENESIO                       Name  dott. Francesco AZZOAGLIO
Title: GENERAL MANAGER                            Title C.E.O.



# Banca del Piemonte

3048.6 Società per Azioni
con unico socio
Sede Legale e Sede Centrale:
10121 Torino - Via Cernaia, 7
Telefono +39.011.56.52.1

Swift BDCP IT TT
R.E.A. n. 35228
Iscritta all'Albo delle Banche
www.bancadelpiemonte.it
Telefax +39.011.531.280

Capitale Sociale € 25.010.800
Cod. Fisc. - Part. IVA - iscr. Registro
Imprese di Torino n. 00821100013
Aderente al Fondo Interbancario
di Tutela dei Depositi

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

To: The Debtor and the U.S. Bankruptcy Court

For value received, the adequacy and sufficient of which are hereby acknowledged, Banca del Piemonte S.p.a. ("Transferor"), unconditionally and irrevocably transfers and assigns to Banco di Credito P. Azzoaglio S.p.A. ("Transferee") an undivided pro rata interest in USD 14.392,12 - ("Transferred Portion") of Transferor's right, title, interest and claims in an to, or arising under or in connection with, its claim (as such term is defined in Section 101 (5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc.("Debtor"), debtor in Case No. 08-13555 ("Claim") filed by the Transferor in the case with respect to the Claim.

Transferor waives any objection to the transfer of the Transferred Portion of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and waives to the fullest extent permitted by law any notice or right to a hearing that may be provided by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local rules of the Bankruptcy Court or applicable law with respect to such transfer. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing Transferred Portion of the Claim, recognizing Transferor as the sole owner and holder of the Transferred Portion of the Claim, and directing that all payments or distributions of money or property in respect of the Transferred Portion of the claim be delivered or made to the Transferee.

In witness whereof, this Evidence of Partial Transfer of Claim is executed ad of this _____ day of _____, 2012.

BANCA DEL PIEMONTE S.p.a.
Transferor

By: BANCA DEL PIEMONTE S.p.a. con unico socio
Name: dott. CAMILLO VENESIO
Title: GENERAL MANAGER

BANCO DI CREDITO P. AZZOAGLIO S.p.A.
Transferee

By: BANCO DI CREDITO P. AZZOAGLIO S.p.A.
Name: dott. Francesco AZZOAGLIO
Title: C.E.O.