## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Banca popolare dell'Emilia Romagna S.c., with registered office in Italy, Modena, via San Carlo 8/20, registered number 01153230360** ("<u>Transferor</u>") unconditionally and irrevocably transferred to **Cassa di Risparmio di Ravenna S.p.a., with registered office in Italy, Ravenna, Piazza Garibaldi 6, registered number 01188860397** ("<u>Transferee</u>") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **(Claim No. 49737)** EURO 20,000.00 in nominal value related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "<u>Debtor</u>") Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON 7 March, 2012.

BANCA POPOLARE DELL'EMILIA ROMAGNA S.C.

By: _____

Name: Piero Beldrati Casadei

Title: Branch Manager

## SCHEDULE I

**Lehman Programs Securities Related to Transferred Portion of Claim:**

USD 28,302.00 of the outstanding amount of XS0176153350 as described in the Proof of Claim dated October 26, 2009 and filed on October 27, 2009, together with interest, fees, expenses and other recoveries due.

| ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|
| XS0176153350 | Lehman Brothers Treasury BV | Lehman Brothers Holdings Inc. | EUR 20,000.00 (equivalent to USD 28,302.00) | EUR 570.20 (equivalent to USD 806.90) |

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>   Case <u>No. 08-13555 (JMP)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CASSA DI RISPARMIO DI RAVENNA S.P.A. | BANCA POPOLARE DELL'EMILIA ROMAGNA S.C. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

CASSA DI RISPARMIO DI RAVENNA S.P.A.
PIAZZA GARIBALDI 6
RAVENNA - ITALY
ATTN.: PJLAZZI CLAUDIO
EMAIL: cpulazzi@carira.it

Phone: 0039 0544 480348
Last Four Digits of Acct #: _____

Court Claim # (if known): 49737
Date Claim Filed: 27 OCTOBER 2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule 1): EUR 20,000.00    USD 28,302.00

Phone: 0039 059 202 1307
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Cassa di Risparmio di Ravenna S.p.A.
UN QUADRO DIRETTIVO
By: _____ DELEGATO _____   Date: 8/03/2012
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.