**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____

In re:                              ) Chapter 11
                                    )
Lehman Brothers Holdings Inc., et al., ) Case No. 08-13555 (JMP)
                                    )
                    Debtors.        ) Jointly Administered
                                    )
_____) Proof of Claim No.: **15921**
                                      Date Proof of Claim Filed: **09/17/09**
                                      Amount of Claim Transferred: **$8,137,000.00**

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)

TO:   TRANSFEROR:   **GOLDMAN SACHS LENDING PARTNERS LLC**
                    200 West Street
                    New York, NY 10282-2198
                    Telephone: 212-934-3921
                    Facsimile: 646-769-7700

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **15921** against Lehman Brothers Holdings Inc. in the amount of **$8,137,000.00** as evidenced by the attached Evidence of Transfer of Claim to:

      TRANSFEREE:   **WATERSTONE MARKET NEUTRAL MASTER FUND, LTD.**
                    c/o Waterstone Capital Management, LP
                    2 Carlson Parkway, Suite 260
                    Plymouth, MN 55447
                    Attention: Vincent Conley
                    Telephone: 952-697-4127
                    E-mail: vconley@wscm.net

No action is required if you do not object to the transfer of the claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

8233875

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Waterstone Market Neutral Master Fund, Ltd | GOLDMAN SACHS LENDING PARTNERS LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Waterstone Market Neutral Master Fund, Ltd.
c/o Waterstone Capital Management, LP
2 Carlson Parkway, Suite 260
Plymouth, MN 55447
Attn: Vincent Conley

Court Claim # (if known): 15921
Amount of Claim Transferred: $8,137,000.00
Date Claim Filed: September 17, 2009
Debtor: Lehman Brothers Special Financing Inc.

723627v.6 3091/00080

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

WATERSTONE MARKET NEUTRAL MASTER FUND, LTD
By: Waterstone Capital Management, L.P.

By: _____  Date: 6/28/12
Transferee/Transferee's Agent
Jeffrey C. Erb
General Counsel

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____

723627v.6 3091/00080

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

WATERSTONE MARKET NEUTRAL MASTER FUND, LTD
By: Waterstone Capital Management, L.P.

By: _____    Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
    Michelle Latzoni
    **Authorized Signatory**

723627v.6 3091/00080