**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| Lehman Brothers Holdings Inc., <u>et al</u>. | ) |
|  | ) Case No. 08-13555 (JMP) |
| Debtors. | ) |
|  | ) Jointly Administered |
|  | ) |
| _____ | ) Proof of Claim No.: **15922** |
|  | Date Proof of Claim Filed: **09/17/09** |
|  | Amount of Claim Transferred: **$1,628,000.00** |

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)

TO:   TRANSFEROR:   **GOLDMAN SACHS LENDING PARTNERS LLC**
200 West Street
New York, NY 10282-2198
Telephone:  212-934-3921
Facsimile:   646-769-7700

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **15922** against Lehman Brothers Holdings Inc. in the amount of **$1,628,000.00** as evidenced by the attached Evidence of Transfer of Claim to:

TRANSFEREE:   **WATERSTONE MF FUND, LTD.**
c/o Waterstone Capital Management, LP
2 Carlson Parkway, Suite 260
Plymouth, MN 55447
Attention:   Vincent Conley
Telephone:  952-697-4127
E-mail:       vconley@wscm.net

No action is required if you do not object to the transfer of the claim as described above.  **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

8233875

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Waterstone MF Fund, Ltd | GOLDMAN SACHS LENDING PARTNERS LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Waterstone MF Fund, Ltd
c/o Waterstone Capital Management, LP
2 Carlson Parkway, Suite 260
Plymouth, MN 55447
Attn: Vincent Conley

Court Claim # (if known): 15922
Amount of Claim Transferred: $1,628,000.00
Date Claim Filed: September 17, 2009
Debtor: Lehman Brothers Holdings Inc.

729601v.2 3091/00080

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

WATERSTONE MF FUND, LTD
By: Waterstone Capital Management, L.P.

By: _____    Date: 6/28/12
    Transferee/Transferee's Agent
    Jeffrey C. Erb
    General Counsel

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____

729601v.2 3091/00080

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

WATERSTONE MF FUND, LTD
By: Waterstone Capital Management, L.P.

By: _____     Date: _____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Michelle Latzoni
Authorized Signatory

729601v.2 3091/00080