UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                                                    )
In re:                                                              )    Chapter 11
                                                                    )
Lehman Brothers Holdings Inc., et al.          )    Case No. 08-13555 (JMP)
                                                                    )
                        Debtors.                         )    Jointly Administered
                                                                    )
_____)    Proof of Claim No.: **15921**
                                                                         Date Proof of Claim Filed: **09/17/09**
                                                                         Amount of Claim Transferred: **$1,628,000.00**

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)

TO:    TRANSFEROR:    **GOLDMAN SACHS LENDING PARTNERS LLC**
                                        200 West Street
                                        New York, NY 10282-2198
                                        Telephone:  212-934-3921
                                        Facsimile:   646-769-7700

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **15921** against Lehman Brothers Holdings Inc. in the amount of **$1,628,000.00** as evidenced by the attached Evidence of Transfer of Claim to:

         TRANSFEREE:    **WATERSTONE MF FUND, LTD.**
                                         c/o Waterstone Capital Management, LP
                                         2 Carlson Parkway, Suite 260
                                         Plymouth, MN 55447
                                         Attention:   Vincent Conley
                                         Telephone:  952-697-4127
                                         E-mail:      vconley@wscm.net

No action is required if you do not object to the transfer of the claim as described above.  **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

-    FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
-    SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
-    IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
-    IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

                                                                  _____
                                                                              Clerk of the Court

8233875

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.       Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Waterstone MF Fund, Ltd | GOLDMAN SACHS LENDING PARTNERS LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Waterstone MF Fund, Ltd
c/o Waterstone Capital Management, LP
2 Carlson Parkway, Suite 260
Plymouth, MN 55447
Attn: Vincent Conley

Court Claim # (if known): 15921
Amount of Claim Transferred: $1,628,000.00
Date Claim Filed: September 17, 2009
Debtor: Lehman Brothers Special Financing Inc.

729601v.2 3091/00080

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

WATERSTONE MF FUND, LTD
By: Waterstone Capital Management, L.P.

Waterstone Capital Management, L.P.

By: _____    Date: 6/28/12
       Transferee/Transferee's Agent

Jeffrey C. Erb
General Counsel

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC


By: _____

729601v.2 3091/00080

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

WATERSTONE MF FUND, LTD
By: Waterstone Capital Management, L.P.

By: _____        Date: _____
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
     Michelle Latzoni
     Authorized Signatory

GOLDM