UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------x
                                                                   :
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,                             :   08-13555 (JMP)
                                                                   :   (Jointly Administered)
                       Debtors.                                    :
                                                                   :
-------------------------------------------------------------------x   Ref. Docket Nos. 28992, 28996-
                                                                       29001, 29003, 29004, 29009, 29011-
                                                                       29022, 29024-29045, 29048-29050,
                                                                       29052-29055, 29057-29071, 29073-
                                                                       29079, 29082, 29083
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 29, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lauren Rodriguez*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lauren Rodriguez

Sworn to before me this
3rd day of July, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
In re                                       |   Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |   08-13555 (JMP)
                                            |
                                            |   (Jointly Administered)
              Debtors.                      |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
      To:  BLACK RIVER FIR V OPPORTUNITY MASTER FUND LTD.        BLACK RIVER FIR V OPPORTUNITY MASTER FUND LT
           C/O BLACK RIVER ASSET MANAGEMENT, LLC                 IRINA PALCHUK
           ATTN: MARK RABOGLIATTI                                FAEGRE & BENSON LLP
           12700 WHITEWATER DRIVE                                2200 WELLS FARGO CENTER
           MINNETONKA MN 55343                                   90 SOUTH 7TH ST. CENTER
                                                                 MINNEAPOLIS MN 55402
```

Please note that your claim # 45146 in the above referenced case and in the amount of
         $5,512,243.00   Unliquidated         has been transferred **(unless previously expunged by court order)**

```
           CALOGY ASSOCIATES LLC                                 CALOGY ASSOCIATES LLC
           TRANSFEROR: BLACK RIVER FIR V OPPORTUNITY MASTER FUND LTD.   MANAGING CLERK
           C/O RICHARDS KIBBE & ORBE LLP                         RICHARDS KIBBE & ORBE LLP
           ATTN: LARRY HALPERIN                                  ONE WORLD FINANCIAL CENTER
           ONE WORLD FINANCIAL CENTER                            NEW YORK NY 10281
           NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 29083       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/29/2012                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 29, 2012.

