## EXHIBIT B

### EXPENSE SUMMARY BY SNR DENTON US LLP FOR THE PERIOD OF JANUARY 1, 2010 THROUGH MARCH 6, 2012

| EXPENSES | AMOUNTS |
|---|---|
| Airfare | $312.30 |
| Computerized Research | $960.02 |
| Delivery | $3,143.94 |
| Document Reproduction | $3,397.50 |
| Ground Transportation | $810.86 |
| Lexis | $176.57 |
| Lodging | $500.00 |
| Meals | $74.74 |
| Miscellaneous | $287.70 |
| Outside Professional Services | $11,399.10 |
| Overnight Delivery | $478.03 |
| Specialized Document Processing Services | $517.50 |
| Teleconference Expenses | $365.69 |
| Westlaw | $30.97 |
| Total expenses previously requested during interim periods from January 1, 2010 through March 6, 2012 | $22,454.92 |
| Total Expenses allowed during the Final Fee Application Period of January 1, 2010 through March 6, 2012 | $17,064.57 ($11,592.09 Allowed) ($5,472.48 Pending) |
| **Total Expenses Sought for the Final Fee Application Period of January 1, 2010 through March 6, 2012** | **$17,064.57** |