**EXHIBIT C**

**COMPENSATION BY CLIENT-MATTER NUMBER FOR SERVICES RENDERED
BY SNR DENTON US LLP FOR THE PERIOD OF
JANUARY 1, 2010 THROUGH MARCH 6, 2012**

| PROJECT CATEGORY | CLIENT MATTER NO. | HOURS | AMOUNT |
|---|---|---|---|
| Real Estate | 09807760-0006 | 12.10 | $7,217.50 |
| Real Estate | 09807760-0008 | 38.10 | $26,198.00 |
| Real Estate | 09807760-0011 | 1611.60 | $1,025,345.50 |
| Real Estate | 09807760-0012 | 83.80 | $48,508.00 |
| Real Estate | 09807760-0013 | 35.20 | $15,356.00 |
| Real Estate | 09807760-0016 | 64.20 | $40,732.50 |
| Real Estate | 09807760-0020 | 16.70 | $11,439.50 |
| Real Estate | 09807760-0021 | 665.90 | $389,206.00 |
| Real Estate | 09807760-0022 | 72.80 | $39,294.50 |
| Real Estate | 09807760-0023 | 81.60 | $44,653.50 |
| Real Estate | 09807760-0024 | 3.70 | $2,099.50 |
| Real Estate | 09807760-0028 | 11.70 | $6,148.50 |
| Real Estate | 09807760-0029 | 21.10 | $11,296.50 |
| Bankruptcy/Post-Petition | 09807760-0030 | 389.60 | $175,573.00 |
| Real Estate | 09807760-0035 | 223.10 | $138,650.00 |
| Real Estate | 09807760-0039 | 101.70 | $62,239.50 |
| Real Estate | 21416248-0616 | 38.00 | $18,916.00 |
| Real Estate | 21416248-0617 | 57.70 | $35,012.50 |
| Real Estate | 21416248-0618 | 1.90 | $1,012.50 |
| Real Estate | 21416248-0766 | 5.00 | $3,811.50 |
| Real Estate | 21416248-0795 | 60.10 | $39,294.00 |
| Real Estate | 21416248-0796 | 0.80 | $672.00 |
| Real Estate | 21416248-0799 | 8.20 | $6,683.00 |
| Real Estate | 21416248-0807 | 53.40 | $31,822.00 |
| Real Estate | 21416248-0810 | 1.50 | $1,222.50 |
| Real Estate | 21416248-0813 | 17.60 | $11,396.00 |
| Real Estate | 21416248-0814 | 32.50 | $27,037.50 |
| Real Estate | 21416248-0815 | 3.10 | $2,604.00 |
| Real Estate | 21416248-0817 | 13.60 | $11,176.50 |
| Real Estate | 21416248-0818 | 25.70 | $19,064.00 |
| Real Estate | 21416248-0824 | 85.00 | $53,398.50 |
| Real Estate | 21416248-0831 | 24.70 | $20,075.50 |
| Real Estate | 21416248-0832 | 45.40 | $28,496.00 |
| Real Estate | 21416248-0836 | 0.30 | $252.00 |
| Real Estate | 21416248-0838 | 107.10 | $59,349.00 |
| Real Estate | 21416248-0851 | 225.00 | $152,448.50 |
| Real Estate | 21416248-0855 | 0.50 | $115.00 |
| Real Estate | 21416248-0864 | 4.80 | $2,053.50 |
| Real Estate | 21416248-0865 | 3.40 | $3,004.50 |
| Real Estate | 21416248-0866 | 32.20 | $27,019.00 |
| Real Estate | 21416248-0867 | 14.60 | $10,971.00 |
| **TOTALS** | | **4295.00** | **$2,610,864.50** |
| Total Fees incurred during the Final Fee Application Period of January 1, 2010 through March 6, 2012 | | | $2,610,864.50 |
| Total Fees awarded during the Final Fee Application Period of January 1, 2010 through March 6, 2012 | | | $2,210,748.12 |
| Total fees pending interim allowance: | | | $370,117.00 |
| **Total Fees Sought for final allowance during the Final Fee Application Period of January 1, 2010 through March 6, 2012** | | | **$2,580,865.12** |