## EXHIBIT D

**SNR DENTON US LLP'S MONTHLY FEE STATEMENTS FOR THE
FINAL FEE APPLICATION PERIOD OF JANUARY 1, 2010 THROUGH MARCH 6, 2012**

# EXHIBIT D

## SNR DENTON US LLP'S MONTHLY FEE STATEMENTS FOR FIRST INTERIM PERIOD OF JANUARY 1, 2010 THROUGH SEPTEMBER 30, 2010



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                         February 11, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                      **Invoice No. 1192751**

Client/Matter: 21416248-0831

HARBOR 301 HOWARD (LCPI)                              Payment Due Upon Receipt

Lehman Contact:  Thomas Buffa

**Total This Invoice**                          $           **1,304.00**

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas
25th Floor
New York, New York 10020-1089

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

February 11, 2010

**Invoice No. 1192751**

Client/Matter:  21416248-0831

HARBOR 301 HOWARD (LCPI)

**For Professional Services Rendered through January 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 01/14/10 | M. Williams | 1.30 | P300 | Telephone conference with Messrs. Buffa, Gupta regarding calculation of margin call, potential responses to borrower refusal to post, including suit on guaranty (0.8), review relevant documents (0.3), telephone conference with Mr. Buffa regarding same (0.2). |
| 01/22/10 | M. Williams | 0.30 | P300 | Telephone conference Mr. Buffa regarding margin calls, suit on guaranty, and potential workout options (0.3). |
| **Total Hours** | | **1.60** | | |
| **Fee Amount** | | | | **$1,304.00** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Williams (Partner) | $815.00 | 1.60 | $1,304.00 |
| **Totals** | | **1.60** | **$1,304.00** |

| | | | |
|--|--|--|--|
| **Fee Total** | $ | 1,304.00 | |
| **Invoice Total** | $ | 1,304.00 | |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN                                              February 17, 2010
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR                                                  **Invoice No. 1194080**
NEW YORK, NY 10020

Client/Matter: 09807760-0011

RITZ KAPALUA                                            Payment Due Upon Receipt
Lehman Business Contact:  Michael Lascher

**Total This Invoice**                              $       4,315.50

### Please return this page with your payment

<table>
<tr><td>**In the case of mail deliveries to:**</td><td></td><td>**In the case of overnight deliveries to:**</td></tr>
<tr><td>Sonnenschein Nath & Rosenthal LLP</td><td></td><td>Sonnenschein Nath & Rosenthal LLP</td></tr>
<tr><td>Dept. 3078</td><td>OR</td><td>Attention: Accounting</td></tr>
<tr><td>Carol Stream, IL 60132-3078</td><td></td><td>233 South Wacker Drive</td></tr>
<tr><td></td><td></td><td>Chicago, IL  60606-6404</td></tr>
</table>

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN                                                                February 17, 2010
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE                                                          **Invoice No. 1194080**
38TH FLOOR
NEW YORK, NY 10020

Client/Matter:  09807760-0011

RITZ KAPALUA

**For Professional Services Rendered through January 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 01/27/10 | L. White | 1.00 | P300 | Telephone conference with Michael Lascher regarding foreclosure (.3); telephone conference with Todd Stennes regarding same (.3); review closing documents to analyze possible foreclosure risks (.4). |
| 01/28/10 | L. White | 4.50 | P300 | Review file regarding foreclosure risks (2.0); telephone conference with Joelle Halperin regarding same (.5); conference with Todd Stennes regarding same (.5); draft email regarding documentation/foreclosure issues for Michael Lascher (1.5). |
| 01/29/10 | L. White | 0.80 | P300 | Correspondence with Barry Sullivan (local counsel) and Michael Lascher regarding Hawaii foreclosure issues (.8). |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **6.30** | | |
| **Fee Amount** | | | | **$4,315.50** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| L. White (Partner) | $685.00 | 6.30 | $4,315.50 |
| Totals | | 6.30 | $4,315.50 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 4,315.50 | |
| Invoice Total | $ | 4,315.50 | |



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                                    February 17, 2010
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020                                              **Invoice No. 1194097**

Client/Matter: 09807760-0016

THE POINT                                              Payment Due Upon Receipt
Lehman Business Contact: Michael Lascher

**Total This Invoice**                              $        4,945.00

**Please return this page with your payment**

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

February 17, 2010

**Invoice No. 1194097**

Client/Matter:  09807760-0016

THE POINT

**For Professional Services Rendered through January 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 01/10/10 | M. Cocci | 0.60 | P300 | Review mark-up from Management Agreement in preparation for call with R. Siu (.2); e-mail to C. Lee and M. Daliere regarding Subordination and Non-Disturbance Agreement issue (.4). |
| 01/11/10 | C. Lee | 1.20 | P300 | Review and analyze e-mail correspondence and comments from D. Gorge regarding Subordination Agreement (.3); review and analyze e-mail correspondence and comments from D. Gorge regarding markup of Management Agreement (.4); telephone call with R. Siu regarding markup of Management Agreement (.5). |
| 01/11/10 | M. Daliere | 1.40 | P300 | Review form of Subordination and Non-Disturbance Agreement attached to loan agreement and identify material differences between that form and the one that was sent to Merlin for review (.8); review issues regarding termination fee and need to address in SNDA rather than in management agreement (.6). |
| 01/11/10 | M. Cocci | 0.50 | P300 | Telephone conference with R. Siu regarding Merlin comments to Management Agreement mark-up (.5). |
| 01/12/10 | C. Lee | 0.60 | P300 | Telephone call with R. Siu and B. Kaufman regarding Subordination Agreement (.6). |
| 01/12/10 | M. Daliere | 0.50 | P300 | Telephone conference with R. Siu regarding Subordination Non-Disturbance Agreement issues (.5). |
| 01/14/10 | C. Lee | 1.30 | P500 | Prepare for telephone conference call regarding Subordination Agreement and markup of Management Agreement (1.3). |
| 01/15/10 | C. Lee | 1.40 | P300 | Telephone call with R. Siu, B. Kaufman, J. Hutton and D. Gorge regarding Subordination Agreement and markup of Management Agreement (1.4). |

THE POINT

February 17, 2010

Matter: 09807760-0016
Invoice No.: 1194097

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 01/15/10 | M. Daliere | 1.90 | P300 | Prepare revisions to Subordination Agreement (1.9). |
| 01/21/10 | M. Daliere | 0.40 | P300 | Prepare revisions to Subordination Agreement (.4). |
| **Total Hours** | | **9.80** | | |
| **Fee Amount** | | | | $4,945.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Cocci (Partner) | $665.00 | 1.10 | $731.50 |
| M. Daliere (Partner) | $655.00 | 4.20 | $2,751.00 |
| C. Lee (Associate) | $325.00 | 4.50 | $1,462.50 |
| Totals | | 9.80 | $4,945.00 |

|  |  |  |
|--|--|--|
| Fee Total | $ | 4,945.00 |
| Invoice Total | $ | 4,945.00 |

3



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                      March 8, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                              **Invoice No. 1198281**

Client/Matter: 21416248-0766

VENTANA (LEHMAN ALI)                        Payment Due Upon Receipt


Lehman Contact: Susanne Frey and Michael Lascher


**Total This Invoice**                              $        3,812.20


**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP


*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                    March 8, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR                    **Invoice No. 1198281**
NEW YORK, NY 10020

Client/Matter: 21416248-0766

VENTANA (LEHMAN ALI)

**For Professional Services Rendered through February 28, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 01/25/10 | P. Mignone | 0.80 | P500 | Review pre-negotiation agreement (0.7). Office conference with M. Williams regarding issues with respect to loan participants (0.1). |
| 01/28/10 | P. Mignone | 1.00 | P500 | Analyze pre-negotiation agreement/participation issue (0.8). Phone conversation with M. Williams regarding same (0.2). |
| 02/01/10 | M. Williams | 0.90 | P300 | Telephone conference with Mr. Lascher, Ms. Frey, Mr. Bond regarding ownership of loan (0.7), telephone conference with Ms. Frey regarding cash management and management agreement terms (0.2). |
| 02/02/10 | M. Williams | 0.80 | P300 | Office conference with B. Shortt regarding transfer tax (0.3), office conference with J. Cotins regarding ownership issue (0.5). |
| 02/02/10 | A. Cotins | 0.50 | B101 | Office conference with M. Williams regarding Lehman authority for execution of assignments (0.5). |
| 02/04/10 | M. Williams | 1.00 | P300 | Telephone conference with Mr. Herman regarding transfer of deal to Weil (1.0). |

| | | |
|---|---|---|
| **Total Hours** | **5.00** | |
| **Fee Amount** | | **$3,811.50** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| A. Cotins (Partner) | $900.00 | 0.50 | $450.00 |
| M. Williams (Partner) | $815.00 | 2.70 | $2,200.50 |
| P. Mignone (Partner) | $645.00 | 1.80 | $1,161.00 |
| Totals | | **5.00** | **$3,811.50** |

VENTANA (LEHMAN ALI)

March 8, 2010

Matter: 21416248-0766
Invoice No.: 1198281

### DISBURSEMENT DETAIL

| Date | Description | Amount |
|---|---|---|
| | Document reproduction | 0.70 |
| | *SUBTOTAL* | 0.70 |
| | **Total Disbursements** | **$0.70** |

| | | | |
|---|---|---|---|
| **Fee Total** | $ | 3,811.50 | |
| **Disbursement Total** | $ | 0.70 | |
| **Invoice Total** | **$** | **3,812.20** | |



## Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                                    March 8, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                          **Invoice No. 1198280**

Client/Matter: 21416248-0616

STATLER ARMS                                          Payment Due Upon Receipt

Lehman Contact:  John Nastasi

**Total This Invoice**                                    $        5,838.50

**Please return this page with your payment**

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                          March 8, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                                       Invoice No. 1198280

Client/Matter:  21416248-0616

STATLER ARMS

**For Professional Services Rendered through February 28, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 02/09/10 | M. Demetriou | 1.30 | L120 | Review and respond to emails regarding new property management agreement, and new template for same (0.2). Teleconference with D. Rodriguez regarding same (0.3). Review blackline of Statler Arms property management agreement against "Commons" form of agreement already executed (0.6). Conference with B. Nekritz regarding same (0.2). |
| 02/11/10 | B. Nekritz | 1.50 | P300 | Review Management Agreement documents (1.0); conference with Demetriou regarding Management Agreement (0.5). |
| 02/17/10 | B. Nekritz | 2.00 | P300 | Conference with M. Demetriou regarding Management Agreement (1.0); conference call with clients regarding Management Agreement (1.0). |
| 02/22/10 | B. Nekritz | 2.00 | P300 | Work on Management Agreement (1.0); conference with M. Demetriou regarding Management Agreement (1.0). |
| 02/25/10 | B. Nekritz | 2.00 | P300 | Conference regarding revised management agreements and notices (1.0); revise management agreement (1.0). |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **8.80** | | |
| **Fee Amount** | | | | **$5,838.50** |

STATLER ARMS

March 8, 2010

Matter: 21416248-0616
Invoice No.: 1198280

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| B. Nekritz (Partner) | $710.00 | 7.50 | $5,325.00 |
| M. Demetriou (Associate) | $395.00 | 1.30 | $513.50 |
| **Totals** | | **8.80** | **$5,838.50** |

|  | | |
|---|---|---|
| **Fee Total** | $ | 5,838.50 |
| **Invoice Total** | $ | 5,838.50 |



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                    March 17, 2010
1271 SIXTH AVENUE
38TH FLOOR                                        **Invoice No. 1200818**
NEW YORK, NY 10020

Client/Matter: 09807760-0011

RITZ KAPALUA                                      Payment Due Upon Receipt
Lehman Business Contact:  Michael Lascher

