

# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                            August 25, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                    **Invoice No. 1236976**

Client/Matter: 21416248-0864

GREENWICH OAKS APARTMENTS (LBHI)                  Payment Due Upon Receipt

Lehman Contact: John Nastasi

**Total This Invoice**                            $        2,053.50

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                August 25, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR          **Invoice No. 1236976**
NEW YORK, NY 10020

Client/Matter:  21416248-0864

GREENWICH OAKS APARTMENTS (LBHI)

**For Professional Services Rendered through July 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 06/16/10 | M. Demetriou | 1.30 | B110 | Create separate Property Management Agreements for each Greenwich property based on final template (0.7). Review and revise same (0.6). |
| 06/21/10 | M. Demetriou | 0.90 | B110 | Continue revision of form of Property Management Agreement for each Greenwich Property (0.5). Review and respond to emails re same (0.2). Teleconference with D. Rodriquez re same (0.2). |
| 06/29/10 | M. Demetriou | 0.80 | B110 | Revise each of the Greenwich Property Management Agreements (0.4). Teleconference with D. Gruen re same (0.1). Draft termination letter for previous Greenwich Property Management Agreement (0.3) |
| 06/29/10 | B. Nekritz | 0.50 | L120 | Conference regarding termination of old LCOR agreements with Demetriou and Gruen (0.5). |
| 06/30/10 | M. Demetriou | 0.60 | B250 | Review and respond to emails re termination of existing Greenwich Property Management Agreement (0.3). Draft termination letter re same (0.2). Conference with B. Nekritz re same (0.1). |
| 07/06/10 | M. Demetriou | 0.40 | B250 | Prepare execution versions of Greenwich Agreements based on feedback from outside counsel (0.4). |
| 07/06/10 | M. Demetriou | 0.30 | B250 | Review and respond to emails and voicemails re execution of Greenwich Agreements and Termination Letter re same (0.3). |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **4.80** | | |
| **Fee Amount** | | | | **$2,053.50** |

GREENWICH OAKS APARTMENTS (LBHI)

August 25, 2010

Matter: 21416248-0864
Invoice No.: 1236976

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| B. Nekritz (Partner) | $710.00 | 0.50 | $355.00 |
| M. Demetriou (Associate) | $395.00 | 4.30 | $1,698.50 |
| **Totals** | | **4.80** | **$2,053.50** |

|  | | |
|---|---|---|
| **Fee Total** | $ | 2,053.50 |
| **Invoice Total** | **$** | **2,053.50** |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                                  August 25, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                       **Invoice No. 1236977**

Client/Matter: 21416248-0616

STATLER ARMS                                       Payment Due Upon Receipt

Lehman Contact:  John Nastasi

**Total This Invoice**                                    $        5,360.60

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels  Chicago  Dallas  Kansas City  Los Angeles  New York  Phoenix*
*San Francisco  Silicon Valley  St. Louis  Short Hills, N.J.  Washington, D.C.  Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                    August 25, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR              **Invoice No. 1236977**
NEW YORK, NY 10020

Client/Matter: 21416248-0616

STATLER ARMS

**For Professional Services Rendered through July 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 06/01/10 | M. Demetriou | 0.60 | L120 | Review and respond to emails and voicemails regarding Statler Arms Management Agreement (0.2). Review changes to property management agreement (0.4) |
| 06/03/10 | M. Demetriou | 0.80 | L120 | Review and respond to e-mails and voicemails regarding Property Management Agreement (0.2); draft language regarding same (0.6) |
| 06/03/10 | B. Nekritz | 0.30 | P300 | Teleconference with Demetriou regarding Statler Management Agreement. |
| 06/04/10 | B. Nekritz | 1.00 | P300 | Work on Statler Management Agreement (0.9); conference with Demetriou regarding Management Agreement (0.1) |
| 06/04/10 | M. Demetriou | 1.30 | L120 | Review and respond to emails and voicemails regarding property management agreement (0.4). Teleconference with D. Cullen re same (0.2). Revise same (0.7). |
| 06/07/10 | B. Nekritz | 0.80 | P300 | Review Statler Management Agreement changes (0.8). |
| 06/07/10 | M. Demetriou | 1.00 | L120 | Review and respond to emails and voicemails regarding execution version of property management agreement (0.2). Revise same (0.8). |
| 06/08/10 | M. Demetriou | 0.90 | L120 | Review and revise property management agreement (0.3). Teleconference with D. Cullen re same (0.2). Conference with B. Nekritz re same (0.2). Review and respond to emails re same (0.2). |
| 06/08/10 | B. Nekritz | 0.80 | P300 | Conference with clients regarding Statler Management Agreement (0.6); conference with Mike Demetriou regarding Management Agreement (0.2). |
| 06/09/10 | B. Nekritz | 1.00 | P300 | Telephone conferences with Cullen, Green (0.9); conference with Demetriou regarding Statler Arms Management Agreement (0.1). |

STATLER ARMS

August 25, 2010

Matter: 21416248-0616
Invoice No.: 1236977

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 06/09/10 | M. Demetriou | 1.60 | L120 | Review and revise Property Management Agreement (1.1). Conferences with B. Nekritz regarding Management Agreement (0.2). Teleconferences with D. Cullen and D. Gruen regarding Management Agreement (0.3) |
| 06/11/10 | M. Demetriou | 0.30 | L120 | Review and respond to emails re property management agreement execution (0.3). |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **10.40** | | |
| **Fee Amount** | | | | **$5,336.50** |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| B. Nekritz (Partner) | $710.00 | 3.90 | $2,769.00 |
| M. Demetriou (Associate) | $395.00 | 6.50 | $2,567.50 |
| **Totals** | | **10.40** | **$5,336.50** |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| 5/28/2010 | Delivery FedEx Airbill #793589188598 05/28/10 Delivery to 1271 Avenue Of The America NEW YORK CITY, NY per M BARRETT | 15.60 |
| | *SUBTOTAL* | 15.60 |
| | Document reproduction | 8.50 |
| | *SUBTOTAL* | 8.50 |
| **Total Disbursements** | | **$24.10** |

| | | |
|---|---|---|
| **Fee Total** | $ | 5,336.50 |
| **Disbursement Total** | $ | 24.10 |
| **Invoice Total** | $ | 5,360.60 |

3



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                September 9, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                          **Invoice No. 1239536**

Client/Matter: 21416248-0817

ALMADEN LOAN SALE                          Payment Due Upon Receipt

**Lehman Contact: Thomas Buffa**

**Total This Invoice**                  $        407.50

**Please return this page with your payment**

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                    September 9, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR                **Invoice No. 1239536**
NEW YORK, NY 10020

Client/Matter:  21416248-0817

ALMADEN LOAN SALE

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 08/09/10 | M. Williams | 0.50 | P500 | Review borrower draft of DACA and Wells Fargo's responses (0.3), email correspondence with TriMont and Mr. Buffa regarding my comments to DACA (0.2) |

**Total Hours**                           **0.50**

**Fee Amount**                                                                    **$407.50**

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| M. Williams (Partner) | $815.00 | 0.50 | $407.50 |
| Totals | | 0.50 | $407.50 |

Fee Total          $      407.50

Invoice Total          $          407.50



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                        September 9, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                  **Invoice No. 1239555**

Client/Matter: 21416248-0807

FIVE ASSETS PORTFOLIO SALE                      Payment Due Upon Receipt
_____

**Lehman Contact:  Thomas Buffa**


**Total This Invoice**                              $          **244.50**


**Please return this page with your payment**

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                    September 9, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR                    **Invoice No. 1239555**
NEW YORK, NY 10020

Client/Matter:  21416248-0807

FIVE ASSETS PORTFOLIO SALE

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 08/19/10 | M. Williams | 0.30 | P300 | Telephone conference with Mr. Buffa regarding calculation of margin call (0.3). |

**Total Hours**                          **0.30**

**Fee Amount**                                                         $244.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| M. Williams (Partner) | $815.00 | 0.30 | $244.50 |
| **Totals** | | **0.30** | **$244.50** |

Fee Total                    $        244.50

Invoice Total              $        244.50



**SONNENSCHEIN NATH & ROSENTHAL LLP**

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS                                    September 9, 2010
NEW YORK, NEW YORK, NY 10020

**Invoice No. 1239553**

Client/Matter: 21416248-0851

301 HOWARD                                                    Payment Due Upon Receipt

**Lehman Contact: Thomas Buffa**

**Total This Invoice**                              $        2,608.00

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                    September 9, 2010
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020                              **Invoice No. 1239553**

Client/Matter:  21416248-0851

301 HOWARD

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 08/02/10 | M. Williams | 0.50 | P500 | Review Ms. Martins' comments to borrower mark up of PNA (0.5) |
| 08/04/10 | M. Williams | 1.00 | P500 | Telephone conference with Ms. Martins regarding comments to PNA (.2), revise PNA agreement (.7), email correspondence with Mr. Buffa regarding scope of modifications that borrower wishes to re-negotiate (.1). |
| 08/09/10 | M. Williams | 0.30 | P500 | Email correspondence with Mr. Buffa regarding borrower comments to PNA (0.3). |
| 08/10/10 | M. Williams | 0.70 | P500 | Review borrower comments to PNA (0.4),telephone conference with Mr. Buffa regarding borrower comments to PNA (0.1), telephone conference with mr. McQueen regarding his comments (0.2) |
| 08/11/10 | M. Williams | 0.70 | P500 | Revise PNA, distribute to Mr. Buffa, Ms. Martins for review (0.6); prepare execution copies and distribute for signing (0.1). |

| **Total Hours** | | **3.20** | | |

| **Fee Amount** | | | | **$2,608.00** |

301 HOWARD

September 9, 2010

Matter: 21416248-0851
Invoice No.: 1239553

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams (Partner) | $815.00 | 3.20 | $2,608.00 |
| **Totals** | | **3.20** | **$2,608.00** |

|  |  |  |
|---|---|---|
| **Fee Total** | $ | 2,608.00 |
| **Invoice Total** | $ | 2,608.00 |



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                September 9, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                             **Invoice No. 1239537**

Client/Matter: 21416248-0818

GLENDALE LOAN MODIFICATION                     Payment Due Upon Receipt

**Lehman Contact:  Thomas Buffa**

**Total This Invoice**                         $         978.30

---

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN·NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                  September 9, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR                    **Invoice No. 1239537**
NEW YORK, NY 10020

Client/Matter:  21416248-0818

GLENDALE LOAN MODIFICATION

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 08/04/10 | M. Williams | 1.20 | P300 | Review borrower draft of extension letter, review related provisions of corporate loan documents (.3), telephone conference with Mr. Buffa  regarding same (.1), email correspondence with Mr. Ng and Ms. Martins regarding extension letter (.1),telephone conference with Mr. Lochiatto requesting extension documents for underlying loans (.1), review underlying extension agreements (.6) |

**Total Hours**                    **1.20**

**Fee Amount**                                                              **$978.00**

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| M. Williams (Partner) | $815.00 | 1.20 | $978.00 |
| **Totals** | | **1.20** | **$978.00** |

GLENDALE LOAN MODIFICATION

September 9, 2010

Matter: 21416248-0818
Invoice No.: 1239537

### DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| | Document reproduction | 0.30 |
| | *SUBTOTAL* | 0.30 |
| | **Total Disbursements** | **$0.30** |

| | | | |
|---|---|---|---|
| **Fee Total** | $ | 978.00 | |
| **Disbursement Total** | $ | 0.30 | |
| **Invoice Total** | $ | 978.30 | |

3


**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                                         September 9, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                           **Invoice No. 1239535**

Client/Matter: 21416248-0795

CROW PORTFOLIO RESTRUCTURING                          Payment Due Upon Receipt

**Lehman Contact: Susanne Frey**

**Total This Invoice**                                    $           **815.00**

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

September 9, 2010

**Invoice No. 1239535**

Client/Matter:  21416248-0795

CROW PORTFOLIO RESTRUCTURING

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 08/10/10 | M. Williams | 1.00 | P300 | Review letter request for Lehman consent as mezz lender to 1 month extension of mortgage loan (0.4), review existing loan documents and existing mezz default notices and PNAs, (0.4)telephone conference with Mr. Pomeranz regarding effect giving consent would have on mezz loan (0.2) |

| | | | |
|---|---|---|---|
| **Total Hours** | | **1.00** | |
| **Fee Amount** | | | **$815.00** |

**TIME AND FEE SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| M. Williams (Partner) | $815.00 | 1.00 | $815.00 |
| **Totals** | | **1.00** | **$815.00** |

| | | |
|---|---|---|
| **Fee Total** | $ | 815.00 |
| **Invoice Total** | $ | 815.00 |



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                              September 9, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                     **Invoice No. 1239533**

Client/Matter: 21416248-0618

4148 53RD AVENUE W, BRADENTON, FLORIDA
MANAGEMENT AGREEMENT                                Payment Due Upon Receipt

**Lehman Contact:  John Nastasi**

**Total This Invoice**                              $        1,012.50

### Please return this page with your payment

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

September 9, 2010

**Invoice No. 1239533**

Client/Matter:  21416248-0618

4148 53RD AVENUE W, BRADENTON, FLORIDA
MANAGEMENT AGREEMENT

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 08/03/10 | M. Demetriou | 0.10 | B110 | Review and respond to emails with D. Kaplan re Champions Walk Property Management Agreement (0.1). |
| 08/04/10 | M. Demetriou | 0.50 | L140 | Teleconference with D. Kaplan re Champions Walk Property Management Agreement (0.2). Review and respond to emails re same.(0.3) |
| 08/04/10 | B. Nekritz | 0.50 | P500 | Teleconference with D. Kaplan, M. Demetriou regarding Champion's Walk Management Agreement (0.5). |
| 08/11/10 | M. Demetriou | 0.30 | B110 | Revise draft of Property Management Agreement (0.3) |
| 08/12/10 | M. Demetriou | 0.50 | B110 | Revise draft of Property Management Agreement. (0.3) Review and respond to emails regarding same. (0.2) |

**Total Hours**      1.90

**Fee Amount**      **$1,012.50**

4148 53RD AVENUE W, BRADENTON, FLORIDA
MANAGEMENT AGREEMENT

September 9, 2010

Matter: 21416248-0618
Invoice No.: 1239533

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| B. Nekritz (Partner) | $835.00 | 0.50 | $417.50 |
| M. Demetriou (Associate) | $425.00 | 1.40 | $595.00 |
| **Totals** | | 1.90 | $1,012.50 |

|  |  |  |
|---|---|---|
| **Fee Total** | $ | 1,012.50 |
| **Invoice Total** | **$** | **1,012.50** |

# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP



www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                         September 9, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                 **Invoice No. 1239554**

Client/Matter: 21416248-0814

SALE OF WYNDHAM MEZZ LOAN                    Payment Due Upon Receipt

**Lehman Contact: Susanne Frey**

**Total This Invoice**                          $        2,526.50

**Please return this page with your payment**

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                              September 9, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                        **Invoice No. 1239554**

Client/Matter:  21416248-0814

SALE OF WYNDHAM MEZZ LOAN

---

**For Professional Services Rendered through August 31, 2010:**

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Task</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 08/04/10 | M. Williams | 1.40 | P300 | Telephone conference with Mr. Gleeson regarding scope of guaranty, general mechanics of UCC foreclosure with respect to scope of remedies, (.3) review participation agreement, corporate loan agreement with respect to scope of remedies (.3), telephone conference with Ms. Frey, Mr. Gleeson, discuss remedies, deficiency judgments, loan sales, ability to capture "upside' to Investcorp in the event of taking title to the collateral(.8) |
| 08/05/10 | M. Williams | 1.30 | P300 | Draft email to Mr. Gleason and Mr. Frey summarizing rights of junior participation under various alternative enforcement actions by corporate borrower if corporate loan has been repaid in full.(1.3) |
| 08/06/10 | M. Williams | 0.40 | P300 | Respond to email correspondence from Ms. Frey regarding cash flow waterfalls in junior participation agreement (0.4) |

| **Total Hours** | | **3.10** | | |

**Fee Amount**                                                        **$2,526.50**

SALE OF WYNDHAM MEZZ LOAN

September 9, 2010

Matter: 21416248-0814
Invoice No.: 1239554

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams (Partner) | $815.00 | 3.10 | $2,526.50 |
| **Totals** | | **3.10** | **$2,526.50** |

| | | | |
|---|---|---|---|
| **Fee Total** | $ | 2,526.50 | |
| **Invoice Total** | $ | 2,526.50 | |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                      September 9, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                **Invoice No. 1239532**

Client/Matter: 21416248-0616

STATLER ARMS                                      Payment Due Upon Receipt

Lehman Contact: John Nastasi

**Total This Invoice**                    $         316.00

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels  Chicago  Dallas  Kansas City  Los Angeles  New York  Phoenix*
*San Francisco  Silicon Valley  St. Louis  Short Hills, N.J.  Washington, D.C.  Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                          September 9, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR                          **Invoice No. 1239532**
NEW YORK, NY 10020

Client/Matter:  21416248-0616

STATLER ARMS

---

**For Professional Services Rendered through August 31, 2010:**

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Task</u> | <u>Narrative</u> |
|------|-----------|-------|------|----------|
| 08/16/10 | M. Demetriou | 0.50 | B110 | Review and revise Property Management Agreement (.3) Review and respond to emails re same (.2). |
| 08/31/10 | M. Demetriou | 0.30 | B110 | Review and respond to emails re execution of property management agreement (.3) |

| **Total Hours** | | **0.80** | | |
|------|---|------|---|---|
| **Fee Amount** | | | | **$316.00** |

### TIME AND FEE SUMMARY

| Timekeeper | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|-----------|------|-------|------|
| M. Demetriou (Associate) | $395.00 | <u>0.80</u> | <u>$316.00</u> |
| **Totals** | | **0.80** | **$316.00** |

| | | | |
|---|---|---|---|
| **Fee Total** | $ | 316.00 | |
| **Invoice Total** | $ | 316.00 | |

2



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                              September 9, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                    **Invoice No. 1239552**

Client/Matter: 21416248-0838

BANKRUPTCY (POST-PETITION WORK)                    Payment Due Upon Receipt

**Lehman Contact:  Joelle Halperin**

**Total This Invoice**                            $        4,673.00

### Please return this page with your payment

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to M. Williams at (212) 768-6700

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                September 9, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR          **Invoice No. 1239552**
NEW YORK, NY 10020

Client/Matter:  21416248-0838

BANKRUPTCY (POST-PETITION WORK)

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 08/02/10 | L. Bechutsky | 2.90 | B160 | Revise retention application based on Weil comments (2.1); calls with Weil re comments (.3); correspondence with H. McDonald and L. White re same (.5). |
| 08/02/10 | H. McDonald | 0.80 | B101 | Review of revised drafts of app., decl. and Order (.5); emails regarding same (.3). |
| 08/03/10 | L. Bechutsky | 0.80 | B160 | Revise White declaration (.3); correspondence with C. Arthur of Weil re edits to Retention Application (.1); revise same (.4). |
| 08/04/10 | L. Bechutsky | 0.50 | B160 | Revise Retention Application. |
| 08/04/10 | H. McDonald | 0.30 | B101 | Review revised app. (.2); email regarding same (.1). |
| 08/06/10 | L. Bechutsky | 0.40 | B160 | Conference with H. McDonald regarding procedures after retention (.3); correspondence with L. White re same. |
| 08/10/10 | R. Barkachy | 0.30 | B250 | Conference with M. Williams re: Crow Portfolio CDs (16248-00795 and 16248-00779) (0.1); research and deliver 10 CDs as requested by client (0.2) |
| 08/18/10 | R. Barkachy | 0.60 | B250 | Respond to client request for TPW CDs for Lehman/Austin (16248-0766) and 16248-0784 (0.1); research same and delivery 10 CDs for 16248-0766 to client. (0.5) |
| 08/18/10 | M. Williams | 0.50 | P800 | Telephone conference with Mr. Gupta (0.1), retrieve loan documents from TPW files relating to condo conversion and release of Hotel parcel (0.4) |

BANKRUPTCY (POST-PETITION WORK)

September 9, 2010

Matter: 21416248-0838
Invoice No.: 1239552

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 08/19/10 | R. Barkachy | 2.00 | B250 | At request of client, research additional closing binder CDs for M. Williams re: TPW 16248-0766 (Austin) and 16248-0784 and 16248-00807 as directed (0.8); check TPW legacy site for copies of documents and trailing information (Ben Hughes); print same (0.9); conference with M. Williams re: same (0.1); order files from records (0.11); confirm same with M. Williams and prepare copies of 16248-0807 CD as directed (0.11). |
| 08/20/10 | R. Barkachy | 0.20 | B250 | At request of client, review CDs copied for 16248-0807 (0.1); confirm same and deliver to M. Williams as directed (0.1) |
| 08/23/10 | R. Barkachy | 0.20 | B250 | At request of client, conference with M. Williams re: 4 CDs (re: Lehman/Crescent/Austin) to be copied (0.1); coordinate CD production as directed (0.1) |
| 08/27/10 | S. Wowchuk | 0.90 | B110 | Conference call with L. Bechutsky and T. Labuda. |
| 08/30/10 | R. Barkachy | 0.80 | B250 | At request of client, conference with M. Williams, J. Cammeratti and J. Barrett re: CD binders and files for 16248-0604 (0.2); research same via TPW legacy site, record and SNR files and records (0.3); deliver CDs and confirm transmittal letter for original documents to Allied Irish Bank (0.3) |
| 08/31/10 | H. McDonald | 0.30 | B101 | Office conference with LB regarding fee procedure and fee committee (.3). |

**Total Hours**          **11.50**

**Fee Amount**                                                    **$4,673.00**

BANKRUPTCY (POST-PETITION WORK)

September 9, 2010

Matter: 21416248-0838
Invoice No.: 1239552

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams (Partner) | $815.00 | 0.50 | $407.50 |
| H. McDonald (Partner) | $805.00 | 1.40 | $1,127.00 |
| L. Bechutsky (Associate) | $400.00 | 4.60 | $1,840.00 |
| S. Wowchuk (Associate) | $395.00 | 0.90 | $355.50 |
| R. Barkachy (Paralegal) | $230.00 | 4.10 | $943.00 |
| **Totals** | | **11.50** | **$4,673.00** |

|  |  |  |
|---|---|---|
| **Fee Total** | $ | 4,673.00 |
| **Invoice Total** | $ | 4,673.00 |



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.            September 17, 2010
1271 SIXTH AVENUE
38th FLOOR                                **Invoice No. 1241774**
NEW YORK, NY 10020

Client/Matter: 09807760-0011

RITZ KAPALUA                              Payment Due Upon Receipt
Lehman Business Contact:  Michael Lascher

---

**Total This Invoice**                    S      **48,490.11**

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix
San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

September 17, 2010

**Invoice No. 1241774**

Client/Matter:  09807760-0011

RITZ KAPALUA

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 08/02/10 | L. White | 0.50 | P300 | Correspondence with Darren Conley local counsel regarding zoning report necessary for foreclosure (.2); telephone conference with Michael Lascher regarding foreclosure complaint (.3). |
| 08/03/10 | L. White | 0.50 | P300 | Review capital call letter from W2005 Kapalua/Gengate Hotel Holdings (.3); email and voicemail correspondence with Michael Lascher regarding same (.2). |
| 08/04/10 | L. White | 2.00 | P300 | Review revised foreclosure complaint (.7) and correspondence with Barry Sullivan regarding same (.3); review correspondence from Lehman Re re ROFO (.3) and emails with Michael Lascher regarding same (.2); review intercreditor agreement regarding TriMont's question regarding Lehman Re (Mezz lender) ROFO letter (.5). |
| 08/05/10 | R. Fenton | 0.70 | L120 | Teleconferences with L. White regarding possible litigation claims by Lehman RE (.3); review portions of intercreditor agreement(.4). |

2

RITZ KAPALUA

September 17, 2010

Matter: 09807760-0011
Invoice No.: 1241774

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 08/05/10 | L. White | 7.50 | P300 | Conference calls with Michael Lascher, Rick Fenton, Hugh McDonald and Trimont regarding impact of Lehman Re rofo notice on senior loan, foreclosure of senior loan and possible cram-down by mezz lender (1.8); review intercreditor agreement and loan documents regarding same (2.5); draft senior loan notice to mezz lenders regarding right to cure prior to foreclosure (1.0) and telephone conferences with Jon Kapit, Nancy Wilson and Michael Lascher regarding outstanding amounts to include in notice (1.5); telephone conference with Barry Sullivan (local counsel) regarding foreclosure complaint and questions regarding appointment or receiver (.7). |
| 08/05/10 | S. Wowchuk | 5.80 | B110 | Conference with Hugh McDonald regarding possible Lehman Re ROFO claim (.2); Conference with Linda White regarding background regarding same (.2); review loan documents and mezzanine documents regarding possible cram down and bankruptcy issues (5.2); prepare email summarizing same (.2). |
| 08/05/10 | H. McDonald | 2.00 | B100 | Telephone call with Linda White regarding deal and issues (.5); review with creditor provisions (.8); telephone call with Stefanie Wowchuk regarding review of documents (.4); review email and deal document excerpts (.3). |
| 08/06/10 | H. McDonald | 2.10 | B100 | Review documents for conference call (.4); telephone call with Linda White regarding same (.3); conference call regarding deal and possible bankruptcy issues (1.4). |
| 08/06/10 | S. Wowchuk | 1.80 | B110 | Prepare for conference call with Lehman by reviewing mezzanine documents (.4); conference call with client regarding same (1.4). |
| 08/06/10 | R. Fenton | 1.40 | L120 | Conference call with client regarding litigation strategy (1.4). |
| 08/06/10 | K. Londo | 2.30 | P300 | Review Loan Agreement (and amendments), Promissory Note, Mortgage, and Guaranties regarding whether Lehman needs to give Borrower and/or Guarantor notice with regard to exercising the remedy of foreclosure (2.3). |

3

RITZ KAPALUA

September 17, 2010

Matter: 09807760-0011
Invoice No.: 1241774

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 08/06/10 | L. White | 6.60 | P300 | Prepare for (.6) and attend conference call with Nancy Shanik, Michael Lascher, Brian Kaufman, Rick Fenton, Hugh McDonald regarding strategy, litigation and bankruptcy issues regarding Lehman Re ROFO notice, foreclosure of senior loan and mezz debt (1.4) follow-up with Keith Londo regarding same (.5); telephone conferences with Michael Lascher, Brian Kaufman and Trimont regarding letter (and interest calculations for letter) to mezz lenders required prior to commencement of enforcement action (1.0); revise letter accordingly (.5) ; review Ritz documents regarding possibly appointing Ritz as receiver (.5) and email correspondence to Lehman regarding same (.3); review 1st mezz documents regarding Whitehall rights (1.0); review revised foreclosure complaint and correspondence to Lehman regarding same (.8). |
| 08/09/10 | K. Londo | 3.50 | P300 | Review Intercreditor Agreement and loan document to determine notice requirements to junior lenders prior to foreclosure (3.0); follow up with M. Zessar re  review of Ritz documentation for notice requirements (.5). |
| 08/09/10 | M. Zessar | 4.00 | P300 | Review due diligence summary memo re: hotel management and development agreements (.7); conference with Keith Londo re: same (.3); review hotel management documents re: notice requirements (2.5); prepare e-mail memo to Linda White (.5). |
| 08/09/10 | L. White | 1.50 | P300 | Conference with Keith Londo and Margie Zessar regarding review of documents regarding notice requirements to all parties prior to foreclosure (.2); review GenCom asset management proposal (.7) and telephone conference with Brian Kaufman regarding same (.3); correspondence with Jon Kapit regarding foreclosure complaint and amounts owing (.3). |
| 08/10/10 | H. McDonald | 1.20 | B100 | Telephone call with Linda White and Michael Lascher regarding Ritz SNDA issue (.4); telephone call with Stefanie Wowchuk regarding SNDA issue and research (.5); telephone call with Linda White regarding same (.3). |

RITZ KAPALUA

September 17, 2010

Matter: 09807760-0011
Invoice No.: 1241774

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 08/10/10 | L. White | 2.50 | P300 | Review memos regarding required notice and notice parties prior to commencing foreclosure (.5); telephone conferences with Michael Lascher and Hugh McDonald regarding possibility of rejecting Ritz management agreement in bankruptcy or at least threatening to do so to create leverage (1.5); correspondence with local counsel regarding foreclosure complaint issues (.5). |
| 08/10/10 | K. Londo | 2.30 | P300 | Follow up review of development documents and loan documents related to notice provisions in the event of foreclosure (1.5), summarize same (.8). |
| 08/10/10 | S. Wowchuk | 3.50 | B110 | Research and analysis re whether subordination non-disturbance and attornment agreement is an executory contract (3.0); call with H. McDonald re same (.5). |
| 08/11/10 | L. White | 3.00 | P300 | Email correspondence with local counsel regarding naming Ritz in foreclosure complaint and timing of decision to keep or reject SNDA with Ritz (.5); review and verify information in complaint and focus on maturity date, default dates and notice requirements (2.0) and correspondence with TriMont regarding same (.5). |
| 08/13/10 | L. White | 1.50 | P300 | Review Lehman/Lehman Re Settlement Agreement regarding possible additional notice obligations prior to foreclosure (.4); telephone conference with Brian Kaufman re foreclosure status (.2); review revised foreclosure complaint (.4); review Bright Light (marketing firm) proposal for public relations services upon filing of foreclosure complaint (.5). |
| 08/16/10 | L. White | 1.50 | P300 | Telephone conference with Michael Lascher regarding Friday meeting with GenCom, foreclosure, engagement of public relations firm, engagement of zoning counsel and notices prior to foreclosure (.5); review revised foreclosure complaint (.5); correspondence with local counsel regarding revised foreclosure complaint (.2); telephone conference with Jon Kapit at TriMont regarding foreclosure complaint and computation of past due amounts (.3). |

