## EXHIBIT D

**SNR DENTON US LLP'S MONTHLY FEE STATEMENTS FOR THE
SECOND INTERIM PERIOD OF OCTOBER 1, 2010 THROUGH JANUARY 31, 2011**

10444226\V-6

# SNR DENTON ⏋

SNR Denton US LLP                                    snrdenton.com
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS                          November 5, 2010
NEW YORK, NEW YORK, NY 10020

**Invoice No. 1254337**

Client/Matter: 21416248-0851

301 HOWARD                                           Payment Due Upon Receipt

---

**Lehman Contact:  Thomas Buffa**
Total This Invoice                          $          6,494.40

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

# SNR DENTON

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020

November 5, 2010

**Invoice No. 1254337**

Client/Matter:   21416248-0851

301 HOWARD

For Professional Services Rendered through October 31, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 10/01/10 | J. Grebinar | 8.80 | B101 | Draft memo re: foreclosure on Rake Bonds and litigation recommendation (5.6); review of UCC re: same (2.3); emails with litigation re: same (.9). |
| 10/01/10 | E. Klingenberg | 0.40 | B101 | Call with J. Grebinar regarding UCC memo (.4). |
| 10/05/10 | J. Grebinar | 2.60 | B101 | Review of E. Klingenberg comments to memo re: Foreclosure on Rake Securities (.6); conference with M. Williams re: Memo on EOD under Repo Agreement and recourse against guarantor (.8); revise memos (1.2). |
| 10/05/10 | E. Klingenberg | 0.50 | B101 | Review foreclosure memo (.5). |
| 10/08/10 | M. Williams | 0.40 | P300 | Review borrower response to margin call, (.1) telephone conference with Mr. Buffa, Mr. Ng, Ms. Martins regarding response (.3) |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 12.70 | | |
| Fee Amount | | | | $6,494.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| E. Klingenberg | $900.00 | 0.90 | $810.00 |
| M. Williams | $815.00 | 0.40 | $326.00 |
| J. Grebinar | $470.00 | 11.40 | $5,358.00 |
| Totals | | 12.70 | $6,494.00 |

301 HOWARD

November 5, 2010

Matter: 21416248-0851
Invoice No.: 1254337

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Document reproduction | | 0.40 |
| | | SUBTOTAL | 0.40 |
| | Total Disbursements | | $0.40 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 6,494.00 | |
| Disbursement Total | $ | 0.40 | |
| Invoice Total | $ | 6,494.40 | |

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

November 5, 2010

**Invoice No. 1254331**

Client/Matter: 21416248-0810

SF OFFICE PORTFOLIO RESTRUCTURE

Payment Due Upon Receipt

---

**Lehman Contact:  Thomas Buffa**

Total This Invoice                                              $         1,226.80

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

November 5, 2010

**Invoice No. 1254331**

Client/Matter:  21416248-0810

SF OFFICE PORTFOLIO RESTRUCTURE

For Professional Services Rendered through October 31, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 10/03/10 | M. Williams | 1.00 | P400 | Email correspondence with Mr. Gupta regarding assignment of membership interest (.1), revise same (.8), distribute to Purchaser's counsel (.1) |
| 10/05/10 | M. Williams | 0.50 | P600 | Review purchaser notice letter, settlement statement (.1), telephone conference with Mr. Gupta regarding status of signed documents, wire transfer (.1), telephone conference with Mr. McGovern regarding same (.1), closing of purchase, distribution of executed documents((.2) |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 1.50 | | |
| Fee Amount | | | | $1,222.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| M. Williams | $815.00 | 1.50 | $1,222.50 |
| Totals | | 1.50 | $1,222.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Document reproduction | | 4.30 |
| | | SUBTOTAL | 4.30 |
| | Total Disbursements | | $4.30 |

SF OFFICE PORTFOLIO RESTRUCTURE

November 5, 2010

Matter: 21416248-0810
Invoice No.: 1254331

|  |  |  |
|---|---|---|
| Fee Total | $ | 1,222.50 |
| Disbursement Total | $ | 4.30 |
| Invoice Total | $ | 1,226.80 |

# SNR DENTON ⅂

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

November 5, 2010

**Invoice No. 1254330**

Client/Matter: 21416248-0807

FIVE ASSETS PORTFOLIO SALE

Payment Due Upon Receipt

---

**Lehman Contact: Thomas Buffa**

Total This Invoice                              $          1,059.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6404 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

November 5, 2010

**Invoice No. 1254330**

Client/Matter:  21416248-0807

FIVE ASSETS PORTFOLIO SALE

For Professional Services Rendered through October 31, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 10/18/10 | M. Williams | 0.80 | P500 | Telephone conference with Mr. Ng (.1), Revise and distribute margin call letters(.7) |
| 10/27/10 | M. Williams | 0.50 | P300 | Telephone conference with messrs. Buffa, Ng regarding calculation of release prices, margin call on remaining asset(.5) |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 1.30 | | |
| Fee Amount | | | | $1,059.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Williams | $815.00 | 1.30 | $1,059.50 |
| Totals | | 1.30 | $1,059.50 |

| | | |
|---|---|---|
| Fee Total | $ | 1,059.50 |
| Invoice Total | $ | 1,059.50 |

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

November 5, 2010

**Invoice No. 1254332**

Client/Matter: 21416248-0813

HOUSTON RENAISSANCE LOAN MODIFICATION

Payment Due Upon Receipt

---

**Lehman Contact:  Susanne Frey**

Total This Invoice                                                    $            489.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

# SNR DENTON

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

November 5, 2010

**Invoice No. 1254332**

Client/Matter:  21416248-0813

HOUSTON RENAISSANCE LOAN MODIFICATION

For Professional Services Rendered through October 31, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 10/20/10 | M. Williams | 0.30 | P500 | Review Investcorp comments to PNA(.3) |
| 10/22/10 | M. Williams | 0.30 | P500 | Telephone conference with Ms. Frey regarding PNA (.1), revise and distribute PNA (.2) |

Total Hours                                          0.60

Fee Amount                                                                              $489.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Williams | $815.00 | 0.60 | $489.00 |
| Totals |  | 0.60 | $489.00 |

Fee Total                         $       489.00

Invoice Total                     $       489.00

# SNR DENTON ⅂

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

November 5, 2010

**Invoice No. 1254333**

Client/Matter: 21416248-0814

SALE OF WYNDHAM MEZZ LOAN

Payment Due Upon Receipt

---

**Lehman Contact:  Susanne Frey**

Total This Invoice                                     $            489.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

# SNR DENTON

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

November 5, 2010

**Invoice No. 1254333**

Client/Matter:  21416248-0814

SALE OF WYNDHAM MEZZ LOAN

For Professional Services Rendered through October 31, 2010:

| **Date** | **Timekeeper** | **Hours** | **Task** | **Narrative** |
|---|---|---|---|---|
| 10/04/10 | M. Williams | 0.20 | P400 | Telephone conference with Ms. Frey, Mr. Pomeranz regarding nature of corporate loan and junior participation, general discussion of draft pre negotiation agreements. (.2) |
| 10/06/10 | M. Williams | 0.20 | P300 | Telephone conference with Ms. Frey regarding disclosure issues of loan terms to underlying mezz borrower (.2) |
| 10/07/10 | M. Williams | 0.20 | P300 | Telephone conference with Ms. Frey regarding potential meeting with Mezz borrower. (.2) |

| Total Hours | | 0.60 | | |
|---|---|---|---|---|
| Fee Amount | | | | $489.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $815.00 | 0.60 | $489.00 |
| Totals | | 0.60 | $489.00 |

| Fee Total | $ | 489.00 |
|---|---|---|
| Invoice Total | $ | 489.00 |

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

November 5, 2010

**Invoice No. 1254334**

Client/Matter: 21416248-0817

ALMADEN LOAN SALE

Payment Due Upon Receipt

Lehman  Contact:  Thomas Buffa

Total This Invoice                                                    $          1,630.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
| --- | --- | --- |
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

