## EXHIBIT D

### SNR DENTON US LLP'S MONTHLY FEE STATEMENTS FOR THE FIFTH INTERIM PERIOD OF OCTOBER 1, 2011 THROUGH MARCH 6, 2012

17741875\V-4

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
46TH FLOOR
NEW YORK, NY 10020

November 8, 2011

**Invoice No. 1337858**

Client/Matter: 09807760-0008

GENCOM PORTFOLIO

Payment Due Upon Receipt

---

Total This Invoice          $      17,695.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
| --- | --- | --- |
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
46TH FLOOR
NEW YORK, NY 10020

November 8, 2011

**Invoice No. 1337858**

Client/Matter:  09807760-0008

GENCOM PORTFOLIO

For Professional Services Rendered through October 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/14/11 | L. White | 0.80 | 2300 | | Telephone conference with Nan Molofsky and Patrick Mace regarding Gencom portfolio and write down of line of credit in exchange for Gencom's walking away from Bahamas and credit for equity (.8). |
| 10/17/11 | L. White | 1.00 | 2300 | | Telephone conference with Nan Molofsky regarding Paradise Island and Nassau Palms and tie in of reduction in Karim's line of credit for his agreement to walk away from assets (.7); review similar cooperation agreement from Strathallan (.3). |
| 10/18/11 | L. White | 1.50 | 2300 | | Revise LOC documents (1.3); telephone conference with Nan Molofsky regarding same (.2). |
| 10/19/11 | L. White | 1.50 | 2300 | | Revise LOC documents (1.5). |
| 10/20/11 | L. White | 4.50 | 2300 | | Review Nassau and Paradise Island loan documents to craft consideration for reduction of $500,000 on line of credit (3.3); revise LOC documents (1.0); telephone conference with Nan Molofsky regarding same (.2). |
| 10/21/11 | L. White | 3.00 | 2300 | | Review Nassau and Paradise Island Loan documents to craft consideration for reduction of LOC by $500,000 (1.5); revise LOC documents (1.2); correspondence to Nan Molofsky regarding same (.3). |
| 10/25/11 | L. White | 1.30 | 2300 | | Correspondence with Jackie Marcus regarding release of Gencom claims (.3); draft overall Gencom cooperation agreement (1.0). |

GENCOM PORTFOLIO

November 8, 2011

Matter: 09807760-0008
Invoice No.: 1337858

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/26/11 | L. White | 1.00 | 2300 | | Correspondence with Julie Levitt and Blythe Edwards regarding release of Gencom claims in bankruptcy (.5); review Ledcor claim documents (.5). |
| 10/27/11 | L. White | 0.50 | 2300 | | Correspondence with Blythe Edwards regarding Ledcor claim in bankruptcy (.3); correspondence with Nan Molofsky regarding LOC (.2). |
| 10/28/11 | L. White | 6.50 | 2300 | | Review Ledcor waiver of claim (.5); correspondence with Jackie Marcus, Julie Levitt and Blythe Edwards regarding same (.3); review and revise LOC document (.5); telephone conference with Nan Molofsky regarding same (.2); review Bachelor Gulch, Rancho Mirage and Rose Island operating documents to draft overall cooperation /settlement agreement (5.0). |
| 10/31/11 | L. White | 3.50 | 2300 | | Telephone conference with Nan Molofsky regarding structuring cooperation settlement agreement (.5); draft agreement (3.0). |
| Total Hours | | 25.10 | | | |
| Fee Amount | | | | | $17,695.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| L. White | $705.00 | 25.10 | $17,695.50 |
| Totals | | 25.10 | $17,695.50 |

| | | |
|---|---|---|
| Fee Total | $ | 17,695.50 |
| Invoice Total | $ | 17,695.50 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

November 8, 2011

**Invoice No. 1337867**

Client/Matter: 09807760-0021

LIFESTYLE DEVELOPMENT, LP

Payment Due Upon Receipt

---

Total This Invoice                                    $            348.10

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

November 8, 2011

**Invoice No. 1337867**

Client/Matter:  09807760-0021

LIFESTYLE DEVELOPMENT, LP

For Professional Services Rendered through October 31, 2011:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 10/03/11 | R. Goetz | 0.30 | 2300 | Correspondence with N. Wilson regarding filing fees for FAA Registration (.1); correspondence with B. Kraft regarding status update on DBA Filing Forms and Vehicle Transfer /Registration Forms (.2). |
| 10/05/11 | R. Goetz | 0.20 | 2300 | Correspondence with B. Kraft regarding revised documentation for DBA Filing Forms and Vehicle Transfer/Registration Forms (.2). |
| 10/10/11 | R. Goetz | 0.10 | 2300 | Correspondence with J. Kjellander regarding filing fees for FAA Registration(.1). |

| | | | |
|---|---|---|---|
| Total Hours | | 0.60 | |
| Fee Amount | | | $330.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| R. Goetz | $550.00 | 0.60 | $330.00 |
| Totals | | 0.60 | $330.00 |

### DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| 9/15/2011 | Delivery FedEx Airbill #795190823768 09/15/11 Delivery to  701 W 8th Ave Ste 800, ANCHORAGE, AK | 18.10 |
| | SUBTOTAL | 18.10 |
| | Total Disbursements | $18.10 |

2

LIFESTYLE DEVELOPMENT, LP

November 8, 2011

Matter: 09807760-0021
Invoice No.: 1337867

| | | |
|---|---|---|
| Fee Total | $ | 330.00 |
| Disbursement Total | $ | 18.10 |
| Invoice Total | $ | 348.10 |

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020
USA

November 8, 2011

**Invoice No. 1337879**

Client/Matter: 09807760-0030

BANKRUPTCY (POST-PETITION WORK)

Payment Due Upon Receipt

---

Total This Invoice                                    $        12,183.70

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020
USA

November 8, 2011

**Invoice No. 1337879**

Client/Matter:  09807760-0030

BANKRUPTCY (POST-PETITION WORK)

For Professional Services Rendered through October 31, 2011:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 10/05/11 | H. McDonald | 0.50 | 0100 | Telephone call with EW regarding fee issues (.5). |
| 10/13/11 | D. Pisciotta | 0.40 | 0100 | Review memorandum from fee committee re rate increases (.3) and draft e-mail to Hugh McDonald re same (.1). |
| 10/14/11 | D. Pisciotta | 0.30 | 0100 | E-mails with HughMcDonald re status of prior fee applications (.3). |
| 10/17/11 | H. McDonald | 1.80 | 2000 | Telephone call with E. Wilson regarding Fee App issues (.3); review charts from E. Wilson regarding Fee App issues (.2); telephone call with L. White regarding Fee App issues (.3); revise Supplemental Affidavit of L. White (1.0). |
| 10/17/11 | D. Pisciotta | 3.80 | 0100 | Review updated conflict check (.3) and draft supplemental affidavit (2.9); revise supplemental affidavit per comments from Hugh McDonald (.6). |
| 10/18/11 | D. Pisciotta | 5.30 | 4600 | Review and incorporate September invoices into next fee application (1.4); revise several drafts of supplemental declaration of L. White regarding conflict disclosures, per comments from Hugh McDonald and Linda White (3.7); coordinate filing of same (.2). |
| 10/18/11 | L. White | 3.00 | 0100 | Review Supplemental Declaration Regarding Retention (2.0); various telephone conferences with Hugh McDonald regarding same (1.0). |
| 10/18/11 | G. Medina | 0.30 | 0100 | File Declaration/Supplemental of Linda White regarding Retention of SNR Denton (.3). |

2

BANKRUPTCY (POST-PETITION WORK)

November 8, 2011

Matter: 09807760-0030
Invoice No.: 1337879

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 10/18/11 | H. McDonald | 1.50 | 2000 | Telephone call with L. White regarding Supplemental Affidavit (.4); office conference with David Pisciotta regarding Supplemental Affidavit (.3); revise Supplemental Affidavit (.8). |
| 10/19/11 | D. Pisciotta | 1.80 | 0100 | Draft memorandum to Hugh McDonald re correspondence from fee committee (.4); continued review September invoices and integrate same into fee application (1.4). |
| 10/20/11 | H. McDonald | 0.50 | 2000 | Telephone call with E. Wilson regarding Fee Application (.3); telephone call with L. White regarding Wilson call and Fee Committee (.2). |
| 10/21/11 | H. McDonald | 0.60 | 2000 | Email to E. Wilson regarding Fee Application (.1); review of Stipulation regarding Fee Application (.2); telephone call with E. Wilson regarding Stipulation (.1); emails regarding Stipulation (.1); telephone call with L. White regarding Stipulation (.1). |
| 10/25/11 | D. Pisciotta | 2.70 | 0100 | Draft September fee statement (2.1) and conform invoices to fourth interim order per fee committee specifications (.6). |
| 10/26/11 | D. Pisciotta | 1.00 | 0100 | Revisions to October fee statement (.7); several e-mails with L. White re same (.3) |
| 10/27/11 | D. Pisciotta | 0.70 | 0100 | Revisions to fee statements and review accompanying spreadsheet submission (.7). |
| 10/27/11 | H. McDonald | 0.20 | 0100 | Review Stipulation (.1); email regarding same (.1). |

Total Hours    24.40

Fee Amount    $12,110.00

BANKRUPTCY (POST-PETITION WORK)

November 8, 2011

Matter: 09807760-0030
Invoice No.: 1337879

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White | $705.00 | 3.00 | $2,115.00 |
| H. McDonald | $845.00 | 5.10 | $4,309.50 |
| D. Pisciotta | $350.00 | 16.00 | $5,600.00 |
| G. Medina | $285.00 | 0.30 | $85.50 |
| Totals | | 24.40 | $12,110.00 |

