# EXHIBIT B

**WHITE & CASE**

White & Case LLP  
1155 Avenue of the Americas  
New York, New York 10036-2787  

Tel +1 212 819 8200  
Fax +1 212 354 8113  
www.whitecase.com  

Direct Dial + 1 212 8479    guzzi@weil.com

FOR SETTLEMENT DISCUSSIONS ONLY  
SUBJECT TO FEDERAL RULE OF EVIDENCE 408

June 18, 2010

VIA E-MAIL

Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153

Attn:   Harvey R. Miller

Re:   Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (JMP) (Jointly Administered)

Dear Harvey:

In connection with our proposal regarding modification to the Debtors' plan of reorganization delivered to you by letter dated June 11, 2010, we would also like to discuss with the Debtors improving transparency to Lehman stakeholders. As you know, since last summer, our group has worked constructively with the Debtors to improve the monthly operating disclosures, including through various written requests and in-person meetings. We have provided access to our professionals in that regard, in particular, the former Chief Operating Officer of Bear Stearns, who has met multiple times with the Debtors' finance team to improve the estates transparency for the benefit of all stakeholders; however, we still believe that the disclosures are lacking in many material respects. In this regard, we have prepared the enclosed disclosure templates to demonstrate the type of disclosure that we believe is appropriate and achievable and may be adopted by the Debtors as early as their next monthly operating reports. These templates are designed to further provide information to the market consistent with the Debtors' requirements as a reporting company while balancing the limitations that may exist as a consequence of Lehman's collapse. As well, given the Examiner's Report, much of this information while not easily accessible is already public, in particular the structure of the securitization vehicles and asset-level details.

From our plan proposal, you can see that ensuring the public availability of information post effective date will be an important element of any settlement. Material improvement to the disclosures contained in the disclosure statement is similarly important to us. We believe that improving the availability of information today would facilitate a settlement on plan issue among a larger set of stakeholders.

ABU DHABI  ALMATY  ANKARA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUCHAREST  BUDAPEST  DOHA  DÜSSELDORF  FRANKFURT  
GENEVA  HAMBURG  HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MEXICO CITY  MIAMI  MOSCOW  MUNICH  
NEW YORK  PALO ALTO  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SINGAPORE  STOCKHOLM  TOKYO  WARSAW  WASHINGTON, DC

NEWYORK 7696049 (2K)

Weil, Gotshal & Manges LLP

WHITE & CASE

June 18, 2010

   We look forward to your feedback regarding the attached and to meeting with you on June 22, 2010.

Best regards,

Gerard Uzzi

Enclosures

cc: Daniel Kamensky
   Paul Goldschmid
   J. Christopher Shore
   Eric Stodola
   Bill Fox
   Holly Dice
   John Suckow
   Lori R. Fife
   Garrett Fail
   John Castellano
   Lisa Donahue

## LBHI Disclosure Template - Top Holdings Summary

Please provide / update top positions below

| Position | Notional Balance | Mark to Market Balance | | | Owner | Lien | Pledged? |
|---|---|---|---|---|---|---|---|
| | | 6/30/2009 | 12/31/2009 | 3/31/2010 | | | |
| **I. Commercial Real Estate** | | | | | | | |
| 1) Archstone | | | | | | | |
| Senior | 4,200 | | | | | | |
| 2009 Priority Facility | 120 | | | | | | |
| Mezzanine | 466 | | | | | | |
| Equity | 2,388 | | | | PAMI? | | |
| Total Archstone | 7,174 | | | | | | |
| 2) Suncal | | | | | | | |
| 3) Prologis | | | | | | | |
| Mezzanine | 202 | | | | | Mezzanine | |
| Bridge Equity | 574 | | | | | Bridge Equity | |
| Total Prologis | 776 | | | | | | |
| 4) Hilton | | | | | | | |
| Senior Mortgage | 460 | | | | LBHI? | 1st Lien | |
| Mezzanine I | 7 | | | | Bankhaus/LBCB? | Mezzanine | |
| Mezzanine J | 11 | | | | Bankhaus/LBCB? | Mezzanine | |
| Total Hilton | 478 | | | | | | |
| 5) Heritage Fields (Lennar) | | | | | | | |
| Heritage Fields (Lennar) | 198 | | | | ALI | 1st Lien | State Street |
| Heritage Fields (Lennar) | 250 | | | | Bankhaus | 1st Lien | |
| Total Heritage Fields (Lennar) | 448 | | | | | | |
| 6) 237 Park Avenue | 542 | | | | | Mezzanine | |
| 7) Innkeepers | | | | | | | |
| Senior | 242 | | | | | | |
| Mezzanine | 135 | | | | | | |
| **Total Innkeepers** | **377** | | | | | | |
| 8) EOP Austin | | | | | | | |
| Senior | 113 | | | | | | |
| B-Notes | 140 | | | | | | |
| Bridge Equity | 148 | | | | | | |
| **Total Austin** | **401** | | | | | | |
| 9) Beacon Fund III / Bdway Partners | 462 | | | | | Mezzanine | |
| 10) 25 Broad Street | | | | | | | |
| Senior | 273 | | | | | | |
| Mezzanine | 95 | | | | | | |
| **Total 25 Broad Street** | **368** | | | | | | |

