# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re                                                                             : | Chapter 11 Case No. |
|                                                                                        : | |
| **LEHMAN BROTHERS HOLDINGS INC., <u>et</u> <u>al.</u>,**    : | **08-13555 (JMP)** |
|                                                                                        : | |
|                                     Debtors.                            : | (Jointly Administered) |

------------------------------------------------------------------x

**ORDER GRANTING THE APPLICATION OF THE AD HOC GROUP OF LEHMAN BROTHERS CREDITORS FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED BY AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES OF ITS PROFESSIONALS PURSUANT TO <u>SECTION 503(B) OF THE BANKRUPTCY CODE</u>**

Upon consideration of the Application of the Ad Hoc Group of Lehman Brothers Creditors for Compensation for Professional Services Rendered By and Reimbursement of Actual and Necessary Expenses of Its Professionals Pursuant to Section 503(b) of the Bankruptcy Coe (the "<u>Application</u>");[1] and after due notice pursuant to the Second Amended Order Pursuant to Section 105(a) Of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures [Docket No. No.9635]; and there being no objections to the Application; and after due consideration and upon all of the proceedings had before the Court, and sufficient cause appearing therefor, it is hereby

ORDERED, that the Application is granted in entirety; and it is further

ORDERED, that LBHI is authorized and directed to promptly pay the amounts requested in the Application as administrative expense claims; and it is further

---

[1]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

2

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated:  August __, 2012  
       New York, New York                                _____  
                                                          HONORABLE JAMES M. PECK  
                                                          UNITED STATES BANKRUPTCY JUDGE