B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings, Inc.          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CVF Lux Master Sarl                           Ahorro Corporacion Financiera, S.V., S.A.
       Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 26521
should be sent:                                 Amount of Claim: $1,918,856.62
                                                Date Claim Filed: 09/22/2009
CVF Lux Master Sarl
C/O Carval Investors UK Limited
3rd Floor, 25 Great Pulteney Street
London
W1F 9LT
*Attn: Matt Shipton*
*Matt.Shipton@carval.com*

Phone: 00 44 20 7292 7724                       Phone: _____
Last Four Digits of Acct #: _____           Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

572171.1/153-05435

08-13555-mg    Doc 29202    Filed 07/05/12    Entered 07/05/12 05:54:50    Main Document
Pg 2 of 2

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 05/07/2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

572171.1/153-05435