# Exhibit B

Summary of Total Hours and Fees Incurred by Professional

| Timekeeper | Admission Date | Title | Billing Rate[1] | Total Hours Billed | Total Amount Billed |
|---|---|---|---|---|---|
| Abdel-Nour, Francesca | N/A | Paralegal | $215.00 | 52.7 | $11,330.50 |
| | | | $230.00 | 208.9 | $48,047.00 |
| | | | $240.00 | 166.9 | $40,056.00 |
| | | | $250.00 | 175.2 | $43,800.00 |
| | | | $260.00 | 52.2 | $13,572.00 |
| Alter, Jonathan B. | 1989 | Partner | $915.00 | 0.7 | $640.50 |
| | | | $950.00 | 2.3 | $2,185.00 |
| Amanti, Lena M. | 2004 | Associate | $620.00 | 203.7 | $126,294.00 |
| | | | $670.00 | 3 | $2,010.00 |
| Anglin, Raechel Keay | 2008 | Associate | $470.00 | 29.1 | $13,677.00 |
| Armitage, J. Clark | 1991 | Of Counsel | $950.00 | 45.6 | $41,895.00 |
| | | | $990.00 | 108.3 | $107,217.00 |
| Arnholz, John | 1986 | Partner | $950.00 | 1 | $950.00 |
| | | | $995.00 | 4 | $3,980.00 |
| Bahar, Ardrelle | 2001 | Staff Attorney | $355.00 | 243.6 | $86,478.00 |
| | | | $370.00 | 148.4 | $54,908.00 |
| | | | $370.00 | 12.5 | $4,625.00 |
| Banvard, Honor | 2008 | Associate | $375.00 | 23.1 | $8,662.50 |
| | | | $420.00 | 144.4 | $60,648.00 |
| | | | $470.00 | 89.8 | $42,206.00 |
| | | | $555.00 | 29.4 | $16,317.00 |
| Bhagroo, Tony | N/A | Litigation Support | $220.00 | 1.5 | $330.00 |
| Blanchard, Jr., Hartman E. | 1994 | Partner | $765.00 | 280.80 | $197,867.25 |
| | | | $790.00 | 831 | $615,805.00 |
| | | | $825.00 | 265.5 | $203,238.75 |
| Boelitz, Anna M. | 1997 | Of Counsel | $635.00 | 4.6 | $2,921.00 |
| Bohls, Dawn | N/A | Library Researcher | $325.00 | 33.5 | $10,887.50 |
| | | | $325.00 | 71.5 | $23,237.50 |
| | | | $345.00 | 33.6 | $11,592.00 |
| | | | $360.00 | 7.7 | $2,772.00 |

---

[1] Consistent with Fee Committee guidelines, all non-working travel time was billed at 50% of the billing rates listed in Exhibit B.

| Timekeeper | Admission Date | Title | Billing Rate[1] | Total Hours Billed | Total Amount Billed |
|---|---|---|---|---|---|
| Bowers, Chris | 1999 | Partner | $795.00 | 201.1 | $159,874.50 |
| | | | $895.00 | 883.6 | $790,822.00 |
| | | | $940.00 | 1,000.9 | $915,795.00 |
| | | | $940.00 | 552.9 | $473,995.00 |
| | | | $990.00 | 105.3 | $100,287.00 |
| Bridgeman, James D. | 1981 | Partner | $970.00 | 137.2 | $133,084.00 |
| | | | $995.00 | 82.8 | $82,386.00 |
| | | | $1,025.00 | 10.6 | $10,865.00 |
| Brockway, David H. | 1972 | Partner | $975.00 | 0.8 | $780.00 |
| | | | $995.00 | 194.9 | $193,925.50 |
| | | | $1,065.00 | 229.8 | $242,127.75 |
| Brody, Steven G. | 1987 | Partner | $875.00 | 18.1 | $15,837.50 |
| | | | $910.00 | 43.8 | $39,858.00 |
