# Exhibit C - Summary of Hours and Fees Incurred by Category

| Matter Number | Hours | Fees |
|---|---:|---:|
| 342678 | 305.00 | $291,087.00 |
| 343744 | 241.80 | $181,978.75 |
| 1101400001 | 489.80 | $277,372.00 |
| 1101400015 | 927.70 | $499,928.25 |
| 1101400382 | 2,280.10 | $1,304,800.00 |
| 1101400395 | 216.40 | $148,077.00 |
| 1101400397 | 413.40 | $269,235.00 |
| 1101400402 | 2,667.30 | $1,747,672.75 |
| 1101400474 | 12,305.30 | $7,173,074.75 |
| 1101400485 | 53.30 | $34,632.50 |
| 1101400489 | 1,441.70 | $948,408.00 |
| 1101400502 | 1,389.40 | $959,042.50 |
| 1101400561 | 2,618.30 | $1,423,893.25 |
| 1101400617 | 87.20 | $36,598.00 |
| 1101400664 | 19.10 | $7,606.00 |
| 1101400665 | 178.10 | $88,462.00 |
| 1101400667 | 1,666.60 | $1,042,848.50 |
| 1101400701 | 377.10 | $222,627.00 |
| 1101400750 | 2,997.70 | $1,704,884.75 |
| 1101400798 | 1,314.10 | $843,661.25 |
| 1101400799 | 88.00 | $40,967.50 |
| 1101400800 | 132.50 | $58,333.00 |
| 1101400801 | 67.50 | $29,142.50 |
| 1101400810 | 51.40 | $21,683.00 |
| 1101400811 | 91.80 | $36,785.50 |
| 1101400849 | 229.00 | $118,035.00 |
| 1101400900 | 506.90 | $350,333.50 |
| 1101400901 | 153.90 | $89,810.50 |
| 1101400902 | 2,319.60 | $1,019,921.25 |
| 1101400903 | 389.60 | $185,454.50 |
| 1101400904 | 59.00 | $33,771.50 |
| 1101400905 | 175.80 | $72,189.00 |
| 1101400906 | 627.90 | $273,502.50 |
| 1101400907 | 570.60 | $286,146.50 |
| 1101400908 | 79.10 | $38,003.00 |
| 1101400909 | 185.00 | $128,438.00 |
| 1101400910 | 1,301.20 | $818,748.00 |
| 1101400911 | 853.30 | $549,859.00 |
| 1101400912 | 1,535.00 | $989,472.50 |
| 1101400913 | 53.30 | $35,849.00 |
| **Subtotal:** | **41,459.80** | **$24,382,334.50** |
| Voluntary Reductions Made in Interim Fee Applications | | ($67,143.10) |
| Credits Applied to Reflect Discount Due Debtors from Agreed Interim Fee Applications | | ($653,833.55) |
| Reductions Agreed upon by Bingham and Fee Committee for First Through Sixth Interim Fee Periods | | ($449,373.29) |
| **Total Fees Requested** | | **$23,211,984.56** |