# Exhibit D

Summary of Expenses

| Expense Category | Actual Expense |
|---|---:|
| Closing CDs | $5,488.06 |
| Consulting | $922,305.61 |
| Court Costs | $988.27 |
| Depositions and Transcripts | $614.33 |
| Facsimile | $303.12 |
| Filing Fees | $20,324.55 |
| Ground Transportation | $5,301.85 |
| Index/Binding | $2,258.28 |
| Library Retrieval Services | $3,177.96 |
| Meals: Client Meeting | $14,313.78 |
| Meals: Overtime | $186.88 |
| Meals: Working Lunch | $512.95 |
| Meeting Space | $3,469.35 |
| Online Legal Research | $167,875.28 |
| Other Electronic Research | $9,734.64 |
| Outside Service: Copy & Printing | $7,164.05 |
| Overnight/Express Delivery | $13,107.61 |
| Overtime Ground Transportation | $134.16 |
| Overtime Meals | $209.59 |
| Photocopies | $52,233.54 |
| Photocopies: Color | $4,022.69 |
| Scanning | $3,476.68 |
| Teleconference Charges | $1,159.29 |
| Telephone Charges | $2,733.04 |
| Travel: Air Transportation | $250,742.36 |
| Travel: Coach Services | $28,525.40 |
| Travel: Ground Transportation | $32,908.45 |
| Travel: Lodging | $125,363.72 |
| Travel: Meals | $11,612.80 |
| Travel: Miscellaneous | $18.00 |
| Travel: Parking | $1,098.00 |
| Travel: Rail Transportation | $42,322.79 |
| Travel: Telephone | $694.63 |
| **Subtotal of All Expense Categories** | **$1,734,381.71** |
| Voluntary Reductions Made in Monthly Statements | ($158,730.16) |
| Voluntary Reductions Made in Interim Fee Applications | ($11,266.15) |
| Reductions Agreed upon by Bingham and Fee Committee for First Through Sixth Interim Fee Periods | ($12,102.82) |
| **Total Expenses Requested** | **$1,552,282.58** |