Omar-John C. Chavez, Esq.
Wendy L. Mager, Esq.
SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP
2 Research Way
Princeton, New Jersey 08540
TEL:  (609) 924-6000
FAX: (609) 987-6651

Attorneys for Creditor John J. Dmuchowski

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In Re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDING INC., et al. | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

**NOTICE OF WITHDRAWAL OF CROSS-MOTION
OF JOHN J. DMUCHOWSKI TO PERMIT LATE
FILING OF HIS CLAIMS (CLAIM NOS. 34401 AND 34402)**

**PLEASE TAKE NOTICE** that Claimant John J. Dmuchowski, by and through his undersigned counsel, hereby withdraws without prejudice the Cross-Motion to Permit Late Filing of his claims, filed on October 14, 2010.  [ECF No. 12007].

Dated: July 5, 2012
　　　　　　　　　　　　　　　　　　　　/s/ Omar-John C. Chavez
　　　　　　　　　　　　　　　　　　　　Omar-John C. Chavez
　　　　　　　　　　　　　　　　　　　　Wendy L. Mager
　　　　　　　　　　　　　　　　　　　　SMITH, STRATTON, WISE,
　　　　　　　　　　　　　　　　　　　　HEHER & BRENNAN, LLP
　　　　　　　　　　　　　　　　　　　　2 Research Way
　　　　　　　　　　　　　　　　　　　　Princeton, New Jersey  08540
　　　　　　　　　　　　　　　　　　　　(609) 924-6000
　　　　　　　　　　　　　　　　　　　　(609) 987-6651 (fax)
　　　　　　　　　　　　　　　　　　　　ochavez@smithstratton.com
　　　　　　　　　　　　　　　　　　　　wmager@smithstratton.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Creditor,
　　　　　　　　　　　　　　　　　　　　John J. Dmuchowski*