JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Special Counsel to Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------------x

**MOTION PURSUANT TO RULE 2090-1(b) OF THE LOCAL RULES OF THE
UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF
NEW YORK OF BRAD B. ERENS FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Brad B. Erens, a member in good standing of the bar of the State of Illinois and the bar of the United States District Court for the Northern District of Illinois, request admission, *pro hac vice*, before the United States Bankruptcy Court for the Southern District of New York to represent Lehman Brothers Holdings Inc. and its affiliated debtors in the above-captioned chapter 11 cases, pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York.

| | |
|---|---|
| Mailing Address: | Brad B. Erens |
| | JONES DAY |
| | 77 W. Wacker Drive |
| | Chicago, IL 60601 |
| Telephone: | (312) 269-4050 |
| Facsimile | (312) 782-8585 |
| E-mail: | bberens@jonesday.com |

NYI-4460821v1

I have submitted the filing fee of $200 with this motion for pro hac vice admission.

Dated: July 5, 2012
      New York, New York

Respectfully submitted,

  /s/ Brad B. Erens
Brad B. Erens
Illinois Bar No. 6206864
JONES DAY
77 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 269-4050
Facsimile: (312) 782-8585

SPECIAL COUNSEL TO THE DEBTORS IN POSSESSION

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
In re                                    :    Chapter 11
                                         :    Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :
                                         :
        Debtors.                         :    (Jointly Administered)
                                         :
----------------------------------------------------------------------x

## ORDER GRANTING MOTION PURSUANT
## TO RULE 2090-1(b) OF THE LOCAL RULES OF THE
## UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF
## NEW YORK OF BRAD B. ERENS FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Brad B. Erens, a member in good standing of the bar of the State of Illinois and the bar of the United States District Court for the Northern District of Illinois, having requested admission, *pro hac vice*, to represent Lehman Brothers Holdings Inc. and its affiliated debtors in the above-captioned chapter 11 cases, pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York;

IT IS HEREBY ORDERED THAT:

The Motion is GRANTED.

Brad B. Erens is admitted to practice, *pro hac vice*, in the above-captioned as special counsel to Lehman Brothers Holdings Inc. and its affiliated debtors in the above-captioned chapter 11 cases, subject to payment of the filing fee.

Dated: New York, New York
          _____, 2012

                                                _____
                                                HONORABLE JAMES M. PECK
                                                UNITED STATES BANKRUPTCY JUDGE

NYI-4460821v1