WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
**In re**                                                         :    **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :    **08-13555 (JMP)**
                                                                  :
                    Debtors.                                      :    **(Jointly Administered)**
                                                                  :
                                                                  :
------------------------------------------------------------------x

**NOTICE OF HEARING ON THE SIXTY-THIRD OMNIBUS OBJECTION TO CLAIMS**
**(VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

      **PLEASE TAKE NOTICE** that a hearing to consider the Sixty-Third Omnibus

Objection to Claims (Valued Derivative Claims), *solely* as to claim numbers 15366 and 15368 of

Telecom Italia Finance SA will be held before the Honorable James M. Peck, United States

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

New York, Room 601, on **July 19, 2012 at 10:00 a.m. (Eastern Time)**.

Dated:  July 5, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates