JONES DAY
Robert W. Gaffey
Brad B. Erens *(pro hac vice pending)*
Benjamin Rosenblum
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306


Special Counsel to Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |

-------------------------------------------------------------------x

**FINAL FEE APPLICATION OF JONES DAY,**
**SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS**
**IN POSSESSION, SEEKING ALLOWANCE AND PAYMENT OF**
**COMPENSATION AND REIMBURSEMENT OF ACTUAL AND NECESSARY**
**EXPENSES INCURRED FROM ENGAGEMENT DATES THROUGH MARCH 6, 2012**

| | |
|---|---|
| Name of Applicant: | Jones Day |
| Authorized to Provide Professional Services to: | Lehman Brothers Holdings Inc. and its affiliated debtors |
| Date of Retention Order: | February 25, 2009 (effective *nunc pro tunc* to the Engagement Dates, as defined in the Retention Application (as such term is defined below))[1] |
| Period for Which Compensation and Reimbursement are Sought | Engagement Dates through March 6, 2012 |

This is an/a:  ___ Interim  _X_ Final Application.

---

[1]    Jones Day's retention was subsequently expanded by various supplemental retention orders entered by the Court.

NYI-4460883v1

| | |
|---|---|
| Name of Applicant: | **Jones Day** |
| Amount of Professional Fees Sought as Actual, Reasonable, and Necessary: | **$67,447,088.57** |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | **$1,884,333.43** |
| Total Compensation & Expense Reimbursement Sought: | **$69,331,422.00**[2] |
| Aggregate Amount Paid to Date: | **$65,229,509.90** |

### Total Compensation and Expenses Previously Requested and Awarded:

| Dated | Filed | Fee Application Period | Requested Fees | Requested Expenses | Approved Fees[3] | Approved Expenses |
|---|---|---|---|---|---|---|
| 04/09/09 | 04/09/09 | First Interim Period 09/18/08 – 01/31/09 | $1,258,056.00 | $10,425.76 | $1,258,056.00 | $10,425.76 |
| 08/14/09 | 08/14/09 | Second Interim Period 02/01/09 – 05/31/09 | $4,119,794.00 | $130,667.42 | $4,095,167.00 | $127,483.94 |
| 12/15/09 | 12/15/09 | Third Interim Period 06/01/09 – 09/30/09 | $8,787,718.20 | $413,222.52 | $8,613,937.88 | $305,416.91 |
| 05/10/10 | 05/10/10 | Fourth Interim Period 10/01/09 – 01/31/10 | $9,143,140.60 | $266,470.81 | $8,534,767.56 | $199,731.20 |
| 08/16/10 | 08/16/10 | Fifth Interim Period 02/01/10 – 05/31/10 | $12,923,783.60 | $361,090.19 | $12,748,365.64 | $348,623.74 |
| 12/14/10 | 12/14/10 | Sixth Interim Period 06/01/10 – 09/30/10 | $11,570,294.70 | $369,641.54 | $11,444,909.57 | $369,641.54 |
| 06/01/11 | 06/01/11 | Seventh Interim Period 10/1/10 – 01/31/11 | $6,710,301.87[4] | $255,545.32 | $6,529,511.98 | $255,174.66 |
| 08/15/11 | 08/15/11 | Eighth Interim Period 02/01/11 – 05/31/11 | $6,209,821.90 | $107,229.25 | Not yet determined. | Not yet determined. |
| 12/16/11 | 12/16/11 | Ninth Interim Period 06/01/11 – 09/30/11 | $3,354,568.80 | $44,562.92 | Not yet determined. | Not yet determined. |
| 05/23/11 | 05/23/11 | Tenth Interim Period 10/01/11 –3/06/2012 | $3,751,313.83 | $54,018.06 | Not yet determined. | Not yet determined. |

---

[2]    The aggregate amount of fees and expenses previously sought by Jones Day in interim applications for services rendered and expenses incurred during the Fee Period is $67,828,793.50 and $2,012,873.79, respectively. As identified herein, Jones Day seeks an additional $36,932.50 of fees and $4,726.16 of expenses that were not previously requested in a prior interim fee application. As a result, however, of negotiations and, in some cases, stipulations with the Fee Committee concerning the First through Ninth Interim Periods, Jones Day seeks compensation for services rendered and expenses incurred during the Fee Period in the reduced aggregate amounts of $67,447,088.57 and $1,884,333.43, respectively.

[3]    The "Approved Fees" do not include certain of those fees ("Disputed Fees") in respect of which the Fee Committee (as defined below) has raised certain objections, which objections are disputed by Jones Day. Jones Day and the Fee Committee have agreed to defer presenting the Disputed Fees to this Court for ruling until a later date.

[4]    The Seventh Interim Application contained a reference to Requested Fees of $6,729,469.37. The corrected amount sought in the Seventh Interim Application is $6,710,301.87.

NYI-4460883v1

## FEE PERIOD

## ENGAGEMENT DATES THROUGH MARCH 6, 2012

| Name | Year | Rate 2008 | Rate 2009 | Rate 2010 | Rate 2011 | Rate[5] 2012 | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| **Partner** | | | | | | | | |
| ADAM PLAINER | 1991 | - | - | $1,175 | - | - | 11.80 | $13,865.00 |
| ALEXANDER GENDZIER | 1996 | - | - | $750.00 | - | - | 0.60 | $450.00 |
| ALICE YURKE | 1988 | - | - | - | - | $925.00 | 2.30 | $2,127.50 |
| ANITA LEUNG | 1989 | - | $700.00 | - | - | - | 15.30 | $10,710.00 |
| ANNE KO | 1991 | $650.00 | $700.00 | - | - | - | 7.80 | $5,170.00 |
| AVIVA WARTER SISITSKY | 1997 | - | $600.00 | $700.00 | $725.00 | $750.00 | 4,969.70 | $3,403,485.00 |
| AVIVA YAKREN | 1998 | - | - | $700.00 | - | - | 10.00 | $7,000.00 |
| BARBARA MOK | 1983 | - | $800.00 | - | - | - | 0.50 | $400.00 |
| BARNABY STUECK | 2001 | - | $850.00 | $1,075 | - | - | 20.40 | $21,210.00 |
| BRAD ERENS | 1991 | - | $725.00 | - | - | - | 58.30 | $42,267.50 |
| BRETT BARRAGATE | 1996 | - | $700.00 | $725.00 | - | - | 75.60 | $54,455.00 |
| CANDACE RIDGWAY | 1988 | - | - | - | $800.00 | - | 2.40 | $1,920.00 |
| CARL BLACK | 1998 | - | $575.00 | $650.00 | $675.00 | $700.00 | 940.30 | $604,685.00 |
| CHRISTOPHER AHERN | 1992 | $600.00 | $625.00 | $675.00 | $700.00 | - | 604.90 | $378,547.50 |
| CHUNG-PING LIU | 1996 | $400.00 | $425.00 | $450.00 | $500.00 | $525.00 | 482.40 | $214,780.00 |
| COLLEEN LADUZINSKI | 2001 | - | - | - | $700.00 | - | 1.60 | $1,120.00 |
| CORINNE BALL | 1979 | - | $900.00 | $950.00 | - | - | 753.70 | $715,255.00 |
| DAVID CARDEN | 1976 | - | $900.00 | $925.00 | - | - | 1,400.70 | $1,276,055.00 |
| DAVID HEIMAN | 1971 | - | $900.00 | $900.00 | - | - | 168.00 | $151,200.00 |
| DAVID KATES | 1995 | - | - | $625.00 | $650.00 | $675.00 | 80.80 | $52,657.50 |
| DAVID LONGSTAFF | 1985 | - | $750.00 | $750.00 | - | - | 3.50 | $2,625.00 |
| DAVID | 1986 | - | $800.00 | - | - | - | 16.50 | $13,200.00 |

---

[5]    As specifically disclosed and anticipated in Jones Day's Retention Application (as such term is defined below), the hourly rates of Jones Day's professionals and paraprofessionals were adjusted effective January 1 of each calendar year  in accordance with Jones Day's established billing practices and procedures and reflect the ordinary course annual billing rate adjustments for the calendar year commencing on January 1.

NYI-4460883v1

| Name | Year | Rate 2008 | Rate 2009 | Rate 2010 | Rate 2011 | Rate[5] 2012 | Total Hours Billed | Total Compensation |
|------|------|-----------|-----------|-----------|-----------|-----------|--------------------|--------------------|
| NEUVILLE | | | | | | | | |
| DICKSON CHIN | 1999 | - | $625.00 | - | - | - | 13.30 | $8,312.50 |
| EDWARD KENNEDY | 1994 | - | - | - | $850.00 | - | 10.10 | 8585 |
| EDWARD NALBANTIAN | 1990 | - | $880.00 | $880.00 | $880.00 | $880.00 | 1,271.10 | $1,118,568.00 |
| EDWARD O'CONNELL | 1987 | - | $775.00 | - | - | - | 5.30 | $4,107.50 |
| ELIZABETH EVANS | 1990 | - | - | $825.00 | $850.00 | $875.00 | 67.10 | $56,937.50 |
| ELIZABETH TERRITT | 1998 | - | $800.00 | $840.00 / $975.00 | $840.00 | $840.00 | 470.70 | $395,499.50 |
| ERIC SEDLAK | 1984 | $575.00 | $640.00 | $675.00 | $725.00 | $750.00 | 815.80 | $526,589.00 |
| GLENN ARDEN | 1986 | - | $775.00 | $775.00 | $800.00 | $850.00 | 683.70 | $532,145.00 |
| GREGORY GORDON | 1980 | - | $800.00 | $825.00 | $850.00 | - | 85.80 | $69,807.50 |
| HEATHER LENNOX | 1992 | - | - | - | $775.00 | - | 19.80 | $15,345.00 |
| HERMAN YIP | 1997 | - | - | $700.00 | - | - | 38.20 | $26,740.00 |
| HIROKAZU INA | 1996 | - | - | - | $600.00 | - | 4.30 | $2,580.00 |
| IAIN SEOW | 1993 | - | - | $700.00 | $700.00 | - | 127.40 | $89,180.00 |
| JAYANT TAMBE | 1992 | - | $775.00 | $775.00 | $800.00 / $775.00 | $850.00 / $775.00 | 3,435.30 | $2,683,957.50 |
| JEFFREY MADDOX | 1991 | - | $800.00 | - | - | - | 0.60 | $480.00 |
| JEREMY COLE | 1999 | - | - | $550.00 | $600.00 | - | 65.60 | $36,100.00 |
| JOEL TELPNER | 1984 | - | $825.00 | $825.00 | $825.00 / $850.00 / $875.00 | $900.00 / $825.00 | 1,530.70 | $1,280,365.00 |
| JOHN KANE | 1991 | - | $700.00 | $725.00 | $775.00 | - | 96.30 | $70,685.00 |
| JOHN ROEBUCK | 1975 | $675.00 | - | - | - | - | 4.00 | $2,700.00 |
| KAORU UMINO | 1988 | $575.00 | - | - | $725.00 | - | 19.50 | $13,387.50 |
| KATHERINE U | 1991 | - | $700.00 | $700.00 | - | - | 3.50 | $2,450.00 |
| KAY MORLEY | 2002 | - | - | - | $925.00 | $975.00 | 5.40 | $5,215.00 |
| LEE COFFEY | 1994 | - | - | $1,075.00 | - | - | 1.20 | $1,290.00 |
| LEE RUSSO | 1980 | - | - | $700.00 | $725.00 | - | 44.70 | $31,302.50 |
| LISA LAUKITIS | 2000 | - | $685.00 | $725.00 | $750.00 | - | 277.40 | $193,207.00 |
| LUIS RIESGO | 1989 | - | - | - | $675.00 | - | 2.80 | $1,890.00 |
| MARIANNE CHAO | 1989 | - | - | $475.00 | - | - | 14.90 | $7,077.50 |
| MARK CODY | 1996 | - | - | $700.00 | $725.00 | $775.00 | 229.00 | $165,390.00 |
| MARK SISITSKY | 1971 | - | $800.00 | $800.00 | $825.00 / $875.00 | $900.00 | 730.00 | $608,910.00 |

NYI-4460883v1

| Name | Year | Rate 2008 | Rate 2009 | Rate 2010 | Rate 2011 | Rate[5] 2012 | Total Hours Billed | Total Compensation |
|------|------|-----------|-----------|-----------|-----------|-----------|-------------------|-------------------|
| MARTHA BOERSCH | 1986 | - | $725.00 | - | - | - | 0.40 | $290.00 |
| MASATOMO SUZUKI | 1979 | - | $670.00 | - | - | $750.00 | 2.30 | $1,661.00 |
| MICHAEL BROWN | 1993 | - | - | $1,075.00 | $925.00 | - | 183.40 | $172,345.00 |
| MICHAEL RUTSTEIN | 1989 | - | - | $1,125.00 | - | - | 0.50 | $562.50 |
| NOBUTOSHI YAMANOUCHI | 1972 | - | - | - | $775.00 | - | 2.00 | $1,550.00 |
| PAUL LEAKE | 1989 | - | - | - | $925.00 | - | 9.00 | $8,325.00 |
| PETER BENVENUTTI | 1974 | $745.00 | $775.00 | $800.00 | $800.00 | $825.00 | 1,674.50 | $1,307,796.50 |
| PHILIP HOSER | 1982 | - | $600.00 | $675.00 | $675.00 | $700.00 | 300.10 | $197,745.00 |
| RICHARD ENGMAN | 1997 | - | $725.00 | $775.00 | $800.00 | $825.00 | 279.00 | $217,830.00 |
| RICHARD KOSNIK | 1983 | - | - | $775.00 | - | - | 1.60 | $1,240.00 |
| RIKA SATO | 1992 | $525.00 | $590.00 | $600.00 | $650.00 | - | 290.70 | $166,592.00 |
| ROBERT GAFFEY | 1983 | - | $800.00 | $825.00 | $850.00 | - | 4,143.10 | $3,398,057.50 |
| ROBERT MICHELETTO | 1988 | - | $800.00 | $800.00 | $825.00 | - | 317.4 | $25,4315.00 |
| ROBERT THOMSON | 1979 | - | - | $800.00 | - | - | 0.50 | $400.00 |
| RONALD GROSS | 1986 | - | $775.00 | $775.00 | $800.00 | - | 73.80 | $57,407.50 |
| SABINE FELIX | 1999 | - | $600.00 | - | - | - | 1.30 | $780.00 |
| SEVAN OGULLUK | 2000 | - | $575.00 | $650.00 | $675.00 | $750.00 | 1,248.90 | $797,587.50 |
| SIMON POWELL | 1989 | $700.00 | $800.00 | $850.00 | - | - | 1,068.80 | $856,125.00 |
| SION RICHARDS | 1996 | - | $880.00 | $880.00 / $1125.00 | - | - | 53.70 | $54,973.50 |
| STEPHEN PEARSON | 1991 | - | $775.00 | $775.00 | $800.00 | $825.00 | 148.80 | $118,202.50 |
| STEPHEN SOZIO | 1983 | - | $675.00 | - | - | - | 1.00 | $675.00 |
| STEVEN KOPPEL | 1986 | - | - | $800.00 | - | - | 11.00 | $8,800.00 |
| THOMAS HOWLEY | 1995 | - | - | $650.00 | - | - | 164.70 | $107,055.00 |
| TIM FLOOD | 1998 | - | $880.00 | $1,050.00 | $880.00 | - | 3.90 | $3,466.00 |
| TOBIAS KELLER | 1990 | - | $750.00 | - | - | - | 0.50 | $375.00 |
| TODD GEREMIA | 1999 | - | $650.00 | $700.00 | $725.00 | - | 466.10 | $330,312.50 |
| TOM SMITH | 1972 | - | - | $850.00 | - | - | 0.30 | $255.00 |
| TONI-ANN | 1996 | - | - | $725.00 | $750.00 | $775.00 | 972.80 | $717,665.00 |

NYI-4460883v1

| Name | Year | Rate 2008 | Rate 2009 | Rate 2010 | Rate 2011 | Rate[5] 2012 | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| CITERA | | | | | | | | |
| TONY WASSAF | 1980 | - | - | $675.00 | $675.00 | - | 2.50 | $1,687.50 |
| TORU YAMADA | 1992 | - | $640.00 | - | - | - | 1.20 | $768.00 |
| TRACY OLEY | 1999 | - | $550.00 | - | $625.00 | - | 15.10 | $9,040.00 |
| TRACY SCHAFFER | 2001 | - | $550.00 | $650.00 | $675.00 | - | 2,388.80 | $1,479,127.50 |
| TRACY STRATFORD | 1998 | - | - | $525.00 | $550.00 | - | 14.50 | $7,642.50 |
| VANESSA SPIRO | 1990 | - | - | $775.00 | $800.00 | - | 317.80 | $247,910.00 |
| VICTOR GATTI | 1994 | - | - | - | $750.00 | - | 0.30 | $225.00 |
| VIRGINIA TAM | 1998 | - | $650.00 | $650.00 | - | - | 5.10 | $3,315.00 |
| VOLKER KAMMEL | 1994 | - | - | - | $725.00 | - | 2.90 | $2,102.50 |
| WARREN NACHLIS | 1998 | - | - | $750.00 | - | - | 5.50 | $4,125.00 |
| WEYINMI POPO | 1999 | - | $500.00 | $575.00 | - | - | 47.50 | $24,762.50 |
| WILLIAM BRYSON | 1984 | $550.00 | $575.00 | $575.00 | $575.00 | - | 344.70 | $196,927.50 |
| WILLIAM HINE | 1996 | - | $675.00 | $700.00 | $725.00 | $750.00 | 3,578.80 | $2,496,862.50 |
| YUICHIRO MORI | 1993 | $525.00 | $590.00 | $600.00 | $650.00 | $675.00 | 135.70 | $77,116.00 |
| **Partner Total:** | | | | | | | 37,981.10 | $28,265,989.00 |
| | | | | | | | | |
| **Counsel** | | | | | | | | |
| DEEPAK REDDY | 2000 | - | - | $700.00 | $725.00 | $750.00 | 90.70 | $67,270.00 |
| JOSEPH WITALEC | 1994 | - | - | $575.00 | - | - | 31.00 | $17,825.00 |
| LAURA SAWYER | 1997 | - | - | - | $625.00 | $650.00 | 429.30 | $269,277.50 |
| MARLA BERGMAN | 1988 | - | $575.00 | $575.00 | - | - | 107.50 | $61,812.50 |
| PETER CROSBY IV | 1984 | $565.00 | $565.00 | $575.00 | - | - | 1,579.20 | $895,682.00 |
| SCOTT FRIEDMAN | 1998 | - | $600.00 | $625.00 | - | - | 115.20 | $71,992.50 |
| **Counsel Total:** | | | | | | | 2,352.90 | $1,383,859.50 |
| | | | | | | | | |
| **Of Counsel** | | | | | | | | |
| AMY KHO | 1997 | - | $736.00 | $840.00 | $840.00 | $840.00 | 1,198.00 | $973,456.00 |
| ANDREW CHEN | 1996 | - | $800.00 | - | - | - | 0.50 | $400.00 |
| BRETT BERLIN | 1996 | - | - | $575.00 | - | - | 0.70 | $402.50 |

| Name | Year | Rate 2008 | Rate 2009 | Rate 2010 | Rate 2011 | Rate[5] 2012 | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| CHRISTINE KIM | 1989 | - | $850.00 | $925.00 | $925.00 | $925.00 | 2,444.10 | $2,200,147.50 |
| DAVID MAHLE | 1969 | - | $775.00 | - | - | - | 9.00 | $6,975.00 |
| ELEANOR LAM | 1994 | $525.00 | $550.00 | $550.00 | - | - | 180.90 | $99,152.50 |
| ELIZABETH SAXTON | 1994 | - | $800.00 | - | - | - | 15.10 | $12,080.00 |
| FAY NG | 1997 | - | $600.00 | $600.00 | - | - | 400.20 | $240,120.00 |
| JANE RUE WITTSTEIN | 1985 | - | $725.00 | $750.00 | $800.00 | $800.00 | 241.80 | $187,505.00 |
| LAURENT ASSAYA | 1995 | - | - | - | $700.00 | - | 1.90 | $1,330.00 |
| LINTON BLOOMBERG | 1997 | - | $736.00 / $975.00 | $975.00 | - | - | 51.50 | $50,045.20 |
| LOUIS LIU | 2000 | $340.00 | $375.00 | - | $450.00 | $475.00 | 144.30 | $59,206.00 |
| MASATAMI OTSUKA | 1961 | - | $730.00 | - | - | - | 4.50 | $3,285.00 |
| MICHIRU TAKAHASHI | 1989 | - | $580.00 | - | - | - | 22.30 | $12,934.00 |
| MYRON LAUB | 1992 | - | $625.00 | - | - | - | 4.10 | $2,562.50 |
| NICHOLAS HOW | 1999 | - | $736.00 | - | - | - | 13.50 | $9,936.00 |
| ROBERT HAMILTON | 1984 | - | $700.00 | $700.00 | - | - | 116.20 | $81,340.00 |
| ROBERT SHANSKY | 1972 | - | - | $725.00 | - | - | 0.20 | $145.00 |
| STEVEN FLEMING | 1994 | - | $550.00 | $550.00 | $575.00 | - | 850.70 | $467,925.00 |
| **Of Counsel Total:** | | | | | | | 5,699.50 | $4,408,947.20 |
| | | | | | | | | |
| **Associate** | | | | | | | | |
| ABHISHEK BAPNA | 2009 | - | - | $325.00 | - | - | 303.50 | $98,637.50 |
| ADAM BLOOM | 2008 | - | $315.00 | $350.00 | - | - | 568.40 | $190,613.50 |
| ALEKSANDRA JUREWICZ | 2007 | - | $250.00 | - | - | - | 8.60 | $2,150.00 |
| ALEX MIDDLETON | 2009 | - | - | $275.00 | - | - | 6.60 | $1,815.00 |
| ALEXANDER MCBRIDE | 2009 | - | $350.00 | $375.00 | $425.00 / $475.00 | $500.00 | 1,533.10 | $603,885.00 |
| ALEXANDER VAN VOORHEES | 2007 | - | $375.00 | $400.00 | $450.00 / $ 500.00 | $550.00 | 356.40 | $151,900.00 |
| AMIT MISHRA | 2005 | - | $250.00 | - | - | - | 29.00 | $7,250.00 |
| ANITA CHIU | 2002 | - | $400.00 | - | - | - | 21.90 | $8,760.00 |
| ANNA CUTFIELD | 2008 | - | $392.00 | $480.00 | - | - | 126.80 | $50,348.00 |

