WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                       :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :    **08-13555 (JMP)**
:
Debtors.                              :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF HEARING ON THE NINETY-FIFTH OMNIBUS OBJECTION TO**
**CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIM**

      **PLEASE TAKE NOTICE** that a hearing to consider the Ninety-Third Omnibus

Objection to Claims (Valued Derivative Claims) *solely* as to claim number 4651 of LINC-

Redondo Beach Seniors, Inc. will be held before the Honorable James M. Peck, United States

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

New York, Room 601, on **July 19, 2012 at 10:00 a.m. (Eastern Time)**.

Dated:  July 5, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2