## EXHIBIT A

**CERTIFICATION OF STEPHEN HENTSCHEL**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                      :

**In re**                                   :      **Chapter 11 Case No.**
                                                       :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :      **08-13555 (JMP)**
                                                       :

                       **Debtors.**          :      **(Jointly Administered)**
                                                       :
------------------------------------------------------------------x

### CERTIFICATION UNDER GUIDELINES IN RESPECT OF
### FINAL APPLICATION OF GLEACHER & COMPANY SECURITIES, INC.
### FOR APPROVAL OF COMPENSATION FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES

I, Stephen Hentschel, hereby certify that:

1.      I am a Managing Director with the applicant firm, Gleacher & Company Securities, Inc. ("Gleacher"), with responsibility for the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), in respect of compliance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on November 25, 2009 (together, the "Local Guidelines"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines"), and the Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals, dated April 14, 2011 (the "Interim Compensation Order").

2.      This certification is made in respect to Gleacher's final application, dated July 5,

2012 (the "Application"), for compensation for services rendered and reimbursement of expenses

for the period from February 17, 2011 through March 6, 2012 (the "Expense Reimbursement

Period"), in accordance with the Guidelines.

3.      In respect of Section B.1 of the Local Guidelines, I certify that:

      a.      I have read the Application;

      b.      to the best of my knowledge, information, and belief formed after reasonable inquiry, the disbursements sought fall within the Local Guidelines;

      c.      the disbursements sought are billed at rates in accordance with practices customarily employed by Gleacher and generally accepted by Gleacher's clients; and

      d.      in providing a reimbursable service, Gleacher does not make a profit on that service, whether the service is performed by Gleacher in-house or through a third party.

4.      In respect of Section B.2 of the Local Guidelines, I certify that Gleacher has

complied with the provision of the Interim Compensation Order requiring it to provide the

United States Trustee for the Southern District of New York, the Debtors and the chair of the

official committee of unsecured creditors of the Debtors, with a statement of (i) Gleacher's fees

and disbursements accrued from the effective date of Gleacher's retention through the end of

January 2012, the first full month following their retention and (ii) the Equity Purchase Fee.

5.      In respect of Section B.3 of the Local Guidelines, I certify that the United States

Trustee for the Southern District of New York, the Debtors and the chair of the official

committee of unsecured creditors of the Debtors was provided with a copy of the Application.

Dated:   New York, New York
         July 5, 2012

                              Gleacher & Company Securities, Inc.

                        By: _____
                              Stephen Hentschel