## **EXHIBIT C**

**EXPENSE REIMBURSEMENTS SOUGHT**

**ACTUAL AND NECESSARY EXPENSES INCURRED BY**
**GLEACHER FROM FEBRUARY 17, 2011 THROUGH MARCH 6, 2012**

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Car Services and Taxis | $26,140.98 |
| Employee Meals | $23,055.49 |
| Employee Travel | $38,406.22 |
| Office Supplies | $1,302.36 |
| Internet, Voice and Data | $66.39 |
| Client Meetings/Meals | $5,950.34 |
| Data Room | $179,016.66 |
| Legal Fees | $276,121.00 |
| Legal Expenses | $4,619.31 |
| Total Expenses | $554,678.75 |
| Less: Amount Previously Paid by Debtors | -$194,616.60 |
| **TOTAL OUTSTANDING** | $360,062.15 |