# EXHIBIT E

## LEGAL FEES AND EXPENSES BY CATEGORY

## LEGAL FEES - LISTED BY PROFESSIONAL RENDERING SERVICES

| NAME | POSITION | YEAR ADMITTED TO BAR | HOURS | BLENDED RATE | AMOUNT |
|---|---|---|---|---|---|
| Gilbert Menna | Partner | 1988 | 22.5 | 975.89 | 21,957.50 |
| Emanuel Grillo | Partner | 1992 | 13.5 | 900.00 | 12,150.00 |
| William Stern | Partner | 1996 | 0.5 | 780.00 | 390.00 |
| John Haggerty | Partner | 1994 | 86.9 | 776.04 | 67,437.50 |
| Brian Harvey | Partner | 2000 | 187.2 | 752.43 | 140,855.00 |
| Gina Martin | Partner | 1996 | 0.3 | 700.00 | 210.00 |
| Andrew Levin | Associate | 2010 | 18.6 | 455.90 | 8,525.50 |
| Christopher Newcomb | Associate | 2010 | 36.4 | 423.21 | 15,405.00 |
| Nana A. Atsem | Associate | 2011 | 5.9 | 330 | 1,947.00 |
| Jennifer Ford | Associate | 2011 | 8.9 | 330 | 2,937.00 |
| Christine E. Mandell | Associate | 2010 | 9.1 | 330 | 3,003.00 |
| Todd Marabella | Associate | 2011 | 5.0 | 330 | 1,650.00 |
| Ashley Pantuliano | Associate | 2011 | 2.2 | 330 | 726.00 |
| William Portanova | Associate | 2011 | 2.6 | 330 | 858.00 |
| **Sub-Total** | | | 399.7 | 695.65 | 278,051.50 |
| **Discount** | | | | | (1,930.50) |
| **TOTAL** | | | | | **276,121.00** |

## LEGAL FEES – LISTED BY TASK CODE

| Activity | Hours | Fees |
|---|---|---|
| 0400 – Hearings and Court Communications | 13.1 | $10,560.00 |
| 0700 – Communications with Debtors | 21.6 | $16,345.00 |
| 3900 – Non-Derivative Adversary Proceedings Preparation and Litigation | 139.5 | $78,388.00 |
| 4800 – Third Party Retention/Fee Application/Other Issues | 225.5 | $172,758.50 |
| **TOTAL AMOUNT OF FEES REQUESTED** | 399.7 | **$278,051.50** |

## LEGAL EXPENSES

| Expense Category | Amount |
|---|---|
| Document Printing | 293.70 |
| Document Scanning | 14.55 |
| Express Delivery | 68.76 |
| Legal Research | 180.24 |
| Litigation Support | 504.00 |
| Messenger | 18.07 |
| Outside Professional Services | 3,048.30 |
| Toll Call | 13.07 |
| Total Duplicating Services | 19.50 |
| Travel | 459.12 |
| TOTAL | **$4,619.31** |