## EXHIBIT F

**LEGAL FEES AND EXPENSES DETAIL**

# GOODWIN | PROCTER

Goodwin Procter LLP          T: 617.570.1000
Counselors at Law            F: 617.523.1231
Exchange Place               goodwinprocter.com
Boston, MA 02109

Fed. ID #:          04-1378465
Invoice Number:     961654
Client Number:      126240

**Gleacher & Company**
**(0400 – Hearings and Court Communications)**

January 26, 2012

**FOR PROFESSIONAL SERVICES RENDERED** through
December 31, 2011.

|  |  |
|---|---|
|  | $10,560.00 |
| Disbursements | $0 |
| **TOTAL DUE** | **$10,560.00** |

126240/205450
GGM:dac

Mailed To:      Stephen G. Hentschel
                Managing Director
                Gleacher & Company
                1290 Avenue of the Americas
                New York, NY 10580

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire: Citizens Bank; FBO Goodwin Procter LLP; Acct # 110782-319-3; ABA Routing # 0115-0012-0**
Wires sent from outside the United States should include SWIFT Code CTZIUS33.

# GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109

T: 617.570.1000
F: 617.523.1231
goodwinprocter.com

---

Fed. ID #:04-1378465
Invoice Number:   961654
Client Number:    126240

**Gleacher & Company**
**(0400 – Hearings and Court Communications)**

January 26, 2012

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
December 31, 2011, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/21/11 | Grillo, Emanuel | 4.9 | Prepare for and attend hearing on retention. |
| 12/21/11 | Harvey, Brian | 4.5 | Attend hearing regarding Gleacher retention and Archstone litigation (4.2); confer with Messrs. Grillo and Menna regarding same (0.3). |
| 12/23/11 | Harvey, Brian | 3.7 | Attend discovery conference. |

| **Total Hours** | | **13.1** | **Total Fees** | **$10,560.00** |
|---|---|---|---|---|

| Matter Summary by Name | Hours | Rate | Total |
|------------------------|-------|------|-------|
| Grillo, Emanuel | 4.9 | $900.00 | $4,410.00 |
| Harvey, Brian | 8.2 | 750.00 | 6,150.00 |
| **Total** | **13.1** | | **$10,560.00** |

**Bill Summary**

| | |
|---|---|
| Total Fees | $10,560.00 |
| Total Disbursements | 0 |
| **Total Due** | **$10,560.00** |

126240/205450
GGM:dac

GOODWIN | PROCTER

Mailed To:      Stephen G. Hentschel
                Managing Director
                Gleacher & Company
                1290 Avenue of the Americas
                New York, NY 10580

# GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109

T: 617.570.1000
F: 617.523.1231
goodwinprocter.com

Fed. ID #:        04-1378465
Invoice Number:   931413
Client Number:    126240

**Gleacher & Company**
**(0700 – Communications with Debtors)**

August 26, 2011

**FOR PROFESSIONAL SERVICES RENDERED** through
July 31, 2011.

$4,702.50

Disbursements                                              $0
                                                   _____

**TOTAL DUE**                                      **$4,702.50**

126240/205450
GGM:dac


Mailed To:      Stephen G. Hentschel
                Managing Director
                Gleacher & Company
                1290 Avenue of the Americas
                New York, NY 10580


**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire: Citizens Bank; FBO Goodwin Procter LLP; Acct # 110782-319-3; ABA Routing # 0115-0012-0**
Wires sent from outside the United States should include SWIFT Code CTZIUS33.

# GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109

T: 617.570.1000
F: 617.523.1231
goodwinprocter.com

---

Fed. ID #:04-1378465
Invoice Number:      931413
Client Number:       126240

**Gleacher & Company**
**(0700 – Communications with Debtors)**

August 26, 2011

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
July 31, 2011, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/29/11 | Harvey, Brian | 1.3 | Calls with Weil regarding engagement letter. |
| 07/01/11 | Haggerty, John | 0.6 | Telephone conferences with Mr. Herman and Ms. Cunningham of Weil and attention to related matters. |
| 07/05/11 | Harvey, Brian | 0.6 | Calls with Weil regarding open issues on retention application. |
| 07/06/11 | Harvey, Brian | 0.3 | Calls with Ms. Arthur regarding application and affidavit. |
| 07/07/11 | Haggerty, John | 1.5 | Telephone conferences with Weil Gotshal and Mr. Hentschel and Ms. Lewis and attention to related matters. |
| 07/07/11 | Harvey, Brian | 1.1 | Call with Ms. Arthur regarding open points on application. |
| 07/18/11 | Harvey, Brian | 0.8 | Call with Ms. Marcus regarding status of application and related follow-up. |

| **Total Hours** | | **6.2** | **Total Fees** | **$4,702.50** |
|-----------------|--|---------|----------------|---------------|

GOODWIN | PROCTER

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| Haggerty, John | 2.1 | 775.00 | $1,627.50 |
| Harvey, Brian | 4.1 | 750.00 | 3,075.00 |
| **Total** | **6.2** | | **$4,702.50** |

**Bill Summary**

| | |
|---|---|
| Total Fees | $4,702.50 |
| Total Disbursements | 0 |
| **Total Due** | **$4,702.50** |

126240/205450
GGM:dac

Mailed To:    Stephen G. Hentschel
              Managing Director
              Gleacher & Company
              1290 Avenue of the Americas
              New York, NY 10580

# GOODWIN | PROCTER

Goodwin Procter LLP                    T: 617.570.1000
Counselors at Law                      F: 617.523.1231
Exchange Place                         goodwinprocter.com
Boston, MA 02109

Fed. ID #:          04-1378465
Invoice Number:     947248
Client Number:      126240

**Gleacher & Company**
**(0700 – Communications with Debtors)**

November 21, 2011

**FOR PROFESSIONAL SERVICES RENDERED** through
October 31, 2011.

|  |  |
|---|---|
|  | $2,325.00 |
| Disbursements | $0 |
| **TOTAL DUE** | **$2,325.00** |

126240/205450
GGM:dac

Mailed To:      Stephen G. Hentschel
                Managing Director
                Gleacher & Company
                1290 Avenue of the Americas
                New York, NY 10580

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire: Citizens Bank; FBO Goodwin Procter LLP; Acct # 110782-319-3; ABA Routing # 0115-0012-0**
Wires sent from outside the United States should include SWIFT Code CTZIUS33.

# GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109

T: 617.570.1000
F: 617.523.1231
goodwinprocter.com

---

Fed. ID #:04-1378465
Invoice Number:     947248
Client Number:      126240

**Gleacher & Company**
**(0700 – Communications with Debtors)**

November 21, 2011

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
October 31, 2011, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/14/11 | Harvey, Brian | 0.8 | Calls with Weil regarding retention issues. |
| 10/24/11 | Harvey, Brian | 0.8 | Follow up with Weil regarding engagement letter. |
| 10/25/11 | Harvey, Brian | 0.6 | Follow-up with Weil regarding engagement letter and retention issues. |
| 10/28/11 | Harvey, Brian | 0.9 | Follow-up with Weil and Ms. Lewis and Mr. Hentschel regarding retention application. |

| **Total Hours** | **3.1** | **Total Fees** | **$2,325.00** |
|-----------------|---------|----------------|---------------|

| Matter Summary by Name | Hours | Rate | Total |
|------------------------|-------|------|-------|
| Harvey, Brian | 3.1 | 750.00 | $2,325.00 |
| **Total** | **3.1** | | **$2,325.00** |

**Bill Summary**

| | |
|--|--|
| Total Fees | $2,325.00 |
| Total Disbursements | 0 |
| **Total Due** | **$2,325.00** |

126240/205450
GGM:dac

GOODWIN | PROCTER

Mailed To:    Stephen G. Hentschel
Managing Director
Gleacher & Company
1290 Avenue of the Americas
New York, NY 10580

# GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109

T: 617.570.1000
F: 617.523.1231
goodwinprocter.com

_____

Fed. ID #:          04-1378465
Invoice Number:     955091
Client Number:      126240

**Gleacher & Company**
**(0700 – Communications with Debtors)**

December 21, 2011

**FOR PROFESSIONAL SERVICES RENDERED** through
November 30, 2011.

|  |  |
|---|---|
|  | $4,322.50 |
| Disbursements | $0 |
|  | _____ |
| **TOTAL DUE** | **$4,322.50** |

126240/205450
GGM:dac

Mailed To:      Stephen G. Hentschel
                Managing Director
                Gleacher & Company
                1290 Avenue of the Americas
                New York, NY 10580

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire: Citizens Bank; FBO Goodwin Procter LLP; Acct # 110782-319-3; ABA Routing # 0115-0012-0**
Wires sent from outside the United States should include SWIFT Code CTZIUS33.

# GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109

T: 617.570.1000
F: 617.523.1231
goodwinprocter.com

Fed. ID #:04-1378465
Invoice Number:    955091
Client Number:     126240

**Gleacher & Company**
**(0700 – Communications with Debtors)**

December 21, 2011

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
November 30, 2011, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/16/11 | Haggerty, John | 1.2 | Telephone conferences with Weil and attention to related matters. |
| 11/16/11 | Harvey, Brian | 1.0 | Calls with Ms. Marcus and Ms. Arthur. |
| 11/17/11 | Haggerty, John | 0.7 | Telephone conference with Weil and attention to related matters. |
| 11/17/11 | Harvey, Brian | 0.7 | Conference call with Messrs. Haggerty and Herman and Ms. Marcus and Ms. Arthur regarding engagement letter and affidavit. |
| 11/21/11 | Harvey, Brian | 0.8 | Calls with Ms. Marcus and Ms. Arthur regarding retention papers. |
| 11/29/11 | Harvey, Brian | 0.9 | Call with Ms. Marcus regarding U.S. Trustee objection. |
| 11/30/11 | Harvey, Brian | 0.4 | Correspondence with Ms. Marcus regarding retention issues. |

**Total Hours**        **5.7**                **Total Fees**        **$4,322.50**

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| Haggerty, John | 1.9 | $775.00 | $1,472.50 |
| Harvey, Brian | 3.8 | 750.00 | 2,850.00 |
| **Total** | **5.7** | | **$4,322.50** |

GOODWIN | PROCTER

**<u>Bill Summary</u>**

Total Fees                                          $4,322.50
Total Disbursements                                          0
                                          _____
**Total Due**                                          **<u>$4,322.50</u>**


126240/205450
GGM:dac

Mailed To:        Stephen G. Hentschel
                  Managing Director
                  Gleacher & Company
                  1290 Avenue of the Americas
                  New York, NY 10580

# GOODWIN | PROCTER

Goodwin Procter LLP          T: 617.570.1000
Counselors at Law            F: 617.523.1231
Exchange Place               goodwinprocter.com
Boston, MA 02109

Fed. ID #:          04-1378465
Invoice Number:     961654
Client Number:      126240

**Gleacher & Company**
**(0700 – Hearings and Court Communications)**

January 26, 2012

**FOR PROFESSIONAL SERVICES RENDERED** through
December 31, 2011.

|  |  |
|---|---|
|  | $4,275.00 |
| Disbursements | $0 |
| **TOTAL DUE** | **$4,275.00** |

126240/205450
GGM:dac

Mailed To:     Stephen G. Hentschel
               Managing Director
               Gleacher & Company
               1290 Avenue of the Americas
               New York, NY 10580

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire: Citizens Bank; FBO Goodwin Procter LLP; Acct # 110782-319-3; ABA Routing # 0115-0012-0**
Wires sent from outside the United States should include SWIFT Code CTZIUS33.

GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109

T: 617.570.1000
F: 617.523.1231
goodwinprocter.com

_____

Fed. ID #:04-1378465
Invoice Number:    961654
Client Number:     126240

**Gleacher & Company**
**(0700 – Hearings and Court Communications)**

January 26, 2012

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
December 31, 2011, in connection with the following:

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 12/01/11 | Harvey, Brian | 0.7 | Correspondence with Ms. Marcus regarding U.S. Trustee. |
| 12/06/11 | Harvey, Brian | 0.8 | Correspondence with Ms. Arthur regarding committee pleadings and follow-up with Mr. Hentschel regarding same. |
| 12/15/11 | Harvey, Brian | 0.5 | Calls with Ms. Arthur and Ms. Marcus regarding response to U.S. Trustee and committee objections. |
| 12/16/11 | Harvey, Brian | 1.4 | Calls with Ms. Marcus and Ms. Arthur regarding Hentschel affidavit. |
| 12/18/11 | Harvey, Brian | 0.3 | Correspondence with Ms. Marcus regarding Weil response to UST and committee objections. |
| 12/19/11 | Harvey, Brian | 0.8 | Calls with Ms. Marcus and Ms. Arthur regarding retention objections and supplemental affidavit. |
| 12/20/11 | Harvey, Brian | 1.2 | Calls with Ms. Marcus regarding resolution of objections to Gleacher retention. |

| **Total Hours** | | **5.7** | **Total Fees** | **$4,275.00** |
|---|---|---|---|---|

| <u>Matter Summary by Name</u> | <u>Hours</u> | <u>Rate</u> | <u>Total</u> |
|---|---|---|---|
| Harvey, Brian | 5.7 | 750.00 | 4,275.00 |
| **Total** | **5.7** | | **$4,275.00** |

GOODWIN | PROCTER

**Matter Disbursement Summary**                                                      **Total**

                                                                    _____
**Total Disbursements**                                                          **$0**


**Bill Summary**

Total Fees                                                                       $4,275.00
Total Disbursements                                                                      0
                                                                    _____
**Total Due**                                                                 **$4,275.00**


126240/205450
GGM:dac

  Mailed To:       Stephen G. Hentschel
                   Managing Director
                   Gleacher & Company
                   1290 Avenue of the Americas
                   New York, NY 10580

# GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109

T: 617.570.1000
F: 617.523.1231
goodwinprocter.com

---

Fed. ID #:          04-1378465
Invoice Number:     973967
Client Number:      126240

**Gleacher & Company**
**(0700 – Communications with Debtors)**

March 29, 2012

**FOR PROFESSIONAL SERVICES RENDERED** through
February 29, 2012.

$720.00

Disbursements                                                    $0

_____

**TOTAL DUE**                                              **$720.00**

126240/205450
GGM:jeb

Mailed To:      Stephen G. Hentschel
                Managing Director
                Gleacher & Company
                1290 Avenue of the Americas
                New York, NY 10580

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire: Citizens Bank; FBO Goodwin Procter LLP; Acct # 110782-319-3; ABA Routing # 0115-0012-0**
Wires sent from outside the United States should include SWIFT Code CTZIUS33.

# GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109

T: 617.570.1000
F: 617.523.1231
goodwinprocter.com

_____

Fed. ID #:         04-1378465
Invoice Number:    973967
Client Number:     126240

**Gleacher & Company**
**(0700 – Communications with Debtors)**

March 29, 2012

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
January 31, 2012, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/03/12 | Harvey, Brian | 0.9 | Emails with Weil regarding PI hearings. |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **0.9** | **Total Fees** | **$720.00** |

| Matter Summary by Name | Hours | Rate | Total |
|------------------------|-------|------|-------|
| Harvey, Brian | 0.9 | 800.00 | 720.00 |
| **Total** | **0.9** | | **$720.00** |

**Bill Summary**

| | |
|---|---|
| Total Fees | $720.00 |
| Total Disbursements | 0 |
| **Total Due** | **$720.00** |

126240/205450
GGM:jeb

Mailed To:    Stephen G. Hentschel
              Managing Director
              Gleacher & Company
              1290 Avenue of the Americas
              New York, NY 10580

# GOODWIN | PROCTER

Goodwin Procter LLP          T: 617.570.1000
Counselors at Law            F: 617.523.1231
Exchange Place               goodwinprocter.com
Boston, MA 02109

_____

Fed. ID #:          04-1378465
Invoice Number:     961654
Client Number:      126240

**Gleacher & Company**
**(3900 – Non-Derivative Adversary Proceedings Preparation and Litigation)**

January 26, 2012

**FOR PROFESSIONAL SERVICES RENDERED** through
December 31, 2011.

|                          |            |
|--------------------------|-----------:|
|                          | $72,544.50 |
| Disbursements            |    $171.45 |
|                          | _____ |
| **TOTAL DUE**            | **$72,715.95** |

126240/205450
GGM:dac

Mailed To:      Stephen G. Hentschel
                Managing Director
                Gleacher & Company
                1290 Avenue of the Americas
                New York, NY 10580

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire: Citizens Bank; FBO Goodwin Procter LLP; Acct # 110782-319-3; ABA Routing # 0115-0012-0**
Wires sent from outside the United States should include SWIFT Code CTZIUS33.

GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109

T: 617.570.1000
F: 617.523.1231
goodwinprocter.com

---

Fed. ID #:04-1378465
Invoice Number:    961654
Client Number:      126240

**Gleacher & Company**
**(3900 – Non-Derivative Adversary Proceedings Preparation and Litigation)**

January 26, 2012

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
December 31, 2011, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/15/11 | Levin, Andrew | 3.6 | Research regarding Lehman response to Equity Residential offer to by Archstone (2.5); review Lehman adversary docket (0.4); review complaint and injunction motion (0.6); correspondence regarding same (0.1). |
| 12/20/11 | Levin, Andrew | 0.4 | Review Lehman Docket regarding 12/21/11 hearing. |
| 12/21/11 | Grillo, Emanuel | 1.3 | Follow up emails to team and review revised drafts of order regarding same. |
| 12/21/11 | Harvey, Brian | 0.8 | Review revised retention order. |
| 12/22/11 | Grillo, Emanuel | 2.0 | Review subpoena (1.0); attend to discovery issues (1.0). |
| 12/22/11 | Harvey, Brian | 4.8 | Follow up regarding Gleacher subpoena and discovery hearing (1.6); confer with Mr. Hentschel and Ms. Lewis regarding same (2.1); call with Mr. Fink regarding scope of discovery and follow-up with Mr. Hentschel regarding same (1.1). |
| 12/23/11 | Menna, Gilbert | 3.2 | Attention to discovery requests (1.1); conference calls (1.3); emails (0.2); document review (0.2); attention to conflicts issues (0.4). |
| 12/23/11 | Harvey, Brian | 4.4 | Calls with Messrs. Hentschel, Menna, Grillo and McDonough and Ms. Lewis and Ms. Arciero-Craig regarding document production. |

GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/23/11 | Levin, Andrew | 0.6 | Review Archstone pleadings (0.3); correspondence regarding same (0.3). |
| 12/25/11 | Harvey, Brian | 3.0 | Calls with Ms. Ford and Ms. Mandell regarding document production and related follow-up (1.6); review documents (1.4). |
| 12/25/11 | Mandell, Christine E. | 2.0 | Review documents for production. |
| 12/25/11 | Ford, Jennifer | 3.8 | Conference call with Mr. Harvey and Ms. Mandell to discuss document review assignment (1.6); set up review parameters in Summation (1.2); review documents for responsiveness (1.0). |
| 12/26/11 | Menna, Gilbert | 1.3 | Attention to discovery process (0.4); conference calls and emails with Mr Harvey (0.9). |
| 12/26/11 | Harvey, Brian | 4.5 | Review documents for production (3.5); confer with Ms. Ford and Ms. Mandell and Messrs. Newcomb and Levin regarding production questions (1.0). |
| 12/26/11 | Newcomb, Christopher | 12.5 | Review documents in preparation for production related to preliminary injunction on enforceability of EQR option (11.4); correspondence with Mr. Harvey and Ms. Ford regarding same (0.7); call with Mr. Harvey regarding same (0.4). |
| 12/26/11 | Mandell, Christine E. | 5.5 | Review documents for production. |
| 12/26/11 | Ford, Jennifer | 5.1 | Review client documents for responsiveness. |
| 12/27/11 | Menna, Gilbert | 0.5 | Attention to discovery (0.3); miscellaneous email communication relating to same (0.2). |
| 12/27/11 | Harvey, Brian | 16.1 | Review documents regarding production (14.0); calls with Mr. Dahill regarding production issues (1.0); confer with production team regarding discovery issues (1.1). |
| 12/27/11 | Levin, Andrew | 11.4 | Document review. |

GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/27/11 | Newcomb, Christopher | 11.4 | Review documents related to option and other aspects of deal with buyer for responsiveness and privilege (4.4); perform second cut document review (4.1); prepare documents for production (1.5); coordinate with litigation support to have documents organized, bates-stamped and converted to appropriate form for production (0.8); confer with Mr. Harvey regarding same (0.6). |
| 12/27/11 | Mandell, Christine E. | 0.6 | Review documents for production. |
| 12/27/11 | Atsem, Nana A. | 5.9 | Review discovery order in preparation for document review to determine responsiveness and privilege (0.4); review email from Mr. Harvey regarding protocol for document review (0.3); conference call with Mr. Harvey and Mr. Marabella to discuss relevant issues in discovery order for Gleacher document review to determine responsiveness (0.5); document production for Gleacher document review (0.6); analyze documents produced by Gleacher to determine responsiveness and privilege to discovery order (4.1). |
| 12/27/11 | Marabella, Todd | 5.0 | Perform document review. |
| 12/27/11 | Pantuliano, Ashley | 2.2 | Teleconference with Mr. Harvey to discuss Gleacher document review and protocol (0.2); review Gleacher documents for responsiveness and privilege (2.0). |
| 12/28/11 | Menna, Gilbert | 1.3 | Attention to closing matter (0.6); conference call with members of the Goodwin Procter working group (0.7). |
| 12/28/11 | Harvey, Brian | 8.5 | Attention to document production issues (3.8); review documents regarding production (3.6); correspondence with opposing counsel regarding production timing (0.2); calls with Mr. Dahill regarding production (0.9). |
| 12/28/11 | Newcomb, Christopher | 1.8 | Prepare documents for production (0.8); coordinate with litigation support to have documents organized, bates-stamped and converted to appropriate form for production (0.8); confer with Mr. Harvey regarding same (0.2). |
| 12/28/11 | Mandell, Christine E. | 1.0 | Review documents for production. |

GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/29/11 | Harvey, Brian | 4.2 | Follow-up regarding production (0.6); call with Mr. Dahill regarding privilege issues (0.6); review adversary pleadings (2.0); call with Ms. Lewis regarding status of production (1.0). |
| 12/29/11 | Levin, Andrew | 0.5 | Review pleadings (0.3); correspondence regarding same (0.2). |
| 12/30/11 | Levin, Andrew | 0.5 | Review pleadings (0.3); correspondence regarding same (0.2). |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | **129.7** | **Total Fees** | **$72,544.50** |

| Matter Summary by Name | Hours | Rate | Total |
|------------------------|-------|------|-------|
| Grillo, Emanuel | 3.3 | $900.00 | $2,970.00 |
| Harvey, Brian | 46.3 | 750.00 | 34,725.00 |
| Menna, Gilbert | 6.3 | 975.00 | 6,142.50 |
| Atsem, Nana A. | 5.9 | 330.00 | 1,947.00 |
| Ford, Jennifer | 8.9 | 330.00 | 2,937.00 |
| Levin, Andrew | 17.0 | 450.00 | 7,650.00 |
| Mandell, Christine E. | 9.1 | 330.00 | 3,003.00 |
| Marabella, Todd | 5.0 | 330.00 | 1,650.00 |
| Newcomb, Christopher | 25.7 | 420.00 | 10,794.00 |
| Pantuliano, Ashley | 2.2 | 330.00 | 726.00 |
| **Total** | **129.7** | | **$72,544.50** |

| Matter Disbursement Summary | Total |
|-----------------------------|-------|
| Document Printing | $3.45 |
| Litigation Support | 168.00 |
| **Total Disbursements** | **$171.45** |

**Bill Summary**

| | |
|---|---|
| Total Fees | $72,544.50 |
| Total Disbursements | 171.45 |
| **Total Due** | **$72,715.95** |

126240/205450
GGM:dac

GOODWIN | PROCTER

Mailed To:     Stephen G. Hentschel
               Managing Director
               Gleacher & Company
               1290 Avenue of the Americas
               New York, NY 10580

# GOODWIN | PROCTER

Goodwin Procter LLP          T: 617.570.1000
Counselors at Law            F: 617.523.1231
Exchange Place               goodwinprocter.com
Boston, MA 02109

---

Fed. ID #:          04-1378465
Invoice Number:     973967
Client Number:      126240

**Gleacher & Company**
**(3900 – Non-Derivative Adversary Proceedings Preparation and Litigation)**

March 29, 2012

**FOR PROFESSIONAL SERVICES RENDERED** through
February 29, 2012.

|  |  |
|---|---|
|  | $5,843.50 |
| Disbursements | $4,067.27 |
|  | _____ |
| **TOTAL DUE** | **$9,910.77** |

126240/205450
GGM:jeb

Mailed To:     Stephen G. Hentschel
               Managing Director
               Gleacher & Company
               1290 Avenue of the Americas
               New York, NY 10580

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire: Citizens Bank; FBO Goodwin Procter LLP; Acct # 110782-319-3; ABA Routing # 0115-0012-0**
Wires sent from outside the United States should include SWIFT Code CTZIUS33.

# GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109

T: 617.570.1000
F: 617.523.1231
goodwinprocter.com

_____

Fed. ID #:        04-1378465
Invoice Number:   973967
Client Number:    126240

**Gleacher & Company**
**(3900 – Non-Derivative Adversary Proceedings Preparation and Litigation)**

March 29, 2012

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
January 31, 2012, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/27/11 | Portanova, William | 2.6 | Review and analyze documents for responsiveness to discovery order (2.6). |
| 01/02/12 | Newcomb, Christopher | 1.0 | Correspondence with litigation support regarding preparation of PDFs of production (0.2); review PDFs prepared of production (0.2); send secure file transfer of production to client (0.6). |
| 01/03/12 | Harvey, Brian | 1.9 | Follow-up regarding PI hearings (0.5); correspondence with Mr. Hentschel regarding same (0.9); follow-up regarding document production (0.5). |
| 01/03/12 | Levin, Andrew | 1.1 | Review and disseminate Archstone adversary proceeding pleadings (1.1). |
| 01/04/12 | Harvey, Brian | 1.0 | Review Archstone pleadings (1.0). |
| 01/05/12 | Levin, Andrew | 0.6 | Search docket and research court order (0.6). |
| 01/09/12 | Harvey, Brian | 0.8 | Review transcript regarding 1/5/12 hearing; emails with Mr. Menna regarding same (0.8). |
| 02/03/12 | Harvey, Brian | 0.8 | Correspondence with Ms. Lewis regarding settlement of class action claims held by Gleacher clients (0.8). |

| **Total Hours** | | **9.8** | **Total Fees** | **$5,843.50** |

# GOODWIN | PROCTER

| **Matter Summary by Name** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Harvey, Brian | 4.5 | 800.00 | 3,600.00 |
| Levin, Andrew | 1.7 | 515.00 | 875.50 |
| Newcomb, Christopher | 1.0 | 510.00 | 510.00 |
| Portanova, William | 2.6 | 330.00 | 858.00 |
| **Total** | **9.8** | | **$5,843.50** |

| **Matter Disbursement Summary** | **Total** |
|---|---|
| Total Duplicating Charge/Copy | $19.50 |
| Toll Calls | 9.36 |
| Express Delivery | 68.76 |
| Messenger | 18.07 |
| Travel | 367.69 |
| Document Printing | 9.00 |
| Document Scanning | 10.35 |
| Outside Professional Services | 3,048.30 |
| Legal Research | 180.24 |
| Litigation Support | 336.00 |
| **Total Disbursements** | **$4,067.27** |

| **Bill Summary** | |
|---|---|
| Total Fees | $5.843.50 |
| Total Disbursements | 4,067.27 |
| **Total Due** | **$9,910.77** |

