UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                              :

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

-------------------------------------------------------------------x

### FINAL FEE APPLICATION OF REILLY POZNER LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

SUMMARY SHEET PURSUANT TO UNITED STATES TRUSTEE GUIDELINES FOR
REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FILED UNDER 11 U.S.C. SECTION 330

Name of Applicant:                          Reilly Pozner LLP

Authorized to Provide Professional Services to:    Lehman Brothers Holdings Inc.

Date of Retention:                          August 2006 *nunc pro tunc*

Period for which compensation and
reimbursement are sought:                   January 19, 2009 to March 5, 2012

Fees Previously Requested:                  $8,900,831.00

Fees Previously Awarded:                    $8,038,361.57

Fees Remaining Unpaid:                      $585,412.02

Expenses Previously Requested:              $814,929.41

Expenses Previously Awarded:                $754,282.23

Expenses Remaining Unpaid:                  $59,753.77

Total of Final Fees and Expenses Sought     $645,165.79[1]
as actual, reasonable and necessary[2]

This is a(n):        ___ Monthly  ___ Interim        __X__ Final Application

---

[1] Fees and expenses requested are previously disputed fees and hold back amounts not yet paid. The final amount
reflects Stipulated reductions of $277,027.41.
[2] RP timely filed interim applications with the Court which detail the amount of fees and expenses requested for
each respective period.

2

795034

### Reilly Pozner - Final Fee Application Summary

| Application Period covered | Value of Fees | Value of Expenses | Fees Requested | Expenses Requested | Fees Paid | Expenses Paid | RP Agreed Deduction | Disputed Fees/Exp |
|---|---|---|---|---|---|---|---|---|
| First Interim 9/15/08 - 1/31/09 | $512,726.50 | $33,888.61 | $464,631.00 | $33,888.11 | $461,667.56 | $33,888.11 | $2,963.44 | $0.00 |
| Second Interim 2/1/09 - 5/31/09 | $462,136.00 | $74,899.82 | $447,802.00 | $74,899.82 | $441,873.52 | $74,755.31 | $6,072.99 | $0.00 |
| Third Interim 6/1/09 - 9/30/09 | $624,456.50 | $86,725.69 | $616,286.00 | $86,009.37 | $593,115.36 | $31,927.11 | $9,639.18 | $67,613.72 |
| Fourth Interim 10/1/09 - 1/31/10 | $737,627.50 | $62,089.90 | $710,528.00 | $62,023.14 | $678,111.42 | $62,023.14 | $9,743.91 | $22,672.67 |
| Fifth Interim 2/1/10 - 5/31/10 | $1,084,528.50 | $113,127.60 | $1,068,857.50 | $113,127.60 | $999,282.00 | $113,127.60 | $30,420.25 | $39,155.25 |
| Sixth Interim 6/1/10 - 9/30/10 | $1,414,123.50 | $102,944.58 | $1,408,852.00 | $102,855.36 | $1,328,796.27 | $102,855.36 | $80,055.73 | $0.00 |
| Seventh Interim 10/1/10 - 1/31/11 | $1,421,564.00 | $128,810.00 | $1,419,957.50 | $128,810.00 | $1,368,691.25 | $128,810.00 | $51,266.25 | $0.00 |
| Eighth Interim 2/1/11 - 5/31/11 | $1,174,305.00 | $88,819.63 | $1,171,284.50 | $88,819.63 | $937,035.20 | $88,819.63 | $62,806.22 | $171,443.08 |
| Ninth Interim 6/1/11 - 9/30/11 | $911,962.00 | $60,499.46 | $869,985.50 | $60,499.30 | $696,134.51 | $60,499.30 | $24,059.44 | $149,791.55 |
| Tenth Interim 10/1/11 - 3/5/12 | $757,865.00 | $63,124.12 | $722,647.00 | $63,073.67 | $533,654.48 | $57,576.67 | $0.00 | $194,489.52 |
| Totals: | $9,101,294.50 | $814,929.41 | $8,900,831.00 | $814,006.00 | $8,038,361.57 | $754,282.23 | $277,027.41 | $645,165.79 |

