# EXHIBIT B

### Summary of Expenses

| Category | Total |
|---|---|
| Official Records Search | $730.14 |
| Transcripts | $7,038.86 |
| Filing Fees | $150.00 |
| Professional Investigative Services | $773,719.07 |
| Automated Research | $7,318.62 |
| Local Transportation | $786.77 |
| Business Meals | $1,292.94 |
| Document Reproduction | $3,276.75 |
| Document Delivery | $2,160.22 |
| Telephone | $11.52 |
| Mailing Charges | $6.68 |
| Facsimile | $16.22 |
| Total | $796,507.79 |
| Reductions[2] | $40,278.50 |
| GRAND TOTAL | $756,229.29 |

---

[2] "Reductions" mean voluntary reductions in fees and expenses taken by KBT&F and reductions negotiated with the Fee Committee and set forth in stipulations filed with the Court (Docket Nos. 18979, 24218, 27654, 28947).

# EXHIBIT B-1[1]

| TASK CODE - 0300   MATTER NO. 09114001 ||
| --- | --- |
| PROJECT MONITORING, COURT CALENDAR & DOCKET MAINTENANCE ||
| Category | Total |
| Official Records Search | $311.26 |
| Automated Research | $263.02 |
| Professional Investigative Services | $4,259.73 |
| Local Transportation | $13.50 |
| Document Reproduction | $885.95 |
| Document Delivery | $135.83 |
| Telephone | $7.52 |
| Facsimile Transmission | $16.22 |
| Mailing Charges | $0.44 |
| TOTAL | $5,893.47 |

| TASK CODE - 4100   MATTER NO. 09114014 ||
| --- | --- |
| 2004 ISSUES ||
| Category | Total |
| Professional Investigative Services | $769,459.34 |
| Filing Fees | $150.00 |
| Official Records Searches | $380.56 |
| Transcripts | $7,038.86 |
| Automated Research | $7,055.60 |
| Local Transportation | $660.95 |
| Document Reproduction | $1,893.50 |
| Document Delivery | $862.54 |
| Business Meals | $1,272.94 |
| Telephone | $23.41 |
| Mailing Charges | $6.24 |
| TOTAL | $788,803.94 |

---

[1] Exhibit B-1 charts do not reflect reductions taken throughout the Entire Fee Period.

| TASK CODE - 4600   MATTER NO. 09114019 | |
|---|---|
| FIRM'S OWN BILLING/FEE APPLICATIONS | |
| Category | Total |
| Official Records Search | $19.36 |
| Business Meals | $20.00 |
| Local Transportation | $112.32 |
| Document Reproduction | $497.30 |
| Document Delivery | $1,161.85 |
| Telephone | $7.39 |
| TOTAL | $1,818.22 |

| TASK CODE - 4700 MATTER NO. 09114020 | |
|---|---|
| FIRM'S OWN RETENTION ISSUES | |
| Category | Total |
| Official Records Search | $18.96 |
| TOTAL | $18.96 |