# EXHIBIT C

### Hours and Fees for Services Rendered for the Fee Period by Category

| Category | Total Hours | Total Amount |
|---|---|---|
| Project Monitoring/Court Calendar/Docket Maintenance 0300   (09114001) | 91.10 | $15,432.50 |
| Hearings and Court Communications 0400   (09114002) | 3.50 | $2,712.50 |
| Equity Holders/Motions/Hearing/ Communications 1000   (09114008) | 5.80 | $776.50 |
| 2004 Issues 4100   (09114014) | 7,640.00 | $2,627,959.00 |
| Examiner Issues 4500   (09114018) | 3.90 | $1,159.50 |
| Firm's Own Billing/Fee Applications 4600   (09114019) | 264.80 | $106,758.50 |
| Firm's Own Retention Issues 4700   (09114020) | 5.30 | $2,086.50 |
| Total | 8,014.40 | $2,756,885.00 |
| Reductions | | $235,810.86 |
| GRAND TOTAL[1] | | $2,521,074.14 |

---

[1]   A reduction of $2,663.00 was inadvertently reduced twice in the Third Interim Fee Application.

# EXHIBIT C-1[1]

| TASK CODE - 0300 MATTER NO. 09114001 | | | | | |
|---|---|---|---|---|---|
| PROJECT MONITORING/COURT CALENDAR/DOCKET MAINTENANCE | | | | | |
| Name of Professional | Year Admitted | Position | Rate | Total Hours | Total Amount |
| Michael E. Friedman | 1993 | Special Counsel | $400 | 0.50 | $200.00 |
| Michelle J. Vladimirsky | 2007 | Associate | $360 | 1.30 | $468.00 |
| Michael Birnbaum | N/A | Paralegal | $165 | 12.90 | $2,028.50 |
| Gabriel Irizzary | N/A | Paralegal | $165 | 75.90 | $12,523.50 |
| Richard M. LaRosa | N/A | Managing Clerk | $225 | 0.50 | $112.50 |
| TOTAL: | | | | 91.10 | $15,332.50 |

| TASK CODE - 0400 MATTER NO. 09114002 | | | | | |
|---|---|---|---|---|---|
| HEARING AND COURT COMMUNICATIONS | | | | | |
| Name of Professional | Year Admitted | Title | Rate 2011 | Total Hours | Total Amount |
| Robert M. Novick | 1994 | Partner | $775 | 3.50 | $2,712.50 |
| TOTAL: | | | | 3.50 | $2,712.50 |

| TASK CODE - 1000 MATTER NO. 09114008 | | | | | |
|---|---|---|---|---|---|
| EQUITY HOLDERS/MOTIONS/HEARINGS/COMMUNICATIONS | | | | | |
| Name of Professional | Year Admitted | Title | Rate 2011 | Total Hours | Total Amount |
| Jack W. Morrison | N/A | Managing Clerk | $130 | 5.30 | $689.00 |
| Francisco J. Velez | N/A | Managing Clerk | $175 | 0.50 | $87.50 |
| TOTAL: | | | | 5.80 | $776.50 |

---

[1] Fees and expenses set forth in this exhibit do not reflect voluntary reductions taken by KBT&F or reductions negotiated with the Fee Committee and set forth in stipulations filed with the Court (Docket Nos. 18979, 24218, 27654, 28947).

