UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                                              :    Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*    :    Case No. 08-13555 (JMP)

                                    Debtors.                :

------------------------------------------------------------x

**ORDER APPROVING THE FINAL FEE APPLICATION OF WOLLMUTH MAHER & DEUTSCH LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 9, 2010 THROUGH MARCH 6, 2012**

Upon the Final Fee Application (the "Application")[1] of Wollmuth Maher & Deutsch LLP (the "Firm"), special litigation counsel for Lehman Brothers Holdings, Inc., and its affiliated debtors in the above-captioned chapter 11 cases (collectively, the "Debtors"), seeking an Order (i) for final allowance of compensation for professional legal services rendered in the aggregate amount of $2,132,385.00, (ii) for final allowance of reimbursement for actual and necessary expenses incurred in the aggregate amount of $105,040.99, and (iii) authorizing and directing the Debtors' estates and/or the Plan Administrator (as defined in the Plan) to pay to the Firm the amount of the Holdback not yet paid for the Case Compensation Period commencing September 9, 2010 through and including March 6, 2012, pursuant to sections 330 and 331 of the Bankruptcy Code, Rule 2016 of the Bankruptcy Rules, Rule 2016-1 of the Local Rules, the order entered by the Court on April 14, 2011 approving a revised fee protocol [Docket No. 15998] (the "Fee Committee Order"), the Compensation Order, the Confirmation Order and the latest written

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Application.

instructions received from the Fee Committee; and due and proper notice and service of the Application having been given; and due consideration having been given to any responses thereto; and any objections to the Application having been withdrawn, resolved or overruled on the merits; and sufficient cause having been shown therefor;

IT IS, on this _____ day of _____, 2012,

**ORDERED** that:

1. The Application is granted and approved in all respects and to the extent set forth herein and in Schedule "A(1)" and Schedule "A(2)" hereto.

2. The Firm is authorized to apply all amounts paid to it on account of the Firm's Monthly Statements against the amounts allowed and approved herein for the Case Compensation Period pursuant to the Fee Committee Order and the Compensation Order.

3. In accordance with the foregoing, the Debtors' estates and/or the Plan Administrator are authorized and directed to pay to the Firm the Holdback in the aggregate amount of $453,438.09, which amount is comprised of (a) $437,525.45 in fees and (b) $15,912.64 in expenses, less any amounts received by the Firm on account of same prior to entry of this Order.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

5. No further or additional notice of the Application is required.

Dated: _____, 2012
       New York, New York

                                            HONORABLE JAMES M. PECK
                                            UNITED STATES BANKRUPTCY JUDGE

Case No.: 08-13555
Case Name: Lehman Brothers Holdings Inc., et al.

### FINAL FEE APPLICATION FOR FEE PERIODS: <u>SEPTEMBER 9, 2010 TO MARCH 6, 2012</u>

| APPLICANT | DATE/DOC. NO. OF FEE APPLICATION | TOTAL FEES REQUESTED | TOTAL FEES ALLOWED | FEES TO BE PAID FOR FEE PERIODS | TOTAL EXPENSES REQUESTED | TOTAL EXPENSES ALLOWED | EXPENSES TO BE PAID FOR FEE PERIODS |
|---|---|---|---|---|---|---|---|
| Wollmuth Maher & Deutsch LLP | 7/5/2012/ [Doc.__] | $2,132,385.00 | $2,132,385.00 | $437,525.45 | $105,040.99 | $105,040.99 | $15,912.64 |

SCHEDULE A(1)   DATE: _____   INITIALS: _____ USBJ

Case No.: 08-13555
Case Name: Lehman Brothers Holdings Inc., et al.

## SUMMARY: ALL INTERIM FEE PERIODS THROUGH MARCH 6, 2012

| APPLICANT | DATE/DOC. NO. OF INTERIM FEE APPLICATION AND INTERIM FEE PERIOD | TOTAL FEES REQUESTED | TOTAL FEES PAID (including amounts to be paid pursuant to this Order) | TOTAL EXPENSES REQUESTED | TOTAL EXPENSES PAID (including amounts to be paid pursuant to this Order) |
|---|---|---|---|---|---|
| Wollmuth Maher & Deutsch LLP | 6/2/2011/ [Doc.17346] Interim Fee Period: 10/1/2010 - 1/31/2011* | $918,389.25 | $884,925.25 | $34,270.94 | $31,109.16 |
| Wollmuth Maher & Deutsch LLP | 2/24/2012/ [Doc.25770] Interim Fee Period: 2/1/2011 - 5/31/2011± | $346,056.50 | $346,056.50 | $18,251.67 | $18,251.67 |
| Wollmuth Maher & Deutsch LLP | 2/24/2012/ [Doc.25775] Interim Fee Period: 6/1/2011 - 9/30/2011± | $351,027.00 | $351,027.00 | $11,121.42 | $11,121.42 |
| Wollmuth Maher & Deutsch LLP | 5/21/2012/ [Doc. 27994] Interim Fee Period: 10/1/2011 - 3/6/2012± | $550,376.25 | $550,376.25 | $44,558.74 | $44,558.74 |

\* See Order Signed on 11/28/2011 Granting Applications for the Allowance of Interim Compensation for the Seventh Interim Period (October 1, 2010 through January 31, 2011) for Professional Services Performed and Reimbursement of Actual and Necessary Expenses Incurred and Other Relief [Doc. 22775].

± Subject to (a) the Second Interim Fee Application of Wollmuth Maher & Deutsch LLP for the Interim Fee Period: 2/1/2011 - 5/31/2011, (b) the Third Interim Fee Application of Wollmuth Maher & Deutsch LLP for the Interim Fee Period: 6/1/2011 - 9/30/2011, and (c) the Fourth Interim Fee Application of Wollmuth Maher & Deutsch LLP for the Interim Fee Period: 10/1/2011 - 3/6/2012.

SCHEDULE A(2)                    DATE: _____                    INITIALS: _____ USBJ