# EXHIBIT E

Case No.:08-13555 (JMP)  
Case Name: In re: Lehman Brothers Holdings, et al.

**ALL FEE PERIODS:**
**SEPTEMBER 17, 2008 to MARCH 5, 2012**

| APPLICANT | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES ALLOWED | FEES TO BE PAID FOR ALL FEE PERIODS | FEES TO BE PAID FOR PRIOR FEE PERIOD(S) (IF ANY) (I.E., HOLDBACK RELEASE) | TOTAL FEES TO BE PAID | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|---|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP | July 5, 2012  Docket No. [--] | $40,757,246.10 | | $40,757,246.10 | | | $2,186,638.32 | |

03690.61377/4843900.1  SCHEDULE A(1)          DATE: _____          INITIALS: _____ USBJ