CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP
101 Park Avenue
New York, New York  10178-0061
Telephone:  (212) 696-6000
Facsimile  (212) 697-1559
Steven J. Reisman
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Conflicts Counsel for the Debtors
 and Debtors In Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re:                                                            :    Chapter 11
                                                                  :
                                                                  :    Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :
                                                                  :    (Jointly Administered)
                     Debtors.                                     :
                                                                  :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

Georgia Faust, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in New York, New York.

2. I caused to be served a true and correct copy of the *Final Application of Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel for the Debtors and Debtors in Possession for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for the Period September 26, 2008 through March 6, 2012* [Docket No. 29228] upon the parties listed on the appended Exhibit A by the delivery methods and on the dates listed respective to each party served.

/s/ Georgia Faust
Georgia Faust

Sworn to before me this
6th day of July 2012

/s/ James V. Drew
James V. Drew

JAMES V DREW
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #02DR6079092
COMMISSION EXPIRES 08/12/2014

# EXHIBIT A

**BY HAND DELIVERY ON 7/5/12**
Office of the United States Trustee
33 Whitehall Street, 22nd Floor
New York, NY 10004
Attention:   Elisabetta G. Gasparini, Esq.
             Andrea B. Schwartz, Esq.

**BY HAND DELIVERY ON 7/5/12**
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, NY 10020
Attention:   John Suckow
             William Fox

**BY HAND DELIVERY ON 7/5/12**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attention:   Richard P. Krasnow, Esq.

**BY HAND DELIVERY ON 7/5/12**
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attention:   Dennis F. Dunne, Esq.
             Dennis O'Donnell, Esq.
             Evan Fleck, Esq.

**BY FIRST CLASS MAIL ON 7/5/12**
Chair of the Fee Committee
c/o Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Attention:   Richard Gitlin, Esq.

**BY FIRST CLASS MAIL ON 7/5/12**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Attention:   Katherine Stadler, Esq.
             Monica Santa Maria, Esq.

**BY FIRST CLASS MAIL ON 7/5/12**
Godfrey & Kahn, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Attention:   Timothy F. Nixon, Esq.

**BY E-Mail ON 7/6/12**
Brown Greer, PLC
115 South 15th Street, Suite 400
Richmond, VA 23219-4209
lbarbour@browngreer.com
Attention:   Ms. Leah Barbour

12558712