UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,                           :    08-13555 (JMP)
                                                                 :
                                        Debtors.                 :    (Jointly Administered)
                                                                 :
---------------------------------------------------------------- x

## AFFIRMATION OF CLAIMANT WILLIAM S. BROADBENT IN OPPOSITION TO DEBTORS' 313th OMNIBUS OBJECTION (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS) DATED JUNE 4, 2012

William S. Broadbent affirms under penalties of perjury as follows:

1. I was employed by Lehman Brothers from 1980 through September 2008. Upon the sale of Lehman Brothers' brokerage unit to Barclays in September 2008, my employment by Lehman Brothers was terminated.

2. For each year between 2003 and 2008 Lehman Brothers issued to me an "RSU Agreements", which documented that a portion of my compensation was withheld for payment in the future. Pursuant to the RSU Agreements, I recognized that I was contractually obligated to avoid engaging in any "Detrimental Activity" and that I had other ongoing contract obligations under these Agreements. *See, e.g.*, Debtors' Omnibus Reply to Responses to Debtors' 118th, 130th, 131st, 133d, 134th, 135th, 176th & 207th Omnibus Objections, Dec. 15, 2011, at pp. 65-68 (RSU Agreement for 2004).

3. After my entry into the RSU Agreements, including after the termination of my employment, I continued to perform all of those contractual obligations.

4.  After the Petition Date, Lehman Brothers mailed me a form of Proof of Claim, which I completed and filed. My original Proof of Claim relating to contract rights under the RSU Agreements was assigned Claim No. 17758.

5.  I amended my claim relating to my rights under the RSU Agreements and filed it on September 9, 2009. The Amended Claim is attached as Exhibit 1. Debtors acknowledged receipt of the Proof of Claim by a date-stamp dated November 9, 2009.

6.  From 2003 to March 2008, I was a salaried employee of Lehman Brothers, and a portion of my annual bonus compensation for each year was withheld and placed in an RSU account. As show on page 2 of the attached Exhibit 1, between 2003 and 2008 a total of $548,939 was withheld from my bonuses and placed in this RSU account. The practice followed each year by Lehman Brothers was to provide a form stating the bonus to which I was entitled for the year, and describing the portion of the bonus that was to be reserved by Lehman Brothers pursuant to the RSU Agreement for that year.

7.  Beginning in April 2008, my employment status reverted to that of a commissioned salesperson, which was how I was compensated prior to 2001. Lehman's practice for commissioned salespersons was to withhold a portion of our month's compensation, which would then be placed in an RSU account. At year-end this account would be denominated in RSU's, but prior thereto it was demonstrated in dollars.

8.  As shown on page 3 of the attached Exhibit 1, between April 2008 and September 2008, Lehman withheld $118,600.60 from my monthly commissions. Lehman was holding this $118,600.60 in a cash denominated account at the petition date in September 2008.

9.  I never paid tax on the portion of any amount reserved under the RSU Agreements, either that portion withheld from my bonus or that portion withheld from my commissions. For prior years, not at issue here, after my interests vested and I was permitted to

2

draw down on my RSU account, Lehman Brothers would retain a portion in cash to pay the federal withholding tax, and then would use the balance to provide me with Lehman Brothers shares. The entire amount of the bonus was treated as ordinary income to me and was taxed at ordinary income rates. My understanding is that Lehman Brothers was entitled to a business expense deduction for the amount of this portion of the bonus, but only at the time that it was actually paid.

10. The economic substance of the RSU Agreements to me was that a portion of the bonus that had been declared for me was held back, or the amount of any commissions withheld and would be paid to me only after passage of five years, during which I was subject to ongoing contractual obligations. At no time did Lehman suggest that I had ever failed to perform any of these contractual obligations, the breach of which could result in rescission of my bonus. However, under the terms of the RSU Agreements, Lehman Brothers was not required to pay me anything from these reserved amounts, and in fact Lehman Brothers did not pay me anything, until five years after we entered into that RSU Agreement.

11. Even after vesting I was not permitted to draw down on the shares until five years after the date of the RSU Agreement. During this entire time my right to draw down on the shares was contingent on my continued performance of contract obligations.

12. Stock options issued to me by Lehman Brothers did not work in this way. Upon the grant, I received a security in the form of the stock option. The option provided me with the right to buy LBH shares at a fixed price, the exercise price. While a period of time passed before the option vested, upon vesting I could exercise the option by paying the exercise price, and I would receive LBH shares. No comparable security was issued to me under the RSU Agreement.

