UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

**AFFIRMATION OF CLAIMANT Steven Engel IN OPPOSITION TO DEBTORS' 313th OMNIBUS OBJECTION (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS) DATED JUNE 4, 2012**

Steven Engel affirms under penalties of perjury as follows:

1. I was employed by Lehman Brothers from September 1996 through September 2008. (*I continued to be employed by Lehman Brothers through the bankruptcy and was transferred to become a Barclay's employee following the bankruptcy)*

2. Attached hereto as Exhibit 1 is the original Proof of Claim that I filed in connection with my contract rights under the RSU Agreements. This initial Claim was assigned Claim No. 15255.

3. On the attached Exhibit 1, all of the typed information was contained in the form when Debtors provided it to me. I added only my phone number, email address, the amount of the claim. The portion that the estate is seeking to reclassify as equity is $149,870 (based on an "Executive Compensation Summary" provided by Lehman Brothers, which I attached), and my signature and date. All of these documents are attached with Exhibit 1, together with Debtors' acknowledgement of receipt of the proof of claim.

4. The practice followed each year by Lehman Brothers was to provide a form stating the bonus to which I was entitled for the year, and describing the portion of the bonus that was to be reserved by Lehman Brothers pursuant to the RSU Agreement for that year. Cash was set aside on an ongoing basis to purchase shares as part of the share buyback program (this program was managed to account for all changes in shares outstanding including RSU distributions, option executions as well as general share buybacks)

5. I never paid tax on the portion of any bonus reserved under the RSU Agreements. For prior years, not at issue here, after my interests vested and I was permitted to draw down on my RSU account, Lehman Brothers would retain a portion in cash to pay the federal withholding tax, and then would use the balance to provide me with Lehman Brothers shares. The entire amount of the bonus was treated as ordinary income to me and was taxed at ordinary income rates. My understanding is that Lehman Brothers was entitled to a business expense deduction for the amount of this portion of the bonus, but only at the time that it was actually paid.

6. The economic substance of the RSU Agreements to me was that a portion of the bonus that had been declared for me was held back, and would be paid to me only after passage of five years, during which I was subject to ongoing contractual obligations. At no time did Lehman suggest that I had ever failed to perform any of these contractual obligations, the breach of which could result in rescission of my bonus. However, under the terms of the RSU Agreements, Lehman Brothers was not required to pay me anything from this reserved bonus, and in fact Lehman Brothers did not pay me anything, until five years after we entered into that RSU Agreement.

7. Even after vesting I was not permitted to draw down on the shares until five years after the date of the RSU Agreement. During this entire time my right to draw down on the shares was contingent on my continued performance of contract obligations

Signature

Steven Engel
Printed Name

Affirmed under penalties of perjury
on this 5th day of July, 2012

Notary Public

IRIS FERNANDEZ
Notary Public
State of New Jersey
My Commission Expires Jan. 12, 2017
I.D.# 2416112

# EXHIBIT 1

***United States Bankruptcy Court/Southern District of New York***
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000015255

| In Re: Lehman Brothers Holdings Inc., et al. Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
| --- | --- |
| Name of Debtor Against Which Claim is Held: Lehman Brothers Holdings Inc. | Case No. of Debtor: 08-13555 (JMP) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Steven Engel
15 Oran Place
Morganville, NJ 07751

Telephone number: 732-772-9859 Email Address: sengel0720@yahoo.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ________ (*If known*)

Filed on: ________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 284,161.36

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

***IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Employee Comp Priority, Accrued Vacation, Accrued 2008 Bonus, Partnership Plan
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 8472
3a. **Debtor may have scheduled account as:** ________
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe: ________
Value of Property: $________ Annual Interest Rate ____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$________ Basis for perfection: ________
**Amount of Secured Claim:** $________ **Amount Unsecured:** $________

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☑ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$ 10,950

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $________
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**Date:** Sept 16, 2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

**FOR COURT USE ONLY**

FILED / RECEIVED
SEP 17 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**ALL TERMS REMAIN SUBJECT TO THE RULING OF THE U.S. BANKRUPTCY COURT*****

