DRAFT: 6/20/12

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,                   :    08-13555 (JMP)
                                                         :
                                   Debtors.              :    (Jointly Administered)
                                                         :
-------------------------------------------------------- X

**AFFIRMATION OF CLAIMANT Timothy Wilkinson, IN OPPOSITION TO DEBTORS' 313th OMNIBUS OBJECTION (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS) DATED JUNE 4, 2012**

Timothy Wilkinson affirms under penalties of perjury as follows:

1. I was employed by Lehman Brothers from April 2002 through October 2008. Lehman Brothers terminated my employment in October 2008 through bankruptcy.

2. Upon the termination of my employment, Lehman Brothers did nothing to dissuade me of the understanding that I had done anything that compromised my entitlement under the CSA Agreement

3. Pursuant to the CSA Agreements, I recognized that I was contractually obligated to avoid engaging in any "Detrimental Activity" and that I had other ongoing contract obligations under these Agreements.

4. After the termination of my employment, I continued to perform all of those contractual obligations.

5. Attached hereto as Exhibit 1 is the original Proof of Claim that I filed in connection with my contract rights under the CSA Agreements. This initial Claim was assigned Claim No 34829 .

2

6. The practice followed each year by Lehman Brothers was to provide a form stating the bonus to which I was entitled for the year, and describing the portion of the bonus that was to be reserved by Lehman Brothers pursuant to the CSA Agreement for that year.

7. I never paid tax on the portion of any bonus reserved under the CSA Agreements. For prior years, not at issue here, after my interests vested and I was permitted to draw down on my CSA account, Lehman Brothers would retain a portion in cash to pay the federal withholding tax, and then would use the balance to provide me with Lehman Brothers shares. The entire amount of the bonus was treated as ordinary income to me and was taxed at ordinary income rates. My understanding is that Lehman Brothers was entitled to a business expense deduction for the amount of this portion of the bonus, but only at the time that it was actually paid.

8. The economic substance of the CSA Agreements to me was that a portion of the bonus that had been declared for me was held back, and would be paid to me only after passage of five years, during which I was subject to ongoing contractual obligations. At no time did Lehman suggest that I had ever failed to perform any of these contractual obligations, the breach of which could result in rescission of my bonus. However, under the terms of the CSA Agreements, Lehman Brothers was not required to pay me anything from this reserved bonus, and in fact Lehman Brothers did not pay me anything, until five years after we entered into that CSA Agreement.

9. Stock options issued to me by Lehman Brothers did not work in this way. Upon the grant, I received a security in the form of the stock option. The option provided me with the right to buy LBH shares at a fixed price, the exercise price. While a period of time passed before the option vested, upon vesting I could exercise the option by paying the exercise price, and I would receive LBH shares. No comparable security was issued to me under the CSA Agreement.

2

3

10. I did not pay tax on the option when issued. Upon exercise of the option I understand I would have been axed on the difference between the current market price of the LBH shares at the time of exercise and the exercise price.

_____
Signature

Timothy Wilkinson

4



## LEHMAN BROTHERS

**LEHMAN BROTHERS**
2005 Total Compensation Statement
**CONFIDENTIAL**

Employee: Wilkinson, Timothy B
Division: FID
Hire Date: 04/29/2002

Stock Program: SVP
Employee Id: 90000776

### COMPENSATION HISTORY

| Compensation Type | | Current - 2005 |
|---|---|---|
| Paid Salary | $ | 249,446 |
| 2005 Bonus Payment | $ | - |
| 2004 Second Installment | $ | 265,257 |
| **Total Compensation** | **$** | **514,703** |

### EQUITY SUMMARY in USD

| | Equity Component | Market Price | Grant Price | Shares |
|---|---|---|---|---|
| Total CSAs $ | 65,440.54 | $ 126.00 | $ 94.50 | 692.49 |

Your equity award was calculated based on compensation of $514,703, where total compensation includes salary, bonus and other forms of eligible compensation.

All terms and conditions of equity awards, including those relating to vesting and forfeiture, are subject to controlling plan documents, including the FY 2005 equity award agreements (expected to be finalized in early 2006), the Employee Incentive Plan and related Prospectus.

