STROOCK & STROOCK & LAVAN LLP
Claude G. Szyfer
Francis C. Healy
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for CIFG Assurance North America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x
*In re*                                              :   Chapter 11
                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,         :   Case No. 08-13555 (JMP)
                                                     :
                                                     :   **(Jointly Administered)**
                    **Debtors.**                     :
-------------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

  Michael Magzamen, being duly sworn, affirms and says:

 1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

 2. On July 2, 2012, affiant served, true and correct copies of *Response of CIFG Assurance North America, Inc. to the Three Hundred Eleventh Omnibus Objection to Claims (No Liability Derivative Claims)* (Docket No. 29170), filed via the Court's ECF system on such date, via overnight mail upon each of the parties on the attached Service List A.

3. On July 3, 2012, affiant served, true and correct copies of *Response of CIFG Assurance North America, Inc. to the Three Hundred Eleventh Omnibus Objection to Claims (No Liability Derivative Claims)* (Docket No. 29170), filed via the Court's ECF system on such July 2, 2012, via hand delivery upon those parties on the attached Service List B.

/s/ Michael Magzamen
Michael Magzamen

Sworn to before me this
6th day of July, 2012

/s/ Sharon Hana Choi
NOTARY PUBLIC

Sharon Hana Choi
Notary Public, State of New York
No. 02CH6233842
Qualified in Queens County
Commission Expires Jan. 3, 2015

## Service List A

Weil, Gotshal & Manges LLP
Attn: Jacqueline Marcus, Esq.
Robert J. Lemons, Esq.,
and Lee J. Goldberg, Esq.
767 Fifth Avenue
New York, NY  10153

## Service List B

Office of the United States Trustee for Region 2,
Attn: Tracy Hope Davis, Esq.,
Elisabetta Gasparini, Esq., and
Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, NY  10004

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004