UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
In re                                                         :     Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,                        :     08-13555 (JMP)
                                                              :
                                              Debtors.        :     (Jointly Administered)
                                                              :
------------------------------------------------------------- x

## AFFIRMATION OF CLAIMANT NICHOLAS P. HOWARD IN OPPOSITION TO DEBTORS' 313th OMNIBUS OBJECTION (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS) DATED JUNE 4, 2012

Nicholas P. Howard affirms under penalties of perjury as follows:

1.  I was employed by Lehman Brothers from January 1993 through September 2008. Upon the sale of Lehman Brothers' brokerage unit to Barclays in September 2008, my employment by Lehman Brothers was terminated.

2.  For each year between 2003 and 2008, during which time I was paid as a Commissioned Sales Person, Lehman Brothers issued to me an "RSU Agreement", which documented that a portion of my compensation was withheld for payment in the future. Pursuant to the RSU Agreements, I recognized that I was contractually obligated to avoid engaging in any "Detrimental Activity" and that I had other ongoing contract obligations under these Agreements. *See, e.g.*, Debtors' Omnibus Reply to Responses to Debtors' 118th, 130th, 131st, 133d, 134th, 135th, 176th & 207th Omnibus Objections, Dec. 15, 2011, at pp. 65-68 (RSU Agreement for 2004).

3.  After my entry into the RSU Agreements, including after the termination of my employment, I continued to perform all of those contractual obligations.

4.　After the Petition Date, Debtors sent me a form of Proof of Claim, which Debtors had partially completed by inserting my name and address, a bar code, and a notice that Debtors had scheduled my claim as "Schedule G Executory Contract" for the "RSU Agreement." I timely completed and filed the Proof of Claim, receipt of which Debtors acknowledged. *See* Exhibit 1 hereto. My original Proof of Claim relating to contract rights under the RSU Agreements was assigned Claim No. 17758.

5.　Attached hereto as Exhibit 1 is the original Proof of Claim that I filed in connection with my contract rights under the RSU Agreements. This initial Claim was assigned Claim No. 28279.

6.　The practice followed each year by Lehman Brothers for commissioned salespeople was to calculate gross production and net production (commission payments) on a monthly basis. (See attached Compensation Statement, page 7 of Exhibit 1.) Lehman deducted, from the monthly net commission payments to me, an amount entitled "Equity Accrual Calculated," which was a deduction for the Lehman Brothers RSU equity incentive program.

7.　As shown on the attached Compensation Statement, during 2008 the sum of $362,226 was withheld from my monthly commissions. This amount was never converted into RSUs; nor was it ever paid to me.

8.　I never paid tax on the portion of any amount reserved under the RSU Agreements, either that portion withheld from my bonus or that portion withheld from my commissions. For prior years, not at issue here, after my interests vested and I was permitted to draw down on my RSU account, Lehman Brothers would retain a portion in cash to pay the federal withholding tax, and then would use the balance to provide me with Lehman Brothers shares. The entire amount of the payment was treated as ordinary income to me and was taxed at ordinary income rates. My understanding is that Lehman Brothers was entitled to a business

expense deduction for the amount of this portion of the bonus, but only at the time that it was actually paid.

9. The economic substance of the RSU Agreements to me was that a portion of the my earned commissions was held back, or the amount of any commissions withheld and would be paid to me only after passage of five years, during which I was subject to ongoing contractual obligations. At no time did Lehman suggest that I had ever failed to perform any of these contractual obligations, the breach of which could result in rescission of my commission. However, under the terms of the RSU Agreements, Lehman Brothers was not required to pay me anything from these reserved amounts, and in fact Lehman Brothers did not pay me anything, until five years after we entered into that RSU Agreement.

10. Even after vesting I was not permitted to draw down on the shares until five years after the date of the RSU Agreement. During this entire time my right to draw down on the shares was contingent on my continued performance of contract obligations.

11. Stock options issued to me by Lehman Brothers did not work in this way. Upon the grant, I received a security in the form of the stock option. The option provided me with the right to buy LBH shares at a fixed price, the exercise price. While a period of time passed before the option vested, upon vesting I could exercise the option by paying the exercise price, and I would receive LBH shares. No comparable security was issued to me under the RSU Agreement.

12. I did not pay tax on the option when granted, which I understand is due to a special provision of the Internal Revenue Code governing the taxation of options. Upon exercise of the option I was taxed on the difference between the current market price of the LBH shares at the time of exercise and the exercise price.

3

Affirmed under penalties of perjury this 5th day of July, 2012.

