DEWEY PEGNO & KRAMARSKY LLP
777 Third Avenue
New York, New York 10017
Tel: (212) 943-9000
Fax: (212) 943-4325
David S. Pegno
*Attorneys for Claimant David J. Brooks*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**JOINDER IN RESPONSE TO DEBTORS' THREE
HUNDRED THIRTEENTH OMNIBUS OBJECTION TO CLAIMS
(TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

  Claimant David J. Brooks, by his attorneys Dewey Pegno & Kramarsky LLP, respectfully submits this statement in response to Debtors' Three Hundred Thirteenth Omnibus Objection to Claims (to Reclassify Proofs of Claims as Equity Interests) (the "Objection").

  Mr. Brooks hereby joins in the Responses of Claimants Michael K. McCully, Michael J. Mullen and other Claimants in Opposition to Debtors' 313th Omnibus Objections to Claims (to Reclassify Proofs of Claim as Equity Interests) (the "Responses"). Mr. Brooks reserves all rights to assert any additional matters in response and opposition to the Objection. He further takes no position at this time with respect to the motion to certify a class

with respect to this matter, and reserves all of his rights in that regard, including without limitation his right to opt out of any potential class.

Dated: New York, New York
July 6, 2012

DEWEY PEGNO & KRAMARSKY LLP

By: /s/ David S. Pegno
David S. Pegno
777 Third Avenue
New York, New York 10017
(212) 943-9000
(212) 943-4325

*Attorneys for Claimant David J. Brooks*