UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                    Debtors.                                      :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 29095-29097,
                                                                       29113

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 2, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          /s/ Lauren Rodriguez
Sworn to before me this                                   Lauren Rodriguez
6th day of July, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   VAN DEN BERG, W.
      VAN SLINGELANDTLAAN 11
      2334 CB LEIDEN
      NETHERLANDS
```

Please note that your claim # 52089 in the above referenced case and in the amount of
         $21,301.00        has been transferred (**unless previously expunged by court order**)

```
      STICHTING THE IAMEX VALUE FOUNDATION
      TRANSFEROR: VAN DEN BERG, W.
      ATTN: J. KAPTEIN
      KEIZERSGRACHT 268
      AMSTERDAM    1016 EV
      NETHERLANDS
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 29096      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/02/2012                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 2, 2012.

**EXHIBIT B**

```
TIME: 18:27:38                                      LEHMAN BROTHERS HOLDING INC.                                            PAGE:    1
DATE: 07/02/12                                           CREDITOR LISTING

Name                              Address
KUA PHEK LONG                     TRANSFEROR: YEESON LIMITED 2 SINARAN DRIVE #11-05 SOLEIL@SINARAN SINGAPORE   307467 SINGAPORE
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: VAN DEN BERG, W. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: VEENHUIZEN-FRUIN, MEVROUW M.L. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION   TRANSFEROR: VISSER, DE HEER DR. C.P.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
VAN DEN BERG, W.                  VAN SLINGELANDTLAAN 11 2334 CB LEIDEN   NETHERLANDS
VEENHUIZEN-FRUIN, MEVROUW M.L.    ZIEKEN 45-A DEN HAAG   2515 SB NETHERLANDS
VISSER, DE HEER DR. C.P.J.        ORANJE NASSAULAAN 7 2361 LA WARMOND   NETHERLANDS
YEESON LIMITED                    11 KEPPEL ROAD 8/F RCL CENTRE SINGAPORE   089057 SINGAPORE

Total Number of Records Printed       8
```

EPIQ BANKRUPTCY SOLUTIONS, LLC