**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
| | : | |

------------------------------------------------------------------------x    Ref. Docket Nos. 28537, 28829,
28853, 29099, 29100, 29101, 29108,
29147, 29148, 29156

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 3, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*_____
                                          Lauren Rodriguez

Sworn to before me this
6th day of July, 2012
*/s/ Cassandra Murray*_____
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
+---------------------------------------+     Chapter 11 Case No.
| In re                                 |
|                                       |     08-13555 (JMP)
| LEHMAN BROTHERS HOLDINGS INC., et al.,|
|                                       |     (Jointly Administered)
|                         Debtors.      |
+---------------------------------------+
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CANTOR FITZGERALD & CO
             TRANSFEROR: BARCLAYS BANK PLC
             ATTN: NATHAN PLOTKIN
             110 EAST 59TH STREET
             NEW YORK NY 10022

Please note that your claim # 56952 in the above referenced case and in the amount of
        $15,598.05        has been transferred (**unless previously expunged by court order**)

             DOLPHINSU CAPITAL LLC
             TRANSFEROR: CANTOR FITZGERALD & CO
             C/O RICHARDS KIBBE & ORBE
             ATTN: LARRY HALPERIN
             ONE WORLD FINANCIAL CENTER
             NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 28829    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/03/2012                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez

                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 3, 2012.

**EXHIBIT B**

```
TIME: 12:26:08                                    LEHMAN BROTHERS HOLDING INC.                                        PAGE:   1
DATE: 07/03/12                                        CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANK HAPOALIM (SWITZERLAND) LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER STOCKERSTRASSE 33 ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND) LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CANTOR FITZGERALD & CO | TRANSFEROR: BARCLAYS BANK PLC ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022 |
| CAPITAL PARTNERS SECURITIES CO., LTD | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: FUMIO KOJIMA ASAHI BUILDING, 6TH FLOOR 3-12-2 NIHONBASHI, CHUO-KU TOKYO 103-0027 JAPAN |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DOLPHINSU CAPITAL LLC | TRANSFEROR: CANTOR FITZGERALD & CO C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| EFG BANK AG | GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166 |
| EFG BANK AG | BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: UBS SECURITIES LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: UBS SECURITIES LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| INTERNATIONAL POWER PLC C/O | 1990 POST OAK BLVD STE 1900 HOUSTON TX 77056-3831 |
| INTERNATIONAL POWER AMERICA, INC | |
| INTERNATIONAL POWER PLC C/O | 62 FOREST STREET MARLBOROUGH MA 01752 |
| INTERNATIONAL POWER AMERICA, INC | |
| INTERNATIONAL POWER PLC C/O | STEVEN LOZNER BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| INTERNATIONAL POWER AMERICA, INC | |
| IPR-GDF SUEZ ENERGY MARKETING NORTH AMERICA, INC. | TRANSFEROR: INTERNATIONAL POWER PLC C/O INT'L ENERGY NA, INC. ATTN: RAY CUNNINGHAM, VP & GEN COUNSEL 1990 POST OAK BLVD, SUITE 1900 HOUSTON TX 77006 |
| JATRALEC CAPITAL LLC | TRANSFEROR: YORVIK PARTNERS LLP C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MONARCH MASTER FUNDING LTD | RICH VICHAIDITH DEUTSCHE BANK AG, LONDON BRANCH C/O DEUTSCHE BANK SECURITIES INC. 60 WALL STREET NEW YORK NY 10005 |
| MONARCH MASTER FUNDING LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| NOTENSTEIN PRIVATBANK AG | TRANSFEROR: EFG BANK AG IFO CLEARING & SETTLEMENT BOHL 17 ST. GALLEN 9004 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC 7-P.O. BOX ZURICH 80J98 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK HAPOALIM (SWITZERLAND) LTD. BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |
| UBS AG, LONDON BRANCH | TRANSFEROR: CAPITAL PARTNERS SECURITIES CO., LTD ATTN: KAZUYA ICHIKAWA AND MARIE MIYAZAWA (TOKYO) 1 FINSBURY AVENUE LONDON EC2M 2PP UNITED KINGDOM |
| UBS SECURITIES LLC | TRANSFEROR: DATACAP PROCESSING LIMITED ATTN: DARLENE ARIAS/CRAIG PEARSON/BP6 677 WASHINGTON BLVD STAMFORD CT 06901 |
| YORVIK PARTNERS LLP | TRANSFEROR: MEDIOLANUM INTERNATIONAL LIFE LIMITED 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | |

Total Number of Records Printed     24

EPIQ BANKRUPTCY SOLUTIONS, LLC