Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & M<sup>c</sup>Cloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                                                        :

In re:                                                             :         Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,  :        08-13555 (JMP)

                     Debtors.               :       (Jointly Administered)

------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                 ) SS.:
COUNTY OF NEW YORK  )

        CHARMAINE THOMAS, being duly sworn, deposes and says:

        I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

        On the 6th of July 2012, I caused copies of the following documents:

        Application for Final Professional Compensation of Milbank, Tweed, Hadley & McCloy LLP, Counsel to Official Committee of Unsecured Creditors, Seeking Final Approval and Allowance of Compensation for Services Rendered and for Reimbursement of Expenses During Period From September 17, 2008 Through and Including March 6, 2012, for Milbank, Tweed, Hadley & McCloy

LLP, Creditor Committee Aty, period: 9/17/2008 to 3/6/2012, fee: $144,430,022.50, expenses: $6,707,064.31, [DI 29238],

Application for Final Professional Compensation of Houlihan Lokey Howard & Zukin Capital, Inc., Investment Banker to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From September 17, 2008 Through March 6, 2012 for Houlihan Lokey Howard & Zukin Capital, Inc., Other Professional, period: 9/17/2008 to 3/6/2012, fee: $43,932,513, expenses: $564,678.92, [DI 29237], and

Application for Final Professional Compensation of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period September 17, 2008 Through March 6, 2012 for FTI Consulting, Inc., Consultant, period: 9/17/2008 to 3/6/2012, fee:$96,969,936, expenses: $1,493,373, [DI 29231],

to be served upon the parties identified on Exhibit A attached hereto by FedEx for next business day delivery, and to be served upon the party identified on Exhibit B by hand delivery.

    /s/ Charmaine Thomas
    CHARMAINE THOMAS

SWORN TO AND SUBSCRIBED before
me this 6th of July 2012

  /s/ Jacqueline Brewster
Jacqueline Brewster
Notary Public, State of New York
No. 03BR6093249
Qualified in Bronx County
Certificate filed in New York County
Commission Expires June 2, 2015

2

**Exhibit A**

Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, New York 10020
Attn: John Suckow and William Fox

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey Miller, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 22nd Floor
New York, New York 10004
Attn: Elisabetta G. Gasparini
         Andrea B. Schwartz

Richard Gitlin
Chair of the Fee Committee
c/o Godfrey & Kahn, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719

## Exhibit B

The Honorable James M. Peck  
United States Bankruptcy Judge  
United States Bankruptcy Court  
One Bowling Green  
New York, New York  10004