UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
In re:                                              :    Chapter 11
                                                    :    Case No. 08-13555(JMP)
                                                    :    (Jointly Administered)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :
                                                    :    CERTIFICATE OF
                Debtors.                 :    SERVICE
                                                    :
------------------------------------------------------------------- X

       I, Brendan Cyr, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 6th day of July 2012, Lehman Brothers Special Financing Inc. Working Group's Application for Entry of an Order, Pursuant to 11 U.S.C. §§503(b)(3)(D) and 503(b)(4) for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution in These Cases; the Notice of Application of Goldman Sachs Bank USA and Goldman Sachs International for Entry of an Order Pursuant to 11 U.S.C. §§503(b)(3)(D) and 503(b)(4) for Allowance and Reimbursement of Reasonable Professional Fees in Making a Substantial Contribution in These Cases; and the Declaration of Thomas J. Moloney executed on July 5, 2012 were served by hand and by Federal Express, as indicated, upon:

                        **BY HAND**

                  Harvey Miller, Esq.
                  Richard P. Krasnow, Esq.
                  Weil, Gotshal & Manges, LLP
                  767 Fifth Avenue
                  New York, NY  10153

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Tracy Hope Davis, Esq.
Elisabetta G. Gasparini, Esq.
Andrea B. Schwartz, Esq.
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 22nd Floor
New York, New York 10004

**BY FEDERAL EXPRESS**

Brady C. Williamson, Esq.
Katherine Stadler, Esq.
Godrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703

2. On the 9th day of July 2012, the above-mentioned documents were served by hand upon:

John Suckow
William Fox
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, NY 10020

3. These services were made by assistant managing clerks of this firm under my general supervision.

Dated: New York, New York
July 9, 2012

_____
Brendan Cyr