# EXHIBIT B

TIME: 11:45:11
DATE: 06/29/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ACKET, J.J.M. | BUNTWAL 10 3864 MZ NIJKERKERVEEN  NETHERLANDS |
| ALFFENAAR, W.H. &/OR ALTUNED HOLDINGS LLC | E.M. ALFFENAAR-DE GOEDEREN KALMOESVELD 5 7006 TE DOETINCHEM  NETHERLANDS |
| AMBID HOLLAND B.V. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| BARCLAYS BANK PLC | DE HEER J.J.M. ACKET BUNTWAL 10 3864 MZ NIJKERKERVEEN  NETHERLANDS |
| BARLUK B.V. | TRANSFEROR: FARGLORY LIFE INSURANCE CO LTD 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARLUK B.V. | T.A.V. DE HEER W. VAN DEN BERG VAN SLINGELANDTLAAN 11 2334 CB LEIDEN  NETHERLANDS |
| BINK, A.C. | T.A.V. DE HEER W. VAN DEN BERG VAN SLINGELANDTLAAN 11 LEIDEN 2334 CB NETHERLANDS |
| BLACK RIVER FIR V OPPORTUNITY MASTER FUND LTD. | BIES 1 HUIZEN CG  1273 CG NETHERLANDS |
| BLACK RIVER FIR V OPPORTUNITY MASTER FUND LTD. | C/O BLACK RIVER ASSET MANAGEMENT, LLC ATTN: MARK RABOGLIATTI 12700 WHITEWATER DRIVE MINNETONKA MN 55343 |
| BSOF MASTER FUND L.P. | IRINA PALCHUK FAEGRE & BENSON LLP 2200 WELLS FARGO CENTER 90 SOUTH 7TH ST. CENTER MINNEAPOLIS MN 55402 |
| BSOF MASTER FUND L.P. | BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154 |
| BUGGE, A.B. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ. 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| CALOGY ASSOCIATES LLC | PRINSENWEG 105 WASSENAAR  2242 ED NETHERLANDS |
| CALOGY ASSOCIATES LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CAPITAL PARTNERS SECURITIES CO., LTD | TRANSFEROR: BLACK RIVER FIR V OPPORTUNITY MASTER FUND LTD. C/O RICHARDS KIBBE & ORBE LLP ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| COPINI HOLDING B.V. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: FUMIO KOJIMA ASAHI BUILDING, 6TH FLOOR 3-12-2 NIHONBASHI, CHUO-KU TOKYO 103-0027 JAPAN |
| CRUCHE BELEGGINGEN B.V. | DE HEER L.A.H.B. COPINI WINAMERDYK 12 8857 BC WYNALDUM  NETHERLANDS |
| D.W. CONSULTING & BEHEER B.V. | DE HEER W.F.K. KRUIKEMEIER P/A BANKRASHOF 3 1183 NP AMSTELVEEN  NETHERLANDS |
| D.W. CONSULTING & BEHEER BV, REK II | DE HEER D.H. WICHARDS VARENSTRAAT 4 1121 BD LANDSMEER  NETHERLANDS |
| DE HEER R.T. DE LEEUW EN/OF MEVROUW R. DE LEEUW-WATERLANDER | DE HEER D.H. WICHARDS VARENSTRAAT 4 LANDSMEER 1121 BD NETHERLANDS |
| DE MOOIJ, J.A. & DE MOOIJ-BLIEK, A.N. | STRUIKHEIDE 5 8445 SG HEERENVEEN  NETHERLANDS |
| DE VRIES, H. | HOEFBLADLAAN 163 DEN HAAG  2555 EE NETHERLANDS |
| DE WILDE, A. &/OR | NEPTUNUSSTRAAT 23 8303 AA EMMELOORD  NETHERLANDS |
| DEN OUDEN, A.L. | L.A DE WILDE-KAMERMAN DOCTOR KUYPERLAAN 2 1272 HR HUIZEN  NETHERLANDS |
| DEN OUDEN, MEVROUW DR. A.L. | POMPSTATIONSWEG 175 DEN HAAG  2597 JV NETHERLANDS |
| DEUTSCHE BANK AG, LONDON BRANCH | POMPSTATIONSWEG 175 DEN HAAG  2597 JV NETHERLANDS |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DEUTSCHE SECURITIES INC. ATTN: MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM |
| DROS, DE HEER R.D. | TRANSFEROR: ICCREA BANCA S.P.A. ATTN: SIMON GLENNIE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM |
| DRS. H.M. VAN NOUHUIJS B.V. | PRESIDENT KENNEDYLAAN 182 OEGSTGEEST  2343 GW NETHERLANDS |
| FARGLORY LIFE INSURANCE CO LTD | T.A.V. MEVROUW H.M. VAN NOUHUIJS VAN SLINGELANDTLAAN 11 2334 CB LEIDEN  NETHERLANDS |
| GLAS, H. | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) 18 FL NO 200 KEELUNG RD SEC 1 TAIPEI 110 TAIWAN |
| GROEN, H. &/OR C. VAN DEN BERG | HAVEN 44 9084 BD GOUTUM  NETHERLANDS |
| H. DE VRIES BEHEER B.V. | HERENGRACHT 528 G 1017 CC AMSTERDAM  NETHERLANDS |
| HIEMSTRA, S. E/O M.C. DE VREIJ | DE HEER H. DE VRIES NEPTUNUSSTRAAT 23 8303 AA EMMELOORD  NETHERLANDS |
| HUBRECHT, T.P.F. E/O H.J. HUBRECHT-HELMS | KON. WILHELMINALAAN 22 AMERSFOORT  3818 HP NETHERLANDS |
| IDEMA, D. & IDEMA-BAKKER, R. | VINKENBAAN 34 SANTPOORT-ZUID  2082 ER NETHERLANDS |
| ILLIQUIDX LLP | DE JONGSTRAAT 9 VORDEN  7251 SB NETHERLANDS |
| JAHEGRA BUNSCHOTEN BEHEER B.V. | TRANSFEROR: LEGEND LOGISTICS LTD ATTN: GALINA ALABATCHKA MANAGING PARTNER 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM |
| JPMORGAN CHASE BANK, N.A. | DE HEER J. DE GRAAF BEETHOVENLAAN 37 3752 WB BUNSCHOTEN  NETHERLANDS |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: BANK HAPOALIM (SWITZERLAND) LTD. C/O SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ILLIQUIDX LLP ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: STANDARD CHARTER BANK PRIVATE BANK SINGAPORE ATTN: SUSAN MCNAMARA; MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: UNITED MIZRAHI BANK (SWITZERLAND) LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: WOODSTOCK FINANCIAL GROUP, INC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| KLEIN-STUYT, B.E.M. | P/A VEENLANDEN 46 HOEVELAKEN  3871 RD NETHERLANDS |
| KROON BEHEER B.V. | DE HEER G. KROON STATIONSWEG 9 9951 BA WINSUM  NETHERLANDS |
| KRUIKEMEIER-VERBURG, H.W. | BOS EN VAARTLAAN 74 1181 AD AMSTELVEEN  NETHERLANDS |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 11:45:11                                                      LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   2
DATE: 06/29/12                                                            CREDITOR LISTING