**Total This Invoice**                        $        **29,155.50**

### Please return this page with your payment

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

March 17, 2010

**Invoice No. 1200818**

Client/Matter:  09807760-0011

RITZ KAPALUA

**For Professional Services Rendered through February 28, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 02/01/10 | L. White | 2.50 | P300 | Telephone conference with Michael Lascher and Laurinda Martins regarding foreclosure issues (.5); review file in preparation for foreclosure (2.0). |
| 02/02/10 | L. White | 3.50 | P300 | Review file in anticipation of foreclosure (2.8); telephone conferences with Michael Lascher and Barry Sullivan (local counsel) regarding Hawaii foreclosure issues (.7). |
| 02/03/10 | L. White | 6.00 | P300 | Review file and concurrently prepare memo regarding next steps in preparation for foreclosure and issues in foreclosure (6.0). |
| 02/08/10 | L. White | 0.30 | P300 | Telephone conference with Michael Lascher regarding open issues for foreclosure (.3). |
| 02/09/10 | L. White | 2.00 | P300 | Prepare memo regarding hotel documents and impact of foreclosure on Ritz management agreement and obligations of Ritz following foreclosure (2.0). |
| 02/10/10 | L. White | 4.00 | P300 | Prepare memo analyzing Ritz hotel documents (1.5); analyze provisions for Ritz estoppel (.7); analyze expense obligations of Owner under hotel documents (1.8). |
| 02/11/10 | L. White | 1.00 | P300 | Prepare memo analyzing hotel documents in preparation for foreclosure (.5); analyze provisions for estoppel (.2); analyze expense obligations of Owner (.3). |
| 02/12/10 | L. White | 3.50 | P300 | Analyze Owner's obligations under Ritz documents in preparation for foreclosure (2.5); telephone conference and correspondence with Barry Sullivan (Hawaii counsel) regarding Hawaii law issues (1.0). |
| 02/16/10 | T. Stennes | 0.30 | P300 | Conference with L. White re documents and memos from prior review in preparation for foreclosure (.3). |
| 02/16/10 | L. White | 2.00 | P300 | Correspondence with Barry Sullivan regarding foreclosure (.8); due diligence regarding hotel documents (.7); telephone conference with Michael Lascher to bring him up to date on foreclosure status (.5). |

2

**RITZ KAPALUA**

March 17, 2010

Matter: 09807760-0011
Invoice No.: 1200818

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Task</u> | <u>Narrative</u> |
|------|------------|-------|------|-----------|
| 02/17/10 | L. White | 4.50 | P300 | Due diligence regarding Ritz documentation in preparation for foreclosure (3.0); telephone conference with Michael Lascher and Laurinda Martins regarding Ritz Management documents and issues (.8); telephone conference with Barry Sullivan regarding foreclosure complaint (.7). |
| 02/18/10 | L. White | 0.80 | P300 | Correspondence with Nancy Wilson at TriMont regarding foreclosure issues (.6); telephone conference with Michael Lascher regarding same (.2). |
| 02/23/10 | L. White | 5.40 | P300 | Draft Ritz issues memo (4.6); correspondence with local counsel regarding foreclosure complaint (.8). |
| 02/24/10 | L. White | 4.80 | P300 | Review marketing consultant agreement for public relations services surrounding foreclosure (1.0); draft memo regarding Ritz issues (1.5); prepare notice to Lehman RE as mezz lender per documentation (1.5); correspondence with local counsel (.8). |
| 02/25/10 | L. White | 0.50 | P300 | Telephone conference with Michael Lascher regarding notice to Lehman RE regarding their right to buy the loan, the possible engagement of Public Relations firm and property issues (.5). |
| 02/26/10 | L. White | 1.50 | P300 | Attention to land use issues and review option and right of first refusal documentation in connection therewith (1.2); telephone conference with Barry Sullivan regarding same (.3). |

**Total Hours**                42.60

**Fee Amount**                                                                $29,155.50

## TIME AND FEE SUMMARY

| Timekeeper | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|------------|------|-------|------|
| L. White (Partner) | $685.00 | 42.30 | $28,975.50 |
| T. Stennes (Partner) | $600.00 | <u>0.30</u> | <u>$180.00</u> |
| **Totals** | | **42.60** | **$29,155.50** |

RITZ KAPALUA

March 17, 2010

Matter: 09807760-0011
Invoice No.: 1200818

| | | |
|---|---|---|
| **Fee Total** | $ | 29,155.50 |
| **Invoice Total** | $ | 29,155.50 |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                        April 9, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                          **Invoice No. 1205231**

Client/Matter: 21416248-0799

321-329 RIVERSIDE (LBHI)                    Payment Due Upon Receipt

Lehman Contact: Michael Lascher

**Total This Invoice**                      $        **6,686.80**

**Please return this page with your payment**

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                April 9, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR                  **Invoice No. 1205231**
NEW YORK, NY 10020

Client/Matter:  21416248-0799

321-329 RIVERSIDE (LBHI)

**For Professional Services Rendered through March 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 02/23/10 | M. Williams | 1.30 | P300 | Telephone conferences with Mr. Rhodes regarding Lehman authority to execute assignments (0.1), telephone conference with J. Cotins regarding same (0.4), telephone conference with Mr. Lascher regarding same (0.5), office conference with B. Shortt regarding assignment issues, allonges, need for amended assignment documents (0.3). |
| 03/01/10 | M. Williams | 3.70 | P400 | Telephone conferences with Mr. Rosen regarding Lehman authority to execute assignments (0.3), Mr. Rhodes regarding same (0.2), draft corrective assignment of mortgage, confirmation agreement, distribute same (3.2) |
| 03/03/10 | M. Williams | 0.50 | P500 | Review comments to corrective assignment (0.3), email correspondence with Mr. Rosen regarding Lehman authority to execute assignments (0.2). |
| 03/05/10 | M. Williams | 1.50 | P500 | Telephone conference with Mr. Rosen regarding title company comments to assignment, discuss affidavit (0.5), telephone conference with Mr. Rhodes regarding status of documents and timing (0.2), telephone conference with Ms. Ho regarding execution of assignment in blank (0.8). |
| 03/09/10 | M. Williams | 0.90 | P500 | Telephone conference with Mr. Rosen (0.1), telephone conference with Ms. Ho (0.1), draft cover email explaining history of transaction, distribute with corrective assignment and allonge to be signed (0.7). |
| 03/15/10 | M. Williams | 0.30 | P280 | Telephone conference with Mr. Rosen, regarding corrective assignment and note b allonge (0.2), arrange for delivery of originals (0.1). |

**Total Hours**                    8.20

**Fee Amount**                                              $6,683.00

321-329 RIVERSIDE (LBHI)

April 9, 2010

Matter: 21416248-0799
Invoice No.: 1205231

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams (Partner) | $815.00 | 8.20 | $6,683.00 |
| Totals | | 8.20 | $6,683.00 |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|---|---|---|
| | Document reproduction | 3.80 |
| | *SUBTOTAL* | 3.80 |
| **Total Disbursements** | | **$3.80** |

| | | |
|---|---|---|
| **Fee Total** | $ | 6,683.00 |
| **Disbursement Total** | $ | 3.80 |
| **Invoice Total** | $ | 6,686.80 |



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                                      April 15, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                          **Invoice No. 1206470**

Client/Matter: 21416248-0832

HILTON MEZZ PARTICIPATION RESTRUCTURING (GEM)          Payment Due Upon Receipt

Lehman Contact: Susanne Frey and Michael Lascher

**Total This Invoice**                                          $        **14,833.00**

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|:---:|:---:|:---:|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                April 15, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR                  **Invoice No. 1206470**
NEW YORK, NY 10020


Client/Matter:  21416248-0832

HILTON MEZZ PARTICIPATION SALE

**For Professional Services Rendered through April 7, 2010:**

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 03/11/10 | R. Barkachy | 1.00 | B101 | A102 | Conference with M. Williams re: Lehman/Hilton Mezz sale; (0.2); research underlying documents sent to us by Cadwalader re:same (0.4); prepare index of closing CDs and deliver same to M. Williams (0.4). |
| 03/23/10 | M. Williams | 1.50 | P400 | A103 | Review borrower request letters to consent to modifications of mezz loans (0.5), review and revise response letters (1.0). |
| 03/23/10 | B. Shortt | 1.30 | P800 | A111 | Draft letter consenting to requested loan modifications (1.0); review loan documents regarding lender consent rights (0.2); conference with M. Williams regarding same (0.1). |
| 03/24/10 | M. Williams | 2.30 | P300 | A104 | Telephone conference with Mr. Lascher and Ms. Frey regarding contents and scope of consent letter (0.3), review loan documents to determine if the provisions for increased economics work automatically (2.0). |
| 03/24/10 | B. Shortt | 0.90 | P800 | A103 | Preparation of notice letters (0.8); conference with M. Williams regarding draft of consent letter (0.1). |
| 03/25/10 | B. Shortt | 0.60 | P800 | A103 | Revise notice letters (0.5); conference with M. Williams regarding same (0.1). |

HILTON MEZZ PARTICIPATION SALE

April 15, 2010

Matter: 21416248-0832
Invoice No.: 1206470

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|------------|-------|------|----------|-----------|
| 03/25/10 | M. Williams | 2.10 | P300 | A104 | Review CWT memo on restructuring and consolidating the notes for mezz G, H and I, review mezz H loan agreement, mezz H participation agreement (2.0), telephone conference with Mr. Lascher and Ms. Neuman of CWT regarding mechanics and need for a modification of the participation agreement (0.1). |
| 03/26/10 | M. Williams | 0.50 | P500 | A106 | Telephone conference with Mr. Lascher regarding revised consent letter (0.1), revise and distribute revised consent letters (0.4). |
| 03/26/10 | B. Shortt | 0.70 | P800 | A103 | Revise notice letters (0.6); conference with M. Williams regarding revisions (0.1). |
| 04/07/10 | B. Shortt | 1.20 | P800 | A103 | Revise letters (1.0); conference with M. Williams (0.2) |
| 04/07/10 | M. Williams | 8.60 | P600 | A111 | Review mezzanine document modifications, participation agreements, standstill agreement, mortgage modification agreement and amended and restated intercreditor (3.5), various telephone conferences with Ms. Gold regarding discrepancies between modification documents and term sheet (0.2), telephone conference with Messrs Davis and Bohl regarding issues with and discrepancies in the various modification agreements with the term sheet (0.3), revise consent letters, review and comment on multiple drafts of loan amendments and related documents in connection with restructuring (0.2). Various telephone conferences with Mr. Bohl, Ms. Frey, telephone conference with Ms. Frey, Ms. Lizarazu, Ms. Gold, Mr. Kapit regarding approval process, representation for the consent letters (0.4), revise authorization rep, distribute revised consent letters (1.0), negotiate revisions with borrower's counsel (1.5), finalize and distribute consent letters for execution, closing of modification (1.5). |

**Total Hours**          **20.70**

HILTON MEZZ PARTICIPATION SALE

April 15, 2010

Matter: 21416248-0832
Invoice No.: 1206470

**Fee Amount**                                                                                          **$14,828.50**

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams  (Partner) | $815.00 | 15.00 | $12,225.00 |
| B. Shortt   (Associate) | $505.00 | 4.70 | $2,373.50 |
| R. Barkachy  (Paralegal) | $230.00 | 1.00 | $230.00 |
| **Totals** | | **20.70** | **$14,828.50** |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|---|---|---|
| | Document reproduction | 4.50 |
| | *SUBTOTAL* | 4.50 |
| | **Total Disbursements** | **$4.50** |

|  |  |  |
|---|---|---|
| **Fee Total** | $ | 14,828.50 |
| **Disbursement Total** | $ | 4.50 |
| **Invoice Total** | $ | 14,833.00 |

4



# Sonnenschein
### SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                                April 21, 2010
1271 SIXTH AVENUE
38TH FLOOR                                                    **Invoice No. 1209006**
NEW YORK, NY 10020

Client/Matter: 09807760-0011

RITZ KAPALUA                                               Payment Due Upon Receipt
Lehman Business Contact:  Michael Lascher

---

**Total This Invoice**                          $        6,811.50

---

### Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix
San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