RITZ KAPALUA

September 17, 2010

Matter: 09807760-0011
Invoice No.: 1241774

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 08/17/10 | L. White | 0.70 | P300 | Review Joelle Halperin's comments to foreclosure complaint (.3); correspondence with local counsel regarding same. (.4). |
| 08/18/10 | L. White | 2.00 | P300 | Review TriMont's revised computation of outstanding amounts for foreclosure complaint (.3); email correspondence with TriMont regarding same (.3); telephone conference with Joelle Halperin regarding her comments on foreclosure complaint (.3); telephone conference and email correspondence with David Paulson (local counsel) regarding foreclosure complaint (1.1). |
| 08/19/10 | L. White | 0.30 | P300 | Telephone conference with Jon Kapit and Chris Nobles regarding continued issues with outstanding loan amounts for foreclosure complaint (.3). |
| 08/20/10 | L. White | 0.80 | P300 | Telephone conference with Michael Lascher regarding foreclosure complaint and hiring of public relations firm to downplay impact of foreclosure on hotel operations (.5); correspondence with Barry Sullivan regarding engagement of public relations firm (.3). |
| 08/23/10 | L. White | 3.80 | P300 | Telephone conference with Michael Lascher regarding public relations for the hotel (.3); review TriMont's numbers/spreadsheet regarding outstanding loan balances for insertion into foreclosure complaint (.8) and review loan agreement regarding same (.2) and various telephone conferences with Brian Kaufman and Jon Kapit regarding same (.5); correspondence to Kim Macleod regarding public relations surrounding filing (.5); followed by telephone conference with Kim Macleod, Ritz, Marriott and GenCom public relations representatives regarding messaging regarding foreclosure (1.3) and follow-up with Kim Macleod (.2). |

RITZ KAPALUA

September 17, 2010

Matter: 09807760-0011
Invoice No.: 1241774

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 08/24/10 | L. White | 3.50 | P300 | Review and mark-up the public relations summary with comments (1.0), and correspondence with Kim Macleod, Michael Lascher and Brian Kaufman regarding the public relations summary (1.0) and follow-up call with Kim Macleod and Steve Alshuler regarding same and possible Q&A's in preparation for press questions following foreclosure filing (.7); telephone conferences and email correspondence with Brian Kaufman and Jon Kapit regarding amounts outstanding and due under loan for inclusion in foreclosure complaint (.8). |
| 08/25/10 | L. White | 2.50 | P300 | Review counterproposal to GenCom (.7) and telephone conference with Brian Kaufman regarding same (.3); Correspondence with local counsel regarding foreclosure complaint (.3) and telephone conference with Brian Kaufman and email correspondence with Michael Lascher regarding same (.2); Revise Public Relations Summary and Q&A (.3); telephone conference with Brian Kaufman regarding same and email comments to Kim Macleod regarding same (.7). |
| 08/26/10 | L. White | 2.00 | P300 | Mark up with comments latest draft of Public Relations Summary and Q&As and correspondence with client regarding same (1.2); correspondence with local counsel regarding timing of foreclosure and summary judgment (.8). |
| 08/30/10 | L. White | 2.50 | P300 | Review revisions to agreement with Bright Light (local PR firm) (.5); review revisions to PR Summary and Q&A's (.7); conference call with Kim Macleod, Steve Atschuler, Michael Lascher and Brian Kaufman regarding PR messaging for foreclosure (1.0); correspondence with local counsel regarding filing of foreclosure complaint (.3). |
| 08/31/10 | L. White | 1.70 | P300 | Telephone conference with Nancy Wilson regarding foreclosure (.2); review revised foreclosure complaint and dollar figures for outstanding amounts (.5); review revised Bright Light agreement and correspondence with local counsel regarding same (.5); attention to funding of initial Bright Light payment and telephone conference with Jon Kapit regarding Bright Light funding (.5). |

RITZ KAPALUA

September 17, 2010

Matter: 09807760-0011
Invoice No.: 1241774

| | | |
|---|---|---|
| Total Hours | 77.50 | |
| Fee Amount | | $48,218.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White (Partner) | $685.00 | 46.90 | $32,126.50 |
| R. Fenton (Partner) | $745.00 | 2.10 | $1,564.50 |
| H. McDonald (Partner) | $805.00 | 5.30 | $4,266.50 |
| M. Zessar (Partner) | $565.00 | 4.00 | $2,260.00 |
| K. Londo (Associate) | $515.00 | 8.10 | $4,171.50 |
| S. Wowchuk (Associate) | $345.00 | 11.10 | $3,829.50 |
| Totals | | 77.50 | $48,218.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 8/10/2010 | WESTLAW | | 271.61 |
| | | SUBTOTAL | 271.61 |
| | Total Disbursements | | $271.61 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 48,218.50 | |
| Disbursement Total | $ | 271.61 | |
| Invoice Total | $ | 48,490.11 | |



# Sonnenschein
### SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                     September 17, 2010
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020                                  **Invoice No. 1241776**

Client/Matter: 09807760-0016

THE POINT                                           Payment Due Upon Receipt
Lehman Business Contact:  Michael Lascher

**Total This Invoice**                    $        10,857.00

#### Please return this page with your payment

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

#### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels  Chicago  Dallas  Kansas City  Los Angeles  New York  Phoenix*
*San Francisco  Silicon Valley  St. Louis  Short Hills, N.J.  Washington, D.C.  Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

September 17, 2010

**Invoice No. 1241776**

Client/Matter:  09807760-0016

THE POINT

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 08/18/10 | L. White | 0.50 | P300 | Telephone conference with Sam Gleeson regarding default letters, pre-negotiation agreement and reservation of rights agreement (.5). |
| 08/19/10 | L. White | 1.50 | P300 | Review SASCO documentation regarding servicing (.5); review default notice, pre-negotiation agreement and forbearance agreement outline all from TriMont (.5); review loan documents in light of the same (.5). |
| 08/20/10 | L. White | 3.50 | P300 | Various telephone conferences with Sam Gleeson regarding default notice, prenegotiation agreement and forbearance outline (.5); review and mark up default notice (.5) and review and compare Lifestyle prenegotiation agreement with draft prenegotiation agreement presented by TriMont since many of the same parties will be signing (1.5); review latest drafts of the management agreement and SNDA (.3) and telephone conference with Mark Daliere regarding management agreement and SNDA (.2); telephone conference with Michael Lascher regarding default notice, prenegotiation agreement, forbearance and ongoing management (.5). |
| 08/20/10 | M. Daliere | 0.30 | P300 | Review issues regarding subordination, non-disturbance, and attornment agreement (.3). |
| 08/20/10 | R. Fernandez | 1.30 | P300 | Conference with C. Click regarding Prenegotiation Agreement for the Pointe (.3); review same (.7); review provisions in Lifestyle Settlement Agreement relating to the Pointe at Saranac Lake and implications of same (.3). |

THE POINT

September 17, 2010

Matter: 09807760-0016
Invoice No.: 1241776

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 08/23/10 | L. White | 2.00 | P300 | Telephone conference with Michael Lascher and Sam Gleeson regarding pre-negotiation agreement and default notice (.5); Revise default letter (1.0); Draft Lehman version of pre-negotiation agreement (.5). |
| 08/24/10 | L. White | 5.00 | P300 | Revise default letter (1.5); draft pre-negotiation agreement and review loan documents in connection therewith (3.0); correspondence with TriMont regarding default letter and pre-negotiation agreement (.2); correspondence with Sam Gleeson regarding amounts outstanding and due under loan (.3). |
| 08/25/10 | L. White | 1.20 | P300 | Revise pre-negotiation agreement (.7); correspondence with Joelle Halperin regarding same and regarding SASCO issues (.5). |
| 08/30/10 | L. White | 0.50 | P300 | Correspondence with Nancy Wilson regarding default/acceleration letter (.2); telephone conference with Joelle Halperin regarding pre-negotiation letter and SASCO issues (.3). |
| 08/31/10 | L. White | 0.30 | P300 | Telephone conference with Nancy Wilson regarding default notice and prenegotiation agreement (.3). |

**Total Hours**        16.10

**Fee Amount**        $10,857.00

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| L. White (Partner) | $685.00 | 14.50 | $9,932.50 |
| M. Daliere (Partner) | $655.00 | 0.30 | $196.50 |
| R. Fernandez (Partner) | $560.00 | 1.30 | $728.00 |
| Totals | | 16.10 | $10,857.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 10,857.00 | |
| Invoice Total | $ | 10,857.00 | |

3



SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                                    September 17, 2010
1271 SIXTH AVENUE
39TH FLOOR                                                         **Invoice No. 1241777**
NEW YORK, NY 10020

Client/Matter: 09807760-0022

LONE MOUNTAIN RANCH, BIG SKY, MT                          Payment Due Upon Receipt
Lehman Business Contact:  Michael Lascher

---

**Total This Invoice**                                    $        11,782.00

---

### Please return this page with your payment

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix
San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
39TH FLOOR
NEW YORK, NY 10020

September 17, 2010

Invoice No. 1241777

Client/Matter:  09807760-0022

LONE MOUNTAIN RANCH, BIG SKY, MT

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 08/02/10 | R. Fernandez | 2.50 | P300 | Conversation with E. Dziadul, L. Martin, L. White and C. Click regarding open issues relating to Management Agreement, Settlement Agreement, Covenant Not to Sue and Release Agreement (.7); conversation with M. Cocci regarding Management Agreement (.8); conference call with Borrower and Borrower's counsel regarding Settlement Agreement and Management Agreement (1.0) |
| 08/02/10 | L. White | 0.70 | P300 | Conference call with Ed Dziadul, Clyde Click, Laurinda Martins, Bob Fernandez regarding strategy to get deal over finish line (.5); follow-up with Michael Lascher (.2). |
| 08/03/10 | R. Fernandez | 2.50 | P300 | Revise Settlement Agreement to incorporate comments (2.5). |
| 08/04/10 | R. Fernandez | 3.70 | P300 | Conference call with J. Hutton regarding Management Agreement, License transfers and permit transfers (1.5); revise Management Agreement (1.2); prepare memo regarding foreclosure procedures (1.0) |

LONE MOUNTAIN RANCH, BIG SKY, MT

September 17, 2010

Matter: 09807760-0022
Invoice No.: 1241777

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 08/04/10 | L. White | 1.80 | P300 | Telephone conference with Bob Fernandez regarding status and strategy to close deed-in-lieu or alternate means of obtaining title to property and regarding property issues with intent to move transaction forward (.4); review reps and warranties in settlement agreement focusing on ways to accommodate Borrower's need to minimize reps/warranties and review bad-boy guaranties to determine if same can be used to force closing of deed-in-lieu (.4); conference with Bob Fernandez regarding reps and warranties and bad boy guaranties (.4); conference call with Bob Fernandez and Clyde Click regarding same and regarding possible restructure scenarios (.6). |
| 08/06/10 | L. White | 0.50 | P300 | Telephone conference with Bob Fernandez regarding strategy for negotiations of covenant-not-to-sue and settlement agreement and pairing back of reps (.2); correspondence with Laurinda Martins regarding same (.3). |
| 08/09/10 | R. Fernandez | 2.00 | P300 | Conference calls with L. Martins, C. Click, E. Dziadul and L. White regarding Management Agreement and Settlement Agreement (1.0); revise and circulate Management Agreement to Lehman (1.0). |
| 08/09/10 | L. White | 0.50 | P300 | Conference call with Bob Fernandez, Clyde Click, Laurinda Martins regarding treatment of warranties under settlement agreement and impact on covenant not to sue (.5). |
| 08/10/10 | L. White | 0.80 | P300 | Conferences with Bob Fernandez regarding settlement agreement and open issues (.8). |
| 08/10/10 | R. Fernandez | 3.00 | P300 | Revise Settlement Agreement (3.0). |
| 08/12/10 | L. White | 0.50 | P300 | Review revised Settlement Agreement (.5). |
| 08/13/10 | L. White | 0.80 | P300 | Review revised Settlement Agreement (.8). |
| 08/18/10 | L. White | 0.40 | P300 | Conference with Bob Fernandez regarding Settlement Agreement (.2); review Brian North's comments to Settlement Agreement (.2). |

**Total Hours**          19.70

**Fee Amount**                                                                      $11,782.00

LONE MOUNTAIN RANCH, BIG SKY, MT

September 17, 2010

Matter: 09807760-0022
Invoice No.: 1241777

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White | $685.00 | 6.00 | $4,110.00 |
| R. Fernandez | $560.00 | 13.70 | $7,672.00 |
| **Totals** | | **19.70** | **$11,782.00** |

| | | |
|---|---|---|
| **Fee Total** | $ | 11,782.00 |
| **Invoice Total** | $ | 11,782.00 |



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN                                          September 17, 2010
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020                                      **Invoice No. 1241778**

Client/Matter: 09807760-0023

BRISTOL BAY LODGE, DILLINGHAM (ALASKA)          Payment Due Upon Receipt
Lehman Business Contact:  Michael Lascher

**Total This Invoice**                          $      **18,496.50**

**Please return this page with your payment**

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN                                                September 17, 2010
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR                          **Invoice No. 1241778**
NEW YORK, NY 10020

Client/Matter:  09807760-0023

BRISTOL BAY LODGE, DILLINGHAM (ALASKA)