# SNR DENTON ⏠

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

November 5, 2010

**Invoice No. 1254334**

Client/Matter:   21416248-0817

ALMADEN LOAN SALE

For Professional Services Rendered through October 31, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 10/06/10 | M. Williams | 2.00 | P300 | Telephone conference with Mr. Buffa regarding calculation of margin call, nature of future advance fund in underlying mezz (1.0), telephone conference with Mr. Buffa to further discuss how to calculate deficiency if no funds advanced into the future advance reserve fund, and if funds are advanced into such fund (1.0). |

| | | |
|---|---|---|
| Total Hours | 2.00 | |
| Fee Amount | | $1,630.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Williams | $815.00 | 2.00 | $1,630.00 |
| Totals | | 2.00 | $1,630.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,630.00 |
| Invoice Total | $ | 1,630.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

November 8, 2010

**Invoice No. 1255362**

Client/Matter: 09807760-0021

LIFESTYLE DEVELOPMENT, LP
LEHMAN CONTACT:  MICHAEL LASCHER

Payment Due Upon Receipt

| | | |
|---|---|---|
| Total This Invoice | $ | 3,553.50 |

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

November 8, 2010

**Invoice No. 1255362**

Client/Matter:   09807760-0021

LIFESTYLE DEVELOPMENT, LP

For Professional Services Rendered through October 31, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 10/01/10 | R. Fernandez | 2.00 | P300 | Revise Aircraft lease (1.3); emails with E. Dziadul regarding additional due diligence materials (.2); review same (.5). |
| 10/04/10 | R. Fernandez | 0.50 | P300 | Conference with Trimont regarding missing Lone Mountain Loan Documents (.3); conference with L. White regarding Lone Mountain Ranch issues (.2). |
| 10/05/10 | R. Fernandez | 1.50 | P300 | Review Lone Mountain Ranch due diligence materials submitted by J. Hutton (.5); emails with E. Dziadul regarding same (.3); review additional Bristol Bay Lodge due diligence materials submitted by J. Hutton (.5); emails with E. Dziadul regarding same (.2). |
| 10/05/10 | L. White | 0.30 | P300 | Conference with Bob Fernandez regarding Borrower covenants and bad boy acts (.3). |
| 10/06/10 | L. White | 0.50 | P300 | Conference with Bob Fernandez regarding property documents (.3); email correspondence with Michael Lascher regarding same (.2). |
| 10/06/10 | R. Fernandez | 1.00 | P300 | Review Due Diligence materials submitted by R. Burch (1.0). |
| 10/07/10 | L. White | 0.30 | P300 | Telephone conferences with Bob Fernandez regarding restructure of loans (.3). |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 6.10 | | |
| Fee Amount | | | | $3,553.50 |

LIFESTYLE DEVELOPMENT, LP

November 8, 2010

Matter: 09807760-0021
Invoice No.: 1255362

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White - Partner | $685.00 | 1.10 | $753.50 |
| R. Fernandez - Partner | $560.00 | 5.00 | $2,800.00 |
| Totals | | 6.10 | $3,553.50 |
| Fee Total | $ | 3,553.50 | |
| Invoice Total | $ | 3,553.50 | |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

November 8, 2010

**Invoice No. 1255361**

Client/Matter: 09807760-0016

THE POINT
LEHMAN CONTACT:  MICHAEL LASCHER

Payment Due Upon Receipt

Total This Invoice                                    $        5,804.50

Please return this page with your payment

In the case of mail deliveries to:               In the case of overnight deliveries to:
SNR Denton US LLP                                SNR Denton US LLP
Dept. 3078                      OR               Attention: Accounting
Carol Stream, IL 60132-3078                      233 South Wacker Drive
                                                 Chicago, IL  60606-6404

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN                                                      November 8, 2010
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR                                  **Invoice No. 1255361**
NEW YORK, NY 10020

Client/Matter:   09807760-0016

THE POINT

For Professional Services Rendered through October 31, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 10/06/10 | L. White | 0.30 | P300 | Telephone conference with Michael Lascher regarding his meeting with Robert Birch and the possibility of foreclosing or doing a work-out (.3). |
| 10/07/10 | L. White | 0.70 | P300 | Telephone conferences with Sam Gleeson and Bob Fernandez regarding restructure of loan and management agreement with Merlin Hospitality (.7). |
| 10/08/10 | L. White | 3.00 | P300 | Telephone conference with Sam Gleeson regarding confidentiality agreement with Ramsfield (.3); draft same (1.0); email correspondence with Meghan Cocci, Chris Lee and Mark Daliere regarding management agreement (.4); review documents to structure extension /pay down (.8); draft email to Lascher/Gleeson regarding restructure and ways to control Birch (.5). |
| 10/13/10 | L. White | 0.50 | P300 | E-mail correspondence with Michael Lascher and Sam Gleeson regarding use of springing guaranty in restructure (.5). |
| 10/27/10 | L. White | 0.50 | P300 | Various telephone conferences with Sam Gleeson regarding foreclosure (.5). |
| 10/28/10 | L. White | 2.00 | P300 | Review documents for foreclosure (.5); telephone conference with Jon Forstot regarding foreclosure (.3); telephone conference with Sam Gleeson and Michael Lascher regarding foreclosure and management agreement (5.); email correspondence with Jon Forstot regarding appointment of receiver and change in manager (.2); review loan agreement for requirement of having a manager (.5). |

THE POINT

November 8, 2010

Matter: 09807760-0016
Invoice No.: 1255361

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 10/28/10 | J. Forstot | 0.40 | B100 | Telephone call with L. White regarding foreclosure (.3); emails regarding same. (.1). |
| 10/29/10 | J. Forstot | 0.50 | B100 | Review foreclosure documents (.1); telephone call with L. White regarding foreclosure complaint (.3); telephone call with Mr. Gleeson regarding same (.1). |
| 10/29/10 | L. White | 0.30 | P300 | Telephone conference with Jon Forstot regarding filing foreclosure complaint (.3). |
| 10/29/10 | M. Flynn | 0.40 | B110 | Order foreclosure search (.4). |
| Total Hours | | 8.60 | | |
| Fee Amount | | | | $5,804.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Forstot - Partner | $760.00 | 0.90 | $684.00 |
| L. White - Partner | $685.00 | 7.30 | $5,000.50 |
| M. Flynn - Associate | $300.00 | 0.40 | $120.00 |
| Totals | | 8.60 | $5,804.50 |

Fee Total          $    5,804.50

Invoice Total      $    5,804.50

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.          November 8, 2010
1271 SIXTH AVENUE
38TH FLOOR                                **Invoice No. 1255355**
NEW YORK, NY 10020

Client/Matter: 09807760-0011

RITZ KAPALUA                             Payment Due Upon Receipt
LEHMAN CONTACT:  MICHAEL LASCHER