### DISBURSEMENT DETAIL

| Date | Description | Amount |
|---|---|---|
| 9/12/2011 | Delivery FedEx Airbill #795142384710 09/12/11 Delivery to  115 S 15th St Ste 400, RICHMOND, VA | 10.98 |
| 9/8/2011 | Delivery FedEx Airbill #795142387487 09/08/11 Delivery to  1 Chase Manhattan Plz Fl 4 NEW YORK CITY, NY | 10.01 |
| 9/8/2011 | Delivery FedEx Airbill #795142389620 09/08/11 Delivery to  1 E Main St, MADISON, WI | 12.67 |
| 9/8/2011 | Delivery FedEx Airbill #797472722050 09/08/11 Delivery to  1271 Avenue Of The America NEW YORK CITY, NY | 10.01 |
| 9/8/2011 | Delivery FedEx Airbill #797472724914 09/08/11 Delivery to  767 5th Ave Fl Conc1, NEW YORK CITY, NY | 10.01 |
| 9/8/2011 | Delivery FedEx Airbill #797472730736 09/08/11 Delivery to  1271 Avenue Of The America NEW YORK CITY, NY | 10.01 |
| 9/8/2011 | Delivery FedEx Airbill #797472735131 09/08/11 Delivery to  33 Whitehall St Fl 22, NEW YORK CITY, NY | 10.01 |
| | SUBTOTAL | 73.70 |
| | Total Disbursements | $73.70 |

BANKRUPTCY (POST-PETITION WORK)

November 8, 2011

Matter: 09807760-0030
Invoice No.: 1337879

| | | |
|---|---|---|
| Fee Total | $ | 12,110.00 |
| Disbursement Total | $ | 73.70 |
| Invoice Total | $ | 12,183.70 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

November 8, 2011

**Invoice No. 1337859**

Client/Matter: 09807760-0011

RITZ KAPALUA

Payment Due Upon Receipt

---

Total This Invoice                                                   $         28,316.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

November 8, 2011

**Invoice No. 1337859**

Client/Matter:  09807760-0011

RITZ KAPALUA

For Professional Services Rendered through October 31, 2011:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 10/06/11 | R. Goetz | 0.10 | 2300 | Correspondence with J. Nastasi and S. Stigliano regarding corporate resolutions (.1). |
| 10/12/11 | M. Cocci | 0.40 | 2300 | Telephone conference with M. Daliere regarding base fee adjustment for rental program (.2); review e-mail correspondence regarding same (.2). |
| 10/14/11 | K. Londo | 0.80 | 2300 | Correspondence related to and review of Omnibus Assignment, Escrow Agreement and related documents (.4); prepare for closing and further review of due diligence matters (.4). |
| 10/17/11 | L. White | 3.00 | 2300 | Correspondence with David Paulson regarding extension date for Hawaii closing (.2); telephone conferences with Nan Molofsky regarding Ryan Churchill's (Maui Land) issues regarding option parcels (.5); review option agreement regarding same (.5); telephone conference with David Paulson regarding Maui Land issues (.5); telephone conference with Nan Molofsky regarding Gencom asset management agreement (.5); revise same (.8). |
| 10/18/11 | L. White | 2.50 | 2300 | Revise Gencom asset management agreement (1.0); telephone conference with Nan Molofsky regarding same (.3); correspondence with David Lamb at Milbank regarding Ritz documents (.5); review Hawaii transfer documents (.7). |

RITZ KAPALUA

November 8, 2011

Matter: 09807760-0011
Invoice No.: 1337859

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 10/19/11 | L. White | 1.20 | 2300 | Revise asset management agreement (.5); review Ritz's disclosures for estoppel certificate (.5); correspondence with David Paulson regarding closing documents (.2). |
| 10/20/11 | M. Daliere | 0.70 | 2300 | Review estoppel received from Ritz (.3); telephone call with L. White regarding estoppel (.4). |
| 10/20/11 | K. Londo | 1.20 | 2300 | Correspondence with P. Mace and D. Paulson regarding tax allocations (.8); review Condo Declarations regarding same (.4). |
| 10/20/11 | L. White | 2.70 | 2300 | Review estoppel disclosures from Ritz (.7); telephone conferences and email correspondence with Mark Daliere regarding same (.4); telephone conference with Nan Molofsky and Patrick Mace regarding same (.8); email correspondence with local counsel regarding title search on golf courses and closing documents (.8). |
| 10/21/11 | L. White | 1.00 | 2300 | Telephone conferences with Mark Daliere regarding Ritz estoppel disclosures (.7); telephone conference with Nan Molofsky regarding same (.3). |
| 10/21/11 | M. Daliere | 1.90 | 2300 | Telephone call with L. White regarding estoppel certificate issues (.4); telephone call with A. Bertsch regarding comments to estoppel certificate (1.2); follow up call with L. White regarding Marriott response to estoppel certificate comments (.3). |
| 10/24/11 | K. Londo | 1.50 | 2300 | Correspondence with local counsel and Borrower regarding Assignments of Contracts and prorations of expenses and taxes (1.3); telephone conference with Linda White re same (.2). |