**II. Loans**
- Name 1
- Name 2
- Name 3
- Name 4
- Name 5

**III. Private Equity**
- Name 1
- Name 2
- Name 3
- Name 4
- Name 5

## LBHI Disclosure Template - CDA Collateral

| | Fair Market Value | | | | Total LBHI Controlled Entities | Total Undiscounted Principal Balances |
|---|---|---|---|---|---|---|
| | LBHI | LCPI | LBI | Other Entities | | |
| **Loans** | | | | | | |
| High Grade | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| High Yield | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Not Rated | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Loans** | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Residential Real Estate** | | | | | | |
| United States | | | | | | |
| Whole Loans | | | | | | |
| Alt-A / Prime | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Subprime | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Other | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Residential Real Estate** | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Commercial Real Estate** | | | | | | |
| North America | | | | | | |
| Whole loans | | | | | | |
| Senior | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| B-Notes / Mezzanine | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Corporate Loans | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Seller Financed Loans | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Equity | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| REO | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Other | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Subtotal | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Europe | | | | | | |
| Whole loans | | | | | | |
| Senior | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| B-Notes / Mezzanine | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Corporate Loans | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Equity | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Subtotal | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Asia | | | | | | |
| Whole loans | | | | | | |
| Senior | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| B-Notes / Mezzanine | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| NPLs | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Equity | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| REO | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Other | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Subtotal | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Commercial Real Estate** | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Private Equity** | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Other** | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total CDA Collateral** | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

# LBHI Disclosure Template - Receivables from Special Purpose Vehicles

|  | Notional | Fair Value | Collateral Value (1) |
|---|---|---|---|
| **Mortgages** | | | |
| Open | $0 | $0 | $0 |
| Terminated | $0 | $0 | $0 |
| Total | $0 | $0 | $0 |
| **Investment Grade** | | | |
| Open | $0 | $0 | $0 |
| Terminated | $0 | $0 | $0 |
| Total | $0 | $0 | $0 |
| **High Yield / Levered Loans** | | | |
| Open | $0 | $0 | $0 |
| Terminated | $0 | $0 | $0 |
| Total | $0 | $0 | $0 |
| **Other** | | | |
| Open | $0 | $0 | $0 |
| Terminated | $0 | $0 | $0 |
| Total | $0 | $0 | $0 |
| **Total** | | | |
| Open | $0 | $0 | $0 |
| Terminated | $0 | $0 | $0 |
| **Total** | **$0** | **$0** | **$0** |

(1) Cash and securities held by the trusts.

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
Real Estate Owned and Unencumbered - By Product Type[1]

As of December 31, 2009
(Unaudited)

| $ in millions | Lehman Brothers Holdings Inc. | Lehman Commercial Paper Inc. | Other Debtor Entities | Total Debtor Entities | Non-Debtor Entities | Total LBHI Controlled Entities | Undiscounted Principal Balances |
|---|---|---|---|---|---|---|---|
| **Commercial Real Estate** | | | | | | | |
| *North America* | | | | | | | |
| Whole loans | | | | | | | |
| Senior | $ 213 | $ 17 | $ — | $ 230 | $ 144 | $ 374 | |
| B-notes/Mezzanine | 168 | — | — | 168 | 39 | 207 | |
| Corporate Loans | 19 | 43 | — | 63 | 58 | 121 | |
| Seller Financed Loans | — | 288 | — | 288 | — | 288 | |
| Equity | — | — | — | — | 148 | 148 | |
| Real Estate Owned | 142 | — | 4 | 146 | 305 | 451 | |
| Other | 25 | 14 | — | 39 | 1 | 40 | |
| Subtotal | 567 | 362 | 4 | 933 | 695 | 1,628 | |
| *Europe* | | | | | | | |
| Whole loans | | | | | | | |
| Senior | — | 98 | — | 98 | — | 98 | |
| B-notes/Mezzanine | — | 441 | — | 441 | — | 441 | |
| Corporate Loans | — | — | — | — | — | — | |
| Equity | — | — | — | — | 178 | 178 | |
| Subtotal | — | 539 | — | 539 | 179 | 718 | |
| *Asia* | | | | | | | |
| Whole loans | | | | | | | |
| Senior | — | — | — | — | 11 | 11 | |
| B-notes/Mezzanine | — | — | — | — | 11 | 11 | |
| NPLs[2] | — | — | — | — | 56 | 56 | |
| Equity | — | — | — | — | 120 | 120 | |
| Real Estate Owned | — | — | — | — | 11 | 11 | |
| Other | — | — | — | — | 35 | 35 | |
| Subtotal | — | — | — | — | 244 | 244 | |
| **Total Commercial Real Estate** | $ 567 | $ 901 | $ 4 | $ 1,472 | $ 1,118 | $ 2,590 | |
| **Total Real Estate** | $ 915 | $ 981 | $ 4 | $ 1,900 | $ 1,348 | $ 3,248 | |