| | | | $945.00 | 25.6 | $24,192.00 |
| Brooks Jr., Gary | N/A | Paralegal | $215.00 | 2 | $430.00 |
| Bruce, Meredith | N/A | Paralegal | $195.00 | 0.4 | $78.00 |
| Buch, Ronald L. | 1993 | Partner | $735.00 | 2.7 | $1,984.50 |
| | | | $780.00 | 170.7 | $133,146.00 |
| | | | $820.00 | 188.5 | $145,591.00 |
| | | | $935.00 | 202.4 | $174,330.75 |
| | | | $970.00 | 5.8 | $5,626.00 |
| Buddhdev, Sheena | 1999 | Of Counsel | $715.00 | 49.8 | $35,607.00 |
| Campbell, Chad W. | N/A | Litigation Support | $260.00 | 41.8 | $10,868.00 |
| | | | $280.00 | 371.5 | $104,020.00 |
| | | | $220.00 | 48.6 | $10,692.00 |
| Capato, Gina M. | N/A | Paralegal | $305.00 | 1 | $305.00 |
| | | | $325.00 | 7.5 | $2,437.50 |
| | | | $340.00 | 27.5 | $9,350.00 |
| | | | $355.00 | 62.2 | $22,081.00 |
| Carpenter-Holmes, Amy K. | 1998 | Partner | $720.00 | 0.3 | $216.00 |
| | | | $785.00 | 0.3 | $235.50 |
| Carrera, Edgar Alex | N/A | Paralegal | $255.00 | 3.5 | $892.50 |
| | | | $280.00 | 4 | $1,120.00 |
| Carroll, Tom | 2009 | Law Clerk | $330.00 | 18.6 | $6,138.00 |
| Cejudo, William P. | 1989 | Partner | $765.00 | 0.4 | $306.00 |
| | | | $815.00 | 0.2 | $163.00 |
| | | | $855.00 | 4.9 | $4,189.50 |
| Charles, LeVar F. | N/A | Paralegal | $110.00 | 1 | $110.00 |
| Chen-Young, Claudine | 2003 | Associate | $555.00 | 21.7 | $12,043.50 |
| | | | $620.00 | 52.5 | $32,550.00 |

| Timekeeper | Admission Date | Title | Billing Rate[1] | Total Hours Billed | Total Amount Billed |
|---|---|---|---|---|---|
| Cox, Sean A. | 2010 | Associate | $360.00 | 15.2 | $5,472.00 |
| | | | $480.00 | 1.3 | $624.00 |
| Currin, Alan | N/A | Litigation Support | $305.00 | 121.4 | $37,027.00 |
| | | | $325.00 | 299.3 | $97,272.50 |
| | | | $288.07 | 45.5 | $13,107.00 |
| Curtin, David J. | 1972 | Partner | $1,095.00 | 0.4 | $438.00 |
| Dalton, Sarah | N/A | Paralegal | $215.00 | 12.4 | $2,666.00 |
| Dana, Anne M. | N/A | Library Researcher | $235.00 | 0.3 | $70.50 |
| Davidson, Gordon | N/A | Library Researcher | $255.00 | 3.7 | $943.50 |
| Davis, Richard L. | 2000 | Partner | $630.00 | 4.7 | $2,961.00 |
| Davis-Diehl, Joseph | 2008 | Law Clerk | $375.00 | 11.6 | $4,350.00 |
| | | | $420.00 | 0.5 | $210.00 |
| Dawkins, Mark | 1985 | Partner | $875.00 | 12.3 | $10,762.50 |
| Desmond, Michael | 1994 | Partner | $895.00 | 124.6 | $111,517.00 |
| | | | $950.00 | 33.6 | $31,920.00 |
| | | | $995.00 | 3.8 | $3,781.00 |
| | | | $1,025.00 | 1 | $1,025.00 |
| Dillon, Sheri A. | 1999 | Partner | $765.00 | 258.2 | $197,523.00 |
| | | | $815.00 | 739 | $602,285.00 |
| | | | $855.00 | 581.1 | $494,660.25 |
| | | | $935.00 | 254.2 | $225,054.50 |