NYI-4460883v1

| Name | Year | Rate 2008 | Rate 2009 | Rate 2010 | Rate 2011 | Rate[5] 2012 | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| ARNOLDO CONCEPCION | 2003 | - | - | - | $450.00 | - | 5.10 | $2,295.00 |
| ARTHUR MARGULIES | 2004 | - | $475.00 | $500.00 | - | - | 744.90 | $355,092.50 |
| BART GREEN | 2009 | - | $315.00 | $350.00 | $375.00 / $450.00 | - | 2,951.20 | $1,003,695.00 |
| BENJAMIN GROSSMAN | 2006 | - | - | $400.00 | - | - | 55.80 | $22,320.00 |
| BENJAMIN ROSENBLUM | 2005 | - | $450.00 | $550.00 | $625.00 | $675.00 | 2,859.70 | $1,571,092.50 |
| BO HU | 2006 | - | - | - | - | $450.00 | 4.90 | $2,205.00 |
| BRANDON MORRIS | 2009 | - | - | $325.00 | - | - | 110.90 | $36,042.50 |
| BRENDAN FYFE | 2007 | - | - | $375.00 | - | - | 4.50 | $1,687.50 |
| BRIANA HULET | 2010 | - | $310.00 | $325.00 | $350.00 | - | 172.60 | $58,527.50 |
| BRIDGET CRAWFORD | 2009 | - | $315.00 | $350.00 | $400.00 / $450.00 | - | 3,611.70 | $1,217,120.50 |
| BRIGETTE BURNELL | 2002 | - | $450.00 | - | - | - | 135.70 | $61,065.00 |
| BRONSON BIGELOW | 2004 | - | - | $500.00 | - | - | 159.30 | $79,650.00 |
| CALLUM HASSALL | 2010 | - | - | - | $225.00 | - | 1.20 | $270.00 |
| CATHERINE BARON | 2011 | - | - | - | - | $250.00 | 12.00 | $3,000.00 |
| CHANTELLE EGAN | 2008 | - | $325.00 | - | - | - | 132.30 | $42,900.00 |
| CHIAHENG SEETOO | 2007 | $175.00 | $200.00 | $225.00 | $250.00 | - | 114.70 | $23,487.50 |
| CHRISTIE MOK | 2007 | - | $325.00 | - | - | - | 3.20 | $1,040.00 |
| CHRISTINE HOHL | 2010 | - | $224.00 | $224.00 / $225.00 | $224.00 | $224.00 | 324.20 | $72,624.80 |
| CHRISTOPHER BARKER | 2008 | - | - | - | $375.00 | - | 4.40 | $1,650.00 |
| CLAIRE WELLS HANSON | 2010 | - | - | $325.00 | $350.00 / $425.00 | - | 212.40 | $69,557.50 |
| CLAIRE WILLMOTT | 2005 | - | $375.00 | - | - | - | 48.20 | $18,075.00 |
| CONNIE CHEUNG | 2003 | - | $450.00 | - | - | - | 7.50 | $3,375.00 |
| DANIEL CULHANE | 2010 | - | - | $325.00 | $425.00 | - | 427.20 | $146,660.00 |
| DANIEL DOBRYGOWSKI | 2007 | - | $350.00 | - | - | - | 73.20 | $25,620.00 |
| DANIEL GUZMAN | 2009 | - | $315.00 | - | - | - | 35.30 | $11,119.50 |
| DANIEL PRIETO | 2000 | - | $500.00 | - | - | - | 35.70 | $17,850.00 |

NYI-4460883v1

| Name | Year | Rate 2008 | Rate 2009 | Rate 2010 | Rate 2011 | Rate[5] 2012 | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| DANIEL SYPHARD | 2005 | - | - | $375.00 | $425.00 | - | 12.90 | $4,877.50 |
| DANIEL TRAVERS | 2009 | - | - | $400.00 | - | - | 34.50 | $13,800.00 |
| DANNY KAN | 2009 | - | $275.00 | $275.00 | - | - | 731.70 | $201,217.50 |
| DAVID BECK | 2000 | - | - | $500.00 | - | - | 0.80 | $400.00 |
| DAVID HALL | 2003 | - | $475.00 | - | - | - | 70.00 | $33,250.00 |
| DAVID JOHNSTON | 2007 | - | $416.00 | $540.00 | - | - | 66.90 | $29,132.40 |
| DAVID MARKS | 2010 | - | $310.00 | $325.00 | $425.00 | - | 1,454.40 | $536,124.50 |
| DAVID SHAFER | 2008 | - | $275.00 | $375.00 | $425.00 | - | 39.00 | $14,465.00 |
| DEBRA SIMPSON | 2000 | - | - | $550.00 | - | - | 20.70 | $11,385.00 |
| DENNIS CHI | 2007 | - | $350.00 | $400.00 | - | - | 129.30 | $46,510.00 |
| DEREK MORALES | 2011 | - | - | - | - | $375.00 | 34.30 | $12,862.50 |
| DEREK SUN | 2006 | - | - | $275.00 | - | - | 16.90 | $4,647.50 |
| DEVRAJ ASHOK | 2000 | - | $300.00 | - | - | - | 7.10 | $2,130.00 |
| DICKON COURT | 2008 | - | $392.00 | - | - | - | 0.50 | $196.00 |
| DOROTHY FOSTER | 2006 | - | - | - | $375.00 | - | 13.00 | $4,875.00 |
| DULCIE SCANLON | 2002 | - | $525.00 | - | - | - | 194.10 | $101,902.50 |
| DURGA GANDHAM | 2006 | - | - | - | - | $225.00 | 1.40 | $315.00 |
| EDITH HO | N/A | - | $250.00 | $250.00 | $250.00 | $250.00 | 1,011.00 | $252,750.00 |
| EDWARD MARSHBAUM | 2008 | $200.00 | $225.00 | $275.00 | - | - | 145.70 | $33,020.00 |
| ELIZABETH GREENBERG | 2009 | - | $310.00 | $325.00 | $350.00 / $425.00 | $450.00 | 1,286.30 | $444,694.00 |
| EMILY POSNER | 2008 | - | $315.00 | $350.00 | - | - | 212.40 | $68,089.00 |
| EMILY ROMANINSKY | 2004 | - | - | $475.00 | $500.00 | - | 93.40 | $44,950.00 |
| EMILY S Y LAM | 1998 | $475.00 | $500.00 | $500.00 | - | $550.00 | 63.30 | $31,610.00 |
| EMMA SHELSTON | 2010 | - | $110.00 | $250.00 | $275.00 / $300.00 | $300.00 | 176.10 | $43,647.00 |
| ERI UERKWITZ | 2007 | - | - | $375.00 | - | - | 313.50 | $117,562.50 |
| ERIC STEPHENS | 2009 | - | $310.00 | $325.00 | $350.00 / $425.00 | - | 2,906.00 | $969,857.00 |
| ERIN SHENCOPP | 2004 | - | - | $475.00 | - | - | 11.70 | $5,557.50 |
| GABRIEL MASS | 2010 | - | $310.00 | $325.00 | - | - | 57.30 | $18,313.50 |
| GEORGE HOWARD | 2008 | - | $225.00 | $300.00 | - | - | 30.00 | $8,850.00 |

| Name | Year | Rate 2008 | Rate 2009 | Rate 2010 | Rate 2011 | Rate[5] 2012 | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| GEORGE SPENCER | 2008 | - | $350.00 | $375.00 | - | - | 1,672.90 | $603,285.00 |
| GEORGINA DRUCE | 2011 | - | - | - | - | $450.00 | 5.70 | $2,565.00 |
| GRACE YANG | 2009 | - | - | $325.00 | - | - | 19.30 | $6,272.50 |
| GREG LAWSON | 2011 | - | - | - | - | $250.00 | 0.10 | $25.00 |
| GREGORY BARDEN | 2010 | - | $325.00 | - | - | - | 13.30 | $4,322.50 |
| GUAN TEO | 2006 | - | $375.00 | - | - | - | 6.80 | $2,550.00 |
| HABEN GOITOM | 2008 | - | $315.00 | $425.00 | $475.00 | $550.00 | 508.20 | $240,502.00 |
| HALIA EVANS | 2007 | - | $350.00 | $375.00 | - | - | 13.00 | $4,687.50 |
| HANNAH MILLS | 2009 | $200.00 | $225.00 | $275.00 | - | - | 144.70 | $32,812.50 |
| HEATHER THOMPSON | 2007 | - | - | $450.00 | $475.00 | - | 360.30 | $162,762.50 |
| HIDEJIRO TAKASE | 2004 | $280.00 | $330.00 | - | - | - | 22.10 | $6,348.00 |
| HIROKO HOSONO | 1998 | - | $490.00 | $500.00 | - | - | 55.70 | $27,436.00 |
| HIROYUKI YOSHIOKA | 2007 | $240.00 | $280.00 | $300.00 | $350.00 | - | 181.2 | $45,533.00 |
| I LEWIS H GRIMM | 1998 | - | - | $550.00 | - | - | 0.30 | $165.00 |
| IAN REID | 2003 | - | - | $700.00 | - | - | 3.50 | $2,450.00 |
| I-HENG HSU | 2011 | - | - | - | $325.00 | $425.00 | 288.50 | $106,862.50 |
| JAMES DOUGLAS | 1997 | - | - | $275.00 | - | - | 12.40 | $3,410.00 |
| JAMES GOLDFARB | 2001 | - | $525.00 | $550.00 | $575.00 | - | 1,416.00 | $766,402.50 |
| JAMES VEVERKA | 2006 | - | $375.00 | $400.00 | - | - | 151.80 | $59,422.50 |
| JASON COVER | 2008 | - | - | $500.00 | - | - | 229.70 | $114,850.00 |
| JENNIFER DEL MEDICO | 2005 | - | $425.00 | $450.00 | $475.00 | - | 1,832.50 | $799,715.00 |
| JENNIFER O'NEIL | 2009 | - | $400.00 | $450.00 | $525.00 | - | 118.60 | $56,772.50 |
| JENNIFER SEIDMAN | 2009 | - | $225.00 | $225.00 | - | - | 19.60 | $4,410.00 |
| JEREMY BLOOMENTHAL | 2004 | - | $410.00 | - | - | - | 28.80 | $11,808.00 |
| JEREMY KEENAN | 2006 | - | - | $400.00 | - | - | 0.30 | $120.00 |
| JEROME O'BRIEN | 2009 | - | - | - | $375.00 | - | 18.80 | $7,050.00 |
| JESSICA LIN | 2004 | - | $325.00 | $350.00 | $375.00 | - | 94.50 | $30,922.50 |
| JI UNG KIM | 2010 | - | $250.00 | $275.00 | $300.00 / | $400.00 | 2,293.30 | $643,720.00 |

| Name | Year | Rate 2008 | Rate 2009 | Rate 2010 | Rate 2011 | Rate[5] 2012 | Total Hours Billed | Total Compensation |
|------|------|-----------|-----------|-----------|-----------|--------------|--------------------|--------------------|
| | | | | | $375.00 | | | |
| JOHN CHASE | 2008 | - | $275.00 | - | $375.00 | - | 65.80 | $19,385.00 |
| JOHN MCMAHON | 2008 | - | - | $350.00 | - | - | 258.60 | $90,510.00 |
| JONATHAN FELCE | 2006 | - | $625.00 | $650.00 | - | - | 79.60 | $50,817.50 |
| JONATHAN GOREN | 2010 | - | - | $325.00 | - | - | 13.90 | $4,517.50 |
| JONATHAN WITHERALL | 2010 | - | - | $350.00 | - | - | 0.40 | $140.00 |
| JORDAN SCHWARTZ | 2010 | - | $310.00 | $325.00 | $425.00 | - | 406.90 | $131,700.50 |
| JOSEPH TILLER | 2007 | - | $375.00 | $450.00 | $500.00 | - | 186.50 | $82,522.50 |
| JOSHUA BROMBERG | 2012 | - | - | - | - | $375.00 | 2.00 | $750.00 |
| JULIAN LIN | 1994 | - | $450.00 | $475.00 | - | - | 43.50 | $19,575.00 |
| JULIE ROSSELOT | 2009 | - | $315.00 | - | - | - | 195.00 | $61,425.00 |
| JUNKO DOCHI | 2002 | - | - | - | $450.00 | - | 1.20 | $540.00 |
| JUSTIN CARROLL | 2008 | - | $315.00 | - | $475.00 | - | 26.80 | $8,810.00 |
| JUSTIN WEARE | 2005 | - | - | - | $725.00 / $750.00 | - | 64.80 | $47,197.50 |
| JUSTINA CHAN | 1996 | - | $525.00 | $525.00 | - | - | 549.90 | $288,697.50 |
| KAMILLA MAMEDOVA | 2009 | - | $315.00 | $350.00 | $375.00 / $450.00 | - | 724.10 | $242,648.00 |
| KARA WESTERCAMP | 2010 | - | - | - | $425.00 | - | 16.60 | $7,055.00 |
| KAREN PHANG | 2006 | - | $325.00 | $375.00 | - | - | 7.80 | $2,660.00 |
| KATHLEEN CHOI | 2008 | - | - | $350.00 | - | - | 62.70 | $21,945.00 |
| KELLY CARRERO | 2004 | - | $475.00 | $500.00 | $525.00 / $625.00 | $675.00 | 3,936.70 | $1,951,655.00 |
| KELLY MARINO | 2007 | - | - | $325.00 | - | - | 113.40 | $36,855.00 |
| KOSUKE NAMBA | 2005 | - | - | - | $400.00 | - | 7.00 | $2,800.00 |
| KUNIHIRO KAWASAKI | 2008 | - | - | - | $325.00 | - | 2.00 | $650.00 |
| KYOSUKE KATAHIRA | 2005 | $240.00 | - | - | - | - | 15.50 | $3,720.00 |
| LAIRD NELSON | 2010 | - | - | $325.00 | $425.00 | - | 108.70 | $43,137.50 |
| LAURA HAYWOOD | 2009 | - | $325.00 | - | - | - | 14.30 | $4,647.50 |
| LAUREN BUONOME | 2010 | - | $310.00 | $325.00 | $425.00 | $500.00 | 487.90 | $170,099.00 |
| LEE POLLACK | 2007 | - | $375.00 | $400.00 | $450.00 / | $525.00 | 1,661.20 | $715,517.50 |

| Name | Year | Rate 2008 | Rate 2009 | Rate 2010 | Rate 2011 | Rate[5] 2012 | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| | | | | | $500.00 | | | |
| LEO CHEN | 2005 | - | $250.00 | - | - | - | 19.10 | $4,775.00 |
| LESLIE DUBECK | 2007 | - | - | $375.00 | - | - | 96.20 | $36,075.00 |
| LISA ALLENDEN | 2011 | - | - | $225.00 | - | - | 2.00 | $450.00 |
| LISA YEMM | 2011 | - | - | - | $325.00 | - | 203.00 | $65,975.00 |
| LUKE JOHNSON | 2010 | - | - | - | - | $300.00 | 31.80 | $9,540.00 |
| LYNN MARVIN | 2005 | - | - | $475.00 | - | - | 0.50 | $237.50 |
| MAAME AGYEIWAAH | 2009 | - | $315.00 | - | - | - | 14.40 | $4,536.00 |
| MAHESH PARLIKAD | 2009 | - | $315.00 | $350.00 | $375.00 | - | 400.40 | $139,291.50 |
| MARC SKAPOF | 2000 | - | $550.00 | $600.00 | - | - | 141.20 | $77,885.00 |
| MARGUERITE DOUGHERTY | 2001 | - | $525.00 | - | - | - | 54.90 | $28,822.50 |
| MASAAKI ITO | 2006 | $250.00 | $300.00 | $325.00 | - | - | 649.40 | $192,602.50 |
| MATTHEW CHOW | 2010 | - | $310.00 | $325.00 | $350.00 / $425.00 | $450.00 | 840.80 | $299,423.50 |
| MERCEDES ABAD | 2001 | - | - | - | $475.00 | - | 10.00 | $4,750.00 |
| MICHAEL AKLUFI | 1999 | - | - | $600.00 | - | - | 2.10 | $1,260.00 |
| MICHAEL DAILEY | 2010 | - | $310.00 | $325.00 | $350.00 / $425.00 | $450.00 | 2,630.00 | $866,735.00 |
| MICHAEL FLUHR | 2006 | - | $375.00 | $400.00 | - | - | 47.00 | $18,302.50 |
| MICHAEL SILBERFARB | 2005 | - | - | $475.00 | $500.00 / $550.00 | - | 931.60 | $457,557.50 |
| MICHAEL THAYER | 2010 | - | - | $325.00 | $350.00 / $425.00 | - | 1,616.20 | $571,772.50 |
| MICHAELINE CORREA | 2001 | - | $525.00 | - | - | - | 46.80 | $24,570.00 |
| MICHELE MACHALANI | 2010 | - | - | $350.00 | $375.00 | - | 19.4 | 6927.5 |
| MICHELLE BECK | 2008 | - | $400.00 | - | - | - | 13.60 | $5,440.00 |
| MICHELLE HERMAN | 2003 | - | - | $500.00 | $525.00 / $575.00 | $600.00 | 92.60 | $50,815.00 |
| MICHELLE POULOS | 2006 | - | $375.00 | $400.00 | - | - | 77.90 | $30,040.00 |
| MINA ONOGI | 2001 | $325.00 | $390.00 | $425.00 | - | - | 367.80 | $130,793.00 |
| MING WEI LO | 1997 | $310.00 | $350.00 | $375.00 | $400.00 / $425.00 | $450.00 | 753.40 | $276,731.50 |
| MIRIAM REZNIK | 2009 | - | - | $350.00 | $375.00 / $450.00 | $475.00 | 1,098.00 | $418,165.00 |

NYI-4460883v1

| Name | Year | Rate 2008 | Rate 2009 | Rate 2010 | Rate 2011 | Rate[5] 2012 | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| MIYUKA NISHI | 1997 | $475.00 | $530.00 | $530.00 | - | - | 538.00 | $273,403.00 |
| MUSTAFA VAN HIEN | 2007 | - | $325.00 | - | - | - | 10.80 | $3,510.00 |
| MU-YUAN CHEN | 2008 | - | - | $350.00 | - | $475.00 | 5.40 | $1,927.50 |
| NAHO KANEKO | 2008 | - | - | - | $325.00 | - | 16.00 | $5,200.00 |
| NANCY CHU | 2006 | - | - | - | - | $500.00 | 5.50 | $2,750.00 |
| NANCY LU | 2006 | - | - | $325.00 | $325.00 / $425.00 | - | 112.20 | $40,935.00 |
| NATHAN LEBIODA | 2006 | - | - | $500.00 | $575.00 / $600.00 | - | 1,338.00 | $721,667.50 |
| NATHAN ROTH | 2005 | - | $450.00 | - | - | - | 1.00 | $450.00 |
| NICHOLAS AHUJA | 2009 | - | - | $325.00 | - | - | 43.30 | $14,072.50 |
| NICHOLAS DAVIES | 2007 | - | $416.00 | $540.00 | $540.00 | - | 340.50 | $14,9596.40 |
| NICHOLAS HADDAD | 2008 | - | - | - | $375.00 | - | 19.90 | $7,462.50 |
| NICHOLAS KAMPHAUS | 2008 | - | $315.00 | $425.00 | $475.00 | - | 121.60 | $49,303.00 |
| NICOLE SANDLER | 2008 | - | - | $475.00 | - | - | 1.90 | $902.50 |
| NIDHI YADAVA | 2008 | - | $315.00 | $350.00 | $375.00 / $450.00 | $500.00 | 1,671.00 | $632,672.50 |
| NOURA ABDUL-CADER | 2011 | - | - | - | $224.00 | - | 3.70 | $828.80 |
| OLIVER RICHARDSON | 2010 | - | - | $225.00 | - | - | 3.00 | $675.00 |
| OWEN THOMAS | 2009 | - | $225.00 | $275.00 | - | - | 362.90 | $82,172.50 |
| PAUL GREEN | 2007 | - | $300.00 | $350.00 | $375.00 | - | 968.80 | $353,157.50 |
| PETER BRABANT | 2004 | - | $325.00 | $375.00 | $400.00 / $425.00 | $450.00 | 1,465.00 | $516,047.50 |
| PETER WILKINSON | 2007 | - | $430.00 | $430.00 | $450.00 / $475.00 | $500.00 | 2,562.40 | $1,124,868.00 |
| RAHUL KUMAR | 2007 | - | $175.00 | - | - | - | 15.00 | $2,625.00 |
| RAJEEV MUTTREJA | 2009 | - | $315.00 | $350.00 | - | - | 280.00 | $96,141.50 |
| RASTKO VRBASKI | 2005 | - | $408.00 | - | - | - | 7.10 | $2,896.80 |
| RAYMOND WANG | 1998 | - | $350.00 | - | - | - | 1.50 | $525.00 |
| RICHA SINGH | 2008 | - | $224.00 | $224.00 | - | - | 7.00 | $1,568.00 |
| RICHARD GALATI | 2009 | - | - | $325.00 | - | - | 66.90 | $21,742.50 |
| RICHEL LEUNG | 1995 | - | $475.00 | - | - | - | 220.80 | $104,880.00 |
| RIKA | 2006 | $250.00 | - | - | - | - | 0.50 | $125.00 |

| Name | Year | Rate 2008 | Rate 2009 | Rate 2010 | Rate 2011 | Rate[5] 2012 | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| HASHIMOTO | | | | | | | | |
| ROBERT ASHLEY | 2007 | - | $375.00 | $400.00 | - | - | 19.80 | $7,695.00 |
| ROBERT JUD | 2003 | - | $425.00 | - | - | - | 20.40 | $8,670.00 |
| ROBERT KREBS JR | 2002 | - | $500.00 | - | - | - | 35.20 | $17,600.00 |
| ROSS BARR | 2004 | $450.00 | $525.00 | $625.00 | $675.00 | - | 516.35 | $323,612.50 |
| RUSSELL LEINO | 2011 | - | - | - | $375.00 | $375.00 | 109.40 | $41,025.00 |
| RUSSELL REITER | 2002 | - | - | $550.00 | - | - | 6.10 | $3,355.00 |
| RYAN HILL | 2010 | - | - | - | - | $250.00 | 21.90 | $5,475.00 |
| SABRINA GLIMCHER | 2011 | - | - | $325.00 | $325.00 | - | 11.70 | $3,802.50 |
| SARAH LIEBER | 2003 | - | $475.00 | $500.00 | $525.00 / $575.00 | - | 2,569.30 | $1,280,722.50 |
| SATARUPA CHAKRAVORTTY | 2006 | - | - | $565.00 | $575.00 / $600.00 | $650.00 | 238.50 | $142,726.50 |
| SATOSHI YAMABE | 2009 | - | - | $270.00 | $300.00 | - | 145.60 | $39,369.00 |
| SCOTT GRIFFIN | 2000 | - | $600.00 | $675.00 | $700.00 | - | 951.40 | $639,710.00 |
| SCOTT LYNE | 2001 | - | - | $550.00 | - | - | 24.20 | $13,310.00 |
| SEAN MURPHY | 2009 | - | - | $350.00 | $375.00 | - | 47.80 | $16,737.50 |
| SHARAYU GOKHALE | 2008 | - | $175.00 | - | - | - | 15.70 | $2,747.50 |
| SHINGO GOTO | 2003 | - | - | - | $450.00 | - | 38.00 | $17,100.00 |
| SHINICHI KOJIMA | 2009 | - | - | - | - | $375.00 | 3.00 | $1,125.00 |
| SIDDHARTH DUTTA | 2006 | - | $200.00 | - | - | - | 28.20 | $5,640.00 |
| SO LYN LEE | 2010 | - | - | $325.00 | - | - | 56.00 | $18,200.00 |
| SONIA SUN | 2009 | - | - | $350.00 | - | - | 6.00 | $2,100.00 |
| STELA TIPI | 2005 | - | - | $475.00 | $500.00 / $550.00 | $600.00 | 776.10 | $384,317.50 |
| STEPHANIE TYLER | 2011 | - | - | - | - | $250.00 | 0.70 | $175.00 |
| SUSAN TURK | 2009 | - | $315.00 | $350.00 | $375.00 / $450.00 | - | 3,108.20 | $1,068,695.00 |
| TAKAFUMI TSURUTA | 2008 | - | - | $285.00 | - | - | 1.50 | $427.50 |
| TAKAKO YAKO | 2005 | - | - | - | $400.00 | - | 20.30 | $8,120.00 |
| TERRY MCMAHON | 2008 | - | $315.00 | $350.00 | - | - | 2,104.20 | $706,254.50 |
| TETSUYA FUNO | 2008 | - | $270.00 | $285.00 | $325.00 / $350.00 | $400.00 | 610.70 | $170,625.50 |