126240/205450
GGM:jeb

Mailed To:    Stephen G. Hentschel
              Managing Director
              Gleacher & Company
              1290 Avenue of the Americas
              New York, NY 10580

# GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109

T: 617.570.1000
F: 617.523.1231
goodwinprocter.com

---

Fed. ID #:           04-1378465
Invoice Number:      899686
Client Number:       126240

**Gleacher & Company**
**(4800 – Third Party Retention/Fee Application/Other Issues)**

March 21, 2011

**FOR PROFESSIONAL SERVICES RENDERED** through
February 28, 2011.

|  |  |
|---|---|
|  | $6,435.00 |
| Professional Discount | -$1,930.50 |
| **TOTAL DUE** | **$4,504.50** |

126240/205450
GGM:dac

Mailed To:      Stephen G. Hentschel
                Managing Director
                Gleacher & Company
                1290 Avenue of the Americas
                New York, NY 10580

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire: Citizens Bank; FBO Goodwin Procter LLP; Acct # 110782-319-3; ABA Routing # 0115-0012-0**
Wires sent from outside the United States should include SWIFT Code CTZIUS33.

GOODWIN | PROCTER

Goodwin Procter LLP          T: 617.570.1000
Counselors at Law            F: 617.523.1231
Exchange Place               goodwinprocter.com
Boston, MA 02109

_____

Fed. ID #:04-1378465
Invoice Number:      899686
Client Number:       126240

**Gleacher & Company**
**(4800 – Third Party Retention/Fee Application/Other Issues)**

March 21, 2011

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
February 28, 2011, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/27/11 | Haggerty, John | 0.4 | Telephone conference with Mr. Menna and attention to related matters (0.2); review of engagement letter precedents and attention to related matters (0.2). |
| 01/28/11 | Haggerty, John | 1.8 | Attention to email correspondence and related matters (0.4); attention to precedent engagement letters and related matters (1.0); telephone conferences with Mr. Menna and attention to related matters (0.4). |
| 01/29/11 | Haggerty, John | 1.4 | Review of proposal materials and attention to related matters (0.4); conference call with working group and attention to related matters (1.0). |
| 01/29/11 | Menna, Gilbert | 1.6 | Attention to LAMCO presentation (0.6); conference calls with Mr. Grillo and representatives of Gleacher, etc (1.0). |
| 01/30/11 | Menna, Gilbert | 1.4 | Continued attention to LAMCO presentation (0.5); conference call regarding same (0.9). |
| 01/31/11 | Haggerty, John | 0.3 | Attention to email correspondence and related matters (0.1); attention to proposal (0.2). |
| 02/16/11 | Menna, Gilbert | 0.5 | Attention to LAMCO analysis (0.1); emails with Mr. Grillo (0.1); conference calls; etc (0.3). |

GOODWIN | PROCTER

| **Total Hours** | **7.4** | **Total Fees** | **$6,435.00** |
|---|---|---|---|
| Professional Discount | | | -$1,930.50 |
| Adjusted Total | | | $4,504.50 |

| **Matter Summary by Name** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Haggerty, John | 3.9 | $775.00 | $3,022.50 |
| Menna, Gilbert | 3.5 | 975.00 | 3,412.50 |
| **Total** | **7.4** | | **$6,435.00** |

**Bill Summary**

| Total Fees | $6,435.00 |
|---|---|
| Professional Discount | -1,930.50 |
| **Total Due** | **$4,504.50** |

126240/205450
GGM:dac

Mailed To:    Stephen G. Hentschel
Managing Director
Gleacher & Company
1290 Avenue of the Americas
New York, NY 10580

- 2 -

GOODWIN | PROCTER

Goodwin Procter LLP          T: 617.570.1000
Counselors at Law            F: 617.523.1231
Exchange Place               goodwinprocter.com
Boston, MA 02109

---

Fed. ID #:          04-1378465
Invoice Number:     906671
Client Number:      126240

**Gleacher & Company**
**(4800 – Third Party Retention/Fee Application/Other Issues)**

April 22, 2011

**FOR PROFESSIONAL SERVICES RENDERED** through
March 31, 2011.

| | |
|---|---:|
| | $3,565.00 |
| Disbursements | $15.15 |
| | _____ |
| **TOTAL DUE** | **$3,580.15** |

126240/205450
GGM:dac

Mailed To:      Stephen G. Hentschel
                Managing Director
                Gleacher & Company
                1290 Avenue of the Americas
                New York, NY 10580

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire: Citizens Bank; FBO Goodwin Procter LLP; Acct # 110782-319-3; ABA Routing # 0115-0012-0**
Wires sent from outside the United States should include SWIFT Code CTZIUS33.

# GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109

T: 617.570.1000
F: 617.523.1231
goodwinprocter.com

_____

Fed. ID #:04-1378465
Invoice Number:    906671
Client Number:     126240

**Gleacher & Company**
**(4800 – Third Party Retention/Fee Application/Other Issues)**

April 22, 2011

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
March 31, 2011, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/03/11 | Haggerty, John | 0.5 | Attention to disclosure policy matters (0.2); attention to related email correspondence with Mr. Menna and attention to related matters (0.3). |
| 03/14/11 | Haggerty, John | 0.6 | Attention to email correspondence and related matters. |
| 03/15/11 | Haggerty, John | 1.7 | Attention to engagement letter and related matters (1.0); attention to email correspondence and related matters (0.7). |
| 03/15/11 | Haggerty, John | 1.0 | Telephone conference with Mr. Hentschel and attention to related matters (0.3); attention to engagement letter and related matters (0.7). |
| 03/17/11 | Haggerty, John | 0.5 | Attention to reviewing and revising amendment to PAMI confidentiality agreement and related matters (0.4); attention to related email correspondence (0.1). |
| 03/18/11 | Haggerty, John | 0.3 | Attention to email correspondence and related matters (0.1); attention to reviewing and revising amendment of PAMI confidentiality agreement and attention to related matters (0.1); telephone conference with Mr. hentschel and attention to related matters (0.1). |

| **Total Hours** | | **4.6** | **Total Fees** | **$3,565.00** |

GOODWIN | PROCTER

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| Haggerty, John | 4.6 | $775.00 | $3,565.00 |
| **Total** | **4.6** | | **$3,565.00** |

| Matter Disbursement Summary | Total |
|---|---|
| Document Printing | $15.15 |
| **Total Disbursements** | **$15.15** |

| Bill Summary | |
|---|---|
| Total Fees | $3,565.00 |
| Total Disbursements | 15.15 |
| **Total Due** | **$3,580.15** |

126240/205450
GGM:dac

Mailed To:    Stephen G. Hentschel
Managing Director
Gleacher & Company
1290 Avenue of the Americas
New York, NY 10580

# GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109

T: 617.570.1000
F: 617.523.1231
goodwinprocter.com

---

Fed. ID #:         04-1378465
Invoice Number:    931413
Client Number:     126240

**Gleacher & Company**
**(4800 – Third Party Retention/Fee Application/Other Issues)**

August 26, 2011

**FOR PROFESSIONAL SERVICES RENDERED** through
July 31, 2011.

$67,982.00

Disbursements                                              $199.63
                                                      _____

**TOTAL DUE**                                        **$68,181.63**

126240/205450
GGM:dac


Mailed To:      Stephen G. Hentschel
                Managing Director
                Gleacher & Company
                1290 Avenue of the Americas
                New York, NY 10580


**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire: Citizens Bank; FBO Goodwin Procter LLP; Acct # 110782-319-3; ABA Routing # 0115-0012-0**
Wires sent from outside the United States should include SWIFT Code CTZIUS33.