## 2009 SUMMARY OF SERVICES BY PROFESSIONAL FOR ALL MATTERS

| PROFESSIONAL NAME | TITLE | YEARADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|---|
| Wendy B. Fisher | Partner | 1996 (CO) | 1.40 | 425.00 | 595.00 |
| Anthony L. Giacomini | Partner | 1995 (CO) | 3.90 | 425.00 | 1,657.50 |
| Jason M. Lynch | Partner | 2003 (MA) 2004 (NY) | 24.00 | 310.00 | 7,440.00 |
| Kent C. Modesitt | Partner | 1999 (CO) | 255.70 | 375.00 | 95,887.50 |
| Larry S. Pozner | Partner | 1973 (CO) | 3.50 | 500.00 | 1,750.00 |
| Daniel M. Reilly | Partner | 1981 (CO) | 2.60 | 500.00 | 1,300.00 |
| Michael A. Rollin | Partner | 2003 (CO) 2007 (CA) 2010 (NY) | 162.10 | 375.00 | 60,787.50 |
| Kyle C. Velte | Partner | 1999 (CO) | 243.00 | 350.00 | 85,050.00 |
| Malia Arrington | Associate | 2003 (CO) | 6.40 | 310.00 | 1,984.00 |
| Mark Bailey | Associate | 2005 (CO) | 250.40 | 290.00 | 72,616.00 |
| Farrell Carfield | Associate | 2006 (CO) | 27.10 | 250.00 | 6,775.00 |
| Caleb Durling | Associate | 2007 (CO) | 25.30 | 240.00 | 6,072.00 |
| Molly Ferrer | Associate | 2006 (CO) | 2.70 | 250.00 | 675.00 |
| Marisa Hudson-Arney | Associate | 2001 (CO) | 114.00 | 310.00 | 35,340.00 |
| Clare S. Pennington | Associate | 2006 (CO) | 0.90 | 250.00 | 225.00 |
| Glenn Roper | Associate | 2007 (CO) | 234.60 | 290.00 | 68,034.00 |
| Katie A. Roush | Associate | 2007 (CO) | 592.10 | 240.00 | 142,104.00 |
| Matthew D. Spohn | Associate | 2001 (CO) | 1,357.80 | 310.00 | 420,918.00 |
| Lindsay A. Unruh | Associate | 2004 (CO) | 89.20 | 290.00 | 25,868.00 |
| Echo Ryan | Staff Attorney | 2007 (CO) | 979.60 | 200.00 | 195,920.00 |
| Jennifer J. Bulmer | Paralegal | N/A | 921.30 | 170.00 | 156,621.00 |
| Mitzi G. Burkitt | Paralegal | N/A | 1.50 | 190.00 | 285.00 |

## 2009 SUMMARY OF SERVICES BY PROFESSIONAL FOR ALL MATTERS

| PROFESSIONAL NAME | TITLE | YEARADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|---|
| Kenneth H. Nakamura | Paralegal | N/A | 191.00 | 105.00 | 20,055.00 |
| Camilla O'Keefe | Administration | N/A | 35.80 | 150.00 | 5,370.00 |
| Michelle O'Neill | Paralegal | N/A | 5.60 | 170.00 | 952.00 |
| Kathleen M. Porter | Paralegal | N/A | 1,607.80 | 170.00 | 273,326.00 |
| Sonia N. Siewert | Paralegal | N/A | 70.00 | 100.00 | 7,000.00 |
| Larry Walsh | Paralegal | N/A | 287.90 | 85.00 | 24,471.50 |
| Elizabeth A. Wimmer | Paralegal | N/A | 4.80 | 180.00 | 864.00 |
| Mainak D'Attaray | Law Clerk | N/A | 97.30 | 120.00 | 11,676.00 |
| Zachary Mountin | Law Clerk | N/A | 15.60 | 120.00 | 1,872.00 |
| Rebecca Rizzuti | Law Clerk | N/A | 15.70 | 120.00 | 1,884.00 |
| Jenny Van | Law Clerk | N/A | 5.50 | 120.00 | 660.00 |
| Alejandra Duflos | Administration | N/A | 115.50 | 70.00 | 8,085.00 |
| Lisa K. Hunter | Administration | N/A | 17.00 | 70.00 | 1,190.00 |
| Ann L. Romanelli | Administration | N/A | 5.10 | 70.00 | 357.00 |
| Meranda Vieyra-Blass | Administration | N/A | 3.10 | 70.00 | 217.00 |
| | | | **7,776.80** | | **$1,745,884.00** |