| TASK CODE - 4100 MATTER NO. 09114014 | | | | | |
|---|---|---|---|---|---|
| 2004 ISSUES | | | | | |
| Name of Professional | Year Admitted | Title | Rate 2011 | Total Hours | Total Amount |
| Michael J. Bowe | 1993 | Partner | $750 | 202.40 | $151,800.00 |
| Marc E. Kasowitz | 1978 | Partner | $1,000 | 3.00 | $3,000.00 |
| Albert Mishaan | 1995 | Partner | $685 | 27.70 | $18,974.50 |
| Robert M. Novick | 1994 | Partner | $775 | 23.70 | $18,367.50 |
| Jennifer S. Recine | 2004 | Partner[2] | $435 | 244.20 | $106,226.50 |
| Michael E. Friedman | 1993 | Special Counsel | $400 | 0.90 | $360.00 |
| Andreas Bojesen | 2004 | Associate | $360 | 42.80 | $15,408.00 |
| Larissa R. Chernock | 2008 | Associate | $275 | 96.30 | $26,482.50 |
| Gary W. Dunn | 1990 | Associate | $450 | 2,311.60 | $1,040,220.00 |
| Anna L. Felix | 2007 | Associate | $275 | 119.60 | $32,890.00 |
| Benjamin S. Goldstein | 2009 (NJ) | Associate | $275 | 214.60 | $59,015.00 |
| David M. Rubinstein | 2009 | Associate | $275 | 203.80 | $56,045.00 |
| Stefan R. Stoyanov | 2004 | Associate | $480 | 68.40 | $32,832.00 |
| Michael J. Vladimirsky | 2007 | Associate | $360 | 343.10 | $120,580.00 |
| Karina Aiello Rocha | 2006 | Associate | $300 | 796.50 | $238,950.00 |
| Matthew Cowherd | 2007 | Associate | $265 | 241.30 | $63,944.50 |
| Jorge Diaz | 2000 | Associate | $375 | 134.10 | $50,287.50 |
| Manjit Kalirao | 2005 | Associate | $300 | 92.10 | $27,630.00 |
| Dara J. Kaufman | 2004 | Associate | $325 | 113.40 | $36,855.00 |
| J. John Kim | 2005 | Associate | $395 | 9.30 | $3,673.50 |
| Patrick Moore | 2002 | Associate | $375 | 545.50 | $204,562.50 |
| Gregory S. Berry | N/A | Staff Attorney | $300 | 34.10 | $9,377.50 |
| Aneta Naumova Brzova | 2011 | Staff Attorney | $175 | 1,240.00 | $217,017.50 |
| Thomas J. Albuquerque | N/A | Lit. Support | $175 | 8.10 | $1,417.50 |
| Ricardo McLean | N/A | Lit. Support | $220 | 4.40 | $968.00 |
| Rashaan Russell | N/A | Lit. Support | $165 | 0.60 | $99.00 |
| Michael Birnbaum | N/A | Paralegal | $165 | 1.10 | $181.50 |
| Tina Bui | N/A | Paralegal | $165 | 73.60 | $12,144.00 |
| Christine F. Gleitsmann | N/A | Paralegal | $225 | 88.10 | $19,822.50 |
| Gabriel Irizarry | N/A | Paralegal | $165 | 346.70 | $57,205.50 |
| Joyce Li | N/A | Paralegal | $135 | 1.80 | $243.00 |
| Noah Plakun | N/A | Paralegal | $190 | 2.40 | $456.00 |
| Lianne S. Roberge | N/A | Paralegal | $195 | 2.50 | $487.50 |
| Richard M. La Rosa | N/A | Managing Clerk | $225 | 1.00 | $225.00 |
| Paul J. Perez | N/A | Managing Clerk | $175 | 1.20 | $210.00 |
| | | | | | |
| TOTAL: | | | | 7,639.90 | $2,627,958.50 |

---

[2] During the course of KBT&F's representation of the Debtors, Ms. Recine was promoted from associate to partner. However, at all times during this representation, the Debtors were charged only the associate-level rate corresponding to Ms. Recine's title at the time the representation was commenced.

| TASK CODE - 4500 MATTER NO. 09114018 | | | | | |
|---|---|---|---|---|---|
| PROJECT MONITORING/COURT CALENDAR/DOCKET MAINTENANCE | | | | | |
| Name of Professional | Year Admitted | Title | Rate 2011 | Total Hours | Total Amount |
| Albert Mishaan | 1995 | Partner | $685 | 1.20 | $822.00 |
| Christopher M. Rohman | N/A | Lit. Support | $125 | 2.70 | $337.50 |
| TOTAL: | | | | 3.90 | $1,159.50 |

| TASK CODE - 4600 MATTER NO. 09114019 | | | | | |
|---|---|---|---|---|---|
| FIRM'S OWN BILLING/FEE APPLICATIONS | | | | | |
| Name of Professional | Year Admitted | Title | Rate 2011 | Total Hours | Total Amount |
| Robert M. Novick | 1994 | Partner | $775 | 14.60 | $11,315.00 |
| Jennifer S. Recine | 2004 | Partner[3] | $435 | 32.70 | $14,224.50 |
| Michael E. Friedman | 1993 | Special Counsel | $400 | 1.00 | $400.00 |
| Larissa R. Chernock | 2008 | Associate | $275 | 5.40 | $1,485.00 |
| Gary W. Dunn | 1990 | Associate | $450 | 86.80 | $39,060.00 |
| Benjamin S. Goldstein | 2009 (NJ) | Associate | $275 | 29.00 | $7,975.00 |
| Michelle Vladimirsky | 2007 | Associate | $360/$350 | 98.10 | $34,941.00 |
| Thomas J. Albuquerque | N/A | Lit. Support | $175 | 3.30 | $577.50 |
| Rashaan Russell | N/A | Lit. Support | $165 | 1.20 | $198.00 |
| Michael Birnbaum | N/A | Paralegal | $165 | 1.50 | $247.50 |
| Francisco J. Velez | N/A | Managing Clerk | $175 | 0.70 | $122.50 |
| TOTAL: | | | | 274.30 | $110,546.00 |

| TASK CODE - 4700 MATTER NO. 09114020 | | | | | |
|---|---|---|---|---|---|
| FIRM'S OWN RETENTION ISSUES | | | | | |
| Name of Professional | Year Admitted | Title | Rate 2011 | Total Hours | Total Amount |
| Robert M. Novick | 1994 | Partner | $775.00 | 0.50 | $387.50 |
| Michelle Vladimirsky | 2007 | Associate | $360/$350 | 4.80 | $1,699.00 |
| TOTAL: | | | | 5.30 | $2,086.50 |

---

[3] During the course of KBT&F's representation of the Debtors, Ms. Recine was promoted from associate to partner. However, at all times during this representation, the Debtors were charged only the associate-level rate corresponding to Ms. Recine's title at the time the representation was commenced.