3

13. I did not pay tax on the option when granted, which I understand is due to a special provision of the Internal Revenue Code governing the taxation of options. Upon exercise of the option I was taxed on the difference between the current market price of the LBH shares at the time of exercise and the exercise price.

Affirmed under penalties of perjury this 2nd day of July, 2012.

*[signature]*
William S. Broadbent

WILLIAM S. BROADBENT
Printed Name

# EXHIBIT 1

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**PROOF OF CLAIM**

In Re: Lehman Brothers Holdings Inc., et al., Debtors.
Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

Name of Debtor Against Which Claim is Held: Lehman Brothers Holdings, Inc  08-13555 (JMP)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor:
LBH Creditor, DOB #, Livenumber...
Broadbent, William S.
75 Pecksland Road
Greenwich, CT 06831

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 17758
Filed on: 9/18/09

1. Amount of Claim as of Date Case Filed: $ 1,810,078.90

2. Basis for Claim: All of above

3. Last four digits of any number by which creditor identifies debtor: 3555

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).
☒ Wages, salaries or commissions (up to $10,950)...

Amount entitled to priority: $ 10,950

Date: 9/16/09
Signature: William L. Broadbent

FILED / RECEIVED
NOV 09 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Private Equity $44,217.84
Lifetime Medical $500,000
Stock Options Grant Value $160,116
RSU's $548,939
Equity Accrual $46,806.06  *non file
Lehman Pension $500,000  PBGC Rasdata @ 20 year life expectancy

**EXHIBIT 2**

**LEHMAN BROTHERS | Lehman** ~~

Data as of August 31, 2008 — 10043016 William S. Broadbent

### AWARD UNITS¹ OUTSTANDING

| Grant Date | Description | Grant Price | Grant Value² | Restriction Ends | Units Granted | Dividend Equivalents | Units Delivered | Units Vested³ | Units Outstanding | Market Value at $0.135* |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/2008 | July 2008 IR RSU | $20.9600 | $27,174 | 11/30/2011 | 1,296.48 | 16.38 | 0.00 | 0.00 | 1,312.86 | $177 |
| 12/07/2007 | 2007 SVP Principal | $47.6000 | $88,407 | 11/30/2012 | 1,857.28 | 38.25 | 0.00 | 0.00 | 1,895.53 | $256 |
| 12/07/2007 | 2007 SVP Discount | $47.6000 | $29,469 | 11/30/2012 | 619.09 | 12.75 | 0.00 | 0.00 | 631.84 | $85 |
| 12/08/2006 | 2006 SVP Principal | $57.7700 | $112,125 | 11/30/2011 | 1,940.89 | 57.43 | 0.00 | 0.00 | 1,998.32 | $270 |
| 12/08/2006 | 2006 SVP Discount | $57.7700 | $37,375 | 11/30/2011 | 646.96 | 19.10 | 0.00 | 0.00 | 666.06 | $90 |
| 11/30/2005 | 2005 SVP Principal | $47.2500 | $76,876 | 11/30/2010 | 1,627.00 | 59.70 | 0.00 | 1,686.70 | 1,686.70 | $228 |
| 11/30/2005 | 2005 SVP Discount | $47.2500 | $25,625 | 11/30/2010 | 542.32 | 19.90 | 0.00 | 0.00 | 562.22 | $76 |
| 12/09/2004 | 2004 SVP Principal | $32.1750 | $61,875 | 11/30/2009 | 1,923.08 | 86.40 | 0.00 | 2,009.48 | 2,009.48 | $271 |
| 12/09/2004 | 2004 SVP Discount | $32.1750 | $20,625 | 11/30/2009 | 641.02 | 28.80 | 0.00 | 0.00 | 669.82 | $90 |
| 12/10/2003 | 2003 SVP Principal | $26.7700 | $52,041 | 11/30/2008 | 1,944.02 | 103.74 | 0.00 | 2,047.76 | 2,047.76 | $276 |
| 12/10/2003 | 2003 SVP Discount | $26.7700 | $17,347 | 11/30/2008 | 648.00 | 34.60 | 0.00 | 0.00 | 682.60 | $92 |
| Total | | | $548,939 | | 13,686.14 | 477.05 | 0.00 | 5,743.94 | 14,163.19 | $1,911 |