# LEHMAN BROTHERS

## Executive Compensation Summary

***Steven J. Engel***

Employee ID: 10085944

AWARD UNITS*

| Price (handwritten) | Grant Date | Plan Description | Units Granted | [illegible] Equivalents | Units Vested** | [illegible] | [illegible] Outstanding | [illegible] | [illegible] Forfeited | Value (handwritten) |
|---|---|---|---|---|---|---|---|---|---|---|
| 35.095 | December 10, 2003 | 2003 Firmwide Principal | 224.14 | 11.98 | 236.12 | 0.00 | 236.12 | 0.00 | 236.12 | 8,000.68 |
| | December 10, 2003 | 2003 Firmwide Discount | 74.70 | 4.00 | 0.00 | 78.70 | 78.70 | 0.00 | 78.70 | 2,666.42 |
| 42.94 | December 09, 2004 | 2004 Firmwide Principal | 256.42 | 11.52 | 267.94 | 0.00 | 267.94 | 0.00 | 267.94 | 11,000.42 |
| | December 09, 2004 | 2004 Firmwide Discount | 85.46 | 3.75 | 0.00 | 89.21 | 89.21 | 0.00 | 89.21 | 3,666.73 |
| 63.00 | November 30, 2005 | 2005 Firmwide Principal | 253.96 | 9.32 | 263.28 | 0.00 | 263.28 | 0.00 | 263.28 | 15,999.48 |
| | November 30, 2005 | 2005 Firmwide Discount | 84.66 | 3.00 | 0.00 | 87.66 | 87.66 | 0.00 | 87.66 | 5,333.58 |
| 77.03 | December 08, 2006 | 2006 SVP Principal | 447.90 | 13.26 | 0.00 | 461.16 | 461.16 | 0.00 | 461.16 | 34,501.74 |
| | December 08, 2006 | 2006 SVP Discount | 149.30 | 4.30 | 0.00 | 153.60 | 153.60 | 0.00 | 153.60 | 11,500.58 |
| 63.47 | December 07, 2007 | 2007 SVP Principal | 587.76 | 12.11 | 0.00 | 599.87 | 599.87 | 0.00 | 599.87 | 37,305.13 |
| | December 07, 2007 | 2007 SVP Discount | 195.92 | 4.00 | 0.00 | 199.92 | 199.92 | 0.00 | 199.92 | 12,435.04 |
| 20.96 | July 01, 2008 | July 2008 RSU | 355.95 | 4.50 | 0.00 | 360.45 | 360.45 | 0.00 | 360.45 | 7,460.71 |
| | | | | | | | 2,797.91 | 0.00 | 2,797.91 | $149,870.00 |

Lehman Brothers Partnership Acct ~~[illegible]~~ $10,000

2 weeks accrued vacation $ 6,246.15

Estimated 2008 accrued bonus @ 277 days $ 117,945.21
(Nov 30, 2007 - Sept 12, 2008)

*Award Units are those equity-based awards other than stock options, i.e. Restricted Stock Units, Conditional Equity Awards or Contingent Stock Awards, as applicable.

**Units Vested refers to that portion of the award that has become vested and/or subject to limited conditions, as determined under the applicable plan documents.

*****AS A RESULT OF LEHMAN BROTHERS HOLDINGS INC.'S BANKRUPTCY FILING, THE TREATMENT OF ALL OUTSTANDING EQUITY AWARDS REMAIN SUBJECT TO SUCH PROCEEDING IN THE U.S. BANKRUPTCY COURT.**

Data as of September 12, 2008

Prepared on September 14, 2009



ng Envelope
stic and International Use
EMS
U.S. POSTAGE PAID NEW YORK, NY 10007 SEP 16 09 AMOUNT
$13.05
When used internationally affix customs declarations (PS Form 2976, or 976A).
RECIPIENT
The sender has req... notification upon delivery.
Immediately upon ... please telephone:
NAME:
Tel. No.:
EG 033503080US
RECEIVED
SEP 17 2009
EXPRESS MAIL
UNITED STATES POSTAL SERVICE
Mailing Label
Post Office To Addressee
FROM: Steven Engel
15 Oran Place
Morganville, NJ 07751
732 772-9859
TO: US Bankruptcy Court / Southern District of NY
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions LLC
FDR Station P.O. Box 5076
New York, NY
10150+5076
PRESS HARD. YOU ARE MAKING 3 COPIES.
FOR PICKUP OR TRACKING
www.usps.com