### PAYMENT SCHEDULE

| 2005 Bonus Payment | $ | - | |
| 2004 Second Installment | $ | 265,257 | |
| Less CSAs | $ | (65,441) | |
| | | | Payable on or about January 31, 2006, in accordance |
| Total Cash Payment (Before Taxes) | $ | 199,816 | with the terms of the Letter Agreement |
| Total Cash Payment (Before Taxes) | £ | 108,141 | (Local Currency) |

### ANNUAL SALARY
Effective Fiscal Year 2006, your annual base salary will be as follows:

Current Annual Salary  £  135,000

---

* This summary is provided for informational purposes only. Your compensation, including your notional "2005 performance bonus", is subject to the terms and conditions of your letter agreement dated November 1, 2005 (the "Letter Agreement").

**Your bonus for 2005 is equal to the "First Installment" of your notional "2005 Performance Bonus," per the Letter Agreement.

Note: Except to the extent otherwise provided in your Letter Agreement: (1) all bonus awards and equity awards are contingent on your being employed on the scheduled bonus award date (on or about January 31, 2006) and not having given or received notice of employment termination before that date; (2) if you are not employed on January 31, 2006 or you have given or received notice of employment termination before that date, you will not be eligible to receive a bonus awards (including any special awards) or any equity award for fiscal year 2005.

If you have any additional questions regarding your compensation or personal data, please contact your divisional HR representative.

If you have any questions regarding your equity award, please contact the Compensation Department at (212) 526-8346.

16-Dec-05

3

## LEHMAN BROTHERS
### 2004 Total Compensation Statement
**CONFIDENTIAL**

Employee: Wilkinson, Timothy  
Division: Fixed Income Division  
Hire Date: August 1, 1995  

From: A Morton  
Stock Program: SVP  
Employee Id: 90000776  

### COMPENSATION HISTORY

| Compensation Type | Current - 2004 USD | Current - 2004 GBP |
|---|---|---|
| Paid Salary | $244,654 | 135,000 |
| 2004 First Installment | $279,119 | 154,018 |
| Total Compensation | $523,773 | 289,018 |

### EQUITY SUMMARY in USD

| Equity Component | | Market Price | Grant Price | Shares |
|---|---|---|---|---|
| Total CSAs | $67,254.40 | 85.80 | 64.35 | 1,045.13 |

Your equity award was calculated based on compensation of $523,773, where total compensation includes salary, bonus and other forms of eligible compensation.

All terms and conditions of equity awards, including those relating to vesting and forfeiture, are subject to controlling plan documents, including the FY 2004 equity award agreements (expected to be finalized in early 2005), the Employee Incentive Plan and related Prospectus.

### PAYMENT SCHEDULE

| | USD | GBP |
|---|---|---|
| 2004 First Installment | $279,119 | 154,018 |
| Less CSAs | ($67,254) | (37,111) |
| Total Cash Payment (Before Taxes) | $211,865 | 116,907 |

Payable on or about January 31, 2005, in accordance with the terms of the Letter Agreement

### ANNUAL SALARY
Effective Fiscal Year 2005, your annual base salary will be as follows:

Current Annual Salary    135,000 GBP

---

\* This summary is provided for informational purposes only. Your compensation, including your notional "2004 performance bonus", is subject to the terms and conditions of your letter agreement dated November 30, 2004 (the "Letter Agreement").  
\*\*Your bonus for 2004 is equal to the "First Installment" of your notional "Performance Bonus," per the Letter Agreement.

Note: Except to the extent otherwise provided in your Letter Agreement, all bonus awards and equity awards are contingent on your being employed on the scheduled bonus award date (on or about January 31, 2005) and not having given or received notice of employment termination before that date. If you are not employed on January 31, 2005 or you have given or received notice of employment termination before that date, you will not be eligible to receive a bonus awards (including any special awards) or any equity award for fiscal year 2004.

If you have any additional questions regarding your compensation or personal data, please contact your divisional HR representative.  
If you have any questions regarding your equity award, please contact the Compensation Department at (212) 526-6346.