_____        _____
RICHARD A. SCHAGER, JR.                 Nicholas P. Howard
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SC4834248
Qualified in Kings County
My Commission Expires March 30, 2015

# EXHIBIT 1

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | UNIQUE IDENTIFICATION NUMBER: 555248610<br>Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000028278 |
| Name of Debtor Against Which Claim is Held<br>LEHMAN BROTHERS HOLDINGS, INC. | Case No. of Debtor<br>08-13555 (JMP) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

LBH (MERGE2.DBF,SCHED_NO) SCHEDULE #: 555248610*****
NICHOLAS P., HOWARD
114 WEST ROAD
NEW CANAAN, CT 06840

Telephone number: 646-262-7204   Email Address: nicholas.howard@barcap.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

**NOTICE OF SCHEDULED CLAIM:**
Your Claim is scheduled by the indicated Debtor as:

SCHEDULE G - EXECUTORY CONTRACT OR UNEXPIRED LEASE

DESCRIPTION:
RESTRICTED STOCK UNIT AGREEMENT

Name and address where payment should be sent (if different from above)

Telephone number: _____   Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 3,247,606.03

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☑ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Deferred and accrued compensation, RSU fund, Immediate Cashflow, Deriviture Contract, Long Term Medical Benefits
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: _____
Value of Property: $_____    Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☑ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☑ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED

SEP 2 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 09/21/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Nicholas P. Howard

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

(1)



**HAND DELIVERY**

**FILED / RECEIVED**
SEP 2 2 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

RECEIVED BY  DATE  11:17 TIME

Nick Howner

(2)

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | UNIQUE IDENTIFICATION NUMBER: 1000231801 |
| Name of Debtor Against Which Claim is Held<br>LEHMAN BROTHERS Holdings Inc | Case No. of Debtor<br>08-13555 (JMP) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000028279 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000231801******
HOWARD, NICHOLAS P.
114 WEST ROAD
NEW CANAAN, CT 06840

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number: _____
(If known)

Filed on: _____

Telephone number: 646-262-7204  Email Address: nicholas.howard@barcap.com

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number: _____  Email Address: _____

1. **Amount of Claim as of Date Case Filed:** $ 3,247,606.03
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☒ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☐ Check this box if all or part of your claim is based on a Guarantee.*
   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Deferred and accrued compensation, MLP fund Prosecution
   (See instruction #2 on reverse side.) Derivative Contract, Long Term Medical Benefit (unclear)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____  Annual Interest Rate ____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____  Basis for perfection: _____
   Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.
   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☒ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☒ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
   Amount entitled to priority:
   $_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
   (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

Date: 09/21/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
Nicholas P. Howard

FOR COURT USE ONLY

**FILED / RECEIVED**

SEP 2 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

(3)

To: whom it may concern:
From: Nick Howard

I received two proof of claim forms for some reason and therefore filled them both out.

(4)

Claim against Lehman Bros Holdings Inc     for N. HOWARD.

**A.** 1. Unvested RSUs / Deferred Compensation Item

      Total Award Units Outstanding     44,700

      Grant Value of Award Units     $1,920,000

   2. Unvested Stock Options     12,000

      Grant value of Stock Option awards     $160,000

   Total value of stock and options grants     $2,080,000

**B.** 1. Unpaid cash Commissions that were accrued in 2008     $362,226.03

**C.** 1. Derivative Contract.     $55,380.00

   Structured Investment with Lehman

   52520W143 is the Security Identifier

   213 units at $260 on July 24, 2007

**D.** 1. Lehman Brothers MLP Opportunity     $150,000.00

   Capital Partners L.P.

   Product Reference LBMLP;

   [Held in Lehman London liquidation]
   in Lehman Prime Services London.

✱. Long Term Medical Benefits     $600,000.00

   Age 50 plus 16 years of service qualified me for this benefit.

   20 x $30,000 a year.

[This I have not been able to clarify so I have been advised to submit this estimate by Epiq personnel.]

Grand Total.     (5)     $3,247,606.03

ersonal Award Summary                                                                                                       Page 1 of

# EHMAN BROTHERS | LehmanLive

ata as of August 31, 2008                                                                                        10051851 Nicholas P. Howar