Name                                                    Address
LEPPINK, DE HEER J.A.                                   HORSTLINDELAAN 60 ENSCHEDE    7522 JH NETHERLANDS
LMA SPC FOR AND ON BEHALF OF THE MAP 84                 TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO, ESQ. 623 FIFTH AVENUE, 29TH FLOOR
  SEGREGATED PORTFOLIO                                  NEW YORK NY 10022
MEIJER, P.A.                                            ALEXANDERKADE 126 AMSTERDAM  1018 ZC NETHERLANDS
MERVROUW D. VAN UNEN EN/OF                              DE HEER M. DAHAN VEENENDAALPLEIN 3 1185 DD AMSTELVEEN  NETHERLANDS
MOORE GLOBAL FIXED INCOME FUND (MASTER)                 C/O MOORE CAPITAL MANAGEMENT, LP ATTN: JAMES DANZA, 52ND FLOOR 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
  LP
NOLEN-SMIT, J.U.                                        SITIO DO REGATO CAMINIHO URGUAI-JANES ALCABIDECHE   P-2755-207 PORTUGAL
NOLEN-SMIT, J.U.                                        SITIO DO REGATO CAMINIHNO URGUAI - JANES ALCABIDECHE  P-2755-20 PORTUGAL
POLDERMAN-DEKKER, I.M.                                  P/A VAN OLDENBARNEVELTWEG 35 WASSENAAR  2242 BA NETHERLANDS
ROYAL BANK OF SCOTLAND, PLC, THE                        TRANSFEROR: MOORE GLOBAL FIXED INCOME FUND (MASTER) LP ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                        TRANSFEROR: SJL MOORE, LTD. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
SELLMEIJER, M.G.                                        HEINSIUSLAAN 25 AMERSFOORT  3818 JE NETHERLANDS
SIMMERMAN, G.J.                                         BRAAMHORST 16 ALPHEN A/D RIJN  2402PV NETHERLANDS
SJL MOORE, LTD.                                         C/O MOORE CAPITAL MANAGEMENT, LP ATTN: JAMES DANZA, 52ND FLOOR 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
SMIT-SCHEFFENER, H.                                     ZANTVOORTER ALLEE 21 2106 BV HEEMSTEDE   NETHERLANDS
STICHTING LEPPINK-POSTUMA                               T.A.V. DE HEER J.H. VEGER CHOPINSTRAAT 39 HAAKSBERGEN   7482 AG NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: ACKET, J.J.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: ALFFENAAR, W.H. &/OR ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: AMBID HOLLAND B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: BARLUK B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: BINK, A.C. ATTN: J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: BUGGE, A.B. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: COPINI HOLDING B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: CRUCHE BELEGGINGEN B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: D.W. CONSULTING & BEHEER B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: D.W. CONSULTING & BEHEER BV, REK II ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: DE HEER R.T. DE LEEUW EN/OF ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: DE MOOIJ, J.A. & DE MOOIJ-BLIEK, A.N. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: DE VRIES, H. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: DE WILDE, A. &/OR ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: DEN OUDEN, A.L. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: DEN OUDEN, MEVROUW DR. A.L. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: DROS, DE HEER R.D. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: DRS. H.M. VAN NOUHUIJS B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: GLAS, H. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: GROEN, H. &/OR C. VAN DEN BERG ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: H. DE VRIES BEHEER B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: HIEMSTRA, S. E/O M.C. DE VREIJ ATTN: J KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: HUBRECHT, T.P.F. E/O H.J. HUBRECHT-HELMS ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: IDEMA, D. & IDEMA-BAKKER, R. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: JAHEGRA BUNSCHOTEN BEHEER B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: KLEIN-STUYT, B.E.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: KROON BEHEER B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: KRUIKEMEIER-VERBURG, H.W. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: LEPPINK, DE HEER J.A. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: MEIJER, P.A. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: MERVROUW D. VAN UNEN EN/OF ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: NOLEN-SMIT, J.U. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: POLDERMAN-DEKKER, I.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: SELLMEIJER, M.G. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: SIMMERMAN, G.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: SMIT-SCHEFFENER, H. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: STICHTING LEPPINK-POSTUMA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: STUTTERHEIM, C.J.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: TRUSTUS CAPITAL MANAGEMENT B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS

                                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:45:11                                              LEHMAN BROTHERS HOLDING INC.                                          PAGE:    3
DATE: 06/29/12                                                    CREDITOR LISTING

Name                                                    Address
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: V.O.F. SKATERS CORNER ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: VAN DE STADT, H. & VAN DE STADT-SABEL, C.C. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: VAN DE STADT, H. EN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: VAN DEN BERG, W. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: VAN DISSEL, F.R. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: VAN NOUHUIJS, H.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: VAN WIEREN, T. EN/OF ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: VEENHUIZEN-FRUIN, M.L. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: VISSER, DE HEER DR. C.P.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: WARMER, S.J. EN/OF M.J. WARMER-PEET ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: WICHARDS-BEENHAKKER, W. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: WIJERS BEHEER BV ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STUTTERHEIM, C.J.M.                     STRAATWEG 232 BREUKELEN 3621 BZ NETHERLANDS
TRUSTUS CAPITAL MANAGEMENT B.V.         SEWEI 2 8501 AE JOURE NETHERLANDS
UBS AG, LONDON BRANCH                   TRANSFEROR: CAPITAL PARTNERS SECURITIES CO., LTD ATTN: KAZUYA ICHIKAWA AND MARIE MIYAZAWA (TOKYO) 1 FINSBURY AVENUE
                                        LONDON EC2M 2PP UNITED KINGDOM
V.O.F. SKATERS CORNER                   DE HEER R.T. DE LEEUW EN MEVROUW R. DE LEEUW-WATERLANDER P/A STRUIKHEIDE 5 8445 SG HEERENVEEN NETHERLANDS
VAN DE STADT, H. & VAN DE STADT-SABEL,  PLATANENLAAN 85 BLOEMENDAAL 2061 TS NETHERLANDS
 C.C.
VAN DE STADT, H. EN                     C.C. VAN DE STADT-SABEL PLATANENLAAN 85 2061 TS BLOEMENDAAL NETHERLANDS
VAN DEN BERG, W.                        VAN SLINGELANDTLAAN 11 LEIDEN 2334 CB NETHERLANDS
VAN DISSEL, F.R.                        C.R VAN DISSEL-KRIJGER LEIDSESTRAATWEG 7 2341 GR OEGSTGEEST NETHERLANDS
VAN NOUHUIJS, H.M.                      VAN SLINGELANDTLAAN 11 2334 CB LEIDEN NETHERLANDS
VAN WIEREN, T. EN/OF                    H.A. VAN WIEREN-STIENSTRA PIER PANDERSTRAAT 10 F 8913 CVH LEEUWARDEN NETHERLANDS
VARDE FUND IX LP, THE                   TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P J STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                 TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P J STEFFER 8500 NORMANDALE LAKE BOULEVARD MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                 TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P J STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE           TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P J STEFFER 8500 NORMAN DALE LAKE BOULEVARD MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)    TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P J STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
 MASTER, LP
VARDE INVESTMENT PARTNERS, LP           TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P J STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VEENHUIZEN-FRUIN, M.L.                  ZIEKEN 45-A DEN HAAG 2515 SB NETHERLANDS
VISSER, DE HEER DR. C.P.J.              ORANJE NASSAULAAN 7 2361 LA WARMOND NETHERLANDS
WARMER, S.J. EN/OF M.J. WARMER-PEET     RHIJNVIS FEITHLAAN 1B 1401 AT BUSSUM NETHERLANDS
WICHARDS-BEENHAKKER, W.                 VOSSESTAARTSTRAAT 5 1121 BL LANDSMEER NETHERLANDS
WIJERS BEHEER BV                        T.A.V. DE HEER P.C.J. WIJERS HOFBROUCKERLAAN 7 OEGSTGEEST 2341 LL NETHERLANDS

Total Number of Records Printed      134
```

EPIQ BANKRUPTCY SOLUTIONS, LLC