April 21, 2010

Invoice No. 1209006

Client/Matter:  09807760-0011

RITZ KAPALUA

**For Professional Services Rendered through March 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 03/01/10 | L. White | 2.00 | P300 | Correspondence with local counsel regarding foreclosure and land use issues (1.5); correspondence with Lehman and TriMont regarding same (.5). |
| 03/03/10 | L. White | 1.00 | P300 | Review draft foreclosure complaint prepared by local counsel (.8); correspondence with Darren Conley (local counsel) regarding same (.2). |
| 03/10/10 | L. White | 1.00 | P300 | Telephone conference with Michael Lascher regarding Lehman RE (mezz lender), foreclosure complaint and Ritz issues (1.0). |
| 03/11/10 | L. White | 1.00 | P300 | Review and revise foreclosure complaint (.3); telephone conference with Michael Lascher regarding open issues for foreclosure (.3); email Joelle Halperin regarding SASCO issues (.4). |
| 03/12/10 | L. White | 0.50 | P300 | Email comments regarding foreclosure complaint to local counsel (.5). |
| 03/15/10 | R. Ittner | 3.50 | P300 | Meeting with L. White regarding survey (1.0); proofread legal description from title commitment against existing mortgage (.5); trace entire boundary of fee and easement property (2.0). |
| 03/15/10 | L. White | 1.00 | P300 | Telephone conference with Michael Lascher regarding foreclosure issues and survey issues (.3); conference with Rachel Ittner regarding same (.3); review outline of property and easements to determine what is included in the site (.2); telephone conference with Hawaii counsel regarding naming SASCO in foreclosure (.2). |
| 03/16/10 | L. White | 0.30 | P300 | Telephone conference with Michael Lascher regarding SASCO issues (.3). |

2

RITZ KAPALUA

April 21, 2010

Matter: 09807760-0011
Invoice No.: 1209006

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 03/16/10 | R. Ittner | 0.50 | P300 | Additional tracing of Survey (.5). |
| 03/22/10 | L. White | 0.80 | P300 | E-mail correspondence with Michael Lascher regarding zoning and SASCO issues (.3); telephone conference with Joelle Halperin regarding same (.5). |
| 03/23/10 | L. White | 0.30 | P300 | Telephone conference with Nancy Wilson regarding Blythe Edward's (Gencom/Borrower) inquiry regarding foreclosure (.3). |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | 11.90 | | |
| **Fee Amount** | | | | **$6,811.50** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| L. White (Partner) | $685.00 | 7.90 | $5,411.50 |
| R. Ittner (Associate) | $350.00 | 4.00 | $1,400.00 |
| **Totals** | | 11.90 | $6,811.50 |

|   |   |   |
|---|---|---|
| Fee Total | $ | 6,811.50 |
| Invoice Total | $ | 6,811.50 |



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                              April 21, 2010
1271 SIXTH AVENUE
38TH FLOOR                                          **Invoice No. 1209007**
NEW YORK, NY 10020

Client/Matter: 09807760-0012

RANCHO COVE                                          Payment Due Upon Receipt
Lehman Business Contact:  Michael Lascher

**Total This Invoice**                          $        8,481.50

### Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix
San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN                                                                            April 21, 2010
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE                                                             Invoice No. 1209007
38TH FLOOR
NEW YORK, NY 10020


Client/Matter:  09807760-0012

RANCHO COVE

**For Professional Services Rendered through March 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 02/08/10 | R. Goetz | 0.70 | P300 | E-mails with K. Frierson re: deed-in-lieu requests and title update (.7). |
| 02/10/10 | R. Goetz | 1.20 | P300 | Conference with L. White re: conveyance documents (.2); follow-up with K. Frierson re: title update (.3); revisions to new Lehman entity documents for Lehman entity taking title to property (.7). |
| 02/11/10 | R. Goetz | 0.90 | P300 | Prepare revisions to exhibits and new entity documents (.7); follow-up with L. Frierson re: title update (.2). |
| 02/12/10 | R. Goetz | 1.30 | P300 | Prepare exhibit revisions to transfer documents (.6); teleconference to K. Frierson re: title (.7). |
| 02/17/10 | R. Goetz | 0.70 | P300 | Teleconferences with D. Wilcomes at title company regarding title issues (.4); conference with L. White regarding same (.3). |
| 02/19/10 | R. Goetz | 0.50 | P300 | E-mail correspondence and teleconference with D. Wilcomes at title company re: lien search issues (.5). |
| 02/22/10 | R. Goetz | 0.40 | P300 | E-mail correspondence with S. Stigliano regarding formation of new entity (.3); follow-up on title work (.1). |
| 02/23/10 | R. Goetz | 1.90 | P300 | E-mails and telephone conferences  with A. Fischtal re: qualification and execution of operating agreement for entity taking title to property (.6); Follow-up with D. Wilcomes at title company on updated title work/mechanics liens issues and review revised title work (.9); e-mail correspondence with C. Nelson (Borrower's counsel) regarding title work (.2); conference with L. White re: lien issues (.2). |

2

RANCHO COVE

April 21, 2010

Matter: 09807760-0012
Invoice No.: 1209007

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 02/24/10 | R. Goetz | 1.10 | P300 | Teleconferences and correspondence with D. Wilcomes regarding title issues (.4); review correspondence re: lien/title issues (.5); conference with L. White and e-mail correspondence to C. Nelson regarding same (.2). |
| 02/25/10 | R. Goetz | 0.30 | P300 | Teleconference with D. Wilcomes re: lien issues on title (.3). |
| 03/02/10 | R. Goetz | 0.60 | P300 | Teleconference with D. Wilcomes re: mechanic lien issues (.3); review revised title update (.3). |
| 03/03/10 | R. Goetz | 0.30 | P300 | Teleconference with D. Wilcomes re: liens/outstanding contracts (.3). |
| 03/05/10 | R. Goetz | 0.20 | P300 | Teleconference with D. Wilcomes re: lien clearance update (.2). |
| 03/09/10 | L. White | 0.30 | P300 | Correspondence with Rachel Goetz regarding mechanic lien releases (.3). |
| 03/09/10 | R. Goetz | 0.30 | P300 | Teleconference with D. Wilcomes re: revised title and mechanics liens (.3). |
| 03/10/10 | L. White | 1.00 | P300 | Review memo from Borrower regarding requested release of guarantor from continuing guaranty obligations (.5); draft e-mail analysis to Michael Lascher and Ed Dziadul (.5). |
| 03/11/10 | L. White | 0.50 | P300 | Telephone conference with Michael Lascher regarding Karim's covenant not to sue (.5). |
| 03/12/10 | R. Goetz | 0.10 | P300 | E-mail correspondence with D. Wilcomes re: deed form (.1). |
| 03/15/10 | L. White | 0.80 | P300 | Telephone conferences with Michael Lascher regarding release/covenant not to sue issues (.3); attention to issue under NY and CA law of using conditional release as opposed to covenant not to sue (.3); telephone conference with Cindy Nelson regarding covenant not to sue issues (.2). |
| 03/16/10 | L. White | 0.30 | P300 | Telephone conference with Michael Lascher regarding covenant not to sue (.2); telephone conference with Ed Dziadul regarding same (.1). |
| 03/18/10 | R. Goetz | 0.40 | P300 | Review revised title update and e-mail correspondence with D. Wilcome re: outstanding liens (.4). |

RANCHO COVE

April 21, 2010

Matter: 09807760-0012
Invoice No.: 1209007

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 03/19/10 | R. Goetz | 0.40 | P300 | Teleconference with D. Wilcomes regarding title policy (.3); e-mail correspondence with C. Nelson regarding same (.1). |
| 03/19/10 | L. White | 0.20 | P300 | Email correspondence with Michael Lascher / Ed Dziadul regarding remaining issues to close transfer of title (.2). |
| 03/22/10 | L. White | 0.30 | P300 | Telephone conference with Joelle Halperin regarding release of Karim for costs of defense in event of involuntary bankruptcy (.3). |
| 03/25/10 | R. Goetz | 0.20 | P300 | Teleconference with C. Nelson regarding closing (.1); e-mail correspondence with D. Wilcomes re: status of escrowed release (.1). |

| | | | |
|---|---|---|---|
| **Total Hours** | | **14.90** | |
| **Fee Amount** | | | **$8,481.50** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| L. White (Partner) | $685.00 | 3.40 | $2,329.00 |
| R. Goetz (Associate) | $535.00 | 11.50 | $6,152.50 |
| **Totals** | | **14.90** | **$8,481.50** |

| | | | |
|---|---|---|---|
| Fee Total | $ | 8,481.50 | |
| Invoice Total | $ | 8,481.50 | |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

April 21, 2010

**Invoice No. 1209010**

Client/Matter: 09807760-0016

THE POINT
Lehman Business Contact: Michael Lascher

Payment Due Upon Receipt

**Total This Invoice**                                    $         7,672.00

### Please return this page with your payment

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 39TH FLOOR
NEW YORK, NY 10020

April 21, 2010

**Invoice No. 1209010**

Client/Matter:   09807760-0016

THE POINT

**For Professional Services Rendered through April 19, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 03/02/10 | L. White | 2.50 | P300 | Telephone conference with Richard Siu regarding default under loan documents (.5); review loan documents regarding defaults (1.5); correspondence with Nancy Wilson at TriMont regarding defaults (.5). |
| 03/03/10 | L. White | 2.50 | P300 | Review loan documents (1.0); draft default notice (1.0); telephone conferences with Richard Siu regarding same (.5). |
| 03/05/10 | L. White | 2.80 | P300 | Correspondence with Richard Siu regarding monetary default and SASCO and special servicer issues (.8); draft default letter (2.0). |
| 03/08/10 | L. White | 0.80 | P300 | Review documents to draft and draft default letter (.8). |
| 03/11/10 | L. White | 1.00 | P300 | Telephone conference with Richard Siu and Nancy Wilson regarding default notice (.3); revise same (.3); review sub-servicing agreement (.4). |
| 03/12/10 | L. White | 0.50 | P300 | Telephone conference with Richard Siu regarding default notice (.2); review servicing agreement and administrative agency documents in anticipation of sending out default notice (.3). |
| 03/22/10 | L. White | 0.50 | P300 | Telephone conference with Richard Siu regarding impact of releasing Lifestyle under Lifestyle covenant not to sue on the Point (.5). |
| 03/23/10 | L. White | 0.30 | P300 | Telephone conference with Nancy Wilson regarding default notice and revenue defaults (failure to report/compensate for comped rooms) (.3). |

THE POINT

April 21, 2010

Matter: 09807760-0016
Invoice No.: 1209010

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 03/24/10 | L. White | 0.30 | P300 | Review direction notice to HSBC per Deposit Control Agreement and Lockbox Event (.3). |

| **Total Hours** | | **11.20** | | |
| **Fee Amount** | | | | **$7,672.00** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| L. White (Partner) | $685.00 | 11.20 | $7,672.00 |
| **Totals** | | **11.20** | **$7,672.00** |

| | | |
|---|---|---|
| **Fee Total** | $ | 7,672.00 |
| **Invoice Total** | $ | 7,672.00 |



# Sonnenschein
### SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                                    May 12, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                          **Invoice No. 1213142**

Client/Matter: 21416248-0795

CROW PORTFOLIO RESTRUCTURING (LBHI)                    Payment Due Upon Receipt

Lehman Contact: Susanne Frey

**Total This Invoice**                                    $        5,167.46

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels  Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*St. Louis San Francisco   Silicon Valley   Short Hills, N.J.  Washington, D.C.  Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                    May 12, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR                  **Invoice No. 1213142**
NEW YORK, NY 10020

Client/Matter:  21416248-0795

CROW PORTFOLIO RESTRUCTURING (LBHI)