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/02/10 | L. White | 0.70 | P300 | A106 | Conference call with Ed Dziadul, Clyde Click, Laurinda Martins, Bob Fernandez regarding strategy to get deal over finish line (.5); follow-up with Michael Lascher (.2). |
| 08/02/10 | R. Fernandez | 2.50 | P300 | A108 | Conversation with E. Dziadul, L. Martin, L. White and C. Click regarding open issues relating to Management Agreement, Settlement Agreement, Covenant Not to Sue and Release Agreement (.7); conversation with M. Cocci regarding Management Agreement (.8); conference call with Borrower and Borrower's counsel regarding Settlement Agreement and Management Agreement (1.0). |
| 08/02/10 | C. Lee | 0.70 | P300 | A106 | Telephone conference call with E. Dziadul, L. Martins and C. Click regarding Lifestyle settlement agreement, status of Management Agreement and closing strategy (0.5); review and revise Management Agreement to incorporate comments from L. Martins (0.2). |
| 08/02/10 | M. Cocci | 0.70 | P300 | A105 | Review and respond to e-mails from R. Fernandez regarding status call (0.2); review and respond to e-mails from C. Lee regarding revisions to Management Agreement (0.2); telephone conference with R. Fernandez regarding status items (0.3). |

**BRISTOL BAY LODGE, DILLINGHAM (ALASKA)**

September 17, 2010

Matter: 09807760-0023
Invoice No.: 1241778

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/04/10 | L. White | 1.80 | P300 | A105 | Telephone conference with Bob Fernandez regarding status and strategy to close deed-in-lieu or alternate means of obtaining title to property and property issues with intent to move transaction forward (.4); review reps and warranties in settlement agreement focusing on ways to accommodate Borrower's need to minimize reps/warranties and review bad-boy guaranties to determine if same can be used to force closing of deed-in-lieu (.4); conference with Bob Fernandez regarding reps and warranties and bad boy guaranties (.4); conference call with Bob Fernandez and Clyde Click regarding same and regarding possible restructure scenarios(.6). |
| 08/04/10 | R. Fernandez | 4.10 | P300 | A108 | Conference call with J. Hutton regarding Management Agreement, License transfers and permit transfers (1.5); revise Management Agreement and Aircraft Lease (1.5); telephone conversations with B. Kraft e: same (.3); prepare memo regarding Alaska foreclosure procedures (.8). |
| 08/09/10 | L. White | 0.50 | P300 | A106 | Conference call with Bob Fernandez, Clyde Click, Laurinda Martins regarding treatment of warranties under settlement agreement and impact on covenant not to sue (.5). |
| 08/09/10 | R. Fernandez | 1.00 | P300 | A106 | Conference calls with L. Martins, C. Click, E. Dziadul and L. White regarding Management Agreement, Aircraft Lease and Settlement Agreement (1.0). |
| 08/10/10 | R. Fernandez | 3.10 | P300 | A107 | Conference with Alaska counsel regarding Dry Lease Agreement and Management Agreement (.5); conference with M. Cocci regarding same (.6); conference with C. Click regarding Settlement Agreement (.8); conference with L. White regarding same (.8); revise Dry Lease Agreement (.4). |

3

BRISTOL BAY LODGE, DILLINGHAM (ALASKA)

September 17, 2010

Matter: 09807760-0023
Invoice No.: 1241778

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/10/10 | L. White | 0.80 | P300 | A105 | Conferences with Bob Fernandez regarding settlement agreement and open issues (.8). |
| 08/10/10 | M. Cocci | 1.10 | P300 | A108 | Telephone conference with R. Fernandez regarding status of negotiations (0.2); review e-mails from E. Dziadul and J. Hutton regarding open issues (0.3); review and revise response to client team regarding same (0.3); review and respond to e-mail from R. Fernandez regarding Management Agreement comments and Aircraft Dry Lease comments (0.3). |
| 08/10/10 | C. Lee | 0.90 | P300 | A108 | Analyze and respond to e-mail correspondences from J. Hutton, B. North and E. Dziadul regarding comments to Management Agreement (.9). |
| 08/11/10 | C. Lee | 0.80 | P300 | A104 | Review, analyze and revise Management Agreement to incorporate comments from discussions between parties (0.2); review, analyze and revise Aircraft Dry Lease to incorporate comments from discussions with local counsel (0.6). |
| 08/12/10 | L. White | 0.50 | P300 | A104 | Review revised Settlement Agreement (.5). |
| 08/13/10 | L. White | 0.80 | P300 | A104 | Review revised Settlement Agreement (.8). |
| 08/13/10 | C. Lee | 1.00 | P300 | A108 | Review, analyze and work on issues regarding Management Agreement and Aircraft Dry Lease (0.3); review and revise Management Agreement to incorporate comments and revisions from E. Dziadul and B. North (0.7). |
| 08/13/10 | M. Cocci | 0.60 | P300 | A106 | Review and respond to e-mails from E. Dziadul regarding revisions to Management Agreement (0.3); review revisions to Management Agreement (0.3). |
| 08/18/10 | L. White | 0.70 | P300 | A105 | Conference with Bob Fernandez regarding Settlement Agreement (.2); review Brian North's comments to Settlement Agreement (.2); telephone conference with Bob Fernandez regarding aircraft lease issues (.3). |

BRISTOL BAY LODGE, DILLINGHAM (ALASKA)

September 17, 2010

Matter: 09807760-0023
Invoice No.: 1241778

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/18/10 | R. Fernandez | 4.00 | P300 | A104 | Review Borrower's comments to Air Craft Lease and Management Agreement (.7); conference with Laurinda Martins regarding same (1.0); conference with B. Kraft regarding same (1.0); conference with W. Burlingund regarding aircraft issues (1.0); conference with L. White regarding same (.3). |
| 08/19/10 | R. Fernandez | 1.30 | P300 | A103 | Revise Aircraft lease (1.3). |
| 08/20/10 | R. Fernandez | 1.20 | P300 | A103 | Conference with B. Kraft regarding recommended local counsel revisions to Management Agreement (1.2). |
| 08/30/10 | R. Fernandez | 0.90 | P300 | A106 | Conference with L. Martin regarding Aircraft Lease Agreement and regarding Management Agreement (.7); telephone conversation with B. North to discuss and negotiate same (.2). |
| 08/31/10 | L. White | 0.50 | P300 | A105 | Telephone conference with Bob Fernandez regarding aircraft management agreement negotiation and closing (.3); correspondence with Michael Lascher regarding strategy/negotiations (.2). |
| 08/31/10 | R. Fernandez | 2.40 | P300 | A108 | Negotiate Aircraft Lease with B. North (1.0); review Aircraft Management Agreement provided by B. North (.7); conference with local counsel regarding aircraft issues (.4); multiple emails with L. Martins regarding same (.3). |

**Total Hours**                    32.60

**Fee Amount**                                                                          $18,496.50

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| L. White | $685.00 | 6.30 | $4,315.50 |
| M. Cocci | $665.00 | 2.40 | $1,596.00 |
| R. Fernandez | $560.00 | 20.50 | $11,480.00 |
| C. Lee | $325.00 | 3.40 | $1,105.00 |

5

BRISTOL BAY LODGE, DILLINGHAM (ALASKA)

September 17, 2010

Matter: 09807760-0023
Invoice No.: 1241778

| | | |
|---|---|---|
| **Totals** | 32.60 | $18,496.50 |
| **Fee Total** | $    18,496.50 | |
| **Invoice Total** | $    18,496.50 | |



SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                        September 17, 2010
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020                                   **Invoice No. 1241779**

Client/Matter: 09807760-0028

SUPER 8 VEGAS                                          Payment Due Upon Receipt
Lehman Business Contact:  Ed Dziadul / Guicho Pons

**Total This Invoice**                          $       **1,259.00**

### Please return this page with your payment

<table>
<tr><td><strong>In the case of mail deliveries to:</strong></td><td></td><td><strong>In the case of overnight deliveries to:</strong></td></tr>
<tr><td>Sonnenschein Nath & Rosenthal LLP</td><td></td><td>Sonnenschein Nath & Rosenthal LLP</td></tr>
<tr><td>Dept. 3078</td><td>OR</td><td>Attention: Accounting</td></tr>
<tr><td>Carol Stream, IL 60132-3078</td><td></td><td>233 South Wacker Drive</td></tr>
<tr><td></td><td></td><td>Chicago, IL  60606-6404</td></tr>
</table>

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

September 17, 2010

**Invoice No. 1241779**

Client/Matter:  09807760-0028

SUPER 8 VEGAS

For Professional Services Rendered through August 31, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 08/02/10 | C. Lee | 0.60 | P300 | Review and analyze final revised draft of Franchise Agreement (0.4); draft e-mail correspondence to M. Pons regarding revised draft and remaining issues (0.2). |
| 08/03/10 | M. Cocci | 0.30 | P300 | Review and respond to e-mail from G. Pons regarding revisions to Franchise Agreement (0.3). |
| 08/11/10 | M. Cocci | 0.90 | P300 | Telephone conference with A. Smith regarding open issues in franchise agreement (0.3); draft follow-up e-mail to J. Nastasi and G. Pons regarding same (0.2); draft proposed revisions to franchise agreement funding representation (0.4). |
| 08/12/10 | M. Cocci | 0.40 | P300 | Review e-mails from G. Pons and J. Nastasi on revisions to franchise agreement (0.2); draft e-mail to A. Smith with proposed revisions (0.2). |

| **Total Hours** | **2.20** |
|---|---|

| **Fee Amount** | **$1,259.00** |
|---|---|

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Cocci (Partner) | $665.00 | 1.60 | $1,064.00 |
| C. Lee (Associate) | $325.00 | 0.60 | $195.00 |
| **Totals** | | **2.20** | **$1,259.00** |

2

SUPER 8 VEGAS

September 17, 2010

Matter: 09807760-0028
Invoice No.: 1241779

| | | |
|---|---|---|
| **Fee Total** | $ | 1,259.00 |
| **Invoice Total** | $ | 1,259.00 |



## Sonnenschein
### SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                      September 17, 2010
1271 SIXTH AVENUE
38TH FLOOR                                          **Invoice No. 1241780**
NEW YORK, NY 10020

Client/Matter: 09807760-0020

GENERAL                                             Payment Due Upon Receipt
Lehman Business Contact:  Joelle Halperin

---

**Total This Invoice**                          $          479.50

---

### Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

---

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix
San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

September 17, 2010

Invoice No. 1241780

Client/Matter:  09807760-0020

GENERAL

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 08/02/10 | L. White | 0.70 | B100 | Review revised retention application (.5) and telephone conference with Linda Bechutsky regarding same (.2). |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **0.70** | | |
| **Fee Amount** | | | | $479.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| L. White (Partner) | $685.00 | 0.70 | $479.50 |
| **Totals** | | 0.70 | $479.50 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 479.50 | |
| Invoice Total | $ | 479.50 | |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                    September 17, 2010
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020                                **Invoice No. 1241781**

Client/Matter: 09807760-0029

BOND BUILDING, D.C.                               Payment Due Upon Receipt
Lehman Business Contact:  Ed Siddons

**Total This Invoice**                    $        **4,692.00**

### Please return this page with your payment

| **In the case of mail deliveries to:** | | **In the case of overnight deliveries to:** |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels  Chicago  Dallas  Kansas City  Los Angeles  New York  Phoenix*
*San Francisco  Silicon Valley  St. Louis  Short Hills, N.J.  Washington, D.C.  Zurich*



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

September 17, 2010

Invoice No. 1241781

Client/Matter:  09807760-0029

BOND BUILDING, D.C.

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 08/02/10 | J. Colagiovanni | 2.00 | P300 | Conferences and communications with E. Siddons and C. Schoer regarding finalization of contract for facade repairs to Bond Building (.7); revise and edit contract (1.3). |
| 08/03/10 | J. Colagiovanni | 1.00 | P300 | Revise and edit contract for facade repairs at Bond Building (.5); review related documents and correspondence (.1); prepare memo to contractor regarding same (.3); related communications with E. Siddons and C. Schoer (.1). |
| 08/09/10 | J. Colagiovanni | 1.00 | P300 | Review comments from Atlantic (contractor) regarding facade repair contract (.4); outline issues with same (.2); revise and edit contract provisions (.4). |
| 08/10/10 | J. Colagiovanni | 0.50 | P300 | Communications with D. Jackowitz and C. Schoer regarding revisions to facade repair contract prepared by Atlantic (.2); revise and edit contract (.3). |
| 08/12/10 | J. Colagiovanni | 0.50 | P300 | Conferences with D. Zackowitz and C. Schoer regarding revisions to facade repair contract (.2); revise and edit contract (.3). |
| 08/17/10 | J. Colagiovanni | 1.00 | P300 | Revise and edit contract for facade repairs (.5); review related correspondence from R. Lyon (contractor) (.2); related communications with R. Cowajee, C. Schoer and E. Siddons (.3). |
| 08/18/10 | J. Colagiovanni | 0.80 | P300 | Revise and edit contract for facade repairs at Bond Building (.5); related conferences and communications with R. Lyons (Atlantic Co. - contractor), E. Siddons and R. Cowajee (.3). |

**Total Hours**                    **6.80**

BOND BUILDING, D.C.