Total This Invoice                       $      34,414.50

Please return this page with your payment

In the case of mail deliveries to:                In the case of overnight deliveries to:
SNR Denton US LLP                                      SNR Denton US LLP
Dept. 3078                      OR                     Attention: Accounting
Carol Stream, IL 60132-3078                           233 South Wacker Drive
                                                       Chicago, IL  60606-6404

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

November 8, 2010

**Invoice No. 1255355**

Client/Matter:   09807760-0011

RITZ KAPALUA

For Professional Services Rendered through October 31, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 10/01/10 | L. White | 1.00 | P300 | Correspondence with Nan Molofsky regarding closing checklist (.3); review hold harmless agreement with County of Maui (.2); review memos regarding successor liability (.5). |
| 10/01/10 | M. Zessar | 2.20 | P300 | Prepare redraft of Settlement and Deed-in-Lieu Agreement (2.2). |
| 10/04/10 | M. Zessar | 1.50 | P300 | Conference call with Linda White, N. Molofsky and B. Gross regarding transaction status (.8); review Option Agreement regarding obligations of Holdings (.7). |
| 10/04/10 | L. White | 1.50 | P300 | Correspondence with Julie Levitt and Blythe Edwards regarding checklist (.2); telephone conference with Nan Molofsky, Brian Gross and Margie Zessar regarding status of transaction (.8); review asset management proposal (.5). |
| 10/05/10 | M. Zessar | 4.60 | P300 | Review master declaration for Kapalua Resort (2.2); review declaration regarding fractional ownership (.8); update condo matrix (1.2); prepare e-mail memo to Linda White regarding updated condo matrix and Option Agreement issues (.4). |
| 10/06/10 | L. White | 2.00 | P300 | Telephone conference with Michael Lascher regarding deed-in-lieu and asset management agreement and Lehman RE issues (.5); review Bachelor Gulch letter (.3); review revised deal terms and correspondence with Michael Lascher regarding same (.5); review revised deed-in-lieu agreement (.7). |

RITZ KAPALUA

November 8, 2010

Matter: 09807760-0011
Invoice No.: 1255355

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 10/07/10 | L. White | 0.30 | P300 | Email correspondence with Nan Molofsky regarding asset management agreement (.3). |
| 10/07/10 | M. Zessar | 0.50 | P300 | Review memo from B. Sullivan regarding developer successor liability issues (.5). |
| 10/08/10 | L. White | 2.30 | P300 | Review local counsel memo regarding successor liability issues (.5); review revised condominium regime outline (.3); review revised deed-in-lieu agreement (1.2); correspondence with Meghan Cocci regarding management agreement (.2); correspondence with Margie Zessar regarding settlement agreement (.1). |
| 10/11/10 | M. Zessar | 6.20 | P300 | Conference with L. White regarding draft Settlement and Deed-in-Lieu Agreement condo matrix, and closing checklist (.5); prepare e-mail memo to B. Sullivan (.5); e-mail correspondence with D. Conley regarding same (.2); revise closing checklist and Settlement and Deed-in-Lieu Agreement (2.7); review Gencom strategic business plan and related materials (2.3). |
| 10/11/10 | M. Cocci | 0.60 | P300 | Review revised deal proposal and e-mail exchanges between Lehman and Gencom regarding same (.2); review Asset Management Agreement and Sales and Marketing Agreement in preparation for conference call with client team (.4). |
| 10/11/10 | L. White | 2.30 | P300 | Conference and telephone conferences with Margie Zessar regarding deed in lieu agreement and condo regime checklist and map (.5); review Bachelor Gulch operating agreement to verify entity for capital payment as part of overall relationship resolution (.7); review revised deed in lieu agreement (.8); correspondence regarding same to Nan Molofsky and Brian Gross (.3). |

RITZ KAPALUA

November 8, 2010

Matter: 09807760-0011
Invoice No.: 1255355

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 10/12/10 | L. White | 3.50 | P300 | Conference call with Nan Molofsky, Megan Cocci, Margie Zessar regarding asset management agreement and Ritz issues (.8); telephone conference with Brian Gross regarding Lehman RE issues (.5); correspondence to Julie Levitt regarding settlement agreement and management agreement (.3); review Bachelor Gulch capital call documents as part of overall relationship resolution (1.5); various telephone conferences with Margie Zessar regarding local counsel answers to local law questions (.4). |
| 10/12/10 | M. Cocci | 0.50 | P300 | Telephone conference with L. White and N. Molofsky regarding comments to Asset Management Agreement and potential negotiation with Ritz on revised terms (.5). |
| 10/12/10 | M. Zessar | 1.60 | P300 | Review B. Sullivan response to e-mail memo of 10/11/10 (.2); conference call with client, L. White and M. Cocci regarding Asset Management Agreement (.8); conferences with L. White (.1); call with B. Sullivan regarding deed-in-lieu, foreclosure and transfer tax issues (.5). |
| 10/13/10 | M. Zessar | 1.70 | P300 | Review draft Motion for Partial Summary Judgment (1.0); review e-mail from B. Sullivan regarding conveyance tax, Hawaii statute and related materials (.7). |
| 10/14/10 | M. Cocci | 4.40 | P300 | Draft revisions to Asset Management Agreement (4.3); e-mail same to client team for review and comment (.1). |
| 10/14/10 | L. White | 1.70 | P300 | Review motion for summary judgment (1.0); telephone conference with Nan Molofsky regarding timing/scheduling of foreclosure (.5); correspondence with Barry Sullivan (local counsel) regarding borrower's answer to foreclosure complaint (.2). |

RITZ KAPALUA

November 8, 2010

Matter: 09807760-0011
Invoice No.: 1255355

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 10/15/10 | L. White | 1.50 | P300 | Review revised asset management agreement (.6); correspondence with Nan Molofsky regarding same (.3); correspondence with Barry Sullivan regarding default judgment for failure to answer complaint and motion for summary judgment (.3); correspondence with Michael Lascher regarding same. (.3). |
| 10/16/10 | L. White | 1.00 | P300 | Review motion for summary judgment (.7); correspondence with Barry Sullivan regarding timing of the foreclosure process (.3). |
| 10/21/10 | M. Cocci | 2.00 | P300 | Review N. Molofsky comments to Asset Management Agreement (.3); incorporate comments from N. Molofsky to Asset Management Agreement (1.2); prepare date notice of sale provision (.5). |
| 10/22/10 | L. White | 1.50 | P300 | Review motion for summary judgment (.8); telephone conference with Nan Molofsky regarding motion and regarding management agreement (.7). |
| 10/22/10 | M. Cocci | 0.40 | P300 | Review e-mail from N. Molofsky regarding additional changes to Asset Management Agreement (.1); incorporate additional changes and circulate draft to Gencom for review and comment (.3). |
| 10/23/10 | L. White | 0.30 | P300 | Review County of Maui answer to foreclosure suit (.3). |
| 10/25/10 | L. White | 1.30 | P300 | Draft email memo to local counsel regarding comments / questions on motion for summary judgment (.8); telephone conference with Jon Kapit and Nan Molofsky regarding motion (.5). |
| 10/26/10 | L. White | 0.30 | P300 | Email correspondence with Barry Sullivan (local counsel) regarding questions on motion for summary judgment (.3). |
| 10/27/10 | L. White | 0.30 | P300 | Email correspondence with Jon Kapit regarding foreclosure (.1); telephone conference with Barry Sullivan regarding foreclosure (.2). |