RITZ KAPALUA

November 8, 2011

Matter: 09807760-0011
Invoice No.: 1337859

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 10/24/11 | M. Daliere | 2.20 | 2300 | Review revised estoppel certificate and compare statements to corresponding exceptions (.9); telephone call with L. White regarding estoppel certificate (.4); telephone call with Lehman team regarding estoppel certificate (.5); e-mails to and from A. Bertsch regarding modifications to estoppel certificate (.4). |
| 10/24/11 | L. White | 2.50 | 2300 | Review revised closing documents (.5); review revised Ritz estoppel (.4); draft paragraph insertion for estoppel (.5); telephone conference with Mark Daliere regarding same (.4); telephone conference with Mark Daliere and Lehman team regarding Ritz estoppel, asset management agreement and LOC documents (.5); conference with Keith Londo regarding assumption of contracts (.2). |
| 10/25/11 | L. White | 2.30 | 2300 | Review and further revise revised Ritz estoppels (.8); email correspondence and telephone conferences with Mark Daliere and Nan Molofsky regarding Ritz estoppel and disclosures (.7); review option agreement to prepare amendment to allow RCK assumption of options (.5); telephone conference with Nan Molofsky regarding same (.3). |
| 10/25/11 | M. Daliere | 1.30 | 2300 | Telephone call with L. White regarding changes to estoppel certificate (.3); e-mails to and from A. Bertsch regarding disclosure of outstanding amounts (.2); revise estoppel certificate to address L. White changes and e-mail to A. Bertsch regarding modifications (.8). |
| 10/25/11 | K. Londo | 0.80 | 2300 | Correspondence with Borrower regarding service contracts and leases for Borrower to be assigned (.4); correspondence with local counsel regarding prorations (.4). |

RITZ KAPALUA

November 8, 2011

Matter: 09807760-0011
Invoice No.: 1337859

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 10/26/11 | M. Daliere | 2.10 | 2300 | Review and provide comments to Ritz-Carlton Development Corporation Estoppel Certificate (.5); telephone call with L. White regarding Ritz-Carlton Estoppel Certificate and Ritz-Carlton Development Corporation Estoppel Certificate (.5); telephone call with A. Bertsch regarding comments to Estoppel Certificates (.5); e-mails to and from A. Bertsch regarding Estoppel Certificates and provide suggested revisions to Estoppel Certificates (.6). |
| 10/26/11 | K. Londo | 0.50 | 2300 | Conference with Linda White regarding revisions to Closing documents (.5). |
| 10/26/11 | L. White | 3.70 | 2300 | Telephone conferences and email correspondence with Mark Daliere regarding Ritz estoppels (.5); review revised estoppels and exhibits thereto (1.2); review Hawaii closing documents (1.0); conference with Keith Londo regarding same (.5); telephone conference with Nan Molofsky regarding asset-allocations (.5). |
| 10/27/11 | L. White | 1.50 | 2300 | Telephone conference with Mark Daliere regarding estoppel (.3); review condo Association estoppel (.3); correspondence with Chris Lau regarding closing (.2); conference with Keith Londo regarding closing documents (.7). |
| 10/27/11 | M. Daliere | 0.70 | 2300 | Review revised estoppel certificates (.3); review issues regarding fixing references to rental program agreements on estoppel certificate and e-mails to L. White and A. Bertsch regarding same (.4). |
| 10/27/11 | K. Londo | 1.50 | 2300 | Correspondence regarding Golf Course Use Agreement (.5) and RCK organizational documents (.3); discuss Closing documents with local counsel and L. White (.7). |

RITZ KAPALUA

November 8, 2011

Matter: 09807760-0011
Invoice No.: 1337859

| Date | Timekeeper | Hours | Task | Narrative |
|------|------------|-------|------|-----------|
| 10/28/11 | K. Londo | 1.00 | 2300 | Correspondence with local counsel regarding closing documents (.5), correspondence with Gencom regarding estoppel certificates (.5). |
| 10/28/11 | M. Daliere | 0.20 | 2300 | E-mail to and from A. Bertsch regarding confirmation of Effective Date letter (.2). |
| 10/28/11 | L. White | 1.50 | 2300 | Email correspondence with John Nastasi regarding Replay agreement (.2); revise same (.3); correspondence with local counsel and commissioner regarding entry of order assuming SNDA (.2); review asset management agreement in light of Michael Lascher's email memo regarding same (.3); correspondence with David Paulson and Keith Londo regarding closing documents (.5). |
| 10/29/11 | M. Daliere | 0.30 | 2300 | Revise Replay Asset Management Agreement and e-mail to L. White regarding same (.3). |
| 10/31/11 | L. White | 2.50 | 2300 | Revise Replay agreement (.4); correspondence with Yoav Olund regarding revised Replay agreement (.2); review closing documents and closing issues (.8); conference with Keith Londo regarding same (.3); correspondence with David Paulson regarding same (.2); review Effective Date letter agreement for Ritz documents (.3); telephone conference and correspondence with Nan Molofsky regarding option and asset allocation (.3). |
| 10/31/11 | M. Daliere | 0.90 | 2300 | Prepare Effective Date Acknowledgment Letter (.8); e-mail to L. White regarding same (.1). |
| Total Hours | | 42.50 | | |
| Fee Amount | | | | $28,316.00 |