Notes:
(1) This schedule reflects unencumbered assets that are included on the Balance Sheet. Pledged assets are presented separately on the schedule of Pledged Inventory. Refer to the accompanying Notes to the Balance Sheet for further discussion on valuation and additional disclosures.
(2) NPLs are loans purchased as non-performing loans.

*Annotations:*
- "Please break out this column for LB 1, ALI, PAMI, and Other." (pointing to Non-Debtor Entities column)
- "Please include." (pointing to Undiscounted Principal Balances column)
- "The comments shown here are only made with respect to commercial real estate disclosure. Accordingly, for the purpose of formatting, the residential real estate disclosure and related notes included in the December 31, 2009, balance sheet is not shown here, although the Debtors should continue to make such disclosure going forward."

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
Commercial Real Estate Owned and Unencumbered - By Property Type And Region[1]
As of December 31, 2009
(Unaudited)

| $ in millions | North America | Europe | Asia | Total | Undiscounted Principal Balances |
|---|---:|---:|---:|---:|---|
| **Commercial Real Estate** | | | | | |
| *Senior Whole Loans* | | | | | |
| Office | $ 42 | $ 45 | $ — | $ 87 | |
| Hotel | 67 | — | — | 67 | |
| Multi-family | 38 | — | — | 38 | |
| Retail | 1 | 28 | 11 | 40 | |
| Residential | — | 10 | — | 10 | |
| Condominium | 20 | 15 | — | 36 | |
| Land | 182 | — | — | 182 | |
| Other | 23 | — | — | 23 | |
| Total Senior Whole Loans by Type | 374 | 98 | 11 | 483 | |
| *B-Note/Mezz Whole Loans* | | | | | |
| Office | 37 | 233 | — | 270 | |
| Hotel | 8 | 34 | 11 | 54 | |
| Multi-family | 60 | 82 | — | 143 | |
| Mixed-use | — | 91 | — | 91 | |
| Retail | 15 | — | — | 15 | |
| Condominium | 47 | — | — | 47 | |
| Land | 39 | — | — | 39 | |
| Total B-Notes/Mezz Whole Loans by Type | 207 | 441 | 11 | 659 | |
| *Corporate Loans* | | | | | |
| Industrial | 19 | — | — | 19 | |
| Multi-family | 101 | — | — | 101 | |
| Total Corporate Loans by Type | 121 | — | — | 121 | |
| *Seller Financed Loans* | | | | | |
| Office | 108 | — | — | 108 | |
| Hotel | 29 | — | — | 29 | |
| Multi-family | 132 | — | — | 132 | |
| Other | 19 | — | — | 19 | |
| Total Seller Financed Loans by Type | 288 | — | — | 288 | |
| *NPLs[2]* | | | | | |
| Residential | — | — | 54 | 54 | |
| Other | — | — | 2 | 2 | |
| Total NPLs by Type | — | — | 56 | 56 | |
| *Equity* | | | | | |
| Office | 1 | 42 | 71 | 114 | |
| Industrial | 6 | 3 | — | 9 | |
| Hotel | 34 | — | 19 | 53 | |
| Multi-family | 4 | — | 15 | 19 | |
| Retail | 3 | 11 | 1 | 15 | |
| Mixed-use | — | 90 | — | 90 | |
| Condominium | 12 | 1 | — | 13 | |
| Land | 43 | — | 10 | 53 | |
| Other | 45 | 31 | 4 | 81 | |
| Total Equity by Type | 148 | 178 | 120 | 446 | |
| *Real Estate Owned* | | | | | |
| Office | 36 | — | — | 36 | |
| Industrial | 4 | — | — | 4 | |
| Hotel | 32 | — | — | 32 | |
| Multi-family | 83 | — | — | 83 | |
| Condominium | 174 | — | — | 174 | |
| Land | 101 | — | 11 | 112 | |
| Other | 21 | — | — | 21 | |
| Total Real Estate Owned by Type | 451 | — | 11 | 462 | |
| Other | 40 | — | 35 | 75 | |
| **Total Commercial Real Estate** | $ 1,628 | $ 718 | $ 244 | $ 2,590 | |

Notes:
(1) This schedule reflects unencumbered assets that are included on the Balance Sheet. Pledged assets are presented separately on the schedule of Pledged Inventory. Refer to the accompanying Notes to the Balance Sheet for further discussion on valuation and additional disclosures.
(2) NPLs are loans purchased as non-performing loans.

# LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities
## Schedule of Cash Receipts and Disbursements (a)
### April 1, 2010 - April 30, 2010

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

**Note (callout):** Please break out this column for LB 1, ALI, PAMI, and other. [pointing to "Other Controlled Entities (b)"]

| | LBHI | LBSF | LBCS | LOTC | LCPI | LBCC | LBFP | LBDP | Other Debtors | Total Debtors | Other Controlled Entities (b) | Total Debtors and Other Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash & Investments (4/1/10) | $ 2,346(c) | $ 6,172 | $ 1,244 | $ 176 | $ 2,724 | $ 491 | $ 427 | $ 387 | $ 10 | $ 13,976 | $ 2,687 | $ 16,663 |
| **Sources of Cash:** | | | | | | | | | | | | |
| *Corporate* | | | | | | | | | | | | |
| Repayment of Advances to Aurora (d) | 47 | — | — | — | — | — | — | — | — | 47 | — | 47 |
| Compensation and Benefits Reimbursements (e) | 1 | — | — | — | — | — | — | — | — | 1 | — | 1 |
| Other Receipts | 17 | — | — | — | — | — | 1 | — | — | 18 | 4 | 22 |
| Derivatives (f) | — | 180 | — | 32 | 245 | — | — | — | — | 217 | — | 217 |
| Loans (g) | — | — | 5 | — | 11 | — | — | — | — | 245 | — | 245 |
| Principal Investing / Private Equity (h) | 26 | — | — | — | 408 | — | — | — | — | 37 | 38 | 75 |
| Real Estate (i) | 107 | — | — | — | — | — | — | — | — | 515 | 24 | 539 |
| Asia | — | — | — | — | — | — | — | — | — | — | 16 | 16 |
| South America | — | — | — | — | — | — | — | — | — | — | 2 | 2 |
| Inter-Company Transfers | 8 | 2 | — | — | 21 | — | — | — | — | 31 | 1 | 31 |
| **Total Sources of Cash** | 207 | 182 | 5 | 32 | 683 | — | 1 | — | — | 1,110 | 85 | 1,195 |
| **Uses of Cash:** | | | | | | | | | | | | |
| *Corporate* | | | | | | | | | | | | |
| Advances to Aurora | — | — | — | — | — | — | — | — | — | — | — | — |
| Compensation and Benefits (j) | (15) | — | — | — | — | — | — | — | — | (15) | — | (15) |
| Professional Fees | (47) | — | — | — | — | — | — | — | — | (47) | — | (47) |
| Other Operating Expenses (k) | (13) | — | — | — | — | — | — | — | — | (13) | (1) | (14) |
| Other Non-Operating Expenses (l) | (29) | — | — | — | — | — | — | — | — | (29) | (1) | (30) |
| Bankhaus Settlement | — | — | — | — | — | — | — | — | — | — | — | — |
| JP Morgan CDA (m) | 1 | — | — | — | — | — | — | — | — | 1 | — | 1 |
| MetLife Settlement (k) | — | — | — | — | — | — | — | — | — | — | — | — |
| Derivatives (n) | (7) | (132) | — | — | (1) | — | (1) | — | — | (139) | — | (139) |
| Loans (o) | (1) | — | — | — | (141) | — | (1) | — | — | (140) | — | (140) |
| Principal Investing / Private Equity (p) | (3) | — | — | — | (138) | — | — | — | — | (3) | (4) | (7) |
| Real Estate (q) | (38) | — | — | — | (2) | — | — | — | — | (40) | (10) | (51) |
| Asia | — | — | — | — | — | — | — | — | — | — | (4) | (4) |
| South America | — | — | — | — | — | — | — | — | — | — | — | — |
| Inter-Company Transfers | (1) | (5) | — | — | (1) | — | — | — | — | (7) | (24) | (31) |
| **Total Uses of Cash** | (153) | (136) | — | — | (141) | — | (1) | — | — | (431) | (46) | (476) |
| Net Cash Flow | 54 | 46 | 5 | 32 | 542 | — | 0 | — | — | 679 | 40 | 719 |
| FX Fluctuation (r) | — | (3) | — | — | (3) | — | — | — | — | (6) | — | (6) |
| Ending Cash & Investments (4/30/10) (s) | $ 2,400 | $ 6,215 | $ 1,249 | $ 208 | $ 3,263 | $ 491 | $ 427 | $ 387 | $ 10 | $ 14,649 | $ 2,727 | $ 17,376 |

Totals may not foot due to rounding