| | | | $970.00 | 21 | $20,370.00 |
| Eckas, Scott E. | 1990 | Partner | $745.00 | 0.2 | $149.00 |
| | | | $800.00 | 8 | $6,400.00 |
| El-Mallawany, Deana | 2008 | Associate | $610.00 | 23.4 | $14,274.00 |
| Farmer, Scott | 1989 | Partner | $995.00 | 1 | $995.00 |
| Fitzgerald, Brian W. | 1981 | Partner | $785.00 | 1 | $785.00 |
| Flaherty, Renee D. | 2012 | Associate | $469.80 | 179.7 | $84,422.50 |
| Flickinger, Peter F. | N/A | Litigation Support | $255.00 | 13.2 | $3,366.00 |
| | | | $220.00 | 12.3 | $2,706.00 |
| Gainor, Edward E. | 1992 | Partner | $865.00 | 1.75 | $1,513.75 |
| | | | $920.00 | 2.8 | $2,576.00 |
| | | | $965.00 | 0.4 | $386.00 |
| Gardner, Stephanie | N/A | Paralegal | $235.00 | 0.1 | $23.50 |
| Gilroy, Joyce | N/A | Paralegal | $235.00 | 2 | $470.00 |
| | | | $245.00 | 47.3 | $11,588.50 |
| Glass, Jason E. | 2009 | Associate | $375.00 | 36.3 | $13,612.50 |
| | | | $330.00 | 24.6 | $8,118.00 |
| | | | $400.00 | 7.9 | $3,160.00 |
| Goff, Bryan P. | 2008 | Associate | $360.00 | 41.8 | $15,048.00 |

| Timekeeper | Admission Date | Title | Billing Rate[1] | Total Hours Billed | Total Amount Billed |
|---|---|---|---|---|---|
| Goldman, Gerald | 1968 | Of Counsel | $950.00 | 2.5 | $2,375.00 |
| | | | $995.00 | 123.8 | $123,181.00 |
| Gouwar, James A. | 1988 | Partner | $915.00 | 0.2 | $183.00 |
| | | | $970.00 | 0.7 | $679.00 |
| | | | $995.00 | 0.3 | $298.50 |
| Greer, Stefanie | 2002 | Of Counsel | $635.00 | 125 | $79,375.00 |
| | | | $665.00 | 62.9 | $41,828.50 |
| | | | $690.00 | 3.4 | $2,346.00 |
| Gristwood, Rachel | N/A | Library Researcher | $110.00 | 1 | $110.00 |
| Gross, Robert J. | 1998 | Partner | $645.00 | 17.9 | $11,545.50 |
| | | | $685.00 | 9.8 | $6,713.00 |
| | | | $720.00 | 0.3 | $216.00 |
| | | | $750.00 | 22.4 | $16,800.00 |
| Hagan, Robert P. | 2007 | Associate | $415.00 | 20.6 | $8,549.00 |
| | | | $510.00 | 19.3 | $9,843.00 |
| | | | $590.00 | 21.8 | $12,862.00 |
| | | | $640.00 | 20.7 | $13,248.00 |
| Hall, Kevin B. | N/A | Library Researcher | $220.00 | 1 | $220.00 |
| Harris, Susan | N/A | Paralegal | $150.00 | 84.5 | $12,675.00 |
| Hensel, Jeannie H. | N/A | Paralegal | $305.00 | 30.5 | $9,302.50 |
| | | | $325.00 | 391 | $127,075.00 |
| | | | $340.00 | 445.5 | $151,470.00 |
| | | | $275.61 | 211.5 | $58,291.00 |
| | | | $370.00 | 27.7 | $10,249.00 |
| Herald, Asa J. | 2002 | Counsel | $665.00 | 6.7 | $4,455.50 |
| Hintmann, Brooke E. | 2002 | Associate | $585.00 | 148.7 | $86,989.50 |
| | | | $665.00 | 277.1 | $184,271.50 |
| | | | $665.00 | 282.6 | $187,929.00 |
| Howard, Jasper A. | 1989 | Partner | $915.00 | 2.4 | $2,196.00 |
| | | | $970.00 | 4 | $3,880.00 |