NYI-4460883v1

| Name | Year | Rate 2008 | Rate 2009 | Rate 2010 | Rate 2011 | Rate[5] 2012 | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| THOMAS WILSON | 2003 | - | $400.00 | $475.00 | $500.00 | $525.00 | 61.00 | $26,690.00 |
| TIMOTHY HOFFMANN | 2003 | - | $475.00 | $525.00 | - | - | 156.10 | $76,387.50 |
| TIMOTHY NESTLER | 2006 | - | - | $400.00 | $450.00 | - | 20.10 | $8,515.00 |
| TOM MCKAY | 2006 | - | $400.00 / $392.00 | - | - | - | 11.20 | $4,474.40 |
| TOSHIAKI TAKAHASHI | 2010 | - | - | - | $270.00 | $350.00 | 71.00 | $19,698.00 |
| VICTORIA FERGUSON | 2004 | - | $640.00 | $680.00 | - | - | 63.30 | $41,104.00 |
| WARREN POSTMAN | 2010 | - | - | $325.00 | - | - | 24.60 | $7,995.00 |
| WILLIAM NEEDHAM | 2008 | - | - | $350.00 | - | - | 40.10 | $14,035.00 |
| XOCHITL STROHBEHN | 2009 | - | $310.00 | $325.00 | - | - | 873.80 | $283,698.50 |
| YASUNOBU TAKATAMA | 2007 | $240.00 | $280.00 | $300.00 | $350.00 / $375.00 | - | 824.30 | $229,887.00 |
| YOSHITAKE MASUDA | 1996 | - | - | - | $525.00 | - | 25.20 | $13,230.00 |
| YUKI YOSHIDA | 2006 | $250.00 | - | - | - | - | 0.80 | $200.00 |
| YUSUKE OHIRA | 2008 | - | - | $285.00 | - | - | 13.50 | $3,847.50 |
| YU-YING HUANG | 2000 | - | $225.00 | - | - | - | 74.60 | $16,785.00 |
| **Associate Total:** | | | | | | | 77,023.05 | $30,388,995.10 |
| | | | | | | | | |
| **Sr. Staff Attorney** | | | | | | | | |
| JENNY LEE | 1985 | - | $550.00 | $550.00 | $550.00 | - | 138.00 | $75,900.00 |
| **Sr. Staff Attorney Total:** | | | | | | | 138.00 | $75,900.00 |
| | | | | | | | | |
| **Staff Attorney** | | | | | | | | |
| ALEX YANG | 2009 | $120.00 | $120.00 / $170.00 | $200.00 | $200.00 | - | 724.95 | $117,601.50 |
| CALVIN LIN | 2010 | - | - | - | - | $170.00 | 2.00 | $340.00 |
| CHARLIE CHIU | 2006 | $170.00 | $200.00 | - | - | - | 5.10 | $951.00 |
| CINDY CHIEN | 2005 | - | $170.00 | $200.00 | $225.00 | - | 319.60 | $66,519.00 |
| CLAIRE LIN | N/A | - | $190.00 | - | - | - | 74.20 | $14,098.00 |
| ELIZABETH KAO | 2007 | $170.00 | $190.00 | - | - | - | 7.00 | $1,230.00 |
| JAMES LIANG | 2011 | - | - | - | $170.00 | - | 6.60 | $1,122.00 |
| JULIE CHANG | 2011 | - | - | - | $170.00 | - | 0.80 | $136.00 |

| Name | Year | Rate 2008 | Rate 2009 | Rate 2010 | Rate 2011 | Rate[5] 2012 | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| LI JUNG HUANG | 2008 | - | - | - | $225.00 | $250.00 | 307.80 | $71,307.50 |
| LYNNE FISCHER | 1996 | $200.00 | $225.00 | $275.00 | $300.00 / $350.00 | $375.00 | 1,840.10 | $532,752.50 |
| MAXIME GUINDO | 2007 | - | - | $375.00 | - | - | 21.50 | $8,062.50 |
| MICHAEL ZHU | 2005 | $170.00 | $200.00 | - | - | - | 6.80 | $1,171.00 |
| **Staff Attorney Total:** | | | | | | | 3,316.45 | $815,291.00 |
| | | | | | | | | |
| **Law Clerk** | | | | | | | | |
| ADRIENNE CHAN | N/A | $225.00 | $275.00 | - | - | - | 39.00 | $10,325.00 |
| ALINA KAYE | N/A | - | $110.00 | $110.00 | $260.00 | - | 43.90 | $5,339.00 |
| CARISSA CHAN | N/A | - | - | $250.00 | $250.00 | - | 182.50 | $45,625.00 |
| CARMEN CHUNG | N/A | - | - | - | $250.00 | $250.00 | 29.80 | $7,450.00 |
| CHESTER HUI | N/A | - | - | $250.00 | - | - | 2.50 | $625.00 |
| CHRISTOPHER CHUNG | N/A | - | - | $250.00 | - | - | 30.00 | $7,500.00 |
| CHRISTOPHER MA | N/A | - | $250.00 | - | - | - | 12.50 | $3,125.00 |
| GIGI YUEN | N/A | - | - | - | $250.00 | $250.00 | 87.10 | $21,775.00 |
| HENRY HAWTHORNE | N/A | - | - | $110.00 | $260.00 | - | 5.60 | $781.00 |
| IVAN LAI | N/A | - | $250.00 | $275.00 | - | - | 18.90 | $5,175.00 |
| JEFFREY JONES | N/A | - | - | $325.00 | - | - | 8.20 | $2,665.00 |
| JENNY MA | 2011 | - | - | - | - | $375.00 | 9.70 | $3,637.50 |
| JONATHAN LAMBERTI | 2010 | - | - | $325.00 | - | - | 20.70 | $6,727.50 |
| JORDAN CERRUTI | 2011 | - | - | - | $325.00 | - | 66.10 | $21,482.50 |
| JORDAN SCHNEIDER | 2012 | - | - | - | $375.00 | - | 102.00 | $38,250.00 |
| LINDA HARROD | N/A | - | - | - | - | $250.00 | 1.30 | $325.00 |
| OSTIANE GOH-LIVORNESS | N/A | - | - | $250.00 | $250.00 | - | 56.70 | $14,175.00 |
| PATRICK KABAT | 2010 | - | - | $225.00 | - | - | 13.70 | $3,082.50 |
| SHIRL WONG | N/A | - | $250.00 | $275.00 | - | - | 154.00 | $41,892.50 |
| SUZANNE GRANDT | N/A | - | - | $325.00 | - | - | 11.00 | $3,575.00 |
| TAMMY LIAO | N/A | - | - | $250.00 | - | - | 4.30 | $1,075.00 |
| TODD WILKINSON | 2011 | - | - | $325.00 | - | - | 4.80 | $1,560.00 |

| Name | Year | Rate 2008 | Rate 2009 | Rate 2010 | Rate 2011 | Rate[5] 2012 | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| VIVIAN JI | N/A | - | $275.00 | - | - | - | 2.00 | $550.00 |
| **Law Clerk Total:** | | | | | | | 906.30 | $246,717.50 |
| | | | | | | | | |
| **Summer Associate** | | | | | | | | |
| REI ONISHI | N/A | - | $270.00 | - | - | - | 12.90 | $3,483.00 |
| TODD WILKINSON | 2011 | - | - | $325.00 | - | - | 14.80 | $4,810.00 |
| VERONICA VELILLA-WIESNER | 2010 | - | $275.00 | - | - | - | 13.50 | $3,712.50 |
| **Summer Associate Total:** | | | | | | | 41.20 | $12,005.50 |
| **Paraprofessional** | | | | | | | | |
| ADAM HOEFLER | N/A | - | $150.00 | - | - | - | 3.00 | $450.00 |
| ADOBEA DEBRAH-DWAMENA | N/A | - | $175.00 | - | $175.00 | - | 100.40 | $17,570.00 |
| ALICIA FARRINGTON | N/A | - | $275.00 | $275.00 | $275.00 | $275.00 | 11.40 | $3,135.00 |
| ALISON HOLMES | N/A | - | $175.00 | - | - | - | 717.10 | $125,492.50 |
| ALLISON PETRONE | N/A | - | $250.00 | $250.00 | - | - | 13.00 | $3,250.00 |
| ANDRE RAY | N/A | - | $250.00 | $250.00 | $250.00 | - | 29.30 | $7,325.00 |
| ANDREW SAMUELSON | N/A | - | $250.00 | $250.00 | $250.00 | - | 592.40 | $148,100.00 |
| ANITA MOHANDAS | N/A | - | - | - | $215.00 | - | 4.90 | $1,053.50 |
| ANTHONY LIPSCOMB | N/A | - | $80.00 | - | - | - | 2.60 | $208.00 |
| ARLETA DENTON | N/A | - | - | - | - | $250.00 | 4.90 | $1,225.00 |
| AURORE VANDE-KERCHOVE | N/A | - | $170.00 | $170.00 | - | - | 81.60 | $13,872.00 |
| BRETT STONE | N/A | $275.00 | $275.00 | $275.00 | $275.00 | - | 768.60 | $211,365.00 |
| CHRISTOPHER RATHBONE | N/A | $205.00 | $240.00 | $240.00 | - | - | 95.70 | $21,928.50 |
| CRYSTAL ANN GOODSEIT | N/A | - | $175.00 | $175.00 | - | - | 20.50 | $3,587.50 |
| DANIEL YI | N/A | - | $250.00 | $250.00 | $250.00 | - | 107.70 | $26,925.00 |
| DENISE HIRTZEL | N/A | - | $275.00 | $275.00 | $275.00 | $275.00 | 18.50 | $5,087.50 |
| ELIZABETH MASUHR | N/A | - | $250.00 | $250.00 | - | - | 1,157.30 | $289,325.00 |

| Name | Year | Rate 2008 | Rate 2009 | Rate 2010 | Rate 2011 | Rate[5] 2012 | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|---|
| EVA LAM | N/A | - | $225.00 | $225.00 | - | - | 9.20 | $2,070.00 |
| FLORENCE NG | N/A | - | $250.00 | $250.00 / $150.00 | $150.00 | - | 128.40 | $23,540.00 |
| HIROKO NAKAO | N/A | $200.00 | $230.00 | $230.00 | - | - | 11.50 | $2,609.00 |
| JANIS TREANOR | N/A | - | $275.00 | $275.00 | $275.00 | - | 314.30 | $86,432.50 |
| JENNIFER JACKSON | N/A | - | $250.00 | - | - | - | 56.90 | $14,225.00 |
| JENNIFER PHILLIPS | N/A | - | $250.00 | - | - | - | 4.90 | $1,225.00 |
| JULIAN ENTNER | N/A | - | $275.00 | $275.00 | $285.00 | - | 12.20 | $3,450.00 |
| KATSURA OSADA | N/A | $200.00 | - | - | - | - | 11.00 | $2,200.00 |
| KEVIN ENGLERT | N/A | - | - | $175.00 | $175.00 | $250.00 | 1,398.90 | $244,867.50 |
| KEVIN HAHM | N/A | - | - | $150.00 | - | - | 368.50 | $55,275.00 |
| KIRK WAAG | N/A | - | - | - | $250.00 | - | 39.50 | $9,875.00 |
| KRISTY POSCH | N/A | - | - | $225.00 | $225.00 | - | 22.00 | $4,950.00 |
| LAURIE PAIGE BURNS | N/A | - | $275.00 | $275.00 | - | - | 272.50 | $74,937.50 |
| LOUISE O'HARA | N/A | - | - | $170.00 | $175.00 | - | 3.40 | $590.00 |
| MANAMI KETRING | N/A | - | - | $250.00 | - | - | 8.10 | $2,025.00 |
| MARIA DEASY | N/A | - | $275.00 | - | - | - | 2.00 | $550.00 |
| MARIANA ZHONG | N/A | - | - | $175.00 | - | - | 7.50 | $1,312.50 |
| MARY HEMANN | N/A | - | $200.00 | $200.00 | $200.00 | - | 426.90 | $85,380.00 |
| MATTHEW LATZMAN | N/A | - | - | $250.00 | $250.00 | - | 583.20 | $145,800.00 |
| NICOLA CRAVER | N/A | - | $175.00 | $175.00 | - | - | 21.90 | $3,832.50 |
| NUBIA CABRERA | N/A | - | $275.00 | $275.00 | $275.00 | $275.00 | 20.30 | $5,582.50 |
| OLIVIA LIN | N/A | - | $200.00 | - | - | - | 1.50 | $300.00 |
| PATRICIA KO | N/A | $200.00 | $220.00 | - | - | - | 2.50 | $530.00 |
| RICHARD CERULLO | N/A | - | - | $175.00 | - | - | 40.50 | $7,087.50 |
| RIE KIMURA | N/A | $200.00 | $230.00 | $230.00 | - | - | 399.20 | $90,337.00 |
| RUTH GRANT | N/A | - | - | $250.00 | - | - | 5.00 | $1,250.00 |
| RYOKO SHINOZAKI | N/A | $175.00 | $210.00 | - | - | - | 48.50 | $9,292.50 |
| SATOE ISHIWATA | N/A | $100.00 | $110.00 | - | - | - | 22.40 | $2,454.00 |

| Name | Year | Rate 2008 | Rate 2009 | Rate 2010 | Rate 2011 | Rate[5] 2012 | Total Hours Billed | Total Compensation |
|------|------|-----------|-----------|-----------|-----------|--------------|--------------------|--------------------|
| SOPHIA BRYAN | N/A | - | $275.00 | $275.00 | $275.00 | - | 121.80 | $33,495.00 |
| STEVEN JOHNSON | N/A | - | $250.00 | - | - | - | 2.50 | $625.00 |
| TAMARA SARI | N/A | - | $200.00 | - | - | - | 6.60 | $1,320.00 |
| TAMAYO NODA | N/A | - | $230.00 | - | - | - | 0.50 | $115.00 |
| TARA HALSCH | N/A | - | $175.00 | - | - | - | 6.80 | $1,190.00 |
| THOMAS BARRY | N/A | - | - | $250.00 | $250.00 | $250.00 | 54.30 | $13,575.00 |
| TIMOTHY SOLOMON | N/A | - | $250.00 | $250.00 | $250.00 | - | 43.10 | $10,775.00 |
| VALERIE DUNCAN | N/A | - | - | $225.00 | - | - | 1.50 | $337.50 |
| VICKY BANSON | N/A | - | - | $225.00 | $160.00 | - | 7.45 | $1,569.00 |
| YOKO ISHIHARA | N/A | $175.00 | $210.00 | $210.00 | - | - | 346.50 | $71,995.00 |
| **Paraprofessionals Total:** | | | | | | | 8562.65 | $1,896,876.00 |
| | | | | | | | | |
| **Staff** | | | | | | | | |
| ALEXANDER SALEMMO | N/A | - | $175.00 | $175.00 | - | - | 10.90 | $1,907.50 |
| ALICE LOAN | N/A | - | $150.00 | - | - | - | 0.20 | $30.00 |
| DODI LEVINE | N/A | - | $175.00 | - | - | - | 3.40 | $595.00 |
| MARILYN KATZ | N/A | - | $175.00 | $175.00 | - | - | 34.70 | $6,072.50 |
| **Staff Total:** | | | | | | | 49.20 | $8,605.00 |
| | | | | | | | | |
| **Legal Support** | | | | | | | | |
| DANIELLE CHERENCE | N/A | - | $250.00 | $250.00 | $250.00 | - | 8.50 | $2,125.00 |
| JULIE CHU | N/A | $310.00 | $320.00 | $330.00 | - | - | 172.05 | $54,988.00 |
| MARGOT BEACH | N/A | - | - | $250.00 | - | - | 17.20 | $4,300.00 |
| MARILYN MARACIC | N/A | - | - | $275.00 | - | - | 3.50 | $962.50 |
| ROGER LOK | N/A | $160.00 | $170.00 | $180.00 | $185.00 / $138.75 | $190.00 | 293.10 | $50,384.63 |
| SANDY FAN | N/A | - | - | $230.00 | - | - | 7.80 | $1,794.00 |
| STEPHEN FERRY | N/A | - | - | $250.00 | $250.00 | - | 925.10 | $231,275.00 |
| **Legal Support Total:** | | | | | | | 1,427.25 | $345,829.13 |
| | | | | | | | | |
| **GRAND TOTAL** | | | | | | | **137,471.20** | **$67,849,014.93** |

## FEE PERIOD

## ENGAGEMENT DATES THROUGH MARCH 6, 2012

## (BY JONES DAY MATTER)

| Name | Compensation Period Hours | Compensation Period Fees |
|---|---|---|
| **Asia Pacific (125426-600001)** | | |
| **Partner** | | |
| ANITA LEUNG | 15.30 | $10,710.00 |
| ANNE KO | 7.80 | $5,170.00 |
| BARBARA MOK | 0.50 | $400.00 |
| CARL BLACK | 2.90 | $1,885.00 |
| CHRISTINE KIM | 2237.40 | $2,008,950.00 |
| CHRISTOPHER AHERN | 604.90 | $378,547.50 |
| CHUNG-PING LIU | 432.90 | $194,980.00 |
| DAVID LONGSTAFF | 3.50 | $2,625.00 |
| DAVID NEUVILLE | 16.50 | $13,200.00 |
| ERIC SEDLAK | 815.80 | $526,589.00 |
| HERMAN YIP | 0.70 | $490.00 |
| IAIN SEOW | 127.40 | $89,180.00 |
| JEFFREY MADDOX | 0.60 | $480.00 |
| JOHN ROEBUCK | 4.00 | $2,700.00 |
| KAORU UMINO | 5.00 | $2,875.00 |
| KATHERINE U | 3.50 | $2,450.00 |
| MARIANNE CHAO | 14.90 | $7,077.50 |
| MASATOMO SUZUKI | 2.30 | $1,661.00 |
| PAUL LEAKE | 2.50 | $2,312.50 |
| PHILIP HOSER | 300.10 | $197,745.00 |
| RIKA SATO | 290.70 | $166,592.00 |
| ROBERT GAFFEY | 5.60 | $4,760.00 |
| ROBERT THOMSON | 0.50 | $400.00 |
| RONALD GROSS | 1.20 | $930.00 |

| Name | Compensation Period Hours | Compensation Period Fees |
|---|---|---|
| SIMON POWELL | 1,068.80 | $856,125.00 |
| STEPHEN SOZIO | 1.00 | $675.00 |
| TOBIAS KELLER | 0.50 | $375.00 |
| TORU YAMADA | 1.20 | $768.00 |
| VIRGINIA TAM | 5.10 | $3,315.00 |
| WEYINMI POPO | 13.50 | $7,762.50 |
| WILLIAM BRYSON | 344.70 | $196,927.50 |
| YUICHIRO MORI | 135.70 | $77,116.00 |
| **Partner Total:** | 6,467.00 | $4,765,773.50 |
| | | |
| **Counsel** | | |
| SCOTT FRIEDMAN | 0.30 | $180.00 |
| **Counsel Total:** | 0.30 | $180.00 |
| | | |
| **Of Counsel** | | |
| CHRISTINE KIM | 206.70 | $191,197.50 |
| CHUNG-PING LIU | 49.50 | $19,800.00 |
| ELEANOR LAM | 180.90 | $99,152.50 |
| FAY NG | 400.20 | $240,120.00 |
| LOUIS LIU | 0.80 | $380.00 |
| MASATAMI OTSUKA | 4.50 | $3,285.00 |
| MICHIRU TAKAHASHI | 22.30 | $12,934.00 |
| STEVEN FLEMING | 786.40 | $432,560.00 |
| WEYINMI POPO | 34.00 | $17,000.00 |
| **Of Counsel Total:** | 1,685.30 | $1,016,429.00 |
| | | |
| **Associate** | | |
| AMIT MISHRA | 29.00 | $7,250.00 |
| ANITA CHIU | 21.90 | $8,760.00 |
| BENJAMIN ROSENBLUM | 2.00 | $1,115.00 |

| Name | Compensation Period Hours | Compensation Period Fees |
|---|---|---|
| BO HU | 4.90 | $2,205.00 |
| BRIGETTE BURNELL | 135.70 | $61,065.00 |
| CHIAHENG SEETOO | 89.80 | $19,130.00 |
| CHRISTIE MOK | 3.20 | $1,040.00 |
| CLAIRE WILLMOTT | 48.20 | $18,075.00 |
| CONNIE CHEUNG | 7.50 | $3,375.00 |
| DANNY KAN | 5.60 | $1,540.00 |
| DEREK SUN | 16.90 | $4,647.50 |
| DEVRAJ ASHOK | 7.10 | $2,130.00 |
| EDITH HO | 63.00 | $15,750.00 |
| EDWARD MARSHBAUM | 145.70 | $33,020.00 |
| EMILY LAM | 63.30 | $31,610.00 |
| EMMA SHELSTON | 68.70 | $19,065.00 |
| GEORGE SPENCER | 3.30 | $1,155.00 |
| GUAN TEO | 6.80 | $2,550.00 |
| HANNAH MILLS | 144.70 | $32,812.50 |
| HIDEJIRO TAKASE | 22.10 | $6,348.00 |
| HIROKO HOSONO | 55.70 | $27,436.00 |
| HIROYUKI YOSHIOKA | 176.50 | $43,888.00 |
| JAMES DOUGLAS | 12.40 | $3,410.00 |
| JENNIFER O'NEIL | 118.60 | $56,772.50 |
| JEREMY BLOOMENTHAL | 28.80 | $11,808.00 |
| JESSICA LIN | 94.50 | $30,922.50 |
| JI UNG KIM | 504.50 | $164,687.50 |
| JONATHAN WITHERALL | 0.40 | $140.00 |
| JULIAN LIN | 43.50 | $19,575.00 |
| JUSTINA CHAN | 549.90 | $288,697.50 |
| KAREN PHANG | 7.80 | $2,660.00 |
| KYOSUKE KATAHIRA | 15.50 | $3,720.00 |
| LAUREN BUONOME | 115.50 | $46,315.00 |

- 3 -

| Name | Compensation Period Hours | Compensation Period Fees |
|------|---------------------------|--------------------------|
| LEO CHEN | 19.10 | $4,775.00 |
| LOUIS LIU | 143.50 | $58,826.00 |
| MASAAKI ITO | 649.40 | $192,602.50 |
| MINA ONOGI | 367.80 | $130,793.00 |
| MING WEI LO | 753.40 | $276,731.50 |
| MIRIAM REZNIK | 0.90 | $315.00 |
| MIYUKA NISHI | 538.00 | $273,403.00 |
| MU-YUAN CHEN | 0.30 | $142.50 |
| NATHAN ROTH | 1.00 | $450.00 |
| OWEN THOMAS | 362.90 | $82,172.50 |
| PETER BRABANT | 1,202.50 | $419,995.00 |
| PETER WILKINSON | 2,562.40 | $1,124,868.00 |
| RAHUL KUMAR | 15.00 | $2,625.00 |
| RAYMOND WANG | 1.50 | $525.00 |
| RICHEL LEUNG | 220.80 | $104,880.00 |
| RIKA HASHIMOTO | 0.50 | $125.00 |
| ROSS BARR | 388.05 | $245,985.00 |
| SATOSHI YAMABE | 145.60 | $39,369.00 |
| SEAN MURPHY | 47.80 | $16,737.50 |
| SHARAYU GOKHALE | 15.70 | $2,747.50 |
| SHINICHI KOJIMA | 3.00 | $1,125.00 |
| SIDDHARTH DUTTA | 28.20 | $5,640.00 |
| SONIA SUN | 6.00 | $2,100.00 |
| TAKAFUMI TSURUTA | 1.50 | $427.50 |
| TETSUYA FUNO | 610.70 | $170,625.50 |
| TOSHIAKI TAKAHASHI | 71.00 | $19,698.00 |
| YASUNOBU TAKATAMA | 794.30 | $219,387.00 |
| YUKI YOSHIDA | 0.80 | $200.00 |
| YUSUKE OHIRA | 13.50 | $3,847.50 |
| YU-YING HUANG | 74.60 | $16,785.00 |