GOODWIN | PROCTER

Goodwin Procter LLP          T: 617.570.1000
Counselors at Law            F: 617.523.1231
Exchange Place               goodwinprocter.com
Boston, MA 02109

_____

Fed. ID #:04-1378465
Invoice Number:     931413
Client Number:      126240

**Gleacher & Company**
**(4800 – Third Party Retention/Fee Application/Other Issues)**

August 26, 2011

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
July 31, 2011, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/07/11 | Haggerty, John | 0.4 | Attention to revised engagement letter and related matters (0.3); attention to related email correspondence (0.1). |
| 04/08/11 | Haggerty, John | 0.3 | Reviewing revised engagement letter and attention to related matters. |
| 04/14/11 | Haggerty, John | 0.8 | Attention to engagement letter matters. |
| 04/15/11 | Haggerty, John | 0.9 | Telephone conferences with Mr. Hentschel and Mr. Grillo and attention to related matters (0.7); attention to engagement letter matters (0.2). |
| 05/13/11 | Haggerty, John | 4.0 | Review and revise engagement letter (1.7); attention to email correspondence and related matters (0.9); telephone conference with Mr. Hentschel and Ms. Lewis and attention to related matters (1.4). |
| 05/13/11 | Grillo, Emanuel | 0.8 | Review form of engagement letter (0.5); telephone conference with Mr. Haggerty regarding comments to same (0.3). |
| 05/16/11 | Haggerty, John | 0.8 | Review of voicemail from Mr. Hentschel and attention to related matters (0.1); telephone conferences with Mr. Hentschel and Ms. Lewis and attention to related matters (0.3); attention to revising engagement letter and attention to related matters (0.2); attention to email correspondence and related matters (0.2). |

# GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/26/11 | Haggerty, John | 1.8 | Attention to engagement letter matters (0.5); telephone conferences with Mr. Hentschel, Mr. Shea, Ms. Lewis and Mr. Grillo and attention to related matters (0.3); attention to indemnity letter (0.6); review of LLC agreement and attention to related matters (0.4). |
| 05/26/11 | Martin, Gina | 0.3 | Confer with Mr. Haggerty regarding structure of engagement. |
| 05/27/11 | Haggerty, John | 1.2 | Attention to email correspondence and related matters (0.2); attention to engagement letter matters (0.2); attention to drafting, reviewing and revising letter agreement regarding indemnification and attention to related matters (0.8). |
| 06/01/11 | Haggerty, John | 0.2 | Attention to email correspondence and related matters. |
| 06/22/11 | Haggerty, John | 2.3 | Attention to email correspondence and related matters (0.3); attention to telephone conference with Ms. Lewis and attention to related matters (0.8); attention to engagement letter and related matters (1.2). |
| 06/23/11 | Haggerty, John | 3.6 | Telephone conference with Ms. Lewis and attention to engagement letter and related matters. |
| 06/28/11 | Haggerty, John | 0.6 | Attention to engagement letter matters and related email correspondence. |
| 06/29/11 | Haggerty, John | 4.6 | Attention to engagement letter and related matters (1.6); various telephone conferences (0.8); reviewing and revising engagement letter and attention to related matters (2.2). |
| 06/29/11 | Harvey, Brian | 3.6 | Review engagement letter (0.5); calls with Mr. Haggerty regarding same (1.4); review affidavit precedent (1.7). |
| 06/30/11 | Haggerty, John | 3.5 | Attention to engagement letter matters. |
| 06/30/11 | Harvey, Brian | 6.8 | Review engagement letter (1.1); confer with Mr. Haggerty regarding same (0.5); calls with Ms. Lewis regarding conflict check issues (0.5); draft retention affidavit (4.7). |
| 06/30/11 | Newcomb, Christopher | 0.5 | Review Lehman docket for current list of outstanding debt. |

GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/01/11 | Haggerty, John | 2.0 | Telephone conferences with Ms. Lewis and attention to related matters (0.3); attention to email correspondence and related matters (0.3); telephone conferences with Mr. Harvey and attention to related matters (0.7); review of affidavit and attention to related matters (0.5); attention to conflict matters (0.2). |
| 07/01/11 | Harvey, Brian | 5.8 | Review/revise affidavit (4.6); confer with Mr. Haggerty regarding same (0.7); calls/correspondence with Ms. Lewis regarding same (0.5). |
| 07/01/11 | Newcomb, Christopher | 2.8 | Draft schedule of entities included in conflict check to attach to Gleacher affidavit (1.4); correspondence with Mr. Harvey regarding same (0.4); add conflicts found to schedule (1.0). |
| 07/02/11 | Harvey, Brian | 1.6 | Review and revise affidavit. |
| 07/05/11 | Haggerty, John | 2.3 | Attention to email correspondence and related matters (0.5); telephone conference with Mr. Shea and attention to related matters (1.1); attention to engagement letter matters (0.8). |
| 07/05/11 | Harvey, Brian | 6.6 | Review/revise affidavit (4.4); review and comment on retention application (1.0); calls with Ms. Lewis and Mr. Hentschel regarding conflict check and engagement letter issues (1.0); confer with Mr. Haggerty regarding same (0.2). |
| 07/05/11 | Newcomb, Christopher | 1.8 | Revise schedule of conflicted entities for Gleacher affidavit. |
| 07/06/11 | Haggerty, John | 2.6 | Attention to email correspondence and related matters (0.8); telephone conference with Ms. Lewis, Mr. McDonogh and Mr. Harvey and attention to related matters (0.8); attention to engagement letter matters (1.0). |
| 07/06/11 | Harvey, Brian | 6.8 | Review/revise affidavit, order and application (4.5); review conflict check results (1.3); calls with Ms. Lewis regarding conflict check issues (0.8); confer with Mr. Haggerty regarding engagement letter (0.2). |

GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/07/11 | Haggerty, John | 0.4 | Attention to engagement letter matters (0.2); attention to email correspondence and related matters (0.2). |
| 07/07/11 | Harvey, Brian | 5.0 | Calls with Ms. Lewis and Mr. Hertschel regarding affidavit, application and timing of submission of pleadings (3.3); confer with Mr. Haggerty regarding revisions to engagement letter (1.7). |
| 07/08/11 | Haggerty, John | 0.3 | Attention to email correspondence and related matters (0.1); telephone conference with Mr. Hentschel and attention to related matters (0.2). |
| 07/08/11 | Harvey, Brian | 3.5 | Attention to affidavit and application (2.6); confer with Mr. Haggerty regarding engagement letter revisions (0.9). |
| 07/11/11 | Haggerty, John | 0.3 | Attention to email correspondence and related matters (0.1); attention to telephone conference with Mr. Hentschel and attention to related matters (0.2). |
| 07/14/11 | Haggerty, John | 0.2 | Attention to email correspondence and related matters (0.1); telephone conference with Mr. Hentschel and attention to related matters (0.1). |
| 07/14/11 | Harvey, Brian | 0.4 | Correspondence regarding conflict issues. |
| 07/15/11 | Haggerty, John | 0.3 | Attention to email correspondence and related matters. |
| 07/18/11 | Haggerty, John | 0.5 | Attention to email correspondence and related matters (0.2); telephone conferences with Mr. Hentschel and attention to related matters (0.3). |
| 07/18/11 | Harvey, Brian | 1.0 | Confer with Mr. Haggerty regarding status of application (1.0). |
| 07/19/11 | Haggerty, John | 1.7 | Telephone conference with Ms. Lewis and attention to related matters (0.6); attention to conflict procedures and related matters (0.7); telephone conference with Mr. LaVigne and attention to related matters (0.4). |
| 07/21/11 | Haggerty, John | 1.4 | Telephone conference with Ms. Lewis and attention to related matters (0.5); research into conflict check procedures and attention to related matters (0.9). |

GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/22/11 | Haggerty, John | 0.1 | Attention to memorandum regarding conflict check procedures and related matters; attention to conversations regarding precedent and related matters. |
| 07/25/11 | Haggerty, John | 2.3 | Attention to memorandum regarding conflict procedures and attention to related matters (1.7); telephone conference with Ms. Lewis re same and attention to related matters (0.6). |
| 07/26/11 | Haggerty, John | 2.1 | Attention to telephone conference with Ms. Arciero-Craig and Ms. Lewis and attention to related matters (0.8); attention to reviewing and revising memorandum on conflict check procedures and attention to related matters (1.3). |
| 07/27/11 | Haggerty, John | 1.3 | Attention to memorandum regarding conflict check procedures and attention to related matters (0.5); telephone conference regarding same with Ms. Lewis and attention to related matters (0.5); attention to email correspondence with Mr. Hentschel regarding potential restructuring of engagement and attention to related matters (0.3). |
| 07/28/11 | Haggerty, John | 0.6 | Telephone conference with Ms. Lewis regarding indemnification provisions and attention to related matters (0.3); attention to email correspondence and related matters (0.3). |
| 07/28/11 | Harvey, Brian | 0.6 | Confer with Mr. Haggerty regarding retention alternatives and related follow-up. |

| | | | | |
|------|------|-------|------|------|
| **Total Hours** | | **91.3** | **Total Fees** | **$67,982.00** |

GOODWIN | PROCTER

| **Matter Summary by Name** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Grillo, Emanuel | 0.8 | $900.00 | $720.00 |
| Haggerty, John | 43.4 | 775.00 | 33,635.00 |
| Harvey, Brian | 41.7 | 750.00 | 31,275.00 |
| Martin, Gina | 0.3 | 700.00 | 210.00 |
| Newcomb, Christopher | 5.1 | 420.00 | 2,142.00 |
| **Total** | **91.3** | | **$67,982.00** |

| **Matter Disbursement Summary** | **Total** |
|---|---|
| Travel | $41.53 |
| Document Printing | 158.10 |
| **Total Disbursements** | **$199.63** |

**Bill Summary**

| | |
|---|---|
| Total Fees | $67,982.00 |
| Total Disbursements | 199.63 |
| **Total Due** | **$68,181.63** |

126240/205450
GGM:dac

Mailed To:      Stephen G. Hentschel
Managing Director
Gleacher & Company
1290 Avenue of the Americas
New York, NY 10580

# GOODWIN | PROCTER

Goodwin Procter LLP          T: 617.570.1000
Counselors at Law            F: 617.523.1231
Exchange Place               goodwinprocter.com
Boston, MA 02109

---

Fed. ID #:          04-1378465
Invoice Number:     944746
Client Number:      126240

**Gleacher & Company**
**(4800 – Third Party Retention/Fee Application/Other Issues)**

October 31, 2011

**FOR PROFESSIONAL SERVICES RENDERED** through
September 30, 2011.

|  |  |
|---|---|
|  | $2,457.50 |
| Disbursements | $59.61 |
| | _____ |
| **TOTAL DUE** | **$2,517.11** |

126240/205450
GGM:dac

Mailed To:    Stephen G. Hentschel
              Managing Director
              Gleacher & Company
              1290 Avenue of the Americas
              New York, NY 10580

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire: Citizens Bank; FBO Goodwin Procter LLP; Acct # 110782-319-3; ABA Routing # 0115-0012-0**
Wires sent from outside the United States should include SWIFT Code CTZIUS33.

GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109

T: 617.570.1000
F: 617.523.1231
goodwinprocter.com

_____

Fed. ID #:04-1378465
Invoice Number:    944746
Client Number:    126240

**Gleacher & Company**
**(4800 – Third Party Retention/Fee Application/Other Issues)**

October 31, 2011

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
September 30, 2011, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/01/11 | Haggerty, John | 0.1 | Telephone conference with Mr. Hentschel and attention to related matters. |
| 08/04/11 | Haggerty, John | 0.4 | Attention to email correspondence with Mr. Hentschel and attention to related matters. |
| 09/28/11 | Grillo, Emanuel | 0.4 | Telephone conference with Mr. Hentschel regarding engagement strategy for Lehman. |
| 09/29/11 | Grillo, Emanuel | 0.7 | Exchange emails with Mr. Menna and Haggerty regarding status of Archstone engagement. |
| 09/30/11 | Grillo, Emanuel | 1.2 | Exchange emails with Mr. Hentschel regarding follow-up to engagement issues (0.4); review form of letters forwarded by Mr. Hentschel for same (0.8). |

| **Total Hours** | **2.8** | **Total Fees** | **$2,457.50** |
|-----------------|---------|----------------|---------------|

| Matter Summary by Name | Hours | Rate | Total |
|------------------------|-------|------|-------|
| Grillo, Emanuel | 2.3 | $900.00 | $2,070.00 |
| Haggerty, John | 0.5 | 775.00 | 387.50 |
| **Total** | **2.8** | | **$2,457.50** |

# GOODWIN | PROCTER

| **Matter Disbursement Summary** | **Total** |
|---|---|
| Toll Calls | $3.71 |
| Travel | 49.90 |
| Document Printing | 1.80 |
| Document Scanning | 4.20 |
| **Total Disbursements** | **$59.61** |

| **Bill Summary** | |
|---|---|
| Total Fees | $2,457.50 |
| Total Disbursements | 59.61 |
| **Total Due** | **$2,517.11** |

126240/205450
GGM:dac

Mailed To:     Stephen G. Hentschel
               Managing Director
               Gleacher & Company
               1290 Avenue of the Americas
               New York, NY 10580

# GOODWIN | PROCTER

Goodwin Procter LLP          T: 617.570.1000
Counselors at Law           F: 617.523.1231
Exchange Place              goodwinprocter.com
Boston, MA 02109

_____

Fed. ID #:        04-1378465
Invoice Number:   947248
Client Number:    126240

**Gleacher & Company**
**(4800 – Third Party Retention/Fee Application/Other Issues)**

November 21, 2011

**FOR PROFESSIONAL SERVICES RENDERED** through
October 31, 2011.

$20,114.00

Disbursements                                          $86.70
                                              _____

**TOTAL DUE**                                   **$20,200.70**

126240/205450
GGM:dac

Mailed To:      Stephen G. Hentschel
                Managing Director
                Gleacher & Company
                1290 Avenue of the Americas
                New York, NY 10580

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire: Citizens Bank; FBO Goodwin Procter LLP; Acct # 110782-319-3; ABA Routing # 0115-0012-0**
Wires sent from outside the United States should include SWIFT Code CTZIUS33.

# GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109

T: 617.570.1000
F: 617.523.1231
goodwinprocter.com

---

Fed. ID #:04-1378465
Invoice Number:    947248
Client Number:       126240

**Gleacher & Company**
**(4800 – Third Party Retention/Fee Application/Other Issues)**

November 21, 2011

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
October 31, 2011, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/02/11 | Haggerty, John | 0.5 | Attention to conference call regarding Lehman engagement letter and attention to related matters. |
| 10/03/11 | Haggerty, John | 0.6 | Attention to Lehman engagement letter matters (0.4); attention to related email communication (0.2). |
| 10/04/11 | Haggerty, John | 0.4 | Telephone conference with Ms. Lewis and attention to related matters (0.2); attention to email correspondence and attention to related matters (0.2). |
| 10/05/11 | Haggerty, John | 0.4 | Telephone conference with Mr. Grillo and attention to related matters (0.2); review of email correspondence on potential trade and attention to related matters (0.2). |
| 10/05/11 | Grillo, Emanuel | 1.5 | Work on Archstone engagement. |
| 10/06/11 | Haggerty, John | 2.4 | Attention to engagement letter and related matters (1.0); conferences with Mr. Grillo and attention to related matters (0.4); attention to telephone conferences with Mr. Hentschel and Ms. Lewis and attention to related matters (1.0). |
| 10/07/11 | Haggerty, John | 0.3 | Attention to email correspondence and attention to related matters (0.1); telephone conference with Ms. Lewis, Mr. McDonogh and Mr. Grillo and attention to related matters (0.2). |

GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/12/11 | Haggerty, John | 1.0 | Attention to revising engagement letter and related matters (0.4); attention to email correspondence and related matters (0.3); attention to conflict check matters (0.3). |
| 10/12/11 | Harvey, Brian | 1.6 | Attention to retention affidavit (1.2); confer with Messrs. Grillo and Haggerty regarding same (0.4). |
| 10/13/11 | Haggerty, John | 0.9 | Attention to engagement letter. |
| 10/13/11 | Harvey, Brian | 2.9 | Revise retention affidavit (2.2); attention to conflict check (0.7). |
| 10/14/11 | Harvey, Brian | 3.0 | Confer with Mr. Grillo regarding retention issues (1.0); call with Ms. Lewis regarding same (1.1); review retention motions under section 363 (0.5); review notice of non-voting status (0.4). |
| 10/14/11 | Newcomb, Christopher | 2.5 | Draft supplemental conflict schedule (1.8); review and revise original conflict check schedule (0.7). |
| 10/17/11 | Haggerty, John | 0.2 | Attention to email correspondence and related matters. |
| 10/17/11 | Harvey, Brian | 0.8 | Follow-up regarding Lehman conflict check. |
| 10/19/11 | Haggerty, John | 0.9 | Attention to Lehman engagement letter and related matters. |
| 10/19/11 | Grillo, Emanuel | 0.7 | Attend to conflict issues with Ms. Lewis and Mr. Harvey. |
| 10/19/11 | Harvey, Brian | 0.8 | Follow-up regarding conflict check and retention affidavit. |
| 10/20/11 | Haggerty, John | 0.6 | Attention to Lehman Engagement letter and related matter. |
| 10/20/11 | Harvey, Brian | 0.9 | Follow-up regarding conflict check (0.7); confer with Mr. Newcomb regarding same (0.2). |
| 10/20/11 | Newcomb, Christopher | 0.8 | Update conflict check schedules to employment affidavit. |
| 10/21/11 | Haggerty, John | 0.7 | Conference call regarding engagement letter matters (0.6); attention to email correspondence and related matters (0.1). |

# GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/21/11 | Harvey, Brian | 1.9 | Calls/correspondence with Messrs. Haggerty and Hentschel and Ms. Lewis regarding engagement letter (0.8); correspondence with Mr. Archer regarding retention motion (0.5); follow-up regarding conflict check (0.6). |
| 10/21/11 | Newcomb, Christopher | 0.4 | Review conflict check correspondence (0.2); revise conflict check schedules to affidavit (0.2). |
| 10/25/11 | Haggerty, John | 0.3 | Attention to email correspondence and related matters. |
| 10/25/11 | Harvey, Brian | 0.7 | Related correspondence with Mr. Hentschel and Ms. Lewis regarding engagement letter and retention issues (0.3); confer with Mr. Haggerty regarding same (0.4). |

**Total Hours**    **27.7**         **Total Fees**    **$20,144.00**

| Matter Summary by Name | Hours | Rate | Total |
|------------------------|-------|------|-------|
| Grillo, Emanuel | 2.2 | $900.00 | $1,980.00 |
| Haggerty, John | 9.2 | 775.00 | 7,130.00 |
| Harvey, Brian | 12.6 | 750.00 | 9,450.00 |
| Newcomb, Christopher | 3.7 | 420.00 | 1,554.00 |
| **Total** | **27.7** | | **$20,114.00** |

| Matter Disbursement Summary | Total |
|-----------------------------|-------|
| Document Printing | $86.70 |
| **Total Disbursements** | **$86.70** |