## 2010 SUMMARY OF SERVICES BY PROFESSIONAL FOR ALL MATTERS

| PROFESSIONAL NAME | TITLE | YEARADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|---|
| Anthony L. Giacomini | Partner | 1995 (CO) | 285.00 | 425.00 | 121,125.00 |
| Jason M. Lynch | Partner | 2003 (MA) 2004 (NY) | 127.90 | 350.00 | 44,765.00 |
| Larry S. Pozner | Partner | 1973 (CO) | 0.20 | 550.00 | 110.00 |
| Daniel M. Reilly | Partner | 1981 (CO) | 8.80 | 550.00 | 4,755.00 |
| Michael A. Rollin | Partner | 2003 (CO) 2007 (CA) 2010 (NY) | 390.30 | 375.00 | 146,362.50 |
| Kyle C. Velte | Partner | 1999 (CO) | 608.70 | 350.00 | 213,045.00 |
| Malia Arrington | Associate | 2003 (CO) | 251.30 | 325.00 | 81,672.50 |
| Mark Bailey | Associate | 2005 (CO) | 245.00 | 300.00 | 73,500.00 |
| Farrell Carfield | Associate | 2006 (CO) | 141.40 | 300.00 | 42,420.00 |
| Caleb Durling | Associate | 2007 (CO) | 127.20 | 260.00 | 33,072.00 |
| Molly Ferrer | Associate | 2006 (CO) | 3.80 | 300.00 | 1,140.00 |
| Amy R. Gray | Associate | 2009 (CO) | 27.70 | 240.00 | 6,648.00 |
| Marisa Hudson-Arney | Associate | 2001 (CO) | 1,261.60 | 325.00 | 410,020.00 |
| Michael T. Kotlarczyk | Associate | 2008 (IL) 2011 (CO) | 11.60 | 250.00 | 2,900.00 |
| Glenn Roper | Associate | 2007 (CO) | 325.20 | 300.00 | 97,472.00 |
| Katie A. Roush | Associate | 2007 (CO) | 659.40 | 260.00 | 171,444.00 |
| Matthew D. Spohn | Associate | 2001 (CO) | 1,423.10 | 325.00 | 462,507.50 |
| Sam S. Bacon | Staff Attorney | 2009 (CO) | 335.60 | 200.00 | 67,120.00 |
| Chandler Kelley | Staff Attorney | 2009 (CO) | 989.20 | 200.00 | 131,465.00 |
| Ellie Lockwood | Staff Attorney | 2011 (CO) | 74.00 | 120.00 | 8,880.00 |
| Ryann B. MacDonald | Staff Attorney | 2009 (CO) | 1,191.20 | 200.00 | 238,240.00 |
| Kelly R. March | Staff Attorney | 2009 (CO) | 1,336.20 | 200.00 | 267,240.00 |

## 2010 SUMMARY OF SERVICES BY PROFESSIONAL FOR ALL MATTERS

| PROFESSIONAL NAME | TITLE | YEARADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|---|
| Ty McKinstry | Staff Attorney | 2009 (CO) | 306.50 | 200.00 | 61,300.00 |
| Michael P. Robertson | Staff Attorney | 2009 (CO) | 115.50 | 75.00 | 8,662.50 |
| Echo Ryan | Staff Attorney | 2007 (CO) | 117.80 | 200.00 | 23,560.00 |
| Sage Schoenfeld | Staff Attorney | 2009 (CO) | 133.90 | 225.00 | 30,127.50 |
| Michael Thompson | Staff Attorney | 2009 (CO) | 11.50 | 75.00 | 862.50 |
| Chad Johnson | Document Reviewer | 2010 (CO) | 46.00 | 75.00 | 3,450.00 |
| Keenan E. Lorenz | Document Reviewer | 2009 (CO) | 58.90 | 75.00 | 4,417.50 |
| Jennifer J. Bulmer | Paralegal | N/A | 1,402.80 | 180.00 | 252,504.00 |
| Shannon L. Coggins | Paralegal | N/A | 950.70 | 105.00 | 99,823.50 |
| Shanon R. DeBelle | Paralegal | N/A | 17.40 | 170.00 | 2,958.00 |
| Amanda Makin | Paralegal | N/A | 34.20 | 75.00 | 2,565.00 |
| Kenneth H. Nakamura | Paralegal | N/A | 146.70 | 110.00 | 16,137.00 |
| Michelle O'Neill | Paralegal | N/A | 17.40 | 180.00 | 3,132.00 |
| Kathleen M. Porter | Paralegal | N/A | 1,357.90 | 180.00 | 244,422.00 |
| Larry Walsh | Paralegal | N/A | 697.10 | 95.00 | 66,034.50 |
| Elizabeth A. Wimmer | Paralegal | N/A | 523.00 | 190.00 | 99,370.00 |
| Diane Casebeer | Contract Paralegal | N/A | 138.40 | 90.00 | 12,456.00 |
| Lori Christensen | Contract Paralegal | N/A | 26.20 | 90.00 | 2,358.00 |
| Linda King | Contract Paralegal | N/A | 183.80 | 90.00 | 16,542.00 |
| Raul Chacon | Law Clerk | N/A | 16.90 | 120.00 | 2,028.00 |
| Anna Dronzek | Law Clerk | N/A | 74.10 | 120.00 | 8,892.00 |
| Nefertari Kirkman-Bey | Law Clerk | N/A | 29.00 | 120.00 | 3,480.00 |