### STOCK OPTIONS OUTSTANDING

| Grant Date | Description | Exercise Price | Black-Scholes Grant Price | Expiration Date | Black-Scholes Grant Value | Options Granted | Options Exercised | Options Exercisable | Options Outstanding | Intrinsic Value at $0.135* |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/10/2003 | 2003 SVP Options | $35.6950 | $10.4200 | 11/29/2013 | $23,112 | 2,218 | 0 | 1,664 | 2,218 | $0 |
| 12/11/2002 | 2002 IR SVP Options | $27.2100 | $9.1250 | 11/29/2012 | $88,111 | 9,656 | 0 | 9,656 | 9,656 | $0 |
| 12/03/2001 | December 2001 SVP Options | $31.7000 | $10.5100 | 11/29/2011 | $48,893 | 4,652 | 0 | 4,652 | 4,652 | $0 |
| Total | | | | | $160,116 | 16,526 | 0 | 15,972 | 16,526 | $0 |
| Total Equity | | | | | | | | | | $1,911 |

* Market value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated stock price. The intrinsic value of stock options is calculated by multiplying the number of options outstanding by the difference between the indicated stock price and the option exercise price. Please note that the current market price is based on a delayed 20 minutes feed from Reuters. (03:59 PM EDT on September 15 2009)

[1] Award Units are those equity-based awards other than stock options, i.e. Restricted Stock Units, Conditional Equity Awards or Contingent Stock Awards, as applicable.
[2] Grant Value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated grant price.
[3] Units Vested refers to that portion of the award that has become vested and/or subject to limited conditions, as determined under the applicable plan documents.

http://my.lehman.com/HRS/equityaward/westinghouse.do    09/16/2009

**EXHIBIT 3**

## Compensation Statement

Name: 10043016 - WILLIAM BROADBENT
From: 12/1/2007 To: 12/31/2008

| | Year Total | | Dec-08 | Nov-08 | Oct-08 | Sep-08 | Aug-08 | Jul-08 | Jun-08 | May-08 | Apr-08 | Mar-08 | Feb-08 | Jan-08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8,397,627.41 | Gross Production | 634,103.67 | 749,769.02 | 212,209.44 | 296,505.78 | 591,739.24 | 799,028.93 | 505,739.05 | 2,265,448.70 | 1,045,461.76 | 12,124.58 | 298,471.37 | 100,733.19 |
| | 822,840.52 | Net Production | 70,466.94 | 62,562.91 | 21,675.03 | 39,463.46 | 70,501.69 | 101,598.52 | 56,463.79 | 157,167.81 | 225,811.48 | 0 | 0 | 0 |
| | 0 | Retro Net Production | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 9.8 | Average Rate (%) | 11.12 | 11.01 | 10.21 | 12.3 | 11.91 | 12.71 | 11.14 | -0.15 | 0.15 | 0 | 0 | 0 |
| | 0 | Prior Months -Deficit/Overage | 0 | 0 | 0 | 12.3 | 0.01 | 0.01 | 0 | 8.94 | 12.24 | -30.59 | -30.59 | -30.59 |
| | -5,000.00 | Adj to Net Production | -5,000.00 | 0 | 0 | -35,463.45 | 0 | 0 | 0 | 0 | -30.59 | 0 | 0 | 0 |
| | 30.59 | Prod Deficit Writeoff | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 41,761.84 | -41,761.84 | -30.59 | 0 | 0 |
| | 0 | Monthly Payout Balance | 65,466.94 | 62,582.01 | 21,675.03 | 0 | 70,501.70 | 101,598.53 | 56,463.79 | 199,918.70 | 184,149.79 | -30.59 | -30.59 | -30.59 |
| | 0 | Draw Amount | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 761,377.07 | Total Sales Compensation | 65,466.94 | 62,582.91 | 21,675.93 | 0 | 70,501.70 | 101,598.53 | 56,463.79 | 198,019.50 | 184,149.79 | -30.59 | -30.59 | -30.59 |
| | 664,570.45 | Cash Commissions | 65,466.94 | 62,582.91 | 21,675.93 | 0 | 50,499.78 | 75,078.92 | 46,112.11 | 150,412.43 | 158,721.47 | 0 | 0 | 0 |
| | 116,608.60 | Equity Accrual Calculated | 0 | 0 | 0 | 0 | 14,001.87 | 26,517.60 | 8,351.67 | 42,507.07 | 25,426.32 | 0 | 0 | 0 |
| | 752,353.58 | Recorded Total Sales Compensation | 65,466.94 | 62,582.91 | 21,675.93 | 105,065.15 | 101,598.52 | 56,463.78 | 199,919.50 | 184,149.79 | 0 | 0 | 0 | |
| | | -Deficit/Overage | 0 | 0 | 0 | 0 | -35,463.45 | 0.01 | 0.01 | 0 | 0 | -30.59 | -30.59 | -30.59 |