20-Dec-04

4

# LEHMAN BROTHERS

Notes to your 2007 Bonus Award Payslip

**STRICTLY PRIVATE AND CONFIDENTIAL**

| | | | |
|---|---|---|---|
| To: | Timothy Wilkinson | Global ID: | 90000776 |
| Dept: | FID - 43639 - Rates Prop-Trading | Payroll: | 070-U |
| Payroll No. | 0172040 | | |
| From: | European Human Resources | Payment Date: | 31st January 2008 |

**Items on the Payslip**

| | GBP | |
|---|---|---|
| Bonus '07 | 628,414.63 | |
| **PAYSLIP TOTAL** | 628,414.63 | |

**Items NOT shown on the Payslip**

| | | |
|---|---|---|
| CSAs | 644,178.66 | |
| Bonus '07 Advance 2nd Instalment | 469,197.77 | |
| **SUBTOTAL** | 1,113,376.43 | |
| **TOTAL 2007 BONUS** | 1,741,791.06 | |

**Additional Information**

**Bonus '07:**
Your cash bonus award is taxed via PAYE and will be included in your 2007/8 year-end P60 form.

**CSA Award:**
This represents the Contingent Stock Award ("CSAs") value made under the relevant 2007 plan. A full summary showing all your outstanding awards, together with details of the vesting periods will be available to view on LehmanLive, keyword "equityaward", during the first quarter 2008. All terms and conditions of the CSA Awards are subject to the controlling plan documents, including the FY 2007 equity award agreements (expected to be finalised in early 2008), the 2005 Stock Incentive Plan and related Prospectus.

**Bonus '06 2nd Instalment:**
You will also receive the 2006 Bonus 2nd Instalment of GBP 126,165.41 (USD equivalent 250,776.00)

You are advised to keep this document for future reference          January 2008

5

## LEHMAN BROTHERS

**LEHMAN BROTHERS**
2006 Total Compensation Statement
**CONFIDENTIAL**

Employee: Wilkinson, Timothy B
Division: FID
Hire Date: 04/29/2002

Stock Program: SVP
Employee Id: 90000776

### COMPENSATION HISTORY

| Compensation Type | | Current - 2006 |
|---|---|---|
| Paid Salary | $ | 244,876 |
| 2006 First Installment | $ | 507,453 |
| **Total Compensation** | $ | 752,329 |

### EQUITY SUMMARY in USD

| | Equity Component | Market Price | Grant Price | Shares |
|---|---|---|---|---|
| Total CSAs | $ 130,312.25 | $ 77.03 | $ 57.77 | 2,255.71 |

Your equity award was calculated based on compensation of $752,329, where "total compensation" includes salary, bonus and other forms of eligible compensation.

All terms and conditions of equity awards, including those relating to vesting and forfeiture, are subject to controlling plan documents, including the FY 2006 equity award agreements (expected to be finalized in early 2007), the Employee Incentive Plan and related Prospectus.

### PAYMENT SCHEDULE

| 2006 First Installment | $ | 507,453 | |
|---|---|---|---|
| Less CSAs | $ | (130,312) | Payable on or about January 31, 2007, in accordance |
| Total Cash Payment (Before Taxes) | $ | 377,141 | with the terms of the Letter Agreement |
| Total Cash Payment (Before Taxes) | £ | 207,918 | (Local Currency) |

### ANNUAL SALARY
Effective Fiscal Year 2007, your annual base salary will be as follows:

Current Annual Salary   £   135,000

---

\* This summary is provided for informational purposes only. Your compensation, including your notional "2006 performance bonus", is subject to the terms and conditions of your letter agreement dated January 16, 2006 (the "Letter Agreement").

\*\*Your bonus for 2006 is equal to the "First Installment" of your notional "2006 Performance Bonus," per the Letter Agreement.

Note: Except to the extent otherwise provided in your Letter Agreement: (1) all bonus awards and equity awards are contingent on your being employed on the scheduled bonus award date (on or about January 31, 2007) and not having given or received notice of employment termination before that date; (2) if you are not employed on January 31, 2007 or you have given or received notice of employment termination before that date, you will not be eligible to receive a bonus awards (including any special awards) or any equity award for fiscal year 2006.

If you have any additional questions regarding your compensation or personal data, please contact your divisional HR representative.

If you have any questions regarding your equity award, please contact the Compensation Department at (212) 526-8346.

14-Dec-06