## AWARD UNITS¹ OUTSTANDING

| Grant Date | Description | Grant Price | Grant Value³ | Restriction Ends | Units Granted | Dividend Equivalents | Units Delivered | Units Vested³ | Units Outstanding | Market Value at $0.142 |
|---|---|---|---|---|---|---|---|---|---|---|
| 17/01/2008 | July 2008 IR RSU | $20.9600 | $109,303 | 11/30/2011 | 5,214.86 | 65.91 | 0.00 | 0.00 | 5,280.77 | $75( |
| 2/07/2007 | 2007 IR MD Principal | $44.4300 | $512,860 | 11/30/2012 | 11,543.11 | 237.76 | 0.00 | 0.00 | 11,780.87 | $1,67: |
| 2/07/2007 | 2007 IR MD Discount | $44.4300 | $219,797 | 11/30/2012 | 4,947.05 | 101.85 | 0.00 | 0.00 | 5,048.90 | $71: |
| 2/08/2006 | 2006 IR MD Principal | $53.9200 | $456,035 | 11/30/2011 | 8,457.63 | 250.32 | 0.00 | 0.00 | 8,707.95 | $1,23 |
| 2/08/2006 | 2006 IR MD Discount | $53.9200 | $195,444 | 11/30/2011 | 3,624.70 | 107.30 | 0.00 | 0.00 | 3,732.00 | $53( |
| 1/30/2005 | 2005 IR MD Principal | $44.1000 | $202,251 | 11/30/2010 | 4,586.20 | 168.34 | 0.00 | 0.00 | 4,754.54 | $67! |
| 1/30/2005 | 2005 IR MD Discount | $44.1000 | $86,679 | 11/30/2010 | 1,965.52 | 72.15 | 0.00 | 0.00 | 2,037.67 | $28! |
| 2/09/2004 | 2004 IR MD Principal | $30.0300 | $136,703 | 11/30/2009 | 4,552.22 | 204.46 | 0.00 | 2,378.33 | 4,756.68 | $67! |
| 2/09/2004 | 2004 IR MD Discount | $30.0300 | $58,587 | 11/30/2009 | 1,950.94 | 87.55 | 0.00 | 0.00 | 2,038.49 | $28! |
| 2/10/2003 | 2003 IR MD Principal | $24.9850 | $3,267 | 11/30/2008 | 130.76 | 6.90 | 0.00 | 68.83 | 137.66 | $2( |
| 2/10/2003 | 2003 IR MD Discount | $24.9850 | $1,400 | 11/30/2008 | 56.04 | 2.90 | 0.00 | 0.00 | 58.94 | $ |
| Total | | | $1,982,326 | | 47,029.03 | 1,305.44 | 0.00 | 2,447.16 | 48,334.47 | $6,86: |

## STOCK OPTIONS OUTSTANDING

| Grant Date | Description | Exercise Price | Black-Scholes Grant Price | Expiration Date | Black-Scholes Grant Value | Options Granted | Options Exercised | Options Exercisable | Options Outstanding | Intrinsi Valu at $0.142 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/30/2005 | 2005 IR MD Options | $63.0000 | $16.4350 | 11/29/2015 | $96,276 | 5,858 | 0 | 0 | 5,858 | $( |
| 2/09/2004 | 2004 IR MD Options | $42.9000 | $10.4750 | 11/29/2014 | $65,071 | 6,212 | 0 | 2,174 | 6,212 | $( |
| 2/10/2003 | 2003 IR MD Options | $35.6950 | $9.7250 | 11/29/2013 | $1,537 | 158 | 0 | 54 | 158 | $( |
| 2/11/2002 | 2002 MD Options | $27.2100 | $9.1250 | 11/29/2012 | $130,998 | 14,356 | 10,768 | 3,588 | 3,588 | $( |
| 2/03/2001 | December 2001 MD Options | $31.7000 | $10.5100 | 11/29/2011 | $274,710 | 26,138 | 17,148 | 8,990 | 8,990 | $( |
| 19/20/2001 | September 2001 MD Options | $23.3200 | $7.1650 | 09/19/2011 | $182,507 | 25,472 | 20,472 | 5,000 | 5,000 | $( |
| Total | | | | | $751,099 | 78,194 | 48,388 | 19,806 | 29,806 | $( |
| Total Equity | | | | | | | | | | $6,86: |

Market value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated stock price. The intrinsic value of stock otions is calculated by multiplying the number of options outstanding by the difference between the indicated stock price and the option exercise ice. Please note that the current market price is based on a delayed 20 minutes feed from Reuters. (03:59 PM EDT on September 4 2009)

Award Units are those equity-based awards other than stock options, i.e. Restricted Stock Units, Conditional Equity Awards or Contingent Stock wards, as applicable.
Grant Value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated grant price.
Units Vested refers to that portion of the award that has become vested and/or subject to limited conditions, as determined under the applicable an documents.

ttp://my.lehman.com/HRS/equityaward/westinghouse.do             9/7/200!