**For Professional Services Rendered through April 30, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 04/08/10 | M. Williams | 1.50 | P300 | Telephone conference with Ms. Frey regarding default interest (0.3), review and summarize in email the default provisions and late charges, default interest etc. (1.0), review TriMont summary of draft mortgage loan (0.2). |
| 04/09/10 | B. Shortt | 1.20 | P800 | Initial draft of default letter (1.1); conference with M. Williams regarding same (0.1). |
| 04/09/10 | M. Williams | 1.80 | P400 | Revise default letter (0.2), telephone conference with Ms. Frey regarding same (0.3), revise final default letter (1.3). |
| 04/13/10 | B. Shortt | 0.40 | P800 | Conference with M. Williams regarding review of e-mail correspondence regarding default interest (0.4). |
| 04/13/10 | M. Williams | 0.80 | P400 | Revise default letter to incorporate defaulted amounts, distribute to Ms. Frey (0.8) |
| 04/14/10 | M. Williams | 0.30 | P500 | Revise default notice (0.3). |
| 04/26/10 | M. Williams | 0.30 | P300 | Telephone conference with Ms. Frey regarding various issues on PNA agreements (0.3). |
| 04/30/10 | M. Williams | 0.40 | P300 | Telephone conference wit Mr. Lascher , Mr. Pons regarding results of meetings with Borrower, PPM (0.4). |

**Total Hours**                    **6.70**

**Fee Amount**                                                        **$4,964.50**

CROW PORTFOLIO RESTRUCTURING (LBHI)

May 12, 2010

Matter: 21416248-0795
Invoice No.: 1213142

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| M. Williams (Partner) | $815.00 | 5.10 | $4,156.50 |
| B. Shortt (Associate) | $505.00 | 1.60 | $808.00 |
| **Totals** | | **6.70** | **$4,964.50** |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| 3/2/2010 | Delivery LATHAM & WATKINS 885 3RD AVE NY INV. 351257 | 18.00 |
| 3/16/2010 | Delivery WILLKIE FARR & GALLAGHER LLP 787 7TH AVE NY INV.351885 | 18.00 |
| 3/9/2010 | Delivery SONNENSCHEIN - DOWNTOWN 2 WORLD FINANCIAL CEN NY INV.351885 | 8.00 |
| 3/24/2010 | Delivery FedEx Airbill #792822949881 03/24/10 Delivery to 1700 Pacific Ave Ste 4100, DALLAS, TX per M LIOWOOD | 10.37 |
| 3/24/2010 | Delivery FedEx Airbill #791523797228 03/24/10 Delivery to 60 E 42nd St Ste 1901, NEW YORK, NY per B LEES | 6.94 |
| 3/24/2010 | Delivery FedEx Airbill #791523797375 03/24/10 Delivery to 60 E 42nd St Ste 1901, NEW YORK, NY per B LEES | 6.94 |
| 3/24/2010 | Delivery FedEx Airbill #791523798327 03/24/10 Delivery to 300 Park Ave Fl 25, NEW YORK CITY, NY per E WHALEN | 6.94 |
| 3/24/2010 | Delivery FedEx Airbill #792179281646 03/24/10 Delivery to 135 S La Salle St Ste 1640 CHICAGO, IL per J SCOTT | 10.09 |
| 3/24/2010 | Delivery FedEx Airbill #791260734149 03/24/10 Delivery to 60 E 42nd St Ste 1901, NEW YORK, NY per B LEES | 6.94 |
| 3/24/2010 | Delivery FedEx Airbill #790699760758 03/24/10 Delivery to 60 E 42nd St Ste 1901, NEW YORK, NY per B LEES | 6.94 |
| 3/24/2010 | Delivery FedEx Airbill #790699762235 03/24/10 Delivery to 9336 Civic Center Dr, BEVERLY HILLS, CA per H ARDILA | 11.53 |
| 3/25/2010 | Delivery FedEx Airbill #799446720616 03/25/10 Delivery to 2571 Busse Rd, ELK GROVE VILLAGE, IL per B FARBER | 10.09 |
| 3/24/2010 | Delivery FedEx Airbill #799514360340 03/24/10 Delivery to 300 Park Ave Fl 25, NEW YORK CITY, NY per E WHALEN | 6.94 |

CROW PORTFOLIO RESTRUCTURING (LBHI)

May 12, 2010

Matter: 21416248-0795
Invoice No.: 1213142

| Date | Description | Amount |
|------|-------------|--------|
| 3/24/2010 | Delivery FedEx Airbill #799514370775 03/24/10 Delivery to 60 E 42nd St Ste 1901, NEW YORK, NY per B LEES | 6.94 |
| 3/24/2010 | Delivery FedEx Airbill #799514371874 03/24/10 Delivery to 5112 Briargrove Ln, DALLAS, TX per SIGNATURE NOT SUPPLIED | 13.06 |
| 3/24/2010 | Delivery FedEx Airbill #799514372116 03/24/10 Delivery to 4100 Midway Rd Ste 2115, CARROLLTON, TX per M HUDSON | 10.37 |
| 3/24/2010 | Delivery FedEx Airbill #799446625475 03/24/10 Delivery to 300 Park Ave Fl 25, NEW YORK CITY, NY per E WHALEN | 6.94 |
| 3/24/2010 | Delivery FedEx Airbill #799446631231 03/24/10 Delivery to 60 E 42nd St Ste 1901, NEW YORK, NY per B LEES | 6.94 |
| 3/24/2010 | Delivery FedEx Airbill #799446632010 03/24/10 Delivery to 300 Park Ave Fl 25, NEW YORK CITY, NY per E WHALEN | 6.94 |
| 3/24/2010 | Delivery FedEx Airbill #799446632396 03/24/10 Delivery to 225 W Wacker Dr Ste 1200, CHICAGO, IL per A SUSAKA | 10.09 |
| 3/24/2010 | Delivery FedEx Airbill #799446632639 03/24/10 Delivery to 3107 Saint Johns Dr, DALLAS, TX per SIGNATURE NOT SUPPLIED | 13.06 |
| | *SUBTOTAL* | 202.06 |
| | Document reproduction | 0.90 |
| | *SUBTOTAL* | 0.90 |

**Total Disbursements**                                                        **$202.96**

| **Fee Total** | $ | 4,964.50 |
|---------------|---|----------|
| **Disbursement Total** | $ | 202.96 |
| **Invoice Total** | $ | 5,167.46 |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                            May 12, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                      **Invoice No. 1213137**

Client/Matter: 21416248-0616

LINCOLN POINTE (LBHI)                                   Payment Due Upon Receipt

Lehman Contact: John Nastasi

**Total This Invoice**                          $          **592.60**

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

May 12, 2010

**Invoice No. 1213137**

Client/Matter: 21416248-0616

STATLER ARMS

**For Professional Services Rendered through April 30, 2010:**

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 04/07/10 | M. Demetriou | 0.50 | B110 | A103 | Revise Lincoln Pointe property management agreement and prepare execution version. (0.3) Teleconference with D. Rodriquez regarding same. (0.2) |
| 04/08/10 | M. Demetriou | 0.50 | B110 | A103 | Review and revise draft of Lincoln Pointe property management agreement. (0.2) Conference with B. Nekritz regarding same. (0.3) |
| 04/28/10 | M. Demetriou | 0.50 | B110 | A104 | Continue review and revision of draft of Lincoln Pointe property management agreement. (0.3) Conference with B. Nekritz regarding same. (0.2) |

| | | | | | |
|---|---|---|---|---|---|
| **Total Hours** | | **1.50** | | | |
| **Fee Amount** | | | | | **$592.50** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Demetriou (Associate) | $395.00 | 1.50 | $592.50 |
| **Totals** | | **1.50** | **$592.50** |

STATLER ARMS

May 12, 2010

Matter: 21416248-0616
Invoice No.: 1213137

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction | | 0.10 |
| | | *SUBTOTAL* | 0.10 |
| | **Total Disbursements** | | **$0.10** |

| | | | |
|---|---|---|---|
| **Fee Total** | $ | 592.50 | |
| **Disbursement Total** | $ | 0.10 | |
| **Invoice Total** | $ | 592.60 | |

3



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                                     May 12, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                          **Invoice No. 1237879**

Client/Matter: 21416248-0616

STATLER ARMS                                          Payment Due Upon Receipt
────────────────────────────────────────────────────────────────────────────

Lehman Contact:  John Nastasi

**Total This Invoice**                              $        3,238.00

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                    May 12, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                     **Invoice No. 1237879**

Client/Matter:  21416248-0616

STATLER ARMS

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 04/15/10 | M. Demetriou | 0.80 | B110 | A106 | Teleconference with D. Cullen regarding property management agreement for Statler Arms. (0.6) Conference with B. Nekritz regarding same. (0.2) |
| 04/19/10 | M. Demetriou | 3.80 | B110 | A104 | Draft Statler property management agreement. (3.0) Review and respond to emails regarding same. (0.4) Review parking License Agreement and Settlement Agreement. (0.4) |
| 04/19/10 | B. Nekritz | 1.00 | P240 | A105 | Conference with M. Demetriou regarding Statler Arms; (0.3) review amendment to license agreement. (0.7) |
| 04/20/10 | M. Demetriou | 1.80 | B110 | A103 | Review and revise draft of Statler property management agreement. (1.8) |

**Total Hours**                       **7.40**

**Fee Amount**                                                    **$3,238.00**



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

## For Your Information – Open Invoices

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                         May 12, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                            Client/Matter #: 21416248-0616

STATLER ARMS

---

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| B. Nekritz (Partner) | $710.00 | 1.00 | $710.00 |
| M. Demetriou (Associate) | $395.00 | 6.40 | $2,528.00 |
| **Totals** | | 7.40 | $3,238.00 |

| | | |
|---|---|---|
| **Fee Total** | $ | **3,238.00** |
| **Invoice Total** | $ | **3,238.00** |

Questions should be directed to M. Williams at (212) 768-6700

*Federal Tax I.D. Number 36-1796730*

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C. Zurich*



# Sonnenschein
### SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                    May 18, 2010
1271 SIXTH AVENUE
38TH FLOOR                                    **Invoice No. 1216127**
NEW YORK, NY 10020

Client/Matter: 09807760-0011

RITZ KAPALUA                                  Payment Due Upon Receipt
Lehman Business Contact: Michael Lascher

**Total This Invoice**                    $        **4,442.14**

### Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN                                                    May 18, 2010
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE                                         Invoice No. 1216127
38TH FLOOR
NEW YORK, NY 10020

Client/Matter:  09807760-0011

RITZ KAPALUA

**For Professional Services Rendered through April 30, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 04/14/10 | L. White | 0.50 | P300 | Telephone conference with Michael Lascher regarding foreclosure, options on adjacent property, SASCO and Lehman RE (.5). |
| 04/15/10 | L. White | 0.50 | P300 | Conference with Rachel Ittner regarding adjacent option areas and review documents relating to Honolua Village Tract issues (.5). |
| 04/16/10 | L. White | 0.50 | P300 | Conference with Rachel Ittner regarding Tennis Site Option Tract, Eucalyptus Grove and Honolua Village Tract and relationship to project (.5). |
| 04/16/10 | R. Ittner | 1.30 | P300 | Meeting with L. White regarding option parcels on Ritz tract and locate same (.5); prepare outlined survey to send to client depicting option parcels (.8). |
| 04/19/10 | L. White | 1.30 | P300 | Telephone conference with Michael Lascher regarding option parcels and regarding Lehman RE and SASCO (.6); review Lehman RE settlement agreement (.7). |
| 04/20/10 | L. White | 2.50 | P300 | Review Lehman RE agreement in light of Mezz loan to determine Lehman RE's rights (1.0); prepare for foreclosure - review foreclosure complaint, memo, letter to Lehman RE and acceleration notice (1.3); correspondence to Michael Lascher regarding same (.2). |
| 04/27/10 | L. White | 0.50 | P300 | Telephone conference with Jon Kapit regarding foreclosure (.5). |

**Total Hours**                          7.10

**Fee Amount**                                                    $4,428.00

RITZ KAPALUA

May 18, 2010

Matter: 09807760-0011
Invoice No.: 1216127

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White (Partner) | $685.00 | 5.80 | $3,973.00 |
| R. Ittner (Associate) | $350.00 | 1.30 | $455.00 |
| **Totals** | | 7.10 | $4,428.00 |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|---|---|---|
| 3/16/2010 | Delivery FedEx Airbill #792178485824 03/16/10 Delivery to 1271 Avenue Of The America NEW YORK CITY, NY per M BARRETT  LEHMAN | 14.14 |
| | *SUBTOTAL* | 14.14 |
| **Total Disbursements** | | **$14.14** |

| | | |
|---|---|---|
| **Fee Total** | $ | 4,428.00 |
| **Disbursement Total** | $ | 14.14 |
| **Invoice Total** | $ | 4,442.14 |