September 17, 2010

Matter: 09807760-0029
Invoice No.: 1241781

**Fee Amount**                                                    $4,692.00

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Colagiovanni (Partner) | $690.00 | 6.80 | $4,692.00 |
| **Totals** | | 6.80 | $4,692.00 |

| | | | |
|---|---|---|---|
| **Fee Total** | $ | 4,692.00 | |
| **Invoice Total** | $ | 4,692.00 | |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                       September 17, 2010
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020                                   **Invoice No. 1241782**

Client/Matter: 09807760-0013

MANAGEMENT AGREEMENTS - STRATHALLAN, ROCHESTER    Payment Due Upon Receipt
Lehman Business Contact: Ed Dziadul

**Total This Invoice**                    $        **3,633.00**

### Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number - All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN                                                    September 17, 2010
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE                                          **Invoice No. 1241782**
38TH FLOOR
NEW YORK, NY 10020

Client/Matter:  09807760-0013

MANAGEMENT AGREEMENTS - STRATHALLAN, ROCHESTER

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 08/10/10 | C. Lee | 0.30 | P300 | Review and analyze Funding Agreement (.3). |
| 08/11/10 | C. Lee | 0.70 | P300 | Review various e-mail correspondences (.2) and prepare list of agreements to be executed to transition management to Sage (.5). |
| 08/17/10 | C. Lee | 0.50 | P300 | Analyze and work on issues regarding Interim Management Agreement, Permanent Management Agreement and Funding Agreement (.5). |
| 08/18/10 | C. Lee | 0.70 | P300 | Review and analyze Funding Agreement, Interim Management Agreement, Permanent Management Agreement (.5) and various e-mail correspondences to prepare for telephone conference call regarding the same (.2). |
| 08/19/10 | C. Lee | 3.30 | P300 | Telephone conference call with J. Kapit, R. Veal, and P. Mace regarding transition of management to Sage, Funding Agreement and Interim and Permanent Management Agreements (.6); Review, analyze and work on issues discussed during telephone conference call (.7); Review, analyze and revise Interim and Permanent Management Agreements to incorporate comments from telephone conference call (2.0). |
| 08/20/10 | C. Lee | 1.60 | P300 | Draft e-mail correspondence to J. Kapit regarding revisions to Interim and Permanent Management Agreements (.4); review, analyze and work on revisions to Interim and Permanent Management Agreements (1.2). |

MANAGEMENT AGREEMENTS - STRATHALLAN, ROCHESTER

September 17, 2010

Matter: 09807760-0013
Invoice No.: 1241782

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 08/20/10 | M. Cocci | 1.30 | P300 | Telephone conference with C. Lee regarding J. Kapit conference call and revisions to agreement (.3); review and comment on revisions to Interim and Permanent Management Agreements (1.0). |
| 08/23/10 | M. Cocci | 0.40 | P300 | Review and comment on revisions to interim and permanent management agreement (.4). |
| 08/23/10 | C. Lee | 0.60 | P300 | Review, analyze and revise Interim and Permanent Management Agreements to incorporate comments and revisions from M. Cocci (.6). |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **9.40** | | |
| **Fee Amount** | | | | **$3,633.00** |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Cocci (Partner) | $665.00 | 1.70 | $1,130.50 |
| C. Lee (Associate) | $325.00 | 7.70 | $2,502.50 |
| **Totals** | | 9.40 | $3,633.00 |

| | | | |
|---|---|---|---|
| **Fee Total** | $ | 3,633.00 | |
| **Invoice Total** | $ | 3,633.00 | |

3



SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                                    September 17, 2010
1271 SIXTH AVENUE
39TH FLOOR                                                       **Invoice No. 1241800**
NEW YORK, NY 10020

Client/Matter: 09807760-0012

RANCHO COVE                                                      Payment Due Upon Receipt
Lehman Business Contact:  Michael Lascher

---

**Total This Invoice**                              $          10,831.50

### Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | | Sonnenschein Nath & Rosenthal LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

### Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

---

*Please reference invoice number – All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730*

Questions relating to this invoice should be directed to L. White at (312) 876-8000

*Brussels   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   Zurich*


**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6404

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
39TH FLOOR
NEW YORK, NY 10020

September 17, 2010

**Invoice No. 1241800**

Client/Matter:  09807760-0012

RANCHO COVE

---

**For Professional Services Rendered through August 31, 2010:**

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/02/10 | R. Goetz | 0.70 | P300 | | Revise settlement agreement and transfer documents (.7). |
| 08/05/10 | R. Goetz | 0.50 | P300 | | Review surveyor comments (.4); e-mail correspondence with J. Bealle re same (.1). |
| 08/06/10 | R. Goetz | 0.30 | P300 | | Conferences with L. White regarding open title issues (.3). |
| 08/06/10 | L. White | 0.50 | P300 | | Review closing documentation (.4) and email correspondence with Rachel Goetz regarding same (.1). |
| 08/09/10 | R. Goetz | 0.30 | P300 | | Email correspondence to J. Bealle regarding survey revisions (.3). |
| 08/10/10 | R. Goetz | 0.90 | P300 | | Conferences with L. White regarding transfer taxes, document execution and organizational documents (.4); email correspondence to D. Carter regarding organizational deliveries (.2); email correspondence to J. Bealle regarding open issues on survey, title and documents (.3). |
| 08/10/10 | L. White | 0.80 | P300 | | Emails and telephone conferences with Rachel Goetz and Michael Lascher regarding title insurance coverage, closing documents, survey issuance and closing itself (.8). |
| 08/16/10 | L. White | 0.30 | P300 | | Telephone conference with Michael Lascher regarding amount of title insurance to purchase for deed in lieu (.2) and follow-up correspondence with Rachel Goetz (.1). |
| 08/16/10 | R. Goetz | 0.10 | P300 | | Conference with L. White regarding title premium/proforma (.1). |

2

RANCHO COVE

September 17, 2010

Matter: 09807760-0012
Invoice No.: 1241800

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/17/10 | R. Goetz | 0.70 | P300 | | Teleconference with D. Fancher regarding survey and title (.1); review of revised survey (.4); teleconference with surveyor regarding survey deliveries (.2). |
| 08/18/10 | R. Goetz | 0.50 | P300 | | Email D. Wilcomes regarding revisions to title proforma and endorsments (.3); teleconference with D. Fancher regarding same (.2). |
| 08/18/10 | L. White | 0.30 | P300 | | Correspondence with Rachel Goetz regarding closing (.3). |
| 08/19/10 | R. Goetz | 2.50 | P300 | | Correspondence to D. Carter (.2); review organizational documents/certificates/resolutions (1.3); correspondence with D. Wilcomes regarding title premium and title proforma and endorsements (.4); correspondence with D. Fancher regarding title premiums (.2); teleconference with D. Fancher regarding title premiums (.2); correspondence to J. Bealle regarding survey (.2). |
| 08/20/10 | R. Goetz | 1.10 | P300 | | Conference with L. White regarding title/settlement documents (.3); correspondence with D. Carter regarding organizational documents (.3); review of organizational documents (.5). |
| 08/20/10 | L. White | 0.50 | P300 | | Email correspondence with Rachel Goetz regarding value of property and title insurance amount to be purchased; (.3); telephone conference with Michael Lascher regarding closing (.2). |
| 08/23/10 | R. Goetz | 0.50 | P300 | | Email correspondence regarding closing documents to D. Fancher (.2); email correspondence regarding closing documents to B. Edwards (.3). |
| 08/24/10 | R. Goetz | 1.50 | P300 | | Email correspondence with C. Nelson (Borrower's counsel) regarding execution documents (.6); email correspondence with B. Kaufman regarding execution documents (.4); teleconference with B. Edwards regarding closing (.3); conference with L. White regarding closing (.2). |

3

RANCHO COVE

September 17, 2010

Matter: 09807760-0012
Invoice No.: 1241800

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 08/25/10 | R. Goetz | 0.90 | P300 | | Email correspondence with D. Wilcomes regarding title premiums and title proforma (.4); email correspondence with D. Fancher regarding title (.2); email correspondence to J. Levitt regarding executed documents (.3). |
| 08/25/10 | L. White | 0.50 | P300 | | Review final documentation (.5). |
| 08/26/10 | L. White | 1.00 | P300 | | Review closing documents (.7); conference with Rachel Goetz regarding closing (.3). |
| 08/26/10 | R. Goetz | 0.50 | P300 | | Conference with L. White regarding settlement documentation and closing (.2); teleconference with B. Kaufman regarding execution documentation (.3). |
| 08/27/10 | R. Goetz | 0.50 | P300 | | Email J. Bealle regarding closing (.2); conference with D. Wilcomes regarding transfer tax affidavit and title charges (.3). |
| 08/27/10 | L. White | 0.30 | P300 | | Telephone conference with Rachel Goetz regarding closing (.3). |
| 08/30/10 | R. Goetz | 0.70 | P300 | | Email correspondence with J. Bealle (.3); email correspondence with D. Wilcomes (title company) re closing (.4). |
| 08/31/10 | R. Goetz | 1.90 | P300 | | Teleconference and email correspondence with D. Wilcomes regarding closing (.6); teleconference with J. Leavitt regarding closing documents (.3); email correspondence with J. Leavitt regarding closing documents (.4); teleconference with J. Bealle regarding closing (.3); conference with L. White regarding closing (.2); teleconference with B. Kaufman regarding closing (.1). |
| 08/31/10 | L. White | 0.60 | P300 | | Telephone conference with Rachel Goetz regarding closing (.2); email correspondence with Julie Levitt regarding same (.2); correspondence with Lehman regarding execution of documents (.2). |

**Total Hours**                                    **18.90**

**Fee Amount**                                                      **$10,831.50**

RANCHO COVE

September 17, 2010

Matter: 09807760-0012
Invoice No.: 1241800

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White (Partner) | $685.00 | 4.80 | $3,288.00 |
| R. Goetz (Associate) | $535.00 | <u>14.10</u> | <u>$7,543.50</u> |
| **Totals** | | 18.90 | $10,831.50 |
| **Fee Total** | $ | 10,831.50 | |
| **Invoice Total** | $ | 10,831.50 | |

# SNR DENTON ⅃

SNR Denton US LLP                                    snrdenton.com
1221 Avenue of the Americas, 25th
Floor
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS                          October 12, 2010
NEW YORK, NEW YORK, NY 10020

**Invoice No. 1247140**

Client/Matter: 21416248-0851

301 HOWARD                                           Payment Due Upon Receipt

---

Lehman Contact:  Thomas Buffa

Total This Invoice                          $          27,059.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
| --- | --- | --- |
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

# SNR DENTON ⅃

SNR Denton US LLP                    snrdenton.com
1221 Avenue of the Americas, 25th
Floor
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                    October 12, 2010
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020                    **Invoice No. 1247140**

Client/Matter:  21416248-0851

301 HOWARD

_____

For Professional Services Rendered through September 30, 2010:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Task</u> | <u>Narrative</u> |
|------|-----------|-------|------|-----------|
| 09/13/10 | M. Williams | 1.10 | P300 | Telephone conference with Messrs. Buffa and NG regarding status of executed loan documents for the Rakes corporate loan, status of securities account control agreement, UCC filing, perfected security interest in the event of borrower bankruptcy and response to borrowers "term sheet" for the workout,(1.0), office conference with S. Cerniglia regarding status of executed loan documents for Rakes(0.1). |
| 09/15/10 | M. Williams | 0.50 | P300 | Telephone conference with Mr. Buffa regarding strategy of response to CW Capital term sheet for the Rakes, 10UCP and mezz corporate loans (0.4), review intercreditor agreement regarding Lehman as a Qualified transferee (.1) |
| 09/22/10 | M. Williams | 1.00 | P300 | Telephone conference with Messrs. Buffa, NG regarding method and mechanics of calculating margin call, interpretation of loan document language (.7), discuss approach to Borrower in connection with workout negotiations (.3) |
| 09/23/10 | M. Williams | 1.00 | P400 | Review margin call letter, (.3) telephone conference with Mr. Ng regarding margin call letter,(.1) revise margin call letter to include references to first amendment, default interest and references to PNA, (.4) distribute same to Messrs. Ng and Buffa (.1), telephone conference with Mr. Buffa regarding method of delivery (.1) |
| 09/27/10 | M. Williams | 3.00 | P300 | At request of Mr. NG and Ms. Martins, initial draft of bullet point memo on steps in UCC foreclosure of the 301 Howard mezz corporate loan, the 301 Howard rakes corporate loan (2.0), and the 10UCP repurchase agreement (1.0) |
| 09/27/10 | M. Cunningham | 0.70 | B101 | Review transfer restrictions related to Rake Bonds in offering documents and pooling and servicing agreement (0.7) |

301 HOWARD

October 12, 2010

Matter: 21416248-0851
Invoice No.: 1247140

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 09/27/10 | M. Cunningham | 0.40 | B101 | Draft correspondence setting forth transfer restrictions related to Rake Bonds (0.4). |
| 09/27/10 | E. Klingenberg | 1.60 | B110 | Conference with M. Williams regarding Lehman repo enforcement (0.2); conferences with M. Cunningham regarding transfer restrictions (0.1); conferences with M. Williams (0.2); review loan/repo documents (0.8) email regarding remedies (0.3). |
| 09/28/10 | E. Klingenberg | 1.50 | B101 | Calls and conferences with M. Williams regarding UCC FC process for securities (1.5); |
| 09/28/10 | P. Mignone | 1.00 | P500 | Review summary of UCC foreclosure process (0.6); office conference with M. Williams re: same (0.4). |
| 09/28/10 | J. Grebinar | 11.50 | B101 | Review of Repo Agreement and Confirmation re: remedies upon Event of Default (2.2); review of UCC re: enforcement of security interest in Rake Bonds (1.8); conference with E. Klingenberg and litigation department re: same (1.2); prepare memo (6.4). |
| 09/28/10 | D. Wingo | 1.00 | B120 | Telephone conference with J. Grebinar regarding collateral issues and enforcement alternatives and attendant issues in connection with same (0.5); review and analyze applicable UCC and case law regarding same and follow up with Grebinar (0.5). |
| 09/28/10 | M. Williams | 2.30 | P300 | Office conference with P. Mignone regarding draft of enforcement memo,(.2), telephone conference with E. Klingenberg regarding enforcement and transfer issues on Rakes (.3), review co -lender agreement for rakes, intercreditor agreement for 301 Mezz regarding definitions of qualified transferees (.4), revise enforcement memo (1.3) and distribute same to Messrs. Buffa, Ng and Ms. Martins (.1) |
| 09/29/10 | J. Grebinar | 6.10 | B101 | Review of Repo Agreement and Confirmation re: remedies upon Event of Default (0.9); review of UCC re: enforcement of security interest in Rake Bonds (1.3); conference with E. Klingenberg and litigation department re: same (1.1); prepare memo (2.8). |

3

301 HOWARD

October 12, 2010

Matter: 21416248-0851
Invoice No.: 1247140

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 09/29/10 | M. Williams | 3.00 | P300 | Office conference with E. Klingenberg regarding enforcement of UCC 9 security interest in article 8 securities(.3), telephone conference with Ms. Martins, Messrs. Buffa, Ng, Gupta, Siddons regarding foreclosure and remedies summary, discuss next steps on rakes (1.2), review loan documents for 301 mezz, rakes and 10UCP provisions with respect to lender's rights to inspect books and records, qualified transferee requirements, and prepare summary of same and distribute (1.5) |
| 09/29/10 | E. Klingenberg | 1.10 | B101 | Emails and conferences with M. Williams and J. Grebinar regarding repo and FC process (1.1). |
| 09/30/10 | E. Klingenberg | 1.50 | B101 | Review and revise repo remedies memo (0.4); call with J. Grebinar regarding same (0.3); review emails regarding UCC process for rates (0.3); call with J. Grebinar regarding same (0.5). |
| 09/30/10 | M. Williams | 0.50 | P300 | Review TPW emails and paper files regarding signature pages, status of drafts with respect to the Rakes loan and security agreement(.4). telephone conference with Mr. Buffa regarding potential conflict issue (.1) |
| 09/30/10 | J. Grebinar | 3.90 | B101 | Revise memo (2.9); meet with M. McGrath re: UCC provisions re: foreclosure (0.5); conference with E. Klingenberg (0.5). |

| Total Hours | 42.70 | |
|-------------|-------|--|
| Fee Amount | | $27,059.00 |