RITZ KAPALUA

November 8, 2010

Matter: 09807760-0011
Invoice No.: 1255355

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 10/28/10 | L. White | 1.30 | P300 | Telephone conference with Barry Sullivan and Margie Zessar regarding questions / comments on the motion for summary judgment (.5); follow up memo regarding same to Lehman (.3); email correspondence with Nan Molofsky regarding loan guaranties (.5). |
| 10/28/10 | M. Zessar | 1.80 | P300 | Prepare for telephone call with B. Sullivan (.3); conference call with B. Sullivan and Linda White (.5); title review (1.0). |
| 10/29/10 | L. White | 0.50 | P300 | Telephone conference with Jon Kapit regarding information for summary judgment motion (.2); email correspondence with Barry Sullivan and David Paulson regarding required ledger for motion (.3). |
| 10/29/10 | M. Zessar | 2.70 | P300 | Title Review (2.2); prepare e-mail memo to Linda White (.3); e-mail correspondence with title company (.2). |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 53.30 | | |
| Fee Amount | | | | $34,414.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| L. White - Partner | $685.00 | 22.60 | $15,481.00 |
| M. Cocci - Partner | $665.00 | 7.90 | $5,253.50 |
| M. Zessar - Partner | $600.00 | 22.80 | $13,680.00 |
| Totals | | 53.30 | $34,414.50 |

|  |  |  |
|---|---|---|
| Fee Total | $    34,414.50 | |
| Invoice Total | $    34,414.50 | |

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                                    November 8, 2010
1271 SIXTH AVENUE
38TH FLOOR                                                        **Invoice No. 1255356**
NEW YORK, NY 10020

Client/Matter: 09807760-0012

RANCHO COVE                                                       Payment Due Upon Receipt
LEHMAN CONTACT:  MICHAEL LASCHER

Total This Invoice                                    $          5,333.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6404 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN                                                     November 8, 2010
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE                                          **Invoice No. 1255356**
38TH FLOOR
NEW YORK, NY 10020

Client/Matter:   09807760-0012

RANCHO COVE

For Professional Services Rendered through October 31, 2010:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Task</u> | <u>Narrative</u> |
|------|-----------|-------|------|----------|
| 10/01/10 | R. Goetz | 0.20 | B250 | Email correspondence to B. Edwards regarding asset management agreement (.2). |
| 10/05/10 | R. Goetz | 0.30 | B250 | Correspondence with B. Edwards regarding closing documents (.3). |
| 10/11/10 | R. Goetz | 0.30 | B250 | Correspondence with J. Bealle regarding closing logistics and funding to title company (.3). |
| 10/12/10 | R. Goetz | 0.90 | B250 | Review Borrower execution deliveries (.4); correspondence to B. Edwards regarding missing documentation (.2); correspondence to B. Edwards regarding organizational documents (.3). |
| 10/13/10 | R. Goetz | 1.60 | B250 | Correspondence with J. Bealle regarding final debt calculation (.4); review loan agreement (.4); correspondence with D. Wilcomes regarding closing and final title (.5); correspondence with B. Edwards regarding missing documentation (.3). |
| 10/14/10 | R. Goetz | 2.00 | B250 | Telephone conferences with D. Wilcomes regarding recording documentation and organization consent revisions (.7); review consent revisions (.2); telephone conference with B. Edwards and J. Levitt regarding final document release and closing logistics (.3); revise consent document (.4); re-date closing documents and compile original execution sets (.4). |
| 10/14/10 | L. White | 0.30 | P300 | Telephone conference with Darren Fancher regarding closing (.3). |

RANCHO COVE

November 8, 2010

Matter: 09807760-0012
Invoice No.: 1255356

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 10/15/10 | R. Goetz | 1.70 | B250 | Telephone conference with D. Wilcomes regarding closing logistics and final title issuance (.4); correspondence to B. Edwards and J. Levitt regarding confirmation of release (.2); prepare escrow instructions and closing document package to local Riverside county title company (.9); revise deed (.2). |
| 10/18/10 | R. Goetz | 0.50 | B250 | Telephone conference with J. Bealle regarding funding (.2); telephone conference with D. Wilcomes regarding execution of escrow instructions and receipt of recording documents (.3). |
| 10/19/10 | L. White | 0.30 | P300 | Telephone conference with Rachel Goetz regarding closing (.2); email correspondence with Darren Fancher regarding closing (.1). |
| 10/19/10 | R. Goetz | 0.50 | B250 | Email correspondence with D. Wilcomes regarding closing (.4); email correspondence with J. Levitt (.1). |
| 10/21/10 | R. Goetz | 0.20 | B250 | Telephone conference with D. Wilcomes regarding confirmation of recording (.2). |
| 10/27/10 | R. Goetz | 0.50 | B250 | Email correspondence with J. Levitt regarding closing documents (.5). |
| 10/28/10 | R. Goetz | 0.30 | B250 | Email correspondence with D. Spencer and J. Bealle regarding confirmation of closing (.3). |
| 10/29/10 | R. Goetz | 0.20 | B250 | Email correspondence to S. Spencer regarding closing documentation (.2). |

Total Hours                     9.80

Fee Amount                                                                        $5,333.00

RANCHO COVE

November 8, 2010

Matter: 09807760-0012
Invoice No.: 1255356

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White - Partner | $685.00 | 0.60 | $411.00 |
| R. Goetz - Associate | $535.00 | 9.20 | $4,922.00 |
| Totals | | 9.80 | $5,333.00 |

| | | |
|---|---|---|
| Fee Total | $ | 5,333.00 |
| Invoice Total | $ | 5,333.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020
USA

November 8, 2010

**Invoice No. 1255366**

Client/Matter: 09807760-0030

BANKRUPTCY (POST-PETITION WORK)

Payment Due Upon Receipt

---

Total This Invoice                    $         3,800.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6404

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020
USA

November 8, 2010

**Invoice No. 1255366**

Client/Matter:   09807760-0030

BANKRUPTCY (POST-PETITION WORK)

For Professional Services Rendered through October 31, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 10/07/10 | L. Bechutsky | 0.20 | B160 | Internal emails regarding fee statement and reconciliation of accounts (.2). |
| 10/13/10 | L. Bechutsky | 2.10 | B160 | Review and revise monthly statements (2.1). |
| 10/14/10 | L. Bechutsky | 0.40 | B160 | Review and revise invoices for monthly fee statement (.4). |
| 10/15/10 | L. Bechutsky | 0.60 | B160 | Review and revise invoices for monthly fee statement (.6). |
| 10/18/10 | L. Bechutsky | 1.10 | B160 | Revise invoices for monthly fee statement (1.1). |
| 10/19/10 | L. Bechutsky | 2.10 | B160 | Revise invoices for monthly fee statement (2.1). |
| 10/20/10 | L. Bechutsky | 0.40 | B160 | Revise invoices for monthly fee statement (.4). |
| 10/21/10 | L. Bechutsky | 1.20 | B160 | Draft monthly fee statement (1.2). |
| 10/22/10 | L. Bechutsky | 0.40 | B160 | Revise monthly fee statement (.4). |
| 10/26/10 | L. Bechutsky | 1.00 | B160 | Attention to invoices and monthly statement (1.0). |