RITZ KAPALUA

November 8, 2011

Matter: 09807760-0011
Invoice No.: 1337859

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White | $705.00 | 24.40 | $17,202.00 |
| M. Cocci | $685.00 | 0.40 | $274.00 |
| M. Daliere | $675.00 | 10.30 | $6,952.50 |
| K. Londo | $525.00 | 7.30 | $3,832.50 |
| R. Goetz | $550.00 | 0.10 | $55.00 |
| Totals | | 42.50 | $28,316.00 |

|  |  |  |
|---|---|---|
| Fee Total | $ | 28,316.00 |
| Invoice Total | $ | 28,316.00 |

7

# SNR DENTON

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                                                    November 9, 2011
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                                          **Invoice No. 1338019**

Client/Matter: 21416248-0838

Houston Hyatt Corporate Loan                                        Payment Due Upon Receipt

---

Lehman Contact:  Susanne Frey

Total This Invoice                                               $           2,520.00

Please return this page with your payment

In the case of mail deliveries to:                    In the case of overnight deliveries to:
SNR Denton US LLP                                             SNR Denton US LLP
Dept. 7247-6670                     OR              Attention: Accounting
Philadelphia, PA 19170-6670                              233 South Wacker Drive
                                                                           Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

# SNR DENTON ⌐

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

November 9, 2011

**Invoice No. 1338019**

Client/Matter:  21416248-0838

Houston Hyatt Corporate Loan

For Professional Services Rendered through November 9, 2011:

| **Date** | **Timekeeper** | **Hours** | **Task** | **Activity** | **Narrative** |
|---|---|---|---|---|---|
| 10/27/11 | M. Williams | 3.00 | 2300 | | Receive and review custodial delivery in connection with payoff of corporate loan (1.5), index and deliver documents to borrower (1.0); return improperly sent documents to custodian (.5). |
| Total Hours | | 3.00 | | | |
| Fee Amount | | | | | $2,520.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $840.00 | 3.00 | $2,520.00 |
| Totals | | 3.00 | $2,520.00 |

| | | |
|---|---|---|
| Fee Total | $ | 2,520.00 |
| Invoice Total | $ | 2,520.00 |

12973250\V-2

# SNR DENTON ⅂

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020

November 7, 2011

**Invoice No. 1336920**

Client/Matter: 21416248-0851

CW Capital Rakes

Payment Due Upon Receipt

---

Lehman Contact:  Thomas Buffa

Total This Invoice                                           $          2,016.00

Please return this page with your payment

In the case of mail deliveries to:          In the case of overnight deliveries to:
SNR Denton US LLP                                SNR Denton US LLP
Dept. 7247-6670                 OR              Attention: Accounting
Philadelphia, PA 19170-6670                   233 South Wacker Drive
                                                           Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

# SNR DENTON ⅂

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020

November 7, 2011

**Invoice No. 1336920**

Client/Matter: 21416248-0851

CW Capital Rakes

For Professional Services Rendered through October 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|------------|-------|------|----------|-----------|
| 10/18/11 | M. Williams | 1.40 | 2300 | | Review loan documents, memos regarding status, maturity dates, etc. in preparation for call with Mr. Buffa (1.4). |
| 10/21/11 | M. Williams | 1.00 | 2300 | | Retrieve loan documents (.2), distribute to Lehman (.1), telephone conference with Mr. Buffa regarding maturity date issues, status of documents (.7). |
| Total Hours | | 2.40 | | | |
| Fee Amount | | | | | $2,016.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| M. Williams | $840.00 | 2.40 | $2,016.00 |
| Totals | | 2.40 | $2,016.00 |

| | | |
|---|---|---|
| Fee Total | $ | 2,016.00 |
| Invoice Total | $ | 2,016.00 |

2

12971610\V-3

# SNR DENTON ⅂

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

November 9, 2011

**Invoice No. 1336918**

Client/Matter: 21416248-0832

HILTON MEZZ PARTICIPATION SALE

Payment Due Upon Receipt

---

Lehman Contact: Susanne Frey

Total This Invoice                                                          $            421.70