| | | | $995.00 | 4.9 | $4,875.50 |
| | | | $1,025.00 | 1.3 | $1,332.50 |
| Huffman, Gary R. | 1988 | Partner | $970.00 | 0.8 | $776.00 |
| Humphreys, Amber | N/A | Library Researcher | $200.00 | 3.1 | $620.00 |
| | | | $210.00 | 3.5 | $735.00 |
| Janiga, Matthew | 2009 | Law Clerk | $375.00 | 14.2 | $5,325.00 |
| | | | $420.00 | 0.5 | $210.00 |
| Jaramillo, Victor | 2008 | Associate | $375.00 | 43.5 | $16,312.50 |
| | | | $420.00 | 551.6 | $231,672.00 |
| | | | $470.00 | 17.8 | $8,366.00 |
| Jewett, Susan | 1977 | Of Counsel | $950.00 | 1 | $950.00 |

| Timekeeper | Admission Date | Title | Billing Rate[1] | Total Hours Billed | Total Amount Billed |
|---|---|---|---|---|---|
| Johnson, Jeffrey R. | 1993 | Partner | $685.00 | 43 | $29,455.00 |
| | | | $730.00 | 113.9 | $83,147.00 |
| | | | $765.00 | 55.4 | $42,381.00 |
| | | | $850.00 | 42.9 | $36,465.00 |
| | | | $895.00 | 2 | $1,790.00 |
| Jordan, Melissa | N/A | Library Researcher | $220.00 | 0.2 | $44.00 |
| Katcher, Robert A. | 1978 | Partner | $915.00 | 3 | $2,745.00 |
| | | | $970.00 | 1.3 | $1,261.00 |
| | | | $995.00 | 0.3 | $298.50 |
| | | | $1,025.00 | 12.9 | $13,222.50 |
| | | | $1,065.00 | 0.5 | $532.50 |
| Kehoe, Paul T. | N/A | Paralegal | $325.00 | 52.1 | $16,932.50 |
| | | | $340.00 | 91.4 | $31,076.00 |
| | | | $355.00 | 3.7 | $1,313.50 |
| Killian, Bryan M. | 2006 | Associate | $560.00 | 4 | $2,240.00 |
| | | | $637.56 | 12.3 | $7,842.00 |
| Kim, Minsoon Sharon | 2003 | Associate | $555.00 | 2.5 | $1,387.50 |
| King, Micah | 2005 | Associate | $480.00 | 173.2 | $83,136.00 |
| | | | $560.00 | 78.8 | $44,128.00 |
| Kingsley, Darius | 1995 | Partner | $705.00 | 2.5 | $1,762.50 |
| Kitchin, Miles | 2010 | Law Clerk | $375.00 | 28.9 | $10,837.50 |
| | | | $395.12 | 73.5 | $29,041.50 |
| Kliegman, Matthew I. | | Of Counsel | $690.00 | 5.7 | $3,933.00 |
| Klippert, Barbara D. | 1976 | Partner | $865.00 | 0.8 | $692.00 |
| Krause, Arielle S. | 2007 | Associate | $395.00 | 27.2 | $10,744.00 |
| | | | $440.00 | 13.7 | $6,028.00 |
| | | | $535.00 | 2.9 | $1,551.50 |
| Kroll, Amy | 1992 | Partner | $730.00 | 11.7 | $8,541.00 |
| Kummer, Michael | 2008 | Associate | $465.91 | 301.8 | $138,513.50 |
| | | | $510.00 | 75.9 | $38,709.00 |
| Laughlin, Anne M. | 2008 | Associate | $395.00 | 129.4 | $51,113.00 |
| | | | $440.00 | 431.9 | $190,036.00 |
| Lawson, Matthew J. | 2005 | Counsel | $620.00 | 6.1 | $3,782.00 |
| Lemire, Roger A. | N/A | Library Researcher | $220.00 | 1 | $220.00 |
| Leonard, Bob | 2007 | Associate | $395.00 | 95.6 | $37,762.00 |
| | | | $440.00 | 297.8 | $131,032.00 |
| | | | $535.00 | 705.1 | $374,286.00 |