NYI-4460883v1

| Name | Compensation Period Hours | Compensation Period Fees |
|---|---|---|
| **Associate Total:** | 11,652.75 | $4,390,578.50 |
| | | |
| **Law Clerk** | | |
| ADRIENNE CHAN | 39.00 | $10,325.00 |
| ALEX YANG | 187.80 | $22,536.00 |
| ALINA KAYE | 43.90 | $5,339.00 |
| CARISSA CHAN | 182.50 | $45,625.00 |
| CARMEN CHUNG | 29.80 | $7,450.00 |
| CHESTER HUI | 2.50 | $625.00 |
| CHRISTOPHER CHUNG | 30.00 | $7,500.00 |
| CHRISTOPHER MA | 12.50 | $3,125.00 |
| DANNY KAN | 726.10 | $199,677.50 |
| EDITH HO | 948.00 | $237,000.00 |
| EMMA SHELSTON | 105.90 | $24,207.00 |
| FLORENCE NG | 128.40 | $23,540.00 |
| GIGI YUEN | 87.10 | $21,775.00 |
| HENRY HAWTHORNE | 5.60 | $781.00 |
| IVAN LAI | 18.90 | $5,175.00 |
| JI UNG KIM | 1,788.80 | $479,032.50 |
| LINDA HARROD | 1.30 | $325.00 |
| OSTIANE GOH-LIVORNESS | 56.70 | $14,175.00 |
| SHIRL WONG | 154.00 | $41,892.50 |
| TAMMY LIAO | 4.30 | $1,075.00 |
| VIVIAN JI | 2.00 | $550.00 |
| **Law Clerk Total:** | 4,555.10 | $1,151,730.50 |
| | | |
| **Summer Accociate** | | |
| REI ONISHI (Summer) | 12.90 | $3,483.00 |
| **Summer Associate Total:** | 12.00 | $3,483.00 |
| **Senior Staff Attorney** | | |

| Name | Compensation Period Hours | Compensation Period Fees |
|---|---|---|
| JENNY LEE | 138.00 | $75,900.00 |
| **Staff Attorney Total:** | 138.00 | $75,900.00 |
| | | |
| **Staff Attorney** | | |
| ALEX YANG | 537.15 | $95,065.50 |
| CALVIN LIN | 2.00 | $340.00 |
| CHARLIE CHIU | 5.10 | $951.00 |
| CHIAHENG SEETOO | 24.90 | $4,357.50 |
| CINDY CHIEN | 319.60 | $66,519.00 |
| CLAIRE LIN | 74.20 | $14,098.00 |
| ELIZABETH KAO | 7.00 | $1,230.00 |
| JAMES LIANG | 6.60 | $1,122.00 |
| JULIE CHANG | 0.80 | $136.00 |
| LI JUNG HUANG | 307.80 | $71,307.50 |
| LYNNE FISCHER | 296.10 | $65,287.50 |
| MICHAEL ZHU | 6.80 | $1,171.00 |
| **Staff Attorney Total:** | 1,588.05 | $321,585.00 |
| | | |
| **Legal Support** | | |
| JULIE CHU | 172.05 | $54,988.00 |
| ROGER LOK | 293.10 | $50,384.63 |
| SANDY FAN | 7.80 | $1,794.00 |
| **Legal Support Total:** | 472.95 | $107,166.63 |
| | | |
| **Legal Researcher** | | |
| KEVIN HAHM | 368.50 | $55,275.00 |
| **Legal Researcher Total:** | 368.50 | $55,275.00 |
| | | |
| **Paraprofessional** | | |
| ADAM HOEFLER | 3.00 | $450.00 |

NYI-4460883v1

| Name | Compensation Period Hours | Compensation Period Fees |
|---|---|---|
| AURORE VANDE-KERCHOVE | 81.60 | $13,872.00 |
| BRETT STONE | 79.90 | $21,972.50 |
| CHRISTOPHER RATHBONE | 95.70 | $21,928.50 |
| DANIEL YI | 2.80 | $700.00 |
| DENISE HIRTZEL | 5.60 | $1,540.00 |
| EVA LAM | 9.20 | $2,070.00 |
| HIROKO NAKAO | 11.50 | $2,609.00 |
| KATSURA OSADA | 11.00 | $2,200.00 |
| LOUISE O'HARA | 3.40 | $590.00 |
| MARIANA ZHONG | 7.50 | $1,312.50 |
| MARY HEMANN | 103.90 | $20,780.00 |
| OLIVIA LIN | 1.50 | $300.00 |
| PATRICIA KO | 2.50 | $530.00 |
| RIE KIMURA | 399.20 | $90,337.00 |
| RYOKO SHINOZAKI | 48.50 | $9,292.50 |
| SATOE ISHIWATA | 22.40 | $2,454.00 |
| TAMARA SARI | 6.60 | $1,320.00 |
| TAMAYO NODA | 0.50 | $115.00 |
| YOKO ISHIHARA | 346.50 | $71,995.00 |
| **Paraprofessional Total:** | 1,242.80 | $266,368.00 |
|  |  |  |
| **Grand Total Asia Pacific** | 28,183.65 | $12,154,469.13 |
| **Derivative Transactions (125426-600004) (_London_)** | | |
| **Partner** | | |
| AVIVA WARTER SISITSKY | 6.50 | $4,677.50 |
| CARL BLACK | 3.30 | $2,145.00 |
| DAVID CARDEN | 0.40 | $370.00 |
| DAVID HEIMAN | 2.50 | $2,250.00 |
| EDWARD NALBANTIAN | 1,271.10 | $1,118,568.00 |
| ELIZABETH TERRITT | 61.80 | $51,912.00 |

NYI-4460883v1

| **Name** | **Compensation Period Hours** | **Compensation Period Fees** |
|---|---|---|
| JAYANT TAMBE | 89.00 | $68,975.00 |
| JOEL TELPNER | 51.30 | $42,322.50 |
| KAY MORLEY | 5.40 | $5,215.00 |
| LEE COFFEY | 1.20 | $1,290.00 |
| LUIS RIESGO | 2.80 | $1,890.00 |
| MICHAEL BROWN | 183.40 | $172,345.00 |
| SABINE FELIX | 1.30 | $780.00 |
| SION RICHARDS | 22.20 | $19,536.00 |
| TIM FLOOD | 3.70 | $3,256.00 |
| TODD GEREMIA | 10.20 | $7,395.00 |
| VOLKER KAMMEL | 2.90 | $2,102.50 |
| **Partner Total:** | 1,719.90 | $1,505,029.50 |
|  |  |  |
| **Of Counsel** |  |  |
| AMY KHO | 1,198.00 | $973,456.00 |
| ANDREW CHEN | 0.50 | $400.00 |
| ELIZABETH SAXTON | 15.10 | $12,080.00 |
| ELIZABETH TERRITT | 394.00 | $329,060.00 |
| LAURENT ASSAYA | 1.90 | $1,330.00 |
| LINTON BLOOMBERG | 0.70 | $515.20 |
| NICHOLAS HOW | 13.50 | $9,936.00 |
| **Of Counsel Total:** | 1,623.70 | $1,326,777.20 |
|  |  |  |
| **Associate** |  |  |
| ALEXANDER MCBRIDE | 1.90 | $902.50 |
| ALEXANDER VAN VOORHEES | 3.20 | $1,760.00 |
| ANNA CUTFIELD | 126.80 | $50,348.00 |
| BENJAMIN ROSENBLUM | 34.30 | $20,425.00 |
| CALLUM HASSALL | 1.20 | $270.00 |
| CATHERINE BARON | 12.00 | $3,000.00 |

NYI-4460883v1

| **Name** | **Compensation Period Hours** | **Compensation Period Fees** |
|---|---|---|
| CHRISTINE HOHL | 320.20 | $71,724.80 |
| DAVID JOHNSTON | 66.90 | $29,132.40 |
| DICKON COURT | 0.50 | $196.00 |
| DURGA GANDHAM | 1.40 | $315.00 |
| ELIZABETH GREENBERG | 0.20 | $85.00 |
| GEORGINA DRUCE | 5.70 | $2,565.00 |
| GREG LAWSON | 0.10 | $25.00 |
| JAMES GOLDFARB | 1.90 | $1,045.00 |
| JONATHAN FELCE | 11.00 | $6,875.00 |
| JOSHUA BROMBERG | 2.00 | $750.00 |
| JUSTIN WEARE | 64.80 | $47,197.50 |
| LISA ALLENDEN | 2.00 | $450.00 |
| LUKE JOHNSON | 31.80 | $9,540.00 |
| MAHESH PARLIKAD | 9.80 | $3,490.00 |
| MERCEDES ABAD | 10.00 | $4,750.00 |
| NICHOLAS DAVIES | 340.50 | $149,596.40 |
| NICOLE SANDLER | 1.90 | $902.50 |
| NIDHI YADAVA | 410.80 | $196,150.00 |
| NOURA ABDUL-CADER | 3.70 | $828.80 |
| RASTKO VRBASKI | 7.10 | $2,896.80 |
| RICHA SINGH | 7.00 | $1,568.00 |
| RYAN HILL | 21.90 | $5,475.00 |
| SATARUPA CHAKRAVORTTY | 238.50 | $142,726.50 |
| STEPHANIE TYLER | 0.70 | $175.00 |
| TOM MCKAY | 0.70 | $274.40 |
| VICTORIA FERGUSON | 63.30 | $41,104.00 |
| **Associate Total:** | 1,803.80 | $796,543.60 |
|  |  |  |
| **Law Clerk** |  |  |
| EMMA SHELSTON | 1.50 | $375.00 |

| Name | Compensation Period Hours | Compensation Period Fees |
|---|---|---|
| Law Clerk Total: | 1.50 | $375.00 |
| | | |
| **Staff Attorney** | | |
| LYNNE FISCHER | 6.80 | $1,530.00 |
| **Staff Attorney Total:** | 6.80 | $1,530.00 |
| | | |
| **Paraprofessional** | | |
| ANTHONY LIPSCOMB | 2.60 | $208.00 |
| BRETT STONE | 1.90 | $522.50 |
| DANIEL YI | 1.90 | $475.00 |
| DENISE HIRTZEL | 2.30 | $632.50 |
| JULIAN ENTNER | 10.20 | $2,900.00 |
| VICKY BANSON | 7.45 | $1,569.00 |
| **Paraprofessional Total:** | 26.35 | $6,307.00 |
| | | |
| **Grand Total for Derivatives London** | 5,181.15 | $3,636,562.30 |
| **LB UK RE Holdings Limited (125426-690001)** | | |
| **Partner** | | |
| ADAM PLAINER | 11.80 | $13,865.00 |
| MICHAEL RUTSTEIN | 0.50 | $562.50 |
| SION RICHARDS | 31.50 | $35,437.50 |
| TIM FLOOD | 0.20 | $210.00 |
| **Partner Total:** | 44.00 | $50,075.00 |
| | | |
| **Of Counsel** | | |
| LINTON BLOOMBERG | 34.80 | $33,930.00 |
| **Of Counsel Total:** | 34.80 | $33,930.00 |
| | | |
| **Associate** | | |
| IAN REID | 3.50 | $2,450.00 |

- 10 -

| Name | Compensation Period Hours | Compensation Period Fees |
|---|---|---|
| OLIVER RICHARDSON | 3.00 | $675.00 |
| WILLIAM NEEDHAM | 40.10 | $14,035.00 |
| **Associate Total:** | 46.60 | $17,160.00 |
| | | |
| **Grand Total for LB UK RE Holdings Limited** | 125.40 | $101,165.00 |
| **Metropolitan Pier and Exposition Authority (089600-605002)** | | |
| **Partner** | | |
| CORINNE BALL | 0.70 | $665.00 |
| DAVID KATES | 7.90 | $5,052.50 |
| JANE RUE WITTSTEIN | 18.60 | $14,880.00 |
| JEREMY COLE | 2.80 | $1,560.00 |
| MARK CODY | 44.70 | $31,655.00 |
| **Partner Total:** | 74.70 | $53,812.50 |
| | | |
| **Associate** | | |
| BENJAMIN ROSENBLUM | 0.20 | $110.00 |
| DAVID SHAFER | 14.10 | $5,287.50 |
| DOROTHY FOSTER | 13.00 | $4,875.00 |
| HABEN GOITOM | 74.10 | $35,197.50 |
| JOSEPH TILLER | 49.80 | $22,525.00 |
| **Associate Total:** | 151.20 | $67,995.00 |
| | | |
| **Grand Total for Metropolitan Pier and Exposition Authority** | 225.90 | $121,807.50 |
| **Barclays (125426-600002)** | | |
| **Partner** | | |
| CARL BLACK | 10.00 | $5,870.00 |
| DAVID CARDEN | 1,395.10 | $1,270,875.00 |
| DAVID HEIMAN | 163.50 | $147,150.00 |

NYI-4460883v1

| Name | Compensation Period Hours | Compensation Period Fees |
|---|---|---|
| EDWARD O'CONNELL | 5.30 | $4,107.50 |
| JANE RUE WITTSTEIN | 1.00 | $725.00 |
| JAYANT TAMBE | 1,528.00 | $1,184,415.00 |
| LISA LAUKITIS | 164.20 | $114,345.00 |
| PAUL LEAKE | 6.50 | $6,012.50 |
| RICHARD ENGMAN | 8.40 | $6,510.00 |
| ROBERT GAFFEY | 3,871.50 | $3,168,697.50 |
| TODD GEREMIA | 241.60 | $168,762.50 |
| TRACY SCHAFFER | 1,645.90 | $1,070,182.50 |
| TRACY STRATFORD | 3.40 | $1,785.00 |
| WILLIAM HINE | 3,058.90 | $2,122,175.00 |
| **Partner Total:** | 12,103.30 | $9,271,612.50 |
| | | |
| **Counsel** | | |
| MARLA BERGMAN | 105.20 | $60,490.00 |
| **Counsel Total:** | 105.20 | $60,490.00 |
| | | |
| **Of Counsel** | | |
| MYRON LAUB | 2.80 | $1,750.00 |
| ROBERT HAMILTON | 115.40 | $80,780.00 |
| ROBERT SHANSKY | 0.20 | $145.00 |
| **Of Counsel Total:** | 118.40 | $82,675.00 |
| | | |
| **Associate** | | |
| ADAM BLOOM | 568.40 | $190,613.50 |
| BART GREEN | 2,776.60 | $931,237.50 |
| BENJAMIN ROSENBLUM | 552.70 | $275,215.00 |
| BRIDGET CRAWFORD | 3,575.10 | $1,204,310.50 |
| CHRISTINE HOHL | 4.00 | $900.00 |
| DAVID BECK | 0.80 | $400.00 |

NYI-4460883v1

| **Name** | **Compensation Period Hours** | **Compensation Period Fees** |
|---|---|---|
| EMILY POSNER | 178.60 | $56,259.00 |
| ERIC STEPHENS | 2,369.50 | $786,196.50 |
| GEORGE SPENCER | 1,669.60 | $602,130.00 |
| GREGORY BARDEN | 13.30 | $4,322.50 |
| HALIA EVANS | 13.00 | $4,687.50 |
| JENNIFER DEL MEDICO | 1,832.50 | $799,715.00 |
| JOHN MCMAHON | 258.60 | $90,510.00 |
| JOSEPH TILLER | 14.40 | $6,480.00 |
| KATHLEEN CHOI | 62.70 | $21,945.00 |
| KELLY CARRERO | 3,803.80 | $1,865,522.50 |
| LAURA HAYWOOD | 14.30 | $4,647.50 |
| LEE POLLACK | 10.00 | $4,000.00 |
| LESLIE DUBECK | 96.20 | $36,075.00 |
| MICHAEL DAILEY | 1,810.80 | $590,450.00 |
| MICHELE MACHALANI | 13.90 | $4,865.00 |
| MICHELLE POULOS | 10.70 | $4,012.50 |
| NICHOLAS KAMPHAUS | 83.30 | $33,510.50 |
| PAUL GREEN | 257.20 | $91,847.50 |
| RAJEEV MUTTREJA | 255.80 | $88,518.50 |
| ROSS BARR | 107.80 | $64,815.00 |
| SUSAN TURK | 2,042.40 | $707,309.50 |
| TERRY MCMAHON | 2,104.20 | $706,254.50 |
| TIMOTHY HOFFMANN | 10.30 | $5,407.50 |
| TRACY SCHAFFER | 739.40 | $406,670.00 |
| WARREN POSTMAN | 24.60 | $7,995.00 |
| XOCHITL STROHBEHN | 584.10 | $189,832.50 |
| **Associate Total:** | 25,858.60 | $9,786,655.00 |
| | | |
| **Law Clerk** | | |
| ERIC STEPHENS | 77.80 | $24,118.00 |

| Name | Compensation Period Hours | Compensation Period Fees |
|---|---|---|
| LAUREN BUONOME | 54.30 | $17,647.50 |
| MICHAEL DAILEY | 492.10 | $155,957.50 |
| RAJEEV MUTTREJA | 24.20 | $7,623.00 |
| XOCHITL STROHBEHN | 195.10 | $63,121.00 |
| **Law Clerk Total:** | 843.50 | $268,467.00 |
| | | |
| **Legal Support** | | |
| DANIELLE CHERENCE | 8.00 | $2,000.00 |
| MARGOT BEACH | 17.20 | $4,300.00 |
| MARILYN MARACIC | 3.50 | $962.50 |
| STEPHEN FERRY | 905.70 | $226,425.00 |
| **Legal Support Total:** | 934.40 | $233,687.50 |
| | | |
| **Paraprofessional** | | |
| ADOBEA DEBRAH-DWAMENA | 16.00 | $2,800.00 |
| ALICIA FARRINGTON | 1.60 | $440.00 |
| ALISON HOLMES | 717.10 | $125,492.50 |
| ALLISON PETRONE | 2.00 | $500.00 |
| ANDRE RAY | 8.00 | $2,000.00 |
| ANDREW SAMUELSON | 30.50 | $7,625.00 |
| BRETT STONE | 6.20 | $1,705.00 |
| CRYSTAL ANN GOODSEIT | 20.50 | $3,587.50 |
| DANIEL YI | 27.80 | $6,950.00 |
| DENISE HIRTZEL | 1.20 | $330.00 |
| ELIZABETH MASUHR | 1,157.30 | $289,325.00 |
| JANIS TREANOR | 1.50 | $412.50 |
| JENNIFER JACKSON | 56.90 | $14,225.00 |
| JENNIFER PHILLIPS | 4.90 | $1,225.00 |
| JULIAN ENTNER | 2.00 | $550.00 |
| KEVIN ENGLERT | 1,111.30 | $194,477.50 |

| Name | Compensation Period Hours | Compensation Period Fees |
|---|---|---|
| MANAMI KETRING | 8.10 | $2,025.00 |
| MARIA DEASY | 2.00 | $550.00 |
| MARY HEMANN | 3.50 | $700.00 |
| MATTHEW LATZMAN | 574.70 | $143,675.00 |
| NUBIA CABRERA | 16.70 | $4,592.50 |
| RUTH GRANT | 5.00 | $1,250.00 |
| SOPHIA BRYAN | 118.80 | $32,670.00 |
| STEVEN JOHNSON | 2.50 | $625.00 |
| TARA HALSCH | 6.80 | $1,190.00 |
| THOMAS BARRY | 9.30 | $2,325.00 |
| TIMOTHY SOLOMON | 17.00 | $4,250.00 |
| **Paraprofessional Total:** | 3,929.20 | $845,497.50 |
|  |  |  |
| **Staff** |  |  |
| ALEXANDER SALEMMO | 10.90 | $1,907.50 |
| DODI LEVINE | 3.40 | $595.00 |
| MARILYN KATZ | 22.70 | $3,972.50 |
| **Staff  Total:** | 37.00 | $6,475.00 |
|  |  |  |
| **Grand Total for Barclays** | 43,929.60 | $20,555,559.50 |
| **Derivatives (089600-016075) (*New York*)** |  |  |
| **Partner** |  |  |
| ALICE YURKE | 2.30 | $2,127.50 |
| AVIVA WARTER SISITSKY | 4,963.20 | $3,398,807.50 |
| AVIVA YAKREN | 10.00 | $7,000.00 |
| BRAD ERENS | 58.30 | $42,267.50 |
| CANDACE RIDGWAY | 2.40 | $1,920.00 |
| CARL BLACK | 774.10 | $495,712.50 |
| COLLEEN LADUZINSKI | 1.60 | $1,120.00 |
| CORINNE BALL | 716.00 | $679,440.00 |

NYI-4460883v1

| Name | Compensation Period Hours | Compensation Period Fees |
|---|---|---|
| DAVID HEIMAN | 2.00 | $1,800.00 |
| DAVID KATES | 72.90 | $47,605.00 |
| DICKSON CHIN | 13.30 | $8,312.50 |
| GLENN ARDEN | 683.70 | $532,145.00 |
| GREGORY GORDON | 85.80 | $69,807.50 |
| HEATHER LENNOX | 19.80 | $15,345.00 |
| HERMAN YIP | 37.50 | $26,250.00 |
| HIROKAZU INA | 4.30 | $2,580.00 |
| JANE RUE WITTSTEIN | 88.30 | $70,640.00 |
| JAYANT TAMBE | 1,818.30 | $1,430,567.50 |
| JEREMY COLE | 62.80 | $34,540.00 |
| JOEL TELPNER | 1,479.40 | $1,238,042.50 |
| KAORU UMINO | 14.50 | $10,512.50 |
| LEE RUSSO | 44.70 | $31,302.50 |
| LISA LAUKITIS | 80.20 | $54,937.00 |
| MARK CODY | 184.30 | $133,735.00 |
| MARK SISITSKY | 730.00 | $608,910.00 |
| NOBUTOSHI YAMANOUCHI | 2.00 | $1,550.00 |
| RICHARD ENGMAN | 90.80 | $70,370.00 |
| ROBERT GAFFEY | 119.80 | $101,830.00 |
| RONALD GROSS | 72.60 | $56,477.50 |
| SEVAN OGULLUK | 1,248.90 | $797,587.50 |
| STEPHEN PEARSON | 148.80 | $118,202.50 |
| STEVEN KOPPEL | 11.00 | $8,800.00 |
| THOMAS HOWLEY | 82.60 | $53,690.00 |
| TODD GEREMIA | 132.70 | $96,207.50 |
| TONI-ANN CITERA | 762.00 | $564,835.00 |
| TRACY OLEY | 15.10 | $9,040.00 |
| TRACY STRATFORD | 11.10 | $5,857.50 |
| VANESSA SPIRO | 221.90 | $171,972.50 |