**Bill Summary**

| | |
|---|---|
| Total Fees | $20,114.00 |
| Total Disbursements | 86.70 |
| **Total Due** | **$20,200.70** |

126240/205450
GGM:dac

GOODWIN | PROCTER

Mailed To:    Stephen G. Hentschel
              Managing Director
              Gleacher & Company
              1290 Avenue of the Americas
              New York, NY 10580

# GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109

T: 617.570.1000
F: 617.523.1231
goodwinprocter.com

_____

Fed. ID #:          04-1378465
Invoice Number:     955091
Client Number:      126240

**Gleacher & Company**
**(4800 – Third Party Retention/Fee Application/Other Issues)**

December 21, 2011

**FOR PROFESSIONAL SERVICES RENDERED** through
November 30, 2011.

|  |  |
|---|---|
|  | $23,074.50 |
| Disbursements | $19.50 |
|  | _____ |
| **TOTAL DUE** | **$23,094.00** |

126240/205450
GGM:dac

Mailed To:      Stephen G. Hentschel
                Managing Director
                Gleacher & Company
                1290 Avenue of the Americas
                New York, NY 10580

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire: Citizens Bank; FBO Goodwin Procter LLP; Acct # 110782-319-3; ABA Routing # 0115-0012-0**
Wires sent from outside the United States should include SWIFT Code CTZIUS33.

GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109

T: 617.570.1000
F: 617.523.1231
goodwinprocter.com

_____

Fed. ID #:04-1378465
Invoice Number:    955091
Client Number:    126240

**Gleacher & Company**
**(4800 – Third Party Retention/Fee Application/Other Issues)**

December 21, 2011

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
November 30, 2011, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/12/11 | Haggerty, John | 0.5 | Attention to revising engagement letter and related matters (0.1); attention to email correspondence and related matters (0.2); attention to conflict check matters (0.2). |
| 11/01/11 | Harvey, Brian | 0.4 | Follow-up regarding retention issues. |
| 11/02/11 | Harvey, Brian | 0.3 | Follow-up regarding retention. |
| 11/14/11 | Harvey, Brian | 2.1 | Follow-up regarding retention issues (0.8); review docket regarding retention of professionals (0.8); confer with Mr. Haggerty regarding engagement letter (0.5). |
| 11/15/11 | Haggerty, John | 2.9 | Telephone conference with Gleacher team regarding Lehman engagement letter and attention to related matters (1.0); attention to email correspondence and related matters (0.5); review of engagement letter mark-up and attention to related matters (0.4); attention to revising agreement (1.0). |
| 11/15/11 | Harvey, Brian | 2.4 | Review/revise engagement letter (1.9); confer with Mr. Haggerty regarding same (0.5). |
| 11/16/11 | Haggerty, John | 0.8 | Attention to email correspondence and related matters (0.5); attention to bankruptcy matters (0.3). |
| 11/16/11 | Harvey, Brian | 2.0 | Revise affidavit and application (1.5); review conflict check and confer with Mr. Newcomb regarding same (0.3); confer with Mr. Haggerty (0.2). |

GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/17/11 | Haggerty, John | 3.6 | Attention to reviewing and revising engagement letter (2.4); attention to related matters (0.3); attention to email correspondence and related matters (0.5); attention to affidavit (0.4). |
| 11/17/11 | Harvey, Brian | 2.2 | Review/revise engagement letter and affidavit (1.9); confer with Mr. Haggerty (0.3). |
| 11/18/11 | Haggerty, John | 0.3 | Attention to email correspondence regarding engagement letter and related matters. |
| 11/18/11 | Harvey, Brian | 3.7 | Review/revise affidavit and application (2.4); correspondence with Messrs. Haggerty and Hentschel regarding same (0.6); call with Ms. Lewis regarding Gleacher Fund trading issues (0.7). |
| 11/18/11 | Newcomb, Christopher | 0.6 | Review prior fee applications of financial advisors (0.5); correspondence with Mr. Harvey regarding same (0.1). |
| 11/21/11 | Haggerty, John | 0.6 | Attention to bankruptcy application and affidavit and related matters (0.4); attention to related email correspondence (0.2). |
| 11/21/11 | Harvey, Brian | 2.5 | Review/revise retention papers (2.1); correspondence with Mr. Hertschel regarding same (0.4). |
| 11/22/11 | Haggerty, John | 0.3 | Attention to email correspondence regarding engagement letter and attention to related matters. |
| 11/22/11 | Harvey, Brian | 3.0 | Review/revise retention papers (2.3); call with Ms. Lewis regarding trading restrictions (0.5); confer with Mr. Newcomb regarding retention issues (0.2). |
| 11/23/11 | Harvey, Brian | 1.0 | Follow-up regarding retention papers. |
| 11/29/11 | Haggerty, John | 0.9 | Attention to email correspondence and related matters (0.3); telephone conferences with Mr. Hentschel and Mr. Harvey concerning Lehman engagement letter and attention to related matters (0.6). |
| 11/29/11 | Harvey, Brian | 0.6 | Call with Messrs. Haggerty and Hertschel regarding U.S. Trustee objection (0.6). |

# GOODWIN | PROCTER

| **Total Hours** | 30.7 | **Total Fees** | **$23,074.50** |
|---|---|---|---|

| **Matter Summary by Name** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Haggerty, John | 9.9 | $775.00 | $ 7,672.50 |
| Harvey, Brian | 20.2 | 750.00 | 15,150.00 |
| Newcomb, Christopher | 0.6 | 420.00 | 252.00 |
| **Total** | 30.7 | | **$23,074.50** |

| **Matter Disbursement Summary** | **Total** |
|---|---|
| Document Printing | $19.50 |
| **Total Disbursements** | **$19.50** |

| **Bill Summary** | |
|---|---|
| Total Fees | $23,074.50 |
| Total Disbursements | 19.50 |
| **Total Due** | **$23,094.00** |

126240/205450
GGM:dac

Mailed To:    Stephen G. Hentschel
              Managing Director
              Gleacher & Company
              1290 Avenue of the Americas
              New York, NY 10580

GOODWIN | PROCTER

Goodwin Procter LLP        T: 617.570.1000
Counselors at Law          F: 617.523.1231
Exchange Place             goodwinprocter.com
Boston, MA 02109

Fed. ID #:         04-1378465
Invoice Number:    961654
Client Number:     126240

**Gleacher & Company**
**(4800 – Third Party Retention/Fee Application/Other Issues)**

January 26, 2012

**FOR PROFESSIONAL SERVICES RENDERED** through
December 31, 2011.

|  |  |
|---|---|
|  | $44,122.50 |
| Disbursements | $0 |
| **TOTAL DUE** | **$44,122.50** |

126240/205450
GGM:dac

Mailed To:    Stephen G. Hentschel
              Managing Director
              Gleacher & Company
              1290 Avenue of the Americas
              New York, NY 10580

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire: Citizens Bank; FBO Goodwin Procter LLP; Acct # 110782-319-3; ABA Routing # 0115-0012-0**
Wires sent from outside the United States should include SWIFT Code CTZIUS33.

# GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109

T: 617.570.1000
F: 617.523.1231
goodwinprocter.com

---

Fed. ID #:04-1378465
Invoice Number:    961654
Client Number:    126240

**Gleacher & Company**
**(4800 – Third Party Retention/Fee Application/Other Issues)**

January 26, 2012

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
December 31, 2011, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/11 | Harvey, Brian | 0.1 | Monitor docket. |
| 12/02/11 | Harvey, Brian | 0.2 | Follow-up regarding retention affidavit. |
| 12/06/11 | Harvey, Brian | 0.4 | Correspondence with Ms. Lewis regarding restricted securities list. |
| 12/08/11 | Haggerty, John | 1.0 | Attention to Lehman engagement letter. |
| 12/08/11 | Stern, William | 0.5 | Telephone conference with Mr. Haggerty to discuss reasons why banking organizations may be motivated to sell real estate. |
| 12/08/11 | Harvey, Brian | 0.8 | Monitor docket (0.1); review U.S. Trustee objections to professionals (0.7). |
| 12/09/11 | Haggerty, John | 1.4 | Attention to email correspondence and related matters (0.3); attention to review of objections and related matters (0.2); attention to telephone conference with Mr. Hentschel, Mr. Shea, Ms. Lewis and Mr. Harvey and attention to related matters (0.9). |
| 12/09/11 | Menna, Gilbert | 0.8 | Attention to engagement letter issues (0.4); conference call with Mr. Grillo (0.3); email correspondence (0.1). |
| 12/09/11 | Harvey, Brian | 3.5 | Review U.S. Trustee and committee objections (1.6); calls with Messrs. Shea, Haggerty and Hentschel and Ms. Lewis regarding same (0.9); review Borders decision and precedent for supplemental affidavits (1.0). |

GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/11/11 | Haggerty, John | 0.8 | Conference call regarding engagement letter and attention to related matters (0.5); attention to email correspondence and related matters (0.3). |
| 12/11/11 | Menna, Gilbert | 1.3 | Attention to engagement letter (0.6); conference calls (0.5); email correspondence (0.2). |
| 12/12/11 | Haggerty, John | 0.7 | Attention to engagement letter matters. |
| 12/12/11 | Menna, Gilbert | 2.5 | Attention to comparison of Lazard and Gleacher engagement letters (1.0); email summary (0.8); conference calls with Messrs. Hentschel and Haggerty (0.7). |
| 12/12/11 | Harvey, Brian | 3.0 | Review U.S. Trustee objection (1.2); confer with Mr. Haggerty regarding same (0.5); review Lazard engagement letter (1.3). |
| 12/13/11 | Haggerty, John | 1.2 | Attention to email correspondence and related matters (0.3); conference call (0.9). |
| 12/13/11 | Menna, Gilbert | 1.6 | Attention to conference call (0.9); review disclosure and Creditors Committee objective (0.2); review objective of U.S. Trustee (0.5). |
| 12/13/11 | Harvey, Brian | 3.5 | Call with Messrs. Hentschel, Haggerty and Grillo regarding retention issues (0.9); begin draft of supplemental disclosure documents (2.6). |
| 12/14/11 | Haggerty, John | 0.4 | Attention to engagement letter matters (0.2); attention to telephone conference with Ms. Lewis and Mr. Harvey and attention to relate matters (0.2). |
| 12/14/11 | Menna, Gilbert | 1.6 | Attention to engagement letter (0.3); letters; conference calls (0.4); emails (0.3); etc. |
| 12/14/11 | Harvey, Brian | 2.8 | Review U.S. Trustee and committee objections (0.7); draft supplemental disclosure affidavit (1.8); call with Messrs. McDonagh and Haggerty and Ms. Lewis regarding same (0.3). |
| 12/15/11 | Haggerty, John | 0.4 | Attention to engagement letter matters. |
| 12/15/11 | Menna, Gilbert | 1.3 | Attention to engagement letter (0.4); conference calls (0.4); email correspondence (0.1); document review (0.4). |

# GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/15/11 | Harvey, Brian | 4.2 | Review/revise supplemental affidavit (3.8); follow-up with Ms. Lewis and Mr. Hentschel regarding response to U.S. Trustee and committee objections (0.4). |
| 12/16/11 | Haggerty, John | 0.7 | Attention to telephone conference and related matters (0.4); attention to email correspondence and related matters (0.3). |
| 12/16/11 | Menna, Gilbert | 1.2 | Attention to engagement letter (0.6); conference call (0.4); document review (0.2). |
| 12/16/11 | Harvey, Brian | 2.8 | Review Weil comments to Hentschel affidavit (1.2); calls with Mr. Hentschel regarding affidavit and settlement of certain objections (1.6). |
| 12/18/11 | Haggerty, John | 1.2 | Attention to bankruptcy filing and related matters (0.5); attention to telephone conference call with working group list and related matters (0.7). |
| 12/18/11 | Harvey, Brian | 3.1 | Review/revise draft of Weil response to UST and committee objections (2.3); call with Mr. Hentschel, Mr. Haggerty and Ms. Lewis regarding same (0.8). |
| 12/19/11 | Haggerty, John | 0.9 | Conference call with Gleacher team, Mr. Grillo and Mr. Harvey and attention to related matters. |
| 12/19/11 | Harvey, Brian | 4.3 | Efforts regarding finalizing response to retention objections and supplemental affidavit (3.4); call with Mr. Hentschel regarding Wednesday hearing (0.9). |
| 12/20/11 | Haggerty, John | 0.9 | Conference call with Gleacher team and Mr. Grillo and Mr. Harvey and attention to related matters (0.8); attention to email correspondence and attention to related matters (0.1). |
| 12/20/11 | Menna, Gilbert | 0.7 | Attention to matters relating to engagement letter (0.1); conference calls (0.5); emails (0.1). |
| 12/20/11 | Harvey, Brian | 3.7 | Calls with Mr. Hentschel regarding objections to Gleacher retention (0.9); review proposed settlement (2.8). |

# GOODWIN | PROCTER

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/21/11 | Menna, Gilbert | 1.3 | Attention to email correspondence with Mr. Grillo (0.2); attention to hearing regarding Gleacher engagement (1.0); conference calls (0.2); etc. |

| **Total Hours** | | **54.8** | **Total Fees** | **$44,122.50** |
|---|---|---|---|---|

| **Matter Summary by Name** | **Hours** | **Rate** | **Total** |
|----------------------------|-----------|----------|-----------|
| Haggerty, John | 9.6 | 775.00 | 7,440.00 |
| Harvey, Brian | 32.4 | 750.00 | 24,300.00 |
| Menna, Gilbert | 12.3 | 975.00 | 11,992.50 |
| Stern, William | 0.5 | 780.00 | 390.00 |
| **Total** | **54.8** | | **$44,122.50** |

## Bill Summary

| | |
|---|---|
| Total Fees | $44,122.50 |
| Total Disbursements | 0 |
| **Total Due** | **$44,122.50** |

126240/205450
GGM:dac

Mailed To:     Stephen G. Hentschel
               Managing Director
               Gleacher & Company
               1290 Avenue of the Americas
               New York, NY 10580

GOODWIN | PROCTER

Goodwin Procter LLP          T: 617.570.1000
Counselors at Law            F: 617.523.1231
Exchange Place               goodwinprocter.com
Boston, MA 02109

_____

Fed. ID #:          04-1378465
Invoice Number:     973967
Client Number:      126240

**Gleacher & Company**
**(4800 – Third Party Retention/Fee Application/Other Issues)**

**FOR PROFESSIONAL SERVICES RENDERED** through
March 6, 2012.

$5,008.00

Disbursements                                               $0
_____

**TOTAL DUE**                                          **$5,008.00**

126240/205450
GGM:jeb

Mailed To:       Stephen G. Hentschel
                 Managing Director
                 Gleacher & Company
                 1290 Avenue of the Americas
                 New York, NY 10580

**Please return this page with your remittance.  Thank you.**
**Payment due within 30 days.**

**Payment Instructions:**
**By Mail:  Goodwin Procter LLP; Exchange Place; 53 State Street; Boston, MA  02109**
**By Wire: Citizens Bank; FBO Goodwin Procter LLP; Acct # 110782-319-3; ABA Routing # 0115-0012-0**
Wires sent from outside the United States should include SWIFT Code CTZIUS33.

# GOODWIN | PROCTER

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109

T: 617.570.1000
F: 617.523.1231
goodwinprocter.com

_____

Fed. ID #:          04-1378465
Invoice Number:
Client Number:      126240

**Gleacher & Company**
**(4800 – Third Party Retention/Fee Application/Other Issues)**

**FOR PROFESSIONAL SERVICES RENDERED** for the period through
March 6, 2012, in connection with the following:

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/01/12 | Menna, Gilbert | 0.4 | Attention to miscellaneous matters regarding engagement letter (0.4). |
| 02/06/12 | Harvey, Brian | 0.7 | Conference with Mr. Newcomb regarding fee application (0.7). |
| 02/06/12 | Newcomb, Christopher | 0.3 | Review pleadings and local rules for procedures for filing fee applications in Lehman case (0.3). |
| 02/07/12 | Haggerty, John | 1.3 | Attention to Lehman engagement letter and related matters (1.3). |
| 02/07/12 | Harvey, Brian | 0.9 | Call with Mr. Shea and Ms. Lewis regarding fee application and related follow-up (0.9). |
| 02/14/12 | Haggerty, John | 0.5 | Telephone conference with Mr. Shea and Mr. Harvey and attention to related matters (0.5). |
| 02/14/12 | Harvey, Brian | 0.4 | Call with Mr. Shea regarding expense reimbursement (0.4). |
| 02/21/12 | Harvey, Brian | 0.3 | Call with Mr. Shea regarding reimbursement of expenses under engagement letter (0.3). |
| 02/28/12 | Harvey, Brian | 0.9 | Prepare monthly fee statement (0.9). |
| 03/06/12 | Harvey, Brian | 0.5 | Emails with Mr. Shea regarding fee statement. |

| **Total Hours** | | **6.2** | **Total Fees** | **$5,008.00** |
|---|---|---|---|---|

GOODWIN | PROCTER

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| Menna, Gilbert | 0.4 | $1,025.00 | $ 410.00 |
| Haggerty, John | 1.8 | 825.00 | 1,485.00 |
| Harvey, Brian | 3.7 | 800.00 | 2,960.00 |
| Newcomb, Christopher | 0.3 | 510.00 | 153.00 |
| **Total** | **6.2** | | **$5,008.00** |

**Bill Summary**

| | |
|---|---|
| Total Fees | $5,008.00 |
| Total Disbursements | 0 |
| **Total Due** | **$5,008.00** |

126240/205450
GGM:jeb

Mailed To:    Stephen G. Hentschel
              Managing Director
              Gleacher & Company
              1290 Avenue of the Americas
              New York, NY 10580