## 2010 SUMMARY OF SERVICES BY PROFESSIONAL FOR ALL MATTERS

| PROFESSIONAL NAME | TITLE | YEARADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|---|
| Logan Martin | Law Clerk | N/A | 0.40 | 120.00 | 48.00 |
| Zachary Mountin | Law Clerk | N/A | 24.20 | 120.00 | 2,904.00 |
| Brent Owen | Law Clerk | N/A | 11.50 | 120.00 | 1,380.00 |
| Haley M. Carmer | Administration | N/A | 142.20 | 30.00 | 4,266.00 |
| Brett A. Colyer | Administration | N/A | 159.80 | 75.00 | 11,985.00 |
| Alejandra Duflos | Administration | N/A | 128.50 | 70.00 | 8,995.00 |
| Lisa K. Hunter | Administration | N/A | 32.00 | 70.00 | 2,240.00 |
| Kelli C. Kosmatka | Administration - IT | N/A | 55.20 | 190.00 | 10,488.00 |
| Colin P. Pitet | Administration - IT | N/A | 36.70 | 190.00 | 6,973.00 |
| Scott D. Shadler | Administration - IT | N/A | 3.00 | 190.00 | 570.00 |
| | | | 16,823.60 | | $3,640,834.50 |

## 2011 SUMMARY OF SERVICES BY PROFESSIONAL FOR ALL MATTERS

| PROFESSIONAL NAME | TITLE | YEARADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|---|
| Anthony L. Giacomini | Partner | 1995 (CO) | 6.20 | 450.00 | 2,790.00 |
| Jason M. Lynch | Partner | 2003 (MA) 2004 (NY) | 57.50 | 385.00 | 22,137.50 |
| Kent C. Modesitt | Partner | 1999 (CO) | 36.10 | 425.00 | 15,342.50 |
| Daniel M. Reilly | Partner | 1981 (CO) | 0.40 | 575.00 | 230.00 |
| Michael A. Rollin | Partner | 2003 (CO) 2007 (CA) 2010 (NY) | 481.50 | 400.00 | 192,600.00 |
| Kyle C. Velte | Partner | 1999 (CO) | 207.20 | 375.00 | 77,700.00 |
| Malia Arrington | Associate | 2003 (CO) | 48.90 | 325.00 | 15,892.50 |
| Caleb Durling | Associate | 2007 (CO) | 81.90 | 300.00 | 24,570.00 |
| Amy R. Gray | Associate | 2009 (CO) | 134.70 | 250.00 | 33,675.00 |
| Olayinka L. Hamza | Associate | 2011 (NY) | 28.40 | 250.00 | 7,100.00 |
| Marisa Hudson-Arney | Associate | 2001 (CO) | 605.20 | 350.00 | 211,820.00 |
| Laurie G. Jaeckel | Associate | 2009 (CO) | 42.20 | 250.00 | 10,550.00 |
| Michael T. Kotlarczyk | Associate | 2008 (IL) 2011 (CO) | 299.80 | 250.00 | 74,950.00 |
| Glenn Roper | Associate | 2007 (CO) | 87.30 | 325.00 | 28,372.50 |
| Katie A. Roush | Associate | 2007 (CO) | 884.90 | 300.00 | 265,470.00 |
| Matthew D. Spohn | Associate | 2001 (CO) | 1,422.80 | 350.00 | 497,980.00 |
| Sam S. Bacon | Staff Attorney | 2009 (CO) | 1,053.00 | 200.00 | 210,600.00 |
| Chandler Kelley | Staff Attorney | 2009 (CO) | 1,293.90 | 225.00 | 291,127.50 |
| Ellie Lockwood | Staff Attorney | 2011 (CO) | 14.80 | 120.00 | 1,776.00 |
| Ryann B. MacDonald | Staff Attorney | 2009 (CO) | 394.90 | 225.00 | 88,852.50 |
| Kelly R. March | Staff Attorney | 2009 (CO) | 342.90 | 225.00 | 77,152.50 |
| Ty McKinstry | Staff Attorney | 2009 (CO) | 325.70 | 200.00 | 65,140.00 |