Compensation Statement

Name: 10051851 - NICHOLAS HOWARD
From: 12/1/2007 To: 12/31/2008

| | Year Total | Dec-08 | Nov-08 | Oct-08 | Sep-08 | Aug-08 | Jul-08 | Jun-08 | May-08 | Apr-08 | Mar-08 | Feb-08 | Jan-08 | Dec-07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Production | 10,760,102.10 | 432,113.74 | 26,769.17 | 146,722.51 | 319,972.97 | 1,236,646.69 | 1,151,863.09 | 825,013.27 | 1,026,542.87 | 831,346.24 | 989,642.40 | 2,038,075.40 | 1,015,567.59 | 719,826.17 |
| Net Production | 1,402,072.96 | 58,057.01 | 3,493.35 | 24,786.55 | 47,071.21 | 148,452.98 | 147,086.43 | 105,385.92 | 152,496.82 | 121,165.13 | 127,998.21 | 228,561.56 | 138,830.61 | 98,697.18 |
| Average Rate (%) | 13.03 | 13.44 | 13.05 | 16.89 | 14.71 | 12 | 12.77 | 12.77 | 14.85 | 14.57 | 12.93 | 11.21 | 13.67 | 13.71 |
| Prior Months -Deficit/Overage | | -28,208.97 | 0 | -945.87 | -46,503.29 | 0 | -39,779.01 | -19,019.35 | -23,979.10 | -18,883.44 | -26,846.12 | -6,438.73 | -0.01 | 0 |
| Adj to Net Production | -175,803.55 | -750 | 0 | 0 | -1,513.78 | -28,637.00 | | | | | | | -5,142.73 | -4,814.28 |
| Monthly Payout Balance | | 29,098.05 | 3,493.35 | 23,840.68 | -945.87 | 119,815.98 | 107,307.42 | 86,366.57 | 128,507.72 | 102,281.68 | 101,152.08 | 222,122.83 | 133,687.88 | 93,882.89 |
| Draw Amount | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Sales Compensation | 1,151,557.14 | 29,098.05 | 3,493.35 | 23,840.68 | 0 | 119,815.98 | 107,307.42 | 86,366.57 | 128,507.72 | 102,281.68 | 101,152.08 | 222,122.83 | 133,687.88 | 93,882.89 |
| Cash Commissions | 789,331.11 | 29,098.05 | 3,493.35 | 23,840.68 | 0 | 80,553.14 | 74,649.10 | 69,320.47 | 84,150.53 | 75,548.38 | 75,177.89 | 118,086.10 | 87,100.68 | 68,312.73 |
| Equity Accrual Calculated | 362,226.03 | 0 | 0 | 0 | 0 | 39,262.84 | 32,658.32 | 17,046.10 | 44,357.19 | 26,733.30 | 25,974.20 | 104,036.73 | 46,587.20 | 25,570.17 |
| Recorded Total Sales Compensation | 1,226,269.41 | 29,098.05 | 31,702.32 | 23,840.68 | 0 | 166,319.27 | 107,307.42 | 86,366.57 | 128,507.72 | 102,281.68 | 101,152.09 | 222,122.83 | 133,687.88 | 93,882.90 |
| -Deficit/Overage | | 0 | -28,208.97 | 0 | -945.87 | -46,503.29 | | | | | | | 0 | -0.01 |

(7)

loldings - Details                                                                                     Page 1 of :

 **BARCLAYS WEALTH**                                                        Log Out | Contact Us

HOME    ACCOUNT    MY PROFILE    BARCLAYS CAPITAL

Summary   HOLDINGS   Activity   Gains/Losses   Margin Balances   Statements & Reports

# HOLDINGS – DETAILS

Account(s):            834-23469 - HOWARD NICHOLAS

Valuation Currency:    USD United States Dollar

 SUBMIT

Showing results for account 834-23469 - HOWARD NICHOLAS; valuation currency USD; holdings are as of end of business day 18 Sep 2009

\* Includes securities for which prices are not readily available or other factors that prevent the pricing of these securities. Market Values for thes computed and the total equity in your account does not reflect the long or short market value (if any) of those securities.

**Private Equity**

| Security | Total Capital Commitment/ Remaining Commitment | Called Capital[B]/ Recallable Distributions | Total Contributions/ Total Distributions | Estimated Value | Value in Excess of Net Contributions | Pending Cash[E] | Trading Currency | Comm |
|---|---|---|---|---|---|---|---|---|
| Lehman Brothers Capital Partners III, L.P. Product Ref: CAP3 Closing Date: 21 Dec 1995 | 25,000.00 | 19,077.65 | 19,077.65 / 413,596.08 | 11,342.00 | 405,860.43 | | USD | |