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                    May 18, 2010
1271 SIXTH AVENUE
38TH FLOOR                                        **Invoice No. 1216129**
NEW YORK, NY 10020

Client/Matter: 09807760-0012

RANCHO COVE                                       Payment Due Upon Receipt
Lehman Business Contact:  Michael Lascher

**Total This Invoice**                    $        **2,515.00**

### Please return this page with your payment

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

May 18, 2010

Invoice No. 1216129

Client/Matter:  09807760-0012

RANCHO COVE

**For Professional Services Rendered through April 30, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 04/05/10 | R. Goetz | 0.30 | P300 | Prepare for closing - Teleconference with C. Nelson (Borrower's counsel) regarding closing (.1); review correspondence and closing documents from C. Nelson (.1); conference with L. White (.1). |
| 04/08/10 | R. Goetz | 0.20 | P300 | Teleconference with C. Nelson regarding closing (.2). |
| 04/12/10 | L. White | 2.00 | P300 | Attention to title issues and email correspondence to Michael Lascher and Ed Dziadul regarding same (.5); revise settlement agreement for closing (1.5). |
| 04/13/10 | L. White | 0.20 | P300 | Correspondence with Michael Lascher, Ed Dziadul regarding settlement agreement issues (.2). |
| 04/13/10 | R. Goetz | 0.20 | P300 | Follow-up with D. Wilcomes re: Cove open title items (.2). |
| 04/14/10 | R. Goetz | 0.50 | P300 | Teleconference with D. Wilcomes at title company re: open title issues (.5). |
| 04/14/10 | L. White | 0.30 | P300 | Telephone conference with Michael Lascher regarding issue on covenant not to sue and title issue (.3). |
| 04/23/10 | R. Goetz | 0.30 | P300 | Review revised title proforma (.3). |

| **Total Hours** | | **4.00** | | |
| **Fee Amount** | | | | **$2,515.00** |

2

RANCHO COVE

May 18, 2010

Matter: 09807760-0012
Invoice No.: 1216129

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White (Partner) | $685.00 | 2.50 | $1,712.50 |
| R. Goetz (Associate) | $535.00 | 1.50 | $802.50 |
| **Totals** | | **4.00** | **$2,515.00** |

|  |  |  |
|---|---|---|
| Fee Total | $ | 2,515.00 |
| Invoice Total | $ | 2,515.00 |

3



SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                    May 21, 2010
1271 SIXTH AVENUE
38TH FLOOR                                        **Invoice No. 1217485**
NEW YORK, NY 10020

Client/Matter: 09807760-0022

LONE MOUNTAIN RANCH, BIG SKY, MT                  Payment Due Upon Receipt
Lehman Business Contact:  Ed Dziadul

---

**Total This Invoice**                          $        6,047.00

---

### Please return this page with your payment

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

May 21, 2010

Invoice No. 1217485

Client/Matter:  09807760-0022

LONE MOUNTAIN RANCH, BIG SKY, MT

**For Professional Services Rendered through February 28, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 04/06/10 | R. Ittner | 0.50 | P300 | Review Lone Mountain title with regard to ground lease and management agreement (.4) and email to R. Fernandez regarding same (.1). |
| 04/08/10 | R. Fernandez | 1.10 | P300 | Review Hotel management RFP and provide comments to same (1.1). |
| 04/09/10 | M. Cocci | 0.10 | P300 | Review and respond to e-mail from N. Wilson regarding delivery of draft management agreements (.1). |
| 04/13/10 | R. Fernandez | 0.30 | P300 | Multiple conversations with local counsel re: Catering option for liquor provider (.3). |
| 04/23/10 | R. Fernandez | 4.30 | P300 | Review and organize Closing Documents and various applications necessary to transfer title to personalty (4.3). |
| 04/27/10 | R. Fernandez | 2.00 | P300 | Update Closing checklist (.3); conference call with E. Dziadul, L. Martins and C. Click re: checklist and outstanding issues (1.0); multiple conversations with MT counsel re: Montana foreclosure and receiver procedures (.7). |
| 04/28/10 | R. Fernandez | 1.50 | P300 | Conversations with MT counsel to confirm foreclosure processes (.5); prepare memo summarizing same for E. Dziadul, L. Martins and C. Click (1.0). |
| 04/28/10 | L. White | 0.30 | P300 | Conference with Bob Fernandez regarding strategy to foreclosure or enter into settlement agreement (.3). |
| 04/29/10 | R. Fernandez | 0.80 | P300 | Telephone conversation with MT counsel re: license and permit applications (.8). |

**Total Hours**          10.90

**Fee Amount**                                        $6,047.00

LONE MOUNTAIN RANCH, BIG SKY, MT

May 21, 2010

Matter: 09807760-0022
Invoice No.: 1217485

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White (Partner) | $685.00 | 0.30 | $205.50 |
| M. Cocci (Partner) | $665.00 | 0.10 | $66.50 |
| R. Fernandez (Partner) | $560.00 | 10.00 | $5,600.00 |
| R. Ittner (Associate) | $350.00 | 0.50 | $175.00 |
| **Totals** | | **10.90** | **$6,047.00** |

|  |  |  |
|---|---|---|
| **Fee Total** | $ | 6,047.00 |
| **Invoice Total** | $ | 6,047.00 |



Sonnenschein

SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                    May 21, 2010
1271 SIXTH AVENUE
38TH FLOOR                                        **Invoice No. 1217493**
NEW YORK, NY 10020

Client/Matter: 09807760-0023

BRISTOL BAY LODGE, DILLINGHAM, AK                 Payment Due Upon Receipt
Lehman Business Contact:  Ed Dziadul

---

**Total This Invoice**                    $       **6,350.96**

---

### Please return this page with your payment

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
| --- | --- | --- |
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

May 21, 2010

Invoice No. 1217493

Client/Matter:  09807760-0023

BRISTOL BAY LODGE, DILLINGHAM, AK

**For Professional Services Rendered through April 30, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 04/01/10 | R. Fernandez | 1.50 | P300 | Prepare License application forms (1.5). |
| 04/05/10 | M. Cocci | 0.20 | P300 | E-mails to E. Dziadul regarding revisions to Merlin agreement (.2). |
| 04/05/10 | C. Lee | 0.90 | P300 | Review, analyze and revise Management Agreements to incorporate E. Dziadul's comments regarding reduced management fee during closure and other comments and revisions (.9). |
| 04/09/10 | R. Fernandez | 1.20 | P300 | Review Hotel Management RFP (.5); prepare license applications (.5); telephone conversation with Alaska counsel re: liquor license issues (.2). |
| 04/12/10 | R. Fernandez | 0.50 | P300 | Emails with E. Dziadul re: Liquor License and Catering questions (.3); emails with local counsels re: same (.2). |
| 04/14/10 | R. Fernandez | 0.50 | P300 | Conference with M. Cocci re: LMR and BBL Management Agreement and Dry Lease for Aircraft (.2); review same (.3). |
| 04/14/10 | C. Lee | 0.70 | P300 | Telephone call with R. Fernandez regarding liquor license issues and other project updates and issues (.5); review and revise Assignment and Amendment of Lease to incorporate comments from B. Fernandez (.1); draft e-mail correspondence to B. Kraft regarding Assignment and Amendment of Lease (.1). |
| 04/14/10 | M. Cocci | 0.70 | P300 | Telephone conference with R. Fernandez regarding; status of project and revisions to Bristol Bay documents to reflect liquor license and aircraft lease matters (.5); telephone conference with C. Lee regarding revisions to Assignment and Assumption Agreement (.2). |

2

BRISTOL BAY LODGE, DILLINGHAM, AK

May 21, 2010

Matter: 09807760-0023
Invoice No.: 1217493

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 04/16/10 | R. Fernandez | 0.50 | P300 | Emails with D. Gorge and J. Hutton re: Aircraft Releases (.3); emails and telephone conversations with AK local counsel re: same and re: catering abilities for liquor services at Bristol Bay (.2). |
| 04/20/10 | R. Fernandez | 0.50 | P300 | Telephone conversation with AK local counsel re: ABC Board's comments to Lease Amendment (.5). |
| 04/27/10 | R. Fernandez | 2.00 | P300 | Conversation with AK re: AK foreclosure procedures and receiver process (2.0). |
| 04/28/10 | R. Fernandez | 1.60 | P300 | Conversations with AK counsel to confirm foreclosure processes (.5); prepare memo summarizing same for E. Dziadul, L. Martins and C. Click (1.1). |
| 04/29/10 | R. Fernandez | 1.00 | P300 | Prepared memo and emails to E. Dziadul re: Alaska Service Contracts (1.0). |

**Total Hours**          **11.80**

**Fee Amount**                                        **$6,326.50**

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Cocci (Partner) | $665.00 | 0.90 | $598.50 |
| R. Fernandez (Partner) | $560.00 | 9.30 | $5,208.00 |
| C. Lee (Associate) | $325.00 | 1.60 | $520.00 |
| **Totals** | | **11.80** | **$6,326.50** |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 2/8/2010 | Miscellaneous Hard - - CONFERENCE CALL | AMERICAN TELECONFERENCING SERVICES | 24.46 |
| | | *SUBTOTAL* | 24.46 |
| | **Total Disbursements** | | **$24.46** |

3

BRISTOL BAY LODGE, DILLINGHAM, AK

May 21, 2010

Matter: 09807760-0023
Invoice No.: 1217493

| | | |
|---|---|---|
| **Fee Total** | $ | 6,326.50 |
| **Disbursement Total** | $ | 24.46 |
| **Invoice Total** | $ | 6,350.96 |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                    May 21, 2010
1271 SIXTH AVENUE
38TH FLOOR                                        **Invoice No. 1217496**
NEW YORK, NY 10020

Client/Matter: 09807760-0024

INN AT BLUEBERRY HILL, MARTHA'S VINEYARD, MA         Payment Due Upon Receipt
Lehman Business Contact:  Ed Dziadul

---

**Total This Invoice**                              $        952.00

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

May 21, 2010

Invoice No. 1217496

Client/Matter:  09807760-0024

INN AT BLUEBERRY HILL, MARTHA'S VINEYARD, MA

For Professional Services Rendered through April 30, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 04/27/10 | R. Fernandez | 0.50 | P300 | Conservation with MA counsel re: MA foreclosure procedures and receiver process (.5). |
| 04/28/10 | R. Fernandez | 1.20 | P300 | Conversations with MA counsel to confirm foreclosure process (.3); prepare memo summarizing same for E. Dziadul, L. Martins and C. Click (.9). |

| | | | |
|---|---|---|---|
| **Total Hours** | 1.70 | | |
| **Fee Amount** | | | $952.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Fernandez (Partner) | $560.00 | 1.70 | $952.00 |
| Totals | | 1.70 | $952.00 |

| | | |
|---|---|---|
| Fee Total | $ | 952.00 |
| Invoice Total | $ | 952.00 |



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS                    May 24, 2010
NEW YORK, NEW YORK, NY 10020

**Invoice No. 1218003**

Client/Matter: 21416248-0851

301 HOWARD (MEZZANINE LOAN) (LCPI)              Payment Due Upon Receipt

Lehman Contact: Thomas Buffa

**Total This Invoice**                        $        163.00

---

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                    May 24, 2010
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020                          **Invoice No. 1218003**

Client/Matter:  21416248-0851

301 HOWARD (MEZZANINE LOAN) (LCPI)

**For Professional Services Rendered through April 30, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 04/19/10 | M. Williams | 0.20 | P300 | Telephone conference with Mr. Buffa regarding borrower failure to make margin call (0.2). |

| **Total Hours** | | **0.20** | | |
| **Fee Amount** | | | | $163.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Williams (Partner) | $815.00 | 0.20 | $163.00 |
| **Totals** | | **0.20** | **$163.00** |

| | | |
|---|---|---|
| **Fee Total** | $ | 163.00 |
| **Invoice Total** | $ | **163.00** |