301 HOWARD

October 12, 2010

Matter: 21416248-0851
Invoice No.: 1247140

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| E. Klingenberg | $900.00 | 5.70 | $5,130.00 |
| M. Williams | $815.00 | 12.40 | $10,106.00 |
| P. Mignone | $645.00 | 1.00 | $645.00 |
| D. Wingo | $655.00 | 1.00 | $655.00 |
| J. Grebinar | $470.00 | 21.50 | $10,105.00 |
| M. Cunningham | $380.00 | 1.10 | $418.00 |
| Totals | | 42.70 | $27,059.00 |

Fee Total        $    27,059.00

Invoice Total        $        27,059.00

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas, 25th Floor
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

October 12, 2010

**Invoice No. 1247134**

Client/Matter: 21416248-0814

SALE OF WYNDHAM MEZZ LOAN

Payment Due Upon Receipt

Lehman Contact:  Susanne Frey

Total This Invoice                                           $        2,037.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6404

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

# SNR DENTON ⌐

SNR Denton US LLP
1221 Avenue of the Americas, 25th Floor
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

October 12, 2010

**Invoice No. 1247134**

Client/Matter:  21416248-0814

SALE OF WYNDHAM MEZZ LOAN

For Professional Services Rendered through September 30, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 09/21/10 | M. Williams | 0.50 | P300 | Telephone conference with Ms. Frey regarding preparation of pre-negotiation agreement for corporate loan and junior participation (.2), review corporate loan agreement and participation agreement for provisions regarding lender right to inspect underlying property (.2),  draft and email summary of relevant provisions to ms. Frey (.1) |
| 09/22/10 | M. Williams | 2.00 | P400 | Draft pre-negotiation agreement for the corporate loan (1.0), draft pre-negotiation agreement for participation agreement(1.0) |
| Total Hours | | 2.50 | | |
| Fee Amount | | | | $2,037.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $815.00 | 2.50 | $2,037.50 |
| Totals | | 2.50 | $2,037.50 |

| | | |
|---|---|---|
| Fee Total | $ | 2,037.50 |
| Invoice Total | $ | 2,037.50 |

# SNR DENTON ⌐

SNR Denton US LLP                                                    snrdenton.com
1221 Avenue of the Americas, 25th
Floor
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                                    October 12, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                                  **Invoice No. 1247133**

Client/Matter: 21416248-0813

HOUSTON RENAISSANCE LOAN MODIFICATION                              Payment Due Upon Receipt

Lehman Contact:  Susanne Frey

Total This Invoice                                          $         1,059.50

Please return this page with your payment

In the case of mail deliveries to:                    In the case of overnight deliveries to:
SNR Denton US LLP                                          SNR Denton US LLP
Dept. 7247-6670                      OR                    Attention: Accounting
Philadelphia, PA 19170-6670                               233 South Wacker Drive
                                                           Chicago, IL  60606-6404

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas, 25th Floor
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

October 12, 2010

**Invoice No. 1247133**

Client/Matter:  21416248-0813

HOUSTON RENAISSANCE LOAN MODIFICATION

_____

For Professional Services Rendered through September 30, 2010:

| **Date** | **Timekeeper** | **Hours** | **Task** | **Narrative** |
|---|---|---|---|---|
| 09/22/10 | M. Williams | 1.30 | P400 | Draft pre-negotiation agreement for corporate loan (1.3) |
| Total Hours | | 1.30 | | |
| Fee Amount | | | | $1,059.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $815.00 | 1.30 | $1,059.50 |
| Totals | | 1.30 | $1,059.50 |

|  | Fee Total | $ | 1,059.50 |
|---|---|---|---|
|  | | —————————— | |
|  | Invoice Total | $ | 1,059.50 |

# SNR DENTON ⅂

SNR Denton US LLP
1221 Avenue of the Americas, 25th
Floor
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

October 12, 2010

**Invoice No. 1247132**

Client/Matter: 21416248-0807

FIVE ASSETS PORTFOLIO SALE

Payment Due Upon Receipt

Lehman Contact:  Thomas Buffa

Total This Invoice                                        $            244.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6404

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

# SNR DENTON ⌐

SNR Denton US LLP
1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

October 12, 2010

**Invoice No. 1247132**

Client/Matter: 21416248-0807

FIVE ASSETS PORTFOLIO SALE

_____

For Professional Services Rendered through September 30, 2010:

| **Date** | **Timekeeper** | **Hours** | **Task** | **Narrative** |
|---|---|---|---|---|
| 09/08/10 | M. Williams | 0.30 | P300 | Telephone conference with Mr. Buffa regarding forwarding of back up calculations of property value used in margin call calculation to borrower (0.3). |
| Total Hours | | 0.30 | | |
| Fee Amount | | | | $244.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $815.00 | 0.30 | $244.50 |
| Totals | | 0.30 | $244.50 |

| | | |
|---|---|---|
| Fee Total | $ | 244.50 |
| | | _____ |
| Invoice Total | $ | 244.50 |

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

October 19, 2010

**Invoice No. 1249355**

Client/Matter: 09807760-0011

RITZ KAPALUA

Payment Due Upon Receipt

---

Total This Invoice                                   $       46,478.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP                    snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

JOELLE HALPERIN                                          October 19, 2010
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE                                    **Invoice No. 1249355**
38TH FLOOR
NEW YORK, NY 10020

Client/Matter:  09807760-0011

RITZ KAPALUA

For Professional Services Rendered through September 30, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 09/01/10 | L. White | 2.50 | P300 | Correspondence with Barry Sullivan, Kim Macleod, Michael Lascher and TriMont regarding Bright Light Agreement execution and payment of retainer (.5); various telephone conferences with local counsel regarding foreclosure complaint and follow-up with local counsel, Brian Kaufman, Chris Nobles and Nancy Wilson at TriMont regarding amounts outstanding under Loan for inclusion in complaint (1.7); attention to PR summary and Q&A in anticipation of foreclosures and description of SASCO for Q&A.(.3). |
| 09/02/10 | L. White | 2.80 | P300 | Review revised foreclosure complaint and prepare for foreclosure (1.0), correspondence and telephone conferences with Lehman and TriMont teams and local counsel regarding foreclosure (1.0); review drafts of final PR Summary and Q&A (.5); telephone conference with Kim Macleod regarding same (.3). |
| 09/03/10 | L. White | 1.30 | P300 | Email correspondence with Kim Macleod regarding foreclosure filing and PR issues and anticipated questions from the media (1.0); correspondence with Barry Sullivan regarding foreclosure filing (.3). |
| 09/13/10 | L. White | 0.30 | P300 | Telephone conference with Michael Lascher regarding his call with Karim about the status of negotiation of the asset management agreement (.3). |

RITZ KAPALUA

October 19, 2010

Matter: 09807760-0011
Invoice No.: 1249355

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 09/15/10 | L. White | 1.00 | P300 | Review Ritz documentation to determine required notices to Ritz regarding foreclosure (.3); telephone conference with Margie Zessar regarding preparation of same (.2); telephone conference with Barry Sullivan (local counsel) regarding filing motion for summary judgment (.3) and follow-up email regarding same to Michael Lascher (.2). |
| 09/15/10 | M. Zessar | 2.20 | P300 | Confirm required notice to Ritz in connection with foreclosure proceeding (1.0); prepare draft notice to Ritz regarding foreclosure proceedings (1.0);prepare memo to Linda White regarding same (.2). |
| 09/15/10 | K. Londo | 0.30 | P300 | Review documentation relating to required foreclosure notices (.3). |
| 09/16/10 | K. Londo | 0.80 | P300 | Prepare closing checklist (.8). |
| 09/16/10 | L. White | 2.00 | P300 | Telephone conference with Margie Zessar regarding letter to Ritz regarding filing of foreclosure as required by Ritz documentation (.2); revise letter to Ritz (.5); telephone conference with Michael Lascher regarding proceeding with summary judgment and proposed call with Karim regarding asset management and property transfer (.5); email correspondence with Margie Zessar and Keith Londo regarding closing checklist for friendly takeback (.3); conference with Keith Londo regarding same (.5). |
| 09/17/10 | L. White | 3.30 | P300 | Telephone conference with Keith Londo regarding questions on preparation of closing checklist (.1); telephone conference with Margie Zessar regarding questions on preparation of Ritz closing checklist (.1); email correspondence with Megan Cocci regarding review of Gencom management agreement (.3); review Gencom Strategic Plan (1.8); review proposal from planning consultant for zoning review (.5); review proposed asset management agreement (.5). |

RITZ KAPALUA

October 19, 2010

Matter: 09807760-0011
Invoice No.: 1249355

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 09/17/10 | M. Zessar | 4.30 | P300 | Review Ritz and third-party development documents regarding action items for deed-in-lieu (3.0); prepare memo regarding same (1.3). |
| 09/17/10 | K. Londo | 4.50 | P300 | Review project documents and settlement agreement to prepare detailed closing checklist (2.0) and prepare same (2.5). |
| 09/17/10 | T. Stennes | 0.30 | P300 | Conference with M. Zessar regarding Condominium Documents (.3). |
| 09/20/10 | M. Cocci | 2.50 | P300 | Review and comment on Gencom Strategic Business Plan (.5); review 2010 Marketing Plan (.3); review and comment on Gencom proposal and form of Asset Management Agreement (.6); review and comment on Gencom proposed form of Marketing and Sales Services Agreement (.8); telephone conference with L. White regarding same (.3). |
| 09/20/10 | T. Stennes | 0.50 | P300 | Reviewing old memos and e-mails regarding condominium issues (.2); conference with M. Zessar regarding same (.3). |
| 09/20/10 | M. Zessar | 2.50 | P300 | Review Ritz and third-party development documents regarding action items for deed-in-lieu (1.0); prepare memo regarding same (1.5). |
| 09/20/10 | K. Londo | 2.80 | P300 | Prepare revisions to deed-in-lieu closing checklist (2.8). |
| 09/20/10 | L. White | 2.00 | P300 | Conference with Keith Londo regarding closing checklist (.2), review same (.2) and review checklist regarding Ritz documentation (.5); telephone conference with Meghan Cocci regarding Gencom strategic business plan and asset management documents (.7), review same (3.), and follow-up with Michael Lascher regarding same (.1). |

RITZ KAPALUA

October 19, 2010

Matter: 09807760-0011
Invoice No.: 1249355

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 09/21/10 | L. White | 1.50 | P300 | Telephone conference with Michael Lascher regarding Wednesday call with Gencom (.5); prepare (by reviewing applicable documents and notes) for call with Gencom regarding Gencom asset management role going forward (1.0). |
| 09/22/10 | L. White | 0.80 | P300 | Conference call with Michael Lascher and Lehman team and Julie Levitt and Blythe Edwards of Gencom regarding transfer of title to property and Ritz issues (.5); follow up call with Lehman team (.3). |
| 09/23/10 | L. White | 4.00 | P300 | Review and revise closing checklist / road map for transfer of title and add Ritz documentation to checklist (2.5); prepare list of modifications necessary to Ritz documentation (1.0); telephone conferences and conference with Margie Zessar regarding Ritz documents and necessary amendments (.5). |
| 09/23/10 | M. Zessar | 2.00 | P300 | Conference with Linda White regarding preliminary closing checklist (.5); review checklist and prepare memo with initial comments (1.5). |
| 09/24/10 | L. White | 1.50 | P300 | Revise checklist / roadmap for transfer of title and amendment of Ritz documents (.8); conference with Margie Zessar regarding Ritz and Condo documents and necessary amendments and regarding revising deed-in-lieu agreement (.7). |
| 09/24/10 | M. Zessar | 3.00 | P300 | Review updated closing checklist (.3); conference with Linda White regarding closing checklist and condo regime (.7); review condominium documents to assess closing requirements (2.0). |
| 09/25/10 | M. Zessar | 4.50 | P300 | Review condominium documents to assess closing requirements (1.25); prepare summary matrix (2.25); trace collateral assignment of contracts through Loan Agreement to assess what contracts need to be transferred at Closing (1.0). |

RITZ KAPALUA

October 19, 2010

Matter: 09807760-0011
Invoice No.: 1249355

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 09/27/10 | M. Zessar | 3.50 | P300 | Finalize condo summary matrix (.7); prepare memo to Linda White regarding same (.3); review draft Settlement and Deed-in-Lieu Agreement (2.50). |
| 09/27/10 | L. White | 0.50 | P300 | Review chart outlining condo documents (.5). |
| 09/28/10 | L. White | 2.00 | P300 | Review outline of condo regime (.4); telephone conference with Margie Zessar regarding same (.3); revise closing checklist to include comments from condo outline (1.3). |
| 09/28/10 | M. Zessar | 7.30 | P300 | Conference with Linda White regarding condo documents (.3); e-mail correspondence with title company regarding missing declaration documents (.3); telephone call to local counsel (.3); prepare revised draft of Settlement and Deed-in-Lieu Agreement (6.4). |
| 09/29/10 | M. Zessar | 6.00 | P300 | Prepare redraft of Settlement and Deed-in-Lieu Agreement (4.7); telephone call with B. Sullivan regarding condo-related issues and successor Developer liability under Hawaii condo act (.5); e-mail correspondence to B. Sullivan (.3); conference with Linda White regarding telephone call with B. Sullivan (.5). |
| 09/29/10 | L. White | 0.50 | P300 | Telephone conference with Margie Zessar regarding successor liability issues under Hawaii law and impact on deed in lieu (.5). |
| 09/30/10 | M. Zessar | 1.70 | P300 | Prepare redraft of Settlement and Deed-in-Lieu Agreement (1.7). |
| Total Hours | | 74.70 | | |

Fee Amount                                                                        $46,478.50

6

RITZ KAPALUA

October 19, 2010

Matter: 09807760-0011
Invoice No.: 1249355

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White - Partner | $685.00 | 26.00 | $17,810.00 |
| M. Cocci - Partner | $665.00 | 2.50 | $1,662.50 |
| M. Zessar - Partner | $600.00 | 37.00 | $22,200.00 |
| T. Stennes - Partner | $600.00 | 0.80 | $480.00 |
| K. Londo - Associate | $515.00 | 8.40 | $4,326.00 |
| Totals | | 74.70 | $46,478.50 |

Fee Total          $        46,478.50

Invoice Total        $        46,478.50

7

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

October 19, 2010

**Invoice No. 1249357**

Client/Matter: 09807760-0012

RANCHO COVE

Payment Due Upon Receipt

---

Total This Invoice                                    $        5,059.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6404

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP                    snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

JOELLE HALPERIN                                              October 19, 2010
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE                                   **Invoice No. 1249357**
38TH FLOOR
NEW YORK, NY 10020