Total Hours                9.50

Fee Amount                                                              $3,800.00

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| L. Bechutsky - Associate | $400.00 | 9.50 | $3,800.00 |
| Totals | | 9.50 | $3,800.00 |

BANKRUPTCY (POST-PETITION WORK)

November 8, 2010

Matter: 09807760-0030
Invoice No.: 1255366

|  |  |  |
|---|---|---|
| Fee Total | $ | 3,800.00 |
| Invoice Total | $ | 3,800.00 |

# SNR DENTON ⌐

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

December 6, 2010

**Invoice No. 1262967**

Client/Matter: 21416248-0855

BOND BUILDING

Payment Due Upon Receipt

Lehman Contact:  Thomas Buffa

Total This Invoice                                                              $            115.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

12834538\V-2

# SNR DENTON

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

December 6, 2010

**Invoice No. 1262967**

Client/Matter:  21416248-0855

BOND BUILDING

For Professional Services Rendered through November 22, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 11/17/10 | R. Barkachy | 0.50 | B250 | Conference with M. Williams re: Bond Building CD binders (0.1); review and confirm 4 copied CD binders (0.1); prepare transmittal of all four copies to J. Morris at Trimont in Atlanta, GA via overnight mail as directed (0.3). |
| Total Hours | | 0.50 | | |
| Fee Amount | | | | $115.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| R. Barkachy | $230.00 | 0.50 | $115.00 |
| Totals | | 0.50 | $115.00 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction | | 0.50 |
| | | SUBTOTAL | 0.50 |
| | Total Disbursements | | $0.50 |

2

# SNR DENTON ⌐

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

For your Information - Open Invoices

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

December 6, 2010

Client/Matter #: 21416248-0855

BOND BUILDING

---

| | | |
|---|---|---|
| Fee Total | $ | 115.00 |
| Disbursement Total | $ | 0.50 |
| Invoice Total | $ | 115.50 |

Questions should be directed to:
M. Williams
at 1 212 768 6700

Federal Tax I.D. Number 36-1796730

472/NY

12834538\V-2

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

December 6, 2010

**Invoice No. 1262974**

Client/Matter: 21416248-0814

SALE OF WYNDHAM MEZZ LOAN

Payment Due Upon Receipt

Lehman Contact:  Susanne Frey

Total This Invoice                                    $         1,059.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

12834550\V-2

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

December 6, 2010

**Invoice No. 1262974**

Client/Matter: 21416248-0814

SALE OF WYNDHAM MEZZ LOAN

For Professional Services Rendered through November 22, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 11/11/10 | M. Williams | 1.00 | P300 | Review existing borrower guarantees with respect to scope of bankruptcy guaranty (.7), telephone conference with Ms Frey regarding same (.3) |
| 11/12/10 | M. Williams | 0.30 | P300 | Review org chart and closing binder indices to determine documents that need to be reviewed (.2), email correspondence with Ms. Frey regarding same (.1) |

| Total Hours | | 1.30 | | |
| Fee Amount | | | | $1,059.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Williams | $815.00 | 1.30 | $1,059.50 |
| Totals | | 1.30 | $1,059.50 |

| Fee Total | $ | 1,059.50 |
|-----------|---|----------|
| Invoice Total | $ | 1,059.50 |

2

12834550\V-2

# SNR DENTON ⁊

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

December 6, 2010

**Invoice No. 1262973**

Client/Matter: 21416248-0813

HOUSTON RENAISSANCE LOAN MODIFICATION

Payment Due Upon Receipt

Lehman Contact:  Susanne Frey

Total This Invoice                                                    $          1,060.80

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

12834549\V-1

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.                                    December 6, 2010
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                    **Invoice No. 1262973**

Client/Matter:  21416248-0813

HOUSTON RENAISSANCE LOAN MODIFICATION

For Professional Services Rendered through November 22, 2010:

| **Date** | **Timekeeper** | **Hours** | **Task** | **Narrative** |
|---|---|---|---|---|
| 11/17/10 | M. Williams | 0.80 | P300 | Review comments to PNA, (.5) telephone conference with Ms. Frey regarding same. (.3) |
| 11/18/10 | M. Williams | 0.50 | P500 | Revise PNA based on borrower comments. (0.5) |

| Total Hours | 1.30 | |
|---|---|---|
| Fee Amount | | $1,059.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $815.00 | 1.30 | $1,059.50 |
| Totals | | 1.30 | $1,059.50 |

## DISBURSEMENT DETAIL

| **Date** | **Description** | **Amount** |
|---|---|---|
| | Document reproduction | 1.30 |
| | SUBTOTAL | 1.30 |
| | Total Disbursements | $1.30 |

2

12834549\V-1

HOUSTON RENAISSANCE LOAN MODIFICATION

December 6, 2010

Matter: 21416248-0813
Invoice No.: 1262973

|  |  |  |
|---|---|---|
| Fee Total | $ | 1,059.50 |
| Disbursement Total | $ | 1.30 |
| Invoice Total | $ | 1,060.80 |

12834549\V-1

# SNR DENTON ⅂

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020

December 6, 2010

**Invoice No. 1262968**

Client/Matter: 21416248-0851

301 HOWARD

Payment Due Upon Receipt

---

Lehman Contact:  Thomas Buffa

Total This Invoice                          $        1,247.80

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

12834539\V-2

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020

December 6, 2010

**Invoice No. 1262968**

Client/Matter:  21416248-0851

301 HOWARD

For Professional Services Rendered through November 22, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 11/04/10 | J. Grebinar | 0.40 | B120 | Conference with M.Williams regarding memo to client on default under repurchase agreement (0.4). |
| 11/04/10 | M. Williams | 1.30 | P300 | Review and finalize memos on foreclosure of repo agreement and foreclosure of Rakes loan agreement (1.3). |

| Total Hours | 1.70 | |
|---|---|---|
| Fee Amount | | $1,247.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $815.00 | 1.30 | $1,059.50 |
| J. Grebinar | $470.00 | 0.40 | $188.00 |
| Totals | | 1.70 | $1,247.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction | | 0.30 |
| | | SUBTOTAL | 0.30 |
| | Total Disbursements | | $0.30 |

2

301 HOWARD

December 6, 2010

Matter: 21416248-0851
Invoice No.: 1262968

| | | |
|---|---|---|
| Fee Total | $ | 1,247.50 |
| Disbursement Total | $ | 0.30 |
| Invoice Total | $ | 1,247.80 |

12834539\V-2

# SNR DENTON ⅂

SNR Denton US LLP                    snrdenton.com
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                                      December 6, 2010
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                          **Invoice No. 1262982**