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

12973246\V-2

# SNR DENTON ⁊

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

November 9, 2011

**Invoice No. 1336918**

Client/Matter:  21416248-0832

HILTON MEZZ PARTICIPATION SALE

For Professional Services Rendered through October 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/19/11 | M. Williams | 0.50 | 2300 | | Telephone conference with Ms. Flewelling regarding changes to notice of extension of corporate loans (.4), telephone conference with Ms. Frey regarding same (.1) |

| | | | |
|---|---|---|---|
| Total Hours | | 0.50 | |
| Fee Amount | | | $420.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Williams | $840.00 | 0.50 | $420.00 |
| Totals | | 0.50 | $420.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Document reproduction - 17 copies @ $0.10 per copy | | 1.70 |
| | | SUBTOTAL | 1.70 |
| | Total Disbursements | | $1.70 |

2

12973246\V-2

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

For your Information - Open Invoices

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

November 9, 2011

Client/Matter #: 21416248-0832

HILTON MEZZ PARTICIPATION SALE

---

| | | |
|---|---|---|
| Fee Total | $ | 420.00 |
| Disbursement Total | $ | 1.70 |
| Invoice Total | $ | 421.70 |

Questions should be directed to:
M. Williams
at 1 212 768 6700

Federal Tax I.D. Number 36-1796730

472/NY

12973246\V-2

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

November 9, 2011

**Invoice No. 1336919**

Client/Matter: 21416248-0838

CALWEST PORTFOLIO

Payment Due Upon Receipt

---

Lehman Contact:  Jane Yang

Total This Invoice                                                           $        3,463.87

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

# SNR DENTON

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

November 9, 2011

**Invoice No. 1336919**

Client/Matter:  21416248-0838

CALWEST PORTFOLIO

For Professional Services Rendered through October 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/21/11 | A. Siegler | 2.20 | 2300 | | Reviewed 05-31-07 and 11-20-07 closing CDs, and sent email of indexes to same to M. Williams (.8); in 3 emails sent docs from 5 CDs to Ms. Yang (.2); for PSA, reviewed various CDs and fileSurf (1.0), then follow-up on with M. Lyons and sent final Word version of same to J. Yang (.2). |
| 10/21/11 | M. Williams | 2.50 | 2300 | | Telephone conference with Ms. Chang, (.5) retrieve CalWest file and disks, recover requested documents and deliver to Lehman via email on an immediate rush basis (2.0). |
| 10/24/11 | R. Barkachy | 0.40 | 2300 | | Send files to A. Siegler as per M. Williams request for PSA (.4). |
| 10/24/11 | A. Siegler | 0.50 | 2300 | | Reviewed prior delivery to Ms. Yang and sent related tables of contents as follow-up (.2); reviewed closing files for PSA (.3). |
| 10/24/11 | M. Williams | 0.50 | 2300 | | Email correspondence with Ms. Yang (.1), retrieve and email additional loan documents on CalWest mezz and mortgage loans (.4). |
| 10/25/11 | A. Siegler | 0.80 | 2300 | | Correspondence with Ms. Yang on applicable Loan Agreements (.4), then delivery in 4 emails (.4). |

| | | | |
|---|---|---|---|
| Total Hours | | 6.90 | |
| Fee Amount | | | $3,419.00 |

CALWEST PORTFOLIO

November 9, 2011

Matter: 21416248-0838
Invoice No.: 1336919

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $840.00 | 3.00 | $2,520.00 |
| A. Siegler | $230.00 | 3.50 | $805.00 |
| R. Barkachy | $235.00 | 0.40 | $94.00 |
| Totals | | 6.90 | $3,419.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction - 34 copies @ $0.10 | | 3.40 |
| | | SUBTOTAL | 3.40 |
| 8/26/2011 | Ground Transportation - - MOORE ST | DIAL CAR, INC 225 LIBERTY ST - 80 N | 41.47 |
| | | SUBTOTAL | 41.47 |
| | Total Disbursements | | $44.87 |

| | | |
|---|---|---|
| Fee Total | $ | 3,419.00 |
| Disbursement Total | $ | 44.87 |
| Invoice Total | $ | 3,463.87 |

# SNR DENTON ⅂

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

November 9, 2011

**Invoice No. 1336917**

Client/Matter: 21416248-0824

John Hancock C-Note Participation

Payment Due Upon Receipt

Lehman Contact:  David Zachowitz

Total This Invoice                                                        $        1,816.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

# SNR DENTON ⅃

SNR Denton US LLP                    snrdenton.com
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                    November 9, 2011
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                    **Invoice No. 1336917**