| | | | $610.00 | 98.4 | $58,285.50 |
| | | | $665.00 | 12 | $7,980.00 |

| Timekeeper | Admission Date | Title | Billing Rate[1] | Total Hours Billed | Total Amount Billed |
|---|---|---|---|---|---|
| Leonard, Robert G. | 1986 | Partner | $860.00 | 2.4 | $2,064.00 |
| Lepine, Gina M. | N/A | Paralegal | $355.00 | 9.2 | $3,266.00 |
| | | | $370.00 | 3.2 | $1,184.00 |
| Levin, Michelle A. | 2007 | Associate | $480.00 | 1 | $480.00 |
| | | | $560.00 | 34.8 | $19,488.00 |
| | | | $620.00 | 0.3 | $186.00 |
| Levy, Michael N. | 1991 | Partner | $795.00 | 4.8 | $3,816.00 |
| | | | $865.00 | 11.7 | $10,120.50 |
| | | | $910.00 | 35.3 | $32,123.00 |
| | | | $945.00 | 61.5 | $56,559.00 |
| Leyland, Jessica | 2007 | Law Clerk | $415.00 | 2.5 | $1,037.50 |
| | | | $510.00 | 0.3 | $153.00 |
| Leyva, Natan J. | 2000 | Partner | $715.00 | 69.4 | $49,621.00 |
| | | | $760.00 | 609.6 | $463,296.00 |
| | | | $815.00 | 430.6 | $341,729.50 |
| | | | $895.00 | 24.3 | $21,748.50 |
| Lo, Audrey | 2007 | Associate | $535.00 | 81.1 | $43,388.50 |
| | | | $610.00 | 7.3 | $4,453.00 |
| Lu, Karen | 2007 | Associate | $535.00 | 132.6 | $70,941.00 |
| | | | $610.00 | 15.3 | $9,333.00 |
| Madan, Raj | 1993 | Partner | $815.00 | 509.7 | $415,405.50 |
| | | | $895.00 | 1,160.20 | $1,038,379.00 |
| | | | $940.00 | 796.3 | $735,409.00 |
| | | | $940.00 | 439.2 | $387,045.00 |
| | | | $990.00 | 80.4 | $72,715.50 |
| Magee, John B. | 1972 | Partner | $975.00 | 2 | $1,950.00 |
| | | | $995.00 | 91.9 | $91,440.50 |
| | | | $1,065.00 | 0.5 | $532.50 |
| Marcus, David | 1995 | Counsel | $290.00 | 0.4 | $116.00 |
| Margulies, Oren P. | 2006 | Associate | $415.00 | 33.4 | $13,861.00 |
| | | | $510.00 | 613.6 | $312,936.00 |
| | | | $584.27 | 334.5 | $195,437.50 |
| | | | $640.00 | 182.9 | $117,056.00 |
| | | | $695.00 | 50.9 | $35,375.50 |
| Martin, Alexis | 2010 | Associate | $490.00 | 13.1 | $6,419.00 |
| Martin, Elizabeth L. | 2004 | Associate | $555.00 | 6.1 | $3,385.50 |
| | | | $620.00 | 10.4 | $6,448.00 |
| | | | $670.00 | 18.1 | $12,127.00 |
| | | | $715.00 | 15.7 | $11,225.50 |
| McGrath, James C. | 1993 | Partner | $680.00 | 7.4 | $5,032.00 |
| McKee, Bill | 1970 | Partner | $1,095.00 | 0.3 | $328.50 |

| Timekeeper | Admission Date | Title | Billing Rate[1] | Total Hours Billed | Total Amount Billed |
|---|---|---|---|---|---|
| Mears, Veronica | 2008 | Associate | $395.00 | 37.5 | $14,812.50 |
| | | | $440.00 | 119.7 | $52,668.00 |
| | | | $535.00 | 24.7 | $13,214.50 |
| Metcalfe, Jonathon | N/A | Litigation Support | $241.56 | 3.2 | $773.00 |
| | | | $307.86 | 14.7 | $4,525.50 |