NYI-4460883v1

| Name | Compensation Period Hours | Compensation Period Fees |
|---|---|---|
| WARREN NACHLIS | 5.50 | $4,125.00 |
| WILLIAM HINE | 341.50 | $247,962.50 |
| **Partner Total:** | 15,216.00 | $11,253,934.50 |
| | | |
| **Counsel** | | |
| LAURA SAWYER | 429.30 | $269,277.50 |
| MARLA BERGMAN | 2.30 | $1,322.50 |
| **Counsel Total:** | 431.60 | $270,600.00 |
| | | |
| **Of Counsel** | | |
| BRETT BERLIN | 0.70 | $402.50 |
| DAVID MAHLE | 9.00 | $6,975.00 |
| ELIZABETH TERRITT | 14.90 | $14,527.50 |
| JANE RUE WITTSTEIN | 16.70 | $13,360.00 |
| LINTON BLOOMBERG | 16.00 | $15,600.00 |
| MYRON LAUB | 1.30 | $812.50 |
| ROBERT HAMILTON | 0.80 | $560.00 |
| STEVEN FLEMING | 56.30 | $30,965.00 |
| **Of Counsel Total:** | 115.70 | $83,202.50 |
| | | |
| **Associate** | | |
| ABHISHEK BAPNA | 303.50 | $98,637.50 |
| ALEX MIDDLETON | 6.60 | $1,815.00 |
| ALEXANDER MCBRIDE | 1,531.20 | $602,982.50 |
| ALEXANDER VAN VOORHEES | 353.20 | $150,140.00 |
| ARNOLDO CONCEPCION | 5.10 | $2,295.00 |
| ARTHUR MARGULIES | 744.90 | $355,092.50 |
| BARNABY STUECK | 3.20 | $2,720.00 |
| BART GREEN | 174.60 | $72,457.50 |
| BENJAMIN ROSENBLUM | 2,219.90 | $1,246,240.00 |

NYI-4460883v1

| Name | Compensation Period Hours | Compensation Period Fees |
|------|---------------------------|--------------------------|
| BRANDON MORRIS | 110.90 | $36,042.50 |
| BRENDAN FYFE | 4.50 | $1,687.50 |
| BRIANA HULET | 139.70 | $47,932.50 |
| CHRISTOPHER BARKER | 4.40 | $1,650.00 |
| CLAIRE WELLS HANSON | 201.20 | $65,917.50 |
| DANIEL CULHANE | 362.70 | $125,117.50 |
| DANIEL GUZMAN | 35.30 | $11,119.50 |
| DANIEL PRIETO | 35.70 | $17,850.00 |
| DANIEL SYPHARD | 12.10 | $4,537.50 |
| DAVID HALL | 70.00 | $33,250.00 |
| DAVID MARKS | 1,377.50 | $511,727.50 |
| DAVID SHAFER | 24.90 | $9,177.50 |
| DEBRA SIMPSON | 20.70 | $11,385.00 |
| DENNIS CHI | 129.30 | $46,510.00 |
| DULCIE SCANLON | 194.10 | $101,902.50 |
| ELIZABETH GREENBERG | 1,267.80 | $438,913.50 |
| EMILY ROMANINSKY | 93.40 | $44,950.00 |
| ERI UERKWITZ | 313.50 | $117,562.50 |
| ERIC STEPHENS | 295.00 | $104,292.50 |
| ERIN SHENCOPP | 11.70 | $5,557.50 |
| GABRIEL MASS | 36.70 | $11,927.50 |
| GEORGE HOWARD | 30.00 | $8,850.00 |
| GRACE YANG | 19.30 | $6,272.50 |
| HABEN GOITOM | 431.40 | $204,157.00 |
| HEATHER THOMPSON | 323.20 | $145,440.00 |
| HIROYUKI YOSHIOKA | 4.70 | $1,645.00 |
| I-HENG HSU | 281.00 | $104,425.00 |
| JAMES GOLDFARB | 1,340.60 | $724,932.50 |
| JAMES VEVERKA | 151.80 | $59,422.50 |
| JASON COVER | 157.40 | $78,700.00 |

- 18 -

| Name | Compensation Period Hours | Compensation Period Fees |
|---|---|---|
| JENNIFER SEIDMAN | 19.60 | $4,410.00 |
| JOHN CHASE | 65.80 | $19,385.00 |
| JONATHAN FELCE | 68.60 | $43,942.50 |
| JONATHAN GOREN | 8.90 | $2,892.50 |
| JORDAN SCHWARTZ | 141.30 | $45,922.50 |
| JOSEPH TILLER | 122.30 | $53,517.50 |
| JULIE ROSSELOT | 195.00 | $61,425.00 |
| JUNKO DOCHI | 1.20 | $540.00 |
| JUSTIN CARROLL | 24.50 | $7,717.50 |
| KAMILLA MAMEDOVA | 724.10 | $242,648.00 |
| KARA WESTERCAMP | 16.60 | $7,055.00 |
| KELLY CARRERO | 132.90 | $86,132.50 |
| KELLY MARINO | 113.40 | $36,855.00 |
| KOSUKE NAMBA | 7.00 | $2,800.00 |
| KUNIHIRO KAWASAKI | 2.00 | $650.00 |
| LAIRD NELSON | 108.70 | $43,137.50 |
| LAUREN BUONOME | 176.90 | $61,002.50 |
| LEE POLLACK | 1,651.20 | $711,517.50 |
| LISA YEMM | 203.00 | $65,975.00 |
| LYNN MARVIN | 0.50 | $237.50 |
| MAAME AGYEIWAAH | 14.40 | $4,536.00 |
| MAHESH PARLIKAD | 390.60 | $135,801.50 |
| MARC SKAPOF | 141.20 | $77,885.00 |
| MARGUERITE DOUGHERTY | 54.90 | $28,822.50 |
| MATTHEW CHOW | 822.40 | $293,557.50 |
| MICHAEL DAILEY | 327.10 | $120,327.50 |
| MICHAEL FLUHR | 47.00 | $18,302.50 |
| MICHAEL SILBERFARB | 931.60 | $457,557.50 |
| MICHAEL THAYER | 1,575.80 | $558,642.50 |
| MICHELE MACHALANI | 5.50 | $2,062.50 |

NYI-4460883v1

| **Name** | **Compensation Period Hours** | **Compensation Period Fees** |
|---|---|---|
| MICHELLE BECK | 13.60 | $5,440.00 |
| MICHELLE POULOS | 67.20 | $26,027.50 |
| MIRIAM REZNIK | 1,097.10 | $417,850.00 |
| MUSTAFA VAN HIEN | 10.80 | $3,510.00 |
| MU-YUAN CHEN | 5.10 | $1,785.00 |
| NAHO KANEKO | 16.00 | $5,200.00 |
| NANCY CHU | 5.50 | $2,750.00 |
| NANCY LU | 110.10 | $40,252.50 |
| NATHAN LEBIODA | 1,123.10 | $610,467.50 |
| NICHOLAS AHUJA | 43.30 | $14,072.50 |
| NICHOLAS KAMPHAUS | 23.30 | $11,067.50 |
| NIDHI YADAVA | 878.90 | $303,756.00 |
| PAUL GREEN | 711.60 | $261,310.00 |
| PETER BRABANT | 241.00 | $87,990.00 |
| RICHARD GALATI | 18.00 | $5,850.00 |
| ROBERT ASHLEY | 9.00 | $3,375.00 |
| ROBERT JUD | 20.40 | $8,670.00 |
| ROBERT KREBS JR | 35.20 | $17,600.00 |
| RUSSELL LEINO | 60.70 | $22,762.50 |
| SARAH LIEBER | 2,569.30 | $1,280,722.50 |
| SCOTT GRIFFIN | 540.30 | $364,702.50 |
| SCOTT LYNE | 24.20 | $13,310.00 |
| SHINGO GOTO | 38.00 | $17,100.00 |
| SO LYN LEE | 56.00 | $18,200.00 |
| STELA TIPI | 776.00 | $384,262.50 |
| SUSAN TURK | 961.30 | $323,905.50 |
| TAKAKO YAKO | 20.30 | $8,120.00 |
| THOMAS WILSON | 46.00 | $19,500.00 |
| TIMOTHY HOFFMANN | 145.80 | $70,980.00 |
| TOM MCKAY | 10.50 | $4,200.00 |

NYI-4460883v1

| **Name** | **Compensation Period Hours** | **Compensation Period Fees** |
|---|---|---|
| XOCHITL STROHBEHN | 94.60 | $30,745.00 |
| YASUNOBU TAKATAMA | 30.00 | $10,500.00 |
| YOSHITAKE MASUDA | 25.20 | $13,230.00 |
| **Associate Total:** | 30,744.10 | $13,219,707.00 |
| | | |
| **Law Clerk** | | |
| BRIANA HULET | 32.90 | $10,595.00 |
| DANIEL CULHANE | 11.20 | $3,640.00 |
| DAVID MARKS | 76.90 | $24,397.00 |
| ELIZABETH GREENBERG | 16.80 | $5,208.00 |
| GABRIEL MASS | 20.60 | $6,386.00 |
| I-HENG HSU | 7.50 | $2,437.50 |
| JEFFREY JONES | 8.20 | $2,665.00 |
| JENNY MA | 9.70 | $3,637.50 |
| JORDAN CERRUTI | 66.10 | $21,482.50 |
| JORDAN SCHNEIDER | 102.00 | $38,250.00 |
| LAUREN BUONOME | 115.30 | $36,716.50 |
| MATTHEW CHOW | 18.40 | $5,866.00 |
| MICHAEL THAYER | 40.40 | $13,130.00 |
| PATRICK KABAT | 13.70 | $3,082.50 |
| RUSSELL LEINO | 48.70 | $18,262.50 |
| SABRINA GLIMCHER | 4.40 | $1,430.00 |
| SUZANNE GRANDT | 11.00 | $3,575.00 |
| TODD WILKINSON | 4.80 | $1,560.00 |
| **Law Clerk Total:** | 608.60 | $202,321.00 |
| | | |
| **Summer Associate** | | |
| TODD WILKINSON | 14.80 | $4,810.00 |
| **Summer Associate Total:** | 14.80 | $4,810.00 |
| **Staff Attorney** | | |

NYI-4460883v1

| Name | Compensation Period Hours | Compensation Period Fees |
|---|---|---|
| LYNNE FISCHER | 1,537.20 | $465,935.00 |
| MAXIME GUINDO | 21.50 | $8,062.50 |
| **Staff Attorney Total:** | 1,558.70 | $473,997.50 |
| | | |
| **Legal Support** | | |
| DANIELLE CHERENCE | 0.50 | $125.00 |
| STEPHEN FERRY | 19.40 | $4,850.00 |
| **Legal Support Total:** | 19.90 | $4,975.00 |
| | | |
| **Paraprofessional** | | |
| ADOBEA DEBRAH-DWAMENA | 84.40 | $14,770.00 |
| ALICIA FARRINGTON | 1.70 | $467.50 |
| ALLISON PETRONE | 11.00 | $2,750.00 |
| ANDRE RAY | 21.30 | $5,325.00 |
| ANDREW SAMUELSON | 561.90 | $140,475.00 |
| ANITA MOHANDAS | 4.90 | $1,053.50 |
| ARLETA DENTON | 4.90 | $1,225.00 |
| BRETT STONE | 77.60 | $21,340.00 |
| DANIEL YI | 65.00 | $16,250.00 |
| DENISE HIRTZEL | 7.90 | $2,172.50 |
| JANIS TREANOR | 312.80 | $86,020.00 |
| KEVIN ENGLERT | 287.60 | $50,390.00 |
| KIRK WAAG | 39.50 | $9,875.00 |
| KRISTY POSCH | 22.00 | $4,950.00 |
| MARY HEMANN | 319.50 | $63,900.00 |
| MATTHEW LATZMAN | 1.50 | $375.00 |
| RICHARD CERULLO | 27.50 | $4,812.50 |
| SOPHIA BRYAN | 1.70 | $467.50 |
| THOMAS BARRY | 45.00 | $11,250.00 |
| TIMOTHY SOLOMON | 26.10 | $6,525.00 |

NYI-4460883v1

| **Name** | **Compensation Period Hours** | **Compensation Period Fees** |
|---|---|---|
| **Paraprofessional Total:** | 1,923.80 | $444,393.50 |
| | | |
| **Staff** | | |
| ALICE LOAN | 0.20 | $30.00 |
| MARILYN KATZ | 11.30 | $1,977.50 |
| **Staff Total:** | 11.50 | $2,007.50 |
| | | |
| **Grand Total Derivatives (*New York*)** | 50,644.70 | $25,959,948.50 |
| **Greenbrier Minerals LLC (125426-635001)** | | |
| **Partner** | | |
| BRETT BARRAGATE | 75.60 | $54,455.00 |
| CORINNE BALL | 25.60 | $24,320.00 |
| JOHN KANE | 3.30 | $2,310.00 |
| RICHARD ENGMAN | 179.80 | $140,950.00 |
| ROBERT MICHELETTO | 83.60 | $66,880.00 |
| **Partner Total:** | 367.90 | $288,915.00 |
| | | |
| **Associate** | | |
| BENJAMIN ROSENBLUM | 0.40 | $227.50 |
| BRONSON BIGELOW | 159.30 | $79,650.00 |
| EMILY POSNER | 33.80 | $11,830.00 |
| I LEWIS H GRIMM | 0.30 | $165.00 |
| JASON COVER | 72.30 | $36,150.00 |
| JEREMY KEENAN | 0.30 | $120.00 |
| JORDAN SCHWARTZ | 212.80 | $69,410.00 |
| JUSTIN CARROLL | 2.30 | $1,092.50 |
| NIDHI YADAVA | 14.40 | $5,040.00 |
| ROBERT ASHLEY | 10.80 | $4,320.00 |
| RUSSELL REITER | 6.10 | $3,355.00 |
| SCOTT GRIFFIN | 411.10 | $275,007.50 |

NYI-4460883v1

| Name | Compensation Period Hours | Compensation Period Fees |
|------|---------------------------|--------------------------|
| Associate Total: | 923.90 | $486,367.50 |
| | | |
| **Law Clerk** | | |
| JORDAN SCHWARTZ | 52.80 | $16,368.00 |
| **Law Clerk Total:** | 52.80 | $16,368.00 |
| | | |
| **Paraprofessional** | | |
| BRETT STONE | 2.70 | $742.50 |
| DANIEL YI | 4.60 | $1,150.00 |
| VALERIE DUNCAN | 1.50 | $337.50 |
| **Paraprofessional Total:** | 8.80 | $2,230.00 |
| | | |
| **Grand Total for Greenbrier Minerals LLC** | 1,353.40 | $793,880.50 |
| **Chicago Mercantile Exchange (125426-685001)** | | |
| **Partner** | | |
| CORINNE BALL | 2.80 | $2,660.00 |
| LISA LAUKITIS | 33.00 | $23,925.00 |
| ROBERT GAFFEY | 128.80 | $108,327.50 |
| TODD GEREMIA | 81.60 | $57,947.50 |
| WILLIAM HINE | 147.10 | $104,815.00 |
| **Partner Total:** | 393.30 | $297,675.00 |
| | | |
| **Associate** | | |
| BENJAMIN ROSENBLUM | 16.40 | $9,072.50 |
| BRIDGET CRAWFORD | 36.60 | $12,810.00 |
| ERIC STEPHENS | 113.10 | $38,805.00 |
| NICHOLAS HADDAD | 19.90 | $7,462.50 |
| ROSS BARR | 20.50 | $12,812.50 |
| SUSAN TURK | 104.50 | $37,480.00 |

NYI-4460883v1

| Name | Compensation Period Hours | Compensation Period Fees |
|------|---------------------------|--------------------------|
| **Associate Total:** | 311.00 | $118,442.50 |
| | | |
| **Paraprofessional** | | |
| MATTHEW LATZMAN | 7.00 | $1,750.00 |
| **Paraprofessional Total:** | 7.00 | $1,750.00 |
| | | |
| **Grand Total for Chicago Mercantile Exchange** | 711.30 | $417,867.50 |
| **Norton Gold Fields Limited (089600-016076)** | | |
| **Partner** | | |
| ALEXANDER GENDZIER | 0.60 | $450.00 |
| CARL BLACK | 2.90 | $1,947.50 |
| RICHARD KOSNIK | 1.60 | $1,240.00 |
| TONY WASSAF | 2.50 | $1,687.50 |
| VANESSA SPIRO | 95.90 | $75,937.50 |
| **Partner Total:** | 103.50 | $81,262.50 |
| | | |
| **Of Counsel** | | |
| STEVEN FLEMING | 8.00 | $4,400.00 |
| **Of Counsel Total:** | 8.00 | $4,400.00 |
| | | |
| **Associate** | | |
| BENJAMIN ROSENBLUM | 0.80 | $500.00 |
| ELIZABETH GREENBERG | 1.50 | $487.50 |
| HEATHER THOMPSON | 37.10 | $17,322.50 |
| JAMES GOLDFARB | 9.90 | $5,445.00 |
| JONATHAN GOREN | 5.00 | $1,625.00 |
| MICHAEL AKLUFI | 2.10 | $1,260.00 |
| PETER BRABANT | 21.50 | $8,062.50 |
| **Associate Total:** | 77.90 | $34,702.50 |

| Name | Compensation Period Hours | Compensation Period Fees |
|---|---|---|
|  |  |  |
| **Law Clerk** |  |  |
| JONATHAN LAMBERTI | 20.70 | $6,727.50 |
| **Law Clerk Total:** | 20.70 | $6,727.50 |
|  |  |  |
| **Staff** |  |  |
| MARILYN KATZ | 0.70 | $122.50 |
| **Staff Total:** | 0.70 | $122.50 |
|  |  |  |
| **Grand Total for Norton Gold Fields Limited** | 210.80 | $127,215.00 |
| **Aircraft Dispositions (125426-600005)** |  |  |
| **Partner** |  |  |
| ELIZABETH EVANS | 67.10 | $56,937.50 |
| TRACY SCHAFFER | 2.50 | $1,625.00 |
| VICTOR GATTI | 0.30 | $225.00 |
| **Partner Total:** | 69.90 | $58,787.50 |
|  |  |  |
| **Counsel** |  |  |
| DEEPAK REDDY | 90.70 | $67,270.00 |
| **Counsel Total:** | 90.70 | $67,270.00 |
|  |  |  |
| **Associate** |  |  |
| BENJAMIN ROSENBLUM | 0.50 | $312.50 |
| DEREK MORALES | 8.90 | $3,337.50 |
| MICHELLE HERMAN | 92.60 | $50,815.00 |
| SABRINA GLIMCHER | 7.30 | $2,372.50 |
| TIMOTHY NESTLER | 20.10 | $8,515.00 |
| **Associate Total:** | 129.40 | $65,352.50 |
|  |  |  |

NYI-4460883v1

| Name | Compensation Period Hours | Compensation Period Fees |
|---|---|---|
| **Law Clerk** | | |
| DEREK MORALES | 25.40 | $9,525.00 |
| **Counsel Total:** | 25.40 | $9,525.00 |
| | | |
| **Paraprofessional** | | |
| NUBIA CABRERA | 3.60 | $990.00 |
| SOPHIA BRYAN | 1.30 | $357.50 |
| **Paraprofessional Total:** | 4.90 | $1,347.50 |
| | | |
| **Grand Total for Aircraft Dispositions** | 320.30 | $202,282.50 |
| **Federal Reserve Bank of New York (125426-695001)** | | |
| **Partner** | | |
| ROBERT GAFFEY | 17.40 | $14,442.50 |
| TRACY SCHAFFER | 1.00 | $650.00 |
| WILLIAM HINE | 31.30 | $21,910.00 |
| **Partner Total:** | 49.70 | $37,002.50 |
| | | |
| **Associate** | | |
| ERIC STEPHENS | 50.60 | $16,445.00 |
| **Associate Total:** | 50.60 | $16,445.00 |
| | | |
| **Grand Total for Federal Reserve Bank of New York** | 100.30 | $53,447.50 |
| **Non-Derivative Avoidance Actions (125426-600006)** | | |
| **Partner** | | |
| CARL BLACK | 28.10 | $18,730.00 |
| CORINNE BALL | 8.60 | $8,170.00 |
| **Partner Total:** | 36.70 | $26,900.00 |

| Name | Compensation Period Hours | Compensation Period Fees |
|---|---|---|
| **Associate** | | |
| BENJAMIN ROSENBLUM | 1.90 | $1,045.00 |
| NANCY LU | 2.10 | $682.50 |
| NATHAN LEBIODA | 11.90 | $6,865.00 |
| STELA TIPI | 0.10 | $55.00 |
| THOMAS WILSON | 2.00 | $1,015.00 |
| **Associate Total:** | 18.00 | $9,662.50 |
| | | |
| **Grand Total for Non-Derivative Avoidance Actions** | 54.70 | $36,562.50 |
| **CEIDCO/Kontrabecki (593926-600001)** | | |
| **Partner** | | |
| MARTHA BOERSCH | 0.40 | $290.00 |
| PETER BENVENUTTI | 1,674.50 | $1,307,796.50 |
| **Partner Total:** | 1,674.90 | $1,308,086.50 |
| | | |
| **Counsel** | | |
| PETER CROSBY IV | 1,565.20 | $887,772.00 |
| **Counsel Total:** | 1,565.20 | $887,772.00 |
| | | |
| **Associate** | | |
| ALEKSANDRA JUREWICZ | 8.60 | $2,150.00 |
| CHANTELLE EGAN | 132.30 | $42,900.00 |
| DANIEL DOBRYGOWSKI | 73.20 | $25,620.00 |
| MICHAELINE CORREA | 46.80 | $24,570.00 |
| NICHOLAS KAMPHAUS | 15.00 | $4,725.00 |
| **Associate Total:** | 275.90 | $99,965.00 |
| | | |
| **Summer Associate** | | |
| VERONICA VELILLA-WIESNER | 13.50 | $3,712.50 |

NYI-4460883v1

| Name | Compensation Period Hours | Compensation Period Fees |
|---|---|---|
| **Summer Associate Total:** | 13.50 | $3,712.50 |
| **Staff Attorney** | | |
| PETER CROSBY IV | 14.00 | $7,910.00 |
| **Staff Attorney Total:** | 14.00 | $7,910.00 |
| | | |
| **Paraprofessional** | | |
| BRETT STONE | 600.30 | $165,082.50 |
| DANIEL YI | 0.60 | $150.00 |
| LAURIE PAIGE BURNS | 272.50 | $74,937.50 |
| NICOLA CRAVER | 21.90 | $3,832.50 |
| **Paraprofessional Total:** | 895.30 | $244,002.50 |
| | | |
| **Grand Total for CEIDCO/Kontrabecki** | 4,438.80 | $2,551,448.50 |
| **Quadrant (593926-600002)** | | |
| **Partner** | | |
| BARNABY STUECK | 17.20 | $18,490.00 |
| CARL BLACK | 119.00 | $78,395.00 |
| DAVID CARDEN | 1.50 | $1,387.50 |
| EDWARD KENNEDY | 10.10 | $8,585.00 |
| JOHN KANE | 93.00 | $68,375.00 |
| ROBERT MICHELETTO | 149.40 | $119,915.00 |
| THOMAS HOWLEY | 26.10 | $16,965.00 |
| TOM SMITH | 0.30 | $255.00 |
| **Partner Total:** | 416.60 | $312,367.50 |
| **Counsel** | | |
| JOSEPH WITALEC | 31.00 | $17,825.00 |
| **Counsel Total:** | 31.00 | $17,825.00 |
| **Associate** | | |
| BENJAMIN GROSSMAN | 55.80 | $22,320.00 |

| **Name** | **Compensation Period Hours** | **Compensation Period Fees** |
|---|---|---|
| BENJAMIN ROSENBLUM | 26.70 | $14,685.00 |
| CLAIRE WELLS HANSON | 11.20 | $3,640.00 |
| DANIEL CULHANE | 5.80 | $2,465.00 |
| DANIEL SYPHARD | 0.80 | $340.00 |
| DANIEL TRAVERS | 34.50 | $13,800.00 |
| HABEN GOITOM | 2.70 | $1,147.50 |
| JAMES GOLDFARB | 63.60 | $34,980.00 |
| JEROME O'BRIEN | 18.80 | $7,050.00 |
| LAUREN BUONOME | 0.50 | $162.50 |
| NATHAN LEBIODA | 48.60 | $27,135.00 |
| NIDHI YADAVA | 175.80 | $60,841.50 |
| RICHARD GALATI | 7.60 | $2,470.00 |
| THOMAS WILSON | 13.00 | $6,175.00 |
| **Associate Total:** | 465.40 | $197,211.50 |
| | | |
| **Law Clerk** | | |
| LAUREN BUONOME | 25.40 | $8,255.00 |
| **Law Clerk Total:** | 25.40 | $8,255.00 |
| | | |
| **Paraprofessional** | | |
| DANIEL YI | 3.70 | $925.00 |
| DENISE HIRTZEL | 1.50 | $412.50 |
| RICHARD CERULLO | 13.00 | $2,275.00 |
| **Paraprofessional Total:** | 18.20 | $3,612.50 |
| | | |
| **Grand Total for Quadrant** | 956.60 | $539,271.50 |
| **Barclays v Lehman Funds (593926-600003)** | | |
| **Partner** | | |
| DAVID CARDEN | 3.70 | $3,422.50 |
| JANE RUE WITTSTEIN | 117.20 | $87,900.00 |