## 2011 SUMMARY OF SERVICES BY PROFESSIONAL FOR ALL MATTERS

| PROFESSIONAL NAME | TITLE | YEARADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|---|
| Jennifer J. Bulmer | Paralegal | N/A | 1,040.20 | 190.00 | 197,638.00 |
| Shannon L. Coggins | Paralegal | N/A | 1,235.20 | 115.00 | 142,048.00 |
| Kenneth H. Nakamura | Paralegal | N/A | 245.90 | 115.00 | 28,278.50 |
| Michelle O'Neill | Paralegal | N/A | 2.40 | 190.00 | 456.00 |
| Kathleen M. Porter | Paralegal | N/A | 864.20 | 190.00 | 164,198.00 |
| Larry Walsh | Paralegal | N/A | 497.10 | 95.00 | 47,224.50 |
| Elizabeth A. Wimmer | Paralegal | N/A | 2.30 | 200.00 | 460.00 |
| Diane Casebeer | Contract Paralegal | N/A | 107.00 | 90.00 | 9,630.00 |
| Linda King | Contract Paralegal | N/A | 131.40 | 90.00 | 11,826.00 |
| Kyle Loving | Contract Paralegal | N/A | 19.10 | 150.00 | 2,865.00 |
| Shahar A. Atary | Law Clerk | N/A | 44.20 | 120.00 | 5,304.00 |
| John Dwyer | Law Clerk | N/A | 3.30 | 120.00 | 396.00 |
| Surbhi Garg | Law Clerk | | 2.00 | 120.00 | 240.00 |
| Mark D. Gibson | Law Clerk | | 4.40 | 120.00 | 528.00 |
| Sara Hildebrand | Law Clerk | N/A | 3.80 | 120.00 | 456.00 |
| Joshua D. Norcross | Law Clerk | N/A | 20.00 | 120.00 | 2,400.00 |
| Sam J. Seiberling | Law Clerk | N/A | 7.50 | 120.00 | 900.00 |
| Haley M. Carmer | Administration | N/A | 4.50 | 30.00 | 135.00 |
| Alejandra Duflos | Administration | N/A | 16.00 | 70.00 | 1,120.00 |
| Lisa K. Hunter | Administration | N/A | 28.00 | 70.00 | 1,960.00 |
| Kelli C. Kosmatka | Administration - IT | N/A | 2.20 | 190.00 | 418.00 |
| Colin P. Pitet | Administration - IT | N/A | 128.40 | 190.00 | 24,396.00 |

## SUMMARY OF SERVICES BY PROFESSIONAL FOR ALL MATTERS

| PROFESSIONAL NAME | TITLE | YEARADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|---|
| Scott D. Shadler | Administration - IT | N/A | 1.20 | 190.00 | 228.00 |
| | | | **12,260.50** | | **$2,858,933.50** |

## 2012 (1/1/12 - 3/5/12) SUMMARY OF SERVICES BY PROFESSIONAL FOR ALL MATTERS

| PROFESSIONAL NAME | TITLE | YEARADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|---|
| Sean Connelly | Partner | 1983 (DC) 2002 (CO) | 5.20 | 600.00 | 3,120.00 |
| Michael A. Rollin | Partner | 2003 (CO) 2007 (CA) 2010 (NY) | 114.50 | 510.00 | 58,395.00 |
| Caleb Durling | Associate | 2007 (CO) | 14.50 | 340.00 | 4,930.00 |
| Marisa Hudson-Arney | Associate | 2001 (CO) | 28.50 | 385.00 | 10,972.50 |
| Michael T. Kotlarczyk | Associate | 2008 (IL) 2011 (CO) | 1.00 | 285.00 | 285.00 |
| John M. McHugh | Associate | 2010 (NY) | 17.70 | 285.00 | 5,044.50 |
| Katie A. Roush | Associate | 2007 (CO) | 138.80 | 340.00 | 47,192.00 |
| Matthew D. Spohn | Associate | 2001 (CO) | 185.00 | 385.00 | 71,225.00 |
| Lindsay A. Unruh | Associate | 2004 (CO) | 0.00 | 385.00 | 0.00 |
| Sam S. Bacon | Staff Attorney | 2009 (CO) | 0.10 | 225.00 | 22.50 |
| Chandler Kelley | Staff Attorney | 2009 (CO) | 121.20 | 225.00 | 27,270.00 |
| Jennifer J. Bulmer | Paralegal | N/A | 268.30 | 200.00 | 53,660.00 |
| Shannon L. Coggins | Paralegal | N/A | 160.80 | 150.00 | 24,120.00 |
| Kenneth H. Nakamura | Paralegal | N/A | 17.70 | 130.00 | 2,301.00 |
| Kathleen M. Porter | Paralegal | N/A | 83.30 | 200.00 | 16,660.00 |
| Larry Walsh | Paralegal | N/A | 50.10 | 110.00 | 5,511.00 |
| Elizabeth A. Wimmer | Paralegal | N/A | 2.40 | 220.00 | 528.00 |
| William R. Reed | Law Clerk | | 16.80 | 120.00 | 2,016.00 |
| Randy Robinson | Law Clerk | N/A | 17.30 | 120.00 | 2,076.00 |
| Jessica Smith | Law Clerk | N/A | 1.90 | 120.00 | 228.00 |
| Casey C. Mogavero | Administration | N/A | 23.30 | 50.00 | 1,165.00 |
| Colin P. Pitet | Administration - IT | N/A | 16.30 | 200.00 | 3,260.00 |