Leverage Factor: 8:0
⊞ ACTIVITY
⊞ HISTORY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Lehman Brothers Capital Partners IV, L.P. Product Ref: CAP4 [20] Closing Date: 21 Oct 1997 | 15,000.00 | 11,874.00 | 11,874.00 / 20,350.93 | 2,804.17 | 11,281.10 | | USD | |
| Lehman Brothers Communications Capital Partners I, L.P. Product Ref: CCAP1 [22] Closing Date: 31 Mar 2000 | 75,000.00 | 18,750.00 | 18,750.00 / 13,054.00 | 27.09 | (5,668.91) | | USD | |

⊞ ACTIVITY
⊞ HISTORY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Lehman Brothers MLP Opportunity Capital Partners L.P. Product Ref: LBMLP Closing Date: 31 May 2007 | 150,000.00 | 150,000.00 | 150,000.00 | 24 | (150,000.00) | | USD | |

⊞ ACTIVITY
⊞ HISTORY

**Total in Private Equity USD**                                              261,820.72

Holdings - Details                                                                                          Page 1 of



# HOLDINGS - DETAILS

Account(s):            834-23469 - HOWARD NICHOLAS

Valuation Currency:    USD United States Dollar



Showing results for account 834-23469 - HOWARD NICHOLAS; valuation currency USD; holdings are as of end of business day **18 Sep 2009**

* Includes securities for which prices are not readily available or other factors that prevent the pricing of these securities. Market Values for these computed and the total equity in your account does not reflect the long or short market value (if any) of those securities.

**Private Equity**

| Security▲ | Total Capital Commitment/ Remaining Commitment | Called Capital[B]/ Recallable Distributions | Total Contributions/ Total Distributions | Estimated Value | Value in Excess of Net Contributions | Pending Cash[E] | Trading Currency | Comm |
|---|---|---|---|---|---|---|---|---|
| Lehman Brothers Capital Partners III, L.P. | | | | | | | | |
| Product Ref: CAP3 | 25,000.00 | 19,077.65 | 19,077.65 | 11,342.00 | 405,860.43 | | USD | |
| Closing Date: 21 Dec 1995 | | | 413,596.08 | | | | | |
| Leverage Factor: 8:0 | | | | | | | | |
| ⊞ ACTIVITY | | | | | | | | |
| ⊞ HISTORY | | | | | | | | |
| Lehman Brothers Capital Partners IV, L.P. | | | | | | | | |
| Product Ref: CAP4 [20] | 15,000.00 | 11,874.00 | 11,874.00 | 2,804.17 | 11,281.10 | | USD | |
| Closing Date: 21 Oct 1997 | | | 20,350.93 | | | | | |
| Lehman Brothers Communications Capital Partners I, L.P. | | | | | | | | |
| Product Ref: CCAP1 [22] | 75,000.00 | 18,750.00 | 18,750.00 | 27.09 | (5,668.91) | | USD | |
| Closing Date: 31 Mar 2000 | | | 13,054.00 | | | | | |
| ⊞ ACTIVITY | | | | | | | | |
| ⊞ HISTORY | | | | | | | | |
| Lehman Brothers MLP Opportunity Capital Partners L.P. | | | | | | | | |
| Product Ref: LBMLP | 150,000.00 | 150,000.00 | 150,000.00 | 24 | (150,000.00) | | USD | |
| Closing Date: 31 May 2007 | | | | | | | | |
| ⊞ ACTIVITY | | | | | | | | |
| ⊞ HISTORY | | | | | | | | |
| **Total in Private Equity USD** | | | | | 261,820.72 | | | |

loldings ·                                                                                                                                              Page 11 of 1

| | | | | | |
|---|---|---|---|---|---|
| Index Tracking Stocks | GLD | SPDR GOLD TR GOLD SHS | 300.000 | 98.67 18 Sep 2009 | 29,601.00 |
| Structured Investment | 52520W143 | WTS LEHMAN BROS HLDGS INC CALL WT LKD DE SHAW OCULUS FD ACCD INVS | 213.000 | Unpriced* | |

**Howard, Nicholas: Equities Sales (NYK)**

Structured Investment 52520W143 WTS LEHMAN BROS HLDGS INC CALL WT LKD DE SHAW OCULUS FD ACCD INVS 213.000 Unpriced* 0.00

*Nicholas P. Howard*
Managing Director
**Barclays Capital**
Institutional Client Group
Global Equity Sales
745 7th Avenue
New York, NY 10019
212-526-6789 *(phone)*
212-520-0231 *(fax)*
646-262-7204 *(cell)*



**HAND DELIVERY**

RECEIVED BY: _[signature]_

FILED / RECEIVED
SEP 2 2 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

DATE

TIME: 11:17

Nick Hound

(12)