**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS                                    May 24, 2010
NEW YORK, NEW YORK, NY 10020
                                                         **Invoice No. 1217977**

Client/Matter: 21416248-0851

301 HOWARD (TEN UCP) (LCPI)                          Payment Due Upon Receipt

Lehman Contact:  Thomas Buffa

**Total This Invoice**                              $        1,222.50

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                        May 24, 2010
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020                           **Invoice No. 1217977**

Client/Matter:  21416248-0851

301 HOWARD (TEN UCP)

**For Professional Services Rendered through April 30, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 04/21/10 | M. Williams | 1.50 | P300 | Initial review of Ten UCP repo documents, identity of guarantors (1.4); telephone conference with Mr. Buffa regarding same (0.1). |

**Total Hours**                          **1.50**

**Fee Amount**                                                            $1,222.50

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| M. Williams (Partner) | $815.00 | 1.50 | $1,222.50 |
| **Totals** | | **1.50** | **$1,222.50** |

| | | |
|---|---|---|
| Fee Total | $ | 1,222.50 |
| Invoice Total | $ | 1,222.50 |


## Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS                                    May 24, 2010
NEW YORK, NEW YORK, NY 10020

                                                         **Invoice No. 1218002**

Client/Matter: 21416248-0851

301 HOWARD (RAKES) (LCPI)                          Payment Due Upon Receipt

Lehman Contact: Thomas Buffa

**Total This Invoice**                              $        **19,733.00**

### Please return this page with your payment

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                                    May 24, 2010
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020                                        **Invoice No. 1218002**

Client/Matter:  21416248-0851

301 HOWARD (RAKES) (LCPI)

**For Professional Services Rendered through April 30, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 04/06/10 | E. Klingenberg | 1.00 | B101 | Call with client and M. Williams regarding rake bonds (0.6); conference with M. Cunningham regarding the same (0.4). |
| 04/06/10 | S. Cerniglia | 1.50 | P300 | Call with Mr. Buffa regarding Rakes transaction (0.6); send Mr. Buffa open items memo and loan documents (0.9). |
| 04/06/10 | M. Cunningham | 5.60 | P100 | Review Pooling and Servicing Agreement and Offering Circular in connection with preparation of memo regarding controlling rights of Rake Bond holders (2.5); draft memorandum regarding control rights (3.1). |
| 04/06/10 | M. Williams | 1.50 | P300 | Telephone conference with Messrs. Gupta, Siddons, Buffa, E. Klingenberg, S. Cerniglia regarding structure of rake bonds (0.6), review PPM for transaction regarding control provisions for rake bonds (0.9). |
| 04/09/10 | M. Williams | 0.80 | P300 | Review existing loan documents, review open issues at closing that have not been resolved (0.7), telephone conference with Ms. Mishkin (0.1). |
| 04/09/10 | S. Cerniglia | 1.00 | P300 | Exchange email correspondence with Mr. Buffa regarding rakes (1.0). |
| 04/12/10 | M. Williams | 2.00 | P300 | Telephone conference with Messrs. Siddons, Buffa, Ms. Mishkin regarding open issues on the rakes loan agreement (1.5), review prepayment provisions of underlying securities (0.5). |
| 04/12/10 | S. Cerniglia | 0.50 | P500 | Review documentation regarding Rakes (0.3); call with Mr. Buffa regarding same (0.2). |
| 04/13/10 | M. Williams | 0.50 | P300 | Review interest shortfall, prepayment provisions in underlying Rakes (0.5). |
| 04/13/10 | R. Barkachy | 2.80 | B101 | Research files for S. Cerniglia via TPW legacy site and records (2.7);conference with S. Cerniglia re: same (0.1). |

301 HOWARD (RAKES) (LCPI)

May 24, 2010

Matter: 21416248-0851
Invoice No.: 1218002

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 04/14/10 | R. Barkachy | 0.60 | B101 | Research additional L. Cortez working files as per S. Cerniglia; assemble additional files found for S. Cerniglia review (0.5); contact Steve re: same (0.1). |
| 04/20/10 | M. Cunningham | 0.80 | P100 | Review Pooling and Servicing Agreement and Offering Circular in connection with determining in what form Rake Bonds were held (0.8). |
| 04/20/10 | M. Williams | 1.00 | P300 | Telephone conference with Mr. Buffa regarding negotiations with CW Capital, status of perfection in Rakes (0.8), office conference with E. Klingenberg regarding same (0.2). |
| 04/20/10 | E. Klingenberg | 1.70 | B101 | Conference with M. Williams regarding rakes (0.2); conference with M. Cunningham regarding same; review PPM (1.0); emails (0.5). |
| 04/21/10 | E. Klingenberg | 0.50 | B110 | Email correspondence regarding rake security interests (0.5). |
| 04/21/10 | L. Bechutsky | 0.50 | C100 | Search for bankruptcy status of non-debtor affiliate of LBHI (0.5). |
| 04/21/10 | M. Williams | 0.50 | P300 | Review security documents for Rakes (0.4), office conference with E. Klingenberg regarding perfection issues (0.1). |
| 04/21/10 | S. Cerniglia | 1.00 | P500 | Review correspondence and documentation on Rakes (1.0). |
| 04/28/10 | M. Williams | 1.00 | P300 | Office conference with E. Klingenberg regarding perfection issues in dtc under article 9 and 8 of UCC (1.0) |
| 04/29/10 | M. Williams | 0.50 | P300 | Telephone conference with Messrs. Buffa, Siddons, Ng regarding "global" settlement with CW Capital (0.5). |
| 04/29/10 | S. Cerniglia | 1.00 | P500 | Call with M. Williams and Mr. Buffa regarding loan documentation for Rakes (1.0). |
| 04/29/10 | H. McDonald | 0.50 | B101 | Telephone call with M. Williams and S. Cerniglia regarding lien and bankruptcy issue (.3); telephone call with M. Diament regarding research (.2). |
| 04/30/10 | M. Diament | 7.90 | C200 | Legal research re: security interest in an uncertificated security under New York law and bankruptcy law; Analyze client's security interest in light of a debtor's possible bankruptcy filing; Analyze relevant statutory provisions (7.9). |
| 04/30/10 | H. McDonald | 1.20 | B101 | Telephone calls with M. Diament regarding research issues (.8); review email memo regarding same (.4). |

301 HOWARD (RAKES) (LCPI)

May 24, 2010

Matter: 21416248-0851
Invoice No.: 1218002

**Total Hours**                                      35.90

**Fee Amount**                                                                        $19,733.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| E. Klingenberg (Partner) | $900.00 | 3.20 | $2,880.00 |
| M. Williams (Partner) | $815.00 | 7.80 | $6,357.00 |
| H. McDonald (Partner) | $805.00 | 1.70 | $1,368.50 |
| S. Cerniglia (Partner) | $645.00 | 5.00 | $3,225.00 |
| L. Bechutsky (Associate) | $400.00 | 0.50 | $200.00 |
| M. Cunningham (Associate) | $380.00 | 6.40 | $2,432.00 |
| M. Diament (Associate) | $315.00 | 7.90 | $2,488.50 |
| R. Barkachy (Paralegal) | $230.00 | 3.40 | $782.00 |
| **Totals** | | **35.90** | **$19,733.00** |

Fee Total                          $      19,733.00

Invoice Total                   $      19,733.00



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS                          June 11, 2010
NEW YORK, NEW YORK, NY 10020

**Invoice No. 1221514**

Client/Matter: 21416248-0851

TEN UCP (301 HOWARD) (LCPI)                          Payment Due Upon Receipt

Lehman Contact:  Thomas Buffa

**Total This Invoice**                          $      10,615.00

### Please return this page with your payment

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                    June 11, 2010
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020                           **Invoice No. 1221514**

Client/Matter:  21416248-0851

TEN UCP (301 HOWARD) (LCPI)

**For Professional Services Rendered through May 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 05/11/10 | M. Williams | 0.50 | P300 | Telephone conference with Mr. Buffa regarding margin call provisions (0.1), review repo documents for market valuation and pricing (0.4). |
| 05/13/10 | M. Williams | 0.80 | P800 | Review swap documentation, effect on margin call calculation (0.8). |
| 05/14/10 | M. Williams | 0.30 | P300 | Telephone conference with Mr. Buffa regarding margin call calculations and prior margin calculation (0.3). |
| 05/14/10 | M. Williams | 0.80 | P500 | Revise memorandum regarding enforcement of repo and deficiency judgments (0.8). |
| 05/16/10 | M. Cunningham | 4.60 | C200 | Conference with E. Klingenberg regarding repurchase agreement issues (0.5); legal research in connection with characterization of repurchase agreements as purchase and sales or secured loans (4.1). |
| 05/17/10 | E. Klingenberg | 1.70 | B101 | Calls with Mr. Buffa regarding repo (0.5); conference with M. Cunningham regarding same (0.5); review repo regarding Actual Spread (0.7). |
| 05/17/10 | M. Williams | 0.40 | P300 | Revise memo on repo, review case law, additional research on remedies (0.4). |
| 05/17/10 | J. Murphy | 0.50 | B120 | Review emails regarding remedies under UCC and under Repo (0.5). |
| 05/19/10 | M. Williams | 2.00 | P300 | Additional revisions to memo on repo regarding remedies (2.0). |
| 05/19/10 | E. Klingenberg | 0.30 | B110 | Conference with M. Williams regarding memo regarding remedies (0.3). |
| 05/27/10 | M. Williams | 1.00 | P500 | Continue drafting remedies memo (1.0). |
| 05/27/10 | J. Murphy | 2.10 | B120 | Review emails regarding repos generally (2.1). |
| **Total Hours** | | **15.00** | | |
| **Fee Amount** | | | | **$10,615.00** |

TEN UCP (301 HOWARD) (LCPI)

June 11, 2010

Matter: 21416248-0851
Invoice No.: 1221514

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| E. Klingenberg (Partner) | $900.00 | 2.00 | $1,800.00 |
| J. Murphy (Partner) | $900.00 | 2.60 | $2,340.00 |
| M. Williams (Partner) | $815.00 | 5.80 | $4,727.00 |
| M. Cunningham (Associate) | $380.00 | 4.60 | $1,748.00 |
| **Totals** | | **15.00** | **$10,615.00** |

|  |  |  |
|---|---|---|
| **Fee Total** | $ | 10,615.00 |
| **Invoice Total** | $ | 10,615.00 |



## Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS                                June 11, 2010
NEW YORK, NEW YORK, NY 10020

                                                        **Invoice No. 1221662**

Client/Matter: 21416248-0851

301 HOWARD RAKES (LCPI)                          Payment Due Upon Receipt

Lehman Contact:  Thomas Buffa

**Total This Invoice**                           $        **10,416.91**

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|:---:|:---:|:---:|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**SONNENSCHEIN NATH & ROSENTHAL LLP**

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                      June 11, 2010
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020                                **Invoice No. 1221662**

Client/Matter:  21416248-0851

301 HOWARD RAKES (LCPI)

---

**For Professional Services Rendered through May 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 05/03/10 | M. Williams | 0.50 | P300 | Telephone conference with Mr. Buffa regarding perfection in rake securities (0.1), review bankruptcy research on perfection (0.4). |
| 05/03/10 | H. McDonald | 0.70 | B101 | Emails regarding perfection in rake securities (.4); telephone call with S. Wowchuk regarding same (.3). |
| 05/03/10 | S. Wowchuk | 6.50 | B101 | Research regarding trustee's ability to bring avoidance action against creditor who perfected uncertificated security via filing rather than control (4.5); review and analyze research draft (1.0); summary memorandum of research (0.8); calls with H. McDonald to discuss same (0.2). |
| 05/04/10 | H. McDonald | 0.80 | B101 | Revised memo regarding avoidance issue on Security Interest (.6); emails regarding same (.2). |
| 05/05/10 | M. Williams | 0.50 | P300 | Research and draft memo on article 9 versus Article 8 perfection in bankruptcy under section 544 (0.5). |
| 05/06/10 | M. Williams | 4.50 | P300 | Review and finalize bankruptcy memo (4.3), telephone conference with M. McGrath (0.2). |
| 05/06/10 | M. Diament | 2.10 | B101 | Legal Research regarding enforcement of judgment lien creditor in relation to a previously perfected security interest under New York law (2.1). |
| 05/06/10 | H. McDonald | 0.70 | B101 | Telephone call with M. Diament regarding memo (.2); revised memo (.3); telephone call with M. Williams regarding same (.2). |
| 05/07/10 | M. Williams | 0.30 | P300 | Telephone conference with Mr. Buffa and Ms. Martins regarding perfection issues in the rakes and bankruptcy filing (0.3). |