Client/Matter:   09807760-0012

RANCHO COVE

For Professional Services Rendered through September 30, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 09/01/10 | R. Goetz | 0.60 | P300 | Email correspondence with J. Bealle regarding title costs (.2); teleconference with L. Martins regarding closing (.3); conference with L. White regarding closing (.1). |
| 09/03/10 | R. Goetz | 0.30 | P300 | Correspondence with J. Levitt at Gencom regarding closing (.3). |
| 09/07/10 | R. Goetz | 0.30 | P300 | Correspondence with D. Wilcomes at title company regarding documentary tax affidavit (.1); correspondence with J. Bealle regarding closing funds (.1); correspondence with J. Levitt regarding documentary tax affidavit (.1) |
| 09/09/10 | R. Goetz | 0.40 | P300 | Correspondence with L. Martins regarding lender signatures (.1); correspondence with D. Wilcomes regarding documentary tax affidavit (.2); correspondence with J. Levitt regarding  documentary tax affidavit (.1). |
| 09/14/10 | R. Goetz | 0.50 | P300 | Prepare documentary tax affidavit (.4); correspondence with J. Levitt regarding documentary tax affidavit (.1). |
| 09/15/10 | R. Goetz | 0.30 | P300 | Phone call with J. Levitt regarding  DeLage judgment (.3). |
| 09/16/10 | R. Goetz | 0.80 | P300 | Review of judgment documentation (.4); conference with L. White regarding judgment and settlement agreement (.2); phone calls with C. Burns regarding same (.1); correspondence with J. Levitt regarding  judgment (.1). |
| 09/16/10 | L. White | 0.50 | P300 | Review litigation filed against property (.3); telephone conference with Rachel Goetz regarding same (.2). |

2

RANCHO COVE

October 19, 2010

Matter: 09807760-0012
Invoice No.: 1249357

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 09/17/10 | L. White | 1.70 | P300 | Review loan documents and covenant not to sue to determine Borrower's obligation with respect to litigation filed against GENLB Rancho, LLC in Florida (.7); telephone conference and conference with Rachel Goetz regarding same and regarding impact on settlement agreement (.5); review revised settlement agreement incorporating reference to litigation (.5). |
| 09/17/10 | R. Goetz | 1.30 | P300 | Review indemnification and liability provisions regarding Florida judgment (.2); conference with L. White regarding same (.5); revisions to Settlement Agreement and Exhibit H to incorporate same (.5); correspondence with J. Levitt regarding revised settlement language (.1). |
| 09/21/10 | R. Goetz | 0.20 | P300 | Correspondence with J. Levitt regarding status of closing (.2). |
| 09/22/10 | L. White | 0.30 | P300 | Review final settlement agreement (.2); telephone conference with Rachel Goetz regarding closing (.1). |
| 09/28/10 | L. White | 0.20 | P300 | Email correspondence with Rachel Goetz regarding closing and closing documents (.2). |
| 09/28/10 | R. Goetz | 1.20 | P300 | Review email correspondence from B. Edwards regarding revisions to settlement documents (.2); review settlement provisions (.3); revise settlement agreement and grant deed (.4);email correspondence with B. Edwards and J. Levitt regarding revised settlement documents (.3). |
| 09/30/10 | R. Goetz | 0.10 | P300 | Email correspondence with B. Edwards regarding closing (.1). |

| Total Hours | | 8.70 | | |

Fee Amount                                                                      $5,059.50

RANCHO COVE

October 19, 2010

Matter: 09807760-0012
Invoice No.: 1249357

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White - Partner | $685.00 | 2.70 | $1,849.50 |
| R. Goetz - Associate | $535.00 | 6.00 | $3,210.00 |
| Totals | | 8.70 | $5,059.50 |

|  |  |  |
|---|---|---|
| Fee Total | $ | 5,059.50 |
| Invoice Total | $ | 5,059.50 |

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

October 19, 2010

**Invoice No. 1249359**

Client/Matter: 09807760-0013

CROWNE PLAZA MINNEAPOLIS MANAGEMENT AGREEMENT

Payment Due Upon Receipt

Total This Invoice                                         $        545.78

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6404

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP                snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

JOELLE HALPERIN                                                October 19, 2010
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE                                        **Invoice No. 1249359**
38TH FLOOR
NEW YORK, NY 10020

Client/Matter:   09807760-0013

CROWNE PLAZA MINNEAPOLIS MANAGEMENT AGREEMENT

For Professional Services Rendered through September 30, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 09/10/10 | C. Lee | 0.60 | P600 | Prepare execution copy of Minneapolis Hotel Management Agreement (.6). |
| 09/10/10 | M. Cocci | 0.20 | P300 | Review e-mails from J. Pomeranz regarding closing of Crowne Plaza Minneapolis (.1); telephone conference with C. Lee regarding preparation of final execution documents (.1). |
| 09/13/10 | C. Lee | 0.30 | P300 | Review and revise execution copy of Hotel Management Agreement to incorporate comments from J. Pomeranz (.3). |
| 09/14/10 | C. Lee | 0.10 | P300 | Review and revise Hotel Management Agreement to incorporate comments from E. Dziadul (.1). |
| 09/20/10 | C. Lee | 0.20 | P300 | Review and revise execution copy of Hotel Management Agreement to incorporate comments from J. Pomeranz and E. Dziadul (.2). |

Total Hours                          1.40

Fee Amount                                                              $523.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Cocci - Partner | $665.00 | 0.20 | $133.00 |
| C. Lee - Associate | $325.00 | 1.20 | $390.00 |
| Totals | | 1.40 | $523.00 |

2

CROWNE PLAZA MINNEAPOLIS MANAGEMENT AGREEMENT

October 19, 2010

Matter: 09807760-0013
Invoice No.: 1249359

DISBURSEMENT DETAIL

| Date | Description | | | Amount |
|------|-------------|--|--|--------|
| 7/15/2010 | Miscellaneous Hard - - CONFERENCE CALL | AMERICAN TELECONFERENCING SERVICES | | 22.78 |
| | | | SUBTOTAL | 22.78 |
| | Total Disbursements | | | $22.78 |

| | | | |
|--|--|--|--|
| Fee Total | $ | 523.00 | |
| Disbursement Total | $ | 22.78 | |
| Invoice Total | $ | 545.78 | |

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

October 19, 2010

**Invoice No. 1249360**

Client/Matter: 09807760-0016

THE POINT

Payment Due Upon Receipt

---

Total This Invoice                                    $        7,124.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

October 19, 2010

**Invoice No. 1249360**

Client/Matter:  09807760-0016

THE POINT

For Professional Services Rendered through September 30, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 09/02/10 | L. White | 2.50 | P300 | Telephone conference with Joelle Halperin regarding notice of default and pre-negotiation agreement (.5); revise pre-negotiation agreement (1.0); correspondence and telephone conferences with Nancy Wilson, Sam Gleeson and Michael Lascher regarding same and regarding calculations of amounts outstanding under loan (1.0). |
| 09/03/10 | L. White | 0.70 | P300 | Email correspondence with Lehman and TriMont regarding default letter (.3); email correspondence to Dan Gorge regarding Pre-Negotiation Agreement (.4). |
| 09/08/10 | L. White | 0.80 | P300 | Review Dan Gorge's comments to Pre-Negotiation Agreement (.4); email correspondence to Michael Lascher and Brian Kaufman regarding same (.4). |
| 09/13/10 | L. White | 1.00 | P300 | Telephone conference with Michael Lascher and Sam Gleeson regarding Pre-Negotiation Agreement (.3); revise same (.7). |
| 09/14/10 | L. White | 0.30 | P300 | Correspondence with Dan Gorge regarding prenegotiation letter (.3). |
| 09/17/10 | L. White | 1.00 | P300 | Email correspondence and telephone conference with Sam Gleeson regarding requirement of Borrower to obtain consent of operating company members to hand back keys to property (.3); review operating agreements regarding same (.7). |

2

THE POINT

October 19, 2010

Matter: 09807760-0016
Invoice No.: 1249360

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 09/20/10 | L. White | 2.00 | P300 | Review operating/partnership agreements for borrowing entities and their members to determine voting rights of members/partners up and down chain (2.0). |
| 09/21/10 | L. White | 0.30 | P300 | Telephone conference with Sam Gleeson regarding partnership/operating structure of the borrower and necessary consents for property transfers (.3). |
| 09/22/10 | L. White | 0.30 | P300 | Correspondence with Dan Gorge regarding Pre-Negotiation Agreement (.3). |
| 09/29/10 | L. White | 1.00 | P300 | Telephone conference with Jon Forstot regarding foreclosure and appointment of receiver (.5); review loan documents regarding foreclosure (.3); telephone conference with Michael Lascher regarding same (.2). |
| 09/30/10 | L. White | 0.50 | P300 | Review recourse liability of guarantors under principal's guaranty in the event of a foreclosure (.3); telephone conference with Michael Lascher regarding his conversation with Dan Gorge regarding foreclosure (.2). |

| | | | | |
|------|-----------|-------|------|-----------|
| Total Hours | | 10.40 | | |
| Fee Amount | | | | $7,124.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| L. White - Partner | $685.00 | 10.40 | $7,124.00 |
| Totals | | 10.40 | $7,124.00 |

3

THE POINT

October 19, 2010

Matter: 09807760-0016
Invoice No.: 1249360

|  |  |  |
|---|---|---|
| Fee Total | $ | 7,124.00 |
| Invoice Total | $ | 7,124.00 |

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

October 19, 2010

**Invoice No. 1249361**

Client/Matter: 09807760-0020

GENERAL

Payment Due Upon Receipt

---

Total This Invoice                                   $        2,877.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6404

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

October 19, 2010

**Invoice No. 1249361**

Client/Matter:  09807760-0020

GENERAL

For Professional Services Rendered through September 30, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 09/10/10 | L. White | 0.50 | B101 | Telephone conference with Bruce Eisen at Feinberg Rosen regarding payment of unpaid bills (.5). |
| 09/15/10 | L. White | 1.50 | B101 | Various telephone conferences with Hugh McDonald, Linda Bechutsky, Bruce Eisen and US Trustee regarding January through August billing now that we are special counsel (.7); preparation of submission materials for payment of January through August bills (.8). |
| 09/22/10 | L. White | 1.50 | B101 | Review and revise revised memo for fee committee and monthly fee statement (1.5). |
| 09/23/10 | L. White | 0.70 | B101 | Review fee committee memo and fee statement (.5); telephone conferences with Linda Bechutsky (.2). |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 4.20 | | |
| Fee Amount | | | | $2,877.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White - Partner | $685.00 | 4.20 | $2,877.00 |
| Totals | | 4.20 | $2,877.00 |

2

GENERAL

October 19, 2010

Matter: 09807760-0020
Invoice No.: 1249361

| | | |
|---|---|---|
| Fee Total | $ | 2,877.00 |
| Invoice Total | $ | 2,877.00 |

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

October 19, 2010

**Invoice No. 1249362**

Client/Matter: 09807760-0021

LIFESTYLE DEVELOPMENT, LP

Payment Due Upon Receipt

Total This Invoice                          $        24,246.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6404

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP                                    snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

JOELLE HALPERIN                                         October 19, 2010
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE                                   **Invoice No. 1249362**
38TH FLOOR
NEW YORK, NY 10020

Client/Matter:   09807760-0021

LIFESTYLE DEVELOPMENT, LP

For Professional Services Rendered through September 30, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 09/01/10 | R. Fernandez | 0.80 | P300 | Review comments to insurance provisions to Management Agreement and Aircraft Agreement (.3); conference with C. Lee regarding required revisions to the Management Agreement (.3); Email correspondence with L. Martins regarding same (.2). |
| 09/01/10 | C. Lee | 0.80 | P300 | Review and analyze comments and revisions to Management Agreement from risk manager (.3); revise Management Agreement to incorporate comments and revisions from risk manager and E. Dziadul (.5). |
| 09/02/10 | C. Lee | 0.20 | P300 | Review and revise Management Agreement to incorporate comments from local liquor counsel and local aviation counsel (.2). |
| 09/02/10 | L. White | 0.30 | P300 | Conference with Bob Fernandez regarding management agreement and regarding aircraft insurance provisions (.3). |
| 09/02/10 | R. Fernandez | 0.30 | P300 | Research Alaska Transfer Tax issues for E. Dziadul (.3). |
| 09/02/10 | R. Goetz | 1.70 | P300 | Revise assignment documents (1.7). |
| 09/03/10 | R. Goetz | 1.50 | P300 | Revisions to assignment documents (1.5). |
| 09/03/10 | R. Fernandez | 0.50 | P300 | Review revised Management Agreement (.3); conference with C. Lee regarding same (.2). |
| 09/03/10 | C. Lee | 0.10 | P300 | Review and analyze issue regarding liquor license and lease of premises (.1). |

LIFESTYLE DEVELOPMENT, LP

October 19, 2010

Matter: 09807760-0021
Invoice No.: 1249362

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 09/07/10 | R. Fernandez | 0.40 | P300 | Telephone conversation with B. Kraft regarding AK transfer tax issues (.2); emails with E. Dziadul regarding same (.2). |
| 09/10/10 | L. White | 0.30 | P300 | Conference with Bob Fernandez regarding Alaska property issues (.3). |
| 09/14/10 | L. White | 0.60 | P300 | Conference with Bob Fernandez regarding engagement of listing broker for sale of assets (.6). |
| 09/14/10 | R. Fernandez | 1.00 | P300 | Prepare memo to B. North regarding comments to Aircraft lease Agreement (1.0). |
| 09/23/10 | R. Fernandez | 0.30 | P300 | Telephone conversation with E. Dziadul regarding status of Deed in Lieu Agreement (.3). |
| 09/24/10 | L. White | 0.60 | P300 | Telephone conference with Bob Fernandez regarding transfer/property issues and obligation of Borrower to cooperate and impact on covenant not to sue (.6). |
| 09/24/10 | R. Fernandez | 2.20 | P300 | Conference call with E. Dziadul regarding Settlement Agreement and Closing issues for Lone Mountain and Bristol Bay (1.5); review revised Settlement Agreement (.7). |
| 09/27/10 | R. Fernandez | 4.00 | P300 | Conference call with J. Hutton and D. Gorge regarding outstanding Lone Mountain Ranch and Bristol Bay deliverables and regarding Closing logistics (1.5); update Closing checklist (.5); review and revise Settlement Agreement (2.0). |
| 09/27/10 | M. Cocci | 0.20 | P300 | Review and respond to e-mails from R. Fernandez regarding revisions to Management Agreement and Aircraft Dry Lease (.2). |
| 09/27/10 | C. Lee | 1.00 | P300 | Review and revise Hotel Management Agreement and Aircraft Lease (1.0). |