Client/Matter: 21416248-0807

FIVE ASSETS PORTFOLIO SALE                              Payment Due Upon Receipt

---

Lehman Contact:  Thomas Buffa


Total This Invoice                                    $        17,255.40


Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |


Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP


All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

12834565\V-2

# SNR DENTON ⅂

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

December 6, 2010

**Invoice No. 1262982**

Client/Matter:  21416248-0807

FIVE ASSETS PORTFOLIO SALE

For Professional Services Rendered through November 22, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 11/02/10 | M. Williams | 0.50 | P300 | Telephone conference with Mr. Buffa regarding mechanics of release and location of underlying collateral (.3), review existing files for delivery requirements (0.2) |
| 11/03/10 | M. Williams | 1.70 | P300 | Review notices of margin calls and request for releases, loan documents (.7), telephone conference with Mr. Ng regarding release letter and margin call (.5), telephone conference with Messrs. Ng and Buffa regarding same (.5) |
| 11/04/10 | M. Williams | 0.30 | P300 | Telephone conference with Mr. Ng, Mr. Buffa regarding terms of margin call notice, terms of release letter (.3) |
| 11/05/10 | M. Williams | 3.00 | P400 | Various telephone conferences with Ms. Traut, Mr. White regarding release letter, (.2), telephone conference with Mr. Ng regarding same (.1), revise and redraft release letter, distribute to TriMont and Messrs. Ng and Buffa (2.7). |
| 11/08/10 | M. Williams | 1.80 | P300 | Review 100 Cal future funding loan documents, (1.0) email correspondence with Ms. Traut, Mr. Wise regarding status if future funding loan, documentation required from borrower to release from lien of corporate loan (.5), telephone conference with Mr. NG regarding same (.3) |

2

12834565\V-2

**FIVE ASSETS PORTFOLIO SALE**

December 6, 2010

Matter: 21416248-0807
Invoice No.: 1262982

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 11/09/10 | M. Williams | 2.50 | P300 | Telephone conference with Ms. Traut regarding 100 Cal releases and document delivery on proposed sale and partial release (.3), telephone conference with Mr. Buffa TriMont regarding release letter drafted by TriMont (.2), telephone conference with Ms. Boras, Mr. Delshad regarding release of unfunded mezz loan on 100 Cal, (.5) office conference with P. Mignone regarding issues with assignment of expired mezz loan (.3), review LBHI Guaranty given to Trust for future funding obligations under 100 Cal Senior mezz and additional underlying loan documents (1.2) |
| 11/10/10 | M. Williams | 4.50 | P300 | Telephone conference with Mr. Buffa regarding status of transaction and the TriMont release letter (.1), review amendment to UCC in connection with partial releases (.1), distribute the corporate loan documents relating to the future funding loan to borrower's counsel (.2), review custodian inventory sheets (.1), review purchase contract for underlying mezz loans (.5), telephone conference with Ms. Boras regarding missing documents from custodian files, (.2) telephone conference with Messrs. Ng, Buffa regarding same(.2)review and revise draft termination agreements for 100 Cal senior underlying mezz loan and termination agreement for the future funding corporate loan (2.8), telephone conference with Ms. Boras regarding same (.3). |
| 11/11/10 | M. Williams | 1.00 | P300 | Telephone conference with Ms. Boras regarding closing mechanics (0.2), telephone conference with B. Shortt, Messrs. Buffa and NG regarding same, (0.3) telephone conference with Ms. Boras regarding purchaser request to deposit senior mezz borrower certificate in escrow until junior mezz loan paid in full (0.5). |

3

FIVE ASSETS PORTFOLIO SALE

December 6, 2010

Matter: 21416248-0807
Invoice No.: 1262982

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 11/11/10 | R. Barkachy | 3.00 | B250 | Review files of original documents for 1000 Wilshire, 116 Huntington and 100 California Blvd. with B. Shortt (0.6); produce revised word schedules re: originals and copies (0.6); review and revise same (0.6); confirm original documents to be sent out to Fidelity in Seattle, WA this evening (0.6); assemble original documents and transmittal of same (0.6). |
| 11/12/10 | R. Barkachy | 0.50 | B250 | Track delivery of original documents for 1000 Wilshire, 116 Huntington and 100 California Blvd. sent to Fidelity (0.2); assemble signed escrow letter to files (0.3) |

4

**FIVE ASSETS PORTFOLIO SALE**

December 6, 2010

Matter: 21416248-0807
Invoice No.: 1262982

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 11/12/10 | M. Williams | 3.10 | P500 | Office conference with B. Shortt regarding status of 100 Cal unfunded loan (.1), email correspondence with Ms. Boras regarding issues regarding termination of unfunded loan (.1). telephone conference with Mr. Buffa, Ms. Martins regarding terms of 100 Cal senior mezz loan documents, status of LBHI guaranty, Pami Guarantees (.3), telephone conference with Ms. Boras regarding same, (.1), telephone conference with Ms. Boras, Mr. Walsh regarding  Lehman request for modification of all five mezz loans with respect to the PAMI guaranty (.3), telephone conference with Mr. Champagne, Mr. Buffa regarding Lehman equity position, (.3) telephone conference with Mr. Champagne, Ms. Boras, Mr. Walsh regarding proposal to put 100 Cal senior mezz borrower llc certificates in escrow with title company until junior mezz paid off and Lehman equity request for changes to loan documents with respect to the PAMI guarantees (1.1), telephone conference with Ms. Boras regarding language in LBHI guarantee regarding automatic termination (.5), telephone conference with Mr. Champagne regarding same (.2), office conference with P. Mignone regarding same (.1) |
| 11/15/10 | M. Williams | 1.30 | P600 | Various telephone conferences with Messrs. Buffa, Forti, Champagne, Zachowitz, Ng, Ms. Martins (1.0), telephone conference with Ms. Boras in preparation for closing and funding loan releases on the 16th (0.3). |
| 11/15/10 | R. Barkachy | 1.50 | B250 | Conference with B. Shortt regarding originals and executed escrow letter for files (0.3); confirm receipt of additional original 100 California Mezz Borrower documents (0.1); prepare Exhibit A (0.1); assemble original documents and Escrow letter to Ms. Boras at Latham Watkins in CA (1). |

5

FIVE ASSETS PORTFOLIO SALE

December 6, 2010

Matter: 21416248-0807
Invoice No.: 1262982

Total Hours                          24.70

Fee Amount                                                          $17,205.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $815.00 | 19.70 | $16,055.50 |
| R. Barkachy | $230.00 | 5.00 | $1,150.00 |
| Totals | | 24.70 | $17,205.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction | | 9.90 |
| | | SUBTOTAL | 9.90 |
| | Mics. Duplicating | | 40.00 |
| | | SUBTOTAL | 40.00 |
| | Total Disbursements | | $49.90 |

| | | |
|---|---|---|
| Fee Total | $ | 17,205.50 |
| Disbursement Total | $ | 49.90 |
| Invoice Total | $ | 17,255.40 |

12834565\V-2

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020
USA

December 7, 2010

**Invoice No. 1263446**

Client/Matter: 09807760-0030

BANKRUPTCY (POST-PETITION WORK)

Payment Due Upon Receipt

---

Total This Invoice                        $         8,760.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP                    snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

JOELLE HALPERIN                                                              December 7, 2010
LEHMAN BROTHERS HOLDINGS INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020                                              **Invoice No. 1263446**
USA

Client/Matter:   09807760-0030

BANKRUPTCY (POST-PETITION WORK)