Client/Matter:  21416248-0824

John Hancock C-Note Participation

For Professional Services Rendered through October 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|---|---|---|---|---|---|
| 10/11/11 | M. Williams | 0.30 | 2300 | | Telephone conference with L. White regarding Illinois transfer tax (.1), telephone conference with R. Goetz regarding same (.2). |
| 10/11/11 | R. Goetz | 0.20 | 2300 | | Conference with M. Williams regarding transfer tax issues in Illinois (.2). |
| 10/12/11 | R. Goetz | 2.00 | 2300 | | Review of transfer tax statute/ordinances for Illinois, Cook County and City of Chicago (1.0); teleconferences with the IL DOR (.2); teleconference with the City of Chicago DOR (.2); prepare summary of transfer tax information (.6). |
| 10/12/11 | M. Williams | 0.50 | 2300 | | Telephone conference with R. Goetz regarding Illinois transfer taxes for mortgages and mezz loan foreclosures (.2), review and revise email summary of tax law (.2), forward revised tax discussion to Messrs. Siddons and Zachowitz (.1). |

| | | | |
|---|---|---|---|
| Total Hours | | 3.00 | |
| Fee Amount | | | $1,816.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $840.00 | 0.80 | $672.00 |
| R. Goetz | $520.00 | 2.20 | $1,144.00 |
| Totals | | 3.00 | $1,816.00 |

2

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

For your Information - Open Invoices

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

November 9, 2011

Client/Matter #: 21416248-0824

John Hancock C-Note Participation

---

| | | |
|---|---|---|
| Fee Total | $ | 1,816.00 |
| Invoice Total | $ | 1,816.00 |

Questions should be directed to:
M. Williams
at 1 212 768 6700

Federal Tax I.D. Number 36-1796730

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

November 9, 2011

**Invoice No. 1336916**

Client/Matter: 21416248-0795

CROW PORTFOLIO RESTRUCTURING

Payment Due Upon Receipt

---

Lehman Contact:  Susanne Frey

Total This Invoice                                    $        26,451.09

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

# SNR DENTON

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

November 9, 2011

**Invoice No. 1336916**

Client/Matter:  21416248-0795

CROW PORTFOLIO RESTRUCTURING

For Professional Services Rendered through October 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/06/11 | M. Williams | 0.50 | 2300 | | Review email correspondence regarding Crow defaults and status of notice letters (.3), begin review of files (.2). |
| 10/07/11 | M. Williams | 5.10 | 2300 | | Review files, notice requirements under loan agreement for defaults, calculation of default interest, status of UCC filings (2.0), draft post maturity demand letter (3.0), telephone conference with ms. Frey regarding same (.1). |
| 10/07/11 | J. Forstot | 0.60 | 2300 | | Telephone calls with M. Williams (.2); emails and telephone calls with CBRE regarding possible retention as brake for UCC foreclosure sale (.4). |
| 10/07/11 | R. Barkachy | 2.30 | 2300 | | Respond to Mitch Williams re: Crow Portfolio Mezz UCC-1s filed and UCC-3s (DE SOS) 2007 and 2008 (.5); research same via TPW legacy site and order searches via CSC (.6); research Mezz A title policy as directed (.6); contact David Wanetik and Gary Zimmerman at First American re: UCC9 Policy No. J02-0001488 (.6). |
| 10/07/11 | P. Mignone | 1.00 | 2300 | | Phone conference with M. Williams (.2); review demand letter (.8). |
| 10/10/11 | R. Barkachy | 0.60 | 2300 | | Confirm receipt of 5 boxes and 9-14 redwelds for TPW 16248-0795 and 0779 as per M. Williams request (.3); assemble same for M. Williams review (.3). |

12973470\V-2

CROW PORTFOLIO RESTRUCTURING

November 9, 2011

Matter: 21416248-0795
Invoice No.: 1336916

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/10/11 | J. Forstot | 0.20 | 2300 | | Email with M. Williams regarding UCC sale (.1); email with CBRE regarding UCC sale (.1). |
| 10/11/11 | M. Williams | 4.70 | 2300 | | Revise demand letter (.5), revise acceleration notice (1.0), review notice of disposition (1.0), office conference with R. Barkachy regarding UCC filings (.1), review search results (1.0), telephone conference with Ms. Frey regarding status of prior payment defaults (.2), telephone conference with M. Whelan regarding fixing unauthorized UCC-3s (.4). |
| 10/11/11 | R. Barkachy | 6.00 | 2300 | | Research UCC-9 Policy and disposition of original Certificates as per M. Williams (.6); research status of UCC searches for Mezz borrower GTIS I-AIMCAP MIDWEST HOTEL PORTFOLIO LLC (.6); confirm receipt of same from CSC (.3); review searches and confirm duplicate Mezz UCC-1s filed for all six mezz UCCs (1.1); confirm 2 assignments (mezz) to Jackson National Life Insurance Company (.3); conference with M. Williams re: same (.1); research Notice letter from Jackson to Aurora Bank (March   , 2010) as per M. Williams (.6); follow up with Gary Zimmerman at Fidelity re: Mezz UCC 9 Policy (.6); track and obtain same from Andrew Lundberg at Fidelity (.6); review UCC-9 policy and confirm different set of mezz UCCs were recorded (apparently no UCC-3 assignments) (.6); order additional searches for GTIS I-AIMCAP Schaumburg LLC and GTIS I-AIMCAP NOVI LLC as per M. Williams (.6). |
| 10/11/11 | S. Whelan | 0.90 | 2300 | | Telephone conference with M. Williams (.4); review UCC Article 9, and check Article 9 annual survey articles, regarding filing of corrected financing statements (.5). |