| Mezei, Saul | 2003 | Associate | $510.00 | 279.6 | $142,596.00 |
| | | | $580.00 | 175.7 | $101,906.00 |
| | | | $640.00 | 133.5 | $85,440.00 |
| | | | $695.00 | 23.7 | $16,471.50 |
| Mohan, Anand | 2008 | Associate | $375.00 | 19.5 | $7,312.50 |
| | | | $420.00 | 37.3 | $15,666.00 |
| | | | $470.00 | 5.9 | $2,773.00 |
| Morreale, Peter C. | 1994 | Partner | $760.00 | 1 | $760.00 |
| Morrow, Trina | N/A | Library Researcher | $325.00 | 3.7 | $1,202.50 |
| Muaddi, Jawad | 2008 | Associate | $360.00 | 18.3 | $6,588.00 |
| Murdock, John | 1999 | Staff Attorney | $370.00 | 208.8 | $77,256.00 |
| | | | $370.00 | 4 | $1,480.00 |
| Murphy, Christopher P. | 2007 | Associate | $415.00 | 36.6 | $15,189.00 |
| | | | $510.00 | 47.7 | $24,327.00 |
| | | | $580.00 | 0.8 | $464.00 |
| Murray, Ann C. | N/A | Paralegal | $340.00 | 2 | $680.00 |
| | | | $355.00 | 134.6 | $47,783.00 |
| | | | $370.00 | 5.5 | $2,035.00 |
| Neal, Stephen | N/A | Litigation Support | $250.00 | 14.6 | $3,650.00 |
| | | | $265.00 | 76.4 | $20,246.00 |
| | | | $275.00 | 8.3 | $2,282.50 |
| Nelson, William F. | 1972 | Partner | $995.00 | 1.3 | $1,293.50 |
| | | | $995.00 | 0.9 | $895.50 |
| | | | $1,065.00 | 2.2 | $2,343.00 |
| | | | $1,095.00 | 1 | $1,095.00 |
| Neuberg, Elisabeth | 2003 | Counsel | $695.00 | 1.5 | $1,042.50 |
| Newton, Rebecca | N/A | Library Researcher | $265.00 | 0.5 | $132.50 |
| Nieves, Roberto | N/A | Paralegal | $215.00 | 5.5 | $1,182.50 |
| | | | $230.00 | 3 | $690.00 |
| Obach, Andrew | N/A | Paralegal | $215.00 | 56 | $12,040.00 |
| O'Brien, Michael P. | 1975 | Partner | $895.00 | 0.5 | $447.50 |
| Otero, Kevin | 2005 | Associate | $505.00 | 120.2 | $60,701.00 |
| | | | $590.00 | 245.6 | $144,904.00 |
| | | | $650.00 | 639.8 | $414,375.00 |
| | | | $690.00 | 40 | $25,185.00 |

| Timekeeper | Admission Date | Title | Billing Rate[1] | Total Hours Billed | Total Amount Billed |
|---|---|---|---|---|---|
| Owens, Angela M. | N/A | Paralegal | $240.00 | 225.5 | $54,120.00 |
| | | | $255.00 | 783.2 | $199,716.00 |
| | | | $265.00 | 582.2 | $154,283.00 |
| | | | $268.25 | 364.5 | $97,776.00 |
| | | | $290.00 | 54.4 | $15,776.00 |
| Pai, Sarah | 2007 | Associate | $395.00 | 87.3 | $34,483.50 |
| | | | $440.00 | 114.5 | $50,380.00 |
| Palmer, Lynne S. | N/A | Library Researcher | $220.00 | 0.4 | $88.00 |
| Parish, Shawn | N/A | Paralegal | $315.00 | 22.2 | $6,993.00 |
| | | | $330.00 | 2 | $660.00 |
| Peppelman, David J. | 2008 | Associate | $395.00 | 13.1 | $5,174.50 |
| | | | $440.00 | 12.2 | $5,368.00 |
| | | | $535.00 | 143.1 | $76,558.50 |
| | | | $610.00 | 63 | $38,430.00 |
| Peskowitz, Adam | N/A | Paralegal | $220.00 | 1.7 | $374.00 |