NYI-4460883v1

| **Name** | **Compensation Period Hours** | **Compensation Period Fees** |
|---|---|---|
| ROBERT MICHELETTO | 84.40 | $67,520.00 |
| THOMAS HOWLEY | 56.00 | $36,400.00 |
| TONI-ANN CITERA | 210.80 | $152,830.00 |
| **Partner Total:** | 472.10 | $348,072.50 |
| **Counsel** | | |
| SCOTT FRIEDMAN | 114.90 | $71,812.50 |
| **Counsel Total:** | 114.90 | $71,812.50 |
| **Associate** | | |
| BENJAMIN ROSENBLUM | 3.90 | $2,145.00 |
| DANIEL CULHANE | 22.80 | $7,410.00 |
| NATHAN LEBIODA | 154.40 | $77,200.00 |
| NIDHI YADAVA | 191.10 | $66,885.00 |
| RICHARD GALATI | 41.30 | $13,422.50 |
| **Associate Total:** | 413.50 | $167,062.50 |
| **Law Clerk** | | |
| DANIEL CULHANE | 24.70 | $8,027.50 |
| **Law Clerk Total:** | 24.70 | $8,027.50 |
| | | |
| **Paraprofessional** | | |
| ALICIA FARRINGTON | 8.10 | $2,227.50 |
| DANIEL YI | 1.30 | $325.00 |
| **Paraprofessional Total:** | 9.40 | $2,552.50 |
| | | |
| **Grand Total for Barclays v Lehman Funds** | 1,034.60 | $597,527.50 |

NYI-4460883v1

| Name | Compensation Period Hours | Compensation Period Fees |
|------|---------------------------|--------------------------|
| **GRAND TOTAL FOR ALL MATTERS** | **137,471.20** | **$67,849,014.93[6]** |

---

[6]   The charts contained on pages 3-32 of these cover pages exclude (a) a total amount of $89,558.07 billed periodically between May 2009 and March 2011 and claimed by Jones Day in the Application in relation to the Adelphia Matters (as such term is defined in the Application), (b) $36,932.50 of fees that were not previously requested in a prior interim fee application as described in paragraphs 110 and 111 of the Application, (c) $9,879, $80,438 and $17,482 of voluntary reductions concerning the Eighth, Seventh and Fifth Interim Periods, respectively, as well as a calculation adjustment of $1,980.50 reflected in Jones Day's supplement to its interim application for the Fifth Interim Period [Docket No. 11259], and (d) fee reductions of $418,637.43 relating to negotiations and, in some cases, stipulations with the Fee Committee concerning the First through Ninth Interim Periods.

NYI-4460883v1

JONES DAY
Robert W. Gaffey
Brad B. Erens *(pro hac vice pending)*
Benjamin Rosenblum
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Special Counsel to Debtors In Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
```

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