## 2012 (1/1/12 – 3/5/12) SUMMARY OF SERVICES BY PROFESSIONAL FOR ALL MATTERS

| PROFESSIONAL NAME TITLE | YEARADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|
| | | 1,284.70 | | $ 339,981.50 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                          :

In re                             :      Chapter 11 Case No.
                                            :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :      08-13555 (JMP)
                                            :

                    Debtors.    :      (Jointly Administered)
                                            :
                                          :
-----------------------------------------------------------------x

## FINAL FEE APPLICATION OF REILLY POZNER LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

Reilly Pozner LLP ("RP"), special counsel for Lehman Brothers Holdings Inc. ("LBHI") and certain of its direct and indirect subsidiaries, as debtors and debtors in possession here (collectively, the "Debtors"), submits this Final Fee Application for compensation and reimbursement of expenses (the "Application") seeking the entry of an Order pursuant to 11 U.S.C. §§330 AND 331 awarding compensation and expenses to RP for the period of January 19, 2009 through and including March 5, 2012 (the "Application Period") of $8,900,831.00 in compensation and $814,929.41 for actual expenses, in accordance with the Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals dated April 14, 2011 (Docket No. 15997) (the "Monthly Compensation Order"), and granting related relief, and respectfully sets forth and represents as follows:

      1.     This Application is made pursuant to 11 U.S.C. §§105, 330 and 331 and the Monthly Compensation Order.

      2.     By order dated January 28, 2009 (Docket No. 2680), RP was retained by the Debtors as special counsel, effective *nunc pro tunc*, effective as of the Commencement Date, to

5

(i) prosecute loss recovery litigation and/or pre-filing settlement negotiations against sellers of mortgage loans on the secondary market and ancillary matters arising in such lawsuits; (ii) act as national coordinating counsel in nationwide loss recovery litigation; and (iii) representing the Debtors in connection with proofs of claims relating to the purchase, sale, or other transfer of mortgage loans.

## Background

3.    Commencing on September 15, 2008 and periodically thereafter (as applicable, the "Commencement Date"), LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to §§1107(a) and 1108 of the Bankruptcy Code.

4.    On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to §1102 of the Bankruptcy Code (the "Creditors Committee").

5.    On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI"). A trustee appointed under SIPA is administering LBI's estate.

6.    This Court has subject matter jurisdiction to consider and determine this matter pursuant to 28 U.S.C. § 1334, and the Order of Reference of the United States District Court for the Southern District of New York, dated July 10, 1984 (Ward, Acting C.J.). This Court is the proper venue for this proceeding in accordance with 28 U.S.C. § 1409.

6

795034

### The Application

7.    This Application is made pursuant to 11 U.S.C. §§105, 330 and 331, the Monthly

Compensation Order, and the Memorandum issued by Godfrey Kahn dated March 7, 2012.

8.    RP is a litigation firm of 30 attorneys, that, in this matter:

(i) prosecutes loss recovery litigation and/or pre-filing settlement negotiations against

sellers of mortgage loans on the secondary market and ancillary matters arising in such lawsuits;

(ii) acts as national coordinating counsel in nationwide loss recovery litigation; (iii) represents

Debtors in connection with proofs of claims relating to the purchase, sale, or other transfer and

servicing of mortgage loans.    RP has extensive knowledge and experience in residential

mortgage-backed securities ("RMBS") and secondary market litigation, and has represented

Debtors and their affiliates in these types of matters since 2006.    The firm has significant

experience in the coordination and prosecution of national litigation strategies, including for

Debtors and their affiliates.