**Total Hours**                          **16.60**

**Fee Amount**                                                    **$9,727.00**

301 HOWARD RAKES (LCPI)

June 11, 2010

Matter: 21416248-0851
Invoice No.: 1221662

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams (Partner) | $815.00 | 5.80 | $4,727.00 |
| H. McDonald (Partner) | $805.00 | 2.20 | $1,771.00 |
| M. Diament (Associate) | $315.00 | 2.10 | $661.50 |
| S. Wowchuk (Associate) | $395.00 | 6.50 | $2,567.50 |
| **Totals** | | **16.60** | **$9,727.00** |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction | | 1.50 |
| | | *SUBTOTAL* | 1.50 |
| 5/3/2010 | WESTLAW | | 506.04 |
| 5/6/2010 | WESTLAW | | 182.37 |
| | | *SUBTOTAL* | 688.41 |
| | **Total Disbursements** | | **$689.91** |

| | | |
|---|---|---|
| **Fee Total** | $ | **9,727.00** |
| **Disbursement Total** | $ | **689.91** |
| **Invoice Total** | $ | **10,416.91** |



# Sonnenschein

SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                           June 11, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                  **Invoice No. 1221675**

Client/Matter: 21416248-0838

125 HIGH STREET (LCPI)                              Payment Due Upon Receipt

Lehman Contact: Thomas Buffa

**Total This Invoice**                          $          **2,045.14**

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                          June 11, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR                    **Invoice No. 1221675**
NEW YORK, NY 10020

Client/Matter:  21416248-0838

125 HIGH STREET (LCPI)

**For Professional Services Rendered through May 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 05/12/10 | M. Williams | 2.50 | P300 | Telephone conference with Mr. Buffa regarding margin call provisions (0.1), review corporate loan docs and analyze margin call provisions (2.3), telephone conference with Mr. Buffa, Mr. Gupta, Mr. Schneidman regarding same (0.1). |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **2.50** | | |
| **Fee Amount** | | | | **$2,037.50** |

**TIME AND FEE SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Williams (Partner) | $815.00 | 2.50 | $2,037.50 |
| Totals | | **2.50** | **$2,037.50** |

125 HIGH STREET

June 11, 2010

Matter: 21416248-0838
Invoice No.: 1221675

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| 3/15/2010 | Delivery FedEx Airbill #792178308753 03/15/10 Delivery to  100 Pearl St, HARTFORD, CT per M MATIS | | 6.94 |
| | | *SUBTOTAL* | 6.94 |
| | Document reproduction | | 0.70 |
| | | *SUBTOTAL* | 0.70 |
| | **Total Disbursements** | | **$7.64** |

| | | | |
|--|--|--|--|
| **Fee Total** | $ | 2,037.50 | |
| **Disbursement Total** | $ | 7.64 | |
| **Invoice Total** | $ | 2,045.14 | |



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                      June 11, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                          **Invoice No. 1221517**

Client/Matter: 21416248-0817

ALMADEN LOAN SALE (LCPI)                     Payment Due Upon Receipt

Lehman Contact:  Thomas Buffa

**Total This Invoice**                          $        4,808.50

### Please return this page with your payment

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                    June 11, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR                **Invoice No. 1221517**
NEW YORK, NY 10020


Client/Matter:  21416248-0817

ALMADEN LOAN SALE (LCPI)

**For Professional Services Rendered through May 31, 2010:**

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Task</u> | <u>Narrative</u> |
|------|-----------|-------|------|----------|
| 05/04/10 | M. Williams | 0.80 | P300 | Telephone conference with Mr. Buffa, Ms. Martins regarding correct calculation of margin call (0.8). |
| 05/05/10 | M. Williams | 1.30 | P300 | Telephone conference with Mr. Buffa regarding calculation of margin call, alternatives to payment of margin call, etc. (1.3). |
| 05/06/10 | M. Williams | 0.50 | P300 | Telephone conference with Mr. Buffa regarding borrower proposal (0.5). |
| 05/07/10 | M. Williams | 0.50 | P300 | Review amendment of senior mezz loan and junior mezz loan (0.3), telephone conference with Mr. Buffa (0.2). |
| 05/10/10 | M. Williams | 0.50 | P700 | Review and revise form of consent prepared by borrower (0.5). |
| 05/11/10 | M. Williams | 1.30 | P500 | Finalize and distribute consent (1.3). |
| 05/26/10 | M. Williams | 1.00 | P300 | Review borrower requested letter agreement on margin call issues (1.0). |

**Total Hours**                          **5.90**

**Fee Amount**                                                      **$4,808.50**

ALMADEN LOAN SALE (LCPI)

June 11, 2010

Matter: 21416248-0817
Invoice No.: 1221517

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams (Partner) | $815.00 | 5.90 | $4,808.50 |
| **Totals** | | **5.90** | **$4,808.50** |

| | | | |
|---|---|---|---|
| **Fee Total** | $ | 4,808.50 | |
| **Invoice Total** | $ | 4,808.50 | |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                          June 11, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                        **Invoice No. 1221651**

Client/Matter: 21416248-0831

HARBOR 301 HOWARD (LCPI)                          Payment Due Upon Receipt

Lehman Contact: Thomas Buffa

**Total This Invoice**                         $        **10,561.00**

**Please return this page with your payment**

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels  Chicago  Dallas  Kansas City  Los Angeles  New York  Phoenix*
*San Francisco  Silicon Valley  St. Louis  Short Hills, N.J.  Washington, D.C.  Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                      June 11, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR               **Invoice No. 1221651**
NEW YORK, NY 10020

Client/Matter:  21416248-0831

HARBOR 301 HOWARD (LCPI)

**For Professional Services Rendered through May 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 04/22/10 | M. Williams | 0.40 | P500 | Telephone conference with Ms. Martins regarding draft first amendment (0.4). |
| 04/23/10 | M. Williams | 0.30 | P500 | Revise first amendment and distribute to Mr. Buffa (0.3). |
| 05/04/10 | M. Williams | 0.50 | P300 | Telephone conference with Mr. Buffa, Mr. Ng, Ms. Martins regarding terms of agreement with borrower on guarantor assets and payments of excess proceeds (0.5). |
| 05/05/10 | M. Williams | 1.70 | P400 | Revise and distribute draft first amendment to loan agreement (1.7). |
| 05/05/10 | P. Mignone | 0.50 | P500 | Review loan agreement modification (0.4).  Phone conversation with M. Williams regarding same (0.1). |
| 05/07/10 | M. Williams | 2.20 | P400 | Telephone conference with Mr. Buffa and Ms. Martins regarding revisions to first amendment to loan agreement (0.2), revise and distribute revised first amendment to loan agreement (2.0). |
| 05/17/10 | M. Williams | 0.70 | P500 | Review borrower comments to first amendment of loan agreement (0.7). |
| 05/18/10 | M. Williams | 0.90 | P500 | Telephone conference with Mr. Buffa. Ms. Martins regarding borrower comments to documents (0.9). |
| 05/21/10 | M. Williams | 1.00 | P300 | Review various organizational charts showing guarantor assets, review related documents regarding participation interests (1.0). |
| 05/24/10 | M. Williams | 2.30 | P300 | Review new borrower information on TALF financing (0.3), email correspondence with Ms. Klevecz regarding same (0.1), review customer agreement and customer agreement modification, TALF loan agreement (1.8), telephone conference with Mr. Buffa regarding same (0.1). |

HARBOR 301 HOWARD (LCPI)

June 11, 2010

Matter: 21416248-0831
Invoice No.: 1221651

| Date | Timekeeper | Hours | Task | Narrative |
|------|------------|-------|------|-----------|
| 05/24/10 | E. Klingenberg | 0.60 | B110 | Conferences with M. Williams regarding Lehman - TALF issues (0.6). |
| 05/25/10 | M. Williams | 0.20 | P300 | Telephone conference with Mr. Buffa regarding pledge of guarantor equity (0.2). |
| 05/27/10 | M. Williams | 1.00 | P300 | Telephone conference with Mr. Buffa , Ms. Martins regarding  pledges of additional collateral for guarantors (1.0). |
| 05/28/10 | M. Williams | 0.70 | P500 | Revise first amendment to loan agreement (0.7). |
| **Total Hours** | | **13.00** | | |
| **Fee Amount** | | | | **$10,561.00** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| E. Klingenberg (Partner) | $900.00 | 0.60 | $540.00 |
| M. Williams (Partner) | $815.00 | 11.90 | $9,698.50 |
| P. Mignone (Partner) | $645.00 | 0.50 | $322.50 |
| **Totals** | | **13.00** | **$10,561.00** |

| | | |
|---|---|---|
| **Fee Total** | $ | 10,561.00 |
| **Invoice Total** | $ | 10,561.00 |



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                                June 11, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                          **Invoice No. 1221663**

Client/Matter: 21416248-0616

STATLER ARMS (LBHI)                                     Payment Due Upon Receipt

Lehman Contact:  John Nastasi

**Total This Invoice**                              $        3,594.50

**Please return this page with your payment**

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


## Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

June 11, 2010

**Invoice No. 1221663**

Client/Matter:  21416248-0616

STATLER ARMS (LBHI)

**For Professional Services Rendered through May 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 05/04/10 | M. Demetriou | 0.30 | L120 | Review and respond to emails re draft of property management agreements (0.3). |
| 05/14/10 | M. Demetriou | 0.80 | L120 | Review and respond to emails re revisions to Property Management Agreement (0.2). Revise draft of same (0.6). |
| 05/17/10 | M. Demetriou | 0.80 | L120 | Review and respond to e-mails and voicemails re: additional revisions to Property Management Agreement (0.2); Review and revise same (0.5); conference with B. Nekritz re: same (0.1). |
| 05/18/10 | M. Demetriou | 0.60 | L120 | Review and respond to e-mails and voicemails re: Property Management Agreement revisions (0.3); review and revise same (0.3). |
| 05/19/10 | M. Demetriou | 3.50 | L120 | Teleconferences with D. Rodriguez, S. Allen and D. Gruen re: changes to Property Management Agreement (2.8); review and revise construction management fee provisions in same (0.7). |
| 05/20/10 | M. Demetriou | 1.30 | L120 | Review and respond to e-mails re changes to Property Management Agreement (0.7); teleconference with entire working group re: final agreement terms (0.6). |
| 05/28/10 | M. Demetriou | 1.80 | L120 | Revise property management agreement to conform to Lincoln Pointe "Template" Agreement" (1.8). |

| | | | | |
|------|---|------|---|---|
| **Total Hours** | | **9.10** | | |
| **Fee Amount** | | | | **$3,594.50** |

STATLER ARMS (LBHI)

June 11, 2010

Matter: 21416248-0616
Invoice No.: 1221663

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Demetriou (Associate) | $395.00 | 9.10 | $3,594.50 |
| **Totals** | | **9.10** | **$3,594.50** |

| | | |
|---|---|---|
| **Fee Total** | $ | 3,594.50 |
| **Invoice Total** | $ | **3,594.50** |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.                    June 11, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                        **Invoice No. 1221677**

Client/Matter: 21416248-0838

ONE FEDERAL PLAZA (LBHI)                    Payment Due Upon Receipt

Lehman Contact:  Joelle Halperin

**Total This Invoice**                      $        958.00

**Please return this page with your payment**

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                    June 11, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR                **Invoice No. 1221677**
NEW YORK, NY 10020

Client/Matter:  21416248-0838

ONE FEDERAL PLAZA (LBHI)