LIFESTYLE DEVELOPMENT, LP

October 19, 2010

Matter: 09807760-0021
Invoice No.: 1249362

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 09/27/10 | L. White | 1.70 | P300 | Conference with Bob Fernandez regarding interplay of settlement agreement and covenant not to sue and post closing cooperation clauses (.3); review same (1.4). |
| 09/28/10 | L. White | 2.50 | P300 | Review settlement agreement and covenant not to sue (2.0); conference with Bob Fernandez regarding same (.1); conference call with Bob Fernandez and Laurinda Martins regarding settlement agreement, covenant not to sue and interplay with bad-boy carveouts under existing documents (.4). |
| 09/28/10 | R. Fernandez | 2.50 | P300 | Review and revise Settlement Agreement (1.0); review and revised Aircraft Lease (1.0); conference with L. Martins regarding open issues (.4); conference with L. White regarding same (.1). |
| 09/28/10 | C. Lee | 0.90 | P300 | Review revised Management Agreement and Aircraft Lease (.5) and revise same (.4) |
| 09/29/10 | R. Brice | 0.30 | P300 | Calls to R. Fernandez regarding labor issues involved in the closing of the transaction (.3). |
| 09/29/10 | R. Fernandez | 7.10 | P300 | Review and revise Aircraft Lease (1.2); review revisions to Management Agreement (1.1); review and revise Settlement Agreement (2.8); conference with L. White regarding same (.5); conference with M. Cocci regarding Management Agreement issues (.2); emails and telephone calls with Aircraft Counsel W. Buringrud regarding aircraft issues (.3); conference with R. Marcus regarding employment and WARN Act issues (.4); telephone conversation with E. Dziadul regarding status of due diligence deliverables and settlement agreement issues (.6). |

LIFESTYLE DEVELOPMENT, LP

October 19, 2010

Matter: 09807760-0021
Invoice No.: 1249362

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 09/29/10 | L. White | 0.80 | P300 | Conference with Bob Fernandez regarding settlement agreement comments (.5); review revised settlement agreement (.3). |
| 09/30/10 | L. White | 3.50 | P300 | Various conferences and telephone conferences with Bob Fernandez, Michael Lascher, Ed Dziadul regarding foreclosure and relationship with principal guaranty for bad-boy carveouts, and next steps (2.6); review documents pertaining to the same (.6); telephone conference with Hugh McDonald regarding bankruptcy issues surrounding the same (.3). |
| 09/30/10 | R. Fernandez | 6.20 | P300 | Review Lone Mountain Loan Documents (.9); discuss Montana and Alaska foreclosure options with M. Lascher and E. Dziadul (2.6); discuss non-recourse carveout options with M. Lascher and L. Martins (.6); Review and discuss proposed revisions to Aircraft Lease with L. Martins and W. Buringrud (1.2); Review Bristol Bay Loan Documents (.9). |

Total Hours          42.30

Fee Amount                                                                    $24,246.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White - Partner | $685.00 | 10.30 | $7,055.50 |
| M. Cocci - Partner | $665.00 | 0.20 | $133.00 |
| R. Brice - Partner | $675.00 | 0.30 | $202.50 |
| R. Fernandez - Partner | $560.00 | 25.30 | $14,168.00 |
| C. Lee - Associate | $325.00 | 3.00 | $975.00 |
| R. Goetz - Associate | $535.00 | 3.20 | $1,712.00 |
| Totals | | 42.30 | $24,246.00 |

LIFESTYLE DEVELOPMENT, LP

October 19, 2010

Matter: 09807760-0021
Invoice No.: 1249362

|  |  |  |
|---|---|---|
| Fee Total | $ | 24,246.00 |
| Invoice Total | $ | 24,246.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

October 19, 2010

**Invoice No. 1249363**

Client/Matter: 09807760-0028

SUPER 8 VEGAS

Payment Due Upon Receipt

---

Total This Invoice                                    $        532.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

October 19, 2010

**Invoice No. 1249363**

Client/Matter:  09807760-0028

SUPER 8 VEGAS

For Professional Services Rendered through September 30, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 09/09/10 | M. Cocci | 0.80 | P300 | Review revised draft of Franchise Agreement and drafts of Connectivity Agreement and Common Opera Agreement (.5); e-mail comments to G. Pons and J. Nastasi (.3). |
| Total Hours | | 0.80 | | |
| Fee Amount | | | | $532.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Cocci - Partner | $665.00 | 0.80 | $532.00 |
| Totals | | 0.80 | $532.00 |

|  |  |  |
|---|---|---|
| Fee Total | $ | 532.00 |
| Invoice Total | $ | 532.00 |

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020
USA

October 19, 2010

**Invoice No. 1249365**

Client/Matter: 09807760-0030

BANKRUPTCY (POST-PETITION WORK)

Payment Due Upon Receipt

Total This Invoice                                                        $          25,155.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6404

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP                    snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

JOELLE HALPERIN                                          October 19, 2010
LEHMAN BROTHERS HOLDINGS INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020                                **Invoice No. 1249365**
USA

Client/Matter:   09807760-0030

BANKRUPTCY (POST-PETITION WORK)

For Professional Services Rendered through October 18, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 08/23/10 | S. Wowchuk | 0.30 | B101 | Call with L.White re SNR fee application (.1); call with L. Bechutsky re same (.2) |
| 08/23/10 | F. Jacobson | 1.00 | B101 | Conference with Linda White (.7); conference with S. Wowchuck re: fee application (.3). |
| 08/23/10 | L. Bechutsky | 0.60 | B101 | Review retention order (.4); correspondence with S. Wowchuk re same (.2). |
| 08/24/10 | L. Bechutsky | 0.40 | B101 | Prepare for (.2) and conference with S. Wowchuk re revisions to outstanding invoices and fee committee guidelines (.2). |
| 08/25/10 | L. Bechutsky | 2.10 | B101 | Revise outstanding invoices pursuant to fee committee guidelines (2.1). |
| 08/26/10 | L. Bechutsky | 2.90 | B101 | Revise outstanding invoices pursuant to fee committee guidelines (2.9). |
| 08/27/10 | L. Bechutsky | 2.20 | B101 | Revise outstanding invoices pursuant to fee committee guidelines (2.2). |
| 08/30/10 | L. Bechutsky | 2.80 | B101 | Revise outstanding invoices pursuant to fee committee guidelines (2.8). |
| 08/31/10 | L. Bechutsky | 0.60 | B101 | Conference with H. McDonald regarding SNR retention, invoices and Fee Committee (.6). |
| 09/01/10 | S. Wowchuk | 0.10 | B101 | Call with L. Bechutsky and M. Williams re review of invoices (.1). |

BANKRUPTCY (POST-PETITION WORK)

October 19, 2010

Matter: 09807760-0030
Invoice No.: 1249365

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 09/01/10 | H. McDonald | 0.60 | B101 | Telephone call with BE and LB regarding fee apps. and procedures (.2); telephone call with LW and MW regarding same (.2); office conference with LB regarding memo to BE regarding fees (.2). |
| 09/01/10 | L. Bechutsky | 1.00 | B160 | Prepare for Fee Committee call (.4); participate in Fee Committee call re SNR retention and unpaid invoices (.2). Call with HM and MW re same (.2); conference with HM re memo (.2). |
| 09/02/10 | L. Bechutsky | 1.70 | B160 | Draft memo regarding SNR retention and fees as per request of Fee Committee (1.7). |
| 09/03/10 | L. Bechutsky | 4.10 | B160 | Revise submitted but unpaid invoices (3.9); conference with HM re fee memo (.2). |
| 09/03/10 | H. McDonald | 0.50 | B101 | Revise memo to Fee Committee (.3); office conference with LB regarding same (.2). |
| 09/08/10 | L. Bechutsky | 3.90 | B160 | Draft memo regarding SNR retention and fees as per request of Fee Committee (3.7); conference with HM re fee memo (.2). |
| 09/08/10 | H. McDonald | 0.40 | B101 | Office conference with LB regarding Fee Committee memo (.2); revise memo (.2). |
| 09/09/10 | L. Bechutsky | 3.60 | B160 | Revise monthly statements pursuant to Fee Committee guidelines (3.6). |
| 09/10/10 | L. Bechutsky | 2.70 | B160 | Prepare for (.2) and participate in conference call with Fee Committee, LW and HMM regarding fee procedures and fee memo (.4) ; Review and revise monthly statements pursuant to Fee Committee Guidelines (2.1). |
| 09/10/10 | H. McDonald | 0.40 | B101 | Conference call with BE, LW and LB regarding fee procedures and fee memo (.4). |

BANKRUPTCY (POST-PETITION WORK)

October 19, 2010

Matter: 09807760-0030
Invoice No.: 1249365

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 09/13/10 | L. Bechutsky | 0.90 | B160 | Correspondence with M. Williams re September invoices (.2); review and revise same (.7). |
| 09/14/10 | L. Bechutsky | 0.90 | B160 | Call with LW, HMM and Bruce Eisen re SNR invoices (.5); internal email correspondence re same (.4). |
| 09/15/10 | L. Bechutsky | 5.70 | B160 | Call with Fee Committee re monthly statement submission (.7); draft Fee Statement for Jan. 2010 through Sept. 2010 as per request of Fee Committee (4.1); revise memo re same (.9). |
| 09/15/10 | H. McDonald | 0.70 | B101 | Conference call with LW, LB, AV and BE regarding fee issues (.3); office conference with LB regarding memo and fee statement (.2); emails regarding fee memo (.2). |
| 09/16/10 | L. Bechutsky | 1.00 | B160 | Continue drafting monthly fee statement for period January 2010 through September 2010 (1.0). |
| 09/20/10 | L. Bechutsky | 3.10 | B160 | Revise monthly statements from Jan 2010 through August 2010 (3.1). |
| 09/21/10 | L. Bechutsky | 4.20 | B160 | Continue drafting and finalize Monthly Fee Statement and memo (4.2). |
| 09/22/10 | L. Bechutsky | 5.10 | B160 | Continue drafting and finalize Monthly Fee Statement and memo (5.1). |
| 09/23/10 | L. Bechutsky | 3.10 | B160 | Revise Monthly Fee Statement for the period Jan 1, 2010 through August 31, 2010 and memo (3.1). |
| 09/24/10 | L. Bechutsky | 0.50 | B160 | Conferences with H. McDonald (.3) and L. White re Monthly Fee Statement (.2). |
| 09/24/10 | H. McDonald | 0.90 | B101 | Revise Fee Statement (.6); office conference with LB regarding revisions and service (.3). |
| 09/28/10 | L. Bechutsky | 0.20 | B160 | Correspondence with H. McDonald and L. White re Monthly Fee Statement (.2). |

Total Hours                                    58.20

Fee Amount                                                                    $25,155.50

BANKRUPTCY (POST-PETITION WORK)

October 19, 2010

Matter: 09807760-0030
Invoice No.: 1249365

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| F. Jacobson - Partner | $880.00 | 1.00 | $880.00 |
| H. McDonald - Partner | $805.00 | 3.50 | $2,817.50 |
| L. Bechutsky - Associate | $400.00 | 53.30 | $21,320.00 |
| S. Wowchuk - Associate | $345.00 | 0.40 | $138.00 |
| Totals | | 58.20 | $25,155.50 |

|  |  |  |
|---|---|---|
| Fee Total | $ | 25,155.50 |
| Invoice Total | $ | 25,155.50 |

# SNR DENTON ⌐

snrdenton.com

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                                    October 22, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                          **Invoice No. 1250214**

Client/Matter: 21416248-0838

SERVICING MATTERS                                          Payment Due Upon Receipt

---

Total This Invoice                                    $            1,854.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

October 22, 2010

**Invoice No. 1250214**

Client/Matter: 21416248-0838

BANKRUPTCY (POST-PETITION WORK)

For Professional Services Rendered through September 30, 2010:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 09/08/10 | R. Barkachy | 0.60 | B250 | | Conference with M. Williams re: missing allonge, acknowledgement and consent, instruction to register pledge, etc. for WTCC Austin Beta Mezz V, LP. (16248-00766) (.3); research same via TPW legacy site (.3) |
| 09/09/10 | R. Barkachy | 0.50 | B250 | | Review TPW files with J. Cammeratti (.2); confirm missing Crescent Austin Mezz B documents not in files (TPW 16248-0766) (.1); review CD binder and determine missing documents are shown as attachments to Mezzanine Pledge Agreement; conference with M. Williams re: same (.2) |
| 09/14/10 | R. Barkachy | 3.40 | B250 | | Various conferences with S. Cerniglia and M. Williams re: confirmation documents and escrow letters for TPW 16248-00816 (RAKES) (1); research files, records, TPW legacy site and RGOTO and Leigh Cortez CDs and files for email confirmations and original documents re: Rakes confirmations as directed (2.4). |
| 09/21/10 | R. Barkachy | 0.80 | B250 | | Respond to M. Williams request re: closing binder CDs for 16248-00813 and 16248-00814 (.6); obtain one CD and one unbound set of documents (.2). |

BANKRUPTCY (POST-PETITION WORK)

October 22, 2010

Matter: 21416248-0838
Invoice No.: 1250214

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 09/22/10 | R. Barkachy | 2.40 | B250 | | Conference with M. Williams re: TPW 16248-00814 and 16248-00813 replacement guaranties (.2); research files, records and former paralegal emails for executed replacement guaranties (1.7); review related documents and index (.5). |
| 09/30/10 | R. Barkachy | 0.30 | B250 | | Conference with M. Williams re: Rakes documents TPW 16248-00816 (.1); confirm project to pull all of Rebecca Gotos emails from TPW site as requested (.2) |

| | | | |
|---|---|---|---|
| Total Hours | | 8.00 | |
| Fee Amount | | | $1,840.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Barkachy | $230.00 | 8.00 | $1,840.00 |
| Totals | | 8.00 | $1,840.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 8/24/2010 | Delivery LEHMAN BROS 1271 6TH AVE NY INV. NO. 371733 | | 8.00 |
| | | SUBTOTAL | 8.00 |
| | Document reproduction | | 6.00 |
| | | SUBTOTAL | 6.00 |
| | Total Disbursements | | $14.00 |

BANKRUPTCY (POST-PETITION WORK)

October 22, 2010

Matter: 21416248-0838
Invoice No.: 1250214

| | | |
|---|---|---|
| Fee Total | $ | 1,840.00 |
| Disbursement Total | $ | 14.00 |
| Invoice Total | $ | 1,854.00 |