For Professional Services Rendered through November 30, 2010:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|------------|------:|------|----------|-----------|
| 11/04/10 | L. Bechutsky | 0.40 | B160 | A102 | Research special counsel fee applications (.4). |
| 11/09/10 | L. Bechutsky | 2.80 | B160 | A103 | Review and revise monthly invoices for monthly fee statement (2.8). |
| 11/10/10 | L. Bechutsky | 1.40 | B160 | A103 | Revise invoices (.4); draft monthly statement (1.00). |
| 11/11/10 | L. Bechutsky | 0.10 | B160 | A105 | Correspondence re monthly statement with billing attorneys (.1). |
| 11/17/10 | L. Bechutsky | 0.30 | B160 | A105 | Internal correspondence re status of September monthly statement (.2); correspondence with US Trustee re same (.1). |
| 11/19/10 | L. Bechutsky | 1.40 | B160 | A105 | Conferences with L. White re October invoice payment (.4);  follow up conferences with Lehman notice parties (.4) and Alvarez (.3) re same; review invoices and monthly statement (.3). |
| 11/23/10 | L. Bechutsky | 5.80 | B160 | A103 | Draft fee application for fee period January 2010- September 2010 (5.8). |
| 11/29/10 | L. Bechutsky | 3.90 | B160 | A103 | Continue drafting fee application (3.0); attention to received payments and allocations thereof (.9). |
| 11/30/10 | L. Bechutsky | 5.80 | B160 | A103 | Continue drafting fee application (5.8). |
| Total Hours | | 21.90 | | | |
| Fee Amount | | | | | $8,760.00 |

BANKRUPTCY (POST-PETITION WORK)

December 7, 2010

Matter: 09807760-0030
Invoice No.: 1263446

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. Bechutsky - Associate | $400.00 | 21.90 | $8,760.00 |
| Totals | | 21.90 | $8,760.00 |

| | | |
|---|---|---|
| Fee Total | $ | 8,760.00 |
| Invoice Total | $ | 8,760.00 |

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                                    December 7, 2010
1271 SIXTH AVENUE
38TH FLOOR                                                      **Invoice No. 1263431**
NEW YORK, NY 10020

Client/Matter: 09807760-0011

RITZ KAPALUA                                              Payment Due Upon Receipt

Total This Invoice                                        $        24,243.50

Please return this page with your payment

In the case of mail deliveries to:                     In the case of overnight deliveries to:
SNR Denton US LLP                                           SNR Denton US LLP
Dept. 3078                          OR                      Attention: Accounting
Carol Stream, IL 60132-3078                                233 South Wacker Drive
                                                           Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

December 7, 2010

**Invoice No. 1263431**

Client/Matter:   09807760-0011

RITZ KAPALUA

For Professional Services Rendered through November 30, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 11/01/10 | L. White | 0.30 | P300 | Email correspondence with Jon Kapit regarding foreclosure ledger (.3). |
| 11/03/10 | L. White | 1.30 | P300 | Telephone conference Nan Molofsky regarding restructure of LOC (.3); email correspondence with Barry Sullivan regarding possible purchase of Lehman RE interest and transfer tax issues (.5); review supporting declarations for foreclosure proceeding (.5). |
| 11/03/10 | M. Zessar | 1.50 | P300 | Review Ritz documents and condo documents regarding possible Ritz rights with respect to Board appointment (1.3); e-mail correspondence with Meghan Cocci (.2). |
| 11/03/10 | M. Cocci | 0.20 | P300 | Review and respond to e-mail from N. Molofsky regarding revisions to asset management agreement (.2). |
| 11/04/10 | M. Zessar | 0.30 | P300 | E-mail correspondence with Meghan Cocci regarding condo association board members and association issues (.3). |
| 11/04/10 | L. White | 1.80 | P300 | Email correspondence with Meghan Cocci and Margie Zessar regarding asset management agreement questions (.3); review existing documentation for line of credit (.7); telephone conference with Nan Molofsky regarding line of credit (.3); email correspondence with Julie Levitt regarding collateral securing line of credit (.5). |
| 11/05/10 | L. White | 1.00 | P300 | Review changes to Karim's management agreement (.2); telephone conference with Barry Sullivan regarding Hawaii law questions relating to Lehman RE's mezz piece (.5); review mezz documents regarding same (.3). |

RITZ KAPALUA

December 7, 2010

Matter: 09807760-0011
Invoice No.: 1263431

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 11/05/10 | M. Cocci | 0.30 | P300 | E-mail to N. Molofsky regarding request for information on board memberships (.2); review response from N. Molofsky regarding same (.1). |
| 11/08/10 | L. White | 0.50 | P300 | Telephone conference with Nan Molofsky regarding LOC, asset management agreement and transfer tax issues (.3); correspondence with Jon Kapit regarding reconciliation of outstanding principal and interest amounts for summary judgment (.2). |
| 11/09/10 | L. White | 2.00 | P300 | Review intercreditor agreement regarding Lehman RE rights (.8); review Munekiyo & Hiraga land use report (1.0); email correspondence with Jon Kapit regarding outstanding amounts for motion for summary judgment (.2). |
| 11/10/10 | L. White | 0.30 | P300 | Telephone conference with Nan Molofsky regarding purchase of Lehman RE interest (.3). |
| 11/11/10 | L. White | 1.80 | P300 | Review Borrower's comments on settlement agreement (1.0). Telephone conference with Julie Levitt regarding LOC collateral and deal terms (.3). Telephone conference with Jim Forstot and Hugh McDonald regarding Lehman RE possible actions (.5). |
| 11/12/10 | L. White | 1.50 | P300 | Review borrower's comments to settlement agreement (.7); review conveyance tax and successor liability issues (.5); correspondence with Jon Kapit (Trimont) and David Paulson (local counsel) regarding motion for summary judgment (.3). |
| 11/15/10 | L. White | 0.30 | P300 | Correspondence with Kapit and Molofsky regarding motion for summary judgment (.3). |
| 11/16/10 | L. White | 1.00 | P300 | Telephone conference with Nan Molofsky regarding motion for summary judgment, deed in lieu and Lehman RE issues (.3); correspondence with Julie Levitt regarding deed in lieu (.2); correspondence with Nancy Wilson regarding accounts for summary judgment motion (.2); telephone conference with Brian Gross regarding analysis of Lehman RE hold-up value (.3). |

RITZ KAPALUA

December 7, 2010

Matter: 09807760-0011
Invoice No.: 1263431

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 11/16/10 | M. Zessar | 1.50 | P300 | Review comments to Settlement and Deed-in-Lieu Agreement (1.5). |
| 11/17/10 | L. White | 2.00 | P300 | Review intercreditor agreement regarding Lehman RE rights (.8); telephone conference with Nancy Wilson regarding existing accounts (.2); telephone conference with Brian Gross regarding Lehman RE rights (.5); review Borrower's comments on deed-in-lieu (.5). |
| 11/18/10 | L. White | 0.70 | P300 | Review Borrower's comments on settlement agreement (.7). |
| 11/19/10 | L. White | 2.50 | P300 | Review deed-in-lieu agreement (1.7); correspondence with Nan Molofsky and Borrower's counsel regarding deed-in-lieu (.5); telephone conference with Nancy Wilson regarding bank accounts (.3). |
| 11/22/10 | L. White | 0.50 | P300 | Telephone conference with Nan Molofsky and Brian Gross regarding Borrower's comments on deed-in-lieu (.3); telephone conference with Margie Zessar regarding same (.2). |
| 11/23/10 | L. White | 1.70 | P300 | Conference with Margie Zessar regarding deed in lieu (.7); email correspondence with David Paulson regarding summary judgment motion and status of accounts (1.0). |
| 11/23/10 | M. Zessar | 0.70 | P300 | Conference with Linda White regarding Deed-in-Lieu Agreement response (.7). |
| 11/24/10 | M. Cocci | 0.90 | P300 | Review Gencom comments to Asset Management Agreement (.3); draft e-mail to N. Molofsky regarding same (.3); e-mail to N. Molofsky regarding input on performance test proposal (.3). |
| 11/24/10 | L. White | 0.20 | P300 | Email correspondence with Nan Molofsky regarding comments on deed-in-lieu (.2). |
| 11/26/10 | M. Zessar | 3.20 | P300 | Prepare memo of major open issues in response to Borrower's comments to Settlement and Deed-in-Lieu Agreement (3.2). |
| 11/29/10 | M. Cocci | 1.30 | P300 | Draft revisions to Asset Management Agreement (1.3). |