3

CROW PORTFOLIO RESTRUCTURING

November 9, 2011

Matter: 21416248-0795
Invoice No.: 1336916

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/12/11 | S. Whelan | 0.40 | 2300 | | Telephone conference with M. Williams (.4). |
| 10/12/11 | R. Barkachy | 4.80 | 2300 | | Research 2007 (Mortgage & Mezz) and 2008 (Modification and Sale) title escrow letters (.5); confirm UCCs taken by title for filing by LandAm and Chicago Title (.2); conference with M. Williams re: same (.1), CSC UCC report results and UCC 9 Plus policy (.2); arrange for CSC invoice payments (.4); follow up on UCC searches for Shaumburg and Novi (.2); prepare memo to M. Williams re: status and timeline of UCCs (2.6); confirm receipt of updated CSC report and order additional search re: Brookfield (.4); confirm results with M. Williams re: 1st set of mezz UCC filings shown in UCC 9 policy were not assigned (.2). |
| 10/12/11 | M. Williams | 4.50 | 2300 | | Review escrow letters from closing and from sale of mortgage loan to Jackson (3.7), telephone conference with S. Whelan regarding UCC issues (.4), telephone conference with Ms. Frey regarding same (.2), UCC research to determine methods of correction of unauthorized filings (.6). |
| 10/12/11 | P. Mignone | 1.00 | 0100 | | Office conference with M. Williams (1.0). |
| 10/13/11 | M. Williams | 2.70 | 2300 | | Review all Ucc searches for three mezz Ucc's (.5), review R. Barkachy memo regarding same (2.0), office conference with S. Whelan regarding alternatives to correcting the record (.2). |
| 10/13/11 | S. Whelan | 1.30 | 2300 | | Office conference M. Williams regarding various options arising from defective UCC filings for Chicago Title (.2). Locate treatise form of UCC, correction financing statement form and instructions from M. Williams (1.1). |

4

12973470\V-2

CROW PORTFOLIO RESTRUCTURING

November 9, 2011

Matter: 21416248-0795
Invoice No.: 1336916

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 10/13/11 | R. Barkachy | 2.50 | 2300 | | Review revised CSC report for additional mezz filing (.5); order and review additional report for Wood Dale (.5); review and revise memo to M. Williams (1.2); forward same to M. Williams for confirmation (.1); complete review of file and return same to records as per M. Williams (.2). |
| 10/14/11 | M. Williams | 2.00 | 2300 | | Research UCC for methods of correcting unauthorized filing (1.5), revise and distribute demand notice (.5) |
| 10/14/11 | R. Barkachy | 0.30 | 2300 | | Confirm mezz Uccs wrongly assigned to Jackson (Shaumburg, Novi and Wood Dale) with M. Williams (.1); review memo with M. Williams (.2) as directed. |
| 10/17/11 | M. Williams | 0.50 | 2300 | | Revise demand notice to incorporate Mr. Pomeranz comments (.4), distribute same (.1). |
| 10/19/11 | M. Williams | 0.80 | 2300 | | Telephone conference with ms. Frey discussing various issues with attempts to enforce remedies against the Mortgage lender for a possible breach of the intercreditor agreement. (.8) |
| 10/20/11 | M. Williams | 0.80 | 2300 | | Draft and distribute email regarding the unlikelihood of being successful on a claim for breach of the intercreditor agreement because the argument would be stretched interpretation of the agreement, and because Lehman would not be able to establish any loss (.8). |

Total Hours          43.50

Fee Amount                                                          $26,098.50

12973470\V-2

CROW PORTFOLIO RESTRUCTURING

November 9, 2011

Matter: 21416248-0795
Invoice No.: 1336916

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| J. Forstot | $785.00 | 0.80 | $628.00 |
| M. Williams | $840.00 | 21.60 | $18,144.00 |
| P. Mignone | $665.00 | 2.00 | $1,330.00 |
| S. Whelan | $815.00 | 2.60 | $2,119.00 |
| R. Barkachy | $235.00 | 16.50 | $3,877.50 |
| Totals | | 43.50 | $26,098.50 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction - 21 copies @ $0.10 per copy | | 2.10 |
| | | SUBTOTAL | 2.10 |
| 10/11/2011 | Ground Transportation Delivery -      PCS LIMO to NANUET NY | | 156.16 |
| | | SUBTOTAL | 156.16 |
| 10/7/2011 | Miscellaneous Hard - -      CORPORATION SERVICE COMPANY Lien/Litigation work in DE - Inv. #53480521 | | 194.33 |
| | | SUBTOTAL | 194.33 |
| | Total Disbursements | | $352.59 |

| | | |
|---|---|---|
| Fee Total | $ | 26,098.50 |
| Disbursement Total | $ | 352.59 |
| Invoice Total | $ | 26,451.09 |

12973470\V-2