| Phelan, Todd | 2008 | Law Clerk | $395.00 | 6.9 | $2,725.50 |
| Plank, Thomas | 1975 | Of Counsel | $1,045.00 | 0.3 | $313.50 |
| Plegge, Lisa Doussard | N/A | Associate | $305.00 | 2.5 | $762.50 |
| | | | $355.00 | 2.1 | $745.50 |
| Rankin, Kiara L. | 2007 | Associate | $440.00 | 1,098.70 | $483,428.00 |
| | | | $535.00 | 1,450.3 | $759,165.00 |
| | | | $610.00 | 1,726.30 | $1,013,423.50 |
| | | | $665.00 | 342.7 | $223,174.00 |
| Redmond, Lothlorien | 2005 | Associate | $650.00 | 0.2 | $130.00 |
| | | | $590.00 | 6.7 | $3,953.00 |
| Robins, Sima Gavriella | 2009 | Associate | $555.00 | 8.8 | $4,884.00 |
| Rodriguez, Michelle | N/A | Paralegal | $298.71 | 47.95 | $14,323.00 |
| | | | $315.00 | 9.3 | $2,929.50 |
| Ross, Mark | N/A | Paralegal | $280.00 | 14.4 | $4,032.00 |
| | | | $295.00 | 12.4 | $3,658.00 |
| | | | $310.00 | 14.1 | $4,371.00 |
| Sadler, Tim P. | 1975 | Counsel | $645.00 | 28.5 | $18,382.50 |
| Sakason, Alexandra B. | N/A | Paralegal | $215.00 | 25.9 | $5,568.50 |
| | | | $230.00 | 50.6 | $11,638.00 |
| Salmons, David B. | 1998 | Partner | $800.00 | 9.1 | $7,280.00 |
| | | | $821.10 | 7.7 | $6,322.50 |
| Santamaria, Monisha | N/A | Associate - Summer | $0.00 | 48.1 | $0.00 |
| Schatz, Brian D. | 2009 | Associate | $490.00 | 6.3 | $3,087.00 |
| | | | $575.00 | 156.9 | $90,217.50 |

| Timekeeper | Admission Date | Title | Billing Rate[1] | Total Hours Billed | Total Amount Billed |
|---|---|---|---|---|---|
| Schonholz, Matthew | N/A | Litigation Support | $255.00 | 13.1 | $3,340.50 |
| Senior, Tim | N/A | Paralegal | $215.00 | 1.6 | $344.00 |
| Sharon, Craig A. | 1988 | Partner | $1,140.00 | 3 | $3,420.00 |
| Sheckler, John O | 2007 | Staff Attorney | $370.00 | 89.9 | $33,263.00 |
| Sloan, Charles | N/A | Paralegal | $150.00 | 138 | $20,700.00 |
| Smith, David K. | 2008 | Associate | $490.00 | 14.8 | $7,252.00 |
| Sosna, Daniel | 2010 | Associate | $460.00 | 323.9 | $148,258.00 |
|  |  |  | $510.00 | 133.2 | $67,932.00 |
| Soverel, Myles C. | N/A | Paralegal | $195.00 | 21.5 | $4,192.50 |
| Speaker, Michael P. | 2003 | Law Clerk | $555.00 | 1.3 | $721.50 |
| Stark, Richard C. | 1994 | Partner | $820.00 | 1.3 | $1,066.00 |
| Strawbridge, Patrick | 2004 | Associate | $650.00 | 2.7 | $1,755.00 |
| Stults, Kevin R. | 2005 | Associate | $480.00 | 506.7 | $243,216.00 |
|  |  |  | $560.00 | 1,638.30 | $917,448.00 |
|  |  |  | $620.00 | 1,204.7 | $742,047.00 |
|  |  |  | $670.00 | 678.3 | $446,689.00 |
|  |  |  | $715.00 | 294.4 | $203,631.50 |
| Sundar, Smitha | 2010 | Associate | $490.00 | 33.6 | $16,464.00 |
| Sutton, Levon | N/A | Litigation Support | $265.00 | 0.5 | $132.50 |