```
-------------------------------------------------------------------x
```

**FINAL FEE APPLICATION OF JONES DAY,**
**SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS**
**IN POSSESSION, SEEKING ALLOWANCE AND PAYMENT OF**
**COMPENSATION AND REIMBURSEMENT OF ACTUAL AND NECESSARY**
**EXPENSES INCURRED FROM ENGAGEMENT DATES THROUGH MARCH 6, 2012**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

Jones Day, special counsel for Lehman Brothers Holdings Inc. and its affiliated

debtors in the above-captioned chapter 11 cases (collectively, the "Debtors"), submits this final

fee application (the "Application") pursuant to section 330(a) of title 11 of the United States

Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules"), the United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on

January 30, 1996 (the "UST Guidelines"), General Order M-151, Amended Guidelines for Fees

- 1 -

and Disbursements for Professionals in Southern District of New York Bankruptcy Cases

(the "Local Guidelines"), the Fourth Amended Order Pursuant to Sections 105(a) and 331 of the

Bankruptcy Code and Bankruptcy Rule 2016(b) Establishing Procedures for Interim Monthly

Compensation and Reimbursement of Expenses of Professionals, entered in these cases on

April 14, 2011 [Docket No. 15997] (the "Interim Compensation Order") and the Order

Confirming the Modified Third Amended Joint Chapter 11 Plan, dated December 5, 2011 of

Lehman Brothers Holdings, Inc. and its affiliated debtors [Docket No. 23023] (the "Confirmation

Order") requesting (a) final allowance and approval of compensation for professional services

rendered by Jones Day to the Debtors in the amount of $67,447,088.57; (b) reimbursement of

actual and necessary charges and disbursements incurred by Jones Day in the rendition of

required professional services on behalf of the Debtors in the amount of $1,884,333.43,[7] in each

case for the First Interim Period through the Tenth Interim Period, as defined *supra* in this

Application (collectively, the "Fee Period"); and (c) payment of unpaid fees and expenses in the

amount of $4,101,912.10, including amounts on account of fees withheld during the Fee Period

in accordance with the Interim Compensation Order.  In support of this Application, Jones Day

respectfully represents as follows.

### **Background**

1.      Commencing on September 15, 2008 and periodically thereafter

(as applicable, the "Commencement Date"), Lehman Brothers Holdings Inc. ("LBHI") and the

other Debtors commenced with the United States Bankruptcy Court of the Southern District of

New York (the "Court") voluntary cases under chapter 11 of the Bankruptcy Code.  The Debtors'

chapter 11 cases have been consolidated for procedural purposes only and are being jointly

---

[7]      Such amounts reflect voluntary reductions made by Jones Day in the aggregate amount of $1,230,979.52
on account of fees and expenses incurred during the Fee Period.

administered pursuant to Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their

businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and

1108 of the Bankruptcy Code.

       2.       On September 17, 2008, the United States Trustee for the Southern

District of New York (the "U.S. Trustee") appointed a statutory committee of unsecured creditors

pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

       3.       On September 19, 2008, a proceeding was commenced under the

Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc.

("LBI").  A trustee appointed under SIPA is administering LBI's estate.  On January 19, 2009,

the U.S. Trustee appointed an examiner (the "Examiner") and on January 20, 2009, the Court

approved the U.S. Trustee's appointment of the Examiner.

       4.       On May 26, 2009, the Court appointed a fee committee (the "Fee

Committee"), and approved a protocol to govern the review and payment of fees and

reimbursement of expenses of professionals retained by the Debtors' estates (as amended, the

"Fee Protocol").  The Fee Committee was authorized to perform the duties described in the Fee

Protocol, including, among others, implementing procedures to effectively monitor the fees of

the Retained Professionals (as defined in the Fee Protocol) and reducing inefficiency by

establishing measures to avoid duplication of effort, overstaffing, the rendering of unnecessary

services, and the incurrence of excessive or inappropriate expenses by Retained Professionals.

Since its appointment, the Fee Committee has intermittently issued guidelines with respect to the

fees and expenses of the Retained Professionals (the "Fee Committee Guidelines", together with

the UST Guidelines, the Local Guidelines and the Interim Compensation Order,

the "Guidelines").

5.     On December 6, 2011, the Court entered an Order Confirming the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliates (the "Plan") (Docket No. 23023).

6.     On March 6, 2012, the Debtors filed the Notice of Effective Date and Distributions Date in Connection with the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (Docket No. 26039).

## Jurisdiction and Venue

7.     This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  The basis for relief requested herein are sections 328, 330, 331, and 503(b) of the Bankruptcy Code and Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1.

## Relief Requested

8.     Pursuant to this Application, Jones Day seeks allowance of the following: (a) compensation for professional services rendered during the Fee Period in the aggregate amount of $67,447,088.57; and (b) reimbursement of expenses incurred in connection with such services in the aggregate amount of $1,884,333.43.

9.     During the Fee Period, Jones Day attorneys and paraprofessionals expended a total of 137,632.20 hours for which compensation is requested.[8]

10.     Prefixed to this Application is the cover sheet required by the UST Guidelines, which includes a schedule setting forth the names of all Jones Day professionals and paraprofessionals who have performed services for which compensation is sought, the person's

---

[8]     In addition to the 137,471.20 hours identified in prior interim applications, Jones Day attorneys and paraprofessionals expended an additional 161.00 hours for which compensation is sought.

- 4 -

position in the firm, and the year in which each attorney was first admitted to practice law.  In addition, the schedule sets forth for each person (a) the hourly rates during the Fee Period, (b) the total hours billed for which compensation is sought, and (c) the total compensation for such hours.

11.    Also prefixed to this Application is the summary sheet, requested by the Fee Committee, showing, for each Jones Day matter, the timekeepers who provided services (including their hours and fees) and the Jones Day matter and corresponding matter number to which the relevant services apply.

12.    Annexed hereto as Exhibit "A" is a summary of the services rendered by Jones Day for which compensation is sought by project category.  Annexed hereto as Exhibit "B" is a listing of the detailed time entries of Jones Day professionals and paraprofessionals with respect to the compensation requested.[9]  Annexed hereto as Exhibit "C" is a summary of the types of expenses for which reimbursement is sought.  Annexed hereto as Exhibit "D" is a detailed itemization of such expenses.  Annexed hereto as Exhibit "E" is a chart, per the UST Guidelines and Fee Committee Guidelines, listing (a) all hearings/ outside meetings/ depositions, etc. attended by more than one Jones Day timekeeper during the Fifth through Tenth Interim Periods; (b) all Jones Day timekeepers at such event; and (c) the reasons why all such timekeepers' attendance at such hearings/ outside meetings/ depositions was necessary.  Annexed hereto as Exhibit "F" is a listing of the detailed time entries of Jones Day professionals and paraprofessionals with respect to compensation not previously sought in an interim application. Annexed hereto as Exhibit "G" is a detailed itemization of expenses not previously sought in an

---

[9]    Due to the voluminous nature of such documents, Jones Day's detailed time and expense records (Exhibits B, Exhibit D, Exhibit F and Exhibit G hereto) are not being filed herewith, but, consistent with the Interim Compensation Order, are being provided to the Court and the Notice Parties (as defined herein). The Notice Parties have previously received such records under the Interim Compensation Order.

- 5 -

interim application. Annexed hereto as <u>Exhibit "H"</u> is the certification of Robert W. Gaffey with respect to the Application pursuant to the Local Guidelines.

<b><u>Jones Day's Retention</u></b>

13.     On February 4, 2009, the Debtors filed their Application Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the Bankruptcy Rules for Authorization to Employ and Retain Jones Day as Special Counsel to the Debtor, *nunc pro tunc* to the Engagement Dates (Docket No. 2725) (the "<u>Retention Application</u>").  The employment of Jones Day as special counsel for the Debtors is effective *nunc pro tunc* to the various dates of engagement set forth in the Retention Application.

14.     On February 25, 2009, the Court entered the Amended Order Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code Authorizing the Employment and Retention of Jones Day as Special Counsel to the Debtors, *nunc pro tunc* to the Engagement Dates (Docket No. 2925) (the "<u>Retention Order</u>").

15.     During the period of May 2009 through June 2011, the Court entered eight further orders granting additional supplemental retention applications under which Jones Day's scope of retention under the Retention Order was subsequently expanded.

<b>Payments Received by Jones Day in<br><u>Accordance with the Interim Compensation Order</u></b>

16.     On April 11, 2011, the Court entered the Interim Compensation Order, which superseded the amended order dated March 13, 2009 in its entirety.  Pursuant to the Interim Compensation Order, the Court established procedures for the Debtors' payment of interim compensation and reimbursement of expenses of professionals retained in these chapter 11 cases.

NYI-4460883v1

17.    During the Fee Period, Jones Day served a notice of monthly fee and expense invoice for each monthly period from the Engagement Dates through March 6, 2012 (collectively, the "Monthly Statements").  Because no objections were filed to any of the Monthly Statements, the Debtors made payments to Jones Day in respect of certain of the Monthly Statements pursuant to the Interim Compensation Order.[10]

18.    In addition to amounts received pursuant to the Interim Compensation Order, the Court entered orders granting Jones Day's applications for the allowance of interim compensation for the First through Seventh Interim Periods.   As of the date hereof, Jones Day received in the aggregate $65,229,509.90 on account of fees and expenses rendered during the Fee Period.[11]

### Summary of Services Rendered by Jones Day

19.    During the Fee Period, the Debtors were authorized to employ and retain Jones Day as special counsel to the Debtors with respect to certain matters described in more detail below, including:  (a) the litigation concerning transactions and events involving the Debtors and Barclays Capital Inc. in and after September of 2008, (b) issues relating to certain structured products and derivatives trades between the Debtors and other entities, including certain matters governed by English law, (c) certain corporate and litigation issues arising in the Asia Pacific region, and (d) a litigation pending in the United States Bankruptcy Court for the Northern District of California.

---

[10]    As of the date hereof, Jones Day had not received payment on account of $578,366.50 of fees and $7,526.71 of expenses relating to the Monthly Statement for the February 2012 period, and $90,104.30 of fees and $4,632.90 of expenses relating to the Monthly Statement for the period of March 1, 2012 through March 6, 2012.

[11]    Jones Day has received overpayments from the Debtors in the amount $76,851.92, which will be credited back to the estates.

NYI-4460883v1

20.     Below is a more detailed summary of the major activities performed during the Fee Period by Jones Day professionals and paraprofessionals in assisting the Debtors with their chapter 11 cases and other restructuring-related activities, categorized by region[12] and sub-categorized by matter where appropriate.  Descriptions of the services rendered by Jones Day are included in the Monthly Statements, prior interim applications, and Exhibit B hereto.  In accordance with the UST Guidelines, a summary of the hours and amounts billed during the Fee Period by each timekeeper, as well as each timekeeper's position, hourly rate and, if applicable, the year in which each timekeeper was first licensed to practice law, is set out in the cover sheet prefixed to this Application.

*Asia Pacific*

21.     In addition to the matters set forth below, during the Fee Period, general administrative services rendered by Jones Day professionals and paraprofessionals in these chapter 11 cases were primarily included in the Asia Pacific category.  Specifically, during the Fee Period, Jones Day professionals and paraprofessionals attended to numerous case administration tasks arising across Jones Day offices.  Such tasks included liaising and coordinating across a number of Jones Day's offices in various jurisdictions, supplementing Jones Day's Retention Application, compiling and filing Jones Day's monthly fee statements, preparing Jones Day's interim fee applications, responding to the Fee Committee's questions and requests, and addressing other issues as more specifically set forth below.

*Australia*

22.     During the Fee Period, the services rendered by Jones Day professionals and paraprofessionals in Australia included assisting and advising the Debtors with respect to

---

[12]     Categorizing the various services provided to the Debtors by Jones Day by region was previously approved by both the Debtors and the Fee Committee.

NYI-4460883v1

insolvency proceedings in relation to Lehman Brothers Australia Limited (In Liquidation) ("LBA").  Such services included reviewing claim documents, drafting and submitting proofs of debt, preparing for and attending meetings of creditors, attending to matters relating to the Deed of Company Agreement ("DOCA"), which sought to release LBHI and other related Lehman entities from claims by certain creditors of LBA, preparing for and appearing at proceedings in the Federal Court of Australia in which certain creditors of LBA applied to have the DOCA set aside, briefing and instructing counsel and appearing at proceedings in the High Court of Australia to appeal the judgment of the Full Federal Court of Australia, which ruled that the DOCA for LBA was void, conducting relevant research on subordinated loan agreements, providing updates in respect of class action proceedings against LBA in the Federal Court of Australia, and advising the Debtors in relation to operations of Lehman Brothers Australia Securities Pty Limited, including in respect of the requirements for winding up the entity.  Jones Day professionals also advised the Debtors in relation to settlement options proposed by the liquidators of LBA for claims against LBA and non-Australian Lehman entities and on deconsolidation issues in relation to the Australian Lehman entities.  Further, Jones Day professionals advised the Debtors in relation to protecting the Debtors' rights under a gold price swap agreement (and other associated transaction documents) entered into with an Australian company, including advising on LBHI's rights and obligations under those documents.  Finally, Jones Day professionals advised the Debtors in relation to entry into a settlement agreement regarding the realization of collateral to noteholders, and applied to set aside a subpoena in the Federal Court of Australia which affected the Debtors' interests.

*Hong Kong*

NYI-4460883v1

23.     During the Fee Period, Jones Day professionals in Hong Kong rendered

services primarily attributed to LBHI, LBQ Hong Kong Services Limited ("LBQ"), Lehman

Brothers Real Estate Private Equity Group ("REPE") and Lehman Brothers Offshore Partners

Ltd. ("LBOP").  Such services included reviewing non-disclosure agreements, advising on real

estate issues, company secretarial issues, and employment and immigration issues, conducting

relevant legal research on procedures of winding-up in Hong Kong, arranging for employment

visa applications and renewals for expatriate employees working with LBQ, appearing at the

Hong Kong Court upon the applications of various third parties to place the local Hong Kong-

based Lehman entities into liquidation on behalf of LBHI as an interested party/ultimate

shareholder/creditor, representing LBHI and other Lehman entities in meetings with the

provisional liquidators of the local Lehman entities in Hong Kong, providing ad hoc advice to

LBHI in relation to insolvency issues arising in Hong Kong from time to time, as well as

advising and representing parties before the Securities and Futures Commission in Hong Kong in

relation to their inquiry regarding the so-called Lehman Minibonds scandal at the behest of LBHI.

Jones Day also advised the Debtors in relation to the filing and refiling of their proof of debts

against Lehman Brothers Asia Holdings Limited and creditors' meetings.

24.     Jones Day was retained in December 2009 to advise LBOP on the

issuance of 7% exchangeable notes in the aggregate principal amount of $9.75 million due 2011,

exchangeable into shares held by LBOP in a Taiwanese company, which were issued together

with a call option, right of first refusal and security for the notes (collectively, the

"Transactions").  Jones Day professionals advised on the exchange of notes and exercise of the

call option, drafted, reviewed, negotiated and analyzed the various transactional documentation

required for the Transactions and advised on, prepared and coordinated the logistics and other

arrangements required to be undertaken by all relevant parties to the Transactions in various

overseas jurisdictions such as Taiwan, Bermuda, the British Virgin Islands, and Samoa.  Jones

Day also advised on the various filing requirements in relation to the Transactions with the

British Virgin Islands Registrar of Corporate Affairs and Bermuda Registrar of Companies.

Finally, Jones Day handled closing and post-closing issues arising out of the Transactions.

*India*

25.     During the Second Interim Period, the services rendered by Jones Day

professionals in New Delhi included advising REPE Investment India Private Limited on

employment and related issues arising from the restructuring of various entities under LBHI.

26.     Commencing in the Fourth Interim Period, Jones Day professionals also

reviewed an ISDA Master Agreement between LBHI Services Limited and Wockhardt USA

Holding (Swiss) AG to consider and advise the Debtors in relation to the right of LBHI Services

Limited to terminate the ISDA Master Agreement. In the course of this work, Jones Day

professionals had discussions with representatives from LBHI Services Limited.

*Japan*

27.     During the Fee Period, services rendered by Jones Day professionals in

Japan were attributed to LBHI, L.B.C. which represents the three entities named L.B.A. Y.K.,

L.B.B. Y.K. and L.B.C. Y.K and to Lehman Brothers Special Finance Inc. ("LBSF") and REPE.

Such services included translating various documents from Japanese into English and vice-versa,

conducting legal research on civil rehabilitation law, drafting re-organization memoranda, and

preparing and filing various documents with the local court, assisting LBHI and other United

States-based Lehman entities in Japan in asserting claims in the Japanese Civil Rehabilitation

proceedings of Lehman Brothers Japan KK, Lehman Brothers Commercial Mortgage KK

NYI-4460883v1

("LBCM") and Sunrise Finance KK ("Sunrise"), and advising:  (i) the Debtors and other United States-based Lehman entities in Japan on the contents of the proposed rehabilitation plans of LBCM and Sunrise and associated approval and voting procedures; (ii) LBSF on the settlement of derivatives claims involving Lehman Brothers Japan ("LBJ") and other counterparties; (iii) REPE on labor and employment issues, and (iv) the Debtors on operational matters associated with the winding down of operations in Japan.

28.    During the Fee Period, Jones Day professionals advised L.B.C. YK, L.B.A. YK and LB Capital Corporation III on the disposal strategy concerning a number of portfolios of non-performing loans and other foreclosed assets in Japan.

29.    During the Fee Period, Jones Day liaised with local counsel and other professionals regarding Japanese legal and commercial issues, assisted in the drafting of the relevant transaction documents and advised a subsidiary of LBHI in drafting an agreement relating to past services provided by its local counsel in Japan in connection with the sale of 50% of the equity interest in LBC YK.

*Korea*

30.    During the Third through Sixth Interim Periods, the services rendered by Jones Day professionals in Korea focused on the GKI Development Co., Ltd. ("GKID") project. Jones Day professionals addressed workout issues and bankruptcy issues in relation to GKID's involuntary bankruptcy. Work included drafting petitions, responding to creditor claims against GKID and advising on all bankruptcy related matters in connection with the declaration of bankruptcy against GKID in November 2009.

31.    During the Third through Seventh Interim Periods, Jones Day professionals also advised the Debtors regarding Maehwa K-Star Co., Ltd. ("Maewha") relating

NYI-4460883v1

to negotiations with its borrowers.  Jones Day also advised Maewha's KRW55 billion senior loan, which included the reviewing of relevant loan and security documents, advising Maewha on its disposal strategy, liaising with local counsel in Korea and the drafting of relevant transaction documents related thereto.

*Malaysia*

32.    During the Seventh through Ninth Interim Periods, Jones Day professionals advised Lehman Brothers Pan Asian Investments Limited with regard to certain settlement agreements in connection with certain litigation instituted in the courts of Malaysia, including the reviewing and the drafting of the settlement agreements and advising on the issues arising therefrom.

*Philippines*

33.    During the Fourth Interim Period, Jones Day professionals reviewed and analyzed servicing agreements relating to Philippine Investment (SPV C AMC) One, Inc. and Philipine Investment (SPV C AMC) Two, Inc.  Jones Day professionals also assisted and advised on transaction documents relating to a sale of a Non Performing Loan Portfolio by Philippine Investment (SPV C AMC) One, Inc.

34.    During the Fifth and Sixth Interim Fee Periods, Jones Day professionals reviewed and analyzed rehabilitation plans, court orders and other relevant documents in connection with the exit strategy concerning LBHI's interests in certain non-performing loan portfolios in the Philippines.  Jones Day was also involved in the entire disposal process of such interests, including the drafting of and finalizing the relevant transaction documents related thereto.

NYI-4460883v1

*People's Republic of China*

35.    During the Second and Third Interim Periods, the services rendered by Jones Day professionals in China focused primarily on the disposal of LBHI's interests in the Fuhai Commercial Centre in Shanghai to LBHI's joint venture partner on the project.  In addition to providing strategic advice on the disposition, Jones Day assisted with negotiating a sale and purchase agreement and all related documentation with LBHI's joint-venture partner as well as handling with all closing matters.

*Singapore*

36.    During the Second through Fifth Interim Periods, the services rendered by Jones Day professionals included advising on issues relating to corporate structure and employment, including issues related to the Central Provident Fund and to the late submission of Form IR8A with the Inland Revenue Authority of Singapore and corporate structures in Singapore.

*Taiwan*

37.    During the Fee Period, the services rendered by Jones Day professionals in Taiwan were attributed to TL I Asset Management Company Limited ("TL I"), TL II Asset Management Company Limited ("TL II"), and TL III Asset Management Company Limited ("TL III").  Such services included (i) translating various documents from English into Chinese and vice versa; (ii) drafting letters to banks and governmental authorities; (iii) attending to matters relating to mortgage auction ruling, loan and trust agreements and litigation, (iv) advising Lehman entities with respect to distressed debt transactions in Taiwan, China, the Philippines and Thailand, and its acquisition and financing real estate assets in Taiwan; (v) representing certain Lehman entities through various third parties in the sale of their Sunrise

Project and the changes to their corporate registrations required by the departure of the members of the Boards of their operating companies to Nomura; (vi) advising Lehman entities with respect to the disposal and liquidation of assets and repayment of debts; and (vii) drafting letters, agreements and other correspondence and documents with or to banks, creditors, debtors and governmental authorities.

38.    During the Fee Period, Jones Day also assisted in the negotiations with Hua-Nan Bank in relation to the closing of the sale of the Xiu-Gang Land and the disposal of investment in the Yilan development project.

39.    Finally, Jones Day also assisted TL III to claim compensation against its contractual parties in Yilan development project, and to negotiate with its largest creditor bank, Hua-Nan Bank, in relation to the disposal of Yilan investment during the Fee Period.  In addition, Jones Day also assisted TL I and TL III to negotiate with their contractual counterparty and Hua-Nan Bank in relation to the closing of Xiu-Gang Land sale.

*Thailand*

40.    The services rendered by Jones Day professionals in Thailand during the Fee Period included assisting LBHI and its subsidiaries in managing LBHI's Thailand real estate, loan and other assets.  This involved advising LBHI and its subsidiaries on investment, financing issues and disposal strategies including:  (i) drafting and negotiating all key transaction documents; (ii) reviewing and analyzing existing security documents, facility agreements, joint venture agreements and other documents in connection with the disposal of various assets of LBHI and its subsidiaries; and (iii) researching financing structures for a number of LBHI's assets in Thailand, in particular reviewing the extent to which security has been granted over LBHI assets as a result of its debt obligations.

- 15 -

41.    In addition, Jones Day liaised with local counsel advising on (i) Thai legal issues affecting the LBHI asset portfolio in Thailand, including litigation proceedings undertaken against LBHI subsidiaries by one of their joint venture partners and (ii) compliance issues with regard to Thai laws on financing and resulting security issues as well as providing general bankruptcy and insolvency advice.

### *London*

#### *Derivatives*

42.    During the Third through Tenth Interim Periods, Jones Day professionals in London advised the Debtors on various derivatives and structured products related matters.

43.    In September 2009, Jones Day professionals in London were retained to advise the Debtors on derivatives documentation matters arising from the occurrence of credit events with respect to various "Reference Obligations" referenced in credit derivatives and synthetic CDO documentation to which the Debtors are party, including the exercise or performance of their respective rights and obligations under such documentation.

44.    During the Third Interim Period, Jones Day also advised the Debtors with respect to a swap agreement relating to the cash flows in special purpose note issuance vehicles known as Granite 2005-3 and Granite 2005-10.

45.    During the Third and Fourth Interim Periods, Jones Day reviewed and analyzed the relevant transaction documents and provided advice to the Debtors with respect to the contractual requirements and procedures for effecting a transfer to a new counterparty.  Jones Day also prepared and negotiated a Novation Agreement and related notices and a Jones Day legal opinion for purposes of effecting this transaction.

46.     During the Third through Fifth Interim Periods, Jones Day reviewed and analyzed the credit derivatives and synthetic CDO documentations for various special purpose CDO entities and the related swap transactions and provided advice to the Debtors with respect to the contractual requirements and procedures for the content and delivery of credit event notices in order to enable the Debtors to maximize the value of these transactions to the Debtors' estates, as well as potential rights of termination and recovery arising from marked to market trigger events in the financing structure.  As part of this work and pursuant to the relevant documentation, Jones Day advised on, prepared and coordinated the delivery of Credit Event Notices and Notices of Publically Available Information in respect of each of the special purpose CDO entities.  Jones Day also developed a proposed strategy for effecting a termination in the context of the documentation and a potential judicial challenge.

47.     During the Fourth through Sixth Interim Periods, Jones Day also advised the Debtors on various valuation issues under various separate credit derivative transactions. Jones Day reviewed and analyzed the documentation for these transactions and subsequent service of Credit Event Notices, Notice of Termination and Statements of Calculation by counterparties on the Debtors.  Jones Day further provided advice to the Debtors, as well as drafted correspondence to counterparties regarding the basis of valuation of sums due to Debtors under the transaction documentation.

48.     During the Third through Tenth Interim Periods, Jones Day reviewed and analyzed the documentation for certain CDO structures and related swap transaction and provided advice to the Debtors regarding potential rights of termination and recovery arising from marked to market trigger events in the financing structure and developed a proposed

strategy for effecting a termination in the context of the documentation and a potential judicial challenge.

49.     During the Fourth through Tenth Interim Periods, Jones Day also advised on the termination and settlement of derivatives transactions involving the Debtors related to a series of fifteen securitization structures.  Jones Day reviewed and analyzed the transaction documents and prepared and negotiated settlement agreements with the Debtors' counterparties with respect to each securitization structure.

50.     During the Sixth through Tenth Interim Periods, Jones Day also advised on the termination of a derivative transaction against a non-performing counterparty.  Jones Day assisted the Debtors to recover amounts owed to them by the counterparty through foreign court proceedings.

51.     During the Seventh through Tenth Interim Periods, Jones Day also represented the Debtors in the settlement of outstanding FX and Forward FX transactions (and related valuation issues) under English and New York law, including under circumstances where such transactions are either undocumented, or subject to or deemed subject to an ISDA Master agreement or other market documentation.

52.     During the Seventh through Tenth Interim Periods, Jones Day also provided contentious advice relating to valuation of termination and settlement of various derivatives transactions and the valuation disputes thereto involving the Debtors, including corresponding with counterparties, assisting with negotiations and progressing settlement of valuation disputes via the alternative dispute resolution ("ADR") process.  Jones Day also advised in detail on issues relating to the interpretation of certain notification provisions in a series of derivative transactions under English law.

*LB UK Holdings Limited*

53.    During the Seventh Interim Period, Jones Day professionals reviewed and analyzed materials received from Alvarez & Marsal, researched and drafted a memorandum of advice regarding challenging an administrator's conduct and drafted an outline regarding the company voluntary arrangement proposal and term sheet.  Jones Day professionals also prepared a strategy memorandum regarding "dual-tracking" a challenge to the administrator's conduct and a company voluntary arrangement proposal or direct offer to unconnected creditors.  Jones Day professionals also attended to meetings, conference calls and correspondence with respect thereto.

### *Chicago*

*Metro Pier and Exposition Authority*

54.    Prior to the bankruptcy filing, LBSF entered into a Debt Service Deposit Agreement for certain tax exempt bonds (the "Bonds") issued by the Metropolitan Pier and Exposition Authority of Illinois (the "Authority").  After the bankruptcy filing, the Authority issued additional capital appreciation bonds, the proceeds of which were used to refund certain of the Bonds in advance of their stated maturity.

55.    During the Seventh through Tenth Interim Periods, Jones Day professionals reviewed the actions taken by the Authority pursuant to the Debt Service Deposit Agreement and the indenture for the Bonds.  In particular, Jones Day analyzed the Debt Service Deposit Agreement, the indenture and nine supplements to the Bonds, other relevant transaction documents, communications and publically available information relevant to the refunding of the Bonds.  Jones Day further conducted a broad range of research relating to aspects of relevant state and federal laws, provided advice to the Debtors and drafted research memoranda.  Jones Day also drafted and served Rule 2004 discovery during the Tenth Interim Period.

NYI-4460883v1

*Los Angeles*

*Adelphia -related*

56.     Between May 2009 and March 2011, Jones Day represented the Debtors with respect to two Adelphia-related matters:  (i) a claim asserted for $136 million against the Debtors ("<u>Bank Litigation</u>") by the chapter 11 estate of Adelphia Communications Corporation, et al. (the "<u>Adelphia Estate</u>") and (ii) a claim for additional "Grid Interest" payable by the Adelphia Estate to a certain ad hoc group of non-agent lenders, which includes certain of the Debtors, as defendants (the "<u>Non-Agent Lenders</u>") between May 2009 to March 2011 ("<u>Grid Interest Settlement</u>", and collectively with the claim mentioned under (i), the "<u>Adelphia Matters</u>").

<u>Re:  Bank Litigation</u>

57.     Jones Day represented the Debtors as part of an entire group of defendants, the Non-Agent Lenders.  A recovery trust representing the Adelphia Estate sued the Non-Agent Lenders for $4.4 billion (and sought a total of $6.5 billion from the total group of all defendants, agents and non-agents). On or about May 4, 2009, the United States District Court for the Southern District of New York dismissed all of Adelphia's claims against the Non-Agent Lenders.  Jones Day successfully represented the Debtors on the appeal from that order and related matters.  On May 26, 2010, the United States Court of Appeals for the Second Circuit affirmed the dismissal, and on January 5, 2011, the United States Supreme Court approved a motion withdrawing Adelphia's certiorari petition. On March 2, 2011, Adelphia filed a notice of dismissal of all claims against the Non-Agent Lenders, including the Debtors. The Debtors' proportionate share of Jones Day's fees and expenses for this defense representation are $66,267.52.

- 20 -

Re:  Grid Settlement

58.     Jones Day represented the Debtors in seeking the payment of additional interest, denominated additional grid interest, against the Adelphia Estate.  Jones Day tried this claim on behalf of a subset of clients including the Debtors, seeking a total of approximately $120 million.  After the trial, but before the decision was rendered by Judge Gerber, the parties engaged in court-ordered mediation and the matter was settled for the approximate amount of $42.5 million.  The Debtors' net share of the proceeds is approximately $355,000.00.

59.     The Debtors are entitled to a gross recovery of $378,853.90 for additional grid interest and the Debtors owe $23,290.55 as their proportionate share of the legal fees associated with these claims.

Billing Procedures

60.     Pursuant to the retainer agreement between Jones Day and the Non- Agent Lenders, each lender was responsible for its proportionate share of the defense costs and fees incurred in relation to the Bank Litigation.  The Debtors are responsible for approximately 3.05% of the total amount owed to Jones Day for its representation of the Bank Litigation.  The Debtors' portion of the total fees for the work on this litigation is $66,267.52.  The Debtors owe 6.07% of the fees for Jones Day's representation in relation to the Grid Interest Settlement and are thus responsible for $23,290.55 worth of fees and expenses.  Combined with the fees and disbursements owing to Jones Day from the Bank Litigation, Jones Day claims $89,558.07 for its representation of the Debtors in relation to the Adelphia Matters.

61.     In respect of the bills for the Adelphia Matters, Jones Day's fees and expenses have been issued directly to the Non-Agent Lenders' steering committee and separately from the Monthly Statements, as the Debtors are only liable in respect of a portion of the fees

NYI-4460883v1

and expenses incurred in relation to these matters.  Copies of the summaries of the Debtors'

proportionate share of such bills have previously been provided to the Debtors.  Copies of such

summaries or the bills themselves will be made available to the Court, the Fee Committee or

other parties in interest upon request.

*New York*

*Barclays*

62.     Jones Day was retained in late March 2009 to investigate whether

potential claims or other remedies exist and should be asserted, arising from the Asset Purchase

Agreement between Lehman and Barclays executed September 16, 2008 and approved by the

Court by order entered September 20, 2008.

63.     During April and May 2009, Jones Day examined documents, interviewed

witnesses, coordinated with attorneys for the Creditors' Committee, the Examiner and the SIPA

trustee, communicated with Barclays' counsel to request pertinent information, requested certain

specific categories of documents from Barclays, conducted legal research regarding potential

claims and remedies and related issues, and began preparation of motion papers to seek orders

from the Court requiring Barclays to produce information.

64.     Later during the Second Interim Period, Jones Day moved on LBHI's

behalf for discovery from Barclays pursuant to a Bankruptcy Rule 2004 discovery order.  Over

Barclays' opposition, the Court issued a Bankruptcy Rule 2004 discovery order on June 24, 2009

("Discovery Order").

65.     After issuance of the Discovery Order, during the Third Interim Period,

Jones Day requested and reviewed several hundred thousand pages of documents, prepared for

and took depositions of 32 Barclays employees and former Lehman employees, conducted

further factual investigations, and analyzed pertinent legal issues and claims arising from the

discovery taken.  Immediately after the conclusion of the Rule 2004 discovery, Jones Day filed

an extensive motion in the United States Bankruptcy Court for the Southern District of New

York under Federal Rule of Civil Procedure 60(b) seeking relief from certain aspects of the Sale

Order issued on September 20, 2008 regarding the sale of LBHI's New York North American