9.    RP has represented LBHI, directly or through its subsidiary Aurora Loan

Services, LLC, since 2006 in loss recovery litigation.    During that time, RP has represented

LBHI and its affiliates in state and federal court litigation in several states and has overseen and

coordinated the efforts of local and regional counsel.    Over the course of its representation of the

Debtors and their affiliates, RP has become familiar with the relevant business personnel and

operations, as well as the legal matters described in this Application.

10.    RP has opened a file bearing a separate client number for the Debtors.    The

Debtor's client number is 7331.    All time and disbursements are billed to independent matters

within the general client number.

11.    This Final Application for fees and expenses addresses the unpaid, contested

and/or outstanding fees and expenses remaining.    Each Interim Application includes schedules of

7

795034

RP professionals and paraprofessionals who performed services for the Debtors during the

Compensation Period, the capacity in which each such individual was employed by RP, the legal

department and discipline in which each individual practiced, the hourly billing rate charged by

RP for services performed by such individual, and the aggregate number of hours expended by

each individual in the performance of services on behalf of the Debtors and the charges billed

therefore. The Interim Applications describe in great detail the extensive services performed

during each interim period. The schedules attached to the Interim Applications categorize such

services using descriptive project categories as requested by the Debtors, the Office of the

United States Trustee for Region 2 (the "U.S. Trustee") and the fee committee appointed in

these cases (the "Fee Committee"). The Interim Applications also include schedules specifying

the categories of expenses for which RP is seeking reimbursement and the total amount for

each such expense category. Copies of voluminous, detailed time and itemized expense records

were furnished to the Debtors, the Court, the attorneys for the Official Committee of

Unsecured Creditors (the "Creditors' Committee"), the U.S. Trustee, and the Fee Committee.

The Interim Applications and the various affidavits filed in support of RP's retention are

incorporated by reference as if set forth fully herein.

### Professional Services Rendered

12.     To date in this case, RP has been asked to assist the Debtors in mortgage loan-

related litigation.  Specifically, RP has researched, prepared, filed, litigated, and/or settled cases

on behalf of Debtors against counterparties to purchases and sales of mortgage loans on the

secondary mortgage market and mortgage securitizations; coordinated and supervised such

litigation prosecuted by local and regional counsel; and administered the overall litigation effort.

RP has also provided consulting services with Weil Gotshal & Manges LLP ("WGM") and

8

Alvaraz & Marsal ("A&M)" on transactions, litigation, and restructuring issues touching on Debtors' purchase, sale, servicing, and securitization of residential mortgage loans.

13.     RP regularly maintains records of time expended in the rendition of all professional services and records of costs and expenses incurred on behalf of the Debtors. These records were made substantially concurrent with the rendition of the professional services. All such records are available for inspection.

14.     In addition to the services rendered above, RP also prepared monthly fee statements, and kept itself appraised of general issues in the case through review of the case docket and pleadings filed, and communications with WGM, as needed for the effective administration of the litigation.

15.     The foregoing services performed by RP were necessary and appropriate to the effective and efficient administration of the RMBS and secondary market litigation. The professional services performed by RP were in the best interests of Debtors, their creditors, and other parties in interest and were provided without unnecessary duplication of effort or expense. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. The professional services were performed with expedition and in an efficient manner.

## The Requested Compensation Should Be Allowed

16.     "[R]easonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses" may be allowed to professionals retained pursuant to section 327 of the Bankruptcy Code. 11 U.S.C. § 330(a)(1); *In re Value City Holdings, Inc.*, 436 B.R. 300, 304 (Bankr. S.D.N.Y. 2010) ("Under the Bankruptcy Code, a debtor or a committee may seek court approval to 'employ one or more . . . professional persons' to assist in the administration of its estate. These professionals may then seek compensation in

9

accordance with the standards set forth in section 330(a) of the Bankruptcy Code." (quoting 11

U.S.C. §§ 327(a), 328(a), 1103(a))).

17.      "Section 330 authorizes the bankruptcy court to award the retained professional

'reasonable compensation' based on an after-the-fact consideration of 'the nature, the extent, and

the value of such services, taking into account all relevant factors.'" *In re Smart World*

*Technologies, LLC*, 552 F.3d 228, 232 (2d Cir. 2009) (quoting 11 U.S.C. 330(a)). While the

aggregate amount of RP's fees and expenses is substantial, it is a product of, and directly related

to the substantial RMBS-related claims, the complexity of the issues addressed in these chapter 11

cases and the skill, time and effort required to address the myriad issues that arose in connection

with their administration. In this District, courts generally apply the "lodestar" test to determine

whether a professional's fees are reasonable under section 330 of the Bankruptcy Code. *See In re*

*Tyson*, 2005 WL 3789356*4 (Bankr. S.D.N.Y. 2005); *see also Goldberger v. Integrated*

*Resources, Inc.,* 209 F.3d 43, 50 (2d Cir. 2000) ("[T]he lodestar approach is an accepted but nor

exclusive methodology in common fund cases."). The lodestar test, which was developed by the

United States Supreme Court in *Blum v. Stenson*, 465 U.S. 886 (1984), provides that an

attorney's fees are *prima facie* reasonable if they are the product of a reasonable number of hours

multiplied by a reasonable billing rate. *Tyson* at *4.