**For Professional Services Rendered through May 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 05/03/10 | G. Espinal | 1.30 | P700 | Review underlying loan files for UCC Policy on Intermediate Mezzanine Loan in connection with sale to Landesbank Hessen Thüringen Girozentrale (1.3). |
| 05/03/10 | R. Barkachy | 1.00 | B101 | Conference with G. Espinal regarding UCC policy and Lehman's inability to locate same (0.2); research same via TPW legacy site (0.4); confirm receipt of 2nd additional collateral endorsement (0.4); contact T. Hill at title company for pdf copy of 1st collateral endorsement (0.1). |

| | | | | |
|------|-----------|-------|------|-----------|
| **Total Hours** | | **2.30** | | |
| **Fee Amount** | | | | **$958.00** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| G. Espinal (Associate) | $560.00 | 1.30 | $728.00 |
| R. Barkachy (Paralegal) | $230.00 | 1.00 | $230.00 |
| **Totals** | | 2.30 | $958.00 |

|  |  |  |
|---|---|---|
| **Fee Total** | $ | 958.00 |
| **Invoice Total** | $ | 958.00 |

# Sonnenschein
### SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                              June 16, 2010
1271 SIXTH AVENUE
38TH FLOOR                                           **Invoice No. 1222552**
NEW YORK, NY 10020

Client/Matter: 09807760-0011

RITZ KAPALUA                                      Payment Due Upon Receipt
Lehman Business Contact:  Michael Lascher

---

**Total This Invoice**                              $       25,911.50

---

### Please return this page with your payment

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

June 16, 2010

**Invoice No. 1222552**

Client/Matter:  09807760-0011

RITZ KAPALUA

**For Professional Services Rendered through May 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 05/03/10 | L. White | 0.50 | P300 | Review use of a receiver (.5). |
| 05/04/10 | L. White | 1.00 | P300 | Prepare for Lehman/Trimont call regarding SASCO issues (.5); telephone conference with Jon Kapit regarding SASCO issues (.5). |
| 05/05/10 | L. White | 1.50 | P300 | Telephone conference with Jon Kapit and Michael Lascher regarding next steps to foreclose (.5); revise letter to Lehman RE regarding period to cure defaults (1.0). |
| 05/07/10 | L. White | 0.50 | P300 | Revise Lehman RE notice and correspondence with Michael Lascher and Jon Kapit regarding same (.5). |
| 05/13/10 | L. White | 0.70 | P300 | Telephone conference with Michael Lascher regarding settlement and deed in lieu agreement (.3); map out settlement and deed in lieu agreement issues (.4). |
| 05/14/10 | L. White | 0.70 | P300 | Map out settlement and deed in lieu agreement issues (.5); conference with Michael Lascher regarding same (.2). |
| 05/17/10 | L. White | 2.50 | P300 | Map out settlement and deed in lieu agreement (2.5). |
| 05/18/10 | L. White | 1.50 | P300 | Prepare settlement and deed in lieu agreement (1.5). |
| 05/19/10 | L. White | 2.50 | P300 | Draft settlement and deed in lieu agreement (2.0); conference with Keith Londo regarding same (.5). |
| 05/19/10 | K. Londo | 0.50 | P300 | Review summary of loan documents (.3); correspondence with Linda White regarding same (.2). |

RITZ KAPALUA

June 16, 2010

Matter: 09807760-0011
Invoice No.: 1222552

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 05/20/10 | K. Londo | 1.30 | P300 | Review summary documents related to loan, follow up with L. White re same (.3), draft Settlement and Deed-In-Lieu Agreement (1.0). |
| 05/20/10 | L. White | 0.50 | P300 | Conference with Keith Londo regarding settlement and deed in lieu agreement (.5). |
| 05/21/10 | L. White | 3.80 | P400 | Prepare settlement and deed in lieu agreement (3.8). |
| 05/21/10 | K. Londo | 1.50 | P400 | Draft settlement and deed in lieu agreement (1.5). |
| 05/22/10 | K. Londo | 1.80 | P400 | Continue drafting settlement and deed in lieu agreement (1.8). |
| 05/23/10 | K. Londo | 1.30 | P400 | Continue drafting settlement and deed in lieu agreement (1.3). |
| 05/24/10 | K. Londo | 1.80 | P400 | Continue drafting settlement and deed in lieu agreement (1.8). |
| 05/24/10 | L. White | 5.50 | P400 | Review original loan, mezz debt and Ritz management documents to prepare deed-in-lieu (5.0); correspondence with local counsel regarding litigation guarantee (.5). |
| 05/25/10 | L. White | 2.50 | P400 | Telephone conference with Jon Kapit at TriMont regarding update on status of settlement (.5); review underlying documents and prepare deed-in-lieu (2.0). |
| 05/25/10 | K. Londo | 2.30 | P400 | Continue drafting Settlement and Deed-in-Lieu Agreement (2.3). |
| 05/26/10 | K. Londo | 3.80 | P400 | Continue drafting settlement and deed in lieu agreement (3.8). |
| 05/27/10 | K. Londo | 0.50 | P400 | Follow up regarding Settlement and Deed-In-Lieu Agreement (.5). |
| 05/27/10 | L. White | 2.50 | P400 | Review underlying documents and prepare settlement and deed in lieu agreement (2.5). |
| 05/28/10 | L. White | 0.50 | P400 | E-mail correspondence with local counsel regarding settlement and deed in lieu agreement and successor liability questions (.5). |

**Total Hours**                    **41.50**

RITZ KAPALUA

June 16, 2010

Matter: 09807760-0011
Invoice No.: 1222552

**Fee Amount**                                                                $25,911.50

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White (Partner) | $685.00 | 26.70 | $18,289.50 |
| K. Londo (Associate) | $515.00 | 14.80 | $7,622.00 |
| **Totals** | | **41.50** | **$25,911.50** |

|  | | |
|---|---|---|
| **Fee Total** | $ | 25,911.50 |
| **Invoice Total** | $ | **25,911.50** |

4



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                                June 16, 2010
1271 SIXTH AVENUE
38TH FLOOR                                              **Invoice No. 1222553**
NEW YORK, NY 10020

Client/Matter: 09807760-0012

RANCHO COVE                                          Payment Due Upon Receipt
Lehman Business Contact:  Michael Lascher

**Total This Invoice**                          $        12,867.50

---

### Please return this page with your payment

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

June 16, 2010

Invoice No. 1222553

Client/Matter:  09807760-0012

RANCHO COVE

**For Professional Services Rendered through May 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 05/03/10 | L. White | 0.30 | P300 | Email correspondence with John Bealle regarding status of survey (.3). |
| 05/05/10 | L. White | 0.70 | P300 | Telephone conference with Michael Lascher regarding closing (.2); revise deed-in-lieu agreement (.5). |
| 05/05/10 | R. Goetz | 0.20 | P300 | Email correspondence regarding owner's affidavit to C. Nelson (Borrower's counsel) (.2). |
| 05/06/10 | R. Goetz | 2.20 | P300 | Email and teleconference with D. Wilcomes re: Owner's affidavit comments (.5); email correspondence with C. Nelson re: owner's affidavit comments (.5); conference with L. White re: outstanding issues (.2); prepare closing checklist (1.0). |
| 05/06/10 | L. White | 3.50 | P300 | Revise deed-in-lieu agreement (2.2); telephone conference with Cindy Nelson regarding same (.5); email correspondence with Michael Lascher regarding Cindy's comments (.3); telephone conference with Rachel Goetz regarding title and open issues (.5). |
| 05/07/10 | L. White | 0.80 | P300 | Telephone conference with Rachel Goetz regarding title endorsements (.3); review checklist and open items (.5). |
| 05/07/10 | R. Goetz | 0.80 | P300 | E-mail correspondence with D. Wilcomes re: title proforma (.2); conference with L. White re: outstanding issues (.2); revise checklist (.2); e-mail correspondence to C. Nelson regarding closing (.2). |

2

RANCHO COVE

June 16, 2010

Matter: 09807760-0012
Invoice No.: 1222553

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 05/12/10 | L. White | 1.30 | P300 | Telephone conference with Michael Lascher regarding outstanding issues (.3); revise closing documents and prepare for closing (.7); various telephone conferences with Rachel Goetz and correspondence with Cindy Nelson regarding closing (.3). |
| 05/12/10 | R. Goetz | 3.90 | P300 | E-mail correspondence with D. Wilcomes and C. Nelson regarding closing items (.8); conference with L. White re: outstanding issues for closing (.4); prepare closing documentation (2.7). |
| 05/13/10 | R. Goetz | 4.30 | P300 | Conference with L. White re: outstanding for closing (.3); email correspondence to C. Nelson re: incomplete exhibits to Settlement Agreement, tax lien and legal description (.3); teleconference with D. Wilcomes re: various title issues/survey (.2); email correspondence with J. Beale re: survey (.2); review revised title policy and email correspondence to D. Wilcomes re: title endorsements (.5); finalize closing documentation (2.8). |
| 05/13/10 | L. White | 1.50 | P300 | Telephone conference with Rachel Goetz regarding UCC search results (.3); review final documents (.5); attention to title / survey issues (.2); follow-up telephone conferences with Michael Lascher and John Beale regarding open issues for closing (.5). |
| 05/14/10 | L. White | 0.30 | P300 | Review title/survey/UCC issues; correspondence with Cindy Nelson / Rachel Goetz regarding same (.3). |
| 05/17/10 | L. White | 0.20 | P300 | Correspondence with Rachel Goetz regarding survey and its final issuance (.2). |
| 05/18/10 | L. White | 0.20 | P300 | Correspondence with Rachel Goetz and Michael Lascher regarding final issuance of survey and update (.2). |
| 05/24/10 | R. Goetz | 0.50 | P300 | Correspondence with C. Nelson re: closing documents (.2); e-mail correspondence with J. Beale re: survey and Phase I (.1); e-mail correspondence with D. Wilcomes re: revised title commitment (.2). |

RANCHO COVE

June 16, 2010

Matter: 09807760-0012
Invoice No.: 1222553

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 05/25/10 | R. Goetz | 0.50 | P300 | E-mail correspondence with J. Beale and with D. Wilcomes regarding closing (.5). |
| 05/26/10 | L. White | 0.30 | P300 | Telephone conference with Chris Bley regarding Closing and his take-over of land project for Lehman post closing (.3). |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **21.50** | | |
| **Fee Amount** | | | | **$12,867.50** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| L. White (Partner) | $685.00 | 9.10 | $6,233.50 |
| R. Goetz (Associate) | $535.00 | 12.40 | $6,634.00 |
| **Totals** | | **21.50** | **$12,867.50** |

| | | |
|---|---|---|
| Fee Total | $ | 12,867.50 |
| Invoice Total | $ | 12,867.50 |

4



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN                                    June 16, 2010
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
39TH FLOOR                                    **Invoice No. 1222554A**
NEW YORK, NY 10020

Client/Matter: 09807760-0013

MANAGEMENT AGREEMENTS - SUPER 8              Payment Due Upon Receipt
Lehman Business Contact:  Ed Dziadul / Guicho Pons

**Total This Invoice**                        **$        2,128.00**

### Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN                                                                      June 16, 2010
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE                                                      Invoice No. 1222554A
39TH FLOOR
NEW YORK, NY 10020

Client/Matter:  09807760-0013

MANAGEMENT AGREEMENTS - SUPER 8

**For Professional Services Rendered through May 31, 2010:**

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 05/07/10 | M. Cocci | 2.40 | P300 | A106 | Work on revisions to Super 8 Franchise Agreement; e-mail draft of same to G. Pons and client team for review. |
| 05/20/10 | M. Cocci | 0.30 | P300 | A106 | Telephone conference with G. Pons regarding franchise agreement revisions and status of project. |
| 05/26/10 | M. Cocci | 0.50 | P300 | A106 | Review and comment on Temporary Operator's agreement; draft e-mail to J. Nastasi Regarding same. |

**Total Hours**                              3.20

**Fee Amount**                                                                              $2,128.00

**TIME AND FEE SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Cocci | $665.00 | 3.20 | 2,128.00 |
| Totals | | 3.20 | $2,128.00 |

Fee Total                          $      2,128.00

Invoice Total                      $      2,128.00