RITZ KAPALUA

December 7, 2010

Matter: 09807760-0011
Invoice No.: 1263431

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 11/29/10 | M. Zessar | 2.50 | P300 | Prepare memo responding to Borrower's comments to Deed-in-Lieu Agreement (1.8); telephone calls with title company regarding quit claim deed issue (.4); e-mail correspondence to B. Sullivan (.1); e-mail memo to Linda White (.2). |
| 11/29/10 | L. White | 0.50 | P300 | Review memo regarding Borrower's comments on loan agreement (.5). |
| 11/30/10 | L. White | 2.80 | P300 | Review memo regarding Borrower's comments on deed-in-lieu (1.0); conference with Margie Zessar regarding same (.2); review revised asset management agreement (1.0); email correspondence with Meghan Cocci regarding asset management agreement (.3); email correspondence with local counsel regarding motion for summary judgment (.3). |
| 11/30/10 | M. Zessar | 0.80 | P300 | Conference with Linda White (.2); finalize memo to Borrower and its counsel regarding Deed-in-Lieu Agreement (.5); e-mail correspondence to Borrower and its counsel (.1). |
| 11/30/10 | M. Cocci | 0.90 | P300 | Review and respond to e-mail from N. Molofsky regarding responses to open issues in Asset Management Agreement (.2); incorporate additional revisions to Asset Management Agreement (.5); draft e-mail to Gencom counsel regarding delivery of same (.2). |

| Total Hours | 36.80 | |
|-------------|-------|--|
| Fee Amount | | $24,243.50 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| L. White - Partner | $685.00 | 22.70 | $15,549.50 |
| M. Cocci - Partner | $665.00 | 3.60 | $2,394.00 |
| M. Zessar - Partner | $600.00 | 10.50 | $6,300.00 |
| Totals | | 36.80 | $24,243.50 |

RITZ KAPALUA

December 7, 2010

Matter: 09807760-0011
Invoice No.: 1263431

| | | |
|---|---|---|
| Fee Total | $ | 24,243.50 |
| Invoice Total | $ | 24,243.50 |

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                                    December 7, 2010
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020                                       **Invoice No. 1263440**

Client/Matter: 09807760-0016

THE POINT                                              Payment Due Upon Receipt

---

Total This Invoice                          $        1,246.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

December 7, 2010

**Invoice No. 1263440**

Client/Matter:   09807760-0016

THE POINT

For Professional Services Rendered through November 30, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 11/01/10 | L. White | 0.50 | P300 | Telephone conference with Jon Forstot regarding foreclosure (.2); email correspondence and telephone conference with Sam Gleeson regarding foreclosure (.3). |
| 11/01/10 | M. Flynn | 0.30 | B110 | Coordinating foreclosure search with title company (.3). |
| 11/01/10 | J. Forstot | 0.80 | B100 | Emails with Michael Flynn regarding foreclosure search; review foreclosure documents (.3); telephone call with Lehman re same (.3); correspondence with Linda White re same (.2). |
| 11/18/10 | L. White | 0.30 | P300 | Telephone conference with Sam Gleeson (.2); review term sheet (.1). |

Total Hours                        1.90

Fee Amount                                                                                      $1,246.00

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Forstot - Partner | $760.00 | 0.80 | $608.00 |
| L. White - Partner | $685.00 | 0.80 | $548.00 |
| M. Flynn - Associate | $300.00 | 0.30 | $90.00 |
| Totals | | 1.90 | $1,246.00 |

Fee Total                $    1,246.00

Invoice Total            $    1,246.00

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

December 7, 2010

**Invoice No. 1263444**

Client/Matter: 09807760-0021

LIFESTYLE DEVELOPMENT, LP

Payment Due Upon Receipt

Total This Invoice                                        $        7,643.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

December 7, 2010

**Invoice No. 1263444**

Client/Matter:   09807760-0021

LIFESTYLE DEVELOPMENT, LP

For Professional Services Rendered through November 30, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 11/02/10 | L. White | 2.80 | P300 | Telephone conference with Nan Molofsky, Laurinda Martins, Patrick Mace, Bob Fernandez regarding foreclosure issues (.8); review foreclosure issues (.5); conference call with Lehman team regarding strategy (1.5). |
| 11/02/10 | R. Fernandez | 4.50 | P300 | Review Montana, Alaska and Massachusetts foreclosure issues (1.0); conference call with N. Molofsky, L. White and L. Martins regarding same (.8); telephone conversations with D. James regarding MT issues (1.3); telephone conversations with B. Kraft regarding Alaska issues (1.4). |
| 11/03/10 | L. White | 0.50 | P300 | Conference with Bob Fernandez regarding Montana foreclosure issues (.5). |
| 11/04/10 | L. White | 0.20 | P300 | Telephone conference with Laurinda Martins regarding foreclosures (.2). |
| 11/04/10 | R. Fernandez | 2.00 | P300 | Numerous telephone conversations with Doug James regarding Montana foreclosure and receiver issues (1.5); review existence of release language in PNA (.3); conference with L. White regarding same (.2). |
| 11/05/10 | L. White | 0.30 | P300 | Telephone conference with Laurinda Martins regarding Montana bad faith questions and possible mitigating release by Borrower of Lender (.3). |

LIFESTYLE DEVELOPMENT, LP

December 7, 2010

Matter: 09807760-0021
Invoice No.: 1263444

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 11/05/10 | R. Fernandez | 0.50 | P300 | Telephone conversation with D. James regarding Montana foreclosure issues (.4); circulate local counsel contact information to L. Martins and N. Molofsky (.1). |
| 11/29/10 | R. Fernandez | 1.00 | P300 | Conference with L. Martins regarding restructuring Loan Settlement (.3); review documents and prepare status of outstanding items (.7). |
| 11/30/10 | R. Fernandez | 1.00 | P300 | Review and compile outstanding issues list (1.0). |
| Total Hours | | 12.80 | | |
| Fee Amount | | | | $7,643.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| L. White - Partner | $685.00 | 3.80 | $2,603.00 |
| R. Fernandez - Partner | $560.00 | 9.00 | $5,040.00 |
| Totals | | 12.80 | $7,643.00 |

Fee Total            $     7,643.00

Invoice Total        $     7,643.00

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                                        December 7, 2010
1271 SIXTH AVENUE
38TH FLOOR                                                          **Invoice No. 1263439**
NEW YORK, NY 10020

Client/Matter: 09807760-0013

MANAGEMENT AGREEMENT - CROWNE PLAZA MINNEAPOLIS              Payment Due Upon Receipt

_____

Total This Invoice                                          $            688.50

Please return this page with your payment

In the case of mail deliveries to:                    In the case of overnight deliveries to:
SNR Denton US LLP                                           SNR Denton US LLP
Dept. 3078                   OR                       Attention: Accounting
Carol Stream, IL 60132-3078                              233 South Wacker Drive
                                                         Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000