| Sweet, Charles A. | 1986 | Partner | $845.00 | 2.3 | $1,943.50 |
|  |  |  | $885.00 | 8.5 | $7,522.50 |
|  |  |  | $950.00 | 7.3 | $6,935.00 |
| Tatarowicz, Chris | 2009 | Associate | $330.00 | 53.4 | $17,622.00 |
| Taylor, Victoria | 2008 | Associate | $510.00 | 0.2 | $102.00 |
|  |  |  | $595.60 | 46.6 | $27,755.00 |
| Tidwell, Royce | 2007 | Associate | $395.00 | 9.4 | $3,713.00 |
|  |  |  | $440.00 | 167.5 | $73,700.00 |
|  |  |  | $535.00 | 401.7 | $213,331.00 |
|  |  |  | $610.00 | 239 | $144,875.00 |
|  |  |  | $665.00 | 52.3 | $34,779.50 |
| Trevicano, Luisa | N/A | Paralegal | $240.00 | 4.1 | $984.00 |
|  |  |  | $255.00 | 9.5 | $2,422.50 |
|  |  |  | $265.00 | 0.8 | $212.00 |
|  |  |  | $280.00 | 1.8 | $504.00 |
| Ussing, C. Terrell | N/A | Associate - Summer | $0.00 | 18.3 | $0.00 |
| von Klemperer, Michael J. | N/A | Paralegal | $230.00 | 0.7 | $161.00 |

| Timekeeper | Admission Date | Title | Billing Rate[1] | Total Hours Billed | Total Amount Billed |
|---|---|---|---|---|---|
| Wacker, Nathan P. | 2010 | Associate | $440.00 | 201.8 | $88,792.00 |
| | | | $456.38 | 466.6 | $207,966.00 |
| | | | $510.00 | 13.2 | $6,732.00 |
| Walsh, Suzanne M. | 2005 | Associate | $590.00 | 17.8 | $10,502.00 |
| Weisbach, David | | | $1,045.00 | 0.8 | $836.00 |
| Whorton, Tanya | N/A | Library Researcher | $325.00 | 2.7 | $877.50 |
| Wideman, Lauren B. | 2009 | Associate | $484.05 | 102.9 | $49,808.50 |
| Wilkins, Nicholas | 2007 | Associate | $460.00 | 409.6 | $188,416.00 |
| | | | $510.00 | 89.3 | $45,543.00 |
| Wilson, Justin T. | 2007 | Associate | $395.00 | 131.9 | $52,100.50 |
| | | | $440.00 | 605.8 | $266,552.00 |
| Wingard, Adam | N/A | Paralegal | $160.00 | 62.2 | $9,952.00 |
| Wright, Hannah | N/A | Associate | $300.00 | 10.4 | $3,120.00 |
| Zawitz, David | 2008 | Associate | $395.00 | 13.5 | $5,332.50 |
| | | | $440.00 | 1 | $440.00 |
| Zeller, Donald | N/A | Paralegal | $240.00 | 38.7 | $9,288.00 |
| | | | $255.00 | 9.9 | $2,524.50 |
| Ziegler, Julie E. | N/A | Paralegal | $230.00 | 89.1 | $20,493.00 |
| Zukowski, Todd | N/A | Litigation Support | $220.00 | 3.1 | $682.00 |
| | | | $235.00 | 28.9 | $6,791.50 |
| | | | $245.00 | 7 | $1,715.00 |
| | | Grand Total | | 41,459.80 | $24,382,334.50 |
| Voluntary Reductions Made in Interim Fee Applications | | | | | ($67,143.10) |
| Credits Applied to Reflect Discount Due Debtors from Agreed Interim Fee Applications | | | | | ($653,833.55) |
| Reductions Agreed upon by Bingham and Fee Committee for First Through Sixth Interim Fee Periods | | | | | ($449,373.29) |
| **TOTAL FEES REQUESTED** | | | | | **$23,211,984.56** |

B-10