broker dealer business to Barclays on the grounds that material aspects of the sale transaction

were not properly disclosed to the Court (the "Rule 60 Motion").

66.    In connection with this discovery and the Rule 60 Motion, Jones Day

coordinated with attorneys for the Creditors' Committee, the Examiner and the SIPA trustee,

communicated with Barclays' counsel to request pertinent information, and appeared before the

Court to address issues arising from the Discovery Order, the consequent discovery and the

Rule 60 Motion.

67.    During the Fourth Interim Period, in September 2009, following the

conclusion of Bankruptcy Rule 2004 discovery taken by LBHI, the SIPA Trustee and the

Creditors' Committee, Jones Day filed an adversary complaint and an extensive motion in the

United States Bankruptcy Court for the Southern District of New York under Federal Rule of

Civil Procedure 60(b) seeking significant relief from certain aspects of the Sale Order regarding

the sale of Debtors' New York North American broker dealer business to Barclays on the

grounds that material aspects of the sale transaction were not properly disclosed to the Court (the

"Adversary Complaint").  Jones Day also responded to extensive requests for oral and written

discovery filed by Barclays, and engaged in third party discovery and additional discovery of

Barclays.

68.     During the Fourth and Fifth Interim Periods, Jones Day coordinated the

Debtor's response to Barclays' discovery requests and affirmative discovery of third parties and

Barclays with counsel for the Creditors' Committee and the SIPA Trustee, reviewed hundreds of

thousands of pages of documents produced by Barclays and numerous third parties, appeared at

and questioned witnesses at numerous depositions, and communicated frequently with counsel

for Barclays, the SIPA Trustee and the Creditors' Committee.

69.     Jones Day also conducted expert discovery and reviewed the reports of

Barclays' experts in early January 2010 and began to prepare for taking their depositions and also

began working with LBHI's experts.  Beginning in the Fifth Interim Period, the trial of certain

claims asserted in the Adversary Complaint and the issues presented by Rule 60 motions began

before the Court.  Jones Day took a lead role in the trial, questioning multiple witnesses,

introducing hundreds of documents into evidence, arguing trial related motions before the Court

and otherwise addressing issues that arose during trial.

70.     The trial of the Rule 60(b) proceedings continued in substantial part

during the Sixth Interim Period.  Jones Day engaged in extensive preparation for trial and trial-

related motions that involved additional depositions, a continuing review of documents,

assembling of trial exhibits, drafting witness outlines, designating deposition testimony, drafting

motion papers, and preparing witnesses for trial.

71.     The trial of the Rule 60(b) proceedings relating to the Sale Order

continued through October and November 2010.  During the Seventh Interim Period, Jones Day

continued to take a lead role in the trial, including in (i) preparing for and cross examining fact

witnesses presented by Barclays, (ii) preparing and presenting expert reports and testimony,

(iii) analyzing the reports submitted by Barclays' experts and cross examining them at trial, and

- 24 -

(iv) briefing and arguing evidentiary motions. Jones Day personnel researched and prepared an extensive post-trial brief, with numerous exhibits, which was submitted to the Court after the conclusion of the hearings and performed considerable work in reviewing and analyzing the voluminous post-trial submissions by Barclays and the other parties.  The end of the evidentiary hearings also involved extensive work in assembling final exhibits and deposition designations for the Court as well as many other administration matters. Jones Day also prepared for and took the lead in presenting a detailed and lengthy closing argument to the Court, which included an extensive submission of slides and demonstrative exhibits.

72.    After the issuance of the Court's February 22, 2011 decision on the Rule 60(b) Motion (the "Decision"), during the Eighth and Ninth Interim Periods Jones Day (a) continued to address issues arising in regard to the submission and form of orders regarding the implementation of the Decision; (b) attended hearings before the Court regarding post-Decision issues; (c) addressed the necessary steps to preserve the Debtors' right to appeal from the Decision; (d) developed and filed a summary judgment motion and completed extensive briefing of the summary judgment motion on behalf of the Debtors' estates based on the findings in the Decision and the record of the trial on the Rule 60(b) Motion seeking to recover from Barclays certain unpaid consideration required to be paid under the Asset Purchase Agreement; (e) prepared for and argued the summary judgment motion; (f) addressed issues concerning the Court's decision on the summary judgment motion; and (g) advised the Debtors' estates regarding appellate issues presented by the summary judgment decision and the Decision.

*Barclays v. Lehman Funds*

73.    During the Fifth and Sixth Interim Periods, Barclays Capital Inc. ("Barclays Capital") filed two lawsuits in New York Supreme Court against various real estate

and private equity funds that are (or, at the time of the allegations, were) affiliates and/or private

equity funds that are (or, at the time of the allegations, were) affiliates and/or subsidiaries of the

Debtors (the "Complaints").  Barclays Capital alleged non-payment of placement fees to the

Private Investment Management Group, a former division of Lehman acquired by Barclays

Capital post-petition. Jones Day represented the Debtors and the defendant funds in these

lawsuits.

74.    During the Fifth Interim Period, Jones Day analyzed the Complaints,

engaged in extensive fact collection and analysis and crafted a litigation strategy.  As part of this

strategy, in April 2010, Jones Day filed notices of removal removing these actions from the New

York Supreme Court to the United States District Court for the Southern District of New York

(the "District Court") and sought transfer to the Court.  Barclays Capital opposed these notices of

removal through a series of letters it sent to the District Court urging the District Court to retain

the matters rather than refer them to the Court. Jones Day conducted research on removal,

assessed the relatedness of these actions to the Debtors, and responded to each of Barclays

Capital's letters with caselaw and analysis in favor of removal to the Court.

75.    At the end of April 2010, Judge Naomi Buchwald, the District Court judge

assigned to one of the actions, held a conference in which Jones Day and counsel for Barclays

Capital each articulated its position on removal to the Court.  Following this conference, at the

beginning of May 2010, Judge Buchwald referred both actions to the Court.

76.    In mid-May 2010, Barclays Capital filed a motion to remand or abstain

and remand.  In late May 2010, Jones Day conducted research to brief its opposition to this

motion.

77.    At the beginning of June 2010, Jones Day conducted research and continued to draft an opposition in response to Barclays' motion to remand the actions to New York State Court, due later that month.  On June 15, 2010, Barclays voluntarily dismissed both lawsuits without prejudice.

*Derivatives*

78.    During the Second Interim Period, Jones Day was retained in April 2009 to advise the Debtors concerning certain credit derivatives transactions with AIG CDS, Inc. ("AIG") with a significant mark-to-market value to the Debtors.  During April and May 2009, Jones Day analyzed the relevant AIG transaction documents and correspondence, provided advice to the Debtors concerning interpretation of the relevant contracts and the applicability of certain safe harbors under the Bankruptcy Code and developed a strategy for the Debtors to pursue to maximize the value of those credit derivatives transactions for the benefit of the Debtors' estates. Jones Day also briefed counsel for the Creditors Committee on those efforts. Jones Day counseled the Debtors with regard to an amendment agreement and stipulation which led to a joint resolution, whereby the Debtors withdrew their motion to compel and AIG withdrew its objection to the derivatives procedures motion.

79.    Jones Day was retained in May 2009 to advise the Debtors concerning certain derivatives and foreign exchange transactions with Prudential Global, Inc. ("Prudential") with a significant value to the Debtors.  During the Second through Fourth Interim Periods, Jones Day analyzed the Prudential transaction documents, provided advice to the Debtors concerning the interpretation of those contract, including specifically a cross margining and netting agreement, and developed a strategy for the Debtors to eliminate Prudential's purported claim against the Debtors and to seek recovery of certain property of the Debtors against which

- 27 -

Prudential has asserted a right of set-off.  In February 2010, during the Fifth Interim Period, Jones Day drafted and filed a cross-motion for partial judgment on the pleadings, an opposition to Prudential's motion for judgment on the pleadings, and an opposition to Lehman Brothers Finance, SA's motion to dismiss.  In April 2010, Prudential filed a reply in further support of its motion for partial judgment on the pleading, and an opposition to the Debtors' cross-motion for partial judgment on the pleadings, and Lehman Brothers Finance SA filed a reply in further support of its motion to dismiss.  In May 2010, the Debtors drafted and filed a reply in further support of the motion for partial judgment on the pleadings.

80.    During the Sixth through Tenth Interim Periods, Jones Day continued to advise the Debtors with regard to certain derivative transactions with Prudential.  While Jones Day successfully settled claims with Prudential, during the Ninth Interim Period, Jones Day continued to represent the Debtors in connection with remaining claims with Lehman Brothers Finance SA, which are currently in litigation before the Court.

81.    During the Fifth through Tenth Interim Periods, Jones Day also advised the Debtors regarding transactions under three separate ISDA Master Agreements between the Debtors and Nomura entities, including valuation issues pertaining to Icelandic bank Reference Entities.  In April 2010, Jones Day drafted and filed adversary complaints and claim objections against Nomura International and Nomura Securities, a claim objection against Nomura GFP, and a motion to consolidate proceedings against the three Nomura entities.  In May 2010, Jones Day continued to brief the issue of consolidation of these proceedings and negotiated with the Nomura entities to develop a discovery schedule. Jones Day engaged in discovery and negotiated resolution of discovery disputes.

NYI-4460883v1

82.     During the Sixth Interim Period, in June and July of 2010, Jones Day drafted and served initial discovery requests on Nomura International, Nomura Securities, and Nomura GFP.  In July of 2010, Jones Day began collecting and reviewing documents from the Debtors.  In July of 2010, Jones Day also drafted and negotiated a discovery order and engaged experts in this matter.  In August of 2010, Jones Day also represented the Debtors in a hearing on their motion to consolidate the proceedings against the three Nomura entities, and the Court granted this motion.  In September of 2010, Jones Day negotiated a discovery scope agreement on behalf of the Debtors and continued to review relevant discovery in this matter.

83.     Jones Day also reviewed a significant number of the Debtors' documents and prepared such documents for production to the Nomura entities.  Jones Day also negotiated discovery issues with counsel for the Nomura entities, attended court-mandated conferences, scheduled depositions, and continued to craft strategy.  This matter was stayed for a portion of the Ninth Interim Period pending settlement negotiations.  During the stay, Jones Day continued negotiations with all three Nomura entities and the Creditors' Committee and analyzed discovery and settlement negotiation materials provided to the Debtors by the Nomura entities.  After the stay was lifted, during the Tenth Interim Period, Jones Day negotiated discovery issues with counsel for the Nomura entities and continued to craft strategy.

84.     During the Tenth Interim Period, Jones Day also crafted settlement strategy and engaged in settlement discussions, which led to a resolution of the claims with Nomura International PLC and Nomura Global Financial Products Inc.  Jones Day continued to represent the Debtors and craft strategy with regard to the remaining claims with Nomura Securities Co., Ltd.

- 29 -

85.     Further with regard to certain derivative contracts with Ambac Assurance Corporation and certain of its affiliates (collectively, "Ambac"), during the Seventh Interim Period, Jones Day represented the Debtors and engaged in negotiations with Ambac's counsel, which resulted in Ambac withdrawing $6.1 billion in claims against the Debtors and eliminated the need for complex litigation. Jones Day further argued a Bankruptcy Rule 9019 motion before the Court and gained approval of the settlement from both this Court and the Wisconsin state court overseeing the reorganization of Ambac.

86.     In addition to the foregoing litigation matters, at various times during the Fee Period, Jones Day represented the Debtors in ADR proceedings with various derivatives counterparties.  Jones Day prepared for these mediations by crafting strategies, engaging in pre-mediation negotiations with opposing counsel and drafting mediation statements and presentations.

87.     In addition to the foregoing ADR matters, at various times during the Fee Period, Jones Day counseled the Debtors concerning various derivatives and other complex structured products entered into with multiple counterparties including interest rate swaps, credit default swaps, total return swaps, foreign currency swaps, multi-currency cross border swaps, accelerated share repurchase transactions and other financial products.  With regard to these matters, Jones Day analyzed relevant transaction documents and communications, conducted a broad range of research relating to all aspects of relevant state and federal laws, drafted legal memoranda and crafted strategies for resolution of these matters.  Jones Day also advised the Debtors on derivatives issues pertaining to collateral and margin posting, valuation and reconciliation, as well as unique provisions specific to counterparty swaps.

88.      With regard to a number of these derivatives transactions, Jones Day drafted and served pre-litigation discovery on counter-parties as well as relevant third parties.  At various times during the Fee Period, Jones Day received and reviewed document productions responsive to these requests. Jones Day also crafted pre-litigation and litigation strategy with respect to additional counterparties of the Debtors.

*Greenbrier*

89.      During the Fourth through Tenth Interim Periods, Jones Day advised the Debtors in connection with the workout and restructuring of certain loans and investments involving Greenbrier Minerals LLC and its affiliates (collectively, "Greenbrier").  Services rendered by Jones Day professionals included among others, research, advice and analysis with respect to:  (i) Greenbrier's organizational and loan documents, including Greenbrier's operating agreement, credit agreement (and amendments thereto), restructuring documents, supply agreements and other documents in connection with the various transactions between the Debtors and Greenbrier; (ii) the Debtors rights in connection with various defaults existing under Greenbrier's credit agreement; (iii) various legal issues related to potential litigation with Greenbrier, including recoupment, setoff, and equitable subordination under New York and Delaware bankruptcy law, the applicability of default provisions relating to an entity's membership interests in an LLC under Delaware law and the enforcement of the automatic stay against Greenbrier; (iv) the enforceability of Greenbrier's contractual waiver of consequential damages; (v) potential restructuring alternatives, including strategy for possible litigation or settlement; and (vi) the negotiation and implementation of a settlement and sharing agreement in contemplation of a sale of Greenbrier's assets.

90.    In connection with the above, Jones Day professionals (i) performed substantial diligence and document review with respect to the Debtors' interests in Greenbrier; (ii) prepared for and participated in numerous meetings and teleconferences with the Debtors to discuss a variety of Greenbrier related matters; (iii) prepared for and participated in numerous meetings with counsel to Greenbrier and its other stakeholders to, among other things, negotiate the terms of the settlement and sharing agreement, discuss issues related thereto, and monitor Greenbrier's ongoing operations; and (iv) prepared and presented pleadings and related documents necessary for court approval of the settlement and sharing agreement.

*Aircraft Dispositions*

91.    During the Seventh through Tenth Interim Periods, Jones Day advised the Debtors and certain subsidiaries of the Debtors on multiple aircraft dispositions, negotiated with several proposed buyers and drafted the relevant term sheets, aircraft purchase and sale agreements and other transaction documents related thereto, including with respect to the sale of the aircraft bearing serial number 7024 which concluded during the Tenth Interim Compensation Period.  Jones Day also advised the Debtors on the resolution of a dispute with Flying Colours Corp, as aircraft services provider, and drafted the settlement letter related thereto.

92.    Jones Day also negotiated with the lenders under a certain indenture estate established by the Debtors in the settlement of a contract dispute between the Debtors and Aeroturbine, Inc., and drafted the lender consent related thereto.

93.    Jones Day also negotiated a settlement with a third party interest holder in a subsidiary of the Debtors and the assets owned by such subsidiary and drafted the relevant settlement documents.

- 32 -

*Federal Reserve Bank of New York*

94.     During the Seventh Interim Period, Jones Day professionals continued to examine facts and legal issues surrounding the conduct of the Federal Reserve Bank of New York ("FRBNY") during the period before Lehman's bankruptcy filing.  Services rendered included review of pertinent documents, research regarding potential discovery concerning the FRBNY's dealings with other financial institutions and regulators concerning Lehman and its assets.

*Non-Derivatives*

95.     During the Seventh through Tenth Interim Periods, Jones Day (i) reviewed the merits of potential avoidance actions and sought and obtained extensions of certain tolling agreements with respect thereto and (ii) assisted the Debtors in negotiating extensions to several tolling agreements to permit the Debtor to continue to analyze potential causes of action that the Debtors might have against the parties to the tolling agreements.

*Norton*

96.     During the Third through Eighth Interim Periods, Jones Day advised the Debtors concerning a gold price hedge with Norton Gold Fields Ltd. ("Norton").  In November of 2009, Jones Day drafted and filed a Motion to Compel Norton to perform its obligations under the hedge.  After this filing, Jones Day formulated the Debtors' negotiation strategy and engaged in settlement discussions with Norton.  Additionally, in February 2010, Jones Day drafted and filed a reply in further support of its motion to compel Norton to perform its obligations under the hedge.  In March 2010, Norton filed a sur-reply brief and Jones Day drafted and filed a response in April 2010.  In May and June of 2010, Jones Day prepared a mediation strategy and attended a mediation on behalf of the Debtors. In July and August of 2010, Jones Day negotiated

a settlement on behalf of the Debtors.  At the end of August of 2010, the Debtors and Norton

finalized settlement and the Debtors withdrew their Motion to Compel.

97.    During the Seventh and Eighth Interim Periods, Jones Day professionals

assisted and advised Lehman Brothers Commercial Corporation in connection with post-closing

matters pertaining to the Norton Gold Senior Secured Note, which was part of the settlement to

the proposed sale by Norton of certain collateral and related amendments to the loan documents

and in connection with the exercise by the company of its right of first offer in connection with

the sale of the senior secured note and termination of arrangements in connection with such

exercise.

*Quadrant*

98.    During the Fourth, Fifth and Eighth Interim Periods, Jones Day

professionals advised the Debtors with respect to their investment in Quadrant Structured

Products LLC ("Quadrant") and researched and analyzed various aspects of New York contract

law, the Bankruptcy Code, and Cayman Islands wind-up procedure in relation to the same.  Jones

Day professionals also assisted in developing a strategy to monetize the Debtors' interest in

Quadrant.

99.    As part of the aforementioned strategy, Jones Day represented the Debtors

in connection with the sale of their ownership interest in Quadrant.  Jones Day drafted and

negotiated multiple drafts of a Stock Purchase Agreement, Escrow Agreement and other

ancillary agreements in connection with such sale.

100.    During the Eighth Interim Period, Jones Day assisted the Debtors in

negotiating, documenting, obtaining court approval of, and closing the sale of LBHI's minority

interest in Quadrant Structured Products Ltd., a Cayman Islands limited company, for $90 million.

### *San Francisco – Kontrabecki*

101.    This litigation began in 2003 as an action to recover control of two Polish entities which owned commercial property in Poland and which comprised the primary security for repayment of loans made by LBHI to CEIDCO and TKG in the late 1990's.  CEIDCO and TKG filed chapter 11 cases in San Francisco in 2002 to prevent LBHI from enforcing its security rights on the loans, which were about to go into default. At that time TKG owned 100% of both Polish entities. Mr. Kontrabecki, while acting as the manager of CEIDCO and TKG as debtors in possession, surreptitiously caused the Polish entities to issue new shares to his Polish confederate, thereby transferring control of the Polish entities beyond the reach of the United States Bankruptcy Court, and diluting TKG's ownership to a minority position.  After several years of litigation invoking the contempt powers of the bankruptcy court and the imposition of coercive sanctions, Mr. Kontrabecki caused his confederate to return control of the Polish entities to an entity controlled by LBHI, and they were sold in 2006 and 2007, producing a total return to LBHI in excess of $30 million.  Since 2007, LBHI has pursued the litigation to recover compensatory damages from Mr. Kontrabecki for the economic losses LBHI incurred as a result of his misconduct and the delay and additional costs it caused.

102.    Until October 2008, LBHI was represented in this litigation by Heller Ehrman LLP (and by co-counsel McKenna Long & Aldridge of Atlanta, which continues to represent LBHI).  Following the dissolution of Heller Ehrman in the fall of 2008, the Heller Ehrman attorneys who had been representing LBHI joined Jones Day, and LBHI's representation in the engagement has continued at Jones Day since October 2008.

- 35 -

103.     During the First through Fourth Interim Periods, Jones Day professionals engaged in discovery, motion practice and trial preparation in this very hotly contested matter. Jones Day professionals also performed services relating to supplementation of document discovery involving documents in the possession of LBHI's Polish counsel, and with regard to LBHI's response to a settlement proposal made by Mr. Kontrabecki.

104.     In late August 2009, the bankruptcy court granted partial summary judgment in favor of LBHI as to the defendant's liability on several intentional tort claims.

105.     The defendant brought a motion to dismiss the adversary proceeding based on alleged discovery misconduct of counsel, the hearing of which was set for December 18, 2009. During the Third and Fourth Interim Periods, Jones Day prepared an opposition to and represented LBHI at the December 18, 2009 hearing.

106.     In early October 2009, the bankruptcy court granted partial summary judgment in favor of the defendant as to the primary element of LBHI's economic damages. Jones Day prepared and on November 17, 2009 filed a motion for reconsideration of that ruling, which the bankruptcy court heard on March 9, 2010. During the Fifth Interim Period, Jones Day also reviewed the opposition to the motion for reconsideration filed by Mr. Kontrabecki in early February 2010, prepared and filed a reply in late February 2010, and represented the Debtors at the hearing held on March 9, 2010. The Court denied the motion for reconsideration on March 31, 2010. Following denial of the motion for reconsideration the Debtors and Mr. Kontrabecki jointly requested, and the Court ordered, a judicial settlement conference before a Magistrate Judge and that all litigation be suspended during the course of the settlement conference proceedings.

107.     During the Sixth Interim Period, Jones Day prepared and filed two

extensive settlement conference statements and a voluminous appendix of the record as directed

by the settlement judge, and prepared for and attended one settlement conference session in late

September 2010.

108.     During the Seventh Interim Period, in early November 2010, a full

settlement of all disputes was negotiated.  The essential terms of the settlement provide for full

mutual releases, and for LBHI neither to receive nor pay any settlement amounts.  Jones Day

professionals provided services, including preparation for and attendance at the settlement

conference, preparation of settlement documentation, preparation of pleadings, seeking the

necessary approval of the San Francisco bankruptcy court, managing the court approval process,

and limited miscellaneous services to implement the settlement.  The San Francisco bankruptcy

court approved the settlement in December 2010, and all proceedings have been dismissed.

109.     During the Eighth through Tenth Interim Periods, Jones Day professionals

provided limited services related to implementation of the settlement and responding to post-

settlement communications and requests for information from the adverse party and

representatives of LBHI.

**Adjustment to Fees and Expenses**

110.     In addition to the amounts sought in the prior applications, Jones Day

hereby requests allowance and payment of $36,932.50 of fees and $4,726.16 of actual and

necessary expenses that were not previously requested in a prior interim fee application.

111.     Sixteen thousand dollars of the above requested fees relate to real estate

transaction matters arising out of the Asia-Pacific region and handled by Jones Day's Hong

Kong office.  Pursuant to the Interim Compensation Order, Jones Day previously submitted

- 37 -

Monthly Statements to the Notice Parties that included fee detail associated with such real estate

matters.  Notwithstanding the amounts contained in the Monthly Statements, Jones Day agreed

with the Debtors that the fees for these matters would be limited to $16,000 in the aggregate.

Jones Day's Tenth Interim Application, however, incorrectly reflected a complete elimination of

the fees associated with these matters, rather than the agreed-upon cap of $16,000.  Jones Day,

accordingly, requests allowance of $16,000 in fees incurred in the Tenth Interim Period that are

attributable to the above referenced real estate matters.  The remaining $20,932.50 of the above

requested fees relate to services rendered by Jones Day professionals in the United States during

the Tenth Interim Period in connection with matters principally handled by Jones Day's London

office.  Such amounts were not included in prior Monthly Statements due to technical and other

issues.

       112.    Jones Day also requests reimbursement of expenses incurred in the sum of

$4,726.16 in connection with Jones Day's services during the Fee Period that were not previously

requested in an interim fee application.  Such amounts reflect actual and necessary expenses that

were not processed by Jones Day's billing system during the Fee Period.

### Expenses Incurred by Jones Day

       113.    Section 330 of the Bankruptcy Code authorizes "reimbursement for actual,

necessary expenses" incurred by professionals employed under section 327 of the Bankruptcy

Code.  Accordingly, Jones Day seeks reimbursement for expenses incurred in rendering services

to the Debtors during the Fee Period.  The total amount of the expenses is $1,884,333.43 for the

Fee Period, as summarized in the attached Exhibit "C" and detailed in the attached Exhibit "D".

114.    In accordance with the requirements of the Bankruptcy Code, the

Bankruptcy Rules, and the Guidelines, Jones Day maintains the following policies with respect

to expenses for which reimbursement is sought herein:

(a)    No amortization of the cost of any investment, equipment, or capital outlay is included in the expenses.  In addition, for those items or services that Jones Day purchased or contracted from a third party (such as outside copy services), Jones Day seeks reimbursement only for the exact amount billed to Jones Day by the third party vendor and paid by Jones Day to the third party vendor.  This policy was consistent for the entire Fee Period.

(b)    Black and white photocopying by Jones Day was charged at 10 cents per page.[13]  Color photocopying by Jones Day was charged at 50 cents per page.  To the extent practicable, Jones Day utilized less expensive outside copying services.[14]  These policies were implemented in Jones Day's Fourth through Tenth Interim Fee Applications.

(c)    Telecopying by Jones Day was charged to the Debtors at the cost of the long distance call required to send the facsimile.  The firm did not impose any charge to the Debtors for local facsimiles, inbound facsimiles, interoffice facsimiles or facsimiles costing less than $1.00.  This policy was consistent for the entire Fee Period.

(d)    Meal charges incurred during travel charged to the Debtors for Jones Day personnel were limited to $40 per person.[15]  This policy was implemented in Jones Day's Fourth through Tenth Interim Fee Applications.

(e)    Working meals and overtime meals for Jones Day personnel working past 8:00 p.m. were limited to $20 per person.[16]  This policy was implemented in Jones Day's Fourth through Tenth Interim Fee Applications.

---

[13]    As disclosed and agreed to by the Fee Committee, in Jones Day's Fourth through Tenth Interim Fee Applications Jones Day charges the Debtors at cost for duplication charges for obtaining court records at the Tokyo District Court.

[14]    As disclosed in Jones Day's First through Third Interim Fee Applications, "Photocopying by Jones Day was charged at 20 cents per page. To the extent practicable, Jones Day utilized less expensive outside copying services."

[15]    Jones Day's First through Third Interim Fee Applications contained a similar provision, but did not expressly limit meals charged during travel to $40 per person.  Such meal expenses incurred during these interim periods were, however, "actual, necessary expenses" incurred by Jones Day.

[16]    Jones Day's First through Third Interim Fee Applications contained a similar provision, but did not expressly limit meals charged for professionals working past 8:00 p.m. to $20 per person.  Such meal expenses incurred during these interim periods were, however, "actual, necessary expenses" incurred by Jones Day.

- 39 -

(f)      Coach airfares charged to the Debtors for Jones Day personnel were associated with out of town travel, meetings with the Debtors or other parties in these chapter 11 cases. This policy was implemented in Jones Day's Fourth through Tenth Interim Fee Applications.[17]

(g)      Taxi fares for overtime travel home after 8:00 p.m. were limited to $100. This policy was implemented in Jones Day's Fourth through Tenth Interim Fee Applications.[18]

(h)      Fees for hotel accommodation charged to the Debtors for Jones Day personnel were not in excess of $500 per night.[19]

(i)      No staff overtime, word processing, proofreading charges or other "overhead" have been charged to the Debtors.[20]

### **The Requested Compensation Should Be Allowed**

115.    Section 330 of the Bankruptcy Code provides that the Court may award a

professional person employed under section 327 or 1103 of the Bankruptcy Code:

(A)      reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B)      reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1). Section 330(a)(3)(A) further provides the following standards for the

Court's review of a fee application:

---

[17]    Jones Day's First through Fourth Interim Fee Applications contained a similar provision, but did not expressly restrict airfare to coach airfare for Jones Day personnel traveling to out of town meetings with the Debtors or other parties in these chapter 11 cases. Such airfare expenses incurred during these interim periods were, however, "actual, necessary expenses" incurred by Jones Day.

[18]    Jones Day's First through Third Interim Fee Applications did not expressly limit taxi fares for overtime home travel after 8:00 p.m. to $100, but sought reimbursement for such charges during these interim periods as "actual, necessary expenses" incurred by Jones Day.

[19]    Jones Day's First through Third Interim Fee Applications did not expressly limit fees for hotel accommodations charged to the Debtors for Jones Day personnel to $500, but sought reimbursement for such charges during these interim periods as "actual, necessary expenses" incurred by Jones Day.

[20]    Jones Day's First through Third Interim Fee Applications did not expressly restrict staff overtime, word processing, proofreading but instead acknowledged that "Jones Day  has charged the Debtors for secretarial and other staff overtime expense that is directly associated with such after-hours work and is absolutely necessary.  Jones Day does not consider these to be part of its ongoing overhead expenses because they are special incremental expenses arising from the specific services being provided to the Debtors."

In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including--

(A)     the time spent on such services;

(B)     the rates charged for such services;

(C)     whether the services were necessary to the administration of, or beneficial at the time which the service was rendered toward the completion of, a case under this title;

(D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated the skill and experience in the bankruptcy field; and

(F)     whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3)(A)-(F).

116.     Jones Day respectfully submits that it has satisfied the requirements for the allowance of the compensation and reimbursement of expenses sought herein.  The services described above, at the time they were provided, were necessary and beneficial to the administration of the Debtors' chapter 11 cases.  Jones Day's services were consistently performed in a timely manner, commensurate with the complexity of the issues facing the Debtors and the nature and importance of the problems, issues, and tasks.  Furthermore, the compensation sought by Jones Day is reasonable because it is based on the customary compensation charged by comparably skilled practitioners outside of bankruptcy.  Accordingly, approval of the compensation sought herein is warranted.

NYI-4460883v1

**Statements of Jones Day Pursuant to Bankruptcy Rule 2016(a)**

117.    Pursuant to the Interim Compensation Order, Jones Day has submitted the Monthly Statements to (a) the Debtors, (b) counsel to the Debtors, Weil, Gotshal & Manges, LLP, (c) counsel to Creditors' Committee, Milbank, Tweed, Hadley & McCloy LLP, (d) the U.S. Trustee, (e) the Fee Committee, (f) counsel to the Fee Committee, and (g) BrownGreer PLC (collectively the "Notice Parties"), during the Fee Period with respect to the Debtors' chapter 11 cases, as set forth in the prior interim applications.

118.    In total, Jones Day has submitted interim applications for fees of $67,828,793.50 and expenses of $2,012,873.79 during the Fee Period, and hereby seeks final approval of $67,447,088.57 of such fees and $1,884,333.43 in reimbursement of such expenses under this Application.[21]

119.    Jones Day has received such payment from the Debtors relating to fees and expenses in the Monthly Statements on account of services provided during the Fee Period as described in paragraphs 16-18 above.

120.    No agreement or understanding exists between Jones Day and any third person for the sharing of compensation, except as allowed by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016 with respect to the sharing of compensation between and among partners of Jones Day.

---

[21]    As detailed above, the difference between the amounts sought in the prior interim applications and the amount sought herein represents (a) an additional $36,932.50 of fees and $4,726.16 of expenses that were not previously requested in a prior interim fee application as described in paragraphs 110-112 of the Application, and (b) fee and expense reductions of $418,637.43 and $133,266.52, respectively, relating to negotiations and, in some cases, stipulations with the Fee Committee concerning the First through Ninth Interim Periods.

121.    Prior to the filing of this Application, Jones Day received no objections to any of the Monthly Statements provided under the Interim Compensation Order from the Debtors, the Fee Committee or anyone else.

### Notice

122.    Notice of this Application and its exhibits will be given to (a) the Debtors; (b) counsel to the Debtors; (c) the U.S. Trustee; (d) counsel to the Committee; (e) the Fee Committee and its counsel; and (f) as requested by the Fee Committee, BrownGreer PLC. Notice of this Application, without Exhibit B, Exhibit D, Exhibit F and Exhibit G, will be given to the Master Service List (as defined in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635]). Jones Day respectfully submits that no other or further notice is required.

NYI-4460883v1

WHEREFORE, Jones Day respectfully requests that the Court (a) enter an order allowing final approval of compensation of $67,447,088.57 to Jones Day for professional services rendered as special counsel for the Debtors during the Fee Period, plus reimbursement of actual and necessary charges and disbursements incurred in the sum of $1,884,333.43 in connection with Jones Day's services during the Fee Period; (b) authorize and direct the Debtors to pay to Jones Day $4,101,912.10 of unpaid amounts; and (c) grant to Jones Day such other and further relief as the Court may deem proper.

Dated: July 5, 2012
      New York, New York

                                     */s/ Benjamin Rosenblum*
                                     Robert W. Gaffey
                                     Brad B. Erens *(pro hac vice pending)*
                                     Benjamin Rosenblum
                                     JONES DAY
                                     222 East 41st Street
                                     New York, New York 10017-6702
                                     Telephone:  (212) 326 3939
                                     Facsimile:  (212) 755 7306

                                     SPECIAL COUNSEL TO THE DEBTORS IN POSSESSION

- 44 -

NYI-4460883v1