18.      RP's requested compensation is consistent with the governing standard in this

Circuit and is more than reasonable under section 330 of the Bankruptcy Code. As set forth in

the Interim Applications, RP's hourly charges in these chapter 11 cases are the same rates RP

charges for services performed in comparable matters and are based on the customary

compensation charged by comparably skilled practitioners. Further, RP's services, the majority

of which were provided by a core team of professionals and staff intimately familiar with the

10

Debtors' RMBS and secondary market transactions, were provided in a highly efficient and timely manner.

19.    The compensation requested by RP must be considered in the context of the substantial RMBS and secondary market issues present in the chapter 11 cases. RP analyzed, litigated, and/or settled hundreds of repurchase and indemnity claims against secondary market counterparties including loan purchasers and sellers, securitization trustees, government sponsored entities. RP was and remains responsible for more than $70 billion in claims filed against debtors. As a percentage of administered assets and recoveries, RP's requested compensation is well within the range of fairness and reasonableness.

20.    In the instant cases, RP respectfully submits that the professional services and the expenditures for which it seeks reimbursement in this Application were, at the time rendered, believed to be necessary for and beneficial to the Debtors and their chapter 11 estates. Accordingly, RP further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Debtors, their estates, and all parties in interest.

21.    All services for which compensation and reimbursement of expenses are requested by RP were performed for and on behalf of the Debtors. No agreement or understanding exists between RP and any other person for the sharing of compensation to be received for the services rendered in connection with RP's representation of the Debtors, and no action prohibited by §504 of the Bankruptcy Code has been, or will be, made by RP.

22.    No previous application or motion for the relief requested herein has been made to this or any other Court.

### Conclusion

23.    Based on the foregoing, RP respectfully submits that the services rendered in the instant case during the Final Application Period have been efficient and effective. RP will

11

continue to (i) represent the Debtors in prosecuting loss recovery litigation and/or pre-filing settlement negotiations against sellers of mortgage loans on the secondary market and ancillary matters arising in such lawsuits; (ii) act as national coordinating counsel in nationwide loss recovery litigation; and (iii) represent the Debtors in connection with proofs of claims relating to the purchase, sale, or other transfer of mortgage loans.  As previously stated, RP seeks (i) an award of fees in the amount of $8,900,831.00 and expenses in the amount of $814,929.41, all incurred between January 19, 2009 and March 5, 2012; (ii) authorization for the Debtors to pay those amounts.

WHEREFORE, RP respectfully requests that this Court enter an Order consistent with the relief requested herein for such other and further relief as the Court deems just and proper.

DATED: July 5, 2012

Respectfully submitted,

Michael A. Rollin
REILLY POZNER LLP
511 Sixteenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 893-6100
Facsimile:  (303) 893-6110
mrollin@rplaw.com

12

795034

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :        **08-13555 (JMP)**
                                                    :
                                    Debtors.         :        **(Jointly Administered)**
                                                    :
                                                    :
-------------------------------------------------------------------x

## CERTIFICATION OF MICHAEL A. ROLLIN

Michael A. Rollin, a member of the firm of Reilly Pozner LLP, ("Applicant"), attorneys

authorized to provide legal services as Special Counsel to Lehman Brothers Holdings, Inc.

("LBHI"), and its affiliated debtors in the above referenced chapter 11 cases pursuant to an order

of this Court.  This certification is made in support of the Final Fee Application of Reilly Pozner

LLP (the "Application") and in compliance with Rule 2016(a) and with the United States

Trustee's Guidelines for Review Applications for Compensation and Reimbursement of

Expenses Filed Under 11 U.S.C. § 330.

I have read the Application and I certify that the Application substantially complies with

the Rule and the Guidelines.

DATED:  July 5, 2012

_____
Michael A. Rollin
REILLY POZNER LLP
511 Sixteenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 893-6100
Facsimile:  (303) 893-6110
mrollin@rplaw.com

13

795034