**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : | Case No. 08-13555 (JMP) |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : |  |

------------------------------------------------------------------------x    Ref. Docket Nos. 29163 & 29164

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 29, 2012, I caused to be served the following:

    a)  "Notice of Joint Motion of Lehman Brothers Holdings Inc. and Litigation Subcommittee of Creditors' Committee, Pursuant to Section 105(A) of the Bankruptcy Code, to Extend Stay of Avoidance Actions," to which was attached the "Joint Motion of Lehman Brothers Holdings Inc. and Litigation Subcommittee of Creditors' Committee, Pursuant to Section 105(A) of the Bankruptcy Code, to Extend Stay of Avoidance Actions," dated June 29, 2012 [Docket No. 29163], (the "Joint Motion"), and

    b)  "Notice of Motion Pursuant to Section 105(A) of the Bankruptcy Code and General Order M-390 for an Order Amending the Alternative Dispute Resolution Procedures Order for Affirmative Claims of the Debtors Under Derivatives Transactions with Special Purpose Vehicle Counterparties," dated June 29, 2012, to which was attached the "Motion Pursuant to Section 105(A) of the Bankruptcy Code and General Order M-390 for an Order Amending the Alternative Dispute Resolution Procedures Order for Affirmative Claims of the Debtors Under Derivatives Transactions with Special Purpose Vehicle Counterparties," dated June 29, 2012 [Docket No. 29164], (the "Amended Motion"),

by causing true and correct copies of the following:

i.    Joint Motion and Amended Motion, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.    Joint Motion and Amended Motion, to be delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

iii.    Joint Motion and Amended Motion, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.    Amended Motion, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>,

v.    Joint Motion, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>, and

vi.    Amended Motion, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Pete Caris

Pete Caris

Sworn to before me this
2nd day of July, 2012
<u>/s/ *Cassandra Murray*</u>
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

## Email Addresses

| | |
|---|---|
| aaaronson@dilworthlaw.com | arosenblatt@chadbourne.com |
| aalfonso@willkie.com | arthur.rosenberg@hklaw.com |
| abeaumont@fklaw.com | arwolf@wlrk.com |
| abraunstein@riemerlaw.com | aseuffert@lawpost-nyc.com |
| acaton@kramerlevin.com | ashaffer@mayerbrown.com |
| acker@chapman.com | ashmead@sewkis.com |
| adam.brezine@hro.com | asnow@ssbb.com |
| adarwin@nixonpeabody.com | aunger@sidley.com |
| adiamond@diamondmccarthy.com | austin.bankruptcy@publicans.com |
| aeckstein@blankrome.com | avenes@whitecase.com |
| aentwistle@entwistle-law.com | azylberberg@whitecase.com |
| afriedman@irell.com | bankr@zuckerman.com |
| agbanknewyork@ag.tn.gov | bankruptcy@goodwin.com |
| aglenn@kasowitz.com | bankruptcy@morrisoncohen.com |
| agold@herrick.com | bankruptcy@ntexas-attorneys.com |
| agoldstein@tnsj-law.com | bankruptcymatters@us.nomura.com |
| ahammer@freebornpeters.com | barbra.parlin@hklaw.com |
| aisenberg@saul.com | bbisignani@postschell.com |
| akantesaria@oppenheimerfunds.com | bcarlson@co.sanmateo.ca.us |
| akolod@mosessinger.com | bdk@schlamstone.com |
| akornikova@lcbf.com | bguiney@pbwt.com |
| alum@ftportfolios.com | bill.freeman@pillsburylaw.com |
| amarder@msek.com | bkmail@prommis.com |
| amartin@sheppardmullin.com | bmanne@tuckerlaw.com |
| amcmullen@boultcummings.com | bmiller@mofo.com |
| amenard@tishmanspeyer.com | boneill@kramerlevin.com |
| anann@foley.com | brian.corey@greentreecreditsolutions.com |
| andrew.brozman@cliffordchance.com | brosenblum@jonesday.com |
| andrew.lourie@kobrekim.com | broy@rltlawfirm.com |
| angelich.george@arentfox.com | bruce.wright@sutherland.com |
| ann.reynaud@shell.com | bstrickland@wtplaw.com |
| anthony_boccanfuso@aporter.com | btrust@mayerbrown.com |
| aoberry@bermanesq.com | bturk@tishmanspeyer.com |
| aostrow@beckerglynn.com | bwolfe@sheppardmullin.com |
| apo@stevenslee.com | bzabarauskas@crowell.com |
| aquale@sidley.com | cahn@clm.com |
| araboy@cov.com | calbert@reitlerlaw.com |
| arahl@reedsmith.com | canelas@pursuitpartners.com |
| arheaume@riemerlaw.com | carol.weinerlevy@bingham.com |
| arlbank@pbfcm.com | cbelisle@wfw.com |
| | cbelmonte@ssbb.com |

cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com

dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com

gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffery.black@bingham.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@ag.state.mn.us

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@btkmc.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jteitelbaum@tblawllp.com

jtimko@shutts.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kjarashow@fklaw.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kpiper@steptoe.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krosen@lowenstein.com

kuehn@bragarwexler.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

landon@streusandlandon.com

lapeterson@foley.com

lathompson@co.sanmateo.ca.us

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lgotko@fklaw.com

lgranfield@cgsh.com

lhandelsman@stroock.com

linda.boyle@twtelecom.com

lisa.ewart@wilmerhale.com

lisa.kraidin@allenovery.com

ljkotler@duanemorris.com

lkatz@ltblaw.com

lmarinuzzi@mofo.com

lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

loizides@loizides.com

lromansic@steptoe.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lsilverstein@potteranderson.com

lubell@hugheshubbard.com

lwhidden@salans.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@sc.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.ellenberg@cwt.com

mark.sherrill@sutherland.com

martin.davis@ots.treas.gov

marvin.clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

max.polonsky@skadden.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mberman@nixonpeabody.com

mbienenstock@dl.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mccombst@sullcrom.com

mcordone@stradley.com

mcto@debevoise.com

mcyganowski@oshr.com

mdahlman@kayescholer.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com

newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com

rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com

schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
steven@blbglaw.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com

wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
| --- | --- |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Name | Email Address |
| --- | --- |
| 2004 SICON LTD GROUP DEFINED BENEFIT PENSION & DEATH BENEFIT SCHEME | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| 3D CAPITAL FUND LTD, THE | nina.gupta@barclaysglobal.com |
| 820 MANAGEMENT TRUST | amoore@barbnet.com |
| AB SVENSK EXPORTKREDIT (PUBL) | lehmangrupp@sek.se |
| ABAXBANK S.P.A. | simona.locatelli@abaxbank.com |
| ABBEY NATIONAL TREASURY SERVICES PLC | andrew.marsland@santandergbm.com |
| ABBEY NATIONAL TREASURY SERVICES PLC | mmclaughlin@omm.com |
| ABN AMRO BANK N.V. | pia.friis@rbs.com |
| ABN AMRO BANK N.V. | sophie.duvillier@nl.fortis.com |
| ABRAMS CAPITAL PARTNERS II LP | bwall@abramscapital.com |
| ABSA BANK LIMITED | lgranfield@cgsh.com |
| ABSA BANK LIMITED | Paul.Clifton@absacapital.com |
| ABU DHABI INVESTMENT AUTHORITY - EMD (BLK TICKER: GULF3) | Peter.Vaughan@BlackRock.com |
| ACCESS GROUP, INC | ggoodman@foley.com, dreicher@foley.com |
| ACCESS GROUP, INC. | ggoodman@foley.com, dreicher@foley.com |
| ACM GLOBAL CREDIT - U.S. SUB-FUND | michael.coffee@alliancebernstein.com |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC | Danica.Williams@lw.com |
| ACUITY MASTER FUND LTD | Mkostolansky@acuitycap.com |
| ADI LONG SHORT EUROPE | SGRASSET@OFI-AM.FR |
| ADM CAPITAL/C ADM GLADIUS FUND LIMITED | as@admcap.com |
| ADM MACULUS FUND II L.P., THE | as@admcap.com |
| ADM MACULUS FUND III L.P., THE | as@admcap.com |
| ADVANCED SERIES TRUST, ON BEHALF OF THE AST ADVANCED STRATEGIES | sadiq.peshimam@prudential.com |
| AFCO CARGO PIT LLC | cstipancic@afcoinc.com |
| AFTRA RETIREMENT FUNDS | Cmicalizzi@Aftrahr.com |
| AG FINANCIAL PRODUCTS INC | will.sugden@alston.com |
| AGOSTINI, EDWARD J. AND SYLVIA | calbert@reitlerlaw.com |
| AGRICULTURAL BANK OF CHINA LTD | limingg@abchina.com, XuHang@abchina.com |
| AIG FINANCIAL PRODUCTS CORP | shirley@aigfpc.com |
| AIG INTERNATIONAL INC. | shirley@aigfpc.com |
| AIG-FP STRUCTURED FINANCE (CAYMAN) LIMITED | shirley@aigfpc.com |
| AKANTHOS ARBITRAGE MASTER FUND, LP | mkao@akanthoscapital.com, jnip@akanthoscapital.com |
| ALEPPA FUNDING I LLC | Kevin.Broadwater@pimco.com |
| ALL NIPPON AIRWAYS CO., LTD. | y.onishi@ana.co.jp |
| ALLEGHENY COUNTY AIRPORT AUTHORITY, THE | esmith@schnader.com |
| ALLEGHENY COUNTY INDUSTRIAL DEVELOPMENT | bridget.schessler@bnymellon.com |
| ALLEGHENY COUNTY INDUSTRIAL DEVELOPMENT | mvenditto@reedsmith.com |
| ALLGEMEINE SPARKASSE OBEROSTERREICH BANKAKTIENGESELLSCHAFT | Anton.Moises@sparkasse-ooe.at |
| ALLGEMEINE SPARKASSE OBEROSTERREICH BANKAKTIENGESELLSCHAFT | David.Elkin@ropesgray.com |
| ALLIANCE & LEICESTER PLC | ian.hares@alliance-leicester.co.uk |
| ALLIANCE & LEICESTER PLC | mmclaughlin@omm.com |
| ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)- | michael.coffee@alliancebernstein.com |
| ALLIANCE BERNSTEIN BOND FUND, INC. | michael.coffee@alliancebernstein.com |
| ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - | michael.coffee@alliancebernstein.com |
| ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. | michael.coffee@alliancebernstein.com |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES | michael.coffee@alliancebernstein.com |
| ALLIANZ GLOBAL INVESTORS (FRANCE) SA / AGF VITA PLUS | radia.krouri@allianzgi.fr |
| ALLIANZ GLOBAL INVESTORS FRANCE S.A., | JURIDIQUE@ALLIANZGI.FR |
| ALLIANZ GLOBAL INVESTORS FRANCE SA ACTING ON BEHALF OF THE FUND CEA | juridique@allianzgi.fr, fgcmode@allianzgi.fr |

| | |
|---|---|
| ALLIANZ GLOBAL INVESTORS FRANCE SA/AGF EFFICIO PLUS | radia.krouri@allianzgi.fr |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT MBH | michael.neeb@bhfassetserv.com, verena.senne@de.pimco.com |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT MBH | verena.senne@de.pimco.com, marc.eisenlohr@jpmorgan.com |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT MBH | verena.senne@de.pimco.com, michael.neeb@bhfassetserv.com |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT MBH | verena.senne@de.pimco.com, michael.siegler@bnpparibas.com |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT MBH | verena.senne@de.pimco.com, thomas.hircoh@dreschner-bank.com |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT MBH | verena.senne@de.pimco.com, thomas.hirsch@dresdner-bank.com |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | verena.senne@de.pimco.com, carlo.roilgen@team2.statestreet.com |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | verena.senne@de.pimco.com, DDelvaux@statestreet.com |
| ALLIANZ GROUP PENSION SCHEME, THE | kevin.collins@alllianz.ie |
| ALLIANZ INVEST KAPITALANLAGEGESELLSCHAFT MBH FOR | s.zecha@allianzinvest.at |
| ALLIED IRISH BANKS, P.L.C. | Helen.M.Moran@aib.ie |
| ALLIED IRISH BANKS, P.L.C. | lisa.kraidin@allenovery.com |
| ALPHA ASSET MANAGEMENT A.E.D.A.K. | middleoffice@alphaasset.gr |
| ALPHA BANK A.E. | structuredproducts@alpha.gr |
| ALPHADYNE INTERNATIONAL MASTER FUND, LTD | mike.polo@adyne.com |
| AMBER FINANCE LIMITED | dean.godwin@mourant.com |
| AMERICAN MUNICIPAL POWER, INC. | mgburke@sidely.com |
| AMERICAN MUNICIPAL POWER, INC. | mthompson@amppartners.org |
| AMERICAN MUNICIPAL POWER, INC. | tkington@cwslaw.com |
| AMP CAPITAL INVESTORS LIMITED ON BEHALF OF FD | Benjamin.Robinson@gs.com |
| AMP CAPITAL INVESTORS LIMITED ON BEHALF OF FD | daman@cgsh.com |
| AMTD STRATEGIC CAPITAL LIMITED | ruskin.chow@amtd.com.hk |
| AMUNDI AGGREGATE MONDE | christian.boisson@caam.com |
| AMUNDI CAPITAL VAR 20 USD | christian.boisson@caam.com |
| AMUNDI DYNARBITRAGE INTERNATIONAL | christian.boisson@caam.com |
| AMUNDI DYNARBITRAGE VAR 8 | christian.boisson@caam.com |
| AMUNDI FUNDS ABSOLUTE VAR 2 (EUR) | christian.boisson@caam.com |
| AMUNDI FUNDS ABSOLUTE VOLATILITY WORLD EQUITIES | christian.boisson@caam.com |
| AMUNDI GLOBAL EMERGENTS | christian.boisson@caam.com |
| AMUNDI INTERINVEST - INTERNATIONAL DEBTS | christian.boisson@caam.com |
| AMUNDI SERENITE PEA | christian.boisson@caam.com |
| AN FORAS AISEANNA SAOTHAIR PENSION FUND | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| ANCHORAGE CAPITAL MASTER OFFSHORE LTD | rscheininger@sidley.com |
| ANDOR TECHNOLOGY FUND, L.P. | SHEARER@SEWKIS.COM |
| ANDOR TECHNOLOGY OFFSHORE FUND, INC. | SHEARER@SEWKIS.COM,KOBRIEN@ANDORCAP.COM |
| ANDOR TECHNOLOGY PERENNIAL FUND, L.P. | SHEARER@SEWKIS.COM,KOBRIEN@ANDORCAP.COM |
| ANDORRA BANC AGRICOL REIG, S.A. | josemaria.alfin@andbanc.com |
| ANGLO IRISH BANK CORPORATION PLC PENSION PLAN | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| ANTHRACITE BALANCED COMPANY (R-26) LIMITED | arovira@sidley.com |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 | JOANNA.L.TAYLOR@AIB.IE |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 18 | JOANNA.L.TAYLOR@AIB.IE |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 8 | JOANNA.L.TAYLOR@AIB.IE |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 9 | JOANNA.L.TAYLOR@AIB.IE |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 18) | JOANNA.L.TAYLOR@AIB.IE |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 19) | JOANNA.L.TAYLOR@AIB.IE |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | JOANNA.L.TAYLOR@AIB.IE |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 7) | JOANNA.L.TAYLOR@AIB.IE |

| | |
|---|---|
| ANTHRACITE RATED INVESTMENTS (CAYMAN) LIMITED | scott.aitken@ky.hsbc.com |
| ANTHRACITE RATED INVESTMENTS (JERSEY) LTD | chris.ruark@mourant.com |
| ANTHRACITE REFERENCE COMPANY (12) LIMITED | connan.hill@ky.hsbc.com |
| AOZORA BANK LTD | Daniel.guyder@allenovery.com |
| AOZORA BANK LTD | k2.yoshida@aozorabank.co.jp |
| AOZORA BANK, LTD | Daniel.guyder@allenovery.com |
| AOZORA BANK, LTD | k2.yoshida@aozorabank.co.jp |
| APOGEE FUND, LTD., THE | simon.raykher@satellite-ny.com |
| APPLEBY TRUST (JERSEY) LIMITED | pjones@applebyglobal.com |
| APRIL M.A. REAL ESTATE AGENCY LTD | bbroder@eladgroup.com |
| ARCHDIOCESAN PENSION PLAN | art.montegari@archny.org |
| ARCUS ZENKEI FUND | peters@arcusinvest.com |
| ARROWGRASS MASTER FUND LTD | sp@arrowgrass.com |
| ARSAGO ALTERNATIVE INVESTMENTS SPC FOR THE ACCOUNT OF ARSAGO | dan.beghegeanu@arsago.com |
| ARSAGO STRATEGIES SPC FOR THE ACCOUNT OF ARSAGO GLOBAL MACRO | dan.beghegeanu@arsago.com |
| ASA NEW YORK TAX ADVANTAGED FUND L.P. | lattanasio@sidley.com, arovira@sidley.com |
| ASA NEW YORK TAX ADVANTAGED FUND L.P. | ralbright@asallc.com |
| ASIAN CENTURY QUEST (QP), LP | binder@sewkis.com |
| ASIAN CENTURY QUEST (QP), LP | szang@acqcap.com |
| ASIAN CENTURY QUEST FUND LP | binder@sewkis.com |
| ASIAN CENTURY QUEST FUND LP | szang@acqcap.com |
| ASIAN CENTURY QUEST OFFSHORE FUND LP | binder@sewkis.com |
| ASIAN CENTURY QUEST OFFSHORE FUND LP | szang@acqcap.com |
| ASIAN INFLATION RESPONSE FUND - (#4634) | lbhiinquiries@pimco.com |
| ASPEN BELL, LIMITED | ALAN.CORKISH@DB.com |
| ASPEN LUCIAN, LIMITED | alan.corkish@db.com |
| ASPEN LUCIAN, LIMITED | lattanasio@sidley.com, arovira@sidley.com |
| ASPEN NOAH, LIMITED | ALAN.CORKISH@DB.com |
| ASSET MANAGERS INTERNATIONAL LTD | KCOOK@PENTAGONCAPITAL.COM |
| ASSICURAZIONI GENERALI S.P.A. | marco.bartolomei@am.generali.com |
| ASSICURAZIONI GENERALI S.P.A. | roberto_spera@generali.com |
| ASTRAZENECA PENSIONS TRUSTEE LIMITED | keith.darlington@astrazeneca.com |
| ATLANTIC INTERNATIONAL FINANCE LIMITED | erickkcheng@hsbc.com.hk |
| ATOUT EUROLAND | christian.boisson@caam.com |
| ATOUT FRANCE | christian.boisson@caam.com |
| ATTORNEYS' LIABILITY ASSURANCE SOCIETY (BERMUDA) LTD. | richard.cull@gam.com |
| ATTORNEYS' LIABILITY ASSURANCE SOCIETY, INC. | richard.cull@gam.com |
| AURELIUS CAPITAL PARTNERS | dgropper@aurelius-capital.com |
| AURELIUS INVESTMENT, LLC | pvance@aurelius-capital.com |
| AUSTIN CAPITAL SAFE HARBOR PORTABLE | jrottinger@austincap.com |
| AUSTIN CAPITAL SAFE HARBOR PORTABLE | slerner@ssd.com |
| AXA BELGIUM | stephanie.broussard@axa-im.com |
| AXA FRANCE VIE | stephanie.broussard@axa-im.com |
| AXA IM DEUTSCHLAND | stephanie.broussard@axa-im.com |
| AXA IM DEUTSCHLAND ACTING FOR THE ACCOUNT OF | stephanie.broussard@axa-im.com |
| AXA IM DEUTSCHLAND GMBH FOR THE ACCOUNT OF | stephanie.broussard@axa-im.com |
| AXA INSURANCE UK PLC | nathalie.steggall@axa-im.com |
| AXA INTERLIFE S.P.A. | stephanie.broussard@axa-im.com |
| AXA INVESTMENT MANAGERS PARIS | stephanie.broussard@axa-im.com |
| AXA S.A. | stephanie.broussard@axa-im.com |
| AXA SUN LIFE PLC | nathalie.steggall@axa-im.com |
| AXA SUN LIFE PLC - SLPM | Mark.Anderson@alliancebernstein.com |
| AXA WORLD FUNDS-SUB-FUND ALPHA CREDIT BONDS | stephanie.broussard@axa-im.com |
| BABCOCK INTERNATIONAL GROUP PENSION SCHEME | stanley.billiald@babcock.co.uk |

| | |
|---|---|
| BABCOCK PENSION TRUST LIMITED, THE, ACTING AS TRUSTEE OF THE BABCOCK | Benjamin.Robinson@gs.com |
| BABCOCK PENSION TRUST LIMITED, THE, ACTING AS TRUSTEE OF THE BABCOCK | daman@cgsh.com |
| BANCA AKROS S.P.A. | luca.gandolfi@bancaakros.it |
| BANCA ALETTI & C. S.P.A. | massimo.zerbino@alettibank.it |
| BANCA DI CREDITO POPOLARE SOCIETA COOPERATIVA PER AZIONI | ttisdale@tisdale-law.com |
| BANCA FIDEURAM S.P.A | dir-legale@fideuram.it |
| BANCA IMI SPA | LEGAL.DEPARTMENTEBANCAIMI.COM |
| BANCA ITALEASE S.P.A | aeckstein@blankrome.com |
| BANCA ITALEASE S.P.A | federico.delmonte@lovells.com |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | enrico.carcani@banca.mps.it |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | enrico.carcani@banca.mps.it |
| BANCA POPOLARE DE MILANO SOCIETA COOPERATIE A R.L. | maria.teresa.guerra@bpm.it |
| BANCA POPOLARE DELL'EMILIA ROMAGNA SOCIETA COOPERATIVA | paolo.mazza.bper.it |
| BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A R.L. | maria.teresa.guerra@bpm.it |
| BANCA POPOLARE DI NOVARA SPA | segrsoc@bpn.it |
| BANCA PROFILO S.P.A. | societarioelegale@bancaprofilo.it |
| BANCO BANIF, S.A. | graca.monteiro@santander.pt |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | ignacio.ollero@grupobbva.com, elena.prieto@grupobbva.com |
| BANCO BRADESCO S.A. | ira.a.reid@bakernet.com |
| BANCO COOPERATIVO ESPANOL, S.A. | ramon_carbellas_boe@cajarural.com |
| BANCO FINANTIA INTERNATIONAL LIMITED | andrew.lourie@kobrekim.com, steven.perlstein@kobrekim.com, ian.levy@kobrekim.com |
| BANCO FINANTIA INTERNATIONAL LIMITED | Michael.kim@kobrekim.com, robert.henoch@kobrekim.com, |
| BANCO ITAU BBA S.A. - NASSAU BRANCH | operations@itaubba.com.br, minoue@itaubba.com.br, cfovalles@itaubba.com.br |
| BANCO MARE NOSTRUM, S.A. | jmsanchez@caixapenedes.com, ldelafuente@caixapenedes.com |
| BANCO SANTANDER DE NEGOCIOS PORTUGAL SA | graca.monteiro@santander.pt |
| BANCO SANTANDER, S.A. | jmmayoral@gruposantander.com |
| BANCO SANTANDER, SA | jmmayoral@gruposantander.com |
| BANCO VOTORANTIM S.A. NASSAU | charles.malloy@aporter.com |
| BANK FOR INTERNATIONAL SETTLEMENTS FX DEPT | diego.devos@bis.org |
| BANK JULIUS BAER & CO. LTD. | Michael.Gemy@juliusbaer.com, patrik.roos@juliusbaer.com |
| BANK LEUMI LE-ISRAEL B.M. | btrust@mayerbrown.com |
| BANK LEUMI LE-ISRAEL B.M. | danielts@bll.co.il |
| BANK OF ALAND PLC | malin.bellander@alandsbanken.fi |
| BANK OF AMERICA, N.A. | FREDRIC.SOSNICK@SHEARMAN.COM |
| BANK OF CHINA, NEW YORK | cdchen@bocusa.com, xhu@bocusa.com |
| BANK OF CHINA, NEW YORK | lisa.kraidin@allenovery.com |
| BANK OF CHINA, NEW YORK BRANCH | cdchen@bocusa.com, xhu@bocusa.com |
| BANK OF CHINA, NEW YORK BRANCH | lisa.kraidin@allenovery.com |
| BANK OF ESTONIA | jannoluurmees@epbe.ee |
| BANK OF KOREA, THE | bokexmgt@bok.or.kr, gino23@bok.or.kr |
| BANK OF MONTREAL | barry.stratton@harrisbank.com |
| BANK OF MONTREAL | spiotto@chapman.com, acker@chapman.com, top@chapman.com |
| BANK OF NEW YORK MELLON TRUST COMPANY NA, THE | eschaffer@reedsmith.com |
| BANK OF NEW YORK MELLON TRUST COMPANY NA, THE | suewan.johnson@bnymellon.com |

| | |
|---|---|
| BANK OF NEW YORK MELLON TRUST COMPANY, N.A., THE | bridget.schessler@bnymellon.com |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | bridget.schessler@bnymellon.com |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | mvenditto@reedsmith.com |
| BANK OF NEW YORK MELLON, THE | ekoster@dl.com |
| BANK OF NEW YORK MELLON, THE | steve.lawler@bnymellon.com |
| BANK OF NOVA SCOTIA, THE | bradley.tate@scotiabank.com, john_scali@scotiacapital.com |
| BANK OF NOVA SCOTIA, THE | ncoco@mwe.com |
| BANK OF SCOTLAND PLC | lattanasio@sidley.com |
| BANK OF SCOTLAND PLC | oliver.basi@lloydsbanking.com |
| BANK SARASIN & CO LTD | peter.hsu@baerkarrer.ch |
| BANK VONTOBEL AG | FREDY.FLURY@VONTOBEL.CH |
| BANK VONTOBEL AG | RANAN.WELL@BINGHAM.COM |
| BANK VONTOBEL AG | RUDOLF-REINHARD.MUELLER@VONTOBEL.CH |
| BANKHAUS LAMPE KG | dr.miebach@Bankhaus-Lampe.de |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF OF | dll@cibelescjamadrid.es |
| BANKINTER S.A. | iguerraa@bankinter.es |
| BANKINTER, SA | aicasuso@bankinter.es |
| BANQUE AIG | shirley@aigfpc.com |
| BANQUE CANTONALE VAUDOISE | elvira.felder.cordoba@bcv.ch |
| BANQUE DE LUXEMBOURG | legal@bgi-group.com |
| BANQUE D'ORSAY | tollis@gide.com |
| BANQUE EDEL SNC | jplherme@banque-edel.fr |
| BAR OF IRELAND RETIREMENT TRUST SCHEME - MANAGED FUND | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| BARCLAYS BANK PLC | daniel.crowley@barclayscapital.com, daniel.miranda@barclayscapital.com |
| BARCLAYS BANK PLC | lgranfield@cgsh.com |
| BARCLAYS BANK PLC | mark.manski@barcap.com |
| BARCLAYS CAPITAL SECURITIES LTD. | chris.allen@barcap.com |
| BARCLAYS CAPITAL SECURITIES LTD. | lgranfield@cgsh.com |
| BARCLAYS GLOBAL INVESTORS ASCENT UK LONG CORPORATE BOND FUND A SUBFUND | NIAN.LALA@BARCLAYSGLOBAL.COM, TIM.PRESTON@BARCLAYSGLOBAL.COM |
| BARCLAYS GLOBAL INVESTORS FIXED INCOME GLOBALALPHA FUND A SUB FUND OF | NIAN.LALA@BARCLAYSGLOBAL.COM, TIM.PRESTON@BARCLAYSGLOBAL.COM |
| BARCLAYS GLOBAL INVESTORS LIABILITY SOLUTIONS FUNDS LEVERAGE E FIXED | NIAN.LALA@BARCLAYSGLOBAL.COM, TINA.PRESTON@BARCLAYSGLOBAL.COM |
| BARCLAYS WEALTH MANAGERS FRANCE SA | ALAIN.ZEITOUNI@BARCLAYS.FR |
| BARCLAYS WEALTH MANAGERS FRANCE SA | IGRANFIELD@CGSH.COM |
| BARLOWORLD PENSION TRUST LIMITED | pemery@barloworld.co.uk |
| BARTON CREEK SENIOR LIVING CENTER, INC. | david.bennett@tklaw.com |
| BASS, EDWARD | cal.jackson@khh.com |
| BASS, EDWARD | gbearden@brattonftw.com |
| BAUPOST LIMITED PARTNERSHIP 1983 A- 1 | sas@baupost.com |
| BAUPOST LIMITED PARTNERSHIP 1983 B- 1 | sas@baupost.com |
| BAUPOST LIMITED PARTNERSHIP 1983 C- 1 | sas@baupost.com |
| BAUPOST VALUE PARTNERS, L.P.-I | sas@baupost.com |
| BAUPOST VALUE PARTNERS, L.P.-II | sas@baupost.com |
| BAUPOST VALUE PARTNERS, L.P.-III | sas@baupost.com |
| BAXTER HEALTHCARE IRELAND RETIREMENT AND DEATH BENEFIT PLAN | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| BAYERISCHE LANDESBANK | HARALD.GLOECKL@BAYEMLB.DE |
| BBK B.S.C | prasenjit.mandal@bbkonline.com |
| BBT FUND, L.P. | BReimann@barbnet.com |
| BBT FUND, L.P. | natalie.carlgren@khh.com |
| BBT MASTER FUND, L.P. | BReimann@barbnet.com |

| | |
|---|---|
| BBT MASTER FUND, L.P. | natalie.carlgren@khh.com |
| BEACH POINT STRATEGIC MASTER FUND, L.P. | droerig@beachpointcaptial.com |
| BEACH POINT TOTAL RETURN MASTER FUND, L.P. | droerig@beachpointcaptial.com |
| BEAFORD INVESTMENTS LIMITED | angela.c.watson@jpmorgan.com |
| BEALE, LOUISE RITCHIE | CHARLES.MALLOY@APORTER.COM |
| BEAVER CREEK GLOBAL FUND SPC | sofia.s.machada@abrouadwgados.com |
| BECTON DICKINSON PENSION SCHEME, THE | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| BEINT, L.L.C. | lsmookler@reitlerlaw.com |
| BEINT, L.L.C. | tradeclaims@beint.net |
| BELL ATLANTIC MASTER TRUST (100096) | Benjamin.Robinson@gs.com |
| BELL ATLANTIC MASTER TRUST (100096) | daman@cgsh.com |
| BERLIN-HANNOVERSCHE HYPOTHEKENBANK AG | xandra.graneist@berlinhyp.de |
| BERYL FINANCE  LIMITED 2005-14 | mvenditto@reedsmith.com |
| BERYL FINANCE  LIMITED 2005-14 | sanjay.jobanputra@bnymellon.com |
| BERYL FINANCE  LIMITED SERIES 2007-7 | DAGEMEA@bnymellon.com |
| BERYL FINANCE  LIMITED SERIES 2007-7 | mvenditto@reedsmith.com |
| BERYL FINANCE LIMITED | DAGEMEA@bnymellon.com |
| BERYL FINANCE LIMITED | mvenditto@reedsmith.com |
| BERYL FINANCE LIMITED 2005-11 | mvenditto@reedsmith.com |
| BERYL FINANCE LIMITED 2005-11 | sanjay.jobanputra@bnymellon.com |
| BERYL FINANCE LIMITED SERIES 2005-16 | DAGEMEA@bnymellon.com |
| BERYL FINANCE LIMITED SERIES 2005-16 | mvenditto@reedsmith.com |
| BERYL FINANCE LIMITED SERIES 2007-10 | DAGEMEA@bnymellon.com |
| BERYL FINANCE LIMITED SERIES 2007-10 | mvenditto@reedsmith.com |
| BERYL FINANCE LIMITED SERIES 2007-11 | DAGEMEA@bnymelion.com |
| BERYL FINANCE LIMITED SERIES 2007-11 | mvenditto@reedsmith.com |
| BERYL FINANCE LIMITED SERIES 2007-13 | DAGEMEA@bnymellon.com |
| BERYL FINANCE LIMITED SERIES 2007-13 | mvenditto@reedsmith.com |
| BERYL FINANCE LIMITED SERIES 2007-14B | DAGEMEA@bnymellon.com |
| BERYL FINANCE LIMITED SERIES 2007-14B | mvenditto@reedsmith.com |
| BERYL FINANCE LIMITED SERIES 2007-7 | DAGEMEA@bnymellon.com |
| BERYL FINANCE LIMITED SERIES 2007-7 | mvenditto@reedsmith.com |
| BERYL FINANCE LIMITED SERIES 2007-8 | DAGEMEA@bnymellon.com |
| BERYL FINANCE LIMITED SERIES 2007-8 | mvenditto@reedsmith.com |
| BERYL FINANCE LIMITED SERIES 2008-1 | DAGEMEA@bnymellon.com |
| BERYL FINANCE LIMITED SERIES 2008-1 | mvenditto@reedsmith.com |
| BERYL FINANCE LIMITED SERIES 2008-14 | DAGEMEA@bnymellon.com |
| BERYL FINANCE LIMITED SERIES 2008-14 | mvenditto@reedsmith.com |
| BERYL FINANCE LIMITED SERIES 2008-3 | DAGEMEA@bnymellon.com |
| BERYL FINANCE LIMITED SERIES 2008-3 | mvenditto@reedsmith.com |
| BERYL FINANCE LIMITED SERIES 2008-6 | DAGEMEA@bnymellon.com |
| BERYL FINANCE LIMITED SERIES 2008-6 | mvenditto@reedsmith.com |
| BERYL FINANCE LIMITED SERIES 2008-7B | DAGEMEA@bnymellon.com |
| BERYL FINANCE LIMITED SERIES 2008-7B | mvenditto@reedsmith.com |
| BFT - BANQUE DE FINANCEMENT ET DE TRESORERIE | rbachelier@bft.fr |
| BFT GESTION ON BEHALF OF BFT VOL 2 | rbachelier@bft.fr |
| BFT GESTION ON BEHALF OF IENA OPPORTUNITIES INTERNATIONALES | rbachelier@bft.fr |
| BG ENERGY MERCHANTS, LLC | thomas.smith@bg-group.com |
| BG INTERNATIONAL LIMITED | dlbartner@shearman.com |
| BG INTERNATIONAL LIMITED | nick.tyler@bg-group.com |
| BG INTERNATIONAL LIMITED | rebecca.tomalin@bg-group.com |
| BGI EOS LIMITED, WALKERS CORPORATE SERVICES LIMITED | JOHN.CUTLER@BARCLAYSGLOBAL.COM |
| BGI FIXED INCOME GLOBAL ALPHA FUND LTD | nina.gupta@barclaysglobal.com |
| BGL BNP PARIBAS SA (FKA FORTIS BANQUE LUXEMBOURG SA, FKA | richard.skoller@americas.bnpparibas.com, kathryn.quinn@americas.bnpparibas.com |

| | |
|---|---|
| BIAM EQUITY MUTUAL FUND | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| BIAM MANAGED MUTUAL FUND | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| BIAM PENSION SCHEME, ON BEHALF OF BIAM PENSION SCHEME - ACTIVE FUND | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| BLACK ARBITRAGE OFFSHORE LTD | arovira@sidley.com |
| BLACK ARBITRAGE OFFSHORE LTD | lattanasio@sidley.com |
| BLACK ARBITRAGE OFFSHORE LTD | spully@carlsoncapital.com |
| BLACK BEAR INVESTMENT FUND, LLC | midde1thon2@aol.com |
| BLACK DIAMOND OFFSHORE LTD | arovira@sidley.com, lattanasio@sidley.com |
| BLACK DIAMOND OFFSHORE LTD | spully@carlsoncapital.com |
| BLACK RIVER FIR V OPPORTUNITY MASTER FUND LTD. | lpalchuk@faegre.com |
| BLACK RIVER FIR V OPPORTUNITY MASTER FUND LTD. | mark.rabogliatti@black-river.com |
| BLACKROCK FINANCIAL MANAGEMENT, INC, AS INVESTMENT ADVISOR, | gregory.milmoe@skadden.com, andrew.thau@skadden.com |
| BLACKROCK FINANCIAL MANAGEMENT, INC, AS INVESTMENT ADVISOR, | Luca.Testi@BlackRock.com |
| BLACKROCK FINANCIAL MGMT (UK), LTD, AS INVESTMENT ADVISOR | gregory.milmoe@skadden.com, andrew.thau@skadden.com |
| BLACKROCK FINANCIAL MGMT (UK), LTD, AS INVESTMENT ADVISOR | Luca.Testi@BlackRock.com |
| BLUEBAY EUROPEAN CREDIT OPPORTUNITY FUND | SSUTCLIFFE@BLUEBAYINVEST.COM |
| BMW (UK) TRUSTEES LIMITED | barry.betts@bmwgroup.com |
| BNP PARIBAS | richard.skoller@americas.bnpparibas.com, kathryn.quinn@americas.bnpparibas.com |
| BNP PARIBAS ASSET MANAGEMENT SAS | fim_legal_otc@fortisinvestments.com |
| BNP PARIBAS FIN'AMS | james.goodall@americas.bnpparibas.com, richard.skoller@americas.bnpparibas.com |
| BNP PARIBAS INVESTMENT PARTNERS BELGIUM NV/SA | fim_legal_otc@fortisinvestments.com |
| BNP PARIBAS INVESTMENT PARTNERS LUXEMBURG SA | fim_legal_otc@fortisinvestments.com |
| BNP PARIBAS WEALTH MANAGEMENT | serge.forti@asia.bnpparibas.com, ricardo.sanchez-moreno@asia.bnpparibas.com |
| BOARD OF GOVERNORS OF THE UNIV. OF NORTH CAROLINA | btsmith@email.unc.edu |
| BOARD OF TRUSTEES FOR THE MARYLAND STATE RETIREMENT AND PENSION SYSTEM | mruetz@sra.state.md.us |
| BOARD OF TRUSTEES OF THE NATIONAL PROVIDENT FUND, THE | alangford@annuitas.co.nz |
| BOC PENSIONS LIMITED ACTING AS TRUSTEE OF THE BOC PENSION | Benjamin.Robinson@gs.com |
| BOC PENSIONS LIMITED ACTING AS TRUSTEE OF THE BOC PENSION | daman@cgsh.com |
| BOEHRINGER INGELHEIM | david.witzer@rogge.co.uk |
| BOEHRINGER INGELHEIM | drosner@goulstonstorrs.com |
| BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST (609372), THE | Benjamin.Robinson@gs.com |
| BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST (609372), THE | daman@cgsh.com |
| BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST, THE | LISA.W.HAAG@BOEING.COM |
| BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST, THE | MPOBRIEN@WINSTON.COM |
| BPCE | nicolas.duhamel@bpce.fr |
| BRADFORD & BINGLEY PLC | ANDREW.HALL@BBG.CO.UK |
| BRED BANQUE POPULAIRE | herve.thiollet@bred.fr, xavier.brisset@bred.fr |
| BRETTON NOTCH ASSOCIATES, L.L.C. | philip.wells@ropesgray.com |
| BRIGADE LEVERAGED CAPITAL STRUCTURES FUND LTD | shearer@sewkis.com |
| BRIGADE LEVERAGED CAPITAL STRUCTURES FUND LTD | sv@brigadecapital.com |

| | |
|---|---|
| BRITANNIA BUILDING SOCIETY PENSION SCHEME | John.rogers@britannia.co.uk |
| BRK/A INVESTORS, L.L.C. | jfant@keystoneftw.com |
| BRK/A INVESTORS, L.L.C. | natalie.carlgren@khh.com |
| BRM GROUP LTD. | avib@brm.com |
| BRM GROUP LTD. | nrosenbaum@mofo.com, bmendelson@mofo.com |
| BROAD PEAK MASTER FUND LTD. | michael.moore@broadpeakinv.com |
| BROOKDALE GLBL OPPTY FUND | legal@weissasset.com |
| BROOKDALE INTL PRTNRS LP | legal@weissasset.com |
| BROWN THOMAS GROUP STAFF PENSION SCHEME | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| BT INSTITUTIONAL HEDGED GLOBAL BOND FUND | epp.deb@principal.com |
| BUCKEYE TOBACCO SETTLEMENT FINANCING AUTHORITY, THE | nbrannick@ssd.com |
| C.A.O.G.A. | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| C.M. LIFE INSURANCE COMPANY | mkunitz@massmutual.com |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A. R. L. | CPGSOCIETADICARTOLARIZZAZIONE@LEGALMAIL.IT |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A. R. L. | JLIVINGSTON@KSLAW.COM |
| CAAM FUNDS LDI GILT PLUS GBP | christian.boisson@caam.com |
| CAAM FUNDS LDI INDEX LINKED PLUS GBP | christian.boisson@caam.com |
| CACEIS BANK LUXEMBOURG | LB-FIN-SEC-GEN@EU.CA-INVESTORSERVICES.COM |
| CAISSE FEDERALE DU CREDIT MUTUEL DE | dbartner@shearman.com, sfennessey@shearman.com |
| CAISSE FEDERALE DU CREDIT MUTUEL DE | viryol@cmmabn.creditmutuel.fr |
| CAISSE REGIONALE | philippe.gaillard@ca-charente-perigord.fr |
| CAISSES D'EPARGNE PARTICIPATIONS | tollis@gide.com |
| CAIXA D'ESTALVIS DE TARRAGONA | ariveiro@caixatarragona.es |
| CAIXA PENEDES PENSIONS E.G.F.P, S.A. | dzaplana@caixapenedes.com, jmsanchez@caixapenedes.com |
| CAJA DE AHORROS DE GALICIA | ctoribio@caixagalicia.es |
| CAJA DE AHORROS DE SALAMANCA Y SORIA | Elena.Merino@cajaduero.es |
| CAJA DE AHORROS DE VALENCIA, CASTELLON Y ALICANTE (BANCAJA) | mrecuencogom@bgs.bgancaja.com |
| CAJA DE AHORROS DEL MEDITERRANEO | dtsiblza@cam.es |
| CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID | cveralog@cajamadrid.es |
| CALIFORNIA DEPARTMENT OF WATER RESOURCES | jopensha@water.ca.gov |
| CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION | Dshonkwiler@caiso.com |
| CALIFORNIA WINERY WORKERS PENSION PLAN TRUST FUND | rshannon@mjmlaw.us |
| CANADA LIFE ASSURANCE (IRELAND) LTD, ON BEHALF OF CL/BIAM MANAGED FUND | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| CANYON BALANCED MASTER FUND, LTD. | jkaplan@canyonpartners.com, jplaga@canyonpartners.com |
| CANYON BALANCED MASTER FUND, LTD. | lattanasio@sidley.com |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | jkaplan@canyonpartners.com, jplaga@canyonpartners.com |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | lattanasio@sidley.com |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | lattanasio@sidley.com, arovira@sidley.com |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | jkaplan@canyonpartners.com, jplaga@canyonpartners.com |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | lattanasio@sidley.com |
| CANYON VALUE REALIZATION FUND, L.P. | jkaplan@canyonpartners.com, jplaga@canyonpartners.com |
| CANYON VALUE REALIZATION FUND, L.P. | lattanasio@sidley.com |
| CAPITAL VENTURES INTERNATIONAL | david.pollard@sig.com |
| CARDINAL INVESTMENT SUB I, L.P. | EMcDaniel@oakhillinvestments.com |
| CARLYLE CREDIT PARTNERS MASTER FUND | matt.stanczuk@carlyle.com |
| CARLYLE CREDIT PARTNERS MASTER FUND | mewiles@debevoise.com |

| | |
|---|---|
| CASAM CAAM EQUITY MARKET NEUTRAL FUND LIMITED (F/K/A CASAM SYSTEIA | Daniel.rayman@us.casam.com |
| CASAM GLG EUROPEAN EQUITY MARKET NEUTRAL FUND LIMITED, A COMPANY | Daniel.rayman@us.casam.com |
| CASAM GLG EUROPEAN LONG-SHORT FUND LIMITED, A COMPANY INCORPORATED | Daniel.rayman@us.casam.com |
| CASCADE INVESTMENT, L.L.C. | legal@bgi-group.com |
| CASPIAN CAPITAL PARTNERS L.P. | susan@caspianlp.com |
| CASPIAN CAPITAL PARTNERS LP | jkelty@marinercapital.com |
| CASPIAN CAPITAL PARTNERS, L.P. | susan@caspianlp.com |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | susan@caspianlp.com |
| CATHAY UNITED BANK | david.w.parham@bakernet.com |
| CATHOLIC HEALTHCARE WEST | jean.ham@chw.edu |
| CAXTON INTERNATIONAL LIMITED | sbernstein@caxton.com |
| CBARB, A SEGREGATED ACCOUNT OF | lisa.lampert@geodecapital.com |
| CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LIMITED | lisa.lampert@geodecapital.com |
| CCR ASSET MANAGEMENT (FORMELLY CCR GESTION) | florence.robert@ubs.com |
| CEBFT RUSSELL MULTI-MANAGER BOND FUND | ecohen@russell.com, rchase@russell.com |
| CEDAR DKR HOLDING FUND LTD | selmazi@dkrcapital.com |
| CENTROBANCA - BANCA DI CREDITO FINANZIARIO E MOBILIARE S.P.A | m.fischetti@centrobanca.it |
| CENTROBANCA-BANCA DI CREDITO FINANZIARIO E MOBILIA S.P.A | m.fischetti@centrobanca.it |
| CERBERUS INTERNATIONAL, LTD. | rbernstein@lowenstein.com |
| CESKA SPORITELNA, A.S. | david.elkind@ropesgray.com |
| CESKA SPORITELNA, A.S. | selek@csas.cz |
| CHAHINE SPECIALIZED INVESTMENT FUND | fg@chahinecapital.com |
| CHARITABLE TRUST OF THE JESUIT FATHERS MAIN FUND | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| CHARITABLE TRUST OF THE JESUIT FATHERS RATHFARNHAM ACCOUNT | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| CHATHAM ASSET HIGH YIELD MASTER FUND LTD. | ALVES@SEWKIS.COM |
| CHATHAM ASSET HIGH YIELD MASTER FUND LTD. | JIM@CHATHAMASSET.COM |
| CHESAPEAKE PARTNERS LIMITED PARTNERSHIP | ALevinoff@chespartners.com |
| CHESAPEAKE PARTNERS MASTER FUND, LTD. | ALevinoff@chespartners.com |
| CHINA CITIC BANK CORPORATION LIMITED | zhaojingliang@citicbank.com |
| CHINA CITIC BANK CORPORATION LIMITED | zhaojingliang@citicbank.com, hxn@citicbank.com |
| CHINA CONSTRUCTION BANK CORPORATION | lijin.zh@ccb.com |
| CHINA DEVELOPMENT BANK CORPORATION | liuxuaoxi@cdb.com.cn |
| CHINA DEVELOPMENT BANK CORPORATION | zhaojiaxing@cdb.com.cn |
| CHINA DEVELOPMENT BANK CORPORATION | zhaojiaxing@cdb.com.cn, liuxuaoxi@cdb.com.cn |
| CHINA DEVELOPMENT INDUSTRIAL BANK | jsullivan@mosessinger.com |
| CHINA DEVELOPMENT INDUSTRIAL BANK | rozannamao@cdibank.com, nancylai@cdibank.com, alviechang@cdibank.com |
| CHINA MERCHANTS BANK C O., LIMITED | wanghch@cmbchina.com |
| CHINA MINSHENG BANKING CORP., LTD | wuwei@cmbc.com.cn |
| CHINATRUST COMMERCIAL BANK | grace.wu@email.chinatrust.com.tw |
| CHINATRUST COMMERCIAL BANK | kostad@mofo.com |
| CI INVESTMENTS INC., AS A MANAGER FOR | dpauli@ci.com |
| CIBA UK PENSION TRUST LTD | jackie.broughton@ciba.com |
| CIRENE FINANCE S.R.L | jjureller@klestadt.com |
| CIRENE FINANCE S.R.L | p_peruzzetto@finint.it |
| CIRRUS MASTER LIMITED | martin.tornqvist@cfm.fr |
| CITADEL EQUITY FUND LTD. | shellane.quinn@citadelgroup.com |
| CITIBANK, N.A. | ddavis@paulweiss.com |
| CITY UNIVERSITY OF HONG KONG | fogchan@cityu.edu.hk |

| | |
|---|---|
| CLOSE GLOBAL FUNDS LIMITED | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| COAL STAFF SUPERANNIATION SCHEME TRUSTEES LIMITED ACTING AS TRUSTEES | Benjamin.Robinson@gs.com |
| COAL STAFF SUPERANNIATION SCHEME TRUSTEES LIMITED ACTING AS TRUSTEES | daman@cgsh.com |
| COAL STAFF SUPERANNUATION SCHEME TRUSTEES | Benjamin.Robinson@gs.com |
| COAL STAFF SUPERANNUATION SCHEME TRUSTEES | daman@cgsh.com |
| COLISEE RE (F/K/A AXA RE) | stephanie.broussard@axa-im.com |
| COLONIAL BANCGROUP, INC., THE | kevinm@bellsouth.net |
| COMAC CAPITAL LLP | malcolm@comaccapital.com |
| COMMERZBANK AG | joachim.ballerstaedt@commerzbank.com |
| COMMERZBANK AG - GROUP INTENSIVE CARE | amelia.gibbons@commerzbank.com |
| COMMERZBANK AG - GROUP INTENSIVE CARE | joachim.ballerstaedt@commerzbank.com |
| COMMERZBANK AG - GROUP INTENSIVE CARE | stroyer@cbkna.com |
| COMMODITY REAL RETURN STRATEGY FUND (4600) | lbhiinquiries@pimco.com |
| COMMONWEALTH BANK OFFICERS SUPERANNUATION CORPORATION PTY LIMITED | Benjamin.Robinson@gs.com |
| COMMONWEALTH BANK OFFICERS SUPERANNUATION CORPORATION PTY LIMITED | daman@cgsh.com |
| COMMONWEALTH BANK OFFICERS SUPPERANNUATION | parlevgn@cba.com.au |
| COMMONWEALTH OF MASSACHUSETTS | colin.macnaught@state.ma.us |
| COMPAGNIE D'INVESTISEMENTS DE PARIS S.A.S | marie-francoise.walbaum@bnpparibas.com |
| CONGREGATION OF THE SISTERS OF MERCY - SOUTHERN PROVINCE | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF FOOTBRIDGE LIMITED TRUST | ajimenez@contrariancapital.com |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF MKM LONGBOAT MULTI-STRATEGY MASTER | ajimenez@contrariancapital.com |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF MKM LONGBOAT MULTI-STRATEGY MASTER | noah.heller@kattenlaw.com |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER QUEST OPPORTUNITY | ajimenez@contrariancapital.com |
| CONTRARIAN FUNDS, LLC | ajimenez@contrariancapital.com |
| CONTRARIAN FUNDS, LLC | amumola@contrariancapital.com |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF FORTRINN VOLATILITY FUND LTD | ajimenez@contrariancapital.com |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF GANHARA MASTER FUND LIMITED | ajimenez@contrariancapital.com |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF GANHARA MASTER FUND LIMITED | noah.heller@kattenlaw.com |
| CONVEX MASTER FUND LTD | SMATTEOZZI@ALFAROLAW.COM |
| CONVEXITY CAPITAL MASTER FUND L.P. | dcoleman@convexitycapital.com |
| CONWAY HOSPITAL, INC. | awhite@hsblawfirm.com |
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEEN BANK BA (T/A "RABOBANK | gsam@rabobank.com |
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK BA (T/A "ROBOBANK | gsam@rabobank.com |
| CO-OPERATIVE BANK P.L.C., THE | dave.mccarthy@britannia.co.uk |
| CORBIERE LIMITED | elizabeth.denman@conyersdill.com |
| COREPLUS BOND FUND B | nina.gupta@barclaysglobal.com |
| CORK EXAMINER PENSION SCHEME, THE | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| COUNTY OF LAKE, OHIO | bridget.schessler@bnymellon.com |
| COUNTY OF LAKE, OHIO | mvenditto@reedsmith.com |
| CPMG, INC. | gianni.dimos@pillsburylaw.com |
| CPMG, INC., AS PIM TO GEORGE KAISER | gianni.dimos@pillsburylaw.com |

| | |
|---|---|
| CR FIRENZE GESTION INERNATIONALE S.A. ACTING AS MANAGER OF THE GIOTTO | Benjamin.Robinson@gs.com |
| CR FIRENZE GESTION INERNATIONALE S.A. ACTING AS MANAGER OF THE GIOTTO | daman@cgsh.com |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | andrew.brozman@cliffordchance.com, sara.tapinekis@cliffordchance.com |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | emmanuel.mercier@ca-cib.com |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | richard.carlson@ca-cib.com |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK (FKA CALYON) | sara.lapinekis@cliffordchance.com |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK (FKA CALYON) | sophie.waldberg-billhouet@calyon.com |
| CREDIT ANDORRA, S.A. | jaremoneda@creditandorra.ad |
| CREDIT COOPERATIF | patrick.prud'homme@credit-cooperatif.coop |
| CREDIT DU NORD | leo.palmieri@cdn.fr |
| CREDIT DU NORD | shearer@sewkis.com |
| CREDIT EUROPE BANK NV | russell.welsh@crediteurope.nl |
| CREDIT PROTECTION TRUST 207 | JMichener@assuredguaranty.com |
| CREDIT PROTECTION TRUST 283 | JMichener@assuredguaranty.com |
| CREDIT SUISSE AG | gil.golan@credit-suisse.com |
| CREDIT SUISSE LOAN FUNDING LLC | allen.gage@credit-suisse.com |
| CREDIT SUISSE LOAN FUNDING LLC | ashwinee.sawh@credit-suisse.com |
| CREDITO EMILIANO SPA | ealbano@credem.it |
| CVF LUX MASTER S.A.R.L. | Annemarie.jacobsen@carval.com |
| CVI GVF (LUX) MASTER S. A. R. L. | matt.higbee@carval.com |
| CVI GVF (LUX) MASTER S.A.R.L | david.short@carval.com |
| CVI GVF (LUX) MASTER S.A.R.L | fhyman@mayerbrown.com |
| CVI GVF (LUX) MASTER S.A.R.L | JackMcMurray@CTBC.ca |
| CVI GVF (LUX) MASTER S.A.R.L. | annemarie.jacobsen@carval.com |
| CVI GVF (LUX) MASTER S.A.R.L. | david.short@carval.com |
| CVI GVF (LUX) MASTER S.A.R.L. | fhyman@mayerbrown.com |
| CVI GVF (LUX) MASTER S.A.R.L. | JackMcMurray@CIBC.ca |
| CVI GVF (LUX) MASTER S.A.R.L. | JackMcMurray@CTBC.ca |
| CVI GVF (LUX) MASTER S.A.R.L. | mm@gruss.com |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006-I | martin.feig@bnymellon.com |
| CYRUS EUROPE MASTER FUND, LTD | dmilich@cyruscapital.com |
| CYRUS OPPORTUNITIES MASTER FUND II., LTD. | dmilich@cyruscapital.com |
| D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, LTD. | rnoble@fortress.com |
| DAI-ICHI LIFE INSURANCE COMPANY, LIMITED THE | igoldstein@dl.com |
| DAIWA SECURITIES CAPITAL MARKETS CO. LTD. | daiwa_claim_I@jp.daiwacm.com |
| DAIWA/SCHRODER SPECIAL FUND SERIES - SCHRODER INDEX LINKED CAPITAL | christian.cano@schroders.com |
| DARTA SAVINGS LIFE ASSURANCE LIMITED | john.finnegan@darta.ie |
| DAVID KEMPNER INTERNATIONAL ACQUISITION PARTNERS, L.P. | osenbanjo@dkpartners.com |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP | osenbanjo@dkpartners.com |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTERNATIONAL LTD. | osenbanjo@dkpartners.com |
| DAVIDSON KEMPNER INTERNATIONAL LTD. | osenbanjo@dkpartners.com |
| DAVIDSON KEMPNER PARTNERS | osenbanjo@dkpartners.com |
| DBS BANK LTD (FKA THE DEVELOPMENT BANK OF SINGAPORE LTD) | debbielam@dbs.com, lawrencechan@dbs.com |
| DCI UMBRELLA FUND PLC - DCI MASTER FUND ONE | rdonick@dciny.com |
| DCI UMBRELLA FUND PLC - DCI MASTER FUND THREE | rdonick@dciny.com |
| DE LA RUE PENSION TRUSTEE LIMITED ACTING AS TRUSTEE OF THE DE LA | Benjamin.Robinson@gs.com |

| | |
|---|---|
| DE LA RUE PENSION TRUSTEE LIMITED ACTING AS TRUSTEE OF THE DE LA | daman@cgsh.com |
| DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. | lehmanclaims@starkinvestments.com |
| DEEPHAVEN INTERNATIONAL VOLATILITY STRATEGIES TRADING LTD | lehmanclaims@starkinvestments.com |
| DEEPHAVEN INTL. CONVERTIBLE TRADING LTD. | lehmanclaims@starkinvestments.com |
| DEEPHAVEN RELATIVE VALUE EQUITY TRADING LTD. | LEHMANCLAIMS@STARKINVESTMENTS.COM |
| DEKABANK DEUTSCHE GIROZENTRALE | andreas.binder@deka.de |
| DEL MAR MASTER FUND LTD. | alves@sewkis.com |
| DELAWARE RIVER PORT AUTHORITY | aeckstein@blankrome.com |
| DELAWARE RIVER PORT AUTHORITY | jwhite@drpa.org |
| DELRANG HOLDINGS LLC | lhalperin@rkollp.com |
| DEPFA ACS BANK | Joan.Doyle@DePfa.com |
| DEPFA BANK PLC | Joan.Doyle@DePfa.com |
| DESOTO COUNTY PARTNERS LP | brandon.douglass@dlapiper.com |
| DEUSTSCHE BANK NATIONAL TRUST COMPANY | melissa.rossiter@db.com |
| DEUSTSCHE BANK NATIONAL TRUST COMPANY | rpedone@nixonpeabody.com, adarwin@nixonpeabody.com |
| DEUTSCHE BANK AG | chip.goodrich@db.com |
| DEUTSCHE BANK AG | ira.wurcel@db.com |
| DEUTSCHE BANK AG LONDON BRANCH | michael.sutton@db.com |
| DEUTSCHE BANK AG, LONDON BRANCH | alexander.kraemer@db.com, kelly.whistance@db.com |
| DEUTSCHE BANK AG, LONDON BRANCH | alexander.kraemer@db.com, michael.sutton@db.com |
| DEUTSCHE BANK AG, LONDON BRANCH | alexander.kramer@db.com, michael.sutton@db.com |
| DEUTSCHE BANK AG, LONDON BRANCH | jack.tsai@db.com, christopher.yn.wong@db.com |
| DEUTSCHE BANK AG, LONDON BRANCH | jack.tsai@db.com, dpg.execution@db.com |
| DEUTSCHE BANK AG, LONDON BRANCH | Ls2.distrading@list.db.com; conor.mcgovern@db.com |
| DEUTSCHE BANK AG, LONDON BRANCH | michael.sutton@db.com |
| DEUTSCHE BANK AG, LONDON BRANCH | michael.sutton@db.com, philipp.roever@db.com |
| DEUTSCHE BANK AG, LONDON BRANCH | Michael.sutton@db.com/alexander.kraemer@db.com |
| DEUTSCHE BANK AG, LONDON BRANCH | philipp.roever@db.com |
| DEUTSCHE BANK AG, LONDON BRANCH | udai.bajaj@db.com, jack.tsai@db.com, christopher.yn.wong@bd.com |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | michael.sutton@db.com |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | michael.sutton@db.com, philipp.roever@db.com |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | michasel.sutton@db.com |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | philipp.roever@db.com |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | philipp.roever@db.com, michael.sutton@db.com |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | simon.glennie@db.com |
| DEUTSCHE BANK EUROPE GMBH BELGIUM BRANCH | dietrich.vreven@db.com |
| DEUTSCHE BANK NATIONAL TRUST CO. AS INDENTURE TRUSTEE AND CERTIFICATE | melissa.wilman@db.com |
| DEUTSCHE BANK NATIONAL TRUST CO. AS INDENTURE TRUSTEE AND CERTIFICATE | rpedone@nixonpeabody.com, adarwin@nixonpeabody.com |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE WITH RESPECT TO THE FIRST | melissa.wilman@db.com |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE WITH RESPECT TO THE FIRST | rpedone@nixonpeabody.com, adarwin@nixonpeabody.com |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE, GRANTOR TRUSTEE, | melissa.wilman@db.com |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE, GRANTOR TRUSTEE, | rpedone@nixonpeabody.com, adarwin@nixonpeabody.com |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | melissa.wilman@db.com |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | rpedone@nixonpeabody.com, adarwin@nixonpeabody.com |

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE AND SUPPLEMENTAL | melissa.wilman@db.com |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE AND SUPPLEMENTAL | rpedone@nixonpeabody.com, adarwin@nixonpeabody.com |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, GRANTOR TRUSTEE AND | melissa.wilman@db.com |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, GRANTOR TRUSTEE AND | rpedone@nixonpeabody.com, adarwin@nixonpeabody.com |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | akolod@mosessinger.com, kkolbig@messinger.com |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | melissa.wilman@db.com |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | rpedone@nixonpeabody.com, adarwin@nixonpeabody.com |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | stephen.t.hessler@db.com |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | melissa.wilman@db.com |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | rpedone@nixonpeabody.com, adarwin@nixonpeabody.com |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF | jenna.kaufman@db.com |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF | rpedone@nixonpeabody.com, adarwin@nixonpeabody.com |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE AND | melissa.rossiter@db.com |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE AND | rpedone@nixonpeabody.com, adarwin@nixonpeabody.com |
| DEUTSCHE BANK TRUST COMPANY, TRUSTEE, GRANTOR TRUSTEE, CORRIDOR TRUST | melissa.wilman@db.com |
| DEUTSCHE BANK TRUST COMPANY, TRUSTEE, GRANTOR TRUSTEE, CORRIDOR TRUST | rpedone@nixonpeabody.com, adarwin@nixonpeabody.com |
| DEUTSCHE POSTBANK AG | abernstein@cgsh.com |
| DEUTSCHE POSTBANK AG | hans-rene.boden@postbank.de |
| DEUTSCHE POSTBANK AG | sgrosshandler@cgsh.com |
| DEUTSCHE TELEKOM AG | juergen.kistner@telekom.de |
| DEXIA ASSET MANAGEMENT | pierre-guillaume.veaux@dexia.com |
| DEXIA BANK BELGIUM S.A. | KARINE.DRIESEN@DEXIA.COM |
| DEXIA CREDIOP S.P.A | Edoardo.Baratella@dexia.com |
| DEXIA CREDIT LOCAL | VIRGINIE.GUERIN-BAECHELEN@DEXIA.COM |
| DEXIA KOMMUNALKREDIT BANK AG | dominique.brossard@dexia.com |
| DEXIA KOMMUNALKREDIT BANK AG | pierre.verot@dexia.com |
| DEXIA MONEY 3M | pierre-guillaume.veaux@dexia.com |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | DAGEMEA@bnymellon.com |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | mvenditto@reedsmith.com |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | DAGEMEA@bnymellon.com |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | mvenditto@reedsmith.com |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | DAGEMEA@bnymellon.com |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | mvenditto@reedsmith.com |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-02 | DAGEMEA@bnymellon.com |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-02 | mvenditto@reedsmith.com |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-07 | DAGEMEA@bnymellon.com |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-07 | mvenditto@reedsmith.com |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-08 | DAGEMEA@bnymellon.com |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-4 | arovira@sidley.com, apropps@sidley.com |

| | |
|---|---|
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-4 | DAGEMEA@bnymellon.com |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-4 | jmcgrath@sidley.com, mwassermann@sidley.com |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-4 | mvenditto@reedsmith.com |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 207-08 | DAGEMEA@bnymellon.com |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 207-08 | mvenditto@reedsmith.com |
| DIAMONDBACK MASTER FUND, LTD. | jrlederer@diamondbackcap.com |
| DISCOVERY GLOBAL CITIZENS MASTER FUND LTD | alves@sewkis.com |
| DISCOVERY GLOBAL CITIZENS MASTER FUND LTD | Fagan@discap.com |
| DISCOVERY GLOBAL OPPORTUNITY MASTER FUND | alves@sewkis.com |
| DISCOVERY GLOBAL OPPORTUNITY MASTER FUND | Fagan@discap.com |
| DIVERSIFIED CREDIT INVESTMENTS LLC FAO GIC PTE LTD | rdonick@dcinv.com |
| DKR SOUNDSHORE OASIS HOLDING FUND LTD | selmazi@dkrcapital.com |
| DNB NOR BANK ASA | Ingrid.delaforest@dnb.no |
| DNB NOR BANK ASA | ingrid.delaforest@dnbnor.no |
| DOLPHINSU CAPITAL LLC | lhalperin@rkollp.com |
| DOMINICAN SISTERS REGIONAL FUND MANAGED PORTFOLIO | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| DONGBU SECURITIES CO., LTD. | ygu.kang@winnet.co.kr, jbryan@dongbuhappy.com |
| DOUBLE BLACK DIAMOND OFFSHORE LTD | arovira@sidley.com |
| DOUBLE BLACK DIAMOND OFFSHORE LTD | lattanasio@sidley.com |
| DOUBLE BLACK DIAMOND OFFSHORE LTD | spully@carlsoncapital.com |
| DOW CORNING CORPORATION | angela.cole@dowcorning.com |
| DOW CORNING CORPORATION | lklingbaum@kirkland.com |
| DOWNTOWN REDEVELOPMENT AUTHORITY | EMAIL ILLEGIBLE! |
| DR. H.C. TSCHIRA BETEILIGUNGS GMBH & CO. KG | christoph.schmitt@haarmann.com |
| DR. H.C. TSCHIRA BETEILIGUNGS GMBH & CO. KG | Richard.Williams@pinsentmasons.com |
| DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD | liquidmarketslegal@fortress.com |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH | alaboissonniere@drrt.co |
| DS SMITH PENSION TRUSTEES LIMITED, | caroline.forsyth@dssmithpensions.co.uk |
| DUPONT CAPITAL MANAGEMENT | Robin.P.Sachs@usa.dupont.com |
| DWS GLOBAL BOND FUND, INC | j-christopher.jackson@db.com |
| DWS GLOBAL BOND FUND, INC. | j-christopher.jackson@db.com |
| DYLAN CREEK, L.L.C. | philip.wells@ropesgray.com |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | stephan.rost@dzbank.de |
| E.ON AG | patrick.wolff@eon.com |
| E.ON UK PLC | JON.CORNELIUS@EAN-UK.COM |
| EAGLEPICHER MASTER TRUST - US LONG DURATION FIXED INCOME PORTFOLIO | Benjamin.Robinson@gs.com |
| EAGLEPICHER MASTER TRUST - US LONG DURATION FIXED INCOME PORTFOLIO | daman@cgsh.com |
| EAST BAY MUNICIPAL UTILITY DISTRICT | gbreaux@ebmud.com |
| EBS BUILDING SOCIETY - MANAGEMENT PENSION FUND | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| EBS BUILDING SOCIETY - SENIOR MANAGEMENT PENSION FUND | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| EBS BUILDING SOCIETY - STAFF PENSION FUND | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| E-CAPITAL PROFITS LIMITED | ira.a.reid@bakernet.com |
| ED AGOSTINI LIVING TRUST DTD 5/12/2000 | calbert@reitlerlaw.com |
| EFG EUROBANK ERGASIAS SA | Jeff.Rich@KLGates.com |
| EFG EUROBANK ERGASIAS SA | tkaravias@eurobank.gr |
| EFG HELLAS PLC | Jeff.Rich@KLGates.com |
| EIRCOM SUPERANNATION FUND | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC. | srobinson@haleyolson.com |
| ELIM PARK BAPTIST HOME, INC., THE | szuch@wiggin.com |
| ELLA E.M. BROWN CHARITABLE CIRLCLE | andrew.wool@kattenlaw.com |
| ELLIOTT ASSOCIATES LP | Mstephan@elliottmgmt.com |
| ELLIOTT ASSOCIATES LP | rbose@elliottmgmt.com, gRinat@elliottmgmt.com |

| | |
|---|---|
| ELLIOTT ASSOCIATES, L.P. | mgold@kkwc.com, mkuan@kkwc.com |
| ELLIOTT ASSOCIATES, L.P. | Mstephan@elliottmgmt.com |
| ELLIOTT ASSOCIATES, L.P. | rryan@elliottmgmt.com, mstephan@elliottmgmt.com |
| ELLIOTT ASSOCIATES, LP | Mstephan@elliottmgmt.com |
| ELLIOTT INTERNATIONAL, L.P. | rbose@elliottmgmt.com, gRinat@elliottmgmt.com |
| ELLSWORTH PARTNERS, LLC | jonathan.reisman@ropesgray.com |
| EMD INVEST F.M.B.A. | npa.pm@nykredit.dk |
| EMF-NL 2008-1 B.V. | securitisation@atccapitalmarkets.com |
| EMF-NL 2008-2 B.V. | securitisation@atccapitalmarkets.com |
| EMF-NL PRIME 2008-A B.V. | securitisation@atccapitalmarkets.com |
| EMF-UK 2008-1 PLC | Complianceteam@wilmingtontrust.com |
| EMI GROUP PENSION TRUSTEES LTD. | lesley.alexander@tepensions.co.uk |
| EMI PENSION TRUST (IRELAND) LIMITED | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| EMPYREAN CAPITAL OVERSEAS FUND, LTD | thynes@empyrean.com |
| EMRO FINANCE IRELAND LTD | info@emrofinance.ie |
| ENCANA OIL & GAS PARTNERSHIP | david.thorn@encana.com |
| ENCANA OIL & GAS PARTNERSHIP | lawall@pepperlaw.com |
| EQUITY TRUSTEES LIMITED ATF PIMCO EXTENDED MARKETS FUND | productteam@eqt.com.au |
| EQUITY TRUSTEES LIMITED ATF PIMCO GLOBAL BOND FUND | productteam@eqt.com.au |
| EQUITY TRUSTEES LIMITED ATF PIMCO GLOBAL REAL RETURN FUND | productteam@eqt.com.au |
| ERSTE BANK HUNGARY NYRT | david.elkind@ropesgray.com |
| ERSTE BANK HUNGARY NYRT | zoltan.garajszki@erstebank.hu |
| ERSTE GROUP BANK AG | david.elkind@ropesgray.com |
| ERSTE GROUP BANK AG | Johanna.Biegler@erstebank.at |
| ERSTE GROUP BANK AG (F/K/A ERSTE BANK DER OESTERREICHISCHEN SPARKASSE | DAVID.ELKIND@ROPESGRAY.COM |
| ERSTE GROUP BANK AG (F/K/A ERSTE BANK DER OESTERREICHISCHEN SPARKASSE | JOHANNA.BIEGLER@ERSTEBANK.AT |
| ESKATON PROPERTIES, INCORPORATED | hnevins@hsmlaw.com |
| ESTATE OF ERNEST E. STEMPEL | gravert@mwe.com |
| ESTATE OF ERNEST E. STEMPEL | hchristensen@mwe.com |
| ETON PARK FUND, LP | DAVID.ZALTA@ETONPARK.COM |
| ETON PARK FUND, LP | JILL.KAYLOR@CWT.COM |
| ETON PARK MASTER FUND, LTD. | DAVID.ZALTA@ETONPARK.COM |
| ETON PARK MASTER FUND, LTD. | JILL.KAYLOR@CWT.COM |
| EUGENE INVESTMENT & SECURITIES CO., LTD | iamtigger@eugenefn.com |
| EURIZON CAPITAL SA ACTING AS MNGT COMPANY FOR NIS INTERNATIONAL BONDS | service-juridique@eurizoncapital.lu |
| EURIZON EASY FUND VALORE EQUILIBRIO | gianmarco.andreini@eurizoncapital.com, raffaella.ronzoni@eurizoncapital.com |
| EURIZON STAR FUND EURO BOND | gianmarco.andreini@eurizoncapital.com, raffaella.ronzoni@eurizoncapital.com |
| EURO BOND FUND - (#1691) | lbhiinquiries@pimco.com |
| EURO REAL RETURN FUND - (#4694) | lbhiinquiries@pimco.com |
| EURO STOCKSPLUS TR FUND | lbhiinquiries@pimco.com |
| EUROHYPO AG | oliver.schoepp@commerzbank.com |
| EUROHYPO EUROPAISCHE HYPOTHEKENBANK S.A. | anette.leuhring@eurohypo.com |
| EUROSAIL 2006 4NP-PLC | Complianceteam@wilmingtontrust.com |
| EUROSAIL 2006 4NP-PLC | tamara.box@blplaw.com |
| EUROSAIL UK 2007 1NC PLC | Complianceteam@wilmingtontrust.com |
| EUROSAIL UK 2007 1NC PLC | tamara.box@blplaw.com |
| EUROSAIL-NL 2007-1 B.V. | securitisation@atccapitalmarkets.com |
| EUROSAIL-NL 2007-2 B.V. | securitisation@atccapitalmarkets.com |
| EUROSAIL-UK 2007-3BL PLC | complianceteam@wilmingtontrust.com |

| | |
|---|---|
| EUROSAIL-UK 2007-4BL PLC | Complianceteam@wilmingtontrust.com |
| EUROSTOCKPLUSTM TOTAL RETURN FUND - (#3680) | lbhiinquiries@pimco.com |
| EVERGREEN CORE PLUS BOND FUND | ckennedy@evergreeninvestments.com |
| EVERGREEN CORE PLUS BOND FUND | daman@cgsh.com |
| EVERGREEN GLOBAL DIVIDEND OPPORTUNITY FUND | ckennedy@evergreeninvestments.com |
| EVERGREEN GLOBAL DIVIDEND OPPORTUNITY FUND | daman@cgsh.com |
| EVOLUTION MASTER FUND LTD. SPC. | chisholm@evofund.com |
| EXXONMOBIL GAS MARKETING EUROPE LIMITED | kistlerb@pepperlaw.com |
| EXXONMOBIL GAS MARKETINGEUROPE LIMITED (LNG) | kistlerb@pepperlaw.com |
| F.F. THOMPSON FOUNDATION INC, THE | mark.prunoske@thompsonhealth.org |
| FAR EASTERN INTERNATIONAL BANK | anlima@feib.com.tw |
| FAR EASTERN INTERNATIONAL BANK | ycyly@law-firm.com.hk |
| FAREPLAY ENERGY LIMITED PENSION SCHEME | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| FATA ASSICURAZIONI DANNI S.P.A. | giovanni.pilato@genertel.it |
| FATA ASSICURAZIONI DANNI S.P.A. | marco.bartolomei@am.generali.com |
| FCP INDOSUEZ BONDS | christian.boisson@caam.com |
| FEDERAL HOME LOAN BANK OF DES MOINES | alee@fhlbdm.com |
| FEDERAL HOME LOAN BANK OF NEW YORK | patrick.morgan@fhlbny.com |
| FFI FUND LTD. | john.spinney@brcap.com |
| FFTW MULTI-STRATEGY ALPHA FUND | rmeister@fftw.com |
| FINANSBANK A.S. | ira.a.reid@bakernet.com, joseph.samet@bakernet.com |
| FINECOBANK S.P.A. | r.fineschi@fineco.it |
| FINECOBANK SPA | r.fineschi@fineco.it |
| FINMECCANICA S.P.A. | Marco.Cantoni@Finmeccanica.com |
| FIRST CHOICE POWER, LP | steele@lowenstein.com |
| FIRSTRAND BANK LIMITED | andy.stuart@rmb.co.za |
| FIRSTRAND BANK LIMITED | shearer@sewkis.com |
| FIVE STARS S.A. | marina.padalino@seb.lu |
| FLORIDA POWER & LIGHT COMPANY | rachel_budke@fpl.com |
| FONDAZIONE CASSA DI RISPARMIO DI PARDOVA E ROVIGO | ROBERTO.SARO@FONDAZIONECARIPARO.IT |
| FONDS COMMUN DE PLACEMENT EPARCOURT | service.juridique.structuration.et.operations.de.marche@am.natixis.com |
| FONDS COMMUN DE PLACEMENT FUZEOR | service.juridique.structuration.et.operations.de.marche@am.natixis.com |
| FONDS COMMUN DE PLACEMENT ODEIS 2007 PRINTEMPS | service.juridique.structuration.et.operations.de.marche@am.natixis.com |
| FORTIS BANK NV/SA | richard.skoller@americas.bnpparibas.com, kathryn.quinn@americas.bnpparibas.com |
| FORTRESS VALUE RECOVERY FUND I LLC | rnoble@fortress.com |
| FOUNDATION FOR SOCIAL ENTREPRENEURS, THE, ACTING AS TRUSTEE OF THE | Benjamin.Robinson@gs.com |
| FOUNDATION FOR SOCIAL ENTREPRENEURS, THE, ACTING AS TRUSTEE OF THE | daman@cgsh.com |
| FPL ENERGY POWER MARKETING, LLC F/K/A | rachel_budke@fpl.com |
| FRANCISCAN ORDER OF IRELAND | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| FREDERICK FERRIS THOMPSON HOSPITAL, THE | mark.prunoske@thompsonhealth.org |
| FSC ASIA INVESTMENT LTD (FORMERLY KNOWN AS FIRST TAISEC (ASIA) LTD) | aauyeung@firstws.com |
| FSC ASIA INVESTMENT LTD (FORMERLY KNOWN AS FIRST TAISEC (ASIA) LTD) | ycyly@law-firm.com.hk |
| FULLERTON DRIVE CDO LIMITED | david.m.kerr@bnymellon.com |
| FYI FUND LTD. | john.spinney@brcap.com |
| GA FUND L BOND ACTIVE WORLD TP (SICAN) | andreas.laube@fortis.lu |
| GALLAHER (DUBLIN) LIMITED PENSION SCHEME | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| GAM ABSOLUTE RETURN MASTER FUND | richard.cull@gam.com, hamish.findlater@augustus.co.uk |

| | |
|---|---|
| GAM EUROPEAN EQUITY HEDGE INC. | gavin.kattar@gam.com |
| GAM EUROPEAN SMALL CAP HEDGE INVESTMENTS INC. | gavin.kattar@gam.com |
| GENERALI INVESTMENTS FRANCE | shearer@sewkis.com |
| GENERALI INVESTMENTS SICAV | eugenio.romano@generali-investments.lu |
| GENERALI INVESTMENTS SICAV | marco.bartolomei@am.generali.com |
| GENERALI PERSONENVERSICHERUNGEN AG | MARCO.BARTOLOMEI@AM.GENERALI.COM |
| GENERALI PERSONENVERSICHERUNGEN AG | THOMAS.MARTY@GENERALI.CH |
| GENERALI VIE | shearer@sewkis.com |
| GENERTEL S.P.A. | giovanni.pilato@genertel.it |
| GENERTEL S.P.A. | marco.bartolomei@am.generali.com |
| GENRE PARTNERS, L.P. | jfant@keystoneftw.com |
| GENRE PARTNERS, L.P. | natalie.carlgren@khh.com |
| GERALD B. CRAMER REV. TRUST | GCRAMER@GOMCAPITAL.COM |
| GESTORA DE FONDOS DEL MEDITERRANEO, S.G.I.I.C., S.A. | dtsibiza@cam.es |
| GIANTS STADIUM LLC | Procops@giants.nfl.net |
| GILA RIVER POWER, L.P. | Jcoffey@entegrapower.com |
| GLAXOSMITHKLINE FINANCE PLC | amanda.k.bradley@gsk.com |
| GLAXOSMITHKLINE FINANCE PLC | lattanasio@sidley.com, arovira@sidley.com |
| GLG ALPHA SELECT FUND | alex.sanmiguel@glgpartners.com |
| GLG EMERGING MARKETS FUND | alex.sanmiguel@glgpartners.com |
| GLG EUROPEAN LONG-SHORT FUND | alex.sanmiguel@glgpartners.com |
| GLG EUROPEAN OPPORTUNITY FUND | alex.sanmiguel@glgpartners.com |
| GLG EVENT DRIVEN FUND | alex.sanmiguel@glgpartners.com |
| GLG FINANCIALS FUND | alex.sanmiguel@glgpartners.com |
| GLG GLOBAL UTILITIES FUND | alex.sanmiguel@glgpartners.com |
| GLG INVESTMENTS PLC: SUB-FUND GLG CONVERTIBLE UCITS FUND | alex.sanmiguel@glgpartners.com |
| GLG JAPANESE LONG-SHORT FUND | alex.sanmiguel@glgpartners.com |
| GLG MARKET NEUTRAL FUND | alex.sanmiguel@glgpartners.com |
| GLG NORTH AMERICAN OPPORTUNITY FUND | alex.sanmiguel@glgpartners.com |
| GLG TECHNOLOGY FUND | alex.sanmiguel@glgpartners.com |
| GLITNIR BANKI HF | aclark@paulweiss.com |
| GLITNIR BANKI HF | jpintarelli@mofo.com |
| GLOBAL BOND EX-US FUND (#3684) | lbhiinquiries@pimco.com |
| GLOBAL BOND FUND (#699) | lbhiinquiries@pimco.com |
| GLOBAL INVESTMENT GRADE CREDIT FUND (#3683) | lbhiinquiries@pimco.com |
| GLOBAL REAL RETURN FUND (#3693) | lbhiinquiries@pimco.com |
| GLOBAL SHORT-TERM PORTFOLIO (#3762) | lbhiinquiries@pimco.com |
| GMAM GROUP PENSION TRUST I | Mark.Szycher@PromarkGlobal.com |
| GMAM INVESTMENT FUNDS TRUST -FOR THE ACCOUNT OF PROMARK GLOBAL | szycher@promarkglobal.com |
| GMB PENSION TRUSTEE COMPANY LIMITED | Allan.Wylie@gmb.org.uk |
| GMB PENSION TRUSTEE COMPANY LIMITED | arovira@sidley.com |
| GMB PENSION TRUSTEE COMPANY LIMITED | lattanasio@sidley.com |
| GOLDEN MOON CAPITAL CORPORATION | jjureller@klestadt.com |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | karen.finn@dof.ca.gov |
| GOLDMAN SACHS CATASTROPHE RISK PREMIUM OPPORTUNITIES MASTER FUND II LP | daman@cgsh.com |
| GOLDMAN SACHS CATASTROPHE RISK PREMIUM OPPORTUNITIES MASTER FUND II LP | Wendy.yun@gs.com |
| GOLDMAN SACHS DYNAMIC RISK MASTER FUND OFFSHORE LTD | daman@cgsh.com |
| GOLDMAN SACHS DYNAMIC RISK MASTER FUND OFFSHORE LTD | Wendy.yun@gs.com |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND LLC | daman@cgsh.com |

| | |
|---|---|
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND LLC | Wendy.yun@gs.com |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND OFFSHORE, LTD | daman@cgsh.com |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND OFFSHORE, LTD | Wendy.Yun@gs.com |
| GOLDMAN SACHS EURO CORE LIQUIDITY FUND | Benjamin.Robinson@gs.com |
| GOLDMAN SACHS EURO CORE LIQUIDITY FUND | daman@cgsh.com |
| GOLDMAN SACHS FOUNDATION, THE | Benjamin.Robinson@gs.com |
| GOLDMAN SACHS FOUNDATION, THE | daman@cgsh.com |
| GOLDMAN SACHS FUNDS - GOLDMAN SACHS EURO FIXED INCOME PLUS PORTFOLO | Benjamin.Robinson@gs.com |
| GOLDMAN SACHS FUNDS - GOLDMAN SACHS EURO FIXED INCOME PLUS PORTFOLO | daman@cgsh.com |
| GOLDMAN SACHS FUNDS SICAV - GOLDMAN SACHS GLOBAL CORPORATE | Benjamin.Robinson@gs.com |
| GOLDMAN SACHS FUNDS SICAV - GOLDMAN SACHS GLOBAL CORPORATE | daman@cgsh.com |
| GOLDMAN SACHS FUNDS SICAV - GOLDMAN SACHS GLOBAL LIBOR | Benjamin.Robinson@gs.com |
| GOLDMAN SACHS FUNDS SICAV - GOLDMAN SACHS GLOBAL LIBOR | daman@cgsh.com |
| GOLDMAN SACHS FUNDS SICAV - GS GLOBAL CURRENCY PORTOLIO (105077) | benjamin.robinson@gs.com, daman@cgsh.com |
| GOLDMAN SACHS GLOBAL ALPHA DYNAMIC RISK FUND LLC | daman@cgsh.com |
| GOLDMAN SACHS GLOBAL ALPHA DYNAMIC RISK FUND LLC | Wendy.yun@gs.com |
| GOLDMAN SACHS GLOBAL ALPHA DYNAMIC RISK FUND, LLC | daman@cgsh.com |
| GOLDMAN SACHS GLOBAL ALPHA DYNAMIC RISK FUND, LLC | Wendy.Yun@gs.com |
| GOLDMAN SACHS GLOBAL ALPHA FUND L.P. | daman@cgsh.com |
| GOLDMAN SACHS GLOBAL ALPHA FUND L.P. | Wendy.Yun@gs.com |
| GOLDMAN SACHS GLOBAL ALPHA FUND LP | daman@cgsh.com |
| GOLDMAN SACHS GLOBAL ALPHA FUND LP | Wendy.yun@gs.com |
| GOLDMAN SACHS GLOBAL ALPHA FUND PLC | daman@cgsh.com |
| GOLDMAN SACHS GLOBAL ALPHA FUND PLC | Wendy.Yun@gs.com |
| GOLDMAN SACHS GLOBAL CURRENCY FUND | Benjamin.Robinson@gs.com |
| GOLDMAN SACHS GLOBAL CURRENCY FUND | daman@cgsh.com |
| GOLDMAN SACHS GLOBAL CURRENCY FUND - DOLLAR PLUS | Benjamin.Robinson@gs.com |
| GOLDMAN SACHS GLOBAL CURRENCY FUND - DOLLAR PLUS | daman@cgsh.com |
| GOLDMAN SACHS GLOBAL CURRENCY FUND - EURO PLUS | Benjamin.Robinson@gs.com |
| GOLDMAN SACHS GLOBAL CURRENCY FUND - EURO PLUS | daman@cgsh.com |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND LLC | daman@cgsh.com |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND LLC | Wendy.Yun@gs.com |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND OFFSHORE LTD | daman@cgsh.com |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND OFFSHORE LTD | Wendy.yun@gs.com |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND OFFSHORE, LTD | daman@cgsh.com |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND OFFSHORE, LTD | Wendy.yun@gs.com |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND, LLC | daman@cgsh.com |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND, LLC | Wendy.yun@gs.com |
| GOLDMAN SACHS GSIP MASTER COMPANY (IRELAND) LIMITED | daman@cgsh.com |
| GOLDMAN SACHS GSIP MASTER COMPANY (IRELAND) LIMITED | Wendy.yun@gs.com |

| | |
|---|---|
| GOLDMAN SACHS INTERNATIONAL BANK | jin-u.jang@gs.com |
| GOLDMAN SACHS INVESTMENT PARTNERS MASTER FUND, L.P. | daman@cgsh.com |
| GOLDMAN SACHS INVESTMENT PARTNERS MASTER FUND, L.P. | Wendy.yun@gs.com |
| GOLDMAN SACHS INVESTMENT UNIT TRUST - GOLDMAN SACHS YEN LIBOR PLUS | Benjamin.Robinson@gs.com |
| GOLDMAN SACHS INVESTMENT UNIT TRUST - GOLDMAN SACHS YEN LIBOR PLUS | daman@cgsh.com |
| GOLDMAN SACHS LENDING PARTNERS LLC | aaziz@shearman.com, solomon.noh@shearman.com |
| GOLDMAN SACHS LENDING PARTNERS LLC | ashmead@sewkis.com, frederick@sewkis.com |
| GOLDMAN SACHS LENDING PARTNERS LLC | gsd.link@gs.com |
| GOLDMAN SACHS LENDING PARTNERS LLC | swaldman@tudor.com |
| GOLDMAN SACHS LENDING PARTNERS, LLC | ashmead@sewkis.com |
| GOLDMAN SACHS LENDING PARTNERS, LLC | cohen@sewkis.com |
| GOLDMAN SACHS LENDING PARTNERS, LLC | shearer@sewkis.com |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 LP | daman@cgsh.com |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 LP | Wendy.yun@gs.com |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE LP | daman@cgsh.com |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE LP | Wendy.yun@gs.com |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE, L.P. | daman@cgsh.com |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE, L.P. | Wendy.yun@gs.com |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES FUND LP | daman@cgsh.com |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES FUND LP | Wendy.yun@gs.com |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES OFFSHORE FUND LP | daman@cgsh.com |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES OFFSHORE FUND LP | Wendy.yun@gs.com |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES OFFSHORE FUND, L.P. | daman@cgsh.com |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES OFFSHORE FUND, L.P. | Wendy.yun@gs.com |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND INSTITUTIONAL, LTD | daman@cgsh.com |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND INSTITUTIONAL, LTD | Wendy.yun@gs.com |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND OFFSHORE, LTD | daman@cgsh.com |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND OFFSHORE, LTD | Wendy.yun@gs.com |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND, LLC | daman@cgsh.com |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND, LLC | Wendy.yun@gs.com |
| GOLDMAN SACHS QUANTITATIVE STRATEGIES | daman@cgsh.com |
| GOLDMAN SACHS QUANTITATIVE STRATEGIES | Wendy.Yun@gs.com |
| GOLDMAN SACHS QUANTITATIVE STRATEGIES EMERGING MARKETS MASTER FUND LP | daman@cgsh.com |
| GOLDMAN SACHS QUANTITATIVE STRATEGIES EMERGING MARKETS MASTER FUND LP | Wendy.Yun@gs.com |
| GOLDMAN SACHS TRUST - GOLDMAN SACHS CORE PLUS FIXED INCOME FUND | benjamin.robinson@gs.com |
| GOLDMAN SACHS TRUST COMPANY N.A., THE | Benjamin.Robinson@gs.com |
| GOLDMAN SACHS TRUST COMPANY N.A., THE | daman@cgsh.com |

| | |
|---|---|
| GOVERNMENT EMPLOYEES SUPERANNUATION BOARD | investmentoperations@gesb.com.au |
| GOVERNMENT OF ISRAEL ON BEHALF OF THE STATE OF ISRAEL | gilco@mof.gov.il |
| GOVERNMENT OF SINGAPORE INVESTMENT CORP. PTE LTD | dawntee@gic.com.sg |
| GOVERNMENT OF SINGAPORE INVESTMENT CORP. PTE LTD | mgburke@sidely.com |
| GOVERNMENT OF THE REPUBLIC OF SINGAPORE, | koh_see_peng@starnet.gov.sg |
| GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE, AS ASSIGNEE | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| GPF (THAILAND) INVESTMENT FUND | ecohen@russell.com, astanwell@russell.com, sip@russell.com |
| GPS NEW EQUITY FUND (CAYMAN) LTD | arovira@sidley.com, lattanasio@sidley.com |
| GPS NEW EQUITY FUND (CAYMAN) LTD | cl@nexgenfs.com |
| GRD 3 | christian.boisson@caam.com |
| GRD 5 | christian.boisson@caam.com |
| GREEN T G2 FUND LIMITED | cburrows@caton.com |
| GREEN T G2 FUND LIMITED | shearer@sewkis.com |
| GREENCORE GROUP PENSION SCHEME, THE | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| GROUPE INDUSTRIEL MARCEL DASSAULT SAS | c.flquemont@groupe-dassault.com |
| GRUSS ARBITRAGE MASTER FUND, LTD | mm@gruss.com |
| GRUSS ARBITRAGE MASTER FUND, LTD. | deborah.tuchman@skadden.com, andrew.thau@skadden.com |
| GRUSS ARBITRAGE MASTER FUND, LTD. | mm@gruss.com |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD. | deborah.tuchman@skadden.com, andrew.thau@skadden.com |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD. | mm@gruss.com |
| GRUSS GLOBAL INVESTORS MASTER FUND LTD. | bankdebtops@gruss.com |
| GRUSS GLOBAL INVESTORS MASTER FUND LTD. | mm@gruss.com |
| GSA CAPITAL INTERNATIONAL MASTER FUND LIMITED | productcontrol@gsacapital.com |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | tblaz@guameda.net |
| GUIDANCE ENHANCED GREEN TERRAIN LLC | bbrick@guidancecapital.com |
| GYPSUM OPERATIVE PENSION FUND | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| GYPSUM STAFF PENSION | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| HALBIS US CREDIT ALPHA MASTER FUND, LTD | james.m.curits@us.hsbc.com |
| HALBIS US CREDIT ALPHA MASTER FUND, LTD | lisa.kraidin@allenovery.com |
| HALCYON LOAN TRADING FUND LLC | mseltzer@halcyonllc.com |
| HAMADA SHOKAI CO. LD | shimono.yoshiki.ceo@hamadashokai.co.jp |
| HANG SENG BANK LIMITED | juliancheung@hangseng.com, philipleung@hangseng.com |
| HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD. | cglass@harbingercapital.com |
| HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. | cglass@harbingercapital.com |
| HARPEN IMMOBILIEN GMBH & CO. KG | konstanze.hatting@harpen.de |
| HARRISON PASTURES, L.L.C. | philip.wells@ropesgray.com |
| HARRY C. MOORE TRUST DATED MAY 19, 1986 | gayle.robinson@micorp.com |
| HARTFORD LIFE & ANNUITY INSURANCE COMPANY | arovira@sidley.com |
| HARTFORD LIFE & ANNUITY INSURANCE COMPANY | Douglas.Fiske@himco.com |
| HARTFORD LIFE & ANNUITY INSURANCE COMPANY | Helder.Pereira@himco.com |
| HARTFORD LIFE INSURANCE COMPANY | arovira@sidley.com |
| HARTFORD LIFE INSURANCE COMPANY | Douglas.Fiske@himco.com |
| HARTFORD LIFE INSURANCE COMPANY | Helder.Pereira@himco.com |
| HARTFORD LIFE INSURANCE COMPANY | lattanasio@sidley.com |
| HAVENS PARTNERS, LP | mglenn@havenspartners.com |
| HB INSTITUTIONAL LIMITED PARTNERSHIP | sas@baupost.com |
| HBK INVESTMENTS, L.P., AS COLLATERAL MANAGER ON BEHALF OF GEMSTONE CDO | jrsmith@hunton.com |

| | |
|---|---|
| HBK MASTER FUND L.P. | bberry@cftc.gov |
| HBK MASTER FUND L.P. | jrsmith@hunton.com |
| HCM/Z SPECIAL OPPORTUNITIES  LLC | rnoble@fortress.com |
| HEALTH SUPER PTY LTS ACTING AS TRUSTEE OF THE HEALTH SUPER FUND | Benjamin.Robinson@gs.com |
| HEALTH SUPER PTY LTS ACTING AS TRUSTEE OF THE HEALTH SUPER FUND | daman@cgsh.com |
| HENDERSON GLOBAL EQUITY MULTI-STRATEGY MASTER FUND LIMITED | Christine.ayottebrennan@bingham.com |
| HENDERSON GLOBAL EQUITY MULTI-STRATEGY MASTER FUND LIMITED | graham.foggin@henderson.com |
| HENDERSON GLOBAL FIXED INCOME ABSOLUTE RETURN FUND LTD | Christine.ayottebrennan@bingham.com |
| HENDERSON GLOBAL FIXED INCOME ABSOLUTE RETURN FUND LTD | graham.foggin@henderson.com |
| HENDERSON HORIZON FUND - ABSOLUTE RETURN FIXED INCOME FUND | graham.foggin@henderson.com |
| HENDERSON NORTH AMERICAN EQUITY MULTI-STRAGEY MASTER FUND LIMITED | Christine.ayottebrennan@bingham.com |
| HENDERSON NORTH AMERICAN EQUITY MULTI-STRAGEY MASTER FUND LIMITED | graham.foggin@henderson.com |
| HENDERSON STRATEGIC INVESTMENT FUNDS IN RESPECT OF HENDERSON CREDIT | graham.foggin@henderson.com |
| HESS CORPORATION | ccerria@hess.com |
| HEWLETT-PACKARD LTD RETIREMENT BENEFITS PLAN | MARK.GEE@MERCER.COM |
| HFF I, LLC | HITECLAIMS@HITECAPITAL.COM |
| HFF V, LLC | HITECLAIMS@HITECAPITAL.COM |
| HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP | malda.hibri@highbridge.com |
| HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP | malda.hibri@highbridge.com |
| HIGHBRIDGE INTERNATIONAL LLC | malda.hibri@highbridge.com |
| HIGHBRIDGE INTERNATIONAL LLC | matthew.klein@highbridge.com |
| HIGHBRIDGE INTERNATIONAL, LLC | malda.hibri@highbridge.com |
| HIGHBRIDGE STATISTICALLY ENHANCED EQUITY MASTER FUND - EUROPE LP | malda.hibri@highbridge.com |
| HOLY GHOST FATHERS TRUST FOR ELDERLY & INFIRM, THE | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| HONG KONG POLYTECHNIC UNIVERSITY, THE | fohsk@polyu.edu.hk |
| HONG LEONG BANK BERHAD | ira.a.reid@bakernet.com |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | erickkcheng@hsbc.com.hk |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | martin.j.holcombe@hsbc.com |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE | viviennechan@hsbc.com.hk |
| HOOVER (1987) PENSION SCHEME, THE | barryhawkins@hoovercandy.com |
| HORIZON II INTERNATIONAL LIMITED | SANDRA.E.HORWITZ@US.HSBC.COM,CHRIS.TUTT@HSBC.COM |
| HSBC BANK PENSION TRUST (UK) LIMITED ACTING AS TRUSTEE | Benjamin.Robinson@gs.com |
| HSBC BANK PENSION TRUST (UK) LIMITED ACTING AS TRUSTEE | daman@cgsh.com |
| HSBC BANK PLC | martin.j.holcombe@hsbc.com |
| HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR RESTRUCTURED | chi.s.le@us.bsbc.com |
| HSBC BANK USA, NA AS TTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE | fernando.acebedo@us.hsbc.com |

| | |
|---|---|
| HSBC BANK USA, NA, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE | fernando.acebedo@us.hsbc.com |
| HSBC BANK USA, NATIONAL ASSOCIATION | anne.n.peterson@us.hsbc.com |
| HSBC BANK USA, NATIONAL ASSOCIATION | chris.tutt@hsbc.com |
| HSBC BANK USA, NATIONAL ASSOCIATION | robert.conrad@us.hsbc.com |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR EGYPT TRUST I, | chi.s.le@us.bsbc.com |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE | fernando.acebedo@us.hsbc.com |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR RESTRUCTURED | chi.s.le@us.bsbc.com |
| HSBC BANK, USA, NA AS TTEE FOR RESTRUCTURED ASSET CERTIFICATES | chi.s.le@us.bsbc.com |
| HSBC FINANCIAL PRODUCTS (FRANCE) SNC | florence.lepicard@hsbc.fr |
| HSBC FINANCIAL PRODUCTS (FRANCE) SNC | martin.j.holcombe@hsbc.com |
| HSBC FRANCE | florence.lepicard@hsbc.fr |
| HSBC FRANCE | martin.j.holcombe@hsbc.com |
| HSBC PRIVATE BANK (SUISSE) SA | Christine.Lynch@hsbcpb.com, Yves..Carel@hsbcpb.com |
| HSBC TRUSTEE (C.I.) LIMITED | ian.r.graham@hsbcpb.com |
| HSBC TRUSTEE (C.I.) LIMITED | jacki.f.braid@hsbcpb.com |
| HURLEY, STEPHEN NASH | peter.haley@nelsonmullins.com |
| HURLEY, STEPHEN NASH | peter.hayley@nelsonmullins.com |
| IBTS FINANCIAL (HK) LIMITED | wanchun.teng@ibts.com.tw |
| IBTS FINANCIAL (HK) LIMITED | ycyly@law-firm.com.hk |
| ICCREA BANCA S.P.A. | ccalascibetta@iccrea.bcc.it |
| ICICI BANK LIMITED | indiacds@icicibank.com |
| ICL PENSION TRUST LTD ACTING AS TRUSTEE OF THE | Benjamin.Robinson@gs.com |
| ICL PENSION TRUST LTD ACTING AS TRUSTEE OF THE | daman@cgsh.com |
| ICM BUSINESS TRUST C/O IONIC CAPITAL MANAGEMENT LLC | john.richardson@ioniccap.com |
| ICM BUSINESS TRUST C/O IONIC CAPITAL MANAGEMENT LLC | ranan.well@bingham.com |
| ICM BUSINESS TRUST, C/O IONIC CAPITAL MANAGEMENT LLC | john.richardson@ioniccap.com |
| ICM BUSINESS TRUST, C/O IONIC CAPITAL MANAGEMENT LLC | ranan.well@bingham.com |
| ICONIX BRAND GROUP, INC. | atarshis@iconixbrand.com, aeckstein@blankrome.com |
| ICONIX BRAND GROUP, INC. | ncole@iconixbrand.com |
| ICONIX BRAND GROUP,INC. | aeckstein@blankrome.com |
| ICONIX BRAND GROUP,INC. | atarshis@iconixbrand.com |
| IKB DEUTSCHE INDUSTRIEBANK AG | mtorkin@shearman.com |
| IKB DEUTSCHE INDUSTRIEBANK AG | Tobias.Maier@ikb.de |
| IKB INTERNATIONAL SA | cboyle@lowenstein.com |
| IKOS EUROPE LIMITED | james.moore@dechert.com |
| INA ASSITALIA S.P.A. | marco.bartolomei@am.generali.com |
| INA ASSITALIA S.P.A. | omella.chiarenza@inaassitalia.it |
| INDEPENDENT NEWSPAPERS MANAGEMENT SERVICES CONTRIBUTORY PENSION PLAN | enda.mcmahon@biam.boi.ie |
| INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND | barmstrong@zenithadmin.com |
| INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND | jblackman@morganlewis.com |
| INDOCAM FLAMME | christian.boisson@caam.com |
| INDOSUEZ GLOBAL VAR | christian.boisson@caam.com |
| ING AM INTERFINANCE SERVICES B V | rene.muller@ingbank.com |
| ING BANK N.V. | rene.muller@ingbank.com |
| ING BELGIUM S.A./N.V. | carla.wyckmans@ing.be |
| ING CAPITAL MARKETS LLC | rene.muller@ingbank.com |
| ING LIFE INSURANCE & ANNUITY COMPANY | rene.muller@ingbank.com |
| ING LIFE INSURANCE AND ANNUITY COMPANY | Armand.Aponte@inginvestment.com |
| ING USA ANNUITY & LIFE INSURANCE COMPANY | rene.muller@ingbank.com |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | Alastair.Moffatt@InsightInvestment.com |

| | |
|---|---|
| INTEGRATED CORE STRATEGIES (EUROPE) S.A.R.L. | generalcounsel@mlp.com |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT | npaul@worldbank.org |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT AS TRUSTEE OF | clawley@worldbank.org |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT AS TRUSTEE OF | drosner@goulstonstorrs.com |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT FOR THE POST- | clawley@worldbank.org |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT FOR THE POST- | drosner@goulstonstorrs.com |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT, AS TRUSTEE OF THE | clawley@worldbank.org |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT, AS TRUSTEE OF THE | drosner@goulstonstorrs.com |
| INTERNATIONAL EQUITY INDEX FUND III ACCREDITED LLLP | crjacoby@amgnational.com |
| INTERNATIONAL EQUITY INDEX FUND III ACCREDITED LLLP | igoldstein@dl.com |
| INTERNATIONAL FINANCE CORPORATION | CFTVP@ifc.org |
| INTERPOLIS PENSIOENEN GLOBAL HIGH YIELD POOL | SSUTCLIFFE@BLUEBAYINVEST.COM |
| INTERWIND CORP. F/K/A SKYPOWER CORP. | bergers@dicksteinshapiro.com |
| INTRALOT S.A. | mistriotis@intralot.com |
| INVESCO VAN KAMPEN EQUITY AND INCOME FUND | ppatterson@stradley.com, jmmurphy@stradley.com |
| INVESCO VAN KAMPEN EQUITY AND INCOME FUND | stephen.rimes@invesco.com, benita.dryden@invesco.com |
| INVESTCORP INTERLACHEN MULTI-STRATEGY  MASTER FUND LTD | shearer@sewkis.com |
| INVESTCORP INTERLACHEN MULTI-STRATEGY MASTER FUND LTD | shearer@sewkis.com |
| IONIC CAPITAL MASTER FUND LTD C/O IONIC CAPITAL MANAGEMENT LLC | john.richardson@ioniccap.com |
| IONIC CAPITAL MASTER FUND LTD C/O IONIC CAPITAL MANAGEMENT LLC | ranan.well@bingham.com |
| IPAC | jamesmurray@ipac.com.au |
| IRISH BISCUITS LIMITED PENSION & DEATH BENEFIT PLAN | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| IRISH LIFE & PERMANENT PLC | lynn.hiestand@skadden.com, andrew.thau@skadden.com |
| IRISH TIMES LIMITED PENSION & LIFE ASSURANCE PLAN FOR SENIOR | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| IRONBOUND CAPITAL MGMT LPA/C IRONBOUND PARTNERS LP | ops@ironboundcapital.com |
| IRONBOUND CAPITAL MGMT LPA/C IRONBOUND PARTNERS OV | ops@ironboundcapital.com |
| ITALEASE FINANCE S.P.A. | aeckstein@blankrome.com |
| ITALEASE FINANCE S.P.A. | federico.delmonte@lovells.com, a_perin@finint.it |
| ITV PENSION SCHEME LIMITED ACTING AS TRUSTEE OF THE | Benjamin.Robinson@gs.com |
| ITV PENSION SCHEME LIMITED ACTING AS TRUSTEE OF THE | daman@cgsh.com |
| J SAINSBURY COMMON INVESTMENT FUND | dean.johnson@sainsbury.co.uk |
| J SAINSBURY COMMON INVESTMENT FUND LTD, AS TRUSTEE OF THE J SAINSBURY | Benjamin.Robinson@gs.com |
| J SAINSBURY COMMON INVESTMENT FUND LTD, AS TRUSTEE OF THE J SAINSBURY | daman@cgsh.com |
| J.P. MORGAN BANK DUBLIN PLC (FORMERLY BEAR STEARNS BANK PLC) | kevin.c.kelley@chase.com |
| J.P. MORGAN INTERNATIONAL BANK LIMITED | kevin.c.kelley@chase.com |
| J.P. MORGAN MARKETS LIMITED | kevin.c.kelley@chase.com |
| J.P. MORGAN SECURITIES LTD. | kevin.c.kelley@chase.com |

| | |
|---|---|
| J.P. MORGAN VENTURES ENERGY CORPORATION | kevin.c.kelley@chase.com |
| JAPAN HOUSING FINANCE AGENCY | koubunsho_sijyokikaku@jhf.go.jp |
| JAPAN TRUSTEE SERVICES BANK, LTD. | K-YAKUJYO.STB@JAPANTRUSTEE.CO.JP |
| JATRALEE CAPITAL LLC | lhalperin@rkollp.com |
| JB EMERGING MARKETS MASTER HEDGE FUND | richard.cull@gam.com |
| JB GLOBAL RATES MASTER HEDGE FUND | richard.cull@gam.com |
| JENNERS POND | jkoniszewski@simpsonsenior.org |
| JIH SUN INTERNATIONAL BANK | 0872@JSUN.COM |
| JIH SUN INTERNATIONAL BANK | kostad@mofo.com |
| JOHN HANCOCK FUNDS II GLOBAL BOND FUND | ssunnerberg@jhancock.com, gordon.peery@klgates.com |
| JOHN HANCOCK FUNDS II REAL RETURN BOND FUND | ssunnerberg@jhancock.com, gordon.peery@klgates.com |
| JOHN HANCOCK TRUST GLOBAL BOND TRUST | ssunnerberg@jhancock.com, gordon.peery@klgates.com |
| JOHN, TAN LYE THIAM | tonlye@pacfic.net.sg |
| JOHO FUND, LTD | binder@sewkis.com |
| JOHO PARTNERS, L.P. | binder@sewkis.com |
| JP MORGAN CHASE 401(K) SAVINGS PLAN (609343) | Benjamin.Robinson@gs.com |
| JP MORGAN CHASE 401(K) SAVINGS PLAN (609343) | daman@cgsh.com |
| JPMORGAN CHASE BANK, N.A. | kevin.c.kelley@chase.com |
| JPMORGAN SECURITIES JAPAN CO., LTD. | kevin.c.kelley@chase.com |
| JR MOORE, LP | isda_notices@moorecap.com |
| JUDSON | hchae@judsonretirement.org |
| JULIUS BAER BDB GLOBAL BOND | christian.boisson@caam.com |
| JULIUS BAER DIVERSIFIED FIXED INCOME MASTER HEDGE FUND | richard.cull@gam.com |
| JULIUS BAER MULTIBOND SICAV - LOCAL EMERGING BOND FUND | richard.cull@gam.com |
| JULIUS BAER MULTIBOND SICAV- JULIUS BAER ABSOLUTE RETURN BOND FUND | richard.cull@gam.com |
| JULIUS BAER MULTIBOND SICAV- JULIUS BAER DOLLAR BOND FUND | richard.cull@gam.com |
| JULIUS BAER MULTIBOND SICAV- JULIUS BAER TOTAL RETURN BOND FUND | richard.cull@gam.com |
| JULIUS BAER SICAV- LOCAL EMERGING BOND FUND | richard.cull@gam.com |
| JUPITER QUARTZ FINANCE PLC 2004-2 CLASS A | DAGEMEA@bnymelion.com |
| JUPITER QUARTZ FINANCE PLC 2004-2 CLASS A | DAGEMEA@bnymelion.com |
| JUPITER QUARTZ FINANCE PLC 2004-2 CLASS A | mvenditto@reedsmith.com |
| JUPITER QUARTZ FINANCE PLC 2004-2 CLASS B | DAGEMEA@bnymelion.com |
| JUPITER QUARTZ FINANCE PLC 2004-2 CLASS B | mvenditto@reedsmith.com |
| JUPITER QUARTZ FINANCE PUBLIC LIMITED COMPANY SERIES 2004-01A | DAGEMEA@bnymellon.com |
| JUPITER QUARTZ FINANCE PUBLIC LIMITED COMPANY SERIES 2004-01A | mvenditto@reedsmith.com |
| JUPITER QUARTZ FINANCE PUBLIC LIMITED COMPANY SERIES 2004-1B | DAGEMEA@bnymellon.com |
| JUPITER QUARTZ FINANCE PUBLIC LIMITED COMPANY SERIES 2004-1B | mvenditto@reedsmith.com |
| K&H BANK ZRT. | janosne.holub@kh.hu, ziad.banfi@kh.hu |
| KA FINANZ AG | g.mayerhofer@kommunalkredit.at |
| KANTATSU CO. LTD. | m.hirarama@kantatsu.co.jp |
| KAUPTHING BANK HF | rpedone@nixonpeabody.com |
| KBC BANK NV | lbclaim@kbc.be |
| KBC BANK NV | lbclaim@kbc.be |
| KBC DIVERSIFIED FUND, A SEGREGATED PORTFOLIO | lbie-administration@kbcfp.com |

| | |
|---|---|
| KELUSA MASTER FUND, LTD | alves@sewkis.com |
| KENDALL FAMILY INVESTMENTS, LLC | kristen.diehl@mooncap.com |
| KING STREET ACQUISITION COMPANY, LLC | tradeclaims@kingstreet.com, kkatz@mkbllp.com |
| KINGDOM OF BELGIUM (THE) | public.debt@minfin.fed.be, bruno.debergh@minfin.fed.be |
| KINGS RIVER LIMITED | david.m.kerr@bnymellon.com |
| KLAUS TSCHIRA STIFTUNG GGMBH | christoph.schmitt@haarmaan.com, Richard.Williams@pinsentmasons.com |
| KN ASSET MANAGEMENT CO. | sloden@diamondmccarthy.com |
| KOREA INVESTMENT CORPORATION | seunghwan.lee@kic.go.kr |
| KOREA INVESTMENT CORPORATION (ENHANCED PASSIVE GLOBAL FIXED INCOME | Benjamin.Robinson@gs.com |
| KOREA INVESTMENT CORPORATION (ENHANCED PASSIVE GLOBAL FIXED INCOME | daman@cgsh.com |
| KRESGE FOUNDATION, THE | eagoldsberry@kresge.org |
| KROGER CO MASTER RETIREMENT TRUST | klarner@riker.com |
| KSC AFFORDABLE HOUSING INVESTMENT FUND LLC | abogomilsky@klein-financial.com |
| KSC AFFORDABLE HOUSING INVESTMENT FUND LLC | bhrjr@reedlawcorp.com |
| KT CORPORATION | hp0122@kt.com |
| KYOBO SECURITIES CO. LTD | wslee@iprovest.com, 20070001@iprovest.com |
| LA BANQUE POSTALE ASSET MANAGEMENT | tollis@gide.com |
| LAND TRANSPORT AUTHORITY | Alice_G_K_TAN@lta.gov.sg |
| LANDESBANK BADEN-WURTTEMBERG | andreas.kinzelbach@lbbw.de |
| LANDESBANK BADEN-WURTTEMBERG | dlbartner@shearman.com,sfennessey@shearman.com |
| LANDESBANK BADEN-WURTTEM-BERG | andreas.kinzelbach@lbbw.de |
| LANDESBANK BADEN-WURTTEM-BERG | dlbartner@shearman.com,sfennessey@shearman.com |
| LANDESBANK BERLIN AG (FKA BANKGESELLSCHAFT BERLIN AG) | legal-lbh@list.lbb.de |
| LANDESBANK HESSEN-THURINGEN GIROZENTRALE | Florian.Joseph@helaba.de, Udo.Koplin@helaba.de |
| LANDESBANK SAAR (FORMELY KNOWN AS LANDESBANK SAAR GIROZENTRALE) | thomas.hurtzemann@saarlb.de |
| LANSDOWNE EUROPEAN EQUITY FUND LIMITED | shearer@sewkis.com |
| LANSDOWNE GLOBAL FINANCIALS FUND LIMITED | shearer@sewkis.com |
| LANSDOWNE GLOBAL FINANCIALS FUND LIMITED | snutton@lansdownepartners.com |
| LANSDOWNE GLOBAL FINANCIALS FUND LP | shearer@sewkis.com |
| LANSDOWNE UK EQUITY FUND LIMITED | shearer@sewkis.com |
| LANSDOWNE UK EQUITY FUND LIMITED | snutton@lansdownepartners.com |
| LANSDOWNE UK EQUITY FUND LP | shearer@sewkis.com |
| LANSDOWNE UK EQUITY FUND LP | snutton@lansdownepartners.com |
| LAURION CAPITAL MASTER FUND LTD. | ben.smith@laurioncap.com |
| LB PERU TRUST II, SERIES 1998-A | stuart.rothenberg@bnymellon.com |
| LBCCO-1 L.L.C. | michael.szkodzinski@ropesgray.com |
| LCL ACTIONS EURO (EX-SICAV 5000) | christian.boisson@caam.com |
| LCL ACTIONS FRANCE | christian.boisson@caam.com |
| LCL OBLIGATIONS MONDE | christian.boisson@caam.com |
| LDVF1 FIP SARL | rnoble@fortress.com |
| LDVF1 MAIN FIP SARL | rnoble@fortress.com |
| LEGAL & GENERAL ASSURANCE SOCIETY | simon.bezzina@lgim.co.uk |
| LEGAL AND GENERAL ASSURANCE SOCIETY | simon.bezzina@lgim.co.uk |
| LEGAL AND GENERAL PENSIONS LIMITED | simon.bezzina@lgim.co.uk |
| LEHMAN BROTHERS BANKHAUS AG I INS | joachim.kaetzler@cms-hs.com |
| LEHMAN BROTHERS BANKHAUS AG I INS. | joachim.kaetzler@cms-hs.com |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 LLC | russ.prince@zaisgroup.com |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 LLC | shearer@sewkis.com |

| | |
|---|---|
| LEHMAN BROTHERS COMMODITIES SERVICES INC. | peter.welsh@ropesgray.com |
| LEHWOOD MONTPARNASSE SAS | nicola.batten@starmanhotels.com |
| LEOFOROS B.V. | dirk.stolp@atctrust.nl |
| LEOFOROS B.V. | Patrick.Quill@ashurt.com, Jack.Rose@ashurst.com |
| LEOFOROS BV | DAGEMEA@bnymellon.com |
| LEOFOROS BV | mvenditto@reedsmith.com |
| LEXINGTON INSURANCE COMPANY | ozzie.bayaz@aig.com |
| LGT CAPITAL INVEST (SC3) LIMITED | SSUTCLIFFE@BLUEBAYINVEST.COM |
| LIBERTY HARBOR MASTER FUND I LP | daman@cgsh.com |
| LIBERTY HARBOR MASTER FUND I LP | Wendy.Yun@gs.com |
| LIBERTY HARBOR MASTER FUND I, L.P. | daman@cgsh.com |
| LIBERTY HARBOR MASTER FUND I, L.P. | Wendy.yun@gs.com |
| LIBRA CDO LIMITED, BY BANK OF AMERICA, NA AS SUCCESSOR BY MERGER TO | bill.boone@alston.com |
| LIBRA CDO LIMITED, BY BANK OF AMERICA, NA AS SUCCESSOR BY MERGER TO | vanessa.danner@lasallegts.com |
| LIFETIME GROUP RETIREMENT & DEATH BENEFIT | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, THE | MEDresnin@delinvest.com, ppatterson@stradley.com |
| LINCORE LIMITED | ira.a.reid@bakernet.com |
| LION CITY CDO LIMITED SERIES 2006-01 | DAGEMEA@bnymellon.com |
| LION CITY CDO LIMITED SERIES 2006-01 | mvenditto@reedsmith.com |
| LION CITY CDO LIMITED SERIES 2006-2 | mvenditto@reedsmith.com |
| LION CITY CDO LIMITED SERIES 2006-3 | DAGEMEA@bnymellon.com |
| LION CITY CDO LIMITED SERIES 2006-3 | mvenditto@reedsmith.com |
| LION CITY CDO LIMITED- SERIES 2006-3 | DAGEMEA@bnymelion.com |
| LION CITY CDO LIMITED- SERIES 2006-3 | mvenditto@reedsmith.com |
| LLOYDS TSB BANK PLC | lattanasio@sidley.com |
| LLOYDS TSB BANK PLC | vivek.prashar@lloydsbanking.com |
| LM MOORE, LP | isda_notices@moorecap.com |
| LMA SPC FOR AND ON BEHALF OF MAP 35 SEGREGATED PORTFOLIO | David.Pollok@lighthousepartners.com |
| LMA SPC FOR AND ON BEHALF OF MAP 35 SEGREGATED PORTFOLIO | lattanasio@sidley.com, arovira@sidley.com |
| LMA SPC FOR AND ON BEHALF OF MAP 42 SEGREGATED PORTFOLIO | David.Pollok@lighthousepartners.com |
| LMA SPC FOR AND ON BEHALF OF MAP 42 SEGREGATED PORTFOLIO | lattanasio@sidley.com, arovira@sidley.com |
| LMA SPC FOR AND ON BEHALF OF MAP 89 SEGREGATED PORTFOLIO | rob.swan@lighthousepartners.com |
| LMA SPC ON BEHALF OF MAP P | David.Pollok@lighthousepartners.com |
| LMA SPC ON BEHALF OF MAP P | lattanasio@sidley.com, arovira@sidley.com |
| LOEB ARBITRAGE B FUND LP | amcmillan@LoebPartners.com |
| LOEB ARBITRAGE FUND | amcmillan@LoebPartners.com |
| LOEB OFFSHORE B FUND LTD. | amcmillan@LoebPartners.com |
| LOEB OFFSHORE FUND LTD. | amcmillan@LoebPartners.com |
| LOEB OFFSHORE FUND, LTD. | amcmillan@LoebPartners.com |
| LONG ISLAND POWER AUTHORITY | sclark@lipower.org |
| LOUIS L. GONDA TRUST | jpschmitt@pbwt.com |
| LOVELY QUEEN CO, LTD | kawano_shin@lovelyqueen.co.jp |
| LUFTANSA TECHNIK AIRMOTIVE IRELAND RETIREMENT & DEATH BENEFIT PLAN | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| LUTHERAN HILLSIDE VILLAGE, INC. | eholderle@stolarlaw.com |
| LUTHERAN SENIOR SERVICES | eholderle@stolarlaw.com |
| LYXOR ASSET MANAGEMENT S.A. | BTRUST@MAYERBROWN.COM |
| LYXOR ASSET MANAGEMENT S.A. | PAR-LYXOR-DEAI-ING-DOC@LYXOR.COM |
| LYXOR ASSET MANAGEMENT S.A., | BTRUST@MAYERBROWN.COM |

| | |
|---|---|
| LYXOR ASSET MANAGEMENT S.A., | PAR-LYXOR-DEAI-ING-DOC@LYXOR.COM |
| LYXOR ASSET MANAGEMENT, S.A. ON BEHALF OF INVESTSSEMENT 510 | btrust@mayerbrown.com |
| LYXOR ASSET MANAGEMENT, S.A. ON BEHALF OF INVESTSSEMENT 510 | carol.morrison@sgcib.com |
| M.H. DAVIDSON & CO. | osenbanjo@dkpartners.com |
| MA GLAS LIMITED | curo.holdings@db.com |
| MACMILLIN, BRAD | brad@symphonytg.com |
| MACQUARIE BANK LIMITED | Andrew.Harding@macquarie.com |
| MAGNETAR CAPITAL MASTER FUND LTD | cszyfer@stroock.com |
| MAGNETAR CAPITAL MASTER FUND, LTD | cszyfer@stroock.com |
| MAGNETAR CONSTELLATION FUND III,  LTD | cszyfer@stroock.com |
| MAGNETAR CONSTELLATION MASTER FUND II LTD | cszyfer@stroock.com |
| MAGNETAR CONSTELLATION MASTER FUND II, LTD | cszyfer@stroock.com |
| MAGNETAR CONSTELLATION MASTER FUND III LTD | cszyfer@stroock.com |
| MAGNETAR CONSTELLATION MASTER FUND LTD | cszyfer@stroock.com |
| MAGNETAR CONSTELLATION MASTER FUND, LTD | cszyfer@stroock.com |
| MAGNETAR STRUCTURED CREDIT FUND LP | cszyfer@stroock.com |
| MAJESTIC FUND LIMITED | KROGERS@MANINVESTMENTS.COM,MJENSEN@MANINVESTMENTS.COM |
| MALAYAN BANKING BERHAD | tchase@rlrpclaw.com |
| MAP 502, A SUB-TRUST OF LMA IRELAND | rscheininger@sidley.com |
| MARANATHA BAPTIST BIBLE COLLEGE | mark.stevens@mbbc.edu |
| MARBLE ARCH RESIDENTIAL SECURITISATION NO. 4 PLC | Complianceteam@wilmingtontrust.com |
| MARBLE ARCH RESIDENTIAL SECURITISATION NO. 4 PLC | tamara.box@blplaw.com |
| MARBLE BAR ASSET MANAGEMENT LLP | binder@sewkis.com |
| MARBLE BAR ASSET MANAGEMENT LLP | tim.kuschill@mbamfunds.com |
| MARBLE FINANCE LIMITED | scott.aitken@ky.hsbc.com |
| MARINER LDC | jkelty@marinercapital.com |
| MARINER OPPORTUNITIES FUND LP | jkelty@marinercapital.com |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD | jkelty@marinercapital.com |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD | jmckee@tricadiacapital.com |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND, LTD | jkelty@marinercapital.com |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND, LTD | jmckee@tricadiacapital.com |
| MARKS & SPENCER PENSION TRUST LIMITED | Benjamin.Robinson@gs.com |
| MARKS & SPENCER PENSION TRUST LIMITED | daman@cgsh.com |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY | cmurphy@mintz.com, jacannata@mintz.com |
| MASSACHUSETTS MUTUAL LIFE INSURANCE | mkunitz@massmutual.com |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | mkunitz@massmutual.com |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY OBO | mkunitz@massmutual.com |
| MASSACHUSETTS STATE COLLEGE BUILDING AUTHORITY | eadelman@mscba.org |
| MASSACHUSETTS STATE COLLEGE BUILDING AUTHORITY | jacannata@mintz.com |
| MAZZATTA, MARK & MCHUGH-MAZATTA, MICHELLE | eagel@bragarwexler.com |
| MEAG MUNICH ERGO ASSET MANAGEMENT GMBH FOR AND ON | ira.a.reid@bakernet.com |
| MEDAMERICA HEALTH SYSTEMS EMPLOYEE RETIREMENT PLAN | KMHauser@mvh.org |
| MEDICAL CENTER OF THE ROCKIES | sce@pvhs.org |
| MEDIOBANCA - BANCA KI CREDITO FINANZIARIO S.P.A | dario.arienti@mediobanca.it, andrea.anellucci@mediobanca.it |
| MEGA INTERNATIONAL COMMERCIAL BANK CO LTD. | b011settle@megabank.com.tw |
| MEGA INTERNATIONAL COMMERCIAL BANK CO., LTD. | wernerhuang@megabank.com.tw |
| MEISTER, ROBERT A. | lisa.meisterfamilyoffice@comcast.net |
| MERCER GLOBAL INVESTMENTS EUROPE LTD | tom.murphy@mercer.com |
| MERILL LYNCH GLOBAL SELECTS PORTFOLIOS PLC FOR AND ON BEHALF OF | michael_acker@ml.com |

| | |
|---|---|
| MERLE CHASE LLC | psmith@delmarasset.com |
| MERRILL LYNCH CAPITAL SERVICES, INC. | CHRIS_HAAS@ML.COM |
| MERRILL LYNCH CAPITAL SERVICES, INC. | FREDRIC.SOSNICK@SHEARMAN.COM,NED.SCHODEK@SHEARMAN.COM |
| MERRILL LYNCH CREDIT PRODUCTS LLC | g.cohen@baml.com, ron.torok@baml.com |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | g.cohen@baml.com |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | g.cohen@baml.com, ron.torok@baml.com |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | g_cohen@ml.com |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | jeffrey.benesh@baml.com, ron.torok@baml.com |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | Kbiniek@FarallonCapital.com |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | ron.torok@baml.com |
| MERRILL LYNCH INTERNATIONAL | CHRIS_HAAS@ML.COM |
| MERRILL LYNCH INTERNATIONAL | FREDRIC.SOSNICK@SHEARMAN.COM,NED.SCHODEK@SHEARMAN.COM |
| MERRILL LYNCH INTERNATIONAL BANK LIMITED | CHRIS_HAAS@ML.COM |
| MERRILL LYNCH INTERNATIONAL BANK LIMITED | FREDRIC.SOSNICK@SHEARMAN.COM,NED.SCHODEK@SHEARMAN.COM |
| METAL BOX PENSION TRUSTEES LIMITED | catherine.aston@eur.crowncork.com |
| METLIFE ASSURANCE LIMITED | tlutie@metlife.com |
| METLIFE ASSURANCE LIMITED | ydulabh@metlife.com |
| METROPOLITAN CAPITAL ADVISORS INTERNATIONAL, LTD | dvardis@metrocap.com |
| METROPOLITAN CAPITAL ADVISORS, L.P. | dvardis@metrocap.com |
| METROPOLITAN LIFE INSURANCE COMPANY ON BEHALF OF ITS SEPARATE ACCOUNT | hbrown@metlife.com |
| METROPOLITAN LIFE INSURANCE COMPANY ON BEHALF OF ITS SEPARATE ACCOUNT | tlutie@metlife.com |
| MGM INTERNATIONAL ASSURANCE LTD | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| MICHIGAN DEPARTMENT OF ATTORNEY GENERAL | jacksonj5@michigan.gov |
| MICHIGAN TOBACCO SETTLEMENT FINANCE AUTHORITY | flanchers@michigan.gov |
| MILLENNIUM PARTNERS, L.P. | generalcounsel@mlp.com |
| MINCH NORTON EMPLOYEE BENEFIT PLAN | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| MINISTRY OF ECONOMY AND FINANCE OF THE REPUBLIC OF PANAMA (100592) | Benjamin.Robinson@gs.com |
| MINISTRY OF ECONOMY AND FINANCE OF THE REPUBLIC OF PANAMA (100592) | daman@cgsh.com |
| MINNESOTA STATE BOARD OF INVESTMENT | JEREMY.EIDEN@STATE.MN.US |
| MIRAE ASSET SECURITIES CO., LTD | bblaustein@kelleydrye.com |
| MISSOURI LOCAL GOVERNMENT | khughes@molagers.org |
| MITSUBISHI UFJ SECURITIES HOLDINGS CO., LTD. | JWishnew@mofo.com |
| MITSUBISHI UFJ SECURITIES HOLDINGS CO., LTD. | takahashi-tetsuji@sc.mufg.jp |
| MITSUBISHI UFJ SECURITIES INTERNATIONAL PLC | LEGAL.MASTERAGREEMENTS@INT.SC.MUFG.JP |
| MITSUBISHI UFJ TRUST AND BANKING CORP. | shoichi_tajima@tr.mufg.jp, kumiko_uchiyama@tr.mufg.jp, ayumi_yabe@tr.mufg.jp |
| MITSUBISHI UFJ TRUST AND BANKING CORPORATION | shoichi_tajima@tr.mufg.jp, kumiko_uchiyama@tr.mufg.jp, ayumi_yabe@tr.mufg.jp |
| MITSUI & CO COMMODITY RISK MANAGEMENT LIMITED | juan.arevalo@mitenergy.com |
| MITSUI & CO. COMMODITY RISK MANAGEMENT LIMITED | juan.arevalo@mitenergy.com |
| MIZRAHI TEFAHOT BANK LTD | I.GRUBER@UMTB.CO.IL |
| MIZRAHI TEFAHOT BANK LTD | STEVEN.TEPPER@APORTER.COM |
| MIZRAHI TEFAHOT BANK, LTD | I.GRUBER@UMTB.CO.IL |
| MIZRAHI TEFAHOT BANK, LTD | STEVEN.TEPPER@APORTER.COM |
| MIZUHO CAPITAL MARKETS CORPORATION | CSZYFER@STROOCK.COM |
| MIZUHO CAPITAL MARKETS CORPORATION | DOUGF@MIZUHOCAP.COM |
| MIZUHO INTERNATIONAL PLC | lawrence.bucknell@uk.mizuho-sc.com |
| MIZUHO SECURITIES CO LTD | kasumi.nakamura@mizuho-sc.com, yoshitaka.mizuno@mizuho-sc.com |

| | |
|---|---|
| MLC INVESTMENTS LIMITED | SCOTT_WALKER@MLC.COM.AU |
| MONTES DE PIEDAD Y CAJA DE AHORROS DE RONDA, CADIZ, ALMERIA, MALAGA, Y | pgonzalez@unicaja.es |
| MONTREAL TRUST COMPANY OF CANADA, AS TRUSTEE FOR FLATROCK TRUST | mircho.mirchev@computershare.com |
| MONTREAL TRUST COMPANY OF CANADA, AS TRUSTEE FOR FLATROCK TRUST | ncoco@mwe.com |
| MONTREAL TRUST COMPANY, AS TRUSTEE FOR FLATROCK TRUST | mircho.mirchev@computershare.com |
| MONTREAL TRUST COMPANY, AS TRUSTEE FOR FLATROCK TRUST | ncoco@mwe.com |
| MOORE GLOBAL FIXED INCOME FUND (MASTER) LP | isda_notices@moorecap.com |
| MOORE MACRO FUND, LP | isda_notices@moorecap.com |
| MOORE MACRO MARKETS FUND (MASTER) LP | isda_notices@moorecap.com |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | JILL.KAYLOR@CWT.COM |
| MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN BOND FUND II | Edward.Hearn@MorganStanley.com |
| MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN FIXED INCOME FUND | Edward.Hearn@MorganStanley.com |
| MORGAN STANLEY CREDIT PRODUCTS JAPAN CO, LTD | kikuko.itoh@morganstanleymufg.com, kumiko.takiguchi@morganstanleymufg.com |
| MORGAN STANLEY MORTGAGE SERVICING LIMITED | btrust@mayerbrown.com |
| MORGAN STANLEY MORTGAGE SERVICING LIMITED | patrick.sciarrone@morganstanley.com |
| MORTGAGE FUNDING 2008 1-PLC | Complianceteam@wilmingtontrust.com |
| MORTGAGE FUNDING 2008 1-PLC | tamara.box@blplaw.com |
| MOTOR INSURERS' BUREAU OF HONG KONG | richard.beattie@hk.tricorglobal.com |
| MT. WILSON CLO II LTD | john.hwang@westernass |
| MUNCHENER HYPOTHEKEN EG | will.sugden@alston.com |
| MUNICIPAL CORRECTIONS FINANCE LP | dohicks@provident.org, joy.burnett@bnymellon.com |
| MUNICIPAL CORRECTIONS FINANCE LP | mrios@alvarezandmarsal.com |
| MUNICIPALITY FINANCE PLC | jwishnew@mofo.com |
| MUNICIPALITY FINANCE PLC | Matti.Kanerva@munifin.fi |
| MUNICIPALITY FINANCE PLC | mikko.ojala@peltonenlaw.fi |
| NATIONAL AUSTRALIA BANK LIMITED | patrick.ryan@nabny.com |
| NATIONAL AUSTRALIA BANK LIMITED | spiotto@chapman.com, acker@chapman.com, top@chapman.com |
| NATIONAL BANK OF CANADA | benoit.blais@bnc.ca |
| NATIONAL BANK OF CANADA | btrust@mayerbrown.com |
| NATIONAL CITY BANK | heather.jorgenson@pnc.com |
| NATIONAL CITY BANK | pchristophorou@cgsh.com |
| NATIONAL IRISH BANK PENSION SCHEME | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST (ACTIVE COUNTRY AND | Benjamin.Robinson@gs.com |
| NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST (ACTIVE COUNTRY AND | daman@cgsh.com |
| NATIXIS | Thomas.sharpe@us.natixis.com |
| NATIXIS FINANCIAL PRODUCTS INC | Thomas.sharpe@us.natixis.com |
| NESTLE IN THE USA PENSION TRUST | karin.brodbeck@us.nestle.com |
| NEW IRELAND SUPERANNUATION FUND | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| NEW YORK CITY MUNICIPAL WATER FINANCE AUTHORITY | PaoliceliT@omb.nyc.gov |
| NEWS AMERICA INCORPORATED | richard.cull@gam.com |
| NEXGEN CAPITAL LIMITED | arovira@sidley.com, lattanasio@sidley.com |
| NEXGEN CAPITAL LIMITED | cl@nexgenfs.com |
| NEXSTAR DEVELOPING OPPORTUNTIES MASTER FUND, LTD | alves@sewkis.com |
| NEXSTAR DEVELOPING OPPORTUNTIES MASTER FUND, LTD | binder@sewkis.com |
| NEXSTAR DEVELOPING OPPORTUNTIES MASTER FUND, LTD | kgh@nexstarcp.com |

| | |
|---|---|
| NOMURA INTERNATIONAL PLC | dbartner@shearman.com |
| NOMURA INTERNATIONAL PLC | robert.eveleigh@nomura.com |
| NOMURA INTERNATIONAL PLC | Robert.piasio@nomura.com |
| NOMURA SECURITIES CO. LTD. | dbartner@shearman.com |
| NOMURA SECURITIES CO. LTD. | hiroaki.usui@nomura.com |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | susanne.koldewey@nordlb.de, sascha.lotze@nordlb.de |
| NORDEA BANK AB | adenatale@stroock.com |
| NORDEA BANK AB (PUBL) | adenatale@stroock.com |
| NORDEA BANK FINLAND PLC | adenatale@stroock.com |
| NORDEA BANK FINLAND PLC (PUBL) | adenatale@stroock.com |
| NORTHERN TRUST FUND SERVICES (IRELAND) LTD ON BEHALF OF THE IBM GLOBAL | Benjamin.Robinson@gs.com |
| NORTHERN TRUST FUND SERVICES (IRELAND) LTD ON BEHALF OF THE IBM GLOBAL | daman@cgsh.com |
| NORTHSIDE GUARANTY, LLC | jsprain@comcast.net |
| NRC PARTNERS, L.P. | jfant@keystoneftw.com |
| NRC PARTNERS, L.P. | natalie.carlgren@khh.com |
| NRW.BANK | mtorkin@shearman.com, solomon.noh@shearman.com |
| NRW.BANK | torsten.freund@nrwbank.de |
| NTGI-QM COLLECTIVE DAILY ALL COUNTRY WORLD | dar@ntrs.com |
| NUI GALWAY PENSION SCHEME | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| NUVEEN GLOBAL GOVERNMENT ENHANCED INCOME FUND | jkhanna@winston.com |
| NUVEEN GLOBAL GOVERNMENT ENHANCED INCOME FUND | kevin.mccarthy@nuveen.com |
| NUVEEN INTERNATIONAL INCOME MANAGED ACCOUNTS PORTFOLIO | jkhanna@winston.com |
| NUVEEN INTERNATIONAL INCOME MANAGED ACCOUNTS PORTFOLIO | kevin.mccarthy@nuveen.com |
| NUVEEN MULTI-STRATEGY INCOME FUND | jkhanna@winston.com |
| NUVEEN MULTI-STRATEGY INCOME FUND | kevin.mccarthy@nuveen.com |
| NUVEEN SHORT DURATION BOND FUND | jkhanna@winston.com |
| NUVEEN SHORT DURATION BOND FUND | kevin.mccarthy@nuveen.com |
| O.M.I. PROVINCIAL ACCOUNT | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| OC/SD MEZZ 1 LLC | AAMIR@ARCHSTONEMAIL.COM |
| OC/SD MEZZ 1 LLC | JSAGALOVICH@ARCHSTONEMAIL.COM |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P. | jsaferstein@paulweiss.com |
| O'CONNOR GLOBAL FUNDAMENTAL MARKET NEUTRAL LONG/SHORT MASTER LTD. | nicole.tortarolo@ubs.com |
| O'CONNOR GLOBAL MULTI-STRATEGY ALPHA MASTER LIMITED | nicole.tortarolo@ubs.com |
| OCTAVIAN MULTISTRATEGY SPC - SYSTEMATIC CURRENCY SP | richard.cull@gam.com |
| OFID - OPEC FUND FOR INTERNATIONAL DEVELOPMENT | finance@ofid.org |
| OLIFANT FUND, LTD. | john.spinney@brcap.com |
| ONTARIO TEACHERS' PENSION PLAN BOARD | jeff_davis@otpp.com |
| ONTARIO TEACHERS' PENSION PLAN BOARD | solomon.noh@shearman.com |
| ONYX FINANCE LIMITED | dean.godwin@mourant.com |
| ONYX FUNDING LIMITED -SERIES 2006-1 | DAGEMEA@bnymellon.com |
| ONYX FUNDING LIMITED -SERIES 2006-1 | mvenditto@reedsmith.com |
| ORE HILL HUB FUND LTD. | ksinopoli@orehill.com |
| PACIFIC LIFE FUNDS | laurene.macelwee@pacificlife.com |
| PACIFIC LIFE INSURANCE COMPANY | Brian.Pittluck@pacificlife.com |
| PACIFIC LIFE INSURANCE COMPANY | Mark.Anderson@alliancebernstein.com |
| PACIFIC SELECT FUND | laurene.macelwee@pacificlife.com |
| PACIFICCORP RETIREMENT PLAN | richard.cull@gam.com |
| PALOMA INDUSTRIES NOGATA PLANT LTD | autumn.highsmith@haynesboone.com |
| PAPILLON, MARIE J. | ncoco@mwe.com, clevin@mwe.com |
| PAPILLON, MARIE J. | ncoco@mwe.com, elevin@mwe.com |

| | |
|---|---|
| PAR-FOUR MASTER FUND LTD | Labrenz@par4investment.com |
| PAR-FOUR MASTER FUND LTD | shearer@sewkis.com |
| PARIS PRIME COMMERCIAL REAL ESTATE FCC | TOLLIS@GIDE.COM |
| PARIS, FRANK M. | sjakubowski@colemanlawfirm.com |
| PARKCENTRAL GLOBAL HUB LIMITED | cthresh@kpmg.bm, james bennett@kpmg.bm, peterlogie@kpmg.bm |
| PARKCENTRAL GLOBAL HUB LIMITED | rfhahn@debevoise.com, brkaplan@debevoise.com |
| PARKING AUTHORITY OF THE CITY OF HAWTHORNE, CA | jpathirana@cityofhawthorne.org |
| PARKING AUTHORITY OF THE CITY OF HAWTHORNE, CA | mgorton@mhalaw.com |
| PARS ASPIRE FUND - (#4817) | lbhiinquiries@pimco.com |
| PAUL HAMLYN FOUNDATION | rrobinson@phf.org.uk |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD | paul_ops@paulsonco.com, james.olivio@paulsonco.com, pranav.desai@paulsonco.com, sandra.costello@paulsonco.com, lisa.flaherty@paulsonco.com, eric.shin@paulsonco.com, kunwar.singh@paulsonco.com |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD | paulops@paulsonco.com |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD | rscheininger@sidley.com |
| PB INSTITUTIONAL LIMITED PARTNERSHIP | sas@baupost.com |
| PEARL ASSURANCE LIMITED | graham.foggin@henderson.com |
| PEARL FINANCE PLC - SERIES 2003-8 | DAGEMEA@bnymellon.com |
| PEARL FINANCE PLC - SERIES 2003-8 | mvenditto@reedsmith.com |
| PENN MUTUAL LIFE INSURANCE COMPANY | lattanasio@sidley.com, arovira@sidley.com |
| PENN MUTUAL LIFE INSURANCE COMPANY | myers.joshua@pennmutual.com |
| PENSION ASSET COMMITTEE OF TWIN CITIES HOSPITALS - MINNESOTA NURSES | jblackman@morganlewis.com |
| PENSION ASSET COMMITTEE OF TWIN CITIES HOSPITALS - MINNESOTA NURSES | susan.slocum@childrensmn.org |
| PENSION FUND OF THE CHRISTIAN CHURCH (DISCIPLES OF CHRIST), INC. | davidsepension.disciples.org |
| PENSION RESERVES INVESTMENT TRUST | smavromates@mapension.com |
| PENSIONSKASSE UNILEVER SCHWEIZ | emil.soliva@unilever.com, frank.wiedemeijer@unilever.com |
| PEOPLE'S BANK OF CHINA | wantongjun@mail.rmd-safe.gov.cn, cuihailiang@mail.rmd-safe.gov.cn |
| PERRY PARTNERS INTERNATIONAL, INC | mneus@perrycap.com |
| PERRY PARTNERS LP | mneus@perrycap.com |
| PERRY PRINCIPALS, L.L.C. | isorrentino@perrycap.com, sgolub@golublaw.com |
| PGL PENSION SCHEME | JAMES.MOORE@DECHERT.COM |
| PHARO MASTER FUND, LTD | jhanlon@pharofund.com |
| PHILIPPINE AIRLINES, INC. | michael_tan@pal.com.ph, ean_esquivel@pal.com.ph |
| PHILIPS PENSION TRUSTEES LTD, | michael.coffee@alliancebernstein.com |
| PHOENIX 2002-1 LIMITED | DAGEMEA@bnymellon.com |
| PHOENIX 2002-1 LIMITED | mvenditto@reedsmith.com |
| PHOENIX 2002-2 LIMITED | sanjay.jobanputra@bnymellon.com |
| PHOENIX F1 | colin.blackmore@jer.com |
| PILSUDSKI FUND LIMITED (FORMERLY MAC PILSUDSKI 20A LIMITED) | krogers@maninvestments.com, mjensen@maninvestments.com |
| PILSUDSKI FUND LIMITED (FORMERLY MAC PILSUDSKI 20A LIMITED) | KROGERS@MANINVESTMENTS.COM,MJENSEN@MANINVESTMENTS.COM |
| PIMCO ABSOLUTE RETURN STRATEGY II CAYMAN UNIT TRUST (#4902) | lbhiinquiries@pimco.com |
| PIMCO ABSOLUTE RETURN STRATEGY II MASTER FUND LDC (4802) | lbhiinquiries@pimco.com |

| | |
|---|---|
| PIMCO ABSOLUTE RETURN STRATEGY III - (#4803) | lbhiinquiries@pimco.com |
| PIMCO ABSOLUTE RETURN STRATEGY IV EFUND - (#4899) | lbhiinquiries@pimco.com |
| PIMCO ABSOLUTE RETURN STRATEGY IV IDF LLC (#3994) | lbhiinquiries@pimco.com |
| PIMCO ABSOLUTE RETURN STRATEGY IV MASTER FUND LDC (#3199) | lbhiinquiries@pimco.com |
| PIMCO ABSOLUTE RETURN STRATEGY V (#4825) | lbhiinquiries@pimco.com |
| PIMCO ABSOLUTE RETURN STRATEGY V ALPHA FUND - (#4942) | lbhiinquiries@pimco.com |
| PIMCO BERMUDA FOREIGN LOW DURATION FUND - (#2742) | lbhiinquiries@pimco.com |
| PIMCO BERMUDA GLOBAL AGGREGATE EX-JAPAN BOND FUND (M) - (# 3706) | lbhiinquiries@pimco.com |
| PIMCO BERMUDA GLOBAL BOND EX-JAPAN FUND - (# 3738) | lbhiinquiries@pimco.com |
| PIMCO BERMUDA GLOBAL HIGH YIELD STRATEGY FUND  (#3752) | lbhiinquiries@pimco.com |
| PIMCO BERMUDA LIBOR PLUS FUND (M) - (#2739) | lbhiinquiries@pimco.com |
| PIMCO BERMUDA US LOW DURATION FUND- (2741) | lbhiinquiries@pimco.com |
| PIMCO CAYMAN GLOBAL AGGREGATE BOND FUND -(#2733) | lbhiinquiries@pimco.com |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN (YEN-HEDGED) BOND FUND - 2818 | lbhiinquiries@pimco.com |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN BOND FUND - (#2755) | lbhiinquiries@pimco.com |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN INCOME FUND - (#2763) | lbhiinquiries@pimco.com |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN YEN-HEDGED BOND FUND II-2759 | lbhiinquiries@pimco.com |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN YEN-HEDGED INCOME FUND 2781 | lbhiinquiries@pimco.com |
| PIMCO CAYMAN GLOBAL EX-JAPAN (YEN-HEDGED) BOND FUND (#2732) | lbhiinquiries@pimco.com |
| PIMCO CAYMAN GLOBAL EX-JAPAN BOND (#2730) | lbhiinquiries@pimco.com |
| PIMCO CAYMAN GLOBAL HIGH INCOME FUND (#2764) | lbhiinquiries@pimco.com |
| PIMCO CAYMAN GLOBAL LIBOR PLUS (U. S. DOLLAR- HEDGED) FUND- (# 3801) | lbhiinquiries@pimco.com |
| PIMCO CAYMAN GLOBAL MULTIPLE REAL RETURN FUND - (#2768) | lbhiinquiries@pimco.com |
| PIMCO COMMODITYREALRETURN STRATEGY FUND - (#731) | lbhiinquiries@pimco.com |
| PIMCO COMMODITYREALRETURN STRATEGY PORTFOLIO - (#6881) | lbhiinquiries@pimco.com |
| PIMCO EMERGING MARKETS BOND FUND (#771) | lbhiinquiries@pimco.com |
| PIMCO EMERGING MARKETS BOND FUND (M) - (#2737) | lbhiinquiries@pimco.com |
| PIMCO EMERGING MARKETS BOND PORTFOLIO - (#688) | lbhiinquiries@pimco.com |
| PIMCO FOREIGN BOND FUND (U.S. DOLLAR-HEDGED) - (#770) | lbhiinquiries@pimco.com |
| PIMCO FOREIGN BOND FUND (UNHEDGED) - (#719) | lbhiinquiries@pimco.com |
| PIMCO GLOBAL BOND FUND (UNHEDGED) (#775) | lbhiinquiries@pimco.com |
| PIMCO GLOBAL BOND FUND (US DOLLAR-HEDGED) (#785) | lbhiinquiries@pimco.com |
| PIMCO GLOBAL BOND PORTFOLIO (UNHEDGED) - (# 2680) | lbhiinquiries@pimco.com |
| PIMCO GLOBAL BOND STRATEGY FUND - (#3751) | lbhiinquiries@pimco.com |
| PIMCO REAL ESTATE REAL RETURN STRATEGY FUND (#788) | lbhiinquiries@pimco.com |
| PIMCO REAL RETURN FUND - (# 795) | lbhiinquiries@pimco.com |
| PIMCO REAL RETURN PORTFOLIO - (#691) | lbhiinquiries@pimco.com |
| PIMCO REAL RETURN TRUST - (#6031) | lbhinquiries@pimco.com |
| PINEY BRANCH PARK INC | julian.sale@qvt.com |
| PINEY BRANCH PARK INC | robin.keller@lovells.com |
| PINEY BRANCH PARK INC. | julian.sale@qvt.com |
| PING EXCEPTIONAL VALUE MASTER FUND L.P. | apaxson@pinggroup.com |
| PING EXCEPTIONAL VALUE MASTER FUND L.P. | kevin.scanlan@dechert.com |

| | |
|---|---|
| PINNACLE AMERICAN CORE PLUS BOND FUND | Christine_DeLima@scotiacapital.com |
| PIONEER FUNDS- US RESEARCH FUND | terrence.cullen@pioneerinvestments.com |
| PJ CARROLL & CO LTD PENSION PLAN FOR SALARY & FACTORY STAFF | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| PJM INTERCONNECTION, LLC | nlepore@schnader.com |
| PMT CREDIT OPPORTUNITIES FUND LTD. | ksinopoli@orehill.com |
| POLARIS INVESTMENT SA | Fgentiloni@polarisinvestment.com |
| PORT OF TACOMA | Marc.Barreca@KLGates.com, dmorrison@portoftacoma.com |
| POSILLIPO FINANCE II S. R. L. | AEckstein@BlankRome.com |
| POSILLIPO FINANCE II S. R. L. | michael.dodson@simmons-simmons.com |
| POSILLIPO FINANCE II S.R.L. | Jen.Premisler@CliffordChance.com |
| POSILLIPO FINANCE S. R. L. | AEckstein@BlankRome.com |
| POSILLIPO FINANCE S. R. L. | michael.dodson@simmons-simmons.com |
| POTOMAC RIVER CAPITAL MASTER FUND, L.P. | BRUCE.HORNING@POTOMACRIVERFUND.COM |
| POTOMAC RIVER CAPITAL MASTER FUND, L.P. | SHEARER@SEWKIS.COM |
| POUDRE VALLEY HEALTH CARE INC | sce@pvhs.org |
| POWER SECTOR ASSETS AND LIABILITIES MGMT CORP. | john.yeap@pinsetmasons.com |
| POWER SECTOR ASSETS AND LIABILITIES MGMT CORP. | mllcaminero@psalm.gov.ph |
| PP OPPORTUNITIES LTD | paul_ops@paulsonco.com |
| PP OPPORTUNITIES LTD | rscheininger@sidley.com |
| PREFERRED RESIDENTIAL SECURITIES 06-1 PLC | Complianceteam@wilmingtontrust.com |
| PREFERRED RESIDENTIAL SECURITIES 06-1 PLC | tamra.box@blplaw.com |
| PREMIER HEALTH PARTNERS OPERATING INVESTMENT PROGRAM | KMHauser@mvh.org |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | murtaghk@hmc.harvard.edu |
| PRIMONE INC. | hjh@primwest.com |
| PRINCIPAL LIFE INSURANCE COMPANY | epp.deb@principal.com |
| PROMARK INVESTMENTS TRUSTEES LIMITED | a.mcgaw@promark.global.co.uk |
| PROVINCE OF BRITISH COLUMBIA | dbartner@shearman.com, solomon_noh@shearman.com |
| PROVINCE OF BRITISH COLUMBIA | DMBshortterm@gov.bc.ca |
| PSEG INC. MASTER RETIREMENT TRUST | PETER.CARUSO@PSEG.COM |
| PUBLIC POWER GENERATION AGENCY | vstarr@woodsaitken.com |
| PUMICE INVESTMENTS (NETHERLANDS) B.V. | Fiona.Kettner@TMF-Group.com |
| PYXIS ABS CDO 2007-1 LTD, BY BANK OF AMERICA, NA AS SUCCESSOR BY | bill.boone@alston.com |
| PYXIS ABS CDO 2007-1 LTD, BY BANK OF AMERICA, NA AS SUCCESSOR BY | vanessa.danner@lasallegts.com |
| PYXIS FINANCE LIMITED | ian.r.graham@hsbcpb.com |
| Q-BLK ALPHA TRANSPORT TRUST - GLOBAL BOND FUND | gregory.milmoe@skadden.com, athau@skadden.com |
| Q-BLK ALPHA TRANSPORT TRUST - GLOBAL BOND FUND | larry.gail@blackrock.com, marie.bender@blackrock.com |
| QFR MASTER VICTORIA FUND, L.P. | jdaza@qfrcapital.com, kboyle@qfrcapital.com |
| QIC DIVERSIFIED FIXED INTEREST FUND NO. 1 | SSUTCLIFFE@BLUEBAYINVEST.COM |
| QIC LIMITED, F/K/A QUEENSLAND INVESTMENT CORPORATION, | d.clarke@qic.com |
| QUANTUM PARTNERS LP. | jay.schoenfarber@soros.com |
| QUARTZ FINANCE LIMITED | dean.godwin@mourant.com |
| QUARTZ FINANCE PLC - SERIES 2003-3 | DAGEMEA@bnymellon.com |
| QUARTZ FINANCE PLC - SERIES 2003-3 | mvenditto@reedsmith.com |
| QUARTZ FINANCE PLC - SERIES 2003-4 | DAGEMEA@bnymellon.com |
| QUARTZ FINANCE PLC - SERIES 2003-4 | mvenditto@reedsmith.com |
| QUARTZ FINANCE PLC - SERIES 2005-1A | DAGEMEA@bnymellon.com |
| QUARTZ FINANCE PLC - SERIES 2005-1A | mvenditto@reedsmith.com |
| QUARTZ FINANCE PLC - SERIES 2005-1B | DAGEMEA@bnymellon.com |
| QUARTZ FINANCE PLC - SERIES 2005-1B | mvenditto@reedsmith.com |

| QUARTZ FINANCE PLC - SERIES 2005-2 | DAGEMEA@bnymellon.com |
| QUARTZ FINANCE PLC - SERIES 2005-2 | mvenditto@reedsmith.com |
| QUARTZ FINANCE PUBLIC LIMITED COMPANY | DAGEMEA@bnymellon.com |
| QUARTZ FINANCE PUBLIC LIMITED COMPANY | mvenditto@reedsmith.com |
| QUEENSLAND INVESTMENT CORPORATION AS TRUSTEE OF QIC DIVERSIFIED FIXED | Benjamin.Robinson@gs.com |
| QUEENSLAND INVESTMENT CORPORATION AS TRUSTEE OF QIC DIVERSIFIED FIXED | daman@cgsh.com |
| QUINTESSENCE FUND LP | JULIAN.SALE@GVT.COM |
| QUINTESSENCE FUND LP | julian.sale@qvt.com |
| QUINTESSENCE FUND LP | robin.keller@lovells.com |
| QVT FUND LP | julian.sale@qvt.com |
| QVT FUND LP | robin.keller@lovells.com |
| RABOBANK NEDERLAND, NEW YORK BRANCH | jrsmith@hunton.com |
| RAIFFEISEN BANK RT | kpellenyi@raiffeisen.hu |
| RAIFFEISENLANDESBANK NIEDEROSTERREICH-WIEN AG | robert.vartok@raiffeisenbank.at |
| RBC ASSET MANAGEMENT INC. | Emily.Jelich@rbccm.com |
| RBC DEXIA INVESTOR SERVICES TRUST | Brian.Bagley@rbcDexia.com |
| REDWOOD MASTER FUND, LTD. | BINDER@SEWKIS.COM |
| REDWOOD MASTER FUND, LTD. | THEALEY@REDWOODCAP.COM |
| REID STREET RETIREMENT GLOBAL BOND FUND | david.witzer@rogge.co.uk |
| REID STREET RETIREMENT GLOBAL BOND FUND | drosner@goulstonstorrs.com |
| RELIANT ENERGY SERVICES, INC N/K/A RRI, INC | steele@lowenstein.com |
| RELIANT ENERGY SERVICES, INC N/K/A RRI,INC | steele@lowenstein.com |
| RELIASTAR LIFE INSURANCE COMPANY | Armand.Aponte@inginvestment.com |
| RELIASTAR LIFE INSURANCE COMPANY | rene.muller@ingbank.com |
| RELIASTAR LIFE INSURANCE COMPANY OF NEW YORK | rene.muller@ingbank.com |
| REPUBLIC OF PORTUGAL, ACTING THROUGH INSTITUTO DE GESTAO DE TESOURARIA | dwdykhouse@pbwt.com |
| RESTRUCTURED ASSET CERTIFICATES | slucas@reedsmith.com |
| RESTRUCTURED ASSET CERTIFICATES | Stuart.Rothenberg@bnymellon.com |
| RESTRUCTURED ASSET CERTIFICATES WITH | Stuart.Rothenberg@bnymellon.com |
| RESTRUCTURED ASSET SECURITIES | Stuart.Rothenberg@bnymellon.com |
| RESTRUCTURED ASSET SECURITIES WITH ENHANCED | stuart.rothenberg@bnymellon.com |
| RETIREMENT HOUSING FOUNDATION, ET AL. | frank.rossello@rhf.org |
| RGM TRADING INTERNATIONAL LIMITED C/O RGM ADVISORS, LLC | JRIEVMAN@HNRKLAW.COM |
| RIC II PLC THE GLOBAL BOND (EURO HEDGED) FUND | ecohen@russell.com |
| RIC MULTISTRATEGY BOND FUND | ecohen@russell.com, rchase@russell.com |
| RIC-OMIGSA GLOBAL BOND FUND | ecohen@russell.com |
| RIC-OMIGSA GLOBAL MONEY MARKET FUND | ecohen@russell.com |
| RIF CORE BOND FUND | ecohen@russell.com, rchase@russell.com |
| RIML RUSSELL INTERNATIONAL BOND FUND - $A HEDGED | ecohen@russell.com, astanwell@russell.com, sip@russell.com |
| RIO TINTO PENSION 2009 TRUSTEES LIMITED ACTING AS THE TRUSTEE OF THE | roy.bonfield@alcan.com |
| ROBECO FIXED INCOME STRATEGIES SPC, RESPECT OF SEGREGATED PORTFOLIO A | m.stoffers@robeco.nl, a.klep@robeco.nl |
| ROBERT A SCHOELLHORN TRUST | sjakubowski@colemanlawfirm.com |
| ROBERT STOCKDALE | STOCKDALE-R@NSK.COM |
| ROCKVIEW TRADING, LTD | alanb@rvcap.com |
| ROCKVIEW TRADING, LTD | james.moore@dechert |
| ROSE, WALTER E. | ahj@kjk.com |
| ROSS FINANCIAL CORPORATION | mvandeve@ps-ltd.com |
| ROYAL BANK OF CANADA | Emily.Jelich@rbccm.com |
| ROYAL BANK OF SCOTLAND PLC, THE | dhoyt@andrewskurth.com |

| | |
|---|---|
| ROYAL BANK OF SCOTLAND PLC, THE | loanops@rbs.com |
| ROYAL BANK OF SCOTLAND PLC, THE | pia.friis@rbs.com |
| ROYAL BANK OF SCOTLAND, PLC, THE | loanops@rbs.com |
| ROYAL CHARTER PROPERTIES - EAST, INC. | mlarmore@nyp.org |
| ROYAL CITY OF DUBLIN HOSPITAL TRUST | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| RR INVESTMENT CO LTD | salberts@washdc.whitecase.com, rr@londonamsterdam.com |
| RTE RESEAU DE TRANSPORT D'ELECTRICITE | dneier@winston.com |
| RUBY FINANCE PLC - SERIES 2003-4 | DAGEMEA@bnymellon.com |
| RUBY FINANCE PLC - SERIES 2003-4 | mvenditto@reedsmith.com |
| RUBY FINANCE PLC - SERIES 2005-IA16 | DAGEMEA@bnymellon.com |
| RUBY FINANCE PLC - SERIES 2005-IA16 | mvenditto@reedsmith.com |
| RUBY FINANCE PLC - SERIES 2006-2 | DAGEMEA@bnymellon.com |
| RUBY FINANCE PLC - SERIES 2006-2 | mvenditto@reedsmith.com |
| RUBY FINANCE PLC- SERIES 2006-2 | DAGEMEA@bnymellon.com |
| RUBY FINANCE PLC- SERIES 2006-2 | mvenditto@reedsmith.com |
| RUBY FINANCE PLC- SERIES 2006-3 | DAGEMEA@bnymellon.com |
| RUBY FINANCE PLC- SERIES 2006-3 | mvenditto@reedsmith.com |
| RUBY FINANCE PLC SERIES 2007-2 | DAGEMEA@bnymellon.com |
| RUBY FINANCE PLC SERIES 2007-2 | mvenditto@reedsmith.com |
| RUBY FINANCE PLC SERIES 2007-3 | DAGEMEA@bnymelion.com |
| RUBY FINANCE PLC SERIES 2007-3 | mvenditto@reedsmith.com |
| RUBY FINANCE PLC SERIES 2007-7 | DAGEMEA@bnymellon.com |
| RUBY FINANCE PLC SERIES 2007-7 | mvenditto@reedsmith.com |
| RUBY FINANCE PLC SERIES 2008-1 | DAGEMEA@bnymellon.com |
| RUBY FINANCE PLC SERIES 2008-1 | mvenditto@reedsmith.com |
| RUST BELT HOLDINGS II, LTD. | aeaton@paulweiss.com |
| RUST BELT HOLDINGS II, LTD. | claims@rustbeltholdings.net |
| RUST BELT HOLDINGS III, LTD. | aeaton@paulweiss.com |
| RUST BELT HOLDINGS III, LTD. | claims@rustbeltholdings.net |
| RUT THE INTERNATIONAL BOND FUND | ecohen@russell.com |
| SABMILLER PLC | JONATHAN.GAY@SABMILLER.COM |
| SABRE FUND MANAGEMENT LIMIA/C SABRE ENHANCED FUND | info@sabrefund.com |
| SAC CAPITAL ASSOCIATES, LLC | Peter.Nussbaum@sac.com |
| SAC GLOBAL INVESTMENTS LP | Peter.Nussbaum@sac.com |
| SACAMANO PARTNERS, L.L.C. | legal@bluecrestcapital.com |
| SAINT JOSEPH'S UNIVERSITY | mcordone@stradley.com |
| SAMBA FINANCIAL GROUP | aaziz@shearman.com, ned.schodek@shearman.com |
| SAMBA FINANCIAL GROUP | Goolam.Laher@samba.com |
| SAMSUNG LIFE INSURANCE CO., LTD. | mtorkin@shearman.com, sfennessey@shearman.com |
| SAMSUNG LIFE INSURANCE CO., LTD. | ph.jang@samsung.com |
| SAN DIEGO COUNTY EMPLOYEE RETIREMENT SYSTEMS | Ben.Caughey@icemiller.com |
| SANFORD C. BERNSTEIN FUND II, INC. - | michael.coffee@alliancebernstein.com |
| SANFORD C. BERNSTEIN FUND, INC. - | michael.coffee@alliancebernstein.com |
| SANMINA-SCI CORPORATION | jpomerantz@pszjlaw.com |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. | areynas@gruposantander.com, doramos@gruposantander.com |
| SAPHIR FINANCE COMPANY LIMITED SERIES 2005-1 CLASS A1 | DAGEMEA@bnymellon.com |
| SAPHIR FINANCE COMPANY LIMITED SERIES 2005-1 CLASS A1 | mvenditto@reedsmith.com |
| SAPHIR FINANCE PLC - SERIES 2006-02A1 | DAGEMEA@bnymellon.com |
| SAPHIR FINANCE PLC - SERIES 2006-02A1 | mvenditto@reedsmith.com |
| SAPHIR FINANCE PLC - SERIES 2006-02A2 | DAGEMEA@bnymellon.com |
| SAPHIR FINANCE PLC - SERIES 2006-02A2 | mvenditto@reedsmith.com |
| SAPHIR FINANCE PLC - SERIES 2006-02B1 | DAGEMEA@bnymellon.com |
| SAPHIR FINANCE PLC - SERIES 2006-02B1 | mvenditto@reedsmith.com |

| | |
|---|---|
| SAPHIR FINANCE PLC - SERIES 2006-10 | DAGEMEA@bnymellon.com |
| SAPHIR FINANCE PLC - SERIES 2006-10 | mvenditto@reedsmith.com |
| SAPHIR FINANCE PLC - SERIES 2006-3 CLASS A1 | DAGEMEA@bnymellon.com |
| SAPHIR FINANCE PLC - SERIES 2006-3 CLASS A1 | mvenditto@reedsmith.com |
| SAPHIR FINANCE PLC - SERIES 2006-O2B1 | DAGEMEA@bnymellon.com |
| SAPHIR FINANCE PLC - SERIES 2006-O2B1 | mvenditto@reedsmith.com |
| SAPHIR FINANCE PLC - SERIES 2007-5 | DAGEMEA@bnymellon.com |
| SAPHIR FINANCE PLC - SERIES 2007-5 | mvenditto@reedsmith.com |
| SAPHIR FINANCE PLC - SERIES 2007-9 | DAGEMEA@bnymellon.com |
| SAPHIR FINANCE PLC - SERIES 2007-9 | mvenditto@reedsmith.com |
| SAPHIR FINANCE PLC- SERIES 2008-1 | DAGEMEA@bnymellon.com |
| SAPHIR FINANCE PLC- SERIES 2008-1 | mvenditto@reedsmith.com |
| SAPHIR FINANCE PUBLIC COMPANY LIMITED SERIES 2004-12 | DAGEMEA@bnymellon.com |
| SAPHIR FINANCE PUBLIC COMPANY LIMITED SERIES 2004-12 | mvenditto@reedsmith.com |
| SAPHIR FINANCE PUBLIC COMPANY LIMITED SERIES 2005-1 CLASS A1 | DAGEMEA@bnymellon.com |
| SAPHIR FINANCE PUBLIC COMPANY LIMITED SERIES 2005-1 CLASS A1 | mvenditto@reedsmith.com |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | DAGEMEA@bnymellon.com |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | mvenditto@reedsmith.com |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY - SERIES 2005-3C | DAGEMEA@bnymellon.com |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY - SERIES 2005-3C | mvenditto@reedsmith.com |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2005-3A | DAGEMEA@bnymellon.com |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2005-3A | mvenditto@reedsmith.com |
| SATELLITE CONVERTIBLE ARBITRAGE MASTER FUND, LTD. | simon.raykher@satellite-ny.com |
| SATELLITE FUND II, L.P. | simon.raykher@satellite-ny.com |
| SATELLITE FUND IV, LP | simon.raykher@satellite-ny.com |
| SATELLITE OVERSEAS FUND IX, LTD | simon.raykher@satellite-ny.com |
| SATELLITE OVERSEAS FUND V, LTD | simon.raykher@satellite-ny.com |
| SATELLITE OVERSEAS FUND VI, LTD | simon.raykher@satellite-ny.com |
| SATELLITE OVERSEAS FUND VIII, LTD | simon.raykher@satellite-ny.com |
| SATELLITE OVERSEAS FUND, LTD | simon.raykher@satellite-ny.com |
| SAUDI ARABIAN MONETARY AGENCY | david.witzer@rogge.co.uk |
| SAUDI ARABIAN MONETARY AGENCY | drosner@goulstonstorrs.com |
| SAXO BANK A/S | thn@saxobank.com |
| SCHRODER INTERNATIONAL SELECTION FUND ABSOLUTE RETURN BOND | christian.cano@schroders.com |
| SCHRODER INTERNATIONAL SELECTION FUND STRATEGIC CREDIT | christian.cano@schroders.com |
| SCHRODER INVESTMENT MANAGEMENT COMPANY LIMITED | christian.cano@schroders.com |
| SCHRODER INVESTMENT MANAGEMENT LIMITED | peter.welsh@ropesgray.com |
| SCHRODER STRATEGIC BOND FUND | christian.cano@schroders.com |
| SCI GOUVION SAINT CYR | nicola.batten@starmanhotels.com |
| SCOGGIN CAPITAL MANAGEMENT, LP II | dtaub@scocap.com |
| SCOGGIN INTERNATIONAL FUND, LTD. | dtaub@scocap.com |
| SCOTIABANK (IRELAND) LIMITED | ncoco@mwe.com |
| SCOTIABANK (IRELAND) LIMITED | tony_obrien@scotiabank.ie |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | rene.muller@ingbank.com |
| SERENGETI OPPORTUNITIES MM L.P. | schoundhury@serengeti-am.com |
| SERENGETI OPPORTUNITIES PARTNERS LP | sam.tradeclaims@serengeti-am.com |
| SERENGETI OPPORTUNITIES PARTNERS, LP | schoundhury@serengeti-am.com |
| SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED | BTRUST@MAYERBROWN.COM |
| SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED | RICHARD.OLLIVER@SGHAMBROS.COM |
| SHANTI ASSET MANAGEMENT | sschwartz@winston.com |
| SHELL PENSIONS TRUST LIMITED IN ITS CAPACITY AS TRUSTEE OF | Tjalling.Wiersma@shell.com |

| | |
|---|---|
| SHIEH, PETER | pshieh@hkhs.com |
| SHK ASIA DYNAMIC HOLDINGS LTD | christine.wong@shkf.com |
| SID R. BASS MANAGEMENT TRUST | BReimann@barbnet.com |
| SIG ENERGY, LLLP | DAVID.POLLARD@SIG.COM,ROBERT.LAMKIN@SIG.COM |
| SILVER POINT CAPITAL FUND, L.P. | egreenberg@silverpointcapital.com |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD. | egreenberg@silverpointcapital.com |
| SIMPSON MEADOWS | jkoniszewski@simpsonsenior.org |
| SIRIUS INTERNATIONAL LIMITED | aiwa@azabu.org |
| SISTERS OF CHARITY | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| SJL MOORE, LTD | isda_notices@moorecap.com |
| SJL MOORE, LTD | isda_notices@moorecap.com |
| SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) | helene.hellners@seb.se |
| SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) | lattanasio@sidley.com, arovira@sidley.com |
| SMITH BREEDEN ALPHA STRATEGIES MASTER LTD | wschwartz@smithbreeden.com |
| SMITH BREEDEN INVESTMENT GRADE CORE BOND MASTER LTD | wschwartz@smithbreeden.com |
| SMITHKLINE BEECHAM CORPORATION | WILLIAM.J.MOSHER@GSK.COM |
| SMOLANSKY FUND LIMITED | KROGERS@MANINVESTMENTS.COM,MJENSEN@MANINVESTMENTS.COM |
| SMURFIT KAPPA ACQUISITIONS | brendan.glynn@smurfitkappa.com |
| SMURFIT KAPPA ACQUISITIONS | scott.gordon@kirkland.com, cindy.chen@kirkland.com |
| SO CAL UNITED FOOD & COMMERCIAL WORKERS | jmeltz@scufcwfunds.com |
| SOCIETE GENERALE | btrust@mayerbrown.com |
| SOCIETE GENERALE | carol.morrison@sgcib.com |
| SOCIETE GENERALE, AS SUCESSOR IN INTEREST | btrust@mayerbrown.com |
| SOCIETE GENERALE, AS SUCESSOR IN INTEREST | carol.morrison@sgcib.com |
| SOCIETY OF AFRICAN MISSIONS (SMA) | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| SOLAR INVESTMENT GRADE CBO I, LTD | kevin.preston@bnymellon.com |
| SOLAR INVESTMENT GRADE CBO I, LTD | kristi.feinzig@sunlife.com |
| SOLAR INVESTMENT GRADE CBO II, LTD | christopher.broadstone@bnymellon.com |
| SOLAR INVESTMENT GRADE CBO II, LTD | kristi.feinzig@sunlife.com |
| SOUTH AFRICA RESERVE BANK | Benjamin.Robinson@gs.com |
| SOUTH AFRICA RESERVE BANK | daman@cgsh.com |
| SOUTHERN PACIFIC SECURITIES 05-1 PLC | tamara.box@blplaw.com |
| SOVEREIGN BANK | prosa@sovereignbank.com |
| SPARKASSE AACHEN | josef.borrmann@sparkasse-aachen.de |
| SPARKASSE PFORZHEIM CALW | Michael.Trauthwein@skpfcw.de |
| SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER | BJARMAIN@SILVERPOINTCAPITAL.COM |
| SPCP GROUP, L.L.C. | adepanfilis@silverpointcapital.com |
| SPCP GROUP, L.L.C. | bjarmain@silverpointcapital.com |
| SPCP GROUP, L.L.C. | hryder@daypitney.com |
| SPCP GROUP, L.L.C. | rbeacher@pryocashman.com |
| SPCP GROUP, LLC | adepanfilis@silverpointcapital.com |
| SPCP GROUP, LLC | bjarmain@silverpointcapital.com |
| SPCP GROUP, LLC | dhoyt@andrewskurth.com |
| SPCP GROUP, LLC | rbeacher@pryocashman.com |
| SPCP GROUP, LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, L.P AND | bjarmain@silverpointcapital.com |
| SPCP GROUP, LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, L.P AND | rbeacher@pryorcashman.com |
| SPIRE MASTER FUND LTD. | legal@tower-research.com |
| SPOKANE PUBLIC FACILITIES DISTRICT | pearj@foster.com |
| SRI FUND, L.P. | BReimann@barbnet.com |
| SRI FUND, L.P. | natalie.carlgren@khh.com |
| ST JOSEPHS UNIVERSITY | mcordone@stradley.com |

| | |
|---|---|
| ST. JOHN OF GOD ORDER - IRISH PROVINCE | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| STACY FLIER | as47@ntrs.com |
| STACY FLIER | stacey.flier@ctcconsulting.com |
| STARK CRITERION MASTER FUND LTD | lehmanclaims@starkinvestments.com |
| STARK MASTER FUND LTD. | lehmanclaims@starkinvestments.com |
| STATE BOARD OF ADMINISTRATION OF FLORIDA (103233) | Benjamin.Robinson@gs.com |
| STATE BOARD OF ADMINISTRATION OF FLORIDA (103233) | daman@cgsh.com |
| STATE OF LOUISIANA, DEPARTMENT OF TREASURY | huxenb@ag.state.la.us |
| STATE OF OREGON | Carolyn.G.Wade@doj.state.or.us |
| STATE STREET BANK AND TRUST COMPANY | KLCourtney@statestreet.com |
| STATE STREET CAYMAN TRUST COMPANY, LTD. TTEE OF GLOBAL LIBOR ALPHA | Benjamin.Robinson@gs.com |
| STATE STREET CAYMAN TRUST COMPANY, LTD. TTEE OF GLOBAL LIBOR ALPHA | chowie@statestreet.com |
| STATE STREET CAYMAN TRUST COMPANY, LTD. TTEE OF GLOBAL LIBOR ALPHA | daman@cgsh.com |
| STATE UNIVERSITIES RETIREMENT SYSTEM | dallen@surs.org |
| STEVEN G. HOLDER LIVING TRUST | robert.albergotti@haynesboone.com, dian.gwinnup@haynesboone.com |
| STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE MEDIA PNO | SSUTCLIFFE@BLUEBAYINVEST.COM |
| STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE METALEKTRO | SSUTCLIFFE@BLUEBAYINVEST.COM |
| STICHTING BEWAARDER ZORGFONDS UVIT | C.Buijink@unive.nl, P.Krom@unive.nl |
| STICHTING CUSTODY ROBECO INSTITUTIONAL | akolod@mosessinger.com, kkolbig@mosessinger.com, P.A.R.Kat@robeco.nl |
| STICHTING DOW PENSIOENFONDS | cfloristan@dow.com |
| STICHTING GEMEENSCHAPPELYK BELEGGINGSFONDS FNV | gbf@vc.fnv.nl |
| STICHTING PENSIOENFONDS APOTHEKERS | david.witzer@rogge.co.uk |
| STICHTING PENSIOENFONDS APOTHEKERS | drosner@goulstonstorrs.com |
| STICHTING PENSIOENFONDS CAMPINA | jacques.von.ofargh@frieslandcampina.com |
| STICHTING PENSIOENFONDS DE ENCI | david.witzer@rogge.co.uk |
| STICHTING PENSIOENFONDS DE ENCI | drosner@goulstonstorrs.com |
| STICHTING PENSIOENFONDS GRONTMY | pensionfonds@grantmy.nl |
| STICHTING PENSIOENFONDS SDB | d.a.j.hamp@superdeboer.nl |
| STICHTING SHELL PENSIOENFONDS | Tjalling.Wiersma@shell.com |
| STONE HARBOR INVESTMENT FUNDS PLC | ashapiro@shiplp.com |
| STONEHILL INSTITUTIONAL PARTNERS LP | PMALEK@STONEHILLCAP.COM |
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | snelson@stonehillcap.com, ops@stonehillcap.com |
| STONEHILL INSTITUTIONAL PARTNERS, LP | snelson@stonehillcap.com, ops@stonehillcap.com |
| STONEHILL MASTER FUND, LTD. | snelson@stonehillcap.com, ops@stonehillcap.com |
| STONEHILL OFFSHORE PARTNERS LIMITED | PMALEK@STONEHILLCAP.COM |
| STRATEGIC VALUE MASTER FUND, LTD. | legal@svpglobal.com |
| STRUCTURED CREDIT OPPORTUNITIES FUND II LP | jkelty@marinercapital.com |
| STRUCTURED CREDIT OPPORTUNITIES FUND II LP | jmckee@tricadiacapital.com |
| SUMITOMO MITSUI BANKING CORPORATION | btrust@mayerbrown.com |
| SUMITOMO MITSUI BANKING CORPORATION | scott_diamond@smbcgroup.com |
| SUMITOMO TRUST & BANKING CO., LTD., THE | cohen@sewkis.com |
| SUMITOMO TRUST & BANKING CO., LTD., THE | toshio.sakudo@sumitomotrust.co.jp |
| SUMITOMO TRUST & BANKING CO., LTD., THE | yamashiro@sumitomotrust.co.jp |
| SUMMIT ACADEMY | bbeaudr@summit-academy.com |
| SUN HUNG KAI INVESTMENT SERVICES LIMITED | btrust@mayerbrown.com |
| SUN HUNG KAI INVESTMENT SERVICES LIMITED | sylvia.lau@shkf.com |
| SUN LIFE ASSURANCE SOCIETY PLC | nathalie.steggall@axa-im.com |
| SUNAMERICA LIFE INSURANCE COMPANY | alchen@sunamerica.com |
| SUNAMERICA LIFE INSURANCE COMPANY | spolakov@sunamerica.com |

| | |
|---|---|
| SUNRISE PARTNERS LIMITED PARTNERSHIP | mberner@paloma.com |
| SUNSET PARK CDO LIMITED SPC | david.m.kerr@bnymellon.com |
| SUNTRUST BANK | fred.woolf@suntrust.com |
| SUPER CASPIAN CAYMAN FUND LIMITED | susan@caspianlp.com |
| SUPERIOR ENERGY SERVICES INC | bill.masters@superiorenergy.com |
| SUTTER HEALTH- EDEN ACCOUNT | david.witzer@rogge.co.uk |
| SUTTER HEALTH- EDEN ACCOUNT | drosner@goulstonstorrs.com |
| SWEARENGEN PLACE, L.L.C. | lisa.ragosta@ropesgray.com |
| SWIFT MASTER AUTO RECEIVABLES TRUST | btrust@mayerbrown.com |
| SWIFT MASTER AUTO RECEIVABLES TRUST | stephen.vandolsen@ally.com |
| SYLVIA AGOSTINI LIVING TRUST DTD 5/12/2000 | calbert@reitlerlaw.com |
| T ASIA L HOLDINGS, LTD. | azylberberg@whitecase.com |
| TACONIC CAPITAL PARTNERS 1.5 LP | clee@taconiccap.com |
| TACONIC OPPORTUNITY FUND, L.P. | clee@taconiccap.com |
| TAISHIN INTERNATIONAL BANK | addy@taishinbank.com.tw, loofei@taishinholdings.com.tw |
| TAISHIN INTERNATIONAL BANK | kostad@mofo.com |
| TAKAMIYA CO. LTD | t_noguti@takamiya.co.jp |
| TAO L HOLDINGS, LTD. | azylberberg@whitecase.com |
| TATE LYLE GROUP PENSION SCHEME | Mark.Anderson@alliancebernstein.com |
| TAVARES SQUARE CDO LIMITED | david.m.kerr@bnymellon.com |
| TAYLOR CREEK LIMITED | david.m.kerr@bnymellon.com |
| TD NORDIQUE, INC. | Sfox@mcguirewoods.com |
| TEACHER'S RETIREMENT SYSTEM OF LOUISIANA | richard.cull@gam.com |
| TEACHERS RETIREMENT SYSTEM OF THE STATE OF ILLINOIS | tmaton@trs.illinois.gov |
| TEB PORTFOY YONETEMI AS | fim_legal_otc@fortisinvestments.com |
| TECOMARA N.V. | isabella.pearson@bob.hsbc.com |
| TEH BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR | martin.feig@bnymellon.com |
| TELEFONICA, S.A. | jimenezzato@telefonica.es, belen.sotocaredondo@telefonica.es |
| TELSTRA SUPER PTY LTD | investment@telstrasuper.com.au |
| TEMPO VOLATILITY MASTER FUND L.P. | dmccarthy@jdacp.com |
| TEWKSBURY INVESTMENT FUND LTD | lattanasio@sidley.com, arovira@sidley.com |
| TEWKSBURY INVESTMENT FUND LTD | michaela@scm-lp.com |
| THE BANK OF NEW YORK MELLON, AS TRUSTEE | martin.feig@bnymellon.com |
| THE MORNINGSIDE MINISTRIES FOUNDATION, INC. | joan@morningsidemin.org |
| THE TARGET PORTFOLIO TRUST, ON BEHALF OF THE INT'L BOND PORTFOLIO | sadiq.peshimam@prudential.com |
| THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND LP | alves@sewkis.com |
| THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND LP | sskelleher@thirdave.com |
| THREADNEEDLE MANAGEMENT LUXEMBOURG SA ON BEHALF OF THREADNEEDLE (LUX) | abi.thomas@threadneedle.co.uk |
| TM-LB CLAIMS VEHICLE LTD | INFO@ARGONAUT.BM |
| TM-LB VEHICLE LTD | INFO@ARGONAUT.BM |
| TOBACCO SETTLEMENT FINANCING CORPORATION | Eunice.Rim@KLGates.com |
| TOBACCO SETTLEMENT FINANCING CORPORATION | gponto@gibbonslaw.com |
| TOBACCO SETTLEMENT FINANCING CORPORATION | Nancy.Feldman@treas.state.nj.us |
| TODAKA MINING CO., LTD. | nakayama@todaka.co.jp |
| TOMAR TRUST | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| TOPAZ FINANCE LIMITED SERIES 2005-1 | DAGEMEA@bnymellon.com |
| TOPAZ FINANCE LIMITED SERIES 2005-1 | mvenditto@reedsmith.com |
| TOPAZ FINANCE LIMITED SERIES 2005-2 | DAGEMEA@bnymellon.com |
| TOPAZ FINANCE LIMITED SERIES 2005-2 | mvenditto@reedsmith.com |
| TORONTO-DOMINION BANK, THE | Sfox@mcguirewoods.com |
| TOTAL PRODUCE IRELAND PENSION SCHEME | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| TRANSAMERICA PIMCO REAL RETURN TIPS, | dgallagher@aegonusa.com |

| | |
|---|---|
| TREMBLANT PARTNERS LP | LEGAL@TREMBLANTCAPITAL.COM |
| TREMBLANT PARTNERS LTD. | LEGAL@TREMBLANTCAPITAL.COM |
| TRIBRIDGE AF 1 LTD | Eugene.kim@tribridgecap.com |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER FUND LTD | jkelty@marinercapital.com |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER FUND LTD | jmckee@tricadiacapital.com |
| TRUSTEES EXECUTORS LIMITED | luiza.moran@trustees.co.nz |
| TRUSTEES OF HOSPITAL AUTHORITY PROVIDENT FUND SCHEME ACTING AS | Benjamin.Robinson@gs.com |
| TRUSTEES OF THE PARLIAMENTARY CONTRIBUTORY PENSION FUND | WALKERJI@parliament.uk |
| TRUSTEES OF THE ROLLS-ROYCE ANCILLARY BENEFIT PLAN, THE | david.colclough@rolls-royce.com |
| TRUSTEES OF THE SCOTIA GAS NETWORKS PENSION SCHEME (103630), THE | Benjamin.Robinson@gs.com |
| TRUSTEES OF THE SCOTIA GAS NETWORKS PENSION SCHEME (103630), THE | daman@cgsh.com |
| TRUSTEES OF THE SERCO PENSION AND LIFE ASSURANCE SCHEME (103184), THE | Benjamin.Robinson@gs.com |
| TRUSTEES OF THE SERCO PENSION AND LIFE ASSURANCE SCHEME (103184), THE | daman@cgsh.com |
| TRUSTEES OF THE TYCO UK PENSION | Benjamin.Robinson@gs.com |
| TRUSTEES OF THE TYCO UK PENSION | daman@cgsh.com |
| TRUSTEES OF THE VIVENDI UNIVERSAL PENSION SCHEME | Bob_Folley@JLTGroup.com |
| TRUSTEES, OF THE NEI COMMON INVESTMENT FUND, THE | david.colclough@rolls-royce.com |
| TSS FUND LTD. | arovira@sidley.com |
| TSS FUND LTD. | bdp@tikehauim.com |
| TSS FUND LTD. | lattanasio@sidley.com |
| TUDOR BVI GLOBAL PORTFOLIO L.P., THE | aaziz@shearman.com, solomon.noh@shearman.com |
| TUDOR BVI GLOBAL PORTFOLIO L.P., THE | swaldman@tudor.com |
| TUDOR FAMILY FUND II LLC | aaziz@shearman.com, solomon.noh@shearman.com |
| TUDOR FAMILY FUND II LLC | swaldman@tudor.com |
| TUDOR PROPRIETARY TRADING, L.L.C. | aaziz@shearman.com, solomon.noh@shearman.com |
| TUDOR PROPRIETARY TRADING, L.L.C. | swaldman@tudor.com |
| TURK DIS TICARET BANKASI (AKA FORTIS BANK TURKEY) | hilde.vanverre@fortis.com, veronique.deschepper@fortis.com |
| TURKIYE SINAI KALKINMA BANKASI AS | AKLARK@tskb.com.tr |
| TWO SIGMA HORIZON PORTFOLIO, LLC | michael.marinic@twosigma.com |
| TYCO ELECTRONICS CORPORATION AS SPONSOR FOR TYCO ELECTRONICS DEFINED | jing.yang@tycoelectronics.com |
| TYKHE FUND LTD | INFO@ARGONAUT.BM |
| U.S. BANK NATIONAL ASSOCIATION | pamela.wieder@usbank.com |
| U.S. BANK NATIONAL ASSOCIATION | pamela.wieder@usbank.com, timothy.pillar@usbank.com |
| U.S. BANK NATIONAL ASSOCIATION | spiotto@chapman.com, top@chapman.com |
| U.S. BANK NATIONAL ASSOCIATION | timothy.pillar@usbank.com |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | pamela.wieder@usbank.com |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | timothy.pillar@usbank.com |
| UBS AG | bert.fuqua@ubs.com |
| UBS AG | joshua.dorchak@bingham.com |
| UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC. ACTING AS MANAGE OF UBS | Benjamin.Robinson@gs.com |
| UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC. ACTING AS MANAGE OF UBS | daman@cgsh.com |
| UBS SECURITIES JAPAN CO., LTD. | kazuya.ichikawa@ubs.com, marie.miyazawa@ubs.com |

| | |
|---|---|
| UK CORPORATE BOND FUND - (# 4692) | lbhiinquiries@pimco.com |
| UK STERLING COREPLUS FUND (#3681) | lbhiinquiries@pimco.com |
| UK STERLING INFLATION-LINKED FUND - (#3689) | lbhiinquiries@pimco.com |
| UK STERLING INVESTMENT GRADE CREDIT FUND (#4690) | lbhiinquiries@pimco.com |
| UK STERLING LONG AVERAGE DURATION FUND - (#4683) | lbhiinquiries@pimco.com |
| UNICREDIT S.P.A. | Antonino.parri@unicreditgroup.eu |
| UNION OF PRESENTATION SRS (C) COMMON INVESTMENT FUND | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| UNIONE DI BANCHE ITALIANE SCPA | luca.bonzanini@ubibanca.it |
| UNITED COMPANY | sullivan@unitedco.net |
| UNITED COMPANY, THE | sullivan@unitedco.net |
| UNIVERSAL-INVESTMENT-GESELLSCHAFT MBH A/C 550845 | verena.senne@de.pimco.com, thomas.hirsch@dresdner-bank.com |
| UNIVERSITY OF TEXAS, THE, INVESTMENT MANAGEMENT COMPANY | cgonzalez@utimco.org |
| URUGRAIN S.A. | cohen@sewkis.com |
| URUGRAIN S.A. | Leonard.Budyonny@LDCommodities.com |
| VARDE INVESTMENT PARTNERS, LP | esteffer@varde.com |
| VERIZON MASTER SAVINGS TRUST | neil.m.osullivan@verizon.com |
| VERIZON VEBA PARTNERSHIP FUNDAMENTAL CURRENCY OVERLAY - TRADING ACCT | Benjamin.Robinson@gs.com |
| VERIZON VEBA PARTNERSHIP FUNDAMENTAL CURRENCY OVERLAY - TRADING ACCT | daman@cgsh.com |
| VERMONT PENSION INVESTMENT COMMITTEE | Beth.Pearce@state.vt.us |
| VGE III PORTFOLIO LTD. | legalnotices@vikingglobal.com |
| VICKERS GROUP PENSION TRUSTEES LTD. | david.colclough@rolls-royce.com |
| VIKING GLOBAL EQUITIES II LP | legalnotices@vikingglobal.com |
| VIKING GLOBAL EQUITIES LP | legalnotices@vikingglobal.com |
| VITTORIA FUND - ACQ, L.P. | binder@sewkis.com, szang@acqcap.com |
| VITTORIA FUND - T, L.P. | paul@kylinfund.com |
| VOX PLACE CDO LIMITED | david.m.kerr@bnymellon.com |
| VR GLOBAL PARTNERS,LP | pclateman@vr-capital.com |
| WACHOVIA BANK, NATIONAL ASSOCIATION | daman@cgsh.com |
| WACHOVIA BANK, NATIONAL ASSOCIATION | Rebecca.Henderson@Wachovia.com |
| WALLACE, JASON J. | hollace.cohen@troutmansanders.com |
| WALLACE, JASON J. | jjwallace@gmail.com |
| WALT DISNEY CO MASTER RETIREMENT PLAN, THE | Svenable@westernasset.com |
| WALT DISNEY CO. MASTER RETIREMENT PLAN, THE | Svenable@westernasset.com |
| WASHINGTON STATE PLUMBING AND PIPEFITTING | jtrice@zenithadmin.com |
| WASHINGTON STATE TOBACCO SETTLEMENT AUTHORITY | Marc.Barreca@KLGates.com |
| WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. | kpeterson@wscm.net |
| WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. | lattanasio@sidley.com |
| WELLMONT HEALTH SYSTEM | Truman_Esmond@Wellmont.org |
| WELLS FARGO & COMPANY | Eric.F.Johnson@wellsfargo.com |
| WELLS FARGO BANK, NA | mdoty@faegre.com |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | dbleck@mintz.com, jacannata@mintz.com |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | Eric.F.Johnson@wellsfargo.com |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | mdoty@faegre.com |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | mdoty@faegre.com |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE | dbleck@mintz.com |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN | mdoty@faegre.com |
| WELLS FARGO SECURITIES INTERNATIONAL | daman@cgsh.com |
| WELLS FARGO SECURITIES INTERNATIONAL | Rebecca.Henderson@Wachovia.com |
| WESTPAC BANKING CORPORATION | Charles.Berry@aporter.com |

| | |
|---|---|
| WESTPAC BANKING CORPORATION | SCrellin@westpac.com.au |
| WH2005/NIAM III EAST HOLDING OY (FORMERLY KNOWN AS SPECIAL PURPOSE | pekka.salakka@niam.fi |
| WHITECREST PARTNERS, L.P. | bwall@abramscapital.com |
| WILLIAM AND FLORA HEWLETT FOUNDATION, THE | czarkovich@hewlett.org |
| WILMAR TRADING PTE. LTD. | colin.tan@wilmar.com.sg |
| WILMAR TRADING PTE. LTD. | Lawrence.P.Vonckx@BakerNet.com |
| WILSHIRE INSTITUTIONAL MASTER FUND II SPC-WILSHIRE ORE HILL | rcarrharris@orehill.com |
| WINDERMERE PRIVATE PLACEMENT I S.A. | frederic.lahaye@tmf-group.com |
| WINDERMERE PRIVATE PLACEMENT I S.A. | tamra.box@blplaw.com |
| WINDERMERE XII FCT, A FRENCH FONDS COMMUN DE TITRISATION | tollis@gide.com |
| WINNITEX INVESTMENT COMPANY LIMITED | brian@winnitex.com |
| WOLTERS KLUWER N.V. | folkert.van.breugel@wolterskluwer.com |
| WOLVERINE CONVERTIBLE ARBITRAGE FUND | knadel@wolve.com |
| WOO HAY TONG INVESTMENT LTD. | david.witzer@rogge.co.uk |
| WOO HAY TONG INVESTMENT LTD. | drosner@goulstonstorrs.com |
| WOORI 2 STAR DERIVATIVES FUND KH-3 | sangwoo.park@wooriam.com |
| WOORI 2 STAR DERIVATIVES FUND KW-8 | sangwoo.park@wooriam.com |
| WORKCOVER CORPORATION OF SOUTH AUSTRALIA | amackay@workcover.com |
| WUESTENROT HYPOTHEKENBANK AKTIENGESLLSCHAFT PFANDBRIEFBANK | rainer.sandner@ww-ag.com |
| XEROX (IRELAND) LIMITED PENSION SCHEME | enda.mcmahon@biam.boi.ie, keith.walsh@biam.boi.ie |
| XEROX PENSIONS LTD (FOR XEROX PENSION SCHEME) | ronhitchins@xerox.com |
| YB INSTITUTIONAL LIMITED PARTNERSHIP | sas@baupost.com |
| YIELD STRATEGIES FUND I L.P. | maureen@camdenassetmanagement.com |
| YIELD STRATEGIES FUND II L.P. | maureen@camdenassetmanagement.com |
| YORK ASIAN OPPORTUNITIES MASTER FUND, L.P. | asemler@yorkcapital.com |
| YORK CAPITAL MANAGEMENT, L.P. | asemler@yorkcapital.com |
| YORK GLOBAL FINANCE BDH LLC | mmauro@yorkcapital.com |
| YORK GLOBAL VALUE PARTNERS, L.P. | asemler@yorkcapital.com |
| YORK HOSPITAL PA | moconnor@wellson.org |
| YORK INVESTMENT LIMITED | asemler@yorkcapital.com |
| YORK SELECT UNIT TRUST | asemler@yorkcapital.com |
| YORK SELECT, L.P. | asemler@yorkcapital.com |
| YPSO FRANCE SAS | JELMALEH@NCNUMERICABLE.COM |
| ZACISDAMAN, L.L.C. | MHauser@egii.com |
| ZAIS OPPORTUNITY MASTER FUND, LTD | shearer@sewkis.com, russ.prince@zaisgroup.com |
| ZEPHYR FUND LIMITED | KROGERS@MANINVESTMENTS.COM,MJENSEN@MANINVESTMENTS.COM |
| ZEPHYR RECOVERY 2004-1 LP | russ.prince@zaisgroup.com |
| ZEPHYR RECOVERY 2004-1 LP | shearer@sewkis.com |
| ZEPHYR RECOVERY 2004-2 LP | russ.prince@zaisgroup.com |
| ZEPHYR RECOVERY 2004-2 LP | shearer@sewkis.com |
| ZEPHYR RECOVERY 2004-3 LP | russ.prince@zaisgroup.com |
| ZEPHYR RECOVERY 2004-3 LP | shearer@sewkis.com |
| ZEPHYR RECOVERY II-A LP | russ.prince@zaisgroup.com |
| ZEPHYR RECOVERY II-A LP | shearer@sewkis.com |
| ZEPHYR RECOVERY II-B LP | russ.prince@zaisgroup.com |
| ZEPHYR RECOVERY II-B LP | shearer@sewkis.com |
| ZEPHYR RECOVERY II-C | russ.prince@zaisgroup.com |
| ZEPHYR RECOVERY II-C | shearer@sewkis.com |
| ZIRCON FINANCE LIMITED SERIES 2007-1 TANCHE B | DAGEMEA@bnymellon.com |
| ZIRCON FINANCE LIMITED SERIES 2007-1 TANCHE B | mvenditto@reedsmith.com |
| ZIRCON FINANCE LIMITED SERIES 2007-1 TRANCHE A | DAGEMEA@bnymellon.com |

| | |
|---|---|
| ZIRCON FINANCE LIMITED SERIES 2007-1 TRANCHE A | mvenditto@reedsmith.com |
| ZIRCON FINANCE LIMITED SERIES 2007-1 TRANCHE B | DAGEMEA@bnymellon.com |
| ZIRCON FINANCE LIMITED SERIES 2007-1 TRANCHE B | mvenditto@reedsmith.com |
| ZIRCON FINANCE LIMITED SERIES 2007-17 | DAGEMEA@bnymellon.com |
| ZIRCON FINANCE LIMITED SERIES 2007-17 | mvenditto@reedsmith.com |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | DAGEMEA@bnymellon.com |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | mvenditto@reedsmith.com |
| ZIRCON FINANCE LIMITED- SERIES 2007-3 | DAGEMEA@bnymellon.com |
| ZIRCON FINANCE LIMITED- SERIES 2007-3 | mvenditto@reedsmith.com |
| ZIRCON FINANCE LIMITED SERIES 2007-9A | DAGEMEA@bnymellon.com |
| ZIRCON FINANCE LIMITED SERIES 2007-9A | mvenditto@reedsmith.com |
| ZIRCON FINANCE LIMITED SERIES 2007-9B | DAGEMEA@bnymellon.com |
| ZIRCON FINANCE LIMITED SERIES 2007-9B | mvenditto@reedsmith.com |
| ZURCHER KANTONALBANK | doctradingproducts@zkb.ch |
| ZWINGER OPCO 6 BV | gerard.meijssen@wmsbv.nl |
| ZWINGER OPCO 6BV | gerard.meijssen@wmsbv.nl |

**EMAIL ADDRESSES**

00103@oa.cmbchina.com
00257@oa.cmbchina.com
00270@oa.cmbchina.com
00436@oa.cmbchina.com
00662@oa.cmbchina.com
00664@oa.cmbchina.com
00675@oa.cmbchina.com
00717@oa.cmbchina.com
00748@oa.cmbchina.com
01536@esunbank.com.tw
02dw@bloomberg.net
03558@email.esunbank.com.tw
036894@landbank.com.tw
041779@mail.bot.com.tw
042683@landbank.com.tw
047775@mail.bot.com.tw
055023@landbank.com.tw
0570580@imail.landbank.com.tw
057085@landbank.com.tw
065261@landbank.com.tw
067524@landbank.com.tw
068582@landbank.com.tw
069744@landbank.com.tw
072931@landbank.com.tw
077521@landbank.com.tw
081975@mail.bot.com.tw
082116@mail.bot.com.tw
088932@mail.bot.com.tw
089181@landbank.com.tw
099602@mail.bot.com.tw
1@1.com
101218@mail.bot.com.tw
108368@mail.tbb.com.tw
110287@mail.bot.com.tw
111@111.com
123@123.com
123@1x2y3z.cot
123@pbk.pl
159700@bpi.pt
191096@mail.firstbank.com.tw
222@aaa.com
24055@bancaroma.it
26356@bancaroma.it

28205@oa.cmbchina.com
28231@oa.cmbchina.com
3200102@cathaylife.com.tw
32355@bancaroma.it
32386@bancaroma.it
3310430@bloomberg.net
38linares@bloomberg.net
49283@mingtai.com.tw
5100000@cathlife.com.tw
6700000@cathlife.com.tw
7584@bloomberg.net
832860@twfhclife.com.tw
888@888.com
97079@oa.cmbchina.com
97100@oa.cmbchina.com
97109@oa.cmbchina.com
a.a.luitjes@indoverbank.com
a.abuyazid@ncbc.com
a.alsharief@alahli.com
a.amriati@fearnleys.no
a.azzolin@kairospartners.com
a.baaghil@alahli.com
a.baarma@ncbc.com
a.backhaus@apoasset.de
a.bailo@mediolanum.it
a.ballerini@crsm.it
a.baumann@telekom.de
a.beatrici@bimbank.it
a.bengzon@hsbc.guyerzeller.com
a.bianchi@noemail.com
a.blair@hermes.co.uk
a.blazquez@bloomberg.net
a.botticelli@easternbk.com
a.braga@centrosim.it
a.buder@investkredit.at
a.canestrelli@apioil.com
a.cannell@mwam.com
a.chausseblanche@probtp.com
a.chen@sun.com
a.chiappa@bipielle.it
a.chinca@romagest.it
a.clake@mwam.com
a.clarke.remmey@pnc.com
a.clegg@mwam.com

a.colandrea@promos.it
a.colferai@barilla.it
a.crochet@bcee.lu
a.decourcel@sanpaolo.fr
a.delazardiere@calyon.com
a.derycke@sanpaolo.fr
a.desario@rai.it
a.dittmer@apoasset.de
a.dolsa@bimbank.it
a.duckworth@hermes.co.uk
a.durkin@leggmasoninvestors.com
a.durville@robeco.nl
a.earl@nrcl.com
a.elkhraijy@alahli.com
a.enayati@robeco.nl
a.evans@hermes.co.uk
a.fabiani@aston-bond.com
a.fail@sl-am.nl
a.farid@alahli.com
a.foffano@bipielle.it
a.forman@bcee.lu
a.foti@fineco.it
a.frontistis@emporiki-asset.gr
a.fujino@skam.co.jp
a.gabelmann@telekom.de
a.garombo@sanpaolo.fr
a.gasparri@bipielle.it
a.genna@sace.it
a.gentili@astonbank.com
a.goergner@vkb.de
a.guglielmana@kairospartners.com
a.gussmann@donner.de
a.gusti@alahli.com
a.hepper@bloomberg.net
a.hofmeyr@mwam.com
a.iisaka@aozorabank.co.jp
a.invernizzi@bipielle.it
a.j.a.m.kuijpers@rn.rabobank.nl
a.janssen@robeco.nl
a.jongma@robeco.nl
a.kamiyama@mitsui.com
a.kawase@aozorabank.co.jp
a.klep@robeco.nl
a.klijn@vanlanschot.com

a.knottenbelt@vanlanschot.com
a.kohll@bcee.lu
a.lanza@sace.it
a.lau@bloomberg.net
a.laycock@mwam.com
a.leccisotti@capitalia.it
a.luciani@bipielle.it
a.luna@grupobbva.com
a.m.c.de.bruijn@robeco.nl
a.maani.shirazi@robeco.nl
a.magherinii@fondiaria.it
a.manfe@kairospartners.com
a.marber@mwam.com
a.midolo@bimsgr.it
a.mistras@usa.dupont.com
a.morgan@qic.com
a.morishima@aozorabank.co.jp
a.mouti@shell.com
a.nakajima@ny.tr.mufg.jp
a.nicolotti@olivetti.com
a.nitabaru@aozorabank.co.jp
a.oddin@bbbsa.ch
a.ogorman@qic.com
a.osakwe@afdb.org
a.oteh@afdb.org
a.p.mills@bloomberg.net
a.perrotta@fineco-am.com
a.peshkoff@eib.org
a.pui@aozorabank.co.jp
a.pui@aozora-invmgmt.com
a.quelch@hermes.co.uk
a.rguez@grupobbva.com
a.romani@eib.org
a.rovelli@bipielle.it
a.ruys@heineken.com
a.ryder@qic.com
a.sag@dhbbank.com
a.sakai@aozorabank.co.jp
a.shutze@mwam.com
a.skjevesland@fearnleys.no
a.smith@kairospartners.com
a.taneja@mwam.com
a.tansley@apoasset.de
a.tocchio@kairospartners.com

a.toorn@wessanen-hq.com
a.ueda@noemail.com
a.valori@dbsa.lu
a.van.rijn@robeco.nl
a.verleger@sozialbank.de
a.vigh@wafra.com
a.weber@apoasset.de
a.yokokawa@noemail.com
a.zampa@danieli.it
a@b.com
a_acutis@vittoriaassicurazioni.it
a_cohen@blackrock.com
a_dimarzio@putnam.com
a_frechette@lputnam.com
a_ichikawa@nam.co.jp
a_inoue@nam.co.jp
a_perin@finint.it
a_rene_schmauder@fmgc.com
a_suhendar@bi.go.id
a_sweeney@beutel-can.com
a_syed@putnam.com
a_watanabe@nam.co.jp
a_zahrani@bloomberg.net
a026824@bloomberg.net
a0s7@pge.com
a1.satou@aozorabank.co.jp
a110682@mail.tbb.com.tw
a142158@bloomberg.net
a1-inoue@nissay.co.jp
a2.nakajima@aozorabank.co.jp
a236436@fmr.com
a377388@bloomberg.net
a3a@americancentury.com
a424296@uk.fid-intl.com
a460608@fmr.com
a464224@fmr.com
a465271@fmr.com
a8987@mail.tbb.com.tw
aa.os@organon.oss.akzonobel.nl
aa@aa.ss
aa@bankinvest.dk
aaa@kpc.com.kw
aaa@nbim.no
aaaa@aaa.com

aaalderks@aegonusa.com
aab3@ntrs.com
aabuhan@oppenheimerfunds.com
aac57@cornell.edu
aacanty@wellington.com
aackerman@qgcapital.com
aacosta@tiaa-cref.org
aadarsh.malde@gs.com
aadesai@princeton.edu
aadithya_thayyar@alliancebernstein.com
aadowner@delinvest.com
aadvani@rccl.com
aadvis@us.mufg.jp
aafkhami@tiaa-cref.org
aag@capgroup.com
aagan@iigh.com
aagati@leggmason.com
aage.frohde@hydro.com
aage.schaanning@klp.no
aagresti@ifc.org
aaguilar@tiaa-cref.org
aaguirre@bancogui.com
aah@capgroup.com
aah7@cornell.edu
aaiello@bankofny.com
aaigprop@bloomberg.net
aairving@wellington.com
aaj@ntrs.com
aajawi@bloomberg.net
aaji@templeton.com
aak.na@adia.ae
aak.pr@adia.ae
aakant@fftw.com
aakhmetov@kki.kz
aalaimo@scmadv.com
aalbader@kio.uk.com
aalbahar@gic.com.kw
aalbert@bear.com
aalbertini@iccrea.bcc.it
aalbisetti@groupama-am.fr
aalbuaijan@kio.uk.com
aalcaraz@invercaixa.es
aaldakheel@bloomberg.net
aalfonso@notes.banesto.es

aalgisi@lucchini.it
aalkhamis@sama-ksa.org
aal-khatib@bankofjordan.com.jo
aalombardi@delinvest.com
aal-rabaian@bloomberg.net
aalsabah@kuwait-fund.org
aalshehab@kio.uk.com
aaltammar@kio.uk.com
aalvarez@ahorro.com
aalvarez9@bloomberg.net
aam.na@adia.ae
aama@capgroup.com
aambrus@metlife.com
aamiel@fdic.gov
aamiludin@bloomberg.net
aamir.shah@hp.com
aamiry@williamblair.com
aamo@btmna.com
aampontuah@us.nomura.com
aamullins@wellington.com
aanand@allstate.com
aanderson@williamblair.com
aandree@bank-banque-canada.ca
aandriko@princeton.edu
aangeles@caxton.com
aangella@jhancock.com
aangui@mapfre.com
aaniol@meag.com
aanisa@aol.com
aannalingam@europeancredit.com
aantonelli@bear.com
aaoyama@metlife.com
aapatel@princeton.edu
aapikyan@vtbam.ru
aaquino@tiaa-cref.org
aar.na@adia.ae
aaramburu@kutxa.es
aare.rafi@commerzbank.com
aarest@perrycap.com
aarganbright@smithbreeden.com
aarini@cfm.mc
aarlotta@us.tr.mufg.jp
aarmenio@tigerglobal.com
aarnout.snouck@axa-im.com

aaron.balsam@ubs.com
aaron.barnfather@lazard.com
aaron.bromage@pw.utc.com
aaron.bryson@pimco.com
aaron.chilton@barcap.com
aaron.chua@sg.standardchartered.com
aaron.cooper@fmr.com
aaron.cufley@hsbcam.com
aaron.diefenthaler@aamcompany.com
aaron.dunn@pioneer.com
aaron.eagerman@citadelgroup.com
aaron.elliott@wachovia.com
aaron.freed@soros.com
aaron.gold@aig.com
aaron.gould@pseg.com
aaron.grehan@morleyfm.com
aaron.griga@thrivent.com
aaron.halfacre@blackrock.com
aaron.hoffman@acml.com
aaron.j.wilson@usa.dupont.com
aaron.johnson@nisanet.com
aaron.joyce@credit-suisse.com
aaron.kohli@blackrock.com
aaron.lindsay@fldfs.com
aaron.loyd@ctxmort.com
aaron.lynch@morleyfm.com
aaron.mass@morganstanley.com
aaron.matzinger@ubs.com
aaron.mcbroom@usbank.com
aaron.mo@asbai.com
aaron.moatz@citadelgroup.com
aaron.morris@huntington.com
aaron.palmer@ge.com
aaron.polack@pnc.com
aaron.sack@morganstanley.com
aaron.schwam@fmr.com
aaron.scott@ubs.com
aaron.scully@janus.com
aaron.seymour@bwater.com
aaron.smith@ibtco.com
aaron.staines@ucop.edu
aaron.stakston@swib.state.wi.us
aaron.stephens@ubs.com
aaron.task@thestreet.com

aaron.walters@lazard.com
aaron_chaze@manulife.com
aaron_drake@invesco.com
aaron_hurd@ssga.com
aaron_j_wilson@vanguard.com
aaron_pas@freddiemac.com
aaron_rosenberg@merck.com
aarondavison@bloomberg.net
aarongabin@gic.com.sg
aarons@capraasset.com
aaronyoder@synovusmortgage.com
aarti.shah@ubs.com
aarya@putnam.com
aarza@oppenheimerfunds.com
aas56@cornell.edu
aasa.annerstedt@seb.se
aashah@bnm.gov.my
aashish.jain@fidelity.co.in
aasipenkava@fftw.com
aasiya.ali@fmr.com
aat@bsibank.com
aatash.shah@lehman.com
aathanasiou@perrycap.com
aatish_porwal@standardlife.com
aattie@banque-france.fr
aavancha@lordabbett.com
aavigliano@bloomberg.net
aawny@bloomberg.net
aazfar@investcorp.com
ab@cd.com
ab@ennismorefunds.com
ab@nationalbanken.dk
ab147@ntrs.com
ab1700@a-bank.co.jp
ab1947@a-bank.co.jp
ab2186@a-bank.co.jp
ab59@dcx.com
ab62@ntrs.com
ab8@americancentury.com
aba@canyonpartners.com
ababson@wellington.com
abachee@yahoo.com
abacu@nb.com
abagella@bancafideuram.it

abaia@searchjapan.zzn.com
abaibadino@fideuramcapital.it
abailey@lordabbett.com
abaillargeon@mcleanbudden.com
abaiona1@bloomberg.net
abajaj@worldbank.org
abakarat@uk.tr.mutg.jp
abalana@worldbank.org
abaldassare@ustrust.com
abaldino@mcc.it
abalestrieri@wdwitter.com
abances@bloomberg.net
abanerjee@oppenheimerfunds.com
abani@aegon.nl
abaoyu@sina.com
abaratta@scotiacapital.com
abaraviera@bloomberg.net
abarbieri@bloomberg.net
abarbieri@cofimo.it
abarbosa@nafin.gob.mx
abarron@frk.com
abarry@loomissayles.com
abaruffi@sirachcap.com
abasagoiti@uef.es
abasham@integrabank.com
abasi@wellington.com
abaskov@pictet.com
abastaki@kia.gov.kw
abastarr@bancogui.com
abatra@ellington.com
abattista@duomo.it
abauduin@boulognebl.faurecia.com
abauduin@ofivalmo.fr
abaumber@nylim.com
abb39@cornell.edu
abbas@adic.co.ae
abbe_mulroy@ml.com
abbie.strong@compassbnk.com
abbj@capgroup.com
abbott.m@mellon.com
abbou-assi@mfs.com
abburker@lmfunds.com
abby.glennie@aegon.co.uk
abby.john@pimco.com

abby.johnson@fmr.com
abby.simon@pimco.com
abc@abc.com
abc@bpi.pt
abdallah.nauphal@insightinvestment.com
abdel.benzerroug@banque-france.fr
abdel_ait_hadj_brahim@deltalloyd.nl
abdelhalim.fadil@clf-dexia.com
abdeljellil.bouzidi@sgam.com
abdelrahman.tarzi@arabbanking.com
abdessamad.elbabsiri@clf-dexia.com
abdou.tall@axa-im.com
abdoulaye.thiam@db.com
abdul.a.alhedaib@columbiamanagement.com
abdul.kazi@lgim.co.uk
abdulbah@kia.gov.kw
abdulla.fakhro@morganstanley.com
abdullah.alhail@qnb.com.qa
abdullah.al-zahrani@riyadbank.com
abdullah.m.aldekheel@columbiamanagement.com
abdulrahman.al-fadda@samba.com
abdulwahab.al-betairi@samba.com.sa
abe.dli@dial.pipex.com
abe.riazati@inginvestment.com
abe_georges@vanguard.com
abe_wons@scudder.com
abeach@frk.com
abeck@federatedinv.com
abeckerman@ifc.org
abed.becheik@socgen.com
abeer@baupost.com
abehrman@apolloic.com
abeirne@hellerfin.com
abejarb@bankinter.es
abeken@dl.dai-ichi-life.co.jp
abel.garcia@aiminvestments.com
abelg@templeton.com
abelmedhi@ofivalmo.fr
abenali@jhancock.com
abenedict@integrabank.com
abenjamin@lincap.com
abennis@eagleglobal.com
aberenato@penncapital.com
aberg@jennison.com

aberggrun@kynikos.com
abergman@scottstringfellow.com
aberkelaar@worldbank.org
aberliant@lib.com
aberman@babsoncapital.com
aberman@dlbabson.com
abernem@nationwide.com
abernstein@btmna.com
aberris@trmshedge.com
abesada@msdw.es
abesse@logancapital.com
abest@kynikos.com
abest@metlife.com
abet@po2.jsf.co.jp
abezdenezhnykh@btmna.com
abezzetto@bloomberg.net
abg@danskebank.dk
abh.pr@adia.ae
abha.shakya@db.com
abhay.deshpande@asbai.com
abhay.joshi@alliancebernstein.com
abhi.acharya@opcap.com
abhijit.mitra@morganstanley.com
abhijit.sahay@db.com
abhijit_dande@jhancockinvestments.com
abhilasha.misragupta@fmglobal.com
abhinandan.deb@barcap.com
abhiram.vijayasarathy@wfg.com
abhiroop.lal@db.com
abhishek.gami@invescoaim.com
abhishek.ind.sharma@fidelity.co.in
abhishek.khemka@fmr.com
abhishek.pulakanti@micorp.com
abhishek.rajgarhia@thehartford.com
abhishek.rathod@nb.com
abhishek.thepade@dnbnor.com
abhishek_maheshwari@swissre.com
abi.olapade@uk.fid-intl.com
abi.tobun@nationalcity.com
abiancamano@lordabbett.com
abianco1@bloomberg.net
abid.chaudry@bmonb.com
abidin@bloomberg.net
abigail.james@wfg.com

abigail.mardlin@fandc.com
abigail.matthias@wamu.net
abigail.mckenna@msdw.com
abigail.middleton@ibtco.com
abigail.purcell@citadelgroup.com
abigail.rotheroe@threadneedle.co.uk
abigail_valdelievre@freddiemac.com
abillah@lionmts.com
abillings@dkpartners.com
abimbola.daramola@lgim.co.uk
abiola.abby@principal.com
abischel@skba.com
abisogn1@ford.com
abisschop@pictet.com
abk@bloomberg.net
abkemeier@stifel.com
ablack@martincurrie.com
ablackbu@tiaa-cref.org
ablackmu@microsoft.com
ablaker@allstate.com
ablanchette@hcmlp.com
ablanco@ahorrocorporacion.com
ablanco@tiaa-cref.org
ablancoc@notes.banesto.es
ablankman@mcmorgan.com
abliss@denveria.com
abm2@ntrs.com
abo@gr.dk
abobe@allstate.com
abocld@btconnect.com
aboffa@spasset.lu
abogart@us.nomura.com
abomfim@oppenheimerfunds.com
abond@bradfordmarzec.com
abonilla@hbk.com
abonne@pacifictrust.net
abonningues@bft.fr
aborisenko@clearbridgeadvisors.com
aborraz@grupobbva.com
aborthwick@panagora.com
abosworth@viningsparks.com
aboubker@worldbank.org
aboucamk@cmcic.fr
aboutry@bloomberg.net

abouwman@bloomberg.net
aboychuk@bloomberg.net
aboyd@teleos.com
abp@dpmmellon.com
abr@wscapital.com
abraar.musa@gs.com
abrachet@banamex.com
abrackett@tiaa-cref.org
abradshaw@firststate.co.uk
abrady@us.ca-indosuez.com
abraga@bloomberg.net
abraghetta@leggmason.com
abraham.eghujovbo@commerzbank.com
abraham.joseph@ubs.com
abraham.kozhipatt@shell.com
abraham.lifszyc@ubs.com
abrahama@blcvm.com
abrahamg@kia.gov.kw
abramsb@hhmi.org
abravoji@ceca.es
abre@uk.danskebank.com
abreccolini@nbadsuisse.ch
abrehm@caxton.com
abreuer@provinzial-online.de
abri@danicapension.dk
abrinar.guerra@citadelgroup.com
abrizi@intesasanpaolo.us
abroderick@bloomberg.net
abrooks@troweprice.com
abrown@omega-advisors.com
abruch@meag.com
abrumm@aegonusa.com
abrusa@bancafideuram.it
abryan@montag.com
abs.monitoring@egg.com
abs@kdb.co.kr
abs@lbbw.de
abt.eu@adia.ae
abtahir@bloomberg.net
abuchner@guzman.com
abueno@sinopia.fr
abuerger@epo.org
abukhowa@cbb.gov.bh
abulic@keybanccm.com

aburgazj@bancopastor.es
aburke@apolloic.com
aburke@loomissayles.com
aburner@tibsite.com
abushehri@fftw.com
abushler@farcap.com
abuss@aegonusa.com
abuss@metlife.com
abutayyoun.jm@tbcam.com
abutt@bloomberg.net
abv@capgroup.com
aby.pr@adia.ae
ac.hormgard@ap3.se
ac118@ntrs.com
ac154@ntrs.com
ac439@cornell.edu
aca@bpi.pt
acabrale@banrep.gov.co
acade@co.fresno.ca.us
acaffort@groupama-am.fr
acaine@ambac.com
acalavritinos@jhancock.com
acaldwell@farcap.com
acalle@invercaixa.es
acallender@templeton.com
acalvin@opers.org
acalvo@grupobbva.com
acameron@azoa.com
acampbell@daiwa-ny.com
acanori@bcj.gbancaja.com
acao@tiaa-cref.org
acardoso@europeancredit.com
acarlson@ibtco.com
acarlson@voyageur.net
acaroher@cajamadrid.es
acarrasco@bloomberg.net
acarrier@uk.tr.mufg.jp
acarryl@harborviewgrowth.com
acatalan@standishmellon.com
acatignani@bloomberg.net
acattermole@europeancredit.com
accounting@wvsbank.com
acctfx@mail.cbc.gov.tw
acecconi@bloomberg.net

acecil@troweprice.com
aceiii@gcspartners.com
acerete@sabadellatlantico.com
acervanm@notes.banesto.es
acestone@evergreeninvestments.com
acf@dodgeandcox.com
acf33@cornell.edu
acfisher@wellington.com
acgallo@wellington.com
achacun@oddo.fr
achall@wellington.com
achamberlain@bloomberg.net
a-chan@yasudalife.com.hk
achang@cantor.com
achang@fhhlc.com
achang@perrycap.com
achavapc@bot.or.th
achawla@aegonusa.com
acheh91@alumni.gsb.columbia.edu
acheng@atlanticasset.com
acheng@russell.com
acherwenka@templeton.com
achiesi@bear.com
achille.d'antoni@citibank.com
achille.scarpa@eni.it
achim.baumgartner@commerzbank.com
achim.gloger@uk.fid-intl.com
achim.hammerschmitt@oppenheim.de
achim.hartmann@dekabank.de
achim.hillen@hshn-securities.com
achim.johannsen@telekom.de
achim.lange@haspa.de
achim.peijan@ubs.com
achim.philippus@devif.de
achim.tenschert@dekabank.de
achim.walde@oppenheim.de
achin@tigerglobal.com
achiu@standishmellon.com
achmadrayadi@bi.co.id
achong@tiaa-cref.org
achow@scmadv.com
achraf.goneid@juliusbaer.com
achristan@meag.com
achristensen@sarofim.com

achristev@kio.uk.com
achristian@leggmason.com
achu@alger.com
achua@templeton.com
achugh@wellington.com
achung@allstate.com
aci@mofnet.gov.pl
acid@bancamarch.es
acifueng@cajamadrid.es
acimoli@bloomberg.net
aciocon@caxton.com
aciprotti@iccrea.bcc.it
aclapson@sarofim.com
aclark@reatech.net
aclearfield@tiaa-cref.org
aclemens@nylim.com
acllo@stanford.edu
aclough@appletonpartners.com
acm2@ntrs.com
acmoran@wellington.com
acneedham@wellington.com
acnicolaou@wellington.com
aco@ubp.ch
acohan@perrycap.com
acohen@bci.it
acohen@ssrm.com
acolella@icbny.com
acoll@eatonvance.com
acollantes@bde.es
acompton@dlbabson.com
aconde@msdw.es
acongiu@iccrea.bcc.it
aconlan@lmfunds.com
aconnell@jhancock.com
aconroy@bloomberg.net
aconway@valcourt.ch
acook1@templeton.com
acoombs@metlife.com
acoors@qualcomm.com
acordeiro@banco-privado.pt
acormack@westernasset.co.uk
acorso1@bloomberg.net
acortinadealcocer@repsolypf.com
acostam@jwseligman.com

acostello@mfs.com
acottone@caxton.com
acox@angelogordon.com
acp@capgroup.com
acragg@wellscap.com
acraig@fftw.com
acraig@mandtbank.com
acrawford@alger.com
acremonini@bancasempione.ch
acrieder@frk.com
acrisafulli@fondianima.it
acruel@seic.com
active.advisory@rbscoutts.com
acunagin@ftci.com
ad.g.rawcliffe@gsk.com
ad.kroot@snsam.nl
ad.sleeuwen-van@dsm.com
ad.van.tiggelen@ingim.com
ad@bcv.ch
ad@edfd.com
ad@gruss.co.uk
ad_schellen@deltalloyd.nl
ada.poon@hk.nomura.com
ada@bankinvest.dk
ada-1519@email.esunbank.com.tw
adachi@nam.co.jp
adachi02864@nissay.co.jp
adagasan@meag.com
adalberto.a.gonzalez@bgf.gobierno.pr
adalbjorn.stefansson@lansforsikringar.se
adalessandro@iccrea.bcc.it
adalloglio@bloomberg.net
adalrymple@firststate.co.uk
adalsteinn@kaupthing.net
adam.ackermann@ge.com
adam.adrian@protective.com
adam.albin@americas.bnpparibas.com
adam.ault@swib.state.wi.us
adam.avigdori@blackrock.com
adam.b.patota@jpmorgan.com
adam.bailey@gs.com
adam.bernstein@highbridge.com
adam.berry@drkw.com
adam.betteridge@credit-suisse.com

adam.bordner@wellsfargo.com
adam.bowman@blackrock.com
adam.bulley@cibc.ca
adam.butterfield@moorecap.com
adam.byskiniewicz@mail.nbp.pl
adam.c.shaw@morganstanley.com
adam.cf.li@citi.com
adam.choragwicki@dws.com
adam.chu@aig.com
adam.cohen@lazard.com
adam.coney@insightinvestment.com
adam.conish@glenmede.com
adam.cooper@citadelgroup.com
adam.coppersmith@tcw.com
adam.crocker@morganstanley.com
adam.decaire@wnco.com
adam.falcon@pncadvisors.com
adam.fitzjohn@bankofengland.co.uk
adam.fletcher@uk.nomura.com
adam.g.florence@bankofamerica.com
adam.gage@bnpparibas.com
adam.gallina@eagleasset.com
adam.gelder@db.com
adam.gileski@gs.com
adam.goodwin@prudential.com
adam.greenbury@rothschild.co.uk
adam.grunfeld@tudor.com
adam.guthrie-james@novartis.com
adam.hartley@aberdeen-asset.com
adam.hetnarski@fmr.com
adam.hewson@ge.com
adam.holmes@lgim.co.uk
adam.hoogland@irwinmortgage.com
adam.horsley@lodh.com
adam.howard@lloydstsb.co.uk
adam.hrdina@vontobel.ch
adam.hynes@pnc.com
adam.ilkowitz@ge.com
adam.jablonski@ibtco.com
adam.jones@morganstanley.com
adam.kahn@citadelgroup.com
adam.kaplan@credit-suisse.com
adam.kindreich@lodh.com
adam.king@rabobank.com

adam.klus@uk.fid-intl.com
adam.kot@mail.nbp.pl
adam.kramer@fmr.com
adam.kutas@fmr.com
adam.lancelot@morleyfm.com
adam.levi@barclaysglobal.com
adam.lucuk@db.com
adam.machin@bt.com
adam.mackey@pncbank.com
adam.matthews@jpmorganfleming.com
adam.mcconkey@gartmore.com
adam.mesbur@iibbank.ie
adam.messerschmitt@morganstanley.com
adam.metzger@morganstanley.com
adam.michon@pl.metlife.com
adam.mika@credit-suisse.com
adam.mincer@glgpartners.com
adam.mossakowski@fandc.com
adam.myant@ingim.com
adam.nolan@nab.co.uk
adam.odorczuk@tudor.com
adam.osborn@schroders.com
adam.phillips@cnb.com
adam.pisarczyk@ubsw.com
adam.potulski@pnc.com
adam.r.bailey@bankofamerica.com
adam.r.proctor@jpmorgan.com
adam.rivera@hp.com
adam.rodgers@wamu.net
adam.rogers@rsa-al.gov
adam.rose@klmpf.nl
adam.ryan@blackrock.com
adam.scheiner@credit-suisse.com
adam.schrier@morganstanley.com
adam.segel@fmr.com
adam.seitchik@db.com
adam.siper@aig.com
adam.spagnoletti@threadneedle.co.uk
adam.spielman@ppmamerica.com
adam.stewart@trusco.com
adam.tejpaul@jpmorgan.com
adam.tonkinson@himco.com
adam.tosh@kyret.com
adam.townsend@barclaysglobal.com

adam.waldman@rbccm.com
adam.walker@resolutionasset.com
adam.ward@axa-im.com
adam.weaver@sscims.com
adam.west@commercebank.com
adam.white@bpm.it
adam.white@suntrust.com
adam.wilkie@wellsfargo.com
adam.zentai@erstebank.at
adam.zipkin@deshaw.com
adam@bnm.gov.my
adam@mginvestors.com
adam_cooke@ldn.invesco.com
adam_d_sherman@victoryconnect.com
adam_fusco@swissre.com
adam_g_eccles@vanguard.com
adam_harnetty@ldn.invesco.com
adam_hayden@nylim.com
adam_katz@cbcm.com
adam_katz@putnam.com
adam_martin@rsausa.com
adam_michael_ferguson@vanguard.com
adam_moss@ustrust.com
adam_perold@troweprice.com
adam_robertson@kyfbins.com
adam_strout@putnam.com
adam24@bloomberg.net
adama_kah@freddiemac.com
adamani@tiaa-cref.org
adambrosi@lordabbett.com
adamc@hcmny.com
adamgabor.laux@pioneerinvestments.com
adaml@princeton.edu
adamm@metzler.com
adampassarelli@northwesternmutual.com
adams@willcap.com
adamsd@brinson.com
adamsj@divinvest.com
adamsm@anz.com
adamwaldo@mellon.com
adan.rendon@bofasecurities.com
adanaher@guildinvestment.com
adangelo@bcp.it
adapuzzo@bnlmail.com

adarbari@bloomberg.net
adardani@oppenheimerfunds.com
adarnall@ford.com
adas@rbi.org.in
adasgupta@babsoncapital.com
adasgupta@fhlbdm.com
adasilva@eatonvance.com
adasilva74@bloomberg.net
adaugherty3@bloomberg.net
adavies@bloomberg.net
adavis@dsaco.com
adavoudi@pictet.com
adaw@bll.co.il
adc@nbim.no
addison.hanan@ftnfinancial.com
addison_werner@ml.com
addssurujballie@oppenheimerfunds.com
addy.suhut@ing.com.my
ade.adekunbi@morleyfm.com
ade.na@adia.ae
adebenedittis@intesabcius.com
adebowale.o.adetayo@jpmorgan.com
adecaro3@bloomberg.net
adeeb.kodil@morganstanley.com
adeel.shafiqullah@aig.com
adeem.fenster@columbiamanagement.com
adeflandre@bloomberg.net
adegoke.adediran@alliancebernstein.com
adeitrich@chittenden.com
adel.al-maiman@samba.com.sa
adel.ateeq@riyadbank.com
adel.azneh@lloydsbank.ch
adel.fadlallah@qnb.com.qa
adel.mustafawi@qatarbank.com
adel_daghmouri@ssga.com
adela.konomi@lionhart.net
adela_sanchez@ustrust.com
adelagarde@metlife.com
adelajde.mizhani@am.generali.com
adelajde.muzhani@am.generali.com
adelamaze@pictet.com
adelco@morval.ch
adele.morsa@sella.it
adelenetan@gic.com.sg

adelh@kia.gov.kw
adelia@apolloic.com
adeline.salloy@moorecap.com
adelinetan@gic.com.sg
adelk@asrs.state.az.us
adelki.polce@fmr.com
adellaflora@bloomberg.net
adelongis@oppenheimerfunds.com
adelrio@caxton.com
ademarco@bloomberg.net
ademetis@fhlbc.com
ademichele@pictet.com
adenis1@bloomberg.net
aderosa@metlife.com
aderouge@hrgestion.fr
ades@bloomberg.net
adesai@williamblair.com
adeshpande@firsteaglesogen.com
adessie@us.mufg.jp
adevadi@templeton.com
adevgan@omega-advisors.com
adewole@wharton.upenn.edu
adg@capgroup.com
adg@petercam.be
adgelnic@nb.com
adh7@ntrs.com
adi.behari@barclaysglobal.com
adi.sorber@nl.abnamro.com
adiama@essex.ac.uk
adiantonio@kbw.com
adias@oddo.fr
adiaz@nb.com
adiaz@westernasset.com
adic201@emirates.net.ae
adicenso@loomissayles.com
adick@allstate.com
adiflorio@iccrea.bcc.it
adigioia@msfi.com
adih@migdal-group.co.il
adil.diouri@fmr.com
adil.rahmathulla@morganstanley.com
adil.syed@barclaysglobal.com
adimaggio@bancaintesa.us
adimo@bloomberg.net

adina.grigoriu@bnpparibas.com
adithep.vanabriksha@aberdeen-asset.com.sg
aditig@princeton.edu
aditya.agarwal@gs.com
aditya.bahl@novartis.com
aditya.damani@pimco.com
aditya.khowala@uk.fid-intl.com
aditya.shivram@uk.fid-intl.com
adityabhugtiar@dbs.com
adivot@bloomberg.net
adixon@bloomberg.net
adizon@us.mufg.jp
adj@linet.ie
adjang@dlbabson.com
adjebsen@bloomberg.net
adk@capgroup.com
admansga@bp.com
admin@dlusa.com
admin@jwbristol.com
admin@technologyreview.it
admitriev@vtb.ru
admm@capgroup.com
adnan@bnm.gov.my
adnan_khan@ntrs.com
ado.keber@postbank.lu
ado@capgroup.com
adobson@aflac.com
adocal@templeton.com
adodinh@repsolypf.com
adolan@scotiacaptial.ie
adoley7@aol.com
adolf_decurtins@swissre.com
adolf_kapic@kb.cz
adolfo.oliete@hcmny.com
adolfo_jimenez@campbellsoup.com
adolfog@san.rr.com
adolny@ups.com
adominguez@banxico.org.mx
adon@us.mufg.jp
adonatelli@amtrust.com
adonatelli@ohiosavings.com
adong@hapoalimusa.com
adongon@frk.com
adonnelly4@bloomberg.net

adonohoe@dkpartners.com
adorno.raina@alliancebernstein.com
adoshi@metlife.com
adougl1@entergy.com
adouglas@htlf.com
adouglas@mizuho.ch
adoulos@sunamerica.com
adour.sarkissian@ingim.com
adr.tr@adia.ae
adrainoh@gic.com.sg
adrayll.askew@thehartford.com
adrd@capgroup.com
adrey.chen@asia.ing.com
adri.ridder@skandia.se
adrian.b.smith@bt.com
adrian.behan@boimail.com
adrian.bell@rbccm.com
adrian.benedict@insightinvestment.com
adrian.bernard@hauck-aufhaeuser.de
adrian.bignell@hen.invesco.com
adrian.bradshaw@anfis.co.uk
adrian.brass@uk.fid-intl.com
adrian.brown@edwardjones.com
adrian.burkhard@westhyp.de
adrian.cravchinsky@pamglobalfunds.com
adrian.daniel@db.com
adrian.darley@gartmore.com
adrian.darley@resolutionasset.com
adrian.doyle@pioneeraltinvest.com
adrian.durney@ibtco.com
adrian.eastwood@scottishwidows.co.uk
adrian.farthing@omam.co.uk
adrian.felstead@rabobank.co.uk
adrian.foo@asia.ing.com
adrian.fowler@fandc.com
adrian.garza@banamex.com
adrian.gmuer@rmf.ch
adrian.grey@insightinvestment.com
adrian.harris@pncadvisors.com
adrian.hill@lloydstsb.co.uk
adrian.hill@rbos.co.uk
adrian.hodges@adcb.com
adrian.hyde@bankofamerica.com
adrian.jackson@investecmail.com

adrian.jarvis@morleyfm.com
adrian.marcu@oppenheim.ch
adrian.mitchell@flemings.com
adrian.mollison@uk.abnamro.com
adrian.morger@vpbank.com
adrian.neubrandt@rothschildbank.com
adrian.oates@sachsenlb.ie
adrian.o'neill@lazard.com
adrian.o'sullivan@boigm.com
adrian.owens@augustus.co.uk
adrian.palleiro@grupobbva.com
adrian.plummer@rbc.com
adrian.pogson@insightinvestment.com
adrian.redlich@citadelgroup.com
adrian.richardson@btfinancialgroup.com
adrian.richardson@shell.com
adrian.ryser@mgb.ch
adrian.sager@juliusbaer.com
adrian.scherer@oppenheim.ch
adrian.schmidt@db.com
adrian.schonauer@gem360.com
adrian.shanahan@statestreet.com
adrian.slaughter@aig.com
adrian.stalder@tkb.ch
adrian.tovar@blackrock.com
adrian.vandenbok@tdsecurities.com
adrian.wallwork@axa-im.com
adrian.weller@citadelgroup.com
adrian.west@uk.fid-intl.com
adrian.wooldridge@blackrock.com
adrian.zbinden@aam.ch
adrian.zuercher@credit-suisse.com
adrian.zuercher@sarasin.ch
adrian@bnm.gov.my
adrian@epsilonfunds.com
adrian@gruss.co.uk
adrian@uk.oechsle.com
adrian_bradshaw@hen.invesco.com
adrian_chan@putnam.com
adrian_croft@canadalife.com
adrian_halter@swissre.com
adrian_ricketts@swissre.com
adrian_sm_au_yeung@hkma.gov.hk
adrian_woodridge@blackrock.com

adriana.barato@soros.com
adriana.jankovicova@erstebank.at
adriana.roman@morganstanley.com
adriana.weber@citadelgroup.com
adriand@woodstockcorp.com
adriane.collimore@artisanpartners.com
adriankhoo@hsbc.com.hk
adrianlee@mas.gov.sg
adrian-matthias.weibel@ubs.com
adrianne.clark@kemper.com
adrianne.medeiros@pacificlife.com
adriano.capellini@unicredit.it
adriano.castagnetti@cattolicaassicurazioni.it
adriano.difatta@sgam.com
adriano.maranta@ubs.com
adriano.poli@hvbasia.com
adriano.poli@ubm.it
adriano_lapel@generali.com
adrianong@dbs.com
adrianosullivan@kbluxembourg.ie
adrianquek@mas.gov.sg
adrielpang@ptbni.com.sg
adrien.de.susanne@uk.fid-intl.com
adrien.mayer@ing.ch
adrien.paihes@mascf.fr
adrienn.sarandi@pimco.com
adrienne.colby@fmr.com
adrienne.cryle@aberdeen-asset.com
adrienne.darvas@hypovereinsbank.de
adrienne.gohsl@uobgroup.com
adrienne.m.gaynor@aib.ie
adrienne.spurin@icap.com
adrienne.wang@citadelgroup.com
adrienne.zeigler@ge.com
adrienne@bnm.gov.my
adrienne@rentec.com
adrienne_evans@aimfunds.com
adrobot@jmsonline.com
adromer1@bloomberg.net
adrozhilov@ifc.org
adsilver1031@bloomberg.net
adubenskiy@vtb.ru
aduhamel@generali.fr
adulsaka@bot.or.th

aduman@statestreet.com
aduncan@russell.com
adunloy@ftci.com
adunn@paladininvestments.com
adupeloux@bcif.fr
aduplan@bft.fr
aduran@fibanc.es
adurkin@fmausa.com
adurland@babsoncapital.com
advisser@bloomberg.net
advstef@bloomberg.net
adwyer@opusinvestment.com
ady.steinbeck@claridenleu.com
ae14@ntrs.com
aec@hgk.com
aecon@bloomberg.net
aedinmcgowan@bankofny.com
aedmans@wharton.upenn.edu
aedmunds@fhlbc.com
aedwards@crewsfs.com
aeed@capgroup.com
aeg@bancoinversion.es
aeggler@bloomberg.net
aehernandeza@banxico.org.mx
aehug@wellington.com
aeidson@hcmlp.com
aeiremo@delinvest.com
aek0126@glaxowellcome.co.uk
aelliott@angelogordon.com
aelman@bloomberg.net
aelustondo@gruposantander.com
aenderle@opers.org
aengel@union-investment.de
aengerer@pictet.com
aengus.mcmahon@ubs.com
aengus.quinn@pfizer.com
aepedros@cam.es
aercil@perrycap.com
aerickson@websterbank.com
aerus_tran@nacm.com
aescolar@notes.banesto.es
aesmail@siebertnet.com
aesparza@banxico.org.mx
aespinosa@fisbonds.com

aesserian@blackrock.com
aesteves@finibanco.pt
aet@ntrs.com
aeuba@bancogui.es
aeuba@bg.bancogui.es
aeventon@fftw.com
aewheaton@uss.com
aewing@westernasset.com
aezra@bloomberg.net
aezra@dexia.com
af.evroux@probtp.com
af40@ntrs.com
afabbri@fideuramsgr.it
afagenzer@union-investment.de
afahlen1@bloomberg.net
afaizal@bnm.gov.my
afalco@jmsonline.com
afaller@cpr-am.fr
afamilianto@permatabank.co.id
afarina1@bloomberg.net
afarre@dow.com
afarstad@mfs.com
afb@capgroup.com
afc88@hotmail.com
afdlr2@bloomberg.net
afelix@pictet.com
afell4@bloomberg.net
afelli@unims.org
afen@jhancock.com
afereday@uss.co.uk
afernandez@notes.banesto.es
afernanq@cajamadrid.es
aferoze1@bloomberg.net
aferrari6@bloomberg.net
aferrier@perrycap.com
afeygin@loews.com
afg.ia@adia.ae
afg@bancoinversion.es
afiacco@jmsonline.com
afield@britannicasset.com
afink@perrycap.com
afinnegan@cambinv.com
afinucane@azoa.com
afischer@bloomberg.net

afischer@meag.com
afisher@loomissayles.com
afishman@icbny.com
afitzgerald@standishmellon.com
afitzpatrick@bloomberg.net
afke.schipstra@shell.com
afl@moa.norges-bank.no
afleeman@msfi.com
afleixasa@sanostra.es
afloor@irisresearch.nl
aflynn@williamblair.com
afoa@fondianima.it
afonso.barros@bcb.gov.br
afont@banamex.com
aforcier@babsoncapital.com
aford@guildinvestment.com
afornoni@bloomberg.net
afoss@nb.com
afoucault@oddo.fr
afournier@spgestion.fr
afrancis@munichre.com
afrancisco@safei.es
afranzoni@bde.es
afraz.ahmed@db.com
afreddi@pictet.com
afreedberg@firstmanhattan.com
afremder@faralloncapital.com
afrey@meag.com
africk@nyc.apollolp.com
afriederich@pictet.com
afriedman@halcyonllc.com
afriedman@metlife.com
afrim.ponik@ppmamerica.com
afroede@bankofny.com
afs1@ntrs.com
afshin.taber@americas.ing.com
afsoon.kelly@fmr.com
afuad@cutterassociates.com
afuadmn@maybank.com.my
afuenteb@bbk.es
afv@bankinvest.dk
ag.anglum@harrisbank.com
ag299@cornell.edu
ag30@ntrs.com

ag498@cornell.edu
ag96@ntrs.com
agab@capgroup.com
agabos.makonnen@fmr.com
agabus@cfm.mc
agadalid@enagas.es
agadd@bgcfx.com
agaddi1@bloomberg.net
agallow@allstate.com
agalloway@ci.com
agam.jain@citadelgroup.com
agamba3@bloomberg.net
agambirazio.miami@sinvest.es
agamemnon.loutsios@cy.bankofcyprus.com
aganesan@standishmellon.com
aganucheau@hibernia.com
agao@concordiafunds.com
agaoglu@egebank.com.tr
agarceau@harborviewgrowth.com
agarcia@ahorro.com
agarcia@russell.com
agarcia@semfinny.com
agarciac@notes.banesto.es
agarciacar@bcj.gbancaja.com
agarciap@geb.gbancaja.com
agaribaldi@banco-privado.pt
agartner@bloomberg.net
agarwal@adic.co.ae
agata.witkowska@mail.nbp.pl
agata@nam.co.jp
agatha.wong@cpy.com.hk
agathe.bolli@ubs.com
agauzia@bloomberg.net
agavilan10@aol.com
agb3@ntrs.com
agbhimani@statestreet.com
agcastrore@banamex.com
age.bruinsma@ingim.com
age.na@adia.ae
ageday@yahoo.com
ageel@bloomberg.net
ageisser@fenway partners.com
ageist@maplepartners.com
agelardini@sistonet.org

agelband@perrycap.com
agelhausen@wellington.com
agerrits@nb.com
ageryol@allstate.com
agfatlant.lgonzalez@batlantico.es
agfr02@handelsbanken.se
agg@dodgeandcox.com
aggs@capgroup.com
agiangregorio@bci.it
agibbs@newstaram.com
agibeau@babsoncapital.com
agibson@rccl.com
agies@bloomberg.net
agilbert@asglp.com
agilchrist@fdic.gov
agiller@us.mufg.jp
agilliland@generaldynamics.com
agilston@oppenheimerfunds.com
agim.xhaja@bcv.ch
agioia@credem.it
agiorni@morval.ch
agitnik@wellington.com
aglossop2@bloomberg.net
agm@atalantasosnoff.com
agm@summitpartnersllc.com
agmavros@statestreet.com
agmujic@notes.banesto.es
agne.loibl@erstebank.at
agnes.arlandis@hsbcpb.com
agnes.chu@morganstanley.com
agnes.declermont@credit-agricole-sa.fr
agnes.desruelle@bnpparibas.com
agnes.harsoataki@ge.com
agnes.hong@barclaysglobal.com
agnes.pennanech@caam.com
agnes.pfertzel@bnpgroup.com
agnes_curry@conning.com
agnes_wong@bochk.com
agneschew@gic.com.sg
agnese.aboltina@mandg.co.uk
agnese.testa@juliusbaer.com
agnese_melbarde@troweprice.com
agneslee@gic.com.sg
agnesquek@mas.gov.sg

agneta.wallmark@skandia.se
agnieszka.felecka@ubs.com
agnieszka.kudaj@ubs.com
agnieszka.kulinska@ids.allianz.com
agnieszka.olesinska@ing.be
agodi@capitalgest.it
agokcen@dow.com
agolbin@blackrock.com
agold@newstaram.com
agoldberg@cobank.com
agoldberg@halcyonllc.com
agolding@billiton.com
agoldman@canyonpartners.com
agomiss@repsol-ypf.com
agonzales@bloomberg.net
agoody@allstate.com
agoody@img-dsm.com
agoosby@osc.state.ny.us
agorlyn@frk.com
agostino.miele@credit-suisse.com
agostino.russo@moorecap.co.uk
agostino_galvagni@bayerischerueck.com
agould@bankofny.com
agowda@hbk.com
agoyal@lehman.com
agp49@cornell.edu
agradus@tiaa-cref.org
agrassl@meag.com
agravanis@ibtco.com
agray@jmsonline.com
agreco@bondinvestor.com
agreen@btmna.com
agreene@na.ko.com
agregg@mcleanbudden.com
agriffith@westgen.bm
agriffiths@smithbreeden.com
agrimes@fhlbatl.com
agrosman@lmcm.com
aguadalupe@lordabbett.com
aguardia@templeton.com
agudefin@franklintempleton.co.uk
aguilarm@jwseligman.com
aguira@212ventures.com
aguitian@notes.banesto.es

aguity@bankofny.com
agupta@wellington.com
agurevich@caxton.com
agurski@bloomberg.net
agusta.johnson@sedlabanki.is
agustin.krisnawahjuesa@jpmorganfleming.com
agustin.martin@grupobbva.com
agustina@bi.go.id
agutierrez@scmadv.com
aguttman@firstmanhattan.com
aguzmanmiller@lmfunds.com
agzaldastani@wellington.com
ah101@ntrs.com
ah46@ntrs.com
ah54@ntrs.com
aha@nbim.no
ahaddad@jhancock.com
ahaghighat@vcallc.com
ahahnel@aragon.se
ahainswo@ofina.on.ca
ahall@dumac.duke.edu
ahall@vigilantcap.com
ahalperin@firstmanhattan.com
ahamilton@troweprice.com
ahamilton27@sympatico.ca
ahampton@stanford.edu
ahancock@buffalofunds.com
ahansen1@bloomberg.net
a-hara@nochubank.or.jp
aharoon@princeton.edu
aharriga@tiaa-cref.org
aharris@eatonvance.com
aharton@nacm.com
ahartung@metzler.com
ahartwell@mfs.com
ahashimoto@adbi.org
ahassinger@munder.com
ahatta@tiaa-cref.org
ahaugh@essexinvest.com
ahauser@bankofny.com
ahauser@bloomberg.net
ahawk@perrycap.com
ahaykin@oppenheimerfunds.com
ahazen@aegonusa.com

ahc@dodgeandcox.com
ahchan@statestreet.com
aheadley@bear.com
ahector@westpac.com.au
ahei@kempen.nl
aheiden@farmcredit-ffcb.com
aheiser@merctrust.com
aheitner@nb.com
ahelfert@smithbreeden.com
ahenry4@metlife.com
ahenwood@loomissayles.com
aher@danskebank.dk
ahermann@sterlingbank.com
aherr@bear.com
ahester@mws.com
ahezroni@williamblair.com
ahgao@wellington.com
ahickey@pictet.com
ahicks@hcmlp.com
ahicks@scmadv.com
ahidalgl@cajamadrid.es
ahillfelder@wellington.com
ahilya_george@vanguard.com
ahingorani@lordabbett.com
ahintz@torchmarkcorp.com
ahirtz@meag.com
ahl36@cornell.edu
ahm.tr@adia.ae
ahmad.ajakh@morganstanley.com
ahmad.kreydieh@citigroup.com
ahmad.kreydieh@rbccm.com
ahmad.zuaiter@soros.com
ahmad_zuaiter@scudder.com
ahmed.abbas@arabbanking.com
ahmed.eltobgui@axa-im.com
ahmed.gaffar@fgb.ae
ahmed.issa@cibeg.com
ahmed.m.kamel@unb.ae
ahmed.saleh@commerzbankib.com
ahmed.talhaoui@barclaysglobal.com
ahmed.x.alsafadi@jpmorgan.com
ahmed_moustafa@conseco.com
ahmedalsomaim@cbb.gov.bh
ahmedtr@kia.gov.kw

ahmet.temuer@db.com
ahmet.turan@fortis.com.tr
ahmet.yavuz@akbank.com
ahmeta@koc.com.tr
ahnsh@crd.ge.com
aho@federatedinv.com
aho@ubp.ch
ahoang@wamumortgage.com
ahock@metlife.com
aholcomb@troweprice.com
aholcroft@uk.tr.mufg.jp
aholesko@hcmlp.com
aholian@loomissayles.com
aholzgang@swissca.ch
ahommo@jp.statestreet.com
ahopkins@wilmingtontrust.com
ahosso@europeancredit.com
ahovanessi@erstebank.com
ahovsepian@payden-rygel.com
ahowes@whummer.com
ahrie.moon@gartmore.com
ahs@dodgeandcox.com
ahsan.raza@fgb.ae
ahsieh@bear.com
ahswan@temasek.com.sg
ahuang@payden-rygel.com
ahudson@uk.tr.mufg.jp
ahue@templeton.com
ahuegli@bloomberg.net
ahuff@pimco.com
ahuffman@tiaa-cref.org
ahughes@wellington.com
ahull@wolterskluwer.com
ahung@tiaa-cref.org
ahurtado@grupobbva.com
ahuson@williamblair.com
ahutton@rncgenter.com
ahyman@hymanbeck.com
ai.fujiwara@ufj-partners.co.jp
aiaequity@ameritas.com
aicpakim@kfb.co.kr
aida.diaz@morganstanley.com
aida.soto@prudential.com
aidam@petronas.com.my

aidan.cronin@sachsenlb.ie
aidan.d.shevlin@jpmorganfleming.com
aidan.g.egan@aibbny.ie
aidan.j.donnelly@aib.ie
aidan.kearney@credit-suisse.com
aidan.m.hickey@aibbny.ie
aidan.macsweeney@ie.dexia.be
aidan.mehigan@glgpartners.com
aidan.meyler@ecb.int
aidan.solloway@halbis.com
aidan_coghlan@putnam.com
aiden.debrunner@morganstanley.com
aidie@mas.com.my
aigars.egle@bank.lv
aih@capgroup.com
aihara_hirofumi@vb.smbc.co.jp
aihara-takeshi@misrubishi-sec.co.jp
aikaterini.kosmopoulou@uk.rcm.com
aikawa@daiwasbi.co.jp
ai-khanh.tran@ubs.com
aikkiong.yeo@dzbank.de
aiko.sauer@hsbcib.com
aikram@robeco.nl
aileen.fahy@uk.fid-intl.com
aileen.wilson@biam.boi.ie
aileen_crombie@standardlife.com
aileen_duffy@vanguard.com
ailish.custer@pioneeralternativest.com
ailsa_kegler@newton.co.uk
aimad.taleb@db.com
aiman_baharna@ssga.com
aimee.ebbert@pnc.com
aimee.kaiser@blackrock.com
aimee.landes@prudential.com
aimee_forsythe@hancockbank.com
aimeeg@bgi-group.com
aimran@bnm.gov.my
aine.j.shannon@aib.ie
ainhoa.gallastegui@cajalaboral.es
aino.levonmaa@uk.fid-intl.com
ainsley.lee@fandc.com
aintreglia@roslyn.com
ai-phungluu@helaba-invest.de
aird@bessemer.com

airving@panynj.gov
airwin@princeton.edu
ais.research@weberbank.de
aiscoleman@bloomberg.net
aisenberg.s@fibi.co.il
aiseri@calstrs.com
aisikoff@perrycap.com
aisling.carvill@biam.boi.ie
aisling.coleman@barclayscapital.com
aisling.o'reilly@gartmore.com
aisling.t.kelly@aibbny.ie
aisling.twomey@db.com
aisling_toby@ssga.com
aito@jp.statestreet.com
aiyan.shaukat@rabobank.com
aiyer@investcorp.com
aiyu@us.nomura.com
aizard@invercaixa.es
aizpurua@kutxa.es
aj.guido@wachovia.com
aj.washington@pimco.com
aj_rzad@nylim.com
aj57@ntrs.com
ajacobs@deerfieldcapital.com
ajaenke@meag.com
ajagajeeranram@westernasset.co.uk
ajain3@ifc.org
ajaiswal@babsoncapital.com
ajaj@kpc.com.kw
ajajoo@westernasset.com
ajamison@smithbreeden.com
ajanko@meag-ny.com
ajanovic@ingalls.net
ajans@bper.ch
ajardon.bbl@bloomberg.net
ajaveri@alger.com
ajay.abrol@lehman.com
ajay.batra@sunlife.com
ajay.jain@ge.com
ajay.jani@americas.bnpparibas.com
ajay.mantha@deshaw.com
ajay@wasatchadvisors.com
ajay_soni@ml.com
ajayaraman@panagora.com

ajayt@ellington.com
ajb@dodgeandcox.com
ajb62@cornell.edu
ajdennis@aa.com
ajeeta.anand@deshaw.com
ajenkins@hcmlp.com
ajens@unibank.dk
ajesaigal@gic.com.sg
ajesse@barbnet.com
ajg@capgroup.com
ajimeneb@notes.banesto.es
ajimenezh@telefonica.es
ajinder.banns@db.com
ajit.ketkar@bernstein.com
ajit.ramachandran@alliancebernstein.com
ajith_balannair@conseco.com
ajl@roxcap.com
ajl76@cornell.edu
ajmal_ahmady@troweprice.com
ajmoses@bankofny.com
ajnoll@mmm.com
ajoachim@opusinvestment.com
ajoergensen@fftw.com
ajohnso3@frk.com
ajohnson@lincap.com
ajohnson@mecu.com
ajohnson@thamesriver.co.uk
ajolliffe@bloomberg.net
ajones@blackrock.com
ajoseph1@bloomberg.net
ajp4@ntrs.com
ajramjacinto@bancsabadell.com
ajray@canyonpartners.com
ajs57754@glaxowellcome.co.uk
ajschez@bankinter.es
ajshilling@wellmanage.com
ajsteamboat@aol.com
ajuang@perrycap.com
ajuarros@notes.banesto.es
ajuhasz@worldbank.org
ajung@clinton.com
ajung@montag.com
ajung@telekom.de
ajuros@nb.com

ajw@capgroup.com
ak444@cornell.edu
ak445@cornell.edu
aka@ubp.ch
akabanez@jsf.co.jp
akaczmarczyk@wilmingtontrust.com
akagi@lehman.com
akahmed@anb.com.sa
akaiser1@metlife.com
akakura@daiwa-am.co.jp
akalter@stonehillcap.com
akamm@bloomberg.net
akanani@firststate.co.uk
akancelaric@jennison.com
akandilis@massmutual.com
akanduri@aegonusa.com
akane.nonoguchi@lehman.com
a-kaneda@nochubank.or.jp
akane-sekiya@am.mufg.jp
akannan@hbk.com
akaoyagi@dl.dai-ichi-life.co.jp
akaplan@federatedinv.com
akaplan@qgcapital.com
akapoor@waddell.com
akari@dlusa.com
akarol@perrycap.com
akasakah@po2.jsf.co.jp
akash.gupta@jpmorgan.com
akash.vallecha@fmr.com
akash_sindagi@ssga.com
akashabibb@yahoo.com
akassan@caxton.com
akatsuka4131@intra.cosmo-sec.co.jp
akatz@lordabbett.com
akatz@perrycap.com
akaup@verkehrsbank.de
akawalski@canyonpartners.com
akawalsky@canyonpartners.com
akay@canyonpartners.com
akay@grneam.com
akb@ntrs.com
akbar.ali@dfafunds.com
akeel.ghaith@arabbanking.com
akeeshajarrett@fhlbatl.com

akefalea@bankofcyprus.gr
akeirle1@bloomberg.net
akeith@smithgraham.com
akello@rockco.com
akemi.ohtake@morganstanley.com
akemi.tanaka@redwoodtrust.com
akemp5@bloomberg.net
akennedy@asbcm.com
akenworthy@metlife.com
akfinger@wellington.com
akfischer1@bloomberg.net
akg@bloomberg.net
akh8@cornell.edu
akhafaga@shb.com.sa
akhaitan@wellington.com
akhalid@bloomberg.net
akhan@calstrs.com
akhan@eatonvance.com
akhandwala@wisi.com
akhavulya@metlife.com
akhil.arora@fmr.com
akhil.johri@utc.com
akhlaq.chowdhury@barclaysglobal.com
akholden@wellington.com
akhurana@hcmny.com
aki.pampush@truscocapital.com
aki@capgroup.com
aki_wakashiro@mitsubishi-trust.co.jp
akihiko.hirayama@sumitomotrust.co.jp
akihiko.sudo@nttl.co.jp
akihiko.yasui@mizuhocbus.com
akihiro.iisaka@redwoodtrust.com
akihiro.matsuyama@axa.co.jp
akihiro_fujimoto@mitsui-seimei.co.jp
akihiro_fujioka@mitsui-seimei.co.jp
akihiro_kitano@tr.mufg.jp
akihito_watanabe@mitsubishi-trust.co.jp
akiho.harada@meiji-life.co.jp
akiko.hirai@schroders.com
akiko.morley@uk.mufg.jp
akiko.shimada@mhcb.co.uk
akiko@silchester.com
aki-kobayashi2003@meijiyasuda.co.jp
akilas_mavrakis@freddiemac.com

akim@alger.com
akin.rojugbokan@nationalcity.com
akinari.horii@boj.or.jp
akinari_takahama@mitsubishi-trust.co.jp
aking@leopoldjoseph.com
akino@nochubank.or.jp
akio.hashimoto@prudential.com
akio.kato@mizuho-cb.co.jp
akio.takemoto@ufj-partners.co.jp
akio_ichikawa@am.sumitomolife.co.jp
akio_shimizu@tr.mufg.jp
akio-kajita@am.mufg.jp
ak-ir@mail.toyota.co.jp
akira.hoshino@uk.mufg.jp
akira.kawamura@mhcb.co.uk
akira.mashio@schroders.com
akira.matsumoto@scbjapan.mhs.compuserve.com
akira.namegawa@schroders.com
akira.saida@axa.co.jp
akira.tsuboi@db.com
akira.tsutsui@mizuho-bk.co.jp
akira.watanabe@shinseibank.co.jp
akira_fujiwara@gb.smbcgroup.com
akira_horii@putnam.com
akira_hurugoori@am.sumitomolife.co.jp
akira_kamimura@po.fujisawa.co.jp
akira_matsuzaka@tr.mufg.jp
akira_mochiduki@orix.co.jp
akira_murakoso@mitsubishi-trust.co.jp
akira_naya@ho.rokinbank.or.jp
akira_sato@tr.mufg.jp
akira_takanabe@tr.mufg.jp
akira_tanaka@tr.mufg.jp
akira_yoshihisa@mitsui-seimei.co.jp
akira-miyano@meijiyasuda.co.jp
akirschler@federatedinv.com
akishore@whippoorwhillassociates.com
aki-tanaka@ms1.marusan-sec.co.jp
akito_nishiwaki@scotiacapital.com
akiyama20939@nissay.co.jp
akiyoshifj@nochubank.or.jp
akkn@chevron.com
aklaber@canyonpartners.com
akleeman@babsoncapital.com

akleinberg@glickenhaus.com
aklinger1@bloomberg.net
aklippel@worldbank.org
aklocke@aegonusa.com
akluge@bloomberg.net
akmagician@pipeline.com
aknizner@federatedinv.com
aknowles@lincap.com
akobor@worldbank.org
akocay@websterbank.com
akoch@lib.com
akoch@standish.com
akoettner@union-investment.de
akohashi@bloomberg.net
akohler@federatedinv.com
akokolis@sarofim.com
akolesnikov@btmna.com
akomery@perrycap.com
akominik@williamblair.com
akondo@yhc.att.ne.jp
akong@tiaa-cref.org
akong@westernasset.com
akoning@cfm.mc
akornchankul@ofii.com
akorsgaard@bloomberg.net
akothari@delinvest.com
akotlyar@mutualofamerica.com
ak-otsu@meijiyasuda.co.jp
akouassi@wharton.upenn.edu
akoul@bear.com
akousteni1@bloomberg.net
akowell@asbcm.com
akoyano@sompo-japan.co.jp
akoymen@bankatlantic.com
akozhemiakin@standishmellon.com
akraas@ofina.on.ca
akral@tsbjinc.com
akram.khurram@moorecap.co.uk
akrasniqi@ambac.com
akraus@panagora.com
akrause@oppenheimerfunds.com
akravkov@metzler.com
akrenn@eatonvance.com
akreso@oppenheimerfunds.com

akrieckh@fftw.com
akrok@caxton.com
akrol@blackrock.com
akronfol@wharton.upenn.edu
akryan@scoteq.co.uk
aks@capgroup.com
akshat.shankar@fmr.com
akshat@stanford.edu
akt@capgroup.com
akt@columbus.com
aktan.acikgoz@finansbank.com.tr
aku.patel@alliancebernstein.com
akua.duffuor@csam.com
akugler@mandtbank.com
akuijs@worldbank.org
akuiper@thamesriver.co.uk
akulig@babsoncapital.com
akumar.ny@siny.com
akung@ambac.com
a-kuninaka@nochubank.or.jp
akurdt@evergreeninvestments.com
akurinets@oppenheimerfunds.com
akurtz@lordabbett.com
akuseski@suburbanonline.org
akuti@thamesriver.co.uk
akutsu.k@daiwa-am.co.jp
akutuzov@wasatchadvisors.com
akuzmanov@tiaa-cref.org
akw@capgroup.com
akyildirime@tskb.com.tr
al.abusharif@bmo.com
al.caesar@bernstein.com
al.denholm@ingim.com
al.mann@jpmorgan.com
al.meilus@delta.com
al.onstad@thrivent.com
al.pugliesi@juliusbaer.com
al.wadhah.al-adawi@hsbcam.com
al.zick@ppmamerica.com
al_ali@capgroup.com
al_fernandez@calpers.ca.gov
al_galluzzo@smbcgroup.com
al_grossi@den.invesco.com
al_guiliano@nylim.com

al_katz@ml.com
al_lequang@freddiemac.com
al_martino@nylim.com
al_thomas@dpsk12.org
ala@capgroup.com
ala@nationalbanken.dk
ala@ubp.ch
alaa.al-amoudi@citicorp.com
alaa@adcb.com
alacayo@munder.com
alacombe@lasers.state.la.us
alacourciere@bloomberg.net
alae.chouaibi@db.com
alagan@congressasset.com
alagna.valentina@enel.it
alain.albizzati@lazard.fr
alain.baron@caam.com
alain.behar@bred.fr
alain.belanger@scotiacapital.com
alain.besnard@socgen.com
alain.billo@bil-dexia.com
alain.bissat@ubs.com
alain.bourrier@blackrock.com
alain.carron@creditfoncier.fr
alain.casiraghi@barep.com
alain.chevee@nestle.com
alain.chiolero@claridenleu.com
alain.clot@sgam.com
alain.cubeles@bglobal.com
alain.debleecker@dexia-am.com
alain.deforge@bnpparibas.com
alain.dettling@vontobel.ch
alain.dutheil@st.com
alain.eckmann@ubs.com
alain.ernewein@sgam.com
alain.fontenla@sgam.com
alain.gajan@lamondiale.com
alain.gendre@lodh.com
alain.gerard@fortisinvestments.com
alain.girardeau-montaut@dassault-aviation.fr
alain.gueritee@banque-france.fr
alain.jamar@ethias.be
alain.jaques@bnpparibas.com
alain.jemming@bgl.lu

alain.krief@bnpparibas.com
alain.kupferschmid@lodh.com
alain.leonard@degroof.lu
alain.louissaint@bankofamerica.com
alain.maricq@fortisbank.com
alain.muller@bloomberg.net
alain.nkontchou@chase.com
alain.olbrechts@degroof.be
alain.ouzou@bred.fr
alain.papiasse@bnpparibas.com
alain.pavan@bpb.barclays.com
alain.peters@dexia-am.com
alain.piccinni@ubs.com
alain.pitous@sgam.com
alain.pointet@credit-suisse.com
alain.poirson@bnpgroup.com
alain.ries@fortis.lu
alain.robert@axa-im.com
alain.rocher@sgam.com
alain.schanen@lu.mufg.jp
alain.schlosser@caam.com
alain.sierro@banquecramer.ch
alain.smeraldi@socgen.com
alain.spadone@stg.ch
alain.stephany@fortis.lu
alain.strapart@degroof.be
alain.tematio@sgam.com
alain.vandepeute@ecb.int
alain.verschueren@fortisbank.com
alain.waber@swisscanto.ch
alain_engel@artesia.be
alain_grandjean@aviva.fr
alain_louis@ssga.com
alaina.lawson@citadelgroup.com
alaister.altham@morganstanley.com
alambert@lmcm.com
alampert@babsoncapital.com
alampert@dlbabson.com
alan.barbier@rabobank.com
alan.barr@asbai.com
alan.barry@nl.abnamro.com
alan.bembenek@fmr.com
alan.bezoza@janus.com
alan.bigley@eu.nabgroup.com

alan.booker@lgim.co.uk
alan.bottoli@csfs.com
alan.bozian@us.fortis.com
alan.bridges@uk.abnamro.com
alan.brown@janus.com
alan.buchwald@wachovia.com
alan.buck@himco.com
alan.butler@commerzbank.com
alan.canavan@dzbank.ie
alan.cathcart@philips.com
alan.chudoba@wachovia.com
alan.clifford@lazard.com
alan.cockburn@aberdeen-asset.com
alan.connery@alliancebernstein.com
alan.coq@sgam.com
alan.court@jpmorganfleming.com
alan.creech@micorp.com
alan.crutchett@dws.de
alan.custis@lazard.com
alan.d.oldroyd@jpmorgan.com
alan.erickson@columbiamanagement.com
alan.f.burke@aib.ie
alan.fegan@blackrock.com
alan.freeman@glgpartners.com
alan.gayle@ridgeworth.com
alan.greenfield@gsk.com
alan.gu@citadelgroup.com
alan.guy@davy.ie
alan.h.gutmann@jpmorgan.com
alan.h.johnson@bankofamerica.com
alan.hadley@gartmore.com
alan.hall@barclaysglobal.com
alan.hardy@lloydstsb.co.uk
alan.harley@dresdner-bank.com
alan.hartley@boitib.com
alan.hill@riyadbank.com
alan.hossain@juliusbaer.com
alan.jankowski@ftnfinancial.com
alan.janson@pioneerinvestments.com
alan.joseph@gmacrfc.com
alan.kabbani@wachovia.com
alan.leadbeater@gibuk.com
alan.leiderman@dillonread.com
alan.leung@baring-asset.com

alan.levi@alliancebernstein.com
alan.lindsay@gmacbamco.com
alan.liu@citadelgroup.com
alan.mcintyre@bmo.com
alan.mckenney@wellsfargo.com
alan.mcknight@morganstanley.com
alan.moore@pnc.com
alan.mudie@uebgroup.com
alan.nesbit@firststate.com
alan.p.kirk@jpmchase.com
alan.p.mccormick@aibbny.ie
alan.p.raftery@aibbny.ie
alan.patterson@ubs.com
alan.porter@insightinvestment.com
alan.powell@morganstanley.com
alan.pryor@aig.com
alan.reid@swipartnership.co.uk
alan.reynolds@uk.calyon.com
alan.rodhouse@black-river.com
alan.roth@commerzbank.co.uk
alan.rowe@allianzcornhill.co.uk
alan.saunders@uk.nomura.com
alan.seacombe@bnlmail.com
alan.shaw@icap.com
alan.sippetts@tsb.co.uk
alan.sista@asbai.com
alan.siu@lgim.co.uk
alan.stewart@moorecap.co.uk
alan.stickings@morleyfm.com
alan.stoddart@bmonb.com
alan.stuart-grant@barclaysglobal.com
alan.tarver@frostbank.com
alan.telford@abnamro.com
alan.thetford@westernasset.com
alan.thompson@swip.com
alan.torry@sgam.co.uk
alan.trigle@csam.com
alan.tso@harrisbank.com
alan.udall@firstbankpr.com
alan.van.der.kamp@nibc.com
alan.villalon@fafadvisors.com
alan.white@ge.com
alan.wilson@schroders.com
alan.wright@cmsenergy.com

alan.x.cubbon@jpmorgan.com
alan.zlatar@ruedblass.ch
alan@apothcap.com
alan@bezeq.co.il
alan@cmbchina.com
alan@jamisonfirst.com
alan_bookspan@westlb.com
alan_bronstein@putnam.com
alan_brown@ssga.com
alan_burnette@ustrust.com
alan_chang@mony.com
alan_chao@invesco.com
alan_ginsberg@scotiacapital.com
alan_hickey@conning.com
alan_horowitz@acml.com
alan_meder@dpimc.com
alan_niederer@swissre.com
alan_pruce@freddiemac.com
alan_randall@vanguard.com
alan_robertson@ntrs.com
alan_springett@gb.smbcgroup.com
alan_turner@bankone.com
alan_wicks@mfcinvestments.com
alan2365-03577@email.esunbank.com.tw
alana.baldassari@asbai.com
alanc.brown@nationwide.co.uk
alance@loomissayles.com
alanchen@megabank.com.tw
alandillon@angloirishbank.ie
alandy@hcmny.com
alang@fhlbatl.com
alang@sric.net
alangel@ryanbeck.com
alanh@bgi-group.com
alanh@cbd.ae
alanhenry@angloirishbank.ie
alanhrice@usa.net
alan-james.noble@helaba.de
alankelly@bwbank.ie
alanliew@mas.gov.sg
alanmaher@angloirishbank.ie
alanna@bloomberg.net
alantsao@tcb-bank.com.tw
alanz@kutxa.es

alanza@bancaintesa.us
alanzoni@morval.ch
alap.shah@pacificlife.com
alarkin@sunamerica.com
alasdair.bell@glgpartners.com
alasdair.riach@blackrock.com
alasdair.ross@threadneedle.co.uk
alasdair.thomson@morganstanley.com
alasdair.x.mackenzie@jpmchase.com
alasdair_maclean@standardlife.com
alastair.blyth@erm.ie
alastair.campbell@aegon.co.uk
alastair.duffy@aegon.co.uk
alastair.johnson@sscinc.com
alastair.johnstone@commerzbank.com
alastair.kirkpatrick@tea.state.tx.us
alastair.moffatt@insightinvestment.com
alastair.mundy@investecmail.com
alastair.reynolds@scottishwidows.co.uk
alastair.scott@sixcontinents.com
alastair_neely@westlb.co.uk
alau@mdsass.com
alazaroc@notes.banesto.es
alazraki@dcf.pemex.com
alb@capgroup.com
alban.de-fay@ideam.fr
alban_fauchere@swissre.com
alban_tourrade@aviva.fr
albaribeault@statestreet.com
alberola@bde.es
albert.aberli@ubs.com
albert.bove@bnlmail.com
albert.cheung@blackrock.com
albert.desclee@barclayscapital.com
albert.elfassy@bred.fr
albert.gohyc@uobgroup.com
albert.hammar@seb.se
albert.hancock@inginvestment.com
albert.hell@rlb-tirol.at
albert.j.lee@jpmorganfleming.com
albert.jennings@ubs.com
albert.kittaneh@bmb.com.bh
albert.koeck@landes.hypobank.at
albert.kuebler@ubs.com

albert.kuo@chinatrust.com.tw
albert.maass@shinseibank.com
albert.ng@unicapital.com.hk
albert.ohandjanians@s-versicherung.at
albert.overbeck@aareal-bank.com
albert.punti@caixacatalunya.es
albert.rauch@swib.state.wi.us
albert.riccardi@pnc.com
albert.smith@lmco.com
albert.t.chang@aexp.com
albert.trank@prudential.com
albert.tsuei@ubs.com
albert.van.der.meer@mn-services.nl
albert.vanness@citigroup.com
albert_chan@putnam.com
albert_choi@ustrust.com
albert_degulis@acml.com
albert_montoya@nylim.com
albert_papa@swissre.com
albert_thompson@nylim.com
alberto.agostinelli@enel.it
alberto.alliney@capitalia-am.com
alberto.antonini@tudor.com
alberto.avanzo@morganstanley.com
alberto.avanzo@sanpaoloimi.com
alberto.basodonna@mpsfinance.it
alberto.bassani@bancaakros.it
alberto.bollito@fondiaria-sai.it
alberto.boquin@bankofamerica.com
alberto.carletti@fininvest.it
alberto.casari@ubm.com
alberto.castelli@capitalia-am.com
alberto.chiandetti@uk.fid-intl.com
alberto.correia@sscims.com
alberto.crespi@bancasara.it
alberto.debenedictis@finmeccanica.it
alberto.delbon@saipem.eni.it
alberto.delfino@interbanca.it
alberto.de-vecchi@autogrill.net
alberto.distefano@ubm.it
alberto.espelosin@ibercaja.net
alberto.fontana@pioneerinvestments.com
alberto.gallati@bancaintesa.it
alberto.gandolfi@pioneerinvest.ie

alberto.gianfala@banca.mps.it
alberto.larocca@erm.ie
alberto.martinelli@ubs.com
alberto.maturi@mail.alleanza.it
alberto.modorati@bancaakros.it
alberto.musalem@tudor.com
alberto.ospite@mediolanum.it
alberto.paccotto@capitalia-am.com
alberto.pettiti@ersel.it
alberto.poretti@bancaakros.it
alberto.riva@unicredit.it
alberto.romagnoli@indesitcompany.com
alberto.santoro@alleanza.it
alberto.segafredo@eurosgr.it
alberto.soffritti@carife.it
alberto.tarani@carifirenze.it
alberto.tavecchio@csadvisorypartners.com
alberto.zanzi@bsibank.com
alberto.zoia@fondiaria-sai.it
alberto.zoico@cattolicaassicurazioni.it
alberto.zorzi@hvb.de
alberto@oneinvest.ch
alberto@saadgroup.com
alberto_scarsini@generali.com
albertregen@northfieldsb.com
albilge@cordius .be
albin.kirk@principal.com
albin.littell@harrisbank.com
albirardar@wellington.com
albl@capgroup.com
albo01@handelsbanken.no
albornoz@wharton.upenn.edu
albrecht.duernhoefer@allianz.de
albrecht.gohlke@hauck-aufhaeuser.de
albrecht.hartmann@dzbank.de
albrecht.moehle@volkswagen.de
albright.dave@principal.com
albucci@iccrea.bcc.it
alchen@wellington.com
alcober@ae-gis.com
aldene.erskine@sscims.com
alder@adelphi-capital.com
aldo.belletti@sgsbpvn.it
aldo.desimone@enifin.eni.it

aldo.fischlin@ubs.com
aldo.roldan@blackrock.com
aldo.santi@venetobanca.it
aldo.scardino@bov.com
aldo.trinca@juliusbaer.com
aldo.visani@bsibank.com
aldurant@wellington.com
aldus.chapin@citicorp.com
ale.moran@morganstanley.com
aleal.lisboa@sinvest.es
aleardo.snozzi@vontobel.ch
alec.anderson@uk.abnamro.com
alec.chen@pacificlife.com
alec.clements@mhcb.co.uk
alec.crawford@gcm.com
alec.duchatellier@ubs.com
alec.farley@lgim.co.uk
alec.kersman@pimco.com
alec.kuo@delta.com
alec.letchfield@hsbchalbis.com
alec.murphy@fmr.com
alec.salmon@lgim.co.uk
alechuga@ceca.es
alecp@pwmco.com
aled_paton.williams@novartis.com
alee@perrycap.com
aleeming2@bloomberg.net
alegere@bloomberg.net
aleibman@bankatlantic.com
aleida.white@omg.co.uk
alejandro.a.gomez@ustrust.com
alejandro.brockmann@citadelgroup.com
alejandro.latorre@ny.frb.org
alejandro.nunez@ubs.com
alejandro.urbina@ubs.com
alejandro_aguilar@banxico.org.mx
alek.gasiel@abnamrousa.com
aleksandar.marjanovic@sarasin.ch
aleksandar.vucenovic@ubs.com
aleksander.pfajfer@credit-suisse.com
aleksander.weiler@weyerhaeuser.com
aleksander.wolski@nordlb.com
aleksandr.bayevskiy@daiwausa.com
aleksandr.eydelman@ubs-oconnor.com

aleksandr_yesilevich@acml.com
aleksandra.prondzinsky@aam.de
aleksandra_royzen@glic.com
aleksanov@mmlassurance.com
aleksey.zaurov@ubs.com
aleleux@ccf.com
alen.ong@morganstanley.com
alen.vukic@bsibank.com
alen.zeljkovic@nl.fortis.com
alena.kuklisova@nbs.sk
alenge@hcmlp.com
alennox@europeancredit.com
alenzi@wscapital.com
aleonida@wmcdirect.com
alepere@generali.fr
alesandre.suzzoni@dexia.be
aleshia.toussaint@gcm.com
aleshia.toussaint@rbsgc.com
alesniewski@bloomberg.net
alessandra.casati@arcafondi.it
alessandra.drago@capitalia-am.com
alessandra.lenoci@ubs.com
alessandra.mastrota@bnlmail.com
alessandra.minghetti@capitalia-am.com
alessandra.nani@bsibank.com
alessandra.pucci@carifirenze.it
alessandra.rossato@bnlmail.com
alessandra.sartori@gnf.it
alessandra_girolami@carrefour.com
alessandro.abbenda@ubm.it
alessandro.agostini@gestielle.it
alessandro.allievi@interbanca.it
alessandro.amari@db.com
alessandro.atzori@am.generali.it
alessandro.barbi@ubs.com
alessandro.bianco@realemutua.it
alessandro.bieri@corner.ch
alessandro.brenna@st.com
alessandro.brizzi@bper.it
alessandro.capeccia@azimut.it
alessandro.castoldi@capitalia-am.com
alessandro.cataldi@bnlmail.com
alessandro.caviglia@capitalia-am.com
alessandro.censi@arnerbank.ch

alessandro.cimino@mpsgr.it
alessandro.conrad@ca-suisse.com
alessandro.dagaro@ubs.com
alessandro.d'agata@bancaintesa.it
alessandro.dall'oglio@capitali-am.com
alessandro.danna@bancaintesa.it
alessandro.decinti@sanpaoloimi.it
alessandro.discala@bnlmail.com
alessandro.frumento@finanzaefuturo.it
alessandro.gajano@nordlb.com
alessandro.gandola@bancaprofilo.it
alessandro.ganzit@fincantieri.it
alessandro.ghidini@juliusbaer.com
alessandro.guazzotti@caam.com
alessandro.ianeselli@zkb.ch
alessandro.lanza@eni.it
alessandro.laurent@fandc.com
alessandro.laveder@antonveneta.it
alessandro.leonori@mpsgr.it
alessandro.lolli@sanpaoloimi.com
alessandro.menegus@cattolicaassicurazioni.it
alessandro.mileto@antonveneta.it
alessandro.moretti@ersel.it
alessandro.napolitano@bnlmail.com
alessandro.negri@gruppobim.it
alessandro.pansa@finmeccanica.it
alessandro.paoli@us.bdroma.com
alessandro.pastres@bancaprofilo.it
alessandro.patruno@pioneerinvest.it
alessandro.petri@hsbcpb.com
alessandro.picchioni@eurosgr.it
alessandro.procopio.nobili@am.generali.com
alessandro.rigola@gestielle.it
alessandro.rosina@gestielle.it
alessandro.rovelli@db.com
alessandro.russo@caam.com
alessandro.sidoti@bancaakros.it
alessandro.stangalini@bpv.it
alessandro.surian@bancagenerali.it
alessandro.tarello@threadneedle.co.uk
alessandro.tonni@azimut.it
alessandro.vitaloni@fondiaria-sai.it
alessandro.zini@bper.it
alessandro_skarabot@generali.com

alessia.berardi@pioneerinvest.it
alessia.falsarone@aig.com
alessia.gaddi@ubm.it
alessia.torricelli@lodh.com
alessiagiorgiasisti@bancaintesa.it
alessio.cazzola@realemutua.it
alessio.de.comite@it.rothschild.com
alessio.falino@barclays.co.uk
alessio.galliani@mediobanca.it
alessio.garbella@bancaintesa.it
alessio.hofer@ubs.com
alessio.reggiani@uk.nomura.com
alester@panagora.com
alethea.leung@blackrock.com
alethia.r.young@jpmorgan.com
alevenson@troweprice.com
alevy@amip.com
alevy@deerfieldcapital.com
alevy@worldbank.org
alewis@pugco.com
alex.a.molinaroli@jci.com
alex.arapoglou@morganstanley.com
alex.arkema@ing-re.nl
alex.bannister@nationwide.co.uk
alex.barenboym@nisanet.com
alex.basman@wellscap.com
alex.bast@edwardjones.com
alex.bates@blackrock.com
alex.bedwell@uk.bnpparibas.com
alex.blinkhorn@lu.mufg.jp
alex.booth@lgim.co.uk
alex.bouzakis@pnc.com
alex.bram@dexia.be
alex.brazier@bankofengland.co.uk
alex.brooks@ibtco.com
alex.brown@blackrock.com
alex.calder@aberdeen-asset.com
alex.cawley@ashmoregroup.com
alex.chang@alliancebernstein.com
alex.cheng@ingim.com
alex.chudner@hcmny.com
alex.claringbull@barclaysglobal.com
alex.cobb@fmr.com
alex.cohen@ny.frb.org

alex.dacosta@uk.abnamro.com
alex.dale@barclaysglobal.com
alex.de.korodi@hsbcam.com
alex.decarniere@oppenheimprumerica.lu
alex.delaiglesia@shinseibank.com
alex.dogariu@fmr.com
alex.duffy@uk.fid-intl.com
alex.giles@lgim.co.uk
alex.gordon@tudor.com
alex.gracian@gibuk.com
alex.graham@db.com
alex.grant@uk.fid-intl.com
alex.grinberg@db.com
alex.guggisberg@credit-suisse.com
alex.gurevich@jpmorgan.com
alex.hack@ngm.co.uk
alex.hadirahardjo@pimco.com
alex.hall@ch.abb.com
alex.harris@fly.virgin.com
alex.hartl@pimco.com
alex.henley@wachovia.com
alex.hinder@claridenleu.com
alex.homan@uk.fid-intl.com
alex.hooper-greenhill@lgim.co.uk
alex.hornung@dexia-bil.com
alex.hume@ubs.com
alex.illingworth@insightinvestment.com
alex.ingham@morleyfm.com
alex.ingham@nationwide.com
alex.itskov@highbridge.com
alex.j.mason@bankofamerica.com
alex.jaecklin@ubs.com
alex.jarrett@bankofamerica.com
alex.johnson@uk.fid-intl.com
alex.joia@bis.org
alex.jones@uk-fid-intl.com
alex.kao@ubs.com
alex.kenna@morganstanley.com
alex.khosrowpour@uk.abnamro.com
alex.kiagiri@morganstanley.com
alex.kim@pimco.com
alex.kown@barclaysglobal.com
alex.kramer@clamericas.com
alex.lai@lazard.com

alex.lanwarne@barclaysglobal.com
alex.legler@dvbbank.com
alex.leites@mackayshields.com
alex.lipton@citadelgroup.com
alex.lloyd@axa-im.com
alex.lyle@threadneedle.co.uk
alex.m.mcknight@aib.ie
alex.mais@glgpartners.com
alex.manz@ubs.com
alex.marx@fmr.com
alex.masri@fgic.com
alex.mcdougall@blackrock.com
alex.mcintyre@morleyfm.com
alex.mcknight@augustus.co.uk
alex.mctavish@gcc.royalsun.com
alex.medlock@vtb-europe.com
alex.merla@bsibank.com
alex.meyersiek@towerbrook.com
alex.nagel@ubs.com
alex.okulski@truscocapital.com
alex.orloff@lazard.com
alex.ostrowski@fmr.com
alex.park@wamu.net
alex.parr@morleyfm.com
alex.parsons@pioneerinvest.ie
alex.patelis@citicorp.com
alex.peter@credit-suisse.com
alex.piccolo@aig.com
alex.poli@gestielle.it
alex.pop@tdsecurities.com
alex.popa@capitalglobal.com
alex.powers@columbiamanagement.com
alex.prole@cibc.co.uk
alex.qian@aiminvestments.com
alex.ramos@jpmorganfleming.com
alex.ricchebuono@janus.com
alex.richards@fandc.com
alex.rivera@barclaysglobal.com
alex.romeo@citigroup.com
alex.ross@aberdeen-asset.com
alex.s.kostko@jpmorgan.com
alex.s.krunic@jpmchase.com
alex.s.veys@fidelity.com
alex.schmid@sarasin.ch

alex.schoeb@swisscanto.ch
alex.schoenberger@ubs.com
alex.secord@sunlife.com
alex.shaer@isisam.com
alex.shapiro@soros.com
alex.shehovsov@blackrock.com
alex.simcox@mondrian.com
alex.soulsby@fandc.com
alex.stanojevic@tcw.com
alex.stephen@lgim.co.uk
alex.tamilio@jpmorgan.com
alex.tarver@uk.fid-intl.com
alex.tisch@loews.com
alex.toms@insightinvestment.com
alex.umansky@morganstanley.com
alex.vallecillo@allegiantgroup.com
alex.vantuykom@dexia.be
alex.vayner@bwater.com
alex.veldenvander@pggm.nl
alex.vengerovsky@bwater.com
alex.veroude@insightinvestment.com
alex.wagner@db.com
alex.walker@gs.com
alex.watt@eu.nabgroup.com
alex.williamson@pimco.com
alex.wilson@bng.nl
alex.wilson@swib.state.wi.us
alex.wroe@morleyfm.com
alex.yaftali@dimensional.com
alex.yakirevich@piercap.com
alex.yang@epsilonfunds.com
alex.zabik@blackrock.com
alex.zanfano@caixacatalunya.es
alex.zlotnikov@wamu.net
alex.zuiderwijk@ingim.com
alex.zyngier@gs.com
alex@tudor.com
alex@us.ibm.com
alex_chen@aig.com
alex_cheng@freddiemac.com
alex_clausen@ml.com
alex_commissaris@capgroup.com
alex_eidelzon@invesco.com
alex_frey@troweprice.com

alex_grant@glic.com
alex_kopelevich@ustrust.com
alex_lupis@putnam.com
alex_otto@deltalloyd.nl
alex_popplewell@blackrock.com
alex_reeve@ssga.com
alex_rickson@putnam.com
alex_rodriguez@rsausa.com
alex_salcedo@ssga.com
alex_smedley@ldn.invesco.com
alex_stanic@newton.co.uk
alex_tedder@americancentury.com
alex_van_voorhees@acml.com
alex_zinny@putnam.com
alexa.digiorgio@db.com
alexandar.pechovitch@tractebel.com
alexander.alli@ubs.com
alexander.andrade@lazard.com
alexander.arnbaeck@lodh.com
alexander.auf.der.mauer@hsbcpb.com
alexander.banik@dws.com
alexander.bauer@bnpparibas.com
alexander.berger@bayernlb.de
alexander.birmili@dit.de
alexander.birr@rbccm.com
alexander.bischoff@oppenheim.de
alexander.bogensperger@fraspa1822.de
alexander.bouzalis@morganstanley.com
alexander.braun@lbb.de
alexander.braune@berliner-volksbank.de
alexander.breidenassel@postbank.de
alexander.brumnic@etb-ag.com
alexander.buerger@credit-suisse.com
alexander.burger@credit-suisse.com
alexander.cellarius@db.com
alexander.cotar@dws.de
alexander.dal@orkla.no
alexander.david@frb.gov
alexander.dias@citadelgroup.com
alexander.f.lepinsky@db.com
alexander.fanous@kfw.de
alexander.felix@dartmouth.edu
alexander.fitzalan@flemings.com
alexander.fleischer@sparinvest.com

alexander.frauenfeld@vblt.de
alexander.froschauer@credit-suisse.com
alexander.ganz@ubs.com
alexander.giuliani@sparinvest.com
alexander.glover@phxinv.com
alexander.godwin@morganstanley.com
alexander.greyer@commerzbank.com
alexander.hill@bayernlb.de
alexander.horn@dws.com
alexander.ivanovitch@bnpparibas.com
alexander.iwinski@morleyfm.com
alexander.j.cook@dartmouth.edu
alexander.jaeschke@hk.fortis.com
alexander.janker@hvb.de
alexander.jung@dekabank.de
alexander.kaiser@claridenleu.com
alexander.kalkanis@wellsfargo.com
alexander.karpov@union-investment.de
alexander.kleiven@dnbnor.no
alexander.kobler@ubs.com
alexander.koepnick@skag.siemens.de
alexander.koerner@bnpparibas.com
alexander.kohberger@unicreditgroup.at
alexander.kopp@gs.com
alexander.kraft@db.com
alexander.kramers@gs.com
alexander.krebs@bayernlb.de
alexander.kretschmann@barcap.com
alexander.kuppler@dws.de
alexander.kurtz@saarlb.de
alexander.lange@us.fortis.com
alexander.lanin@ikb.de
alexander.liebethal@kfw.de
alexander.lubeck@sns.nl
alexander.luehr@ch.abnamro.com
alexander.merwart@ba-ca.group-treasury.co.at
alexander.millonig@erstebank.at
alexander.moseley@alliancebernstein.com
alexander.moss@insightinvestment.com
alexander.mueller@csam.com
alexander.muench@siemens.com
alexander.nagel@db.com
alexander.norton@morganstanley.com
alexander.ohl@union-investment.de

alexander.oxenham@pnc.com
alexander.p@gordian.co.uk
alexander.paasch@gehe.de
alexander.pasman@ubs-oconnor.com
alexander.phillips@gartmore.com
alexander.pietruska@lloydstsb.co.uk
alexander.plenk@ib.bankgesellschaft.de
alexander.preininger@db.com
alexander.r.dearman@jpmorgan.com
alexander.r.harrison@hsbcgroup.com
alexander.reiss@blackrock.com
alexander.robins@jpmorganfleming.com
alexander.rossbach@lrp.de
alexander.rybchinsky@corporate.ge.com
alexander.s.brooks@jpmorgan.com
alexander.samuel@irwinmortgage.com
alexander.saur@westimmobank.com
alexander.schaefer@drkw.com
alexander.schaefer@dzbank.de
alexander.schmid@graffenried-bank.ch
alexander.schneidhofer@pioneerinvestments.at
alexander.schnell@credit-suisse.com
alexander.scholz@lrp.de
alexander.schumacher@postbank.de
alexander.schwiersch@credit-suisse.com
alexander.scurlock@uk.fid-intl.com
alexander.seiler@juliusbaer.com
alexander.shalash@juliusbaer.com
alexander.shargorodsky@ca-suisse.com
alexander.shvets@jpmorgan.com
alexander.sonders@hsh-nordbank.com
alexander.steiner@nab.ch
alexander.stock@devk.de
alexander.stock@ustrust.com
alexander.stoll@naspa.de
alexander.straesser@oppenheim.de
alexander.stuhlmann@hsh-nordbank.com
alexander.stuwe@berliner-volksbank.de
alexander.t.martinian@dartmouth.edu
alexander.ten.brummeler@mn-services.nl
alexander.thuermer@lbbw.de
alexander.trentin@db.com
alexander.turnsek@commerzbank.com
alexander.valdes@bwater.com

alexander.van.der.laan@ingim.com
alexander.van.echelpoel@wuestenrot.de
alexander.van.eekelen@ingim.com
alexander.vanleeuwen@juliusbaer.com
alexander.vavalidis@dkib.com
alexander.vislykh@morganstanley.com
alexander.von.gilsa@dzbank.de
alexander.von-nandelstadh@nokia.com
alexander.wagner@union-investment.de
alexander.wiedenbach@lbbw.de
alexander.wilkinson@columbiamanagement.com
alexander.wright@uk.fid-intl.com
alexander.yaggy@morganstanley.com
alexander.zavratsky@fmr.com
alexander.zoerner@rzb.at
alexander_antzoulatos@freddiemac.com
alexander_choniski@swissre.com
alexander_de_giorgio@notes.ntrs.com
alexander_godwin@standardlife.com
alexander_shklyarevsky@cbcm.com
alexander_strey@troweprice.com
alexander_studer@ch.schindler.com
alexander-james.thomson@nestle.com
alexanderm@aetna.com
alexandra.annecke@union-investment.de
alexandra.barradas@cpr-am.fr
alexandra.bayer@lbbw.de
alexandra.beisiegel@andbanc.com
alexandra.brandao@bsnp.pt
alexandra.broenner@gz-bank.de
alexandra.chester@ubs.com
alexandra.cooper@gs.com
alexandra.cyrgalis@fmr.com
alexandra.delacroix@sgam.com
alexandra.derungs@ubs.com
alexandra.dimitrijevic@cail.lu
alexandra.downing@db.com
alexandra.gropp@fandc.com
alexandra.handjian@axa-franceassurance.fr
alexandra.hartmann@uk.fid-intl.com
alexandra.i.tyson@bankofamerica.com
alexandra.iliadis@ubs.com
alexandra.iwanicki@robecoinvest.com
alexandra.jung@swisscanto.ch

alexandra.kaiser@frankfurt-trust.de
alexandra.kuenzi@swisscanto.ch
alexandra.l.howard@jpmorgan.com
alexandra.lecher-knappe@commerzbank.com
alexandra.linden@bankofthewest.com
alexandra.mallet@hsbcpb.com
alexandra.meier@csfides.ch
alexandra.muchna@rcm.at
alexandra.olberg@lbb.de
alexandra.passy@aig.com
alexandra.pedder@morleyfm.com
alexandra.primetzhofer@bawag.com
alexandra.primetzhofer@erstebank.at
alexandra.reiter@activest.de
alexandra.richter@de.rcm.com
alexandra.sheridan@barclaysglobal.com
alexandra.spitz@rzb.at
alexandra.toyfl@sparinvest.com
alexandra.vangyseghem@caam.com
alexandra.w.gabriele@jpmorganfleming.com
alexandra.walker-ott@juliusbaer.com
alexandra.zvarich@sunlife.com
alexandra_ivanova@invesco.com
alexandra_m_lomakin@newyorklife.com
alexandra-a.mahoney@ubs.com
alexandre.avanzini@lodh.com
alexandre.banneux@dexia-am.com
alexandre.benech@bnpparibas.com
alexandre.bernard@bnpparibas.com
alexandre.blein@caam.com
alexandre.bouchardy@csam.com
alexandre.boulard@ing.ch
alexandre.brown@francetelecom.com
alexandre.bruhin@credit-suisse.com
alexandre.burgues@caam.com
alexandre.chailloux@banque-france.fr
alexandre.cherneaux@uebgroup.com
alexandre.cosson@labanquepostale-am.fr
alexandre.dejuniac@thalesgroup.com
alexandre.deruaz@bnpparibas.com
alexandre.deveen@ingim.com
alexandre.farid.issaelkhoury@glgpartners.com
alexandre.germak@barclaysglobal.com
alexandre.hakci@juliusbaer.com

alexandre.horiszny@bnpparibas.com
alexandre.jaloux@szkb.ch
alexandre.kubiak@bred.fr
alexandre.lacote@axa-im.com
alexandre.lalot@db.com
alexandre.lutsenko@ing.be
alexandre.marcuard@ubs.com
alexandre.mendes@bcb.gov.br
alexandre.menendez@axa-im.com
alexandre.meyer@dexia-am.com
alexandre.miot@sgcib.com
alexandre.monge-parrent@labanquepostale-am.fr
alexandre.monthieu@nyc.nxbp.com
alexandre.perricard@caam.com
alexandre.prautsch@lodh.com
alexandre.riesch@hsbcpb.com
alexandre.roques@bnpparibas.com
alexandre.sanchez@sgam.com
alexandre.santos@nl.abnamro.com
alexandre.suarez@safra.lu
alexandre.tcheng@jpmorganfleming.com
alexandre.thierry@axa-im.com
alexandre.tournier@sgam.com
alexandre.vancoff@lodh.com
alexandre.varenne@creditlyonnais.fr
alexandre.vigier@bnpparibas.com
alexandre.villey@banque-hervet.fr
alexandre.voisin@labanquepostale-am.fr
alexandre.voitenok@gartmore.com
alexandre.vuilleumier@credit-suisse.com
alexandre.zannoni@bcv.ch
alexandrine.perigaud@francetelecom.com
alexandros.garias@citigroup.com
alexbraun@dahsing.com
alexc@omega-advisors.com
alexcobbold@gic.com.sg
alexei.kapkin@lazard.com
alexei.koval@westernasset.com
alexey.yeremenko@nordea.com
alexey@providencefunds.com
alexi.yannas@clinton.com
alexi_makkas@ssga.com
alexi_maravel@capgroup.com
alexia.latorre@lazard.fr

alexis.addrisi@columbiamanagement.com
alexis.andrieu@axa-im.com
alexis.blum@dreyfusbank.ch
alexis.deladerriere@gs.com
alexis.demones@blackrock.com
alexis.habib@spinnakercapital.com
alexis.halaby@deshaw.com
alexis.levine@prudential.com
alexis.liatis@inginvestment.com
alexis.owtscharov@ch.abb.com
alexis.picasso@caam.com
alexis.renault@westam.de
alexis.scouarnec@caam.com
alexis.taylor@aig.com
alexis.tessier@citadelgroup.com
alexis.tsatsaris@db.com
alexis@cmbchina.com
alexis@globalmicrocap.com
alexis_potts@putnam.com
alexkrol@bloomberg.net
alexlaux@web.de
alexlee@hdbs.com.my
alexlim@gic.com.sg
alexmendes@bloomberg.net
alexmoiseev@bloomberg.net
alexopo@bloomberg.net
alexr@premierfunds.co.uk
alexrobarts@threadneedle.co.uk
alexs@cater-allen.co.uk
alexsa@exchange.ml.com
alextan@dbs.com
alextay@dbs.com
alexteoh@bnm.gov.my
alextran@stanford.edu
alexu@ttmc.com
alexzander.downs@fhlbboston.com
alf.alviniussen@hfi.dydro.com
alf.chapinal@grupobbva.com
alf.norman@nordea.com
alf.norrman@nordea.com
alf@bpi.pt
alfaheem@adic.co.ae
alfcan@bloomberg.net
alfedu@bloomberg.net

alflatt@rolss-royce.com
alfons.klein@oppenheim.lu
alfons.pilan@caixacatalunya.es
alfons.simonius@credit-suisse.com
alfonso.esteban-fernandez@ece.ericsson.se
alfonso.gasparini@bancalombarda.it
alfonso.guitian@cajarural.com
alfonso.iozzo@sanpaoloimi.com
alfonso.lopez@zkb.ch
alfonso.portillo@schwab.com
alfonso.x.fonnegra@jpmorgan.com
alfonso@san.rr.com
alfonso_famiglietti@westlb.co.uk
alfonso_martin@banxico.org.mx
alfred.anner@bayernlb.de
alfred.deutsch@unicreditgroup.at
alfred.f.alley@columbiamanagement.com
alfred.grusch@pioneerinvestments.at
alfred.hartmann@hvb.de
alfred.johnstone@credit-suisse.com
alfred.junker@hauck-aufhaeuser.de
alfred.kadagies@sskduesseldorf.de
alfred.kober@securitykag.at
alfred.mittermann@bawag.com
alfred.mundner@bayernlb.com
alfred.neimke@s-versicherung.at
alfred.parmentier@trinkaus.de
alfred.pfeiffer@ccd.desjardins.com
alfred.ritter@bkb.ch
alfred.shepard@pncbank.com
alfred.steininger@hyposwiss.ch
alfred.stix@wwk.de
alfred.ungerboeck@apk.at
alfred_harrison@acml.com
alfredc@mcm.com
alfredo.granata@capitalia-am.com
alfredo.jollon@morganstanley.com
alfredo.larghi@bancaakros.it
alfredo.larrea@inginvestment.com
alfredo.mordezki@grupobbva.com
alfredskyip@hsbc.com.hk
algie.ko@fandc.com
algis_remeza@acml.com
alhalabi@kia.gov.kw

alham.abakhti@bnpparibas.com
alhassane.diallo@sinopia.fr
alhernandez@bankofny.com
alhonneur@thamesriver.co.uk
al-humaidhi@kuwait-fund.org
ali.abdulmajid@deshaw.com
ali.almufti@barclaysglobal.com
ali.bakar@aberdeen-asset.com
ali.behbahani@morganstanley.com
ali.bissat@bnpparibas.com
ali.hassani@morganstanley.com
ali.hedayat@gs.com
ali.hobballah@bnpparibas.com
ali.jahansouz@barclaysglobal.com
ali.jalai@rbccm.com
ali.khan@fmr.com
ali.mahallati@pioneerinvestments.com
ali.miremadi@gs.com
ali.moaven-nasri@caam.com
ali.nakhle@inginvestment.com
ali.nokhasteh@gs.com
ali.siddiqui@aiminvestments.com
ali.sufyan@bofasecurities.com
ali@europeancredit.com
ali_bernat@ldn.invesco.com
ali_riza_incekara@westlb.co.uk
ali_trotman@freddiemac.com
alia.baig@lgim.co.uk
alia.haider@gmacrfc.com
alia_rasheed@americancentury.com
alicari@delinvest.com
alice.acaron@db.com
alice.chen@inginvestment.com
alice.chu@geahk.ge.com
alice.croatti@fmr.com
alice.gaskell@blackrock.com
alice.jacobs@inginvestment.com
alice.jyichampenois@bnpparibas.com
alice.keegan@barclaysglobal.com
alice.kytka@cominvest-am.com
alice.latrobeweston@morganstanley.com
alice.lehman@wachovia.com
alice.nguyen-desideri@fundquest.fr
alice.pacthod@ge.com

alice.popescu@agf.com
alice.sang@email.chinatrust.com.tw
alice.shannon@morganstanley.com
alice.tsang@fmr.com
alice.viseu@schroders.com
alice.w.chow@jpmorgan.com
alice.wang@pimco.com
alice.weiss@morganstanley.com
alice.whitney@columbiamanagement.com
alice.wood@glgpartners.com
alice.xu@amd.com
alice.yee@ucop.edu
alice_yang@fanniemae.com
alicechow@mas.gov.sg
aliceyee@gic.com.sg
alicia.damley@mackayshields.com
alicia.fasi@pioneerinvestments.com
alicia.frank@fmr.com
alicia.overcash@wachovia.com
alicia_m_alcantara@putnam.com
alick.stevenson@mnopf.co.uk
alida.carcani@credit-suisse.com
alida.lupsiewicz@fmr.com
aliddell@oppenheimerfunds.com
aliebhoff@loomissayles.com
aliggett@fciadvisors.com
aliman@bloomberg.net
alimbach@allstate.com
alina.addison@rothschild.co.uk
alina.beguna@hansabanka.lv
alina.gershman@ibtco.com
alina.hamza@citadelgroup.com
alina.ulkina@blackrock.com
alina_gonzalez@westlb.com
alindblom@standishmellon.com
aline.robinet@groupe-mma.fr
aline.thiel@db.com
aline@fandc.co.uk
alinna.x.holdgate@jpmorgan.com
alippitt@allstate.com
alipton@tiaa-cref.org
alisa.chintakananda@bankofamerica.com
alisa.lamberto@jpmorgan.com
alisa.w.hsieh@wellsfargo.com

alisa_fiumara@troweprice.com
alisaras@bot.or.th
alisdair.creanor@lloydstsb.co.uk
alisdair.mitchell@credit-suisse.com
alismith@bloomberg.net
alison.adams@fmr.com
alison.arthurs@insightinvestment.com
alison.blankenbiller@citadelgroup.com
alison.bradley@axa-slim.co.uk
alison.brown@aig.com
alison.browning_jones@ppm-uk.com
alison.cairns-scott@dkib.com
alison.craven@glgpartners.com
alison.crawford@pioneerinvestments.com
alison.drackford@swip.com
alison.galbraith@resolutionasset.com
alison.gayton@nationwide.co.uk
alison.gent@barcap.com
alison.goetze@oppenheim.de
alison.henshaw@threadneedle.co.uk
alison.hockley@axa-im.com
alison.j.harris@aibbny.ie
alison.kennedy@anfis.co.uk
alison.l.manley@goodbody.ie
alison.l.warren@bankofamerica.com
alison.lalla@inginvestment.com
alison.lepavoux@credit-suisse.com
alison.letters@ilim.com
alison.lorenz@fmr.com
alison.macartney@pimco.com
alison.mainord@4086.com
alison.marano@morganstanley.com
alison.mcguigan@barcap.com
alison.meads@fhlb-pgh.com
alison.moynihan@juliusbaer.com
alison.murdoch@morleyfm.com
alison.murdoch@thehartford.com
alison.odornan@aig.com
alison.o-leary@ubs.com
alison.oneill@glgpartners.com
alison.paskert@morganstanley.com
alison.r.salnikov@jpmorgan.com
alison.rahuba@pnc.com
alison.reed@marks-and-spencer.com

alison.richardson@uk.calyon.com
alison.sandor@seb.se
alison.shimada@wellscap.com
alison.smith@gs.com
alison.stevens@ngrid.com
alison.williams@morganstanley.com
alison.x.carter@jpchase.com
alison.yake@wamu.net
alison_barbi@swissre.com
alison_dunning@gre-group.e-mail.com
alison_gordon@keybank.com
alison_kerivan@ssga.com
alison_lifland@scudder.com
alison_martier@acml.com
alison_powell@ntrs.com
alison_sites@mail.bankone.com
alisonh@martincurrie.com
alissa.douglas@wpginv.com
alissa.rubin@highbridge.com
alistair.bulloch@tw.standardchartered.com
alistair.byrne@aegon.co.uk
alistair.corden-lloyd@morganstanley.com
alistair.featherstone@rbccm.com
alistair.haig@aegon.co.uk
alistair.harding-smith@barclaysglobal.com
alistair.hassard@lgim.co.uk
alistair.ling@db.com
alistair.ling@glgpartners.com
alistair.macdonald@glgpartners.com
alistair.mcgiven@ubs.com
alistair.morrison@morleyfm.com
alistair.newell@bancalombarda.it
alistair.peel@hsbcinvestments.com
alistair.r.sayer@jpmorganfleming.com
alistair.smith@bailliegifford.com
alistair.watson@aberdeen-asset.com
alistair.way@bailliegifford.com
alistair_way@standardlife.com
alistair_wittet@standardlife.com
alister_vandermaas@blackrock.com
alit@bernstein.com
alivanov@microsoft.com
alix.bhend@lodh.com
alix.stewart@ubs.com

aliyayes@halykbank.kz
alk@americancentury.com
alk@nykredit.dk
alka.parikh@gs.com
alka.singal@pimco.com
alkaplan@wellington.com
al-karim.ramji@rbccm.com
alkemper@research.ge.com
alkesh.patel@bnpparibas.com
alkhaled@kuwait-fund.org
alkhudairy@alrajhibank.com.sa
alkitany@cbo-oman.org
alla.azarova@bnymellon.com
alla.goudzinskaya@uk.fid-intl.com
alla.zaydman@ge.com
alla@clinton.com
allan.carr@rsa-al.gov
allan.green@lodh.com
allan.johnston@wedbush.com
allan.lane@barclaysglobal.com
allan.moller@danskecapital.com
allan.pagnotta@ge.com
allan.pelvang@uk.fid-intl.com
allan.ray@sebgyllenberg.fi
allan.saldanha@fandc.com
allan.yam@schwab.com
allanmurphy@bankofny.com
allan-peter.holmes@stg.ch
allanred@dbs.com
allanschmitz@northwesternmutual.com
allard.ruijs@mn-services.nl
alldeals@tin.it
alle@bloomberg.net
allegra.vanhovell@fandc.com
allen.ang@aberdeen-asset.com
allen.ayvazian@wellsfargo.com
allen.b.clark@jpmorgan.com
allen.bond@columbiamanagement.com
allen.bond@wamu.net
allen.chachkes@americas.ing.com
allen.cheng@bankofamerica.com
allen.cheung@ubs.com
allen.hartt@libertymutual.com
allen.hunt@bernstein.com

allen.klein@aibny.com
allen.larson@associatedbank.com
allen.li@tcw.com
allen.mathurin@fidelity.com
allen.olsen@clarica.com
allen.roth@xlgroup.com
allen.santos@schwab.com
allen.sista@asbai.com
allen.steinkopf@usbank.com
allen.stoltman@inginvestment.com
allen.tso@4086.com
allen.twyning@morleyfm.com
allen.webb@inginvestment.com
allen.welch@janus.com
allen.wong@pioneerinvest.com
allen.woo@ucop.edu
allen.worgan@morganstanley.com
allen@siichi.com
allen_carrion@fanniemae.com
allen_klec@glic.com
allen_kwong@ssga.com
allen_mossien@conning.com
allen_shweitzer@putnam.com
allenchen@cathaylife.com.tw
allengr@wellscap.com
allenj@mail.nrucfc.org
allenlee@cathaylife.com.tw
allentang@gic.com.sg
allery@ms.com
allinawang@dbs.com
allinelectronicexecution@glgpartners.com
allinotcaffirmations@glgpartners.com
allison.aikman@tudor.com
allison.aytes@sscims.com
allison.b.adler@jpmorgan.com
allison.boxer@alliancebernstein.com
allison.dekker@selective.com
allison.emmert2@aig.com
allison.j.floam@morganstanley.com
allison.mitchamore@bellsouth.com
allison.owens@ge.com
allison.rea@wil.com
allison.ryder@fmr.com
allison.salas@db.com

allison.scholar@morganstanley.com
allison.taylor@fgic.com
allison.villapiano@lazard.com
allison.walker@citadelgroup.com
allison.weed@inginvestment.com
allison.wiliiams@morgankeegan.com
allison.ziemer@morganstanley.com
allison_chirdon@nacm.com
allison_fitzgerald@putnam.com
allison_kellog@ustrust.com
allison_kessler@putnam.com
allison_kvikstad@ustrust.com
allison_mendes@mfcinvestments.com
allison_s_boxer@vanguard.com
allister.paul@highbridge.com
alloyd@fftw.com
allugman@hotmail.com
allyn.arden@csam.com
allyn.seymour@columbiamanagement.com
allyson.alimansky@credit-suisse.com
allyson.pfeifer@tcw.com
allysonr@bgi-group.com
alm4113@bloomberg.net
alma.gill@hsbcam.com
alma@bnm.gov.my
almarzook@kmefic.com.kw
almeshal@kia.gov.kw
almmarketinfo@pnc.com
al-momani@jordanbank.co.uk
almond.goduti@barclaysglobal.com
almtraders@pnc.com
almudena.benedit@barclays.com
al-mudhaf@kuwait-fund.org
almundena.diazvarez@telefonica.es
al-mutaweh@bloomberg.net
aln@dodgeandcox.com
alna01@handelsbanken.se
al-naqib@kuwait-fund.org
alock@denveria.com
alohof@opers.org
alois.bischofberger@credit-suisse.com
alois.mannhart@credit-suisse.com
alois.schrott@volksbank.it
alois.seeholzer@snb.ch

alojz_lacko@kb.cz
alok.agrawal@tigerfund.com
alok.basu@gartmore.com
alok.chopra@opcap.com
alok.sharma@mizuhocbus.com
alok.sondhi@ge.com
aloke.agarwal@citadelgroup.com
alomani@kuwait-fund.org
aloney@alaskapermfund.com
alonzo_jason@jpmorgan.com
alonzo_white@calpers.ca.gov
alopchinsky@cantor.com
alopes@edc.ca
alopez4@metlife.com
alopeza@bloomberg.net
alopezma@cajamadrid.es
alopezpi@cajadeavila.es
alorber@fhlbi.com
alorusso@bloomberg.net
alpa.shah@ge.com
alpa02@handelsbanken.se
alpana.sen@morganstanley.com
alper.kara@disbank.com.tr
alper.kayurtar@fortis.com.tr
alperins@hmc.harvard.edu
alpertm@jwseligman.com
alpha.ba@agf.com
alpha.sylla@fortisinvestments.com
alphonsus.scanlan@eurohypo.com
alpinmehta@temasek.com.sg
alqatami@kuwait-fund.org
alqatari@saad.com.sa
alqua@bloomberg.net
alr@ubp.ch
alrf@capgroup.com
als.em@adia.ae
als76@cornell.edu
alsaleh@kmefic.com.kw
alt.tim@principal.com
alternative@banquedorsay.fr
althea_stewart@acml.com
alton.gwee@aberdeen-asset.com
alucero@wscapital.com
alui@sgc.com

aluis.casas@groupbbva.com
alukas@westpac.com.au
alun.k.evans@bankofny.com
alun_thomas@baa.co.uk
aluo@perrycap.com
alustig@bpuinvestments.com
aluy@lordabbett.com
alvar.chambers@insightinvestment.com
alvarezd@jwseligman.com
alvaro.camunas@paribas.com
alvaro.chimeno@interdin.com
alvaro.donadelli@eni.it
alvaro.ramirez@blackrock.com
alvaro.vazquez@grupobbva.com
alvaro_ballesteros@westlb.co.uk
alvaro_pinto@fanniemae.com
alvaro_villamil@travelers.com
alvin.bhawanie@rbc.com
alvin.burgos@db.com
alvin.cheng@hk.fortis.com
alvin.fu@fmr.com
alvin.wang@pw.utc.com
alvinchan@dahsing.com
alvinchu@dbs.com
alvingoh@temasek.com.sg
alvinong@mas.gov.sg
alvintan@gic.com.sg
alvintcl@dbs.com
alvintham@dbs.com
alw@capgroup.com
alwin.schenk@oppenheim.de
alwin.vester@lrp.de
alwyn.sloan@jpmorgan.com
alwyn-r.silva@db.com
alxn@capgroup.com
aly.k@gordian.co.uk
aly.kanji@weyerhaeuser.com
alyng@westernasset.com
alyson.holsclaw@aig.com
alyssa.comiso@prudential.com
alyssa.jaffe@rabobank.com
alyssa.lebner@harmonic.ky
alyssa.meyer@ny.frb.org
alyukov@lehman.com

alyusuf@bloomberg.net
alz@capgroup.com
alzahrani@bloomberg.net
am@capgroup.com
am@lpf.org.uk
am121@ntrs.com
am16@bloomberg.net
am169@ntrs.com
am192@ntrs.com
am28@ntrs.com
am4@wmblair.com
am52@ntrs.com
am64@ntrs.com
ama.cdu@adia.ae
ama.pd@adia.ae
ama02@bloomberg.net
ama0911ny@bloomberg.net
amaatman@aegon.nl
amack@westernasset.com
amackay@loomissayles.com
amackey@mfs.com
amackirdy@templeton.com
amadariaga@bankinter.es
amadeo.alentorn@omam.co.uk
amadeo.cubeles@bcp-bank.com
amador.malnero@ing.be
amadsen@deweysq.com
amagana@iidpower.com
amagid@oppenheimerfunds.com
amahmoud@hsbcame.com
amaietta@stonehillcap.com
amainord@bloomberg.net
amajekod@bloomberg.net
amakwana@oppenheimerfunds.com
amal.brihi@glgpartners.com
amal.khouri@novartis.com
amal.ollaic@nbad.com
amalacchia@bloomberg.net
amalia.ripfl@sparinvest.com
amalik@adib.co.ae
amalotchko.consulente@ubm.unicredit.it
aman.mujawar@fmr.com
aman.panaech@lazard.com
amancini@carispcesena.it

amancini@mcleanbudden.com
amanda.abdella@himco.com
amanda.andersen@aig.com
amanda.arkley@ubs.com
amanda.barry@gartmore.com
amanda.bernhard@bmo.com
amanda.clarke@bankofamerica.com
amanda.cox@barclaysglobal.com
amanda.crowley@53.com
amanda.dinh@nordea.com
amanda.fagala@ctxmort.com
amanda.forrest@blackrock.com
amanda.g.sisson@jpmorganfleming.com
amanda.hanks@credit-suisse.com
amanda.howard@thehartford.com
amanda.j.tinney@aib.ie
amanda.jones@deshaw.com
amanda.kraus@alliancebernstein.com
amanda.lickorish@bmonb.com
amanda.lipphardt@pnc.com
amanda.long@gartmore.com
amanda.m.cahill@db.com
amanda.mason@thrivent.com
amanda.mcfarlane@threadneedle.co.uk
amanda.mellor@marks-and-spencer.com
amanda.munro@fipartners.com.au
amanda.pearson@au.abnamro.com
amanda.prentiss@tcw.com
amanda.prince@axaframlington.com
amanda.ross@prudential.com
amanda.sillars@morleyfm.com
amanda.stokes@ny.frb.org
amanda.vanheyst@ge.com
amanda.walker@lpfa.org.uk
amanda.x.hallam@jpmorgan.com
amanda_fagala@ctxmort.com
amanda_higgins@cargill.com
amanda_rice@glenmede.com
amanda_taplett@putnam.com
amandab@bgi-group.com
amandacullen@angloirishbank.ie
amandaj@mcm.com
amandakao-04477@email.esunbank.com.tw
amandine.ecobichon@bnpparibas.com

amandus.pernold@ba-ca.com
amane.oshima@mizuho-cb.co.jp
amane.zouhairi@axa-im.com
amanghi@pictet.com
amanioudakis@oppenheimerfunds.com
amanla@fhlbcin.com
amano.dli@dial.pipex.com
amano-k@itochu.co.jp
amanolias@nb.com
amansour@bloomberg.net
amanteca@grupobbva.com
amantri@worldbank.org
amanyan@tmgchicago.com
amao@tiaa-cref.org
amar.bashir@blackrock.com
amar.patel@checmail.com
amar.singh@standardchartered.com
amaralje@cial.cic.fr
amarcantetti@cicny.com
amarcus@aegonusa.com
amarczak@wharton.upenn.edu
amardeep.nahal@aberdeen-asset.com
amardia@westernasset.com
amargolius@ag-am.com
amarino@grupobbva.com
amarmoiton@oddo.fr
amarnath.reganti@ubs.com
amarni.kamaruddin@bia.com.bn
amarquardt7@bloomberg.net
amarsh@bc.pitt.edu
amarsh@bloomberg.net
amarsh@portagebank.com
amarshall@lkcm.com
amarsteller@seic.com
amarti03@cajamadrid.es
amartin@loomissayles.com
amartina@banxico.org.mx
amartinl@cajamadrid.es
amassey@foxasset.com
amassimiani@federatedinv.com
amaster1@travelers.com
a-masuda@tmam.co.jp
amathes@stephens.com
amathewson@martincurrie.com

amathier@pictet.com
a-matsu@nissay.co.jp
amatsuya@bloomberg.net
amattone@clinton.com
amaturi@bancafideuram.it
amaury.boyenval@axa-im.com
amaury.deternay@bnpparibas.com
amaury.godron@cso.dwts.co.uk
amawhorter@allegiancecapital.com
amaya.ochoa@citadelgroup.com
amayo@mfs.com
amazian@invest.treas.state.mi.us
amazzoleni@bloomberg.net
amb@tudor.com
ambchang@daiwasbi.com.hk
amber.dougherty@pncbank.com
amber.kilgore@nuveen.com
amber.olig@fmr.com
amber.salvi@pncbank.com
amber.schulten@pimco.com
amber_knighten@ustrust.com
amber_natlo@conning.com
ambeschloss@rockcreekglobal.com.
ambika.kapoor@soros.com
ambreen.brown@bwater.com
ambrf@telcocom.com
ambri@bloomberg.net
ambrish@temasek.com
ambrogio.alfieri@mpsgr.it
ambrose.tan@aberdeen-asset.com
amc14@ntrs.com
amcaree@highbridge.com
amcaton@ybs.co.uk
amcbride@mfs.com
amccarthy@uss.co.uk
amcclymonds@westernasset.com
amccray@navymutual.org
amccreaddie@britannicasset.com
amccullaghjr@delinvest.com
amcdermo@nylim.com
amcelroy@princeton.edu
amcfarlane@martincurrie.com
amcgowan@barrowhanley.com
amcgrath@jmsonline.com

amcguirk@ibtco.com
amchetoukhina@wellington.com
amcintos@aegonusa.com
amckay1@bloomberg.net
amckinnon@tiaa-cref.org
amcnee@baminvest.co.uk
amcorry@wellington.com
amd@columbus.com
amd-fbond_post@tr.mufg.jp
amd-jbond_post@mitsubishi-trust.co.jp
ame@columbus.com
amedeo.ferrauto@ersel.it
ameeriabdulla@adia.ae
amees@babsoncapital.com
ameeta.gosain@jpmorgan.com
ameez_nanjee@freddiemac.com
amehra.arun@uk.fid-intl.com
amehta@pictet.com
ameinema2@aegon.nl
ameissner@sunamerica.com
amel.berkane@bnpparibas.com
amele@ubs.com
ameli@farleycap.com
amelia.benevento@arcafondi.it
amelia.hopkins@ustrust.com
amelia.julian@jpmorganfleming.com
amelia.l.mendoza@db.com
amelia.moncayo@ny.frb.org
amelia.savory@morleyfm.com
amelia.taylor@swip.com
amelia.wong@schroders.com
amelia_lorenzo@swissre.com
ameliang@hsbc.com.hk
amelie.derambure@caam.com
amelie.wipplinger@oppenheim.de
amelsio@creditandorra.ad
amemiya-0dq3@jp.nomura.com
amengual@princeton.edu
amenson@caxton.com
ament@nyc.apollolp.com
amentink@aegon.nl
amer.abbasi@drkw.com
amer.matar@arabbank.co.uk
amer.othman@juliusbaer.com

amercado@notes.banesto.es
amerenyi@ambac.com
americo.abrantes@cgd.pt
amerigo_borrini@generali.com
amerrill@eatonvance.com
amerrill@oppenheimer.com
amershi.gada@corporate.ge.com
amerville@bloomberg.net
ameson@bde.es
amesser1@bloomberg.net
amethyst.farier@bankofbermuda.com
ametzger@bloomberg.net
ametzger@caxton.com
ameudy@leggmason.com
ameyer@libertyview.com
amf1@ntrs.com
amfinvst@emirates.net.ae
amfisher@wellington.com
amgcap@hotmail.com
amh@bkb.ch
amhcnc@hsbc.com.hk
ami.goldfein@gs.com
ami.joseph@fmr.com
amice.tiernan@mondrian.com
amichel@frk.com
amiebrouillard@northwesternmutual.com
amielgaa@dbs.com
amika@oppenheimerfunds.com
amikhailov@bloomberg.net
amikus@union-investment.de
amild@princeton.edu
amillen@seic.com
amiller@newstaram.com
amills@bloomberg.net
amills@fhlbatl.com
amin.hashemi@morganstanley.com
amin.molavi@pimco.com
amin.qazi@db.com
aminassian@bloomberg.net
amine.benghabrit@caam.com
amine.boureghda@clf-dexia.com
amine.drhimeur@bnpparibas.com
aminl@wharton.upenn.edu
aminul.haque@pimco.com

amioo@fhlbsf.com
amir.bouyahi@dexia-am.com
amir.debourou@aig.com
amir.gharagozlou@db.com
amir.isufi@aig.com
amir.karimi@citigroup.com
amir.oveissi@db.com
amir.rao@tcw.com
amir.sajjadi@glgpartners.com
amira.ayoubi@vontobel.ch
amirabelli@tiaa-cref.org
amirault@dcmc.creditlyonnais.fr
a-miseim@microsoft.com
amish.desai@rbcds.com
amisha_kaura@nylim.com
amishi_kenia@keybank.com
amit.agrawal@aig.com
amit.baid@fmr.com
amit.chopra@pimco.com
amit.hampel@tudor.com
amit.j.patel@blackrock.com
amit.jain@db.com
amit.k.jain@bankofamerica.com
amit.kara@bankofengland.co.uk
amit.kumar@fafadvisors.com
amit.lodha@uk.fid-intl.com
amit.mahajan@aig.com
amit.maskara@uk.fid-intl.com
amit.mehta@inginvestment.com
amit.mehta@morleyfm.com
amit.mukadam@morganstanley.com
amit.sadana@novartis.com
amit.sippy@dillonread.com
amit.somani@fmr.com
amit.srivastava@bwater.com
amit.tal@mailpoalim.co.il
amit.tanna@jpmorgan.com
amit.thanki@pimco.com
amit.valecha@ubsw.com
amit_bhattacharyya@ml.com
amit_deshpande@acml.com
amit_marwaha@scotiacassels.com
amit_patel@westlb.co.uk
amit_seth@troweprice.com

amit_sethi@ml.com
amit_staub@invesco.com
amitabh.arolkar@arabbanking.com
amitabh.mehta@hsh-nordbank.co.uk
amitagarwala@dbs.com
amitchell@bankatlantic.com
amitroff@tiaa-cref.org
amitus@bloomberg.net
amjuras@lmus.leggmason.com
amkatz@princeton.edu
amkillian@wellmanage.com
am-ldn-data@ln.email.gs.com
am-ldn-futures-ops@ln.email.gs.com
am-ldn-fx-ops@ln.email.gs.com
amm@ubp.ch
ammar.kherraz@morganstanley.com
ammark@nbk.com
ammtit@bpv.it
amn002@bloomberg.net
amneal@princeton.edu
amoffat2@bloomberg.net
amohan@princeton.edu
amohsenw@kia.gov.kw
amol.pinge@blackrock.com
amontefusco@oppenheimerfunds.com
amontemurro@metlife.com
amontoya@metlife.com
amoody@refco.com
amoolji@bear.com
amoolji3@bloomberg.net
amoon@frk.com
amor@bloomberg.net
amorabito@federatedinv.com
amoran@atlanticasset.com
amorberg@westernasset.com
amoretti@nb.com
amorgan@beutelgoodman.com
amori@us.mufg.jp
a-morinaga@yasuda-life.co.jp
amoritz@meag.com
amornt@bot.or.th
amorosoj@bancaimius.com
amorro@bayharbour.com
amos_rogers@ssga.com

amoulton@waddell.com
amousny@bloomberg.net
amowat@martincurrie.com
amoyer@bear.com
amoylan@opusinvestment.com
amozes@icl-group.com
ampm@capgroup.com
ampors@bot.or.th
amr.ghadallah@arabbanking.com
amr.seif@jpmorgan.com
amr@clinton.com
amrendra.sinha@fandc.com
amrish_pattni@putnam.com
amrit.bains@ikb-cam.de
amrit.paul.singh@morganstanley.com
amrit.sinanan@jm.rbtt.com
amrita.dukeshier@fmr.com
ams@merganser.com
ams2@ntrs.com
amsaez@bankinter.es
amsantos@espiritosanto.ch
amsantos@espiritosanto.com
amschwartz@bankofny.com
amsllc55@aol.com
amsy@metrobank.com.ph
amtit@bpv.it
amtucker@jennison.com
amu.na@adia.ae
amu.pr@adia.ae
amueller2@meag.com
amui@munder.com
amukherj@princeton.edu
amule@opcap.com
amulligan@panynj.gov
amullins@investcorp.com
amundassery@hcmlp.com
amunoz@bloomberg.net
amunozc@bancopastor.es
amunro@rockco.com
amurat@gescaixa.es
amuromcew@tiaa-cref.org
amurphy@fdic.gov
amurphy@russell.com
amuschott@frk.com

amusgnug@babsoncapital.com
amv@bpi.pt
amway butch steffes (butch.steffes@alticor.com)
amwestland@chevychasebank.net
amwinder@leggmason.com
amwu@princeton.edu
amwynn@btinternet.com
amy.bartosh@pncadvisors.com
amy.bohall@wamu.net
amy.bonkoski@natcity.com
amy.boothe@alliancebernstein.com
amy.brady@ge.com
amy.brodeur@fmr.com
amy.brown@csam.com
amy.carcione@pnc.com
amy.carratt@db.com
amy.chamberlain@morleyfm.com
amy.clay@bankofamerica.com
amy.clayton@53.com
amy.creason@suntrust.com
amy.denn@53.com
amy.dilorenzo@commercebank.com
amy.dymock@bailliegifford.com
amy.earle@aiminvestments.com
amy.edwards@hcmny.com
amy.fichtenkort@sunlife.com
amy.flikerski@hcmny.com
amy.fuhr@morganstanley.com
amy.glover@inginvestment.com
amy.grant@fmr.com
amy.h.peterson@jpmorgan.com
amy.hamma@db.com
amy.heath@moorecap.co.uk
amy.hellwarth@pncadvisors.com
amy.ho@barclaysglobal.com
amy.hoodless@fortisinvestments.com
amy.hsiang@pimco.com
amy.hsu@chinatrust.com.tw
amy.hsu@pimco.com
amy.ils@lodh.com
amy.johonnett@fmr.com
amy.judd@alliancebernstein.com
amy.keith@phxinv.com
amy.kilgore@pncadvisors.com

amy.l.phillips@pncadvisors.com
amy.l.stewart@db.com
amy.l.tancrede@jpfinancial.com
amy.lattimore@gartmore.com
amy.levenstien@threadneedle.co.uk
amy.levine@shenkmancapital.com
amy.lichstein@wpginvest.com
amy.lieu@westernasset.com
amy.lo@nsc.com
amy.m.c.chan@hsbc.com.hk
amy.marton@glgpartners.com
amy.mc-morrow@ing.be
amy.melevage@ppmamerica.com
amy.moore@cumber.com
amy.mulderry@citadelgroup.com
amy.neberieza@columbiamanagement.com
amy.oldenburg@morganstanley.com
amy.plyler@harrisbank.com
amy.raskin@alliancebernstein.com
amy.ravindran@db.com
amy.ruderman@shenkmancapital.com
amy.sakaldasis@barclaysglobal.com
amy.schaff@commercebank.com
amy.shen@ge.com
amy.shim@westernasset.com
amy.southerland@morgankeegan.com
amy.synatzske@soros.com
amy.tsao@westernasset.com
amy.vanhoek@tcw.com
amy.w.gibson@jpmorgan.com
amy.walkington@abnamro.com
amy.ward@moorecap.co.uk
amy.whitelaw@barclaysglobal.com
amy.wilk@americas.ing.com
amy.wodarczyk@pnc.com
amy.yu@ms3.chb.com.tw
amy.z.bracken@wellsfargo.com
amy@barclaysglobal.com
amy@nykredit.dk
amy_boog@standardlife.com
amy_carlson@keybank.com
amy_e_anderson@fanniemae.com
amy_hougland@putnam.com
amy_kaminski@putnam.com

amy_kong@ustrust.com
amy_lynn_debone@freddiemac.com
amy_m_miller@bankone.com
amy_pitts@aimfunds.com
amy_robertson@invesco.com
amy_s_russell@fleet.com
amy_sahler@ustrust.com
amy_skaff@putnam.com
amy_yt_yip@hkma.gov.hk
amyc@bgfoods.com
amycheng@bnm.gov.my
amyr@capgroup.com
an.susani@bipielle.it
an@jyskeinvest.dk
an40@ntrs.com
ana.alcover@caixacatalunya.es
ana.babaja@rzb.at
ana.boksay@blackrock.com
ana.corvalan@bbvauk.com
ana.damaia@barclays.co.uk
ana.diez-fontana@citicorp.com
ana.diniz@cgd.pt
ana.guijarro.macias@morganstanley.com
ana.jesus@satander.pt
ana.justino@finantia.com
ana.lain@ibercaja.net
ana.martin-de-sta-olalla@db.com
ana.munera@grupobbva.com
ana.quaas@dresdnerkleinwort.com
ana.rojas@jpmorgan.com
ana.sarti@morganstanley.com
ana.sarti-maldonado@morganstanley.com
ana_faircloth@acml.com
ana_lanzana@acml.com
anabel.francos@db.com
anabel.meyer@lodh.com
anabel.meyermouthon@lodh.com
ana-belen.olaya@caixacatalunya.es
anadi.jauhari@natixis.us
anadoth@kia.gov.kw
anagano@nochubank.or.jp
anais.koskas@clf-dexia.com
anais.martin@ratp.fr
anak02@handelsbanken.se

a-nakayama@nochubank.or.jp
analytics@pimco.com
anand.iyer@barclaysglobal.com
anand.sinha@barclaysglobal.com
anand.srinivasan@lazard.com
anand.thyagarajan@fil.com
anand_twells@freddiemac.com
ananda_bojji@freddiemac.com
anandsinha@rbi.org.in
anantakrishnan.lakshman@principal.com
ananth.madhavan@barclaysglobal.com
anapangestu@bii.co.id
anappo@caxton.com
anarg@seas.upenn.edu
anarvades@walterind.com
anas.chakra@uk.fid-intl.com
anas.elmaizi@axa-im.com
anas.elmaizi@csam.com
anassira@bloomberg.net
anastasia.beliak@db.com
anastasia.fedotova@deka.de
anastasia_shiach@troweprice.com
anastasios.agathagelidis@lbbw.de
anastasios.astyfidis@db.com
anastassia.ivanenko@libertymutual.com
anastassios.frangulidis@zkb.ch
anath@bear.com
anatlv@migdal-group.co.il
anatoli.shakin@shinseibank.com
anatoly.nakum@db.com
anavim@elite.co.il
anazmi@bloomberg.net
anazmi@bnm.gov.my
anbr12@handelsbanken.se
anc@bankinvest.dk
anchal.pachnanda@morganstanley.com
anco@danskebank.dk
anctil@pimco.com
and.eu@adia.ae
anda.rezaioff@ubs.com
anda.x.halilaj@jpmchase.com
andavis@delinvest.com
andd@capgroup.com
ande.stagge@union-investment.de

andebe@bloomberg.net
andercr@bfcm.creditmutuel.fr
anderjr@wellsfargo.com
anders.abrahamson@merinet.mailnet.fi
anders.ahl@dnb.se
anders.algotsson@afa.se.
anders.armelius@morganstanley.com
anders.augusen@ap3.se
anders.bang@northseacapital.com
anders.bergh@ericsson.com
anders.bjorklund@alecta.com
anders.borchsenius@carnegie.dk
anders.burholt@nordea.com
anders.c.johansson@sebny.com
anders.christensen@seb.dk
anders.christiansen@seb.se
anders.dahl@swedbankrobur.se
anders.durling@swedbank.com
anders.ek@inv.spp.se
anders.ekberg@dnb.se
anders.ekedahl@swedbank.com
anders.faergemann@aig.com
anders.fagerlund@amfpension.se
anders.granstrand@swedbank.com
anders.granstrand@swedbank.se
anders.hamnmark@swedbank.se
anders.hellstrom@foreningssparbanken.se
anders.johansen@storebrand.no
anders.johansson@robur.se
anders.kjaerjensen@nordea.lu
anders.kvist@seb.se
anders.ljungqvist@amfpension.se
anders.lundgren@csam.com
anders.nordborg@seb.se
anders.p.ramsten@swedbankrobur.se
anders.palmer@ap1.se
anders.peinert@storebrand.com
anders.schelde@nordea.com
anders.soderlund@systembolaget.se
anders.stang.castberg@nordea.com
anders.stang@castberg.com
anders.stensbol@seb.se
anders.toftgaard@daiwausa.com
anders.toftgaard@gmacfs.com

anders.v.johansson@dnd.se
anders.vik@credit-suisse.com
anders.x.hogberg@seb.se
anders@patteninc.com
anders_c.paulsson@scania.com
anders_hansen@blackrock.com
anders2b@kochind.com
andersa@omb.nyc.gov
andersb4@nationwide.com
andersen@aigfpc.com
andersenm@rba.gov.au
anderson.marjorie@sbcglobal.net
anderson@nisi.net
anderson@penntrust.com
anderson@swcorp.org
anderson_lee@merck.com
andersonj@nytimes.com
andersr@jyskeinvest.dk
andg@capgroup.com
andhruv@microsoft.com
andi.kabili@bcv.ch
andi.rachmarelawandi@bni.co.id
andi.wuethrich@claridenleu.com
andi@uk.danskebank.com
andjoh@safeco.com
ando.rakotobe@axa-im.com
ando_takashi@dn.smbc.co.jp
ando01@handelsbanken.se
andoh.yusuke@nomura-asset.com
ando-y@daiwasbi.co.jp
andradeem@berstein.com
andre.ammann@juliusbaer.com
andre.ashbaugh@guarantygroup.com
andre.bakkum@fandc.nl
andre.bening@helaba.de
andre.blom@utc.rabobank.com
andre.bonder@sgam.com
andre.brisacher@ubs.com
andre.buck@zkb.ch
andre.chan@nb.com
andre.conway@msdw.com
andre.crawford-brunt@db.com
andre.ersoy@ch.abb.com
andre.filliez@givaudan.com

andre.forster@bsibank.com
andre.freter@ikb-cam.de
andre.frick@credit-suisse.com
andre.gosset@etoile-gestion.com
andre.guentert.2@credit-suisse.com
andre.guenther@union-panagora.de
andre.hagen@henkel.com
andre.hermans@ing.be
andre.horn@sebam.de
andre.kalbitz@hsh-nordbank.com
andre.klaus@telekom.de
andre.kleimeer@achmea.nl
andre.koettner@union-investment.de
andre.konstantinow@morganstanley.com
andre.krzyzowski@apoireland.com
andre.kuehni@akbprivatbank.ch
andre.lagger@lgt.com
andre.lecoq@dexia-bil.com
andre.leite@bsnp.pt
andre.loeffler@labanquepostale-am.fr
andre.ludin@group.novartis.com
andre.mannhart@credit-suisse.com
andre.marais@resbank.co.za
andre.mayer@lodh.com
andre.messier@fmr.com
andre.minassian@aig.com
andre.moritz@sarasin.ch
andre.muenster@hsh-nordbank.com
andre.nebel@ksk-koeln.de
andre.nydegger@nab.ch
andre.opitz@lbb.de
andre.pluess@ubs.com
andre.rendeiro@finantia.com
andre.rheinberger@csfb.com
andre.ryf@ubs.com
andre.sadowsky@dresdner-bank.com
andre.schlingloff@westam.com
andre.schuetz@postbank.de
andre.schumacher@postbank.lu
andre.sebrowski@fortisinvestments.com
andre.segger@jpmorgan.com
andre.smits@lu.abnamro.com
andre.stockmann@rwedea.com
andre.vatsgar@im.storebrand.no

andre.vinke@hvb.de
andre.vollmer@hsh-nordbank.com
andre.wagner@fortis.lu
andre.ziltener@zkb.ch
andre.zumwald@bcv.ch
andre@bakerinvest.com
andre_depass@scotiacapital.com
andre_keller@swissre.com
andre_medeiros@dell.com
andre_moutenot@swissre.com
andre_schaefer@westam.de
andrea.accarisi@bancaakros.it
andrea.aiello@dzbank.de
andrea.aliberti@azimut.it
andrea.anellucci@mediobanca.it
andrea.angeli@bancamarche.it
andrea.appiani@bsibank.com
andrea.baiker@zkb.ch
andrea.baum@oppenheim.de
andrea.bergamaschi@bpmsgr.it
andrea.bernasconi@eurizoncapital.lu
andrea.bertes@capitalia-am.com
andrea.beu@truscocapital.com
andrea.bianchi@bancaintesa.co.uk
andrea.boelinger@devif.de
andrea.bombieri@cattolicaassicurazioni.it
andrea.bornaghi@ubs.com
andrea.brentan@enel.it
andrea.buda@pioneeraltinvest.com
andrea.buehring@lri.lu
andrea.burriesci@ge.com
andrea.bussell@pncadvisors.com
andrea.camden@ibtco.com
andrea.campagnoli@bper.it
andrea.carelli@pioneerinvest.com
andrea.castellani@bancamarche.it
andrea.cau@sanpaolowm.com
andrea.chang@chinatrust.com.tw
andrea.chiappini@azfund.com
andrea.ciaccio@azfund.com
andrea.cortese@sella.it
andrea.cortesi@credit-suisse.com
andrea.crenna@merloni.com
andrea.crepaz@premafinhp.it

andrea.crivelli@intesasanpaolo.com
andrea.croner@dnbnor.com
andrea.cuomo@st.com
andrea.d.tenconi@jpmorgan.com
andrea.dacquin@axa-im.com
andrea.daffara@gnf.it
andrea.dalsanto@arcafondi.it
andrea.dardi@antonveneta.it
andrea.decarolis@barcap.com
andrea.dericcardis@barclaysglobal.com
andrea.dericcardis@morganstanley.com
andrea.dicenso@fmr.com
andrea.dilorenzo@pioneerinvest.it
andrea.doebbel@henkel.com
andrea.dunn@fandc.com
andrea.ehinger@credit-suisse.com
andrea.ferrari@bpm.it
andrea.ferrari@intesavita.it
andrea.foresti@bis.org
andrea.frontini@socgen.co.uk
andrea.gaielli@fandc.com
andrea.galeandro@bancaintesa.it
andrea.gerst@juliusbaer.com
andrea.giacalone@bostonadvisors.com
andrea.giannotta@eurizoncapital.lu
andrea.gigli@mpsfinance.it
andrea.giusto@bsibank.com
andrea.gruebl@noehypo.at
andrea.guth@bkb.ch
andrea.guzzi@credit-suisse.com
andrea.haberl@bawagpsk.com
andrea.haenel@credit-suisse.com
andrea.haschke@henkel.com
andrea.hawkins@blackrock.com
andrea.heinen@dlh.de
andrea.herz@dresdner-bank.com
andrea.kutscher@prudential.com
andrea.laruccia@unicredit.it
andrea.laurent@bsibank.com
andrea.leongyh@uobgroup.com
andrea.leougyh@uobgroup.com
andrea.liebich@claridenleu.com
andrea.lisi@cattolicaassicurazioni.it
andrea.long@db.com

andrea.lorenz@oppenheim.de
andrea.lucini@bancaakros.it
andrea.lumma@telekom.de
andrea.maerk@ubs.com
andrea.mancadori@bpmsgr.it
andrea.manzini@bper.it
andrea.martinello@capitalia-am.com
andrea.martinello@pioneerinvestments.com
andrea.masoli@popso.it
andrea.mcroberts@ibtco.com
andrea.meschini@jpmorganfleming.com
andrea.millacci@juliusbaer.com
andrea.mottarelli@db.com
andrea.mueller@blb.de
andrea.murdock@usbank.com
andrea.naccarato@indesitcompany.com
andrea.nardon@deka.de
andrea.nasce@ersel.it
andrea.nerucci@mediobanca.it
andrea.novarese@premafin.hp.it
andrea.nowak@snb.ch
andrea.odorico@nordlb.de
andrea.palma@capitalia-am.com
andrea.pantellini@bsibank.com
andrea.pastorelli@symphonia.it
andrea.peck@uk.fid-intl.com
andrea.personeni@cassalombarda.it
andrea.pomes@bnlmail.com
andrea.povero@sella.it
andrea.prampolini@bancaprofilo.it
andrea.prampolini@hsh-nordbank.co.uk
andrea.quapp@juliusbaer.com
andrea.rabusin@am.generali.com
andrea.raedler@credit-suisse.com
andrea.reinwald@wuestenrot.de
andrea.rescalli@mediolanum.it
andrea.riva@bancalombarda.it
andrea.rockermeier@dit.de
andrea.roner@credit-suisse.com
andrea.rotti@ersel.it
andrea.rutigliani@bnpparibas.com
andrea.scaffidi@eu.watsonwyatt.com
andrea.schinle@siemens.com
andrea.schkolne@morganstanley.com

andrea.schneider@vontobel.ch
andrea.schubert@apobank.de
andrea.siebel@commerzbank.com
andrea.sigon@bancagesfid.com
andrea.solari@bsibank.com
andrea.spallaccini@eurosgr.it
andrea.spallacini@eurosgr.it
andrea.spiniello@postbank.de
andrea.stanton@axa-im.com
andrea.stolz@gz-bank.de
andrea.szabo-kelly@de.rcm.com
andrea.tamagini@intesasanpaolo.com
andrea.tavoni@pioneerinvest.it
andrea.thielen@adig.lu
andrea.thomas@thrivent.com
andrea.trainer@threadneedle.co.uk
andrea.trozzi@gs.com
andrea.ueberschaer@dws.de
andrea.vathje@opppenheim.de
andrea.vaz-koenig@ba-ca.com
andrea.wastell@barclaysglobal.com
andrea.waterhouse@pharma.novartis.com
andrea.wheeler@ibtco.com
andrea.williams@rlam.co.uk
andrea.williams@sun.com
andrea.zanoccoli@bsibank.com
andrea.zaralli@capitalia-am.com
andrea.zavolta@arcafondi.it
andrea.zenzen@oppenheim.de
andrea@ardsley.com
andrea_d'abramo@ssga.com
andrea_kantor@bankone.com
andrea_m_tomb@vanguard.com
andrea_ruff.waterhouse@pharma.novartis.com
andreaf@ikos.com.cy
andreak@msfi.com
andreal.durbin@rainierfunds.com
andream@bloomberg.net
andreas.anschperger@dit.de
andreas.bamberg@dgzbank.de
andreas.bartels@de.rcm.com
andreas.bayer@ampegagerling.de
andreas.becker@fm.nrw.de
andreas.berger@juliusbaer.com

andreas.bergman@aktia.fi
andreas.berndt@pimco.com
andreas.billmeyer@nuernberger.de
andreas.birk@l-bank.de
andreas.bluemke@juliusbaer.com
andreas.bockberger@rcm.at
andreas.bode@dresdner-bank.lu
andreas.boden@oppenheim.de
andreas.boeger@db.com
andreas.bohn@hypovereinsbank.de
andreas.bonk@hvb.de
andreas.brandt@union-investment.de
andreas.brogle@cbve.com
andreas.brugger@juliusbaer.com
andreas.burhoi@db.com
andreas.burkhardt@lbbw.de
andreas.burth@cominvest-am.com
andreas.buttinger@erstebank.at
andreas.chorus@lbbw.de
andreas.chwalek@db.com
andreas.cziborra@westhyp.de
andreas.daenzer@efv.admin.ch
andreas.deeng@ksk-bc.de
andreas.denger@db.com
andreas.doerrenhaus@db.com
andreas.duerkes@db.com
andreas.eberhardt@rlb-noe.raiffeisen.at
andreas.engesser@bayernlb.de
andreas.esau@morganstanley.com
andreas.esser@mannheimer.de
andreas.fehrenbach@activest.de
andreas.feick@dws.com
andreas.feller@vontobel.ch
andreas.fendl@hyporealestate.de
andreas.fenner@postbank.de
andreas.fischle@wuestenrot.de
andreas.fleischmann@ba-ca.grou
andreas.framke@hsh-nordbank.com
andreas.freihofer@ubs.com
andreas.frey@credit-suisse.com
andreas.frieden@sarasin.ch
andreas.froehlich@rmf.ch
andreas.fruschki@allianzgi.de
andreas.funk@postbank.de

andreas.fuths@ruv.de
andreas.gartner@sebam.de
andreas.gerber@sl-am.com
andreas.gerlicher@deka.de
andreas.gerner@ksk-bc.de
andreas.gevay@hvb.de
andreas.giger@aam.ch
andreas.grob@juliusbaer.com
andreas.gruber@allianz.de
andreas.gyger@stg.ch
andreas.h.schmidt@bayernlb.de
andreas.habluetzel@zkb.ch
andreas.hahn@lrp.de
andreas.hajialexandrou@hsbcib.com
andreas.hammes@geninvest.de
andreas.hannappel@blb.de
andreas.hansen@alfredberg.se
andreas.heiberg@norgeskreditt.no
andreas.heinsius@cigna.com
andreas.herth@credit-suisse.com
andreas.hinck@bankcoop.ch
andreas.hinz@ubs.com
andreas.hoefert@ubs.com
andreas.hoffmann@kfw.de
andreas.hollenstein@credit-suisse.com
andreas.holzer@zkb.ch
andreas.hug@ubs.com
andreas.hunzinger@stg.ch
andreas.janke@sparkasse-hannover.de
andreas.jantzen@dghyp.de
andreas.jonson@cim.se
andreas.jost@csam.com
andreas.junk@dzi.lu
andreas.kampe@bayerninvest.de
andreas.kappeler@claridenleu.com
andreas.kappler@claridenleu.com
andreas.katteneder@uk.nomura.com
andreas.keck@acm-adam.de
andreas.keller@aigprivatebank.com
andreas.keller@claridenleu.com
andreas.kempf@pharma.novartis.com
andreas.kempter@ui-gmbh.de
andreas.knoop@kfw.de
andreas.koenig@activest.de

andreas.kohler@trs.state.tx.us
andreas.kopietz@nordlb.de
andreas.kotzem@dit.de
andreas.koukorinis@db.com
andreas.kraemer@postbank.de
andreas.kraft@first-privat.de
andreas.krebs@commerzbank.com
andreas.kroetzsch@hsh-nordbank.de
andreas.kronblad@danskebank.se
andreas.krysl@hvb.de
andreas.kysela@wienerstadtwerke.at
andreas.lachs@erstebank.at
andreas.lechte@nordlb.de
andreas.leichter@ubs.com
andreas.libske@nordlb.de
andreas.lingenfelder@wuestenrot.de
andreas.lippold@vontobel.de
andreas.loeliger@juliusbaer.com
andreas.lohmann@cominvest-am.com
andreas.lorenz@cominvest.de
andreas.luethi@sarasin.ch
andreas.madl@ba-ca.com
andreas.maechler@csam.com
andreas.maerk@ubs.com
andreas.mailaender@wgzbank.de
andreas.marcinkowski@activest.de
andreas.mark@union-investment.de
andreas.marnett@oppenheimprumerica.de
andreas.marquardt@ui-gmbh.de
andreas.martin@blb.de
andreas.marz@amg-invest.de
andreas.mayr@fortis.lu
andreas.menke@allfonds-bkg.de
andreas.michalitsianos@jpmorgan.com
andreas.moon@morganstanley.com
andreas.moran@ba-ca.com
andreas.mosimann@commerzbank.ch
andreas.muehlemann@akb.ch
andreas.mueller.6@credit-suisse.com
andreas.mueller.7@csam.com
andreas.mueller@kfw.de
andreas.mueller@noehypo.at
andreas.muenst@ubs.com
andreas.nedoma@credit-suisse.com

andreas.nestel@ikb.de
andreas.neugebauer@dzbank.de
andreas.nigg@vontobel.ch
andreas.nockel@westimmobank.de
andreas.p.dische@jpmorgan.com
andreas.pehla@bankgesellschaft.de
andreas.petrie@helaba.de
andreas.plattner@sarasin.ch
andreas.puy@telekom.de
andreas.rachor@juliusbaer.com
andreas.racz@erstebank.at
andreas.rein@erstebank.at
andreas.riedel@dresdner-bank.ch
andreas.riegler@rcm.at
andreas.ritter2@dresdner-bank.com
andreas.ritzi@fmf.ch
andreas.roca@claridenleu.com
andreas.roehrscheid@dekabank.de
andreas.roemer@dws.com
andreas.saamann@kfw.de
andreas.sarbach@vontobel.ch
andreas.saucedo@morganstanley.com
andreas.schaefer@activest.de
andreas.schatzler@nordlb.de
andreas.schenk@wuertt-hyp.de
andreas.scherrer@ubs.com
andreas.schindler@s-versicherung.at
andreas.schipull@westam.com
andreas.schmidlin@ubs.com
andreas.schmidt@csam.com
andreas.schmidt@hauck-aufhaeuser.de
andreas.schmidt@oppenheim.de
andreas.schreib@erstebank.at
andreas.schroeter@allianzgi.de
andreas.schubert@hsh-nordbank.com
andreas.schulte-kemper@essenhyp.com
andreas.schulze@allianzgi.de
andreas.schuster@fandc.co.uk
andreas.schuster@pioneerinvestments.at
andreas.schwab@siemens.com
andreas.schwichtenberg@vuw.de
andreas.schwyn@rbscoutts.com
andreas.seitz@allianzgi.de
andreas.sidler@ubs.com

andreas.sigg@rbscoutts.com
andreas.speer@creditsuisse.com
andreas.sperl@airbus.com
andreas.spitzauer@telekom.de
andreas.spitzhuettl@union-investment.de
andreas.spring@credit-suisse.com
andreas.spuhler@hyporealestate.de
andreas.staftenberg@lampebank.de
andreas.stalder@lukb.ch
andreas.stehr@sachsenlb.de
andreas.stoschek@hilti.com
andreas.tonn@kfw.de
andreas.ulrich@raiffeisen.ch
andreas.urban@dzbank.de
andreas.vambrie@bayernlb.de
andreas.van.den.berg@philips.com
andreas.velten@deka.de
andreas.venditti@zkb.ch
andreas.vester@hsbctrinkaus.de
andreas.vielemann@lrp.de
andreas.vogelsanger@juliusbaer.com
andreas.vonsalis@swisslife.ch
andreas.voss@am-gruppe.de
andreas.waeger@swisscanto.ch
andreas.waelter@juliusbaer.com
andreas.wagner01@hypovereinsbank.de
andreas.waldeburg@threadneedle.co.uk
andreas.webster@nordea.com
andreas.weicherding@cominvest-am.lu
andreas.wein@ib.bankgesellscaft.de
andreas.weis@dekabank.de
andreas.weiss@hauck-aufhaeuser.de
andreas.wendelken@db.com
andreas.wengler@apobank.de
andreas.wenzek@deka.de
andreas.wex@dresdner-bank.com
andreas.wiechmann@sgcib.com
andreas.wiklund@vattenfall.com
andreas.wilke@nordlb.de
andreas.winterberg@oppenheim.de
andreas.wismer@bcv.ch
andreas.wittenzellner@lbb.de
andreas.wodara@duesshyp.de
andreas.wollheim@ap1.se

andreas.wosol@pioneerinvestments.com
andreas.wuerfel@usa.telekom.de
andreas.wuermeling@ahbr.de
andreas.x.hansson@seb.se
andreas.zerssen@dekabank.de
andreas.ziegler@wgzbank.de
andreas.zoellinger@blackrock.com
andreas.zollinger@akb.ch
andreas_graf@swissre.com
andreas_hillebrand@swissre.com
andreas_maeutner@hypobank.co.at
andreas_steinmann@gothaerre.de
andreas_strate@westlb.de
andreas_weber@swissre.com
andreasdaniel_knecht@swissre.com
andreasg.zetzsche@rwe.com
andreas-za.rueegg@ubs.com
andred@iadb.org
andreg.mueller@juliusbaer.com
andrei.gordoliov@uk.fid-intl.com
andrei.gorodilov@fidelity.com
andrei.kobzar@puilaetco.be
andrei.morosanu@lazard.com
andrei.paraschivescu@citadelgroup.com
andrei.pastor@bankofamerica.com
andrei.tcharouchine@mosnar.com
andrei_kasianenko@notes.ntrs.com
andreino.forni@juliusbaer.com
andrej.antonijevic@ingim.com
andrej.grossmann@ubs.com
andrej.haenni@juliusbaer.com
andrej.kledzik@robur.se
andrej.kollar@lbb.de
andrej.subaric@zkb.ch
andrej_sinicyn@koba.sk
andreja.cobeljic@gs.com
andrejs@bloomberg.net
andrepeter.horovitz@erstebank.av
andres.allende@credit-suisse.com
andres.cazenave@hsbcrepublic.com
andres.cook@aiminvestments.com
andres.feal@bgl.lu
andres.harr@ubs.com
andres.jaramillo@si.shell.com

andres.m.jaramillo@si.shell.com
andres.pomar@andbanc.com
andres.recoder@ssmb.com
andres.salazar@rabobank.com
andres.sercovich@inginvestment.com
andres.tcach@intel.com
andres_a@telefonicamoviles.com
andres_balcazar@blackrock.com
andres_finkielsztain@sfmny.com
andres_montoya@putnam.com
andres_velasco@ksg.harvard.edu
andressa.tezine@aig.com
andreujordi@bancsabadell.com
andrevh@bloomberg.net
andrew.a.king@uk.abnamro.com
andrew.acheson@pioneerinvest.com
andrew.adams@usbank.com
andrew.addison@fmr.com
andrew.arbesman@ppmamerica.com
andrew.archer@glgpartners.com
andrew.arnold@micorp.com
andrew.arton@53.com
andrew.astheimer@morganstanley.com
andrew.atkins@truscocapital.com
andrew.b.murray@morganstanley.com
andrew.bailey@bankofengland.co.uk
andrew.balls@pimco.com
andrew.baron@uboc.com
andrew.barr@tilney.com
andrew.bartlett@credit-suisse.com
andrew.beashel@blackrock.com
andrew.beech@britannia.co.uk
andrew.beresford.davies@eu.nabgroup.com
andrew.beresford-davies@credit-suisse.com
andrew.berry@barclaysglobal.com
andrew.berry@rabobank.com
andrew.biggs@citadelgroup.com
andrew.black@citicorp.com
andrew.blackler@btfinancialgroup.com
andrew.blair-rains@rbccm.com
andrew.bonfield@bg-group.com
andrew.bonita@lazard.com
andrew.boshoff@csfb.com
andrew.bouffard@aig.com

andrew.bound@gs.com
andrew.bourke@augustus.co.uk
andrew.bowman@glgpartners.com
andrew.boyd@fmr.com
andrew.brodie@db.com
andrew.brodie@mhcb.co.uk
andrew.brown@fandc.com
andrew.burdis@morleyfm.com
andrew.burgess@gibuk.com
andrew.burke@resolutionplc.com
andrew.burke@uk.royalsun.com
andrew.burzumato@fmr.com
andrew.cahill@ubs.com
andrew.carter@gartmore.com
andrew.carter@rlam.co.uk
andrew.carter@threadneedle.co.uk
andrew.cavalli@hcmny.com
andrew.cheung@citigroup.com
andrew.chin@bernstein.com
andrew.choe@ge.com
andrew.chou@ge.com
andrew.clark1@fafadvisors.com
andrew.clifton@ubs.com
andrew.cope@hsbcam.com
andrew.cormack@mandg.co.uk
andrew.cramer@redwoodtrust.com
andrew.crawford@threadneedle.co.uk
andrew.cree@depfa.com
andrew.creedon@sunlife.com
andrew.d.gibson@us.hsbc.com
andrew.d.goldberg@jpmorgan.com
andrew.dales@axa-im.com
andrew.dales@barclaysglobal.com
andrew.dalgleish@barclaysglobal.com
andrew.dallas.smith@fmr.com
andrew.davis@moorecap.com
andrew.davis@ncfcorp.com
andrew.day@barclayscapital.com
andrew.decastro@ge.com
andrew.defino@blackrock.com
andrew.devlin@gs.com
andrew.dickinson@csam.com
andrew.diebold@53.com
andrew.docker@rabobank.com

andrew.donnelly@britannia.co.uk
andrew.dove@aegon.co.uk
andrew.downer@himco.com
andrew.dudley@fmr.com
andrew.dunham@nationalcity.com
andrew.e.dete@dartmouth.edu
andrew.edmondson@lgim.co.uk
andrew.edmonson@ashmoregroup.com
andrew.emory@scm-lp.com
andrew.eschenbach@wamu.net
andrew.essig@barclaysglobal.com
andrew.fairman@thederbyshire.co.uk
andrew.falco@fidelity.com
andrew.fellingham@kochglobalcapital.com
andrew.feltus@pioneerinvest.com
andrew.fent@commercebankc.com
andrew.fisher@barclays.co.uk
andrew.flack@mercantile.com
andrew.fleming@aegon.com
andrew.fleming@gb.abnamro.com
andrew.flynn@tudor.com
andrew.forshaw@cis.co.uk
andrew.fraser@anfis.co.uk
andrew.fraser@swipartnership.co.uk
andrew.freris@bnpparibas.com
andrew.g.newman@chase.com
andrew.g.sinkinson@jpmorgan.com
andrew.gautier@ustrust.com
andrew.gellert@tudor.com
andrew.giaime@hcmny.com
andrew.gibb@aegon.co.uk
andrew.gibbins@caam.com
andrew.giles@insightinvestment.com
andrew.gillan@aberdeen-asset.com
andrew.gillis@inginvestment.com
andrew.gillmer@redwoodtrust.com
andrew.golec@be.gm.com
andrew.golub@hypointernational.com
andrew.gorczyk@opcap.com
andrew.gordon@blackrock.com
andrew.green@investecmail.com
andrew.greenberg@wellscap.com
andrew.greenby@blackrock.com
andrew.greetham@uk.fid-intl.com

andrew.grijns@ashmoregroup.com
andrew.gundlach@asbai.com
andrew.h.miller@jpmorgan.com
andrew.hadley-grave@cspb.com
andrew.hagedorn@huntington.com
andrew.hahn@raymondjames.com
andrew.harding@nationalcity.com
andrew.harley@bankofengland.co.uk
andrew.harmstone-rakowski@morganstanley.com
andrew.harnischfeger@prudential.com
andrew.harrison@barclaysglobal.com
andrew.hatem@fmr.com
andrew.hauser@bankofengland.co.uk
andrew.hay@biam.boi.ie
andrew.hayes@ubsw.com
andrew.hayward@resolutionplc.com
andrew.heiskell@mutualofamerica.com
andrew.herberts@swipartnership.co.uk
andrew.herenstein@lazard.com
andrew.higginson@uk.tesco.com
andrew.hills@threadneedle.co.uk
andrew.ho@ubs.com
andrew.hodson@ers.state.tx.us
andrew.hokenson@piercap.com
andrew.holliman@threadneedle.co.uk
andrew.hong@bernstein.com
andrew.hopson@ba-ca.com
andrew.houghton@gibuk.com
andrew.hsu@tcw.com
andrew.hung@jpmorganfleming.com
andrew.hutchinson@nationwide.co.uk
andrew.huxstep@fortis.com
andrew.hwang@caam.com
andrew.j.harris@citigroup.com
andrew.j.kazior@jpmchase.com
andrew.j.orchard@jpmorganfleming.com
andrew.j.powell@jpmorgan.com
andrew.jackson@sgam.co.uk
andrew.jameson@bis.org
andrew.jenkins@uk.fid-intl.com
andrew.jenkins@usaa.com
andrew.jenner@uk.mufg.jp
andrew.johnston@db.com
andrew.jones@blackrock.com

andrew.jones2@bmo.com
andrew.k.reid@barclays.com
andrew.kabala@lazard.com
andrew.kaufman@blackrock.com
andrew.kehnle@alliancebernstein.com
andrew.kerridge@citigroup.com
andrew.kiely@mondrian.com
andrew.king@au.abnamro.com
andrew.kluth@ngtgroup.com
andrew.kohl@midstates.org
andrew.kojima@silchester.com
andrew.krull@blackrock.com
andrew.l.brunson@bankofamerica.com
andrew.l.royle@usa.dupont.com
andrew.lacey@lazard.com
andrew.lake@fandc.com
andrew.lamb@barings.com
andrew.lane@ubs.com
andrew.larson@ubs.com
andrew.law@bpm.it
andrew.le@mercantile.com
andrew.lee@tcw.com
andrew.lee@wooribank.com
andrew.lees@aiminvestments.com
andrew.leger@blackrock.com
andrew.lenskold@credit-suisse.com
andrew.levy@bt.com
andrew.lewin@uk.fid-intl.com
andrew.lewis@aig.com
andrew.lin@deshaw.com
andrew.lindsay@uk.fid-intl.com
andrew.linford@glgpartners.com
andrew.logsdon@alcoa.com
andrew.lynch@pioneerinvestments.com
andrew.m.whelan@aib.ie
andrew.m.wilson@fmr.com
andrew.mackenzie@mailpoalim.co.uk
andrew.maclachlan@fandc.com
andrew.maclaren@ubs.com
andrew.macleod@fortisinvestments.com
andrew.maggio@morganstanley.com
andrew.malek@morganstanley.com
andrew.mann@gartmore.com
andrew.marchese@fmr.com

andrew.marks@nbf.ca
andrew.marshak@credit-suisse.com
andrew.marshall@gartmore.com
andrew.martin@uk.fid-intl.com
andrew.maschhoff@db.com
andrew.maselli@corporate.ge.com
andrew.mcconnell@bnpparibas.com
andrew.mccormick@impaccompanies.com
andrew.mcdonald@usbank.com
andrew.mcguire@ubs.com
andrew.mckaig@aegon.co.uk
andrew.mckinlay@blackrock.com
andrew.meister@thrivent.com
andrew.middleton@juliusbaer.com
andrew.millington@bailliegifford.com
andrew.mitchell@lbb.de
andrew.moffat@cis.co.uk
andrew.montford@uk.mufg.jp
andrew.moss@aviva.com
andrew.motion@transmaket.co.uk
andrew.moylan@ing.com.au
andrew.mulberry@tudor.com
andrew.munn@morganstanley.com
andrew.munn@rbccm.com
andrew.munro@aegon.co.uk
andrew.murphy@morganstanley.com
andrew.murray@everbank.com
andrew.myerson@bbh.com
andrew.nagele@lgim.co.uk
andrew.neilson2@scottishpower.plc.uk
andrew.ness@db.com
andrew.ness@swip.com
andrew.nesse@nordstrom.com
andrew.noonan@gecapital.com
andrew.norris@aberdeen-asset.com
andrew.norris@lazard.com
andrew.november@swipartnership.co.uk
andrew.obrien@morganstanley.com
andrew.obrien@usbank.com
andrew.oconnell@micorp.com
andrew.ofori@gs.com
andrew.oh@fmr.com
andrew.ohara@fandc.com
andrew.onslow@morganstanley.com

andrew.orchard@gs.com
andrew.p.brandon@jpmorgan.com
andrew.p.haas@usbank.com
andrew.p.pickup@jpmchase.com
andrew.palmer@group.landg.com
andrew.park@tcw.com
andrew.parower@aig.com
andrew.parr@fmr.com
andrew.pearson@fmr.com
andrew.peskin@mortgage.wellsfargo.com
andrew.petitjean@morganstanley.com
andrew.phillips@icgplc.co.uk
andrew.porter@mondrian.com
andrew.posen@morganstanley.com
andrew.potter@alliancebernstein.com
andrew.pratt@db.com
andrew.preston@aberdeen-asset.com
andrew.r.clark-hutchison@aib.ie
andrew.r.guest@jpmorgan.com
andrew.r.walton@norwich-union.co.uk
andrew.r@gordian.co.uk
andrew.raab@lazard.com
andrew.rand@db.com
andrew.randak@bbh.com
andrew.randell@morleyfm.com
andrew.reed@micorp.com
andrew.reiss@alliancebernstein.com
andrew.rem@fafadvisors.com
andrew.rendell@resolutionplc.com
andrew.renouf@credit-suisse.com
andrew.rhodes@ikb.de
andrew.richardson@threadneedle.co.uk
andrew.roberts@britannia.co.uk
andrew.robertson@pimco.com
andrew.robinson@nordlb.com
andrew.robinson@rabobank.com
andrew.rose@schroders.com
andrew.rosti@mercantile.com
andrew.rudolph@bankofamerica.com
andrew.ruskulis@mackayshields.com
andrew.russ@columbiamanagement.com
andrew.russell@gartmore.com
andrew.russell@us.bacai.com
andrew.rydon@axa-im.com

andrew.s.duff@pjc.com
andrew.saideman@westlb.com
andrew.sarnie@bankofamerica.com
andrew.schleiger@advantuscapital.com
andrew.schlossberg@ssmb.com
andrew.schlumper@pioneerinvest.com
andrew.schonfeld@bbh.com
andrew.sewell@citadelgroup.com
andrew.shankland@bankofengland.co.uk
andrew.shilston@london.entoil.com
andrew.shinn@morganstanley.com
andrew.shipman@allegiantgroup.com
andrew.shire@us.hsbc.com
andrew.shogan@morganstanley.com
andrew.simmons@arabbank.co.uk
andrew.singer@blackrock.com
andrew.smith@gibuk.com
andrew.smith@tudor.com
andrew.snowball@augustus.co.uk
andrew.soffler@deshaw.com
andrew.south@btfinancialgroup.com
andrew.spencer@barclaysglobal.com
andrew.stanners@aberdeen-asset.com
andrew.stapleton@ercgroup.com
andrew.stobart@bailliegifford.com
andrew.strathdee@bailliegifford.com
andrew.strickland@53.com
andrew.stringer@mhcb.co.uk
andrew.strommen@ubs.com
andrew.strong@threadneedle.co.uk
andrew.susser@mackayshields.com
andrew.sutherland@standardlife.com
andrew.sutphin@ubs.com
andrew.sutton@uk.mufg.jp
andrew.swanson@fmr.com
andrew.t.lim@jpmorgan.com
andrew.tan@hk.nomura.com
andrew.taubman@fmr.com
andrew.telfer@bailliegifford.com
andrew.tennant@wellsfargo.com
andrew.thompson@lloydstsb.co.uk
andrew.thornhill@rbccm.com
andrew.thut@blackrock.com
andrew.tipper@seb.se

andrew.tj.hsu@morganstanley.com
andrew.townsend@rabobank.com
andrew.trombley@moorecap.com
andrew.tucker@bbh.com
andrew.tunks@omam.co.uk
andrew.turner@uk.fid-intl.com
andrew.tusa@db.com
andrew.tytel@moorecap.com
andrew.ulland@blackrock.com
andrew.verplanck@gartmore.com
andrew.viney@rabobank.com
andrew.w.clouse@jpmchase.com
andrew.w.may@jpmchase.com
andrew.w.olson@pjc.com
andrew.waddington@btfinancialgroup.com.au
andrew.waisburd@harrisbank.com
andrew.walker@janus.com
andrew.waller@anz.com
andrew.wang@fenb-us.com
andrew.warwick@blackrock.com
andrew.watson@calyon.com
andrew.wealls@barclaysglobal.com
andrew.weir@uk.fid-intl.com
andrew.wessel@blackrock.com
andrew.white@avmltd.com
andrew.white@rbccm.com
andrew.white@ubs.com
andrew.wickham@insightinvestment.com
andrew.widdop@nomura.co.uk
andrew.widdows@barclaysglobal.com
andrew.wigren@fmr.com
andrew.wilkins@ubs.com
andrew.wilkoff@moorecap.com
andrew.willans@us.standardchartered.com
andrew.williamson-jones@blackrock.com
andrew.wilmont@axa-im.com
andrew.wilson@fortis.com
andrew.wilson@insightinvestment.com
andrew.wilton@blackrock.com
andrew.windmueller@fmr.com
andrew.winn@barclaysglobal.com
andrew.wise@barcap.com
andrew.wiseman@ljpc.com
andrew.wong@ubs-oconnor.com

andrew.woo@aberdeen-asset.com
andrew.wood@lloydstsb.co.uk
andrew.woodley@fandc.com
andrew.woods@cw.com
andrew.worth@jpmorgan.com
andrew.wrathall@baesystems.com
andrew.wright@moorecap.co.uk
andrew.x.stern@jpmorgan.com
andrew.xiao@ge.com
andrew.y.t.chan@hsbcpb.com
andrew.yeates@us.hsbc.com
andrew.yee@fmr.com
andrew.yeend@hsh-nordbank.com
andrew.yeowell@fandc.com
andrew.yong@claridenleu.com
andrew.yost@wachovia.com
andrew.yuen@barcap.com
andrew@bankisrael.gov.il
andrew@boc.or.kr
andrew@bok.or.kr
andrew@steginsky.com
andrew@tudor.com
andrew_beal@nacm.com
andrew_belshaw@blackrock.com
andrew_bolton@blackrock.com
andrew_boschi@nylim.com
andrew_chai@swissre.com
andrew_chlumecky@putnam.com
andrew_chodorow@ssga.com
andrew_couch@newton.co.uk
andrew_cripps@britamtob.com
andrew_d_kominik@fleet.com
andrew_demko@lnotes3.bankofny.com
andrew_dyson@blackrock.com
andrew_fahey@putnam.com
andrew_feng@freddiemac.com
andrew_fensome@gb.smbcgroup.com
andrew_freeman@freddiemac.com
andrew_goodale@ssga.com
andrew_graham@putnam.com
andrew_headley@newton.co.uk
andrew_hodder@bankofscotland.co.uk
andrew_holdsworth@cargill.com
andrew_horoszczak@acml.com

andrew_hsiai@nylim.com
andrew_hyman@troweprice.com
andrew_j_givens@victoryconnect.com
andrew_jacobson@rsausa.com
andrew_jones@hen.invesco.com
andrew_kandolha@agfg.com
andrew_kosche@ustrust.com
andrew_kyle@troweprice.com
andrew_liggio@ml.com
andrew_maack@vanguard.com
andrew_mack@cargill.com
andrew_matteis@putnam.com
andrew_mc_wu@hkma.gov.hk
andrew_mccormick@fanniemae.com
andrew_milligan@standardlife.com
andrew_norris@scudder.com
andrew_obin@ml.com
andrew_oliver@blackrock.com
andrew_pace@conning.com
andrew_robbins@blackrock.com
andrew_rofe@ldn.invesco.com
andrew_shard@invescoperpetual.co.uk
andrew_silver@ml.com
andrew_smith@canadalife.com
andrew_sommers@putnam.com
andrew_stanbury@prusec.com
andrew_stephenson@rhco.com
andrew_tait@westlb.co.uk
andrew_tay@commerzbank.com.sg
andrew_tenczar@ssga.com
andrew_w_withers@fleet.com
andrew_walker@standardlife.com
andrew_ward@aon.com
andrew_weinman@americancentury.com
andrew1.jackson@hsbcgroup.com
andrewb@scm-lp.com
andrewb_brown@conning.com
andrewcree@kbluxembourg.ie
andrewcurtin@angloirishbank.ie
andrew-db.chan@aig.com
andrew-gcd.smith@db.com
andrewhuang@cathaylife.com.tw
andrewm1@nationwide.com
andrewmartin@us.nomura.com

andrewnwh@dbs.com
andrewodonohoe@angloirishbank.ie
andrewprekop@northwesternmutual.com
andrewr@firstcharter.com
andrewrelph@gic.com.sg
andrews@bessemer.com
andrewt@mcm.com
andrewtan@gic.com.sg
andreww@premierfunds.co.uk
andrewwassweiler@northwesternmutual.com
andrewyeo@temasek.com.sg
andrewyu@gic.com.sg
andre-xavier.fougerat@dexia-am.com
andrey.ovchinnikov@uk.fid-intl.com
andri.cantieni@bsibank.com
andria_sandora@em.fcnbd.com
andriana.oikonomopoulou@rbscoutts.com
andries.hoekema@rabobank.com
andriy.bulava@inginvestment.com
andriy.pokotilov@wamu.net
andrzej.blachut@juliusbaer.com
andrzej.krzeminski@bph.pl
andsv@danskebank.dk
andth@uk.danskebank.com
andy.acker@janus.com
andy.banks@lgim.co.uk
andy.booth@uk.abnamro.com
andy.bourne@gb.vodafone.co.uk
andy.brown@cedarrockcapital.com
andy.burrell@barclaysglobal.com
andy.carter@fandc.com
andy.cawker@insightinvestment.com
andy.chang@blackrock.com
andy.christensen@state.mn.us
andy.clark@bnymellon.com
andy.conway@us.rbcds.com
andy.cope@barcap.com
andy.cope@barclayscapital.com
andy.cumming@lloydstsb.co.uk
andy.damm@blackrock.com
andy.davis@pharma.novartis.com
andy.dean@resolutionplc.com
andy.denham@bbh.com
andy.eesy@uobgroup.com

andy.evans@insightinvestment.com
andy.frepp@swipartnership.co.uk
andy.gabor@americas.bnpparibas.com
andy.gang@ubs.com
andy.gray@swipartnership.co.uk
andy.hartley@barclaysglobal.com
andy.hill@gs.com
andy.hinde@rbccm.com
andy.hunt@barclaysglobal.com
andy.jetter@fhlbtopeka.com
andy.kanfer@bmo.com
andy.kastner@csam.com
andy.kastner@juliusbaer.com
andy.kohnke@thehartford.com
andy.lui@bis.org
andy.macdonald@morleyfm.com
andy.maniwa@japan.gartmore.com
andy.mann@baesystems.com
andy.martin@ubs.com
andy.mcclean@northernrock.co.uk
andy.munday@hsbcam.com
andy.palmer@state.tn.us
andy.payne@barcap.com
andy.perets@moorecap.com
andy.playle@swipartnership.co.uk
andy.pollock@first-franklin.com
andy.poon@scotiabank.com
andy.richman@suntrust.com
andy.robbins@zionsbank.com
andy.roelli@lloydsbank.ch
andy.s.ryden@hsbc.com
andy.sassine@fmr.com
andy.sawyer@threadneedle.co.uk
andy.scace@rbccm.com
andy.schleiger@ppmamerica.com
andy.sirkis@redwoodtrust.com
andy.smith@axaframlington.com
andy.summers@janus.com
andy.szabo@phxinv.com
andy.tam@janus.com
andy.taylor@db.com
andy.tikofsky@schwab.com
andy.tillman@micorp.com
andy.tomsho@wachovia.com

andy.tyrell-clark@eu.nabgroup.com
andy.vanlaer@fortisinvestments.com
andy.wace@axa-im.com
andy.ward@ngc.com
andy.waugh@tudor.com
andy.witten@ubs.com
andy.wong@citigroup.com
andy.yang@ap.ing.com
andy.yu@chinatrust.com.tw
andy.zhu@lazard.com
andy@boigm.com
andy@ellington.com
andy@epsilonfunds.com
andy@jyskebank.dk
andy@kdb.co.kr
andy@ksmanagement.com
andy@stw.com
andy@watermarkgroup.com
andy@woodfern.com
andy_chen@megabank.com.tw
andy_clayton@notes.ntrs.com
andy_crossley@hen.invesco.com
andy_drol@calpers.ca.gov
andy_gipp@standardlife.com
andy_kiehl@invesco.com
andy_mackellow@notes.ntrs.com
andy_rafal@tigerconsumer.com
andy_reul@cargill.com
andy_temming@cinfin.com
andy_townsend@standardlife.com
andy_varey@invescoperpetual.co.uk
andy_warwick@blackrock.com
andy_williams@glenmede.com
andyeng@northwesternmutual.com
andy-fernandes@itochu.co.jp
andyfinks@caterpillar.com
andyh@mcm.com
andyhung@cathaylife.com.tw
andylee@gic.com.sg
andym@matrixlp.com
andymcintosh@bankofny.com
andyofee@bloomberg.net
andyqu@cmbchina.com
andyt@ellington.com

andytha.soemitro@danamon.co.id
andytsai@cathaylife.com.tw
aneek.saha@fmr.com
aneep_d_maniar@victoryconnect.com
aneesa.agha@dartmouth.edu
aneesh.menon@ae.abnamro.com
aneesh.partap@citadelgroup.com
aneet.deshpande@allegiantgroup.com
aneil.ramroop@morleyfm.com
aneszvecsko@epo.org
aneta.manceva@bbh.com
aneta.wynimko@uk.fid-intl.com
aneta@ardsley.com
anette.dyroff@feri.de
anette.hellstom@ap3.se
anette.hjerto@klp.no
anewati1@ford.com
anewma@jmsonline.com
anfb@cgii.com
anfelton@fdic.gov
ang.hui.hui@icprc.com
ang@perrycap.com
ang_l_middleton@fanniemae.com
angeern@gic.com.sg
angel.agudo@uk.fid-intl.com
angel.bunesch@ubs.com
angel.chen@email.chinatrust.com.tw
angel.espinar@grupobbva.com
angel.lupercio@umb.com
angel.olofson@dnb.se
angel.ortiz@uk.fid-intl.com
angel.serrat@jpmorgan.com
angel.tello@caixacatalunya.es
angel.ubide@tudor.com
angel.velez@schwab.com
angel_fernandez-ruiz@acml.com
angel_salazar@acml.com
angel-03604@email.esunbank.com.tw
angela.al-alaiwat@arabbank.com.bh
angela.billick@bnpparibas.com
angela.bishop@bapensions.com
angela.bland@insightinvestment.com
angela.c.jones@bankofamerica.com
angela.chen@chinatrust.com.tw

angela.chin@opco.com
angela.choo@meespierson.com.sg
angela.clark@gs.com
angela.conti@db.com
angela.crews@suntrust.com
angela.daloiso-willms@oppenheim.de
angela.dewolff@lodh.com
angela.diamantini@rainierfunds.com
angela.freeman@wellsfargo.com
angela.garay@clf-dexia.com
angela.graham@lodh.com
angela.grim@investecmail.com
angela.guller@mortgage.wellsfargo.com
angela.hillebrand@avmltd.com
angela.kail@bailliegifford.com
angela.krebs@csadvisorypartners.com
angela.lewis@pioneerinvest.com
angela.liu@wamu.net
angela.lockhart@csfb.com
angela.mcdermott@gartmore.com
angela.mclean@resolutionasset.com
angela.modica@moorecap.com
angela.ngo@morleyfm.com
angela.nunn@mondrian.com
angela.o'connor@ny.frb.org
angela.oosterling@axa-im.com
angela.p.degis@citigroup.com
angela.r.thompson@altria.com
angela.santiago@gmam.com
angela.streur@columbiamanagement.com
angela.stueben@hsh-nordbank.com
angela.uttaro@bbh.com
angela.yu@blackrock.com
angela_finn@ssga.com
angela_kw_sze@hkma.gov.hk
angela_lyons@calpers.ca.gov
angela_patel@putnam.com
angeladurrell@gic.com.sg
angelantonio.reale@bancalombarda.it
angelascodellaro@northwesternmutual.com
angelica.hanson@robur.se
angelica.m.quintero@jpmchase.com
angelica.rodriguez.lopez@morganstanley.com
angelica.wilson@aiminvestments.com

angelien.kemna@ingim.com
angelika.brandmaier@helaba.de
angelika.grob@gz-bank.de
angelika.millendorfer@rcm.at
angelika.molak@americas.bnpparibas.com
angelika.schulze@sachsenlb.de
angelika.wehl@sv-versicherungen.de
angelina.chang@credit-suisse.com
angelina.grandel@pnc.com
angelina.tchang@citi.com
angeline.leong-sit@jpmorganfleming.com
angelique.palmen@azl-group.com
angelique.pieterse@pggm.nl
angelita.legaspi@jpmorgan.com
angelo.abbondio@symphonia.it
angelo.antonini@mpsgr.it
angelo.bigoni@ubm.it
angelo.brizi@capitalia-am.com
angelo.cardone@bancalombarda.it
angelo.ceccato@venetobanca.it
angelo.cioffi@sanpaoloimi.com
angelo.corbetta@pioneerinvestments.com
angelo.gasparotto@cibc.ca
angelo.iannella@tkb.ch
angelo.latti@am.generali.com
angelo.lietti@mediolanum.it
angelo.manioudakis@morganstanley.com
angelo.mastromarini@jpmorgan.com
angelo.orlandi@hsbcpb.com
angelo.palermo@mpsgr.it
angelo.papale@ubs.com
angelo.penna@mediolanum.it
angelo.ranaldo@ubs.com
angelo.trementozzi@capitalia-am.com
angelo.vanelli@arcafondi.it
angelo_lovallo@acml.com
angelo_sirignano@manulife.com
angelo_vacirca@glenmede.com
angelos.georgoulis@mytilineos.gr
angelriverag@bppr.com
anggelos.skutaris@clamericas.com
angie.au-yeung@barclaysglobal.com
angie.brudevold@alliance.bernstein.com
angie.goeritz@gartmore.com

angie.hart@insightinvestment.com
angie.marlow@53.com
angie.salam@db.com
angie.wilson@aiminvestments.com
angie@tcbank.com.tw
angie_barksdale@freddiemac.com
angie_halteman@americancentury.com
angie_kavc@victoryconnect.com
angiusd@wellsfargo.com
anglaypheng@gic.com.sg
anglaysuan@gic.com.sg
angsiokbeng@gic.com.sg
angsoo2.kim@hanabank.com
angulez@bloomberg.net
angus.bogle@uk.fid-intl.com
angus.duncan@americas.bnpparibas.com
angus.forbes@glgpartners.com
angus.franklin@bailliegifford.com
angus.halkett@fandc.co.uk
angus.kerr@aberdeen-asset.com
angus.macaskill@london.entoil.com
angus.muirhead@ubs.com
angus.parker@halbis.com
angus.robertson@morleyfm.com
angus.stening@erm.ie
angus.woolhouse@gartmore.com
angus_cameron@westlb.co.jp
angus_pottinger@ldn.invesco.com
angus_steel@deltalloyd.nl
anguscrozier@bloomberg.net
angushui@bloomberg.net
anh.b.le@dartmouth.edu
anh.dung.nguyen@clamericas.com
anh.h.parisi@db.com
anh.mai@caam.com
anh.nguyen@dexia-am.com
anh@jyskebank.dk
anha68@handelsbanken.se
anhsu@bloomberg.net
anhussain@investcorp.com
ani.chitaley@fmr.com
ani.markova@agf.com
anibal.rivera@bgf.gobierno.pr
anibal.taymes@daiwausa.com

anido@bbvapr.com
aniel_chandrikasingh@deltalloyd.nl
anik.sen@aig.com
anika.gielow@de.pimco.com
anika.mueller@dresdner-bank.com
anil.kashyap@chicagogsb.edu
anil.katarya@inginvestment.com
anil.lalchand@tcw.com
anil.rungta@fmr.com
anil.saddi@barclayscapital.com
anil@daiwasbi.com.sg
anil_phull@symantec.com
anila.hoxha@fhlb.com
anilo@credem.it
anily@wharton.upenn.edu
aninda.mitra@bankofamerica.com
anindita.sharma@sg.pimco.com
aninni@spasset.lu
aniruddha.das@pimco.com
anirudh.srivastava@ubs.com
anis.m.lahlou-abid@jpmorgan.com
anish.parvataneni@citadelgroup.com
anish.patel1@ge.com
anish.tawakley@bernstein.com
anisha.hirani@barclaysglobal.com
a-nishi@nochubank.or.jp
a-nishikawa@nissay.co.jp
anit.jain@morganstanley.com
anita.barczewski@axa-im.com
anita.barjenvski@axa-im.com
anita.bhatia@hsh-nordbank.co.uk
anita.erzetic@morganstanley.com
anita.higgins@bglobal.com
anita.hughes@sachsenlb.ie
anita.k.rogers@conocophillips.com
anita.keij@rabobank.com
anita.kelley@inginvestment.com
anita.kelley@inginvestments.com
anita.krishnamoorthy@asbai.com
anita.manoj@morganstanley.com
anita.mcdermot@bnymellon.com
anita.mei@harrisbank.com
anita.mucha@db.com
anita.o'neill@threadneedle.co.uk

anita.ramnarain@db.com
anita.shipp@ge.com
anita.skipper@morleyfm.com
anita.slosberg@us.fortis.com
anita.springer@db.com
anita.sulmann@lodh.com
anita.yu@mizuho-cb.com
anita@swissinv.com
anita_glencoe@bankone.com
anita_griffin@standardlife.com
anita_johal@ustrust.com
anita_xu@ssga.com
anitaowchan@hsbc.com.hk
anivelca.abreu@ge.com
anj1@cornell.edu
anja.beschorner@db.com
anja.bickert@allianz.com
anja.eijking@fandc.com
anja.grenner@jpmorgan.com
anja.hochberg@credit-suisse.com
anja.hohaus@ahbr.de
anja.klockow@dghyp.de
anja.lange@bkb.ch
anja.moesli@claridenleu.com
anja.rolf@deka.de
anja.seyfried@activest.de
anjali.samani@fandc.com
anjani.mediratta@gartmore.com
anjo44@handelsbanken.se
anjum.hoda@jpmorgan.com
anjun.zhou@morganstanley.com
anke.detering@oppenheim.de
anke.m.haux@credit-suisse.com
anke.pelz-michel@dzbank.de
ankit.garg@uk.standardchartered.com
ankush.x.nandra@gsk.com
ankwok@statestreet.com
anl@danskebank.dk
anli.tan@rabobank.com
anma@statoil.com
anmol.mehra@fmr.com
ann.aoyama@rainierfunds.com
ann.arbiol@nestle.com
ann.castro@bhf-bank.com

ann.chan@westernasset.com
ann.chuang@asia.bnpparibas.com
ann.cocquyt@fortis.com
ann.davis@citadelgroup.com
ann.dewar@aberdeen.asset.com
ann.dixon@wachovia.com
ann.doherty@jpmorgan.com
ann.e.heidenreich@jpmorgan.com
ann.falken@se.abb.com
ann.fischer@fmr.com
ann.garland@nationalcity.com
ann.gill@wachovia.com
ann.granquist@ercgroup.com
ann.hunt@chase.com
ann.larsson@ch.abb.com
ann.liu@barclaysglobal.com
ann.lowrey@micorp.com
ann.memery@socgen.com
ann.meyer@janus.com
ann.murphy@juliusbaer.com
ann.murray@uk.fid-intl.com
ann.peterson@columbiamanagement.com
ann.pham@pimco.com
ann.repke@blackrock.com
ann.schulte@stpaul.com
ann.srubar@aiminvestments.com
ann.vandenabeele@generali.be
ann.vazquez@usbank.com
ann_bojka@keybank.com
ann_heffron@scudder.com
ann_hintzman@putnam.com
ann_yf_kwan@hkma.gov.hk
anna.andonova@fmr.com
anna.aroutiounova@bankofamerica.com
anna.badura@bnpparibas.com
anna.baldursdottir@isb.is
anna.baron@morganstanley.com
anna.brodey@insightinvestment.com
anna.chenye@hk.caam.com
anna.chung@soros.com
anna.cobau@bis.org
anna.davydova@fmr.com
anna.deambrosis@realemutua.it
anna.devine@sachsenlb.ie

anna.e.szklarczyk@aibbny.ie
anna.ernberg@towerbrook.com
anna.facchinet@sgam.com
anna.francia@sella.it
anna.garceau@mackayshields.com
anna.gomez@citadelgroup.com
anna.gore@lazard.com
anna.griffel@wamu.net
anna.guglielmetti@csam.com
anna.haemmerli@gs.com
anna.hawley@barclaysglobal.com
anna.jegnell@swedbank.com
anna.joannou@jpmorgan.com
anna.kastrilevich@himco.com
anna.kidd@morganstanley.com
anna.kincannon@agribank.com
anna.koeppel@rwe.dea.com
anna.kouts@hansa.ee
anna.lees-jones@investecmail.com
anna.lindgren@nordea.com
anna.lombani@sanpaoloam.lu
anna.lunden@aig.com
anna.m.kielbratowska@jpmorgan.com
anna.macdonald@threadneedle.co.uk
anna.magnusson@swisslife.de
anna.maher@pioneeraltinvest.com
anna.margot@uk.tesco.com
anna.moro@sella.it
anna.noonan@bnpparibas.com
anna.nordin@dnb.se
anna.nordstrom@ecb.int
anna.olander@ge.com
anna.pandey@ge.com
anna.parisano@pncadvisors.com
anna.peluso@bancaintesa.it
anna.pigott@fortisinvestments.com
anna.piney@insightinvestment.com
anna.powell@gtplc.com
anna.pryde@pimco.com
anna.rosati@bnlmail.com
anna.rounsefell@aberdeen-asset.com
anna.schneebeli@credit-suisse.com
anna.simons@bnpparibas.com
anna.sloan@bailliegifford.com

anna.sperotto@hsbcinvestments.com
anna.stavreska@wachovia.com
anna.stephan@axa-im.com
anna.stevens@insightinvestment.com
anna.suszynska@mf.gov.pl
anna.troup@gs.com
anna.tsyrlova@novartis.com
anna.uppamar@jpmorganfleming.com
anna.vaananen@tapiola.fi
anna.vinci@ecb.int
anna.viviani@bancaintesa.it
anna.von.knorring@swedbank.se
anna.wallentin@db.com
anna.x.haynes@jpmorgan.com
anna@ikos.com.cy
anna_bulkovshteyn@putnam.com
anna_chin@ml.com
anna_dopkin@troweprice.com
anna_hahn@deshaw.com
anna_m_martinez@fanniemae.com
anna_maria.agresti@ecb.int
anna_mitelman@putnam.com
anna_tsu@acml.com
anna_zable@invesco.com
annabel.betz@credit-suisse.com
annabel.chevalier@banque-france.fr
annabel.hornsby@lazard.com
annabel.murday@lloydstsb.co.uk
annabel.varda@pacificlife.com
annabell.annoff@bw-bank.de
annabelle.bexiga@jpmorganflemming.com
annabelle.libeau@bnpparibas.com
annabelle.vinatier@lazard.fr
annabelle.wiriath@credit-agricole-sa.fr
annachuang@gic.com.sg
annaclaudia.furgericaramaschi@mpsgr.it
anna-katharina.zimmel@bawag.com
anna-lena.winberg@ap1.se
annalise.tapia@chase.com
annamaria.antonelli@indesitcompany.com
annamaria.boldrini@sanpaolowm.com
anna-maria.veckman@sampopankki.fi
annamarta.petrilli@lehman.com
annapaola.am.marchi@jpmorgan.com

annapaola.zupo@piaggio.com
annarita.agostoni@mediobanca.it
annarita.consalvi@bnlmail.com
annash@lehman.com
annat@us.ibm.com
annatay@gic.com.sg
anndou.mei@daido-life.co.jp
anne.aguilar@db.com
anne.barker@dit.de
anne.beaudu@caam.com
anne.bourgeois@claridenleu.com
anne.briglia@ubs.com
anne.brooks-senftleben@lbbw.de
anne.budlong@opcap.com
anne.buettener@hypovereinsbank.de
anne.butler@depfa.ie
anne.copperman@nbb.be
anne.demontrond@bnpparibas.com
anne.dixon@fmr.com
anne.domagala@oracle.com
anne.dubon@us.hsbc.com
anne.duncan@scottishwidows.co.uk
anne.eklund@ibtco.com
anne.engen@nordea.com
anne.esler@dartmouth.edu
anne.ezendam@csam.com
anne.farrelly@deshaw.com
anne.fifick@prudential.com
anne.fils@fortisbank.com
anne.fraser@swipartnership.co.uk
anne.froideval@bnpparibas.com
anne.g.kominek@ceridian.com
anne.gagliardini@axa-im.com
anne.gee@transamerica.com
anne.golden@biam.boi.ie
anne.goujon@fortis.lu
anne.gruz@bbl.fr
anne.gruz@mpsa.com
anne.harrison@funb.com
anne.hegarty@pioneeraltinvest.com
anne.hetherington@swipartnership.co.uk
anne.hohbein@xlgroup.com
anne.hua@piercap.com
anne.kristine.skappel@klp.no

anne.leborgne@sgam.com
anne.lemire@smr-invest.com
anne.lester@jpmorganfleming.com
anne.m.thalman@jpmorgan.com
anne.marden@jpmorganfleming.com
anne.marks@amgam.de
anne.matlock@barclaysglobal.com
anne.mcevoy@pfizer.com
anne.minahan@ubs.com
anne.mitchell@fmr.com
anne.montfort@csam.com
anne.n.seeger@exxonmobil.com
anne.nelson@anfis.co.uk
anne.ollier@axa-im.com
anne.opitz@insightinvestment.com
anne.osborne@blackrock.com
anne.pascual@socgen.com
anne.radermecker@fortis.com
anne.rainguez@axa-im.com
anne.renna@citadelgroup.com
anne.robson@morleyfm.com
anne.rodi@caam.com
anne.rosen@fmr.com
anne.rudser@fmr.com
anne.ruffin@caam.com
anne.sander@gecapital.com
anne.sander@genworth.com
anne.saxer@pnc.com
anne.sikora@cnp.fr
anne.tidmore@micorp.com
anne.tschanz@vontobel.ch
anne.verge@sinopia.fr
anne.wong@asia.bnpparibas.com
anne@ardsley.com
anne_b_wachter@vanguard.com
anne_boschert@calpers.ca.gov
anne_breen@standardlife.com
anne_briglia@prusec.com
anne_dickinson@ldn.invesco.com
anne_durgavich@capgroup.com
anne_huynh@nacm.com
anne_spaulding@ustrust.com
anne_vu@nacm.com
annearend@bloomberg.net

anne-berit.christiansen@norges-bank.no
anne-caroline.szybilski@ubs.com
anne-catherine.delaye@dexia-am.com
annecatherine.pingeon@lodh.com
anne-catherine.volders@degroof.lu
anne-cecile.blevin@labanquepostale-am.fr
anne-cecile.de-laulanie@barclays.co.uk
annecelin.chenu@lloydsbank.ch
anne-claire.petit@db.com
annee@tcb-bank.com.tw
annefleurbaaij@gic.com.sg
anne-francoise.doosthove@caam.com
anne-francoise.sorasio@caam.com
anne-francoise.woolf@fortis.lu
annegret.kintzig-solbach@telekom.de
annegret.steinmetz@oppenheim.de
anneke.galema@ingim.com
anne-laure.bronstein@bred.fr
anneli.brummer@swedbank.com
annelie.gabriel@lrp.de
annelie.lakner@electrolux.se
annelise.eschmann@credit-suisse.com
annelise.lengrand@axa-im.com
anne-lise.ugo@ikano.lu
anne-maj.lonnberg@nokia.com
annemarie.dumas@caam.com
annemarie.eckart@axa-im.com
anne-marie.fink@jpmorgan.com
annemarie.flynn@aib.ie
annemarie.french@resolutionasset.com
annemarie.gemma@frbny.sprint.com
anne-marie.heverin@ubs.com
anne-marie.lagarde@saint-gobain.com
anne-marie.main@swipartnership.co.uk
annemarie.mijer-nienhuis@mail.ing.nl
anne-marie.rieu@banque-france.fr
anne-marie.shepherd@gs.com
annemarie.sullivan@mizuhocbus.com
anne-marie.vigneulle@sinopia.fr
annemarie@groupama.fr
anne-marie_corry@westlb.co.uk
anne-marie-sft.morel@edf.fr
anne-marit.flatrud@gjensidige.no
annemieke.coldeweijer@ingim.com

anne-pascale.bauwens@ingim.com
anne-selime.demurard@bnpparibas.com
anne-soife.murphy@swedbank.com
anne-sophie.barette@standardlife.ca
anne-sophie.lebigre@sinopia.fr
anne-sophie.sancerre@unibail-rodamco.com
annete.goeke@bahn.de
annett.baumast@zkb.ch
annett.hempel@telekom.de
annett.solty@bhf-bank.com
annett.wiedemann@db.com
annette.bierweiler@devif.de
annette.detken@kfw.de
annette.fraser@aberdeen-asset.com
annette.guyekordus@associatedbank.com
annette.hellmer@micorp.com
annette.henke@oppenheim.lu
annette.henriksson@riksbank.se
annette.keil@aareal-bank.com
annette.klein@db.com
annette.krause@dexia.de
annette.langner@helaba.de
annette.lebaron@db.com
annette.lobotzki@cnp.fr
annette.love@harrisbank.com
annette.m.croke@aib.ie
annette.morales@blackrock.com
annette.mueller@dzbank.de
annette.o'reilly@boimail.com
annette.pacl-schneeweis@frankfurt-trust.de
annette.shaw@fblfinancial.com
annette.thompson@fmglobal.com
annette.vunderink@ingim.com
annette.weir@citadelgroup.com
annevalere.amo@lodh.com
anneve_y_h997-7746ughes@fleetbank.com
anni15@handelsbanken.se
annick.lauper@ubs.com
annick.santerre@dit.de
annie.balmon-raccah@hsbcpb.com
annie.brunschwig@hsbcpb.com
annie.cheng@sscims.com
annie.chong@morganstanley.com
annie.hsieh@citigroup.com

annie.ji@prudential.com
annie.johnson@northernrock.co.uk
annie.liu@agf.com
annie.mirzaians@pimco.com
annie.raccah@hsbcpb.com
annie.rittgers@dartmouth.edu
annie.tsao@alliancebernstein.com
annie.wy.soo@ing.com.hk
annie.xiao@ers.state.tx.us
annie.yip@bbh.com
annie@rentec.com
annie_kelliher@fanniemae.com
annie_tran@swissre.com
anniechai@hsbc.com.hk
annie-claude.horvilleur@bnpparibas.com
annika.bolin@seb.se
annika.cortellini@bbls.ch
annika.czybulka@ikb-cam.de
annika.falkengren@seb.se
annika.wijkstrom@swedbank.com
annk@woodstockcorp.com
annkato@nochubank.or.jp
annkiong@mfs.com
annli@mail.notes.bank-of-china.com
ann-mari.carlsson@inv.spp.se
annmarie.brown@bmo.com
annmarie.egan@soros.com
annmarie.ferretti@gs.com
ann-marie.hanley@pioneerinvest.com
ann-marie.karlsson@swedbank.se
annmarie.ryan@db.com
annmarie.stanina@advantuscapital.com
annou@gestielle.it
ann-sofie.joensson@ch.abb.com
annukka.tokkari@evli.com
anny_chen@calpers.ca.gov
annytsang@gic.com.sg
anocella@fbtx.com
anoll@westpac.com.au
anoop.kumar@gm.com
anoop_manhas@westlb.co.uk
anorman@standishmellon.com
anorton@copera.org
anovitske@soam.com

anoyes@congressasset.com
anparkij@kdb.co.kr
anparkij@kdb.com.kr
anperez@safei.es
anrodrig@msdw.es
ans.it@adia.ae
ansgar.klatte@dws.com
ansgar.puellen@amb.de
ansgar.wittenbrink@essenhyp.com
an-sofie.meirsschaut@fortisbank.com
anson.sng@asia.ing.com
ansour@marchpartners.com
anspachm@fhlbsf.com
ansteven@bloomberg.net
ansuinelli@mpsgr.it
ant.garces@grupobbva.com
ant@ubp.ch
antb@capgroup.com
anterieux.n@rothschild-cie.fr
anth.valencia@tcw.com
anthonie_wain@putnam.com
anthony.aiello@nav-international.com
anthony.arlauckas@mercantile.com
anthony.attardo@jpmorgan.com
anthony.bailly@fr.rothschild.com
anthony.bionda@hsbcpb.com
anthony.boase@fafadvisors.com
anthony.bolton@uk.fid-intl.com
anthony.brooks@barclays.co.uk
anthony.broussard@trs.state.tx.us
anthony.brown@fandc.co.uk
anthony.buchanan@hp.com
anthony.burger@usbank.com
anthony.burrell@db.com
anthony.burton@glg.com
anthony.camp@us.ing.com
anthony.chan@alliancebernstein.com
anthony.chan@hk.ca-assetmanagement.com
anthony.chan@mhcb.co.uk
anthony.chedid@pioneerpathcap.com
anthony.chisnall@gibuk.com
anthony.chow@schroders.com
anthony.chung@bernstein.com
anthony.cohen@bbls.ch

anthony.colacino@wachovia.com
anthony.comorat@harrisbank.com
anthony.corbett@db.com
anthony.corbisiero@soros.com
anthony.creighton@db.com
anthony.cros@ing.mc
anthony.d.dixon@columbiamanagement.com
anthony.dagostino@53.com
anthony.dandria@moorecap.com
anthony.david@morleyfm.com
anthony.deagan@ing.com.au
anthony.deluca@moorecap.com
anthony.deluise@credit-suisse.com
anthony.dunleavy@nboc.com
anthony.dupiellet@federal-finance.fr
anthony.e.brown@uk.btmeurope.com
anthony.eggington@barclaysglobal.com
anthony.eltvedt@philips.com
anthony.era@usaa.com
anthony.fashana@barclaysglobal.com
anthony.faulkner@umb.com
anthony.finan@bnpparibas.com
anthony.fletcher@aberdeen-asset.com
anthony.fogler@lodh.com
anthony.forcione@blackrock.com
anthony.gibbons@moorecap.com
anthony.gillham@skandia.co.uk
anthony.grate@gecapital.com
anthony.greep@citadelgroup.com
anthony.gunning@omam.co.uk
anthony.hanson@morganstanley.com
anthony.harris@bmonb.com
anthony.hart@daiwasbi.co.uk
anthony.hayot@uk.bnpparibas.com
anthony.hes@ubs.com
anthony.heyman@blackrock.com
anthony.isola@chase.com
anthony.jacob@us.standardchartered.com
anthony.jones@statestreet.com
anthony.king@aig.com
anthony.ko@deshaw.com
anthony.kontkowski@glgpartners.com
anthony.koo@pnc.com
anthony.koon@bnymellon.com

anthony.l.karydakis@jpmorgan.com
anthony.lechiara@ubs.com
anthony.lee@woolwich.co.uk
anthony.liu@barclaysglobal.com
anthony.luu@aig.com
anthony.luu@db.com
anthony.m.brown@jpmorgan.com
anthony.maletta@morganstanley.com
anthony.mariani@ge.com
anthony.martinangelo@pharma.novartis.com
anthony.masurek@huntington.com
anthony.mercer@gsk.com
anthony.michael@aberdeen-asset.com
anthony.minopoli@kofc.org
anthony.neilson@paretopartners.com
anthony.nguyen@pimco.com
anthony.novara@nationalcity.com
anthony.p.paquette@bankofamerica.com
anthony.pallier@accor.com
anthony.panter@barclaysglobal.com
anthony.pedone@chase.com
anthony.penson@insightinvestment.com
anthony.pizzino@tudor.com
anthony.pope@nisanet.com
anthony.pryor@barclaysglobal.com
anthony.purcell@columbiamanagement.com
anthony.r.candelmo@jpmorgan.com
anthony.r.winkeler@wellsfargo.com
anthony.roberts@53.com
anthony.robson@mandg.co.uk
anthony.romantino@pncadvisors.com
anthony.rotondi@chase.com
anthony.routh@inginvestment.com
anthony.santostefano@db.com
anthony.scalfani@allstate.com
anthony.sclafani@allstate.com
anthony.shrubb@bnpparibas.com
anthony.smith-meyer@bgl.lu
anthony.sneag@inginvestment.com
anthony.sneag@mackayshields.com
anthony.socci@inginvestment.com
anthony.stern@sixcontinents.com
anthony.stewart@daiwausa.com
anthony.terrano@citadelgroup.com

anthony.toscano@drkw.com
anthony.tutrone@citigroup.com
anthony.vandaalen@csam.com
anthony.vanimpe@db.com
anthony.vigilante@mackayshields.com
anthony.waldichuk@lpl.com
anthony.walton@standardchartered.com
anthony.wilson@creditlyonnais.co.uk
anthony.yong@daiwausa.com
anthony.zarmakoupis@bmo.com
anthony@findlaypark.com
anthony@hgk.com
anthony_adornetto@ml.com
anthony_cheng@westlb.co.uk
anthony_cinquemani@swissre.com
anthony_davis@fanniemae.com
anthony_duyck@ml.com
anthony_falzarano@ssga.com
anthony_fiore@ssga.com
anthony_foley@ssga.com
anthony_golowenko@ssga.com
anthony_grandolfo@progressive.com
anthony_han@americancentury.com
anthony_hill@manulifeusa.com
anthony_iuliano@glenmede.com
anthony_j_abbate@fleet.com
anthony_j_magdowski@comerica.com
anthony_lawlor@westlb.co.uk
anthony_lee@blackrock.com
anthony_lofaso@westlb.com
anthony_luu@glic.com
anthony_malloy@nylim.com
anthony_mccreary@freddiemac.com
anthony_migliozzi@ml.com
anthony_monforton@ustrust.com
anthony_r_durant@vanguard.com
anthony_scherrer@ustrust.com
anthony_silva@fanniemae.com
anthony_sutton@putnam.com
anthony_tammaro@acml.com
anthony_xuereb@acml.com
anthony_yau@ssga.com
anthony-1525@email.esunbank.com.tw
anthonycheng@dbs.com

anthonyhui@gic.com.sg
anthonylim@gic.com.sg
anthonypolston@northwesternmutual.com
anthonytan@mas.gov.sg
antinarellar@gruppocredit.it
antionette.dennis@ny.frb.org
antionetteparish@northwesternmutual.com
antje.braun@db.com
antje.fischer@helaba.de
antje.fricke@bhf-bank.com
antje.hargarter@deka.de
antje.lechner@dws.com
antje.steinthal@hsh-nordbank.com
antoaneta.zaharieva@db.com
antoine.baert@sgcib.com
antoine.beaugendre@axa-im.com
antoine.bedin@calyon.com
antoine.bertagna@jpmorgan.com
antoine.brunet@lazard.fr
antoine.burindesroziers@edfgdf.fr
antoine.caudrillier@bayernlb.de
antoine.chardonduranquet@calyon.com
antoine.chausson@bnpparibas.com
antoine.chiche@gs.com
antoine.courvoisier@lloydsbank.ch
antoine.decrepy@axa-im.com
antoine.demenibus@bp-sd.com
antoine.demiramon@cnce.caisse-epargne.fr
antoine.devaublanc@cnp.fr
antoine.dieulot@bbh.com
antoine.duquesnoy@labanquepostale-am.fr
antoine.esposito-morrone@axa-im.com
antoine.foetisch@ubs.com
antoine.fromenteze@cnp.fr
antoine.furcy@bnpparibas.com
antoine.hamoir@dexia-am.com
antoine.hennequin@lamondiale.com
antoine.josserand@axa-im.com
antoine.laurent@ca-assetmanagement.fr
antoine.lissowski@cnp.fr
antoine.machado@sgam.com
antoine.maffre@cnp.fr
antoine.massoud@axa-im.com
antoine.mathon@caam.com

antoine.ortiz@thehartford.com
antoine.pain@citigroup.com
antoine.vercherin@ie.dexia.be
antoine.veyrassat@oenb.at
antoine.walter@ca-indosuez.com
antoine_baert@westlb.co.uk
antoine_stallings@freddiemac.com
antoine-pierre.degrammont@bil-dexia.com
antoinette.addison@ubs.com
antoinette.eltz@pimco.com
antoinette_ridout@elliottandpage.com
anton.an@fmr.com
anton.c.pil@jpmorganfleming.com
anton.dombrovsky@de.pimco.com
anton.eser@lgim.co.uk
anton.karadakov@ubs.com
anton.knecht@stg.ch
anton.sussland@credit-suisse.com
anton.wouters@nl.abnamro.com
anton@gr.dk
anton_haidorfer@fanniemae.com
anton_martin@westlb.co.uk
anton_simon@putnam.com
anton_tabakh@acml.com
antonella.manganelli@morganstanley.com
antonella.masoero@ersel.it
antonella.massari@unicredit.it
antonella.michelino@dexia.com
antonella.pesatori@bancaintesa.it
antonella.radetti@mpsgr.it
antonella_muscarella@putnam.com
antonellip@aetna.com
antonello.beverie@nab.ch
antonello.ditaranto@pioneerinvest.it
antoni.banon@andbanc.com
antoni.banon@mongestio.com
antoni.forgues@lgim.co.uk
antonia.koenig@ubs.com
antonia.kopitsa@sgam.com
antonia.lloyd@blackrock.com
antonia.morales@jpmorgan.com
antonia.morgan@ca-suisse.com
antonia.sala@st.com
antonina.antonova@tcw.com

antonino.giaquinta@grupobbva.com
antonino.patrone@dexia.be
antonino.sprizzi@ubae.it
antonio.agliardi@realemutua.it
antonio.alberto.camboa@bancobpi.pt
antonio.alhamar@grupobbva.com
antonio.anselmi@bnlmail.com
antonio.antoniles@cajaduero.es
antonio.aprea@credit-suisse.com
antonio.bergamasco@bipiemmesgr.com
antonio.bertone@bnpparibas.com
antonio.bianchi@bsibank.com
antonio.bovo@bancalombarda.it
antonio.casuscelli@bsibank.com
antonio.catanese@db.com
antonio.cesarano@banca.mps.it
antonio.colavolpe@bnlmail.com
antonio.crisafulli@cattolicaassicurazioni.it
antonio.damiao@santander-ga.pt
antonio.domingues.catana@bancobpi.pt
antonio.dossantos@glgpartners.com
antonio.fananas-ramiro@dresdner-bank.ch
antonio.fazzone@juliusbaer.com
antonio.ferraresi@pioneerinvest.ie
antonio.flores@nokia.com
antonio.francisco@bcb.gov.br
antonio.garcesii@sunlife.com
antonio.garre@grupobbva.com
antonio.granito@bancaintesa.it
antonio.ligori@bsibank.com
antonio.lovecchio@lodh.com
antonio.mantarro@claridenleu.com
antonio.manzini@ubs.com
antonio.mastrangelo@fortis.lu
antonio.melero@andbanc.com
antonio.migliorini@sanpaolo.com
antonio.nevada@aibny.com
antonio.oro@claridenleu.com
antonio.osorio@abbey.com
antonio.pagano@westlb.co.uk
antonio.pereira@fandc.com
antonio.perez@ch.abnamro.com
antonio.perez@pictet.com
antonio.pilato@am.generali.com

antonio.pintocoelho@bcp.pt
antonio.piras@ubs.com
antonio.ramos@harrisbank.com
antonio.ruozi@grupobbva.com
antonio.saiz@grupobbva.com
antonio.saolini@bnlmail.com
antonio.tomaselli@universoservizi.com
antonio.vaz@cgd.pt
antonio_dusi@generali.com
antonio_prosdocimo@bpmarostica.it
antoniogarciauser@company.com
antonios.gemeliaris@westlb.co.uk
antonios.koutsoukis@credit-suisse.com
antonius.knep@juliusbaer.com
antony.lingard@sgcib.com
antony.milford@framlington.co.uk
antony.sander@ubs.com
antony.sorgo@juliusbaer.com
antony.swalwell@northernrock.co.uk
antony.trory@fandc.com
antony.voznesensky@pimco.com
antony.woods@smiths_group.com
antony.x.vallee@jpmorgan.com
antony_d_drew@fanniemae.com
antonydirga@temasek.com.sg
antonyi@nbd.com
antonyshynkg@bernstein.com
antoon.pelsser@ing.nl
antti.marttila@okobank.com
antti.nurminen@bof.fi
antti.petajisto@yale.edu
antti.rikka@aktia.fi
antti.urvas@sampo.fi
anu.kallio@nokia.com
anu.narula@axaframlington.com
anu.sachdeva@aig.com
anu.sahai@inginvestment.com
anu.thomas@fmr.com
anu_kothari@ssga.com
anuar@bnm.gov.my
anuj.chandra@himco.com
anuj.mutreja@glgpartners.com
anuj.sarin@geind.ge.com
anumeet.sawhney@prudential.com

anunes@servibanca.pt
anup.goswami@rbccm.com
anup.marda@bms.com
anup_goswami@ml.com
anupam.agrawal@ubs.com
anupam.batura@whartonco.com
anupam.sanyal@alliancebernstein.com
anupch@bloomberg.net
anurag.sanghai@fmr.com
anurag_mishra@ssga.com
anurag_wakhlu@ssga.com
anuragd@mcm.com
anuschka.prokot@bhf-bank.com
anusha.prasad@bankofamerica.com
anuska.gonzalvo@philips.com
anussenblatt@sunamerica.com
anuya.dhage@sscims.com
anwalker@bankofny.com
anweinbe@lehman.com
anwiti.bahuguna@columbia.com
anya.abdulakh@lazard.com
anzelm.cydzic@bailliegifford.com
aobrien@bloomberg.net
aobrien@lordabbett.com
aocasio@rbmg.com
aochs@meag.com
aocko@aegon.nl
aodhagan.byrne@ilim.com
aodonnell@tigerglobal.com
aoganezov@westernasset.com
aogorman@tudor.com
aohri@lordabbett.com
aoife.ferris@eaglestarlife.ie
aoife.m.doyle@aibbny.ie
aoife.m.naughton@aibbny.ie
aoife.m.rooney@aibbny.ie
aoife_fitzpatrick@ml.com
aojinaga@ahorro.com
aojinaga@bcn.ahorro.com
a-okamoto@nochubank.or.jp
aoki@chuomitsui-spr.com.sg
aoki@nam.co.jp
aoki_yoshifumi@dn.smbc.co.jp
aoki20848@nissay.co.jp

aolegario@bloomberg.net
aolivares@alliancebernstein.com
aolivier@generali.nl
aoneill@mfs.com
aong@angelogordon.com
aorane@tiaacref.org
aoreilly@coventrybuildingsociety.co.uk
aoreilly@wasatchadvisors.com
aorr8@bloomberg.net
aosaka_yasuhiko@ub.smbc.co.jp
aot.tr@adia.ae
aotomo@ctcbjp.com
a-otsuka@ikedabank.co.jp
aourso@tiaa-cref.org
aourusoff@dsaco.com
aous.labbane@sgam.com
aousticl@creditmutuel.fr
aowens@ftci.com
aown@sgrf.gov.om
aoya@pictet.com
aoyama_satoshi@dn.smbc.co.jp
ap@bankinvest.dk
ap@dodgeandcox.com
ap@temasek.com.sg
apace@westernasset.com
apadva@nb.com
apagani@loomissayles.com
apagnoni@bloomberg.net
apaisley@kempen.nl
apak2@wharton.upenn.edu
apalerm@banxico.org.mx
apanchamsingh@mfs.com
apandey@ocwen.com
apansini@selex-si.com
apant@farcap.com
apanteli@dkb.com
apaone@wellington.com
apapa@provbank.com
aparekh@tiaa-cref.org
aparets@ifsam.com
aparikh@arielinvestments.com
aparish@oppenheimerfunds.com
aparker@saw.com
aparmar@ftci.com

aparower@nylim.com
aparra@gs.com
apartani@wellington.com
aparthas@allstate.com
apatel@tiaa-cref.org
apatel2@bloomberg.net
apatel2@metlife.com
apathak@jhancock.com
apatrick@bankpng.gov.pg
apatros@westernasset.com
apaul@newsalemcapital.com
apaulo@mfs.com
apchoquenet@cpr-am.fr
apcm@alaska.net
apcyap@metrobank.com.ph
apearl@provnet.com
apeat@bloomberg.net
apeck@deerfieldcapital.com
apedroal@cajamadrid.es
apedrosl@bankinter.es
apeled@evergreeninvestments.com
apellicci@atlanticasset.com
apeltzer@fountaincapital.com
apenbrin@bloomberg.net
apennellatore@mfs.com
apennetti@deerfieldcapital.com
aperciballi@oppenheimerfunds.com
aperepel@lehman.com
aperepl@lehman.com
aperezla@cajamadrid.es
aperezma@notes.banesto.es
aperrino@the-ark.com
apershukova@repsolypf.com
apersson@tiaa-cref.org
apetach@ford.com
apeters@frk.com
apexmom@bloomberg.net
aphillips@blackrock.com
aphoel@exchange.ml.com
apiccinich@nb.com
apier@bankinter.es
apilch@bmtc.com
apiloto@servibanca.pt
apineta@statestreet.com

apiozzi@bloomberg.com
apisacane@jmsonline.com
apitale@opcap.com
apitts@ifc.org
apkfma@comcast.net
aplam@wellington.com
aplatts@martincurrie.com
aplazam@repsol-ypf.com
aplummer@wbcap.net
apmfx@hotmail.com
apnobili@inasim.gruppoina.it
apoestges1@bloomberg.net
apolidor@tiaa-cref.org
apolitis@allianz.gr
apollack@newyorklife.com
apollard@kaupthing.net
apomeroy@jhancock.com
aponte1@mercantilcb.com
apoole@hbk.com
apopovi2@frk.com
aportill@pimco.com
aposthoff@union-investment.de
apostolos.mimikos@seb.co.uk
apostolos.thimianakis@credit-suisse.com
apoucuturi@cfm.mc
apower@sanwaint.com
apowers@ustrust.com
apozasco@notes.banesto.es
app@dendanskebank.dk
aprabhu@wisi.com
aprampolini@morvalgestion.com
apratgay@bcra.gov.ar
aprather@loews.com
aprehn@mapension.com
apresby@ohiosavings.com
april.chrysostomas@morganstanley.com
april.eddington@uk.fid-intl.com
april.fraser@aberdeen-asset.com
april.haley@bankofamerica.com
april.larusse@insightinvestment.com
april.robbins@ubs.com
april.seah@pioneerinvest.ie
april.sommese@csam.com
april.tuders@uboc.com

april_goodman@putnam.com
april_norris@agfg.com
apriljones@babsoncapital.com
aprille.johnson@inginvestment.com
apritchett@sterneagee.com
apritti@nb.com
aprofeti@fideuramsgr.it
aprofita@bpmny.com
aprs@capgroup.com
aprudent@unigestion.com
apu@dfafunds.com
apuccini@fideuramireland.ie
apuetz@meag.com
apuglissi@hgk.com
apullano@nb.com
apulliam@bbandt.com
aquabally@wooribank.com
aquezada@metlife.com
ar@capgroup.com
ar64@ntrs.com
ara.hamamjian@hp.com
arace@templeton.com
araceli_munoz@westlb.co.uk
araci.mithat@pmintl.ch
aradick@caxton.com
arado@bcentral.cl
arafferty@martincurrie.com
arahim@fandc.co.uk
arahme@oddo.fr
arahmed@anb.com.sa
arai.m@daiwa-am.co.jp
araihl@russell.com
araiso@daiwa-am.co.jp
arako_hideyuki@ub.smbc.co.jp
arali@statestreet.com
aralli@pictet.com
aramachandran@loomissayles.com
aramaswamy@ifc.org
aramer@fiduciarymgt.com
arames@essexinvest.com
aramirez@condor.bcentral.cl
aramos@iidenergy.com
aramsay@westpac.com.au
aran.gordon@morleyfm.com

arancha.cano@ubs.com
arandall@bpbtc.com
arang93@kdb.co.kr
arangaraj@bloomberg.net
aranzazu.m.sardina@jpmorganfleming.com
arao5@ford.com
araouf@aaibank.com
arash.pezeshkpour@aberdeen-asset.com
aratcliffe@ustrust.com
aravenscroft@silchester.com
aravind.reddy@dartmouth.edu
arb.em@adia.ae
arb@bankinvest.dk
arb2@ntrs.com
arc@ubp.ch
arcadio.pasqual@bancaroma.it
arch_king@ntrs.com
archana.anumula@ubs.com
archana.gupta@sek.se
archana.jiwnani@socgen.com
archi.quddus@tateandlyle.com
archie_struthers@ml.com
archontakis@union-panagora.de
arcuri.ja@pg.com
ardavan.mobasheri@aig.com
ardavan.nozari@citigroup.com
ardesai@wellington.com
ardhayadi@bi.go.id
ardw@cgii.com
arebell@loews.com
areda@tweedy.com
areddi@williamblair.com
areeves@hbk.com
areeves@westernasset.com
aref.barbeer@arabbanking.com
arei2@allstate.com
areichinger@meag.com
areid@russell.com
areitma@templeton.com
aremedio@cityntl.com
aren.wegner@dekabank.de
aren@nykredit.dk
arennert@caxton.com
ares_a@telefonicamoviles.com

arfas@bloomberg.net
arh@ubp.ch
arheiskell@wellington.com
arhenderson@alcatel-lucent.com
arhudson@princeton.edu
ari.ezra@caam.com
ari.luukkonen@tapiola.fi
ari_krupp@troweprice.com
ari_zaionz@scotiacapital.com
ariadne.freymuth@lbb.lu
arian.faesch@ubs.com
arian.raoufi@cominvest.de
ariane.bender@lodh.com
ariane.huget@lbbw.de
ariane.salamy@lmginv.com
ariani@bnm.gov.my
arianne.pagsisihan@tcw.com
aribr@bezeq.com
arichardson@qgcapital.com
arichmond@troweprice.com
aridall@templeton.com
arie.assayag@sgam.com
arie.boleslawski@db.com
arie.hooimeijer@rabobank.com
ariel.blumencwejg@americas.bnpparibas.com
ariel.chen@sgcib.com
ariel.diaz@firstbankpr.com
ariel.kuperminc@fhlb-pgh.com
ariel.roskis@gs.com
arielchou@tcbank.com.tw
arielj@bloomberg.net
arielle.heuse@ethias.be
ariellin@tcbank.com.tw
aries.yeo@jpmorganfleming.com
ariet@fibi.co.il
arif.mohamed@lazard.com
arif.mumtaz@arabbanking.com
arif@rentec.com
arif_husain@acml.com
ariga-mi@daiwasbi.co.jp
arijana.samsoniene@citigroup.com
arijit.banerjee@fmr.com
arikawa@daiwasbi.co.jp
arinc.yurtkuran@finansbank.com.tr

aris.allegos@hk.nomura.com
aris.vatis@uk.fid-intl.com
aris@hcmny.com
arisa.hata@barings.com
arisj@bloomberg.net
aristotelis.skarentzos@nbg.gr
aritat@sumitomotrust.co.jp
aritossa@nbgisec.com
arittenberry@jennison.com
arivera@schny.com
arivoire@pictet.com
arjan.gort@pggm.nl
arjan.palthe@nl.abnamro.com
arjan.stubbe@indoverbank.com
arjan.tol@kasbank.com
arjen.dibbets@nl.abnamro.com
arjen.pasma@nl.abnamro.com
arjen.prinsen@nl.abnamro.com
arjen.sap@meespierson.com
arjen.soederhuizen@nl.abnamro.com
arjen.van.leeuwen@kasbank.com
arjen.vanderlinden@abnamro.com
arjen.vonk@ingim.com
arjo.blok@nl.abnamro.com
arjun.madan@pimco.com
arjun.mahajan@mcf.mitsubishicorp.com
arjun.matthai@lbb.de
arjun.nanda@pnc.com
arjun@ymcaret.org
arjun_kondamani@ml.com
arjuna.mahendran@credit-suisse.com
arkadiusz.gwozdz@bph.pl
arkady.m.bernard@citigroup.com
arkenned@princeton.edu
arkohler@wellington.com
arlen.wiley@columbiamanagement.com
arlene.chua@bbh.com
arlene.jackson@columbiamanagement.com
arlene.saryan@fmr.com
arlene.walsh@pncbank.com
arlene.yokley@bellsouth.com
arlene_blackman@victoryconnect.com
arlene_rockefeller@ssga.com
arlenezaccazawilinski@gic.com.sg

arlette.gailhard@caam.com
arly.petersen@nordea.lu
armand.castiel@calyon.com
armand.creemers@be.abnamro.com
armand.gossart@ingferri.fr
armand.ursino@jpmorgan.com
armand-didier.kapo@statestreet.com
armando.amaral@bcb.gov.br
armando.beer@claridenleu.com
armando.carcaterra@bpmsgr.it
armando.dantonio@banca.mps.it
armando_velasquez@acml.com
armank@ruanecunniff.com
armeen.bhesania@ubs.com
armelle.poulou@edf.fr
armen.anjargholi@barclaysglobal.com
armin.blum@kfw.de
armin.egli@juliusbaer.com
armin.frehsner@dresdner-bank.ch
armin.hasler@ubs.com
armin.ingerl@union-investment.de
armin.kalisch@dzbank.de
armin.kayser@allianzgi.de
armin.kurt@dresdner-bank.lu
armin.lang@activest.de
armin.linge@lampebank.de
armin.schmalz@db.com
armin.schueler@dgz-dekabank.de
armin.seng@bloomberg.net
armin.wagner@uk.mizuho-sc.com
armin.wendel@lbbw.de
armin.wenninger@bw-bank.de
arminee_bowler@westlb.com
armin-peter.bode@stinnes.de
armistead.nash@morganstanley.com
armor.bartur@morganstanley.com
arnab.roychowdhury@barclays.co.uk
arnab.seal@uk.fid-intl.com
arnaboldif@gruppocredit.it
arnal.patel@fandc.com
arnald.capriles@bellsouth.com
arnaldo.grimaldi@bancaprofilo.it
arnar.sigurdsson@glitnir.is
arnaud.benoist-vidal@ubs.com

arnaud.besse@lodh.com
arnaud.blatter@lodh.com
arnaud.boualet@bgpi.com
arnaud.bourgoin@axa-im.com
arnaud.bourgoin@caam.com
arnaud.colombel@cpr-am.fr
arnaud.dazat@cpr-am.fr
arnaud.deblay@bancaintesa.co.uk
arnaud.de-la-houpliere@caam.com
arnaud.delatour@banquedorsay.fr
arnaud.denis@ucb-group.com
arnaud.deplasse@dresdner-bank.com
arnaud.dirassen@banque-france.fr
arnaud.gamain@caam.com
arnaud.girardin@lodh.com
arnaud.j.heymann@aexp.com
arnaud.lacroix@bnpparibas.com
arnaud.lanctin@federal-finance.fr
arnaud.levyrueff@socgen.com
arnaud.maricourt@axa-im.com
arnaud.memin@groupe-mma.fr
arnaud.mounier@axa-im.com
arnaud.musy@bnpparibas.com
arnaud.neris@cpr-am.fr
arnaud.poix@sgcib.com
arnaud.queffeulou@ceidfp.caisse-epargne.fr
arnaud.saintsauveur@citigroup.com
arnaud.sankou@axa-im.com
arnaud.sassier@lazard.fr
arnaud.serougne@dcmc.creditlyonnais.fr
arnaud.stenuit@dexia-am.com
arnaud.toubert@ratp.fr
arnaud.vergonjeanne@caam.com
arnaud.weissrock@fortisbank.com
arnaud.x.heck@aib.ie
arnaud@rsi-ch.com
arnaud_raimon@commerzbank.com
arnault.maurel@axa-im.com
arnbourdon@bloomberg.net
arnd.muehle@ib.bankgesellschaft.de
arnd.nasswetter@hyporealestate.de
arnd.sieben@commerzbank.com
arnd.stricker@corealcredit.de
arndt.fassbender@dekabank.de

arndt.nicolaus@lri-invest.lu
arne.baehr@telekom.de
arne.eidshagen@klp.no
arne.hassel@gs.com
arne.kleversaat@siemens.com
arne.lien@fondsfinans.no
arne.loftingsmo@klp.no
arne.riscassi@bpm.it
arne.stracke@dzi.lu
arne.sunde@abgsc.no
arne.zippis@nordea.com
arne@bluewin.ch
arnie.combe@admin.utah.edu
arnie.palatnek@raymondjames.com
arnie@bloomberg.net
arnie_douville@americancentury.com
arnie_phillips@calpers.ca.gov
arnim.holzer@db.com
arno.allgeyer@hyporealestate.de
arno.blezer@unilever.com
arno.dursel@bbls.ch
arno.jansen@pggm.nl
arno.meier@rbscoutts.com
arno.puskar@db.com
arno.simon@naspa.de
arno.wenzel@dzbank.de
arnold.beevers@commercebank.com
arnold.egli@tcw.com
arnold.espe@usaa.com
arnold.fohler@dzbank.de
arnold.greenwald@pncbank.com
arnold.lienert@juliusbaer.com
arnold.lim@dzbank.de
arnold.pagen@americas.ing.com
arnold.sedlmayr@dexia.de
arnold.sedlmayr@duesshyp.de
arnold.van.os@nl.abnamro.com
arnold_gast@deltalloyd.nl
arnold_phillips@calpers.ca.gov
arnoldj@swcorp.org
arnoldjacobson@sbcglobal.net
arnor.sighvatsson@sedlabanki.is
arnoud.van.dijk@ingim.com
arnoud_krom@deltalloyd.nl

arnout.bloys.van.treslong@ingim.com
aroberts@bloomberg.net
aroberts@edc-see.ca
arobertson@strsoh.org
arobinson@essexinvest.com
arobinson@oaktreecap.com
arodriguez@lmcm.com
arodrima@ceca.es
aroelli@pictet.com
aroff@roffresources.com
arogers@ariel.com
arogers@loews.com
aroggensack@ftportfolios.com
aroldo.junior@bcb.gov.br
aromaine@nevrodie.com
aromeros@notes.banesto.es
aron.bell@moorecap.com
aron.jalakas@hansa.ee
arons_ronald@jpmorgan.com
aronston@microsoft.com
aroonsrt@bot.or.th
aroras@strsoh.org
arosa@erg.it
arosenbach@bloomberg.net
arosenberg@loews.com
arosenfeld@rentec.com
arosenzweig@jennison.com
aross@eatonvance.com
aross@mfs.com
arossi75@bloomberg.net
arotemberg@oppenheimerfunds.com
aroth@sandleroneill.com
arothstein@hgk.com
aroulac@angelogordon.com
arovelli@gsb.uchicago.edu
arpad.pongracz@lodh.com
arpan.patel@barclayscapital.com
arpan.shah@citadelgroup.com
arparson@delinvest.com
arpita_bose@blackrock.com
arq.na@adia.ae
arr@princeton.edu
arr2@ntrs.com
arrachman@bankbii.com

arran.boreham@threadneedle.co.uk
arran.craig@swip.com
arran.squires@icap.com
arranger@chb.co.kr
arreolan@wellsfargo.com
arrif.ali@gmacrfc.com
arroyovalentin@bancourquijo.com
arshavir.grigoryan@pimco.com
arstuart@collins-stewart.com
art.baril@sunlife.com
art.carlson@tcw.com
art.degaetano@glgpartners.com
art.gresh@ubs.com
art.hastings@pimco.com
art.jameison@aig.com
art.lauer@db.com
art.lestberg@hansa.ee
art@perrycap.com
art_varnado@troweprice.com
artan.kucuku@ey.com
artem.staviskiy@alliancebernstein.com
artetae@lotsoff.com
arthur.aaronson@corporate.ge.com
arthur.baker@sgcib.com
arthur.bascomb@opcap.com
arthur.cenci@jpmorgan.com
arthur.delnegro@citadelgroup.com
arthur.dikansky@ge.com
arthur.divisia@banque-france.fr
arthur.fischer-zernin@morganstanley.com
arthur.gazarian@airbus.fr
arthur.guerin@cpr-am.fr
arthur.h.berman@aexp.com
arthur.hoffmann@sarasin.ch
arthur.irwin@nordea.com
arthur.j.hurley@columbiamanagement.com
arthur.j.wichman@jpmorganfleming.com
arthur.johnson@hp.com
arthur.lai@morganstanley.com
arthur.laichtman@ubs.com
arthur.melhoos@nordea.com
arthur.olunwa@jpmchase.com
arthur.patten@pncbank.com
arthur.pollock@morganstanley.com

arthur.reyes@morganstanley.com
arthur.robb@morganstanley.com
arthur.rosenbach2@bankleumi.co.il
arthur.sletteberg@im.storebrand.no
arthur.strassle@kbcaim.com
arthur.sung@moorecap.com
arthur.vanhoogstraten@mondrian.com
arthur.wang@email.chinatrust.com.tw
arthur.wichmann@ubs.com
arthur_apodaca@bankone.com
arthur_caye@capgroup.com
arthur_chen@stortek.com
arthur_greenspon@ustrust.com
arthur_han@calpers.ca.gov
arthur_milson@standardlife.com
arthur_torrey@nylim.com
arthurm@bloomberg.net
arti.searle@jpmorganfleming.com
artid@mcm.com
artie_dirocco@ml.com
arto.laakkonen@sampo.com
arto.sirvio@nokia.com
artur.podlejski@wwasset.de
arturo.espinosa@schroders.com
arturo.lama@grupobbva.com
arturo.polodelamorena@telefonica.es
arturo.sanchez@telefonica.es
aru.sivananthan@sgcib.com
arudder@tiaa-cref.org
arudge@lehman.com
arudin@fsa.com
arun.daniel@fmr.com
arun.gorur@fmr.com
arun.mittal@shinseibank.com
arun.motianey@home.com
arun.pavithran@fgb.ae
arun.ratra@credit-suisse.com
arun.sarwal@swip.com
arun_karna@ssga.com
aruna.karunathilake@uk.fid-intl.com
arunabh.singh@ubs.com
arunm@scm-lp.com
arunratn@bot.or.th
arup.ghosh@barclayscapital.com

arussell@loomissayles.com
arussell@pbucc.org
arussell@sharonbank.com
arusso14@bloomberg.net
arutlin@nicholasfunds.com
arvid.de.boer@nl.fortisbank.com
arvin.panganiban@omam.co.uk
arvind.bhandari@barclaysglobal.com
arvind.narayanan@ge.com
arvind.rajan@prudential.com
arvind.sabharwal@cazenovecapital.com
arvind_k_sachdeva@victoryconnect.com
arvinder.chowdhary@westernasset.com
arwina@bnm.gov.my
aryan7@bloomberg.net
aryeh_glatter@acml.com
arzu.koc@claridenleu.com
as@fmr.com
as107@ntrs.com
as2248@cornell.edu
asa.avestedt@swedbank.com
asa.fuller@huntington.com
asa.granberg@nordea.com
asa.jemseby@seb.se
asa.olsson@electrolux.se
asa.palm@seb.se
asa.svanstrom@hp.com
asa.wictor@nordea.com
asa.zernig@swedbank.se
asablone@mfs.com
asabogal@perrycap.com
asaccardi@mcdinvest.com
asacher@caxton.com
asackett@kynikos.com
asacre@bloomberg.net
asad.ali@lbb.de
asad.khan@clamericas.com
asad.mawjee@db.com
asad.saeed@gibbah.com
asad_bhatti@hen.invesco.com
asada.yasuyo@kokusai-am.co.jp
asada@daiwasbi.co.jp
asada-norihiro@sc.mufg.jp
asaf.buchner@ubs.com

asahi06@bloomberg.net
asai.satoshi@kokusai-am.co.jp
asailesh@worldbank.org
asakura@dl.dai-ichi-life.co.jp
asakurai@bloomberg.net
asakurak@jsf.co.jp
asalgado@dlfi.com
asalle@cpr-am.fr
asalrajhi@alrajhibank.com.sa
asaltoun@vestarcapital.com
asammarco@pacholder.com
asampedro@generali.fr
asanchez@ahorrocorporacion.com
asanchez@schny.com
asanchezbalc@bloomberg.net
asanchezp@ahorrocorporacion.com
asanmartin@uef.es
asano.kouji@daido-life.co.jp
asanotakuya@bloomberg.net
asanto@westernasset.com
asantoro@loews.com
asapp@tiaa-cref.org
asaro@ellington.com
asarrio@bcj.gbancaja.com
asaruya@jp.statestreet.com
asass@mdsass.com
asatwalekar@frk.com
asavella@halcyonllc.com
asawhney@allstate.com
asawtell@dkpartners.com
asawyer@metlife.com
asaxena3@metlife.com
asay@pimco.com
asb@capgroup.com
asbjoern.hansen@nordea.com
asbjorn.fidjestol@norges-bank.no
asc@bloomberg.net
asc@kfondene.no
ascalon.maharaj@snssecurities.nl
ascan.iredi@postbank.de
aschaber@wasatchadvisors.com
aschadt@fultonfinancialadvisors.com
aschaeffer@bankofny.com
aschaffer@farleycap.com

aschat@ftci.com
aschaufus@jhancock.com
ascherd@bloomberg.net
aschiffelholz@pictet.com
aschlesinger@caxton.com
aschlessinger@caxton.com
aschmidt@cdcixis-ccm.com
aschmitt@bloomberg.net
aschneider@lmfunds.com
aschneider@union-investment.de
aschneider1@bloomberg.net
aschram@frk.com
aschubert@union-investment.de
aschulan@meag.com
aschulz@ellington.com
aschwartz@firstmanhattan.com
aschwartz@ocwen.com
aschweibold@apollocapital.com
asciandra@lbfc.com
ascoen@mandtbank.com
ascone_marjorie@jpmorgan.com
asd46@cornell.edu
asdasda@asdas.com
asdelaitte@pernod-ricard.fr
asdriansky@wellington.com
ase.londskog@robur.se
asean@singnet.com.sg
aseewald@leumi.ch
asegurado@invercaixa.es
asekhar@microsoft.com
asel.delgado@aig.com
asela@halykbank.kz
asella.keiser@vontobel.ch
asenapaty@bear.com
aser03@handelsbanken.se
asg@bancoinversion.es
asgomez@fibanc.es
asgtrading@exchange.ml.com
ash.na@adia.ae
ash.stoesz@usbank.com
ash.tr@adia.ae
ash.verma@morleyfm.com
asha.cryan@chase.com
ashah@hcmlp.com

ashah@oppenheimerfunds.com
asharma@chicagoequity.com
ashaw@bear.com
ashay.b.shirsat@jpmorgan.com
asheesh.sharma@shinseibank.com
asheisler@wellington.com
asheq.fazlullah@thehartford.com
asher.anolic@fmr.com
asher.proschansky@inginvestment.com
asheridan@sunamerica.com
ashesh.savla@pioneerinvest.com
ashfaq.qadri@morganstanley.com
ashi.parikh@ridgeworth.com
ashia.razzaq@nab.co.uk
ashid.mahmood@bnpparibas.com
ashif.jiwani@cibc.ca
ashiliwa@allstate.com
ashinkevich@ifc.org
ashish.bhutani@lazard.com
ashish.kochar@threadneedle.co.uk
ashish.misra@lloydstsb.co.uk
ashish.negandhi@wamu.net
ashish.patel@mizuhocbus.com
ashish.swarup@uk.fid-intl.com
ashish_bordia@progressive.com
ashish_gupta@fanniemae.com
ashish_shrivastava@ustrust.com
ashishg@fmaadvisors.com
ashishs@fmaadvisors.com
ashk@capgroup.com
ashlee@patteninc.com
ashley.ball@makoglobal.com
ashley.blatter@rothschild.co.uk
ashley.boodhun@fandc.com
ashley.cave@compassbnk.com
ashley.coleman@wachovia.com
ashley.e.perkins@dartmouth.edu
ashley.fox@tudor.com
ashley.goldblatt@axa-im.com
ashley.hall@conocophillips.com
ashley.hancock@citicorp.com
ashley.hargreaves@glgpartners.com
ashley.howard@uk.fid-intl.com
ashley.klein@drkw.com

ashley.larive@moorecap.com
ashley.marynick@jpmorgan.com
ashley.mccormick@fmr.com
ashley.patterson@ubs.com
ashley.singer@gmail.com
ashley.smith@sunlife.com
ashley.smith@valero.com
ashley.soutor@morganstanley.com
ashley.vitar@pimco.com
ashley.willing@gartmore.com
ashley_h_dyson@fanniemae.com
ashley_neal@blackrock.com
ashley_vallone2@ssga.com
ashley_woodruff@troweprice.com
ashleyjayne.turns@uk.bnpparibas.com
ashleylong@tagfolio.com
ashli.black@wamu.net
ashling_mcdonald@ssga.statestr
ashok.brito@daiwausa.com
ashok.outtandy@bnpparibas.com
ashok.talukdar@citicorp.com
ashok.tikku@gs.com
ashok.vasvani@citadelgroup.com
ashok@temasek.com.sg
ashok_madhavan@campbellsoup.com
ashoksamuel@gic.com.sg
ashpole@seas.upenn.edu
ashraf.e.ansary@jpmorgan.com
ashraf.x.ali@jpmorgan.com
ashraf@bnm.gov.my
ashton.bradbury@omam.co.uk
ashton.goodfield@db.com
ashton.parker@insightinvestment.com
ashu.khurana@fgb.ae
ashum@blackrock.com
ashwani.k.sinha@jpmchase.com
ashwin.vasan@tudor.com
ashwin_kakani@colonialbank.com
asia_conn_svc@lehman.com
asiegel@blaylocklp.com
asier_diez_bce@cajarural.com
asif.jeevanjee@jpmorgan.com
asifali@adic.co.ae
asifm@gulfbank.com.kw

asilverberg@alger.com
asim.gunduz@barcap.com
asinclair@britannicasset.com
asingh@nb.com
asingh2@tiaa-cref.org
asippel@opcap.com
asis@mcm.com
asistos@canyonpartners.com
asistos@perrycap.com
asita.lotfi@fundmaster.de
asitha.sandanayake@usbank.com
asj@kdb.co.kr
askari.naqvi@samba.com
askars@halykbank.kz
askatrud@mfs.com
askayer@bloomberg.net
askipwith@barrowhanley.com
aslabaugh@mcdinvest.com
aslan.kanshaw@prudential.com
aslawsky@mdsass.com
asleeman@msfi.com
asli.afsar@finansbank.com.tr
aslihan.denizkurdu@alliancebernstein.com
aslk@bloomberg.net
asm@edfd.com
asma@bloomberg.net
asmall@wellington.com
asmith@aj.co.nz
asmith@delinvest.com
asmith@hellerfin.com
asmith@standishmellon.com
asmith@uss.co.uk
asmyth@mercantile.co.za
asn@atalantasosnoff.com
asn28@cornell.edu
asneddon@russell.com
asniffin@nylim.com
asnyder@loews.com
aso@daiwasbi.co.jp
aso@nbim.no
asoffit@wellmanage.com
asoka.woehrmann@dws.de
asolomon@angelogordon.com
asomers@leopoldjoseph.com

asomma@iccrea.bcc.it
asorarrain@kutxa.es
asordo@banxico.org.mx
asosa@bancomext.gob.mx
asosce@mrcm.com
asotz@bernstein.com
asoucas@pictet.com
asouter3@bloomberg.net
asp23@bloomberg.net
aspaan@firstambank.com
aspahr@americanexpress.com
aspanish@bloomberg.net
aspascoa@tudor.com
aspen.large@janus.com
aspies@evcap.com
aspin_robert@jpmorgan.com
aspokes@faralloncapital.com
aspriggs@bloomberg.net
asr@dodgeandcox.com
assa02@handelsbanken.se
assareen@wellington.com
assem.el-alami@bayernlb.de
assets@aigfpc.com
assets@vanlanschot.lu
assunta.borza@statestreet.com
assunta.provenzano@mpsgr.it
asta.a.vaichys@columbiamanagement.com
asta.vaichys@pioneerinvest.com
astainman@firstmanhattan.com
astange@invest.treas.state.mi.us
astaples@ebkgroup.com
astatti1@bloomberg.net
astearns@dkpartners.com
astearns@hcmlp.com
asteede@loomissayles.com
asteele@bloomberg.net
asteele@pictet.com
astein@firstmanhattan.com
asteinmetz@oppenheimerfunds.com
astella@bancodisicilia.it
asten@bloomberg.net
astepanoffdargery@bankofny.com
astern@tigerglobal.com
asternbe@princeton.edu

astevens@barbnet.com
astewart@sunamerica.com
asthill@seic.com
astitt@leggmason.com
astober@jhancock.com
astone@nationalasset.com
astoria1@bloomberg.net
astorm@lordabbett.com
astri.clara@enel.it
astrid.doerr@bhf-bank.com
astrid.laskowski@ubs.com
astrid.linder@de.pimco.com
astrid.meyer-baudeck@kfw.de
astrid.moll@bdl.lu
astrid.smit@nl.abnamro.com
astrid.torres@hydro.com
astrid.weigl@allianzgi.de
astrid_fiebiger@dgbank.de
astumpe@meag.com
asu.pektas@fortis.com.tr
asu1@cornell.edu
asuj@danskebank.com
asultan@bloomberg.net
asummers@silchester.com
asunderland@eatonvance.com
asunderland@wasatchadvisors.com
asuntay@pictet.com
asuslavich@dkpartners.com
asussland@pasche.ch
asveen@eatonvance.com
asw@nbim.no
aswagner@statestreet.com
aswini.anand@db.com
asztalosg@mnb.hu
ata25@cornell.edu
atachco@ifsam.com
atait@bailliegifford.co.uk
atakahashi@nochubank.or.jp
atal@idbbank.com
atalanta@bloomberg.net
atalay.kendirli@bcp-bank.com
atam@senecacapital.com
atanas.goranov@ge.com
atanas.malinov@himco.com

atanas.manilov@himco.com
atanas_alexiev@notes.ntrs.com
atanasiu@hmc.harvard.edu
atanna@barbnet.com
atantazzi@bloomberg.net
atara@henrykaufman.com
atarassiouk@banxico.org.mx
atase@ford.com
atatlock@ftci.com
atavazzi@pictet.com
atayjasanant@tiaa-cref.org
atelford@tiaa-cref.org
atemple@europeancredit.com
ateptaya.rakpraja@ny.frb.org
aterricabras@groupama-am.fr
ates.civitci@bbh.com
atetlow@federatedinv.com
ath@nbim.no
athanase.pispas@seb.se
athanasios.samaras@calyon.com
athayer@munder.com
athenapang@hsbc.com.hk
athi@danskecapital.com
athiebaud@pictet.com
athiv@ms.com
athlag@delta.gr
athomas@europeancredit.com
athomas@jennison.com
athornton@mfs.com
athorsson@bloomberg.net
athos.bouyakos@ubs.com
athos.zakou@tigerfund.com
ati@nbim.no
ati@ubp.ch
atif.khan@glgpartners.com
atif_malik@blackrock.com
atikah.aini@morleyfm.com
atilgham@essexinvest.com
atilla.koc@zkb.ch
atinne.snyers@electrabel.com
atlanti@atlanti.ch
atlanti@worldcom.ch
atlas@nytimes.com
atm@nykredit.dk

atmendez@blx.com
atodd@arielinvestments.com
atoirac@wellington.com
atolhurst@sagitta.co.uk
atooley@duncanw.com
atorresb@notes.banesto.es
atoto@shay.com
atourikian@integrabank.com
atousa.sarcon@pimco.com
atoyoshima@btmna.com
atr@nbim.no
atrabocchi@wellington.com
atrachte@wellscap.com
atran@loomissayles.com
atrice@nacm.com
atrinkl@adic.co.ae
atripathy@fhlbc.com
atripp@opusinvestment.com
atro.makila@evli.com
atroilo@panagora.com
atroitskaya@hbk.com
atroostwijk@eendragt.nl
atruppia1@bloomberg.net
atrzepala@bloomberg.net
atsang@loomissayles.com
atschopp@autostrade.it
atse@fideramireland.ie
atsuhiro.yoshitsugu@sumitomocorp.co.jp
atsuji1@sompo-japan.co.jp
atsumi_erika@jpmorganfleming.com
atsunori.iwata@fi.fukoku-life.co.jp
atsuo.yoshino@db.com
atsuo-kamitsuji@am.mufg.jp
atsuokokuryu@gic.com.sg
atsuro@dl.dai-ichi-life.co.jp
atsush.sato@mizuho-cb.co.jp
atsushi.arai@mizuho-cb.co.jp
atsushi.fujino@ufj-partners.co.jp
atsushi.horikawa@bernstein.com
atsushi.kubota@mizuho-cb.co.jp
atsushi.miyanoya@boj.or.jp
atsushi.niigata@mizuhocbus.com
atsushi.samitsu@boj.or.jp
atsushi.takagi@shinseibank.com

atsushi.takeuchi@boj.or.jp
atsushi.ueno@boj.or.jp
atsushi.yamazaki@barings.com
atsushi_ito@mitsubishi-trust.co.jp
atsushi_kanematsu@mail.toyota.co.jp
atsushi_miyamoto@mitsubishi-trust.co.jp
atsushi_nomura@nochubank.or.jp
atsushi_sakamoto@tr.mufg.jp
atsushi_sato@mitsubishi-trust.co.jp
atsushi_shimazaki@mitsui-seimei.co.jp
atsushi_yoshinari@mitsubishi-trust.co.jp
attardo@wellsfargo.com
atteberry_chris@americancentury.com
atters@bloomberg.net
attila@bloomberg.net
attilio.capella@saisim.it
attilio.femiano@sanpaoloam.lu
attilio.ferrari@arcafondi.it
attilio_qualtieri@ssga.com
attreest@london.cic.fr
atuazon@bloomberg.net
atul.dandekar@novartis.com
atul.joshi@gs.com
atul.pahuja@fmr.com
atul.patel@americas.bnpparibas.com
atul_sibal@nylim.com
atulloch@firststate.co.uk
atunney@edc.ca
atunzi@bloomberg.net
aturkiewicz@metlife.com
aturrini@inasim.gruppoina.it
atusi_matuura@am.sumitomolife.co.jp
au.ly@mellon.com
aubedafd@cajamadrid.es
aubrey.basdeo@barclaysglobal.com
aubrey.simpson-orlebar@lloydstsb.co.uk
aubry.l@bimcor.ca
auc.eu@adia.ae
aude.guillere@cpr-am.fr
aude.nerac@ubs.com
aude.scheuer.2@credit-suisse.com
audrakhoo@mas.gov.sg
audraseah@dbs.com
audrey.a.w.zau@hsbc.com.hk

audrey.bruchner@citadelgroup.com
audrey.choi@pioneerinvest.com.sg
audrey.codrington@chase.com
audrey.leeman@barclaysglobal.com
audrey.m.oconnell@aibbny.ie
audrey.rossi@bgl.lu
audrey.tan@nordlb.com
audrey.vormus@lamondiale.com
audrey@bnm.gov.my
audrey_lowrie@newton.co.uk
augljesa@essexinvest.com
august.hatecke@credit-suisse.com
augustin.werner@ubs.com
augustin_vladimir@jpmorgan.com
augustine.claudio@db.com
augusto.aggio@capitalia-am.com
augusto.coen@bancaeuromobiliare.it
augusto.devincenzo@rahnbodmer.ch
aulland@mfs.com
aulli@seic.com
aurel.lavedrine@hk.calyon.com
aurelie.faure@dexia-am.com
aurelie.renard@sgam.com
aurelie.ribeiro@dexia.com
aurelien.billard@axa-im.com
aurelien.labonne@cnce.caisse-epargne.fr
aurelien.lafaye@axa-im.com
aurelien.pichon@tuck.dartmouth.edu
aurelio.caldarola@bancaintesa.it
aurganus@allstate.com
aurick@jhancock.com
aurore.leclercq@pimco.com
aurore.martin@axa-im.com
aurore.wannesson-raynaud@axa-im.com
aurrutia@bancogui.com
ausland@bloomberg.net
ausland@hsh-nordbank.com
austin.c.forey@jpmorgan.com
austin.hong@do.treas.gov
austin.mayberry@db.com
austin.park@blackrock.com
austin.x.carpenter@jpmorgan.com
austin.x.mcnurlen@jpmchase.com
austin_kairnes@putnam.com

austin_mayberry@invesco.com
austin_r_holm@comerica.com
austinc@scm-lp.com
auttaro@oppenheimerfunds.com
autterma@nb.com
autterman@wdwitter.com
autumn.mosteller@calfed.com
avacca@bancafideuram.it
avaidyan@fhlbdm.com
aval@bloomberg.net
avalimamode@carac.fr
avalk@eatonvance.com
avallone@ibuk.bankgesellschaft.de
avalsensi@bloomberg.net
avandaalen@wisi.com
avandermerwe@fhlbc.com
avanderw@nystrs.state.ny.us
avaneesh.krishnamoorthy@morganstanley.com
avanloo1@bloomberg.net
avannoord@invest.treas.state.mi.us
avanotti@bloomberg.net
avarvak@wellington.com
avasagiri@pictet.com
avatankha@auscal.com
avaughan@pjc.com
avb8@cornell.edu
avega@invercaixa.es
aveitch@londonstockexchange.com
avelarde@dcf.pemex.com
avelarl@vankampen.com
avelazquez@enagas.es
aveline.chan@claridenleu.com
avenegas@tiaa-cref.org
aventurino@federatedinv.com
avernes@pictet.com
avery@ellington.com
avesani@fondazionecrverona.org
avi.avidan@fibimail.co.il
avi.korn@jpmorgan.com
avi.kweller@discountbank.co.il
avi.rothner@lazard.com
avi.weiss@citadelgroup.com
avi@bgbank.dk
avi@caxtonrvh.com

avi_patel@countrywide.com
avianello@wellington.com
avib@elite.co.il
avid@icl-group.com
avien.pillay@alliancebernstein.com
avigilga@cajamadrid.es
aviktor@meag.de
avilaythong@partnerstatestreet.com
avillait@mwam.com
avillaneda@mwamllc.com
avillanueva1@ifc.com
avinash.agarwal@bernstein.com
avinash.bathija@fgb.ae
avinash.gupta@lgim.co.uk
avinash.shah@ms.com
avinashl@ambaresearch.com
avinderbindra@hsbc.com.hk
avinieg@banxico.org.mx
avir@nykredit.dk
avirga@bancodisicilia.it
avishai.ben-yshai@mailpoalim.co.il
avishay.bardayan@discountbank.co.
avishnick@jennison.com
aviva.amrami@bnhp.co.il
avk@veb.ru
avk35@cornell.edu
avlajinac@wellington.com
avner.hoffenbratel@discountbank.co.il
avnish@dartmouth.edu
avo_ora@putnaminv.com
avogler@oechsle-de.com
avondale@bloomberg.net
avonderrecke@bloomberg.net
avonst@ftci.com
avraam.sidiropoulos@bwater.com
avram.perlmuter@citadelgroup.com
avriel@ie.technion.ac.il
avril.marmion@lloydstsb.co.uk
avril.t.waldie@aibbny.ie
avrum.lamet@citadelgroup.com
avs@petercam.be
avu2@bloomberg.net
aw@bessemer.com
awadella.c@dreyfus.com

awadhwani@metlife.com
awalia@hcmlp.com
awallach@cumberassoc.com
awalter@bancasempione.ch
awalter@metlife.com
awang@waddell.com
aware@loomissayles.com
awarner@farcap.com
awasserle@meag.com
awatif.galdass@db.com
awatson@dkpartners.com
awatson@edc.ca
awb@nbim.no
aweaver@wilmingtontrust.com
awebb12@bloomberg.net
awebb123@bloomberg.net
aweber@metzler.com
aweigold@eatonvance.com
aweimer@nystrs.state.ny.us
aweiner@oppenheimerfunds.com
aweisbec@state.nd.us
aweise@lordabbett.com
aweitz@arielinvestments.com
awelch@hcmlp.com
aweldy@indiana.edu
awen@leggmason.com
awend@umich.edu
awenstrand@fgnw.org
awessel@mmwarburg.com
awest@munichre.com
awestreich@provnet.com
awhite@ameritas.com
awhite@resurgencellc.com
awhite@thamesriver.co.uk
awhite1@bloomberg.net
awhitford@fftw.com
awidyoko@aegon.nl
awie@kempen.nl
awiele@asv.de
awilde@oppenheimer.com
awilhelm@troweprice.com
awilkins@loomissayles.com
awilkinson@sgadvisors.com
awilliams@caxton.com

awilliamson@metlife.com
awillian@aegonusa.com
awilmot@nb.com
awinklhofer.rvs@salzburg.raiffeisen.at
awinn@lib.com
awinogradoff@tiaa-cref.org
awirtz@aegonusa.com
awise@jhancock.com
awittkop@pimco.com
awizon@blackrock.com
awo@columbus.com
awojcik@ci.com
awolf@firstmanhattan.com
awolfe@aegonusa.com
awoller@fftw.com
awong@irisresearch.nl
awong@payden-rygel.com
awong@tiaa-cref.org
awong@westernasset.com
awoods4@bloomberg.net
awoodtli@ftci.com
awporter@britannicasset.com
awr@nyc.rr.com
awright@kynikos.com
awu09@stanford.edu
awwei@delinvest.com
awwray@aol.com
awynaendts@aegon.nl
axel.botte@axa-im.com
axel.breitbach@kfw.de
axel.brosey@union-investment.de
axel.bumke@hsh-nordbank.com
axel.cabrol@socgen.com
axel.cron@trinkaus.de
axel.degen@union-investment.de
axel.frein@lampebank.de
axel.gerhardy@rwe.com
axel.gerling@dzbank.de
axel.giesselbach@oppenheim.de
axel.gruber@hvb.de
axel.hester@opco.com
axel.hinzmann@postbank.de
axel.hotze@commerzbankib.com
axel.kolbe@sparkassenversicherung.de

axel.laroza@lazard.fr
axel.lomholt@barclaysglobal.com
axel.maibuecher@pharma.novartis.com
axel.nygaard@ubs.com
axel.pongs@hsbctrinkaus.de
axel.riedel@cominvest-am.com
axel.rohm@shell.com
axel.rosenberger@dgzbank.de
axel.scheithauer@dws.com
axel.scheuermann@telekom.de
axel.schmitt@work.de
axel.schupf@nb.com
axel.sima@generali.at
axel.summer@rzb.at
axel.tavernier@dexia.be
axel.thomas@dzbank.de
axel.tomio@volksbank.it
axel.weber@bundesbank.de
axel.wehr@morganstanley.com
axel.weidemann@nordlb.de
axel.zeuner@helaba-invest.de
axel_jager@westlb.co.uk
axelle.favre@axa-im.com
axelrod@falconmgt.com
axie@thamesriver.co.uk
axr@columbus.com
axs@columbus.com
ay@dodgeandcox.com
ay7@ntrs.com
aya.na@adia.ae
aya@apple.com
aya@meijiyasudany.com
ayaaz.allymun@caam.com
ayako.ono@shell.com
ayako_nakamura@tokaitokyo.co.jp
ayako-mizuno@am.mufg.jp
ayal.cohen@bnpparibas.com
ayala.cohen@multimanager.natixis.com
a-yasutake@nochubank.or.jp
aya-yamazaki@am.mufg.jp
aycaevrim.nalcaci@halkbank.com.tr
aycan.aksay@tcmb.gov.tr
aydin.suat@tcmb.gov.tr
aydin.uysal@barclaysglobal.com

aydin_aras@fanniemae.com
aye.mader@dws.de
aye.thiha@tdsecurities.com
ayee@income.com.sg
ayelet.shabat@bankleumi.co.il
ayentsch@mfs.com
ayer.zeid@principal.com
ayesha.akbar@barclays.co.uk
ayfong@wellington.com
ayinikkat.radhakrishnan@tcw.com
aylin.somersan@pimco.com
ayman.zaidan@arabbanking.com
aymar.deleotoing@sgam.com
aymeric.de-drouas@sgam.com
aymeric.forest@dexiam.lu
aymeric.forest@uk.abnamro.com
aymerick.de-drouas@sgam.com
aynur_mukhametshin@ml.com
ayo@danskebank.dk
ayo_munford@progressive.com
ayorks@blackrock.com
ayoshioka@provnet.com
ayoung@metlife.com
ayoung@waddell.com
ayse.karan@dbi.de
aysun.cinar@first-private.com
aytul.ganioglu@tcmb.gov.tr
ayu@pimco.com
ayu@us.nomura.com
ayuen@bankofny.com
ayuen@rockco.com
ayukichae@westernasset.com
ayumi.kobayashi@schroders.com
aza@bloomberg.net
azacha@nbg.gr
azak@bayern-invest.de
azam@bnm.gov.my
azatulovskaya@oppenheimerfunds.com
azawadow@princeton.edu
azbk001@aozorabank.co.jp
azeem.akhtar@db.com
azega@iccrea.bcc.it
azela.alfonso@nl.abnamro.com
azelby_joseph@jpmorgan.com

azelig@perrycap.com
azellmann@metzler.com
azepstein@wellington.com
azgs@pggm.nl
azhang@agribank.com
azhang@browncapital.com
azhar.hussain@gibuk.com
azhou@fhlbdm.com
azhou@oppenheimerfunds.com
aziccardi@tiaa-cref.org
azichy@oppenheimerfunds.com
aziegler@royalbankamerica.com
azilberberg@brgco.com
azim.meghji@hsbcam.com
azim_alvi@ssga.com
azimmer@oppenheimerfunds.com
azimmerman@allegiancecapital.com
azimmermann3@bloomberg.net
azinaman@loews.com
azionari.ad@flashnet.it
azitkute@pictet.com
aziz.bakar@blackrock.com
aziz.hassanali@gs.com
aziz.minhas@omam.co.uk
aziz_ouldsfiya@putnam.com
aziza.breteau@edf.fr
azizahjan@gic.com.sg
azizaziz@bloomberg.net
azmanali@bnm.gov.my
azmi.rahman@bia.com.bn
azra.x.pravdic@jpmhase.com
azuma@nam.co.jp
azuma@sumitomotrust.co.jp
azusa.ikezaki@japan.gartmore.com
azwickler@firstmanhattan.com
azygarewicz@trumark.org
azzahir@bnm.gov.my
azzam.anani@nbad.ae
azzi@corner.ch
b.amiee@lcfr.co.uk
b.b.dijkman@dr.utc.rabobank.com
b.bargagli@eib.org
b.bass@hsbc.guyerzeller.com
b.biragnet@hermes.co.uk

b.carrera@grupobbva.com
b.coolen@robeco.nl
b.cracraft@ktrs.gov
b.desgardins@bbbsa.ch
b.ellsworth@fordfound.org
b.furlong@fnysllc.com
b.gayles@fnysllc.com
b.giroud@lvmh.com
b.guiney@bipielle.co.uk
b.hilberts@hq.vnu.com
b.hy@danskebank.dk
b.jacobs@fnysllc.com
b.k.voogelaar@robeco.nl
b.leung@indoverbank.com
b.levithan@fnysllc.com
b.lewbart@troweprice.com
b.liedtke@frankfurt-trust.de
b.lind@fearnleys.no
b.lynch@sumitomotrust.co.jp
b.m.galesloot@robeco.nl
b.marrazzo@bipielle.it
b.mazzucchelli@hsbc.guyerzeller.com
b.mcdonald@leggmason.co.uk
b.prendergast@qic.com
b.randall@hermes.co.uk
b.roma@bloomberg.net
b.ronfeld@donner.de
b.sanders@qic.com
b.siegismund@bvv-vers.de
b.silvestri@tiscali.it
b.t.jansen@dnb.nl
b.texeira@easternbk.com
b.van.poppen@abp.nl
b.vest@fnysllc.com
b.white@qic.com
b.zeldenrust@robeco.nl
b.zimmermann@aigpb.com
b_bradstreet@fairfax.ca
b_chapman@glic.com
b_connolly@putnam.com
b_libby@putnam.com
b_manning@ml.com
b_murray@putnam.com
b_xia@ml.com

b2189@fglife.com.tw
b3m@americancentury.com
b893a@mail.tbb.com.tw
baard.paulsen@klp.no
babak.dastmalpschi@cspb.com
babang@russell.com
babar.m.mufti@aexp.com
babd@bloomberg.net
bac55@cornell.edu
bac78@cornell.edu
bach.bernd@aareal-bank.com
bacharova.olivia@slsp.sk
bachir.a.barbir@gibbah.com
bachner@meinlbank.com
bad@sitinvest.com
badams@53.com
badams@sagitta.co.uk
baddi@bordier.com
badem@kia.gov.kw
baderas@kia.gov.kw
badert@nbk.com
badillar@lotsoff.com
baek@bok.or.kr
baeklee@bok.or.kr
baerbel.roczinski@dit.de
baez-sacasa_alejandro@jpmorgan.com
bafoster@household.com
bagaria@apolloic.com
bagatouria@sgcib.com
bagella@fideuramgestions.lu
bagger91@bloomberg.net
baguas-estaris@pbucc.org
baguetje@cmcic.fr
baguilar@tiaa-cref.org
bah@capgroup.com
bahaa.fam@fmr.com
bahadir.cakmakli@akbank.com
bahar@bma.gov.bh
bahern@eatonvance.com
bahmann@bloomberg.net
baigt@nationwide.com
bailer.j@tbcam.com
bailey.r.dalton@jpmorgan.com
bailon@ellington.com

baird.blake@anthem.com
baird@ellington.com
baitconsulting@home.com
bakalb@bernstein.com
baker.j2@mellon.com
baker@pimco.com
bakerb@vankampen.com
bakerc@aeltus.com
bakere@aetna.com
bakerm@ufji.com
bakers@arvest.com
bakiciol@princeton.edu
bakir.melik@denizbank.com
bakircii@tskb.com.tr
bakker@vpv.nl
bala.iyer@jpmorgan.com
bala.ragothaman@citadelgroup.com
bala@payden-rygel.com
balachandran.binu@nomura-asset.com
balaji_macherla@vanguard.com
balakrishnan.prakash@jpmorgan.com
balan@metlife.com
balanda.m@tbcam.com
balasanovy@lotsoff.com
balazs.foldvari@dillonread.com
balazs.magyar@sarasin.ch
balbert@us.nomura.com
balcellsa@bancsabadell.com
baldeesh.nahl@morganstanley.com
baldemar.mejia@avmltd.com
baldrich@bloomberg.net
baldur.helgason@glitnir.dk
baleotti@credem.it
balezosp@moh.gr
bali.kochar@bancaintesa.co.uk
balim@mas.gov.sg
balintm@ufji.com
balk@bcmnet.nl
ballbee@chittenden.com
ballegooijenjhvan@hagemeyer.com
balraj.bassi@lehman.com
balraj.khagram@commerzbankib.com
balshamlan@riyadbank.com
balsharif@ifc.org

balsikafi@barbnet.com
balston@valueline.com
baltz.timothy@ntrs.com
balva@msdw.es
balvareo@cajamadrid.es
balzhani@halykbank.kz
bamatthews@canyonpartners.com
banai@bloomberg.net
banain@umtb.co.il
banaja_mishra@ssga.com
banci.osvaldo@bsibank.com
banderson@nb.com
banderson@sarofim.com
bandrews@steinroe.com
baneyr@nationwide.com
banfia@mnb.hu
banfiz@otpbank.hu
bang@bloomberg.net
bangello@tiaa-cref.org
bangus@nb.com
bank@hugokahn.ch
bankloan_analysts@invesco.com
banknegara@aol.com
banks@ellington.com
banks_steven_m@cat.com
banl@ntt.it
banlawim@wellsfargo.com
bansal@pimco.com
bansel@hbk.com
bantag@rba.gov.au
bantunes@lloydstsb-usa.com
banu.akbez@fgb.ae
banu.kesim@tcmb.gov.tr
banu.simmons-sueer@ubs.com
banyeres@bancsabadell.com
banzhaf@ui-gmbh.de
bao.nguyen@citadelsolutions.com
baohochang@bloomberg.net
baotoan.tran@akb.ch
baprg@bloomberg.net
bapvtit@tin.it
baquino@kayne.com
barabasgy@otp.hu
barakc@israelcorp.com

barancok.milan@slsp.sk
barb_glenn@bankone.com
barb_miller@bankone.com
barbara.a.sorohan@aib.ie
barbara.a.sorohan@aibbny.ie
barbara.altherr-mueller@lrp.de
barbara.andreis@ersel.it
barbara.andreoli@bsibank.com
barbara.annibaldi@bancaintesa.it
barbara.atlas@axa-im.com
barbara.avalle@crg.it
barbara.b.harkins@usa.dupont.com
barbara.barreca@ubs.com
barbara.beller@scotiabank.com
barbara.benoit@fmr.com
barbara.bocchio@bpm.it
barbara.bossi@interbanca.it
barbara.boucher@tres.bnc.ca
barbara.chan@ap.ing.com
barbara.chilutti@morganstanley.com
barbara.cohen@bnpparibas.com
barbara.d.dejesus@jpmorgan.com
barbara.dietrich@blb.de
barbara.duberstein@csam.com
barbara.e.mock@fmr.com
barbara.emmerson@bnpparibas.com
barbara.english@ubs.com
barbara.eshing@edwardjones.com
barbara.favoro@banca.mps.it
barbara.ferguson@westernasset.com
barbara.frankowicz@blackrock.com
barbara.frisch@novartis.com
barbara.gruenewald@ubs.com
barbara.hain@cominvest-am.com
barbara.hauge@swib.state.wi.us
barbara.hauser@claridenleu.com
barbara.hausmann@vkb.de
barbara.henry@ge.com
barbara.hermans@prudential.com
barbara.kalcik@rcm.at
barbara.maniker@nationalcity.com
barbara.markwitz@heidelberg.com
barbara.mcfadden@peregrinecapital.com
barbara.metcalfe@morgankeegan.com

barbara.meyler@unicreditgroup.at
barbara.nagy@nationalcity.com
barbara.nguyen@pw.utc.com
barbara.ohlhaver@ikb-cam.de
barbara.passy@ubs.com
barbara.plato@t_mobil.de
barbara.pohlmann@union-investment.de
barbara.portenkirchner@db.com
barbara.rega@dws.de
barbara.reinhard@morganstanley.com
barbara.rinner@hypovereinsbank.de
barbara.roffia@ecb.int
barbara.s.brett@wellsfargo.com
barbara.salzgerber@nationalcity.com
barbara.schulz@dzbank.de
barbara.stolting@blackrock.com
barbara.tarmy@nb.com
barbara.tauscheck@hvb.de
barbara.tunesi@bsibank.com
barbara.turcotte@ffbc-oh.com
barbara.turley@davy.ie
barbara.van.teeffelen@rabobank.com
barbara.van.weerden@pggm.nl
barbara.vanevery@tcw.com
barbara.visintin@am.generali.com
barbara.weston@ubs.com
barbara.wiener@rcm.at
barbara.wintemberg@mortgage.wellsfargo.com
barbara.wittenbrink@essenhyp.com
barbara.wolf@helaba.de
barbara.wylie@53.com
barbara@sanpaolony.com
barbara_a_percia@fanniemae.com
barbara_a_ryan@fanniemae.com
barbara_abts@westlb.de
barbara_browning@bankone.com
barbara_hileman@putnam.com
barbara_lentine@scudder.com
barbara_nesspor@vanguard.com
barbara_samett@vanguard.com
barbara_shegog@ssga.com
barbara_thompson@ssga.com
barbaresi@am.generali.com
barbaros.ozuyilmaz@abank.com.tr

barber.m1@mellon.com
barberis@bpintra.it
barbra.ongwico@tcw.com
barclay@us.ibm.com
bard.bringedal@storebrand.com
bard.sm.johannessen@dnbnor.com
bardouan@cic.fr
barella@wgtrading.com
barend.pennings@gs.com
bargiano@capitalgest.it
baricauarc@bernstein.com
baris_pinar@swissre.com
bariska@garanti.com.tr
barkerm@bloomberg.net
barkus@bessemer.com
barlaj.brah@ppm-uk.com
barmstrong@mfs.com
barnaby.wilson@lazard.com
barnardm@hhmi.org
barnesp1@aeltus.com
barnett@abimltd.com
barney.bonekamp@bmo.com
barney.dougherty@pacificlife.com
barney.fox@bellatlantic.com
barney.rosen@ge.com
barney.wilson@janus.com
barney@schotters.com
barrassof@aetna.com
barretst@bloomberg.net
barrett.cooke@usbank.com
barrett.rl@mellon.com
barrett.sides@aiminvestments.com
barrett@ellington.com
barrie.a.king@bob.hsbc.com
barrie.lieb@chase.com
barrie.whitman@threadneedle.co.uk
barry.bailey@schwab.com
barry.boniface@bellsouth.com
barry.boyle@fandc.com
barry.catezone@citadelgroup.com
barry.channon@ubs.com
barry.chatman@schroders.com
barry.cohen@aberdeen-asset.com
barry.cole@barcap.com

barry.connolly@columbiamanagement.com
barry.fennell@fmr.com
barry.friedson@db.com
barry.garner@us.cibc.com
barry.glavin@biam.boi.ie
barry.glavin@hsbcam.com
barry.goldblatt@entergykoch.com
barry.griffin@jpmorgan.com
barry.hammond@eu.altria.com
barry.harris@uebgroup.com
barry.henderson@soros.com
barry.hughes@csam.com
barry.j.ahearne@aib.ie
barry.j.golden@fmr.com
barry.j.nordstrand@pjc.com
barry.j.o'dwyer@aib.ie
barry.jaggs@arabbank.co.uk
barry.kelly@pioneeraltinvest.com
barry.lai@capitalone.com
barry.leipsic@citadelgroup.com
barry.livermore@fmr.com
barry.maksymczuk@fandc.com
barry.marshall@gartmore.com
barry.mcalinden@ubs.com
barry.mcconnell@rreef.com
barry.mcloughlin@boigm.com
barry.mcquain@lionhart.net
barry.mitchinson@barcap.com
barry.monks@bmo.com
barry.moran@boigm.com
barry.munson@citicorp.com
barry.naisbitt@abbeynational.co.uk
barry.nix@uk.nomura.com
barry.perhac@ge.com
barry.randall@lazard.com
barry.rosenberg@morganstanley.com
barry.ross@au.pimco.com
barry.ryan@rbccm.com
barry.sanjana@morleyfm.com
barry.schachter@moorecap.com
barry.smith@53.com
barry.smith@nationwide.co.uk
barry.vrijssen@pggm.nl
barry.w.pitcher@aib.ie

barry.widdows@barclaysglobal.com
barry.widdows@insightinvestment.com
barry.winter@citi.com
barry.zamore@csfb.com
barry@primarytrendfunds.com
barry_allen@ssga.com
barry_bier@gmacm.com
barry_groveman@westlb.com
barry_henderson@troweprice.com
barry_kc_yip@hkma.gov.hk
barry_kohout@glenmede.com
barry_levine@acml.com
barry_mary@fsba.state.fl.us
barry_nielson@agc.com
barry_oconnell@ml.com
barry_roof@rsausa.com
barry_scheinholtz@mony.com
barry_spear@ssga.com
barry_wzorek@vanguard.com
barryt.murphy@boigm.com
barrytp@bankisrael.gov.il
bart.aandentoorn@snsam.nl
bart.barnett@morgankeegan.com
bart.bc.claeys@dexia-am.com
bart.coenraads@fortisinvestments.com
bart.de.lange@kasbank.com
bart.decock@dexia-am.com
bart.desaeger@dexia-am.com
bart.fransen@rabobank.com
bart.geukens@fortisinvestments.com
bart.glenn@aiminvestments.com
bart.goosens@dexia-am.com
bart.grenier@db.com
bart.gromada@bmo.com
bart.hellwig@columbiamanagement.com
bart.hoorn@ingim.com
bart.koolhaas@ingim.com
bart.maser@wamu.net
bart.ogonowski@ibtco.com
bart.paredis@dexia.com
bart.ras@philips.com
bart.saenen@pggm.nl
bart.schlatmann@inginvestment.com
bart.siebers@ingim.com

bart.steenbergen@bmo.com
bart.tishauser@fbs.nl
bart.turtelboom@glgpartners.com
bart.van.merrienboer@ingim.com
bart.vandekamer@sns.nl
bart.vanderveken@dexia.be
bart.vanhaverbeke@dexia.be
bart_hellwig@ssga.com
bart_holl@scudder.com
bart_wyrick@americancentury.com
barth@gothamcapital.com
bartjan.vanhulten@uk.fid-intl.com
bartlett_geer@putnam.com
bartletttb@bernstein.com
bartlomiej.pastwa@bankofamerica.com
bartlomiej_rutkowski@westlb.co.uk
barton.holl@db.com
bartzberger@kanaly.com
baruch@atalanta.com
barwickf@delaware.co.uk
baryan@fdic.gov
bas.iserief@abnamro.com
bas.kragten@ingim.com
bas.nieuweweme@inginvestment.com
bas.peeters@ingim.com
bas.van.buuren@ing.com.my
bas.van.buuren@ingim.com
bas@bpi.pt
basak.denizci@denizbank.com
basare@fhlbc.com
baschmucker@stifel.com
bascunan.m@bimcor.ca
bashar_zacharia@calpers.ca.gov
bashar_zakaria@calpers.ca.gov
basher@allstate.com
basil.cassini@cariplo.com
basil.goetsch@group.novartis.com
basil.keller@ubs.com
basil.masters@jp.ca-assetmanagement.com
basil.shoukry@hsbcpb.com
basil.sohrmann@cspb.com
basil.stefanidis@cba.com.au
basil@concordiafunds.com
basil_qunibi@ml.com

basile.rivoire@sgcib.com
basile@capitalgest.it
bass@bear.com
bassem.daher@exane.com
basterra@bloomberg.net
bastiaan.braams@stroeve.nl
bastiaan.vanderheyden@akzonobel.com
bastian.freitag@hauck-aufhaeuser.de
bastian.gries@westam.com
bastian.hentschel@vkb.de
bastian.meyer@kfw.de
bastian.schaefer@oppenheim.de
bastien.berthon@sgcib.com
batel.al-batel@riyadbank.com
bateman.p@tbcam.com
batemanp@ebrd.com
baterk@nationwide.com
batesj@delaware.co.uk
bathj@nationwide.com
bathompson@wellington.com
batiyyah1@bloomberg.net
batkins@statestreet.com
batsevd@lazard.com
battellinor@rba.gov.au
battiato@ellington.com
battili@bloomberg.net
batwater@fultonfinancialadvisors.com
baudoixa@sdm.cic.fr
baudouin.devaucleroy@sabena.be
baudouin.prot@bnpparibas.com
bauer@swissfp.com
bauerb@1stsource.com
baumannp@atag.com
baumgs@bloomberg.net
baumhoff.ew@mellon.com
baumond@loomissayles.com
baunaz@bloomberg.net
bausch@swissfp.com
bauvier@fmr.com
bavo.jacobs@dexia-am.com
bawilliams@statestreet.com
bawo_ayomike@freddiemac.com
bayard.fiechter@pncbank.com
bayer.andringa@freeler.nl

baymiller.jon@principal.com
bayot@nytimes.com
baypondgrp@wellington.com
baz@tcwgroup.com
bazzarellod@gruppocredit.it
bb75@cornell.edu
bbaggenstos@russell.com
bbailey@orixcm.com
bbailey@waddell.com
bbaird@hanoverstrategic.com
bbajic@bloomberg.net
bbaker@bbandt.com
bbaker@senecacapital.com
bbalg@meag.com
bballe@osc.state.ny.us
bbane@stephens.com
bbarenboim@opcap.com
bbarker@pictet.com
bbarna@perrycap.com
bbarnes@eatonvance.com
bbarnes@fciadvisors.com
bbarney@mdsass.com
bbarnhart@aegonusa.com
bbarrall@westernasset.com
bbarret@templeton.com
bbarrett@bass-net.com
bbarrett@sunamerica.com
bbarros@shay.com
bbarry2@bloomberg.net
bbartlet@princeton.edu
bbartlett@lordabbett.com
bbateman@unum.com
bbattista@blackrock.com
bbayer@atlanticasset.com
bbe@statoilhydro.com
bbeam@firstgulfbank.com
bbean@fdic.gov
bbeaty@hanseatic-ny.com
bbeck@bloomberg.net
bbecker@invest.treas.state.mi.us
bbeere@troweprice.com
bbeerley@iberdrolausa.com
bbehrens@brownadvisory.com
bbejster@federatedinv.com

bbell@federatedinv.com
bbell@nationalasset.com
bbellamy@tswinvest.com
bbelton@panagora.com
bbeman@aegonusa.com
bbenanzer@bokf.com
bbenedict@watermarkgroup.com
bbennett@standishmellon.com
bbenson@amica.com
bberberian@payden-rygel.com
bberghuis@troweprice.com
bberman@tiaa-cref.org
bbernabe@websterbank.com
bbernard@templeton.com
bbertucci@westernasset.com
bbest@lehman.com
bbg@americancentury.com
bbidois@groupama-am.fr
bbiehler@metzler.com
bbinder@caxton.com
bbinyon@agfinance.com
bbirnzain@meag.com
bbishop@scmadv.com
bbixler@metlife.com
bblbprtf@bloomberg.net
bblfbal@bellatlantic.com
bblodgett@asglp.com
bbmoss@household.com
bbodett@allstate.com
bbogers1@bloomberg.net
bboland@orix.com
bbolen@barclayi.com
bbolk@aegon.nl
bbombay@franklintempleton.ca
bbonomo@oppenheimerfunds.com
bbooth@caxtonhealth.com
bboral@caxton.com
bborander@bloomberg.net
bborellitborelli@jennison.com
bborer@tweedy.com
bbornstein@omega-advisors.com
bborras@sanostra.es
bborud@hcmlp.com
bbosch@northcentraltrust.com

bboughner@bbandt.com
bboushele@cobank.com
bbowden@bloomberg.net
bboyd@payden-rygel.com
bboyer@jennison.com
bbraamcamp.lisboa@sinvest.es
bbrandon@eatonvance.com
bbrant@unumprovident.com
bbredemeier@ftportfolios.com
bbrennan@pershing.com
bbrewington@berkeleycm.com
bbridges@sterling-capital.com
bbrill@caxton.com
bbrill@watrust.com
bbroadbent@hcmlp.com
bbrooks@valueline.com
bbrown@hcmlp.com
bbrown@troweprice.com
bbrown1@allstate.com
bbrubaker@dollarbank.com
bbruno@loomissayles.com
bbryan@jennison.com
bbsa.pcavero@retemail.es
bbt1@ntrs.com
bbtay@mas.gov.sg
bbtracy@attbi.com
bbugni@mt.gov
bbuilder@blackndecker.com
bbunker@princeton.edu
bburch@provnet.com
bburnes@wgtrading.com
bburns@fiduciarymgt.com
bburns@stephens.com
bburrell@lordabbett.com
bburrell@wescorp.org
bbush@stephens.com
bbwhite@bloomberg.net
bbyi@bkb.com
bbyrne@millertabak.com
bc17@ntrs.com
bc37@ntrs.com
bcabanne@global-equities.com
bcabeza@msdw.es
bcampbell@oppenheimerfunds.com

bcarl@bbandt.com
bcarlson@mfs.com
bcarol@uss.com
bcarris@frk.com
bcarroll@perrycap.com
bcarroll@regimentcapital.com
bcarter@provnet.com
bcary@divinv.net
bcase@nb.com
bcase@trmshedge.com
bcastillo@bancaja.es
bcavanaugh@metlife.com
bcavazos@wellington.com
bcb@capgroup.com
bcecil@navymutual.org
bcervin@bloomberg.net
bcetron@nb.com
bchaltas@allstate.com
bchambers@barrowhanley.com
bchang@lib.com
bchang@wescorp.org
bcharles@asbcm.com
bchatman@shelterinsurance.com
bchen@senecacapital.com
bcheney@jhancock.com
bchi4@allstate.com
bchim@ci.com
bchin@us.tr.mufg.jp
bchoo3@bloomberg.net
bchrystal@lordabbett.com1
bchu@lordabbett.com
bchuang@mlp.com
bcicerchia@fideuramsgr.it
bcimc@bloomberg.net
bcjermeland1@mmm.com
bck1@ntrs.com
bckwon@chb.co.kr
bcl@nbim.no
bclark@turnerinvestments.com
bclark@waddell.com
bclarke@bethpagefcu.com
bclarkson@chubb.com
bclaybrook@provnet.com
bcleathero@jhancock.com

bclougher@mfs.com
bclouser1@bloomberg.net
bclukey@ers.state.tx.us
bcmccarthy1@bloomberg.net
bco@capgroup.com
bcogger@oppenheimerfunds.com
bcole7@bloomberg.net
bcoley@azoa.com
bcollado@creditandorra.as
bcollins@statestreet.com
bcollins@unumprovident.com
bcolombo@gmail.com
bcolton@opcap.com
bcometto@spasset.lu
bconty@copera.org
bconvery@huffcompanies.com
bcook@jennison.com
bcook@oaktreecap.com
bcook@omega-advisors.com
bcoquelin@groupe-ufg.com
bcorcora@imsi.com
bcornelius@hcmlp.com
bcostello@alger.com
bcote@downeysavings.com
bcoughlin@essexinvest.com
bcourtney@fciadvisors.com
bcourtney@kpsp.com
bcowan@lkcm.com
bcox@aegonusa.com
bcox@berkeleyvc.com
bcpi@bloomberg.net
bcr.eu@adia.ae
bcrailey@leggmason.com
bcrawfo@frk.com
bcrawfo@ftci.com
bcrawford@lionsgatecap.com
bcrider@reamsasset.com
bcridland@steinroe.com
bcruise@eagleglobal.com
bcrumley@lkcm.com
bcryer@frk.com
bcs1@notes.ntrs.com
bcsa-research@barclayscapital.com
bct43@cornell.edu

bctieste@babsoncapital.com
bcullen@berkeleydelta.com
bcumiskey@caxton.com
bcummings@bpbtc.com
bcummings@sumitomotrustusa.com
bcunha@mfs.com
bcurlee@kanaly.com
bcurrie@entergy.com
bd@farcap.com
bdamon@microsoft.com
bdaniel_evans@ml.com
bdanielewicz@jhancock.com
bdaniels@pimco.com
bdargan@mfs.com
bdausch@troweprice.com
bdavis@cadence.com
bdavis@fdic.gov
bdavis@federatedinv.com
bdawson@mcleanbudden.com
bdb@ubp.ch
bddoyle@aegonusa.com
bde@bankinvest.dk
bdebastiani@rwbaird.com
bdecker4@bloomberg.net
bdeclosset@msn.com
bdeitelzweig@ag-am.com
bdelacruz@pacificlife.com
bdelaet@brgco.com
bdelcour.bbl@bloomberg.net
bdeleon@pimco.com
bdemole@pictet.com
bdenigris@pershing.com
bdenihan@crawfordinvestment.com
bdenney@firstrust.com
bdesani@flhbdm.com
bdesjarlais@fleet.com
bdh007@samsung.co.kr
bdholcombe@cazenove.com
bdias@hbk.com
bdiersch@microsoft.com
bdillon@deerfieldcapital.com
bdingle@federatedinv.com
bdirubbio@ustrust.com
bdixon@newstaram.com

bdmcgrath@leggmason.com
bdmts@bloomberg.net
bdoby1013@aol.com
bdoherty@wellington.com
bdojonovic@offitbank.com
bdonahoe@tswinvest.com
bdonley@barbnet.com
bdoran@bloomberg.net
bdr.paris@wanadoo.fe
bdr.paris@wanadoo.fr
bdr1@ntrs.com
bdrchjb@aol.com
bdrny@earthlink.net
bdsani@fhlbdm.com
bdubus@generali.fr
bduddy@loomissayles.com
bdufief@hbk.com
bdunn@us.mufg.jp
bduran@invercaixa.es
bdurand@mfcglobalus.com
bdurkin@congressasset.com
bdurnez@bloomberg.net
bdverrecchia@wellington.com
bdyer@paragonassociates.net
bdykes@ups.com
be@patriotic.com
be8@ntrs.com
bea.gneisenau@hvb.de
bealey@allstate.com
beard@bloomberg.net
beasterling@barbnet.com
beat.alpiger@credit-suisse.com
beat.bommer@bs.ch
beat.borer@cibasc.com
beat.cabiallavetta@gs.com
beat.diggelmann@aam.ch
beat.egger@juliusbaer.com
beat.ehrismann@rbscoutts.com
beat.gabathuler@zkb.ch
beat.gerber@swisscanto.ch
beat.grunder@credit-suisse.com
beat.haller@ch.abnamro.com
beat.jakob@dresdner-bank.ch
beat.jakob@ubs.com

beat.john@ubs.com
beat.kaeser@lodh.com
beat.kaiser@sarasin.ch
beat.keiser@sarasin.ch
beat.kempf@ubs.com
beat.kunz@mobi.ch
beat.matzinger@juliusbaer.com
beat.moser@ubs.com
beat.muerset@vontobel.ch
beat.pfiffner@zkb.ch
beat.rohner@bcv.ch
beat.ruegg@credit-suisse.com
beat.ruffieux@credit-suisse.com
beat.salzmann@juliusbaer.com
beat.schmocker@ubs.com
beat.schumacher@credit-suisse.com
beat.schumacher@zkb.ch
beat.steffen@pharma.novartis.com
beat.troehler@claridenleu.com
beat.troehler@publica.ch
beat.vonwyl@blkb.inet.ch
beat.wagner@ubs.com
beat.weiss@vontobel.ch
beat.wernli@basler.ch
beat.widmer@db.com
beat.wittmann@juliusbaer.com
beat.zellweger@llb.li
beat.zihnder@akb.ch
beat_luethi@swissre.com
beate.doerschmidt@dgz-dekabank.de
beate.forell@kfw.de
beate.huge@db.com
beate.schuster@bayernlb.de
beate.simon@db.com
beate.thielcke@dekabank.de
beatrice.belorgey@bnpparibas.com
beatrice.brunet@caam.com
beatrice.brunner@ubs.com
beatrice.chang@chinatrust.com.tw
beatrice.finamore@am.generali.com
beatrice.kirkroy@gs.com
beatrice.kunz@claridenleu.com
beatrice.lamour@dzbank.de
beatrice.mignard@bnpparibas.com

beatrice.rodriguez@fidelity.com
beatrice.werlen@rbc.com
beatrix.bernauer@lbbw.de
beatrix.goebel@helaba.de
beatrix.poth@dgz-dekabank.de
beatriz.catalan@ibercaja.net
beatriz.munoz@grupobbva.com
beatriz.sotomayor@ecb.int
beau.coash@fmr.com
beau.harbour.research@gmail.com
beau.hurst@lazard.com
beaucamps_jacques@accor-hotels.com
beaulieu.christopher@pennmutual.com
beaumanc@ebrd.com
beaumont@pimco.com
bebe.wilkinson@us.ing.com
bebel@lordabbett.com
beberhardt@union-investment.de
beberhardt@wescorp.org
beberle@pictet.com
bebner@troweprice.com
bebo03@handelsbanken.se
bebr@danskecapital.com
bebruce@dow.com
beck_kevin@jpmorgan.com
beckelman.david@pennmutual.com
beckerdt@rwbaird.com
becket.wolf@citadelgroup.com
beckmannn@bloomberg.net
becky.alley@truscocapital.com
becky.biddulph@bg-group.com
becky.byrd.g3mx@statefarm.com
becky.dudley@eagleasset.com
becky.mammen@db.com
becky.mcquillan@citadelgroup.com
becky.moser@national_city.com
becky.poyser@wellsfargo.com
becky.rinaldi@gcinc.com
becky.tsang@agf.com
becky.villeneuve@usbank.com
becky_chan@blackrock.com
beckyxu@gic.com.sg
bedemeka@jennison.com
bedij@rba.gov.au

bedivierre.bagui@westernasset.com
bedjotedja@dbs.com
bednarc@vankampen.com
bedours@kia.gov.kw
bedwial.tods@bloomberg.net
beffler@amfin.com
befitzy@bloomberg.net
beg@nbim.no
beg2@ntrs.com
began@ftci.com
beggleston@loomissayles.com
behana@biam.boi.ie
behling@bloomberg.net
behnan.maclean@statestreet.com
behzad@bernstein.com
bei.saville@morganstanley.com
beirnee@biam.boi.ie
beiwang@northwesternmutual.com
bekim.laski@ubs.com
bela.mehta@fmr.com
beleggingenbotreasury@pggm.nl
belenminayo@bloomberg.net
belgin@snwsc.com
belin.ngse@uobgroup.com
belina.dreessen@dzbank.de
belinda.ash@uk.fid-intl.com
belinda.blanchard@trs.state.va.us
belinda.bradley@protective.com
belinda.chow@db.com
belinda.couniotakis@ubs.com
belinda.mettier@vpbank.com
belinda.otruba@csam.com
belinda.peltz@dit.de
belinda.wright@threadneedle.co.uk
belinda_denovellis@elliottandpage.com
belisha@netvision.net.il
bell@bridportjersey.net
bella.grishtaev@thehartford.com
bella_berns@rsco.com
belle.ho@uk.fid-intl.com
belliott@aegonusa.com
bellons@towers.com
belma.osmanagich@deshaw.com
belmontejc@bancourquijo.com

belogan@wellington.com
belova@bernstein.com
belseya@gruppocredit.it
beltran.lastra@jpmorgan.com
belusicb@gruppocredit.it
bem@ubp.ch
bemmons@bokf.com
bemorris@bear.com
ben.adams@lowes.com
ben.akrigg@fandc.com
ben.barrett@inginvestment.com
ben.bennett@lgim.co.uk
ben.blackburn@morleyfm.com
ben.boudraf@bnpparibas.com
ben.bowman@ers.state.tx.us
ben.buchan@alliancebernstein.com
ben.callan@uk.abnamro.com
ben.carter@bmo.com
ben.cleavely@lgim.co.uk
ben.cook@threadneedle.co.uk
ben.dadbin@pimco.com
ben.dassen@ingim.com
ben.ebert@swipartnership.co.uk
ben.edwards@lgim.co.uk
ben.edwards@pimco.com
ben.ehlert@pimco.com
ben.faulkner@ubs.com
ben.fenton@morganstanley.com
ben.finger@clinton.com
ben.floyd@bankofamerica.com
ben.franklin@lgim.co.uk
ben.funnell@glgpartners.com
ben.g.stapley@jpmorgan.com
ben.gee@barclays.com
ben.giles@claridenleu.com
ben.gill@glgpartners.com
ben.goodsell@credit-suisse.com
ben.griffiths@bailliegifford.co.uk
ben.grippi@metlife.com
ben.h@gordian.co.uk
ben.hall@deshaw.com
ben.hauzenberger@swisscanto.ch
ben.helm@augustus.co.uk
ben.hock@aiminvestments.com

ben.hollis@db.com
ben.horsell@fortisinvestments.com
ben.j.bergum@nwa.com
ben.j.reterink@si.shell.com
ben.jacobs@moorecap.com
ben.james@bankofamerica.com
ben.kirkegaard@glgpartners.com
ben.lester@uk.nomura.com
ben.lloyd@bailliegifford.com
ben.may@bankofengland.co.uk
ben.mcgloin@pimco.com
ben.meng@barclaysglobal.com
ben.miall@rabobank.com
ben.middleton@morleyfm.com
ben.mills@aegon.co.uk
ben.ming@barclaysglobal.com
ben.morris@bfsinvest.co.uk
ben.murison@barclayscapital.com
ben.neumann@bbh.com
ben.nielson@ubs.com
ben.otoole@threadneedle.co.uk
ben.pais@snssecurities.nl
ben.paton@uk.fid-intl.com
ben.paviour@omam.co.uk
ben.perlman@gecapital.com
ben.rijff@unilever.com
ben.ritchie@aberdeen-asset.com
ben.ross@corporate.ge.com
ben.s.lieberman@pjc.com
ben.shuleva@fmr.com
ben.spires@soros.com
ben.squire@btfinancialgroup.com
ben.taylor@robecoinvest.com
ben.thompson@bailliegifford.com
ben.thompson@northernrock.co.uk
ben.toole@carolinafirst.com
ben.walker@gartmore.com
ben.wallace@gartmore.com
ben.weiss@shinseibank.com
ben.white@lgim.co.uk
ben.williams@investecmail.com
ben.wood@uboc.com
ben.woodcock@db.com
ben.woodward@trs.state.tx.us

ben.wulfsohn@lazard.com
ben.x.pumfrett@jpmorgan.com
ben.yuen@ubs.com
ben@ardsley.com
ben@esunbank.com.hk
ben@sandlercap.com
ben_allison@invesco.com
ben_brodkowitz@jwhmail.com
ben_constable-maxwell@ldn.invesco.com
ben_fazeli@fanniemae.com
ben_ghalmi@acml.com
ben_giele@americancentury.com
ben_gore@ml.com
ben_griffiths@troweprice.com
ben_hendrix@invesco.com
ben_jones@fanniemae.com
ben_kottler@ssga.com
ben_russon@newton.co.uk
ben_salm@ssga.com
ben_tanen@ustrust.com
benaifer_patell@blackrock.com
benard.steinberg@uk.ca-indosuez.com
benbarringer@morganstanleyquilter.ie
bencsicslg@otpbank.hu
bendavies@dbs.com
bendinelli@gestielle.it
benedetta.rospigliosi@arcafondi.it
benedetti@dynexcapital.com
benedetto.falcone@morganstanley.com
benedetto@offitbank.com
benedict.fatio@lodh.com
benedict.mugnier@hsbcpb.com
benedict.nielsen@ubs.com
benedict.redmond@barclayscapital.com
benedict.rf.thomas@flemings.com
benedicte.lagrandie@lodh.com
benedicte.mougeot@sinopia.com.hk
benedikt.blomberg@columbiamanagement.com
benedikt.gislason@isb.is
benedikt.hau@lrp.de
benedikt.henne@aam.de
benedikt.henne@dit.de
benedikt.kuehne@helvetia.ch
benedikt.kutschevas@sfs.siemens.de

benelizrs@umtb.co.il
benelwes@gic.com.sg
bengann@dbs.com
bengle@oppenheimerfunds.com
benglish@tiaa-cref.org
bengt.agefjord@ericsson.com
bengt.bjorken@amfpension.se
bengt.eke@afaforsakring.se
bengt.hansson@ap3.se
bengt.hellstrom@ap3.se
bengt.kileus@afa.se
bengt.ohlsson@volvo.com
bengt.sandberg@skandia.se
bengteck@temasek.com.sg
bengt-ove.enge@moa.norges-bank.no
benguriag@bancourquijo.com
bengzon@jyskebank.dk
benhung@chinalife.com.tw
benita.smith@allegiantgroup.com
benito.artinano@fonditel.es
benjaman.werber@dnbnor.com
benjamin.baldwin@db.com
benjamin.birnbaum@westernasset.com
benjamin.boehm@sachsenlb.ie
benjamin.brauchli@claridenleu.com
benjamin.brey@fmr.com
benjamin.brodsky@barclaysglobal.com
benjamin.cahill@citadelgroup.com
benjamin.campbell@columbiamanagement.com
benjamin.caron@phxinv.com
benjamin.chan@pimco.com
benjamin.clerget@sgcib.com
benjamin.douglas@janus.com
benjamin.eichenberger@juliusbaer.com
benjamin.ford@bwater.com
benjamin.ford@moorecap.com
benjamin.freeburg@blackrock.com
benjamin.garrity@citigroup.com
benjamin.gigot@bernstein.com
benjamin.herrick@tcw.com
benjamin.hesse@fmr.com
benjamin.hsu@db.com
benjamin.hwang@pioneerinvestments.com
benjamin.imelhaine@barclaysglobal.com

benjamin.jacquard@uk.calyon.com
benjamin.knecht@claridenleu.com
benjamin.komarnicki@axa-im.com
benjamin.lee@gs.com
benjamin.leroux@lazard.fr
benjamin.leroy@fortis.lu
benjamin.leveque@db.com
benjamin.lippke@db.com
benjamin.m.calhoun@wellsfargo.com
benjamin.marsho@fnbchestercounty.com
benjamin.martin@bankofengland.co.uk
benjamin.meier@credit-suisse.com
benjamin.merlo@juliusbaer.com
benjamin.meyer@rothschildbank.com
benjamin.moyer@blackrock.com
benjamin.pace@db.com
benjamin.pass@glgpartners.com
benjamin.piggott@fmr.com
benjamin.rawlins@upbna.com
benjamin.sahel@ecb.int
benjamin.samim@citadelgroup.com
benjamin.sawyer@pncadvisors.com
benjamin.schiessle@jpmorgan.com
benjamin.scialom@ca-assetmanagement.fr
benjamin.sklar@alliancebernstein.com
benjamin.snedeker@deshaw.com
benjamin.so@ap.ing.com
benjamin.steger@prudential.com
benjamin.stone@usbank.com
benjamin.tabak@bcb.gov.br
benjamin.taksin@sinopia.fr
benjamin.tell@aig.com
benjamin.todres@americas.bnpparibas.com
benjamin.tryon@tcw.com
benjamin.velazquez@us.standardchartered.com
benjamin.vierendeel@dexia.be
benjamin.waters@exxonmobil.com
benjamin.werber@dnbnor.com
benjamin.wigren@columbiamanagement.com
benjamin.wurth@hsbctrinkaus.de
benjamin.yeo@dzbank.com.sg
benjamin@nyc.apollolp.com
benjamin_garfield@ssga.com
benjamin_garfield@ustrust.com

benjamin_ho@swissre.com
benjamin_lathrop@ustrust.com
benjamin_meuli@swissre.com
benjamin_ng@bloomberg.net
benjamin_riley@troweprice.com
benjamin_tarlow@ssga.com
benjamin_wang@acml.com
benjamin_weidmann@swissre.com
benjamin_wong@ssga.com
benjamin_x_perlman@fanniemae.com
benjaminlu@bloomberg.net
benjamintan@gic.com.sg
benjamin-ts.wong@aig.com
benjaminzk@sina.com
benjy.cuby@credit-suisse.com
benmalone@bloomberg.net
benmountain@quilter.co.uk
bennett.golub@blackrock.com
bennett.scott@principal.com
bennett.singer@citizensbank.com
bennett@mcm.com
bennett@pacificincome.com
benno.weber@ubs.com
benno_flury@swissre.com
bennspiers@camarguecapital.com
benny.bruno@db.com
benny.ho@ap.ing.com
benny.karlsson@vattenfall.com
benny.lam@icbc.com.hk
benny.lo@fmr.com
benny.loix@belgacom.be
benny.tang@first-franklin.com
benny.tommasino@rbccm.com
bennychey@mas.gov.sg
benoit.barthelet@lazard.fr
benoit.bazin@saint-gobain.com
benoit.berger@bcv.ch
benoit.bouche@puilaetco.be
benoit.chaligne@fandc.com
benoit.chambonnet@liberty-surf.fr
benoit.charpentier@total.com
benoit.corteville@lamondiale.com
benoit.dauchez@bnpparibas.com
benoit.debains@onair.aero

benoit.debelder@ingim.com
benoit.debroise@ie.dexia.be
benoit.de-leusse@st.com
benoit.delmas@calyon.com
benoit.demol@creditfoncier.fr
benoit.depauw@fortisinvestments.com
benoit.dereme@dib.be
benoit.deryng@valeo.com
benoit.desbiens@tres.bnc.ca
benoit.elvinger@bdl.lu
benoit.fort@caam.com
benoit.galan@laposte.net
benoit.ghiezen@citigroup.com
benoit.herault@gs.com
benoit.houzelle@caam.com
benoit.juin@bnpparibas.com
benoit.maguet@sgam.com
benoit.mathey@bnpparibas.com
benoit.mercereau@sinopia.fr
benoit.meulot@sgcib.com
benoit.mojon@banque-france.fr
benoit.nansot@bnpparibas.com
benoit.palliez@caam.com
benoit.picard@bnpparibas.com
benoit.plumel@caam.com
benoit.robaux@axa-im.com
benoit.soler@axa-im.com
benoit.stroesser@jpmorgan.com
benoit.trioux@axa-im.com
benoit.x.dethier@jpmchase.com
benoit@silchester.com
benoit_claire@coface.fr
benoit_pincon@shinvest.co.kr
benoy.thomas@barclaysglobal.com
benreid@quadrantcapital.com
benrey@san.rr.com
benson.ld@mellon.com
benson.sm@tbcam.com
benson@aigfpc.com
benson_ao@amcm.gov.mo
bensona1@nationwide.com
bensonp@ie.ibm.com
bensont@swcorp.org
bent.hoegh-jensen@nordea.com

bent.kristensen@nordea.com
bentai@ocbc.com.sg
bente.hoem@dnbnor.no
bentley.susan@gene.com
benton_john@fsba.state.fl.us
bentonj@bloomberg.net
bentuej@bancsabadell.com
benx@bgi-group.com
ben-y.zhang@ubs.com
beppard@bbandt.com
ber@ubp.ch
bera02@handelsbanken.se
beram.gazdar@morganstanley.com
berardo@fondazionecrverona.org
berenger.joseph@axa-im.com
berengere.carmenen@ccr.fr
berens@rentenbank.de smtp bere
berg.debleecker@fortis.com
bergan.travis@principal.com
bergas@tcwgroup.com
bergazcristina@bancourquijo.com
berge.ofstad@dnb.no
bergj@tcwgroup.com
berglund@penntrust.com
bergman.s@kochind.com
bergur.bardason@sedlabanki.is
berhard_pfaff@fra.invesco.com
berit.henrickson@dnb.no
berit.henriksen@dnbnor.no
berk.kislal@ge.com
berk.ozturk@dartmouth.edu
berk_steven@jpmorgan.com
berkbowen@aol.com
berna.cagatay@yapikredi.com.tr
bernadette.alexander@cail.lu
bernadette.behrens@rmf.ch
bernadette.busquere@sgam.com
bernadette.fabian@nestle.com
bernadette.gielnik@sachsenlb.ie
bernadette.kaufhold@sparkasse-koelnbonn.de
bernadette.mazzella@bankofamerica.com
bernadette.musker@fandc.com
bernadette.o'brien@lgim.co.uk
bernadette.smith@pncbank.com

bernadettehuang@gic.com.sg
bernadus.roelofs@hvb.de
bernagozzi@caxton.com
bernard.ahkong@ubs-oconnor.com
bernard.andersen@hsbcpb.com
bernard.armstrong@hsbcpb.com
bernard.bochatey@ubs.com
bernard.braudis@columbiamanagement.com
bernard.cappellari@dexia.be
bernard.carayon@calyon.com
bernard.caroyez@belgacom.be
bernard.cassar@bov.com
bernard.chevreux@telekom.de
bernard.coupez@bnpparibas.com
bernard.coussee@puilaetco.com
bernard.cuadra@smhgroup.com
bernard.de.becker@ing.be
bernard.debecker@ib.bankgesselscaft.de
bernard.delhaye@fortisbank.com
bernard.deliege@fortisinvestments.com
bernard.dennery@bnpfp.com
bernard.descreux@labanquepostale-am.fr
bernard.fischer@fortis.lu
bernard.frojmovich@blackrock.com
bernard.gadelle@bred.fr
bernard.gaughran@lloydsbank.ch
bernard.gehringer@tetrapak.com
bernard.ginet@paris.rhone-poulenc.com
bernard.gormley@columbiamanagement.com
bernard.hanratty@citicorp.com
bernard.hunter@ubs.com
bernard.huppert@pirelli.com
bernard.j.masse@bnpparibas.com
bernard.janssen@nl.abnamro.com
bernard.jensen@us.mizuho-sc.com
bernard.kalfon@sgam.com
bernard.kleene@postbank.de
bernard.laliere@petercam.be
bernard.laperrousaz@lodh.com
bernard.lempereur@fortis.com
bernard.louis@nordea.lu
bernard.nexon@caam.com
bernard.oreilly@glgpartners.com
bernard.p.killelea@aib.ie

bernard.possa@csam.com
bernard.ravussin@bcv.ch
bernard.sandberg@bnpparibas.com
bernard.shinkel@huntington.com
bernard.simon-barboux@caam.com
bernard.smith@schwab.com
bernard.soulas@edf.fr
bernard.stadler@claridenleu.com
bernard.tsui@uboc.com
bernard.whitsett@prudential.com
bernard.winograd@prudential.com
bernard.wong@ubs.com
bernard_benisti@coface.com
bernard_george@ml.com
bernard_guillaume@aviva.fr
bernarddaly@angloirishbank.ie
bernardo.diaz@firstbankpr.com
bernardo.marfia@interbanca.it
bernardo.mesa@mackayshields.com
bernardo.pereira@bsnp.pt
bernardo.villela@soros.com
bernardphang@gic.com.sg
bernardtan@gic.com.sg
bernardwee@mas.gov.sg
bernd.adam@lloydsbank.ch
bernd.backhaus@helaba.de
bernd.baeume@lampebank.de
bernd.begemann@bhw.de
bernd.bublies@heidelberg.com
bernd.chory@raiffeisenbank.at
bernd.claussen@ikb.de
bernd.deutscher@helaba.de
bernd.etmer@sparkasse-bremen.de
bernd.fischer@wuestenrot.de
bernd.gentemann@union-investment.de
bernd.graessler@wwasset.de
bernd.hahn@ubs.com
bernd.hampele@heidelberg.com
bernd.hannaske@cominvest-am.com
bernd.hartmann@pioneerinvestments.com
bernd.hartmann@vpbank.com
bernd.henseler@oppenheim.de
bernd.hillingshaeuser@dzbank.de
bernd.hofmann.2@credit-suisse.com

bernd.honermeyer@ikb.de
bernd.karstedt@devif.de
bernd.klink@53.com
bernd.langen@deutscherring.de
bernd.litterst@lbbw.de
bernd.luxenburger@saarlb.de
bernd.matheis@telekom.de
bernd.meiners@lampebank.de
bernd.optenkamp@commerzbank.com
bernd.pomrehn@sarasin.ch
bernd.quaiser@vkb.de
bernd.rohleder@dzbank.de
bernd.roth@wgzbank.de
bernd.scherer@morganstanley.com
bernd.schmid@risklab.de
bernd.schroeder@union-investment.de
bernd.schuster@trinkaus.de
bernd.schweigert@fujisawa.de
bernd.thoma@fraspa1822.de
bernd.ullrich@commerzbank.com
bernd.volk@deka.de
bernd.vonwahlert@allianzgi.de
bernd.waizenhoefer@db.com
bernd.walterscheid@ksk-koeln.de
bernd.zens@devk.de
bernhard.arbogast@art-allianz.ch
bernhard.birgmann@bayernlb.de
bernhard.brunner@risklab.de
bernhard.dommermuth@postbank.de
bernhard.eugster@tkb.ch
bernhard.freis@db.com
bernhard.freis@ikb.de
bernhard.goderbauer@bw-bank.de
bernhard.gstrein@rlb-tirol.at
bernhard.hauschild@credit-suisse.de
bernhard.held@lri.lu
bernhard.herzig@bawagpsk.com
bernhard.hofer@rvs.at
bernhard.huepfj@morganstanley.com
bernhard.kern@ubs.com
bernhard.krause@hsh-nordbank.com
bernhard.kriwanek@blb.de
bernhard.kuehn@wuerttembergische.de
bernhard.leder@erstebank.at

bernhard.lehner@bayernlb.de
bernhard.lehner@spaengler.at
bernhard.leitner@amg.co.at
bernhard.maeder@csam.com
bernhard.maendli@cbve.com
bernhard.mueller@hsh-nordbank.com
bernhard.obenhuber@ubs.com
bernhard.p.felder@credit-suisse.com
bernhard.panzenell@dzbank.de
bernhard.pfenninger@claridenleu.com
bernhard.pieb@pioneerinvestments.at
bernhard.ritzdorf@dzbank.de
bernhard.rufli@csam.com
bernhard.russ@blblon.co.uk
bernhard.schill@cominvest-am.com
bernhard.staeger@stg.ch
bernhard.steege@bayernlb.de
bernhard.steiner@frankfurt-trust.de
bernhard.straub@zkb.ch
bernhard.studer@cbve.com
bernhard.thees@kzvk.de
bernhard.tschanz@credit-suisse.com
bernhard.ullram@rcm.at
bernhard.urech@juliusbaer.com
bernhard.vier@vontobel.ch
bernhard.wiezorek@dlh.de
bernhard.wischkoni@wuestenrot.de
bernhard.zahel@dws.com
bernhard_rolf@hvbamericas.com
bernhardebert@metzler.com
bernice.adorno@alliancebernstein.com
bernice.cail@cna.com
bernice.hsu@tcbank.com.tw
bernice.stein@db.com
bernicepang@stanford.edu
bernie.bozzelli@trs.state.tx.us
bernie.litzinger@mackayshields.com
bernie.mahon@credit-suisse.com
bernie.ryan@db.com
bernie.tew@barclaysglobal.com
bernie.williams@usaa.com
bernie_crowley@putnam.com
bernie_tan@scotiacapital.com
bernie_verhoeven@mgic.com

bernt.christian.brun@kap.norges-bank.no
bernt.magnusson@folksam.se
bernt.sagaard@storebrand.com
bernward.scholtyseck@telekom.de
berry@apollocapital.com
berryd@bloomberg.net
berson@atlanticinvestment.net
bert.a.van-oekelen@gsk.com
bert.b.vandenberg@shell.com
bert.boksen@eagleasset.com
bert.cop@kempen.nl
bert.de.wolff@nl.fortis.com
bert.devriendt@fortis.lu
bert.dhollander@db.com
bert.gallant@peoples.com
bert.leffers@mn-services.nl
bert.lemmens@dexia.be
bert.oldenkamp@nl.abnamro.com
bert.schouws@nl.abnamro.com
bert.schulte@lbbw.de
bert.siebrand@fandc.com
bert.sukdeo@sns.nl
bert.van.den.berg@nl.abnamro.com
bert.veldman@ingim.com
bert@apcm.net
bertana@microsoft.com
berthilde.chemin@groupe-mma.fr
berthod.becam@bp-sd.com
berthold.biehler@banca.mps.it
berthold.numeier@lbbw.de
berthold.veil@lbbw.de
bertie.thomson@aberdeen-asset.com
bertill.hallsten@mbox200.swipnet.se
bertinelli@capitalgest.it
bert-jan.de.ruiter@uk.abnamro.com
bertolottil@bpn.it
bertram.schuetz@hvb.de
bertram.schuetz@hypovereinsbank.de
bertrand.beney@credit-suisse.com
bertrand.boucheron@caam.com
bertrand.chassereau@dexia-crediop.it
bertrand.chen@gs.com
bertrand.cliquet@lazard.com
bertrand.conil@francetelecom.com

bertrand.de-dinechin@sgam.com
bertrand.faivre@cnce.caisse-epargne.fr
bertrand.frehel@axa-im.com
bertrand.guerin@ubs.com
bertrand.jaquiery@lodh.com
bertrand.joel.sager@bcv.ch
bertrand.kubala@morleyfm.com
bertrand.mausderolley@fina.be
bertrand.penverne@caam.com
bertrand.pinel@drkw.com
bertrand.puiffe@uk.fid-intl.com
bertrand.savatier@jl-investments.com
bertrand.sentenac@calyon.com
bertrand.sluys@fortisinvestments.com
bertrand.tamarelle@cnce.caisse-epargne.fr
bertrand.wenkin@ie.fortis.com
bertrand@silchester.com
bertrand_bouchonnet@coface.com
bertrandlam@gic.com.sg
bertus.franssens@nl.abnamro.com
beryl.bouvier-di-nota@sgam.com
beryl.c.lee@aexp.com
beshuka@nationwide.com
besnik.skenderi@bmo.com
beso.sikhaurulidze@fmr.com
besozzi@fhlb-of.com
besselmc@strsoh.org
best.rob@principal.com
besterson@bear.com
beta.steiner@kasbank.com
betania.soto@tcw.com
betc@capgroup.com
beth.bartz@citigroup.com
beth.beagan@fmr.com
beth.brown@fmr.com
beth.carrington@usbank.com
beth.cesari@sscims.com
beth.coyne@morganstanley.com
beth.crone@morganstanley.com
beth.dater@csam.com
beth.debryun@ntrs.com
beth.dubuque@suncapadv.com
beth.griper@mackayshields.com
beth.harris@bankofamerica.com

beth.harrison@treasurer.state.nc.us
beth.loucks@columbiamanagement.com
beth.luckin@norwich-union.co.uk
beth.m.lowe@usa.dupont.com
beth.malkosky@ubs-oconnor.com
beth.mcdermott@modern-woodmen.org
beth.miller@firstamericanfunds.com
beth.mitevski@huntington.com
beth.mlynarczyk@soros.com
beth.moreau@morganstanley.com
beth.morrow@ge.com
beth.nadeau@fhlbboston.com
beth.panek@gwl.com
beth.russell@huntington.com
beth.wahlig@gm.com
beth.wills@nationwide.co.uk
beth_a_harp@bankone.com
beth_donahue@hvbamericas.com
beth_gorrie@putnam.com
beth_mayberry@ml.com
beth_myruski@putnam.com
beth_pietrangelo@prusec.com
beth_standbridge@nylim.com
beth_watson2@merck.com
betham@wpginvest.com
bethani.rosemark@fmr.com
bethany.angeles@blackrock.com
bethany.klein@asbai.com
bethany_roy@putnam.com
bethbyrnes@aol.com
bethersbk@ensignpeak.org
betina.sommers@ar.schroders.com
betsy.anderson@resolutionasset.com
betsy.battle@soros.com
betsy.coyne@columbiamanagement.com
betsy.jette@inginvestment.com
betsy.kadlec@ubs.com
betsy.lind@pimco.com
betsy.nichols@novartis.com
betsy.pohl@fmr.com
betsy.roberts@thehartford.com
betsy.smith@db.com
betsy_horton@cargill.com
betsy_taylor@agfg.com

bettecolombo@gic.com.sg
bettencourt@bloomberg.net
bettie.hilliard@suntrust.com
bettina.ballerini@morganstanley.com
bettina.boehm.2@credit-suisse.de
bettina.chasse@hauck-aufhaeuser.lu
bettina.dorendorf@kfw.de
bettina.doulton@fmr.com
bettina.esser@telekom.de
bettina.galanti@hypovereinsbank.de
bettina.guschel@oppenheim.de
bettina.janoschek@ba-ca.com
bettina.landau@ecb.europa.eu
bettina.malacarne@snb.ch
bettina.rheinberger@swisscanto.ch
bettina.rosenberger@dzbank.de
bettina.roster@aegon.co.uk
bettina-x.mueller@dws.de
betty.au@bmo.com
betty.c.defranco@csam.com
betty.chan@thehartford.com
betty.chen@morleyfm.com
betty.fimmen@huntington.com
betty.p.wee@aexp.com
betty.pestiaux@ingim.com
betty.pola@truscocapital.com
betty.tong@qmassociates.com
betty.williams@blackrock.com
betty.wong@glgpartners.com
betty.wu@db.com
betty.x.boatemaah@jpmorgan.com
betty.y.law@bob.hsbc.com
betty_cinq-mars@ml.com
betty_eng@aimfunds.com
bettyc@rsa.state.al.us
bettygonzalez@gic.com.sg
bettytay@gic.com.sg
betz@jyskebank.dk
beugnies@princeton.edu
bev.mitchell@cgii.com
bev@ms1.chb.com.tw
bevans@ifc.org
bevans@jhancock.com
bevden@safeco.com

beverley.dyson@bpm.it
beverly.chen@email.chinatrust.com.tw
beverly.davis@csam.com
beverly.jackowitz@thehartford.com
beverly.lambe@pnc.com
beverly.m.dewar@jpmorgan.com
beverly.monroe@trs.state.tx.us
beverly.smith@us.schroders.com
beverly.steinhoff@us.ing.com
beverly.zakre@nordlb.com
beverly_young@putnam.com
bevyor@safeco.com
bewa04@handelsbanken.se
bewernitz@pimco.com
bey.yen@chinatrust.com.tw
bezoarub@london.cic.fr
bfaderrattner@canyonpartners.com
bfahy@bloomberg.net
bfal@nykredit.dk
bfalk2@bloomberg.net
bfarley@mfs.com
bfarley@turnerinvestments.com
bfarquhar@bloomberg.net
bfarr@putnam.com
bfarrell@allstate.com
bfarrell@us.nomura.com
bfarrington@msfi.com
bfd.ie@adia.ae
bfeldhaus@union-invest.de
bfeldst@bloomberg.net
bfemino@mfs.com
bferguson@whitneybank.com
bff@ubp.ch
bfield@tiaa-cref.org
bfinnell@brownadvisory.com
bfinnerty@bloomberg.net
bfitzgerald@babsoncapital.com
bfitzsimons@denveria.com
bfl@betafundsltd.co.uk
bfl2@ntrs.com
bflamant@itasset.com
bfleishman@mfs.com
bfleitman@loomissayles.com
bfm@bancoinversion.es

bfmorrow@ameritas.com
bfolger@bbandt.com
bfrank@cumberassoc.com
bfrench@frk.com
bfrench@wescorp.org
bfriedman@tiaa-cref.org
bfroysht@deerfieldcapital.com
bfshannahan@bkb.com
bfush@munder.com
bgadbois@ryanbeck.com
bgaffney@nb.com
bgaines@bloomberg.net
bgaither2@bloomberg.net
bgarr@nysif.com
bgauvain@ibtco.com
bgbank4@isa.dknet.dk
bge@petercam.be
bgearing@babsoncapital.com
bgedemer@allstate.com
bgee@fhlbc.com
bgendell@cumberassoc.com
bgeorge@mdsass.com
bgeorge@wellington.com
bgersonde@hfw1.com
bgg@capgroup.com
bghio@credicorpsec.com
bgi.firesearch@barclaysglobal.com
bgiblin@mcleanbudden.com
bgibson@caxton.com
bgikm.operations@barclaysglobal.com
bgiladi@oppenheimerfunds.com
bgilbert@unumprovident.com
bgiles@aegonusa.com
bgiles@davenportllc.com
bgillespie@delinvest.com
bgimenez@notes.banesto.es
bgingrich@chubb.com
bgiordano@bloomberg.net
bgje@danskecapital.com
bglazer@wellington.com
bglenn@tea.state.tx.us
bgoddard@aegonusa.com
bgoff@agfirst.com
bgoggins@ofii.com

bgoldstein@markelcorp.com
bgolob@russell.com
bgonzalez@invercaixa.es
bgood@metzlerpayden.com
bgoodwin@capitalresearch.com
bgord@oppenheimerfunds.com
bgordon@bloomberg.net
bgould1@metlife.com
bgrabows@us.ca-indosuez.com
bgrama@pugco.com
bgrand@bernstein.com
bgraney@abimltd.com
bgray@aegonusa.com
bgray5@bloomberg.net
bgreenberg@lordabbett.com
bgreene@mcmorgan.com
bgrenning@tiaa-cref.org
bgressette@bbandt.com
bgriffen@tiaa-cref.org
bgriffin@smithbreeden.com
bgriffith@meag-ny.com
bgrossman@bear.com
bgroveman@firstmanhattan.com
bgtan@bankofny.com
bguene@global-equities.fr
bguild@congressasset.com
bguinta@tiaa-cref.org
bgumprecht@bloomberg.net
bgutierrez@senecacapital.com
bgutstein@opcap.com
bguyler@bbandt.com
bh79@ntrs.com
bhadden@wasatchadvisors.com
bhaggerty@ssrm.com
bhagwan.rajput@db.com
bhairavi.x.mansukhani@jpmorgan.com
bhaislip@ups.com
bhalendu.deshpande@thehartford.com
bhall@mfs.com
bhall@rwbaird.com
bhalverson@waddell.com
bhamlet@delinvest.com
bhammond@tiaa-cref.org
bhaney@resurgencellc.com

bhansali@pimco.com
bhansen@aegonusa.com
bhanu_j_frueh@fanniemae.com
bharat.indurkar@moorecap.com
bharat.joshi@aberdeen-asset.com
bharat.mehta@prudential.com
bharat.navani@gcm.com
bharat@adia.co.uk
bharrell@tswinvest.com
bhartig@allstate.com
bharvey@allstate.com
bhaskar.sriyapu@ubs.com
bhass@soufflet-group.com
bhassler@eatonvance.com
bhaughey@mcleanbudden.com
bhavani.kuppa@fmr.com
bhavani.shah@csam.com
bhavin.zaveri@gmacfs.com
bhavya.babel@gs.com
bhawkins@tswinvest.com
bhbaek@bok.or.kr
bhc@bh-corp.com
bhealy@mcleanbudden.com
bhedvat@seas.upenn.edu
bhegarty@mcdinvest.com
bheiss@union-investment.de
bhellen@bloomberg.net
bheller@hbk.com
bhench@roycenet.com
bhend@bordier.com
bhenderson@bokf.com
bhenricksen@aegonusa.com
bhenry@mcmorgan.com
bhensley@ftportfolios.com
bherkenhoff@westernasset.com
bherman@aegonusa.com
bhettinger@dlbabson.com
bhfgruppe@bloomberg.net
bhill@opcap.com
bhirschberg@us.normura.com
bhirschfield@lnc.com
bhkim@hanabank.com
bhlong@capmgcp.com
bhmiller@leggmason.com

bhoaire@bloomberg.net
bhobbs@fciadvisors.com
bhofman-schwab@frk.com
bhogan@amfin.com
bhoibk@rbi.org.in
bholliger@macapitalmarkets.com
bholman@westpac.com.au
bholmes@opcap.com
bhome@hcmlp.com
bhong@uboc.com
bhopson@sarofim.com
bhorrigan@loomissayles.com
bhorton@bankatlantic.com
bhoule@dadco.com
bhoyer@fdic.gov
bhu@ambac.com
bhu@standishmellon.com
bhubard@cnbceurope.com
bhudson@maninvestmentproducts.com
bhudson@phfa.org
bhuff@fhlbdm.com
bhughes@mfs.com
bhughs@cibcmellon.com
bhumish.shah@gs.com
bhunsaker@westernasset.com
bhunt@frostbank.com
bhurt@ustrust.com
bhutchinson@rwbaird.com
bhuttaj@nationwide.com
bi25@cornell.edu
biagio.alessio@mediolanum.it
biallas@bloomberg.net
bianca.evermann@nordlb.de
bianca.kenkmann@national-bank.de
bianca.schnieder@allianzgi.de
bianca.scior@deka.de
bianca.wolf@allianzgi.de
bianchis@ebrd.com
biancullip@bloomberg.net
bianka.arens@dws.com
bibi@bll.co.il
bich.hoa.bui-dang@ingim.com
bichisao@bloomberg.net
biddi@bloomberg.net

bidermann.christian@rahnbodmer.ch
biede@jyskebank.dk
biegel.macaraeg@orix.com
biff.black@53.com
bifuping@icbc.com.cn
bigger@loews.com
bigmacneil@bloomberg.net
bigmoney@keb.co.kr
bigspec@home.com
biharilal.deora@fmr.com
bijal.patel@icap.com
biju.thuruthimattam@blackrock.com
bijutsu@aol.com
biker@icbc.com.cn
bikou.anastasia@nbg.gr
bikram@taib.com
bil.haracz@fmr.com
bilal.hasanjee@fgb.ae
bilal.raja@insightinvestment.com
bilal.topcu@postbank.de
bilal_naqvi@mfcinvestments.com
bilardo@lordabbett.com
bilgic.hueseyin@rahnbodmer.ch
bill.baird@alliancebernstein.com
bill.baker@morleyfm.com
bill.barker@threadneedle.co.uk
bill.bartol@inginvestment.com
bill.baxter@fmr.com
bill.bingham@sgcib.com
bill.blackley@resolutionasset.com
bill.bovingdon@aberdeen-asset.com
bill.bower@fmr.com
bill.brown@bankofamerica.com
bill.buchanan@bbh.com
bill.bulloch@anfis.co.uk
bill.bulloch@swip.com
bill.burke@us.hsbc.com
bill.cardneaux@ci.shreveport.la.us
bill.carroll@ubs.com
bill.cary@ge.com
bill.chau@sscims.com
bill.chepolis@db.com
bill.cirocco@credit-suisse.com
bill.clarke@insightinvestment.com

bill.cleary@gmacrfc.com
bill.collins@frostsecurities.com
bill.corbet@citizensbank.com
bill.cullinan@pimco.com
bill.cumby@pimco.com
bill.curtis@tudor.com
bill.daley@inginvestment.com
bill.davison@thehartford.com
bill.demchak@pnc.com
bill.devens@thrivent.com
bill.dobson@funb.com
bill.doughty@huntington.com
bill.doyle@ppmamerica.com
bill.eastwood@ppmamerica.com
bill.engmann@db.com
bill.evans@fhlbboston.com
bill.fischer@ge.com
bill.fitzgerald@nuveen.com
bill.fitzpatrick@midstates.org
bill.franz@ci.denver.co.us
bill.frost@frostbank.com
bill.g.oneill@jpmorganfleming.com
bill.gadsden@jamisonfirst.com
bill.garrison@inginvestment.com
bill.giannousis@credit-suisse.com
bill.giese@peregrinecapital.com
bill.gilbert@jpmorgan.com
bill.greehalgh@aberdeen-asset.com
bill.grierson@peregrinecapital.com
bill.haines@rbccm.com
bill.hall@fmr.com
bill.harer@canadalife.co.uk
bill.harrington@arabbanking.com
bill.heaphy@icomd.com
bill.heath@protective.com
bill.hebert@fmr.com
bill.hizar@edwardjones.com
bill.holmes@bankamerica.com
bill.hoyt@fmr.com
bill.hughes@barcap.com
bill.hughes@us.standardchartered.com
bill.hughes@wachovia.com
bill.kantor@avmltd.com
bill.kavaler@sgcib.com

bill.longan@truscocapital.com
bill.longbrake@wamu.net
bill.lu@himco.com
bill.lu@tudor.com
bill.lynch@alexanderkey.com
bill.maier@nyc.nxbp.com
bill.maldonado@hsbcam.com
bill.mccallum@gwl.com
bill.mccauley@avmltd.com
bill.mccorkle@swib.state.wi.us
bill.mcculloch@soros.com
bill.meaney@himco.com
bill.meaney@thehartford.com
bill.mitchell@firstunion.com
bill.mosca@jomorgan.com
bill.mott@csam.com
bill.mueller@morgankeegan.com
bill.murfett@lincolnuk.co.uk
bill.nutting@inginvestment.com
bill.o'brien@fmr.com
bill.orr@funb.com
bill.paras@rocklandtrust.com
bill.parsley@pncbank.com
bill.pauling@thehartford.com
bill.reisner@commercebank.com
bill.roden@axa-im.com
bill.sandow@opcap.com
bill.seabrook@hsh-nordbank.co.uk
bill.shen@ap.ing.com
bill.shiebler@db.com
bill.siegel@glgpartners.com
bill.smith@lazard.com
bill.stouten@thrivent.com
bill.street@hvbeurope.com
bill.swoap@genmills.com
bill.talbot@ubs.com
bill.tsotsos@pimco.com
bill.uelmen@micorp.com
bill.vanburen@stephens.com
bill.vautin@bbh.com
bill.waterfield@ge.com
bill.welborn@edwardjones.com
bill.welch@commercebank.com
bill.wight@wachovia.com

bill.williams@eagleasset.com
bill.williams@gcm.com
bill.zola@blackrock.com
bill.zuro@wellsfargo.com
bill@apcm.net
bill@incomeresearch.com
bill@kbstar.co.kr
bill@sloveniansavings.com
bill@trs.state.ok.us
bill@watermarkgroup.com
bill_bock@ml.com
bill_boland@bankofscotland.com
bill_bonawitz@vanguard.com
bill_cody@progressive.com
bill_derasmo@sg.mufg.jp
bill_driscoll@ssga.com
bill_frields@conning.com
bill_kavaler@cbcm.com
bill_koeler@americancentury.com
bill_kohli@putnam.com
bill_krause@adp.com
bill_lambert@standardlife.com
bill_marshall@ml.com
bill_mccormick@westlb.com
bill_murphy@wayne.edu
bill_oliver@acml.com
bill_page@ssga.com
bill_segura@key.com
bill_shealy@ustrust.com
bill_stout@sunlife.com
bill_street@ssga.com
bill_sullivan@putnam.com
bill_trimbur@valic.com
bill_vaughn@ustrust.com
billaha@fhlbsf.com
billamon@optonline.net
billc@clinton.com
billc@imsi.com
billf@clinton.com
billg@firstexchangebank.com
billh@mcm.com
billmartin@tiaa-cref.org
billmitchell@goldcapkc.com
billo@hbss.com

billobrien@bloomberg.net
billotti_john@jpmorgan.com
billrussell@fmbonline.com
billt@bgi-group.com
billw.fish@aig.com
billw@iadb.org
billwalker@northwesternmutual.com
billwan@bloomberg.net
billy.bischoff@ftnmidwest.com
billy.gillen@eagleasset.com
billy.maxwell@conagrafoods.com
billy.quinn@ftnfinancial.com
billy.rogers@pimco.com
billy@icbchkg.com
billy@stw.com
billyg@omega-advisors.com
billyhwan@gic.com.sg
bill-za.martin@ubs.com
bilondon@btclick.com
bilquis.nasiruddin.ahmed@jpmorgan.com
bilwhi@safeco.com
bimal.mishra@wachovia.com
bimal.patel@columbiamanagement.com
bimicheal@bloomberg.net
bin.mu@citadelgroup.com
bin.shi@ubs.com
bin.sun@alliancebernstein.com
bin.wu@credit-suisse.com
bin.zeng@barclaysglobal.com
binahn@wil.com
binarellip@bloomberg.net
bing.yan@barclaysglobal.com
bing_lin@ssga.com
bingamc@nationwide.com
bing-bing.chang@shell.com
binglej@ferro.com
bingram@pughcapital.com
binita.dyson@morleyfm.com
binkert@bloomberg.net
binu.chaudhuri@pharma.novartis.com
binu.george@barclaysglobal.com
bipin_shah@manulife.com
biqwa@bloomberg.net
biral.devani@jpmorgan.com

birc_reports@timeinc.com
birdm@vankampen.com
birger.vikoren@moa.norges-bank.no
birgir.gezelius@nordea.com
birgit.berg@db.com
birgit.brenninger-dofczek@ids.allianz.com
birgit.ebner@frankfurt-trust.de
birgit.figge@dzbank.de
birgit.gropp@siemens.com
birgit.haas@dws.de
birgit.hauser@postbank.de
birgit.heim@hyposwiss.ch
birgit.jestaedt@mm.mannesmann.de
birgit.poelzl@spaengler.at
birgit.woscidlo@telekom.de
birgitta.cap@fortisinvestments.com
birgitta.redig@folksam.se
birgitte.bonnesen@swedbank.com
birgitte.munk@nordea.com
birgitte.olsen@amgam.de
birna.olgeirsdottir@glitnir.is
birnbaum@bwater.com
bis.mukerji@rbccm.com
bis.subramanian@provequity.co.uk
bish.koziol@bmonb.com
bishop.jack@principal.com
bishwa.limbu@barlcyas.co.uk
bisik@bloomberg.net
bislasha@exchange.uk.ml.com
bissember.anna@uk.fin-intl.com
bissett.la@mellon.com
biswajit.bhattacharya@nisanet.com
biswajit.sarkar@morganstanley.com
biswaroop.t.baura@aexp.com
bitela@aetna.com
bithiahcarter@jhancock.com
bitond@mizrahi.co.il
bittch.lndb@bloomberg.net
bittner@somersettrust.com
bives@bloomberg.net
bixio.farei-campagna@credit-suisse.com
bi-zhen.lai@usa.dupont.com
bizquier@cajamadrid.es
bj.grant@morganstanley.com

bjackson@nb.com
bjacoby@westernasset.com
bjacquard@cpr.fr
bjacquier@bper.ch
bjacquot@gestion.leven.com
bjames@loomissayles.com
bjarne.kogut@al-bank.dk
bjarne.persson@swedbankrobur.se
bjarne-staael@jyskeinvest.dk
bjarni.armannsson@gmail.com
bjarni.armannsson@isb.is
bjarni.kris@isfba.is
bjarni.torfason@isb.is
bjaume@oppenheimerfunds.com
bjc@huffcompanies.com
bjcline@delinvest.com
bjefferis@babsoncapital.com
bjefferis@dlbabson.com
bjennifer@templeton.com
bjensen@fujisec.com
bjg1@ntrs.com
bjh@dodgeandcox.com
bjj1@ntrs.com
bjjacksha@state.nm.us
bjk@capgroup.com
bjl@aetna.com
bjmatthews@wellington.com
bjo@sitinvest.com
bjoern.bluemke@helaba.de
bjoern.esser@dresdner-bank.com
bjoern.faulmann@dta.de
bjoern.graf@lampebank.de
bjoern.grob@dresdner-bank.ch
bjoern.hofmann@essenhyp.com
bjoern.klimm@hsh-nordbank.com
bjoern.magnussen@apobank.de
bjoern.mahler@sparkasse-bremen.de
bjoern.marquardsen@sparkasse-koelnbonn.de
bjoern.mehrmann@allianzgi.de
bjoern.olsson@helvetiapatria.ch
bjoern.pietsch@dws.de
bjoern.poehlker@oppenheim.de
bjoern.schwarten@dghyp.de
bjoern.schwarz@sk-koeln.de

bjoern.seemann@db.com
bjoern.strauss@lbbw.de
bjoern.strauss@union-investment.de
bjoern.weidenmueller@telekom.de
bjoern_bauermeister@westlb.de
bjoern_erwart@westlb.de
bjohnson@alaskapermfund.com
bjohnson@tiaa-cref.org
bjolm@mcm.com
bjones@cybertrader.com
bjones@nb.com
bjorgvin.olafsson@isb.is
bjorn.andersson@notes.electrolux.se
bjorn.bargholtz@amfpension.se
bjorn.borander@dnbnor.no
bjorn.franson@morganstanley.com
bjorn.henriksson@nordea.com
bjorn.kvarnskog@dnbnor.com
bjorn.nielsen@tudor.com
bjorn.randevik@lansforsakringar.se
bjorn.stenback@robur.se
bjorn.taraldsen@norges-bank.no
bjorn.thelander@tetral.com
bjornar.tonhaugen@nordea.com
bjorn-erik.orskaug@bankofengland.co.uk
bjorn-roger.wilhelmsen@norges-bank.no
bjoyal@massmutual.com
bjp@nykredit.dk
bjp@ubp.ch
bjpowers@wellington.com
bjro1@handelsbanken.com
bjst@danskebank.dk
bjsullivan@metlife.com
bjswords@wellington.com
bjt@bankinvest.dk
bjun@bloomberg.net
bjung@metzler.com
bk@carnegieam.dk
bk229@cornell.edu
bk35@ntrs.com
bkabore@ofi-am.fr
bkalra@payden-rygel.com
bkan-crawford@loomissayles.com
bkane@scmadv.com

bkang@bradfordmarzec.com
bkaranjia@perrycap.com
bkasten@williamblair.com
bkatz@apolloic.com
bkaufmann@munichre.com
bkeating@standishmellon.com
bkeelan@statestreet.com
bkeh@westernasset.com
bkellaway@bloomberg.net
bkeller@fftw.com
bkeller@ryanlabs.com
bkelly@pimco.com
bkelly15@bloomberg.net
bkellyac@co.san-diego.ca.us
bkennedy@loomissayles.com
bkennett@sib.wa.gov
bkepley@amfam.com
bkern@sirachcap.com
bkesler@oyakbank.com.tr
bkezmarsky@lordabbett.com
bkhankel@midamerican.com
bkhoo@westernasset.com
bkies@aegonusa.com
bkim@dlbabson.com
bking@ubs.com
bkinney@fultonfinancialadvisors.com
bkish@metlife.com
bkisma@bnm.gov.my
bkittredge@watrust.com
bklaber@federatedinv.com
bklapmeyer@waddell.com
bknasr@bnm.gov.my
bknud@unibank.dk
bko@aegonusa.com
bkoch@charteronebank.com
bkok@bloomberg.net
bkondracki@jhancock.com
bkonig@bloomberg.net
bkorngut@hcmlp.com
bkornitzer@buffalofunds.com
bkoski@copera.org
bkottler@mfs.com
bkozeliski@munder.com
bkraft@metzler.com

bkramer@aegonusa.com
bkrasnojenov@amervest.com
bkrevolin@gnb.com
bkrf@bankinter.es
bkribbs@comdata.com
bkrueger@ford.com
bkrug@waddell.com
bkrupa@worldbank.org
bkruszka@invest.treas.state.mi.us
bkshah@bloomberg.net
bkstousland@bremer.com
bkurniawan@bankbii.com
bkuzmin@crawfordinvestment.com
bkwallenmeyer@wellington.com
bl@erstebank.com
bl@formuepleje.dk
bla@americancentury.com
bla1@ntrs.com
blackb@vankampen.com
blackbeller@yahoo.co.jp
blackbuv@kochind.com
blackg@rba.gov.au
blackrock@lu.nomura.com
blafavor@cu-isi.org
blaffin@edc.ca
blain.berhanu@credit-suisse.com
blaine.banker@fmr.com
blair.a.randall@dartmouth.edu
blair.jason@ubsi-wv.com
blair.kaplan@morganstanley.com
blair.mcgrain@wnco.com
blair.ridley@db.com
blair.thomas@tcw.com
blairlog@bloomberg.net
blaise.antin@tcw.com
blaise.bourgeois@axa.com
blaise.roduit@swisscanto.ch
blake.burdine@nacm.com
blake.cmajdalka@aiminvestments.com
blake.david@principal.com
blake.hall@thehartford.com
blake.halversen@morganstanley.com
blake.hiltabrand@ubs.com
blake.metsch@sscims.com

blake.miller@robecoinvest.com
blake.shepard@fmr.com
blake.tatsuta@dfafunds.com
blake.vrooman.hgyr@statefarm.com
blake.wilson@everbank.com
blake@barclaysglobal.com
blake@sternagee.com
blake@wasatchadvisors.com
blake_anderson@putnam.com
blakel@nationwide.com
blakew@nyc.rr.com
blambert@pictet.com
blamonda@bloomberg.net
blanca.m.juti@nokia.com
blane@hcmlp.com
blanedexheimer@nothwesternmutual.com
blang.rvs@salzburg.raiffeisen.at
blanton.neill@db.com
blanton.y.keh@bankamerica.com
blash.yi@samsung.com
blashley@orixcm.com
blast.lkrempa@perrycap.com
blawson3@bloomberg.net
blayne22@charter.net
blclements@lfg.com
ble@ci.escondido.ca.us
blebigot@cicparis.com
blee@hei.com
blee@tiaa-cref.org
blee2@levi.com
blefsky@tiaa-cref.org
blegg@hcmlp.com
blehman@reliancebank.com
blehmann@saigroup.com
bleidich@bloomberg.net
bleikerm@dussel-hypo.de
blemasters@sarofim.com
blevenstein@uss.co.uk
blevine@novelluscapital.com
blevitt@oppenheimerfunds.com
blewand@metlife.com
bli@standishmellon.com
blieberman@bloomberg.net
bliechmann@bankofny.com

bliff@qgcapital.com
bliikala@invest.treas.state.mi.us
blik@statoilhydro.com
blimpert@wharton.upenn.edu
blinde@frk.com
blinden@oppenheimerfunds.com
blindenbaum@alliancebernstein.com
blinder@princeton.edu
blindtner@aol.com
blingen@moneygram.com
blissn@delaware.co.uk
blitzer@gothamcapital.com
bliu@jennison.com
bliu@mdsass.com
bliz.cuna@metrobank.com.ph
blockhar@allstate.com
blockwoo@allstate.com
bloder@frk.com
blohrding@hcmlp.com
blong@montag.com
bloom.e@tbcam.com
bloper@calfed.com
blord@concordiafunds.com
blow@alaskapermfund.com
blowe@lmcm.com
blp@capgroup.com
blt3@ntrs.com
bltai@mas.gov.sg
blud@bloomberg.net
bludwig@seic.com
bluke@op-f.org
bluke@pacificincome.com
blumenthal@bloomberg.net
blund@lmcm.com
blwong@caxton.com
blynch@grneam.com
bm@bellevue.ch
bm84@ntrs.com
bmacaskill@oppenheimerfunds.com
bmacdonald@martincurrie.com
bmachale@libertyview.com
bmacintosh@eatonvance.com
bmaher@bloomberg.net
bmahoney@rwbaird.com

bmaitland@caicheuvreux.com
bmaitre@standishmellon.com
bmalkiel@princeton.edu
bmalone@bloomberg.net
bmanchen@dumac.duke.edu
bmangles@mimillers.com
bmanick@troweprice.com
bmanieri@lordabbett.com
bmannion@ryanbeck.com
bmarcotte@troweprice.com
bmarin@mmcgrand.com
bmarkowitz@perrycap.com
bmarocco@ggfg.com
bmartin@angelogordon.com
bmartin@tiaa-cref.org
bmartin@westernasset.com
bmartineza@bancopastor.es
bmarting@repsolypf.com
bmatthews@canyonpartners.com
bmatthews@jhancock.com
bmatthews@payden-rygel.com
bmatuszak@munder.com
bmaybrown@millertabak.com
bmayes@rwbaird.com
bmaynard@persi.state.id.us
bmb.smb.fa.benchmarking@proximus.net
bmcantrell@aegonusa.com
bmcclell@munder.com
bmcclenahan@metlife.com
bmccoy@caxton.com
bmcdonnell@delinvest.com
bmcg1@bloomberg.net
bmcginn@ofiinstitutional.com
bmcguire@princeton.edu
bmcintyre@rwbaird.com
bmckenna@bankofny.com
bmcmahon@lincap.com
bmcmanama@loomissayles.com
bmcveigh@barbnet.com
bmeaden@bloomberg.net
bmeans@hcmlp.com
bmeier@bper.ch
bmelton@senecacapital.com
bmerriman@tiaa-cref.org

bmgarvey@wellington.com
bmgillott@jennison.com
bmichel@templeton.com
bmiller@aegonusa.com
bmiller@bloomberg.net
bmiller@cnb.com
bmiller@hbk.com
bmiller@lmfunds.clom
bmiller@unum.com
bmiller7@bloomberg.net
bmillet@banque-bpsd.fr
bmillikan@bbandt.com
bmiltenberger@hcmlp.com
bmims@smithbreeden.com
bmirliani@mfs.com
bmitchell@lib.com
bmitstifer@valueline.com
bmitts@hcmlp.com
bmk@capgroup.com
bmlynarick@opcap.com
bmm@wmblair.com
bmock@russell.com
bmodersitzki@novell.com
bmodesitt@vestarcapital.com
bmohamed@fundadministration.com
bmohr@kbw.com
bmohr@steinroe.com
bmok@westernasset.com
bmonroe@guardian.com
bmontesinos@bancamarch.es
bmoore225@comcast.net
bmoores@oaktreecap.com
bmoreland@gwkinc.com
bmorgan@rwbaird.com
bmorris@aegonusa.com
bmorris@statestreet.com
bmorton@bloomberg.net
bmosher@fnni.com
bmoskowitz@tiaa-cref.org
bmoss@scmadv.com
bmpatrick@shellus.com
bmr9@dcx.com
bmritter@wellington.com
bmrosenbaum@wellington.com

bmschmidt@bankofny.com
bmtaylor@unumprovident.com
bmueller@pictet.com
bmueller@senecacapital.com
bmulford@eagle.rjf.com
bmullick@nb.com
bmulliga@wellscap.com
bmurira@worldbank.org
bmurphy@aegonusa.com
bmurphy@kbw.com
bmurphy@standishmellon.com
bmurphy@templeton.com
bmurray@kempen.nl
bmurray@mcleanbudden.com
bnangle@bloomberg.net
bnaskerianzrod@banamex.com
bnastou@mfs.com
bnawangsidi@bankbii.com
bnd@capgroup.com
bne@turnerinvestments.com
bnectow@jhancock.com
bnedzi@bankofnewyork.com
bneigut@oppenheimerfunds.com
bnelson@mfs.com
bnelson@waddell.com
bng@bear.com
bnguyen@orix.com
bnguyen@wellington.com
bngwe@adb.org
bnicolai@bft.fr
bnimocks@firstmanhattan.com
bnmnyro@aol.com
bnnorth@statestreetkc.com
bnoble@westernasset.co.uk
bnoll@metlife.com
bnolte@federatedinv.com
bnsinger-scott@wellington.com
bnswanson@wellington.com
bnucera@kbw.com
bo.bortemark@brummer.se
bo.heide-ottosen@nib.fi
bo.johansson@amfpension.se
bo.selling@alecta.com
bo.stern@redwoodtrust.com

bo.zhou@icbc.com.cn
bo_derivatives@banquedorsay.fr
bo_treasury@banquedorsay.fr
boan@unibank.dk
boaz.weinstein@db.com
boazg@bll.co.il
bob.alley@aiminvestments.com
bob.anastasi@raymondjames.com
bob.arnold@icap.com
bob.attridge@omam.co.uk
bob.bengtson@gs.com
bob.bennett@aamcompany.com
bob.bertelson@fmr.com
bob.biringer@us.bacai.com
bob.borkowski@nctrust.com
bob.bowman@inginvestment.com
bob.bradley@53.com
bob.brown@fmr.com
bob.browne@inginvestment.com
bob.burns@pimco.com
bob.bykerk@schroders.com
bob.causey@prudential.com
bob.cecere@baring-asset.com
bob.chow@fmr.com
bob.cleppe@modern-woodmen.org
bob.corcoran@fmr.com
bob.crispin@inginvestment.com
bob.davee@bankofamerica.com
bob.debi-tewari@pggm.nl
bob.doll@blackrock.com
bob.elliott@bwater.com
bob.ettl@pimco.com
bob.farzin@bankofamerica.com
bob.galvin@bmonb.com
bob.gei@shinseibank.com
bob.gingrich@pimco.com
bob.graham@ppmamerica.com
bob.grandhi@pnc.com
bob.haber@fmr.com
bob.hart@avmltd.com
bob.haviland@lionhartusa.net
bob.hiebert@lgim.co.uk
bob.hodgson@blackrock.com
bob.hoffman@huntington.com

bob.howell@uk.tesco.com
bob.hynes@fmr.com
bob.iverson@usaa.com
bob.j.debenedet@bankofamerica.com
bob.jolly@gartmore.com
bob.kaelin@corporate.ge.com
bob.kase@inginvestment.com
bob.kloss@inginvestment.com
bob.kneisley@wnco.com
bob.koets@avmltd.com
bob.kopprasch@ssmb.com
bob.kursar@funb.com
bob.leininger@rorerasset.com
bob.litterst@fmr.com
bob.lovgren@mutualofomaha.com
bob.luckey@53.com
bob.lyon@agf.com
bob.m.arends@si.shell.com
bob.marx@sgcib.com
bob.mccoy@wachovia.com
bob.mcnally@tudor.com
bob.moore@bp.com
bob.murchison@fmr.com
bob.muske@mortgage.wellsfargo.com
bob.nguyen@bmonb.com
bob.nuthals@associatedbank.com
bob.obrien@bbh.com
bob.okin@opco.com
bob.pieroni@pioneerinvest.com
bob.plunkett@ge.com
bob.polansky@genmills.com
bob.pomeroy@bnymellon.com
bob.price@glgpartners.com
bob.priddy@alexanderkey.com
bob.prince@bwater.com
bob.puijin@akzonobel.com
bob.rhodes@truscocapital.com
bob.rout@stbank.net
bob.shearer@blackrock.com
bob.sitko@usaa.com
bob.strasz@cbcf-net.com
bob.voreyer@bankofamerica.com
bob.woods@us.socgen.com
bob@ardsley.com

bob@dhja.com
bob@hcmny.com
bob@oraclepartners.com
bob@vanguardventure.com
bob_behal@vanguard.com
bob_brown@westlb.co.uk
bob_fleming@putnam.com
bob_gullett@newton.co.uk
bob_herlund@mortgage.ge.com
bob_kea@putnam.com
bob_magri@ssga.com
bob_mancuso@glenmede.com
bob_mckay@nacm.com
bob_morrison@canadalife.com
bob_murray@ml.com
bob_piepenburg@putnam.com
bob_puff@americancentury.com
bob_sievert@invesco.com
bob_smith@troweprice.com
bob_sneedon@ml.com
bob_wong@ml.com
bob_yerbury@hen.invesco.com
boba@chgroup.com
boban.damjanovic@hvbeurope.com
bobby.aulak@db.com
bobby.bhakar@sgcib.com
bobby.clemente@wachovia.com
bobby.colon@raymondjames.com
bobby.kumar@redwoodtrust.com
bobby.long@rsa-al.gov
bobby.uberoi@jpmorgan.com
bobby@reamsasset.com
bobcalhoun@tagfolio.com
bobcarey@ftportfolios.com.com
bobd@mid.org
bobm@ibbfla.com
bobm@tudor.com
bobparmenter@eaton.com
bobrien@isigrp.com
bobw@clinton.com
bobw@ibbfla.com
bobwong@cmcnet.com.tw
bobzhang@dbs.com
boc.tse@bloomberg.net

boc@ubp.ch
boca@pggm.nl
bocallaghan@bankofny.com
boconnor@vestarcapital.com
bodell@ssrm.com
bodelle@lordabbett.com
bodiva@aol.com
bodo.gauer@dzbank.de
bodo.schimpfermann@union-investment.de
bodo.zimmermann@cominvest-am.com
bodo.ziotkowski@lbb.de
bodo@bloomberg.net
boelen@bcmnet.nl
boerick@hhmi.org
boeseler@bloomberg.net
boesman@delphifinanz.com
boesseri@allianzgi.de
boffs@stifel.com
bofixedincome@pggm.nl
bogar.m@tbcam.com
bogart.jerry@principal.com
bogdan.covaciu@wmam.com
bogdan.ianev@prudential.com
bogdan.manescu@juliusbaer.com
bogdan.velickovic@bcv.ch
bogden@waddell.com
bogden@whitneybank.com
boh.huiling@uobgroup.com
bohare@us.nomura.com
bohmannj@kochind.com
bohringer@bloomberg.net
boihk@netvigator.com
bojan.petrovich@ubs.com
bojan@bloomberg.net
bojka.nikolic@activest.de
bokay@templeton.com
bokchuan.tan@pioneerinvestments.com
bokeng@mas.gov.sg
bokharin@jwseligman.com
bokhgkon@netvigator.com
bokmpat@bok.or.kr
bokny@cais.com
bokny5@cais.com
bokobu@bloomberg.net

bokok@bloomberg.net
boleary@barbnet.com
boleary@cicny.com
bolesn@bloomberg.net
bolko.hohaus@lodh.com
bollebok@ebrd.com
boln@bloomberg.net
bolsen@litchfieldcapital.com
bolsen@strome.com
bolyvann.ngauv@bnpparibas.com
bomatter@zuam.ch
bomberger_david_l@cat.com
bonamicobpel@intranet.etr.it
bonbish@aol.com
bond.harberts@ge.com
bond@fergwell.com
bond@kdb.co.kr
bondb@bloomberg.net
bonde@jyskebank.dk
bondfx@ms1.chb.com.tw
bondi.paolo@enel.it
bonds.tas@lloydsbank.ch
bonds@chb.com.hk
bondsales@bloomberg.net
boneil@rwjf.org
boneill@incomeresearch.com
boney.poovan@citadelgroup.com
bonfiglior@gruppocredit.it
bongchoi@kdb.co.kr
bonillaj@wellsfargo.com
bonita.anderson@prudential.com
bonnaicr@cmcee.creditmutuel.fr
bonnie.abdul-aziz@insightinvestment.com
bonnie.b.newman@wellsfargo.com
bonnie.baha@tcw.com
bonnie.crisco@travelers.com
bonnie.goldsborough@ubs.com
bonnie.hogue@fhlb-pgh.com
bonnie.johnson@umb.com
bonnie.knapp@tcw.com
bonnie.liu@disney.com
bonnie.riehl@morganstanley.com
bonnie.sebby@citadelgroup.com
bonnie.smith@barclayswealth.com

bonnie.wang@ubs.com
bonnie.ward@sunlife.com
bonnie-06254@email.esunbank.com.tw
bonofiel.l@fibi.co.il
bonsignore.fp@tbcam.com
book@wellsfargo.com
boonhow@temasek.com.sg
boon-siong.chan@ge.com
boots.cl@mellon.com
boots-nielsen@jyskeinvest.dk
booun@samsung.co.kr
boovac@jwseligman.com
bop@bloomberg.net
bopendack@boh.com
bora.tanoren@denizbank.com
bora_kem@putnam.com
boram@bok.or.kr
borben@bankofny.com
bordelon@princeton.edu
boreenka@bernstein.com
borge_endresen@aimfunds.com
borges_thiago@gsb.stanford.edu
boriana.farias@sscims.com
boris.arabadjiev@csam.com
boris.bindschaedel@lbbw.de
boris.bizzozero@ceresiobank.com
boris.boskovic@credit-suisse.com
boris.broeders@nl.abnamro.com
boris.bruck@saint-gobain.com
boris.cavka@juliusbaer.com
boris.demonet@bnpparibas.com
boris.erenburg@spinnakercapital.com
boris.gelfand@citadelgroup.com
boris.gleissner@de.bosch.com
boris.haut@nordlb.de
boris.hussmann@apobank.de
boris.jin@citi.com
boris.kozintsev@citadelgroup.com
boris.leissner@oppenheim.de
boris.marchand@bgpi.com
boris.moutier@axa.co.jp
boris.pascal@bnpparibus.co
boris.paucinac@blackrock.com
boris.pluemecke@dekabank.de

boris.przytulski@novartis.com
boris.rohrer@ubs.com
boris.saborrosch@dzbank.de
boris.schakowski@union-investment.de
boris.shir@ubsw.com
boris.tadic@barcap.com
boris.tschakowski@devif.de
boris.veselinovich@mondrian.com
boris@ucm.utendahl.com
boris_deychman@fanniemae.com
boris_petersik@capgroup.com
boris_tomassini@ml.com
boriser@migdal-group.co.il
borislav.tomassini@jpmchase.com
borkerj@gcm.com
borkovic.v@mellon.com
borodriguez@grouposantander.com
boroughstimuser@company.com
borowiec_elizabeth@jpmorgan.com
borr@hbk.com
borsa@ceresiobank.com
borthwick.alan@pennmutual.com
borunov@vtb.ru
borzu.masoudi@inginvestment.com
bosco.eguilior@bbvsecurities.com
boscoec@wellsfargo.com
bosman@bear.com
boste@unibank.dk
bostrowski@federatedinv.com
boswald@caxton.com
boswelj7@nationwide.com
bot069@mail.bot.com.tw
bot12502@mail.bot.com.tw
botard@bloomberg.net
botes.italiaestero@icbpi.it
botevp06@mail.bot.com.tw
bothwell@ellington.com
botnewyork@aol.com
bott@fhlbi.com
botta.vincenzo@enel.it
botton@beutelgoodman.com
bouchardj@aetna.com
boudewijn.de.haan@robeco.nl
bourboan@cmcic-sdm.fr

bourse-lux@pictet.com
bousseva@creditmutuel.fr
boutaina.zangui@axa-im.com
boutros.klink@bncga.com
boveet@wellsfargo.com
bowen@jhancock.com
bowen@lehman.com
bowers.r@tbcam.com
boyan.filev@insightinvestment.com
boyce.greer@fmr.com
boyce.reid@truscocapital.com
boyd.eager@harrisbank.com
boyd.jm@tbcam.com
boyd@pimco.com
boyer@bordier.com
boyles@bernstein.com
bozena.sabina@ibtco.com
bp2@mtbchk.com.hk
bpaasche@hbk.com
bpacheco@amica.com
bpaech@mmwarburg.com
bpahwa@nbf.co.ae
bpakenham@newstaram.com
bpalmer@mfs.com
bpanganiban@bloomberg.net
bpapa1@bloomberg.net
bpaquay@pictet.com
bparadis@mcleanbudden.com
bparente@opcap.com
bpark@hbk.com
bparkyn@farcap.com
bparnell@statestreet.com
bpashamova@pacificincome.com
bpassalacqua@ssrm.com
bpatel@apollolp.com
bpaterson@britannicasset.com
bpattelli@angelogordon.com
bpatterson@novelluscapital.com
bpaul@tiaa-cref.org
bpawloski@charteronebank.com
bpayne@loomissayles.com
bpb.gardanow@barclaysmail.com
bpbcvhk@netvigator.com
bpeachey@babsoncapital.com

bpearlman@nb.com
bpeck@nb.com
bperezro@cajamadrid.es
bperkins@pwmco.com
bperott@fciadvisors.com
bperry@josephthal.com
bperry@ryanbeck.com
bpeters@seic.com
bpetit@bok.or.kr
bpetrozzi@bpi-gruposantander.com
bpf2@ntrs.com
bpfeiffe@ford.com
bpgiroud@yahoo.fr
bphan@wellington.com
bphelps@lehman.com
bphillips@lordabbett.com
bpiallo@frk.com
bpicard@loomissayles.com
bpickholtz@templeton.com
bpierce@smithnyc.com
bpiersma@copera.org
bpiggott@lmcm.com
bpineau@bloomberg.net
bpittsley@mfs.com
bpizlm@bloomberg.net
bpj1@dcx.com
bplank@cainbrothers.com
bpmelux1@pt.lu
bpopadiuk@caxton.com
bpope@hcmlp.com
bpope@smithgraham.com
bporcellino@ftportfolios.com
bporter@jhancock.com
bportnoy@tiaa-cref.org
bpp@bloomberg.net
bpratt@mortgagenetwork.com
bprice@fhlbi.com
bputney@moneygram.com
bpwentworth@dow.com
bquattrucci@eagleglobal.com
bquinn@barrowhanley.com
braccionip@gruppocredit.it
brad.baumgarten@citadelgroup.com
brad.begle@citadelgroup.com

brad.berberian@db.com
brad.blalock@morganstanley.com
brad.burns@glgpartners.com
brad.couri@citadelgroup.com
brad.cunningham@brentonbank.com
brad.davis@nisanet.com
brad.davis@wellsfargo.com
brad.dyslin@db.com
brad.eilert@db.com
brad.ellis@ge.com
brad.ellsworth@nwa.com
brad.erwin@silvantcapital.com
brad.estabrooke@fmr.com
brad.francis@rocklandtrust.com
brad.freedman@fmr.com
brad.gentry@fhlbtopeka.com
brad.gentry@midfirst.com
brad.gilbert@trs.state.tx.us
brad.gustafson@acml.com
brad.guynn@pimco.com
brad.haynes@capmark.funb.com
brad.heintzman@rbccm.com
brad.holland@fandc.com
brad.kopp@citizensbank.com
brad.l.frishberg@jpmorgan.com
brad.lamson-scribner@pncbank.com
brad.lee@compassbnk.com
brad.levitt@sg.standardchartered.com
brad.mann@citadelgroup.com
brad.mckinnon@rabobank.com
brad.mitchell@citadelgroup.com
brad.owensby@bankofamerica.com
brad.panganiban@ppmamerica.com
brad.parish@deshaw.com
brad.patterson@prudential.com
brad.perkins@db.com
brad.peters@firstar.com
brad.postema@corporate.ge.com
brad.reid@bmo.com
brad.sauve@dowcorning.com
brad.scott@commercebank.com
brad.slingerlend@janus.com
brad.slocum@transamerica.com
brad.spring@rbc.com

brad.strother@delta.com
brad.taylor@inginvestment.com
brad.thawley@trs.state.tx.us
brad.thompson@frostbank.com
brad.tottle@raymondjames.com
brad.vollmer@sun.com
brad.waitsman@himco.com
brad.wheatland@hk.abnamro.com
brad@wells.com
brad@wwal.com
brad_aham@ssga.com
brad_eixmann@americancentury.com
brad_gilbert@providentcompanies.com
brad_greenleaf@putnam.com
brad_gustafson@acml.com
brad_hoopman@glenmede.com
brad_hotson@scotiacapital.com
brad_jackson@americancentury.com
brad_r_stauffer@bankone.com
brad_rubin@sunlife.com
brad_smith@cargill.com
brad_stevens@calpers.ca.gov
brad_warden@aimfunds.com
bradbradley@ftadvisors.com
bradcomincioli@northwesternmutual.com
bradd.kern@pimco.com
bradfa@microsoft.com
bradford.b.sahler@jpmorgan.com
bradford.stoesser@morganstanley.com
bradin@templeton.com
bradkunath@northwesternmutual.com
bradley.curtis@wamu.net
bradley.dieck@commercebank.com
bradley.g.spartz@wellsfargo.com
bradley.galko@pioneerinvest.com
bradley.hounsom@aberdeen-asset.com
bradley.j.brown@bankofamerica.com
bradley.komenda@columbiamanagement.com
bradley.marr@pimco.com
bradley.mashinter@morganstanley.com
bradley.mitchell@bbh.com
bradley.mitchell@rlam.co.uk
bradley.ross-williams@morganstanley.com
bradley.schwab@aig.com

bradley.schwartz@jpmorgan.com
bradley.snyder@blackrock.com
bradley.wickens@spinnaker-capital.com
bradley.wikens@spinnaker-capital.com
bradley@epsilonfunds.com
bradley_king@fanniemae.com
bradley_s_norton@key.com
bradleye.dyslin@himco.com
bradleyj@hmc.harvard.edu
bradshaw.crombie@aberdeen-asset.com
bradshaw-mack@bessemer.com
brady.a@tbcam.com
brady.mcloone@aig.com
brady@keb.co.kr
bradyb@bloomberg.net
brae@capgroup.com
bragletti@gim.nl
braikan@kamconline.com
braithd@caxton.com
brallen@bankofny.com
bram.ragetlie@sns.nl
bram.verheye@ingim.com
bram@merctrust.com
brambos@fullerton.com.sg
bramo@nysif.com
brand.richey@barcap.com
brandaleone.sk@tbcam.com
brandan.lavalle@ubs.com
brandi.allen@silvantcapital.com
brandi.gaudet@barclaysglobal.com
brandon.bond@tcw.com
brandon.bonfig@ubs.com
brandon.davis@orix.com
brandon.duck@cpa.state.tx.us
brandon.fong@fhlbboston.com
brandon.gargiulo@hcmny.com
brandon.gill@chase.com
brandon.gray@tcw.com
brandon.haley@citadelgroup.com
brandon.kornhaber@ubs.com
brandon.kunz@trs.state.tx.us
brandon.m.diersch@intel.com
brandon.pellegrino@avmltd.com
brandon.shuler@pnc.com

brandon.sica@tudor.com
brandon.snow@fmr.com
brandon.way@kbcaim.com
brandon.way@kbcfp.com
brandon.yambo@jpmorgan.com
brandon_copeland@cinfin.com
brandon_l_bowers@vanguard.com
brandon_woodland@freddiemac.com
brandon-baer@deshaw.com
brandonwarshawsky@tdwaterhouse.com
brandt@rentec.com
brandy_conner@rhco.com
brandy99@bloomberg.net
branimir.krgin@moorecap.com
branimir.petranovic@ubs.com
branis@bloomberg.net
branko.ilic@fly.virgin.com
bransby.whitton@pimco.com
branstong@anz.com
brant.hughes@teamstatestreet.com
brant.thompson@cgii.com
brant_houston@nacm.com
bras_service@lehman.com
brasile@sterling-capital.com
brask@carnegie.dk
brasse@fnb-corp.com
bratin.sanyal@ap.ing.com
braud.p@rothschild-cie.fr
braxton_zink@putnam.com
brburns@troweprice.com
brderivativescustodykk@statestreet.com
breckinridgesmith@yahoo.com
breda@fftw.com
breecemckinney@tmgchicago.com
breege.rohan@ftnmidwest.com
bregan@fhlbatl.com
bregje.roosenboom@ingim.com
breid.boyle@citi.com
breid@oppenheimerfunds.com
breifler@lib.com
breigel@tiaa-cref.org
breilly@rwbaird.com
breimann@barbnet.com
breiner@nb.com

bremar@safeco.com
bremerb@strsoh.org
brena.peters@janus.com
brenda.briceno@fafadvisors.com
brenda.clarke@axa-im.com
brenda.clem@53.com
brenda.hanson@aiminvestments.com
brenda.m.coffield@columbiamanagement.com
brenda.mcintosh@umb.com
brenda.reed@uk.fid-intl.com
brenda.rosin@db.com
brenda.sampson@columbiamanagement.com
brenda.su@blackrock.com
brenda.tanis@morganstanley.com
brenda.trenowden@lloydstsb.co.uk
brenda.vales@barclaysglobal.com
brenda.walker@lgim.co.uk
brenda@bpviinc.com
brenda@rozenfeld.net
brenda_schaefer@ssmhc.com
brendan.baker@mondrian.com
brendan.bowman@westernasset.com
brendan.bray@moorecap.com
brendan.buckley@aig.com
brendan.burke@pnc.com
brendan.carpenter@db.com
brendan.collins@pacificlife.com
brendan.connaughton@blackrock.com
brendan.connaughton@db.com
brendan.d.connaughton@bankofamerica.com
brendan.freedman@janus.com
brendan.friedman@janus.com
brendan.galloway@barclaysglobal.com
brendan.gilmore@boiuk.com
brendan.glynn@hq.smurfitgroup.com
brendan.gorman@lazard.com
brendan.h.lynch@aib.ie
brendan.harney@daiwausa.com
brendan.hobal@ubs.com
brendan.j.hart@dartmouth.edu
brendan.lavelle@ubs.com
brendan.lee@asia.bnpparibas.com
brendan.mazur@xlgroup.com
brendan.mcfadyen@aegon.co.uk

brendan.mcloughlin@boimail.com
brendan.moran@ilim.com
brendan.obrien@jpmorgan.com
brendan.oneill@db.com
brendan.owens@biam.boi.ie
brendan.owens@clf-dexia.com
brendan.ruddle@drkw.com
brendan.sullivan@bankofamerica.com
brendan.taylor@glgpartners.com
brendan.thorpe@wachovia.com
brendan.whitely@credit-suisse.com
brendan_delaney@prusec.com
brendan_healy@americancentury.com
brendan_marsh@bnz.co.nz
brendan_mckinley@freddiemac.com
brendang@aiminvestments.com
brendanm.lardner@biam.boi.ie
brendon.macdonald@glgpartners.com
brendph@exchange.ml.com
brendt.stallings@tcw.com
brennan.hawken@nb.com
brennan.n@tbcam.com
brennanr@wpginvest.com
brenner@atlanticinvestment.net
brenner_susan@jpmorgan.com
brennw@tcwgroup.com
brent.beardall@washingtonfederal.com
brent.bottamini@fmr.com
brent.canada@barclaysglobal.com
brent.cook@db.com
brent.creach@commercebank.com
brent.dejong@ashmoregroup.com
brent.dellinger@bankofamerica.com
brent.eastburg@rbos.com
brent.eckhoff@wellsfargo.com
brent.engel@citadelgroup.com
brent.hadfield@glgpartners.com
brent.hemminghaus@wellsfargo.com
brent.hicks@barclaysglobal.com
brent.hixon@db.com
brent.jones@ge.com
brent.lium@aiminvestments.com
brent.lynn@janus.com
brent.mellum@fafadvisors.com

brent.merlis@db.com
brent.osborn@fmr.com
brent.pasternack@gmam.com
brent.schowe@commercebank.com
brent.schutte@harrisbank.com
brent.zelnak@inginvestment.com
brent@sandlercap.com
brent_brendle@bankone.com
brent_c_zimmerman@victoryconnect.com
brent_j_causey@vanguard.com
brent_puff@americancentury.com
brent_sloman@colonialbank.com
brent_warner@troweprice.com
brentca@microsoft.com
brentley.stark@sscims.com
brently.bates@aiminvestments.com
brenton.smith@anz.com
brenwi@safeco.com
brepasy@blackrock.com
bret.blanton@bmo.com
bret.miller@lazard.com
bret.myers@iac.com
bret.rosen@tcw.com
bret.sheiber@moorecap.com
bret.sherak@dillonread.com
bret.stanley@aiminvestments.com
bretong@fhlbsea.com
brett.agnew@fafadvisors.com
brett.atkinson@wamu.net
brett.barner@ceredexvalue.com
brett.bonet@aig.com
brett.bornstein@soros.com
brett.buchness@blackrock.com
brett.diment@aberdeen-asset.com
brett.dunn@pnc.com
brett.emms@uk.mufg.jp
brett.f.sumsion@usa.dupont.com
brett.falkenhagen@compassbnk.com
brett.gorman@db.com
brett.hall@treasurer.state.nc.us
brett.hannah@gs.com
brett.hofstrom@53.com
brett.johnson@ucop.edu
brett.jones@jpmorgan.com

brett.kimes@edwardjones.com
brett.kozlowski@fmr.com
brett.lancaster@compassbank.com
brett.lee@janus.com
brett.lokhorst@bellsouth.com
brett.lyons@pimco.com
brett.mcclenning@fmr.com
brett.nicholas@redwoodtrust.com
brett.nunziata@db.com
brett.pacific@sunlife.com
brett.patten@micorp.com
brett.pollack@opcap.com
brett.rapp@fhlb-pgh.com
brett.roth@tcw.com
brett.rowley@tcw.com
brett.sadler@barclaysglobal.com
brett.schechterman@ubs.com
brett.schwiesow@thrivent.com
brett.shaver@blackrock.com
brett.stein@wellsfargo.com
brett.van@modern-woodmen.org
brett.vanderkolk@irwinfinancial.com
brett.weichbrod@pimco.com
brett.winton@alliancebernstein.com
brett.wise@ge.com
brett.x.schneider@jpmorgan.com
brett_berry@ustrust.com
brett_browchuk@putnam.com
brett_hryb@mfcinvestments.com
brett_keske@bankone.com
brett_kozlowski@putnam.com
brett_risserz@putnam.com
brett_wander@ssga.com
brettelver@northwesternmutual.com
brettm@fhlbsea.com
brettt@mcm.com
breuning@mk-ag.de
brewerc@bernstein.com
brewerk@swcorp.org
breynolds@troweprice.com
brg@sitinvest.com
brguez@bankinter.es
brho3@allstate.com
brhoads@metlife.com

brhodes@btmna.com
brhodes@panamericanlife.com
bri.douglas@usbank.com
bria@bloomberg.net
brian.a.hand@aib.ie
brian.a.smith@dartmouth.edu
brian.a.smith@wellsfargo.com
brian.adamson@anfis.co.uk
brian.arcese@morganstanley.com
brian.archdekin@bmonb.com
brian.arnold@modern-woodmen.org
brian.aronson@columbiamanagement.com
brian.arsenault@avmltd.com
brian.b.park@morganstanley.com
brian.b.strange@jpmorganfleming.com
brian.baczyk@thehartford.com
brian.barnhurst@prudential.com
brian.baumhover@trs.state.tx.us
brian.beades@blackrock.com
brian.beitner@tcw.com
brian.belke@fmr.com
brian.benesch@harrisbank.com
brian.bengtson.g6rm@statefarm.com
brian.bickford@citizensbank.com
brian.bidadi@highbridge.com
brian.bieger@micorp.com
brian.binkley@ge.com
brian.biskupiak@thehartford.com
brian.blakey@chase.com
brian.bock@westamerica.com
brian.boonstra@ubs.com
brian.boots@citadelgroup.com
brian.brooks@mhcb.co.uk
brian.brown@lloydstsb.co.uk
brian.brugman@alliancebernstein.com
brian.buckley@edwardjones.com
brian.bulger@53.com
brian.burkhart@mackayshields.com
brian.burns@ubsw.com
brian.c.dignam@bankofny.com
brian.c.higgins@fmr.com
brian.c.pringle@columbiamanagement.com
brian.c.sullivan-2@lowes.com
brian.cahill@nationwide.co.uk

brian.callow@rocklandtrust.com
brian.campbell@fmr.com
brian.campbell@gs.com
brian.canion@wcmadvisors.com
brian.cann@suntrust.com
brian.carroll@ibtco.com
brian.caufield@moorecap.com
brian.cavalier@nationalcity.com
brian.cebuhar@raymondjames.com
brian.chang@fmr.com
brian.choe@clinton.com
brian.choi@redwoodtrust.com
brian.clapp@prudential.com
brian.clark@firstar.com
brian.cohane@dillonread.com
brian.colgan@mjxam.com
brian.condon@columbiamanagement.com
brian.conn@citadelgroup.com
brian.conroy@fmr.com
brian.cothran@raymondjames.com
brian.cotter@fmr.com
brian.cox@gibuk.com
brian.crane@barclaysglobal.com
brian.crowe@fmr.com
brian.curran@prudential.com
brian.d.callen@jpchase.com
brian.d.krum@wellsfargo.com
brian.d.neigut@columbiamanagement.com
brian.daly@tcw.com
brian.demain@janus.com
brian.devlin@gmacm.com
brian.dirgins@thehartford.com
brian.e.kelly@columbiamanagement.com
brian.e.schlegel@jpmorgan.com
brian.egan@depfa.com
brian.eley@ing.com.au
brian.eller@be.gm.com
brian.enyeart@fmr.com
brian.erickson@morganstanley.com
brian.eskoff@citadelgroup.com
brian.faatz@kodak.com
brian.farrell@depfa.ie
brian.farrelly@pfizer.com
brian.fehrenbach@ubs.com

brian.fenton@londonandcapital.com
brian.ferguson@mhcb.co.uk
brian.finley@53.com
brian.firstman@axa-financial.com
brian.firstman@db.com
brian.fischer@fanniemae.com
brian.fitzgerald@ie.dexia.be
brian.fitzpatrick@ubs-oconnor.com
brian.flanagan@thrivent.com
brian.foley@fmr.com
brian.foster@prudential.com
brian.fox@bbh.com
brian.frambes@fmr.com
brian.frank@ge.com
brian.g.byala@pfizer.com
brian.g.holohan@aib.ie
brian.g.muldoon@aib.ie
brian.g.o'kelly@aib.ie
brian.gaither@suntrust.com
brian.gallagher@ubs.com
brian.gawin@harrisbank.com
brian.geller@inginvestment.com
brian.gendreau@inginvestment.com
brian.gibson@clinton.com
brian.gilmore@tcw.com
brian.glenn@valero.com
brian.gloudemans@ge.com
brian.goldfus@novartis.com
brian.goldstein@advest.com
brian.gould@rabobank.com
brian.grabenstein@wachovia.com
brian.guaiana@lazard.com
brian.h.hellmann@db.com
brian.haas@suntrust.com
brian.haeck@bbl.be
brian.hall@blackrock.com
brian.halloran@stephens.com
brian.hamel@4086.com
brian.hanson@fmr.com
brian.harhai@suntrust.com
brian.harrington@pnc.com
brian.healion@tdsecurities.com
brian.heimsoth@swib.state.wi.us
brian.helburg@piper.com

brian.hellmer@norcap.com
brian.herr@credit-suisse.com
brian.herscovici@gm.com
brian.herward@citadelgroup.com
brian.hesbrouk@dnb.no
brian.hickling@rbc.com
brian.higgins@gs.com1
brian.hird@blackrock.com
brian.hirschmann@gs.com
brian.hoesly@fmr.com
brian.hogan@fmr.com
brian.holland@citigroup.com
brian.hopkinson@ge.com
brian.horwitt@firstunion.com
brian.horwitt@suntrust.com
brian.i.hsieh@wellsfargo.com
brian.ichord@morganstanley.com
brian.j.clark@pjc.com
brian.j.jones@schwab.com
brian.j.mcvane@jpmchase.com
brian.j.smith@bankofamerica.com
brian.jack@resolutionasset.com
brian.jacobs@pimco.com
brian.janowski@micorp.com
brian.jensen@janus.com
brian.joffe@highbridge.com
brian.joyce@wachovia.com
brian.judy@pnc.com
brian.juliano@prudential.com
brian.jurkash@aiminvestments.com
brian.k.ahrens@prudential.com
brian.k.reed@exxonmobil.com
brian.kahn@resbank.co.za
brian.kealy@boimail.com
brian.keith.green@jpmorgan.com
brian.kennedy@daiwasectab.ie
brian.kennedy@fmr.com
brian.kerrane@nb.com
brian.kim@irvine.statestreet.com
brian.kirk@jyskeinvest.dk
brian.kirkland@axa-im.com
brian.kittredge@sterlingsavings.com
brian.kolodny@hcmny.com
brian.lalonde@citadelgroup.com

brian.lantier@db.com
brian.lawrence@aon.com
brian.lee@phxinv.com
brian.lemons@prudential.com
brian.lempel@fmr.com
brian.lillis@boimail.com
brian.liu@nypa.gov
brian.lodestro@prudential.com
brian.lomax@sebny.com
brian.losier@fmr.com
brian.loughnane@ibtco.com
brian.luedtke@qwest.com
brian.lum@bailliegifford.com
brian.lynch@ulsterbank.com
brian.lysiak@barclaysglobal.com
brian.lyszczarz@bankofamerica.com
brian.m.lockwood@hsbcpb.com
brian.m.walsh@jpmorgan.com
brian.madonick@inginvestment.com
brian.magee@prudential.com
brian.maguire@alliancebernstein.com
brian.maguire@frostbank.com
brian.mallon@fmr.com
brian.manczak@ppmamerica.com
brian.mandirola@thehartford.com
brian.mandt@postbank.de
brian.markovich@ubs.com
brian.marshall@aberdeen-asset.com
brian.martin@uk.fid-intl.com
brian.matthews@inginvestment.com
brian.mazzella@morganstanley.com
brian.mccormack@brhlp.com
brian.mcdonald@insightinvestment.com
brian.mcelroy@nypa.gov
brian.mcgreevy@columbiamanagement.com
brian.mckeon@db.com
brian.mcmahon@pfizer.com
brian.mcmartin@ubs.com
brian.mcmillan@axa-im.com
brian.meath@lazard.com
brian.metz@morganstanley.com
brian.milligan@4086.com
brian.miron@fmr.com
brian.moeller@harrisbank.com

brian.mok@aig.com
brian.mullen@alliancebernstein.com
brian.mulvaney@firstunion.com
brian.murphy@ilim.com
brian.murphy@kbcaim.com
brian.murphy@pncadvisors.com
brian.musielak@commercebank.com
brian.napoleon@lmginv.com
brian.navarro@db.com
brian.nelson@aiminvestments.com
brian.newbould@skandia.co.uk
brian.okeefe@commerzbankib.com
brian.oneill@gartmore.com
brian.oreilly@ubs.com
brian.p.mcgirr@aib.ie
brian.p.murray@jpmorgan.com
brian.p.spellman@db.com
brian.pang@citadelgroup.com
brian.pannuzzo@ubs.com
brian.pearce@ubs.com
brian.pears@victoryconnect.com
brian.percival@lloydstsb.co.uk
brian.perott@commercebank.com
brian.pessin@lazard.com
brian.peters@alliancebernstein.com
brian.pfeifler@morganstanley.com
brian.pollak@aig.com
brian.prettyman@nationalcity.com
brian.pringle@columbiamanagement.com
brian.r.landy@wellsfargo.com
brian.r.whitaker@bankofamerica.com
brian.rasizer@alliancebernstein.com
brian.rebello@db.com
brian.redmond@gcm.com
brian.reilly@americas.bnpparibas.com
brian.reppert@prudential.com
brian.rigert@ubs.com
brian.robertson@pacificlife.com
brian.roe@morganstanley.com
brian.rohman@robecousa.com
brian.roseboro@do.treas.gov
brian.roth@wachovia.com
brian.routledge@biam.boi.ie
brian.rozen@glgpartners.com

brian.s.jensen@nordea.com
brian.salerno@huntington.com
brian.scavuzzo@morganstanley.com
brian.scharf@umb.com
brian.schaub@janus.com
brian.schelter@uboc.com
brian.schneider@dkb.com
brian.schreiber@aig.com
brian.schuster@ppmamerica.com
brian.seay@evergreeninvestments.com
brian.shiau@db.com
brian.shim@tcw.com
brian.sikkenga@aig.com
brian.simpson@evergreeninvestments.com
brian.singer@ubs.com
brian.skarbek@harrisbank.com
brian.smedley@ny.frb.org
brian.smith@blackrock.com
brian.stack@pioneerinvestments.com
brian.standig@morganstanley.com
brian.stanick@suncapadv.com
brian.staub@moorecap.com
brian.staunton@bankofamerica.com
brian.stevens@fmr.com
brian.stine@nationalcity.com
brian.stivers@cbandt.com
brian.storey@firstcitizens.com
brian.sullivan@lmginv.com
brian.t.curley@morganstanley.com
brian.t.duffy@aibbny.ie
brian.t.giordano@westernasset.com
brian.taylor@kochind.com
brian.terpstra@wamu.net
brian.thomas@icap.com
brian.thomas@prudential.com
brian.timberlake@inginvestment.com
brian.tofil@fhlb-pgh.com
brian.tomlinson@pimco.com
brian.towsen@morganstanley.com
brian.underwood@truscocapital.com
brian.urey@dresdnerrcm.com
brian.ventura@bbh.com
brian.w.mcdonald@jpmorgan.com
brian.waldner@columbiamanagement.com

brian.wall@huntington.com
brian.walp@chase.com
brian.walsh@clamericas.com
brian.walters@fmr.com
brian.warren@pncbank.com
brian.wasson@thrivent.com
brian.weigus@citadelgroup.com
brian.westhoff@transamerica.com
brian.wilhelm@fmr.com
brian.wilk@fmr.com
brian.woo@blackrock.com
brian.wood@anb.com
brian.y.kim@jpmorgan.com
brian.yang@blackrock.com
brian.younger@fmr.com
brian.zagorac@pncadvisors.com
brian.zalaznick@barclaysglobal.com
brian.zeitz@harrisbank.com
brian.zirkle1@wachovia.com
brian.zwerner@bankofamerica.com
brian@epsilonfunds.com
brian@esunbank.com.hk
brian@ipgsd.com
brian@wasatchadvisors.com
brian@watermarkgroup.com
brian_bajema@cargill.com
brian_bennett@troweprice.com
brian_bergere@bankone.com
brian_black@ssga.com
brian_brady@americancentury.com
brian_brandenburg@freddiemac.com
brian_brennan@troweprice.com
brian_brocious@scudder.com
brian_burgess@mascohq.com
brian_caldwell@invesco.com
brian_clark@conseco.com
brian_claypool@freddiemac.com
brian_conlan@vanguard.com
brian_cymbor@ml.com
brian_d_frank@fleet.com
brian_dechristopher@putnam.com
brian_delgado@fanniemae.com
brian_didonato@gmaccm.com
brian_doolittle@countrywide.com

brian_dwyer@putnam.com
brian_ely@ml.com
brian_ertley@americancentury.com.
brian_fahrman@scudder.com
brian_fitzgerald@ustrust.com
brian_fleming@standardlife.com
brian_fox@agfg.com
brian_fry@ustrust.com
brian_fullerton@ml.com
brian_furlong@nylim.com
brian_glenn@colonialbank.com
brian_hennessey@putnam.com
brian_hertzog@putnam.com
brian_hickey@ssga.com
brian_huddleston@bmc.com
brian_huwel@cinfin.com
brian_j_cunningham@fleet.com
brian_j_drainville@fleet.com
brian_j_lall@putnam.com
brian_j_vogel@key.com
brian_jaspers@prusec.com
brian_jordan@bankone.com
brian_k_hilliard@vanguard.com
brian_keating@glic.com
brian_king@freddiemac.com
brian_kinney@ssga.com
brian_kobuszewski@ustrust.com
brian_kuelbs@gmacm.com
brian_lucier@putnam.com
brian_mahon@putnam.com
brian_mcbeth@commerzbank.co.uk
brian_mckee@countrywide.com
brian_mitchell@invesco.com
brian_mulderry@rhco.com
brian_murdock@blackrock.com
brian_murdock@nylim.com
brian_murphy@putnam.com
brian_norris@invesco.com
brian_pearly@putnam.com
brian_pears@victoryconnect.com
brian_phillips@acml.com
brian_pyhel@ml.com
brian_reid@ml.com
brian_ropp@troweprice.com

brian_rosenblum@swissre.com
brian_s_evans@fanniemae.com
brian_s_quay@key.com
brian_schneider@invesco.com
brian_schutter@putnam.com
brian_soifer@putnam.com
brian_steinbrueck@aigag.com
brian_trust@swissre.com
brian_vandermeulen@dpimc.com
brian_w_quigley@vanguard.com
brian_watters@bankofscotland.com
brian_weber@key.com
brian_woglom@americancentury.com
brianaylieff@hotmail.com
brian-c.oleary@db.com
briand@tmgny.com
brian-desmond@forum-financial.com
brianhanrahan@angloirishbank.ie
brianis@dmba.com
brianlinde@bloomberg.net
brianlynch@angloirishbank.ie
brianmagee@gic.com.sg
brianna.white@wachovia.com
brianng@gic.com.sg
briano'leary@angloirishbank.ie
brianriley@gpnus.mizuho-cb.com
brianw.smith@usaa.com
brianweber@morganstanleyquilter.ie
brianx.t.baker@intel.com
brianyeazel@northwesternmutual.com
brice.benaben@ca-indusuez.com
brice.blanchet@caam.com
brice.mari@lloydsbank.ch
brice.moucheboeuf@banquedorsay.fr
brice.tropper@barep.com
brice.van-dyck@ing.be
brice@anchorcapital.com
brice@calstrs.com
bricel@mcm.com
brich@skystonecapital.com
brichardson@blenheiminv.com
brichmond@wesbanco.com
brick@pimco.com
bridge@fhlb-of.com

bridgeman@adamsexpress.com
bridget.a.powers@wellscap.com
bridget.carey@mackayshields.com
bridget.fallon@db.com
bridget.gagen@asbai.com
bridget.haggerty@pncbank.com
bridget.inglis@pimco.com
bridget.murray@mackayshields.com
bridget_dean-hammel@ml.com
bridgetlee@temasek.com.sg
bridgette.chambers@mbna.com
bridgette_butler@calpers.ca.gov
brie.lam@lazard.com
briegel@tiaa-cref.org
brien_hampton@freddiemac.com
brieuc.verhaegen@ing.be
briggs.payer@fmr.com
brigit.ryan@bankofny.com
brigitta.adam@juliusbaer.com
brigitta.kocherhans@siemens.com
brigitte.bieg@snb.ch
brigitte.carriere@caam.com
brigitte.denis@bnpparibas.com
brigitte.denzel@aam.de
brigitte.dutoit-cornet@db.com
brigitte.favre@vontobel.ch
brigitte.fotsch@bhimail.ch
brigitte.gagnon@bnpparibas.com
brigitte.geelen@ingim.com
brigitte.halbwidl@hypoinvest.at
brigitte.hefti@claridenleu.com
brigitte.juen@omv.com
brigitte.le-bris@sgam.com
brigitte.lefebvre-hebert@credit-agricole-sa.fr
brigitte.legrand@dassault-aviation.fr
brigitte.o"loghen@bnpgroup.com
brigitte.pewal@ba-ca.com
brigitte.rackow@hypointernational.com
brigitte.turin@ca-suisse.com
brigitte.zeitlberger@erstebank.at
brignolo@gestielle.it
brijesh.parmar@db.com
brijesh.patel@sscims.com
brikut@safeco.com

briley@ullico.com
brinka@lotsoff.com
brinkleb@ebrd.coom
brinson@ubs.com
brinton.johns@janus.com
brion.johnson@ppmamerica.com
bripoll@bancamarch.es
brit.stephens@morgankeegan.com
brit_stickney@nacm.com
brita.steffelin@blackrock.com
britneylee@daiwa-am.com.hk
britt.harris@trs.state.tx.us
britt.palmer@lacrosseglobal.com
britta.buchholz@hsh-nordbank.com
britta.lindhorst@am-gruppe.de
britta.nitze@ib.bankgesellschaft.de
britta.simon@juliusbaer.com
britta.simon@ubs.com
britta.weidenbach@db.com
britta_rendlen@swissre.com
brittany.j.johnson@jpmorgan.com
brizzardi@mfcglobalus.com
brkandjoe@bloomberg.net
brlee@bok.or.kr
brlewis@fdic.gov
brmeyerson@erstebank.com
brmurray@wellington.com
bro@ubp.ch
broberts@carnival.com
brobertson2@bloomberg.net
brobison@sarofim.com
broby@aegonusa.com
brock.saunders@tudor.com
brockmuller@oppenheimerfunds.com
brockowitz@jmsonline.com
brockwell@dynexcapital.com
broelke@tiaa-cref.org
brogers@blackrock.com
brogers@pimco.com
brogers@troweprice.com
brokernotes@bailliegifford.com
brolke@tiaa-cref.org
bronnenbergj@aol.com
bronwyn.hill@ashmoregroup.com

bronwyn.matthews@rothschild.com.au
brook.milnes@statestreet.com
brook_dane@putnam.com
brooke.bernstein@tudor.com
brooke.kane@db.com
brooke.mcdermott@ge.com
brooke.mcdonald@towers.com
brooke.s.petersen@jpmorgan.com
brooke.williams@blackrock.com
brookfurst@us.standardchartered.com
brooks.dl@tbcam.com
brooks.marston@fmr.com
brooks@epsilonfunds.com
brooks_beittel@dpimc.com
brooksg@uk.ibm.com
broome.lisa@pennmutual.com
brose@btmna.com
broseman_rosa@jpmorgan.com
brosenbaum@mfs.com
brossak@bloomberg.net
brotato@grneam.com
broumejo@cmcic.fr
brousseau@bft.fr
brown.ronald@db.com
brown4d@kochind.com
browne.wh@dreyfus.com
browne@vankampen.com
brownh@stanford.edu
brownind@strsoh.org
browningj@vkac.com
browninj@jwseligman.com
brownins@strsoh.org
brownm19@nationwide.com
brp.ad@adia.ae
brp5@ntrs.com
brrb@capgroup.com
brs@capgroup.com
brsperandeo@wewill4u.com
bruane@bankofny.com
brubin@troweprice.com
bruce.alpern@db.com
bruce.arnett@alexanderkey.com
bruce.aronow@alliancebernstein.com
bruce.beaumont@mnco.com

bruce.benzley@everbank.com
bruce.bolton@tudor.com
bruce.bowlin@bis.org
bruce.brittain@pimco.com
bruce.buchanon@gecapital.com
bruce.c.kasman@jpmorgan.com
bruce.calvert@alliancebernstein.com
bruce.chin@aldenglobal.com
bruce.clark@fareastnationalbank.com
bruce.clark@guarantygroup.com
bruce.cochran@oracle.com
bruce.davidson@axa-im.com
bruce.dell@db.com
bruce.dick@principal.com
bruce.dirks@fmr.com
bruce.docherty@uebgroup.com
bruce.e.fox@citigroup.com
bruce.ebnother@ubs.com
bruce.emery@citadelgroup.com
bruce.falbaum@7bridgescap.com
bruce.fernandez@umb.com
bruce.fortier@fmr.com
bruce.glensky@csam.com
bruce.gorchow@ppmamerica.com
bruce.graham@uk.abnamro.com
bruce.gresswell@nordlb.com
bruce.guiot@pncbank.com
bruce.haes@firstcitizens.com
bruce.hamilton@us.hsbc.com
bruce.heine@magellanlp.com
bruce.herring@fmr.com
bruce.i.sacerdote@dartmouth.edu
bruce.j.williams@jpmorgan.com
bruce.johnson@swib.state.wi.us
bruce.kendrex@wamu.net
bruce.knutson@usbank.com
bruce.koepfgen@opcap.com
bruce.kos@stephens.com
bruce.lavine@barclaysglobal.com
bruce.levitt@soros.com
bruce.lohman@abnamro.com
bruce.low@fipartners.com.au
bruce.marquand@gm.com
bruce.masters@gwl.com

bruce.meadows@rothschild.com.au
bruce.miller@scottishwidows.co.uk
bruce.naysmith@aegon.co.uk
bruce.nicholson@lionhartusa.net
bruce.nightingale@ibtco.com
bruce.pearson@morleyfm.com
bruce.r.martin@fmr.com
bruce.rodio@db.com
bruce.rodio@morganstanley.com
bruce.saldinger@wellsfargo.com
bruce.salvog@usbank.com
bruce.simon@morganstanley.com
bruce.smith@pnc.com
bruce.taylor@gartmore.com
bruce.theuerkauf@csam.com
bruce.townsend@tudor.com
bruce.warren@columbiamanagement.com
bruce.wendel@bms.com
bruce.yeager@clamericas.com
bruce@mwv.com
bruce_d_lederer@fleet.com
bruce_elwell@ustrust.com
bruce_foulkrod@glenmede.com
bruce_hamilton@blackrock.com
bruce_kennedy@troweprice.com
bruce_macdonald@putnam.com
bruce_wood@freddiemac.com
bruceboer@chevron.com
brucepflaum@northwesternmutual.com
bruegsegger@alliancebernstein.com
brueppel@meag.com
bruffner@federatedinv.com
bruggraber@lehman.com
brummelhart@fbfs.com
bruna.maltoni@nokia.com
brunel_jean@jpmorgan.com
brunella.tocci@finmeccanica.it
brunetla@cic.fr
brunetti@bloomberg.net
brunetti@finmeccanica.it
brunner.urs@rahnbodmer.ch
brunnerw@firstindiana.com
brunno.alvarez@wachovia.com
bruno.achermann@rmf.ch

bruno.ammann@zkb.ch
bruno.bachmann@zugerkb.ch
bruno.bancal@bnpparibas.com
bruno.berry@morleyfm.com
bruno.bertocci@ubs.com
bruno.biordi@dexia-bil.com
bruno.candini@bnpparibas.com
bruno.crinon@bnpparibas.com
bruno.de.haas@pggm.nl
bruno.de.scorbiac@fr.abnamro.com
bruno.deborne@banque-france.fr
bruno.decombe@groupe-mma.fr
bruno.dedecker@dexia.be
bruno.du.bus@puilaetco.be
bruno.ducros@cardif.fr
bruno.durbano@bancalombarda.it
bruno.einheimler@ba-ca.group-treasury.co.at
bruno.engler@rbscoutts.com
bruno.estecahandy@banque-france.fr
bruno.franco@hsh-nordbank.co.uk
bruno.gandjee@caam.com
bruno.gartmann@vontobel.ch
bruno.gmuer@juliusbaer.com
bruno.guiot@axa-im.com
bruno.guldener@ubs.com
bruno.hertz@uk.fid-intl.com
bruno.heusser@ubs.com
bruno.huwyler@centrumbank.li
bruno.knechtle@juliusbaer.com
bruno.kratz@caam.com
bruno.laborie@caam.com
bruno.langfritz@credit-suisse.com
bruno.lebeda@asia.bnpparibas.com
bruno.lechevallier@ubs.com
bruno.m.iksil@jpmorgan.com
bruno.magalhaes@unibanco.com
bruno.marxer@ubs.com
bruno.mouclier@remy-cointreau.com
bruno.nierat@axa-im.com
bruno.piano@finmeccanica.it
bruno.putorti@capitalia-am.com
bruno.saugnac@caam.com
bruno.sommer@helaba.de
bruno.springael@ingim.com

bruno.stanziale@moorecap.com
bruno.steve@st.com
bruno.tissot@bis.org
bruno.torchio@sella.it
bruno.tretter@activest.de
bruno.umbro@inginvestment.com
bruno.vancrombrugge@dexia-am.com
bruno.vanderschueren@ing.fr
bruno.winiger@juliusbaer.com
bruno.wuethrich@suva.ch
bruno.yang@citadelgroup.com
bruno@pauligroup.com
bruno_bardavid@westlb.co.uk
bruno_fellin@ustrust.com
bruno_letsch@swissre.com
bruno_sollazzo@generali.com
brunog@mcm.com
brunousai@pelaguscapital.com
brush@angelogordon.com
brustkern.scott@principal.com
brutkowsky@caxton.com
bryan.anderson@deshaw.com
bryan.applequist@tcw.com
bryan.ashenberg@ubs.com
bryan.bakardjiev@truscocapital.com
bryan.batory@53.com
bryan.bellisle@firstar.com
bryan.bigari@micorp.com
bryan.brading@wachovia.com
bryan.burns@gcm.com
bryan.burrough@blackrock.com
bryan.cameron@barclaysglobal.com
bryan.choo@schroders.com
bryan.choo@ubs.com
bryan.cline@columbiamanagement.com
bryan.collings@db.com
bryan.conway@boitib.com
bryan.costigan@fandc.co.uk
bryan.dougherty@deshaw.com
bryan.fagan@eaglestarlife.ie
bryan.filkey@pimco.com
bryan.gauvin@fidelity.com
bryan.goh@arabbank.co.uk
bryan.henning@sg.standardchartered.com

bryan.higgins@4086.com
bryan.jaax@jpmorganfleming.com
bryan.jacobi@barclaysglobal.com
bryan.knepper@columbiamanagement.com
bryan.krause@blackrock.com
bryan.low@mosnar.com.sg
bryan.lynskey@cba.com.au
bryan.mckigney@opco.com
bryan.mcmorrine@swipartnership.co.uk
bryan.meckley@raymondjames.com
bryan.neitzelt@huntington.com
bryan.otero@state.nm.us
bryan.p.maher@aib.ie
bryan.petermann@aig.com
bryan.poulsen@pimco.com
bryan.poulson@pimco.com
bryan.r.mead@wellsfargo.com
bryan.raynor@prudential.com
bryan.roach@janus.com
bryan.seyfried@drkw.com
bryan.smith@barclaysglobal.com
bryan.stone@morganstanley.com
bryan.sullivan@alliancebernstein.com
bryan.tsu@pimco.com
bryan.tucker@alliancebernstein.com
bryan.turner@ubs.com
bryan.verona@gcm.com
bryan.wallace@csam.com
bryan.wilson@bmo.com
bryan.wolff@bernstein.com
bryan_bernaldo@putnam.com
bryan_bernaldo@putnaminv.com
bryan_capsavage@fanniemae.com
bryan_cockrell@putnam.com
bryan_cook@fnbstl.com
bryan_hicks@invesco.com
bryan_ison@ml.com
bryan_niggli@swissre.com
bryan_r_baebler@vanguard.com
bryan_unterhalter@americancentury.com
bryan-cm.wong@aig.com
bryan-j.ray@db.com
bryan-levin@bessemer.com
bryanlhchen@yahoo.com.tw

bryanyeo@gic.com.sg
bryce_bulman@nacm.com
bryn.cirillo@rbsgc.com
bryn.thomas@jpmorgan.com
bryong@bgi-group.com
bryson.hadley@wamu.net
brysson.curtis@fidelity.com
bs@carnegieam.dk
bs439@cornell.edu
bsa@ntrs.com
bsaid@meagpower.org
bsamuel@oppenheimerfunds.com
bsanchef@cajamadrid.es
bsanders@bloomberg.net
bsands@templeton.com
bsantiago@wellington.com
bsargent1@bloomberg.net
bsarmago@bloomberg.net
bsayago@teamcapitalbank.com
bscammell@westpac.com.au
bschalla@nisi.net
bschell@caxton.com
bschinabeck@bayernhb.de
bschlemovitz@lordabbett.com
bschleppy@tigerglobal.com
bschmauch@atlanticasset.com
bschmid@dow.com
bschmidt@allstate.com
bschmidt@bear.com
bschneider@federatedinv.com
bschneiderman@loomissayles.com
bschoenfeld@bankofny.com
bschoenfeld@delinvest.com
bschofield@ambac.com
bschorn@tudor.com
bschotanus@bloomberg.net
bschroer@frk.com
bschroller@frostbank.com
bschulman@loews.com
bschultz@richmondcap.com
bschulz@alger.com
bschulz2@bloomberg.net
bschwartz@fhlbatl.com
bscoles@aegonusa.com

bscook@aegonusa.com
bscotti@loomissayles.com
bscotto@delinvest.com
bscozzafava@eatonvance.com
bscozzafava@mfs.com
bscuzarella@anchorcapital.com
bsd@centralbank.ie
bse@capgroup.com
bsegal@nb.com
bsegura@atlanticasset.com
bsekim@keb.co.kr
bseton@bloomerg.net
bsevilla@frk.com
bseybold@farcap.com
bsf22@cornell.edu
bsgladstein@delinvest.com
bsh1@ntrs.com
bshah@bloomberg.net
bshah1@metlife.com
bshan@perrycap.com
bshanahan1@bloomberg.net
bshelton@uscentral.org
bsherman@oppenheimerfunds.com
bshigezawa@bloomberg.net
bshirley1@bloomberg.net
bshoer@lordabbett.com
bshulman@uscentral.org
bsiary@osc.state.ny.us
bsimon@dhja.com
bsimpson@sisucapital.com
bsinescu@oddo.fr
bsirakos@frostbank.com
bsj@kp.dk
bslater@bear.com
bslee@chb.co.kr
bsmedley@aegonusa.com
bsmith@bloomberg.net
bsmith@thamesriver.co.uk
bsmith1@metlife.com
bsmith7@allstate.com
bsmoluch@roxcap.com
bsmoon@chbny.com
bsnijders@aegon.nl
bsnyder@bloomberg.net

bsnyder@us.mufg.jp
bsommerville@fhlbatl.com
bspector@baupost.com
bspeiser@westernasset.co.uk
bspl@keb.co.kr
bspratt@munder.com
bspremulli@tiaa-cref.org
bsritter@delinvest.com
bsshim@knbank.co.kr
bssohn@wellington.com
bstafford@denveria.com
bstanforth@dlbabson.com
bstanick@standishmellon.com
bstaten@stephens.com
bstaub1@bloomberg.net
bsteere@fhlbc.com
bstertzbach@aegonusa.com
bstevenson@orix.com
bstewart@citysecurities.com
bstewart@midatlanticcorp.org
bstewart@oppenheimerfunds.com
bstgeorge@dlbabson.com
bstgeorge@internal.massmutual.com
bstoesser@wellington.com
bstone@mfs.com
bstone@standishmellon.com
bstory@fhhlc.com
bstout@murrayj.com
bstromberg@troweprice.com
bstuelpnagel@balbny.com
bsturm@opers.org
bstutts@unumprovident.com
bsudameris@bloomberg.net
bsullivan@lordabbett.com
bsummers@lehman.com
bsundaresan@loomissayles.com
bsussman@samipfd.com
bsustri@jmsonline.com
bsvendahl@voyageur.net
bswain@qgcapital.com
bswanson@fbw.com
bswensen@voyageur.net
bswilliams@washtrust.com
bsylvester@babsoncapital.com

bt49@cornell.edu
bta@columbus.com
btaillardat@unigestion.com
btallaksen@thamesriver.co.uk
btang@gpnus.mizuho-cb.com
btani@jennison.com
btanner@servibanca.pt
btavel@ustrust.com
btaylor@massport.com
btaylor@mfs.com
btaylor@troweprice.com
btaylor1@frk.com
btbrown@wellington.com
bterlesky1@bloomberg.net
bterrell@ufji.com
bteta@bellevue.ch
bthomas@uscentral.org
btien@ustrust.com
btillberg@russell.com
btimmerman@aegon.nl
btittman@eatonvance.com
btjahjono@fhlbc.com
btk@lrcasia.ch
btmcgill@wellmanage.com
btoconnor@wellington.com
btolliver@sanwabank.com
btomlinson@smithgraham.com
btong@aegonusa.com
btong@bankofny.com
btorpey@mfs.com
btoth@dlbabson.com
btpbull@bloomberg.net
btracy@appletonpartners.com
btrujillo@calnational.com
btsauer@mmm.com
bturcotte@turnerinvestments.com
bturney@caxton.com
btvedt@aegonusa.com
btyszka@tiaa-cref.org
bubajp2@gol.com
bubbabutt@bloomberg.net
bucalossi.annalisa@insedia.interbusiness.it
buchanan1@bloomberg.net
buchholz_jason@fsba.state.fl.us

buchi.ramagopal@thehartford.com
buchman.as@mellon.com
buchoi@samsung.co.kr
buck_phillips@den.invesco.com
buckett.leslie@swipartnership.co.uk
buckj2@nationwide.com
bud.duffy@sticm.com
bud.gill@fhlb.com
bud.kroll@jpmorgan.com
bud.ryan@cendantmortgage.com
buddy.moran@sc.siemens.com
budelli@bpintra.it
budiman.swardi@wisa.com.sg
budny.a@tbcam.com
buffat@psai.ch
buffi.colquitt@invescoaim.com
buge@finansbank.ch
buhei_yoshida@ufjbank.co.jp
buhijji@bma.gov.bh
buhlemeyer@lkcm.com
buhlen@bloomberg.net
buhlig@eib.org
bui.van@gene.com
buijink@vpv.nl
buisan@bde.es
buki.ajala@jpmchase.com
bulent.ertuna@teb.com.tr
bulk@nsmcapital.com
bullbull@shikokubank.co.jp
bullockr@kochind.com
bullrun@bloomberg.net
bumbak@netvision.net.il
bumpg@strsoh.org
bunno_masakazu@zn.smbc.co.jp
bunruh@firsthorizon.com
bupward@munder.com
burak.alici@morganstanley.com
burak.iyigun@disbank.com.tr
burak.iyigun@teb.com.tr
burak.suren@akbank.com
burakm@ebrd.com
burcin.dilek@de.pimco.com
burcu.pekuzpaltura@teb.com.tr
burcu.ugurtas@jpmorgan.com

burdeshaw@willcap.com
burdeshawj@aeltus.com
buretzky@loomissayles.com
burg.mj@mellon.com
burgayran.eric@nbg.gr
burgesc@vankampen.com
burhan.fazlija@rahnbodmer.ch
buriartev@bankinter.es
buriburi@kdb.co.kr
burick@princeton.edu
burina@bot.or.th
burkart.moench@sachsenlb.de
burke.treidler@barclaysglobal.com
burkec@brinson.com
burkek@lotsoff.com
burke-smith@adelphi-capital.com
burkhard.allgeier@hauck-aufhaeuser.de
burkhard.egbers@dekabank.de
burkhard.ischler@zf.siemens.de
burkhard.mau@dekabank.de
burkhard.toedter@dbla.com
burkhard.varnholt@credit-suisse.com
burkhard.weiss@rcm.at
burlong.s@mellon.com
burnett.hansen@credit-suisse.com
burnett.hansen@csam.com
burnettr@ubk.net
burnscm@fhlbcin.com
burnse@emigrant.com
burnsg@nationwide.com
burnsl@wharton.upenn.edu
burnsm@tcwgroup.com
burroughsc@aeltus.com
burseth@deshaw.com
bursinm@nationwide.com
burtchw@nationwide.com
burton.harvey@morgankeegan.com
burton.milnor@morgankeegan.com
burvillc@gartmore.com
bus@mn-services.nl
busdev.abl@dial.pipex.com
bush.m@mellon.com
bushsf@research.ge.com
bussarpa@bot.or.th

but@ubp.ch
butkiewv@nboc.com
butlejj@chevrontexaco.com
butler@americas.bnpparibas.com
butlerb@firstcharter.com
butlero@bwbank.ie
buttenheim_maureen@ssga.com
buybonds@amervest.com
buyukerm@tskb.com.tr
buzz@roycenet.com
buzzi@bci.it
bv9@ntrs.com
bvaissie@oaktreecapital.com
bvalbuzzi@bci.it
bvale@loomissayles.com
bvalerio@loomissayles.com
bvallely@caxton.com
bvanaken@sirachcap.com
bvanbuuren@bloomberg.net
bvance@unum.com
bvangundy@oppenheimerfunds.com
bvartak@mfs.com
bve@petercam.be
bvenable@rwbaird.com
bveninata@kynikos.com
bvermeulen@rnt.com
bverrico@melloninvestor.com
bvigneaux@mfs.com
bvirbits@princeton.edu
bviscuso@allstate.com
bvo@petercam.be
bvoege@sunamerica.com
bvogel@montag.com
bvonstuelpnagel@bayernlbny.com
bvoss@hcmlp.com
bvr@fidelity.com
bwadden@steinroe.com
bwaesche@troweprice.com
bwagman@erstebank.com
bwahlig@bloomberg.net
bwalker@europeancredit.com
bwalker@ustrust.com
bwalker@whitepinecapital.com
bwaller@williamblair.com

bwallick@stephens.com
bwalls@mfs.com
bwalton@sterling-capital.com
bwandelmaier@websterbank.com
bwanger@barbnet.com
bwann@bloomberg.net
bward@jmsonline.com
bward@massmutual.com
bwarden@waddell.com
bwasilewski@asbcm.com
bwatteyne@ofi-am.fr
bweber@russell.com
bweiner@fnbaonline.com
bweinste@blackrock.com
bweiss@oppenheimerfunds.com
bwelch@jhancock.com
bwestvold@ssrm.com
bwhastreiter@wellington.com
bwhitehead@farmcredit-ffcb.com
bwhitfield@perrycap.com
bwhitfield@statestreet.com
bwiener@mfs.com
bwiese@bankofny.com
bwiese@sunamerica.com
bwilby@oppenheimerfunds.com
bwilcox@cumberassoc.com
bwilliams@mtildn.co.uk
bwillson@orix.com
bwilson@firstcarolina.org
bwilson@provnet.com
bwinwood@progbank.com
bwjung@bok.or.kr
bwk@capgroup.com
bwkjr@bloomberg.net
bwolf@firstmanhattan.com
bwong@nb.com
bwong@perrycap.com
bwong8@bloomberg.net
bwongtrakool@westernasset.com
bwood@ffcnet.com
bwoolmington@wellington.com
bwoolminton@wellington.com
bworley@loomissayles.com
bwu@ftci.com

bwydick@allstate.com
bwzink@wellington.com
bxjohnson@sdcera.org
bxorourke@bloomberg.net
bxu.em@adia.ae
bxu@fhlbdm.com
bxue@princeton.edu
byahner@reliancebank.com
byeg@bp.com
byerr@jea.com
byersk@wellsfargo.com
byh@baupost.com
bylee@bnm.gov.my
bylim@adb.org
bymbcn@lander.es
byorke@halcyonllc.com
byoung@fnbaonline.com
byoung@halcyonllc.com
byran.cass@alliancebernstein.com
byrnej@vankampen.com
byrnem@swcorp.org
byron.culpepper@ftnfinancial.com
byron.mitson@morgankeegan.com
byron.ong@ucop.edu
byron.smith@alliancebernstein.com
byron.smith@sgcib.com
byron.spivack@mackayshields.com
byron.tong@hk.fortis.com
byronj@lotsoff.com
byront@vankampen.com
bythrow@1stsource.com
byungheon.chae@scfirstbank.com
byungholee@hanabank.com
byungkyu.cheon@asia.ing.com
byusof@bloomberg.net
bzachhuber@bloomberg.net
bzenouzi@delinvest.com
bzi@lrc.ch
bziemba@jhancock.com
bzilka@pjc.com
bzimmerman@ag-am.com
bziolo@ups.com
bzirkle@mentorinvgroup.com
bzittucro@bci.it

bzm@dartmouth.edu
bzmeunier@wellington.com
c.a.ablett@cibc.ca
c.aben@robeco.nl
c.babel@dbtc.ch
c.baker@hsbc.com.hk
c.balestra@finpromotion.ch
c.behrens@bloomberg.net
c.belotti@centrosim.it
c.bernasconi@centrosim.it
c.bonde.pedersen@nordea.com
c.borghese@danieli.it
c.brand@landeskrediet.de
c.buchmayer@staedtische.co.at
c.cakaj@frankfurt-trust.de
c.capizzi@apioil.com
c.capotorti@centrosim.it
c.cappellini@motus.lu
c.cataldi@wafra.com
c.chris.corrao@morganstanley.com
c.cioninivisani@sace.it
c.compain@mwam.com
c.conti@creberg.it
c.costa@aston-bond.com
c.david.allman@wellsfargo.com
c.denks@vwfsag.de
c.ewen@lia-assetmanagement.lu
c.fair@sumitomotrust.co.jp
c.fersedi@ny.tr.mufg.jp
c.flood@hermes.co.uk
c.freischutz@interdin.com
c.friend@sumitomotrust.co.jp
c.gautier@finance-concept.mc
c.gentile@cirio.it
c.giampaolo@finpromotion.ch
c.gibbon@bspf.co.uk
c.giraldi@gruppoina.it
c.guille@eib.org
c.guthrie@fnysllc.com
c.h.nielsen@nordea.com
c.heckmann@danskebank.dk
c.heeran@olayangroup.com
c.hennekam@robeco.nl
c.hirtzig@lia-assetmanagement.lu

c.hollis@lvmh.fr
c.iida@aozorabank.co.jp
c.j.g.m.hendriks@gasunie.nl
c.j.h.berg@rn.rabobank.nl
c.johnston@easternbk.com
c.jouan@probtp.com
c.julen@iam.ch
c.kayser@inka-kag.de
c.kipfer@bloomberg.net
c.kool@dpfs.nl
c.lane@kairospartners.com
c.leary@wafra.com
c.lehy@easternbk.com
c.liu@hsbc.guyerzeller.com
c.m.n.pieterse@dnb.nl
c.m.van.den.bergh@robeco.nl
c.martin@qic.com
c.masucci@offivalmo.fr
c.mazza@gruppocredit.it
c.merrian@panagora.com
c.meyer@provalue.ch
c.mora@barilla.it
c.mueller-goedecke@trinkaus.de
c.n.van.der.oord@robeco.nl
c.negro@aston-bond.com
c.nourissat@cogefi.fr
c.oshea@hermes.co.uk
c.otoole@sumitomotrust.co.jp
c.p.m.van.oorschot@dnb.nl
c.paone@bancodinapoli.it
c.pennekamp@abp.nl
c.pepino@bimbank.it
c.perrone@usa.dupont.com
c.pigasse@cogefi.fr
c.richard.lucy@columbiamanagement.com
c.ruiz@bfondos.banesto.es
c.schmid@hsbc.guyerzeller.com
c.scott@northernrock.co.uk
c.serini@ubipramerica.it
c.sollier@sanpaolo.fr
c.speziali@bipielle.it
c.stronck@lia-assetmanagement.lu
c.sutter@hsbc.guyerzeller.com
c.swinnerton@sumitomotrust.co.jp

c.tarenzi@bpl.gruppobipielle.it
c.terzano@cassalombarda.it
c.thomas@lcfr.co.uk
c.tirondola@olayan.com
c.van.marle@robeco.nl
c.vanzan@bimsgr.it
c.vicari@eurosim.it
c.vickerman@mwam.com
c.vondenbusch@robeco.nl
c.waldron@lcfr.co.uk
c.wallace@mwam.com
c.walsh@hermes.co.uk
c.walter@lia-assetmanagement.lu
c.wijtvliet@vanlanschot.com
c.winnall@fordfound.org
c.wurl@staedtische.co.at
c.zandbergen@robeco.nl
c_gauthier@putnam.com
c_malone@ml.com
c_stephen_wesselkamper@victoryconnect.com
c_weisberg@beutel-can.com
c1c4@pge.com
c2k@americancentury.com
c3k@americancentury.com
c9a@americancentury.com
c9p@americancentury.com
caasten.czech@sparkasse-koelnbonn.de
caath205@hcn.zaq.ne.jp
cab@baupost.com
cabot.henderson@barclayscapital.com
cabrahante@meag-ny.com
cabrale@fhlbsf.com
cac@coastalsecurities.com
cac@columbus.com
cac@dcx.com
cace05@handelsbanken.se
cachtel@allstate.com
cacoutinho@wellington.com
cacr01@handelsbanken.se
caday@fbfs.com
cadmus.hicks@nuveen.com
cads@capgroup.com
cae@bkb.ch
caeckstrom@comerica.com

caedmon.marriott@glgpartners.com
caesar@pshk.com.hk
caesarcastroverde@northwesternmutual.com
caezar@bloomberg.net
cafi@danskebank.dk
cagainey@wellington.com
cagjoh@safeco.com
cagnew@tiaa-cref.org
cah@nbim.no
caha04@handelsbanken.se
cahalyg@jwseligman.com
caheckscher@wellington.com
cahills2@bloomberg.net
cahles@umcmortgage.com
cailin_rutter@troweprice.com
cailman@calstrs.com
cainj6@nationwide.com
cainsworth@fhlbatl.com
caitlin.esterbrook@blackrock.com
caitlin.glendinning@rbccm.com
caitlin.mckillop@bbh.com
caitlin@incomeresearch.com
caitriona.a.seery@aib.ie
caitrionam@bloomberg.net
caius_ng@swissre.com
cajones@wellington.com
cak@bftx.org
cakins@blenheiminv.com
cakiroglua@tskb.com.tr
cakrause@frcinvest.cm
cala@bloomberg.net
calabria@finmeccanica.it
calbright@wilmingtontrust.com
caldarulo@finmeccanica.it
caldern@ebrd.com
caleb.baucom@midfirst.com
caleb.wray@schwab.com
caleb_david@ustrust.com
calee.moe@gmacrescap.com
calexander@denveria.com
caley.lim@lloydstsb.co.uk
callahaj@wellsfargo.com
callain@ofina.on.ca
callawayt@aetna.com

calldesk@banca.mps.it
calli.gaul@pnc.com
callies@bessemer.com
callum.burns@rothschild.com.au
callum.henderson@fmr.com
calonso@cajamadrid.es
calonso@uk.tr.mufg.jp
caltendorfer@oaktreecap.com
calum.daniel@morganstanley.com
calum.p.cousins@jpmorgan.com
calvargu@banrep.gov.co
calvarin@pictet.com
calvin.davies@ingim.com
calvin.davis@transmarketgroup.com
calvin.huang@barclaysglobal.com
calvin.lee@barclaysglobal.com
calvin.lee@inginvestments.com
calvin.liew@pimco.com
calvin.ngai@tcw.com
calvin.walker@ppmamerica.com
calvin.zhang@allegiantgroup.com
calvin_h_place@putnam.com
calvin_yeh@tcbank.com.tw
calzoni@capitalgest.it
cam.desbrisay@royalbank.com
cam_mcdougall@manulifeusa.com
cama04@handelsbanken.se
camadill@wellington.com
camas.hunter@db.com
cambrianid@bpv.it
cambrose@payden-rygel.com
camco@consistenasset.com
camco@consistentasset.com
cameron.cohen@avmltd.com
cameron.crump@jpfinancial.com
cameron.dh@tbcam.com
cameron.khajavi@citadelgroup.com
cameron.livingstone@morganstanley.com
cameron.mullins@impaccompanies.com
cameron.squadrito@fortisinvestments.com
cameron.tod@swip.com
cameron.ullyatt@schwab.com
cameron.wald@deshaw.com
cameron.watt@blackrock.com

cameron@ikosresearch.com
cameron_clemet@invesco.com
camerons@bernstein.com
camiel.mulders@ingim.com
camil.ghantous@claridenleu.com
camila.stolf@br.schroders.com
camilla.ahlskog@oko.fi
camilla.burraston@citadelgroup.com
camilla.hsiung@wpginvest.com
camilla.uden@pfizer.com
camillamathews@gic.com.sg
camille.demarliave@bnpparibas.com
camille.leguelvont@axa-im.com
camille.leguelvout@axa-im.com
camille.mcleod-salmon@fortisinvestments.com
camille.zerbinos@bankofamerica.com
camille_carlstrom@putnam.com
camino_alejandro@gsb.stanford.edu
camitie@bci.it
camjim@bloomberg.net
camoore@hcmlp.com
camp.herb@principal.com
campana2@bloomberg.net
campanile@bessemer.com
campbell.ba@tbcam.com
campbell.morgan@citadelgroup.com
campbell_watterson@newton.co.uk
camtom@bloomberg.net
camundsen@acorncapitalmgt.com
can.kuecuekkaplan@oberbank.at
can.kumru@nl.abnamro.com
can.marfurt@zkb.ch
can.uran@gs.com
can3@ntrs.com
canaan@atlanticinvestment.net
canan.uras@oyakmenkul.com.tr
cand@corner.ch
candace.alexander@fmr.com
candace.singh@citadelgroup.com
candace_daly@westlb.co.uk
canderson@bayernlbny.com
canderson@bofasecurities.com
canderson@carol.net
canderson@lmfunds.com

candice.campbell@sgam.com
candice.reddan@alliancebernstein.com
candice.stack@pimco.com
candidog@hotmail.com
candiota@bcb.gov.br
candres@marchgestion.com
candy.baffour-awuah@barclayscapital.com
candy.leung@banca.mps.it
candy.spielmann@peregrinecapital.com
caney@us.nomura.com
cangell@fdic.gov
canicholson@wellington.com
cannavaro@bloomberg.net
canning_andrew@jpmorgan.com
canny.lo@hvbasia.com
canon.coleman@aiminvestments.com
canovam@lloydadriatico.it
cansbro@ustrust.com
cansell1@bloomberg.net
canta.alessandro@enel.it
cantarini.marco@bnlmail.com
canter.se@dreyfus.com
cantoni@finmeccanica.it
cantputt@bloomberg.net
cantue@strsoh.com
caofr@jwseligman.com
caoimhe.m@gordian.co.uk
caosacsa@bfcm.creditmutuel.fr
cap-03@saikyobank.co.jp
cap-04@saikyobank.co.jp
capasso@atlanticinvestment.net
capc@capgroup.com
cape@danskebank.dk
capecchi@bloomberg.net
capello@rai.it
capello@simgest.it
capetdo@cmcic.fr
capex@bloomberg.net
capital.markets@bng.nl
capital.markets@slma.com
capital@capitalmgt.com
capitalmarket@alpha.gr
capitalmarket@juliusbaer.com
capitalmarkets@alpha.gr

capitalmarkets@juliusbaer.com
capitanio@cimbanque.ch
capmark@leumi.ch
capp.crawford@farmcreditbank.com
caputo@bpintra.it
car7@ntrs.com
cara.fairgrieve@bailliegifford.com
cara.fleisher@rbccm.com
cara.mandeville@janus.com
cara_hourican@acml.com
cara_vlad@cat.com
carberry@bloomberg.net
carboni@pimco.com
carbuthnot@jhancock.com
carbuthnot@mfcglobalus.com
carcie.rogers@pioneeraltinvest.co.uk
carcoraci@bloomberg.net
cardis@caxton.com
cardonepl@aetna.com
caren_e_suarez@fanniemae.com
carena@mediosim.it
carendas@federatedinv.com
carese@sandlercap.com
carey.ball@jpmorganfleming.com
carey.chamberlain@hsbcib.com
carey.toh@alliancebernstein.com
carey@adia.co.uk
cargyle@wellington.com
carhidrj@wellsfargo.com
carias@nb.com
carin.fike@kroger.com
carin.l.ganjon@db.com
carin.mansson@ap1.se
carina.coleman@disney.com
carina.swerin@afa.se
carina.zimmerman@aam.de
carine.mosselmans@proximus.net
carine.nikolov@caam.com
carinew@bll.co.il
carinnneo@dbs.com.sg
caris_cheung@bloomberg.net
caris_cheung@sunlife.com
carissa.callison@swib.state.wi.us
carita_pm_wan@hkma.gov.hk

carl.a.danauski@chase.com
carl.a.isaksson@jpmchase.com
carl.amendola@dzbank.de
carl.andresen@boimail.com
carl.bacon@fandc.co.uk
carl.bang@moa.norges-bank.no
carl.berrisford@ubs.com
carl.beyer@swedbank.com
carl.burdett@insightinvestment.com
carl.c.dou@jpmorgan.com
carl.dimeo@seb.se
carl.emanuel.schillig@zurich.com
carl.esprey@glgpartners.com
carl.fantasia@tudor.com
carl.flatau@chase.com
carl.flinn@northernrock.co.uk
carl.ghielen@ingim.com
carl.gilchrist@barclaysglobal.com
carl.granath@nordea.com
carl.hammar@seb.se
carl.hempenstall@threadneedle.co.uk
carl.iovine@us.calyon.com
carl.jensen@seb.dk
carl.kuebler@nisanet.com
carl.lee@blackrock.com
carl.lindokken@harrisbank.com
carl.lundstromer@ap1.se
carl.obrien@rwjuh.edu
carl.p.fox@devif.de
carl.palash@moorecap.com
carl.pappo@columbiamanagement.com
carl.pratt@icap.com
carl.reynolds@pioneerinvest.com
carl.rittmeyer@mwrdgc.dst.il.us
carl.sells@alliancebernstein.com
carl.simon@citadelgroup.com
carl.smith@firstar.com
carl.snyder@dfafunds.com
carl.sutter@jpmorgan.com
carl.tegtmeier@commercebank.com
carl.vine@ubs.com
carl.w.wong@bankofamerica.com
carl@willcap.com
carl_bell@putnam.com

carl_emont@nylim.com
carl_erdly@ssga.com
carl_f_woodbury@fleet.com
carl_guidi@calpers.ca.gov
carl_henke@ustrust.com
carla.ajaka@hsbc.com
carla.barella@claridenleu.com
carla.bauwens@fortisbank.com
carla.brito.fonseca@bancobpi.pt
carla.cantreva@aig.com
carla.chayet@wellsfargo.com
carla.dupuis@fairchildsemi.com
carla.hoogweg@ingim.com
carla.l.clement@wellsfargo.com
carla.monge@barclaysglobal.com
carla.owens@citadelgroup.com
carla.robertson@pnc.com
carla.scarano@bpmsgr.it
carla.sher@rabobank.com
carla.tardi@fmr.com
carla_sirman@ml.com
carladesousa@prudential.com
carlasantos@generali.pt
carlbrummond@northwesternmutual.com
carl-christian.hoeg@seb.se
carle.gregor@uk.fid-intl.com
carlene.tracy@treasurer.state.nc.us
carles.guimera@caixacatalunya.es
carles.lluch@andbanc.com
carlesch@cmcic.fr
carlfredrik.karner@ap1.se
carl-fredrik.lorenius@swedbankrobur.se
carl-friedrich.wartner@skag.siemens.de
carlh@hcmny.com
carl-heinz.daube@hsh-nordbank.com
carlissa.li@aig.com
carl-johan.granvik@nordea.com
carlk@osterweis.com
carlo.acconciamessa@mediobanca.it
carlo.antonioli@bancaintesa.co.uk
carlo.barz@kfw.de
carlo.bozotti@st.com
carlo.braunwalder@rothschildbank.com
carlo.broggi@bsibank.com

carlo.capaul@juliusbaer.com
carlo.cavazzoni@am.generali.com
carlo.costantini@sgcowen.com
carlo.delgrosso@bopso.ch
carlo.devanna@ersel.it
carlo.ferro@st.com
carlo.franchini@meliorbanca.com
carlo.friob@fortisl.lu
carlo.gallina@bancagesfid.com
carlo.gaudente@unicreditgroup.eu
carlo.germana@swisslife.ch
carlo.ghiardelli@bancaintesa.it
carlo.guffanti@mediobanca.it
carlo.jansen@inter-ikea.com
carlo.masini@mediobanca.it
carlo.messina@bancaintesa.it
carlo.micali@pimco.com
carlo.micarelli@bnlmail.com
carlo.mogni@arcafondi.it
carlo.muschietti@ubs.com
carlo.pirzio-biroli@db.com
carlo.portes@citadelgroup.com
carlo.ramella@hsbcib.com
carlo.talpo@bancagenerali.it
carlo.venneri@notes.electrolux.it
carlo.x.draghi@jpmorgan.com
carlos.a.dominguez@chase.com
carlos.a.dominquez@chase.com
carlos.agredano@pimco.com
carlos.arrom@prudential.com
carlos.bonetto@us.sgcib.com
carlos.bowles@ecb.europa.eu
carlos.celentano@nisanet.com
carlos.chujoy@trs.state.tx.us
carlos.deleon@bbh.com
carlos.falco@telefonica.es
carlos.feged@thehartford.com
carlos.fernandez@philips.com
carlos.fernandezarteaga@telefonica.es
carlos.ferreira@morganstanley.com
carlos.gallardo@gs.com
carlos.garcia@hsbcpb.com
carlos.garcia-tunon@morganstanley.com
carlos.goicoechea@grupobbva.com

carlos.guajardo@citadelgroup.com
carlos.guillen@inginvestment.com
carlos.gutierrez@53.com
carlos.llorente@finanduero.es
carlos.maceda@grupobbva.com
carlos.palomanes@lukb.ch
carlos.perez.parada@barclays.com
carlos.rijo@mizuhocbus.com
carlos.rodriguez@americas.bnpparibas.com
carlos.rodriguez@himco.com
carlos.rosa@gm.com
carlos.sanchez@interdin.com
carlos.scretas@br.schroders.com
carlos.v.quimbo@wellsfargo.com
carlos_coutinho@ssga.com
carlos_pollard@freddiemac.com
carlosfr@iadb.org
carlosmartinez@gruposantander.com
carloswong@dahsing.com
carlotta.martoglio@bnpparibas.com
carlson.w@mellon.com
carlson@atlanticinvestment.net
carlsson@tk.thyssenkrupp.com
carlton.charles@ip.com
carlton.steele@nordeany.com
carly.ferraro@bms.com
carm@flessabank.de
carma_wallace@nacm.com
carman_dewees@putnam.com
carmbruster@payden-rygel.com
carmel.wellso@janus.com
carmel_peters@putnam.com
carmelina.carluzzo@it.abnamro.com
carmella.dirienzo@ssmb.com
carmelo.basile@credit-suisse.com
carmelo.genoese@maetrica.ch
carmelo.tajadura@grupobbva.com
carmelphelan@angloirishbank.ie
carmen.alonso@hvbeurope.com
carmen.appel@blackrock.com
carmen.baumann@vontobel.ch
carmen.beck@csfb.com
carmen.brusch@lbbw.de
carmen.brusco@juliusbaer.com

carmen.burkhardt@pharma.novartis.com
carmen.chang@aberdeen-asset.com
carmen.colla@kfw.de
carmen.daub@oppenheim.de
carmen.fabian@ubs.com
carmen.felix@sarasin.ch
carmen.g.gigliotti@usa.dupont.com
carmen.gomez@prudential.com
carmen.laws@kfw.de
carmen.parente@tdsecurities.com
carmen.reid@calvertgroup.com
carmen.rodenasgallego@telefonica.es
carmen.s.diaz@columbiamanagement.com
carmen.schriber@credit-suisse.com
carmen.torrescampuzano@cominvest.de
carmen.turner@barclaysglobal.com
carmen.weber@dws.de
carmen@gene.com
carmen_assang@ssga.com
carmen_s_diaz@ustrust.com
carmine.corvasce@fondiaria-sai.it
carmine.difederico@bmonb.com
carmine.pollice@rbc.com
carmine.russo@bsibank.com
carmine_soldiviero@acml.com
carmine_urciuoli@cbcm.com
carnani.neetu@jpmorganfleming.com
carnwathd@vmcmail.com
caroberts@fibanc.es
carodrig@notes.banesto.es
carol.auguste@daiwausa.com
carol.bradshaw@barcap.com
carol.clifton@commercebank.com
carol.cozen@pncbank.com
carol.davis@alliancebernstein.com
carol.franklin@db.com
carol.gould@att.com
carol.hensby@hsbcam.com
carol.jones@firstmidwest.com
carol.k.chen@jpmchase.com
carol.k.chen@jpmorgan.com
carol.lee@barclaysglobal.com
carol.lee@fenb-us.com
carol.leung@trs.state.tx.us

carol.lintz@pioneerinvestments.com
carol.lynch@fac.com
carol.lyons@harrisbank.com
carol.mcdermott@bnymellon.com
carol.mchugh@ppmamerica.com
carol.mills@db.com
carol.ph.huang@email.chinatrust.com.tw
carol.plucinnik@pncbank.com
carol.powell@uk.danskebank.com
carol.roe@db.com
carol.sargent@lloydstsb.co.uk
carol.schwartz@aexp.com
carol.schweidel@ppmamerica.com
carol.sibliano@ingfunds.com
carol.smith@fmr.com
carol.stoliar@blackrock.com
carol.svihl@53.com
carol.thomson@aegon.co.uk
carol.toh@ap.nxbp.com
carol.tusch@ipaper.com
carol.vahey@uk.fid-intl.com
carol.vernola@juliusbaer.com
carol.woody@pncbank.com
carol.x.mills@jpmorgan.com
carol@botsg.com
carol@cfam.com
carol@sfbli.com
carol_cianflone@glenmede.com
carol_duncan@standardlife.com
carol_goudey@stratexnet.com
carol_greenwood@blackrock.com
carol_hassel@mfcinvestments.com
carol_meyer@nylim.com
carol_s_rosiak@vanguard.com
carol_wood@ml.com
carola.kolb@frankfurt-trust.de
carola.lawton-browne@insightinvestment.com
carola.schlender@schering.de
carolan.dobson@anfis.co.uk
carolcutler@gic.com.sg
carole.arumainayagam@sgam.co.uk
carole.christakis@harrisbank.com
carole.dargnies@citigroup.com
carole.dickinson@boots-plc.com

carole.dupont-pietri@edf.fr
carole.frelechoux@cic.ch
carole.h.kopman@jpmorganfleming.com
carole.mcquillan@corporate.ge.com
carole.miller@calyon.com
carole.muhlbach@banquedorsay.fr
carole.perraud@bnpparibas.com
carole.ratsimandresy-walter@ubs.com
carole.saliture@harrisbanks.com
carole_morin@ssga.com
caroles.wijstma@cail.lu
carolie_burroughs@nylim.com
carolijn.ter.haar@mn-services.nl
carolin.billetter@telekom.de
carolin.gerstmayer@activest.de
carolin.laterner@lgt.com
carolin.warken@saarlb.de
carolina.cascelli@bcb.gov.br
carolina.e.caballero@jpmorgan.com
carolina.hood@sbafla.com
carolina.minio-paluello@gs.com
carolina.pierry@fmr.com
carolina.rojas@prudential.com
caroline.allen@morleyfm.com
caroline.altmann@db.com
caroline.bauert@csam.com
caroline.beaton@uk.fid-intl.com
caroline.benton@gs.com
caroline.billeaud@francetelecom.com
caroline.boulenger@fortis.com
caroline.bradley@gs.com
caroline.braunfeld@ge.com
caroline.canard@cpr-am.fr
caroline.carr@depfa.com
caroline.chhun@labanquepostale-am.fr
caroline.clarke@threadneedle.co.uk
caroline.debourleuf@bnpparibas.com
caroline.detoyer@dexia-am.com
caroline.detroyer@dexia-am.com
caroline.dupuy@ubs.com
caroline.edmondson@citicorp.com
caroline.ely@swipartnership.co.uk
caroline.espinal@aberdeen-asseet.com
caroline.galligan@alliancebernstein.com

caroline.gauthier@sgam.com
caroline.gilkes@gs.com
caroline.hammes@dws.com
caroline.hayes@aberdeen-asset.com
caroline.heagney@bapensions.com
caroline.hedges@morleyfm.com
caroline.hoell@schoellerbank.at
caroline.j.edge@aibbny.ie
caroline.j.molloy@aib.ie
caroline.jarvis@uk.fid-intl.com
caroline.jones.dinkins@morganstanley.com
caroline.joslin@gartmore.com
caroline.keany@moorecap.com
caroline.keany@ubs.com
caroline.lambert@bnpparibas.com
caroline.lee@gm.com
caroline.lee@omam.co.uk
caroline.lefeuvre@morganstanley.com
caroline.lundqvist@seb.se
caroline.m.delaney@aibbny.ie
caroline.mackenzie@uk.fid-intl.com
caroline.meroz@tudor.com
caroline.miller@ubs.com
caroline.mitteregger@brummer.se
caroline.moreau@axa.im.com
caroline.mueller@ubs.com
caroline.muste@ingim.com
caroline.piers@petercam.be
caroline.portel@axacs.com
caroline.price@tbiplc.co.uk
caroline.quinn@morganstanley.com
caroline.refell@pramericafinancial.com
caroline.riley@nationwide.co.uk
caroline.say@labanquepostale-am.fr
caroline.searles@barcap.com
caroline.shelton@wachovia.com
caroline.silander@swip.com
caroline.sim@ap.nxbp.com
caroline.spender@gs.com
caroline.tissot-olchansky@lombardodier.ch
caroline.tixier@axa-im.com
caroline.velarde@whartonco.com
caroline.wilks@bankofbermuda.com
caroline.wingfield@axaframlington.com

caroline.wirth@credit-suisse.com
caroline@sturdy.fsnet.co.uk
caroline_a_robertson@fanniemae.com
caroline_cheetham@ldn.invesco.com
caroline_choe@putnam.com
caroline_decoste@putnam.com
caroline_e_blakely@fanniemae.com
caroline_lindsay@newton.co.uk
caroline_nesbit@putnam.com
caroline_teichner@troweprice.com
caroline_wild@blackrock.com
caroline_young@troweprice.com
carolineafugglas@dnb.se
carolinerogers@wessexam.co.uk
carolinne.mueller@bloomberg.net
carolle.lemarchand@bnpparibas.com
carollye@mas.gov.sg
carolsim@gic.com.sg
carolyn.a.jones@jpmorganfleming.com
carolyn.blight@paretopartners.com
carolyn.brazier@rabobank.com
carolyn.gibbs@aiminvestments.com
carolyn.gill@chase.com
carolyn.gillen@lazard.com
carolyn.kemp@morganstanley.com
carolyn.kerr@statestreet.com
carolyn.lane@harrisbank.com
carolyn.lantz@barclaysglobal.com
carolyn.mcmillin@pacificlife.com
carolyn.rubin@hcmny.com
carolyn.wang@gmacrfc.com
carolyn_elmer@ml.com
carolyn_herzog@putnam.com
carolyn_rains@victoryconnect.com
carolynrphipps@tagfolio.com
carolyntan@mas.gov.sg
caron@bloomberg.net
caron@finatlas.com
caron@reno.ch
carp1968@msn.com
carpente@pimco.com
carpenter.ps@tbcam.com
carri.duncan@credit-suisse.ch
carrie.a.grant@bankofny.com

carrie.a.rayman@fhlb-pgh.com
carrie.abildgaard@yale.edu
carrie.colon@gs.com
carrie.cray@ceridian.com
carrie.green@state.tn.us
carrie.harvey@ge.com
carrie.j.moore@intel.com
carrie.king@blackrock.com
carrie.peterson@pimco.com
carrie.saintlouis@fmr.com
carrie.yasuzawa@janus.com
carrie_boyko@nacm.com
carrie_denton@scotiacapital.com
carrie_gensler@westlb.com
carrie_heilweil@ssga.com
carrie_henick@nylim.com
carrie_kc_chan@hkma.gov.hk
carrie_skaggs@progressive.com
carrieliaw@mas.gov.sg
carrielin@hncb.com.tw
carrillo_luis@jpmorgan.com
carrithers_shaun@gsb.stanford.edu
carroll.moseley@wamu.net
carrollj@fhlbsf.com
carroyo@bear.com
cars@capgroup.com
carson.byron@principal.com
carson.scott@principal.com
carson_dickson@troweprice.com
carson_jen@mfcinvestments.com
carsten.baumgarte@hvb.de
carsten.beckmann@fskag.de
carsten.boehm@dzbank.de
carsten.bonde@inter-ikea.com
carsten.cziezerski@hsh-nordbank.com
carsten.dehn@seb.se
carsten.grosse-knetter@frankfurt-trust.de
carsten.hagedorn@ampega.de
carsten.heymann@commerzbank.com
carsten.hilck@union-investment.de
carsten.hinterthuer@sparkasse-hannover.de
carsten.jorgensen@ikano.lu
carsten.kobel@kfw.de
carsten.kroeger@credit-suisse.com

carsten.luedemann@dekabank.de
carsten.mack@wgz-bank.de
carsten.menke@oppenheim.de
carsten.moller@nordea.com
carsten.mueller@jpmorgan.com
carsten.nerge@de.abnamro.com
carsten.oppelt@rmf.ch
carsten.pallas@hsh-nordbank.com
carsten.paura@devif.de
carsten.raun@blb.de
carsten.reinhard@kfw.de
carsten.renner@ids.allianz.com
carsten.richter@hvb.de
carsten.ruge@brummer.se
carsten.samusch@depfa.com
carsten.sausner@helaba.de
carsten.schlufter@ubs.com
carsten.sonne-schmidt@maersk.com
carsten.spengemann@dekabank.de
carsten.stillbauer@postbank.de
carsten.tegtmeier@nordlb.de
carsten.wallmeier@t-systems.com
carsten.warren.petersen@nordea.com
carsten.weins@dws.com
carstenremmert@gic.com.sg
carta@fondazionecrverona.org
carter.lyons@barclaysglobal.com
carter.mccaslin@ubs.com
carter.millicent@jpmorgan.com
carter.s.gray@dartmouth.edu
carter_trent@fsba.state.fl.us
carthyp@biam.boi.ie
caruben@comerica.com
caruso.tp@mellon.com
carver.wickman@ftnfinancial.com
carwyn.butcher@fandc.com
cary.choi@hcmny.com
cary.denson@columbiamanagement.com
cary.greenspan@pnc.com
cary.holcomb@opco.com
cary.immesoete@wellsfargo.com
cary.j.fitzgerald@jpmorgan.com
cary.schabert@capmark.funb.com
cary.walker@cnb.com

caryn.chittenden@wachovia.com
casares@iberfondos.com
casas@wellscap.com
casas@wellsfargo.com
caschenbrenner@unigestion.com
caschultz@dcmiglobal.com
caseri.lndb@bloomberg.net
casey.a.basil@jpmorgan.com
casey.blackburn@pnc.com
casey.ching@fmr.com
casey.clark@glenmede.com
casey.gourley@bnsf.com
casey.sabs@micorp.com
casey.sambs@micorp.com
casey.whymark@ubs.com
casey_becker@fanniemae.com
casey_paton@ssga.com
caseykj@aetna.com
cash.investments@bellsouth.com
casieber@spt.com
casimir.ferrer@caixacatalunya.es
casinelli.fabio@enel.it
casmith@bloomberg.net
casmith@wellington.com
casnis@analyticasset.com
casolino@simgest.it
caspar.rock@architas-mm.com
caspar.ruetz@claridenleu.com
caspar.van.grafhorst@ingim.com
caspar_benz@swissre.com
casparsala@robeco.nl
casper.albaek@jyskebank.dk
casper.p@nordea.com
casper@jyskebank.dk
cassandra.edmondson2@jpmorgan.com
cassandra_guichard@notes.ntrs.com
cassandrayap@gic.co.sg
cassandrayap@gic.com.sg
cassanelli@bancaroma.it
cassidyn@rba.gov.au
cassidyp@nationwide.com
cassie.barrett@db.com
cassp@deshaw.com
castewart@wellington.com

castillo@fhlb-of.com
castillor@swcorp.org
castler@bloomberg.net
casvendsen@statestreet.com
caswellc@firstcharter.com
catalan.aa@tbcam.com
cataldo.bob@principal.com
catanasio@rentec.com
catanzaro_marian@jpmorgan.com
catarina.galiroseira@millenniumbcp.pt
catchu@stanford.edu
cater@bloomberg.net
caterina.fasano@geva.fiatgroup.com
caterina.mensa@pioneerinvest.it
caterina.prato@agf.com
caterina.tamborra@ubm.it
catetiwa@notes.banesto.es
catf@bloomberg.net
catfood@bloomberg.net
cathal.b.mcardle@aib.ie
cathal.dowling@morganstanley.com
cathal.gilmartin@boimail.com
cathal.goodman@citigroup.com
cathal.p.o'leidhin@aibbny.ie
cathal_buckley@ml.com
catharina.zuber@tuck.dartmouth.edu
catharine.peppiatt@db.com
catharine.seward@citadelgroup.com
catharinemswong@hsbc.com.hk
cathe.tocher@gwl.com
catherina.tobia@cspb.com
catherine.a.flavin@aib.ie
catherine.a.lewis@uk.abnamro.com
catherine.a.ross@morganstanley.com
catherine.allen@hsbcib.com
catherine.ancel@axa-im.com
catherine.ashley@uk.fid-intl.com
catherine.b.kelly@si.shell.com
catherine.bahl@bnpparibas.com
catherine.bellman@etoile-gestion.com
catherine.berjal@bnpparibas.com
catherine.bertrand@bancalombarda.it
catherine.billwatsch@ing.be
catherine.black-gallivan@columbiamanagement.com

catherine.bouremani@caam.com
catherine.bush@fmr.com
catherine.byrne@jpmorgan.com
catherine.caballero@bred.fr
catherine.canning@glgpartners.com
catherine.chen@fmr.com
catherine.chu@db.com
catherine.clausse@caam.com
catherine.colecchi@morganstanley.com
catherine.cooper@harrisbank.com
catherine.cresswell@prudential.com
catherine.danse@dexia-am.com
catherine.delibata@caam.com
catherine.dick@db.com
catherine.drake@ppmamerica.com
catherine.e.napolitano@db.com
catherine.e.white@bankofny.com
catherine.fabrizio@nb.com
catherine.fischer@usbank.com
catherine.gladwin@omam.co.uk
catherine.goold@fmr.com
catherine.gorospe@glgpartners.com
catherine.hauptfuhrer@lehman.com
catherine.hayes@depfa.com
catherine.hoenig@dexia.be
catherine.hubert-dorel@fandc.com
catherine.intriago@rbsgc.com
catherine.k@gordian.co.uk
catherine.keane@boitib.com
catherine.krawitz@harrisbank.com
catherine.l.jimenez@hsbc.com
catherine.lapadula@citigroup.com
catherine.lau@citicorp.com
catherine.lebougre@caam.com
catherine.leodegourville@bnpparibas.com
catherine.m.hewlett@fhlb-pgh.com
catherine.m.oconnor@db.com
catherine.m.smith@jpmorgan.com
catherine.mcclen@barcap.com
catherine.mehu@ca-assetmanagement.fr
catherine.nelson@columbiamanagement.com
catherine.oconnell@bnpparibas.com
catherine.poulton@jpmorgan.com
catherine.quinn@ppmamerica.com

catherine.rebai@inginvestment.com
catherine.rist@tcw.com
catherine.rooney@bnymellon.com
catherine.salducci@bred.fr
catherine.seropian@caam.com
catherine.shaw@db.com
catherine.simmonds@lgim.co.uk
catherine.soulier@isisam.com
catherine.specia@nbb.be
catherine.tong@wamu.net
catherine.trinder@morganstanley.com
catherine.walpoel@edf.fr
catherine.williams@jpmorgan.com
catherine.williams@uk.standardchartered.com
catherine.wolfe@opcap.com
catherine.wood@alliancebernstein.com
catherine.y.chen@db.com
catherine.zhu@schroders.com
catherine@barrpart.com
catherine_a_jones@fanniemae.com
catherine_avery@ml.com
catherine_baggs@milm.com
catherine_barnett@aig.com
catherine_ehrlich@swissre.com
catherine_gordon@vanguard.com
catherine_hockings@blackrock.com
catherine_kennedy@putnam.com
catherine_lord@capgroup.com
catherine_m_janson@fleet.com
catherine_more@bankofscotland.co.uk
catherine_shin-welfer@glic.com
catherinebrett@hsbc.com
catherinebull@gic.com.sg
cathleen.frank@gm.com
cathleen.paugh@prudential.com
cathleen.smitreski@pncbank.com
cathrine.stanley@fandc.com
cathryn.steeves@nuveen.com
cathryn_tracy@blackrock.com
cathy.campbell@ashmoregroup.com
cathy.doyle@commercebank.com
cathy.fewster@uk.fid-intl.com
cathy.fowler@mizuhocbus.com
cathy.gallagher@uk.fid-intl.com

cathy.gibson@biam.boi.ie
cathy.harris@morleyfm.com
cathy.hepworth@prudential.com
cathy.ikeuchi@safeway.com
cathy.izzo@rbccm.com
cathy.jorgensen@fhlbtopeka.com
cathy.kravitz@harrisbank.com
cathy.lam@bnpparibas.com
cathy.lancaster@cbcf-net.com
cathy.lesse@sanpaoloimi.com
cathy.mannarino@aig.com
cathy.pena@fmr.com
cathy.perdeus@fhlb-pgh.com
cathy.petherick@pncbank.com
cathy.ritter@frostbank.com
cathy.riveragrima@leumiusa.com
cathy.roy@calvert.com
cathy.schlicht-bang@nordea.com
cathy.schwartz@pacificlife.com
cathy.vassell-burnett@rbc.com
cathy.witeck@ubs.com
cathy.woodard@rainierfunds.com
cathy.wu@dartmouth.edu
cathy.yamashita@sgcib.com
cathy@roxcap.com
cathy_addison@mfcinvestments.com
cathy_e_lawrenz@key.com
cathy_r_williams@em.fcnbd.com
cathy_yau@ustrust.com
catie.wearmouth@swip.com
catja.coellen@ifco.de
catmou@bloomberg.net
catrin.gustafsson@aig.com
catrina.jack@bailliegifford.com
catrina.vaterlaus@sarasin.ch
catriona.grant@omam.co.uk
catriona.martin@fmr.com
cauger@allmerica.com
caunteya.parekh@eds.com
caustin@babsoncapital.com
cavaliere@maml.ie
cave.montazeri@barclayscapital.com
cave.zigaroudinia@bailliegifford.com
cave@bessemer.com

cavek@towers.com
caverill@wmgf.net
cavin.o'driscoll@hvbeurope.com
cavin.o"driscoll@swedbank.com
cavinec@nationwide.com
caw@mas.gov.sg
caxidea@nationwide.com
cay@ubp.ch
cayman.seacrest@barclaysglobal.com
caz@cgii.com
cazpaul@bloomberg.net
cb@azoa.com
cb@danskebank.dk
cb@jyskebank.dk
cb123@ntrs.com
cbaca@copera.org
cbaggio@federatedinv.com
cbailey@babsoncapital.com
cbaiocchi@inasim.gruppoina.it
cbajak@metlife.com
cbaker@browncapital.com
cbaker@tiaa-cref.org
cbaker@vcallc.com
cbaldoni@bloomberg.net
cbaldoni@evergreeninvestments.com
cball@halcyonllc.com
cballing@allstate.com
cbalyosian@mfs.com
cbankgtr@emirates.net.ae
cbarbe@ftci.com
cbarcelm@cajamadrid.es
cbarney@mdsass.com
cbarriel@cajamadrid.es
cbarris@standishmellon.com
cbarrow@canyonpartners.com
cbarrow@seawardmgmt.com
cbarrow@sterneagee.com
cbarry@fdic.gov
cbartlett@worldbank.org
cbarton@newstaram.com
cbastable@dkpartners.com
cbau@westernasset.com
cbavely@troweprice.com
cbayliss@templeton.com

cbbaer@bloomberg.net
cbc@dodgeandcox.com
cbc08208@mail.cbc.gov.tw
cbc10177@mail.cbc.gov.tw
cbc11235@mail.cbc.gov.tw
cbc12348@mail.cbc.gov.tw
cbeal@barclayi.com
cbeck@hymanbeck.com
cbeckley@recordcm.com
cbeith@cainbrothers.com
cbellon@fideuramcapital.it
cbellows@whitepinecapital.com
cbenjamin@chittenden.com
cbennett@lkcm.com
cbenso@avmltd.com
cbere@strome.com
cberesford@mfs.com
cbergel@bloomberg.net
cberger@tiaa-cref.org
cbergmann01@alumni.gsb.columbia.com
cbernhardt@meag.com
cbernier@standishmellon.com
cberrier@brownadvisory.com
cberrier@troweprice.com
cberry@eatonvance.com
cbersanetti@amsjv.it
cbetti@cfm.mc
cbew@chevrontexaco.com
cbhalla@ustrust.com
cbhathena@hollandcap.com
cbick@arborcapital.com
cbierbaum2@bloomberg.net
cblackwood@dadco.com
cblount@us.nomura.com
cblum@pomonacapital.com
cbmcdonough@duke_energy.com
cbobin@adb.org
cbobrinskoy@arielinvestments.com
cboccolini@lordabbett.com
cbodamer@federatedinv.com
cbode@barbnet.com
cbode@smu.edu
cboehringer@oaktreecap.com
cboesch@rmf.ch

cbolger@bloomberg.net
cbonaparte@us.mufg.jp
cbonello@alger.com
cbonomi@scmadv.com
cboon@reatech.net
cborman@strome.com
cborn@templeton.com
cborromeo@stephens.com
cbotid2@omntel.net.om
cboue@sinopia.fr
cbouma@denveria.com
cbourgeois@groupama-am.fr
cbourgin@cpr-am.fr
cbouton@metzler.com
cboutwell@loomissayles.com
cbowen@wasatchadvisors.com
cbradbury@stephens.com
cbrandon@eatonvance.com
cbrandt@fhlbc.com
cbrandt@utah.gov
cbrannon@opusinvestment.com
cbraudeau@oddo.fr
cbravo@troweprice.com
cbravohe@cajamadrid.es
cbreman2@bloomberg.net
cbrenner@kynikos.com
cbrescio@angelogordon.com
cbreswitz@bbandt.com
cbreunig@amfam.com
cbrewer@deerfieldcapital.com
cbrigham@loomissayles.com
cbright@mcm.com
cbrighton@tswinvest.com
cbroderick@statestreet.com
cbrown@amph.com
cbrown@caltrust.com
cbrown@rockco.com
cbrundige@waddell.com
cbrunn@angelogordon.com
cbs@atalantasosnoff.com
cbuchanan@waddell.com
cbueno@hei.com
cbugallal@invercaixa.es
cbullen@metlife.com

cbunting@ftci.com
cburgess@oppenheimerfunds.com
cburke@canyonpartners.com
cburling@newstaram.com
cburns@montag.com
cburroughs@worldbank.org
cburt@cap.com
cbush@tiaa-cref.org
cbutchen@lmres.com
cbutler@martincurrie.com
cbutterfield@northernhanockbank.com
cc@fondsfinans.no
cc11018@cathaylife.com.tw
cc457@cornell.edu
cc62@ntrs.com
cc9@dartmouth.edu
ccalderone@leggmason.com
ccamergo@banrep.gov.co
ccaminom@notes.banesto.es
ccamisa@us.mufg.jp
ccampbell@aflac.com
ccampbell@babsoncapital.com
ccampbell@bbandt.com
ccantalupo@dkpartners.com
ccareford@kio.uk.com
ccarey@provident-bank.com
ccargie@arielinvestments.com
ccarilli@ustrust.com
ccaringer1@bloomberg.net
ccarlson@ohionatl.com
ccarney@btmna.com
ccarpenter@bank-trust.com
ccarson@oppenheimerfunds.com
ccasey@bpbtc.com
ccastagnetti@fideuramcapital.it
ccastro@oppenheimerfunds.com
ccaton@federatedinv.com
ccavalie@ibtco.com
ccavanaugh@dsaco.com
ccavasina@oppenheimerfunds.com
ccazolas@allstate.com
ccbidanne@bloomberg.net
ccchiang@cathaylife.com.tw
ccdembek@delinvest.com

cceresa1@bloomberg.net
ccervera@notes.banesto.es
ccetateanu@rockco.com
ccf@bancoinversion.es
cchace@wellington.com
cchadefaud@ofivalmo.fr
cchagnon@fhlbc.com
cchai@perrycap.com
cchalong@wooribank.com
cchan@preferredbank.com
cchan3@frk.com
cchang@ag-am.com
cchang@fhlbc.com
cchang@troweprice.com
cchapple@barbnet.com
cchaves@groupama-am.fr
cchee@jpmorganfleming.com
cchegren@us.mufg.jp
cchen@deerfieldcapital.com
cchen9@metlife.com
ccherubin@groupama-am.fr
cchichirau@dlbabson.com
cchien@newstaram.com
cchou@frk.com
cchua@templeton.com
cci@danskecapital.com
ccincotta@lordabbett.com
cck@lrcasia.ch
cclark@farcap.com
cclark@fhlbatl.com
cclark@grneam.com
cclavieras@bft.fr
ccleare@fhlbatl.com
ccleary@10e.rjf.com
cclemente@bloomberg.net
cclemson@eatonvance.com
ccleuty@bloomberg.net
ccloarec@global-equities.com
ccloyd@uiuc.edu
ccmartin@wellington.com
cco@petercam.be
ccoakley@aflac.com
ccodrington@mfs.com
ccoenegracht@bloomberg.net

ccoffin@waddell.com
ccole@atlanticasset.com
ccoleman@bradfordmarzec.com
ccoleman@clearbridgeadvisors.com
ccoleman@leggmason.com
ccoleman@lmfunds.com
ccoleman@tigerglobal.com
ccoletta@mandtbank.com
ccollier@fdic.gov
ccollins@ibuk.bankgesellschaft.de
ccolumb@capgrowthmgt.com
ccolvin@hcmlp.com
ccolvin@rwbaird.com
ccomenos@eatonvance.com
ccomito@atlanticasset.com
ccommyn@sterlingbank.com
cconnolly@fideuramireland.ie
cconnor@rentec.com
cconsedine@babsoncapital.com
ccontreras@asbnet.com
ccook@tiaa-cref.org
ccooper@payden-rygel.com
ccooper@rwbaird.com
ccorales@jhancock.com
ccorley@babsoncapital.com
ccorrea@msfi.com
ccosta@metlife.com
ccourtney@canyonpartners.com
ccoustan@williamblair.com
ccouyoumtzelis@bper.ch
ccovington@aegonusa.com
ccpina@mf.gov.pt
ccr_acts@club-internet.fr
ccractions@groupe-ccr.com
ccraig@eatonvance.com
ccrain@sarofim.com
ccreelman@ssrm.com
ccrm@ptbni.co.jp
ccrocker@eatonvance.com
ccrockett@franklintempleton.co.uk
ccromie@metlife.com
ccronin@essexinvest.com
ccrooks@ofii.com
ccrosby@rockco.com

ccrozat@bft.fr
ccruise@loews.com
ccssteve@yahoo.com.tw
ccubillm@cajamadrid.es
ccullican@montag.com
ccummins@alaskapermfund.com
ccunningham@northwesternmutual.com
ccuny@btinternet.com
ccuny@groupama-am.fr
ccurci@jmsonline.com
ccurrington@thamesriver.co.uk
ccvba@robeco.nl
ccyoung@bloomberg.net
cdagostino@tp-cm.com
cdambrosio@bloomberg.net
cdambroso@rockco.com
cdamian@nb.com
cdangerf1@bloomberg.net
cdanielson@theriverbank.com
cdavid.maroto@telefonica.es
cdavies@ifc.org
cdavis@caxton.com
cdavis@mfs.com
c-davy@umn.edu
cdawson@pimco.com
cday6@bloomberg.net
cdd@parknationalbank.com
cdean1@templeton.com
cdeanco@mapfre.com
cdeberardinis@ffna.com
cdec82@bloomberg.net
cdecastro@ofiinstitutional.com
cdechillaz@fftw.com
cdecourcel@bft.fr
cdeeds@waddell.com
cdelaparte@millenniumbank.net
cdelardemelle@socgenfunds.com
cdelauro@us.mufg.jp
cdelvalle@worldbank.org
cdelvillar@nb.com
cdemarcy@ofivalmo.fr
cdemonte@bloomberg.net
cdemuth@lordabbett.com
cdeptford@newstaram.com

cdesenti@bancomext.gob.mx
cdevens@gwkinc.com
cdevore@hbk.com
cdf@summitpartnersllc.com
cdhaack@midamerican.com
cdick@fayezsarofim.com
cdiegelman@westernasset.com
cdienno@bony.com
cdigilio@keyspanenergy.com
cdillon@standishmellon.com
cdimitrak@fhlbc.com
cdinsmore@bloomberg.net
cdirac@pictet.com
cdisalvo@calstrs.com
cdisunno@tiaa-cref.org
cdk@tchinc.com
cdnorton@wellington.com
cdolan@standishmellon.com
cdoran@jmsonline.com
cdouple@bloomberg.net
cdowd@bayernlbny.com
cdowning@fahnestock.com
cdperry@wellington.com
cdquigley@bloomberg.net
cdr@bkb.ch
cdrabin@cantor.com
cdrimak@royalbankamerica.com
cdroussiotis@btmna.com
cdroussiotis@us.mufg.jp
cds@summitpartnersllc.com
cdudley@azoa.com
cdudley@bankofny.com
cduff@westernasset.com
cduffy@fftw.com
cdunmall@copera.org
cdunn@mdsass.com
cdunster@loomissayles.com
cdworkin@halcyonllc.com
cdzindler@wellington.com
ce.x.bian@jpmorgan.com
ce@boi.com.sg
ceca1@bloomberg.net
cecelia.doyle@goodwincap.com
cecelia.figueroa@aiminvestments.com

cecho@bloomberg.net
cecilcal@iafrica.com
cecile.bernaux@dexia-am.com
cecile.daudet@bnpparibas.com
cecile.lafon@socgen.com
cecile.lediberder@exane.com
cecile.marechal@bnpparibas.com
cecile.noguier@bnpparibas.com
cecile.philipot@ca-assetmanagement.fr
cecile.roze@nl.abnamro.com
cecilia.benvenuto@bancamarche.it
cecilia.carlsson@nordea.com
cecilia.fung@westernasset.com
cecilia.hulten@nordea.com
cecilia.isaksson@vpbank.com
cecilia.jacquerioz@bnpparibas.com
cecilia.junker@jpmorgan.com
cecilia.mouille@caam.com
cecilia.scully.b@bayer.com
cecilia.silver@swib.state.wi.us
cecilia.thomasson-blomquist@ap1.se
cecilia.to@soros.com
cecilia_tjokrosetyo@capgroup.com
ceciliapaddington@hsbc.com
cecillee@gic.com.sg
cecw@smith.williamson.co.uk
ceddy@avatar-associates.com
cedmonds@thestreet.com
cedric.chaboud@sgam.com
cedric.chavot@bnpparibas.com
cedric.chavot@caam.com
cedric.chone@barep.com
cedric.coignard@lodh.com
cedric.dalloglio@bnpparibas.com
cedric.de.la.chaise@uk.fid-intl.com
cedric.degen@ubs.com
cedric.goris@bcge.ch
cedric.hefti@bcv.ch
cedric.lauener@hsbcpb.com
cedric.lewy@vontobel.ch
cedric.liblanc@fortis.lu
cedric.ney@lloydsbank.ch
cedric.pancrazi@moorecap.com
cedric.pierre@caam.com

cedric.r.s.tchaban@hsbcgroup.com
cedric.rimaud@jpmorganfleming.com
cedric.spahr@credit-suisse.com
cedric.testut@francetelecom.com
cedric.tille@ny.frb.org
cedric.tixier@caam.com
cedric.vankerrebroeck@db.com
cedric.veylon@us.socgen.com
cedricj@bll.co.il
cedrick.cornec@chq.alstom.com
cedrik.stoissich@ceral.caisse-epargne.fr
cedrix.sanon@hsbc.com
cee24@cornell.edu
cees_prins@deltalloyd.nl
cef@capgroup.com
cefanning@wellington.com
cefish@delinvest.com
cefleming@wellington.com
cehlinge@eutelsat.fr
cehussey@ibtco.com
ceich@meag.com
ceichstaedt@westernasset.com
cej@lrc.ch
cejo04@handelsbanbanken.se
celciahe@bankofny.com
celeste.hasenjaeger@firstunion.com
celeste.jacobson@lazard.com
celeste.kearney@dzbank.ie
celeste.laraja@morganstanley.com
celeste.wong@barclaysglobal.com
celeste.yang@redwoodtrust.com
celeste@mas.gov.sg
celia.chan@pacificlife.com
celia.de.rudder@jpmorganfleming.com
celia.haung@tw.standardchartered.com
celia.larkin@threadneedle.co.uk
celia.stanley@truscocapital.com
celia.wong@shinseibank.com
celine.bruhe@fortis.lu
celine.cabanac@banquedorsay.fr
celine.chen@chinatrust.com.tw
celine.deroux@dexia.com
celine.dosiere@dexia.be
celine.gillet@bnpparibas.com

celine.jaber@ubs.com
celine.sustandal@labanquepostale-am.fr
celine.valentin@caam.com
celine.whiting@vanguard.com.au
cellai.gioia@insedia.interbusiness.it
celso.munoz@fmr.com
celsob@jhu.edu
cem.koksal@denizbank.com
cem.kurdoglu@crediteuope.ch
cem.mani@wmam.com
cem.mercikoglu@isbankgmbh.de
cem@farcap.com
cemabry@delinvest.com
cemanuel@oppenheimerfunds.com
cemartin@wellington.com
cembalest_michael@jpmorgan.com
cemil.urganci@ashmoregroup.com
cemuskali@primecapital.com
cen1@bloomberg.net
cenank@ebrd.com
cenci@eib.org
cencinas@bankinter.es
ceng@amfin.com
cengiz.akandil@bcp-bank.com
cengiz.torer@novartis.com
cengiz_kayihan@swissre.com
cenk.cetin@novartis.com
cenk.topaloglu@denizbank.com
cenkcetin@novartis.com
cenrico@frk.com
cenriquez@lordabbett.com
centralenginetraders@lehman.com
centrocambi@venetobanca.it
ceowil@mail.co.stanislaus.ca.us
cepstein@wmfd.net
cercolano@bankofny.com
ceresio@bloomberg.net
ceri.b.burchell@aibbny.ie
ceri.drewett@reedelsevier.co.uk
ceri.powell@shell.com
ceris.williams@morleyfm.com
cerise.lim@ing-barings.com
cernst@soam.com
cert@bankofny.com

cervantesanna@bancsabadell.com
ces.illustre@suntrust.com
ces_t_ilustre@fmgc.com
ces3@ntrs.com
cesar.cotillo@alliancebernstein.com
cesar.debrito@lodh.com
cesar.e.hernandez@fidelity.com
cesar.gomez@db.com
cesar.gonzalez@lehman.com
cesar.perez@csam.com
cesar.roa@bde.es
cesar.solera@grupobbva.com
cesar_espinosa@banxico.org.mx
cesar_i@amcm.gov.mo
cesare.prada@juliusbaer.com
cesare.rueca@am.generali.com
cesare.sacchi@mpsgr.it
cesare.valeggia@ubs.com
cescher@farcap.com
ceurvorst.s@mellon.com
ceurvorst_kevin@fsba.state.fl.us
cevansly@ibtco.com
ceverett@cainbrothers.com
cewasson@stifel.com
ceyhun.zihna@crediteurope.ch
cf@nykredit.dk
cfagenbaum@aegonusa.com
cfaiella@mcleanbudden.com
cfallow@ftadvisors.com
cfarley@fandc.co.uk
cfarrell@blackcanyoncapital.com
cfarrugia@ofivalmo.fr
cfasciano@ag-am.com
cfay@mws.com
cfeijoo@allstate.com
cfelix@bankofny.com
cfenske@halcyonllc.com
cfercolino@wellington.com
cfern@metlife.com
cfernandes@bankofthewest.com
cferry@fnni.com
cfertel@jmsonline.com
cfeth@union-investment.de
cfiol@fdic.gov

cfiorito@allstate.com
cfischle@genre.com
cfisher@sinopia.fr
cfishgall@jmsonline.com
cflammia@standishmellon.com
cfleury.westam@banquedorsay.fr
cfloristan@bloomberg.net
cfloristan@dow.com
cfloros@bloomberg.net
cfluckiger@pictet.com
cflynn@roycenet.com
cfm@mavricc.com
cfmichaels@sierraglobal.com
cfmsatmmarche@cfm.mc
cfo@advancefinancial.com
cfo@ibbfla.com
cfofana@blackrock.com
cfong@aegonusa.com
cfong@angelogordon.com
cford@pictet.com
cfoschi@grifogest.it
cfoster@aegonusa.com
cfoster@jeffnat.com
cfowler@aegonusa.com
cfowler@summitbank.com
cfox@auscal.com
cfp@dodgeandcox.com
cfr@fm.dk
cfrancavilla@us.mufg.jp
cfrantzen@turnerinvestments.com
cfrenes@tiaa-cref.org
cfriedlander@dsaco.com
cfrisoli@standishmellon.com
cfrye@deerfieldcapital.com
cfuchs@wellington.com
cfullinck@fftw.com
cfunderb@lasers.state.la.us
cfung@frk.com
cfung@princeton.edu
cfurlo@sscinc.com
cfurse@londonstockexchange.com
cfustero@ibercaja.es
cg@atalantasosnoff.com
cg@smith.williamson.co.uk

cg10@ntrs.com
cg336@cornell.edu
cgaffney@eatonvance.com
cgagnon@commercebankfl.com
cgaines@orix.com
cgallo@invercaixa.es
cgambino@fideuramcapital.it
cgao@fhlbdm.com
cgapay@oppenheimerfunds.com
cgarcia-de-juana.londres@sinvest.es
cgarciag@repsolypf.com
cgardella@lehman.com
cgardiner@ifsam.com
cgates@denveria.com
cgatewood@fhlbatl.com
cgauzer@eatonvance.com
cgb@americancentury.com
cgeeslin@aflac.com
cgeier@metzler.com
cgelormini@jhancock.com
cgentile@loomissayles.com
cgeorgou@vilpa.net
cgeraci@caxton.com
cgerman@highbridge.com
cgermeroth@munder.com
cgerne@hgk.com
cgex@dkpartners.com
cgf@columbus.com
cgiam@fhlbc.com
cgigante@bloomberg.net
cgilbert@oppenheimerfunds.com
cgilcapa@notes.banesto.es
cgilski@deerfieldcapital.com
cginder@fultonfinancialadvisors.com
cgiordano@btmna.com
cgizzo@lordabbett.com
cgleason@ftci.com
cglezgc@bankinter.es
cglick@wffoothill.com
cglinsman@opcap.com
cgoergen@allstate.com
cgofen@gofen.com
cgolden@glic.com
cgolding@firstmanhattan.com

cgoldsmith@berkeleydelta.com
cgollmeier@westernasset.co.uk
cgomezlopez@leggmason.com
cgondek@grneam.com
cgonzal@genre.com
cgonzalo@warburgpincus.com
cgoodman@wellington.com
cgoodsel@russell.com
cgoodwin@mortgagenetwork.com
cgordon@bear.com
cgorman10@bloomberg.net
cgorman99@bloomberg.net
cgoudreau@wisi.com
cgowlland@delinvest.com
cgoymer@ufji.com
cgraner@smithbreeden.com
cgranger@bloomberg.net
cgrant@providentmutual.com
cgrasselli@credem.it
cgraul@mfs.com
cgraves@mercuryinsurance.com
cgray@britannicasset.com
cgreen@pictet.com
cgreen@statestreet.com
cgreer@templeton.com
cgregory@rwbaird.com
cgregson@opers.org
cgreiner@meag.com
cgretta@nb.com
cgrigatti@fideuramireland.ie
cgrohe@wellington.com
cgross@federatedinv.com
cgruner@parknatl.com
cgt@bankinvest.dk
cgt@clinton.com
cguerra@valance.us
cguilherme@bloomberg.net
cgulati@perrycap.com
cgunster@allegiancecapital.com
cgunther@waddell.com
cgurz@pictet.com
cgwon@libertyview.com
ch.haechler@adelga.ch
ch@capgroup.com

ch_ratnaswami@fairfax.ca
ch105@ntrs.com
cha.shigeyuki@kokusai-am.co.jp
cha4240@hncbworld.com
chace.brundige@citadelgroup.com
chad.a.engelbert@jpmorgan.com
chad.baehr@citizensbanking.com
chad.bolen@raymondjames.com
chad.bruso@nb.com
chad.carta@clinton.com
chad.deakins@certiumllc.com
chad.fisher@alliancebernstein.com
chad.fleischman@columbiamanagement.com
chad.hladik@avmltd.com
chad.hueffmeier@morganstanley.com
chad.jacobs@barclaysglobal.com
chad.kemper@fafadvisors.com
chad.kusserow@ubs.com
chad.landrum@4086.com
chad.meuse@barclaysglobal.com
chad.moser.g3ef@statefarm.com
chad.myers@jnli.com
chad.neumann@swib.state.wi.us
chad.plotke@pimco.com
chad.reed@barclaysglobal.com
chad.smith@lehman.com
chad.stephens@truscocapital.com
chad.wilshire@pnc.com
chad_baumler@americancentury.com
chad_chrisman@freddiemac.com
chad_curtis@putnam.com
chad_levrini@freddiemac.com
chad_sumpter@vanguard.com
chadri@safeco.com
chadwick.meade@janus.com
chadwick@pfdincome.com
chae0911@wooribank.com
chafele@nationalasset.com
chagai.shani@mailpoalim.co.il
c-haganuma@frc.nomura.co.jp
chaim.kurlandski@columbiamanagement.com
chaim.schneider@mackayshields.com
chaim_f@bll.co.il
chaka.casey@morganstanley.com

chaka_a_long@fanniemae.com
chaker@aegonusa.com
chakoeller@aol.com
chalermk@crd.ge.com
chalida.meas@barclaysglobal.com
chalida.meas@wellscap.com
chalit.masoodi@schroders.com
chalse.caine@gartmore.com
chalsonj@jwseligman.com
chambers.j2@mellon.com
chamgeelen@gic.com.sg
chamie_townsend@keybank.com
chamnell@metlife.com
champioc@stifel.com
champion@psai.ch
champton7@bloomberg.net
chan.barden@associatedbank.com
chan.keng.guan@icprc.com
chan.m@tbcam.com
chan_abby@gsb.stanford.edu
chancheefoong@gic.com.sg
chanchunhong@gic.com.sg
chancock@mcmorgan.com
chander.bishnoi@db.com
chandima.mendis@axa-im.com
chandler.paris@citadelgroup.com
chandler.perine@fmr.com
chandler.willett@fmr.com
chandra.quaite@fhlb.com
chandra_hagan@putnam.com
chandra_manibog@ssga.com
chandra_mickle@canadalife.com
chandra_potluri@fanniemae.com
chandrak.x.katuri@bankofamerica.com
chandrasekar_sundaram@putnam.com
chandy@rgbk.com
chang.herbert@pmintl.ch
chang.lee@tcw.com
chang@atlanticinvestment.net
chang@pimco.com
chang_cs@bok.or.kr
chang_daphne@gsb.stanford.edu
changf@fhlbsf.com
changg@bloomberg.net

changhong.zhu@pimco.com
changhoon.kwak@samsung.com
changhwan.sung@barclaysglobal.com
changi@nationwide.com
changj@jwseligman.com
changky@income.com.sg
changmin@bok.or.kr
changwonmoon@hanabank.com
changyau@cathaylife.com.tw
chanie.raykoff@pimco.com
chanik.park@unicapital.com.hk
chankwokwah@gic.com.sg
chanlyin@gic.com.sg
chanlyl@gic.com.sg
chanmayyee@gic.com.sg
chanmuinoi@gic.com.sg
channak@chevron.com
chanover1@bloomberg.net
chanowec@abchina.com.hk
chant@jwseligman.com
chantal.amant@bnpgroup.com
chantal.brennan@aig.com
chantal.dubo@barclays.co.uk
chantal.manseau@pimco.com
chantal.peyredefabregues@bnpparibas.com
chantal.rondeau@par.coflexip.fr
chantal.schmit@pharma.novartis.com
chantal_markey@ml.com
chantale_olivier@nylim.com
chantelle.c.ware@chase.com
chantigny@aol.com
chantille_a_jackson@vanguard.com
chantrac@wellscap.com
chanyooncheong@gic.com.sg
chao.chen@citadelgroup.com
chao.yan@glgpartners.com
chao_han@vanguard.com
chaplin_john@jpmorgan.com
chapman.jay@principal.com
chapman_taylor@capgroup.com
chappel@fbfs.com
chappelear_peter@jpmorgan.com
chappy.nochumsohn@teva.co.il
char.bauman@columbiamanagement.com

charalambous.christos@nomura-asset.com
charan.bhalla@hvbeurope.com
chardie@bloomberg.net
chardier@bordier.com
charels.welch@bankofamerica.com
charisse_kilkeary@ssga.com
charlene.fang@thehartford.com
charlene.hamrah@aig.com
charlene.jones@wnco.com
charlene.l.mascio@jpmorgan.com
charlene.pow@morganstanley.com
charlene.sullivan@fmr.com
charles.a.quincy@dartmouth.edu
charles.a.toye@tuck.dartmouth.edu
charles.abelsmith@bnpparibas.com
charles.ackerman@fmr.com
charles.angelini@db.com
charles.bardes@westernasset.com
charles.bean@bankofengland.co.uk
charles.black@pncbank.com
charles.bonham@gartmore.com
charles.borgioli@columbiamanagement.com
charles.bull@ubs.com
charles.c.vanvleet@csam.com
charles.carey@axa-im.com
charles.carmody@arborresearch.com
charles.ceisel@chase.com
charles.chan@hk.fortis.com
charles.chen.u201181@wamu.net
charles.chesebrough@honeywell.com
charles.cock@bnpparibas.com
charles.cresteil@bnpparibas.com
charles.d.hayley-bell@us.hsbc.com
charles.dautresme@axa-im.com
charles.david@ing.be
charles.day@lionhart.co.uk
charles.delaguiche@jennicie.ch
charles.devaulx@asbai.com
charles.doll@fr.rothschild.com
charles.dubois@ny.invesco.com
charles.duddy@alliancebernstein.com
charles.east@truscocapital.com
charles.edward@asbinc.com
charles.ekins@db.com

charles.emond@cail.lu
charles.faircloth@jpmorgan.com
charles.fellowes@citicorp.com
charles.fischer@sinopia.fr
charles.fix@wamu.net
charles.fletcher@bankofamerica.com
charles.franklin@threadneedle.co.uk
charles.froland@gm.com
charles.gaffney@pimco.com
charles.geoghegan@jpmorganfleming.com
charles.georgas@harrisbank.com
charles.gillet@sgcib.com
charles.gorman@ubs.com
charles.grande@thehartford.com
charles.griffith@barclaysglobal.com
charles.grob@aiminvestments.com
charles.h.silverstein@citi.com
charles.hachten@nuveen.com
charles.haddad@sgam.com
charles.haff@thrivent.com
charles.harris@pncbank.com
charles.heath@umb.com
charles.hebert@aiminvestments.com
charles.henderson@aegon.co.uk
charles.heutschi@lombardodier.ch
charles.hoblyn@morleyfm.com
charles.hoeveler@lazard.com
charles.horn@bmo.com
charles.howes@harrisbank.com
charles.izard@bbh.com
charles.janssen@ucb-group.com
charles.jenkins@standardlife.ca
charles.jordan@citadelgroup.com
charles.khairallah@banqueaudi.com
charles.kinsky@bancogalicia.co
charles.kohler@db.com
charles.lam@novartis.com
charles.law@bankofamerica.com
charles.lee@barclaysglobal.com
charles.lenfest@barclaysglobal.com
charles.lerner@dillonread.com
charles.liao@4086.com
charles.long@glgpartners.com
charles.longden@abnamro.com

charles.loritz@pnc.com
charles.luke@aberdeen-asset.com
charles.m.sullivan@citizensbank.com
charles.mangin@bnpparibas.com
charles.mangum@fmr.com
charles.mann@columbiamanagement.com
charles.mathews@citizensbank.com
charles.mathys@ubs.com
charles.mayer@pioneerinvest.com
charles.melchreit@pioneerinvestments.com
charles.metros@libertymutual.com
charles.miller@bbh.com
charles.montford@chase.com
charles.monville@novartis.com
charles.moran@calyon.com
charles.mosley@fmr.com
charles.o'connell@harrisbank.com
charles.payne@uk.fid-intl.com
charles.pelham@bankofamerica.com
charles.pignatelli@ge.com
charles.plowden@bailliegifford.com
charles.powell@ge.com
charles.r.bingham@bankofamerica.com
charles.ranunkel@gazdefrance.com
charles.rhodes@ge.com
charles.robinson@halbis.com
charles.roques@inginvestment.com
charles.rowe@harrisbank.com
charles.russell@rbccm.com
charles.schifano@ssmb.com
charles.sebesta@guarantygroup.com
charles.service@ubs.com
charles.shaeffer@csam.com
charles.silio@deshaw.com
charles.smith@huntington.com
charles.sterling@fmr.com
charles.stours@innocap.com
charles.stuart@ge.com
charles.sweat@robecoinvest.com
charles.t.kelly@fmr.com
charles.tan@aberdeen-asset.com
charles.thurley@uk.fid-intl.com
charles.traband@credit-suisse.com
charles.ullerich@abnamro.com

charles.urquhart@fmr.com
charles.vandermerwe@pershing.co.uk
charles.vanvleet@csam.com
charles.vanvleet@utc.com
charles.w.johnson@aexp.com
charles.walden@kofc.org
charles.wang@db.com
charles.warner@instinet.com
charles.weissman@lazard.com
charles.wike@db.com
charles.wyman@pimco.com
charles.x.conrath@jpmorgan.com
charles.xie@barclaysglobal.com
charles.yang@americas.bnpparibas.com
charles@dbs.com
charles@findlaypark.com
charles_afriat@aviva.fr
charles_anderson@tigerfund.com
charles_b_grosvenor@fleet.com
charles_bankes@putnaminv.com
charles_bishop@invesco.com
charles_byrne@ssga.com
charles_cale@freddiemac.com
charles_cullen@ustrust.com
charles_cymbor@capgroup.com
charles_de_kock@deltalloyd.nl
charles_french@newton.co.uk
charles_g_morrison@fleet.com
charles_grosvenor@ustrust.com
charles_haley@putnam.com
charles_kim@acml.com
charles_king@scudder.com
charles_legg@putnam.com
charles_m_shuey@vanguard.com
charles_macglashing@putnam.com
charles_macintosh@ml.com
charles_mottinger@ssga.com
charles_ng@chiron.com
charles_ober@troweprice.com
charles_ouellet@putnam.com
charles_pfeifer@troweprice.com
charles_prideaux@blackrock.com
charles_rice@symantec.com
charles_sahlia@hvbamericas.com

charles_shriver@troweprice.com
charles_southgate@acml.com
charles_t_musson@fleet.com
charles_tao@ssga.com
charles_w._smith@vanguard.com
charles_watterson@newton.co.uk
charles_wert@ustrust.com
charles_whall@newton.co.uk
charles-07206@email.esunbank.com.tw
charles-andre.castella@bcv.ch
charlesawood@btinternet.com
charlese@fhlbsea.com
charles-eric.bauer@caixabank.fr
charles-etienne.de-cidrac@sgam.com
charleshe@the-ark.com
charles-henri.lorthioir@glgpartners.com
charleshenry.monchau@lodh.com
charleso@agf.com
charleyc@voicenet.com
charlie.awdry@gartmore.com
charlie.bricker@fac.com
charlie.c.lu@chase.com
charlie.carlton@aig.com
charlie.carter@ceredexvalue.com
charlie.chai@fmr.com
charlie.christy@cbcf-net.com
charlie.colligan@slma.com
charlie.covill@jpmorgan.com
charlie.hebard@fmr.com
charlie.hoke@compassbnk.com
charlie.leonard@truscocapital.com
charlie.mccaghey@ftcm.com
charlie.morrison@fmr.com
charlie.oneill@pncbank.com
charlie.quill@hsbcam.com
charlie.ryan@greenpoint.com
charlie.simon@lazard.com
charlie.sloan@harrisbank.com
charlie.wall@ttu.edu
charlie.wang@fmr.com
charlie.wang@sg.standardchartered.com
charlie.yang@ap.ing.com
charlie.youngblood@mackayshields.com
charlie@ardsley.com

charlie@carinalli.com
charlie@roycenet.com
charlie_hill@troweprice.com
charlie_nanick@acml.com
charlie_quattrone@ml.com
charliechang@northwesternmutual.com
charlielaughton-scott@hsbc.com
charlotte.baenninger@ubs.com
charlotte.barnette@wachovia.com
charlotte.brettel@axa-im.com
charlotte.cheim@columbiamanagement.com
charlotte.conlan@bnpparibas.com
charlotte.dennery@bnpparibas.com
charlotte.devoise-lambert@bis.org
charlotte.gourmanel@socgen.com
charlotte.hems@jpmorgan.com
charlotte.kelsey@morganstanley.com
charlotte.kemper@fmr.com
charlotte.lancaster@bbc.co.uk
charlotte.m.oleary@aibbny.ie
charlotte.masquelier@db.com
charlotte.mclaughlin@pncbank.com
charlotte.mills@blackrock.com
charlotte.murphy@usa.dupont.com
charlotte.nottingham@cwusa.com
charlotte.s.morita@jpmorgan.com
charlotte.winther@nordea.com
charlotte_fink@bat.com
charlotte_ryland@newton.co.uk
charlotte_swift@ldn.invesco.com
charlottehetzel@hotmail.com
charlton.chafey@pnc.com
charlton@offitbank.com
charly.zwemstra@nibcapital.com
charmaine.redman@insightinvestment.com
charmianlong@gic.com.sg
charn@blabla.com
charnchail@bot.or.th
charncharn@dbs.com
charnguy@nb.com
charper@evergreeninvestments.com
charris@caxton.com
charris@farcap.com
charris8@bloomberg.net

charrison1@worldbank.org
chart@caxton.com
chartist@cmcic.fr
chartner@metzler.com
charu.ahluwalia@inginvestment.com
charu.narain@kr.standardchartered.com
charvey@penncapital.com
charvey@smithbreeden.com
chase.van.der.rhoer@us.hsbc.com
chase_j_stewart@vanguard.com
chase_white@putnam.com
chassez@ofivalmo.fr
chau_pham@freddiemac.com
chaugk@templeton.com
chauviea@cmcic.fr
chavez@offitbank.com
chavir@bankofisrael.gov.il
chawkins@mtildn.co.uk
chay@britannicasset.com
chaynes@silchester.com
chayward@ml.com
chaz.rockey@moorecap.com
chb@nbim.no
chb141013@ms4.chb.com.tw
chb141763@ms1.chb.com.tw
chb141763@ms3.chib.com.tw
chb150672@ms3.chb.com.tw
chb153562@ms1.chb.com.tw
chbhk@chb.com.hk
chbn@bloomberg.net
chbsg@singnet.com.sg
chchen@us.mufg.jp
chcheon@bok.or.kr
chcr02@handelsbanken.se
checchie@ebrd.com
cheddarr@pfm.com
chedi.boujellabia@commerzbankib.com
chedli.boujellabia@eurohypo.com
chee.uk.chow@jpmorgan.com
chee_ooi@ssga.com
cheebner@valueline.com
cheefoong@temasek.com.sg
cheehau.ho@asia.ing.com
cheek@strsoh.org

cheekeen@temasek.com.sg
cheenan@firststate.co.uk
chee-seng.chan@ubs.com
cheeslraymond@ocbc.com.sg
cheesuling@gic.com.sg
chefern@deshaw.com
cheg@mcm.com
cheid@troweprice.com
cheikh.faye@firstar.com
cheikhoumar.wane@fortis.com
cheine@canyonpartners.com
cheitzman@bhf-us.com
chelliah@gic.com.sg
chelsea.jia@dartmouth.edu
chelsea_blaylock_miller@scudder.com
chelsey.w@gordian.co.uk
chemik@bll.co.il
chen.chen@allegiantgroup.com
chen.wu@ge.com
chen.xu@pimco.com
chen@bessemer.com
chen@daiwa-ny.com
chen@pimco.com
chen_ping@cmbchina.com
chen_shao@troweprice.com
chen46@megabank.com.tw
chenc@strsoh.org
chenchao@citicbank.com
chenderson@cwhenderson.com
chened@gic.com.sg
chenens@nationwide.com
cheng.pk@tbcam.com
chenga@fhlbsf.com
chengchih@gic.com.sg
chenggeok@dbs.com
chenghin.saw@claridenleu.com
chenghong@dbs.com
chengling.yeang@sgam.com
chenglong.gong@suncapadv.com
chenhsiu.chen@schroders.com
chenkun@bj.icbc.com.cn
chenlu@princeton.edu
chenms@cathaylife.com.tw
chenn@frk.com

chenryung.leo@gs.com
chenshouli@citicib.com.cn
chensoonbin@gic.com.sg
chenyang.fei@shinseibank.com
chenye.bao@csam.com
chenying@bochk.com
chenying@icbc.com.cn
chenyu@icbc.com.cn
chenyy.gb@mail.notes.bank-of-china.com
chenzhen@icbc.co.jp
chenzhenyu@sh.icbc.com.cn
cheri.law@pacificlife.com
cheri.nicholas@corporate.ge.com
cheri_wilson@invesco.com
cherie.calletta@firstunion.com
cherie.farrell@ubs-oconnor.com
cherie.jeffries@bbh.com
cherie@stw.com
cherif.boumedine@dexia-bil.com
cherins@vankampen.com
cherise_mcgovern@fanniemae.com
cheri-sk.wong@aig.com
chermance@loomissayles.com
cherrera@dbzco.com
cherrma@frk.com
cheryl.akawie@prudential.com
cheryl.beusch@gm.com
cheryl.deguzman@blackrock.com
cheryl.duffy@jpmorgan.com
cheryl.f.steffens@household.com
cheryl.gan@citi.com
cheryl.hamilton@ftnmidwest.com
cheryl.hanson@nisanet.com
cheryl.holme@mnco.com
cheryl.ip@columbiamanagement.com
cheryl.j.rosen@mortgage.wellsfargo.com
cheryl.juarez@pimco.com
cheryl.k.griffith@state.or.us
cheryl.kelley@umb.com
cheryl.l.rocker@jpmorgan.com
cheryl.lopez@redwoodtrust.com
cheryl.mcdermott@aig.com
cheryl.nichols@northernrock.co.uk
cheryl.palmer@mnco.com

cheryl.rhome-brumitt@thrivent.com
cheryl.sedlak@xlgroup.com
cheryl.tan@schroders.com
cheryl.witty@sscims.com
cheryl.yanukonis@prudential.com
cheryl@sandlercap.com
cheryl_burns@putnam.com
cheryl_curtin@ustrust.com
cheryl_gorman@hp.com
cheryl_maclachlan@ustrust.com
cheryl_roberts@vanguard.com
cheryl_sutter@nacm.com
cheryl_tomasz@putnam.com
cherylklibbe@dbs.com
cheryltan@mas.gov.sg
cheshirej@rba.gov.av
chester.koczynski@gsk.com
chester.wierciak@ubs.com
chester@hestercapital.com
chesterh@mail.cbc.gov.tw
chet.helck@raymondjames.com
chet_fenner@bmc.com
chet_ragavan@ml.com
chetan.dandavate@ubs.com
chetan.goyal@anheuser-busch.com
chetan.mehta@dartmouth.edu
chetan.pugalia@commerzbankib.com
cheth@citco.com
chetna.mistry@westernasset.com
chetun.patel@jpmorgan.com
chetzel@the-ark.com
cheung.a@mellon.com
chewern@mas.gov.sg
chewja@wellsfargo.com
chewloycheow@gic.com.sg
chewmengjoong@gic.com.sg
chewzhuanqi@gic.com.sg
chf@capgroup.com
chg@ubp.ch
chh@bankinvest.dk
chha10@handelsbanken.se
chi.chai@trs.state.tx.us
chi.h.diep@jpmorgan.com
chi.ly@bankofamerica.com

chi.tran@swisscanto.ch
chi_man_wong@aon.nl
chia.tsechern@uobgroup.com
chiaa.babya@sgam.com
chiabrera.cesare@enel.it
chiafen.yeh@blackrock.com
chiak.ming@temasek.com.sg
chialig@cathay-ins.com.tw
chialin@fullerton.com.sg
chian@cathaylife.com.tw
chiang.kim.koh@nordlb.com
chiang@mail.cbc.gov.tw
chiang_lee@fanniemae.com
chiangll@ocbc.com.sg
chiangwh@bernstein.com
chiara.adria@cattolicaassicurazioni.it
chiara.bellon@vontobel.it
chiara.canellini@bsibank.com
chiara.corsa@gestielle.it
chiara.fornarola@caboto.it
chiara.franco@enifin.eni.it
chiara.gallo@banca.mps.it
chiara.gonnella@meliorbanca.com
chiara.iacobelli@uk.nomura.com
chiara.mastrodomenico@aig.com
chiara.mastrodomenico@fmr.com
chiara.roccaro@azimut.it
chiarahurley@quilter.co.uk
chiataitee@gic.com.sg
chiba@daiwa-am.co.jp
chiba17890@nissay.co.jp
chiban2@banet.net
chicagobear@bloomberg.net
chi-cheol_chung@fanniemae.com
chicheun@temasek.com.sg
chico_christian@fsba.state.fl.us
chida.h@daiwa-am.com.hk
chie.nicholson@53.com
chiefrep@ctcb.co.uk
chieh.cheung@csfb.com
chien-chung.chen@db.com
chiew@bloomberg.net
chiew@bnm.gov.my
chig@capgroup.com

chiggins@frk.com
chigman@bloomberg.net
chigusa-uchida@nochubank.or.jp
chiharu_oka@tr.mufg.jp
chihhong.huang@email.chinatrust.com.tw
chihping@mail.cbc.gov.tw
chilgefort_silchester@yahoo.com
chill@loomissayles.com
chima_joseph@acml.com
chin.liu@pioneerinvestments.com
chin-chern.soen@ubs.com
chinchern@dbs.com
chin-chun.lai@bankofamerica.com
ching.pan@ge.com
ching.tan@fmr.com
ching.yuen@glgpartners.com
ching-chi.hsia@citicorp.com
chingfang@hncb.com.tw
chingiz.mammadov@fmr.com
chinglan@cathaylife.com.tw
chinglin@chinalife.com.tw
ching-mai.wu@asia.ing.com
chingsu@mail.cbc.gov.tw
chingtai@mail.cbc.gov.tw
ching-yin_fung@ssga.com
chinhwee@dbs.com.sg
chin-keong.tan@ubs.com
chinlori@wellsfargo.com
chinsw@wellsfargo.com
chinte.liu@barclaysglobal.com
chinteh@hncb.com.tw
chip.allison@roggeglobal.com
chip.bonnett@fmglobal.com
chip.campbell@truscocapital.com
chip.giese@pnc.com
chip.hendon@huntington.com
chip.johnson@suntrust.com
chip.kiesewetter@banksterling.com
chip.stevens@barclaysglobal.com
chip@pmm-jr.com
chip_bankes@putnam.com
chip_mcewen@jwhmail.com
chipbailey@bloomberg.net
chipp@pimco.com

chir@capgroup.com
chirag.gandhi@swib.state.wi.us
chirag.h.shah@ge.com
chirag.hansjee@bankofamerica.com
chirag.mahatma@morganstanley.com
chirag.shah@credit-suisse.com
chirag.sheth@ubs.com
chirag_shah@putnam.com
chirag_vasavada@troweprice.com
chiragkirti.mehta@jpmorgan.com
chirayu.patel@blackrock.com
chiraz.mnif@sgam.com
chirichellala@aetna.com
chirsch@fiduciarymgt.com
chisako_tsuchiya@tr.mufg.jp
chisato.kohari@pimco.com
chi-ster@bloomberg.net
chiteong@dbs.com
chitrang.purani@nationalcity.com
chitranjan.sinha@corporate.ge.com
chitranjan.sinha@ge.com
chitt.swamidasan@bankofamerica.com
chiuweili@gic.com.sg
chiuyi.chan@gmacfs.com
chiyahua@cathaylife.com.tw
chiyoung.kwon@lehman.com
chiyuki.takamatsu@fi.fukoku-life.co.jp
chizuru.schatzmann@lgt.com
chji@hanabank.com
chjo08@handelsbanken.se
chjohnso@aegonusa.com
chkang@keb.co.kr
chkim@kookmin-bank.com
chkuan@mail.cbc.gov.tw
chkun@bloomberg.net
chl@smith.williamson.co.uk
chlam@westernasset.com
chlee@bankofny.com
chlee@scsb.com.tw
chlei@mail.cbc.gov.tw
chloe.moulin@fandc.com
chm@capgroup.com
chm@jwbristol.com
chm@lrc.ch

chmn@adamsexpress.com
chnguyen@pimco.com
chni@jyskebank.dk
cho.shoshin@kokusai-am.co.jp
cho@danskebank.dk
cho@ubp.ch
cho0305@kdb.co.kr
cho3@frk.com
chobbs@kynikos.com
chodge@jhancock.com
chodina@meag.com
choe@nykredit.dk
choich@bok.or.kr
choish@bok.or.kr
choldsworth@uk-dexia.com
cholland@reamsasset.com
chollon@bluebonnetsavings.com
cholloran@europeancredit.com
cholloway@ofii.com
cholly@stpaultravelers.com
chomann@bloomberg.net
chong.jiunyeh@uobgroup.com
chong.park@gs.com
chongyu.hua@swib.state.wi.us
chonkiat@dbs.com
choo@wharton.upenn.edu
choochian@gic.com.sg
choong.leeming@uobgroup.com
choonho.kim@gmail.com
choonjin@phillip.com.sg
choon-siang.tay@ap.nxbp.com
chooper@waddell.com
choover@opers.org
choowingkwong@gic.com.sg
chooykelsie@ocbc.com.sg
chooyongcheen@gic.com.sg
choprak75@bloomberg.net
chorsch@lkcm.com
chorvath@blackrock.com
choteaps@bot.or.th
choteboj@ebrd.com
chotibhj@bot.or.th
chou@mail.cbc.gov.tw
choumeiyin@gic.com.sg

choup@jwseligman.com
choup@wellscap.com
chouston@bankofny.com
chovey@griffinasset.com
choward@hcmlp.com
chowmunleong@gic.com.sg
chowt1@delinvest.com
chowts@bnm.gov.my
chowyang.ang@schroders.com
choyosru@cajamadrid.es
choysiewkai@gic.com.sg
choysoon.chua@sebam.de
chpe14@handelsbanken.se
chr.pr@adia.ae
chrden@safeco.com
chretien.harmeling@rabobank.com
chribeiro@bportugal.pt
chris.a.curley@aib.ie
chris.ader@deshaw.com
chris.alexander@fortis.com
chris.andress@wcmadvisors.com
chris.armstrong@framlington.co.uk
chris.askeland@inginvestment.com
chris.aylmer@bis.org
chris.bailey@fandc.com
chris.bailey@ibj.co.uk
chris.bair@citadelgroup.com
chris.bak-phillips@ubs.com
chris.balster@pimco.com
chris.barker@bailliegifford.com
chris.barnes@intel.com
chris.barnett@highbridge.com
chris.barr@barclaysglobal.com
chris.barry@fmr.com
chris.bartel@fmr.com
chris.belknap@db.com
chris.bell@framlington.co.uk
chris.berry@shinseicapital.com
chris.bickley@bnpparibas.com
chris.biedermann@bsibank.com
chris.bliss@barclaysglobal.com
chris.boas@citadelgroup.com
chris.bond@tcm-ltd.com
chris.bowie@resolutionasset.com

chris.brewster@ubs.com
chris.brils@uk.abnamro.com
chris.brown@insightinvestment.com
chris.brown@ppmamerica.com
chris.brown2@barclaysglobal.com
chris.bruner@lionhartusa.net
chris.c.gilbertson@wellsfargo.com
chris.callan@morganstanley.com
chris.caltagirone@pimco.com
chris.campisano@delta.com
chris.casale@hcmny.com
chris.case@boigm.com
chris.casey@aig.com
chris.cassidy@glencore.com
chris.chan@highbridge.com
chris.chan@smbc.com.hk
chris.chapin@pioneerinvest.com
chris.chapman@aberdeen-asset.com
chris.chesney@kbcfp.com
chris.choka@funb.com
chris.christensen@airtouch.com
chris.christoforou@gs.com
chris.church@lazard.com
chris.clarke@swip.com
chris.clonce@pimco.com
chris.coffman@aig.com
chris.collings@rabobank.com
chris.complin@jpmorganfleming.com
chris.corapi@inginvestment.com
chris.corcoran@wachovia.com
chris.cox@highbridge.com
chris.cramer@modern-woodmen.org
chris.curley@aib.ie
chris.cwiklinski@huntington.com
chris.d.carter@truscocapital.com
chris.d.mackinson@jpmorgan.com
chris.daniel@inginvestment.com
chris.dardanes@ubs-oconnor.com
chris.darling@lodh.com
chris.davies@chase.com
chris.davis@icomd.com
chris.delfs@nationstarmail.com
chris.deyoung@us.schroders.com
chris.dialynas@pimco.com

chris.diaz@inginvestment.com
chris.dimitropoulos@citadelgroup.com
chris.donnellan@uk.fid-intl.com
chris.doornekamp@fandc.com
chris.dorman@seb.se
chris.doty@blackrock.com
chris.downey@wellsfargo.com
chris.dyer@gs.com
chris.e.lynch@jpmorgan.com
chris.edele@hcmny.com
chris.edwards@fac.com
chris.eger@aig.com
chris.elias@uk.abnamro.com
chris.erskine@nationalcity.com
chris.farah@tres.bnc.ca
chris.fellingham@soros.com
chris.fidyk@threadneedle.co.uk
chris.fontenla@swip.com
chris.ford@axa-im.com
chris.fox@fandc.com
chris.fox@threadneedle.co.uk
chris.franta@pimco.com
chris.fuchs@db.com
chris.fugg@uk.fid-intl.com
chris.gaffney@wamu.net
chris.gagnon@fmr.com
chris.galizio@piog.com
chris.garcia@morleyfm.com
chris.giglio@truscocapital.com
chris.goodson@ftnfinancial.com
chris.goodwin@black-river.com
chris.goolgasian@fmr.com
chris.greener@blackrock.com
chris.griffith@uk.tesco.com
chris.hagedorn@53.com
chris.hammond@rabobank.co.uk
chris.hanlon@thehartford.com
chris.harner@aig.com
chris.harris@insightinvestment.com
chris.harvey-fros@rbccm.com
chris.hatch@harrisbank.com
chris.hatry@lgim.co.uk
chris.haverland@jpfinancial.com
chris.haverland@wachovia.com

chris.heasman@lazard.com
chris.hegarty@swipartnership.co.uk
chris.helsen@fortisinvestments.com
chris.hett@suntrust.com
chris.higham@omam.co.uk
chris.higham2@morleyfm.com
chris.hill@uk.fid-intl.com
chris.hite@avmltd.com
chris.holz@firstunion.com
chris.hood@augustus.co.uk
chris.huckle@bailliegifford.com
chris.huggins@glgpartners.com
chris.hughes@csam.com
chris.humphrey@inginvestment.com
chris.hutchfield@juliusbaer.com
chris.jankowski@us.schroders.com
chris.jeffrey@rlam.co.uk
chris.jennings@csresearch.us
chris.johns@biam.boi.ie
chris.jones@threadneedle.co.uk
chris.jordan@mortgage.wellsfargo.com
chris.jordheim@pnc.com
chris.kang@gs.com
chris.keennan@citadelgroup.com
chris.kemp@pimco.com
chris.kendall@schwab.com
chris.kenealy@inginvestment.com
chris.kim@jwseligman.com
chris.klinefelter@conagrafoods.com
chris.knipe@dreyfus.com
chris.kostolansky@fhlb-pgh.com
chris.kulick@opco.com
chris.lajaunie@db.com
chris.langford@aberdeen-asset.com
chris.laud@boots-plc.com
chris.lawrence@lehman.com
chris.lees@baring-asset.com
chris.leverton@shorecap.co.uk
chris.levett@moorecap.co.uk
chris.lewis@corporate.ge.com
chris.lewis7@norwich-union-life.co.uk
chris.lilienthal@osterweis.com
chris.ling@jpmorgan.com
chris.livermore@redwoodtrust.com

chris.llewelyn@jpmorgan.com
chris.lofdahl@pimco.com
chris.long@tudor.com
chris.luke@bmo.com
chris.lynch@alexanderkey.com
chris.lyons@inginvestment.com
chris.m.henry@us.ing.com
chris.madsen@aegon.com
chris.mann@tcw.com
chris.marshall@53.com
chris.matchett@avmltd.com
chris.maynard@lazard.com
chris.mcalister@prudential.com
chris.mckellick@sgam.co.uk
chris.mecray@blackrock.com
chris.melendes@ubsw.com
chris.mika@abnamrousa.com
chris.miller@gmacrfc.com
chris.milner@blackrock.com
chris.monroe@wnco.com
chris.moore@nisanet.com
chris.morahan@blackrock.com
chris.moroney@chase.com
chris.moroney@gmacm.com
chris.munshower@db.com
chris.murphy@moorecap.com
chris.neuharth@usbank.com
chris.ng@ledyardbank.com
chris.niles@uboc.com
chris.noone@alliancebernstein.com
chris.ohare@investecmail.com
chris.packe@rabobank.com
chris.padera@moorecap.com
chris.pagano@us.fortis.com
chris.pahlke@aul.com
chris.palmer@omam.co.uk
chris.panza@pncbank.com
chris.pariseault@db.com
chris.parliman@blackrock.com
chris.parry@drkw.com
chris.patronis@hpfb.com
chris.perkins@morgankeegan.com
chris.perryman@morleyfm.com
chris.phalen@6thaveinvest.com

chris.plageman@53.com
chris.pope@lazard.com
chris.powell@mbna.com
chris.r.tracey@jpmorganfleming.com
chris.raub@ppmamerica.com
chris.redman@gerrard.com
chris.rhine@blackrock.com
chris.rice@cazenove.com
chris.richmond@fmr.com
chris.ring@shorecap.co.uk
chris.rodgers@hsbchalbis.com
chris.romaglino@bbh.com
chris.rowane@huntington.com
chris.rowland@bnpparibas.com
chris.rule@omam.co.uk
chris.ryan@asia.ing.com
chris.s.hutton@jpmorgan.com
chris.salmon@bankofengland.co.uk
chris.salvisberg@ubs.com
chris.samara@bnpparibas.com
chris.saner@phxinv.com
chris.santos@calvert.com
chris.sassouni@eagleasset.com
chris.savino@morganstanley.com
chris.schlosser@ppmamerica.com
chris.schultz@gcm.com
chris.schutz@moorecap.com
chris.scott@swipartnership.co.uk
chris.serra@thrivent.com
chris.shibutani@ubs.com
chris.sims@gartmore.com
chris.sinclair@lu.abnamro.com
chris.skelton@lgim.co.uk
chris.skillin@us.pm.com
chris.smiley@uboc.com
chris.spooner@hsbc.com
chris.stephens@closepb.com
chris.steward@fmr.com
chris.stinett@tva.com
chris.stjohn@framlington.co.uk
chris.storey@northernrock.co.uk
chris.stroud@woolwich.co.uk
chris.sugg@uk.fid-intl.com
chris.sutton@barclaysglobal.com

chris.t.herbster@jpmorgan.com
chris.tarui@pimco.com
chris.tessler@hsh-nordbank.co.uk
chris.theobald@eu.nabgroup.com
chris.tolkin@americas.bnpparibas.com
chris.tolkin@ftnfinancial.com
chris.toney@janus.com
chris.totman@micorp.com
chris.trudgeon@credit-suisse.com
chris.tyler@plc.cwplc.com
chris.van.den.heuvel@robeco.nl
chris.vanburen@gs.com
chris.vinchiarello@moorecap.com
chris.w.conway@usa.conoco.com
chris.watson@usa.dupont.com
chris.weber@tcw.com
chris.wheaton@morleyfm.com
chris.wheeler@cbcf-net.com
chris.whitaker@db.com
chris.wijdenes@lodh.com
chris.wild@co-operativebank.co.uk
chris.will@calvert.com
chris.wilson@alliancebernstein.com
chris.wright@tcw.com
chris.yeates@bankofengland.co.uk
chris.young@bankofengland.co.uk
chris.zani@bostonadvisors.com
chris.zimmermann@csfb.com
chris@apcm.net
chris@dsaco.com
chris@osmiumcapital.com
chris@saadgroup.com
chris_andersen@nylim.com
chris_backer@adp.com
chris_bell@hilton.com
chris_bouffar@americancentury.com
chris_brown@americancentury.com
chris_burke@invesco.com
chris_butler@ssga.com
chris_camisa@scotiacapital.com
chris_carlson@troweprice.com
chris_case@westlb.co.uk
chris_copsey@troweprice.com
chris_delpe@glenmede.com

chris_delphi@glenmede.com
chris_doffing@calpers.ca.gov
chris_feind@nylim.com
chris_fittin@ustrust.com
chris_fornal@ml.com
chris_franklin@ml.com
chris_french@hsbcny.com
chris_gauthier@putnam.com
chris_gray@calpers.ca.gov
chris_haimendorf@standardlife.com
chris_hensen@mfcinvestments.com
chris_herrera@nacm.com
chris_kligopoulos@acml.com
chris_kushlis@troweprice.com
chris_lam@deltalloyd.nl
chris_littlejohns@blackrock.com
chris_mckenna@westlb.co.uk
chris_mcleod@putnam.com
chris_nikolich@acml.com
chris_owen@calpers.ca.gov
chris_rice@ssga.com
chris_rothery@troweprice.com
chris_s_page@bankone.com
chris_schaefer@americancentury.com
chris_schneider@keybank.com
chris_sebolt@acml.com
chris_septirymen@scotiacapital.com
chris_stavros@oxy.com
chris_stevo@putnaminv.com
chris_steward@scudder.com
chris_sunderland@ssga.com
chris_tuitt@troweprice.com
chris_tuohy@ml.com
chris_turner@blackrock.com
chris_utz@invesco.com
chris_verlingo@acml.com
chris_verrecchia@standardlife.com
chris_weihs@swissre.com
chris_welker@victoryconnect.com
chris_wells@rhco.com
chris_white@keybank.com
chris_wolking@oldnational.com
chris_ying@nacm.com
chrisann.morrison@swipartnership.co.uk

chrisb@agf.com
chrisb@bradfordmarzec.com
chrisbingham@quilter.co.uk
chrisd.brown@ge.com
chrise@hcmny.com
chriselda.gonzalez@trs.state.tx.us
chrishu@agf.com
chrisitne.hock@dit.de
chrislast@richemont.com
chrislenzo@msn.com
chrismorrish@gic.com.sg
chrisofer.rathke@dgz-dekabank.de
chris-oliver.schickentanz@dresdner-bank.com
chrispaul@averagp.com
chrisr@martincurrie.com
chrisrooke@bloomberg.net
chrisspencer@bloomberg.net
chrisswain@northwesternmutual.com
chrissy.austin@pimco.com
christa.a.debruyn@fortisbank.com
christa.fusco@db.com
christa.graber@dresdner-bank.ch
christa.lorenzi@rahnbodmer.ch
christa.pletscher@dresdner-bank.ch
christa.punturieri@deshaw.com
christa.tarcea@db.com
christa_koenigstein@westlb.com
christang@bochk.com
christce@cmcic.fr
christel.bosch@fortisbank.com
christel.clapasson@bcv.ch
christel.valette@morganstanley.com
christelle.curt@axa-im.com
christelle.kavanagh@socgen.com
christensen@jyskeinvest.dk
christer.ahlquist@swedbank.com
christer.alteskog@amfpension.se
christer.andersson@seb.se
christer.backstrom@arosmaizels.com
christer.engel@swedbankrobur.se
christer.kack@dnb.se
christer.nilsson@riksbank.se
christer.wennerberg@seb.se
christer.westberg@dnbnor.com

christer.x.eriksson@se.abb.com
christi.fletcher@6thaveinvest.com
christi.hofmann@prudential.com
christiaan.claessens@fortisbank.com
christiaan.dehaan@ingim.com
christiaan.fornier@fortisinvestments.com
christiaan_berge@fanniemae.com
christian.aldenkortt@hsbcpb.com
christian.altmann@lri.lu
christian.altmeyer@helaba.de
christian.amantea@westernasset.com
christian.ammer@t-systems.com
christian.amos@raiffeisen.ch
christian.amplatz@dit.de
christian.andreatta@rlb-tirol.at
christian.arnold@credit-suisse.com
christian.barsoe@hsh-nordbank.com
christian.basler@ubs.com
christian.bauer@credit-suisse.com
christian.bauer@lri.lu
christian.baux@edfgdf.fr
christian.baux@gazdefrance.com
christian.bawens@be.gm.com
christian.becker@ikb.de
christian.belei@ingferri.fr
christian.benigni@glgpartners.com
christian.berger@dzbank.de
christian.bernasconi@bsibank.com
christian.besser@pharma.novartis.com
christian.biancalana@gs.com
christian.bitterwolf@llb.li
christian.bluhm@credit-suisse.com
christian.boehm@apk.at
christian.bolanos@bbh.com
christian.bonnen@ksk-koeln.de
christian.borga@bbls.ch
christian.borgstrom@evli.com
christian.borjeson@fsb.se
christian.branlund@wamu.net
christian.braun-dziurzik@sparkasse-koelnbonn.de
christian.bree@wgz-bank.de
christian.brunlid@amfpension.se
christian.bruns@claridenleu.com
christian.buehrer@juliusbaer.com

christian.buelau@dghyp.de
christian.buettner@bawag.com
christian.burger@rzb.at
christian.burzin@ui-gmbh.de
christian.busshaus@sk-koeln.de
christian.calkosz@dzbank.de
christian.callens@delen.be
christian.cangiotti@pioneerinvestments.com
christian.carrillo@ubs.com
christian.champ@columbiamanagement.com
christian.champenois@bnpparis.com
christian.coronado@hcmny.com
christian.courvoisier@lodh.com
christian.d.steuart@dartmouth.edu
christian.dahlberg@sebny.com
christian.damato@corporate.ge.com
christian.dargnat@bnpparibas.com
christian.daynes@commerzbank.com
christian.deiters@dlb.de
christian.derold@morganstanley.com
christian.dick@credit-suisse.com
christian.donohue@gecapital.com
christian.doppstadt@westam.com
christian.double@credit-suisse.com
christian.drevenstedt@dit.de
christian.dubs@juliusbaer.com
christian.dysli@ubs.com
christian.ebner@helaba.de
christian.eckenberg@claridenleu.com
christian.eggers@hsh-nordbank.com
christian.elsener@lbswiss.ch
christian.englert@dzbank.de
christian.evain@ca-suisse.com
christian.evans@ubs.com
christian.exner@wmam.com
christian.fay@pioneerinvest.com
christian.feilmeier@bmw.de
christian.ferry@bsibank.com
christian.fey@pioneerinvest.com
christian.fischer@deutsche-hypo.de
christian.forma@helaba.de
christian.fraipont@dresdner-bank.ch
christian.fredriksson@seb.se
christian.frischauf@pioneerinvestments.com

christian.froehlich@claridenleu.com
christian.fuechsl@bayernlb.de
christian.gaertner@union-investment.de
christian.gantz@helaba.de
christian.gassmann@sarasin.ch
christian.gast@ubs.com
christian.gastager@blb.de
christian.gattiker@juliusbaer.com
christian.gell@credit-suisse.com
christian.ghandour@caam.com
christian.gherbaz@am.generali.com
christian.ghiuvea@morganstanley.com
christian.glowig@sebprivatebank.com
christian.glowing@sebprivatebank.com
christian.gneist@rzb.at
christian.graber@sarasin.ch
christian.grob@claridenleu.com
christian.gueldry@sgam.com
christian.gumpenberger@novartis.com
christian.gunther@dfafunds.com
christian.gwerder@akb.ch
christian.hains@anz.com
christian.hansson@tdsecurities.com
christian.hantel@westam.com
christian.happ@db.com
christian.hauck@novartis.com
christian.hebting@hvb.de
christian.heger@trinkaus.de
christian.heiberg@seb.se
christian.held.ch@bayer-ag.de
christian.heller@westernasset.com
christian.henkel@commerzbank.com
christian.herter@postbank.de
christian.heyden@bnpparibas.com
christian.hoffmann@csam.com
christian.hofmann@hsh-nordbank.com
christian.holder@blackrock.com
christian.hoppe@commerzbank.com
christian.horn@lrp.de
christian.hyldahl@nordea.com
christian.iveson@drkw.com
christian.jansson@pohjola.com
christian.jessen@seb.se
christian.jimenez@ecuvie.caisse-epargne.fr

christian.jochum@ubs.com
christian.k@nordea.com
christian.kalmbach@nationalcity.com
christian.karall@ba-ca.com
christian.karg@jpmorgan.c
christian.kirk@lu.danskebank.com
christian.klocke@dzbank.de
christian.koellich@bawgpsk.com
christian.koenig@vontobel.ch
christian.kopf@spinnakercapital.com
christian.kuehn@seb.de
christian.kuemmel@haspa.de
christian.kunzelmann@sarasin.ch
christian.lach@swissfirst.ch
christian.lamprecht@allianz.de
christian.langevin@ge.com
christian.lecointe@db.com
christian.leinweber@rcm.at
christian.leonhard@frankfurt-trust.de
christian.lerider@caam.com
christian.looser@sgkb.ch
christian.lopez@cpr-am.fr
christian.luchsinger@credit-suisse.com
christian.lueer@bhf-bank.com
christian.maahrbeck@nordea.com
christian.manni@aig.com
christian.mardeck@bayern-invest.de
christian.markwart@ib.bankgesellschaft.de
christian.maurer@depfa.com
christian.mayert@allianz.de
christian.meier@sparkasse-hannover.de
christian.meury@vontobel.ch
christian.morresi@credit-suisse.com
christian.moser@bsibank.com
christian.mossdorf@vontobel.ch
christian.mueri@aigpb.com
christian.myhre@danskebank.com
christian.nagstrup@jyskeinvest.dk
christian.nesi@banque-france.fr
christian.neunkirchner@mbczh.ch
christian.nguyen@labanquepostale-am.fr
christian.nolan@ap.ing.com
christian.nolan@harrisnesbitt.com
christian.oesch@juliusbaer.com

christian.orquera@ib.bankgesellschaft.de
christian.pail@rcm.at
christian.pardeller@hypovbg.at
christian.perrin@caam.com
christian.pineno@columbiamanagement.com
christian.pollanz@rcm.at
christian.pollmann@nordlb.de
christian.pompejus@wwasset.de
christian.preussner@jpmorganfleming.com
christian.proietto@pioneerinvest.ie
christian.protti@bcv.ch
christian.pudelek-vonbloh@haspa.de
christian.ragnartz@riksbank.se
christian.rakos@ba-ca.com
christian.ramm@dnbnor.no
christian.reddy@soros.com
christian.reiss@erstebank.at
christian.reiter@db.com
christian.remmert@aiminvestments.com
christian.richard@statestreet.com
christian.riedel@apobank.de
christian.rime@lodh.com
christian.rizzi@bsibank.com
christian.romon@bankofamerica.com
christian.roth@morganstanley.com
christian.roy@glgpartners.com
christian.russ@erstebank.at
christian.s.pecher@jpmorgan.com
christian.saeckl@rzb.at
christian.sarto.b@bayer.com
christian.sauter@db.com
christian.schaerz@bs.ch
christian.schanze@hsh-nordbank.com
christian.schenk@commerzbank.com
christian.scherf@dghyp.de
christian.schick@first-private.com
christian.schindler@oppenheim.de
christian.schiweck@db.com
christian.schjodt-eriksen@gs.com
christian.schlimm@allianzgi.de
christian.schmid.5@credit-suisse.com
christian.schmid@zkb.ch
christian.schmidt@helaba.de
christian.schmitt@lri-invest.lu

christian.schmitz@dexia-bil.com
christian.schneider@allianzgi.de
christian.schnydrig@juliusbaer.com
christian.schoen@ubs.com
christian.schoeppe@dws.com
christian.schomaker@hsh-nordbank.com
christian.schuepbach@credit-suisse.com
christian.schuetz@de.pimco.com
christian.schuetze@westlb.com
christian.schulte@credit-suisse.com
christian.schulze@db.com
christian.schuster@first-private.de
christian.schwaar@deka.de
christian.schwarz@helaba-invest.de
christian.schwehm@db.com
christian.schweizer@lloydsbank.ch
christian.schwerdtner@first-private.de
christian.seiferth@gwl.com
christian.selbach@nordlb.de
christian.senn.2@credit-suisse.com
christian.senn@ubs.com
christian.serre@dexiamfr-dexia.com
christian.sibbesen@carnegie.dk
christian.simond@juliusbaer.com
christian.sobatta@westam.com
christian.sole@dexia-am.com
christian.somers@dexia-am.com
christian.sperschneider@dit.de
christian.speth@icn.siemens.de
christian.stadlinger@columbiamanagement.com
christian.staub@pimco.com
christian.stoebich@sparkasse-ooe.at
christian.stracke@pimco.com
christian.streiff@airbus.com
christian.subbe@cominvest.de
christian.t.lee@csam.com
christian.takushi@swisscanto.ch
christian.tanner@ubs.com
christian.thimann@ecb.int
christian.thulin@seb.se
christian.timmann@hsh-nordbank.com
christian.tornqvist@nordea.com
christian.trost@bayernlb.com
christian.truyens@fortisinvestments.com

christian.tunkl@raiffeisenbank.at
christian.turner@ftnfinancial.com
christian.ullrich@dws.com
christian.unger@towerbrook.com
christian.unternaehrer@ubs.com
christian.updyke@ubs-oconnor.com
christian.urbaczek@lbbw.de
christian.valette@bnpparibas.com
christian.vogel@dexia-bil.com
christian.vonballmoos@cspb.com
christian.vonengelbrechten@uk.fid-intl.com
christian.vonk@eu.effem.com
christian.vonschimmelmann@gs.com
christian.voss@dghyp.de
christian.weber@bayerninvest.de
christian.weiz@ceresiobank.com
christian.widholz@hvb.de
christian.wild@pimco.com
christian.wilde@union-panagora.de
christian.wilfing@dzbank.de
christian.willard@barclaysglobal.com
christian.willert@hsh-nordbank.com
christian.willinsky@allianz.com
christian.wolf@erstebank.at
christian.zanone@bcv.ch
christian.zima@rcm.at
christian.zimmermann@pioneerinvestments.com
christian.zwahlen@rieter.com
christian.zwahlen@ubs.com
christian@dexiam.lu
christian_b_allen@fanniemae.com
christian_bausch@swissre.com
christian_dansereau@ssga.com
christian_diclementi@acml.com
christian_gindl@hvbamericas.com
christian_grane@westlb.com
christian_gresch@aaa-net.com
christian_langenstein@ml.com
christian_loxham@vanguard.com
christian_meienberger@swissre.com
christian_oneill@troweprice.com
christian_r_valencia@fanniemae.com
christian_saltaformaggio@nylim.com
christian_schablitzki@westlb.de

christian_schmidt@swissre.com
christiana.bardon@fmr.com
christiana.toutet@ubs.com
christian-b.adler@db.com
christiane.backhaus@hanvb.de
christiane.heineke@commerzbankib.com
christiane.hinkelmann@dws.com
christiane.hoeing@telekom.de
christiane.hofer@lrp.de
christiane.hoppe-oehl@bayernlb.com
christiane.malchow@csam.com
christiane.marcellier@cnce.caisse-epargne.fr
christiane.nickel@ecb.int
christiane.novais@caam.com
christiane.pratsch@gartmore.com
christiane.wenzel@db.com
christiane@mcm.com
christiane_drapkin@hvbamericas.com
christianmitchell@northwesternmutual.com
christians.jeffrey@principal.com
christiansaalfrank@helaba-invest.de
christian-wolf_schaefer@aam.de
christie.cody@commercebank.com
christie.francis@commercebank.com
christie.weston@nifa.org
christie@bessemer.com
christie_bull@conning.com
christien.luttikuizen@rabobank.com
christikubiak@northwesternmutual.com
christin.armacost@silvantcapital.com
christina.bloor@bailliegifford.com
christina.buck@uboc.com
christina.bunting@pnc.com
christina.carpenter@wachovia.com
christina.chan@asia.bnpparibas.com
christina.chartier@fmr.com
christina.chiu@morganstanley.com
christina.de-haas@telekom.de
christina.ehrenberg@gs.com
christina.erler@etb-ag.com
christina.feicht@americas.bnpparibas.com
christina.goodridge@pimco.com
christina.haemmerli@vontobel.ch
christina.han@morganstanley.com

christina.he@pacificlife.com
christina.jahn@sgz-bank.de
christina.klein@db.com
christina.lai@shinseibank.com
christina.lam@ubs.com
christina.lindberg@nordea.com
christina.lindell@swedbank.com
christina.loutsch@usbank.com
christina.m.houk@db.com
christina.moschou@lbbwuk.com
christina.polischuk@barclaysglobal.com
christina.roedema@morganstanley.com
christina.schmoee@siemens.com
christina.schoen@us.bacai.com
christina.stallone@moorecap.com
christina.stauber@bawag.com
christina.steffen@lbb.de
christina.stimac@amg.co.at
christina.tjahjana@dartmouth.edu
christina.weiss@allianzgi.com
christina.willis@fmr.com
christina.yow@pioneerinvest.com.sg
christina.yuan@robecousa.com
christina.zausner@lloydstsb.co.uk
christina_barth@troweprice.com
christina_butler@standardlife.com
christina_drissel@vanguard.com
christina_morillo@swissre.com
christina_pluta@putnam.com
christina_sampanes@rhco.com
christina_scully@putnam.com
christina_xanthos@capgroup.com
christinaantczak@northwesternmutual.com
christinag@gic.com.sg
christinalim@temasek.com.sg
christinamirarchi@northwesternmutual.com
christinaregine.niethammer@hvb.de
christina-sm.fung@aig.com
christine.abramo@bnymellon.com
christine.allmann@wgz-bank.de
christine.baalham@investecmail.com
christine.brykowytch@morganstanley.com
christine.campisi@ge.com
christine.carbonez@is.belgacom.be

christine.chu@pimco.com
christine.cotton@commercebank.com
christine.davis@phxinv.com
christine.degeorge@caam.com
christine.delagrave@labanquepostale-am.fr
christine.delalla@corporate.ge.com
christine.delhaye@interbrew.com
christine.destefano@fmr.com
christine.dizon@westernasset.com
christine.donovan@bbh.com
christine.dziadul@aig.com
christine.e.johnson@hsbcam.com
christine.eckert@pnc.com
christine.farquhar@insightinvestment.com
christine.feller@lbbw-am.de
christine.ferraresi@bnpparibas.com
christine.fischette@novartis.com
christine.frank@db.com
christine.gaelzer@csam.com
christine.garvey@blackrock.com
christine.gruber@ba-ca.com
christine.haddad@db.com
christine.hanser@bhf-bank.com
christine.hemat@sncf.fr
christine.hurtsellers@inginvestment.com
christine.j.thompson@fmr.com
christine.james@firstunion.com
christine.joedecke@ny.frb.org
christine.joerges@dekabank.de
christine.joshua@morganstanley.com
christine.jurinich@blackrock.com
christine.koch@pncbank.com
christine.l.sustakowsky@bankofamerica.com
christine.li@pimco.com
christine.linxe@axa-im.com
christine.lorenz@morganstanley.com
christine.mahamba@bred.fr
christine.mathes@pimco.com
christine.mcconnell@fmr.com
christine.mcgoey@uk.abnamro.com
christine.mcgowan@morganstanley.com
christine.mecka@prudential.com
christine.mettee@pnc.com
christine.mevs@gmam.com

christine.mozonski@thehartford.com
christine.mueller@devif.de
christine.niedtner@db.com
christine.onyung@aig.com
christine.phillpotts@jpmorgan.com
christine.pignon@db.com
christine.ponelle.studio@canal-plus.com
christine.radice@labanquepostale-am.fr
christine.raymond@ecb.int
christine.reinhard@sl-am.com
christine.ryan@pnc.com
christine.schmid@credit-suisse.com
christine.schmidt@oppenheim.de
christine.schulz@ib.bankgesellschaft.de
christine.schwab@commerzbank.com
christine.schweikert@bhf-bank.com
christine.sharaf@db.com
christine.souffrant@dartmouth.edu
christine.stumbo@crestar.com
christine.su@stanford.edu
christine.sutter@lodh.com
christine.tekker@bmo.com
christine.telish@pimco.com
christine.tetherly-lewis@fmr.com
christine.tilscher@ba-ca.com
christine.tober@fmr.com
christine.torres@guarantygroup.com
christine.turecek@corporate.ge.com
christine.villaluz@lmginv.com
christine.wang@inginvestment.com
christine.zarkovich@citadelgroup.com
christine.zhu@ucop.edu
christine@primco.com
christine@stw.com
christine_aurelio@acml.com
christine_chen@ssga.com
christine_chien@americancentury.com
christine_chung@invesco.com
christine_curnan@ml.com
christine_hathaway@capgroup.com
christine_jacobsen@westlb.com
christine_kopelman@acml.com
christine_kyle@riggsbank.com
christine_lee@ml.com

christine_macnally@ustrust.com
christine_martell@putnam.com
christine_martini@nylim.com
christine_martins@cbcm.com
christine_mithouard@aviva.fr
christine_robertson@nylim.com
christine_senopoulos@campbellsoup.com
christine_silman@americancentury.com
christine_soenning@swissre.com
christine_suzuka@ml.com
christine_symington@vanguard.com
christine_tolisano@putnam.com
christine_wallace@ustrust.com
christineg@scm-lp.com
christof.breuer@deka.de
christof.gerstenkorn@ubs.com
christof.kessler@oppenheim.de
christof.loser@nab.ch
christof.maetze@commerzbank.com
christof.richter@dws.com
christof.schlueter@deka.de
christof.stegmann@juliusbaer.com
christoff.goessl@hvbeurope.com
christoffer.eriksson@citizensbank.com
christoffer.jonsson@barclaysglobal.com
christof-werner.anstett@dkib.com
christoph.alenfeld@dzbank.de
christoph.amherd@sarasin.ch
christoph.amiet@suva.ch
christoph.andomaitis@oppenheim.de
christoph.angster@hyposwiss.ch
christoph.arnold@ubs.com
christoph.arzt@dekabank.de
christoph.avenarius@ch.abb.com
christoph.babbel@morleyfm.com
christoph.berger@cominvest-am.com
christoph.bieri@bsibank.com
christoph.blaettler@vontobel.ch
christoph.bohner@juliusbaer.com
christoph.borucki@ruedblass.ch
christoph.christensen@hsh-nordbank.com
christoph.clauss@bhf.ing.com
christoph.curtius@swisslife.ch
christoph.fehr@credit-suisse.com

christoph.frisch@juliusbear.com
christoph.fritsch@axa-im.com
christoph.gamsjaeger@rzb.at
christoph.geck-schlich@drkw.com
christoph.gisler@csam.com
christoph.greitemann@telekom.de
christoph.groneuer@ksk-koeln.de
christoph.gschwend@cibasc.com
christoph.hegglin@adlerbank.ch
christoph.hembacher@ghpfc.de
christoph.hiestand@juliusbaer.com
christoph.hohl@sarasin.ch
christoph.hoop@zkb.ch
christoph.hott@oppenheim.de
christoph.huber@juliusbaer.com
christoph.hugi@ubs.com
christoph.jurecka@dbv-winterthur.de
christoph.kampitsch@erstebank.at
christoph.kessler@sarasin.ch
christoph.kesy@eon-energie.com
christoph.kilchherr@sarasin.ch
christoph.kind@frankfurt-trust.de
christoph.klein@db.com
christoph.knecht@csam.com
christoph.koch@lri.lu
christoph.krey@bbh.com
christoph.krucken@bancaprofilo.it
christoph.kummerer@erstebank.at
christoph.kummli@juliusbaer.com
christoph.ladner@sarasin.ch
christoph.ledergerber@vontobel.ch
christoph.machiels@nbb.be
christoph.maron@snb.ch
christoph.mast@allianzgi.de
christoph.merz@credit-suisse.com
christoph.metz@axa-im.com
christoph.mueller.12@credit-suisse.com
christoph.nadler@juliusbaer.com
christoph.niesel@union-investment.de
christoph.ohme@dws.com
christoph.peter.3@claridenleu.com
christoph.peter@claridenleu.com
christoph.peter@credit-suisse.com
christoph.pfeiffer@ba-ca.com

christoph.plattenteich@bhf.ing.com
christoph.poth@dzbank.de
christoph.r.sieger@credit-suisse.com
christoph.rentsch@roche.com
christoph.riedi@swisslife.ch
christoph.riedweg@zkb.ch
christoph.riniker@commerzbank.ch
christoph.riniker@juliusbaer.com
christoph.ritschard@zkb.ch
christoph.ritter@ubs.com
christoph.schmich@claridenleu.com
christoph.schmid@claridenleu.com
christoph.schmidt@pioneerinvestments.com
christoph.schon@barcap.com
christoph.schon@drkw.com
christoph.schulte-kemper@duesshyp.de
christoph.schwarz@hsh-nordbank.co.uk
christoph.schwarz@wuertt-hyp.de
christoph.seegerer@oppenheim.de
christoph.sprenger@postbank.de
christoph.stein@mm.mannesmann.de
christoph.stelzer@credit-suisse.com
christoph.streib@roche.com
christoph.suetterlin@sarasin.ch
christoph.ulschmid@skag.siemens.de
christoph.weber@lbbw.de
christoph.wiedebach@oppenheim.de
christoph.windlin@ubs.com
christoph.zengerling@lbbw.de
christoph_hinkelmann@nacm.com
christoph_schneider@swissre.com
christophe.agopian@dexia-am.com
christophe.agopian@dexia-bil.com
christophe.akel@glgpartners.com
christophe.auvity@bnpparibas.com
christophe.berguerand@bnpparibas.com
christophe.bernard@db.com
christophe.bernard@ubp.ch
christophe.bessagnet@axa-im.com
christophe.beuve@ecb.int
christophe.bonjour@lodh.com
christophe.boucher@clf-dexia.com
christophe.boulanger@lcfr.fr
christophe.bourgeois@bnpparibas.com

christophe.braouet@helaba.de
christophe.buret@caam.com
christophe.cadoz@socgen.com
christophe.campagne@bmo.com
christophe.cerisier@ge.com
christophe.champion@caam.com
christophe.ciarlet@clamericas.com
christophe.clabots@banque-diamantaire.ch
christophe.cogels@belgacom.be
christophe.comoy@dexia-am.com
christophe.cornet@citigroup.com
christophe.darbord@bunge.com
christophe.de-failly@sgam.com
christophe.defert@towerbrook.com
christophe.dehondt@cpr-am.fr
christophe.demain@axa.be
christophe.domart@francetelecom.com
christophe.duverger@axa-im.com
christophe.eggman@juliusbaer.com
christophe.eggmann@juliusbaer.com
christophe.ferrand@aegon.co.uk
christophe.florin@axa-im.com
christophe.frankel@cades.fr
christophe.frisch@juliusbaer.com
christophe.frisch@oppenheim.de
christophe.garon@caam.com
christophe.gautier@lodh.com
christophe.gouelo@bnpgroup.co
christophe.havret@creditlyonnais.fr
christophe.herpet@axa-im.com
christophe.issenhuth@bnpparibas.com
christophe.jaeck@socgen.co.uk
christophe.javaux@fortisinvestments.com
christophe.karpiel@bnpparibas.com
christophe.keteleer@ingim.com
christophe.kieffer@caam.com
christophe.lalo@sgam.com
christophe.lambert@axa.be
christophe.lambert@degroof.lu
christophe.lebrun@cnce.caisse-epargne.fr
christophe.lemarie@caam.com
christophe.liegeois-williams@bailliegifford.com
christophe.loizeau@safra.lu
christophe.madec@edf.fr

christophe.marcilloux@sgam.com
christophe.moraine@fortisbank.com
christophe.mounier@bnpparibas.com
christophe.neuville@sgam.fr
christophe.ollari@rbccm.com
christophe.ollier@suva.ch
christophe.orly@morganstanley.com
christophe.p.moulin@bnpparibas.com
christophe.papereux@bnpparibas.com
christophe.pecoraro@fortisinvestments.com
christophe.ponette@bnpparibas.com
christophe.puyo@sgam.com
christophe.reynier@bnpparibas.com
christophe.romero@caam.com
christophe.roupie@axa-im.com
christophe.savinas@socgen.com
christophe.schroeder@wachovia.com
christophe.servoin@barclays.fr
christophe.tamet@lgim.co.uk
christophe.thomas@barclayscapital.com
christophe.thonney@lodh.com
christophe.toulousy@richemont.com
christophe.van.den.brande@be.gm.com
christophe.van.nevel@belgacom.be
christophe.vancanneyt@puilaetcodewaay.be
christophe.van-lancker@ingim.com
christophe.weiss@alcatel-lucent.com
christophe_derouen@coface.com
christophegay@rsi-ch.com
christophe-pierre.lobisommer@vontobel.ch
christopher.2.bell@bt.com
christopher.abel@db.com
christopher.allen@blackrock.com
christopher.appleman@wachovia.com
christopher.bade@thehartford.com
christopher.baines@sgcib.com
christopher.baldwin@morganstanley.com
christopher.bamberry@swip.com
christopher.bamman@ingbank.com
christopher.bartoli@fmr.com
christopher.baydar@prudential.com
christopher.benedict@bbh.com
christopher.blay@csam.com
christopher.brune@pimco.com

christopher.burnham@db.com
christopher.burton@credit-suisse.com
christopher.calton@aiminvestments.com
christopher.caputo@truscocapital.com
christopher.carter@alliancebernstein.com
christopher.chalk@uk.fid-intl.com
christopher.cheong@arabbank.com.sg
christopher.childs@fandc.com
christopher.coffey@ge.com
christopher.conn@janus.com
christopher.conneely@wpginvest.com
christopher.connolly@prudential.com
christopher.coolidge@blackrock.com
christopher.cooper@thehartford.com
christopher.coovrey@elpaso.com
christopher.copeland@cunamutual.com
christopher.costanza@alliancebernstein.com
christopher.cramer@aig.com
christopher.crum@stephens.com
christopher.currer@bmo.com
christopher.d.maizys@jpmorgan.com
christopher.d.potter@citigroup.com
christopher.d.walsh@jpmorganfleming.com
christopher.d.young@ge.com
christopher.d'amico@ingfunds.com
christopher.davis@pnc.com
christopher.derganc@eds.com
christopher.dillon@pncadvisors.com
christopher.doering@usbank.com
christopher.drahn@usbank.com
christopher.dvorak@citadelsolutions.com
christopher.dvorak@cna.com
christopher.eitzmann@tudor.com
christopher.elias@bbh.com
christopher.emanuel@jpmorgan.com
christopher.engel@usbank.com
christopher.evanego@pnc.com
christopher.fama@nuveen.com
christopher.farina@alliancebernstein.com
christopher.felton@lmginv.com
christopher.fiorelli@jpmorgan.com
christopher.flensborg@seb.se
christopher.g.tomasides@jpmorgan.com
christopher.gagnier@aberdeen-asset.com

christopher.galizio@fmr.com
christopher.gardner@britannia.co.uk
christopher.getter@fmr.com
christopher.godding@morganstanley.com
christopher.grant@nationwide.co.uk
christopher.greaves@cazenovecapital.com
christopher.h.blake@lazard.com
christopher.h.stanley@us.hsbc.om
christopher.hackworth@bankofengland.co.uk
christopher.hadley@fandc.com
christopher.hagstrom@socgen.co.uk
christopher.halmy@mbna.com
christopher.hansen@lgim.co.uk
christopher.heavey@fidelity.com
christopher.heller@himco.com
christopher.hetz@nationalcity.com
christopher.hill@morganstanley.com
christopher.hislop@swip.com
christopher.hottois@ge.com
christopher.hurley@pncadvisors.com
christopher.iggo@axa-im.com
christopher.j.chiles@bofasecurities.com
christopher.j.hall@aexp.com
christopher.jackson@commerzbank.co.uk
christopher.jacobs@westernasset.com
christopher.jarman@juliusbaer.com
christopher.jeffery@fortisinvestments.com
christopher.jennings@inginvestment.com
christopher.jones@jpmorgan.com
christopher.k.carroll@db.com
christopher.kandimaa@seb.co.uk
christopher.kappas@ppmamerica.com
christopher.kath@hvb.de
christopher.kingsman@uk.fid-intl.com
christopher.kinney@bbh.com
christopher.klinefelter@morganstanley.com
christopher.komosa@lazard.com
christopher.kong@tdsecurities.com
christopher.koslowski@db.com
christopher.kotowicz@alliancebernstein.com
christopher.kovach@fmr.com
christopher.l.fetes@jpmorgan.com
christopher.l.parrish@columbiamanagement.com
christopher.laird@sunlife.com

christopher.leddy@blackrock.com
christopher.lee@aiminvestments.com
christopher.lee@fmr.com
christopher.leslie@eu.nabgroup.com
christopher.lew@rabobank.com
christopher.lin@fmr.com
christopher.lin@morganstanley.com
christopher.lindsey@rbccm.com
christopher.linsky@blackrock.com
christopher.lucchetti@harrisbank.com
christopher.lui@aig.com
christopher.lust@kbcfp.com
christopher.lyche@carval.com
christopher.m.allen@jpmchase.com
christopher.m.carlucci@jpmorgan.com
christopher.m.meyers@citigroup.com
christopher.m.slattery@bankofamerica.com
christopher.m.tufts@jpmorganfleming.com
christopher.m.turner@jpmorgan.com
christopher.m.wightman@jpmorgan.com
christopher.maginnis@aegon.co.uk
christopher.mahoney@credit-suisse.com
christopher.malfant@aig.com
christopher.marra@soros.com
christopher.martin@shinseibank.com
christopher.mcardle@us.icap.com
christopher.mcgoldrick@bailliegifford.com
christopher.mcguire@daiwausa.com
christopher.mcgurn@pnc.com
christopher.mcmanus@lazard.com
christopher.mcvey@gartmore.com
christopher.meaney@fmr.com
christopher.merlo@pnc.com
christopher.metli@morganstanley.com
christopher.milligan@ge.com
christopher.moen@wamu.net
christopher.moore@uk.fid-intl.com
christopher.morris@gm.com
christopher.morrison@jpmorgan.com
christopher.mullett@csam.com
christopher.muth@barclaysglobal.com
christopher.neave@glgpartners.com
christopher.newson@uk.fid-intl.com
christopher.ng@dillonread.com

christopher.nichol@daiwausa.com
christopher.nicholl@bnymellon.com
christopher.nicoll@moorecap.co.uk
christopher.nolan@sachsenlb.ie
christopher.noll@prudential.com
christopher.noll@ubs.com
christopher.nylen@bnymellon.com
christopher.oddleifson@rocklandtrust.com
christopher.p.bredholt@jpmchase.com
christopher.p.owen@hsbcib.com
christopher.palazzolo@aexp.com
christopher.palm@archipel.se
christopher.palmer@aib.ie
christopher.palmer@gartmore.com
christopher.paolino@utc.com
christopher.pariseault@db.com
christopher.parisi@db.com
christopher.park@db.com
christopher.patrick@citadelgroup.com
christopher.pia@moorecap.com
christopher.pierce@mizuhocbus.com
christopher.piros@prudential.com
christopher.podaras@moorecap.com
christopher.prangle@investecmail.com
christopher.ratti@lazard.com
christopher.rew@ubs.com
christopher.rowe@pnc.com
christopher.rowe@prudential.com
christopher.rulewich@db.com
christopher.rulla@bankofamerica.com
christopher.scheuer@thrivent.com
christopher.schoewe@db.com
christopher.schumann@dzbank.de
christopher.sebald@advantuscapital.com
christopher.shannon@ibtco.com
christopher.shayne@barclaysglobal.com
christopher.shea@ubs.com
christopher.sidoni@pncadvisors.com
christopher.sierakowski@ge.com
christopher.simone@ge.com
christopher.smart@pioneerinvest.com
christopher.squillante@swissre.com
christopher.stainbrook@nomura.co.uk
christopher.stavrakos@blackrock.com

christopher.stevenson@barclaysglobal.com
christopher.strickland@blackrock.com
christopher.striesow@jpmorgan.com
christopher.strong@rbc.com
christopher.sym@shenkmancapital.com
christopher.t.blum@jpmorgan.com
christopher.t.dove@jpmorgan.com
christopher.teague@spinnakerasia.com
christopher.terenzi@tdsecurities.com
christopher.thornton@usbank.com
christopher.tinson@gs.com
christopher.toub@alliancebernstein.com
christopher.tynan@fipartners.com.au
christopher.vaswani@citadelgroup.com
christopher.vincent@zurich.com
christopher.vyn@pimco.com
christopher.wadsworth@fortisinvestments.com
christopher.walker@us.sgcib.com
christopher.warren@americas.ing.com
christopher.white@threadneedle.co.uk
christopher.whitney@lazard.com
christopher.wiegand@soros.com
christopher.wilcox@tdsecurities.com
christopher.wimmer@morganstanley.com
christopher.wong@aberdeen-asset.com
christopher.young@aig.com
christopher.young@pnc.com
christopher.zeppieri@himco.com
christopher_a_kender@vanguard.com
christopher_adams@dell.com
christopher_alderson@troweprice.com
christopher_alwine@vanguard.com
christopher_benham@fanniemae.com
christopher_brown@troweprice.com
christopher_bryce@putnam.com
christopher_calmeyn@putnam.com
christopher_carlson@fanniemae.com
christopher_chenen@freddiemac.com
christopher_colarik@glenmede.com
christopher_dielmann@freddiemac.com
christopher_dillon@troweprice.com
christopher_e_parr@bankone.com
christopher_edge@troweprice.com
christopher_fortune@troweprice.com

christopher_g_lemmo@vanguard.com
christopher_g_mcneece@keybank.com
christopher_galtenberg@invesco.com
christopher_grant@ml.com
christopher_haid@ml.com
christopher_huffman@nacm.com
christopher_hunt@keybank.com
christopher_hyzy@ustrust.com
christopher_janowski@putnam.com
christopher_kavanagh@ustrust.com
christopher_kelleher@phl.com
christopher_koshiyama@symantec.com
christopher_kotyla@putnam.com
christopher_kuehl@freddiemac.com
christopher_laughlin@freddiemac.com
christopher_lee@aimfunds.com
christopher_loop@troweprice.com
christopher_m_isemann@notes.ntrs.com
christopher_mcavoy@troweprice.com
christopher_mccormack@glic.com
christopher_mercy@bankone.com
christopher_metcalfe@newton.co.uk
christopher_murphy@fleet.com
christopher_nauseda@bankone.com
christopher_obara@putnam.com
christopher_o'malley@putnam.com
christopher_philips@vanguard.com
christopher_reece@vanguard.com
christopher_reilly@freddiemac.com
christopher_scheper@ustrust.com
christopher_t_grune@ssg.com
christopher_thompson@ntrs.com
christopher_waddington@standardlife.com
christopher_wagner@freddiemac.com
christopher_whitehouse@troweprice.com
christopher_wray@blackrock.com
christopherang@dbs.com
christopherblack@dbs.com
christopherdh@bernstein.com
christopher-j.carlson@ubs-oconnor.com
christopherl.croteau@himco.com
christopherlee@optiver.com
christoph-ernst.kaufmann@ruedblass.ch
christopherp@cbnm.com

christopherturner@quilter.co.uk
christophkarl.wagner@hvb.de
christopoulosg@rabo-bank.com
christos_koutsoyannis@ssga.com
christy.jaeger@thrivent.com
christy.kim@columbiamanagement.com
christy.mcgee@harrisbank.com
christy.pedersen@ubs.com
christy.wang@lehman.com
christy.wilson@compassbnk.com
christy_turner@americancentury.com
christyann.razzano@corporate.ge.com
chritohe.bourgeonnier@par.coflexip.fr
chrys.hellman@ftnmidwest.com
chrys@monterosagroup.com
chrysoula.zervoudakis@axa-im.com
chs@bankinvest.dk
chsia@delinvest.com
chsia1@bloomberg.net
chsu@handelsbanken.se
cht@capgroup.com
chu@wescorp.org
chu_allen@jpmorgan.com
chu_pang@fanniemae.com
chua.chee-keong@aberdeen-asset.com
chua@daiwa-ny.com
chuang@fhlbdm.com
chuanw@princeton.edu
chuanyusun@hotmail.com
chuaweethia@gic.com.sg
chubach@orix.com
chuck.arrington@ironoakadvisors.com
chuck.brown@fmr.com
chuck.burge@houston.nacm.com
chuck.fletcher@bankofamerica.com
chuck.h.mcclain@conocophillips.com
chuck.hohman@harrisnesbitt.com
chuck.james@ppamerica.com
chuck.kuczynksi@lionhart.net
chuck.kuechler@wedbush.com
chuck.lemieux@inginvestment.com
chuck.mcdevitt@fmr.com
chuck.mchugh@nboc.com
chuck.moon@thehartford.com

chuck.myers@fidelity.com
chuck.pickelhaupt@fmr.com
chuck.pollock@sbafla.com
chuck.simmers@upbna.com
chuck.simms@modern-woodmen.org
chuck.vuong@morganstanley.com
chuck.williams@inginvestment.com
chuck.zubek@53.com
chuck_burge@invesco.com
chuck_emrich@troweprice.com
chuck_grebus@bankone.com
chuck_lindholm@calpers.ca.gov
chuck_martin@ssga.com
chuck_mcginn@ssga.com
chucri.hjeily@morganstanley.com
chuegen@aegon.nl
chufford@opers.org
chuffstu@pnc.com
chughes@lordabbett.com
chughes@smithbreeden.com
chughes@ttc.co.san-bernardino.ca.us
chugokuny@cybercap.com
chui@fhlb-of.com
chulhwan.kwon@samsung.com
chulminchoi@hanabank.com
chumphries@mfs.com
chunanlin@cathaylife.com.tw
chundu@adb.org
chung.i@mellon.com.au
chung.keat.khov@zurich.com
chung.ng@pnc.com
chung.yu@bisys.com
chung_wang@calpers.ca.gov
chung-chui.wan@db.com
chunghwa@mas.gov.sg
chunken.lee@scotiabank.com
chunsukjung@hanabank.com
chunyi0968@tcbank.com.tw
chunyu.lau@ap.ing.com
church@adamsexpress.com
churei@daiwasbi.co.jp
chutipon.aus@uobam.co.th
chve@danskebank.dk
chwang@angelogordon.com

chwanjau@tcb-bank.com.tw
chweemein@temasek.com.sg
chwicki@bloomberg.net
chyang@bloomberg.net
chyap@mas.gov.sg
chyman@hcmlp.com
chyoo@bok.or.kr
ciamei.maria.adelaide@alitalia.it
ciampa@nb.com
cian.obrien@biam.boi.ie
cian.sanchez@osterweis.com
cianmurphy@bloomberg.net
ciao.xing@us.pm.com
ciara.kennedy@socgen.com
ciara.p.kennedy@jpmorgan.com
ciara.rochford@pfpc.com
ciaran.e.roche@aibbny.ie
ciaran.fitzpatrick@statestreet.com
ciaran.p.mccarron@aib.ie
ciaran_casey@ssga.com
ciarankelleher@angloirishbank.ie
ciaranmcardle@angloirishbank.com
ciberg@utimco.org
cibulls@fhlbsf.com
cicely.hurt@pnc.com
cider1977@bok.or.kr
cifeacho@westernasset.co.uk
cifill@evergreeninvestments.com
cifill@federatedinv.com
ciisom@delinvest.com
cilek@escortnet.com
cilluffo@simgest.it
cimmel@cdcixis-cm.com
cimoy@bankofny.com
cindee.williams@fbfinance.com
cindy.andresen@barclaysglobal.com
cindy.bernhardt@barclaysglobal.com
cindy.bradley@templeton.com
cindy.brien@aiminvestments.com
cindy.chan@fortisinvestments.com
cindy.freeman@jpmorgan.com
cindy.frick@alliancebernstein.com
cindy.gedney@agf.com
cindy.holmes@harrisbank.com

cindy.johnson@commerce.com
cindy.johnson@glgpartners.com
cindy.kan@asia.ing.com
cindy.kis-gado@dexia.com
cindy.koh@icprc.com
cindy.kon@sscims.com
cindy.landreth@assurant.com
cindy.larke@threadneedle.co.uk
cindy.librera@blackrock.com
cindy.liston@national-city.com
cindy.lorenzo@db.com
cindy.m.reins@lowes.com
cindy.mayer@fandc.com
cindy.mccarron@swip.com
cindy.morales@credit-suisse.com
cindy.mu@suncapadv.com
cindy.ponder@moorecap.com
cindy.rapponotti@commercebank.com
cindy.taggart@ocas.com
cindy.v.macaulay@verizon.com
cindy.whittington@firstcitizens.com
cindy.wilkinson@ers.state.tx.us
cindy.wu@suncapadv.com
cindy.y.y.chan@hsbcrepublic.com
cindy.zaccardi@pncadvisors.com
cindy@fhlb.com
cindy@woodfern.com
cindy_axelrod@glenmede.com
cindy_forbes@manulife.com
cindy_hoh@dbs.com
cindy_j_higgins@comerica.com
cindy_lau@troweprice.com
cindy_m_janez@victoryconnect.com
cindy_wang@toyota.com
cindy_wong@ssga.com
cindy_zhang@dell.com
cindyfoo@gic.com.sg
cindygillespie@tagfolio.com
cindyli@wellsfargo.com
cindytseng@cathaylife.com.tw
cindyzy@abcsz.com.cn
cingle@loomissayles.com
cini_gulce@jpmorgan.com
cinny@scsb.com.tw

cinosi@capitalgest.it
cinzia.iacobone@antonveneta.it
cinzia.peccenati@azimut.it
cinzia.pedemonte@arcafondi.it
cinzia.pedrotti@dit.de
cioffi@capitalgest.it
ciprian.marin@lazard.com
cir@pt.lu
circi.emma@enel.it
cirine.el.husseini@morleyfm.com
ciro.parisi@bnlmail.com
cisottog@lloydadriatico.it
citaku@bloomberg.net
ciya@capgroup.com
cj.berry@aib.ie
cj.steffen@deshaw.com
cj.sylvester@ubs.com
cj_zhao@fanniemae.com
cj41@ntrs.com
cja@cgii.com
cjacklin@mcm.com
cjacobs@fhlbatl.com
cjacobson@caxton.com
cjagdish@anb.com.sa
cjakucionis@metlife.com
cjames@fftw.com
cjan@kempen.nl
cjang@payden-rygel.com
cjanosik@ford.com
cjasperneite@marcard.de
cjaw@fhlbc.com
cjbrandon1@aol.com
cjcusack@chevychasebank.net
cje2@ntrs.com
cjeanne@evergreeninvestments.com
cjendra@westernasset.com
cjenni@pictet.com
cjennings@mfs.com
cjeruzal@svmonline.com
cjf.tr@adia.ae
cjhodel@alaska.com
cji@voyageur.net
cjimenez@bde.es
cjk@smith.williamson.co.uk

cjk1@ntrs.com
cjkim@koreaexim.go.kr
cjl0@pge.com
cjlim@bok.or.kr
cjmalling@homeside.com
cjmccarthy@wellington.com
cjmin.choi@samsung.com
cjn2@ntrs.com
cjnelson@delinvest.com
cjnorton@wellington.com
cjobling@westernasset.co.uk
cjobrien@mfcglobalus.com
cjoei@ag-am.com
cjoglekar@tiaa-cref.org
cjohns@dadco.com
cjohns@lineq.com
cjohnson@frk.com
cjohnson@metlife.com
cjohnson@nevrodie.com
cjohnson@orleanscapital.com
cjones@tudor.com
cjong@westernasset.com
cjoseph@hcmlp.com
cjperry@aegonusa.com
cjprobyn@statestreet.com
cjs273@cornell.edu
cjsmith@bear.com
cjsmith@federatedinv.com
cjtman@stanford.edu
cjtringali@wellington.com
cjturcotte@washtrust.com
cjuran@denveria.com
cjust@ifc.org
cjuste@public.ibercaja.es
ck.cheam@bbva.com.hk
ck@gruss.com
ck@nochu.com.hk
ckaefe@ftci.com
ckaehr@jennison.com
ckagaoan@omega-advisors.com
ckamm@bloomberg.net
ckandilis@oppenheimerfunds.com
ckandimaa1@bloomberg.net
ckane@loomissayles.com

ckanejanus@worldbank.org
ckang@frk.com
ckangur@siebertnet.com
ckantor@nb.com
ckapoor@perrycap.com
ckard@bbandt.com
ckasika@msfi.com
ckay@dow.com
ckc@capgroup.com
ckecher@jhancock.com
ckeith@loomissayles.com
ckeller@federatedinv.com
ckeller@loomissayles.com
ckelley14@bloomberg.net
ckempler@pwmco.com
ckendall@dow.com
ckennedy@seawardmgmt.com
ckennedy@wamumortgage.com
ckenny@loomissayles.com
ckfu@bochk.com
ckiel@allstate.com
ckilleen@tiaa-cref.org
ckilmer@williamblair.com
ckilpatrick@westernasset.com
cking@dsaco.com
cking@wscapital.com
ckingston@sli.co.im
ckishpaugh@loomissayles.com
ckjohnson@wilmingtontrust.com
cklein@ftci.com
ckli@dow.com
cklimas@oppenheimerfunds.com
cklin@ms1.chb.com.tw
ckling@tiaa.cref.org
ckling@tiaa-cref.org
cklotz@pershing.com
cknicker@lordabbett.com
cknowlton@jhancock.com
cko@ubp.ch
ckolanovic@bankofny.com
ckonich@fhlbi.com
ckoos@pictet.com
ckoplin@nb.com
ckoranda@perrycap.com

ckpark@kbstar.co.kr
ckrak@allstate.com
ckraw@browncapital.com
ckraysler@eatonvance.com
ckresco@sentinelfunds.com
ckreydick@loomissayles.com
ckrieg@oppenheimerfunds.com
ckrishanthan@dkpartners.com
ckroher@meag.com
cks@bok.or.kr
cks10@us.ibm.com
cksee@bnm.gov.my
cksong@kbd.co.kr
ckuan@bloomberg.net
ckuhn@tiaa-cref.org
ckulp@fdic.gov
ckwok@glic.com
cl@cgii.com
cl2@ntrs.com
cl26@ntrs.com
cl74@ntrs.com
cla@alternative-assets.com
claas.martens@nordlb.de
clacarriere@cprus.com
clachnicht@ambac.com
claes.lachmann@seb.se
claes.nordengren@ap1.se
claes-erik.rydberg@archipel.se
clafayette@clarkest.com
clafrogne@bnp.fr
clagan@congressasset.com
clahr@msfi.com
clair.taylor-henshall@britannia.co.uk
claire.a.healy@bankofny.com
claire.adams@lgim.co.uk
claire.benham@db.com
claire.bennison@barclays.co.uk
claire.blackett@northernrock.co.uk
claire.bright@egg.com
claire.c.dorris@aibbny.ie
claire.campbell@icgplc.co.uk
claire.carney@utc.com
claire.coquard@bnpparibas.com
claire.decrevoisier@banque-france.fr

claire.desmalades@sgam.com
claire.donaldson@bankofbermuda.com
claire.doreau@axa-im.com
claire.franklin@fandc.com
claire.gasperetti@bankofamerica.com
claire.grandpierre@citadelgroup.com
claire.harold@morleyfm.com
claire.i.higgins@jpmorganfleming.com
claire.jamieson@insightinvestment.com
claire.jenkins@gallaherltd.com
claire.jiang@axa-im.com
claire.kaeckenbeeck@degroof.be
claire.kerr@t-mobile.net
claire.leadbeater@db.com
claire.le-louet@total.com
claire.m.croft@bankofamerica.com
claire.mahieux@dexia.com
claire.mccarthy@columbiamanagement.com
claire.mcguckin@uk.fid-intl.com
claire.moses@saint-gobain.com
claire.nash@novartis.com
claire.oconnor@jpmorgan.com
claire.paterson@bailliegifford.com
claire.pedini@alcatel.fr
claire.pereira@bnpgroup.com
claire.simpson@barclaysglobal.com
claire.sowden@db.com
claire.sowry@ashmoregroup.com
claire.thoulouze-fiastre@fundquest.fr
claire.toulouze-fiastre@bnpparibas.com
claire.valvona@uk.calyon.com
claire.villamor@thrivent.com
claire.wooldridge@aberdeen-asset.com
claire.wooldridge@db.com
claire@centaurus-capital.com
claire_cui@capgroup.com
claire_lise_berger@carrefour.com
claire_mead@westlb.co.uk
claireheng@mas.gov.sg
claireteng@cathaylife.com.tw
clammefa@cmcic.fr
clandolt@bloomberg.net
clandon@sterneagee.com
clane@russell.com

claning@keybanccm.com
clanouette@congressasset.com
clapierre@lordabbett.com
claporta@bear.com
clapton1@optonline.net
clar@stanford.edu
clara.franse@dexia-am.com
clara.hang@ap.nxbp.com
clara.laguna@bancoval.es
claratan@mas.gov.sg
claraw@msfi.com
clare.buckley-jones@gartmore.com
clare.c.jansson@bankofamerica.com
clare.cuddigan@claridenleu.com
clare.davidson@bbc.co.uk
clare.denholm@aberdeen-asset.com
clare.flynn@db.com
clare.freeman@baesystems.com
clare.gray@db.com
clare.hart@jpmorgan.com
clare.hennings@aon.co.uk
clare.hepburn@augustus.co.uk
clare.hughes@uk.fid-intl.com
clare.jenner@uk.fid-intl.com
clare.kostiaev@ppm-uk.com
clare.lewis@cba.com.au
clare.macdonald@bailliegifford.com
clare.moore@uk.fid-intl.com
clare.mutone@msdw.com
clare.ormerod@blackrock.com
clare.williams@anfis.co.uk
clare_obrien@accelacommunications.com
clare_wheeler@blackrock.com
clare-anne.a.white@aibbny.ie
clarence_seals@ml.com
clarenceleong@dbs.com
claribel.almonte@prudential.com
clarie.luk@alliancebernstein.com
clarinda.casey@morganstanley.com
clarissa.perez-machado@aiminvestments.com
clarissachng@gic.com.sg
clarisse.breynaert-mauvage@bnpparibas.com
clark.am@tbcam.com
clark.biggers@allianzinvestors.com

clark.chang@db.com
clark.hinckley@zionsbancorp.com
clark.phan@sscims.com
clark.sarah.e@principal.com
clark@crd.ge.com
clark@ms.com
clark_pl@jpmorgan.com
clark_pleiss@bankone.com
clark_shields@troweprice.com
clarke.smith@barclayscapital.com
clarker@brinson.com
clarkerg@ensignpeak.org
clarkjo@ml.com
clarkson.williams@pioneerinvest.com
clas.olsson@aiminvestments.com
clasen_chris@jpmorgan.com
clastrag@bankinter.es
clattin@wasatchadvisors.com
clau@ftci.com
claua@dendanskebank.dk
claud@bloomberg.net
claude.athaide@mackayshields.com
claude.bertemes@fortis.lu
claude.birkenmaier@claridenleu.com
claude.blank@aigpb.com
claude.blocry@blackrock.com
claude.braginsky@bluevalor.com
claude.brassens@calyon.com
claude.c.guerin@bnpparibas.com
claude.cavard@sgam.com
claude.crottaz@nestle.com
claude.diderich@juliusbaer.com
claude.dionysius@bdl.lu
claude.duperret@credit-suisse.com
claude.erb@tcw.com
claude.ewem@lia-asssetmanagement.lu
claude.fourcroy@hsh-nordbank.co.uk
claude.gaudin@ubs.com
claude.grandfils@credit-agricole-sa.fr
claude.guillaume@bnpparibas.com
claude.guillou@caam.com
claude.haberer@asia.bnpparibas.com
claude.hertveldt@dexia.be
claude.koontz@chase.com

claude.marion@spinnakercapital.com
claude.merki@credit-suisse.com
claude.morgenegg@lodh.com
claude.morice@sgam.com
claude.njikam@dexia.be
claude.pettus@siemens.com
claude.rivaud@sgam.com
claude.rosenfeld@caam.com
claude.schettgen@bil-dexia.com
claude.steegmann@dexia-am.com
claude.tiramani@bnpparibas.com
claude.turcot@standardlife.ca
claude.vautier@credit-suisse.com
claude.zehnder@zkb.ch
claude@adia.co.uk
claude_alain.berard@aam.ch
claude_tache@blackrock.com
claude-henri.hereus@airbus.com
claudette.hanley@effcu.org
claudia.beffa@csfb.com
claudia.behm@hsh-nordbank.com
claudia.benci@banca.mps.it
claudia.bengtson@westam.com
claudia.beyeler@juliusbaer.com
claudia.bommersheim@db.com
claudia.bosque@mutualofamerica.com
claudia.brambilla@meliorbanca.com
claudia.brunhart@lgt.com
claudia.caballer@juliusbaer.com
claudia.carloni@snamretegas.it
claudia.cisari@mpsgr.it
claudia.collu@mpsgr.it
claudia.diehm@lbbw.de
claudia.dummermuth@ubs.com
claudia.edelmann@ubs.com
claudia.forster@schoellerbank.at
claudia.friebertshaeuser@db.com
claudia.gentgen@oppenheim.lu
claudia.graebner-heeg@commerzbank.com
claudia.himmelreich@bhf-bank.com
claudia.kalle@clamericas.com
claudia.kipfer@snb.ch
claudia.kleinherne@westam.com
claudia.marciano@morganstanley.com

claudia.mehser@sparinvest.com
claudia.morf@swpc.siemens.com
claudia.pieroni@dexia-crediop.it
claudia.poigner@erstebank.at
claudia.rathgeb@capgroup.com
claudia.reichfloyd@oppenheim.ch
claudia.ritz@essenhyp.com
claudia.roering@db.com
claudia.rosello@pimco.com
claudia.schoenthaler@krentschker.at
claudia.sierra@corp.terra.com
claudia.stanghellini@ap3.se
claudia.stehling@helaba.de
claudia.stetter@hsbc.com
claudia.stringari@mpsgr.it
claudia.tempesta@bnlmail.com
claudia.tischler@lbbw.de
claudia.trojca@westam.com
claudia.vailati@italease.it
claudia.von.braun-janssen@ikb.de
claudia.welzig@sparinvest.com
claudia.werren@vontobel.ch
claudia.wieditz@oppenheim.de
claudia.williams@trs.state.tx.us
claudia.zaffaroni@bankofamerica.com
claudia_correa@ml.com
claudia_neurath@westlb.de
claudia_weir@bayerischerueck.com
claudiag@san.rr.com
claudia-kristin.fortmann@aam.de
claudine.sydler@claridenleu.com
claudio.andretti@carifirenze.it
claudio.arenas@aresiaavc.fr
claudio.aritomi@shinseibank.com
claudio.basso@azfund.com
claudio.bernasconi@bcv.ch
claudio.boggio@sella.it
claudio.bongiolatti@popso.it
claudio.caiata@bsibank.com
claudio.calusi@banca.mps.it
claudio.camplani@bsibank.com
claudio.canale@capitalia-am.com
claudio.capsoni@agip.it
claudio.carboni@fincantieri.it

claudio.cisilino@fincantieri.it
claudio.corcione@lbbw.de
claudio.corsi@ubs.com
claudio.demarco@snamretegas.it
claudio.demolli@autogrill.net
claudio.ercolano@bnymellon.com
claudio.ercolano@csam.com
claudio.franco2@enel.it
claudio.giannoni@banca.mps.it
claudio.hofer@ubsw.com
claudio.irigoyen@db.com
claudio.lepore@credit-suisse.com
claudio.marazzi@bancaintesa.it
claudio.mattaidelmoro@bsibank.com
claudio.mazzoni@claridenleu.com
claudio.meiger@cic.ch
claudio.menghi@nestle.com
claudio.meroni@bsibank.com
claudio.milito@azimut.it
claudio.perna@uk.bdroma.com
claudio.ripamonti@meliorbanca.com
claudio.romano@fincantieri.it
claudio.rotundo@db.com
claudio.sacchet@rothschildbank.com
claudio.sala@bsibank.com
claudio.soranzo@bpubanca.it
claudio.studer@juliusbaer.com
claudio.volpi@unicredit.it
claudio.waller@morganstanley.com
claudio.zanoli@bancaakros.it
claudio_alini@salvatoreferragamo.it
claudiovergami@mediolanum.it
claudius.siegel@helaba.de
claus.boje@danskebank.dk
claus.f.nielsen@nordea.com
claus.gramlich@allianz.es
claus.herold@hsh-nordbank.lu
claus.hoejmark.jensen@jyskebank.dk
claus.hvidegaard@nordea.com
claus.klarup.christiansen@seb.dk
claus.meyer-cording@dws.de
claus.neumeier@sl-am.com
claus.porth@kfw.de
claus.stegemann@wgz-bank.de

claus.thulstrup@ikano.lu
claus.vorm@nordea.com
claus.wagner@devif.de
claus.wilsing@apobank.de
claus_duelfer@westlb.de
claus_huber@swissre.com
clausb@danskebank.dk
claus-dieter.wagner@ikb.de
claus-peter.deglmann@bayernlb.com
clauss@mk-ag.de
clavallee@alaskapermfund.com
claxton_jose@jpmorgan.com
clay.armistead@barclaysglobal.com
clay.boggs@morganstanley.com
clay.hancock@chase.com
clay.lindsey@eagleasset.com
clay.manley@aiminvestments.com
clay.pruitt@harrisbank.com
clay.reese@everbank.com
clay@buffalofunds.com
clayg@tmgchicago.com
clayton.nolde@citigroup.com
clayton.trible@abnamro.com
clayton.watt@cba.com.au
clayton@aigfpc.com
claytonchristopher.hampton@mpsgr.it
clazzaro@loomissayles.com
clc@columbus.com
clchang@cathaylife.com.tw
clchong@mas.gov.sg
clcrosby@wellington.com
cldorsch@bloomberg.net
cleaong@ftci.com
cleavy@oppenheimerfunds.com
clecamp@pictet.com
clech@genre.com
clee@ci.com
clee@dkpartners.com
clegrand@scor.com
clegroux@bft.fr
clehman990@aol.com
cleidson.rangel@fmr.com
cleighton@lordabbett.com
clem.garcia@piercap.com

clemens.aschenbrenner@amg.co.at
clemens.buis@ingbank.com
clemens.mueller@credit-suisse.com
clemens.mueller@db.com
clemens.schellenberg@hyporealestate.de
clemens.weichs@allianz.de
clemens_braams@deltalloyd.nl
clemens_buenger@standardlife.com
clemens_krieg@westlb.de
clement.albert@bdc.ca
clement.boisson@caam.com
clement.g.liu@hsbcpb.com
clement.lee@email.chinatrust.com.tw
clement.li@citicorp.com
clement.maclou@cpr-am.fr
clement.schupp@group.novartis.com
clement.simard@lamondiale.com
clement_lau@newyorklife.com
clement_marchand@rcomext.com
clementine.boris@caam.com
clements.b@mellon.com
clementsja@bernstein.com
clenihan@bartlett1898.com
cleonard@hbk.com
cleong@pictet.com
clepic@bft.fr
clerch@bloomberg.net
cleshock@pwmco.com
cleung@aegonusa.com
clevert@cps.k12.il.us
clevert@gofen.com
clgootkind@wellington.com
clh@capgroup.com
cliff.andrus@inginvestment.com
cliff.dean@hsh-im.co.uk
cliff.gladson@usaa.com
cliff.hide@carlton.com
cliff.jordan@wachovia.com
cliff.wood@barclaysglobal.com
clifford.abramsky@thehartford.com
clifford.scharff@mackayshields.com
clifford.shu@soros.com
clifford.siverd@columbiamanagement.com
clifford.tjiok@helaba.de

clifford_hayden@bankone.com
clifford_kalb@merck.com
clifford_lee@fleet.com
cliffordtan@dbs.com
clifschutz@nb.com
clifton_grant@acml.com
clin@bradfordmarzec.com
clindberg@meag.com
clinsky@blackrock.com
clint.dudley@aiminvestments.com
clint.lawrence@fmr.com
clint_weddell@keybank.com
clinton.condon@fmglobal.com
clinton.eubanks@bankofamerica.com
clinton.matter@rbccm.com
clinton.newman@barclaysglobal.com
clinton.soose@blackrock.com
clinton@sbcm.com
cliona.brennock@aib.ie
cliona.coakley@boigm.com
cliona.okeefe@bankofny.com
cliona_nicunfraidh@ml.com
clipuma@fdic.gov
clist@clearbridgeadvisors.com
clitzsinger@fhlbi.com
cliu@perrycap.com
cliu1@templeton.com
cliv@corner.ch
clive.bannister@hsbcgroup.com
clive.burgess@sakurafinance.com
clive.burstow@alliancebernstein.com
clive.dennis@db.com
clive.hadingham@nabgroup.com
clive.hadingham@sgcib.com
clive.r.hopkins@si.shell.com
clive.richardson@ubs.com
clive.standish@ubs.com
clive.stevens@tudor.com
clive.wiggins@uk.fid-intl.com
clive.williamson@insightinvestment.com
clive@saadgroup.com
clive_williams@troweprice.com
cljh@capgroup.com
clk@nykredit.dk

clleow@wellington.com
clloyd@caxton.com
clm@bloomberg.net
clm@nykredit.dk
clmartin@bloomberg.net
clmcguiness@statestreet.com
clmmsm@bloomberg.net
clmo01@handelsbanken.se
clnagele@delinvest.com
clo@ubp.ch
clo925@tcbank.com.tw
cloader@kio.uk.com
clocastro@caxton.com
clocher@pictet.com
clodagh.m.mcclean@aibbny.ie
cloew@bloomberg.net
clogrand@genre.com
clombardi@babsoncapital.com
clonings@firstcharter.com
clothilde.malaussene@sgam.com
clotilde.wang@db.com
clove@opers.org
cloveless@uscentral.org
cloy@bloomberg.net
clparrish@ybs.co.uk
cltan@mas.gov.sg
clthompson@aegonusa.com
clu@fftw.com
clu@metlife.com
clucas@orix.com
clucci@travelers.com
clui@perrycap.com
clumbrer@morganstanley.es
clundy@bass-net.com
clustfield@lmcapital.com
clvo@capgroup.com
clwilliams@fadv.com
clynch@isbnj.com
clynch@jennison.com
cm.ludwick@do.treas.gov
cm@americancentury.com
cm@bankinvest.dk
cm@bloomberg.net
cm141@ntrs.com

cma@nbim.no
cma@tchinc.com
cma@waddell.com
cmaccettella@bloomberg.net
cmaclellan@eatonvance.com
cmadden@voyageur.net
cmadden3@bloomberg.net
cmagee@fhlbdm.com
cmagnier@bft.fr
cmaid@yamagatabank.co.jp
cmaillard@pictet.com
cmaleyc1@nationwide.com
cmancini@mcc.it
cmanik@oddo.fr
cmanning@bloomberg.net
cmantelin@gsc.com
cmantelin@ikbcc.com
cmantunes.lisboa@sinvest.es
cmarchiori@bci.it
cmarciano@cfm.mc
cmarinko@senecacapital.com
cmarino@ag-am.com
cmarkwalter@montag.com
cmarsh@mandtbank.com
cmarshal@blackrock.com
cmarti03@cajamadrid.es
cmartin@barrowhanley.com
cmartin@websterbank.com
cmartini@bloomberg.net
cmartuschelli@mwam.com
cmarwick@martincurrie.com
cmarzullo@lordabbett.com
cmason@halcyonllc.com
cmassare@lordabbett.com
cmasucci@ofi-am.fr
cmatt@jhancock.com
cmatthews@westernasset.co.uk
cmawn@hcmlp.com
cmaxwell@ftci.com
cmays@bloomberg.net
cmbrandt@the-ark.com
cmbreen@wellington.com
cmc@columbus.com
cmcbride@bloomberg.net

cmccall@essexinvest.com
cmccall@mfs.com
cmccallister@hbk.com
cmccann@arielinvestments.com
cmccarth@princeton.edu
cmccarthy@jhancock.com
cmcconnell@essexinvest.com
cmccready@wasatchadvisors.com
cmcdermott@eatonvance.com
cmcdonnell@bankofny.com
cmcentee@fhlbatl.com
cmcfadden@lordabbett.com
cmcfayden@fandc.co.uk
cmcgarvin@fib.com
cmcgowan@ssrm.com
cmcgrath@dkpartners.com
cmchugh@turnerinvestments.com
cmckenzie@ofii.com
cmckinney@aflac.com
cmclean@svmonline.co.uk
cmcpherson@metlife.com
cmcrimaldi@wellington.com
cmcwhirter@fhlb-pgh.com
cmdacosta@wellington.com
cmdevereux@delinvest.com
cmedema@westernasset.com
cmeglio@bcp.it
cmeier@allstate.com
cmejia@blackrock.com
cmellic@frk.com
cmencer@cambonds.com
cmeng@cambonds.com
cmerlini@calstrs.com
cmerrick@merctrust.com
cmessinger@pershing.com
cmethvin@hcmlp.com
cmetz@caxton.com
cmeuser@massmutual.com
cmezlas@firstbrands.com
cmf@bgbank.dk
cmfisher@delinvest.com
cmg2@ntrs.com
cmg4@ntrs.com
cmherrer@us.ibm.com

cmholland@delinvest.com
cmhsiao@ctcbjp.com
cmhunter@ibtco.com
cmickel@troweprice.com
cmier@mfs.com
cmiller@federatedinv.com
cmillot@dgaf.loreal.com
cmilne@fhlbc.com
cminich@fnbaonline.com
cmiranda@fftw.com
cmiranda@kbw.com
cmires@allstate.com
cmishra@statestreet.com
cmitchell@chicagoequity.com
cmj@coastalsecurites.com
cmkang@tbcam.com
cmlockhart@att.com
cmlopez@wellington.com
cmmanfred@bremer.com
cmmurison@aegon.co.uk
cmmylod@wellington.com
cmnatale@wellington.com
cmo@maybank.com.my
cmo@petercam.be
cmoleux@bloomberg.net
cmolina@lacaixa.es
cmolumphy@frk.com
cmontesinosb@bcj.gbancaja.com
cmoore@hbk.com
cmoore@hcmlp.com
cmoore@securitycapital.comj
cmoores@jhancock.com
cmorales@wellington.com
cmoriarity@loomissayles.com
cmorris@imf.org
cmos@mjwhitman.com
cmoser@maninvestments.com
cmosquera@caxton.com
cmr@capgroup.com
cmr@sitinvest.com
cmrivas@wellington.com
cms238@cornell.edu
cmsong@hanabank.com
cmt@thamesriver.co.uk

cmtsai@mail.cbc.gov.tw
cmuirhead@herculesoffshore.com
cmulhern@wellington.com
cmunoz@troweprice.com
cmunroe@tudor.com
cmurdolo@lordabbett.com
cmurphy7@metlife.com
cmurray@chase.com
cmurray@pala.com
cmurray2@tiaa-cref.org
cmurray-hession@mfs.com
cmurtagh@bloomberg.net
cmuse@loomissayles.com
cmuth1@bloomberg.net
cmv@americancentury.com
cmyburg@pictet.com
cmyer@siebertnet.com
cmyung@guildinvestment.com
cn.morrison@btopenworld.com
cna@worldbank.org
cnachnani@worldbank.org
c-nakata@nochubank.or.jp
cnam@mcleanbudden.com
cnapoliello@bloomberg.net
cnapolitano@victoryconnect.com
cnativi@frk.com
cnauphal@oddo.fr
cnavalta@westernasset.com
cnbeur@bloomberg.net
cneill@bankofny.com
cneitzke@rwbaird.com
cnelson@baupost.com
cnelson@hbk.com
cnelson@tiaa-cref.org
cnetti@statestreet.com
cnettune@hbk.com
cneuhauser@rnt.com
cneveu.bdf@fininfo.fr
cnewman@waddell.com
cnewport@lordabbett.com
cnewton@oaktreecap.com
cng@chinarockcapital.com
cnice@us.fujitsu.com
cnickel@troweprice.com

cnilsen@hcmlp.com
cnisbet@lionsgatecap.com
cnm@capgroup.com
cnn@baupost.com
cnobile@hcmny.com
cnolan3@bloomberg.net
cnolen@tiaa-cref.org
cnoreen@babsoncapital.com
cnork@sunlife.com
cnorris@aegonusa.com
cnugent@perrycap.com
cnw@sov.com
cnyedlik@aegonusa.com
co@publicbank.com.my
co8@ntrs.com
coadp@bloomberg.net
coard@willcap.com
coastal@bloomberg.net
cobain.s@mellon.com
coccak@gcm.com
cochrana@edgf.com
cochs@agfg.com
codaniel@opers.org
codonnell@caxton.com
codonnell@morganstanley.com
codover@nb.com
cody.perkins@usaa.com
cody.smith@ceredexvalue.com
cody_mccubbin@scudder.com
coen.verdegaal@ingim.com
coffenhauser@pictet.com
coganj@gcm.com
cohara@williamblair.com
cohen@fhlb-of.com
cohen_benjamin@accor.fr
cohendr@mizrahi.co.il
cohenfs@bernstein.com
coheni@jwseligman.com
cohens@mizrahi.co.il
cohn@bankinvest.dk
cojmilla@ihc.com
cojs@capgroup.com
cok@ubp.ch
cokeefe@jhancock.com

cokill@sagitta.co.uk
colacchia.elisabetta@enel.it
colano.claudio@bankofny.com
colasanr@strsoh.org
colb@wharton.upenn.edu
colboc@tdsec.co.uk
colby.matthews@pimco.com
colby.stilson@janus.com
colby.wheeler@prudential.com
coldren@blackrock.com
cole.feinberg@barclaysglobal.com
cole.zucker@prudential.com
coleen.north@abnamro.com
coleen_gasiewski@ml.com
coleen_mcelwee@vanguard.com
colemagw@bp.com
coleman.daniel@edgeassetmgt.com
colemano@bloomberg.net
colesirucek@temasek.com.sg
colette.clements@aegon.co.uk
colette.walker@aegon.co.uk
colette_powell@putnam.com
coley.jellinghaus@credit-suisse.com
coley.lynch@grneam.com
colin.atkinson@threadneedle.co.uk
colin.bermingham@barcap.com
colin.black@aegon.co.uk
colin.bradley@gmacrfc.co.uk
colin.brennan@pimco.com
colin.brown@bt.com
colin.burt@swipartnership.co.uk
colin.cavasina@lazard.com
colin.cave@insightinvestment.com
colin.chickles@fidelity.com
colin.couchman@arabbank.co.uk
colin.crosby@aberdeen-asset.com
colin.d.o'connor@aibbny.ie
colin.digby@jpmorgan.com
colin.dryburgh@morleyfm.com
colin.dugas@inginvestment.com
colin.faivre@lazard.fr
colin.finlayson@aegon.co.uk
colin.finnigan@morganstanley.com
colin.gallagher@uk.abnamro.com

colin.graham@aegon.co.uk
colin.graham@blackrock.com
colin.hall@bnl.com
colin.j.garde@bnymellon.com
colin.j.hunt@goodbody.ie
colin.keenan@fmr.com
colin.lambert@rbccm.com
colin.lunnon@barclays.co.uk
colin.macleod@lehman.com
colin.macnaught@state.ma.us
colin.mcqueen@morganstanley.com
colin.miles@bankofengland.co.uk
colin.moar@morleyfm.com
colin.moore@columbiamanagement.com
colin.morris@asbinc.com
colin.ngck@uobgroup.com
colin.nutt@credit-suisse.com
colin.oreilly@rentech.com
colin.p.stock@jpmorganfleming.com
colin.paton@lloydstsb.co.uk
colin.perry@g-icap.com
colin.purdie@aegon.co.uk
colin.riddles@sgam.co.uk
colin.robina@ppmamerica.com
colin.sharp@peregrinecapital.com
colin.stone@uk.fid-intl.com
colin.sturgeb@rbcds.com
colin.sze@asia.bnpparibas.com
colin.trovato@columbiamanagement.com
colin.vance@ie.dexia.be
colin.wallace@ibj.co.uk
colin.ward@ibj.co.uk
colin.weatherup@db.com
colin.williams-hawkes@nordea.com
colin.y.kim@bankofamerica.com
colin_ledlie@standardlife.com
colin_mackie@bankofscotland.co.uk
colin_naughton@putnam.com
colin_robertson@notes.ntrs.com
colin_stewart@ml.com
colin_swanson@bankofscotland.co.uk
colinclarke@angloirishbank.ie
colin-d.alexander@ubs.com
coliner@nb.com

colin-j.beveridge@swip.com
colinja@sdm.cic.fr
colinong@dbs.com
colin-rene.ondoua@hsh-nordbank.com
colivares@idbny.com
coliveira2@metlife.com
coliver@sfdrill.com
colk@capgroup.com
collateral@avmltd.com
collateral@nibc.com
colleen.avalone@fmr.com
colleen.brophy@ubs.com
colleen.croushore@janus.com
colleen.cunniffe@db.com
colleen.dixon@pnc.com
colleen.doremus@truscocapital.com
colleen.farrell@ubs.com
colleen.hickey@citadelgroup.com
colleen.janiw@prudential.com
colleen.jones@csam.com
colleen.kochivar@pimco.com
colleen.lally@pacificlife.com
colleen.longobardi@rbccm.com
colleen.o'connor@ibtco.com
colleen.park@treasury.govt.nz
colleen.rasmussen@rbc.com
colleen.taylor@wachovia.com
colleen.ziegler@aiminvestments.com
colleen_doremus@riggsbank.com
colleen_quinn@putnam.com
colleen_ravaris@ml.com
colleen_thayer@ml.com
colleen_wade@ml.com
collette.dow@dillonread.com
colli.umberto@creval.it
collie.krausnick@morgankeegan.com
collin_chance@agc.com
collins@ellington.com
collins_lisa@fsba.state.fl.us
collinsr@strsoh.org
colm.a.ryan@aibbny.ie
colm.corcoran@hsh-nordbank.co.uk
colm.friel@pioneeraltinvestments.com
colm.mcdonagh@aberdeen-asset.com

colm.nolan@ingim.com
colm.obrien@ilim.com
colmo'neill@angloirishbank.ie
colombe.sudan@nestle.com
colombi@net.mediolanum.it
colshan@templeton.com
colum.lane@pfizer.com
colyn@dartmouth.edu
comalley@eatonvance.com
combesth@bloomberg.net
combsj7@nationwide.com
comerfoe@jwseligman.com
comericabill@bloomberg.net
comes@psai.ch
common@pfdincome.com
compt2@bloomberg.net
comsecurity@bloomberg.net
comunale@bessemer.com
con.english@boi.ie
conall.kennedy@depfa.com
conant.gj@mellon.com
concetta_a_tkacz@fanniemae.com
concha.artola@ecb.europa.eu
coneill@eatonvance.com
conelius@bloomberg.net
cong@temasek.com.sg
conkkf@capgroup.com
conlon@schroders.com
connie.aldrich@ledyardbank.com
connie.cher@gmacrescap.com
connie.chuhaloff@nationalcity.com
connie.fischer@barclaysglobal.com
connie.hum@morganstanley.com
connie.keller@clarica.com
connie.kunze@ers.state.tx.us
connie.lee@state.nm.us
connie.leear@db.com
connie.lee-ar@db.com
connie.leelar@db.com
connie.maillet@selective.com
connie.ou@wellsfargo.com
connie.plaehn@jpmorgan.com
connie.schuemann@allianzgi.de
connie.schuemann@rcm.at

connie.song@harrisbank.com
connie.yan@ubs.com
connie@colonialsavings.com
connie_luecke@dpimc.com
connie_moran@scudder.com
connie_moscon@acml.com
connie_song@americancentury.com
connie71@chollian.net
conniewilliams@citizensfirst-rome.com
connifm@vankampen.com
connollyck@bernstein.com
connor.avery@janus.com
connor.guinan@daiwausa.com
connor.maloney@gmam.com
conny.ricklemoser@ib.bankgesellschaft.de
connyn.chang@email.chinatrust.com.tw
conor.byrne@isb.is
conor.christopher@westernasset.com
conor.dooley@wachovia.com
conor.funge@jpmorgan.com
conor.grimley@soros.com
conor.j.byrne@aib.ie
conor.l.mallen@aib.ie
conor.linehan@boimail.com
conor.m.martin@aib.ie
conor.mcdermott@pioneerinvest.ie
conor.mcgowan@iibbank.ie
conor.mulligan@socgen.com
conor.p.o'donovan@aib.ie
conor.rooney@boigm.com
conor.walley@wgzbank.ie
conor.walshe@ilim.com
conor@indoverbank.com
conorc@bloomberg.net
conorhorgan@angloirishbank.ie
conorirwin@bwbank.ie
conormckeating@angloirishbank.ie
conorspencer@angloirishbank.ie
conrad.chen@tcw.com
conrad.clarke@bayernlb.co.uk
conrad.j.lautenbacher@bankofamerica.com
conrad.mattern@activest.de
conrad.saldanha@nb.com
conrad.schuller@erstebank.at

conrad.smith@thrivent.com
conrad_dabiet@mfcinvestments.com
conrad_r_metz@victoryconeect.com.com
conradc@singer-friedlander.com
conradkwok@dbs.com
conrado.costa@bcb.gov.br
constance.d'aspremont@ingim.com
constant.van_aerschot@alcatel.fr
constantijn.sweep@philips.com
constantin.brunn@deka.de
constantin.filitti@credit-suisse.com
constantin.petrov@fmr.com
constantine_mamakos@putnam.com
constantino@apollolp.com
constantinos.tsolakas@ch.abb.com
constantyn.niewenhuis@hsh-nordbank-int.com
constanze.fay@sparinvest.com
constanze.jung@t-systems.com
consulen@carifirenze.it
contact@ing.lu
contatto@bsct.ch
conti.fulvio@enel.it
continia_scruggs@troweprice.com
conti-pensionskasse@t-online.de
conwaym@jwseligman.com
coo_way_law@putnam.com
cook.p2@mellon.com
cooke@pimco.com
cooleyd@jwseligman.com
coolpark@bok.or.kr
coonsf@nationwide.com
cooper@ellington.com
coopers@fhlbsf.com
copeland@willcap.com
coppert@vankampen.com
coquita.marsh@glgpartners.com
cor.brinkers@be.abnamro.com
cor.moons@meespierson.com
cor.stolwijk@ingim.com
cora.bernecker@bremerlandesbank.de
cora.hughes@biam.boi.ie
cora.morren@pggm.nl
cora.mos@nibc.com
coral.martin@hsbcam.com

coralie.benneleck@hshn-securities.com
corbin.chaffin@cpa.state.tx.us
corbinpd@bloomberg.net
corby.robinson@barclaysglobal.com
cord.brannolte@union-panagora.de
cord.hinrichs@feri.de
cord.rodewald@adig.lu
corderorebeca@bancourquijo.com
cordieal@cmcic.fr
cordula.bauss@cominvest-am.com
coreen.simonowicz@alliancebernstein.com
corentin.cam@fortisinvestments.com
corey.benjamin@blackrock.com
corey.galstan@ptsem.edu
corey.means@commercebank.com
corey.schieler.hj54@statefarm.com
corey_r_holeman@vanguard.com
corey_shull@troweprice.com
corey_walsh@bmc.com
corgant@troweprice.com
cori.farwell@uboc.com
cori.krebs@usbank.com
corib.johnson@fafadvisors.com
corie.carlson@janus.com
corin.frost@barclaysglobal.com
corina.bunu@usbank.com
corina.galli@bsibank.com
corina.munoz@pimco.com
corina.scoggins@trs.state.tx.us
corina.wolterbeek@ingim.com
corine.blanc@bnpparibas.com
corine.van.heijningen@mail.ing.nl
corinna.adler@hsh-nordbank.com
corinna.dixon@daiwasectab.ie
corinna.droese@dzbank.de
corinna.traumueller@ubs.com
corinna.yau@aexp.com
corinne.austin@fmr.com
corinne.baudeloche@caam.com
corinne.bizzoni@pgalternative.com
corinne.chaslin@bnpparibas.com
corinne.conry@aig.com
corinne.drogrey@dcmc.creditlyonnais.fr
corinne.gaborieau@axa-im.com

corinne.hentzen@socgen.com
corinne.herledan@caam.com
corinne.hill@roggeglobal.com
corinne.hofmann@juliusbaer.com
corinne.krincek@inginvestment.com
corinne.lewis-reynier@morganstanley.com
corinne.martin@caam.com
corinne.martindale@corporate.ge.com
corinne.nicollet@sgam.com
corinne.parlier@bnpparibas.com
corinne.pastor@socgen.com
corinne.rifa-saurel@sgam.com
corinne.robusion@bnpparibas.com
corinne.spycher@lodh.com
corinne.whelan@advantuscapital.com
corinne_ching@merck.com
corinne_hill@acml.com
corinne_morrone@vanguard.com
corinne_perkins@acml.com
cormac.billings@bnpparibas.com
cormac.donohoe@ge.com
cormac.kinney@tudor.com
cormac.lucey@pioneerinvestments.com
cormac.obrien@citi.com
cormac.t.treanor@aib.ie
cormac.taggart@commerzbank.com
cormac.w.heffernan@aib.ie
cormac.weldon@threadneedle.co.uk
cormierd@hmc.harvard.edu
cormoneit@munichre.com
corndorff@payden-rygel.com
corne.vanzeijl@sns.nl
cornel.bruhin@claridenleu.com
cornel.egger@ubs.com
cornelia.demirel@ids.allianz.com
cornelia.fischer@lv1871.de
cornelia.hahner@dit.de
cornelia.holz@fraspa1822.de
cornelia.koellmann@db.com
cornelia.manser@juliusbaer.com
cornelia.mimietz@dit.de
cornelia.paape@ids.allianz.com
cornelia.raif@bnpparibas.com
cornelia.raif@citi.com

cornelia.schulze@sparkasse-hannover.de
corneliachoe@gic.com.sg
cornelius.bresser@commerzbank.lu
cornelius.klein@oppenheim.de
cornw@nationwide.com
corona@iberagentes.es
corpfunds@firstvirginia.com
corphanou@laiki.com
corpre@hbk.com
corradinic@groupcredit.it
corrado.bei@capitalia-am.com
corrado.berlenda@eurosgr.it
corrado.ciavattini@mpsgr.it
corrado.cominotto@bgsgr.it
corrado.costanzo@saras.it
corrado.golxisaporiti@mediobanca.it
corrado.j.morellicarroll@aibbny.ie
corrado.jm@tbcam.com
corrado.pachera@bancaprofilo.it
corrado.rinaldi@meliorbanca.com
corrado.santini@grupobbva.com
corrado.varisco@bsibank.com
correnzar@bernstein.com
corrie.lough@aegon.co.uk
corrin.drowica@citadelgroup.com
corrina.lim@cgii.com
corry.geerlings@morganstanley.com
corsoj@cba.com.au
corson.maley@himco.com
cort_ingram@acml.com
cortea.gestora@ibersecurities.es
cortesi.franco@rahnbodmer.ch
corvino.pasquale@gestielle.it
cory.cronin@bnymellon.com
cory.darr@wellsfargo.com
cory.l.pollock@jpmorgan.com
cory@incomeresearch.com
coryell_urban@glenmede.com
corynne.roux-buisson@bnpparibas.com
corys@loopcap.com
coschaefer@munichre.com
coshea@drkw.com
cosimo.marasciulo@pioneerinvest.it
cosmo@bloomberg.net

cosmo_valente@acml.com
cosorio@banco-privado.pt
cossecl@fhlbcin.com
costa.petrunoff@db.com
costa.vayenas@ubs.com
costantino.peiser@depfa.com
costanzj@fhlbsf.com
costavi@exchange.ml.com
costello.we@tbcam.com
coster@bloomberg.net
costin.bontas@citadelgroup.com
costomer@japan.com
coted@aeltus.com
cothe@allianz.gr
cottrelb@strsoh.org
coughfio@exchange.uk.ml.com
coughlas@anz.com
coulson.rich@principal.com
coulter.wright@agf.com
court.dignan@fmr.com
court.ingraham@alliancebernstein.com
courtenay_sturdevant@newyorklife.com
courtney.concannon@columbiamanagement.com
courtney.eudaly@inginvestment.com
courtney.harmer@bwater.com
courtney.hashimoto@wamu.net
courtney.heard@jpmorgan.com
courtney.hollar@inginvestment.com
courtney.huie@ibtco.com
courtney.salazar@lmginv.com
courtney.villalta@trs.state.tx.us
courtney@cambinv.com
cousins@fhlb-of.com
coviellj@jwseligman.com
cowanfj@ensignpeak.org
cowden.de@mellon.com
cowdenw@wellsfargo.com
cowell@pimco.com
cowlescm@ci.anchorage.ak.us
cox2s@kochind.com
coxad@cba.com.au
coy.baugh@phs.com
coyleme@bernstein.com
coyner@aetna.com

cozzi@gestielle.it
cp@perrycap.com
cpaipanandiker@hcmlp.com
cpalmer@ing-capadv.com
cpalmer@summitbank.com
cpalmieri@bci.it
cpalomba@bcp.it
cpalumbo@sunamerica.com
cpanait@payden-rygel.com
cpanasci@websterbank.com
cpapadopoullos@utendahl.com
cparac@tin.it
cparker@ambac-uk.com
cparker@waddell.com
cparkhur@princeton.edu
cparso@citibank.com
cpash@martincurrie.com
cpatel@blackrock.com
cpaton@britannicasset.com
cpatterson@pictet.com
cpaul-renard@hottinguer-jph.com
cpavaman@grneam.com
cpbergel@bloomberg.net
cpd38@cornell.edu
cpearson@fib.com
cpeel@templeton.com
cpelinsky@jennison.com
cpellegrino@standishmellon.com
cpeluso@us.ibm.com
cpemba@btmna.com
cpengel@bloomberg.net
cpepin@troweprice.com
cperetz@sierraglobal.com
cperilman@angelogordon.com
cperkins@frostbank.com
cperque@worldbank.org
cperry@jhancock.com
cpeters@clinton.com
cpeters@evergreeninvestments.com
cpetersen@denveria.com
cpeterson@ftportfolios.com
cpetkiewicz@aztreasury.gov
cpetrin@frk.com
cpetrolati@albertinisim.it

cpett@frk.com
cpezino@frk.com
cpezzini@bloomberg.net
cpfleger@maplepartners.com
cph@capgroup.com
cphcfo@maersk.com
cphcjh@maersk.com
cphifer@fhlbatl.com
cphillips@alaskapermfund.com
cphjbr@maersk.com
cphjwi@maersk.com
cphmsk@maersk.com
cphtankmng@maersk.com
cphxch@maersk.com
cpia@gstreet.com
cpicard@lordabbett.com
cpickering@bloomberg.net
cpieper@guildinvestment.com
cpink@quadrantcapital.com
cpiper@delinvest.com
cpisoni@bsct.ch
cpisupati@metlife.com
cpittman@hcmlp.com
cpittman@prospectsecurities.com
cpizzigoni@credem.it
cpleung@bochk.com
cplister@blaylocklp.com
cplouche@blaylockabacus.com
cpluhar@juliusbaer.com
cplummer@coj.net
cpmccue@bloomberg.net
cpmtransactions@calyon.com
cpncomb@allstate.com
cpohl@anchorcapital.com
cpokemon@kids.com
cpoli@nylim.com
cpomeroy@mmcgrand.com
cpoole@martincurrie.com
cpoon@westernasset.com
cporten@nb.com
cporter@thamesriver.co.uk
cposada@mdsass.com
cpot@kempen.nl
cpothier@chargeurs.fr

cpower@tiaa-cref.org
cpowers@standishmellon.com
cpp@bpi.pt
cpratt@uss.co.uk
cpreston@summitbank.com
cpreyss@williamblair.com
cprice@frk.com
cpriebe@aamcompany.com
cprior@statestreet.com
cprotzko@wellington.com
cpto@bochk.com
cpulido@bancomadrid.com
cpunto@banco-privado.pt
cquallen2@bloomberg.net
cquinn@tiaa-cref.org
cr@capgroup.com
cr38@ntrs.com
cr50@ntrs.com
cr8@americancentury.com
craddis@ppmaerica.com
cradigan@hough.com
cragozzi@cajamadrid.es
craig.a.thompson@jpmorgan.com
craig.allen@wellsfargo.com
craig.ayers@alliancebernstein.com
craig.barton@icap.com
craig.behrens@fortisinvestments.com
craig.berendowski@moorecap.com
craig.beresford@gmacrfc.co.uk
craig.bishop@towersperrin.com
craig.bleiweis@fhlb-pgh.com
craig.blum@tcw.com
craig.bonder@rabobank.com
craig.braun@ge.com
craig.brothers@fmr.com
craig.brown@janus.com
craig.burrell@uboc.com
craig.close@ppmamerica.com
craig.colenso@insightinvestment.com
craig.collins@bailliegifford.com
craig.dauer@eagleasset.com
craig.deadman@db.com
craig.dewling@prudential.com
craig.dunn@pncbank.com

craig.dylewski@erieinsurance.com
craig.ellinger@ubs.com
craig.engwert@americas.bnpparibas.com
craig.enright@corporate.ge.com
craig.fecke@gecapital.com
craig.goldstein@gmam.com
craig.hardy@huntington.com
craig.harper@sgam.co.uk
craig.inches@swip.com
craig.ingram@bmo.com
craig.irving@bailliegifford.com
craig.j.weisenberger@columbiamanagement.com
craig.jacobson@janus.com
craig.kercho@capitalonebank.com
craig.keto@pnc.com
craig.knocke@bbh.com
craig.koszewski@xlgroup.com
craig.lehman@4086.com
craig.leopold@columbiamanagement.com
craig.leveille@bmo.com
craig.lindsay@cibc.ca
craig.loo@moorecap.com
craig.mackenzie@insightinvestment.com
craig.marran@nabasia.com
craig.mauermann@micorp.com
craig.mcconnell@aberdeen-asset.com
craig.mccormack@glgpartners.com
craig.mccullough@trs.state.tx.us
craig.mcdougall@canadalife.co.uk
craig.mcgeeney@citigroup.com
craig.mitchell@aig.com
craig.nauman@schwab.com
craig.nix@fcbsc.com
craig.noble@wachovia.com
craig.olsen@fcbw.com
craig.paton@citadelgroup.com
craig.pennington@insightinvestment.com
craig.peters@barclaysglobal.com
craig.peters@liberty.co.za
craig.r.maxwell@sb.com
craig.reesey@53.com
craig.rethmeyer@tcw.com
craig.reynolds@fhlbny.com
craig.richmond@rothschildbank.com

craig.russell@db.com
craig.saul@shell.com
craig.schiffer@drkw.com
craig.scholl@lazard.com
craig.shute@bankofengland.co.uk
craig.simpson@mandg.co.uk
craig.smith@ppmamerica.com
craig.smyth@americo.com
craig.stapleton@advantuscapital.com
craig.stobo@btfinancialgroup.com
craig.sulzburgh@db.com
craig.tavender@blackrock.com
craig.templer@commerzbank.co.uk
craig.varrelman@corporate.ge.com
craig.veysey@swip.com
craig.walling@ubs.com
craig.wright@royalbank.com
craig.yep@lmginv.com
craig.young@bnpparibas.com
craig.z.lynch@aib.ie
craig.zedalis@wachovia.com
craig_baskin@putnam.com
craig_blessing@ml.com
craig_boothe@freddiemac.com
craig_dandurand@calpers.ca.gov
craig_degiacomo@ssga.com
craig_e_ruch@victoryconnect.com
craig_goryl@putnam.com
craig_jubinski@vanguard.com
craig_kohler@scudder.com
craig_nauman@freddiemac.com
craig_oliver@putnam.com
craig_oliver@ssga.statestreet.com
craig_orr@ssga.com
craig_pinsly@america.hypovereinsbank.com
craig_rhines@calpers.ca.gov
craig_slater@ssga.com
craig_thiese@troweprice.com
craig_weiner@putnam.com
craig_x_macdonald@standardlife.com
craigcuzmanko@northwesternmutual.com
craigk@tmgny.com
craigresearch@soros.com
craik@bessemer.com

crallo@russell.com
cramos@pobox.upenn.edu
cramos@williamblair.com
cranc@cfm.mc
crao@mfs.com
cratliff@bluebonnetsavings.com
cratliff@lmfunds.com
crau@wfgweb.com
cravariom@gruppocredit.it
crconway@wellington.com
creardon@bloomberg.net
creasonj@pfm.com
creckin@fsa.com
credit@bancaroma.co.uk
credit@dzbank.ie
creditresearch@glgpartners.com
creechj@strsoh.org
creedie2@bloomberg.net
creid@brownadvisory.com
creighton.jue@barclaysglobal.com
crema.federico@sella.it
cremington@eatonvance.com
cremo@shay.com
crenaut@bankofny.com
crenna@copera.org
crennoldson@londonstockexchange.com
crespi.n@mellon.com
cretrum@cwhenderson.com
creyl@pictet.com
creynolds@nb.com
crfortier@metlife.com
crfreiberg@bremer.com
crharvey@leggmason.com
crhis.braendli@bernstein.com
crhuitson@ybs.co.uk
cric@kempen.nl
crichard@loomissayles.com
crichens2@bloomberg.net
crieddle@opers.org
crietscha@btmna.com
criffe@microsoft.com
crinald@templeton.com
cris.santaanaiii@tcw.com
cris_carroll@gap.com

crishell@merctrust.com
crispijn.kooijmans@rabobank.com
crispin.cripwell@baring-asset.com
crispin.finn@csam.com
crispin.henderson@threadneedle.co.uk
crispin.murray@btfinancialgroup.com
crispin.ovenden@bankofengland.co.uk
crispo.mariafrancesca@enel.it
cristian.canis@ruedblass.ch
cristian.ghiuvea@morganstanley.com
cristian.segui@pioneerinvest.com
cristian.terri@bancalombarda.it
cristiana.corno@bancaintesa.it
cristiana.dealessi@moorecap.co.uk
cristiana.giua@intesasanpaolo.com
cristiano.borghi@gestielle.it
cristiano.casini@antonveneta.it
cristiano.castellani@bnlmail.com
cristiano.rinaldi@am.generali.com
cristiano_borean@generali.com
cristin.caufield@ge.com
cristina.barish@blackrock.com
cristina.borsani@snb.ch
cristina.brambilla@st.com
cristina.brizido@cgd.pt
cristina.buonocore@morganstanley.com
cristina.cardellini@gs.com
cristina.castagner@caboto.it
cristina.castoldi@mediobanca.it
cristina.cattaneo@bancaintesa.it
cristina.cue@morganstanley.com
cristina.de.masi@am.generali.com
cristina.gaudenzi@ersel.it
cristina.gavin@ibercaja.net
cristina.klinger@ubsw.com
cristina.lege@sanpaoloimi.com
cristina.marini@pioneerinvest.it
cristina.martinez@ibercaja.net
cristina.matti@pioneerinvest.ie
cristina.nunziata@pimco.com
cristina.paltrinieri@intesasanpaolo.com
cristina.pezzati@carifirenze.it
cristina.piedrahita@morganstanley.com
cristina.santa@interdin.com

cristina.siro@pioneerinvest.it
cristina.tapparelli@socgen.co.uk
cristina.y.romero@ge.com
cristina_cam@calpers.ca.gov
cristina_fernandez-alepuz@acml.com
cristoffer.homann@hsh-nordbank.com
cristophe.schaer@bsibank.com
cristy.barton@bankofamerica.com
crivellaro.k@mellon.com
crivera@maidenform.com
crizzi@fondianima.it
crnogorh@ebrd.com
crobert@doley.com
croberts@babsoncapital.com
croberts@ufji.com
crobertson@barbnet.com
crobinson@lordabbett.com
crobinson@tjim.com
crobles@invercaixa.es
crodrig.bbl@bloomberg.net
crodriguez@guzman.com
crodriguez@us.mufg.jp
crogers@bbandt.com
crohrbasser@bper.ch
croig@tiaa-cref.org
cromer_phyllis@fsba.state.fl.us
cronan.km@tbcam.com
cronan@arborcapital.com
croncari@statestreet.com
cronenberghs@swisscap.com
croninkc@wharton.upenn.edu
crooney@bpscapital.com
croos@thamesriver.co.uk
cropext@nyc.deshaw.com
crosenberg@ellington.com
crosley.stokes@lgim.co.uk
croson@blackrock.com
croteau.nathalie@pmintl.ch
crothman@jhancock.com
crowe@loomissayles.com
crowe@metlife.com
crowleym@deshaw.com
croyce@roycenet.com
croyd@anz.com

crozakis@lordabbett.com
crpouillart@wellington.com
crrgen45@comune.roma.it
crs63@cornell.edu
crudbar@ftci.com
cruegemer@metzler.com
cruicka@towers.com
crumpler_amy@fsba.state.fl.us
cruoff@opers.org
crupinski@ag-am.com
cruss@eatonvance.com
crussell@kentuckyfarmersbank.com
crwalters@up.com
cryan@ustrust.com
crystal.hargis@eagleasset.com
crystal.kwok@barclaysglobal.com
crystal.murzynski@erieinsurance.com
crystal.stetzy@nationalcity.com
crystal.wallace@wamu.net
crystal_smith@invesco.com
crystal_staton@freddiemac.com
crystalszu@hncb.com.tw
crz-umeda@nochubank.or.jp
cs.venkatakrishnan@jpmorgan.com
cs@bankinvest.dk
cs@bpi.pt
cs@pmim.com
cs12@ntrs.com
cs21@ntrs.com
cs3@compassbnk.com
cs585@cornell.edu
csa@mortgagenetwork.com
csaathoff@ebkgroup.com
csabol@summitbank.com
csachs@natexisny.com
csadams@delinvest.com
csales@vector.com.mx
csalomon@bloomberg.net
csalvadm@cajaamdrid.es
csamano@banxico.org.mx
csammons@bloomberg.net
csanchez@creditandorra.ad
csanford@babsoncapital.com
csanford@bloomberg.net

csanford@delinvest.com
csarna@allstate.com
csarnicki@tmgchicago.com
csarofim@sarofim.com
csartori@bancasempione.ch
csawneyj@bloomberg.net
csbeck@delinvest.com
csbrooks@provbank.com
cscaturo@ftci.com
cschadt@aegonusa.com
cschaffer@delinvest.com
cschecter@us.nomura.com
cscheng@mas.gov.sg
cschiavone@caxton.com
cschidlo@bloomberg.net
cschloss@westernasset.com
cschmitt@tigerglobal.com
cschneider@corpone.org
cschneider@rmf.ch
cscholtes@fftw.com
cschott@meag.com
cschuelein@marchpartners.com
cschweizer@munichre.com
cschweizer@pictet.com
cscott@toddinvestment.com
cscully@metlife.com
csearle@bankofny.com
csedlak@lincap.com
cseip@bloomberg.net
cself@deerfieldcapital.com
csemanuk@tiaa-cref.org
cseng@income.com.sg
csengil@panagora.com
csenior@tweedy.com
cseregni@bloomberg.net
cserpa@ssb.com
cseverson@rwbaird.com
csg82093@glaxowellcome.co.uk
csgoh@mas.gov.sg
cshao@lordabbett.com
cshaw@fhlb-pgh.com
cshea@pilgrimfunds.com
csheedy@sarofim.com
csheets@mt.gov

csheffield@canyonpartners.com
cshelton@angelogordon.com
csherman@pacent.com
cshi@fhlbc.com
cshia@westernasset.com
cshilling@bloomberg.net
cshiung@rockfound.org
cshreve@farcap.com
cshufeldt@hbk.com
csi@bok.or.kr
csibley@westernasset.com
csiege@ingalls.net
csiegel@caxton.com
csimko@wisi.com
csinatra@fideuramsgr.it
csinger@lmfunds.com
csinger@meag.com
csitu2@bloomberg.net
csiu@warburgpincus.com
cskoh@mas.gov.sg
cslarson@spt.com
cslaybaugh@jhancock.com
csloyer@senecacapital.com
csm@finansbanken.dk
csmart@bankofny.com
csmckane@bloomberg.net
csmith@capitaladv.com
csmith@orixcm.com
csmith@scmadv.com
csmith@smithgraham.com
csmith@tmgchicago.com
csmith4@allstate.com
csmith4@metlife.com
csoligo@benetton.it
c-sophie@mail.cbc.gov.tw
csorkin@siebertnet.com
csorrentino@exchange.ml.com
csosey@bloomberg.net
csotero@finibanco.pt
cspencer@fcbnm.com
csperry@frk.com
csremsen@delinvest.com
css1@ntrs.com
cssiebel@statestreetkc.com

cst1@ntrs.com
cstacey@fftw.com
cstadnicki@massmutual.com
cstaehly@wellington.com
cstanton@btmna.com
cstassen@princeton.edu
cstavrakos@bloomberg.net
csteachout@wellington.com
cstella@teleos.com
cstephens@hbk.com
cstephenson@newstaram.com
csterling3@bloomberg.net
c-steven.park@db.com
cstewart@btmna.com
cstewart@federatedinv.com
cstewart@us.mufg.jp
cstifel@incomeresearch.com
cstilian@cajamadrid.es
cstodghill@nationalasset.com
cstopa@ncmcapital.com
cstopa@smithbreeden.com
cstorms@rorerasset.com
cstorrar@fandc.co.uk
cstrack@allstate.com
csu@westernasset.com
csuarez@worldbank.org
csullivan@unfcu.com
csupadulya@bloomberg.net
csutherl@princeton.edu
csw@petercam.be
csw1469@yahoo.co.kr
csweat@angelogordon.com
csweeney@jmsonline.com
csweeney1@bloomberg.net
csweeting@templeton.com
cswihart@tiberasset.com
csylla@allstate.com
csylwest@blackrock.com
csymington@metlife.com
ct@capgroup.com
ctabb@mfs.com
ctafel@tswinvest.com
ctang@fftw.com
ctangjaitrong@delinvest.com

ctantillo@lordabbett.com
ctaylor@evergreeninvestments.com
ctaylor@russellmellon.com
ctbnya@aol.com
ctc@columbus.com
ctc@mn-services.nl
ctc21101@ctoc.com.tw
ctc21201@ctoc.com.tw
ctc21202@ctoc.com.tw
ctebo@fhlbc.com
ctegan@bloomberg.net
ctelling@westernasset.co.uk
cteng@pacent.com
cteng@worldbank.org
cterrell@eatonvance.com
ctfreeman@wellmanage.com
cth@danskesecurities.com
ctham@exchange.ml.com
ctheccanat@smithgraham.com
cthigpen@protective.com
cthompson@tiaa-cref.org
ctigert@cibcmellon.com
ctlasgs@uclhq.unocal.com
ctlee@mas.gov.sg
ctm@capgroup.com
ctn@nbim.no
ctocci@ers.state.tx.us
ctodd@standishmellon.com
ctomasini@bsct.ch
ctomassini@bloomberg.net
ctompkins@mfs.com
ctong@mas.gov.sg
ctorrent@invercaixa.es
ctorres@rccl.com
ctowle@lordabbett.com
ctowne@certusmgt.com
ctritton@newstaram.com
ctruran@fult.com
ctsagk@nbg.gr
ctsang@btmna.com
ctsang@us.mufg.jp
ctseng@fareastnationalbank.com
ctsien@teleos.com
ctucker@dsaco.com

ctuffy1@bloomberg.net
ctulumen@oyakbank.com.tr
cturner@cambridgeassociates.com
ctwohig@bankofny.com
ctyler@calstrs.com
cuar@bloomberg.net
cubbagek@aeltus.com
cugwumba@nb.com
cuishuang@citicbank.com
cullenh@bwbank.ie
cullent@ebrd.com
cullyatt@oppenheimerfunds.com
cumhur.ornek@denizbank.com
cummingn@brinson.com
cuneyt.ispir@citizensbank.com
cunha.leal@bsnp.pt
cuniberti@bloomberg.net
cunning.sa@mellon.com
cunningham.me@mellonequity.com
cunningham@jwseligman.com
cupps@pimco.com
curetmf@cccm.creditmutuel.fr
curran.l@tbcam.com
currencymarkets@alpha.gr
curt.beaudouin@drkw.com
curt.burns@ppmamerica.com
curt.engler@blackrock.com
curt.hollingsworth@fmr.com
curt.landtroop@gmam.com
curt.rogers@trs.state.tx.us
curt.starer@aberdeen-asset.com
curt.stauffer@pnc.com
curt_fintel@ustrust.com
curtis.a.white@jpmorgan.com
curtis.adams@mhcb.co.uk
curtis.arledge@blackrock.com
curtis.arledge@wachovia.com
curtis.deane@americas.bnpparibas.com
curtis.hall@everbank.com
curtis.jenouri@helaba.de
curtis.lee@inginvestment.com
curtis.ruoff@barclaysglobal.com
curtis.watters@pncbank.com
curtis@calpers.ca.gov

curtis_butler@scudder.com
curtisludwick@northwesternmutual.com
curtrohrman@dhja.com
curzio.copis@credit-suisse.com
curzio.copis@juliusbaer.com
curzon.peier@sgam.co.uk
custis.margie@principal.com
custody@ensignpeak.org
customer@japan.com
cutright@cadence.com
cv2@americancentury.com
cvaccaro@oppenheimerfunds.com
cvalentini@bloomberg.net
cvalery@groupama-am.fr
cvallecillo@santandersecurities.com
cvanbrunt@standishmellon.com
cvancamp@email.msn.com
cvandekerckhove@pictet.com
cvanderbush@roycenet.com
cvanderleest@spfbeheer.nl
cvandervinne@brusselsairlines.com
cvanella@tmgchicago.com
cvantil@ftportfolios.com
cvarela@grupobbva.com
cvatis@jennison.com
cvazquez@creditandorra.ad
cvc@capgroup.com
cve@gutzwiller-funds.com
cvechhi@bloomberg.net
cveintem@tea.state.tx.us
cvest@unibank.dk
cvialonga@carac.fr
cviel@metzler.com
cvilaythong@ssrm.com
cvillal@frk.com
cvillazon@campus.uoc.es
cvincent@williamblair.com
cviner@bloomberg.net
cviscardi@bloomberg.net
cvoelker@blackrock.com
cvonroten@bloomberg.net
cvonturk@pictet.com
cvorobieff2@bloomberg.net
cvq@dodgeandcox.com

cvstarble@statestreet.com
cvuolo@credem.it
cvuong@bankofthewest.com
cw@ipf.dk
cw@wmblair.com
cw30@ntrs.com
cwagner@hapoalimusa.com
cwaitt@loomissayles.com
cwalke@ftci.com
cwalker@bloomberg.net
cwalsh@alger.com
cwang@frk.com
cwang@worldbank.org
cward@farcap.com
cward@mfs.com
cward@oaktreecapital.com
cwarren2@bloomberg.net
cwashington@fhlbc.com
cwaterworth@pbucc.org
cwatson@franklintempleton.co.uk
cwatters@arielcapital.com
cwatts@tigerglobal.com
cwchoi@healthcare.co.kr
cwebb@wcbarksdale.com
cwebber@kbw.com
cweiner@orix.com
cwelch@westernasset.co.uk
cwendler@troweprice.com
cwerthwine@metlife.com
cwest@sagitta.co.uk
cwh8@columbia.edu
cwheeler@frontierbank.com
cwhelan@bblusa.com
cwhinery@mfs.com
cwikert@hcmlp.com
cwil@bgbank.dk
cwilliams@loomissayles.com
cwilliams@perrycap.com
cwilliams1@provident-bank.com
cwills@troweprice.com
cwilmot@bloomberg.net
cwilson@dumac.duke.edu
cwilson@martincurrie.com
cwilson@stonehill.com

cwindeyer@spectruminvest.com.au
cwinkler@aegonusa.com
cwinter@oppenheimerfunds.com
cwittmann@tswinvest.com
cwmurphy@statestreet.com
cwojcik@union-investment.de
cwolf@oppenheimerfunds.com
cwolfe@jennison.com
cwolfenden2@bloomberg.net
cwong@ffw.com
cwong@foresters.com
cwong@oppenheimerfunds.com
cwood@denveria.com
cwoodruff@dhja.com
cwoods@meag-ny.com
cwoolford@us.mufg.jp
cwoolridge@blaylocklp.com
cwoschenko@bbandt.com
cwpark@kfb.co.kr
cwsmith@thehartford.com
cwsmith1@optonline.net
cwteng@dbs.com
cwu@federatedinv.com
cwyrick@boh.com
cwysong@hbk.com
cwyun@hanabank.com
cxc@columbus.com
cxi@capgroup.com
cxxs@capgroup.com
cy.chen@email.chinatrust.com.tw
cy@citicib.com.cn
cy422.lee@samsung.com
cy5@ntrs.com
cyang1301@mail.cbc.gov.tw
cyanoshi@blackrock.com
cyates@lordabbett.com
cyazgan@worldbank.org
cybele.almeida@ubs.com
cyeary@aegonusa.com
cyee@westernasset.com
cyi@tiaa-cref.org
cyingling@federatedinv.com
cyl@cathaylife.com.tw
cyn@bloomberg.net

cyndie_machadinho@putnam.com
cynthia.beaulieu@phxinv.com
cynthia.bow@db.com
cynthia.chan@hsbc.com
cynthia.cole@allegiantgroup.com
cynthia.corrigan@db.com
cynthia.dempsey@inginvestment.com
cynthia.echevarria@ny.frb.org
cynthia.hartmann@fhlb-pgh.com
cynthia.holloway@alcoa.com
cynthia.j.akagi@conocophillips.com
cynthia.johnson@sscims.com
cynthia.loh@pimco.com
cynthia.m.brown@bnymellon.com
cynthia.meyn@morganstanley.com
cynthia.p.davies@jpmorgan.com
cynthia.paul@soros.com
cynthia.podschuweit@wmam.com
cynthia.r.bell@aibbny.ie
cynthia.racine@bbh.com
cynthia.radelet@degroof.be
cynthia.rainis@moorecap.com
cynthia.ranzilla@gm.com
cynthia.strauss@fmr.com
cynthia.voorhees@axa-im.com
cynthia.walker@pncbank.com
cynthia.x.eng@jpmorgan.com
cynthia_byers@rsausa.com
cynthia_d_wilcox@fleet.com
cynthia_moy@ssga.com
cynthia_rogers@glenmede.com
cynthia_wu@blackrock.com
cynthiabrown@jhancock.com
cynthiac@ruanecunniff.com
cynthiahuang@ms1.hncb.com.tw
cynthialim@gic.com.sg
cynthiang@hsbc.com.hk
cynthiax@seas.upenn.edu
cynthia-xx.chen@aig.com
cyoho@opers.com
cyonker@litchfieldcapital.com
cyoon@hmausa.com
cyorke@cwhenderson.com
cyoshim@frk.com

cyost@lkcm.com
cyoung@metzler.com
cyoung2@templeton.com
cyrielle.peres@dexia.be
cyril.aschenbrenner@jpmchase.com
cyril.benier@axa-im.com
cyril.berchtold@ubs.com
cyril.beriot@sgcib.com
cyril.berner@lodh.com
cyril.c.levy-marchal@jpmorgan.com
cyril.colmont@caam.com
cyril.furtak@barep.com
cyril.geada@bnpparibas.com
cyril.latroche@rabobank.com
cyril.lesmier@barep.com
cyril.louchtchay@calyon.com
cyril.mace@axa-im.com
cyril.notz@credit-suisse.com
cyril.ravilly@fr.thalesgroup.com
cyril.regnat@calyon.com
cyril.tourneur@socgen.com
cyril_derveloy@westlb.com
cyril_malak@putnam.com
cyril_meijers@deltalloyd.nl
cyrill.voser@juliusbaer.com
cyrille.collet@cpr-am.fr
cyrille.conseil@pimco.com
cyrille.robic@clf-dexia.com
cyrille.strugarek@calyon.com
cyrille.urfer@lodh.com
cyrine.tayoubi@uk.nomura.com
cyroh@netvigator.com
cyrus.jehangir@uk.fid-intl.com
cyrus@omega-advisors.com
cyrus_dilmaghani@putnam.com
cyrus_korat@ml.com
cyrus_linscott@cguusa.com
cyw.em@adia.ae
czagler@bloomberg.net
czahedi@intesasanpaolo.com
czb@capitalglobal.com
czehr@ameritas.com
czeppieri@payden-rygel.com
czhang@martincurrie.com

czhang@payden-rygel.com
czhang@wharton.upenn.edu
czhou@halcyonllc.com
czhu@eatonvance.com
czobbi@bloomberg.net
czorrilla@fhhlc.com
czr1@ntrs.com
czuelke@voyaguer.net
d..@kfhsh.com
d.acker@bouwfonds.nl
d.altmann@lcfr.co.uk
d.bakolas@olayangroup.com
d.balaz@bawag.com
d.barglow@easternbk.com
d.baumgartner@3bg.at
d.bogosian@easternbk.com
d.c.blitz@robeco.nl
d.carettoni@cassalombarda.it
d.casai@bearbull.ch
d.chatzoudis@robeco.nl
d.clark@eib.org
d.clemente@hsbc.guyerzeller.com
d.curley@fnysllc.com
d.curling@hermes.co.uk
d.dalipis@alphatrust.gr
d.darbisi@bipielle.it
d.desaivre@probtp.com
d.dwyer@statestreet.com
d.einhorn@fnysllc.com
d.eriksen@mwam.com
d.ewald@frankfurt-trust.de
d.fabbro@eib.org
d.feitzinger@spaengler.at
d.field@qic.com
d.finch@hermes.co.uk
d.fowler1@bloomberg.net
d.galligan@fordfound.org
d.galloni@kairospartners.com
d.girard-soppet@reno.ch
d.goodman@mwam.com
d.grashoff@robeco.nl
d.groeneveld@robeco.nl
d.guigou@lvmh.fr
d.haesen@robeco.nl

d.harrison@hermes.co.uk
d.hazelwood@heineken.com
d.hemming@hermes.co.uk
d.hobson@olayan.com
d.hoey@abc-arbitrage.com
d.hoozemans@robeco.nl
d.hupfer@donner.de
d.janik@staedtische.co.at
d.jean-jacques@olyangroup.com
d.johnson@naspadub.ie
d.kallus@wafra.com
d.kitayama@bloomberg.net
d.krammer@3bg.at
d.lau@qic.com
d.leeding@hermes.co.uk
d.lew@sunamerica.com
d.lillicrap@qic.com.au
d.lussana@italcementi.it
d.lysaght@hermes.co.uk
d.mace@pembrokecm.com
d.mcelroy@bipielle.co.uk
d.monaco@fmr.com
d.murphy@naspadub.ie
d.nash@hermes.co.uk
d.nelson@fordfound.org
d.newlands@bspf.co.uk
d.nittelet@naspadub.ie
d.ottens@dnb.nl
d.patel@hermes.co.uk
d.pellizzari@fineco.it
d.pfund@iam.ch
d.pileri@fineco.it
d.r.de.ree@indoverbank.com
d.rino@bloomberg.net
d.roberts@mwam.com
d.roff@hermes.co.uk
d.rollier@bspf.co.uk
d.roncaglio@bpbfinance.com
d.ronchetti@olivetti.com
d.sheeler@olayangroup.com
d.spurgeon@qic.com
d.stanbrook@sumitomotrust.co.jp
d.taylor@fnysllc.com
d.uljee@robeco.nl

d.van.den.berg@hq.vnu.com
d.williams@mwam.com
d.wu@noemail.com
d.zampar@centrobanca.it
d.zekrya@mwam.com
d.zoni@barilla.it
d_clanton@duncanw.com
d_gregoris@beutel-can.com
d_jaroch@putnam.com
d_king@comerica.com
d_morand@bankaudi.ch
d_roguet@bred.fr
d0132@asahi-life.co.jp
d0137@asahi-life.co.jp
d0138@asahi-life.co.jp
d0139@asahi-life.co.jp
d0141@asahi-life.co.jp
d0143@asagu-life.co.jp
d0203@asahi-life.co.jp
d0309@asahi-life.co.jp
d2a@americancentury.com
d2u@americancentury.com
da@capgroup.com
da1@ntrs.com
da45@ntrs.com
daan.potjer@uk.abnamro.com
daas@capgroup.com
dab@nbim.no
dab@sitinvest.com
dabbott@bloomberg.net
dabbs@allstate.com
dabdoub@nbk.com
dabdrakhmanov@eatonvance.com
dabees@bloomberg.net
daberius@bloomberg.net
dabiran@koor.com
dabulin@lnc.com
dac.tr@adia.ae
dac7@dcx.com
dacevedo@mfs.com
dachang@wellington.com
dachengx@princeton.edu
dachille_douglas@jpmorgan.com
daclarke@tiaa-cref.org

dacollins@wellington.com
daconnolly@ibtco.com
dad@bankinvest.dk
dad@capgroup.com
dadamczk@massmutual.com
dadams@ambac.com
dadams@davenportllc.com
dadan@perrycap.com
dadler@bear.com
dadler@smithbreeden.com
dae_na@freddiemac.com
daeho.bang@gs.com
daehong@bloomberg.net
daehyuck.lim@samsung.com
daehyukyoo@hanabank.com
daemon.bear@jpmorganfleming.com
daesik.kim@morganstanley.com
daewoong.lim@samsung.com
daeyong.jeong@scfirstbank.com
dafner@princeton.edu
dafranchetti@delinvest.com
dafried1@prodigy.net
dag.eide@telenor.com
dag.em@adia.ae
dag.lindskog@dnb.se
dag.linskog@dnbnor.no
dag.martensson@brummer.se
dag.sletmo@kaupthing.no
dagarcia@bancorio.com.ar
daglio.da@tbcam.com
dagmar.alpen@oppenheim.de
dagmar.baumer@db.con
dagmar.brosch@bhf-bank.com
dagmar.kolaciak@lbbw.de
dagmar.kugler@dghyp.de
dagmar.mueller@dzbank.de
dagmar.mundani@siemens.com
dagmar.nikles@barclaysglobal.com
dagmar_lange@westlb.de
dagobert.autering@bmw.de
dagostino.michael@principal.com
dagostino@finmeccanica.it
dagrawal@dcinv.com
dagray@pclient.ml.com

dah.pd@adia.ae
dah@capgroup.com
dahawker@leggmason.com
dahniel.buie@inginvestment.com
dahnow@alger.com
daho03@handelsbanken.se
dai.fan@prudential.com
dai.ying@icbcleasing.com
daijianchun@citicib.com.cn
daijyu@dl.dai-ichi-life.co.jp
daikim123@chbi.co.kr
dainav@bloomberg.net
dainsworth@babsoncapital.com
daira.brunere@bank.lv
daire.t.dunne@jpmorganfleming.com
dairen.beblow@fcc-sca.ca
daishi.samuro@mhcb.co.uk
daishiniigata@msi.biglobe.ne.jp
daisuke.a.fujimaki@ims.jti.co.jp
daisuke.d.kitamura@hsbc.com.hk
daisuke.izumine@mizuhocbus.com
daisuke.nomoto@columbiamanagement.com
daisuke.yamamoto@mizuhocbus.com
daisuke_hirayama@mitsubishi-trust.co.jp
daisuke_veno@mitsubishi-trust.co.jp
daisuke-nakamura@am.mufg.jp
daisy.collazo@chase.com
daiva@roxcap.com
daivd.fitzgerald@fmr.com
daivd.oakes@rentech.com
daiying@bochk.com
daizo.motoyoshi@ge.com
daj@nbim.no
dak@matrix.com
dak@merganser.com
dake.madray@wachovia.com
dakemadray@synovus.com
daki@uk.danskebank.com
dakk@kempen.nl
dakr@nykredit.dk
dakunwoo@dbs.com
dal@nbim.no
dal@ntrs.com
dala01@handelsbanken.se

dalals@kia.gov.kw
dalalw@kia.gov.kw
dalbani@bancafideuram.it
dalbertson@stephens.com
dalder@sarofim.com
dale.albright@columbiamanagement.com
dale.albright@morganstanley.com
dale.berg@advantuscapital.com
dale.brooksbank@lgim.co.uk
dale.cross@ers.state.tx.us
dale.dominick@pncbank.com
dale.edwards@soros.com
dale.hoffmann@usaa.com
dale.hogan@barclaysglobal.com
dale.lawton@wachovia.com
dale.levenduski@us.fortis.com
dale.patrick@pacificlife.com
dale.ramquist@wamu.net
dale.richardson@bmo.com
dale.thomas@insightinvestment.com
dale_e_hinson@dom.com
dale_geurts@scudder.com
dale_johnson@calpers.ca.gov
dalee@state.nm.us
dalej@fhlbsea.com
dales@aztreasury.gov
dalessandro@trefinance.ch
dalew@mcm.com
dalexander@westernasset.com
dalfred@loomissayles.com
dalfred@merctrust.com
dalgarin@perrycap.com
dalia.stanikaite@agf.fr
dalia@bi.go.id
daliakopoulos.stavros@nbg.gr
dalibor.jarnevic@dws.com
dalibor.maksimovic@ubs.com
dalila@bnm.gov.my
dallaire@mfs.com
dallan@petro-canada.ca
dallan@swissca.co.uk
dallas.webb@swissfirst.ch
dallas_stone@calpers.ca.gov
dalleaume@bcif.fr

dallen@denver.k12.co.us
dallen@itsmarta.com
dallen15@bloomberg.net
daltom@jwseligman.com
dalton@apolloic.com
dalvarado@westernasset.com
daly@ae-gis.com
dam@gruss.com
dam@sitinvest.com
damali.brown@morganstanley.com
dambarus@intesasanpaolo.us
damble@penncapital.com
damcinty@ibtco.com
dameris@perrycap.com
damhave@jyskebank.dk
damian.barrera@acml.com
damian.barrera@alliancebernstein.com
damian.dwan@dillonread.com
damian.evans@marks-and-spencer.com
damian.geistkemper@aig.com
damian.maroun@ge.com
damian.oreilly@bt.com
damian.park@tdsecurities.com
damian.sousa@eagleasset.com
damian.stamnes@deshaw.com
damian.voulo@chase.com
damian.wosnitzka@lbbw.de
damian@dsquaretrading.com
damian_debellotte@newton.co.uk
damian_devellotte@newton.co.uk
damian_fernandes@manulifeusa.com
damiano.fusina@cattolicaassicurazioni.it
damicoj@vankampen.com
damien.buggy@csam.com
damien.carde@lehman.com
damien.favre@hsbcpb.com
damien.hennessy@hsbcam.com
damien.kearney@investecmail.com
damien.kohler@bnpparibas.com
damien.maisonniac@axa-im.com
damien.martin@sudouest.banquepopulaire.fr
damien.newell@glgpartners.com
damien.petit@degroof.lu
damien.pommier@cnce.caisse-epargne.fr

damien-stamnes@deshaw.com
damiller@provbank.com
damir.delic@kbcaim.com
damir.durkovic@hcmny.com
damir.poje@db.com
dammirato@lmcm.com
damodareny@fhlbcin.com
damon.benedict@fmr.com
damon.delmonte@thehartford.com
damon.hall@aiminvestments.com
damon.kanakis@citadelgroup.com
damorell@omega-advisors.com
dan.amar1@mailpoalim.co.il
dan.atack@bmo.com
dan.baginski@gsocap.com
dan.baxter@tudor.com
dan.berger@ubs.com
dan.bergman@afa.se
dan.berkery@ubs-oconnor.com
dan.blum@glgpartners.com
dan.breslin@lazard.com
dan.bunnell@citadelgroup.com
dan.byrnes@aamcompany.com
dan.camenietzki@rbc.com
dan.carter@ocas.com
dan.cavender@fhlb.com
dan.chamby@blackrock.com
dan.christiana@fhlb-pgh.com
dan.chung@kemper.com
dan.collins@mortgagefamily.com
dan.collins@usa.dupont.com
dan.crawford@motoristsgroup.com
dan.czmer@cbcf-net.com
dan.denbow@usaa.com
dan.dubrow@ubs.com
dan.dujmic@micorp.com
dan.e.weber@usa.dupont.com
dan.falkeborn@alfredberg.se
dan.fein@citadelgroup.com
dan.franks@raymondjames.com
dan.fredriksson@lansforsakringar.se
dan.gallagher@honeywell.com
dan.gavin@mortgagefamily.com
dan.gold@db.com

dan.green@db.com
dan.guilbert@hartfordlife.com
dan.hagen@peregrinecapital.com
dan.hambrick@nordea.com
dan.hanson@blackrock.com
dan.hayes@calvert.com
dan.henry@rainierfunds.com
dan.hess@fhlbtopeka.com
dan.hess@sunlife.com
dan.hudson@gmam.com
dan.ison@threadneedle.co.uk
dan.janki@ge.com
dan.jenkins@swib.state.wi.us
dan.jexin@danskebank.se
dan.johnson@citadelgroup.com
dan.jong@moorecap.com
dan.kale@tcw.com
dan.koontz@aig.com
dan.kramer@ussocgen.com
dan.lane@bankofamerica.com
dan.layton@jpmorgan.com
dan.lee@tudor.com
dan.lepre@ppmamerica.com
dan.lowrie@huntington.com
dan.lustig@lloydstsb.co.uk
dan.lyons@janus.com
dan.malkoun@moorecap.com
dan.malouff@bankofamerica.com
dan.manghirmalani@db.com
dan.mantini@socgen.com
dan.maples@inginvestment.com
dan.mcauley@blackrock.com
dan.mcginn@commerzbank.com
dan.mcmullen@fmr.com
dan.miller@funb.com
dan.murphy@norcap.com
dan.murphy@us.cibc.com
dan.neuger@aig.com
dan.nichols@omam.co.uk
dan.norman@inginvestment.com
dan.o'connell@columbiamanagement.com
dan.o'donnell@uk.fid-intl.com
dan.olkowski@norcap.com
dan.policy@morganstanley.com

dan.popowics@53.com
dan.potratz@abbott.com
dan.purser@aig.com
dan.pursur@aig.com
dan.raghoonundon@morganstanley.com
dan.ransenberg@barclaysglobal.com
dan.reed@lionhartusa.net
dan.rice@blackrock.com
dan.riff@janus.com
dan.roberts@mackayshields.com
dan.rosenbaum@barclaysglobal.com
dan.rosenberg@mailpoalim.co.il
dan.rosenblatt@juliusbaer.com
dan.rouse@jpmorgan.com
dan.royal@janus.com
dan.ruchti@vontobel.ch
dan.sang@sgcib.com
dan.savyckyj@baring-asset.com
dan.scherman@janus.com
dan.schiff@tudor.com
dan.scholl@us.schroders.com
dan.sheehan@corporate.ge.com
dan.shoenholz@ubs.com
dan.sido@harrisbank.com
dan.sim@pioneerinvest.com
dan.smith@sterlingsavings.com
dan.statsick@53.com
dan.su@icbc.com.cn
dan.suesskind@teva.co.il
dan.sullivan@us.schroders.com
dan.sweet@morganstanley.com
dan.underhill@jpmorganfleming.com
dan.urchell@citadelgroup.com
dan.vaughan@threadneedle.co.uk
dan.w.caldwell@bankofamerica.com
dan.whitney@53.com
dan.zaldivar@allstate.com
dan.zynda@wachovia.com
dan@baupost.com
dan@idontknow.com
dan@ikos.com.cy
dan@sbsi.com
dan@trsl.state.la.us
dan@wasatchadvisors.com

dan_bienvenue@calpers.ca.gov
dan_bouchard@statestreet.com
dan_csuma@scudder.com
dan_dugan@freddiemac.com
dan_ellecamp@homestake.com
dan_gavin@fmgc.com
dan_greenspan@manulife.com
dan_isaac@conning.com
dan_j_clarke@comerica.com
dan_janowiak@nacm.com
dan_johansson@putnam.com
dan_kadlec@timemagazine.com
dan_kiefer@calpers.ca.gov
dan_kostaroff@vanguard.com
dan_leonard@den.invesco.com
dan_luchansky@ml.com
dan_mainolfi@conning.com
dan_mo@ssga.com
dan_mooney@america.hypovereinsbank.com
dan_morehead@tigerfund.com
dan_mules@westlb.co.uk
dan_nordby@acml.com
dan_peirce@ssga.com
dan_petrisko@dpimc.com
dan_rich@championsaysyes.com
dan_russo@ml.com
dan_schick@troweprice.com
dan_smith@freddiemac.com
dan_stachel@ssga.com
dan_stroot@nacm.com
dan_zheng@ml.com
dana.bucher@rmf.ch
dana.burns@aig.com
dana.burns@morganstanley.com
dana.chesterman@wellsfargo.com
dana.croswhite@jpmorgan.com
dana.dee@pacificlife.com
dana.deusing@amgam.de
dana.hedges@inginvestment.com
dana.jensen@barclaysglobal.com
dana.johanson@usbank.com
dana.krause-garcia@kfw.de
dana.linker@morganstanley.com
dana.lockhart@airbus.com

dana.nason@drkw.com
dana.radu@interbrew.com
dana.smidova@cnb.cz
dana.stephens@wellsfargo.com
dana.waglione@fhlbny.com
dana.wing@columbiamanagement.com
dana_d_hobbs@fmgc.com
dana_moore@ldn.invesco.com
dana_ryback@freddiemac.com
dana_s_berkley@key.com
danaiar@bot.or.th
danclose@bloomberg.net
dandan.zhu@wamu.net
dan-david.golla@hsh-nordbank.com
danderson-bassey@kio.uk.com
dandres@delinvest.com
dandria@bancodisicilia.it
dane.k.commissiong@bob.hsbc.com
dane.kamin@commercebank.com
dane.leone@alliancebernstein.com
dane.smith@funb.com
dane_d'alessandro@freddiemac.com
dane02@handelsbanken.no
dang.cominh@labanquepostale-am.fr
dang@dicksteinlp.com
dang@fhlbsea.com
danguilm@denveria.com
daniel.a.moore@usa.dupont.com
daniel.acevedo@db.com
daniel.aidan@bred.fr
daniel.albrecht@juliusbaer.com
daniel.almeida@inginvestment.com
daniel.alonso@ubs.com
daniel.amaral@caixabi.pt
daniel.andemeskel@ui-gmbh.de
daniel.andrade@bbh.com
daniel.aregger@credit-suisse.com
daniel.azrin@lmginv.com
daniel.b.boorstein@bankofamerica.com
daniel.baillet@tres.bnc.ca
daniel.balkenhol@ksk-koeln.de
daniel.banks@morgankeegan.com
daniel.barcelo@moorecap.com
daniel.barkan@db.com

daniel.barrett@citadelgroup.com
daniel.barry@pioneerinvest.ie
daniel.baum@hsbcrepublic.com
daniel.beary@mondrian.com
daniel.beckmann@inginvestment.com
daniel.behrend@pncbank.com
daniel.benin@axa-im.com
daniel.benz@zkb.ch
daniel.bergstresser@barclaysglobal.com
daniel.berner@sl-am.com
daniel.biedermann@swissfirst.ch
daniel.bieri@suva.com
daniel.bjork@seb.se
daniel.blesi@claridenleu.com
daniel.bley@abnamro.com
daniel.bloom@ubs.com
daniel.bloomgarden@alliancebernstein.com
daniel.bochsler@juliusbaer.com
daniel.borer@lgt.com
daniel.borgeois@ibtco.com
daniel.bowers@moorecap.com
daniel.brachfeld@jpmorgan.com
daniel.brem@credit-suisse.com
daniel.brewer@rainierfunds.com
daniel.briesemann@cominvest-am.com
daniel.bromstad@truscocapital.com
daniel.brookman@barcap.com
daniel.brown@micorp.com
daniel.bruehwiler@vontobel.ch
daniel.bruesch@bnpparibas.com
daniel.brupbacher@credit-suisse.com
daniel.buerki@zkb.ch
daniel.burki@zkb.ch
daniel.buser@akb.ch
daniel.byrne@micorp.com
daniel.callahan@commercebank.com
daniel.camejo@philips.com
daniel.campbell@tudor.com
daniel.capocci@rlam.co.uk
daniel.carlucci@qmassociates.com
daniel.carter@gs.com
daniel.cashion@moorecap.com
daniel.cavargna@bsibank.com
daniel.chapuis@ap1.se

daniel.chen@blackrock.com
daniel.chodos@morganstanley.com
daniel.chorba@pnc.com
daniel.chouchane@helaba.de
daniel.cohen@axa-im.com
daniel.cole@columbiamanagement.com
daniel.collins@mortgagefamily.com
daniel.comeau@fmr.com
daniel.cook@whartonco.com
daniel.crews@state.tn.us
daniel.cugni@sgi.com
daniel.dahlin@dnbnor.com
daniel.daub@t-mobile.net
daniel.davis@glgpartners.com
daniel.debernardis@swisslife.ch
daniel.demeeus@fortisbank.com
daniel.deroubaix@sgam.com
daniel.devine@fhlbboston.com
daniel.dewar@axa-im.com
daniel.diaz@ubs.com
daniel.dow@avmltd.com
daniel.dubach@ch.abb.com
daniel.dufresne@citadelgroup.com
daniel.dupont@fmr.com
daniel.eckhardt@rzb.at
daniel.edelman@ubs.com
daniel.egger.2@claridenleu.com
daniel.elias@tdsecurities.com
daniel.ellis@hsbcpb.com
daniel.endrikat@dws.de
daniel.eriksson@fip.se
daniel.errington@landg.com
daniel.escobar@db.com
daniel.espineira@juliusbaer.com
daniel.etter@ubs.com
daniel.eustaquio@inginvestment.com
daniel.fabbri@ubs.com
daniel.fabry@credit-suisse.com
daniel.falk@nordea.com
daniel.farren@tudor.com
daniel.fernandez@juliusbaer.com
daniel.fernandez-cos@aig.com
daniel.ferraro@ubsw.com
daniel.fiandaca@fmr.com

daniel.fingleton@moorecap.com
daniel.fleishman@blackrock.com
daniel.fontannaz@ca-suisse.com
daniel.forde@morganstanley.com
daniel.franc@csfb.com
daniel.franc@rmf.ch
daniel.friedman@morganstanley.com
daniel.fromage@jpmorgan.com
daniel.g.robinson@jpmorgan.com
daniel.gaechter@credit-suisse.com
daniel.gallagher@bnymellon.com
daniel.gallegos@barclaysglobal.com
daniel.gasser@credit-suisse.com
daniel.gebhart@bnymellon.com
daniel.geistodt-kiener@alcatel.fr
daniel.gerhardy@nordlb.com
daniel.gilbert@pioneerinvestments.com
daniel.gilley@aberdeen-asset.com
daniel.gloor@assetmanagement.za.ch
daniel.gomez.09@dartmouth.edu
daniel.grasman@bernstein.com
daniel.grau@claridenleu.com
daniel.grnier@bnpgroup.com
daniel.grueneisen@vontobel.ch
daniel.guenther@zkb.ch
daniel.gunther@zkb.ch
daniel.hagmann@us.abb.com
daniel.hammar@ubs.com
daniel.hanbury@igfgam.com
daniel.hanson@blackrock.com
daniel.hardt@db.com
daniel.harris@nuveen.com
daniel.hass@mailpoalim.co.il
daniel.hauser@lukb.ch
daniel.heath@gibuk.com
daniel.hemmant@uk.abnamro.com
daniel.henriques@gs.com
daniel.herbera@sgam.com
daniel.hewitt@alliancebernstein.com
daniel.hines@csam.com
daniel.hobbs@moorecap.com
daniel.hobster@fortisinvestments.com
daniel.hoffmann@lbbw.de
daniel.hoinacki@moorecap.com

daniel.holman@db.com
daniel.holtz@db.com
daniel.holtzman@bankofamerica.com
daniel.hostettler@bcge.cg
daniel.huber@juliusbaer.com
daniel.hung@aig.com
daniel.hutter@suva.ch
daniel.hyman@pimco.com
daniel.ineichen@rmf.ch
daniel.isler@bcv.ch
daniel.ison@threadneedle.co.uk
daniel.j.egan@dartmouth.edu
daniel.j.higgins@exxonmobil.com
daniel.j.macauley@goodbody.ie
daniel.j.richards@jpmorgan.com
daniel.j.sleep@jpmorgan.com
daniel.j.williams@jpmorgan.com
daniel.j.ziluca@bofasecurities.com
daniel.jacoby@saarlb.de
daniel.jakowitsch@bawag.com
daniel.james@lloydstsb.co.uk
daniel.james@uk.abnamro.com
daniel.janssen@oppenheim.de
daniel.jeseneg@claridenleu.com
daniel.jetton@isisam.com
daniel.jorge@dekabank.de
daniel.juncker@lrp.de
daniel.kalt@ubs.com
daniel.kang@asia.ing.com
daniel.keane@pncbank.com
daniel.kelley@fmr.com
daniel.kelly@sgcib.com
daniel.kerbach@activest.de
daniel.keris@fortis.lu
daniel.kieber@lgt.com
daniel.kim@sumitomotrust.co.jp
daniel.king@lgim.co.uk
daniel.kluge@ikb-cam.de
daniel.klusmann@morleyfm.com
daniel.knauer@juliusbaer.com
daniel.knuchel@aam.ch
daniel.koenig@ubs.com
daniel.kowalski@fmr.com
daniel.kramer@dws.com

daniel.kremer@oppenheim.de
daniel.kremer@ubs.com
daniel.krimholtz@barclays.co.uk
daniel.kuehne@vontobel.ch
daniel.kuhn@juliusbaer.com
daniel.kums@commerzbank.com
daniel.kyritsis@arrowpointcap.com
daniel.l.boncarosky@columbiamanagement.com
daniel.l.lee@wellsfargo.com
daniel.laguibre@bnpparibas.com
daniel.lakic@hypointernational.com
daniel.langenegger@lgt.com
daniel.larochelle@pnc.com
daniel.lawrence@citadelgroup.com
daniel.leimbach@usaa.com
daniel.lenhard@lodh.com
daniel.lenz@schroders.com
daniel.leon@axa-im.com
daniel.lieman@fmr.com
daniel.lienhard@ubs.com
daniel.lim@aberdeen-asset.com
daniel.limkb@uobgroup.com
daniel.linzmeier@union-panagora.de
daniel.llambias@bancogalicia.com.ar
daniel.lomelino@nuveen.com
daniel.lowther@glgpartners.com
daniel.lutz@ubs.com
daniel.lynch@citadelgroup.com
daniel.lysik@pnc.com
daniel.m.fein@morganstanley.com
daniel.m.gelfand@jpmorgan.com
daniel.m.kleiman@jpmorgan.com
daniel.m.petruzzi@usa.dupont.com
daniel.madison@fmr.com
daniel.mahony@morganstanley.com
daniel.manz@ubs.com
daniel.martin@inginvestment.com
daniel.mason@moorecap.co.uk
daniel.mathis@credit-suisse.com
daniel.mattio@citadelgroup.com
daniel.matviyenko@ubs.com
daniel.mayston@barclaysglobal.com
daniel.mcfetrich@fidelityinternational.com
daniel.mcgovern@morganstanley.com

daniel.mckernan@aegon.co.uk
daniel.mckernan@blackrock.com
daniel.mcmillan@investecmail.com
daniel.medak@wamu.net
daniel.melnyk@corporate.ge.com
daniel.meyer@cic.ch
daniel.meyer@zkb.ch
daniel.mezenen@credit-suisse.com
daniel.michalow@deshaw.com
daniel.mitental@helaba.de
daniel.moerler@lgt.com
daniel.mon@inginvestment.com
daniel.montoya@bbh.com
daniel.morillo@barclaysglobal.com
daniel.moskey@phxinv.com
daniel.mouen@axa-im.co.uk
daniel.muff@zkb.ch
daniel.mundy@nationwide.co.uk
daniel.murphy@ubs-oconnor.com
daniel.murray@gm.com
daniel.n.briggs@jpmorganfleming.com
daniel.nageler@oenb.at
daniel.neumann@blackrock.com
daniel.ng@bnpparibas.com
daniel.ng@hvbasia.com
daniel.nikaiyn@pimco.com
daniel.nikolovski@aigpb.com
daniel.novotny-farkas@rzb.at
daniel.nyffeler@rbscoutts.com
daniel.o.mosca@aexp.com
daniel.oakes@lazard.com
daniel.oet@mbczh.ch
daniel.ong@dfafunds.com
daniel.oros@gs.com
daniel.p.docter@intel.com
daniel.pagnon@caam.com
daniel.pailler@axa-im.com
daniel.palmer@cis.co.uk
daniel.pass@ubs.com
daniel.pavlinik@tcw.com
daniel.pelletier@tudor.com
daniel.philips@citadelgroup.com
daniel.philips@ubs.com
daniel.philps@mondrian.com

daniel.phipps@morganstanley.com
daniel.pietrzak@db.com
daniel.pires@santander.pt
daniel.poole@nationalcity.com
daniel.porter@janus.com
daniel.porter@mackayshields.com
daniel.posner@deshaw.com
daniel.post@gwl.com
daniel.pradilla@reemtsma.de
daniel.probst@ba-ca.com
daniel.pyc@barep.com
daniel.quilliot@sgcib.com
daniel.r.wakely@jpmchase.com
daniel.ram@tdsecurities.com
daniel.rasmussen@bwater.com
daniel.ravizza@bull.net
daniel.raynor@nationalcity.com
daniel.redmond@fhlbboston.com
daniel.rempfler@ubs.com
daniel.reynolds@rbc.com
daniel.richards@fmglobal.com
daniel.richner@lodh.com
daniel.rijs@dsm.com
daniel.riveira@mizuhocbus.com
daniel.roberts@uk.fid-intl.com
daniel.roelfsema@nl.abnamro.com
daniel.rohner@zkb.ch
daniel.rossacher@zugerkb.ch
daniel.rueedi@claridenleu.com
daniel.s.kim@jpmorgan.com
daniel.s.kohn@jpmorganfleming.com
daniel.sacks@investecmail.com
daniel.saieh@barclaysglobal.com
daniel.salter@db.com
daniel.saner@stg.ch
daniel.schattke@hsh-nordbank.com
daniel.schawalder@lgt.com
daniel.schefer@credit-suisse.com
daniel.schimel@prudential.com
daniel.schlauri@hugokahn.ch
daniel.schmid@gkb.ch
daniel.schmidt@bankgesellschaft.de
daniel.schmitt@credit-suisse.com
daniel.schmotolocha@siemens.com

daniel.schnyder@georgfischer.com
daniel.schnyder@juliusbaer.com
daniel.schwaab@commerzbank.com
daniel.segal@thehartford.com
daniel.seigle@aiminvestments.com
daniel.senecal@phxinv.com
daniel.shannon@blackrock.com
daniel.shashoua@credit-suisse.com
daniel.shaykevich@blackrock.com
daniel.shea@ubs.com
daniel.sheard@augustus.co.uk
daniel.sheppard@db.com
daniel.sherwood@fmr.com
daniel.sibley@statestreet.com
daniel.sigai@impaccompanies.com
daniel.silver@bbh.com
daniel.simpson@barclaysglobal.com
daniel.skelton@americo.com
daniel.smith@paretopartners.com
daniel.smith@raiffeisen.ch
daniel.smith@rbccm.com
daniel.sommerer@national-bank.de
daniel.sowho@ubs.com
daniel.spichiger@lodh.com
daniel.spiller@usbank.com
daniel.stalder@juliusbaer.com
daniel.stampfli@credit-suisse.com
daniel.stanley@usbank.com
daniel.stecklein@xlgroup.com
daniel.stegmeier@axa-im.com
daniel.steiner@cbve.com
daniel.steiner@juliusbaer.com
daniel.stern@highbridge.com
daniel.stevens@boh.com
daniel.stewart@huntington.com
daniel.stoessl@bawagpskfonds.at
daniel.stolbof@morganstanley.com
daniel.strauss@spinnakercapital.com
daniel.strumphler@abnamro.com
daniel.stuber@credit-suisse.com
daniel.suetterlin@publica.ch
daniel.sun@nuveen.com
daniel.t.brown@ubs.com
daniel.t.dismukes@jpmchase.com

daniel.t.hu@jpmorganlfeming.com
daniel.t.lynch@dartmouth.edu
daniel.taylor@aberdeen-asset.com
daniel.teed@pncbank.com
daniel.terio@fmr.com
daniel.thernize@truscocapital.com
daniel.thorogood@prudential.com
daniel.ting@deshaw.com
daniel.tm.green@chase.com
daniel.treichler@zkb.ch
daniel.tremblay@fmr.com
daniel.tse@bbh.com
daniel.tubbs@blackrock.com
daniel.tubbs@wmam.com
daniel.uk.robinson@chase.com
daniel.utiger@csam.com
daniel.vandivort@robecoinvest.com
daniel.veiner@barclaysglobal.com
daniel.vert@cdn.fr
daniel.vock@aaa-net.com
daniel.voisey@tractebel.be
daniel.vonallmen@lgt.com
daniel.w.eichelberger@wachovia.com
daniel.waeber@juliusbaer.com
daniel.wang@wachovia.com
daniel.waters@morganstanley.com
daniel.weber@aigpb.com
daniel.weidlich@rbsgc.com
daniel.weiss@novartis.com
daniel.weisskopf@commerzbank.ch
daniel.wendin@seb.se
daniel.west@insightinvestment.com
daniel.widmer@cial.ch
daniel.wieder@morganstanley.com
daniel.willey@citigroup.com
daniel.willison@gs.com
daniel.wiser@jennicie.ch
daniel.wittmer@ruedblass.ch
daniel.wong@ngc.com
daniel.wong@westernasset.com
daniel.wuermli@swissca.ch
daniel.wuermli@swisscanto.ch
daniel.x.seon@jpmchase.com
daniel.x.thomas@jpmorgan.com

daniel.y.sohng@db.com
daniel.z.smith@jpmorgan.com
daniel.zbyvatel@uboc.com
daniel.ziegler@dit.de
daniel.zuercher@zkb.ch
daniel@dhja.com
daniel@nebomanagement.com
daniel@tmihk.com
daniel@wooribank.com
daniel_andris@swissre.com
daniel_baker@americancentury.com
daniel_beaudry@putnam.com
daniel_brawdy@fanniemae.com
daniel_c@mtbcny.com
daniel_c_bradford@fanniemae.com
daniel_chang@ms77.url.com.tw
daniel_choquette@putnam.com
daniel_conroy@conningcapital.com
daniel_cunningham@ustrust.com
daniel_dunn@msdw.com
daniel_f_gibbons@bankone.com
daniel_flax@troweprice.com
daniel_gelinas@swissre.com
daniel_glickman@nylim.com
daniel_goldberg@ml.com
daniel_gould@ustrust.com
daniel_grana@putnaminv.com
daniel_groleau@swissre.com
daniel_hannemann@ssga.com
daniel_iscra@notes.ntrs.com
daniel_j_hollenbeck@putnam.com
daniel_j_jacoby@key.com
daniel_kk_chan@hkma.gov.hk
daniel_klim@putnam.com
daniel_ko@putnam.com
daniel_koepfer@swissre.com
daniel_larochelle@ml.com
daniel_lens@banvenez.com
daniel_loughney@acml.com
daniel_lui@bat.com
daniel_mandel@freddiemac.com
daniel_martino@troweprice.com
daniel_mauer@cargill.com
daniel_moore@scotiacapital.com

daniel_murphy@conseco.com
daniel_nuxoll@freddiemac.com
daniel_payne@ustrust.com
daniel_philippe@accor.fr
daniel_robbins@acml.com
daniel_ross@keybank.com
daniel_rudnitsky@acml.com
daniel_ruiz@ml.com
daniel_s@thamesriver.co.uk
daniel_s_wilson@keybank.com
daniel_siegel@aimcapital.com
daniel_sullivan@vanguard.com
daniel_sun@swissre.com
daniel_tsai@freddiemac.com
daniel_w_wallick@vanguard.com
daniel_wallick@vanguard.com
daniel_white@newton.co.uk
daniel_williams@ssga.com
daniel_williams@ustrust.com
daniela.brechtel@credit-suisse.com
daniela.finocchio@bpm.it
daniela.giberti@sanpaoloimi.com
daniela.gili@credit-suisse.com
daniela.kebbekus@helaba.de
daniela.kuehl@hsh-nordbank.com
daniela.mardarovici@harrisbank.com
daniela.marder@ubs.com
daniela.martin@db.com
daniela.mattausch@siemens.com
daniela.meier@uk.abnamro.com
daniela.mohaupt@kfw.de
daniela.rodriguez-valer@ubs.com
daniela.rodriquez-valer@ubs.com
daniela.schoeb@vontobel.ch
daniela.serra@bper.it
daniela.steinbrinkmattei@ubs.com
daniela.trutz@sachsenlb.de
daniela.uhlik-kliemstein@rcm.at
daniela.vitti@mpsgr.it
daniela.witkoski@lbb.de
daniela_kriegenburg@standardlife.com
danielau@mas.gov.sg
danielchoy@bloomberg.net
danielcozzi@aig.com

daniele.albarin@dexia-crediop.it
daniele.barone@juliusbaer.com
daniele.barthelemy@dexia-am.com
daniele.benatoff@gs.com
daniele.beretta@gestielle.it
daniele.bottolo@eurosgr.it
daniele.candiani@ikb.de
daniele.caporaletti@bnlmail.com
daniele.carabini@carisp.sm
daniele.caroni@bancaprofilo.it
daniele.cassarino@bancaintesa.it
daniele.chekroun@axa-im.com
daniele.cometto@ubs.com
daniele.crivellini@steinonline.it
daniele.dolci@intesasanpaolo.com
daniele.donahoe@columbiamanagement.com
daniele.falck@bdg.ch
daniele.fox@lombardachina.com
daniele.grilli@ersel.it
daniele.grimaldi@bancaprofilo.it
daniele.leccacorvi@pioneerinvest.it
daniele.lombardo@ch.abnamro.com
daniele.marvulli@am.generali.com
daniele.paglia@csam.com
daniele.patti@allianzgi.de
daniele.pellegrino@ubibanca.it
daniele.pirondini@banca.mps.it
daniele.polverino@lgt.com
daniele.rezzonico@hsbcpb.com
daniele.russo@nab.ch
daniele.savare@arcafondi.it
daniele.tedesco@zkb.ch
daniele.turchi@mpsgr.it
daniele.ughi@eni.it
daniele.vecchi@panalpina.com
daniele.zujani@arcafondi.it
danielg@mcm.com
danielh@constitutioncorp.org
danieljchang@gmail.com
danieljudge@gic.com.sg
danielk@azasrs.gov
danielknuth@northwesternmutual.com
daniella.steenbergen@nibcapital.com
daniella_gordon@acml.com

daniellau@mas.gov.sg
danielle.aoki@highbridge.com
danielle.bragg@gartmore.com
danielle.cassidy@ubs.com
danielle.ferry@aig.com
danielle.kateb@longview-partners.com
danielle.nunes@bcb.gov.br
danielle.trichilo@jpmorgan.com
danielle.vitagliano@fmr.com
danielle.wolstromer@prudential.com
danielle@mginvestors.com
danielle_calloway@freddiemac.com
danielle_johnson@freddiemac.com
danielle_vissers@fanniemae.com
daniellezabala@tdwaterhouse.com
daniellzw@bloomberg.net
danielmassey@hsbc.com
danielmeehan@northwesternmutual.com
danielong@mwamllc.com
danielp@hbss.com
danielrose@gic.com.sg
danielrowland@quilter.co.uk
daniels.wg@mellon.com
daniels_cicely@fsba.state.fl.us
danielsauer@northwesternmutual.com
danielstier@northwesternmutual.com
danieltan@gic.com.sg
daniel-ze.meier@ubs.com
daniil_bunimovich@scotiacapital.com
daniil_taytsel@scudder.com
danika.oneal@postbank.de
danila.kelly@bsibank.com
danilo.grossi@bancaetruria.it
danilo.maggetti@sarasin.ch
danilo.onorino@glgpartners.com
danilo.rippa@glgpartners.com
danilo.zanetti@zkb.ch
daniloff@seic.com
danireda@aol.com
danjulka@northwesternmutual.com
danko.turic@usbank.com
danl@migdal-group.co.il
danl@msfi.com
danlong@bankofnewyork.com

danlynch@cisco.com
danmurphy78@bloomberg.net
danna_achour@blackrock.com
danny.arnouk@blackrock.com
danny.burton@threadneedle.co.uk
danny.decupere@fortis.com
danny.ellis@hsbcpb.com
danny.firth@threadneedle.co.uk
danny.fox@insightinvestment.com
danny.frans@fortis.com
danny.greenberger@morganstanley.com
danny.harvey@aiminvestments.com
danny.lau@fandc.com
danny.lee@eagleasset.com
danny.loo@icprc.com
danny.meidan@barclaysglobal.com
danny.overeem@lloydstsb.co.uk
danny.sage@jpmorgan.com
danny.santiago@highbridge.ky
danny.smith@bankofengland.co.uk
danny.truell@gs.com
danny.vanwesemael@fortisbank.com
danny.zoba@aig.com
danny_bourne@newton.co.uk
danny_carrasco@westlb.co.uk
danny_tomka@mfcinvestments.com
dannyflesch@northwesternmutual.com
dannylai@daiwa-am.com.hk
dannyryan@angloirishbank.ie
dannytsui@bankofny.com
danny-van.wijk@unilever.com
danny-x.wang@db.com
danp@jamesbaker.com
dans@tmgny.com
dantonelli@mfs.com
dantreechow@dahsing.com
danuta_wolklaniewski@conning.com
dany.rahme@juliusbaer.com
danyelle.guyatt@db.com
dao_lagger@ml.com
daol04@handelsbanken.se
dapeng.hu@blackrock.com
daphne.adams@db.com
daphne.chan@sg.abnamro.com

daphne.momferatou@ecb.europa.eu
daphne.roderick@corporate.ge.com
daphne_heinz@aviva.fr
daphnesung@hsbc.com.hk
dara.j.white@columbiamanagement.com
dara.m.mckenna@aib.ie
dara.r.marnell@aib.ie
daragh.clune@clf-dexia.com
daragh.murphy@credit-suisse.com
darapad@bot.or.th
darasj@dime.com
darcey_f_bartel@fleet.com
darcie.matson@janus.com
darcy.jp@dreyfus.com
darcy.lewis@pacificlife.com
d'arcy.minehane@bnymellon.com
darcy.woodruff@pacificlife.com
dardini@frk.com
darek.j.martin@wellscap.com
daren.lorkin@uk.mufg.jp
daren.miller@threadneedle.co.uk
daren.tedeschi@ny.frb.org
darena@bankofny.com
dari.a.al-bader@jpmorgan.com
daria.iourtchenko@dexia.be
daria.k@alliancebernstein.com
daria.kozlova@lehman.com
darien.kadens@novartis.com
darin.k.montgomery@usbank.com
darin.sadow@citadelgroup.com
darin.yi@ibtco.com
darinka.rakic@soros.com
dario.bogni@sparkasse.it
dario.dellacagnoletta@popso.it
dario.esposito@int.bansel.it
dario.frigerio@pioneerinvest.ie
dario.laterza@zkb.ch
dario.meroni@bsibank.com
dario.milani@bsibank.com
dario.sclaverano@sai.it
dario.soarez@bcp.it
dario.tramarin@venetobanca.it
dario.vergano@gruppobim.it
dario_giorgi@bancalombarda.it

dario_villani@ml.com
dariou@bgi-group.com
daristambayev@kkb.kz
darius.brawn@citadelgroup.com
darius.gagne@pimco.com
darius.gecevicius@hansa.ee
darius.ilgunas@pimco.com
darko.knezevic@hypointernational.com
darleen.boyle@tcw.com
darleen_brumley@navyfederal.org
darlene.haut@robecoinvest.com
darlene.rasel@db.com
darlene_dimitrijevs@keybank.com
darlene_marshall@vanguard.com
darneth@lincap.com
darnstein@kbw.com
darongreene@bloomberg.net
daross@nb.com
darragh.egan@daiwasectab.ie
darragh.lenihan@aegon.co.uk
darragh.p.crowley@aib.ie
darrel_burris@freddiemac.com
darrell.baber@wachovia.com
darrell.chan@gibuk.com
darrell.deming@usaa.com
darrell.jackson@ers.state.tx.us
darrell.le@sscims.com
darrell.leong@oracle.com
darrell.o'dea@threadneedle.co.uk
darrell.watters@janus.com
darrell.zwink@invescoaim.com
darrell@clinton.com
darrell_braman@troweprice.com
darrell_johnson@keybank.com
darren.adamchak@db.com
darren.alcus@gecapital.com
darren.alkins@bms.com
darren.arrowsmith@ge.com
darren.bagwell@thrivent.com
darren.campbell@bmonb.com
darren.chan@chase.com
darren.curtis@db.com
darren.dotson@moorecap.com
darren.fallon@threadneedle.co.uk

darren.gilhooly@jpmorganfleming.com
darren.hawker@jpmorgan.com
darren.hughes@aiminvestments.com
darren.j.mcconachie@swip.com
darren.kelly@morleyfm.com
darren.leaver@glgpartners.com
darren.lefcoe@uk.mizuho-sc.com
darren.maupin@fmr.com
darren.mazzuca@blackrock.com
darren.mclean@resolutionasset.com
darren.milne@juliusbaer.com
darren.morton@drkw.com
darren.oakley@jpmorgan.com
darren.phillips@bancaintesa.co.uk
darren.read@glgpartners.com
darren.read@westmerchant.co.uk
darren.reece@juliusbaer.com
darren.ripton@uk.abnamro.com
darren.ruane@gmacrfc.co.uk
darren.starr@ubs.com
darren.startup@uk.fid-intl.com
darren.t.rabenou@jpmorgan.com
darren.tong@barclaysasia.com
darren.verbeer@gartmore.com
darren.vincent@lloydstsb.co.uk
darren.weston@uk.nomura.com
darren.white@dimensional.com
darren.wills@barclaysglobal.com
darren.winstone@barclaysglobal.com
darren.woods@exxon.com
darren@bloomberg.net
darren_fortunato@ml.com
darren_getek@conning.com
darren_nolan@westlb.co.uk
darren_thorneycraft@nacm.com
darren_williams@acml.com
darrenpasco@ifm.net.au
darrentan@gic.com.sg
darrenwong@gic.com.sg
darrick_ginkel@cargill.com
darrin.decosta@nuveen.com
darrin.sanfillippo@blackrock.com
darrin.sokol@lazard.com
darriola@pacent.com

darryl.atwater@ftnmidwest.com
darryl.e.bannon@aibbny.ie
darryl.f.hannington@wellsfargo.com
darryl.graham@ambeacon.com
darryl.schall@tcw.com
darryl.schall@tudor.com
darryl_jenkins@bankone.com
dartemiev@oppenheimerfunds.com
darthur@bbandt.com
darwei.kung@db.com
darwin.brown@inginvestment.com
daryl.armstrong@bbh.com
daryl.b.brown-1@usa.dupont.com
daryl.bible@usbank.com
daryl.clements@alliancebernstein.com
daryl.david@wedbush.com
daryl.mcclure@cba.com.au
daryl.moe@swib.state.wi.us
daryl.salmon@bailliegifford.com
daryl@cathaylife.com.tw
daryl@zionyf.net
daryl_gomez@capgroup.com
darylwong@gic.com.sg
darynf@bloomberg.net
das@clinton.com
das@sitinvest.com
das10@cornell.edu
das247@cornell.edu
dasabo@delinvest.com
dasarafian@aaamichigan.com
dasasser@statestreet.com
dasc@bloomberg.net
dascon@eib.org
dashe@fhlbc.com
dashr@deshaw.com
dasi01@handelsbanken.se
dasiegle@wellington.com
dasilva.robert@principal.com
dasl@capgroup.com
dat.nguyen@aiminvestments.com
dat2@ntrs.com
datack@bloomberg.net
datamanagementlux@lu.nomura.com
datkins@quadrantcapital.com

datse001@umn.edu
daudley@bloomberg.net
daultonb@strsoh.org
dauphou.edi@creditfoncier.fr
daurenk@halybank.kz
dauriahs@berstein.com
dausman@allete.com
dausten@blackrock.com
daustin@natexisny.com
daustin@waddell.com
dav-1219@email.esunbank.com
dav3@ntrs.com
davchoy@bloomberg.net
dave.albrycht@phxinv.com
dave.alexander@ge.com
dave.allen@gecapital.com
dave.b.mcevoy@aib.ie
dave.badeau@fmr.com
dave.bagnani@fmr.com
dave.barley@bankofengland.co.uk
dave.barretta@db.com
dave.benichou@caam.com
dave.benta@fmr.com
dave.byerly@phxinv.com
dave.chappell@threadneedle.co.uk
dave.cote@honeywell.com
dave.coultas@wamu.net
dave.dabney@cpa.state.tx.us
dave.delponte@inginvestment.com
dave.dobon@uboc.com
dave.egan@columbiamanagement.com
dave.eichhorn@nisanet.com
dave.eshenower@firstunion.com
dave.esrig@jpmorganfleming.com
dave.fisher@associatedbank.com
dave.fucio@jpmorgan.com
dave.gaudette@bmo.com
dave.giancoli@cendantmortgage.com
dave.grossman@citadelgroup.com
dave.hand@tres.bnc.ca
dave.harnish@us.bacai.com
dave.haynes@lyondell.com
dave.hoskins@ubs.com
dave.huet@ge.com

dave.jacobus@daiwausa.com
dave.jepsky@thehartford.com
dave.komberec@micorp.com
dave.krause@dpimc.com
dave.kucera@bmonb.com
dave.kuplic@advantuscapital.com
dave.lunt@peregrinecapital.com
dave.m.metzger@bankofamerica.com
dave.maley@harrisbank.com
dave.marcoux@rocklandtrust.com
dave.martin@schwab.com
dave.maule@thrivent.com
dave.n.smith@bt.com
dave.persoon@azl-group.com
dave.piguillet@achmea.com
dave.plecha@dfafunds.com
dave.schnarsky@thrivent.com
dave.shastri@whartonco.com
dave.silberman@jpmorgan.com
dave.sivinski@jpmorgan.com
dave.smith@criterion.com
dave.thompson@gartmore.com
dave.urban@micorp.com
dave.vealey@avmltd.com
dave.wagner@ppmamerica.com
dave.webber@hsbc.com
dave.weisenburger@oneamerica.com
dave.willey@capitalone.com
dave.withrow@53.com
dave.woolford@prudential.com
dave.zillmer@mcd.com
dave@apexfcu.com
dave@bnm.gov.my
dave@citadelgroup.com
dave_borsos@freddiemac.com
dave_clement@nylim.com
dave_drew@ustrust.com
dave_farrell@bankone.com
dave_frederick@acml.com
dave_gimera@victoryconnect.com
dave_glasser@edwardjones.com
dave_miller@firsttennessee.com
dave_ross@ustrust.com
dave_sapp@aul.com

dave_shumway@rsausa.com
dave_sivinski@bancone.com
dave_zellner@gbophb.org
davebarras@northwesternmutual.com
davechan@bankofny.com
davecole7@aol.com
daved@marquette-eqfinance.com
davejsy@bloomberg.net
davekeuler@northwesternmutual.com
davenport.jb@mellon.com
daventf@bloomberg.net
daverk@nuveen.com
davesand@bloomberg.net
daveu@azasrs.gov
davgin@safeco.com
david.a.allright@aexp.com
david.a.bethke@firstar.com
david.a.collins@pjc.com
david.a.fernandez@disney.com
david.a.johnson@db.com
david.a.kline@usa.dupont.com
david.a.mchugh@db.com
david.a.nadeau@citigroup.com
david.a.tuscano@jpmchase.com
david.abayev@lazard.com
david.abramson@inginvestment.com
david.acampora@shenkmancapital.com
david.adam2@baesystems.com
david.addison@pnc.com
david.aldrich@bnymellon.com
david.aldrich@jpmorganfleming.com
david.allen@avmltd.com
david.allen@pioneerinvestments.com
david.allen@uk.danskebank.com
david.altshuler@nuveen.com
david.amasio@bnpparibas.com
david.andrews@pimco.com
david.ansell@jpmorganfleming.com
david.antonelli@blackrock.com
david.archer@bis.org
david.armstrong@morganstanley.com
david.aung@tcw.com
david.averre@insightinvestment.com
david.azulay@fibimail.co.il

david.b.gebler@bankamerica.com
david.b.middlebrooks@exxon.com
david.b.pasquale@jpmorgan.com
david.b.walsh@csam.com
david.backhouse@threadneedle.co.uk
david.bai@blackrock.com
david.bailey@fmr.com
david.bailey@lionhartasia.net
david.bailey@ubs.com
david.baldt@us.schroders.com
david.ball@funb.com
david.balmon@ubs.com
david.barcus@ca-aipg.com
david.barenborg@blackrock.com
david.barker@moorecap.co.uk
david.barker@rbccm.com
david.barker@uk.mizuho-sc.com
david.barnard@prudential.com
david.bate@db.com
david.bayliffe@towersperrin.com
david.beck@wamu.net
david.belanger@sunlife.com
david.benarous@axa-im.com
david.benhamou@clf-dexia.com
david.benjamin@glgpartners.com
david.benson@sgam.co.uk
david.bercaw@inginvestment.com
david.berg@db.com
david.berges@hexcel.com
david.berry@bankofamerica.com
david.bertin@fidelity.com
david.bertin@gs.com
david.bessey@prudential.com
david.beyer@truscocapital.com
david.bialer@daiwausa.com
david.bialzak@mortgage.wellsfargo.com
david.bibona@rbccm.com
david.billaux@sinopia-group.com
david.biloslavo@am.generali.com
david.binnie@aberdeen-asset.com
david.binning@bmo.com
david.bird@royal-london.co.uk
david.birkins@fhlbboston.com
david.black@bg-group.com

david.blair@nuveen.com
david.blair@pimco.com
david.blanchard@sgam.com
david.blocker@threadneedle.co.uk
david.blount@eagleasset.com
david.blumer@credit-suisse.com
david.boesel@harrisbank.com
david.bolder@bis.org
david.booth@dfafunds.com
david.botbol@mailpoalim.co.il
david.bourne@uk.mufg.jp
david.boutrou@axa-im.com
david.boutrou@cardif.fr
david.bovey@thehartford.com
david.boyd@bg-group.com
david.boyle@aberdeen-asset.com
david.bradbury@canadalife.co.uk
david.brandmire@wellscap.com
david.braun@thehartford.com
david.breach@barclays.co.uk
david.brealey@lloydstsb.co.uk
david.brecht@columbiamanagement.com
david.brecht@pioneerinvestments.com
david.brent@baesystems.com
david.briggs@aberdeen-asset.com
david.brighouse@aberdeen-asset.com
david.broennimann@credit-suisse.com
david.brooks@midfirst.com
david.brown@mnbla.com
david.brownson@sscims.com
david.bruington@compassbank.com
david.brumirski@ubs-oconnor.com
david.brune@pncbank.com
david.brunner@americas.bnpparibas.com
david.buckley@gs.com
david.budihardjo@hsbc.com.hk
david.bugajski@fmr.com
david.bunan@nb.com
david.burke@sgcib.com
david.burnett@citadelgroup.com
david.burnley@unisys.com
david.burr@bnsf.com
david.burt@blackrock.com
david.buttle@barclaysglobal.com

david.buttle@lazard.com
david.byrket@blackrock.com
david.byrns@53.com
david.c.joiner@jpmorgan.com
david.c.lam@exxon.sprint.com
david.c.lindenauer@citizensbank.com
david.c.ong@dartmouth.edu
david.c.winterle@jpmorganfleming.com
david.cahill@pioneerinvest.ie
david.campbell@barclaysglobal.com
david.canning@fidelity.com
david.canon@harrisbank.com
david.cardillo@tdsecurities.com
david.carlson@corporate.ge.com
david.caron@lodh.com
david.carroll@firstunion.com
david.carter@halbis.com
david.carton@lgim.co.uk
david.caspar@lbbwus.com
david.cassese@opcap.com
david.castellanos@barclaysglobal.com
david.catalan@grupobbva.com
david.catherall@uk.abnamro.com
david.cegle@clamericas.com
david.chalupnik@fafadvisors.com
david.chamberlain@opcap.com
david.chambovey@credit-suisse.com
david.chan.2@csam.com
david.chan@commerzbank.com.hk
david.chang@citadelgroup.com
david.chang@pacificlife.com
david.chapman@barclaysglobal.com
david.chapman@montpelier.com
david.charles@glgpartners.com
david.chen@hk.ca-assetmanagement.com
david.cheng@msdw.com
david.christopher@evergreeninvestments.com
david.clark@barclaysglobal.com
david.clark@resolutionasset.com
david.clarke@bailliegifford.com
david.clarkson@credit-suisse.com
david.cleary@lazard.com
david.cline@usbank.com
david.clott@morleyfm.com

david.coffey@uboc.com
david.cohana@lehman.com
david.condon@alliancebernstein.com
david.conyers@socgen.com
david.cook@bear.com
david.cook@morganstanley.com
david.cooper@anthem.com
david.cooper@moorecap.com
david.coratti@moorecap.com
david.cox.uk@uk.fid-intl.com
david.cox@rbc.com
david.cryer@baesystems.com
david.cui@citi.com
david.culbertson@huntington.com
david.curran@spinnakerasia.com
david.currie@isisam.com
david.curtin@blackrock.com
david.cushing@citizensbank.com
david.d.jones@eu.nabgroup.com
david.d.jumper@db.com
david.d.sylvester@wellsfargo.com
david.d@gordian.co.uk
david.dalzell@blackrock.com
david.darmanin@bov.com
david.darmouni@moorecap.co.uk
david.daum@db.com
david.debiase@fmr.com
david.decker@janus.com
david.delbos@blackrock.com
david.deloub@alcoa.com
david.delvecchio@prudential.com
david.demarchi@tcw.com
david.demartino@dnbnor.com
david.dent@kbc.be
david.depaepe@citigroup.com
david.destefano@trs.state.tx.us
david.deutsch@morganstanley.com
david.diao@invesco.com
david.dicker@lazard.com
david.dieffenbacher@ppmamerica.com
david.dijorio@dzbank.de
david.disque@ubs.com
david.dix@tudor.com
david.djipi@calyon.com

david.doan@sscims.com
david.docherty@ppm-uk.com
david.doherty@brhlp.com
david.donnelly@us.socgen.com
david.donora@threadneedle.co.uk
david.donovan@fmr.com
david.dorgee@ubs.com
david.dowden@fgic.com
david.drappier@fortisinvestments.com
david.drennen@gcm.com
david.drishpon@alliancebernstein.com
david.dudding@threadneedle.co.uk
david.dunk@sachsenlb.ie
david.dunkleman@credit-suisse.com
david.durkac@chase.com
david.dyer@axa-im.com
david.dziekanski@nordlb.de
david.e.jones@fhlb-pgh.com
david.e.love@aib.ie
david.e.scholl@citigroup.com
david.edwards@nationalcity.com
david.elias@gartmore.com
david.elsner@rothschild.com.au
david.elwell@suncapadv.com
david.engel@credit-suisse.com
david.enick@pnc.com
david.erickson@phs.com
david.eubank@resolutionplc.com
david.eurkus@pioneerinvest.com
david.evans@glgpartners.com
david.evans@landg.com
david.everly@pncbank.com
david.f.hone@db.com
david.fare@citigroup.com
david.farstead@wamu.net
david.faulke@ubs.com
david.favier@bnpparibas.com
david.federman@moorecap.com
david.ferguson@barclays.co.uk
david.ferguson@pnc.com
david.fewtrell@hsbcib.com
david.fields@disney.com
david.finch@axa-im.com
david.finch@halbis.com

david.finger@dit.de
david.fissel@53.com
david.fitzsimmons@nationalcity.com
david.fletcher@orix.com
david.fletcher@sunlife.com
david.flett@hvbeurope.com
david.ford@icgplc.com
david.fossella@opcap.com
david.foster@scottishpower.plc.uk
david.foubard@sgam.com
david.france@pnc.com
david.fraser@americas.ing.com
david.freddi@csfb.com
david.frederick@allianzinvestors.com
david.frederickson@wamu.net
david.frizzie@ppmamerica.com
david.fry@statestree.com
david.fulrin@citadelgroup.com
david.furey@biam.boi.ie
david.g.bailey@exxonmobil.com
david.g.berry@jpmorgan.com
david.g.sandelovsky@db.com
david.gallers@db.com
david.gao@fmr.com
david.gardner@blackrock.com
david.gartmann@gkb.ch
david.gary@db.com
david.gates@morganstanley.com
david.geffen@barclaysglobal.com
david.geoghegan@depfa.com
david.gershkoff@oliverwyman.com
david.gibbins@royalbank.com
david.gibson@schroders.com
david.gilhooley@wamu.net
david.ginsburg@morganstanley.com
david.glod@erieinsurance.com
david.glover@honeywell.com
david.gluch@aiminvestments.com
david.goggins@bbh.com
david.gold@morganstanley.com
david.goldburg@gs.com
david.goldenberg@bbl.be
david.goldenberg@drkw.com
david.goldman@blackrock.com

david.gong@dartmouth.edu
david.goodson@inginvestment.com
david.gorski@bbh.com
david.gosselin@bnpparibas.com
david.goulding@jpmorgan.com
david.grady@thehartford.com
david.graetzer@advantuscapital.com
david.graff@ssmb.com
david.green@glgpartners.com
david.green@lowes.com
david.greenberg@ubsw.com
david.gregg@harrisbank.com
david.griffith@wamu.net
david.griffiths@aegon.co.uk
david.griggths@commerzbanklb.com
david.grijalva@wellsfargo.com
david.grimaldi@nyc.nxbp.com
david.grzesiak@ppmamerica.com
david.h.lerner@csam.com
david.h.russ@dartmouth.edu
david.hair@npbs.co.uk
david.hall@columbiamanagement.com
david.halliden@jpmorgan.com
david.hammerly@53.com
david.hand@wellscap.com
david.hanna@bostonadvisors.com
david.hanschke@aigpb.com
david.harbage@barclays.co.uk
david.hardingham@rabobank.com
david.harlow@thehartford.com
david.harrington@mjxam.com
david.harris@evergreeninvestments.com
david.harris@fhlbtopeka.com
david.harris@us.schroders.com
david.harte@pioneerinvest.ie
david.hauglid@wachovia.com
david.hays@westam.com
david.haysey@db.com
david.hazard@fhlb.com
david.head@barcap.com
david.headland@insightinvestment.com
david.heape@db.com
david.heard@caam.com
david.heffes@mailpoalim.co.il

david.henderson@bailliegifford.com
david.hensle@citadelgroup.com
david.herrell@janus.com
david.herzberg@jpmchase.com
david.heupel@thrivent.com
david.hinton@lloydstsb.co.uk
david.hippchen@suntrust.com
david.hobbs@ubs.com
david.hobson@credit-suisse.com
david.hochuli@ubs.com
david.hoff@associatedbank.com
david.hoffman@columbiamanagement.com
david.hogenkamp@mortgage.wellsfargo.com
david.hollis@dresdnerrcm.co.uk
david.holmes@umb.com
david.hooker@insightinvestment.com
david.hopwood@fandc.com
david.horisberger@ubs.com
david.horning@wamu.net
david.horowitz@morganstanley.com
david.houten@citadelgroup.com
david.howey@ubs.com
david.hudson@blackrock.com
david.hughes@resolutionglasgow.com
david.humphreys@mailpoalim.co.uk
david.hwang@hcmny.com
david.i.oliver@jpmorgan.com
david.i.sylvester@hsbcinvestments.com
david.j.allen@jpmorgan.com
david.j.brown@jpmorgan.com
david.j.griffiths@ssmb.com
david.j.houston@jpmorgan.com
david.j.kolasinski@jpmorgan.com
david.j.lock@aib.ie
david.j.o'neill@aib.ie
david.j.pugliese@cibc.ca
david.j.ryan@db.com
david.j.white@jpmorgan.com
david.j2.williams@columbiamanagement.com
david.jackson@rbccm.com
david.jegen@fmr.com
david.jellison@columbiamanagement.com
david.jeppson@usbank.com
david.jermann@cial.ch

david.jiang@prudential.com
david.jimenez@pharma.novartis.com
david.johnson@csam.com
david.johnson@fhlbboston.com
david.johnson@lgim.co.uk
david.johnson@mutualofamerica.com
david.johnson@northernrock.co.uk
david.johnson@trs.state.tx.us
david.jones@ny.frb.org
david.judge@bnymellon.com
david.k.chin@csam.com
david.k.moser@db.com
david.k.osberg@usa.dupont.com
david.k@kbcaim.com
david.kabile@sgam.com
david.kaegi@sarasin.ch
david.kagno@bankofamerica.com
david.kalish@citadelgroup.com
david.kantozi@fibimail.co.il
david.kaufmann@juliusbaer.com
david.kauppila@ubs.com
david.keen@morleyfm.com
david.keir@swip.com
david.keller@harrisbank.com
david.kemp@fcbw.com
david.kenedix@omg.co.uk
david.kennedy@tcw.com
david.kershaw@credit-suisse.com
david.key@jpmorgan.com
david.kiddie@bg.abnamro.com
david.kim@fmr.com
david.king@mandg.co.uk
david.king@wachovia.com
david.knapp@cibc.com
david.knutson@lgim.co.uk
david.ko@ingim.com
david.kohl@juliusbaer.com
david.kramer@sscims.com
david.kramer@wachovia.com
david.kraybill@wachovia.com
david.kreidler@americas.bnpparibas.com
david.kroon@westam.com
david.kulsar@soros.com
david.l.murphy@fmr.com

david.l.navarre@wellsfargo.com
david.l.parks@jpmchase.com
david.l.speyer@lehman.com
david.l.yowan@aexp.com
david.ladue@aig.com
david.lahorgue@barclaysglobal.com
david.lai@aberdeen-asset.com
david.lambert@rbc.com
david.lammas@ulsterbank.com
david.land@advantuscapital.com
david.lanshe@alexanderkey.com
david.lau@ubs-oconnor.com
david.lawless@co.hennepin.mn.us
david.leach@mizuhocbus.com
david.leadsom@anz.com
david.le-cloirec@socgen.com
david.lee@bbh.com
david.lee@edwardjones.com
david.lee@mediobanca.it
david.lee@state.nm.us
david.lefkowitz@ubs.com
david.leibowitz@us.rbcds.com
david.lennon@novartis.com
david.lentz@pncbank.com
david.lequain@alcatel.fr
david.lerner@unisfair.com
david.leschied@bmonb.com
david.letens@ing.be
david.lettenberger@ubs.com
david.leveridge@fidelity.com
david.levy@fmr.com
david.lew@citigroup.com
david.liddell@sgam.com
david.lieberman@moorecap.com
david.lim@mizuhocbus.com
david.linn@nationalcity.com
david.linton@pimco.com
david.lis@morleyfm.com
david.liston@barclays.com
david.lloyd-seed@dixons.co.uk
david.lochead@jpmorgan.com
david.lockwood@bankofthewest.com
david.lodewyckx@ing.be
david.lodge@ecb.europa.eu

david.logeman@6thaveinvest.com
david.lonergan@barclaysglobal.com
david.lonsdale@bnpparibas.com
david.loo@citigroup.com
david.loretta@nordstrom.com
david.lovely@fmr.com
david.lowe@fmr.com
david.lowish@gs.com
david.luebke@53.com
david.lui@schroders.com
david.luis@safra.lu
david.lund@thrivent.com
david.luther@moorecap.com
david.lynch@alliancebernstein.com
david.m.allen@fil.com
david.m.barry@jpmorgan.com
david.m.bruns@usa.dupont.com
david.m.burns@aib.ie
david.m.clarke@jpmorganfleming.com
david.m.friedman@db.com
david.m.gibbon@jpmorganfleming.com
david.m.martin@morganstanley.com
david.m.neary@jpmorgan.com
david.m.rose@fmr.com
david.macdonald@fmr.com
david.mackie@jpmorgan.com
david.mandel@prudential.com
david.manheimer@kbcfp.com
david.mannarino@53.com
david.mansfield@bmo.com
david.marchant@insightinvestment.com
david.marlette@anheuser-busch.com
david.marsh@pncadvisors.com
david.martin@ahss.org
david.martin@rlam.co.uk
david.martinella@bcv.ch
david.martino@dnbnor.com
david.mason@53.com
david.mason@wachovia.com
david.masse@ge.com
david.matson@ikb.de
david.mauroner@avmltd.com
david.maywald@btfinancialgroup.com
david.mcauliffe@tres.bnc.ca

david.mccarthy@mizuhocbus.com
david.mcdermott@nab.co.uk
david.mcdonald@corporate.ge.com
david.mcdonald@hsbcam.com
david.mcdonald@prudential.com
david.mclaughlin@morganstanley.com
david.mcmackin@truscocapital.com
david.meade@fidelity.com
david.medeiros@sunlife.com
david.mele@highbride.com
david.mele@highbridge.com
david.mendesduarte@millenniumbcp.pt
david.mettler@novartis.com
david.meyer@feri.de
david.meyer@trs.state.tx.us
david.michael@aberdeen-asset.com
david.middleton@gartmore.com
david.midura@blackrock.com
david.miflin@caam.com
david.mihlon@tsbj.com
david.millar@rbccm.co.uk
david.milleker@union-investment.de
david.minucci@jpmchase.com
david.mirzai@jpmorgan.com
david.modest@soros.com
david.modiano@socgen.com
david.moffett@usbank.com
david.molnar@aig.com
david.molnar@vontobel.ch
david.moore@tudor.com
david.morgan@threadneedle.co.uk
david.morin@us.hsbc.com
david.morrow@ubs.com
david.morrow@uk.abnamro.com
david.moss@fandc.com
david.mott@rothschilds.co.uk
david.moylett@ubs.com
david.muller@morganstanley.com
david.mullock@aberdeen-asset.com
david.mulvany@fmr.com
david.murphy@soros.com
david.murray@aig.com
david.mushlitz@fmr.com
david.n.joffe@bankofamerica.com

david.n.martucci@jpmorganfleming.com
david.nahor@nordea.com
david.nanus@lazard.com
david.nardiello@citigroup.com
david.navas@isisam.com
david.neary@boigm.com
david.newman@gm.com
david.newman@moorecap.com
david.nfcs.brown@fmr.com
david.ngwy@uobgroup.com
david.nietlispach@juliusbaer.com
david.nirtaut@lgim.co.uk
david.nordin@aig.com
david.norman@insightinvestment.com
david.norris@gcm.com
david.north@lgim.co.uk
david.novak@kofc.org
david.oakley@bankofamerica.com
david.obrien@columbiamanagement.com
david.o'brien@transamerica.com
david.oelke@bmo.com
david.olaya@grupobbva.com
david.oldow@aig.com
david.oliphant@threadneedle.co.uk
david.olivan@banque-france.fr
david.oller@jpmorganfleming.com
david.oxley@morleyfm.com
david.p.bauer@fhlb-pgh.com
david.p.coyne@aib.ie
david.p.green@jpmorgan.com
david.p.griffith@shell.com
david.p.mcguinness@aib.ie
david.paceross@bov.com
david.paich@lazard.com
david.palmisano@wellington.com
david.parker@jpmorgan.com
david.parks@daiwausa.com
david.parsons@lodh.com
david.parvin@fmr.com
david.pashley@ibj.co.uk
david.pasi@bancaintesa.it
david.patton@greenpoint.com
david.paulson@nationalcity.com
david.payne@glgpartners.com

david.peach@fmr.com
david.peckenpaugh@harrisbank.com
david.penney@morleyfm.com
david.penstone@ba-ca.com
david.perrett@ubs.com
david.perrotta@ubs.com
david.pershad@natixis.us
david.petch@db.com
david.piazza@barclaysglobal.com
david.piechowski@wamu.net
david.pierce@bnymellon.com
david.pizzimenti@lazard.com
david.polson@4086.com
david.porter@utc.com
david.powell.osborn@bankofamerica.com
david.powell@morganstanley.com
david.powers@inginvestment.com
david.pringle@aegon.co.uk
david.pritchard@lloydstsb.co.uk
david.prothro@fmr.com
david.putzeys@vanlanschot.be
david.quint@deshaw.com
david.r.james@gartmore.com
david.r.jones@pnc.com
david.r.thomas@uk.mufg.jp
david.rabinowitz@inginvestment.com
david.randell@alliancebernstein.com
david.randle@bnpparibas.com
david.rapanoel@caam.com
david.raynaud@clf-dexia.com
david.reed@blackrock.com
david.reid@blackrock.com
david.renton@ukgateway.net
david.reynolds@gmacrfc.com
david.rhee@uboc.com
david.rhydderch@db.com
david.ric@ubs.com
david.richards@citadelgroup.com
david.rickard@boigm.com
david.riddle@lgim.co.uk
david.ridland@resolutionasset.com
david.risner@harrisbank.com
david.ristau@ubs.com
david.roberts@aegon.co.uk

david.roberts@funb.com
david.roberts@ibtco.com
david.robertson@royalbank.com
david.robinson@alliancebernstein.com
david.rogal@blackrock.com
david.rommel@pnc.com
david.roosevelt@morganstanley.com
david.rose@royal-london.co.uk
david.rosenberg@hvbeurope.com
david.rosenberg@schwab.com
david.ross@scottishpower.com
david.rossi@pnc.com
david.rossmiller@db.com
david.rothon@notes.ntrs.com
david.rothweiler@ubs.com
david.roughley@anz.com
david.rowe@inginvestment.com
david.rowley@nordlb.com
david.rudow@thrivent.com
david.rule@bankofengland.co.uk
david.rusate@ge.com
david.russ@ucop.edu
david.s.bentley@jpmorgan.com
david.s.cohen@morganstanley.com
david.s.kennedy@columbiamanagement.com
david.saber@ny.frb.org
david.saletta@pncbank.com
david.salisbury@dfafunds.com
david.salisbury@omv.com
david.sanchez@hsh-nordbank.co.uk
david.sander@insightinvestment.com
david.sanders@glgpartners.com
david.sanders@sgcib.com
david.santacroce@ge.com
david.sasson@bbva.com.hk
david.sayles@blackrock.com
david.schlesinger@yesbank.com
david.schlumpf@juliusbaer.com
david.schmid@claridenleu.com
david.schmidt@fortisinvestment.com
david.schoenholz@household.com
david.schrager@ing.com
david.schroeder@ucop.edu
david.schultz@minnesotamutual.com

david.schweigman@csfb.com
david.schweikert@mail.maricopa.gov
david.scicolone@rmf.ch
david.scott@morganstanley.com
david.seaman@americas.bnpparibas.com
david.seay@ppamerica.com
david.sebanjeantet@axa-im.com
david.sederholm@commercebank.com
david.semaya@barclaysglobal.com
david.senogles@bankofbermuda.com
david.seppey@lodh.com
david.seto@robecoinvest.com
david.seymour@wedbush.com
david.shainok@deshaw.com
david.shairp@jpmorgan.com
david.shapiro@morleyfm.com
david.sharpe@jpmorgan.com
david.shaw@blackrock.com
david.shaw@ostc-uk.com
david.sheasby@aegon.co.uk
david.shebit@thehartford.com
david.shen@pncadvisors.com
david.shiau@credit-suisse.com
david.shillaber@westernasset.com
david.shinn@kofc.org
david.shulz@mltrust.com
david.sibi@landsbanki.com
david.siegel@arabbanking.com
david.sigg@claridenleu.com
david.silander@wachovia.com
david.silbering@tudor.com
david.simmons@aberdeen-asset.com
david.simner@uk.fid-intl.com
david.simpson@mondrian.com
david.simpson@sgcib.com
david.sin@icprc.com
david.sinclair@uk.calyon.com
david.skinner@morleyfm.com
david.sletvold@pnc.com
david.sloper@bmonb.com
david.small@jpmorgan.com
david.small@ubs.com
david.smetana@morganstanley.com
david.smith@anfis.co.uk

david.smith@impaccompanies.com
david.smith@mizuho-cb.com
david.smith@pacificlife.com
david.smith@raymondjames.com
david.smith@rocklandtrust.com
david.sobell@pioneerinvest.com
david.soldatic@ubs.com
david.somerset@mosnar.com
david.sommer@nationalcity.com
david.sotnick@ubsw.com
david.spangler@thrivent.com
david.spilsted@janus.com
david.spring@clinton.com
david.stallard@fandc.com
david.stark@db.com
david.steel@gecapital.com
david.steiger@clariden.com
david.steiger@claridenleu.com
david.steigerwald@alliancebernstein.com
david.steiner@seb.se
david.stenlund@swedbankrobur.se
david.stevens@morleyfm.com
david.stevenson@himco.com
david.stewart@jmfinn.com
david.stewart@uk.fid-intl.com
david.stillberger@ap3.se
david.stowe@delta-air.com
david.streit@thrivent.com
david.strouse@ubs.com
david.stuart@hsbc.com
david.su@pimco.com
david.sueur@bcv.ch
david.sugimoto@morganstanley.com
david.sukoff@avmltd.com
david.sullivan@ubs.com
david.sullivan@uk.abnamro.com
david.sway@bankofthewest.com
david.sweet@deshaw.com
david.syriani@csam.com
david.taerstein@blackrock.com
david.taieb@caam.com
david.tattan@barclayscapital.com
david.taylor@hsbcam.com
david.templeton@pncbank.com

david.terris@usaa.com
david.thiery@sgam.com
david.thomlinson@putnam.com
david.thompson@biam.boi.ie
david.tilson@boigm.com
david.tintinago@dexia-crediop.it
david.todd@aberdeen-asset.com
david.todesco@fmr.com
david.togut@morganstanley.com
david.tompkins@tudor.com
david.toussaint@6thaveinvest.com
david.trepanier@wachovia.com
david.tyler@lgim.co.uk
david.tyson@sbcglobal.net
david.urch@swipartnership.co.uk
david.v.green@uk.nomura.com
david.vander.zande@stroeve.nl
david.vanwagoner@zionsbank.com
david.vargo@fmr.com
david.vavrichek@soros.com
david.vigano@mediobanca.it
david.villa@swib.state.wi.us
david.vuchinich@inginvestment.com
david.w.chan@jpmorganfleming.com
david.w.julier@usa.dupont.com
david.w.tan@jpmorganfleming.com
david.w@bloomberg.net
david.wabnik@ubs.com
david.waddill@moorecap.com
david.walczak@ubs.com
david.walker@citadelgroup.com
david.walker@gm.com
david.walker@vankampen.com
david.wall@bankofengland.co.uk
david.walsh@boimail.com
david.walsh2@norwich-union-life.co.uk
david.walton@bailliegifford.com
david.wang@pharma.novartis.com
david.warshawsky@aig.com
david.wartenweiler@juliusbaer.com
david.wassong@soros.com
david.watson@blackrock.com
david.watt@aberdeen-asset.com
david.webb@barclaysglobal.com

david.weibe@bbh.com
david.weigert@thehartford.com
david.weinberger@jpmorgan.com
david.weingast@alliancebernstein.com
david.weismiller@pacificlife.com
david.wetzel@moorecap.com
david.wheeler@alliancebernstein.com
david.white@biam.boi.ie
david.white@tudor.com
david.whiteley@lloydstsb.co.uk
david.widart@clf-dexia.com
david.widart@dexia-bil.com
david.wilkinson@anz.com
david.william.nunn@hydro.com
david.williams@eagleasset.com
david.williamson@credit-suisse.com
david.willmer@bnlmail.com
david.wilson@midstates.org
david.wilson@rbccm.com
david.wilsonjr@nb.com
david.winans@prudential.com
david.wines@uboc.com
david.wisbey@ibj.co.uk
david.wong@mosnar.com
david.worley@wachovia.com
david.wyatt@arabbank.co.uk
david.wynn@commercebank.com
david.xia@allstate.com
david.yates@aberdeen-asset.com
david.yates@morganstanley.com
david.yealy@inginvestment.com
david.yewer@us.bacai.com
david.yoder@ljbank.com
david.youle@ib.bankgesellschaft.de
david.young@truscocapital.com
david.yu@db.com
david.zachar@ppmamerica.com
david.zanussi@nwa.com
david.zee@ny.frb.org
david.zejda@credit-suisse.com
david.zhai@wachovia.com
david.zhang@pimco.com
david.zhang@shinseibank.com
david.zweig@co.santa-cruz.ca.us

david.zwillinger@deshaw.com
david@ackermancapital.com
david@danainvestment.com
david@dptco.net
david@hgk.com
david@primco.com
david@watermarkgroup.com
david@zelengora.com
david_a_klein@prusec.com
david_a_kolpak@victoryconnect.com
david_a_salit@fleet.com
david_amaral@conning.com
david_bach@calpers.ca.gov
david_baddon@standardlife.com
david_baggs@csx.com
david_bangs@nylim.com
david_bass@aimfunds.com
david_bate@putnam.com
david_bealmear@fanniemae.com
david_beers@troweprice.com
david_benhamou@ssga.com
david_boatwright@ssga.com
david_boone@nacm.com
david_booth@bat.com
david_bowling@csx.com
david_brickman@freddiemac.com
david_brown@westlb.co.uk
david_buckle@blackrock.com
david_butler@aviva.com
david_c_benson@fanniemae.com
david_calabro@putnam.com
david_chellgren@conning.com
david_chesney@ml.com
david_clayton@conning.com
david_clayton@ml.com
david_costantiello@putnam.com
david_cruz@nylim.com
david_cumming@standardlife.com
david_depew@putnam.com
david_dobies@fleet.com
david_dong@fanniemae.com
david_duseau@ssga.com
david_e_charlesworth@bankone.com
david_e_martin@fanniemae.com

david_eiswert@troweprice.com
david_ely@ssga.com
david_f_king@rsausa.com
david_forcey@vanguard.com
david_ford@scotiacapital.com
david_foster@nacm.com
david_fryer@ustrust.com
david_galvin@putnam.com
david_gault@westlb.com
david_gerber@putnam.com
david_glennon@ustrust.com
david_glocke@vanguard.com
david_godfrey@swissre.com
david_golob@tigerfund.com
david_goss@acml.com
david_greene@conning.com
david_gussmann@fanniemae.com
david_h_thompson@fleet.com
david_hackney@freddiemac.com
david_hamlin@putnaminv.com
david_hayton@notes.ntrs.com
david_heath@scotiacapital.com
david_hegg@ssga.com
david_hilder@putnam.com
david_holliday@vanguard.com
david_hollond@americancentury.com
david_j_espinoza@bankone.com
david_jerome@acml.com
david_johnson@westlb.co.uk
david_jones@troweprice.com
david_kalis@notes.ntrs.com
david_kang@capgroup.com
david_kass@rhco.com
david_kellermann@freddiemac.com
david_kelly@ml.com
david_kirk@freddiemac.com
david_knesich@cbcm.com
david_kobuszewski@ssga.com
david_kogut@fanniemae.com
david_kulo@nylim.com
david_l_king@putnam.com
david_l_smith@ssga.com
david_ledgerwood@americancentury.com
david_lee@troweprice.com

david_lee@vanguard.com
david_lindsay@fleet.com
david_lopez@nacm.com
david_lyle@invesco.com
david_lynn@nacm.com
david_m_lane@ml.com
david_madon@cbcm.com
david_mael@putnam.com
david_manuel@ldn.com
david_marchesani@nacm.com
david_mazza@ssga.com
david_mcavoy@ssga.com
david_mcelwain@co.harris.tx.us
david_medrano@agc.com
david_melka@nylim.com
david_merwin@calpers.ca.gov
david_meyers@invesco.com
david_miller@invescoperpetual.co.uk
david_moffat@lnotes3.bankofny.com
david_morgan@hvbamericas.com
david_morgan@putnam.com
david_moss@ldn.invesco.com
david_muldoon@scotiabank.ie
david_murphy@swissre.com
david_ni@fanniemae.com
david_oatley@dell.com
david_oloan@swissre.com
david_ondek@ssga.com
david_padulo@glic.com
david_park@ml.com
david_pavan@nacm.com
david_petrozzi@ml.com
david_powell@oxy.com
david_prosser@whartonco.com
david_rietdijk@putnam.com
david_risa@jpmorgan.com
david_robinson@fanniemae.com
david_rowlett@troweprice.com
david_s_herold@putnam.com
david_s_ligon-miller@fanniemae.com
david_sanders@ml.com
david_sandrew@ssga.com
david_schmidt@calpers.ca.gov
david_schule@freddiemac.com

david_schwartzman@ustrust.com
david_sell@nylim.com
david_sharman@ams.com
david_shea@putnam.com
david_shen@hvbamericas.com
david_shnaps@ldn.invesco.com
david_simpson@ml.com
david_sobotka@ml.com
david_stanley@troweprice.com
david_stieger@newton.co.uk
david_strenz@ustrust.com
david_sutton@putnam.com
david_swann@bat.com
david_tan@troweprice.com
david_tankin@conseco.com
david_tarifi@acml.com
david_tiberii@troweprice.com
david_todd@ldn.invesco.com
david_tone@prusec.com
david_tooley@agfg.com
david_tovey@blackrock.com
david_vanommeren@vanguard.com
david_vaughn@nacm.com
david_w_mcnamara@vanguard.com
david_w_powers@fleet.com
david_wagenseller@agfg.com
david_wagenseller@net.com
david_wagner@westlb.com
david_warren@troweprice.com
david_whitcomb@cargill.com
david_white@putnam.com
david_wines@scudder.com
david_wl_chow@hkma.gov.hk
david_wolfson@acml.com
david_wright@nylim.com
david_zhu@vanguard.com
david_zielinski@ssga.com
david-a.lane@db.com
davidadams@quilter.co.uk
davidalexander.meier@juliusbaer.com
davidb@cbnm.com
davidbarron1@bloomberg.net
davidbelmont@temasek.com.sg
davidbetanzos@capgroup.com

davidbradley@angloirishbank.ie
davidc@martincurrie.com
davidchen@icbchkg.com
davidchick@hsbc.com
davidconlon@angloirishbank.ie
davidcox007@bloomberg.net
davidcthompson@mchsi.com
daviddickinson@gic.com.sg
davide.astolfi@pioneerinvest.it
davide.barattini@gestielle.it
davide.basile@morganstanley.com
davide.bevilacqua@bancaintesa.it
davide.campo@ubm.it
davide.cataldo@pioneerinvestments.com
davide.cifarelli@pioneerinvestments.com
davide.colombo@ubm.it
davide.comoglio@pioneerinvest.it
davide.costantini@swissfirst.ch
davide.delia@juliusbaer.com
davide.dicataldo@pioneerinvest.it
davide.digioia@arcafondi.it
davide.digirolamo@capitalia-am.com
davide.fantoni@bper.it
davide.garulli@it.abnamro.com
davide.grignani@sgcib.com
davide.guglielminotti@arcafondi.it
davide.mellini@credit-suisse.com
davide.pasi@mpsgr.it
davide.pavese@eurizoncapital.lu
davide.pinna@mbczh.ch
davide.rima@rothschildbank.com
davide.stegani@bancaintesa.it
davide.testu@ersel.it
davide.tinelli@compagnia.torino.it
davide_crippa@swissre.com
davide_glavina@generali.com
davide_guidicelli@swissre.com
davidells@northwesternmutual.com
davidevans@wolverhampton.gov.uk
davidf.johnson@usbank.com
davidframe@morganstanleyquilter.ie
davidg@san.rr.com
davidgates@gic.com.sg
david-gibson@deshaw.com

david-h.kim@ubs.com
davidh.simmons@wachovia.com
davidhanley@angloirishbank.ie
davidhenderson@northwesternmutual.com
davidheng@temasek.com.sg
davidhodgkinson@hsbc.com
davidhof@bankisrael.gov.il
davidjam@exchange.uk.ml.com
davidjobling@angloirishbank.co.uk
davidk@fhlbsea.com
davidk@mcsaatchi.com
david-l.jones@ubs.com
davidl@nytimes.com
davidl@oechsle.com
davidlch@dbs.com
davidls@mcm.com
david-m.lane@db.com
davidm@omega-advisors.com
davidmak@dbs.com
davidmcevoy@angloirishbank.ie
davidmercurio@gic.com.sg
david-mg.murphy@db.com
davidmp@mginvestors.com
david-n.thomas@db.com
davidnic@aol.com
davidnlawrence@home.com
davidoshea0@eircom.net
davidoston@earthlink.net
davidowyong@gic.com.sg
davidp@ruanecunniff.com
davidpchu@comcast.net
david-r.long@ubs.com
davidreddy@gic.com.sg
davidrussell@angloirishbank.ie
davidsexsmith@sceptre.ca
davidsm@emigrant.com
davidsmith@synovusmortgage.com
davidson.hepburn@ny.frb.org
davidson.jon@principal.com
davidthompson@cbt-alabama.com
davidwells@dlbabson.com
davidwyatt@kdb.co.kr
davidz@hcmny.com
davies@bessemer.com

daviesc@bupa.com
daviesm@ufji.com
davina.curling@fandc.com
davina.rich@db.com
davina.walter@db.com
davina_au@asia.hypovereinsbank.com
davis.bryan@principal.com
davis.hall@ca-suisse.com
davis.paddock@aiminvestments.com
davis.r@bimcor.ca
davis@cbk.com
davis_smith@invesco.com
davisem@bernstein.com
davisg7@nationwide.com
davisj@fhlbsf.com
davisja@ensignpeak.org
davitp@jea.com
davuluri@princeton.edu
davut.celik@bcp-bank.com
davva@mcm.com
davy.vanvossole@fortisinvestments.com
daw.ia@adia.ae
dawagner@troweprice.com
dawanna_johnson@invesco.com
dawid.krige@mondrian.com
dawn.albano@db.com
dawn.brandhagen@usbank.com
dawn.bullivant@threadneedle.co.uk
dawn.crunden@thehartford.com
dawn.elseser@nationalcity.com
dawn.hazlewood@rbc.com
dawn.lawrence@morganstanley.com
dawn.muhlhan@nationalcity.com
dawn.murray@daiwausa.com
dawn.porter@ashmoregroup.com
dawn.rorke@morganstanley.com
dawn.sadler@ge.com
dawn.simes@uk.calyon.com
dawn.underwood@db.com
dawn.zerillo@ubs.com
dawn_murtaugh@vanguard.com
dawn_simon@ml.com
dawna.m.heinauer@fhlb-pgh.com
dawnchan@temasek.com.sg

dawsonpm@bernstein.com
dawu@dbs.com
daxelrod@tiaa-cref.org
daxelson@ups.com
day.bishop@alliancebernstein.com
dayalj@wellsfargo.com
dayk@pfm.com
daymian.campbell@rabobank.com
dazandstra@ftb.com
db16@ntrs.com
db85@ntrs.com
dbackus@stern.nyu.edu
dbader@mcmorgan.com
dbaillie@jhancock.com
dbajpai@angelogordon.com
dbalas@bloomberg.net
dball@franklintempleton.co.uk
dball1@bloomberg.net
dballantine@payden-rygel.com
dbalsan@ag-am.com
dbanda@ifc.org
dbandish@mimillers.com
dbarbuscia@bsct.ch
dbarcl@fhlbsea.com
dbarlow@ambac.com
dbarlow@martincurrie.com
dbarnao@bloomberg.net
dbarnes4@bloomberg.net
dbarrie@bpbtc.com
dbarson@mcdinvest.com
dbarzows@nystrs.state.ny.us
dbasiric@ford.com
dbate@evergreeninvestments.com
dbaumgartner@pictet.com
dbc1@ntrs.com
dbdubard@wellington.com
dbeard@mwvinvest.com
dbeaver@evergreeninvestments.com
dbeck@cwhenderson.com
dbecker@waddell.com
dbegley@fhlbatl.com
dbelcher@worldbank.org
dbelcore@payden-rygel.com
dbellissimo@apollolp.com

dbelman@standishmellon.com
dbelton@standishmellon.com
dbender3@bloomberg.net
dbennett@fhlbatl.com
dbenson@millertabak.com
dbenson@osc.state.ny.us
dbenson@progressive.com
dberdah@agribank.com
dbergquist@calstrs.com
dberkowitz@metlife.com
dbernz@bloomberg.net
dberry@martincurrie.com
dbersani@mediosim.it
dbertin@nbg-france.com
dbertrand@jhancock.com
dbevan1@bloomberg.net
dbianchi@bloomberg.net
dbickerstaff@federatedinv.com
dbieri@lukb.ch
dbigelow4@bloomberg.net
dbilley@bloomberg.net
dbinsol@smithnyc.com
dbird@pictet.com
dbirulin@websterbank.com
dblair@princeton.edu
dblakeney@browncapital.com
dblancom@bankinter.es
dblanks@hcmlp.com
dblazin@dsaco.com
dblenkinsop@westpac.com.au
dbm.cdu@adia.ae
dbmarshak@wellington.com
dbmbla2@aol.com
dboccardi@bloomberg.net
dboehme@templeton.com
dboglietti@fondianima.it
dboies@lacaisse.com
dbolhant@groupama-am.fr
dbonnier@axia-advisors.com
dborberg@waddell.com
dbordo@duqlight.com
dborgman@standish.com
dbosch@statestreet.com
dboston@wasatchadvisors.com

dbowers@evergreeninvestments.com
dbowers@ofii.com
dbowser@standishmellon.com
dboyle@malvernfederal.com
dbr.van.toren@interpolis.nl
dbr@bankinvest.dk
dbradin@babsoncapital.com
dbrady@oppenheimerfunds.com
dbranch@jhancock.com
dbrenia@turnerinvestments.com
dbrennand2@bloomberg.net
dbrenner@hcmny.com
dbreton@groupama-am.fr
dbrezzo@bloomberg.net
dbriand1@bloomberg.net
dbridges@mony.com
dbroderick@tiaa-cref.org
dbrodeur@ci.com
dbroglino@ocwen.com
dbronner@rsa.state.al.us
dbrown@ag-am.com
dbrown@brownadvisroy.com
dbrown@deerfieldcapital.com
dbrown@lincap.com
dbrown@oppenheimerfunds.com
dbrown@peoplesbankpa.com
dbrown@russell.com
dbrown@sandleroneill.com
dbrown03@allstate.com
dbrownlee@nationallife.com
dbruneau@bloomberg.net
dbruning@fblfinancial.com
dbruno@mdsass.com
dbryant@csc.cps.k12.il.us
dbsg@bloomberg.net
dbthomas2@yahoo.com
dbucher@rmf.ch
dbuckley@williamblair.com
dbudde@jhancock.com
dbuilder@lordabbett.com
dbullivant@jhancock.com
dbuono@ag-am.com
dburck@utsystem.edu
dburgess@metlife.com

dburns@alliance.com
dburns@utendahl.com
dburr@federatedinv.com
dburrow@deerfieldcapital.com
dburshtan@nb.com
dbusiel@allstate.com
dbvegh@leggmason.com
dbyatt@bear.com
dc40@ntrs.com
dcaceresn@repsolypf.com
dcaderas@bloomberg.net
dcalabro@mfs.com
dcallahan@lmfunds.com
dcama@isbnj.com
dcambridge@aegonusa.com
dcampbell@davenportllc.com
dcampbell@fountaincapital.com
dcampbell@oppenheimerfunds.com
dcancelmo@septa.org
dcandida@wellington.com
dcannon@pershing.com
dcantania@bloomberg.net
dcanuel@babsoncapital.com
dcapeloto@bloomberg.net
dcapo@evcap.com
dcaputo@pressprich.com
dcar@lordabbett.com
dcarlisle@sfbli.com
dcarlsen@buffalofunds.com
dcarlson@massmutual.com
dcarmody@icbny.com
dcarnes@allstate.com
dcarrell@bass-net.com
dcarroll@oppenheimerfunds.com
dcarson@eatonvance.com
dcarson@ssrm.com
dcarter@ncmcapital.com
dcartwright@waddell.com
dcascio@bloomberg.net
dcase@hbk.com
dcassell@metlife.com
dcasteel@shay.com
dcastillo@swst.com
dcastrog@cajamadrid.es

dcatanzaro@federatedinv.com
dcbpl@bloomberg.net
dcchung@keb.co.kr
dccushing@wellington.com
dcec@cgii.com
dceliano@hymanbeck.com
dcezd@blommberg.net
dcfoster@aegonusa.com
dch@dodgeandcox.com
dch1@ntrs.com
dchace@wasatchadvisors.com
dchait@xcla.com
dchamberlain@loomissayles.com
dchan@caxton.com
dchan@dcccd.edu
dchan@ftci.com
dchan@jennison.com
dchang@lmfunds.com
dchang2005@bloomberg.net
dchatterjee@pictet.com
dchen@impaccompanies.com
dchen@standish.com
dcheng@westernasset.com
dchesir@bloomberg.net
dcheswick@bpuinvestments.com
dchiappinelli@tigerglobal.com
dchiesi@bear.com
dchittim@standishmellon.com
dchiu@leggmason.com
dchochrek@barbnet.com
dchoi@federatedinv.com
dchoi@princeton.edu
dchoong@mas.gov.sg
dchou@investcorp.com
dchow@evergreeninvestments.com
dchow@perrycap.com
dchristians@montag.com
dchun@farcap.com
dchung@alger.com
dchung@opcap.com
dcifuepa@banrep.gov.co
dcj-tfuse@nifty.com
dclarke@msfi.com
dclements@oppenheimerfunds.com

dclifford@omega-advisors.com
dcm@jwbristol.com
dcmcguiggin@statestreet.com
dcmoore@wellington.com
dcnordin@wellington.com
dcoady@oppenheimerfunds.com
dcobb@mmlassurance.com
dcobey@mfs.com
dcohen@idbny.com
dcohen@loomissayles.com
dcole@mfs.com
dcoleman@sisu.com
dcollins@tiaa-cref.org
dcollins1@mandtbank.com
dcoluccio@bankofny.com
dcomanda@calfed.com
dcomerford1@bloomberg.net
dcompert@oppenheimerfunds.com
dconnally@sarofim.com
dconrad@scmadv.com
dcontes@canyonpartners.com
dcontini@calstrs.com
dcook@federatedinv.com
dcooley@stcloud.org
dcoombs@bloomberg.net
dcooper@bankofny.com
dcopp@tiaa-cref.org
dcoratti1@bloomberg.net
dcoster@sierraglobal.com
dcouden@scmadv.com
dcoughenour@chicagoequity.com
dcoutu@babsoncapital.com
dcox@voyageur.net
dcox@whummer.com
dcpatel@metlife.com
dcrall@us.nomura.com
dcraver@princeton.edu
dcrawfor@carolinafirst.com
dcrawford@crawfordinvestment.com
dcrimmins@bankofny.com
dcrocker@halcyonllc.com
dcroyeau@equalt.com
dcsmith@metlife.com
dcsotelo@adb.org

dcuiule@lordabbett.com
dcunn@summitbank.com
dcunningham@bpbtc.com
dcunningham@federatedinv.com
dcurti@bancafideuram.it
dcurtin@eatonvance.com
dcurtiss@dkpartners.com
dczajak@standishmellon.com
dczoch@federatedinv.com
dczub@sib.wa.gov
dd@ff.com
dd109@ntrs.com
dd44@ntrs.com
ddaesen@jhancock.com
ddaniel@kbw.com
ddanker@worldbank.org
ddantas@groupama-am.fr
ddaugherty@loews.com
ddavidson@loomissayles.com
ddavis@babsoncapital.com
ddavis@pncadvisors.com
ddavis@ssrm.com
ddawit@pictet.com
ddayan@hawkglobal-us.com
ddb21150@bloomberg.net
ddb26146@bloomberg.net
ddb41432@bloomberg.net
ddb46456@bloomberg.net
ddb61475@bloomberg.net
ddb65018@bloomberg.net
ddb65440@bloomberg.net
ddb70078@bloomberg.net
ddd@columbus.com
ddeacon@bloomberg.net
ddeadman@hcmlp.com
ddebusschere@phlyins.com
ddediego@schny.com
ddefour@metlife.com
ddegliesposti@bci.it
ddegroff@mfs.com
ddektar@smithbreeden.com
ddelafie@rnt.com
ddelahanty@bearstearns.com
ddelechat1@bloomberg.net

ddelgado1@bear.com
ddepicciotto@ubp.com
ddepner@bloomberg.net
dderamo@statestreet.com
dderamo@wilmingtontrust.com
ddercher@waddell.com
ddesand1@ford.com
ddesantis@firstbrands.com
ddesaul@bloomberg.net
ddesimone@mcc.it
ddeuble@metlife.com
ddeutsch@sdcera.org
ddevaraj@bloomberg.net
ddeveies@westernasset.com
ddeyhimi@juliusbaer.com
ddgillet@statestreet.com
ddial@tiaa-cref.org
ddibattista@mfs.com
ddichio2@bloomberg.net
ddickens@uscentral.org
ddickey@babsoncapital.com
ddickherber@stifel.com
ddickinson@wilmingtontrust.com
ddickman@amfin.com
ddickman@metlife.com
ddiepbrink@aegon.nl
ddiez@bankinter.es
ddigregorio@eatonvance.com
ddijkstaal@bloomberg.net
dding@panagora.com
ddipierro@bloomberg.net
ddisimone@crawfordinvestment.com
ddivietri@bankofny.com
ddivine@sfbli.com
ddo@capgroup.com
ddo@wellington.com
ddocanto1@bloomberg.net
ddocherty@cazenove.com
ddodds@svmonline.co.uk
ddoherty@federatedinv.com
ddonahue@blackrock.com
ddonald@co-operativebank.co.uk
ddonora@refco.com
ddonovan@oppenheimerfunds.com

ddorff@pimco.com
ddorman@ci.fremont.ca.us
ddorsey@smithmgtllc.com
ddowler@lkcm.com
ddownes@caxton.com
ddowney@loomissayles.com
ddrabinski@hcmlp.com
ddriscoll@standishmellon.com
dds.eu@adia.ae
ddt@ntrs.com
ddudnik@fdic.gov
dduggan@hcmny.com
ddumont@groupama-am.fr
ddunne@bear.com
ddupont@allstate.com
ddurbin@bloomberg.net
ddurham@kenmontinvestments.com
ddurkin@microsoft.com
dduseau@ssga.com
ddutile@fmausa.com
ddworfrecaut@worldbank.org
ddwu@bear.com
ddykstra@wintrust.com
ddziadis@highlandsamrel.com
de.doan-tran@sgcib.com
de@ennismorefunds.com
de@fr.fr
de_luccia_rob@jpmorgan.com
de_metrio_giulio@alitalia.it
deadmaga@cba.com.au
deaenlle@gmail.com
dealdone@goodbank.com
dealer.mm@hsh-nordbank.com
dealer@garantim.ru
dealers-lond.treasury@gsk.com
dealinfo@ellington.co
dealing@buc.ch
dealingroom@uic.it
dean.a.fearon@jpmchase.com
dean.barber@db.com
dean.batley@axa-im.com
dean.benner@db.com
dean.berry@boigm.com
dean.buckley@hsbcam.com

dean.buckley@swip.com
dean.crowe@ubs.com
dean.dibias@advantuscapital.com
dean.dillard@aiminvestments.com
dean.gacanin@juliusbaer.com
dean.lewallen@prudential.com
dean.light@drkw.com
dean.martin@swib.state.wi.us
dean.meddaugh@db.com
dean.meddaugh@wellscap.com
dean.neamos@abnamro.com
dean.ramsamooj@4086.com
dean.rock@paribas.com
dean.shenton@barclaysglobal.com
dean.siokas@highbridge.com
dean.speer@truscocapital.com
dean.ungar@ubs.com
dean.vasilakos@citadelgroup.com
dean_bates@scotiacapital.com
dean_gekas@ssga.com
dean_newman@ldn.invesco.com
dean_pancoast@aimfunds.com
dean_tenerelli@troweprice.com
deana@bgi-group.com
deancummings@usa.net
deandre.parks@westernasset.com
deane.donnigan@framlington.co.uk
deane.gyllenhaal@himco.com
deane.martire@ge.com
dean-evansr@fhlbsf.com
deangelisp@edison.it
deanlane@bloomberg.net
deann.kiser@ers.state.tx.us
deanna.loughnane@morganstanley.com
deanna@bloomberg.net
deanna_spangler@em.fcnbd.com
deannac@hcmny.com
deanne.immel@frostbank.com
deanne.phillips@usbank.com
deanne.smith@conocophillips.com
deanne_steele@lnotes5.bankofny.com
deantonip.@gruppocredit.it
dearley@netbank.com
dearnest@mfs.com

deasley@troweprice.com
deastman@payden-rygel.com
deatherly@aol.com
deatona@deshaw.com
deb.gellman@aig.com
deb.leclair@citadelgroup.com
deb.mcdonald@wachovia.com
deb.vargo@columbiamanagement.com
deb.wolfe@columbiamanagement.com
deb_vargo@ustrust.com
debbie.adami@aig.com
debbie.baggett@ubs.com
debbie.barham@mnopf.co.uk
debbie.bourg@firstmidwest.com
debbie.campbell@uk.fid-intl.com
debbie.casale@morganstanley.com
debbie.clarke@isisam.com
debbie.connor@fmr.com
debbie.cotman@bnpparibas.com
debbie.cozens@barclays.co.uk
debbie.day@commerzbank.com
debbie.fleet@db.com
debbie.grillo@altria.com
debbie.guddens@unilever.com
debbie.johnson@ubs.com
debbie.k.beyer@state.or.us
debbie.kavanagh@db.com
debbie.laurel@woolwich.co.uk
debbie.levin@fmr.com
debbie.linnegan@uk.fid-intl.com
debbie.lusman@asbai.com
debbie.mah@barclaysglobal.com
debbie.moses@db.com
debbie.moses@glgpartners.com
debbie.muller@glgpartners.com
debbie.sager@barclays.com
debbie.sanger@ubs.com
debbie.savory@resolutionplc.com
debbie.webseter@ibtco.com
debbie.webster@ibtco.com
debbie.wolfe@raymondjames.com
debbie_diboll@colonialbank.com
debbie_ty_lo@hkma.gov.hk
debby.perelmuter@ny.frb.org

deberling@kbw.com
deberson@otfs.state.ga.us
debetz@leggmason.com
debi.gold@bergenbrunswig.com
debi.johnson@fmr.com
debiguha@gic.com.sg
deboever.cf@tbcam.com
debon@bloomberg.net
debora.bucher@rothschildbank.com
debora.delbo@pioneerinvest.it
deborah.a.sullivan@fmr.com
deborah.akeroyd@fmr.com
deborah.andrews@pncbank.com
deborah.bentley@pnc.com
deborah.bowe@jpmorgan.com
deborah.brown@aiminvestments.com
deborah.chaplin@us.schroders.com
deborah.dutoit@umb.com
deborah.elliot@tudor.com
deborah.ferguson@trs.state.tx.us
deborah.gallegos@state.nm.us
deborah.gillam@aberdeen-asset.com
deborah.gonzalez@huntington.com
deborah.harvey@nationalcity.com
deborah.hoeft@associatedbank.com
deborah.hopkins@truscocapital.com
deborah.j.jaffe@db.com
deborah.jang@ubs.com
deborah.jefferson@harrisbank.com
deborah.kearns@uk-fid-intl.com
deborah.kulisch@lazard.com
deborah.l.stevenson@fhlb-pgh.com
deborah.leonard@ny.frb.org
deborah.lewis2@thehartford.com
deborah.markopoulos@mizuhocbus.com
deborah.mcneill@bnpparibas.com
deborah.medenica@aig.com
deborah.meyer@gm.com
deborah.miller@tudor.com
deborah.morrow@ubs-oconnor.com
deborah.oneill@boigm.com
deborah.perry@pncadvisors.com
deborah.schepens@fmr.com
deborah.segal@gm.com

deborah.shire@axa-im.com
deborah.wardwell@wamu.net
deborah_bailey@ustrust.com
deborah_dibucci@troweprice.com
deborah_downie@glic.com
deborah_foss@sunlife.com
deborah_hare@troweprice.com
deborah_jansen@dpimc.com
deborah_koplick@ustrust.com
deborah_lunan@tigerfund.com
deborah_miller@colpal.com
deborah_mosier@troweprice.com
deborah_newcomb@ustrust.com
deborah_newman@key.com
deborah_oliver@ml.com
deborah_pederson@gargill.com
deborah_preisman@freddiemac.com
deborah_smith@conning.com
deborah_voit@vanguard.com
deborchard@mandtbank.com
debourbon@bloomberg.net
debra.ackerman@alliancebernstein.com
debra.chin@db.com
debra.crovicz@morganstanley.com
debra.delsecco@wellscap.com
debra.freschl@ubs.com
debra.hamilton@db.com
debra.harris@sscims.com
debra.henderson@modern-woodmen.org
debra.jennings@db.com
debra.rumble@uk.fid-intl.com
debra.witkowsky@citigroup.com
debra_barnard@ustrust.com
debra_curran@newyorklife.com
debra_ivey@ustrust.com
debra_l_klassen@keybank.com
debra_laskowski@america.hypovereinsbank.com
debrad@fhlbsea.com
debrah.okelly@bnpparibas.com
debraj.dasgupta@novartis.com
debraley@northwesternmutual.com
debrauwer@bloomberg.net
debreem@swcorp.org
debriconj@rabo-bank.com

debrossardga@fhlbcin.com
debykanner@bloomberg.net
dechevarria@dlbabson.com
decheverria@babsoncapital.com
dechiara@gruppo.mediolanum.it
dechu.muthana@fhlbny.com
deckardt@fhlbatl.com
deckerni@cial.cic.fr
declan.a.mullen@aib.ie
declan.carlin@hypovereinsbank.com
declan.dolan@ilptreasury.com
declan.j.cooling@aib.ie
declan.j.fitzgerald@aib.ie
declan.magee@erm.ie
declan.walsh@ge.com
deconija@cial.cic.fr
decristofaro.j@tbcam.com
dedelson@loews.com
dedington@uscentral.org
dedler@foxasset.com
dee.colby@honeywell.com
dee.odonoghue@glgpartners.com
dee@ubp.ch
deedee_rutland@hancockbank.com
deedee_sklar@westlb.com
deek@oechsle.com
deena.friedman@fmr.com
deep.kumar@avmltd.com
deepa.p.majmudar@jpmorgan.com
deepa.salastekar@pimco.com
deepak.baghla@morganstanley.com
deepak.laxmi@morganstanley.com
deepak.seeburrun@aig.com
deepak@bankmuscat.com
deepak@cbd.ae
deepak@farcap.com
deepak_t_tolani@fanniemae.com
deepkumar.gandhi@ubs.com
deepti.jerath@hsbcgroup.com
defne.dilber@yapikredi.com.tr
defrancisis.s@mellon.com
defrancisis.sf@mellon.com
degan@melloninvestor.com
degbert@cu-isi.org

degni@gestielle.it
dehartog@bridport.ch
dehen@lvmh.fr
dehullhorst@delinvest.com
deirdre.bottamini@fmr.com
deirdre.bruen@ohis.com
deirdre.c.hanlon@aibbny.ie
deirdre.dennehy@rocklandtrust.com
deirdre.farrell@depfa.ie
deirdre.lee@ibtco.com
deirdre.m.breheny@aib.ie
deirdre.m.gallagher@aibbny.ie
deirdre.m.hogan@boimail.com
deirdre.mcguire@thehartford.com
deirdre.o'sullivan@framlington.co.uk
deirdre_goldenbogen@putnam.com
deirdre_kehoe@acml.com
deirdreceannt@angloirishbank.com
deirdrem.kennedy@biam.boi.ie
deirdrem.oleary@biam.boi.ie
deisenberg@brownadvisory.com
dejan.srejic@juliusbaer.com
dejerez@bloomberg.net
dejima@us.mufg.jp
deke.iglehart@ftnfinancial.com
deknoppper@bloomberg.net
dekrijger@bcmnet.nl
del@capgroup.com
del_rosario_ramon_gil@jpmorgan.com
delainecheong@temasek.com.sg
delalu@bloomberg.net
delamatu@sdm.cic.fr
delany_craig@jpmorgan.com
delb@capgroup.com
delbert_stafford@vanguard.com
delchaar@bankofny.com
delder@dg-g.com
delefson@ustrust.com
delevaur@fhlbsf.com
delfianto@bi.go.id
delgadoe@bancsabadell.com
delkenany@metlife.com
dell_futch@keybank.com
della.v.kilduff@aibbny.ie

dellaquilaf@brinson.com
dellenberger@federatedinv.com
dellenwood@shay.com
dellis@lordabbett.com
dellyson@payden-rygel.com
delona.moore@kaiseral.com
deloreskeegan@kbluxembourg.ie
delos@mail.nrucfc.org
delosreyes_r@telefonicamoviles.com
delphimgmt@msn.com
delphine.arrighi@bnpparibas.com
delphine.barbaud@lodh.com
delphine.benahim@ubs.com
delphine.bourrilly@ubs.com
delphine.dalu@db.com
delphine.delaveau@axa-im.com
delphine.gebauer@feri.de
delphine.georges@caam.com
delphine.hochstrass@belgacom.be
delphine.houbrechts@ingim.com
delphine.lanquetot@sinopia.fr
delphine.lelouet@lodh.com
delphine.lietaer@socgen.com
delphine.padovani@bnpparibas.com
delphine.tiger@caam.com
delphine_hovan@ssga.com
delreegu@cmcic.fr
delsell@metzler.com
delsenbrock@smithgraham.com
delucia@nusasim.it
delustig@ibtco.com
demarino.j@mellonequity.com
demarisdm@fhlbcin.com
demarsin@bloomberg.net
dematteor@lotsoff.com
dematteor@ltsoff.com
demchenko@bloomberg.net
demetri.goradetsky@ubs.com
demetrick@bloomberg.net
demetrios_tsaparas@glic.com
demetris.papallis@cy.bankofcyprus.com
demetrius.pope@trs.state.tx.us
demi_psyllos@acml.com
demian.pons@citadelgroup.com

demicco.me@dreyfus.com
demie.demetriou@swip.com
demmerich@lordabbett.com
demosthenes.ioannou@ecb.int
demrick@bloomberg.net
demura@daiwa-am.co.jp
den1@ntrs.com
dena.hydes@ubs.com
dena_minning@ml.com
deng.jiewen@uobgroup.com
dengel@bper.ch
denglongheng@cmbchina.com
dengstrom@oppenheimerfunds.com
denholm.paul@sgcib.com
denica.vatev@genworth.com
denice_holin@troweprice.com
denis.asmar-kristiansen@novartis.com
denis.autier@bnpparibas.com
denis.bertin@bnpparibas.com
denis.chan@csam.com
denis.clement@safra.lu
denis.cohen@jpmorgan.com
denis.constantin@clf-dexia.com
denis.elter@oppenheim.ch
denis.fagaert@fortis.com
denis.fievet@pernod-ricard.com
denis.gould@axa-im.com
denis.graeber@ubs-oconnor.com
denis.hoorelbeke@socgen.com
denis.jamison@inginvestment.com
denis.jourde@banque-france.fr
denis.kahl@weberbank.de
denis.kleiber@credit-agricole-sa.fr
denis.mangan@fortisinvestments.com
denis.massey@boh.com
denis.murphy@aib.ie
denis.panel@bnpparibas.com
denis.parisien@tres.bnc.ca
denis.periat@lloydsbank.ch
denis.r.culligan@aib.ie
denis.remacle@labanquepostale-am.fr
denis.sagaert@fortisbank.com
denis.servaes@dexia-am.com
denis.sheahan@rocklandtrust.com

denis.soubeyran@renault.com
denis.urbany@interepargne.fr
denis.vallier@dexia-am.com
denis.vanbauwel@axa.be
denis.viet.jacobsen@icgplc.co.uk
denis.wallerich@bnpparibas.com
denis.walsh@blackrock.com
denis.znamenskiy@axa-im.com
denis_lehman@aviva.fr
denisa_sokolova@ssga.com
denise.almeida@sandoz.com
denise.anderson@juliusbaer.com
denise.blohm@ci.hayward.ca.us
denise.brown@aib.ie
denise.burton@db.com
denise.callaghan@nationalcity.com
denise.chisholm@fmr.com
denise.coyne@huntington.com
denise.d.flynn@aibbny.ie
denise.darling@blackrock.com
denise.delaney@vanguard.com.au
denise.fleming@csam.com
denise.fries@credit-suisse.com
denise.gargan@pncadvisors.com
denise.groeger@ubs.com
denise.gugerli@swisscanto.ch
denise.higgins@mackayshields.com
denise.hlad@ppmamerica.com
denise.joseph@chase.com
denise.keegan@columbiamanagement.com
denise.lemay@peoples.com
denise.lindsay@db.com
denise.lye@glgpartners.com
denise.m.taylor@prudential.com
denise.m.zutz@jci.com
denise.macy@commercebank.com
denise.ocallaghan@pioneerinvest.ie
denise.olding@barclaysglobal.com
denise.pollard-knight@insightinvestment.com
denise.pollock@fmr.com
denise.rader@53.com
denise.t.duffee@citigroup.com
denise.wells@truscocapital.com
denise.wilson@bg-group.com

denise@icp.com
denise_grotz@troweprice.com
denise_howe@putnam.com
denise_r_farnum@bankone.com
denise_rodell@ml.com
denise_seal@freddiemac.com
denise_selden@putnam.com
denise_victor@troweprice.com
denisebrowne@bloomberg.net
deniseholmes@angloirishbank.ie
denisel@mcm.com
denisequigley@tagfolio.com
deniskoome.imathiu@gs.co
deniskoome.imathiu@gs.com
deniz.konuralp@rabobank.com
deniz.savas@columbiamanagement.com
deniz_demiray@nacm.com
denize@dcmc.creditlyonnais.fr
denji.yiu@gs.com
denkinger.mark@principal.com
denks@bloomberg.net
denneyj@strsoh.org
dennis.a.harhalakis@aexp.com
dennis.apple@toyota.com
dennis.bach@dzi.lu
dennis.barton@edwardjones.com
dennis.buetzer@sarasin.ch
dennis.bushe@prudential.com
dennis.ching@redwoodtrust.com
dennis.dempsey@hcmny.com
dennis.diraffaele@aig.com
dennis.ferro@evergreeninvestments.com
dennis.ferro@threadneedle.co.uk
dennis.foley@bmonb.com
dennis.follmer@tudor.com
dennis.furey@morganstanley.com
dennis.goldman@schwab.com
dennis.graham@kbc.be
dennis.haensel@db.com
dennis.harvey@wachovia.com
dennis.hepworth@prudential.com
dennis.hobein@gwl.com
dennis.hom@novartis.com
dennis.jiang@stanford.edu

dennis.kools@fortisinvestments.com
dennis.l.nelson@wellsfargo.com
dennis.lagast@ingim.com
dennis.lai@wamu.net
dennis.lau@wamu.net
dennis.lollie@schwab.com
dennis.loperfido@stpaul.com
dennis.lui@hk.nomura.com
dennis.lui@wellsfargo.com
dennis.macritchie@uboc.com
dennis.maliszewski@pnc.com
dennis.manelski@daiwausa.com
dennis.mcclellan@bnymellon.com
dennis.montagna@arcafondi.it
dennis.morway@statestreet.com
dennis.mullins@53.com
dennis.murray@bnymellon.com
dennis.murray@ie.dexia.be
dennis.nacken@helaba-trust.de
dennis.neveling@lazard.com
dennis.newberry@ngc.com
dennis.oakley@chase.com
dennis.oconnell@rocklandtrust.com
dennis.olsta@associatedbank.com
dennis.ouma@citadelgroup.com
dennis.p.lynch@morganstanley.com
dennis.powell@ftnmidwest.com
dennis.pray@pioneerinvest.com
dennis.rada@unicreditgroup.de
dennis.romero@micorp.com
dennis.s.ruhl@jpmorgan.com
dennis.shea@morganstanley.com
dennis.shen@alliancebernstein.com
dennis.siewtk@uobgroup.com
dennis.stattman@blackrock.com
dennis.tapp@cominvest-am.com
dennis.tong@edwardjones.com
dennis.van.den.bosch@mn-services.nl
dennis.weber@adidas-group.com
dennis.whittaker@upbna.com
dennis.worst@ingdirect.nl
dennis.wyles@resolutionasset.com
dennis.zank@raymondjames.com
dennis@apollolp.com

dennis@bergencapital.com
dennis_c_chen@yahoo.com
dennis_harbison@calpers.ca.gov
dennis_janowski@comerica.com
dennis_kw_lam@hkma.gov.hk
dennis_kwok@cathaybank.com
dennis_ott@ustrust.com
dennis_p_burke@fleet.com
dennis_t_diamond@keybank.com
dennis_w_jarecke@keybank.com
dennis_walsh@victoryconnect.com
denniskorjenek@northwesternmutual.com
dennissiew@temasek.com.sg
denniswong@bloomberg.net
denny.fish@janus.com
denny.mcsweeny@ngc.com
dennyc@yieldworks.com
deno@bpviinc.com
denver_smith@sunlife.com
denys.decampigneulles@hk.ca-assetmanagement.com
deonarain.r@dreyfus.com
derek.altenbaugh@truscocapital.com
derek.armour@wachovia.com
derek.astley@tdsecurities.com
derek.bandler@clinton.com
derek.beckman@ubs-oconnor.com
derek.bloom@usbank.com
derek.brown@transamerica.com
derek.campbell@lgim.co.uk
derek.cauldwell@bankofbermuda.com
derek.clark@trs.state.tx.us
derek.cowie@gsk.com
derek.crooks@scottishwidows.co.uk
derek.dabrowski@ubs-oconnor.com
derek.davies@airbus.com
derek.derman@tcw.com
derek.doody@boigm.com
derek.fan@pimco.com
derek.ford@glgpartners.com
derek.fulton@aberdeen-asset.com
derek.gall@scottishwidows.co.uk
derek.granger@sunlife.com
derek.hine@wellsfargo.com
derek.hong@nbad.ae

derek.hurst@interbrew.com
derek.ingram@citadelgroup.com
derek.izuel@aiminvestments.com
derek.janssen@citadelgroup.com
derek.kaufman@citadelgroup.com
derek.kwong@citicorp.com
derek.li@ge.com
derek.lightburn@statestreet.com
derek.m.power@bankofamerica.com
derek.man@csam.com
derek.martin@bailliegifford.com
derek.mccole@aberdeen-asset.com
derek.mclean@fandc.com
derek.mitchell@fandc.co.uk
derek.montgomery@resolutionasset.com
derek.niddrie@pfpc.com
derek.penn@fidelity.com
derek.peterson@trs.state.tx.us
derek.power@glgpartners.com
derek.ramage@lu.abnamro.com
derek.robinson@northernrock.co.uk
derek.rodberg@funb.com
derek.sasveld@ubs.com
derek.shewring@bmo.com
derek.silva@evli.com
derek.simmross@seb.se
derek.taner@aiminvestments.com
derek.toross@citadelgroup.com
derek.traynor@sachsenlb.ie
derek.walker@barclaysglobal.com
derek.wallis@soros.com
derek.wienser@greenpoint.com
derek.wiesner@greenpoint.com
derek.yeung@aig.com
derek@ksbb.com
derek_carr@vanguard.com
derek_groff@symantec.com
derek_hayamizu@calpers.ca.gov
derek_kaufman@jpmorgan.com
derek_mcgirt@westlb.com
derek_niu@calpers.ca.gov
derek_pattanakreingkrai@westlb.co.uk
derek_pitt@cargill.com
derek_quinn@standardlife.com

derek_riddell@ssga.com
derek_sadowsky@ssga.com
derekchang@gic.com.sg
derektien@gic.com.sg
derik.schupbach@lodh.com
deriv_collateral@fhlbboston.com
derivati@bloomberg.net
derivatiestero@sgsbpvn.it
derivatives.processing@moorecap.com
derivatives@concordiafunds.com
derivatives@hanvitbank.co.kr
derivatives@wooribank.com
dermot.cahillane@depfa.com
dermot.daly@ie.fortis.com
dermot.golden@depfa.ie
dermot.hardy@aareal-bank.com
dermot.keegan@omam.co.uk
dermotkieran@angloirishbank.ie
dermott.g.larkin@wellscap.com
dermott.whelan@morganstanley.com
dero.f.ola-niyi@jpmchase.com
deron.smithy@wachovia.com
derose@bessemer.com
derrick.dsouza@rabobank.com
derrick.herndon@tdsecurities.com
derrick.howard@bwater.com
derrick.shea@capmark.funb.com
derrick_vializ@bmc.com
derrickyang@cathaylife.com.tw
des.monks@tdsecurities.com
des@wmblair.com
desaintphalle@bessemer.com
deshahmoon@wellington.com
desheng_kang@fanniemae.com
desire.bogaert@shell.com
desiree.cloud@transamerica.com
desiree.dang@schroders.com
desiree.kraser@hpfb.com
desiree.lucic@bankofamerica.com
desiree.trister@morganstanley.com
desiree.wareman@pggm.nl
desistog@novarabank.com
desj.flood@biam.boi.ie
desmetv@bloomberg.net

desmond.cheung@blackrock.com
desmond.fennell@lrp.de
desmond.k.bevan@aib.ie
desmond.kappaun@db.com
desmond.lum@sg.fortis.com
desmond.solomon@bmonb.com
desmond.tjiang@ubs.com
desmond_douglas@mcgraw-hill.com
desmondfoong@gic.com.sg
desmondfoong@gis.com.sg
desmondtan@mas.gov.sg
desnolan@angloirishbank.ie
desouter@bloomberg.net
despende.abhey@asbinc.com
despina.iakovides@mnco.com
dessy.nascimento@mcf.mitsubishicorp.com
destounis.s@bimcor.ca
desulpizi@delinvest.com
detlef.becker@sparkasse-koelnbonn.de
detlef.giebe@dzbank.de
detlef.glatz@hsh-nordbank.com
detlef.hannemann@deka.de
detlef.hempel@db.com
detlef.kosior@bhf-bank.com
detlef.lang@bbbank.de
detlef.pohl@icn.siemens.de
detlev.dietz@cgi-gmbh.de
detlev.peters@dzbank.de
detmer.koekoek@ingim.com
detra.webb@corporate.ge.com
dette_lazo@3com.com
deutsch@ms.com
dev.jadeja@omam.co.uk
dev.outlaw@genworth.com
dev.sahai@ubs.com
dev.sdm.bqhervet@wanadoo.fr
devan.kaloo@aberdeen-asset.com
devan.marshall@blackrock.com
devanand.t@arig.com.bh
devang.shah@fmr.com
devanjan_sinha@putnam.com
devank@martincurrie.com
devaushi_singham@ml.com
develey@psai.ch

deven@allstate.com
devereaux.phelps@pncadvisors.com
devin.arcoleo@pimco.com
devin.armstrong@vankampen.com
devin.dallaire@citadelgroup.com
devin.haran@rbccm.com
devin.kelly@statestreet.com
devin.schwarz@morganstanley.com
devin.talbott@deshaw.com
devin@mginvestors.com
devin_a_white@fanniemae.com
devinderkumar@rbi.org.net
devlin.li@commerzbank.com.hk
devlin_john@jpmorgan.com
devlin_timothy@jpmorgan.com
devoki_sengupta@fanniemae.com
devon_mccormick@nylim.com
devonna.glasspoole@janus.com
dewalbv@swib.state.wi.us
dewestrick@delinvest.com
dewey.cheek@inginvestment.com
dewey.ng@moorecap.com
dewilde@credit.fr
dewitt.w.king@bankofamerica.com
dezito@leggmason.com
df@alger.com
dfabunan@stanford.edu
dfaes@pictet.com
dfalicia@oppenheimerfunds.com
dfamigletti@griffinasset.com
dfarago@templeton.com
dfarina@loomissayles.com
dfarrell@fsa.com
dfarrell@metlife.com
dfc@dodgeandcox.com
dfc1@ntrs.com
dfearins@blackrock.com
dfedynak@bloomberg.net
dfein@furmanselz.com
dfernald@charteronebank.com
dferraz@millenniumbcp.pt
dfilby@uscentral.org
dfinazzi@bloomberg.net
dfinch@stephens.com

dfinn7@bloomberg.net
dfischer@kofc.org
dfishman@standishmellon.com
dfitzgerald@firststate.co.uk
dfitzpat@bloomberg.net
dfitzsimmons@essexinvest.com
dfjones@oaklandnet.com
dfk1@ntrs.com
dflaherty@loomissayles.com
dflanagan@nb.com
dfleet@westernasset.com
dfletcher@nb.com
dflores@bsantander.com.mx
dflormul@cajamadrid.es
dfloro@erg.it
dflowers@barbnet.com
dfn@bankinvest.dk
dfoard@leggmason.com
dfogg@generaldynamics.com
dfont1@bloomberg.net
dforan@blackrock.com
dforbes@cicny.com
dford@mwam.com
dfording@tiaa-cref.org
dfording@williamblair.com
dforer@intermarketcorp.net
dforgie@wisi.com
dforrester@thamesriver.co.uk
dforsyth@martincurrie.com
dfox@munder.com
dfox5@bloomberg.net
dfoxhoven@oppenheimerfunds.com
dfraenkel@nochubank.or.jp
dfrance@fhlbtopeka.com
dfrancis@bartlett1898.com
dfrank@hollandcap.com
dfrank@uss.co.uk
dfrascarelli@lordabbett.com
dfraser@perrycap.com
dfreedman@bear.com
dfrench@josephthal.com
dfreud@oppenheimerfunds.com
dfrey@dow.com
dfriedma@ubs.com

dfrost@frostbank.com
dfswazey@bloomberg.net
dfurth@provnet.com
dfuschillo@martincurrie.com
dfuss@loomissayles.com
dfussell@unumprovident.com
dg.otto@edwardjones.com
dg@broadwaybankchicago.com
dgabb@bankleumi.co.uk
dgabel@coair.com
dgaertner@tp-cm.com
dgagliano@ubs.com
dgagliardo@oppenheimerfunds.com
dgagnon@smithbreeden.com
dgalante@fujisec.com
dgalvan@wintrust.com
dganucheau@barrowhanley.com
dgarciaconde@caixatarragona.es
dgardett@ford.com
dgardner@hourglasscapital.com
dgardner@martincurrie.com
dgardner@troweprice.com
dgarduno@banamex.com
dgarson@viningsparks.com
dgarza@berkeleydelta.com
dgass@nationallife.com
dgeary@loomissayles.com
dgeary@mfs.com
dgeffen@nb.com
dgeller@hough.com
dgenovese@bloomberg.net
dgeorge@ufji.com
dgeraghty@bankofny.com
dgerber@federatedinv.com
dgerman@opers.org
dgero@sunamerica.com
dgertzulin@nb.com
dgfpe.dfe@bct.gov.tn
dgh@ubp.ch
dgi@ubp.ch
dgibbs@lmfunds.com
dgibson@westernasset.com
dgiglio@bankofny.com
dgillespie@standish.com

dgilmore@federatedinv.com
dginther@waddell.com
dgiroux@troweprice.com
dgiuffra@nb.com
dglaymon@axia-advisors.com
dglazer@frk.com
dgleeson@ambac.com
dglen@bpbtc.com
dglickman@cumberassoc.com
dglickman@tiaa-cref.org
dgme@smith.williamson.co.uk
dgmurray@wellmanage.com
dgnguyen@pimco.com
dgoacher@allstate.com
dgobbetti@bancafideuram.it
dgoddeau@wellington.com
dgodwin@huffcompanies.com
dgoei@dsaco.com
dgoldfarb@ofii.com
dgolin@europeancredit.com
dgomez@grupobbva.com
dgomez@mapfre.com
dgoodwin@martincurrie.com
dgorovitz@wellington.com
dgoss@essexinvest.com
dgouchoe@caxton.com
dgould@lmcm.com
dgpadilla@delinvest.com
dgps@bloomberg.net
dgr@americancentury.com
dgraf@amerisure.com
dgraham@templeton.com
dgrandison@bankofny.com
dgranelli@bankofny.com
dgreen@lehman.com
dgressel@teleos.com
dgriesbauer@mfs.com
dgriffin@sfbcic.com
dgriffith@firstcoastalbank.com
dgritzek@deerfieldcapital.com
dgroshoff@pacholder.com
dgross@bankofny.com
dgruber@us.nomura.com
dgruwez.bbl@bloomberg.net

dgsupof4glam@bde.es
dgu@fideuramgestions.lu
dguarino@aegonusa.com
dgubba@federatedinv.com
dguenther@metlife.com
dguerrero@wellington.com
dguffey@standishmellon.com
dguffy@rwbaird.com
dguillaume@groupama-am.fr
dguillossou@metlife.com
dgulko@oppenheimerfunds.com
dgunderson@perrycap.com
dguthrie@bechtel.com
dgv@daimlerchrysler.com
dh127@dcx.com
dh69@ntrs.com
dhadland@fmausa.com
dhaley@hbk.com
dhalfpap@aegonusa.com
dhallstrom@firstgulfbank.com
dhamburger@opusinvestment.com
dhamilton@delinvest.com
dhamilton@tullib.com
dhamilton@waddell.com
dhampton@barbnet.com
dhaneesh.kumbhani@db.com
dharam.whabi@nbf.ae
dhardin@barrowhanley.com
dharding@loomissayles.com
dharkin@mutualtrust.com
dharma.s.bajpai@intel.com
dharmo.soejanto@uobgroup.com
dharoz@divinv.net
dharper@ofiinstititional.com
dharrell-cayton@bbandt.com
dharris@aflac.com
dharris@harrisbank.com
dharris@rockco.com
dharshini.david@bbc.co.uk
dharsono.hartono@jpmorganfleming.com
dhart@tudor.com
dhaskins@fdic.gov
dhaskins@viningsparks.com
dhaslam@seic.com

dhattori@deerfieldcapital.com
dhawk@metlife.com
dhaws@tjim.com
dhaxton@britannicasset.com
dhayes@aegonglobal.com
dhayes@mfs.com
dhazell@fftw.com
dhealy@statestreet.com
dheer.mehta@moorecap.com
dheidkamp@swst.com
dheike@blackrock.com
dhemmer@us.ibm.com
dhemsworth@mfs.com
dheng@westernasset.com
dhennes@frk.com
dhenritze@refco.com
dherald@putnam.com
dhernandez@msfi.com
dherrero@safei.es
dhertan@standishmellon.com
dhewitson@bankofny.com
dhewitson@denveria.com
dhewlett@allegiancecapital.com
dhewlett@delinvest.com
dhf9@cornell.edu
dhh.tr@adia.ae
dhiggins@fbfs.com
dhill@babsoncapital.com
dhill2@bloomberg.net
dhillmeyer@delinvest.com
dhilton@payden-rygel.com
dhinchman@tswinvest.com
dhiotis@abimltd.com
dhiren.banker@sscims.com
dhiren.shah@blackrock.com
dhirsch@turnerinvestments.com
dhivya.suryadevara@gm.com
dhoang@bocusa.com
dhobart@bloomberg.net
dhobbs@glgpartners.com
dhoch@microsoft.com
dhodges@barrowhanley.com
dhoelting@icomd.com
dholder@wasatchadvisors.com

dholdsworth@martincurrie.com
dhoney@westpac.com.au
dhong@allstate.com
dhonold@turnerinvestments.com
dhonovich@angelogordon.com
dhonsi_sundeep_k@jpmorgan.com
dhopewell@aegonusa.com
dhorsfall@standishmellon.com
dhorstmann@dubuquebank.com
dhoto@cityoftampa.gov
dhoule@boh.com
dhovey@frk.com
dhowe@angelogordon.com
dhquinn@bankofny.com
dhruv.agrawal@citadelgroup.com
dhruv.mallick@barclaysglobal.com
dhs@nbim.no
dhs4@cornell.edu
dhschoi@kdb.co.kr
dhuang@gr.dk
dhuesch@wescorp.org
dhulley@lacaisse.com
dhummer@nabny.com
dhumphries@potomacasset.com
dhunter@croftleo.com
dhunziker@swissca.ch
dhurata_zhuta@keybank.com
dhusar@loews.com
dhvani.gupta@barclayscapital.com
dhyduk@cicny.com
dhynes@europeancredit.com
dhzaelto@mbna.com
di.tian@nacm.com
di@wmblair.com
di_biagm@lloyadriatico.it
diahann.rothstein@fhlbny.com
dialg@co.stanislaus.ca.us
diamond.ag@tbcam.com
diamond.charania@rbccm.com
diana.akerman@alliancebernstein.com
diana.bosenbacher@lodh.com
diana.brandsema@ubs.com
diana.brightmore-armour@lloydstsb.co.uk
diana.carney@fmr.com

diana.felder@geninvest.de
diana.honey@lloydstsb.co.uk
diana.illuzzi@gcm.com
diana.jones@pncbank.com
diana.karney@fmr.com
diana.kaspic@wamu.net
diana.kellerman@usaa.com
diana.kiluta@jpmorgan.com
diana.lim@arabbank.com.sg
diana.mathewson@ubs.com
diana.mcnamara@thehartford.com
diana.montenegro@tcw.com
diana.nolte@trinkaus.de
diana.orcajada@gruposantander.com
diana.radu@sinopia.fr
diana.render@bm.fid-intl.com
diana.shi@morganstanley.com
diana.talbi@fortis.lu
diana@ptbni.com.sg
diana_blagoeva@putnam.com
diana_brockman@agfg.com
diana_damyanova@putnam.com
diana_hurley@troweprice.com
dianakoh@mas.gov.sg
diane.anderson@ctxmort.com
diane.bruno@axa-im.com
diane.camerota@thehartford.com
diane.carabella@ubs.com
diane.cullen@pioneerinvestments.com
diane.dales@pacificlife.com
diane.degrandpre@rocklandtrust.com
diane.felske@gwl.com
diane.gotham@lazard.com
diane.greczek@harrisbank.com
diane.green@ubs.com
diane.griswold@protective.com
diane.hardman@insightinvestment.com
diane.heck@ge.com
diane.henesy@lazard.com
diane.hosie@morganstanley.com
diane.hsiung@barclaysglobal.com
diane.k.keane@aibbny.ie
diane.k.veltri@wellsfargo.com
diane.krause@msdw.com

diane.leslie@jpmorganchase.com
diane.lightfield@associatedbank.com
diane.lindeborg@thrivent.com
diane.linn@swib.state.wi.us
diane.litwin@blackrock.com
diane.logros@caam.com
diane.madera@morganstanley.com
diane.maurice@tdsecurities.com
diane.misra@baclaysglobal.com
diane.mole@credit-suisse.com
diane.motter@huntington.com
diane.nafziger@nationalcity.com
diane.newman@blackrock.com
diane.poulos@dreyfus.com
diane.rothberg@ryanbeck.com
diane.shew@barclaysglobal.com
diane.sobin@columbiamanagement.com
diane.spinato@corporate.ge.com
diane.stanning@insightinvestment.com
diane.sterthous@glenmede.com
diane.stingo@credit-suisse.com
diane.tobin@usaa.com
diane.wehner@ge.com
diane.westerback@fgic.com
diane.white@pnc.com
diane.wilson@resolutionasset.com
diane.wilson@simmonsfirst.com
diane.won@bernstein.com
diane_asuncion-white@fanniemae.com
diane_boich@progressive.com
diane_dalinsky@merck.com
diane_jones@ntrs.com
diane_jurcik@ustrust.com
diane_l_king@glic.com
diane_l_lockard@keybank.com
diane_leone@putnam.com
diane_smith@vanguard.com
diane_wheeler@putnam.com
diane_ziliak@oldnational.com
dianeb@bradfordmarzec.com
dianecarpenter@kpsp.com
dianeho@mas.gov.sg
dianen@wdwitter.com
dianev@bloomberg.net

dianna.bruce@alexanderkey.com
dianna.selva@jpmchase.com
dianna@tcdrs.org
diannatorres@northwesternmutual.com
dianne.cobb@wachovia.com
dianne.heuser@db.com
dianne.kost@janus.com
dianne.orbison@minnesotamutual.com
dianne.reed@aig.com
dianne.slager@huntington.com
dianne_e_branch@fanniemae.com
dianne_m_brown@fleet.com
dianne_sandoval@calpers.ca.gov
diannessa@williamblair.com
dianwang@princeton.edu
diaza@aetna.com
diazfm@bankofbermuda.com
dibartolomeo@finmeccanica.it
diboo_a_daniel@vanguard.com
dick.durrant@hsh-nordbank.co.uk
dick.fredrikson@posten.se
dick.goers@db.com
dick.howard@juliusbaer.com
dick.van.ingen@nibcapital.com
dick.veldman@azl-group.com
dick@scsb.com.tw
dick_frucci@putnam.com
dickinsons@rabo-bank.com
dicksey.mathew@morganstanley.com
dicksong@emigrant.com
dicksonj@amiam.amigroup.com
didi.weinblatt@usaa.com
didier.adler@mercatifinanziari.net
didier.arm@lombardodier.com
didier.boeckli@csam.com
didier.borowski@sgam.com
didier.boublil@axa-im.com
didier.clermont@etoile-gestion.com
didier.corin@dexia.be
didier.debruin@sncf.fr
didier.depireux@dexia-am.com
didier.duret@ch.abnamro.com
didier.engels@fortisbank.com
didier.federle@cardif.fr

didier.ferrand@ceidfp.caisse-epargne.fr
didier.fourcroy@fortisinvestments.com
didier.laloux@degroof.lu
didier.leboeuf@ca-paris.fr
didier.lecorps@hcmny.com
didier.leroi@banque-france.fr
didier.margetyal@bnpparibas.com
didier.michoud@lloydsbank.ch
didier.rieter@ing.lu
didier.rinkel@wolterskluwer.com
didier.rion@bcvs.ch
didier.simonetti@axa-im.com
didier.valade@ca-assetmanagement.fr
didier.vanhecke@fortisbank.com
didier.venet@cpr-am.fr
didier_devreese@ingfunds.co.jp
didier_haenecour@ntrs.com
didier_rosenfeld@ssga.com
didikaki@bloomberg.net
dieboldt@ebrd.com
diederik.kolfschoten@nl.abnamro.com
diederik.olijslager@selective.com
diederik.van.rappard@abnamrocapital.com
diego.alvarez@alico.com.ar
diego.alvarez@wgz.de
diego.baroncini@bper.it
diego.camossi@aigpb.com
diego.cardenas@corporate.ge.com
diego.cesarei@am.generali.com
diego.dargenio@arcafondi.it
diego.franzin@pioneerinvest.ie
diego.gadient@bsibank.com
diego.lopez@grupobbva.com
diego.melingo@pioneerinvestments.com
diego.rivas@bancogalicia.com.ar
diego.rodriguez@bnpparibas.com
diego.viviani@bankhaus-loebbecke.de
diego@logic-intl.com
diem@ibm.net
dienstc@strsoh.org
diep.h@gordian.co.uk
dierk.brandenburg@fidelity.com
dieter.baelden@dexia.be
dieter.baumann@swisslife.ch

dieter.beil@pioneerinvestments.com
dieter.bergmaier@rmf.ch
dieter.biegel@raiffeisenbank.at
dieter.brandt@hypointernational.com
dieter.brugmer@blb.de
dieter.buchholz@aigpb.com
dieter.dejaegher@fortisbank.com
dieter.dorp@rbccm.com
dieter.dreier@bks.at
dieter.galli@swisscanto.ch
dieter.hoefert@claridenleu.com
dieter.klose@allianz.de
dieter.koch@bfg-hyp.de
dieter.konrad@union-investment.de
dieter.loreng@sk-koeln.de
dieter.mallwitz@kfw.de
dieter.market@ba-ca.com
dieter.merz@feri.de
dieter.musielak@centrumbank.com
dieter.pfundt@oppenheim.de
dieter.poyck@dekabank.de
dieter.ross@ids.allianz.com
dieter.scheuermann@lbbw.de
dieter.schwarz@union-investment.de
dieter.sewing@dgz-dekabank.de
dieter.veith@dzbank.de
dieter.volk@activest.de
dieter.warzecha@db.com
dieter.wawrzinek@sebam.de
dieter.widmer@akb.ch
dieter.wussler@wwk.de
dieter_dobmeier@swissre.com
dieter_joetten@dzbank.de
diethard.holzer@raiffeisenbank.at
dietmar.albertz@oppenheim.de
dietmar.bahr@warburg-ai.com
dietmar.baum@citadelgroup.com
dietmar.hitzemann@db.com
dietmar.hoehne@helaba.de
dietmar.klein@dekabank.de
dietmar.pasitsch@lbbw.de
dietmar.peetz@credit-suisse.com
dietmar.sollbach@aimco.ab.ca
dietmar.sticksel@dzbank.de

dietmar.studer@lgt.com
dietmar_petroll@swissre.com
dietrich.domanski@bis.org
dietrich.eilers@hsh-nordbank.com
dietrich@bordier.com
dietricht@dit.de
diez.dm@mellon.com
digby.armstrong@ubs.com
digianni@simgest.it
dilawer.farazi@gibuk.com
dilbar@bloomberg.net
diliana.deltcheva@ingim.com
dilip.rasgotra@csam.com
dima.sakkab@bms.com
dima.skvortsov@morganstanley.com
dimas.serrano@hcmny.com
dimitar.pashev@claridenleu.com
dimitar.voukadinov@gs.com
dimitri.crelot@fortisbank.com
dimitri.gorochowski@dzbank.de
dimitri.lamarlere@asia.bnpparibas.com
dimitri.pierre@gs.com
dimitri.teboul@hsbcpb.com
dimitri.x.raevsky@us.hsbc.com
dimitri@ellington.com
dimitri_grechenko@troweprice.com
dimitrije.mitrinovic@fmr.com
dimitrios.karampatos@bis.org
dimitrios.kritikos@chase.com
dimitrios.manolidis@vontobel.ch
dimitrios.tzililis@barclays.co.uk
dimitrios.vomvas@ubs.com
dimitris.melas@hsbcam.com
dimitris_printzos@westlb.co.uk
dimitrsi.kakounis@alphabank.gr
dimitry.balzac@citadelgroup.com
dimitry.shklovsky@tudor.com
dimple.kaur@ubs.com
dina.mabasa@capitalonebank.com
dina.marchioni@ny.frb.org
dina.perry@capitalworld.com
dina.shehata@jpmorgan.com
dina.ting@barclaysglobal.com
dina_mastrangelo@ustrust.com

dinah.brown@aig.com
dinah.x.francoeur@jpmorgan.com
dinapetersen@northwesternmutual.com
dinapoli.d@mellon.com
dinash.lakhani@mondrian.com
dinesh.balachandran@fmr.com
dinesh.hirani@glgpartners.com
dinesh.patel@ibtco.com
dinesha.vittaldas@alliancebernstein.com
dineuzita.souza@bcb.gov.br
dinfante@pictet.com
ding.chun@farcap.com
dinka.kucic@standardlife.ca
dinnie.andrew@alliancebernstein.com
dino.kos@morganstanley.com
dino.kos@ny.frb.org
dino.lucarelli@53.com
dino.skrapic@am.generali.com
dino.teitler@schroders.com
dino.troendle@juliusbaer.com
dinusha.gajasinghe@insightinvestment.com
diogo.lacerda@bcp.pt
diogo.lopes@mcfundos.pt
dion.roseman@barclaysglobal.com
diongcm@ocbc.com
dionne.devere@uk.fid-intl.com
dip.roy@morganstanley.com
dipa_sharif@freddiemac.com
dipanjana.gupta@fidelity.co.in
dipaolol@ansaldo.com
dipasquale.rm@mellon.com
dipasquale@capitagest.it
dipillada@fhlbcin.com
dipole@bloomberg.net
diptochakratorty@us.standardchartered.com
direnzo.fabio@enel.it
direzione@simgest.it
dirich.kolbeck@commerzbank.com
dirigoyen@exprinteruruguay.com.uy
dirint@bancobpi.pt
dirk.abspoel@fortisbank.com
dirk.aufderheide@db.com
dirk.bartsch@cominvest-am.com
dirk.baumesiter@bis.org

dirk.boesche@hsh-nordbank.com
dirk.brandes@dghyp.de
dirk.brauers@ib.bankgesellschaft.de
dirk.brockhaus@hsh-nordbank.de
dirk.brodowski@bw-bank.de
dirk.bruckmann@db.com
dirk.bruneel@dexia.com
dirk.busch@dzbank.de
dirk.buss@dekabank.de
dirk.chlench@essenhyp.com
dirk.deboeck@drkw.com
dirk.diederich@allianz.com
dirk.doetsch@trinkaus.de
dirk.dudman@bnpparibas.com
dirk.dumuschat@lbb.de
dirk.faltin@ubs.com
dirk.filice@db.lu
dirk.fole@deshaw.com
dirk.friedrich@dit.de
dirk.frikkee@ingim.com
dirk.froebe@vuw.de
dirk.garz@hsh-nordbank.com
dirk.gradehand@dzbank.de
dirk.guber@trinkaus.de
dirk.h.q.stefels@si.shell.com
dirk.haschke@erstebank.at
dirk.hastenrath@db.com
dirk.huenink@rainierfunds.com
dirk.jan.verzuu@ingim.com
dirk.jung@credit-suisse.com
dirk.jung@lrp.de
dirk.junker@db.com
dirk.kipp@ib.bankgesellschaft.de
dirk.krauth@westlb.de
dirk.m.panter@jpmorganfleming.com
dirk.martin@allianzgi.de
dirk.mohr@helaba.de
dirk.molenaar@fandc.com
dirk.morris@btfinancialgroup.com
dirk.nonnenmacher@dzbank.de
dirk.peeters@puilaetco.com
dirk.philippa@uk.fid-intl.com
dirk.portig@lbbw.de
dirk.renkert@ubs.com

dirk.rhode@commerzbank.com
dirk.richter@umb.com
dirk.ruettgers@weberbank.de
dirk.rybarczyk@union-investment.de
dirk.sauer@nordlb.de
dirk.scheunemann@bankgesellschaft.de
dirk.schiefer@db.com
dirk.schlademann@nordlb.com
dirk.schmidtmann@bhf-bank.com
dirk.schoeneich@feri.de
dirk.schroeter@hshs-nordbank.com
dirk.siefert@ubs.com
dirk.soehnholz@feri.de
dirk.strehmel@ruv.de
dirk.stynen@fortisbank.com
dirk.teunissen@harmonic.ky
dirk.trochelmann@rwe.com
dirk.van.den.beukel@nibc.com
dirk.vatter@hsh-nordbank.com
dirk.verrelst@vanlanschot.be
dirk.voigtlaender@cominvest-am.com
dirk.wehrse@telekom.de
dirk.werthmann@bhf-bank.com
dirk.wieringa@credit-suisse.com
dirk.x.frohnert@jpmrogan.com
dirk_morris@putnam.com
dirk_van_hout@westlb.de
dirkjan.blikkendaal@snssecurities.nl
dirkjan_dirksen@deltalloyd.nl
dis@capgroup.com
dis@nykredit.dk
dischoenfeld@bloomberg.net
disdier.p@dreyfus.com
dishee@bbandt.com
dishmand@kochind.com
dishop.mp@tbcam.com
disiliskiler@tcmb.gov.tr
distressed@baupost.com
distribuzione.pd@antonveneta.it
ditalj@umtb.co.il
ditmar.kapt@fmr.com
diva.yu@email.chinatrust.com.tw
divine_david@fsba.state.fl.us
divya.chhibba@morganstanley.com

divya.mathur@swip.com
divya.patel@ff.com
divya_gopal@ssga.com
divyesh.chotalia@bmonb.com
diw@americancentury.com
diwana@jwseligman.com
diwinet@bloomberg.net
dixin@icbc.com.cn
dizierca@cic.fr
dja.cfo@honeywell.com
djackson@penncapital.com
djager@bloomberg.net
djanelli@refco.com
djaquete@gruposantander.com
djarapin@banrep.gov.co
djarnot1@bloomberg.net
djb@cornell.edu
djb30@dcx.com
djbetz@leggmason.com
djc@columbus.com
djcolwe@peoples.com
djdyer@ibtco.com
djeffery@hfw1.com
djelliott@wellington.com
djenkins@eatonvance.com
djensen@copera.org
djerickson@bremer.com
djetten@bloomberg.net
djfatina@household.com
djfitzpatrick@wellington.com
djforster@statestreet.com
djhoanna.soriano@schwab.com
djk@ubp.ch
djkeene@wellington.com
djkilbride@wellington.com
djl@bernstein.com
djmelroe@bremer.com
djmiller@illinoismutual.com
djmonks@leggmason.com
djmurray@ybs.co.uk
djnorton@dlbabson.com
djoe@tiaa-cref.org
djohnsen@chicagoequity.com
djohnson@hcmlp.com

djohnson@jhancock.com
djohnson@mcdinvest.com
djohnson@nicholasfunds.com
djohnston@bloomberg.net
djohnston@provnet.com
djohnston@wescorp.org
djohnstone@davenportllc.com
djohnstonstewart@martincurrie.com
djones@europeancredit.com
djones@hcmlp.com
djones@ubs.com
djones_nyc@yahoo.com
djordanovic@russell.com
djosepho@keybanccm.com
djouret@fr.ebsworld.com
djpetersen@bremer.com
djpozen@wellington.com
djsalamone@hcsbnj.com
djsanford@bloomberg.net
djukanovic_vladimir@jpmorgan.com
djung@canyonpartners.com
djuvane@aegonusa.com
djyang@bok.or.kr
dk@gruss.co.uk
dk_lee@hanabank.com
dk39@ntrs.com
dk90@ntrs.com
dkaizerman@hdq.iai.co.il
dkalloo@lordabbett.com
dkamin@angelogordon.com
dkang@rivercapital.net
dkanner@fmbonline.com
dkantsyrev@panagora.com
dkaplan@vmfcapital.com
dkarpa@cambonds.com
dkartsonas@federatedinv.com
dkass@jennison.com
dkatz@matrixassetadvisors.com
dkbarnes@bloomberg.net
dkeane@schny.com
dkeefe@sentry-direct.com
dkeith@loomissayles.com
dkelher@wamumortgage.com
dkelleher@awbank.net

dkelley@oppenheimerfunds.com
dkelley@payden-rygel.com
dkelly@bloomberg.net
dkelly@mmsa.com
dkelsey@llic.com
dkempen@uscentral.org
dkendrick@cumb.com
dkennedy2@mfs.com
dkent@co.riverside.ca.us
dkersch@bloomberg.net
dkeverhart@delinvest.com
dkey@highbridge.com
dkg.tr@adia.ae
dkhanna@lordabbett.com
dkhanna@ubs.com
dkhare@bankofny.com
dkhouri@dbzco.com
dkiefer@jennison.com
dkiepfer@microsoft.com
dkiessling@ssm.com
dkilpatrick@alger.com
dkim@farcap.com
dkim@guildinvestment.com
dkim@wellington.com
d-kimoto@bloomberg.net
dking@barbnet.com
dkingsley@standish.com
dkirkpatrick@agfirst.com
dkkafes@leggmason.com
dkkim@kdb.co.kr
dkle@dsaco.com
dklein@westernasset.co.uk
dkm@ntrs.com
dkm@wmblair.com
dkm5@ntrs.com
dkn@nationalbanken.dk
dknife21@wooribank.com
dkniffin@pbucc.org
dknight@tiaa-cref.org
dknoepp@mcdinvest.com
dknoll@wellington.com
dknorowski@covad.net
dkoch@wfgweb.com
dkofid@nbg.gr

dkolasinski@chicagoequity.com
dkolsrud@aegonusa.com
dkolter@ibuk.bankgesellschaft.de
dkoo@rockco.com
dkopp@bloomberg.net
dkothari@dohabank.com.qa
dkovacs@turnerinvestments.com
dkozusko@federatedinv.com
dkp.em@adia.ae
dkraebel@blaylocklp.com
dkraft@lnc.com
dkramer@wellington.com
dkrause@capitalgrwothmgt.com
dkrejci@csob.cz
dkrimholtz@uk.tr.mufg.jp
dkrisko@bankofny.com
dkroeger@bloomberg.net
dkrohnert@blackrock.com
dkurfess@bloomberg.net
dkusy@loomissayles.com
dkw2@ntrs.com
dkwan@mcm.com
dkyle@perrycap.com
dl2005@bloomberg.net
dl255@cornell.edu
dlac@seic.com
dladd@tiaa-cref.org
dlafferty@ssrm.com
dlaflamme@eatonvance.com
dlagan@congressasset.com
dlaird@fhlbdm.com
dlallinson@wellington.com
dlam1@frk.com
dlamadue@dcxcapital.com
dlami@fondianima.it
dlampe@opers.org
dlampert@sanwabank.com
dlang@farcap.com
dlange@jmsonline.com
dlanghoff@aegonusa.com
dlankow@loomissayles.com
dlapierre@loomissayles.com
dlarusse@fhlbatl.com
dlascano@caxton.com

dlaskows@allstate.com
dlau@nysif.com
dlavelle@hymanbeck.com
dlburnette@bbandt.com
dlcripps@wolverhampton.gov.uk
dle@kanaly.com
dleary@firststate.co.uk
dlebi@entergy.com
dleccese@bear.com
dleduc@standishmellon.com
dlee@britannicasset.com
dlee@uscentral.org
dlee2@frk.com
dleek@snwsc.com
dlehmann@lkcm.com
dleland@swst.com
dleone@angelogordon.com
dleonhardt@standish.com
dleuba@pictet.com
dleung@bancaintesa.com.hk
dleung@us.nomura.com
dlevans@aegonusa.com
dlevin@metlife.com
dlevine@nb.com
dlevit@princeton.edu
dlevy@ftci.com
dlewis@oppenheimerfunds.com
dlewis@templeton.com
dlgreer@statestreet.com
dlh12@daimlerchrysler.com
dlherlihy@wellington.com
dli@lmfunds.com
dlichtenberg@lordabbett.com
dliddell@panagora.com
dlieber@angelogordon.com
dlim@templeton.com
dlindaue@aegonusa.com
dlindquist@ftadvisors.com
dlindstrom@metlife.com
dlinehan@ustrust.com
dling@mfs.com
dlinsen@lordabbett.com
dlipsey@payden-rygel.com
dlisi@allstate.com

dliu@fhlbsea.com
dljohnson@leggmason.com
dlk6@ntrs.com
dlkaschub@wellington.com
dlkendall@bloomberg.net
dln@columbus.com
dlocricchio@bankofny.com
dloebig@westernasset.com
dloglisci@osc.state.ny.us
dloncto@nevrodie.com
dlopez@bradfordmarzec.com
dloudon@bloomberg.net
dloufman@fi.rjf.com
dloughran@oppenheimerfunds.com
dlove@lgamerica.com
dlpicozzi@washtrust.com
dlr@baupost.com
dlr11@ntrs.com
dlts@statoil.com
dlu@princeton.edu
dl-ubsoc-ops-chi@ubs-oconnor.com
dlucas@pt.lu
dludeman@wachovia.com
dludke@aegonusa.com
dlukkes@copera.org
dluu@templeton.com
dlybrand@ic.sc.gov
dlyle@state.nm.us
dlynch@canyonpartners.com
dlynch@copera.org
dlynch@jhancock.com
dlyons@the-ark.com
dlyukhter@fordfound.org
dm@bloomberg.net
dm@fideuramgestions.lu
dm@fnysllc.com
dm@tbb.com.hk
dm12@ntrs.com
dm17@ntrs.com
dm172@ntrs.com
dm2@wmblair.com
dm273@cornell.edu
dm36@ntrs.com
dm62@ntrs.com

dm80@ntrs.com
dma.em@adia.ae
dma@frk.com
dma@nbim.no
dma@petercam.be
dma@standishmellon.com
dmacdona@tiaa-cref.org
dmace@generali.fr
dmacia@creditandorra.ad
dmaclary@wellington.com
dmacmillan@ag-am.com
dmacn1@anfis.co.uk
dmactavish@mfs.com
dmadigan@bondinvestor.com
dmagnetto@bloomberg.net
dmagowan@frk.com
dmahoney@millertabak.com
dmainka@allstate.com
dmak@perrycap.com
dmalcom@westpac.com.au
dmalick@bloomberg.net
dmallas@troweprice.com
dmallone@bankofthewest.com
dmandel@evcap.com
dmandel@metlife.com
dmaness@bbandt.com
dmangnuson@oppenheimerfunds.com
dmangone2@bloomberg.net
dmanischevitz@firstmanhattan.com
dmannheim@mfs.com
dmannion.dublin@sinvest.es
dmanoux1@bloomberg.net
dmarchant@mfs.com
dmarcian@amfin.com
dmargoli@banxico.org.mx
dmarmon@fftw.com
dmarques@standishmellon.com
dmarsh1@bloomberg.net
dmartel@fhlbdm.com
dmartin@canyonpartners.com
dmartin@hcmlp.com
dmartin2@worldbank.org
dmartinez@denveria.com
dmarting@notes.banesto.es

dmascolo@hbk.com
dmathewes@rccl.com
dmatthijssen@epo.org
dmatthius1@bloomberg.net
dmaurice@ryanlabs.com
dmaurice@utendahl.com
dmauro@leggmason.com
dmaus@telefonica.es
dmc@sandlercap.com
dmcaneny@jhancock.com
dmccabe@bnymellon.com
dmccahill@metlife.com
dmccomb@oppenheimerfunds.com
dmcconnell@nisi.net
dmccrary@payden-rygel.com
dmcdiarmid@pembacreditadvisers.com
dmcdonald@essexinvest.com
dmcelaney@eatonvance.com
dmcewan@britannicasset.com
dmcgarel@ftportfolios.com
dmcgettigan@thamesriver.co.uk
dmcgill@fnni.com
dmcintosh@sbliusa.com
dmckenna@panagora.com
dmcknown@eatonvance.com
dmckown@eatonvance.com
dmckoy@munder.com
dmclamb@davenportllc.com
dmcmahon@faralloncapital.com
dmcmahon5@bloomberg.net
dmcmanus@turnerinvestments.com
dmcmillan@atlanticasset.com
dmcmullan@opcap.com
dmcmurry@caxton.com
dmcnamara@westernasset.com
dmcnease@rowancompanies.com
dmcorsetti@leggmason.com
dmdurbin@aegonusa.com
dme@dodgeandcox.com
dmeacock@allstate.com
dmeade@faralloncapital.com
dmeissner@federatedinv.com
dmelchior@mcdinvest.com
dmelnikov@vtb.ru

dmenge@aegonusa.com
dmenski.na@mellon.com
dmerjan@williamblair.com
dmerre@fhlbsea.com
dmessina@millertabak.com
dmessler@roxburycap.com
dmeyer@amfin.com
dmeyer@fmausa.com
dmeyer@juliusbaer.com
dmeyer@pacificincome.com
dmeythaler@alger.com
dmf@fnbmcconnells.com
dmfogel@nb.com
dmg@columbus.com
dmg@sitinvest.com
dmgreenhalgh@bloomberg.net
dmgrzywacz@wellington.com
dmh.na@adia.ae
dmheiberger@washtrust.com
dmhenden@state.nm.us
dmiano@bancafideuram.it
dmielle@canyonpartners.com
dmigliorato@nb.com
dmike1@bloomberg.net
dmiles@ofiinstitutional.com
dmiller@hcmny.com
dmiller@lnc.com
dmiller@mfs.com
dmills@sisucapital.com
dmilne@swissca.co.uk
dmilner@aegon.nl
dminot@tre.state.vt.us
dmirovitski@hbk.com
dmitchell@integrabank.com
dmitchell@williamblair.com
dmitri.artemiev@fmr.com
dmitri.barinov@union-investment.de
dmitri.pisarev@sbafla.com
dmitri.raberov@fmr.com
dmitri.savin@aig.com
dmitri.smolansky@gm.com
dmitry.balzac@citadelgroup.com
dmitry.dinces@prudential.com
dmitry.lin@fidelity.com

dmitry.novitsky@credit-suisse.com
dmitry.rakhlin@alliancebernstein.com
dmitry.solomakhin@uk.fid-intl.com
dmitry.zolotarevsky@westernasset.com
dmitry@asglp.com
dmitry_gaysinskiy@vanguard.com
dmitry_ponomarev@vtb.ru
dmitry_taraschansky@troweprice.com
dmizrachi@nb.com
dmkim@kdb.co.kr
dmn@baupost.com
dmn@ubp.ch
dmneubert@wellington.com
d-mochizuki@ikedabank.co.jp
dmoix@bloomberg.net
dmomalley@ibtco.com
dmontague@nb.com
dmonteith@loomissayles.com
dmontier@montier.co.uk
dmoon@russell.com
dmoore@fhlbdm.com
dmoore@globalt.com
dmoore@highlandcap.com
dmoore@oppenheimerfunds.com
dmoore@umwafunds.org
dmoraru@princeton.edu
dmoretto@apicorp-arabia.com
dmorgan@lordabbett.com
dmorgan@oppenheimerfunds.com
dmorgan@wilmingtontrust.com
dmoron@iberdrola.es
dmorse@standishmellon.com
dmoss1@metlife.com
dmoy@imsi.com
dms@premierassetmanagement.com
dmueller@whummer.com
dmuiruri@ford.com
dmukhin@standishmellon.com
dmukhin@wellington.com
dmulkern@vigilantcap.com
dmulroy@bloomberg.net
dmulvey@asbcm.com
dmurnin@xlserv.com
dmurphy@dbzco.com

dmurphy@mauchchunktrust.com
dmurphy@mws.com
dmurphy@wamumortgage.com
dmurphy@wellington.com
dmurphy1@mauchchunktrust.com
dmw@sitinvest.com
dmwisdom@metlife.com
dmykrantz@mfs.com
dnadel@roycenet.com
dnagle@babsoncapital.com
dnagy@collegesavings.com
dnah@bloomberg.net
dnastou@jhancock.com
dnatale@deerfieldcapital.com
dnatt@kbw.com
dnavratil@csas.cz
dnayduch@loews.com
dnb2dr@bloomberg.net
dndelis@gkst.com
dneary@westernasset.com
dneenan@dsaco.com
dnegry@oppenheimerfunds.com
dneish@fhlbc.com
dnekava@perrycap.com
dnelson@frk.com
dnelson@lmcm.com
dnetschert@jennison.com
dnewburg@fhlbc.com
dnewcomb@jennison.com
dnewkirk@integrabank.com
dnf@ubp.ch
dng@calstrs.com
dnichola@blackrock.com
dnicholas@nicholasfunds.com
dnilkodem@bcml.com
dnishi@wilmingtontrust.com
dnjr@bloomberg.net
dnolan@bbandt.com
dnolan@fbw.com
dnolan@panagora.com
dnoone@ibjwhitehall.com
dnordstrom@chubb.com
dnoren@voyageur.net
dnorton@fhlbdm.com

dnout@bloomberg.net
dntantoulis@mcleanbudden.com
dnuckle@frk.com
dnussbaum@ofivalmo.fr
doare@blackrock.com
dob.em@adia.ae
dobbsfsd@slkfjsdklf.com
dobrien@allstate.com
dobrien@payden-rygel.com
doc_ghose@freddiemac.com
doconnell@ssrm.com
documentation@nbb.be
dodd_kittsley@ssga.com
doddk@strsoh.org
dodi@ptbni.com.sg
do'donnell@massmutual.com
doesnthaveone@bankofisrael.com
dogdon@aamcompany.com
dogfish@chapcap.com
dogrady@blaylockco.com
dogren@bloomberg.net
doh1@bear.com
dohanlon@bloomberg.net
doherty.br@mellon.com
dohyun.cha@mackayshields.com
dokeke@metlife.com
dokyoung.lee@alliancebernstein.com
dolanjd@fhlbcin.com
doleary@delinvest.com
dolf.kohnhorst@sgcib.com
dolitsky@kbw.com
doliver@brownadvisory.com
dollmann@adelphi-capital.com
dolly.lijtens@ingim.com
doloffo@ford.com
dolores.bufanio@kemper.com
dolores.flynn@lbbwie.com
dolores.garcia@telefonica.es
dolores.gillap@hillswickasset.com
dolores.mcmullen@morganstanley.com
dolores_e_rapacz@keybank.com
dolores_hawrylo@ml.com
dolson@reamsasset.com
dom_degorgio@hvbamericas.com

doma@bloomberg.net
domae_masahiro@ub.smbc.co.jp
domeara@nab.co.uk
domenic.parente@pnc.com
domenica.martina@rothschild.com.au
domenicantonio.degiorgio@ubm.it
domenick.fumai@aig.com
domenico.alonzi@pioneerinvest.it
domenico.bellocco@bnlmail.com
domenico.bonatesta@credit-suisse.com
domenico.fazio@arnerbank.ch
domenico.grenci@vontobel.ch
domenico.iuliano@socgen.com
domenico.petrillo@bancaakros.it
domenico.pirovine@capitalia-am.com
domenico.sabadini@unicreditgroup.de
domingo.kim@ubs.com
dominguezjosemaria@bancsabadell.com
domini_gardner@ssga.com
dominic.adams@vtbeurope.com
dominic.baker@threadneedle.co.uk
dominic.bryant@bankofengland.co.uk
dominic.caldecott@msdw.com
dominic.constanza@barclaysglobal.com
dominic.degrasio@sscims.com
dominic.delaforce@aberdeen-asset.com
dominic.dion@tres.bnc.ca
dominic.griffin@uk.fid-intl.com
dominic.herbert@morganstanley.com
dominic.jackson@csam.com
dominic.kraetzig@commerzbank.com
dominic.malleo@bankofamerica.com
dominic.marshall@wellsfargo.com
dominic.neary@insightinvestment.com
dominic.p.powell@jpmorgan.com
dominic.pegler@barclaysglobal.com
dominic.rossi@threadneedle.co.uk
dominic.schnider@ubs.com
dominic.stupp@dzbank.de
dominic.swan@hsbcgroup.com
dominic.t.powell@bob.hsbc.com
dominic.turnbull@ipaper.com
dominic.wallington@rbc.com
dominic.white@morleyfm.com

dominic.zangari@morganstanley.com
dominic_byrne@standardlife.com
dominic_herbert@blackrock.com
dominic_howlett@newton.co.uk
dominic_j_visco@progressive.com
dominic_scarano@scotiacapital.com
dominick.carlino@morganstanley.com
dominick.dealto@robecousa.com
dominick.emmanuelli@barclayscapital.com
dominik.blaettler@juliusbaer.com
dominik.bloch@credit-suisse.com
dominik.bludau@essenhyp.com
dominik.brueschweiler@vpbank.com
dominik.brunner@ubs.com
dominik.buesser@credit-suisse.com
dominik.c.mueller@credit-suisse.com
dominik.halder@rbscoutts.com
dominik.hartmann@skpfcw.de
dominik.irniger@zkb.ch
dominik.jahnke@bayerninvest.de
dominik.kremer@pioneerinvest.de
dominik.petri@postbank.de
dominik.popp@ubs.ch
dominik.salvisberg@juliusbaer.com
dominik.scheck@claridenleu.com
dominik.stepan@ba-ca.com
dominik.ulrich@credit-suisse.com
dominique.blanchard@jp.calyon.com
dominique.buemi@credit-suisse.com
dominique.carrel-billiard@axa-im.com
dominique.chupin@ca-paris.fr
dominique.clerbois@solvay.com
dominique.delabarre@lodh.com
dominique.deleze@credit-suisse.com
dominique.demaddalena@credit-suisse.com
dominique.dequidt@bnpparibas.com
dominique.dijkhuis@fandc.com
dominique.ehrbar@sarasin.ch
dominique.eloy@labanquepostale-am.fr
dominique.ferrat@ubs.com
dominique.fournier@calyon.com
dominique.h.leroy@bnpparibas.com
dominique.heriard-dubreuil@remy-cointreau.com
dominique.hoenn@bnpparibas.com

dominique.iroz@bnpparibas.com
dominique.kohler@credit-suisse.com
dominique.linder@de.pimco.com
dominique.mallard@caam.com
dominique.manderlier@dexia.be
dominique.marguet@bcv.ch
dominique.moisy@caam.com
dominique.mousset@bnpparibas.com
dominique.ould-ferhat@caam.com
dominique.piaz@juliusbaer.com
dominique.queguiner@ratp.fr
dominique.reliquet@bnpparibas.com
dominique.schantl@erstebank.at
dominique.schulthess@bnpparibas.com
dominique.schwab@credit-suisse.com
dominique.serrault@banque-hervet.fr
dominique.staehlin@csam.com
dominique.tschanz@bcv.ch
dominique.vacheron@raymondjames.com
dominique.voegelin@claridenleu.com
dominique.zelmanowicz@sgam.com
dominique_zenruffinen@swissre.com
dominiquejulien.maire@rothschildbank.com
domizioli@mediolanum.it
domocats@bloomberg.net
don.a.sanjose@jpmorgan.com
don.choi@wooribank.com
don.cushing@fhlbtopeka.com
don.degolyer@pharma.novartis.com
don.deutsche@db.com
don.duncan@corporate.ge.com
don.evans@mortgagefamily.com
don.evenson@tcw.com
don.gaiter@citizensbank.com
don.glassman@heritagefunds.com
don.hamid@bia.com.bn
don.jordison@threadneedle.co.uk
don.keller@usbank.com
don.kinzer@shenlife.com
don.mcarthur@commercebank.com
don.mcclatchy@aig.com
don.muller@citadelgroup.com
don.noe@jpmchase.com
don.oliver@ubs.com

don.peduzzi@uk.calyon.com
don.petrow@db.com
don.pfohlman@pimco.com
don.pinkerton@fmr.com
don.riechel@cnb.com
don.ross@nationalcity.com
don.schulze@usaa.com
don.suskind@pimco.com
don.swistowicz@firstmidwest.com
don.travis@us.socgen.com
don.waggaman@thehartford.com
don.wilson@micorp.com
don.wood@gcm.com
don.wordell@ceredexvalue.com
don@bpviinc.com
don@esunbank.com.hk
don@gries.com
don_hill@merck.com
don_paullo@agfg.com
don_perdue@centralbank.net
don_peters@troweprice.com
don_pontes@calpers.ca.gov
don_schilling@keybank.com
donahue.mark@principal.com
donahuemj@aetna.com
donal.bishnoi@moorecap.com
donal.f.murphy@aib.ie
donal.omahony@davy.ie
donal.o'neill@barclaysglobal.com
donal_reynolds@standardlife.com
donald.aiken@swipartnership.co.uk
donald.alderfer@pncadvisors.com
donald.ames@pncbank.com
donald.amstad@aberdeen-asset.com
donald.berdine@pncbank.com
donald.brydon@axa-im.com
donald.buzanowski@ijl.com
donald.canfield@bankofamerica.com
donald.carucci@morganstanley.com
donald.choy@uk.fid-intl.com
donald.clemmenson@jpmorganfleming.com
donald.coxe@harrisbank.com
donald.farquharson@bailliegifford.com
donald.feliser@hispeed.ch

donald.gannon@moorecap.com
donald.gervais@jpmorganfleming.com
donald.heltner.hm3n@statefarm.com
donald.j.osborne@jpmorgan.com
donald.j.pepin@usa.dupont.com
donald.jackson@hp.com
donald.jackson@ubs.com
donald.kenst@fhlb-pgh.com
donald.lim@cibc.ca
donald.malicki@nbp.pl
donald.mason@citadelgroup.com
donald.melroy@mortgagefamily.com
donald.oneill@thehartford.com
donald.pettler@pncbank.com
donald.phillips@aegon.co.uk
donald.r.amstad@jpmorganfleming.com
donald.robinson@columbiamanagement.com
donald.sullivan@commercebank.com
donald.tosh@lgim.co.uk
donald.townswick@inginvestment.com
donald.villeneuve@degroof.lu
donald.young@ny.invesco.com
donald_b_mcdonald@fleet.com
donald_f_carmichael@key.com
donald_g_clark@bankone.com
donald_l_sinclair@fanniemae.com
donald_m_butler@vanguard.com
donald_matthew_hill@putnam.com
donald_moore@bankone.com
donald_osbourne@invesco.com
donald_r_hanrahan@vanguard.com
donald_spelman@ustrust.com
donald_w_borneman@dom.com
donaldk.lin@himco.com
donaldo_benito@ml.com
donaldson.bryan@principal.com
donaldson.john@pennmutual.com
donall.comerford@omam.co.uk
donalquaid@angloirishbank.ie
donat.wild@dresdner-bank.ch
donatella.pianciamore@bgsgr.it
donatella.selva@caboto.it
dong.han@lazard.com
dong.li@bankofamerica.com

dong.liu@icbc.com.cn
dong@sib.wa.gov
dongchan.lee@blackrock.com
dongchoi@bok.or.kr
dongfang@cmbchina.com
donggeng.gong@abnamro.com
donghong.zheng@ubs.com
dongmin3.lee@samsung.com
dongylee@seoulbank.net
donh@fhlbsea.com
donj.mchugh@aig.com
donjr@bloomberg.net
donmccabe@bloomberg.net
donna.airey@mondrian.com
donna.anderson@aiminvestments.com
donna.baggerly@usaa.com
donna.bebb@pacificlife.com
donna.brizzolara@kroger.com
donna.cabral@pramericafinancial.com
donna.cohen@pimco.com
donna.ennis@pnc.com
donna.h.nicosia@columbiamanagement.com
donna.l.dewick@si.shell.com
donna.laspina@bnlmail.com
donna.magnabosco@irwinmortgage.com
donna.marsella@db.com
donna.mawson@jpmorganfleming.com
donna.means@gwl.com
donna.mills@hsbc.com
donna.morlock@bmo.com
donna.najafi@inginvestment.com
donna.nance@suntrust.com
donna.quon@ubs.com
donna.r.williams@pfpc.com
donna.riley@pimco.com
donna.rust@fmr.com
donna.schurmann@jpmorgan.com
donna.sells@prudential.com
donna.tucker@vankampen.com
donna@freddiemac.com
donna_anderson@troweprice.com
donna_boyd@standardlife.com
donna_button@westlb.co.uk
donna_corley@freddiemac.com

donna_ferretti_tihalas@fleet.com
donna_ingeneri@putnam.com
donna_issac@scudder.com
donna_p_jacobs@victoryconnect.com
donna_pitroski@victoryconnect.com
donna_podd@acml.com
donna_sanna@vanguard.com
donna_strick@acml.com
donna_wilson@invesco.com
donnakay.tiller@glenmede.com
donnellyb@bwbank.ie
donnie.johnson@wachovia.com
donny.s.h.lam@hsbcpb.com
donny.tjandra@barclaysglobal.com
donny@bi.go.id
donosoc@nationwide.com
donotsend@nomail.com
donotuse@pls.com
donough.kilmurray@gs.com
donovan3@bloomberg.net
dontusethis@ntrs.com
dooley_douglas@jpmorgan.com
dooleyco@bloomberg.net
dora.mintz@alliancebernstein.com
dora_jiang@symantec.com
dorange@lmfunds.com
doreen.crawford@rabobank.com
doreen.davidow@nyc.rabobank.co
doreen.johns@mutualofamerica.com
doreen.melillo@prudential.com
doreen.tan@jpmorganfleming.com
doreen_yoo@msdw.com
doreenchia@gic.com.sg
doreenchin@gic.com.sg
doreendlg@bloomberg.net
doreenh@stanford.edu
dorelle.scott@glgpartners.com
dori.aleksandrowicz@columbiamanagement.com
doria.r@dreyfus.com
dorian.garay@ingim.com
dorian.jacob@dexia-am.com
dorian.raimond@bnpparibas.com
dorian_bomberger@freddiemac.com
doriana.cirella@standardlife.ca

doriana.fragnelli@banca.mps.it
doriana.russo@morganstanley.com
dorianne.cassar@bov.com
doris.brouwer@utc.rabobank.com
doris.fritz@fmr.com
doris.giger@rbscoutts.com
doris.j.grillo@jpmorganfleming.com
doris.kutalek@oenb.co.at
doris.lem@bmonb.com
doris.luescher_von_arx@pharma.novartis.com
doris.nakamura@nuveen.com
doris.pfiffner@hapoalim.ch
doris.pittet@bdg.ch
doris.rimpler@ikb.de
doris.stadler@sparinvest.com
doris_sh_wang@cathaylife.com.tw
doris-07227@email.esunbank.com.tw
dorisseet@gic.com.sg
dorisyu@bloomberg.net
dorit.krombass@erstebank.at
dorit@teva.co.il
dorlow@omega-advisors.com
dornick@bessemer.com
doron.inbar@ecitele.com
doron.kohanan@dbfm.it
doron_sabag@sumitomobank.com
doronweber@oppenheimerfunds.com
dorota.sadowska@citigroup.com
dorota.strzalkowska@lodh.com
dorothea.goedkoop@bnpparibas.com
dorothea.klucevsek-whalen@morganstanley.com
dorothea.mueller@activest.de
dorothea_donelan@fanniemae.com
dorothee.fassiau@fortisag.be
dorothy.cooney@uboc.com
dorothy.flynn@jpmorgan.com
dorothy.giannotti@pncadvisors.com
dorothy.halsey@bankofamerica.com
dorothy.irvine@rocklandtrust.com
dorothy.jordan@morganstanley.com
dorothy.mosko@soros.com
dorothy.radulescu@rbc.com
dorrisek@bgi-group.com
dorthe.petersen@dghyp.de

dorthia.brown@db.com
dortiz@vcallc.com
doschitzki@generali.fr
dosh@bloomberg.net
dosullivan@bankofny.com
dot@ardsley.com
douardar@cin.cic.fr
doubayashi1111@intra.cosmo-sec.co.jp
doudenhoven@aegon.nl
doudna.jon.d@principal.com
doug.adam@tmgchicago.com
doug.adler@swib.state.wi.us
doug.asiello@aiminvestments.com
doug.booton@hcmny.com
doug.brigance@morgankeegan.com
doug.brooks@huntington.com
doug.bryant@gcm.com
doug.butler@rocklandtrust.com
doug.challis@barclays.co.uk
doug.connor@wachovia.com
doug.ebert@nctrust.com
doug.ebner@usbank.com
doug.edwards@morgankeegan.com
doug.erwin@aig.com
doug.flegg@ubs.com
doug.fox@4086.com
doug.gingerella@ucb-group.com
doug.grant@aiminvestments.com
doug.hansen@redwoodtrust.com
doug.harris@usbank.com
doug.hart@tudor.com
doug.hill@edwardjones.com
doug.hocker.nng9@statefarm.com
doug.howe@micorp.com
doug.kitani@honeywell.com
doug.kocis@aig.com
doug.l.scipione@db.com
doug.lanzillo@pioneerinvestments.com
doug.lee@aig.com
doug.lefferson@ffbc-oh.com
doug.lober@fmr.com
doug.macleod@53.com
doug.mangini@morganstanley.com
doug.maxham@bankofamerica.com

doug.mcginley@fmr.com
doug.mitchell@truscocapital.com
doug.nelson@janus.com
doug.olsen@fmr.com
doug.paterson@gmacrfc.co.uk
doug.pike@lyondell.com
doug.potolsky@chase.com
doug.pugh@peregrinecapital.com
doug.richman@fmr.com
doug.robey@kiewit.com
doug.stamps@citadelgroup.com
doug.tapley@ge.com
doug.thomson@aberdeen-asset.com
doug.thornton@harrisbank.com
doug.wilson@alliancebernstein.com
doug.wilson@fmr.com
doug.young@westamerica.com
doug@sandlercap.com
doug@tre.wa.gov
doug_bushell@nylim.com
doug_deschutter@adp.com
doug_forsyth@nacm.com
doug_s_carter@keybank.com
doug_shaw@blackrock.com
doug_stone@nacm.com
dougb@wil.com
dougie_smyth@standardlife.com
dougj@cronincoinc.com
douglas. antonacci@jpmorgan.com
douglas.baker@nuveen.com
douglas.bennett@ny.frb.org
douglas.blythe@bmo.com
douglas.brodie@bailliegifford.com
douglas.cameron@opco.com
douglas.cunningham@cominvest-am.com
douglas.e.anderson@chase.com
douglas.ferrans@insightinvestment.com
douglas.fitzgerald@prudential.com
douglas.funke@morganstanley.com
douglas.g.heinz@jpmorgan.com
douglas.g.smith@prudential.com
douglas.goodwin@jpmorgan.com
douglas.graham@barclaysglobal.com
douglas.greaves@fmr.com

douglas.gregor@wellscap.com
douglas.h.gimple@jpmorgan.com
douglas.hayley-barker@ubs.com
douglas.hedberg@usbank.com
douglas.holcomb@nationalcity.com
douglas.holthaus@pnc.com
douglas.j.upton@jpmorganfleming.com
douglas.jones@aegon.co.uk
douglas.jones@aig.com
douglas.keller@alliancebernstein.com
douglas.kennedy@gs.com
douglas.kennedy@shinseibank.com
douglas.kerr@swipartnership.co.uk
douglas.koester@commercebank.com
douglas.l.lee@morganstanley.com
douglas.lafleur@thehartford.com
douglas.laitner@commercebank.com
douglas.lehman@ubs.com
douglas.lenart@sgcib.com
douglas.lukcso@nationalcity.com
douglas.mark@bbh.com
douglas.mccalmont@fmr.com
douglas.mcgraw@morganstanley.com
douglas.mcneely@morganstanley.com
douglas.mcphail@swipartnership.co.uk
douglas.mervyn@lgim.co.uk
douglas.n.pratt@wellscap.com
douglas.nardi@db.com
douglas.potolsky@wamu.net
douglas.pratt@fmr.com
douglas.redmond@bankofamerica.com
douglas.rentz@morganstanley.com
douglas.rollwitz@usaa.com
douglas.roman@pncadvisors.com
douglas.rothstein@credit-suisse.com
douglas.scheffel@pw.utc.com
douglas.scott@aegon.co.uk
douglas.scott@fmr.com
douglas.shaffer@pncbank.com
douglas.simmons@fmr.com
douglas.sipkin@wachovia.com
douglas.spratley@prudential.com
douglas.w.henderson@usa.dupont.com
douglas.wade@westernasset.com

douglas.wagner@alliancebernstein.com
douglas.wagner@usbank.com
douglas.ward@usaa.com
douglas.weaver@gs.com
douglas.whang@blackrock.com
douglas.white@fafadvisors.com
douglas.wright@resolutionasset.com
douglas.ziegler@erieinsurance.com
douglas_allen@agfg.com
douglas_escola@freddiemac.com
douglas_fokuo@ldn.invesco.com
douglas_goodwin@bankone.com
douglas_jacobs@fleet.com
douglas_mcneill@standardlife.com
douglas_peebles@acml.com
douglas_roberts@standardlife.com
douglas_s_swanson@bankone.com
douglasflint@hsbc.com
douglass_m_dies@vanguard.com
dougneish@yahoo.com
dougpeck@northwesternmutual.com
doukasv@ebrd.com
douming_su@hotmail.com
dounia.elias@alliancebernstein.com
douno@nam.co.jp
doussoma@cial.cic.fr
dowlings@bwbank.ie
dowlings@rba.gov.au
downchr@barclaysglobal.com
downiem@strsoh.org
doylej@vankampen.com
dp12962@elbit.co.il
dp13@ntrs.com
dp6@ntrs.com
dp61@ntrs.com
dpa@capgroup.com
dpaduano@nb.com
dpaleokr@bloomberg.net
dpalicki@bloomberg.net
dpalin1@bloomberg.net
dpaliouras@investcorp.com
dpandey@templeton.com
dpapaioan@diethniki.nbg.gr
dpapaioannou@alpha.gr

dpaquet@statestreet.com
dpardon@lehman.com
dparish@blackrock.com
dparra@bloomberg.net
dparsons@wescorp.org
dpassmore@bank-of-china.com
dpatel@cumberassoc.com
dpatel@ftportfolios.com
dpatel@recordcm.com
dpatel@tiaa-cref.org
dpaton@rwbaird.com
dpatton@valance.us
dpayer@natexistx.com
dpayne@russell.com
dpbradford@delinvest.com
dpc28@cornell.edu
dpd2@ntrs.com
dpduerst@mmm.com
dpedowitz@nb.com
dpenn@pershing.com
dpenseyres@ubp.com
dpercella@jpmorgan.com
dperez@bankinter.es
dperis@federatedinv.com
dperregaux@pasche.ch
dperrotta@jhancock.com
dperry@tiaa-cref.org
dpersky@tiaa-cref.org
dpesikoff@sarofim.com
dpeters@ofina.on.ca
dpeterson@pictet.com
dpetro@sandleroneill.com
dpetro@shay.com
dpetrula@thezenith.com
dpetruzzelli@barrowhanley.com
dpetschow@metlife.com
dpettee@templeton.com
dpetulla@iccrea.bcc.it
dpfox@aegonusa.com
dphannafin@wellington.com
dpharmelin@delinvest.com
dphillips@admin.rochester.edu
dphillips@britannicasset.com
dpiatak@mcdinvest.com

dpickering@noonam.com
dpierce@bloomberg.net
dpierce@russell.com
dpike@mtildn.co.uk
dpindoria@newstaram.com
dpineiro@notes.banesto.es
dpinnella@bankofny.com
dpirillo@fideuramsgr.it
dpisarkiewicz@swbank-stl.com
dpletzer@fftw.com
dplofsky@loomissayles.com
dplotsky@westernasset.com
dplynch@bloomberg.net
dpm@merganser.com
dpm@rorerasset.com
dpmcelan@ibtco.com
dpoitras@whummer.com
dpolitano@metlife.com
dpolito@loomissayles.com
dponeman@tiaa-cref.org
dponte@lordabbett.com
dpoplos@wilmingtontrust.com
dporitzky@ssrm.com
dporter@moneygram.com
dportny@nb.com
dpost@farcap.com
dpound@angelogordon.com
dpowell@brownadvisory.com
dpowell@kanaly.com
dpowell@wellington.com
dpp22@cornell.edu
dppaglia@ibtco.com
dpromani@fdic.gov
dprozes@dsaco.com
dprytas@ford.com
dpsmyth@statestreet.com
dpuckett@allstate.com
dpurcell@westernbank.com
dpurena@bancomadrid.com
dpyle@ustrust.com
dq22@cornell.edu
dqm@aberdeen-asset.com
dquartner@nb.com
dquirk@babsoncapital.com

dr.alexander.zschocke@thomascookag.com
dr.claus.braeutigam@amb-generali.de
dr.helbing@deutscherring.de
dr.jan-alexander.posth@postbank.de
dr.markus.schmidt@amb-generali.de
dr@ntrs.com
dr_m_vandenadel@westlb.de
dr94@georgetown.edu
drabasco@standishmellon.com
drabella@crediinvest.ad
draberov@loomissayles.com
draburn@bloomberg.net
drachlin@nb.com
drader1@bloomberg.com
dradtke@wbcap.net
dragan.kostic@credit-suisse.com
dragan.sestovic@ubs.com
drager@bft.fr
dragesic@wharton.upenn.edu
dragon@ms1.hncb.com.tw
dragoze@shinhan.com
draja@wcbarksdale.com
draket@strsoh.org
drali.toutounchi@lgim.co.uk
dralston@sterling-capital.com
drastelli@millertabak.com
drath@concordiafunds.com
dratha@worldbank.org
drauch@union-investment.de
drauscher@meag.com
dravera@jennison.com
draytonk@rba.gov.au
dr-bob.froehlich@db.com
drc32@cornell.edu
drdaly@wellington.com
drea@ftci.com
dreed@bloomberg.net
dreed@nwbancorp.com
dreed@rnt.com
dreed@templeton.com
drees.doug@principal.com
dreichert@fhlbatl.com
dreif@meag.com
dreinecke@kio.uk.com

dreister@bloomberg.net
drej@bloomberg.net
drejeau_michele@accor.fr
drempfler@ifc.org
drenaud@vaudoise.ch
drenfield-miller@amback.com
drentschler@perrycap.com
dresnik@evcap.bm
drever@munder.com
drew.breittholz@stifel.com
drew.carrington@ubs.com
drew.devine@ibtco.com
drew.hanson@compassbnk.com
drew.hershkowitz@moorecap.com
drew.maxwell@trs.state.tx.us
drew.meyers@opco.com
drew.patrick@bfg-hyp.de
drew.wollensak@pioneerinvestments.com
drew@sandlercap.com
drew_cortez@ssga.com
drew_schoonmaker@prusec.com
drfassnacht@wellington.com
drg@smith.williamson.co.uk
drh38@cornell.edu
dri@americancentury.com
dricci@williamblair.com
d-richard.smith@db.com
drichardson@eatonvance.com
drichie@ustrust.com
drichter@metlife.com
drichter@standishmellon.com
drichter2@bloomberg.net
driera@fibanc.es
dries.de.haan@philips.com
dries.de-muynck@ing.be
dries.janssens@dexia-am.com
driley@troweprice.com
drina.loncar@citadelgroup.com
dring@aigfpc.com
driss.ben-brahim@glgpartners.com
driss.ben-brahim@gs.com
drissb@erbd.com
dritt@asbcm.com
dritt@lordabbett.com

drivera1@allstate.com
drj@blaylicklp.com
drjagow@chevychasebank.net
drmichael.brune@oppenheim.de
droach@metlife.com
droawden@fundadministration.com
droberts@angelogordon.com
droberts@dana.com
droberts2@tiaa-cref.org
drobertson@svmonline.co.uk
drobinson@eatonvance.com
drobinson@oaktreecap.com
drogers@eatonvance.com
drogers@loews.com
drolley@loomissayles.com
drooney@bankofny.com
dror.sachs@fibimail.co.il
drors@fibi.co.il
drosanti@stanford.edu
drosario@wgz-bank.ie
drosato@websterbank.com
drosenblatt@nb.com
drosenfelder@bloomberg.net
drosenthal@downeysavings.com
dross@nbindpls.com
dross1@metlife.com
drouston@mutualtrust.com
drovelli2@bloomberg.net
drp4@ntrs.com
drtew@earthlink.com
drthompson@aegonusa.com
drub@bloomberg.net
drubens@oppenheimerfunds.com
drubin@ambac.com
drubin@pictet.com
drucks@provinzial.com
drudnitsky@bear.com
drummel@bcbsm.com
drunk@kishbank.com
drurgento@aol.com
drussekoff@perrycap.com
drussell@sscinc.com
druth@waddell.com
drwalsh@princeton.edu

drwisniewski@dow.com
drx17@aol.com
ds@rentec.com
ds111@ntrs.com
ds69@ntrs.com
dsa2@ntrs.com
dsales@jhancock.com
dsalomon@bloomberg.net
dsalter@griffinasset.com
dsalz@ambac.com
dsampson@scj.com
dsanchez@lincap.com
dsanderson@frk.com
dsaponaro@loomissayles.com
dsarver@opers.org
dsatake@teleos.com
dsato@co.la.ca.us
d-sato@nochubank.or.jp
d-satou@ioi-sonpo.co.jp
dsauber@bankofny.com
dsauerbier@loomissayles.com
dsauve@ssga.com
dsb@capgroup.com
dsc@glgpartners.com
dscaletta@babsoncapital.com
dscarth@denveria.com
dschaible@loews.com
dschancy@bgm.com
dscher@frk.com
dscherman@mfs.com
dschiff1@bloomberg.net
dschifone@inasim.gruppoina.it
dschimizzi@bloomberg.net
dschli@fhlbsea.com
dschlichter@westernasset.co.uk
dschoenhofen@blackrock.com
dschremmer@meag.com
dschroyen@brgco.com
dschulte@chilmarkpartners.com
dschultz@meltlife.com
dschumer@hbk.com
dschuster@brownadvisory.com
dschwartz@babsoncapital.com
dscilingo@pictet.com

dscott@payden-rygel.com
dsd3@ntrs.com
dseahorn@divinv.net
dsearle@frk.com
dsebald@amfam.com
dsecrest@babsoncapital.com
dseemann@hiberniabank.com
dseevers@allstate.com
dsefcik@blackrock.com
dsegal@msfi.com
dsemenak@corusbank.com
dsempervive@lmus.leggmason.com
dsenneseth@whitepinecapital.com
dsepulve@tiaa-cref.org
dserek@nylim.com
dserio1@bloomberg.net
dsermon@roycenet.com
dseto@nb.com
dseymour@xlserv.com
dsh@nbim.no
dsh39@cornell.edu
dshackelford@troweprice.com
dshaffer@wasatchadvisors.com
dshane@grneam.com
dshapiro@fftw.com
dshaw@wga.com
dsheasby@martincurrie.com
dsheets@dkpartners.com
dshell@mtildn.co.uk
dsherman@nystrs.state.ny.us
dshigemura@boh.com
dshindler@mfs.com
dshoffman@leggmason.com
dshong@bok.or.kr
dshoup@federatedinv.com
dshufrin@jhancock.com
dsillers@eatonvance.com
dsilva@jhancock.com
dsilva@sanwabank.com
dsimek@hcmlp.com
dsimmons@loomissayles.com
dsimms@europeancredit.com
dsirovy@allstate.com
dsitzer@bloomberg.net

dsjoberg902@dollarbank.com
dsk@summitpartnersllc.com
dskandalis@intlassets.com
dskoko@wellington.com
dslade@aegonusa.com
dslee27@chb.co.kr
dsliney@stifel.com
dsliwinski@martincurrie.com
dslogoff@westernasset.com
dsmall@templeton.com
dsmereck@miix.com
dsmith@farcap.com
dsmith@impaccompanies.com
dsmith@noil.co.uk
dsmith@rockco.com
dsmith@turnerinvestments.com
dsmith@unumprovident.com
dsmith@us.ca-indosuez.com
dsmith@westernasset.com
dsmith1978@bloomberg.net
dsnoirfalise@statestreet.com
dso@nbim.no
dsobba@russell.com
dsobol@loews.com
dsolana.madrid@sinvest.es
dsoldatis@certusmgt.com
dsolender@lordabbett.com
dsong@nacm.com
dsong@rockco.com
dsouccar@federatedinv.com
dspadafora@standishmellon.com
dsparks@barbnet.com
dspencer@farmcredit-ffcb.com
dspope@wellington.com
dspurgeon@reamsasset.com
dss@dodgeandcox.com
dss2@notes.ntrs.com
dss6@bloomberg.net
dssheusi@delinvest.com
dstackpole@barbnet.com
dstarke@denveria.com
dstarr1@bloomberg.net
dstartari@federatedinv.com
dsteele@bony.com

dsteele@mcmorgan.com
dsteiker@bear.com
dstein@smithbreeden.com
dstephan@bankofny.com
dsterling@fhlbc.com
dstern@rockco.com
dstevens@accredohealth.com
dstevenson@babsoncapital.com
dstewart@thirdfedbank.com
dstipe@sfbcic.com
dstohr@angelogordon.com
dstone@heritageinvestors.com
dstraker@aegon.nl
dstrelow@ssrm.com
dstrumwasser@vegapartners.com
dstunnell@wellington.com
dsugimoto@1838.com
dsujat@dlbabson.com
dsullivan@sandleroneill.com
dsun@barbnet.com
dsunnerberg@loomissayles.com
dsvocak@nbs.sk
dswallow@standishmellon.com
dswindler@perrycap.com
dt@gruss.com
dt@ubpam.com
dtaft@whitepinecapital.com
dtallant@fdic.gov
dtan@hbk.com
dtang@allstate.com
dtankin@siichi.com
dtarsia@loomberg.net
dtb@dodgeandcox.com
dtconnor@bloomberg.net
dtdwyer@wellington.com
dtdwyer@wellmanage.com
dteich@jhancock.com
dteicher@loews.com
dtelfer@westpac.com.au
dternes@myprovident.com
dthigpen03@gsb.columbia.edu
dthomas@hcmlp.com
dthomas@perrycap.com
dthomas@provident-bank.com

dthompson@aicm.com
dthompson@wescorp.org
dthurman@ci.portland.or.us
dthuss@ford.com
dtilton@russell.com
dtjmramos@cam.es
dtjohnson@bbandt.com
dtjones@troweprice.com
dtn@baupost.com
dtn4@cornell.edu
dtoledano@bft.fr
dtorbin@litchfieldcapital.com
dtorress@bancogui.com
dtosh@ford.com
dtoy3@bloomberg.net
dtrachtenberg@eatonvance.com
dtrammell@munder.com
dtrasobares@jmh.org
dtrautman@parknationalbank.com
dtrevallion@babsoncapital.com
dtrimbal@mfs.com
dtrimble@mfs.com
dtrinder@wescorp.org
dtropp@us.ibm.com
dtrotter@atlanticasset.com
dtroxell@ag-am.com
dtroxell@angelogordon.com
dts@atalantasosnoff.com
dts@capgroup.com
dtucker@jhancock.com
dturner@exchangebk.com
dturner@msfi.com
dturner@orixcm.com
dtuthill@millertabak.com
dtuttle@franklintempleton.ca
dtypermass@metlife.com
dtyson@prudential.com
du@ntrs.com
duane.austin@pncadvisors.com
duane.gilyot@ucop.edu
duane.haas@micorp.com
duane.helkowski@americas.bnpparibas.com
duane.kent@schwab.com
duane.mcallister@micorp.com

duane_homan@ctxmort.com
duane_kelly@vanguard.com
duane_r_huff@bankone.com
duangjas@bot.or.th
duc.nguyen@wgz-bank.de
duccio.galletti@bancaakros.it
duccio.giovannini@ubs.com
duchatcz@oenb.co.at
ducommun@bordier.com
dudaneyd@strsoh.org
dudley.hancox@us.standardchartered.com
dudley@bloomberg.net
dudley@sfc-uk.com
dueda@dl.dai-ichi-life.co.jp
duffy.fischer@fmr.com
dugan@pimco.com
dugoff_richard@jpmorgan.com
duke.devlin@fmr.com
dullman@bloomberg.net
dummer.marcus@principal.com
dummy@fake.com
dunbrack_gary@ssga.com
duncan.archer@axa-im.com
duncan.blyth@isisam.com
duncan.br@tbcam.com
duncan.de.vries@nibc.com
duncan.farley@moorecap.co.uk
duncan.fergusson@barclaysglobal.com
duncan.fraser@barclaysglobal.com
duncan.freestone@axa-im.com
duncan.funk.a7x8@statefarm.com
duncan.hayban@aberdeen-asset.com
duncan.k.farquhar@aib.ie
duncan.king@bankofamerica.com
duncan.larraz@ubs.com
duncan.learmouth@gsk.com
duncan.reid@bankofengland.co.uk
duncan.sanford@daiwasbi.co.uk
duncan.smith@barclaysglobal.com
duncan.squire@uk.fid-intl.com
duncan.sutherland@swipartnership.co.uk
duncan.thomas@credit-suisse.com
duncan.thomson@swipartnership.co.uk
duncan.vise@aig.com

duncan_anderson@mfcinvestments.com
duncan_bulgin@newton.co.uk
duncan_harvey@putnam.com
duncanj@lotsoff.com
duncanmeares@bloomberg.net
duncanw@sigmacap.com
dunganh.pham@caam.com
dunlopmbet@mindspring.com
dunnst@london.cic.fr
dunstanm@bernstein.com
dupontca@cmcic.fr
dupree@bloomberg.net
durai@bnm.gov.my
durakovicm@lotsoff.com
durante.t@mellon.com
durbin.vido@pnc.com
durn@pimco.com
durraj_tase@ustrust.com
dusan.britan@schwab.com
dushuyi@bloomberg.net
dushy.puvanendrampillai@lloydstsb.co.uk
dusko_djukic@keybank.com
dustin.margolis@alliancebernstein.com
dustin.mayer@usbank.com
dusty.downs@mortgagefamily.com
dusty.granet@aig.com
dutch_handke@acml.com
dutile.d@tbcam.com
dutter@blaylocklp.com
dutton@offitbank.com
duvall@agf.fr
duvallm@wellsfargo.com
duy.nguyen@aiminvestments.com
duygu.akyatan@mutualofamerica.com
duyx@bloomberg.net
dv.davis@pncbank.com
dvan75@hotmail.com
dvanderh@amfin.com
dvandevelde@lordabbett.com
dvanhorne@apple-bank.com
dvaskovic@csas.cz
dvasquez@templeton.com
dvdmars@aegon.nl
dvermann@ubs.com

dvieira@standishmellon.com
dvignone@clinton.com
dvillani@bloomberg.net
dvla@kempen.nl
dvm@capgroup.com
dvmastrigt@optimix.nl
dvogel@gsc.com
dvolz@aegonusa.com
dvonderh@amfin.com
dvorwald@aegonusa.com
dvprooije@anthos.nl
dvrabac@waddell.com
dvv@petercam.be
dw@ksbb.com
dw1@bloomberg.net
dw2500.ha@samsung.com
dw326@cornell.edu
dwagner@payden-rygel.com
d-wakabayashi@nochubank.or.jp
dwalch@perrycap.com
dwaldman@loomissayles.com
dwaldron@ftportfolios.com
dwallach@northshorebank.com
dwallack@troweprice.com
dwalls@hcmlp.com
dwalsh@allstate.com
dwalsh@loomissayles.com
dwalte1@state.wy.us
dwalters@eatonvance.com
dwane.bacak@aiminvestments.com
dwang@btmna.com
dwang@canyonpartners.com
dwang@rnt.com
dwarner@lmcapital.com
dwatson@anchorcapital.com
dwatson@capstonefinancial.com
dwatson@montag.com
dwayne.coker@ge.com
dwayne.l.outerbridge@bob.hsbc.com
dwayne.middleton@jpmorgan.com
dwayne.p.mcnicholas@aib.ie
dwayne_parmley@ssga.com
dwbarker@kfb.co.kr
dwbarnard@wellington.com

dwbtfmln@ma.kew.net
dwebb@allstate.com
dweeks@lincap.com
dweigner@loomissayles.com
dweih@aegonusa.com
dweiner@nb.com
dweiss@perrycap.com
dweiss@us.nomura.com
dwelch@allstate.com
dwelch@seic.com
dwells@metlife.com
dwest@davenportllc.com
dwest@westernasset.co.uk
dwestcott@dadco.com
dwettlaufer@lmcm.com
dweyback@fdic.gov
dwgilbert@bloomberg.net
dwharmby@cornerstoneadvisers.com
dwharton@progbank.com
dwheeldon@londonstockexchange.com
dwheeler@metlife.com
dwheeler@mony.com
dwhelan@millburncorp.com
dwhite@hcmlp.com
dwhite@statestreet.com
dwhitmore@bloomberg.net
dwi@brgco.com
dwickham@kio.uk.com
dwiedemann@ihc-geneve.com
dwiener@rnt.com
dwight.brown@nrucfc.coop
dwight.churchill@fmr.com
dwight.price@ky.gov
dwight.scott@elpaso.com
dwight@martincurrie.com
dwight_hood@dell.com
dwightw@scm-lp.com
dwil@kempen.nl
dwiley@fdic.gov
dwilkins@pacific-crest.com
dwilliams@amec1.com
dwilliams@farmcredit-ffcb.com
dwilliams@mws.com
dwilliams@payden-rygel.com

dwilliams@pnc.com
dwilliams@templeton.com
dwillis@wasatchadvisors.com
dwillocks@state.tn.us
dwilson@barbnet.com
dwilson@charles-stanley.co.uk
dwilson@europeancredit.com
dwilson@fiduciarymgt.com
dwinney@thamesriver.co.uk
dwirtjes@aegonusa.com
dwisdorf@wamumortgage.com
dwlee@hanabank.com
dwm@ubp.ch
dwmelchi@redcapitalgroup.com
dwmundy@ybs.co.uk
dwolf@meag.com
dwong@dahsing.com
dwong@russell.com
dwoodring@pjc.com
dwoods@jennison.com
dwoodwar@bear.com
dwoolaghan@bllomberg.net
dworkman@frk.com
dworth@bear.com
dwpalmer@wellmanage.com
dwright@leggmason.com
dws2@cornell.edu
dwsmith@ryanbeck.com
dwt@lrcasia.ch
dwydler@pictet.com
dwzjdzi@bh.com.pl
dxb@capgroup.com
dxd@columbus.com
dxjm@capgroup.com
dxp@capgroup.com
dxystus@chicagoequity.com
dyan.lelo-schwartz@alliancebernstein.com
dyan.sotelo@wedbush.com
dyang@mas.gov.sg
dyang1@allstate.com
dyann.kiessling@fmr.com
dyaworsky@dlbabson.com
dye@fftw.com
dyelle@tp-cm.com

dyerh@strsoh.org
dyhe@bloomberg.net
dyke.benjamin@lazard.com
dyl@americancentury.com
dylan.hughes@barclaysglobal.com
dylan.waldron@daiwasectab.ie
dylan.wilson@egg.com
dylanw@mcm.com
dynamike1@bloomberg.net
dyoung@aflac.com
dyoung@fhlbatl.com
dyoung@merctrust.com
dyuen@frk.com
dyyeo@mas.gov.sg
dz@gruss.com
dz6@ntrs.com
dzakaria@frk.com
dzaman@bankofny.com
dzang@allstate.com
dzapp@goldenrule.com
dzarchan@hbk.com
dzee@payden-rygel.com
dzejda@oppenheimerfunds.com
dzhang@fhlbc.com
dzhang@ftci.com
dzigas@standishmellon.com
dzimmerman@eatonvance.com
dzinser@delinvest.com
dzovig.keledjian@sgcib.com
dzuccariello@bloomberg.net
dzulverdi@bi.go.id
dzwirn@dbzco.com
e.a.verhoef@dnb.nl
e.bakker@robeco.nl
e.brandwood@hermes.co.uk
e.calorio@edroth.co.uk
e.cheung@indoverbank.com
e.deacal@bpci.it
e.derose@ifabanque.com
e.dikmans@robeco.nl
e.dubos@macsffinance.com
e.farsoun@olayangroup.com
e.fiorentino@promos.it
e.fragomeni@mwam.com

e.g.fisher@rbsgc.com
e.giesen@robeco.nl
e.goldstein@fnysllc.com
e.grandjean@raborobecobank.lu
e.hermand@noemail.com
e.houston@mwam.com
e.hulsegge@interpolis.nl
e.inegbu@hermes.co.uk
e.j.nijmeijer@robeco.nl
e.j.siermann@robeco.nl
e.kobayashi@aozorabank.co.jp
e.luciani@sace.it
e.m.h.van.leeuwen@robeco.nl
e.maarel@robeco.nl
e.malik@bloomberg.net
e.matsuoka@sumitomotrust.co.jp
e.mccarthy@naspadub.ie
e.mcmullan@hermes.co.uk
e.mihallo@fordfound.org
e.monaghan@hermes.co.uk
e.nilting@gbf.nl
e.noomen@robeco.nl
e.ontopoulou@alphatrust.gr
e.papavoine@robeco.nl
e.paracchini@rai.it
e.pavelle@fnysllc.com
e.provenzano@bipielle.it
e.robinson@chevrontexaco.com
e.roux@probtp.com
e.rovelli@fineco.it
e.sanichar@robeco.nl
e.schmahl@schretlen.com
e.shibao@noemail.com
e.siano@bankofny.com
e.stecher@bloomberg.net
e.stein@nrcl.com
e.stuart@hermes.co.uk
e.tedesco@hermes.co.uk
e.v.hess@indoverbank.com
e.vanaken@snsams.nl
e.vanraes@bbbsa.ch
e.vasbinder@frieslandbank.nl
e.w.lindeijer@dnb.nl
e.webber@fnysllc.com

e.wening@vanlanschot.com
e.x@mail.barilla.it
e.zambini@barilla.it
e_laselva@fairfax.ca
e_miura@nam.co.jp
e2s@storebrand.com
e5s@compassbnk.com
e901246@hanmail.net
eabello@btmna.com
eabraha@frk.com
eabrams@ellington.com
eaccottrell@cazenove.com
eacrowder@fedex.com
eacton@ford.com
ead@brgco.com
eadderson@newstaram.com
eadrion@rnt.com
eafm@capgroup.com
eagnello@iccrea.bcc.it
eaguilar@bppr.com
eah@ntrs.com
eahjerpe@websterbank.com
eaj@coastalsecurities.com
eakane@leggmason.com
ealgan@grneam.com
eallen@bancorio.com.ar
eallen@eagleglobal.com
eallinson@lordabbett.com
ealrashidi@kio.uk.com
ealvarad@allstate.com
ealvarez@bcj.gbancaja.com
eamills@bankofny.com
eamon.b.brennan@aib.ie
eamon.tubridy@moorecap.com
eamon_desacia@glic.com
eamonn.c.hackett@aib.ie
eamonn.english@glgpartners.com
eamonn.long@barclayscapital.com
eamonn.murphy@pioneeraltinvest.ie
eamonn.s.boylan@aib.ie
eamonn.tuohy@ie.dexia.be
eamonnreilly@angloirishbank.ie
eamonoo@princeton.edu
eanderhub@bloomberg.net

eandrie@frk.com
eang18@mail.pscnet.com.tw
eangrisani@autostrade.it
earfvidsson@bloomberg.net
eariasro@cajamadrid.es
earl.delaet@micorp.com
earl.denney@truscocapital.com
earl.gordon@morganstanley.com
earl.green@effem.com
earl.takasaki@wellsfargo.com
earl_robinson@vanguard.com
earnen.fitzpatrick@boigm.com
earnings@farcap.com
earrebola@creditandorra.ad
earrimad@notes.banesto.es
earzinos@alpha.gr
eashea@wellington.com
eason@mail.pscnet.com.tw
eastar@nbg.gr
easteuro@juliusbaer.com
easthosu@samsung.co.kr
eastman.rj@tbcam.com
easton.ragsdale@wpginvest.com
eastwoos@strsoh.org
eatamian@jhancock.com
eaton@nytimes.com
eaugusts@cajamadrid.es
eavan.k.o'connell@aib.ie
eaverbukh@jhancock.com
eaw1@ntrs.com
eawatt@bloomberg.net
eb@merganser.com
eb46@ntrs.com
eb50@ntrs.com
ebadger@bankofny.com
ebaggett@oppenheimerfunds.com
ebague@bloomberg.net
ebague@unigestion.com
ebaizman@loomissayles.com
ebanaszynski@northwesternmutual.com
ebanderson@hartfordfinancial.com
ebanko@lordabbett.com
ebarbaneagra@seic.com
ebarca@bloomberg.net

ebargossi@fideuramcapital.it
ebarnes@halcyonllc.com
ebarreda@notes.banesto.es
ebaudendistel@tsocorp.com
ebbin.simon@jpmorgan.com
ebecker@orleanscapital.com
ebecker@waddell.com
ebeije@aegon.nl
eben.vanwyk@barclaysglobal.com
ebennett@metlife.com
eberberich@aegonusa.com
ebergagniini@ofiinstitutional.com
eberglund@kpmg.com
ebergman@blackrock.com
ebergman@kio.uk.com
ebergonzini@credem.it
ebergstrom@cfindustries.com
eberhard.becker@nordlb.de
eberhard.massenbach@ampegagerling.de
eberhardhaug@helaba-invest.de
eberherd.dilger@commerzbankib.com
ebermant@bci.it
ebermingham@loews.com
ebernhardt31@bloomberg.net
ebert_bernard@jpmorgan.com
ebertrand@cpr-am.fr
ebeyrich@loews.com
ebiassette@generali.fr
ebiko@nam.co.jp
ebinns@standishmellon.com
ebisso@blackrock.com
eblee2@bloomberg.net
ebleines@groupe-ccr.com
eblel@oddo.fr
ebloecher@fdic.gov
ebm@dartmouth.edu
ebmartins@dow.com
ebn@capgroup.com
eboaretto@fideuramsgr.it
eboesel@meag.com
ebogaard@aegon.nl
eboh@income.com.sg
eboland@nb.com
ebony_burnettejoseph@freddiemac.com

ebourguignon@ccrgestion.fr
eboyce@hestercapital.com
ebpealman@wellington.com
ebr@bloomberg.net
ebr@capgroup.com
ebracke@aegon.nl
ebragnun@capgrowthmgt.com
ebrandt1@bloomberg.net
ebraz@mfs.com
ebrea@sterling-capital.com
ebridge@co-operativebank.co.uk
ebrodsky@farcap.com
ebrown@browncapital.com
ebrown@harvardbusiness.org
ebrown@hellmanjordan.com
ebrown@jennison.com
ebrowne@nb.com
ebroz@kocbank.com.tr
ebru.basci@yapikredi.com.tr
ebru.gonenc@citi.com
ebryce@bloomberg.net
ebuck@bloomberg.net
ebuckley@bostonprivatebank.com
eburgess@tibsite.com
eburke@eatonvance.com
eburkhalter@bpbtc.com
ebutcher@northernlights.net
ebyers@howeandrusling.com
ec@erstebank.com
ec19@ntrs.com
ec37@ntrs.com
ec51@ntrs.com
ecadams@us.ibm.com
ecagnina@opers.org
ecamacod@notes.banesto.es
ecampos@banxico.org.mx
ecapellari@allmerica.com
ecaralp@chevreux.com
ecaravanos@arabbankusa.com
ecareddu@sisto.uni.net
ecarpenter@lordabbett.com
ecassidy@ustrust.com
ecaywood@provbank.com
ecb2@ntrs.com

ece.yavuz@teb.com.tr
ecesari@bloomberg.net
eceynar@bloomberg.net
ecgriffin@wellington.com
ech3@ntrs.com
echa@brownadvisory.com
echa@oppenheimerfunds.com
echampenois@unigestion.com
echan@evcap.com.sg
echang@babsoncapital.com
echapuis@oddo.fr
echatman@fhlbdm.com
echele@bloomberg.net
echen@adb.org
echen1@worldbank.org
echesculescu@metlife.com
echiabudini@pictet.com
echiang@gsc.com
echipare_rogel@jpmorgan.com
echiu6@bloomberg.net
echng@hkma.gov.hk
echuang@mas.gov.sg
echung@farcap.com
eciancarelli@eatonvance.com
ecimilluca@ing-mag.com
eciulla@oppenheimerfunds.com
ecj@capgroup.com
eckertj@bloomberg.net
eckhard.arndt@dzbank.de
eckhard.helms@fm.nrw.de
eckhard.muenchow@zf.siemens.de
eckhard.pflieger@westam.com
eckhard.sauter@helaba.de
eckhard.ulbrich@cominvest-am.com
eckhoff@bloomberg.net smtp eck
eckiehne@leggmason.com
eckl@dexia.de
eclandsiedel@wellington.com
eclarke@thamesriver.co.uk
eclemens@oppenheimerfunds.com
eclopes@ashmorebrazil.com.br
ecm3@ntrs.com
ecocomments@bailliegifford.com
ecohen@canyonpartners.com

ecohen@nb.com
ecolleran@loomissayles.com
econnell@ftci.com
economic@ti.com
ecook@allstate.com
ecooper@dkpartners.com
ecorcoran@loews.com
ecorey@adelphia.net
ecosgr@ftci.com
ecosio@newsalemcapital.com
ecronin@wellington.com
ecruikshank@jamisonfirst.com
ecs@capgroup.com
ecuellar@westernasset.com
ecuriel@leggmason.com
ecurry@vcallc.com
ecvigsnes@wellington.com
ed.bilek@compassbnk.com
ed.burmester@abnamromellon.com
ed.calejesan-reyes@bwater.com
ed.carlson@wedbush.com
ed.cassens@tradestreetinv.com
ed.cherry@wachovia.com
ed.coach@us.icap.com
ed.corallo@barclaysglobal.com
ed.covington@wachovia.com
ed.cowart@eagleasset.com
ed.cruz@pimco.com
ed.devlin@pimco.com
ed.donofrio@blackrock.com
ed.doyle@pioneerinvest.com
ed.f@gordian.co.uk
ed.furman@fbol.com
ed.gonzalez@db.com
ed.gonzalez@ntrs.com
ed.groote@inginvestment.com
ed.hubbard@xlgroup.com
ed.j.w.coulson@hsbcgroup.com
ed.johnson@allegiantgroup.com
ed.krisko@ntrs.com
ed.manie@ingbank.com
ed.mcgowan@juliusbaer.com
ed.mcquigg@richemont.com
ed.melton@americas.ing.com

ed.miller@threadneedle.co.uk
ed.novak@phoenixwm.com
ed.oetinger@barclaysglobal.com
ed.outen2@evergreeninvestments.com
ed.ross@funb.com
ed.ruggiero@twi.com
ed.savage@jpmchase.com
ed.schriver@ingfunds.com
ed.siegel@philips.com
ed.solari@bmo.com
ed.spelman@mackayshields.com
ed.sporn@deshaw.com
ed.sullivan@gm.com
ed.sun@ppmamerica.com
ed.taylor@ledyardbank.com
ed.urbano@pimco.com
ed.van.wijk@robeco.nl
ed.ziehmer@nisanet.com
ed@incomeresearch.com
ed_baker@acml.com
ed_baldini@scudder.com
ed_burke@perpetual.co.uk
ed_chisholm@scudder.com
ed_demello@ml.com
ed_games@scudder.com
ed_godden@newton.co.uk
ed_grant@inginvestment.com
ed_haldeman@putnam.com
ed_hart@ml.com
ed_posthumus@deltalloyd.nl
edabora@caxton.com
edaehler@esfil.ch
edancona@household.com
edandr@nytimes.com
edaniell@aegonusa.com
edarci@mfs.com
edavis@templeton.com
edawson@smithbreeden.com
edbarrie@microsoft.com
edbevin@bloomberg.ne
edda.agnarsdottir@de.pimco.com
eddd@bloomberg.net
eddie.anderson@wachovia.com
eddie.chan@ers.state.tx.us

eddie.fu@email.chinatrust.com.tw
eddie.goulding@icap.com
eddie.h.o'neill@aib.ie
eddie.hebert@ppmamerica.com
eddie.ko@ubs.com
eddie.villiers@rabobank.com
eddie.willis@cpa.state.tx.us
eddie@cihc.com.tw
eddie@eslinvest.com
eddie_wm_yue@hkma.gov.hk
eddieching@hsbc.com.hk
eddieong@temasek.com.sg
eddiesim@dbs.com
eddy.dekoker@nbb.be
eddy.fung@ibtco.com
eddy.reynebeau@fortisbank.com
eddy.tsoi@asia.bnpparibas.com
eddy.vansantvoort@axa.be
eddy.vataru@barclaysglobal.com
eddy.verbiest@ingim.com
eddy.wauters@interbrew.com
eddyj@deshaw.com
edeka@bloomberg.net
edel.gargan@ibtco.com
edel.m.downey@aibbny.ie
edel.o'leary@pioneeraltinvest.com
edelen@fhlbny.com
edeleon@husic.com
eden_levinson@dpimc.com
edendy@seic.com
edepotter@pictet.com
eder.lam@asia.bnpparibas.com
edereus@bloomberg.net
ederl@otpbank.hu
edervisevic@leggmason.com
edesalvio@bankofny.com
edf@fhlbsea.com
edgar.allen@blackrock.com
edgar.dmello@morleyfm.com
edgar.lemel@mailpoalim.co.il
edgar.loring@pncbank.com
edgar.maichel@schoellerbank.at
edgar.nubert@hvb.de
edgar.rojas@db.com

edgar.taverne@pggm.nl
edgardhabib@chevron.com
edgardo.khafif@asbai.com
edgarp@nationwide.com
edhall@wellington.com
edhannon@bigfoot.com
ediamond@hbk.com
ediana@bi.go.id
edick@hcmny.com
edij@bankbii.com
edimiceli@azoa.com
edise.g.schmitz@dartmouth.edu
edison.hwang@tcw.com
edison.lai@email.chinatrust.com.tw
edite.agolli@hcmny.com
edith.schiller@rzb.at
edith.seingier@canal-plus.com
edith.yue@asia.bnpparibas.com
edith_paetzold@swissre.com
edith_patzold@swissre.com
editkis@natexistx.com
ediver@metlife.com
edjakov@lordabbett.com
edlarsen@houston.rr.com
edlingr@vankampen.com
edlopez@ahorro.com
edmond.granges@ubs.com
edmond.huang@schroders.com
edmond.lezmi@caam.com
edmond_villani@scudder.com
edmondo.bosco@sai.it
edmund.brandt@jpmorganfleming.com
edmund.harvey@usnh.edu
edmund.kim@fbfinance.com
edmund.kunnen@bfg-hyp.de
edmund.onghk@uobgroup.com
edmund.robinson@insightinvestment.com
edmund.towers@daiwausa.com
edmund.wandeler@vontobel.ch
edmund@icbc.com.cn
edmund_hohmann@fanniemae.com
edna.rodriguez@wellsfargo.com
edo.meijerman@ingim.com
edoardo.fugini@ba-ca.com

edoardo.lombardi@mediolanum.it
edoardo.mezza@pioneerinvest.it
edoardo.sirtori@st.com
edoardo.visconti@finlayam.com
edoardo_malpaga@generaliglobal.com
edobbinscm@bloomberg.net
edoganton@aol.com
edoherty1@bloomberg.net
edonald2@bloomberg.net
edonovan@ag-am.com
edosa@mcc.it
edouard.bremond@calyon.com
edouard.darwiche@caam.com
edouard.daryabegui@clf-dexia.com
edouard.davaux@dexia.com
edouard.delanglade@moorecap.co.uk
edouard.desbonnets@fortis.lu
edouard.dubuis@claridenleu.com
edouard.esteve@calyon.com
edouard.gomis@barep.com
edouard.jounet@saint-gobain.com
edouard.klehe@us.socgen.com
edouard.knockaert@caam.com
edouard.mezzena@lodh.com
edouard.petitcollot@dexia-am.com
edouard.senechal@ubs.com
edouard.vidon@banque-france.fr
edpe01@handelsbanken.se
edreus@aegon.nl
edreyfuss@cpr-am.fr
edric.saito@barclaysglobal.com
edrobny@farcap.com
edrucker@us.nomura.com
edsparr_patrik@jpmorgan.com
eduard.cuito@caixacatalunya.es
eduard.frauenfelder@juliusbaer.com
eduard.guito@caixacatalunya.es
eduard.keller@db.com
eduard.prinker@hvb.de
eduard.van.gelderen@ingim.com
eduardo.abejon@grupobbva.com
eduardo.cabral@gs.com
eduardo.calabaza@grupobbva.com
eduardo.costa@finantia.com

eduardo.costa@lazard.com
eduardo.garcia@bnpparibas.com
eduardo.gorostiza@grupobbva.com
eduardo.lalo.torres@cpa.state.tx.us
eduardo.molina@grupobbva.com
eduardo.monteiro@bpi.pt
eduardo.palazzo@bnlmail.com
eduardo.piedra@suntrust.com
eduardo.ratier@barclays.co.uk
eduardo.repetto@dfafunds.com
eduardo.riospita@telefonica.es
eduardo_goya@sumitomobank.com
edulot@cicny.com
edupuy@iberia.es
edurey@gwkinc.com
eduvalsaint@jhancock.com
edvard.major@jpmorgan.com
edward.amberger@honeywell.com
edward.andrews@blackrock.com
edward.atkins@credit-suisse.com
edward.aw@db.com
edward.baker@lloydstsb.co.uk
edward.barrett@db.com
edward.berman@dillonread.com
edward.best@fmr.com
edward.blaha@prudential.com
edward.bliss@db.com
edward.booth@blackrock.com
edward.bozzard@morleyfm.com
edward.browne@citadelgroup.com
edward.brunni@bankofamerica.com
edward.bungey@vtbeurope.com
edward.burns@phxinv.com
edward.butchart@moorecap.co.uk
edward.caputo@thehartford.com
edward.chai@db.com
edward.chan@rlam.co.uk
edward.charles@asbinc.com
edward.chidiac@pnc.com
edward.cole@ashmoregroup.com
edward.conroy@aberdeen-asset.com
edward.debruyn@csfb.com
edward.degraan@lmginv.com
edward.dombrowski@alliancebernstein.com

edward.dove@augustus.co.uk
edward.dowd@blackrock.com
edward.dwek@asbai.com
edward.eichelberger@halliburton.com
edward.ennis@juliusbaer.com
edward.f.coveney@fmr.com
edward.farley@pramericafinancial.com
edward.farrell@hsbcpb.com
edward.filippi@ubs.com
edward.fisher@uk.mizuho-sc.com
edward.flowers@rbccm.com
edward.franks@tcw.com
edward.galbally@citadelgroup.com
edward.garner@gmacrfc.com
edward.gaunt@threadneedle.co.uk
edward.gaylor@morganstanley.com
edward.geyer@prudential.com
edward.gk.cheung@fidelity.com
edward.goldstein@morganstanley.com
edward.graham@ubs.com
edward.ha@ge.com
edward.han@transamerica.com
edward.hart@nestle.com
edward.harvey@bmo.com
edward.hasse@ubs.com
edward.heilbron@fmr.com
edward.hickey@columbiamanagement.com
edward.hutchings@morleyfm.com
edward.kachinski@usbank.com
edward.keating@harrisbank.com
edward.kelly@daiwasectab.ie
edward.kim@tdsecurities.com
edward.kolczynski@aiminvestments.com
edward.kramer@ubs.com
edward.kurmann@novartis.com
edward.kyritz@barcap.com
edward.kyritz@ubsw.com
edward.l.campbell@prudential.com
edward.l.santiago@chase.com
edward.laming@bnpparibas.com
edward.liem@asia.bnpparibas.com
edward.lightfoot@ikb.de
edward.lim@asia.bnpparibas.com
edward.lupo@alliancebernstein.com

edward.m.dugan@cititgroup.com
edward.maloney@fmr.com
edward.mazzacano@moorecap.com
edward.mccarthy@fmr.com
edward.mcmahon@thehartford.com
edward.meyers@mizuhocbus.com
edward.miller@morganstanley.com
edward.moore@lgim.co.uk
edward.morgan@bnymellon.com
edward.murray@morleyfm.com
edward.niehoff@nl.abnamro.com
edward.nijmeijer@nibcapital.com
edward.o.brien@wamu.net
edward.oppedisano@ubs.com
edward.ory@prudential.com
edward.p.walker@jpmorgan.com
edward.p@gordian.co.uk
edward.parkes@natixis.us
edward.paulinski@westernasset.com
edward.perkin@fmr.com
edward.peterhoblyn@mirabaud-im.com
edward.preston@boigm.com
edward.ramos@morganstanley.com
edward.ritchie@lazard.com
edward.ritchie@schroders.com
edward.robertson@pncadvisors.com
edward.robinet@axa-im.com
edward.rosenfeld@lazard.com
edward.ross@uk.fid-intl.com
edward.rosser@glgpartners.com
edward.rzeszowski@blackrock.com
edward.scheuer@prudential.com
edward.schultze@guarantybank.com
edward.selby@dkib.com
edward.silverstein@mackayshields.com
edward.simmonds@uk.fid-intl.com
edward.smith@genworth.com
edward.t.bell@jpmchase.com
edward.tappan@citigroup.com
edward.vaimberg@thehartford.com
edward.wallace@gartmore.com
edward.wandasiewicz@barclaysglobal.com
edward.werder@bnpparibas.com
edward.werner@vpbank.com

edward.wijnveen@dws.de
edward.wojtowicz@siemens.com
edward.wright@barclaysglobal.com
edward.yoon@fmr.com
edward.yu@bankofamerica.com
edward.zaledonis@credit-suisse.com
edward.zhou@oneamerica.com
edward@rentec.com
edward_bernard@troweprice.com
edward_bronson@freddiemac.com
edward_buonopane@ml.com
edward_caywood@farmermac.com
edward_d'alelio@putnam.com
edward_glesmannjr@ustrust.com
edward_gobora@ml.com
edward_green@blackrock.com
edward_hahn@freddiemac.com
edward_leggett@standardlife.com
edward_martin@fanniemae.com
edward_mcgettigan@vanguard.com
edward_mcnamara@freddiemac.com
edward_ng@ml.com
edward_rayner@acml.com
edward_reilly@ustrust.com
edward_rollins@uk.ibm.com
edward_rosenberg@vanguard.com
edward_shadek@putnam.com
edward_siskin@fleetretail.com
edward_wagner@nacm.com
edward_woods@ntrs.com
edward-1011@email.esunbank.com.tw
edward-cp.fang@aig.com
edwardd@mcm.com
edwarde.moise@wachovia.com
edward-j.haase@ubs.com
edwardo'connor@gic.com.sg
edwardsm@deshaw.com
edwin.brown@jpmchase.com
edwin.chan@lbbwsg.com
edwin.davison@blackrock.com
edwin.denson@ubs.com
edwin.ferrell@4086.com
edwin.ferrell@pacificlife.com
edwin.garcia@rmf.ch

edwin.greenberg@dbzco.com
edwin.gutierrez@aberdeen-asset.com
edwin.j.erne@zkb.ch
edwin.lak@ingim.com
edwin.laws@yadkinvalleybank.com
edwin.leung@uk.fid-intl.com
edwin.mcquiston@usaa.com
edwin.pietersen@utc.rabobank.com
edwin.simon@nl.abnamro.com
edwin.trieblnig@sparinvest.com
edwin.van.oosten@ingim.com
edwin.vanderaalst@meespierson.com
edwin.yoshawirja@cibc.com.sg
edwin_goh@scotiacapital.com
edwin_koeckhoven@bat.com
edwin_slaghekke@deltalloyd.nl
edwinchansl@dbs.com
edwinchoi@gic.com.sg
edwinheng@mas.gov.sg
edwinvanderkruk@optiver.com
edwy.zoonekynd@ubs.com
edy.bernasconi@bsibank.com
edzard.alexandra@uk.fid-intl.com
ee@dd.com
eeb@cgii.com
eedelfelt@groupama-am.fr
eeden@aegonusa.com
eeing@dbs.com
eeisman@nb.com
eellison@miami.edu
eemcevoy@wellington.com
eemmer@bloomberg.net
eeng@kempen.nl
eenglberger@bloomberg.net
eenglish@tiaa-cref.org
eenny@eastwestbank.com
eeodice@tiaa-cref.org
eeorellana@bankinter.es
eepuay@dbs.com
eerni@lfm-ag.ch
eero.ketola@okobank.com
eesh@bok.or.kr
eestanfield@delinvest.com
eeva.niemisto@okobank.fi

eevanouskas@fi.rjf.com
eevans@nationalasset.com
eeverett@oppenheimerfunds.com
eexb@capgroup.com
eeynon@perrycap.com
ee-yung.yip@credit-suisse.com
efarls@bbandt.com
efarras@creditandorra.ad
efavaro@worldbank.org
efayan@elbit.co.il
eferguson@bankfinancial.com
efernando@uss.co.uk
eferreira@oppenheimerfunds.com
eff@americancentury.com
effie.werber@mailpoalim.co.il
effie_yao@hkma.gov.hk
effrosyni.lefka@fortisbank.com
efguna@uss.com
efimovav@evrofinance.ru
efinney@brownadvisory.com
efischman@mfs.com
efisher@trmshedge.com
efitzger@nylim.com
efitzpatrick@loomissayles.com
efjeffries@wellington.com
eflanaganraynaud@statestreet.com
eflockhart@martincurrie.com
eflood@smithbreeden.com
eflores@tiaa-cref.org
efo@nbim.no
efoden@litchfieldcapital.com
efolan@federatedinv.com
eforde@jhancock.com
eforest@bouyguestelecom.fr
eforstall@cisco.com
efox@rockco.com
efr@nbim.no
efraimg@dbs.com
efrain.nunez@jpmorgan.com
efrance@opers.org
efranco@economicnews.ca
efrei@allegiancecapital.com
efrem.meretab@lazard.com
efrey@lmfund.com

efriedland@standishmellon.com
efstathia.nezi@hypovereinsbank.de
efstathios_margonis@westlb.co.uk
efuentes@grupobbva.com
efuhrman@hgk.com
efujimura453962@po.yasuda.co.jp
efurey@metlife.com
efurnish@aegonusa.com
eg@ark.demon.co.uk
ega@nbim.no
egalceran@creditandorra.ad
egalic@meag.com
egamboa@sw.com
egan_peter@jpmorgan.com
egarding@fib.com
egarnier@pictet.com
egarvin@frk.com
egavin@bc.pitt.edu
egbandceb@aol.com
egbersd@bloomberg.net
egbert.cosack@rwe.com
egbert.klinski@postbank.de
egelman@dominickanddominick.com
egercek@lmus.leggmason.com
egerry@ubs.com
egger.fritz@rahnbodmer.ch
eggjieun@bok.or.kr
eggqiang@bloomberg.net
egidio_boni@bancalombarda.it
egil@dow.com
egilletl@entenial.com
egiroux@essexinvest.com
egk1@ntrs.com
egmont.schaefer@bnpparibas.com
egn@capgroup.com
egoard@munder.com
egokgolkline@leggmason.com
egoldberg@bpviinc.com
egolds@us.ibm.com
egoldsbe@ford.com
egoldschmidt@metlife.com
egons.strazdins@hansabanka.lv
egonzalez@hcmlp.com
egoodchild@fcem.co.uk

egoodman@aegonusa.com
egordon@abimltd.com
egorham@faralloncapital.com
egoshi18766@nissay.co.jp
egould@meag-ny.com
egovoni@ssrm.com
egraham@evcap.bm
egraham@federatedinv.com
egraham4@bloomberg.net
egramagl@mediolanum.it
egratcheva@worldbank.org
egravina@painewebber.com
egrecucci@icbpi.it
egreen@penncapital.com
egriffis@hbk.com
egriffith@unumprovident.com
egrumberg@evergreeninvestments.com
egrzybowski@tiaa-cref.org
egs@capgroup.com
egs@nbim.no
eguchi@daiwa-am.co.jp
egunnerson@hcmlp.com
egunning@tiaa-cref.org
eh15@ntrs.com
eha@kommunekredit.dk
ehab.amiri@alliancebernstein.com
ehadzic@ofi-am.fr
ehaentje@bouyguestelecom.fe
ehaik@boh.com
ehamel@hbk.com
ehamley@bankofny.com
ehammes@tiaa-cref.org
ehampton@bloomberg.net
ehanouna@pictet.com
ehargreaves@pictet.com
eharker@natexisny.com
eharris@ubs.com
ehart@walterind.com
eharty1@bloomberg.net
e-hasegawa@nochubank.or.jp
ehass@fhlbc.com
ehassid@smithbreeden.com
ehathaway@voyageur.net
ehavardduclos@oddo.fr

ehazen@mfs.com
eheatwole@steinroe.com
ehedenburg@caxton.com
ehenderson@aamcompany.com
eheneskog@aragon.se
ehennings@perrycap.com
ehenri@cpr-am.fr
eherc@bloomberg.net
ehess@stpaultravelers.com
ehiatt@allmerica.com
ehildner@princeton.edu
ehilzenrath@caxton.com
ehines@jhancock.com
ehirsch@roxcap.com
ehiwario.o.efeyini@jpmorgan.com
eho@blx.com
ehorrnick@btmna.com
ehovey@payden-rygel.com
ehowe@templeton.com
ehoyt@calstrs.com
ehren.stanhope@westernasset.com
ehsan.bashi@pimco.com
ehsu@sandlercap.com
ehughes@vestareurope.com
ehughesc@ford.com
ehunt@atlanticasset.com
ehuq@bloomberg.net
ehurault@groupama-am.fr
ehylarides@aegon.nl
ei.mimura@mizuhocbus.com
eichlerl@wharton.upenn.edu
eicke.reneerkens@union-investment.de
eid.fadi@bnpparibas.com
eiey@statoil.com
eigenhandel@naspa-mail.de
eigenn@jwseligman.com
eigil.dingsor@klp.no
eigil.nyberg@moa.norges-bank.no
eignacio@shb.com.sa
eiichiro_miura@putnam.com
eiiti_yamamoto@am.sumitomolife.co.jp
eija.mutkala@brummer.se
eiji.maeda@boj.or.jp
eiji.nishimura@mizuhocbus.com

eiji.yano@schroders.com
eiji_nagaoka@mitsubishi-trust.co.jp
eike-gerald.goedel@deka.de
eileen.alexanderson@lazard.com
eileen.bynon@gartmore.com
eileen.casey@aig.com
eileen.cook@mackayshields.com
eileen.dodds@usaa.com
eileen.farrell@fmr.com
eileen.hoffmann@janus.com
eileen.keating@ubs.com
eileen.leary@blackrock.com
eileen.levine@fmr.com
eileen.mcguire@abnamro.com
eileen.mckenna@db.com
eileen.mulcaire@blackrock.com
eileen.o.diana@morganstanley.com
eileen.paul@nuveen.com
eileen.perrin@bankofamerica.com
eileen.r.cohen@jpmorganfleming.com
eileen.smith@americas.ing.com
eileen_eichman@putnam.com
eileenp@loopcap.com
eileen-sh.pang@aig.com
eileentan@gic.com.sg
eileenwei@tcbank.com.tw
eilenberg@bessemer.com
eimear.forde@daiwasectab.ie
eimear.moloney@eaglestarlife.ie
eimear.omalley@ge.com
eimear.turley@boigm.com
eimear.walsh@pioneerinvestments.com
eimfeld@bloomberg.net
ei-nakajima@ja-kyosai.or.jp
einats@bll.co.il
eingold@blackrock.com
eiordanova@statestreet.com
eiraniparast@wellington.com
eirene.kontopoulos@fmr.com
eirikur.gudnason@sedlabanki.is
eirini.tsekeridou@juliusbaer.com
eisenbr@mail.nrucfc.org
eismith@tiaa-cref.org
eisoda@daiwasbi.co.jp

eitan@bloomberg.net
eitan_a@rad.co.il
eitan_straisfeld@scotiacapital.com
eitan-m@bloomberg.net
eitanr@bll.co.il
eitskovitz@lordabbett.com
eizaburou_konisi@am.sumitomolife.co.jp
eizirou_ueno@am.sumitomolife.co.jp
eizkovitz@lordabbett.com
eja3@ntrs.com
ejager@perrycap.com
ejamies@frk.com
ejan@babsoncapital.com
ejankowski@fhlbc.com
ejbrennan@delinvest.com
ejd@paradigmasset.com
ejdoherty@wellington.com
ejemetz@rockco.com
ejennings@tswinvest.com
ejerouville@statestreet.com
ejfraser@bloomberg.net
ejk@capgroup.com
ejk1@samsung.co.kr
ejkleinerman@wellington.com
ejlee@mas.gov.sg
ejo@capgroup.com
ejo1@ntrs.com
ejobrien@statestreet.com
ejohnson@apollolp.com
ejolliet@libertyaam.ch
ejones@forwardua.com
ejones@roxcap.com
ejorgoni@tiaa-cref.org
ejouellette@wellington.com
ejshapiro@wellington.com
ejt@dodgeandcox.com
ejtateosian@wellington.com
ek8@ntrs.com
ekalantzis@eatonvance.com
ekane@the-ark.com
ekaragiannis@pacificincome.com
ekass73388@aol.com
ekatarina.diatchenko@sinopia.fr
ekaterina.ametistova@glgpartners.com

ekaterina.diatchenko@sinopia.fr
ekaterina.findlow@axa-im.com
ekaterina.iliouchenko@union-investment.de
ekaterina.svetlova@dit.de
ekatopodi@alpha.gr
ekatz@bocusa.com
ekatz@hdq.iai.co.il
ekeaney@ssrm.com
ekeating@ftci.com
ekeating@seic.com
ekeller@metzler.com
ekestenberg@canyonpartners.com
ekhmelnik@wellington.com
ekhussainova@kkb.kz
ekiehne@lmfunds.com
ekim@canyonpartners.com
ekim@oppenheimerfunds.com
ekim@payden-rygel.com
ekim@tiaa-cref.org
ekinariwala@perrycap.com
ekincaid@blackrock.com
ekio.arai@westernasset.com
ekirby@hbk.com
ekitahara@sompo-japan.co.jp
ekkehard.ernst@ecb.int
ekkehard.link@national-bank.de
ekkwak@chb.co.kr
eklauer@jennison.com
eklee@kdb.co.kr
eklodnicki@caxton.com
eklosky@federatedinv.com
eknath_belbase@freddiemac.com
eknobelspiess@union-investment.de
eknowles@templeton.com
eko@nbim.no
ekogan@allstate.com
ekolin@roxcap.com
ekolinsk@ford.com
ekomla-adzimahe@delinvest.com
ekondo@nochubank.or.jp
ekonk@bot.or.th
ekonopko@halcyonpartnerships.com
ekopera@caxton.com
ekraus@chevychasetrust.com

ekraus@natexisny.com
ekressler@angelogordon.com
ekrueger@meag.com
eks@mn-services.nl
ekuchar@loomissayles.com
ekung@babsoncapital.com
ekwon@westernasset.com
ekwong@calstrs.com
ekyriacou@nb.com
el@gruss.com
ela.onay@finansbank.com.tr
eladd@saw.com
eladio.martinez@db.com
elafage@scor.com
elaina@rentec.com
elaine.a.bryan@aibbny.ie
elaine.bloxham@ge.com
elaine.choo@lehman.com
elaine.christiansen@dnb.no
elaine.coussement@fortisbank.com
elaine.crichton@aegon.co.uk
elaine.crichton@scoteq.co.uk
elaine.dunne@axa-im.com
elaine.fox@britannia.co.uk
elaine.gehnich@bankofamerica.com
elaine.gordon@gartmore.com
elaine.havens@genworth.com
elaine.havens@pacificlife.com
elaine.keenan@pioneerinvest.ie
elaine.lingle@tudor.com
elaine.lorimer@uk.bnpparibas.com
elaine.lu@wamu.net
elaine.m.crehan@aibbny.ie
elaine.mahoney@britannia.co.uk
elaine.miller@6thaveinvest.com
elaine.morgan@aegon.co.uk
elaine.morrison@bailliegifford.com
elaine.mulcahy@biam.boi.ie
elaine.murphy@blb.de
elaine.nigro@himco.com
elaine.obrien@dub.rabobank.com
elaine.oconnor@dub.rabobank.com
elaine.raad@inginvestment.com
elaine.rivera@prudential.com

elaine.rosa@gs.com
elaine.ryan@boi.ie
elaine.skinner@rbccm.com
elaine.tse@wellscap.com
elaine.wang@lazard.com
elaine.wang@wamu.net
elaine_cairns@standardlife.com
elaine_morrison@standardlife.com
elaine_stankiewicz@notes.ntrs.com
elaine-flynn@forum-financial.com
elainekoh@gic.com.sg
elainelewallen@goldcapkc.com
elainem@mcm.com
elalanne@marchpartners.com
elana.farr@threadneedle.co.uk
elana.russell@wcmadvisors.com
elarner@tweedy.com
elarroque@bancogui.com
elarson@aegon.nl
elas@wharton.upenn.edu
elasota@amtrust.com
elaveggi@bloomberg.net
elavender@sunamerica.com
elazcano@bloomberg.net
elba.vasquez@fmr.com
elba_maldonado@acml.com
eldadf@umtb.co.il
eldar_nigmatullin@ssga.com
eldinc@gruppocredit.it
eldredge@cadence.com
eleanor.defreitas@barclaysglobal.com
eleanor.innes@mutualofamerica.com
eleanor.mcfarlane@morganstanley.com
eleanor.ogden@morganstanley.com
eleanor.price@insightinvestment.com
eleanor.weille@drkw.com
eleanor.yuen@schroders.com
eleanor_marsh@ssga.com
eleanora_crosby@progressive.com
eleanore.dachicourt@barclays.co.uk
elecexec@glgpartners.com
elecoz@generali.fr
elee@dominickanddominick.com
elee@federatedinv.com

elee@standishmellon.com
elee@wellington.com
elee1@frk.com
elee2@federatedinv.com
elefevre@cicfg.com
elefferm@firstmanhattan.com
elehmann@citadelgroup.com
elena.a.matthews@bankerstrust.com
elena.alvarez@db.com
elena.bellini@ubm.it
elena.dalsoglio@gs.com
elena.daverio@arcafondi.it
elena.dion@dkib.com
elena.doom@honeywell.com
elena.fava@bper.it
elena.ganeva@ge.com
elena.georgiades@blackrock.com
elena.giannini@bancaintesa.it
elena.ginsburg@union-investment.de
elena.gounakis@credit-suisse.com
elena.guglielmin@credit-suisse.com
elena.h.zupfer@pjc.com
elena.harder@axa-im.com
elena.harder@sgam.com
elena.hurtado@interdin.com
elena.josehpson@fhlb-pgh.com
elena.korneeva@wachovia.com
elena.kostova@db.com
elena.krinina@juliusbaer.com
elena.ldehesa@grupobbva.com
elena.leonardi@bgsgr.it
elena.lizzoli@capitalia-am.com
elena.loven@swedbankrobur.se
elena.martin@invercaixa.es
elena.moretti1@intesasanpaolo.com
elena.oblinger@cominvest.de
elena.pacan-zemtsova@ing.lu
elena.perez@bmo.com
elena.stremlin@morganstanley.com
elena.tonti@unicredit.it
elena@fcminvest.com
elena@ikosam.com
elena@pauligroup.com
elena_nikolaeva@troweprice.com

elena_singleton@vanguard.com
eleni.demetriou@jpmorganfleming.com
eleni.poullides@canadalife.co.uk
eleonore.bunel@axa-im.com
eleonore.charrez@claridenleu.com
eleseman@aegon.nl
elevin@dcf.pemex.com
elevy@omega-advisors.com
elewi@banque-france.fr
elgin.tingst@uobgroup.com
elgizh@finansbank.com.tr
elhernandez@bppr.com
elherndon@gkst.com
eli.bass@tdsecurities.com
eli.casdin@alliancebernstein.com
eli.giombi@thehartford.com
eli.koen@fortisinvestments.com
eli.lapp@morganstanley.com
eli.niepoky@delta.com
eli.remolona@bis.org
eli.yones@bnhp.co.il
eli@payden-rygel.com
elia.soutou@insightinvestment.com
elia@israelchemicals.co.il
eliana.cuomo@gestielle.it
eliana.panza@fmr.com
eliane.devillaines@bnpparibas.com
eliane.rouyer@accor.com
elias.a.salami@aibbny.ie
elias.belessakos@inginvestment.com
elias.chrysostomou@ubs.com
elice.pero@nib.int
elie.azar@bmo.com
elie.cukierman@gs.com
elie.elkhoueiri@sinopia.fr
elie.el-khoueri@sinopia.fr
elie.flatters@cail.lu
elie.illouz@axa-im.com
elie.khoueiri@sinopia.com.hk
elif.aktug@gs.com
elif.topcu@fortis.com.tr
elijah.brice@credit-suisse.com
elilli@iccrea.bcc.it
elim@danskebank.dk

elin.berg@nbim.no
elina.ribakova@citi.com
elinasunan@bloomberg.net
elinekin@wrberkley.com
elinor.haynes@glgpartners.com
elinos@bankinter.es
elio.fattorini@nl.abnamro.com
eliot_honaker@invesco.com
elipon@safeco.com
elipsky@soam.com
elis.olsson@seb.se
elisa.ariaspalomero@telefonica.es
elisa.bertolini@eurosgr.it
elisa.costa@gs.com
elisa.olivier@fincantieri.it
elisa.peduzzi@novartis.com
elisa.perna@pioneerinvest.it
elisa.rindini@fhlbboston.com
elisa.sanguanini@mpsgr.it
elisabet.nathhorst@swedbankrobur.se
elisabeth.andreew@danskebank.dk
elisabeth.antensteiner@oenb.co.uk
elisabeth.bossard@claridenleu.com
elisabeth.colleran@sunlife.com
elisabeth.creighton@usbank.com
elisabeth.ernstberger@hvb.de
elisabeth.favrat@rabobank.com
elisabeth.garcia@claridenleu.com
elisabeth.houston@morgankeegan.com
elisabeth.hudgens@pnc.com
elisabeth.jonlet@bbl.be
elisabeth.kaufmann@bawag.com
elisabeth.kruth@ap1.se
elisabeth.manhartsgruber@rvs.at
elisabeth.pauly@banque-france.fr
elisabeth.scott@schroders.com
elisabeth.sellier@saint-gobain.com
elisabeth.stheeman@morganstanley.com
elisabeth.stoeckle@skag.siemens.de
elisabeth.thiolas@axa-franceassurance.fr
elisabeth.volk@bundesbank.de
elisabeth.warland@labanquepostale-am.fr
elisabeth.wenusch@mandg.co.uk
elisabeth.worsching@dit.de

elisabeth_schwan@ustrust.com
elisabetta.carboni@italease.it
elisabetta.franz@am.generali.com
elisabetta.grassi@bancalombarda.it
elisabetta.maggi@am.generali.com
elisabetta.parlanti@caript.it
elisabetta.pellichero@bancaintesa.it
elisabetta.priano@bancaakros.it
elisabetta.rubino@bgsgr.it
elisabetta.spaltni@pioneerinvest.it
elisabetta.toja@mpsgr.it
elisabetta.valentino@bancaintesa.it
elisan@bloomberg.net
elise.baum@blackrock.com
elise.bisio@columbiamanagement.com
elise.coole@commerzbank.com
elise.desmet@depfa.ie
elissa.steinberg@prudential.com
elissar.boujaoude@tcw.com
elitza.lear@prudential.com
eliu@frk.com
eliu@perrycap.com
eliy@umtb.co.il
eliza.lee@cgii.com
elizabeth.a.wai@dartmouth.edu
elizabeth.aheron@jpfinancial.com
elizabeth.allan@db.com
elizabeth.alvarez@alliancebernstein.com
elizabeth.anderson@hvbeurope.com
elizabeth.armstrong@alliancebernstein.com
elizabeth.aycock@pnc.com
elizabeth.b.walton@db.com
elizabeth.bakarich@alliancebernstein.com
elizabeth.baker@axa.co.jp
elizabeth.bernstein@nacm.com
elizabeth.bodisch@morganstanley.com
elizabeth.boilson@dzbank.ie
elizabeth.burnett@pncbank.com
elizabeth.carey@ge.com
elizabeth.cates@fhlb-pgh.com
elizabeth.challenor@credit-suisse.com
elizabeth.cl.wilson@jpmorgan.com
elizabeth.cohen@bcbsma.com
elizabeth.cohen@morganstanley.com

elizabeth.crowley@morganstanley.com
elizabeth.dabbelt@citadelgroup.com
elizabeth.desmond@mondrian.com
elizabeth.dirlam@ubs.com
elizabeth.eaton@credit-suisse.com
elizabeth.ellis@thehartford.com
elizabeth.fisher@fmr.com
elizabeth.garside@columbiamanagement.com
elizabeth.graeber@morganstanley.com
elizabeth.halpin@prudential.com
elizabeth.harvey@bnpparibas.com
elizabeth.haselgrove@morganstanley.com
elizabeth.hattersley@ing.com.au
elizabeth.henne@citadelgroup.com
elizabeth.holly@hcmny.com
elizabeth.hynes@moorecap.com
elizabeth.imrie@uk.abnamro.com
elizabeth.johnson@citadelgroup.com
elizabeth.k.verell@bankofamerica.com
elizabeth.kason@citadelgroup.com
elizabeth.leighton@putnam.com
elizabeth.lewis@commercebank.com
elizabeth.menhenett@fgic.com
elizabeth.moore@lazard.com
elizabeth.morgan@pimco.com
elizabeth.nelligan@pncadvisors.com
elizabeth.newby@morganstanley.com
elizabeth.ott@ubs.com
elizabeth.phillips@schwab.com
elizabeth.potter@rcil.co.uk
elizabeth.raimondi@fmr.com
elizabeth.ramm@cgii.com
elizabeth.rasskazova@gs.com
elizabeth.reilly@mackayshields.com
elizabeth.richardson@wachovia.com
elizabeth.rosero@sc.siemens.com
elizabeth.scott@ubs.com
elizabeth.spomer@bg-northamerica.com
elizabeth.thomas@ppmamerica.com
elizabeth.traster@wachoviasec.com
elizabeth.vale@morganstanley.com
elizabeth.w.vahlkamp@firstar.com
elizabeth.webb@uk.fid-intl.com
elizabeth.weber@inginvestment.com

elizabeth.wilson@wamu.net
elizabeth.xu@mackayshields.com
elizabeth.yum@citigroup.com
elizabeth.zieglmeier@db.com
elizabeth@eslinvest.com
elizabeth_berry@vanguard.com
elizabeth_cady@ustrust.com
elizabeth_carlson@bat.com
elizabeth_clark@invesco.com
elizabeth_collins@ustrust.com
elizabeth_fusco@ml.com
elizabeth_mingle@ssga.com
elizabeth_noble@vanguard.com
elizabeth_obershaw@hp.com
elizabeth_phillips@ml.com
elizabeth_roche@bankone.com
elizabeth_shea@ssga.com
elizabeth_tallmadge@hvbcreditadvisors.com
elizabeth_wesson@swissre.com
elizabeth_wl_choi@hkma.gov.hk
elizabeth_worster@ssga.com
elizabeth_zimler@acml.com
elizabethchau@gic.com.sg
elizabethleong@gic.com.sg
elizabethr@fhlbsea.com
elizah.mclaughlin@fmr.com
elja04@handelsbanken.se
elkan.scheidt@morgankeegan.com
elke.beigel@alliancebernstein.com
elke.blass@helaba.de
elke.felber@winterthur.ch
elke.fick@commerzbank.com
elke.frevert@apobank.de
elke.glismann@hsh-nordbank.com
elke.gruenewald@db.com
elke.hadenfeldt@westam.com
elke.hahn@ecb.europa.eu
elke.hamann@hsh-nordbank.com
elke.heinig@bremerlandesbank.de
elke.heinle@bhf.ing.com
elke.luger@activest.de
elke.pfeiffer@allianz.de
elke.schoeppl@union-investment.de
elke.schummer@saarlb.de

elke.seibel@frankfurt-trust.de
elke.steinel@oppenheim.de
elke.tillmann@dit.de
elke_hunter@hvbamericas.com
elkordym@invest.treas.state.mi.us
ell@nbim.no
ella.brown@csam.com
ella.matt@ubs-oconnor.com
ella_hoxha@ldn.invesco.com
ellaluo@bloomberg.net
ellen.aberson@akzonobel.com
ellen.bakke@ubs.com
ellen.callahan@fmr.com
ellen.choi@capitalglobal.com
ellen.correia@ny.frb.org
ellen.dennis@nisanet.com
ellen.eijking@fimgroup.com
ellen.eijking@fortisinvestments.com
ellen.gaske@prudential.com
ellen.gold@morganstanley.com
ellen.guba@bundesbank.de
ellen.koebler@suntrust.com
ellen.morton@bbh.com
ellen.nicholas@nationwide.co.uk
ellen.odonnell@himco.com
ellen.sahadi@msdw.com
ellen.shimada@pimco.com
ellen.suchar@usbank.com
ellen.t.hanby@state.or.us
ellen.taylor@wachovia.com
ellen.tesler@db.com
ellen.vandergulik@moorecap.co.uk
ellen@clinton.com
ellen_blakborn@deltalloyd.nl
ellen_d_harvey@vanguard.com
ellen_d_miller@vanguard.com
ellen_whittaker@glic.com
ellie.cudmore@uk.fid-intl.com
ellie.lynch@db.com
ellie_brennan@db.com
ellim@gruppocredit.it
elliot.delgado@db.com
elliot.lapan@tmgchicago.com
elliot.mayerhoff@juliusbaer.com

elliot.perny@truscocapital.com
elliot_katz@swissre.com
elliot_leibowitz@freddiemac.com
elliot_wittlin@swissre.com
elliott.flynn@gartmore.com
elliott.solomon@daiwausa.com
elliott_grumer@gmacm.com
elliottb@swcorp.org
ellism1@anz.com
ellisoc@bcj.gbancaja.com
ellmacc@aol.com
elmar.arbert@commerzbank.com
elmar.boelinger@kfw.de
elmar.dumke@cominvest-am.com
elmar.foell@lbbw.de
elmar.juenger@rbscoutts.com
elmar.sieber@bkb.ch
elmar.steurer@bmw.de
elmar.svavarsson@isb.is
elmar.weber@generali.at
elmar.zurek@dws.de
elmars.priksans@hansabanka.lv
elmartinez@bankofny.com
elmeyi@wellington.com
elobato@banxico.org.mx
elodie.avarguez@calyon.com
elodie.solaret@bnpparibas.com
elodieat@kio.uk.com
eloi@cavanalhill.com
eloichot@groupama-am.fr
eloise.eloy@jpmorganfleming.com
eloise.matta@edf.fr
eloise.southward@bg-group.com
elondon@rwjf.org
elonguet@cicny.com
elopez@huffcompanies.com
elopez@wellsfargo.com
elopezbalboa@nb.com
elorber@oppenheimerfunds.com
elorenzen@fhlbdm.com
elovelace@qgcapital.com
eloventorn@russell.com
elovett@oppenheimerfunds.com
eloy.prieto@barclaysglobal.com

eloy@mail.tbb.com.tw
elr@columbus.com
elramel@bancomello.pt
els.briers@fortisbank.com
els.nieuwenhuizen@fandc.com
els.van.muylder@fandc.com
elsa.chang@email.chinatrust.com.tw
elsa.doyle@morganstanley.com
elsachen@hsaml.com
elsasser@citadelgroup.com
elsie.fletcher@bankamerica.com
elster.flore@capitalia-am.com
elt@capgroup.com
elton.guan@schwab.com
elton.vevecka@hshn-securities.com
elucera@eatonvance.com
elugo@browncapital.com
elugo@frk.com
eluis@generali.fr
elunas@repsol-ypf.com
elupo@oppenheimerfunds.com
elva.l.fan@dartmouth.edu
elveus@tiaa-cref.org
elvin_santiago@acml.com
elvira.espejo@gs.com
elvisr.konyaole@ge.com
elwood@bloomberg.net
elwood_langley@smbcgroup.com
elwyn@sgc.com
elya_schwartzman@ssga.com
elyse_k_houser@keybank.com
elzie.h.whitlow_jr@bankamerica.com
em@caxton.com
em@formuepleje.dk
ema@westernasset.com
emac@blaylocklp.com
emacdonald@bailliegifford.co.uk
emacdonald@bloomberg.net
emacek@metlife.com
emackenzie@britannicasset.com
emaclean@lordabbett.com
emad.alsaudi@arabbanking.com
emad.mahmoud@prudential.com
emaddix@williamblair.com

emagda@ftci.com
emagilligan@ing-ghent.com
email@aig.com
e-mail@e.mail
email@email.com
email@fake.com
email@gic.com.sg
email@keb.co.kr
email@provalue.ch
emaisel@vcallc.com
emalone@chargeurs.fr
emaloney@jhancock.com
emanuel.agustoni@mbczh.ch
emanuel.biffiger@lodh.com
emanuel.schoernig@hvbeurope.com
emanuel.werner@bcb.gov.br
emanuela.bellini@enifin.eni.it
emanuela.carpita@bancaakros.it
emanuela.caruzzofeijoo@ca-suisse.com
emanuela.china@intesasanpaoloprivate.it
emanuela.elli@am.generali.com
emanuela.galbiati@bpm.it
emanuela.mossa@lbbw.de
emanuela.sessare@carige.it
emanuela.verri@pioneerinvest.it
emanuele.bertotto@bnlmail.com
emanuele.ceruti@bancaintesa.it
emanuele.delmonte@mpsgr.it
emanuele.rodilossi@commerzbank.ch
emanuele_marciante@generali.com
emanuelle.corbin@lazard.fr
emarder@babsoncapital.com
emaronak@victoryconnect.com
emartel@hbk.com
emartens@tiaa-cref.org
emarti@tiaa-cref.org
emartin@invercaixa.es
emartinez@ahorro.com
emartinez@bloomberg.net
emarty@ccr.fr
emassie@aegon.nl
emast@babsoncapital.com
ematheson@kio.uk.com
emathieu@groupama-am.fr

emattia@mediosim.it
emazen@opcap.com
embi@worldbank.org
emcandrew@lordabbett.com
emcelvaney@bloomberg.net
emcgreen@fhlbdm.com
emcguire@britannicasset.com
emckenna@martincurrie.com
emckinnon@statestreet.com
emcmillan@bloomberg.net
emcnamara@eatonvance.com
emcnany@fmt.com
emcommodities@ssga.com
emd.research@fandc.com
emdebt@aberdeen-asset.com
emeah@bpop.com
emeijide@ahorro.com
emeikleh@princeton.edu
emeir@leumi.ch
emelloul@tiaa-cref.org
emelyne.uchiyama@db.com
emendez@frk.com
emendez@pictet.com
emendum@beutelgoodman.com
emer.m.murphy@aib.ie
emerald.hunt@lazard.com
emerging@pictet.com
emerick.duchene@socgen.com
emerson.a.leacock@chase.com
emestre@ahorrocorporacion.com
emeyers@loomissayles.com
emfitmp1@tcwgroup.com
emi.clarke@uk.mufg.jp
emi.sato@sscims.com
emi_winterer@fleet.com
emiddleton@britannicasset.com
emiel.van.den.heiligenberg@fortisinvestments.com
emikhailov@kkb.kz
emiko.ishikawa@schroders.com
emiko.sakai@db.com
emiko1_nakamura@tr.mufg.jp
emikoa_fukuda@mitsui-seimei.co.jp
emil.babayev@jpmorgan.com
emil.busse@usbank.com

emil.gjester@columbiamanagement.com
emil.skulski@jpmorgan.com
emil_cornejo@hvbamericas.com
emil_molinaro@travelers.com
emile.gosset@axa-im.com
emile.van.der.burg@nibc.com
emile.wentzel@nibcapital.com
emilee.yew@ing.com.my
emilia.colombo@bpmsgr.com
emilia.marisco@pncbank.com
emiliano.fiedler@juliusbaer.com
emilie.barbero@hsbcpb.com
emilie.chauvet@sgam.com
emilie.guillon@socgen.com
emilie.sumera@aig.com
emilie.vankarnebeek@klm.nl
emilio.alvarez@morganstanley.com
emilio.carli@mpsgr.it
emilio.casati@bsibank.com
emilio.orechia@pioneerinvest.it
emilio.torres@bgf.gobierno.pr
emilio.vera@telefonica.es
emilio.viudes@iberdrola.es
emiller@1838.com
emiller@canyonpartners.com
emiller@mrcm.com
emiller@templeton.com
emily.boyd@morganstanley.com
emily.chen@pimco.com
emily.chow@vanguard.com.au
emily.clarke@blackrock.com
emily.davidson@tcw.com
emily.dryden@pncbank.com
emily.eiselein@morganstanley.com
emily.feng@prufunds.com.tw
emily.finkelstein@lazard.com
emily.forde@noonday.com
emily.hoo@uk.pimco.com
emily.kakel@hcmny.com
emily.m.o'connell@aibbny.ie
emily.mccomb@fmr.com
emily.meek@ubs.com
emily.oconnell@citi.com
emily.olson@cunamutual.com

emily.parker@db.com
emily.sun@tw.standardchartered.com
emily.twu@chinatrust.com.tw
emily.young@bbc.co.uk
emily_abernethy@aimfunds.com
emily_cooper@putnam.com
emily_gindel@fleet.com
emily_heller@freddiemac.com
emily_kemp@putnam.com
emily_shei-sadiq@ustrust.com
emily_wiener@acml.com
emily_wong@vanguard.com
emilykramer@bloomberg.net
emilym@westpac.com.au
emilyyeo@gic.com.sg
emin@hbk.com
emingle@wellington.com
emir.baruh@finansbank.com.tr
emitchell@uk.tr.mufg.jp
emlen.harmon@bbh.com
emma.blaylock@us.sony.com
emma.blundell@axa-im.com
emma.cameron@morleyfm.com
emma.clark@morleyfm.com
emma.cook@credit-suisse.com
emma.giles@commerzbankib.com
emma.harding@db.com
emma.hudson@morleyfm.com
emma.jamieson@bt.com
emma.jones@lloydstsb.co.uk
emma.kober@cba.com.au
emma.loftus@jpmorgan.com
emma.nunn@harrisbank.com
emma.parnell@jpmorgan.com
emma.pearce@icap.com
emma.photis@threadneedle.co.uk
emma.pink@uk.fin-intl.com
emma.ridout@gartmore.com
emma.ritchie@barclaysglobal.com
emma.roche@morganstanley.com
emma.sinclair@morleyfm.com
emma.skipworth@jpmorgan.com
emma.tait@northernrock.co.uk
emma.wilson@rothschild.co.uk

emma.yan@columbiamanagement.com
emma@sek.se
emma_shelton@standardlife.com
emmagrist@angloirishbank.ie
emmalatto@hsbc.com
emmanouil.pytikakis@usbank.com
emmanuel.alisternoel@tt.rbtt.com
emmanuel.arabian@remy-cointreau.com
emmanuel.babeau@pernod-ricard.com
emmanuel.ballande@bayernlb.de
emmanuel.bardeur@creditfoncier.fr
emmanuel.bechet@bred.fr
emmanuel.bellegarde@bnpparibas.com
emmanuel.bocquet@gibuk.com
emmanuel.bourdeix@ca-assetmanagement.fr
emmanuel.bulle@axa-im.com
emmanuel.defigueiredo@sgam.com
emmanuel.delaveau@cnp.fr
emmanuel.desinety@cnce.caisse-epargne.fr
emmanuel.grimee@bgl.lu
emmanuel.hedde@gazdefrance.com
emmanuel.heurtierr@bnpgroup.com
emmanuel.krause@jpmorgan.com
emmanuel.lanos@bgpi.com
emmanuel.leblanc@winterthur.com
emmanuel.lion@dcmc.creditlyonnais.fr
emmanuel.mapaye@paccar.com
emmanuel.martin@caam.com
emmanuel.martin@socgen.com
emmanuel.meyer@cattolicaassicurazioni.it
emmanuel.morano@db.com
emmanuel.n.archampong@jpmorgan.com
emmanuel.painchault@sgam.com
emmanuel.perrin@cnp.fr
emmanuel.philis@axa-im.com
emmanuel.raffner@calyon.com
emmanuel.robinet@sgam.com
emmanuel.saglio@us.socgen.com
emmanuel.simonetto@caam.com
emmanuel.vanderelst@dexia-am.com
emmanuel.vergeynst@lu.abnamro.com
emmanuel.victor@eurizoncapital.lu
emmanuel@axa-im.com
emmanuel_de-martel@hp.com

emmanuel_raymond@blackrock.com
emmanuele.martino@corner.ch
emmanuelle.assouan@banque-france.fr
emmanuelle.bourboulon@caam.com
emmanuelle.bressier@ids.allianz.com
emmanuelle.chastenet@ca-assetmanagement.fr
emmanuelle.olleon@banque-france.fr
emmanuellongo@jhancock.com
emmaward@bloomberg.net
emme@ms1.chb.com.tw
emmeline.kuhn@morganstanley.com
emmerman@nb.com
emmet.a.jackson@jpmorgan.com
emmet@great.net
emmett.dockery@prudential.com
emo@capgroup.com
emoffett@sarofim.com
emojica@arielinvestments.com
emomsen@frk.com
emonahan@rockco.com
emonge@bankpime.es
emoody@westernasset.com
emooney@bankofny.com
emoretti1@bloomberg.net
emorris@ers.state.tx.us
emorrison@martincurrie.com
emosca71@bloomberg.net
empelmann@tk.thyssenkrupp.com
emre.erdogan@inginvestment.com
emre.gebizli@morganstanley.com
emre.tuncer@pioneerinvestments.com
emre_i_duygun@fanniemae.com
em-research@tudor.com
emrice@wellington.com
emtel@troweprice.com
emuehlhauser@deerfieldcapital.com
emura613@dl.dai-ichi-life.co.jp
emurphy@merchantsgroup.com
emw@americancentury.com
emw@bloomberg.net
emyee@ibtco.com
en.gallina@sgsbpvn.it
enakon@investcorp.com
enapel@aegon.nl

encarnacion.ramos@db.com
enda.c.sheridan@aibbny.ie
enda.mulry@dzbank.ie
endou26596@nissay.co.jp
endre.kovacs@credit-suisse.com
endre@dbs.com
endress@bloomberg.net
eneira@ti.com
enell@bbandt.com
enelson@ms.com
eneumayer@westernasset.com
eng.han.ng@dartmouth.edu
engch@income.com.sg
eng-hock.ong@db.com
enghockong@agf.com.sg
engiam@sandellmgmt.com
england@pimco.com
engleong@dbs.com
engli@fiduciarymgt.com
englibert.lequangchieu@bnpparibas.com
engmc@bernstein.com
engr@nybea.com
engw@nationwide.com
engwellv@brinson.com
enid.ellis@db.com
enis.poulton@gibuk.com
enk@capgroup.com
ennio.lamonica@carige.it
ennio.siracusa@enifin.eni.it
enomoto@nam.co.jp
enorton@thestreet.com
enran_shin@tokaitokyo.co.jp
enrico.arrigoni@sanpaoloimi.com
enrico.baroni@sella.it
enrico.bastianelli@ucb-group.com
enrico.bastianon@bkb.ch
enrico.berardo@juliusbaer.com
enrico.biglino@db.com
enrico.bovalini@pioneerinvest.it
enrico.carbonelli@bsibank.com
enrico.cardani@carige.it
enrico.carta_zina@sella.it
enrico.debattista@credit-suisse.com
enrico.denicola@zkb.ch

enrico.marchiori@bancaprofilo.it
enrico.michelotti@bancaprofilo.it
enrico.piccari@capitalia-am.com
enrico.scurati@fondiaria-sai.it
enrico.stacchietti@pioneerinvest.it
enrico.tomaello@passbanca.it
enrico.ugolini@steinonline.it
enrico.vagnoni@antonveneta.it
enrico.vignoli@banca.mps.it
enrico.zadra@popso.ch
enrico.zanollo@credit-suisse.com
enrico.zecchini@geva.fiatgroup.com
enrico_dallavecchia@fanniemae.com
enrico_kuchler@generali.com
enricoklippelarden@intesabci.it
enriley@loomissayles.com
enrique.diaz-alvarez@sgcib.com
enrique.ferrer@storebrand.com
enrique.gomez-tagle@ubs.com
enrique.marazuela@grupobbva.com
enrique.mestre@grupobbva.com
enrique.padilla@hp.com
enrique.santirso@grupobbva.com
enrique_chang@americancentury.com
ensors@firstcharter.com
envy.ayub@pioneerinvestments.com
enzo.aina@italease.it
enzo.bergamini@bpm.it
enzo.cassino@bankofengland.co.uk
enzo.chiesa@bancaakros.it
enzo.chiesa@bpm.it
enzo.maggiolini@bancalombarda.it
enzo.mombelli@bsibank.com
enzo.puntillo@juliusbaer.com
enzo.salvati@arcafondi.it
enzocareddu@intesabci.it
eo@pallmallpartners.com
eo6@ntrs.com
eobrien@troweprice.com
eobrien4@bloomberg.net
eoc@capgroup.com
eoconnell@bankofny.com
eodette@mfs.com
eodonoghue@asbcm.com

eogan@lincap.com
eogard@russell.com
eoghan.doyle@boimail.com
eoh@nbim.no
eohara@vcallc.com
eoin.j.edwards@aibbny.ie
eoin.m.maher@aib.ie
eoin.mast@us.hsbc.com
eoin.murray@omam.co.uk
eoin.p.o'connor@aibbny.ie
eoin.ward@rbccm.com
eoka@us.tr.mufg.jp
eoliver@trmshedge.com
eolsen@stephens.com
eolson@barrowhanley.com
eomalley@wellington.com
eomarov@kkb.kz
eonodugo@princeton.edu
eonukwugha@babsoncapital.com
eorlander@tudor.com
eosborne@chubb.com
epae@canyonpartners.com
epalmer1@metlife.com
epalomarma@bankinter.es
epardo@ahorro.com
eparissi@tiaa-cref.org
eparker@us.nomura.com
epartlan@babsoncapital.com
epaty@groupama-am.fr
epaul@evergreeninvestments.com
epbousa@wellington.com
epco.vanderlende@morganstanley.com
epearlman@standishmellon.com
epellicciaro@blackrock.com
eperis@fultonfinancialadvisors.com
eperks@frk.com
epeters@aegonusa.com
epeters@panagora.com
epetillo@dlj.com
ephamilton@wellington.com
ephifer@er.state.tx.us
ephipps@metlife.com
ephipps@tiaa-cref.org
ephrem.shiu@ubs.com

epierrot@bft.fr
epk@capgroup.com
eplaney@btmna.com
epmgdl@exeulon.lehman.com
epollish@us.mufg.jp
epope@ruanecunniff.com
epopova@lehman.com
epowell@hcmlp.com
epowens@wellington.com
epp@capgroup.com
eppy211@aol.com
epr@bloomberg.net
epremiani@bloomberg.net
eprice@ftci.com
eprieto@uef.es
eprofancik@bartlett1898.com
eps@capgroup.com
epsalazar@wellington.com
epsteam@lehman.com
eqdresearch@gic.com.sg
eqresrch@microsoft.com
eqtpmg@lehman.com
eqtraders@rentec.com
equinn@seic.com
equitiesmeetings@swib.state.wi.us
equity.research@bbl.br
equity.research@jamisonfirst.com
equity@telerate.it
equity-research@nuernberger.de
equitytrading@mcm.com
er@lotsoff.com
er5@ntrs.com
era@bancoinversion.es
era@ubp.ch
eraggioq@invercaixa.es
eragnini@bloomberg.net
eraj.asadi@nyc.rabobank.com
eramirez@westernasset.com
eramos@browncapital.com
eran.sharabi@mailpoalim.co.il
eranf@bankisrael.gov.il
erapone@iccrea.bcc.it
erapp@deerfieldcapital.com
erappa1@bloomberg.net

eray@barbnet.com
eraymond@bbandt.com
erbend@bloomberg.net
erbi.giuseppe@bancagenerali.it
ercolepolloni@unibanca.it
erd@dcalp.com
erdal.aral@isbank.com.tr
erdem.kiciman@citadelgroup.com
ereagan@nb.com
erecord@westernasset.com
ereese@loomissayles.com
ereidy@bloomberg.net
ereither@fdic.gov
erempicci@bloomberg.net
ereny@garanti.com.tr
ereyno@ftci.com
ereznik@wellington.com
erf@nbim.no
erhan.oktay@dfafunds.com
erhard.ammann@winterthur.ch
erhu02@handelsbanken.se
eri.ito@barclaysglobal.com
eri.suzuoka@westernasset.com
erianna.khusainova@lazard.com
eric.a.crawford@dartmouth.edu
eric.a.smith@fmr.com
eric.adriaens@ingim.com
eric.alani@aig.com
eric.alarcon@blackrock.com
eric.alfuth@aig.com
eric.anderson@mx.ing.com
eric.anglin@pnc.com
eric.ardito@piercap.com
eric.arentsen@tcw.com
eric.b.backer@wellsfargo.com
eric.b.moreira@pjc.com
eric.bailey@ppmamerica.com
eric.bak@barclaysglobal.com
eric.banks@kochglobalcapital.com
eric.bar@sgam.com
eric.barthalon@dit.de
eric.bartlete@sscims.com
eric.bartlett@au.pimco.com
eric.baurmeister@morganstanley.com

eric.bergren@nationalcity.com
eric.bergstrom@bmo.com
eric.bernard@cardif.fr
eric.bernhardt@juliusbaer.com
eric.bernum@janus.com
eric.bigot@totalfinaelf.com
eric.blake@icgplc.com
eric.blanchard@rbccm.com
eric.borden@bankofamerica.com
eric.borremans@bnpparibas.com
eric.bouthillier@bnpparibas.com
eric.boyer@ing.be
eric.bramoulle@sgam.com
eric.brard@sgam.com
eric.briggle@aa.com
eric.burgess@bankofamerica.com
eric.bush@westernasset.com
eric.califano@bwater.com
eric.cantagrel@ing.fr
eric.cardona@bnpparibas.com
eric.carlson@morganstanley.com
eric.carlson@ubs.com
eric.chadeyras@thalesgroup.com
eric.charron@lmginv.com
eric.chevallier@ubs.com
eric.chevre@calyon.com
eric.chin@citicorp.com
eric.choi@ftnmidwest.com
eric.chow@hk.fortis.com
eric.clothier@barclaysglobal.com
eric.coinde@bnpparibas.com
eric.colman@lazard.com
eric.conrads@ingim.com
eric.conrads@inginvestment.com
eric.cunningham@citadelgroup.com
eric.d.delomier@jpmorganfleming.com
eric.dannheim@glgpartners.com
eric.de.rouw@ingim.com
eric.de.sangues@jpmorgan.com
eric.debeaud@degroof.be
eric.decooman@dexia.be
eric.de-sangues@db.com
eric.doisteau@bnpparibas.com
eric.domergue@dexia-am.com

eric.duhamel@banquedorsay.fr
eric.dutaud@prudential.com
eric.ebermeyer@meespierson.com
eric.elg@calvert.com
eric.elg@sunlife.com
eric.emmert@robecoinvest.com
eric.engler@deshaw.com
eric.espeseth@fafadvisors.com
eric.f.dickerson@fhlb-pgh.com
eric.fales@bankofamerica.com
eric.farls@pnc.com
eric.fauerbach@inginvestment.com
eric.fellows@schwab.com
eric.fenk@pncadvisors.com
eric.fifer@barclaysglobal.com
eric.fisher@valero.com
eric.flowers@nationalcity.com
eric.foelmli@ubs.com
eric.francon@lodh.com
eric.fry@morganstanley.com
eric.fuller@tcw.com
eric.g.clause@bankofamerica.com
eric.gaillard@alcatel.fr
eric.gerner@calyon.com
eric.gerritse@meespierson.com
eric.gibouleau@agf.com
eric.giza@prudential.com
eric.glass@alliancebernstein.com
eric.glicksman@ubs.com
eric.goerke@lbbw.de
eric.gold@blackrock.com
eric.golden@fmr.com
eric.goldstein@alliancebernstein.com
eric.graham@fmr.com
eric.granat@sunlife.com
eric.greenshields@ge.com
eric.gritzmacher@pacificlife.com
eric.gueller@credit-suisse.com
eric.halverson@schwab.com
eric.hamilton@columbiamanagement.com
eric.havard-duclos@axa-im.com
eric.hebel@interepargne.fr
eric.heleine@etoile-gestion.com
eric.hermitte@caam.com

eric.hewitt@alliancebernstein.com
eric.hiller@bankofamerica.com
eric.hiller@rbsgc.com
eric.hinz@db.com
eric.hofmann@gz-bank.de
eric.hollanders@ing.be
eric.holt@frostbank.com
eric.holt@rlam.co.uk
eric.hottelart@calyon.com
eric.hu@harrisbank.com
eric.huyberechts@dexia-bil.com
eric.iim.anderson@ingim.com
eric.ilardi@gm.com
eric.jacks@wamu.net
eric.jaeger@barcap.com
eric.jesionowski@morganstanley.com
eric.johnson@4086.com
eric.johnson@inginvestment.com
eric.jolliet@bcv.ch
eric.jones@invista.com
eric.joyau@lodh.com
eric.k.blake@aib.ie
eric.kang@citadelgroup.com
eric.kanter@morganstanley.com
eric.kaplan@ubs.com
eric.kirby@morganstanley.com
eric.kirsch@db.com
eric.kisslinger@barclaysglobal.com
eric.klein@robecoinvest.com
eric.koestner@edwardjones.com
eric.kok@achmea.nl
eric.kong@schroders.com
eric.konzerowsky@juliusbaer.com
eric.kuder@socgen.com
eric.kw.wu@chinatrust.com.tw
eric.kwan@morleyfm.com
eric.labbe@cpr-am.fr
eric.lam@tdsecurities.com
eric.lambrecht@citadelgroup.com
eric.laplagne@barep.com
eric.larsson@morganstanley.com
eric.laurie@exane.com
eric.leng@ubs.com
eric.lepage@bnpparibas.com

eric.levy@bnpparibas.com
eric.liegeois@fortis.lu
eric.lindstrom@bmo.com
eric.lobben@db.com
eric.lobet@degroof.lu
eric.lohuis@meespierson.com
eric.lonergan@mandg.co.uk
eric.longphee@raymondjames.com
eric.lowman@csam.com
eric.m.lindsey@conocophillips.com
eric.m.slomer@fhlb-pgh.com
eric.m.weinstein@db.com
eric.mahland@soros.com
eric.maidenberg@ubs.com
eric.malard@cepacr.caisse-epargne.fr
eric.mark@jcam.com
eric.mark@ubs.com
eric.marnandus@jpmorgan.com
eric.marx@soros.com
eric.mathyer@lodh.com
eric.meier@tmjchicago.com
eric.meizlish@citadelgroup.com
eric.meunier@cnp.fr
eric.michel@commerzbank.com
eric.mijot@sgam.com
eric.mimeault@blackrock.com
eric.mintz@eagleasset.com
eric.mitiska@huntington.com
eric.mitofsky@blackrock.com
eric.mogelof@pimco.com
eric.mohr@wamu.com
eric.mollenhauer@fmr.com
eric.moore@insightinvestment.com
eric.morales@prudential.com
eric.n.remole@jpmorgan.com
eric.neis@barclaysglobal.com
eric.nelson@opcap.com
eric.nilles@abnamrousa.com
eric.nishiyama@bwater.com
eric.ochsner@lodh.com
eric.odermatt@lloydsbank.ch
eric.olander@tudor.com
eric.osswald@caam.com
eric.painter@wachovia.com

eric.paul@farmcreditbank.com
eric.pelio@robecoinvest.com
eric.perlyn@morganstanley.com
eric.petersen@americo.com
eric.pettway@mackayshields.com
eric.peyton@wachovia.com
eric.pfeiffer@helaba.de
eric.pfennig@europe.hypovereinsbank.com
eric.pinn@pioneerinvest.com
eric.plantier@bnpparibas.com
eric.ralaimiadana@cades.fr
eric.rangel@impaccompanies.com
eric.reed@aiminvestments.com
eric.renard@bnpparibas.com
eric.rhodes@pncadvisors.com
eric.ribner@nb.com
eric.rizza@bankofamerica.com
eric.rosenberg@alliancebernstein.com
eric.ross@tudor.com
eric.rovick@uk.fid-intl.com
eric.sadoun@fr.rothschild.com
eric.sandstrom@nordea.com
eric.sartorius@opcap.com
eric.scherbarth@thrivent.com
eric.senft@citigroup.com
eric.serra@montepaschi.ch
eric.shea@prudential.com
eric.sontag@blackrock.com
eric.sorensen@prudential.com
eric.staudt@ubs.com
eric.stazzu@caam.com
eric.steffen@barclaysglobal.com
eric.stein@ny.frb.org
eric.stern@blackrock.com
eric.stjernstrom@swedbank.com
eric.stratmoen@westernasset.com
eric.suter@csam.com
eric.swanson@thrivent.com
eric.swearingen@americo.com
eric.szostek@bbh.com
eric.talleux@sgam.com
eric.taze-bernard@caam.com
eric.teal@firstcitizens.com
eric.thaller@schwab.com

eric.thorderson@janus.com
eric.tomas@groupama-am.fr
eric.tournier@sgam.com
eric.traugott@alliancebernstein.com
eric.trepanier@blackrock.com
eric.turjeman@sgam.com
eric.vambert@gazdefrance.com
eric.vandamme@credit-agricole-sa.fr
eric.vauthey@bcv.ch
eric.vergnaud@bnpparibas.com
eric.vidal@bbl.fr
eric.voelckel@sgam.com
eric.w.mchose@db.com
eric.walker@first-franklin.com
eric.watson@citadelgroup.com
eric.weigel@pioneerinvest.com
eric.weiss@gs.com
eric.wiegand@credit-suisse.com
eric.wiegand@csam.com
eric.williamson@bankofamerica.com
eric.wilwant@eagleasset.com
eric.wilwont@eagleasset.com
eric.wise@rbccm.com
eric.wong@barclaysglobal.com
eric.wynkoop@commercebank.com
eric@clinton.com
eric@incomeresearch.com
eric@presidiomanagement.com
eric@sandlercap.com
eric_arinsburg@vanguard.com
eric_bassesen@calpers.ca.gov
eric_blake@ustrust.com
eric_busay@calpers.ca.gov
eric_chao@cathaylife.com.tw
eric_chatron@ssga.com
eric_chen@rsausa.com
eric_chu@troweprice.com
eric_devilbiss@troweprice.com
eric_duskin@ustrust.com
eric_elvekrog@dpimc.com
eric_engebretson@scudder.com
eric_fellen@ml.com
eric_fritzche@conseco.com
eric_graber-lopez@putnam.com

eric_graddy@freddiemac.com
eric_grasinger@ustrust.com
eric_handsman@vanguard.com
eric_harthun@putnam.com
eric_hayes@ustrust.com
eric_hyde@swissre.com
eric_j_planey@mufg.jp
eric_lane@aimfunds.com
eric_langille@cbcm.com
eric_leong@amcm.gov.mo
eric_lo@ml.com
eric_lovetorn@notes.ntrs.com
eric_lutton@conseco.com
eric_meltzer@putnam.com
eric_misenheimer@notes.ntrs.com
eric_p_rasmussen@key.com
eric_pelletier@hvbamericas.com
eric_r_sahadi@fanniemae.com
eric_salzman@freddiemac.com
eric_stewart@putnam.com
eric_tempesta@ssga.com
eric_thorlacius@swissre.com
eric_trouslard@bnpparibas.com
eric_vannoy@vanguard.com
eric_veiel@troweprice.com
eric_veneskey@keybank.com
eric_vetsch@dpimc.com
erica.bergsland@minnesotamutual.com
erica.beswick@usa.dupont.com
erica.e.cailla@fmr.com
erica.ive@fandc.com
erica.jacobson@ge.com
erica.k.bart@jpmorgan.com
erica.king@ca-aipg.com
erica.l.turner@columbiamanagement.com
erica.mole@moorecap.com
erica.olsen@morganstanley.com
erica.piotrowski@prudential.com
erica.r.hoffmaster@dartmouth.edu
erica.rosen@ny.frb.org
erica.stokke@ppmamerica.com
erica.tomlin@lloydstsb.co.uk
ericasetho@gic.com.sg
ericchw@bloomberg.net

ericfang@gic.com.sg
erich.draxler@unicreditgroup.at
erich.gmuer@snb.ch
erich.hackl@pioneerinvestments.at
erich.marquart@web.de
erich.mayer@de.pimco.com
erich.meier@zkb.ch
erich.mueller@lukb.ch
erich.obetzhofer@oenb.co.at
erich.pohn@erstebank.at
erich.waba@omv.com
erich_ebner@hvbamericas.com
erichards@alger.com
ericharper@tagfolio.com
erichaussman@aol.com
ericho@scsb.com.tw
erichter@alaskapermfund.com
erichter@loomissayles.com
erichter@oppenheimerfunds.com
erichuen@whkbk.com
erichwolff@northwesternmutual.com
erick.sooy@db.com
erick_g_miller@vanguard.com
erick_miller@ml.com
erickr@fhlbsea.com
ericobu@hncb.com.tw
ericr@azasrs.gov
ericshih0621@cathaylife.com.tw
ericsmith@evergreeninvestments.com
erictsai@cathaylife.com.tw
ericvergniere@hsbc.com
ericz@waterfield.com
ericzenner@northwesternmutual.com
erieger@meag.com
erifo@statoil.com
erigolro@notes.banesto.es
eriin.clark@citadelgroup.com
erik.aarts@pimcoadvisors.com
erik.akesson@ap1.se
erik.almsparre@folksam.se
erik.ansinger@fortisinvestments.com
erik.aukner@klp.no
erik.bartel@sparkasse-koelnbonn.de
erik.berg@americas.ing.com

erik.bergoo@uk.fid-intl.com
erik.blomberg@nordea.com
erik.bogros@uk.calyon.com
erik.bomans@deminor.com
erik.brakke@dnb.no
erik.brans@nagelmackers.be
erik.brovig@csam.com
erik.callert@alecta.com
erik.davey@gm.com
erik.digiacomo@wamu.net
erik.e.zipf@usa.dupont.com
erik.ferning@storebrand.com
erik.gerestrand@robur.se
erik.haden@sek.se
erik.hallarth@nordea.com
erik.haubold@unicreditgroup.de
erik.haugland@kbank.no
erik.haven@pimco.com
erik.haven@sscims.com
erik.hilde@nbim.no
erik.hulvej@nordea.com
erik.j.black@jpmorgan.com
erik.jacobs@rbccm.com
erik.jensen@ny.invesco.com
erik.johnsen@se.atlascopco.com
erik.karas@tcw.com
erik.keller@pimco.com
erik.kroon@fortisinvestments.com
erik.kuijlaars@morganstanley.com
erik.lam@alliancebernstein.com
erik.lemaire@creditfoncier.fr
erik.maes@axa.be
erik.mahland@soros.com
erik.mckee@lazard.com
erik.moss@blackrock.com
erik.muller@credit-suisse.com
erik.niehus@bhf-bank.com
erik.olesen@agf.com
erik.prakken@achmea.nl
erik.ranberg@gjensidige.no
erik.rhodes@pnc.com
erik.rubingh@fandc.com
erik.schiller@prudential.com
erik.siegel@ubsw.com

erik.simpson@deshaw.com
erik.sjostrom@dnb.se
erik.smith@exchange.quick-reilly.com
erik.sprinchorn@alecta.com
erik.stattin@intesavita.it
erik.steffen@vontobel.ch
erik.stjernstrom@swedbank.se
erik.sylvertsen@dnb.no
erik.thedeen@brummer.se
erik.theyssens@ing.ch
erik.thuestad@orkla.no
erik.u.rolle@transamerica.com
erik.vadeika@pncbank.com
erik.vanbergen@citigroup.com
erik.vandamme@dexia.be
erik.vanhiele@lodh.com
erik.velicer@pimco.com
erik.wallenius@dghyp.de
erik.white@kbcfp.com
erik.willemsen@ingim.com
erik.wredenhagen@dzbank.de
erik_grenade@den.invesco.com
erik_johnson@putnam.com
erik_michaels@nylim.com
erik_tyler@putnam.com
erika.a.lawrence@db.com
erika.belloni@pioneerinvest.it
erika.bogar@spinnakercapital.com
erika.furno@bper.it
erika.lowe@pimco.com
erika.lundquist@setre.mail.abb.com
erika.mobley@transamerica.com
erika.moimas@am.generali.com
erika.nanke@morganstanley.com
erika.rajman@credit-suisse.com
erika.rosado@ubs.com
erika.sakanoshita@schroders.com
erika.spinelli@morganstanley.com
erika.tikka@keva.fi
erika.vlug@lloydstsb.co.uk
erika_helms@rsausa.com
erika_hibino@acml.com
erikaestevan.castro-king@jpmchase.com
eriko.kawai@bis.org

eriko.okamota@jp.abnamro.com
eriksson.henrik@swedbank.com
erikzak@bloomberg.net
erin.b.olphert@westernasset.com
erin.baines@morleyfm.com
erin.bisio@morganstanley.com
erin.browne@moorecap.com
erin.doyle@db.com
erin.duggan@citadelgroup.com
erin.fuller@alliancebernstein.com
erin.james@redwoodtrust.com
erin.langford@pimco.com
erin.lawler@ubs.com
erin.lemberg@citadelgroup.com
erin.mccoig@usaa.com
erin.palian@deshaw.com
erin.palmer@abnamro.com
erin.pulkkinen@phxinv.com
erin.selleck@uboc.com
erin.sistrunk@aa.com
erin.st.john@db.com
erin.stone@midfirst.com
erin.tomlinson@sscims.com
erin.wohlnick@wachovia.com
erin.xie@blackrock.com
erin_aland@bankone.com
erin_c_kelly@vanguard.com
erin_lefkowitz@putnam.com
erin_mccormack@putnam.com
erinb@bgi-group.com
erinchatwoo@provident.com
erinlu@aegon.com.tw
eriunanto@ptbni.com.sg
erivera@delinvest.com
erje@bgbank.dk
erkan.yilmaz@bnpparibas.com
erkebulant@halykbank.kz
erkin.isik@fortis.com.tr
erking@wellington.com
erkko.wennonen@oko.fi
erlambi@wellington.com
erlend_lochen@standardlife.com
erlera@telekom.de
erlichd@umtb.co.il

erm37@cornell.edu
ermaus@laurelsb.com
ermes.caramaschi@db.com
ermina.latic-selimagic@bankofamerica.com
ernesa.skenderi@aigpb.com
ernest.lang@wachovia.com
ernest.maul@db.com
ernest_c_pelaia@victoryconnect.com
ernest_m_zarb@comerica.com
ernestina.rodriguez@tcw.com
ernesto.florio@bwater.com
ernesto.gallardo@grupobbva.com
ernesto.musumeci@fiamm.com
ernesto.ramos@harrisbank.com
ernesto.turnes@credit-suisse.com
ernesto_garzon@putnam.com
ernie.chow@barclaysglobal.com
ernie.friesen@gwl.com
ernie.porchetta@bmo.com
ernie_mammano@scotiacapital.com
ernst .rumpf@at.bacai.com
ernst.auburger@frankfurt-trust.de
ernst.benninghoven@westlb.de
ernst.galavics@rzb.at
ernst.glanzmann@juliusbaer.com
ernst.hagmann@bnpparibas.com
ernst.kaiser@pioneerinvestments.at
ernst.lust@aam.de
ernst.osiander@westam.com
ernst.pullmann@dekabank.de
ernst.riegel@csam.com
ernst.rohner@ubs.com
ernst.wittmann@bayernlb.de
ernst.zbinden@credit-suisse.com
ernst-ludwig.haaks@wwasset.de
ernstneff@helaba-invest.de
ernstrudolf.karner@erstebank.at
eroberts@caxtonadvantage.com
erobie@westernasset.com
eroca@bcj.gbancaja.com
eroeder@aegonusa.com
eroeder@bper.ch
erohde@ford.com
erombach@meag.com

eromyn@delinvest.com
eron.angjele@labanquepostale-am.fr
erong@ifc.org
eros.butti@corner.ch
eros.lupi@bsibank.com
erosa@tiaa-cref.org
erose@bloomberg.net
erosemary@blabla.com
eroth@fountaincapital.com
eroucairol@hsbcame.com
erourke@mdsass.com
erovetti@westernasset.com
eroyen@pictet.com
erp@nbim.no
erre@danskecapital.com
errol_mccutcheon@bnz.co.nz
ers@bankinvest.dk
ers1@ntrs.com
ersekzs@mnb.hu
ershad.e.hossain@aexp.com
ertays@halkbank.kz
ertumasz@wellington.com
eruettinger@meag.com
erussell@vestarcapital.com
erusso1@metlife.com
erwan.bonder@federalgestion.com
erwan.boscher@axa-im.com
erwan.keraudy@sgam.com
erwan.marrec@federalgestion.com
erwin.blaas@fbs.nl
erwin.dewinter@dexia-am.com
erwin.faas@nl.abnamro.com
erwin.feijer@fortisinvestments.com
erwin.hefti@claridenleu.com
erwin.houbrechts@ingim.com
erwin.simons@ing.be
erwin.zeuschner@nb.com
erwin_c_villavicencio@fanniemae.com
erwin_martens@putnam.com
eryan@bloomberg.net
erz@ubp.ch
es@capgroup.com
esa_ylipahkala@freddiemac.com
esaari@tiaa-cref.org

esaito@farcap.com
esaiz@notes.banesto.es
esaldarini@bci.it
esalgado@bancomext.gob.mx
esalim@westernasset.com
esalles@bankpime.es
esalzman@lordabbett.com
esalzman@lordabbott.com
esamkim@kfb.co.kr
esandberg@aegonusa.com
esandstedt@uss.co.uk
esanford@refco.com
esangala@tiaa-cref.org
esantoro@kynikos.com
esapoff@highbridge.com
esaul@bloomberg.net
esavi@metlife.com
esc@ubp.ch
eschaefer@capgrowthmgt.com
escheyer@caxton.com
eschmidt@tiaa-cref.org
eschmidt@torchmarkcorp.com
eschmitt002@bloomberg.net
eschmitz@bloomberg.net
escholt@rfc.com
eschreiber@roycenet.com
eschroeder@loomissayles.com
eschultz@tiaa-cref.org
eschweiler@indoverbank.com
escoledge@essexinvest.com
escura@lordabbett.com
esears@ssrm.com
esedra.chiacchella@bancaprofilo.it
eselenger@frk.com
eserra@ceca.es
esgrace@wellington.com
esh@nbim.no
eshaver@congressasset.com
esheil@loomissayles.com
esheridan@tiaa-cref.org
esherman@blackrock.com
eshill@e-qci.com
eshin@royalasianbank.com
eshinaul@cityutil.com

eshum@jhancock.com
esi@petercam.be
esia@nb.com
esilvergold@cs.com
esimonova@bear.com
esimsolo@tiaa-cref.org
eskanning@standishmellon.com
eskibo@collinsstewartllc.com
eskil.svensson@ap3.se
eskimhk@hanmail.net
esko.lahtinen@pohjola.com
esko.torsti@okobank.fi
eslima@mf.gov.pt
esmeltzer@northsidebank.com
esmiralda.konyuchova@db.com
esmith@jennison.com
esmith@watchhillfunds.com
esmith@wilmingtontrust.com
esobong@rockco.com
esoler@bankpime.es
esorensen@panagora.com
esotiriou@gscpartners.com
esp@baupost.com
esp@dodgeandcox.com
espalioux_jean-marc@accor.fr
espanolp@emigrant.com
espear@presidentiallife.com
espen.furnes@storebrand.com
espen.haug@jpmorganchase.com
espen.skagen@kap.norges-bank.no
espinosa@baylbny.com
esra.joos@ingim.com
essam.elwakil@arabbanking.com
essenhyp@t-online.de
essex_finney@freddiemac.com
est@nykredit.dk
estahr@bloomberg.net
estaley@princeton.edu
estanis@bloomberg.net
esteban.liguori@citi.com
estebang@princeton.edu
estedman@eatonvance.com
esteel@wscapital.com
estefania.tam@morganstanley.com

estefanou@emporiki-asset.gr
esteffelin@gsc.com
estein@eatonvance.com
estella.sidney@micorp.com
estella@iccrea.bcc.it
estelle.adam@bnpparibas.com
estelle.beretta.somody@ingim.com
estelle.bonneau@euro-vl.com
estelle.charron@hsh-nordbank.com
estelle.leroy@total.com
estelle.menard@caam.com
ester.marte@credit-suisse.com
esterdiaz@grupobbva.com
esterling@paychex.com
esternberg@loomissayles.com
esterne@nb.com
esterovr@bpv.it
estertonnin-linic@tinet.ie
estevan.botello@sscims.com
estevens@blackrock.com
esther.baroudy@ge.com
esther.bruessow@baerbms.com
esther.chan@aberdeen-asset.com
esther.chance@aiminvestments.com
esther.dijkman@sgam.com
esther.eglin@bankcoop.ch
esther.gilbert@uk.mufg.jp
esther.ha@dartmouth.edu
esther.hontke@bhf-bank.com
esther.kuna@bhf-bank.com
esther.onoja@sunlife.com
esther.perkins@threadneedle.co.uk
esther.schreiber@csam.com
esther.skutele@gs.com
esther.wahl@us.standardchartered.com
esther.weihnacht@hcmny.com
esther.wijnants@ingim.com
esther.williams@lionhart.net
esther_baur@swissre.com
esthertay@mas.gov.sg
estiles@hbk.com
estirling@statestreet.com
estokes@loomissayles.com
estoltzmann@mfcglobalus.com

estowell@bloomberg.net
estrada_sandra@jpmorgan.com
estrahl@bloomberg.net
estromquist@wellington.com
esu@worldbank.org
esullivan@orixcm.com
esusianto@bi.go.id
esvenson@jhancock.com
esyron@jhancock.com
et44@ntrs.com
etaber@leggmason.com
etacata@invercaixa.es
etai@dlbabson.com
etain.mcmahon@ubs.com
etakaha@frk.com
etakata@invercaixa.es
etang@bloomberg.net
etarchini@pictet.com
etato@farcap.com
etb@dodgeandcox.com
etel.harris@csam.com
ethan.etzioni@discountbank.co.il
ethan.garber@csfb.com
ethan.hugo@fmr.com
ethan.lovell@janus.com
ethan.pride@fmr.com
ethan.reiner@sgam.com
ethan@ellington.com
ethan_case@putnam.com
ethan_t_swartz@vanguard.com
ethanchao@cathaylife.com.tw
ethanhuang@cathaylife.com.tw
ethaute@loomissalyes.com
ethel.salducci@bred.fr
ethielscher@mfs.com
ethomasian@ifc.org
etic@bloomberg.net
etienne.boeziek@ingim.com
etienne.bouaslaurent@axa.com
etienne.chalmagne@fortis.com
etienne.de-coninck@airbus.fr
etienne.demoulin@chq.alstom.com
etienne.deranter@tractebel.be
etienne.dubuc@tres.bnc.ca

etienne.lavigne@nbb.be
etienne.margueritat@sgam.com
etienne.port@ecb.int
etienne.varloot@ubs.com
etienne.weber@bcv.ch
etj@ubp.ch
etn@sitinvest.com
etomacelli@sagitta.com
etorres@us.nomura.com
etournier@bloomberg.net
etoy@tiaa-cref.org
etrach@mfs.com
etradesupport@lehman.com
etrajendran@rbi.org.in
etrigilio@opusinvestment.com
etrita.ibroci@credit-suisse.com
etrita.ibroci@csresearch.us
etroutman@wellington.com
etrussant@ofi-am.fr
etsaknakis@eurobank.gr
etsuko.fuseya.jennings@morganstanley.com
etsuko.kawaguchi@sscims.com
etsuko_kasuga@mitsubishi-trust.co.jp
etsuo_suzuki@mitsui-seimei.co.jp
ett@capgroup.com
ettinger@pfdincome.com
ettore_bianchi@bancalombarda.it
eturou_yamamoto@am.sumitomolife.co.jp
etusetmo@notes.banesto.es
etz@bank-von-ernst.ch
euadne.callendar-david@rbc.com
euan.borland@aberdeen-asset.com
euan.crane@morganstanley.com
euan.matheson@anfis.co.uk
euan.mcneil@aegon.co.uk
euan_munro@standardlife.com
euan_sanderson@standardlife.com
euan_stirling@standardlife.com
euc@capgroup.com
eudes.charpentier@total.com
eugen.hamann@postbank.de
eugen.minkin@dws.de
eugen.puseizer@rzb.at
eugen.weinberg@dzbank.de

eugene.a.ferriss@aibbny.ie
eugene.becker@pncbank.com
eugene.belostotsky@fmr.com
eugene.bidchenco@db.com
eugene.bolton@corporate.ge.com
eugene.burger@moorecap.com
eugene.chen@calvert.com
eugene.didenko@ophedgeny.com
eugene.gullit@shell.com
eugene.j.kelly@aib.ie
eugene.kiernan@ilim.com
eugene.krishnan@lazard.com
eugene.lam@schwab.com
eugene.lancaric@inginvestment.com
eugene.mullen@statestreet.com
eugene.pekelis@morganstanley.com
eugene.philalithis@uk.fid-intl.com
eugene.pillot@pnc.com
eugene.seo@nordea.com
eugene.shuster@db.com
eugene.stone@pncbank.com
eugene.thomas@prudential.com
eugene.wu@lazard.com
eugene.x.netis@jpmorgan.com
eugene@gries.com
eugene@ipgsd.com
eugene_chan@wstlb.com
eugene_choy@mfcinvestments.com
eugene_lundrigan@sunlife.com
eugene_shuster@putnam.com
eugeneb@gic.com.sg
eugenem@mcm.com
eugenesg@bloomberg.net
eugenew@scm-lp.com
eugenia.atrei@mpsgr.it
eugenio.casanova@grupobbva.com
eugenio.cerioni@bnlmail.com
eugenio.giacopini@bsibank.com
eugenio.mantello@bapr.it
eugenio.perez@avmltd.com
eugine.yurist@lbbw.de
eugmartinez@gruposantander.com
euimyungjung@kbstar.co.kr
eun.lee@ubs.com

eunhee11@kbstar.co.kr
eunhyoung.cho@samsung.com
eunice.dong@agf.com
eunice.singh@ubsw.com
eunice.yadi@omam.co.uk
euniceng@mas.gov.sg
eunneland@loews.com
euphoria@cathaylife.com.tw
eur1adl@europe.ups.com
eur1jxd@europe.ups.com
eur1sjf@europe.ups.com
eurban@metlife.com
eurof.uppington@lodh.com
eurogovt.research@fandc.com
european.desk@puilaetco.com
european.equity@vontobel.ch
european_team@ldn.invesco.com
eusebio.garre@postbank.de
eusebio_sanchez@notes.ntrs.com
euwright@bankofny.com
ev1@bloomberg.net
eva .mayr@at.bacai.com
eva.borowski@chase.com
eva.delbarrioarranz@telefonica.es
eva.dolleman@lloydstsb.co.uk
eva.havaldova@generali.at
eva.heffels@lrp.de
eva.hessels@lrp.de
eva.keegan@jpmorgan.com
eva.kleeberg@dit.de
eva.konopka@thehartford.com
eva.leung@nsc.com
eva.luke@creditlyonnais.ch
eva.m.rahmanides@db.com
eva.maerzendorfer@ba-ca.group-treasury.co.at
eva.montalvo@grupobbva.com
eva.mulder@axa-im.com
eva.pettener@am.generali.com
eva.pietsch@sfs.siemens.de
eva.riou@sgam.com
eva.santos@interdin.com
eva.skibicki@raymondjames.com
eva.sohlman-knave@swedbank.com
eva.spitzlay@bhf.com

eva.stroobants@fortisbank.com
eva.svalling@enskilda.se
eva.traber@de.pimco.com
eva.walsh@jpmorgan.com
eva.zlotnicka@morganstanley.com
eva_boratto@merck.com
eva_chan@cathaybank.com
eva_durnermeyer@swissre.com
eva_manimtim@ssga.com
evahe@cmbchina.com
evaldes@templeton.com
evamaria.meese@commerzbankib.com
evan.brown@ny.frb.org
evan.cathey@pimco.com
evan.curtis@pimco.com
evan.davis@bbc.co.uk
evan.glass@rbccm.com
evan.harwood@tcw.com
evan.hornbuckle@fmr.com
evan.kallberg@nuveen.com
evan.kantor@citizensbank.com
evan.kominsky@ubs.com
evan.mccormick@fmr.com
evan.mcculloch@frk.com
evan.mcgee@shenkmancapital.com
evan.moskovit@sunlife.com
evan.pan@dfafunds.com
evan.pan@pimco.com
evan.sauer@alliancebernstein.com
evan.scussel@prudential.com
evan.siamantouras@bbh.com
evan.snyder@aiminvestments.com
evan_evans@prusec.com
evan_gordon@ustrust.com
evan_p_druckman@ml.com
evan_shay@troweprice.com
evangelia.ntagiantas@juliusbaer.com
evangeline.davis@prudential.com
evangeline.drosses@ny.frb.org
evangelos.ioannides@cbve.com
evangelos.x.delimbassis@jpmorgan.com
evans@blackrock.com
evans@pimco.com
evans_ck_lui@hkma.gov.hk

evansart@wellsfargo.com
evansd@mosnar.com
evansdw@wellsfargo.com
evanst@bernstein.com
evantuyll@pictet.com
evantz.perodin@intel.com
evanvalkenburgh@fsbperkasie.com
evapaus@jyskebank.dk
evariste.verchere@barclaysglobal.com
evasilie@allstate.com
evatan@gic.com.sg
eva-ulrike.feldkord@allianzgi.de
evb@ntrs.com
evd@jwbristol.com
eve.bouard@bnpparibas.com
eve.gembarski@threadneedle.co.uk
eve.glatt@morganstanley.com
eve.hampton@gwl.com
eve.scrivener@barclaysglobal.com
eve.tournier@uk.pimco.com
eve.yang@shell.com
eve_cohen@paribas.com
eve_l_benton@bankone.com
evelasco@ceca.es
evelazquez@apolloic.com
evelin.rutten@oppenheim.de
evelin.skultety@allianz.de
eveline.somers@pggm.nl
eveline.van.de.velde@dexia-am.com
evelyn.campanile@gs.com
evelyn.herrera@ge.com
evelyn.infurna@moorecap.com
evelyn.l.poyer@jpmchase.com
evelyn.ong@cibc.com.sg
evelyn.ong@sgam.com
evelyn.ongky@uobgroup.com
evelyn.somers@fmr.com
evelyn@aigfpc.com
evelyn_bourke@standardlife.com
evelyn_erb@progressive.com
evelyn_feliciano@invesco.com
evelyn_williams@agfg.com
evelyne.etienne@ge.com
evelyne_dennijanto@capgroup.com

evelynsit@mas.gov.sg
evelynwong@gic.com.sg
even.bakke@ch.abb.com
eventdriven@hbk.com
everett.grant@bwater.com
everett.reveley@do.treas.gov
everett.schenk@americas.bnpparibas.com
everett.todd@principal.com
everitt.sean@prudential.com
evert.goossens2@commerzbank.com
evgenia.dimitriadou@erstebank.at
evgenia.i.kim@jpmorgan.com
evgeny.nikitin@prudential.com
evguenia.a.sokolova@jpmorgan.com
evie.limas@ubs.com
evilla@fondianima.it
evillain4@caam.com
evimik@delta.gr
evining@aegonusa.com
evipjjb@mandtbank.com
evita.kusumawati@bni.co.id
evk@bankinvest.dk
evm26@cornell.edu
evmd@capgroup.com
evolkeni@colognere.com
evonderlinde@lordabbett.com
evonne.p.kelly@aibbny.ie
evonsauers@bankofny.com
evrard.x.fraise@jpmorgan.com
evrin.cam@hypovbg.at
evsa02@handelsbanken.se
evstan@bloomberg.net
evta01@handelsbanken.se
evulgaris@fhlbc.com
evy_hambro@blackrock.com
ewa.borowska@morganstanley.com
ewa.froidevaux@cspb.com
ewa.kozicz@gs.com
ewa.nicholls@aberdeen-asset.com
ewa.rzeszutek@mail.nbp.pl
ewald.trutmann@rieter.com
ewalk@metzler.com
ewalker@loews.com
ewan.maclean@bailliegifford.com

ewan_markson-brown@newton.co.uk
ewang@mcleanbudden.com
ewar@statoilhydro.com
eward.sonneveld@hk.fortis.com
eward@babsoncapital.com
eward5@bloomberg.net
eweigel@mfs.com
eweigel@pioneer.com
eweiner@mony.com
eweis@opers.org
eweisko@franklintempleton.com
eweisman@mfs.com
ewen.cameron-watt@blackrock.com
ewen.mcdonald@rabobank.com
ewepsic@deshaw.com
ewerner@union-investment.de
ewesteren@hbk.com
ewesteren@martincurrie.com
eweyl@princeton.edu
ewf@juliusbaer.com
ewhite@gwkinc.com
ewhite@standishmellon.com
ewhite@us.tr.mufg.jp
ewiberg@alzus.jnj.com
ewiller@westernasset.com
ewimbush@fhlbatl.com
ewings@nrucfc.org
ewinter@hapoalimusa.com
ewj1@ntrs.com
ewoehrling@martincurrie.com
ewolf@loomissayles.com
ewomansson@bnp.fr
ewoodland@bloomberg.net
ewout.gillissen@dsm.com
ewright@lordabbett.com
ewwebb@wellington.com
ewyatt@hibernia.com
execution_equities@bwater.com
exhow@fhwn.com
exped@bloomberg.net
expkim@hotmail.com
extella.jones@barclaysglobal.com
extern.barta@allianz.de
extern.kroll_tobias@allianz.com

ey@capgroup.com
ey2@ntrs.com
eyad.mashal@juliusbaer.com
eyal.rosenthal@cii.co.il
eyal@ikos.com.cy
eyal@work.com
eyalb@koor.com
eyalpaz@migdal-group.co.il
eyalr@bll.co.il
eyeo@wellington.com
eyeoh2@bloomberg.net
eyepes@fibanc.es
eyingfang@mfs.com
eyjolfur.jonsson@glitnir.is
eynour.boutia@bankofamerica.com
eyouderia@citadelgroup.com
eytan.shapiro@jpmorgan.com
eyup.engin@akbank.com
eyvind.width@abgsc.no
ezaldiva@bankinter.es
ezeff@oppenheimerfunds.com
ezenner@deerfieldcapital.com
ezequiel.nieto@telefonica.es
ezgi.muratoglu.extern@hvb.de
ezikry@vcallc.com
ezine@kdb.co.kr
ezio.castagna@bpubanca.it
ezio.dadalt@bmo.com
ezoe-0f8b@jp.nomura.com
ezollinger@lnc.com
ezral@bloomberg.net
ezuaiter@bloomberg.net
ezuvekas@genre.com
f.abbattista@centrosim.it
f.allevi@fineco.it
f.al-mubaraki@wafra.com
f.amato@olayan.com
f.ambrogi@apioil.com
f.appel@deutschepost.de
f.b.petersen@bloomberg.net
f.baranello@fineco-am.com
f.barigazzi@barilla.it
f.beccali@cofiri.it
f.begic@probtp.com

f.belli@rai.it
f.bertolino@rai.it
f.bosazzo@bimbank.it
f.bovo@eurosim.it
f.bruno@sirti.it
f.c.breen@robeco.nl
f.castelli@kairospartners.com
f.chazanoff@fnysllc.com
f.cirignano@bpi.it
f.cremers@hq.vnu.com
f.dalcerri@bipielle.it
f.denney.voss@citigroup.com
f.diel@frankfurt-trust.de
f.dippold@frankfurt-trust.de
f.egermann@bvv-vers.de
f.eggen@eib.org
f.el.kanfoudi@gbf.nl
f.falch@fearnleys.no
f.fierro@fineco.it
f.fritelli@sace.it
f.froehli@hsbc.guyerzeller.com
f.galez@grupobbva.com
f.ghisellini@comune.roma.it
f.gianatasio@bloomberg.net
f.giavarra@fineco.it
f.gosselink@fmo.nl
f.guffanti@aston-bond.com
f.hiura@aozorabank.co.jp
f.iuri@rpweb.it
f.j.h.vanriel@vanlanschot.com
f.jansen@apoasset.de
f.jungo@innovest.at
f.karisson@swedbank.com
f.kawahara@ny.tr.mufg.jp
f.khan@mwam.com
f.koopmans@gbf-info.nl
f.korver@vanlanschot.com
f.laird@noemail.com
f.macedo@hsbc.guyerzeller.com
f.mahieu@pensioenmail.nl
f.marcon@arcasim.it
f.martina@bimbank.it
f.maspoli@finter.ch
f.matsuo@jahs.or.jp

f.mcgarrity@bspf.co.uk
f.mevis@robeco.nl
f.mitani@xm.mitsui.co.jp
f.mubaraki@wafra.com
f.mwase@afdb.org
f.nico@apioil.com
f.oflynn@naspadub.ie
f.paggi@bimbank.it
f.pietersma@robeco.nl
f.plogmann@lrp.de
f.poschi@barilla.it
f.pozzoli@arcasim.it
f.reich@gbf.nl
f.rigo@delen.lu
f.rossetti@cassalombarda.it
f.sacasa@aozorobank.co.jp
f.sanders@robeco.nl
f.scala@cassalombarda.it
f.schuhbauer@deutschepost.de
f.smyth@aozorabank.co.jp
f.soldi@crsm.it
f.studer@hsbc.guyerzeller.com
f.syed@mwam.com
f.terranti@sanpaolo.fr
f.trifiro@thehartford.com
f.van.weegberg@abp.nl
f.vanerio@hermes.co.uk
f.vanolphen@vanlanschot.com
f.verhees@frieslandbank.nl
f.vezzani@cassalombarda.it
f.w.heerema@ams.rabobank.com
f_bair@troweprice.com
f_ferrario@bloomberg.net
f_lorenzoni@finint.it
f2l@americancentury.com
faahant@bloomberg.net
fab.tr@adia.ae
fab@capgroup.com
fa-ba@generali.nl
fabbasi@nb.com
fabc@capgroup.com
fabel@union-investment.de
fabia.carvalho@bcb.gov.br
fabian.baumann@aigpb.com

fabian.buchmann@ubs.com
fabian.degen@db.com
fabian.deprey@fortisbank.com
fabian.herzog@dresdner-bank.ch
fabian.hildbrand@ubs.com
fabian.jacoma@zkb.ch
fabian.jones@fmr.com
fabian.straub@dzbank.de
fabian.zepeda@nestle.com
fabian_vieth@westlb.com
fabiana.arana@br.schroders.com
fabiano.fossali@antonveneta.it
fabien.bourguignon@caam.com
fabien.brugger@lodh.com
fabien.colussi@uk.fid-intl.com
fabien.delaunay@caam.com
fabien.dersy@dexia-am.com
fabien.frappart@ceidfp.caisse-epargne.fr
fabien.madar@bblam.fr
fabien.savonitto@bnpparibas.com
fabien.stucker@lodh.com
fabien.weber@juliusbaer.com
fabien_conderanne@coface.com
fabienne.beguin@vontobel.ch
fabienne.crayssac@sgam.com
fabienne.de.la.serre@lazard.fr
fabienne.evrard@cpr-am.fr
fabienne.marolle@labanquepostale-am.fr
fabienne.zamfiresco@calyon.com
fabio.alessandrini@lodh.com
fabio.andaku@bcb.gov.br
fabio.barbato@cspb.com
fabio.bartesaghi@vontobel.ch
fabio.bencich@antonveneta.it
fabio.bonacasa@eurosgr.it
fabio.buttazzoni@am.generali.com
fabio.cantatore@bancaprofilo.it
fabio.cardona@bancaakros.it
fabio.carpentieri@capitalia-am.com
fabio.catalano@fondiaria-sai.it
fabio.cavazza@am.generali.com
fabio.cencetti@pioneerinvestments.com
fabio.cleva@am.generali.com
fabio.cortes@bankofengland.co.uk

fabio.depaoli@claridenleu.com
fabio.depaoli@credit.suisse.com
fabio.dezordo@ubm.unicredit.it
fabio.faina@bpm.it
fabio.feitler@ubs.com
fabio.ferrando@caboto.it
fabio.ghezzi-morgalanti@fortisbank.com
fabio.mandirola@am.generali.com
fabio.militello@pnc.com
fabio.minervini@rabobank.com
fabio.mori@eurosgr.it
fabio.mossi@corner.ch
fabio.motta@ing-barings.com.br
fabio.noacco@mediobanca.it
fabio.pervangher@zkb.ch
fabio.riccelli@uk.fid-intl.com
fabio.rumiz@am.generali.com
fabio.stolfa@capitalia-am.com
fabio.stuecheli@lbswiss.ch
fabio.terlevich@morganstanley.com
fabio.torrequadra@hsbcpb.com
fabio.valsassina@enifin.eni.it
fabio_robbiani@swissre.com
fabio_savoldelli@ml.com
fabiola.ravazzolo@ny.frb.org
fabiola_m_gallego@fanniemae.com
fabio-pietro.ferrari@ubs.com
fabiospinolavianna@gmail.com
fabrice.alliaud@mpsgr.it
fabrice.alvaro@caam.com
fabrice.bay@dws.com
fabrice.bock@banque-diamantaire.ch
fabrice.bodinier@lazard.com
fabrice.callet@sqam.com
fabrice.castelein@citigroup.com
fabrice.connin@aberdeen-asset.com
fabrice.constantin@bcvs.ch
fabrice.cuchet@dexia-am.com
fabrice.hermann@socgen.com
fabrice.houze@bred.fr
fabrice.hugon@socgen.com
fabrice.loho@bnpparibas.com
fabrice.lombardo@dexia-am.com
fabrice.malnar@labanquepostale-am.fr

fabrice.miguelez@exane.com
fabrice.pedro-rousselin@ge.com
fabrice.renaut@caam.com
fabrice.romano@cardif.fr
fabrice.schwarzmann@ubs.com
fabrice.sendra@swipartnership.co.uk
fabrice.susini@bnpparibas.com
fabrice.taravant@cardif.fr
fabrice.vallat@claridenleu.com
fabrice.vidal@rabobank.com
fabrice_bay@putnam.com
fabrice_pellous@acml.com
fabricecholet@cholet-dupont.fr
fabrizia.capurro@bescl.co.uk
fabrizia.semboloni@bnlmail.com
fabrizio.antoniotti@sella.it
fabrizio.barbini@am.generali.com
fabrizio.basile@lodh.com
fabrizio.biondo@gestielle.it
fabrizio.boaron@barclayscapital.com
fabrizio.bolognini@credit-suisse.com
fabrizio.bugatti@pioneerinvest.it
fabrizio.caputi@bancaakros.it
fabrizio.carbone@bancacrasti.it
fabrizio.carisi@ingim.com
fabrizio.coiai@hsbcinvestments.com
fabrizio.delongis@banca.mps.it
fabrizio.fabrizi@nuernberger.de
fabrizio.favara@rbscoutts.com
fabrizio.ferrini@ubm.unicredit.it
fabrizio.fiorini@gestielle.it
fabrizio.graziani@bsibank.com
fabrizio.guidi@am.generali.com
fabrizio.lemme@credit-suisse.it
fabrizio.mancini@ankerbank.ch
fabrizio.palermo@fincantieri.it
fabrizio.penso@sella.lu
fabrizio.petrineschi@arcafondi.it
fabrizio.restione@fondiaria-sai.it
fabrizio.sperandini@bancamarche.it
fabrizio.talotti@am.generali.com
fabrizio.tavernari@capitalia-am.com
fabrizio.vallone@bnlmail.com
fabrizio.valzelli@ubibanca.it

fabrizio.viola@am.generali.com
fabrizio.viola@bpmsgr.it
fabrizio.vitiello@ge.com
fabrizio_farinatti@carife.it
fabrizioc@bloomberg.net
fabrizzio.pelfini@ml.com
fac@columbus.com
fad@capgroup.com
fadi.berbari@bnpparibas.com
fadi.ismail@juliusbaer.com
fadi.mitri@shell.com
fadi.nasser@gibbah.com
fadichalouhi@nbk.com
fadule@ellington.com
fady.khallouf@edfgdf.fr
fadzila.amru@maybank.com.my
faezah@maybank.com.my
fagan.nnf@mellon.com
fagnania@gruppocredit.it
fahad.hassan@lgim.co.uk
faharin.j@gordian.co.uk
fahim.razzaque@fmr.com
fairchildt@aetna.com
faisal.ayub@framlington.co.uk
faisal.butt@columbiamanagement.com
faisal.hayat@morganstanley.com
faisal.syed@hcmny.com
faisal@gulfbank.com.kw
faisala@princeton.edu
faisalo@kia.gov.kw
faiselq@cbd.ae
faith.liu@bloomberg.net
faith.naymie@ibtco.com
faith_l_vakil@fanniemae.com
fak.cdu@adia.ae
faktorovich_mikhail@jpmorgan.com
falbus@fsa.com
falci.sa@mellon.com
faldutoc@vankampen.com
faleman@fhlbsf.com
falerb@washpost.com
falfaro@jennison.com
falgun.jariwala@jpmorgan.com
falhumaidah@sama.org.sa

falina@petronas.com.my
falk.jesse@dresdner-bank.com
falk.solbrig@dws.com
falmeida@fandc.co.uk
falonso@troweprice.com
falsallal@bloomberg.net
falston@ncmcapital.com
faltarouti@anb.com.sa
famato@statestreet.com
fambrosi@mws.com
fan.hu@columbiamanagement.com
fan.wang2@jpmchase.com
fan.wu@citadelgroup.com
fan.zhang@citadelgroup.com
fan@ctoc.com.tw
fan_xu@fanniemae.com
fan020@megabank.com.tw
fang.d.li@jpmchase.com
fang.wang@icbc.com.cn
fangeletti@bancaintesa.com.hk
fanghua@gic.com.sg
fangxu@microsoft.com
fangyu_gao@freddiemac.com
fanie.gouws@bbh.com
fanio_maniori@generali.com
fanjc@chevrontexaco.com
fankhauser@irv.ch
fann@kempen.nl
fanny.jacquemont@caam.com
fanny.yy.fung@ing.com.hk
fanny_letona@fleet.com
fanshi_zhao@troweprice.com
fantezan@lehman.com
fantoni@bloomberg.net
fanzhiqiang@citicbank.com
far26@cornell.edu
farah.bouzida@axa-im.com
farah.khan@fandc.com
farah.khan@pnc.com
farah.zakir@bankofamerica.com
farah@sandlercap.com
farah_khan@troweprice.com
faraha@qcb.gov.qa
farahhanim@bnm.gov.my

farberlj@wharton.upenn.edu
farcuhs@telefonica.es
fareeha.arshad@pncadvisors.com
farel@bloomberg.net
farhad.shishbiradaran@bmo.com
farhan.naqvi@ubs.com
fariasgo@cajamadrid.es
fariba.faraji@fandc.com
farid.issaelkhoury@bnpparibas.com
farid.samji@nbad.com
faris.ayoub@jpmorgan.com
faris.hayek@arabbanking.com
farisnab@bloomberg.net
farlekas@us.ibm.com
faroni@capitalgest.it
farook@bloomberg.net
farouki_majeed@calpers.ca.gov
farouqb@kia.gov.kw
farratia@dkpartners.com
farrellw@lotsoff.com
faruk_patel@ssga.com
fasapp@bot.or.th
faslani@ford.com
fatb@bloomberg.net
fateh@bloomberg.net
fati_naraghi@newton.co.uk
fatima.andrews@mortgagefamily.com
fatima.batalvi@calvert.com
fatima.espinosacueva@telefonica.es
fatima.luis@fandc.com
fatima_dickey@ustrust.com
fatimab@bbkonline.com
fatma.gezer@hypovbg.at
fatticcioni@gestielle.it
faubin@bdf-gestion.com
fauregi@cmcic.fr
faustin@bankofny.com
fausto.artoni@azimut.it
fausto.lanfranco@finmeccanica.it
fausto.marcantoni@meliorbanca.com
fawcett.p@whv.com
fawne.doherty@fmr.com
fay.byles@fidelity.com
fay.wong@jpmorganfleming.com

fay_gambee@ustrust.com
faya@chevrontexaco.com
fayadri@bni.co.id
faycal.haddad@axa-im.com
faye.fox@micorp.com
faye.landes@moorecap.com
fayf@jwseligman.com
fayoub@anblondon.com
fayres@roycenet.com
fays@bernstein.com
faysal.arslan@morganstanley.com
faywong@gic.com.sg
fazi@bloomberg.net
fba.tr@adia.ae
fbadini@barbnet.com
fbaier@icbny.com
fbailey@bloomberg.net
fbaker@evcap.com
fbaldan@bloomberg.net
fbalzer@westpac.com.au
fbannatyne03@gsb.columbia.edu
fbarnao@bankofny.com
fbarranc@notes.banesto.es
fbarreda@grupobbva.com
fbarreto@bloomberg.net
fbaseggio@hbk.com
fbe@ubp.ch
fbeck@tiaa-cref.org
fbelak1@bloomberg.net
fbento7@bloomberg.net
fbenzinho@mfs.com
fberg@spfbeheer.nl
fberg1@bloomberg.net
fbertini@iccrea.bcc.it
fbesutti@credem.it
fbexon@fandc.co.uk
fbianchi@princeton.edu
fbicho@bancomello.pt
fbigler@pictet.com
fbitsch@meag-ny.com
fbk00801@fukuibank.jp
fbk00803@fukuibank.jp
fblascosa@bga.gbancaja.com
fbohin@ofivalmo.fr

fboinier@ofi-am.fr
fbonifazi@iccrea.bcc.it
fborgnana@pictet.com
fbortst@aegon.nl
fbosazzi@bloomberg.net
fbotellap@bancopastor.es
fbowerman@oppenheimerfunds.com
fbrimberg@avatar-associates.com
fbrunet@pictet.com
fbruno@bspr.com
fbu@petercam.be
fburgues@bankpyme.es
fcalais@cpr-am.fr
fcallahan@jhancock.com
fcanali@epo.org
fcanciani@oaktreecap.com
fcapanna@bloomberg.net
fcappelli@bloomberg.net
fcarayol@canal-plus.fr
fcarrasco@invercaixa.es
fcarrets@notes.banesto.es
fcaruso@refco.com
fcarvalho@mf.gov.pt
fcasari@bancasempione.ch
fcasas@bankinter.es
fcastro@worldbank.org
fcattaneo@pictet.com
fcaulry@ofi-am.fr
fcavanaugh@jhancock.com
fceccaldi@groupe-ccr.com
fcf@wmblair.com
fcheo@mas.gov.sg
fchia@mas.gov.sg
fchiu@farcap.com
fchogadb@fhlbi.com
fciarniello1@bloomberg.net
fciut@bloomberg.net
fcloppert@opcap.com
fcollecchia@aegonusa.com
fcollechia@aegonusa.com
fcolom@sanostra.es
fcolombo@bancafideuram.it
fcomasf@sanostra.es
fcontarin@bloomberg.net

fcooley@senecacapital.com
fcoraggio@bloomberg.net
fcorti1@bloomberg.net
fcottatelucci@iccrea.bcc.it
fcr@bpi.pt
fcrane@orleanscapital.com
fcrapitti@iccrea.bcc.it
fcribiore@gabelli.com
fcs@bancoinversion.es
fcs@firstmetro.com.ph
fcsg@lehman.com
fcua@perrycap.com
fcuestab@cajamadrid.es
fcui@eatonvance.com
fcuito@bloomberg.net
fcunha@metlife.com
fcusumano@leggmason.com
fdagostino@bimsgr.it
fdaily@sarofim.com
fdaini@bloomberg.net
fdcatrickes@wellington.com
fdevarenne@scor.com
fdevenoges@pembacreditadvisers.com
fdevita@fideuramsgr.it
fdewan@tigerglobal.com
fdiaz@bankatlantic.com
fdiaz@bloomberg.net
fdickson@dadco.com
fdiezcal@notes.banesto.es
fdminnellijr@statestreet.com
fdolfi@pkb.ch
fdsfdsaf@aol.com
fdunnantuono@metlife.com
fduque@tiaa-cref.org
fdurantep@bancopastor.es
feargal.dempsey@pioneerinvest.ie
fedelecova@intesabci.it
feder_abigail@jpmorgan.com
federica.baldan@pioneerinvest.it
federica.ferrari@bper.it
federica.masciaga@pioneerinvest.it
federica.ottavio@ubm.it
federica.tartara@am.generali.com
federici@bpintra.it

federico.bruzzi@mediobanca.it
federico.cornelli@bnlmail.com
federico.focardi@ferragamo.com
federico.hausler@db.com
federico.kaune@morganstanley.com
federico.micheloni@carisp.sm
federico.mosca@arcafondi.it
federico.noera@np.ge.com
federico.odello@gnf.it
federico.perciavalle@intel.com
federico.rey@enifin.eni.it
federico.sarnari@eni.it
federico.trabucco@mpsgr.it
federico.viola@bancaintesa.it
federico.vries@bancoval.es
federico.wynne@morleyfm.com
federico_santilli@troweprice.com
federicomarsili@gic.com.sg
federicoronchi@ingdirect.it
fedra.del-aquila@ubs.com
feeneyp@bernstein.com
feh_gwanyalla@freddiemac.com
fehim.sever@uk.fid-intl.com
fehrich@union-investment.de
fei.chen@nl.abnamro.com
fei.huang@mortgagefamily.com
fei_xu@vanguard.com
fei_zou@americancentury.com
fei-linghu@tcb-bank.com.tw
feisel@firstcarolina.org
feiyin@abocsz.com
fek@nbim.no
feldboy.g@fibi.co.il
feldman@sbcm.com
feldmanj@ebrd.com
felefante@bloomberg.net
felice.degrandi@raiffeisen.ch
felice.giuggioli@bsibank.com
felicia.deng@thehartford.com
felicia.f.ofori@bankofamerica.com
felicia.peng@thehartford.com
felicia.reed@swissfirst.ch
felicia.richardson@db.com
feliciakok@mas.gov.sg

felicie.lhoste@sgam.com
felicity.smith@morganstanley.com
felipe.clara@caixabank.fr
felipe.izpura@delfos.can.es
felipe.moreno@swib.state.wi.us
felipe.ribeiro@bcb.gov.br
felipe.vivacqua-pinto@ubs.com
felisa.dalorto@uk.fid-intl.com
felise.l.agranoff@jpmorgan.com
felix.adrian@cominvest-am.com
felix.blomenkamp@pimco.com
felix.brill@ubs.com
felix.chan@ap.ing.com
felix.csajka@claridenleu.com
felix.dornaus@ba-ca.com
felix.dueregger@schoellerbank.at
felix.fischer@deka.de
felix.fitch@singers.co.im
felix.gasser@rmf.ch
felix.heinser@ubs.com
felix.hey@hypovereinsbank.de
felix.krantz@dbla.com
felix.landsiedl@ubs.com
felix.lempert@citigroup.com
felix.maag@credit-suisse.com
felix.malpartida@bernstein.com
felix.mednikov@sunlife.com
felix.meier@csam.com
felix.prinzenberg@trinkaus.de
felix.schmid@lbswiss.ch
felix.schnella@allianzgi.de
felix.senn@efv.admin.ch
felix.sommerhalder@vanguard.com.au
felix.stadelmann@zurich.com
felix.stauffer@ubs.com
felix.streitferdt@allianz.de
felix.strohmeyer@ikb.de|
felix.tan@credit-suisse.com
felix.tan@sg.ca-assetmanagement.com
felix.walther@db.com
felix_khaychuk@scudder.com
felix_lim@vanguard.com
felix_mason@blackrock.com
felix_niederer@swissre.com

felix_norbut@scudder.com
felix_norbut@scudderr.com
felix_stutz@swissre.com
felixbaker@bbinvestments.com
felixchan@gic.com.sg
felixmomsen@gic.com.sg
felixtan@temasek.com.sg
feliz.gomez@janus.com
felli@bloomberg.net
felmon.bartolome@slma.com
felmon_bartolone@freddiemac.com
femba@unitel.co.kr
femi.adewale@drkw.com
femi_awotesu@ldn.invesco.com
fenella_boyle@putnam.com
feng.chang@morganstanley.com
feng.guo@db.com
feng.sha@alliancebernstein.com
feng.wang@citadelgroup.com
feng.wang@sumitomocorp.co.jp
feng.zhu@bis.org
fengels@thamesriver.co.uk
fengfang@temasek.com.sg
fenghao@bochk.com
feng-shi@deshaw.com
fengxj2000@yahoo.com.cn
fengyuan@mail.cbc.gov.tw
ferda.demir@finansbank.com.tr
ferdi.beck@llb.li
ferdinand.bardoly@juliusbaer.com
ferdinand.kordel@ikb.de
ferdinand.veenman@gmacrfc.nl
ferdinand.verweyen@dws.de
ferdinando.porcellini@group.novartis.com
ferenc.schmidt@apobank.de
fergal.delaney@bbh.com
fergal.doyle@glgpartners.com
fergal.mcgrath@clf-dexia.com
fergie.may@blackrock.com
fergus.j.shiel@fmr.com
fergus.mcguinn@boimail.com
fergus.taylor@uk.nomura.com
fergusmacleod@bp.com
ferguson.bc@mellon.com

ferguson@bwater.com
ferian.juwano@barclaysglobal.com
ferian.juwono@barclaysglobal.com
fermin.aldabe@moorecap.com
fermin.alvarezcarril@telefonica.es
fermin.da.costa.gomez@ingim.com
fernald_thomas@fsba.state.fl.us
fernanda.ojea@allianz.es
fernandezbravoangel@bancsabadell.com
fernandezcastanonana@bancsabadell.com
fernandezm@aeltus.com
fernando.assad@ashmoregroup.com
fernando.cabrales@barclaysglobal.com
fernando.cavalcanti@bcb.gov.br
fernando.cejudo@grupobbva.com
fernando.cristiano@nuveen.com
fernando.defrutos@claridenleu.com
fernando.fernandez@zugerkb.ch
fernando.garza@inginvestment.com
fernando.gomes@bcb.gov.br
fernando.grisales@acml.com
fernando.losada@abnamro.com
fernando.martins.da.silva@bcv.ch
fernando.monar@ecb.int
fernando.orta@dartmouth.edu
fernando.pelaez@sarasin.ch
fernando.ramirez@grupobbva.com
fernando.salvado@finantia.com
fernando.suarez@eu.nabgroup.com
fernando.vicente@bsnp.pt
fernando@rentec.com
fernando_diaz@ssga.com
fernando_vera@sumitomo.com
fernandoperezpiaggio@intesabci.it
fernandoveiga@generali.pt
fernley.dyson@aviva.com
ferran.scott@caixacat.es
ferran.vilalta@mongestio.com
ferranricartuser@company.com
ferreirc@eib.org
ferrell@pimco.com
ferri@capitalgest.it
ferri@matrixlp.com
ferris@bessemer.com

ferrizz@bwater.com
ferruccio.arvedi@geva.fiatgroup.com
ferruccio.viazzi@ersel.it
fershid.aspi@fmr.com
feryal_taki@standardlife.com
festus_marinho@westlb.co.uk
fewings@aigfpc.com
fexil.mellinger@aareal-bank.com
feyzullah.egriboyun@ubs.com
ff@wmblair.com
ffa@danskecapital.com
ffelcon@jhancock.com
ffeldmann@union-investment.de
ffelicelli@frk.com
ffellows@swst.com
ffenner@ufgam.com
ffinlay@jennison.com
ffisher@caxton.com
ffloren@bloomberg.net
ffluteau@scor.com
ffong@fppartners.com
ffong-lopez@ambac.com
ffoy@state.nm.us
ffradin@unigestion.com
ffrassino@insinger.it
ffreund@union-investment.de
ffrick@unigestion.com
ffromm@frk.com
ffurlan@bank-banque-canada.ca
ffusco@astoriafederal.com
fg62@cornell.edu
fgaetani@iccrea.bcc.it
fgaldi@bear.com
fgaliana@gruposantander.com
fgalindo@fibanc.es
fgannon@roycenet.com
fgarciag@fibanc.es
fgarciat@repsol-ypf.com
fgarzilli@cofimo.it
fgeerards@statestreet.com
fgirard.westam@banquedorsay.fr
fgirod@pictet.com
fgjerstad@statestreet.com
fgninv@ctclife.com.tw

fgoddard@silchester.com
fgomez@bancozaragozano.es
fgomezm@bga.gbancaja.com
fgoncalves@banco-privado.pt
fgonza@ftci.com
fgray@sterneagee.com
fgrivory@hottinguer-jph.com
fgrunow@dgbank.de
fgv@statoilhydro.com
fhalili@caxton.com
fharleman1@bloomberg.net
fhatt1@bloomberg.net
fhawrylak@tweedy.com
fhecht@groupama-am.fr
fheise@metzler.com
fheripel@groupama-ccama.tm.fr
fhernandez@alger.com
fhernang@cajamadrid.es
fherrero@marchgestion.com
fhjones1@bloomberg.net
fhmuhsinin@bankbii.com
fhoevermann@meag.com
fhomberger@espiritosanto.com
fhoogveld@fideuramsgr.it
fhoward@aegonusa.com
fhusken@bloomberg.net
fhutchinson@europeancredit.com
fi.brokerresearch@fidelity.com
fi@afaforsakring.se
fianne.chen@wellsfargo.com
fibideal@fibimail.co.il
fibifxit@fibi.co.il
fibigml@fibimail.co.il
fibiilan@fibimail.co.il
ficig@bloomberg.net
fidata@citadelgroup.com
fiddamam@anz.com
fidel.kasikci@credit-suisse.com
fidelma.mcmahon@aig.com
fietzp@dussel-hypo.de
fifi.wong@tcw.com
fikret.kalagoglu@moorecap.com
filiberto.villani@citi.com
filip.boman@dnbnor.com

filip.corten@dexia-am.com
filip.de-coster@ing.be
filip.dierckx@fortis.com
filip.lambrechts@dexia.be
filip.polasz@blackrock.com
filip.saffer@dexia.be
filip.sarovic@credit-suisse.com
filipa.andre.caixagest@cgd.pt
filipe.amado@cgd.pt
filippo.arcieri@aig.com
filippo.cartiglia@gs.com
filippo.corvi@enifin.eni.it
filippo.fucile@cirio.it
filippo.giovannelli@bancaditalia.it
filippo.gromo@italease.it
filippo.mascheroni@pioneerinvestments.com
filippo.rima@credit-suisse.com
filippo.stefanini@gestielle.it
filippo.zamparelli@bancaakros.it
filippos.lemos@longview-partners.com
filipw@chgroup.com
filler@ellington.com
filomena.cambareri@alliancebernstein.com
filomena.villanova@csfb.com
filomeno.calabretto@claridenleu.com
filpil@bloomberg.net
fimktg2@bloomberg.net
fi-mo@hcmny.com
finance.dep@bancadipiacenza.it
financial.institutions@lrp.de
financial-risk@allianz.com
financials@citadelgroup.com
finanza@bpv.it
finanza@carige.it
finbar.m.dowling@aib.ie
finbarr.farrell@bmo.com
finbarr.quirke@boigm.com
finch@bloomberg.net
findata-vendor@tudor.com
finddbpjc@bloomberg.net
findleys@bernstein.com
finefrc1@nationwide.com
finkelstein@willcap.com
finkelstein_stephen@jpmorgan.com

finkelsteins@umtb.co.il
finlay.macdonald@resolutionasset.com
finni.sigurdsson@glitnir.is
finoa.tidswell@aberdeen-asset.com
finola.dogerty@tcw.com
finola.doherty@tcw.com
finstab@nbb.be
finteam@omega-advisors.com
fiona.a.lavelle@aibbny.ie
fiona.badian@db.com
fiona.bensusan@blackrock.com
fiona.bryans@hsh-nordbank.co.uk
fiona.colley@barclaysglobal.com
fiona.craig-smith@eu.nabgroup.com
fiona.davy@uk.fid-intl.com
fiona.deans@morganstanley.com
fiona.e.foley@aibbny.ie
fiona.farrell@glgpartners.com
fiona.flannery@depfa.ie
fiona.hagdrup@mandg.co.uk
Fiona.Harrington@barclaysglobal.com
fiona.lim@pioneerinvest.com.sg
fiona.m.egan@jpmorgan.com
fiona.morrison@db.com
fiona.neill@ubs.com
fiona.neville@gs.com
fiona.o'leary@pfizer.com
fiona.orford-williams@gerrard.com
fiona.rowley@jpmorgan.com
fiona.smith@boimail.com
fiona.wills@bnpparibas.com
fiona_dickinson@standardlife.com
fiona_ellard@blackrock.com
fiona_leonard@troweprice.com
fiona_melville@standardlife.com
fionnan.d.o'sullivan@bankofny.com
fionne.crichton@morganstanley.com
fionnuala.earley@nationwide.co.uk
fioravante.lombardo@bsibank.com
fiorello@ellington.com
fiorentino9@bloomberg.net
firas.askari@bmo.com
firesearch@barrowhanley.com
fi-research@nuernberger.de

firmino.morgado@uk.fid-intl.com
first.last@email.com
first.surname@citigroup.com
firstinitialsurname@cazenove.com
firstinitialsurname@firststate.co.uk
firstinitialsurname@kempen.nl
firstinitialsurname@mfs.com
firstinitialsurname@thamesriver.co.uk
firstname.lastname@isisam.com
firstname.lastname@jpmorganfleming.com
firstname.surname@axa-im.com
firstname.surname@bailliegifford.com
firstname.surname@bankofengland.co.uk
firstname.surname@caam.com
firstname.surname@db.com
firstname.surname@framlington.co.uk
firstname.surname@gs.com
firstname.surname@insightinvestment.com
firstname.surname@lazard.com
firstname.surname@lodh.com
firstname.surname@morganstanley.com
firstname.surname@ubs.com
firstname.surname@worldinvest.com
firstname_lastname@blackrock.com
firstname_surname@acml.com
firstname_surname@ldn.invesco.com
firstname_surname@newton.co.uk
firstname_surname@standardlife.com
firstnamesurname@bapfin.co.uk
firtsnamelastname@gic.com.sg
fischbacher@cimbanque.ch
fischer.deena@principal.com
fischer.janelle@luthbro.com
fishbro@msn.com
fisher_carmen@fsba.state.fl.us
fisherm4@aetna.com
fitnat.akahan@morganstanley.com
fitz.wickham@inginvestment.com
fitzgerj@strsoh.org
fitzgibbon.sp@tbcam.com
fitzpajw@ucarb.com
fiukig.research@fandc.com
fiw@capgroup.com
fiwasa@us.mufg.jp

fixed.income@juliusbaer.com
fixedincome.be@dexia-am.com
fixedincome@banc-agricol.ad
fixedincomefails@capgroup.com
fixed-prices@deshaw.com
fixincome.bgieurope@barclaysglobal.com
fjaccarino@fftw.com
fjansen3@bloomberg.net
fjavier.miron@grupobbva.com
fjazagra@gruposantander.com
fjboggan@wellington.com
fjennings@oppenheimerfunds.com
fjescobar@gruposantander.com
fjfowler@duke-energy.com
fjiang@waddell.com
fjimenez@notes.banesto.es
fjjamison@leggmason.com
fjo@ubp.ch
fjohnson@westernasset.com
fjones@metlife.com
fjorent.rrushi@finmeccanica.com
fjr.tr@adia.ae
fjr@tchinc.com
fjsbvdvjd@lehman.com
fjungbluth@bloomberg.net
fjw@capgroup.com
fk12@ntrs.com
fkam@templeton.com
fkee@insinger.com
fkhambata@ifc.org
fkim@canyonpartners.com
fkm.tr@adia.ae
fkoechli@krafteurope.com
fkohnen@meag.com
fkondo@dl.dai-ichi-life.co.jp
fkoster@wellsfargo.com
fks@baupost.com
fkunik@dsaco.com
fkurosawa@daiwasbi.co.jp
fla@topdanmark.dk
flabatt@hestercapital.com
flafortezza@bloomberg.net
flaherty.ag@mellon.com
flahham@saib.com.sa

flahive.j@mellon.com
flamanna@bcp.it
flarrain@hiid.harvard.edu
flaval@oaktreecap.com
flavia.cheong@aberdeen-asset.com
flavien.giacometti@banque-diamantaire.ch
flavio.borghese@antonveneta.it
flavio.testi@bsibank.com
flawless@clinton.com
fle@brgco.com
flee@payden-rygel.com
flee@wellington.com
fleischmann.gerald@erstebank.at
fleisss@hmc.harvard.edu
fleminds@oge.com
flemingr@ebrd.com
flemings@stifel.com
flemming.nielsen@danskebank.dk
flesch@csob.cz
fleuriet@bloomberg.net
fleve@oddo.fr
flexer@fergwell.com
fleyungo@notes.banesto.es
flieblic@ny.ssrrealty.com
flilly@bankofny.com
flint@pmaia.com
flint@zionsbank.com
fllorenf@cajamadrid.es
flml@uk.danskebank.com
flo@gr.dk
flondon@omicorp.com
flopez@dow.com
flopiccolo@hapoalimusa.com
flor.veraart@meespierson.com
flora.giovannetti@bnlmail.com
flora.wang@lehman.com
flora_kim@nacm.com
floralam@icbcasia.com
florence.bonnevay@bnpparibas.com
florence.borel@socgen.co.uk
florence.chen@bmo.com
florence.chin@fhlbboston.com
florence.fonglopez@gmam.com
florence.marty@labanquepostale-am.fr

florence.micheel@haspa.de
florence.nicholas@caam.com
florence.picad@groupama.com
florence.poncharal@cnce.caisse-epargne.fr
florence.reid@prudential.com
florence.rochat@bcv.ch
florence.roegiers@ing.be
florence.s.chan@prudential.com
florence.schnydrig@credit-suisse.com
florence.serpeau@thalesgroup.com
florence.van.tomme@puilaetco.be
florence.velten@uboc.com
florence.wong@aig.com
florence_friedman@pechiney.com
florent.deixonne@axa-im.com
florent.lecam@cnp.fr
florent.lecinq@banque-france.fr
florent.odetto@socgen.com
florent.vallespir@aig.com
florenzio.vargas@pacificlife.com
florian.bardong@barclaysglobal.com
florian.castel@bnpparibas.com
florian.dittmer@bayernlb.de
florian.drexler@bayernlb.com
florian.esterer@swisscanto.ch
florian.friedel@rentenbank.de
florian.glinz@rzb.at
florian.gorbach@hypovbg.at
florian.grandcolas@axa-im.com
florian.greiner@dzbank.de
florian.hanl@erstebank.at
florian.kuebler@zkb.ch
florian.leipacher2@union-investment.de
florian.leisch@rcm.at
florian.marini@lodh.com
florian.riener@vpbank.com
florian.schuhbeck@hafm.de
florian.streiff@zkb.ch
florian.tanzer@db.com
florian.vonoppenheim@gs.com
florian@test.com
florian_burkhardt@swissre.com
florian_komac@swissre.com
florian_merkel@westlb.de

floriandelacomble@siege.thomson-csf.com
floridesa@biam.boi.ie
florina.minciu@axa-im.com
florine.chua@asia.bnpparibas.com
floris.hart@ingim.com
floris.van.den.berg@ingim.com
flossiehua@mas.gov.sg
floyd.greenwood@lazard.com
floyd_griffith@freddiemac.com
flozano@bancozaragozano.es
fls@turner-invest.com
flucibella@jhancock.com
flupica@lordabbett.com
flurin.grond@rmf.ch
flurin.joller@swisscanto.ch
fm.fixedincome.dollar@dnb.nl
fm.forecast@dnb.nl
fm.rn.bbr.pricelist@rn.rabobank.nl
fma@babsoncapital.com
fmac@kempen.nl
fmach@bloomberg.net
fmach1@bloomberg.net
fmadsen@troweprice.com
fmagneto@cajamadrid.es
fmainolfi@worldbank.org
fmaitre@cs.hottinger.fr
fmalcolm@russell.com
fmalfalcone@metlife.com
fmalvetani@intesasanpaolo.us
fmamc@bloomberg.net
fmanna@bci.it
fmanzanilla@bloomberg.net
fmarconi@fideuramcapital.it
fmarconi@fideuramireland.ie
fmarrapodi@willowbridge.com
fmartin@thamesriver.co.uk
fmartra@mutavie.fr
fmason@babsoncapital.com
fmason@hcmlp.com
fmasson@bft.fr
fmata@ceca.es
fmaybank@acsinc.net
fmaybank@bbandt.com
fmb@bankinvest.dk

fmccarthy@delinvest.com
fmcgill@downeysavings.com
fmeda@iccrea.bcc.it
fmeijer@aegon.nl
fmelhem@lehman.com
fmenendez@telefonicamedia.com
fmenezes@gpsbr.com
fmensah@metlife.com
fmerchan@ford.com
fmerlo@iccrea.bcc.it
fmermet@hrbanque.fr
fmerserve@brownadvisory.com
fmertens3@bloomberg.net
fmeschini@mutavie.fr
fmestresb@sanostra.es
fmfeng@mas.gov.sg
fmg@edfd.com
fmh@capgroup.com
fmichali@allianz.gr
fmichel@bft.fr
fmilley@websterbank.com
fminatchy@statestreet.com
fmita@mbna.com
fmk.tr@adia.ae
fml@lrc.ch
fmmrykalo@tre.state.pa.us
fmoglia@bci.it
fmonasterio@bankofny.com
fmonfalcone@metlife.com
fmonterisi@bloomberg.net
fmorant@agfirst.com
fmorosan@notes.banesto.es
fmouhsine@kio.uk.com
fmu@franklintempleton.co.uk
fmustafa@lmcm.com
fmuusse@wolterskluwer.com
fnaim@princeton.edu
fnassetti@bci.it
fnavarro@ahorro.com
fncetinel@ziraatbank.com.tr
fnewtonjr@unumprovident.com
fng@frk.com
fnirawan@bankbii.com
fnm@capgroup.com

fnosal@firstambank.com
fnperng@mail.cbc.gov.tw
fo10@ntrs.com
fod@ubp.ch
fogestion@groupe-ccr.com
foglia.b@mellon.com
fokke.de.vries@nl.abnamro.com
fokke-tann.paradies@wgz-bank.de
foldib@mnb.hu
foleyp@tcwgroup.com
folkert.van.breugel@wolterskluwer.com
folksam@bloomberg.net
follari@nylim.com
fondadministration@postbank.lu
fondicri@bloomberg.net
fondimo@bpv.it
fondsdipo@bloomberg.net
fong.waicheong@uobgroup.com
fong.yoke.peng@icprc.com
fong_jarrod@jpmorgan.com
fong10@bloomberg.net
fongc@princeton.edu
fongkuenyee@gic.com.sg
fongma@bloomberg.net
fongsin@temasek.com.sg
fons.lute@klmpf.nl
fontana@capitalgest.it
foocy@ocbc.com.sg
foog@blomberg.net
fookley.wong@pggm.nl
foort.hamelink@lodh.com
foosc2@income.com.sg
foppe.zwikstra@kasbank.com
foppe-jan.vandermeij@sns.nl
ford.lankford@pncadvisors.com
ford.oneil@fmr.com
ford.young@boius.com
foreign_exchange@dell.com
foreman.phil@edgeassetmgt.com
forename.surname@threadneedle.co.uk
forero@nytimes.com
forex@aigpb.com
forex@bancaakros.it
forex@cial.ch

forget@bloomberg.net
forkner.km@tbcam.com
forno@mpsgr.it
forough.long@allianzcornhill.co.uk
forrest.stclair@fmr.com
forster@aigfpc.com
forsterr@bloomberg.net
fortuna_disanto@acml.com
fortunad@strsoh.org
forza@bloomberg.net
fossemaa@ebrd.com
foster.j.mccoy@db.com
foster@fhlb-of.com
fosterloh@bancopastor.es
fouad.ahmed@tdsecurities.com
fouad.farah@sgcib.com
fouad.hashem@aig.com
fought.catherine@principal.com
foule.diabiancel@axa-im.com
fourhands@bloomberg.net
fournier@pimco.com
fov6173@red.cam.es
fovinci@fergwell.com
fowler.hatley@avmltd.com
foxb@swcorp.org
foxcrk@tdsecurities.com
foxdavid@bloomberg.net
fp@bankinvest.dk
fpacicca@pictet.com
fpackard@hbk.com
fpaez@metlife.com
fpage@britannicasset.com
fpanelli@bloomberg.net
fpaolini@pictet.com
fpapakon@princeton.edu
fparkes704@aol.com
fpascual@tre.wa.gov
fpcmsfacom@fmr.com
fpedretti@sjs-group.com
fpenel@groupe-ccr.com
fperez@bancozaragozano.es
fperez@lehman.com
fpini@fideuramsgr.it
fpires@aegonusa.com

fpisani@cpr.fr
fpitts@bloomberg.net
fpmagee@delinvest.com
fpolimeni@iccrea.bcc.it
fpolito@bankofny.com
fpoon@westernasset.com
fporta@bpdbank.com
fpotente@bloomberg.net
fpozzi@fideuramsgr.it
fpuricelli.consultant@pioneerinvestments.com
fpurnell@keybank.com
fpuryear@wcbarksdale.com
fqueguineur@bloomberg.net
fqueiroz@us.nomura.com
fra@bankinter.es
frabell@mail.vsuarez.com
framza@bper.ch
fran.oconnor@davy.ie
fran.oneill@scotiabank.ie
fran.sheridan@chase.com
fran@shenkman.com
fran_burchman@ustrust.com
fran_migliocco@adp.com
franªois-m.brice@total.com
franca.ruta@arcafondi.it
france.maniaci@pioneerinvest.com
frances.dixon@chase.com
frances.hill@bankofengland.co.uk
frances.j.aylor@ironoakadvisors.com
frances.lee@westernasset.com.sg
frances.regalado@pimco.com
frances.scott@morleyfm.com
frances.wildhaber@group.novartis.com
frances.williams@ubs.com
frances.wong@citigroup.com
frances@hsaml.com
frances_barrett@ustrust.com
frances_dunn@acml.com
frances_fernandez@ustrust.com
frances_raboy@ssga.com
frances_sevilla@ustrust.com
frances_ts_lee@hkma.gov.hk
francesa.ronco@gartmore.com
francesb@bloomberg.net

francesca.ambrosetti@gestielle.it
francesca.assi@banca.mps.it
francesca.barberis@bcl.ch
francesca.battistelli@bgsgr.it
francesca.battisti-davies@morleyfm.com
francesca.borraccino@enel.it
francesca.dicarlo@enel.it
francesca.dicesare@gestielle.it
francesca.fiammengo@sella.it
francesca.fiorita@bpm.it
francesca.fornasari@gs.com
francesca.lograsso@blackrock.com
francesca.massone@tudor.com
francesca.rinaldi@sanpaolowm.com
francesca.rinaldi@sella.it
francesca.sampogna@fondiaria-sai.it
francesca.sanderson@jpmorgan.com
francesca.tonegato@cattolicaassicurazioni.it
francesca.vimercati@gnf.it
francesca_seegy@swissre.com
francescacomar@friuladria.it
francescantonio.candio@dreyfusbank.ch
francesco.agnes@ersel.it
francesco.altilia@bper.it
francesco.badaracco@bsibank.com
francesco.betti@gestielle.it
francesco.bosatra@am.generali.com
francesco.bracchi@pioneerinvestments.com
francesco.bugini@bancalombarda.it
francesco.campominosi@bpmvita.it
francesco.carloni@mediobanca.it
francesco.cecchetti@enifin.emi.it
francesco.ceci@antonveneta.it
francesco.cirieco@chase.com
francesco.colombo.berrettarossa@it.zurich.com
francesco.compostella@bt.com
francesco.conte@jpmorganfleming.com
francesco.cordua@arcafondi.it
francesco.cucinelli@richemont.com
francesco.dall'angelo@pioneerinvest.it
francesco.de@crediop.it
francesco.dibari@t-systems.de
francesco.di-benedetto@ubs.com
francesco.dimeo@sanpaoloimi.com

francesco.diriso@sella.it
francesco.dolfino@mediobanca.it
francesco.donato@bancaprofilo.it
francesco.drudi@ecb.int
francesco.espositof@mpsgr.it
francesco.faraci@credit-suisse.com
francesco.ferrario@capitalia-am.com
francesco.filacchioni@bpbassicurazioni.it
francesco.fonzi@credit-suisse.com
francesco.forni@ubs.com
francesco.frattola@am.generali.com
francesco.giovagnoni@bnlmail.com
francesco.gruosso@pioneerinvest.ie
francesco.ieva@am.generali.com
francesco.luraschi@credit-suisse.com
francesco.mallardo@hsh-nordbank.co.uk
francesco.mameo@saisim.it
francesco.marinaro@meieaurora.it
francesco.marzullo@indesitcompany.com
francesco.merli@arcafondi.it
francesco.metrangolo@enifin.eni.it
francesco.papadia@ecb.int
francesco.perissin@credit-suisse.com
francesco.racheli@np.ge.com
francesco.rizzuto@gestielle.it
francesco.rustici@citicorp.com
francesco.sandrini@pioneerinvest.ie
francesco.sedati@uk.fid-intl.com
francesco.serpilli@bancamarche.it
francesco.tam@antonveneta.it
francesco.venturini@enel.it
francesco_brotto@bpmarostica.it
francesco_p_sinatra@prusec.com
franci.he@morganstanley.com
francie.gallacher@janus.com
francijn.de.ruijter@abpinvestments.nl
francine.bovich@morganstanley.com
francine.hoppe.krasner@mailpoalim.co.il
francine.lenoir@caam.com
francine.minch@kodak.com
francine.perdu@creditlyonnais.fr
francine.perrone@blackrock.com
francine.smith@tcw.com
francine_atiyeh@bankone.com

francine_loomiller@invescofunds.com
francis.aloi@pncbank.com
francis.ambrosi@ugls.com
francis.anner@ubs.com
francis.campeau@uk.nomura.com
francis.chung@schroders.com
francis.coker@capitalonebank.com
francis.delattre@seb.se
francis.dennis@principal.com
francis.fraenkel@nb.com
francis.frecentese@morganstanley.com
francis.heagney@pioneeraltinvest.com
francis.hutchinson@nationwide.co.uk
francis.jacobs@wachovia.com
francis.jaisson@groupe-mma.fr
francis.keene@pncbank.com
francis.kestler@bmo.com
francis.lee@sgam.com
francis.liwanag@barclayscapital.com
francis.maclean@db.com
francis.marois@tres.bnc.ca
francis.mitchell@yesbank.com
francis.o.idehen@intel.com
francis.ogrady@pncbank.com
francis.pirozzi@jpfinancial.com
francis.reid@gartmore.com
francis.sorensen@nuveen.com
francis@mwv.com
francis_everington@commerzbank.com
francis_mckenna@ml.com
francis_ok@nylim.com
francis_sc_chu@hkma.gov.hk
francisc.bataller@d2.grupobbva.com
francisca.riederer@assetmanagement.zh.ch
francisco.bengzon@jpmorgan.com
francisco.blanco@telefonica.es
francisco.bouzas@group.novartis.com
francisco.cruz@bsnp.pt
francisco.deines@telefonica.es
francisco.gochez@glgpartners.com
francisco.magalhaes.carneiro@bancobpi.pt
francisco.marquez@jpmchase.com
francisco.martins@rbc.com
francisco.mochonmorcillo@telefonica.es

francisco.perez@mccombs.utexas.edu
francisco.pinto@bcb.gov.br
francisco.ramalho@dgpatr.pt
francisco.simon@ibercaja.net
francisco_bido@americancentury.com
francisco_salva@den.invesco.com
franciscoch@iadb.org
franciskoo@cmfchina.com
francisli@bochk.com
francist@london.cic.fr
franck.boisson@ap.natixis.com
franck.bruyere@edfgdf.fr
franck.de-vaulx@sgcib.com
franck.heinen@bdl.lu
franck.jusseaume@ingferri.fr
franck.lacour@barclayscapital.com
franck.leroy@sgam.com
franck.luxembourger@dexia-bil.com
franck.moehrel@socgen.com
franck.mongison@axa-im.com
franck.monier@bnpparibas.com
franck.richard@federal-finance.fr
franck.simonnet@caam.com
franck.souillard@ingbank.fr
franck_mercier@ssga.com
franck_morel@coface.com
franco.autizi@bancaakros.it
franco.autizi@bnlmail.com
franco.carelli@bmonb.com
franco.castagliuolo@fmr.com
franco.colombo@mpsgr.it
franco.cugnach@intesasanpaolo.com
franco.d'aulerio@hvbeurope.com
franco.diguardo@bbls.ch
franco.dimario@bnlmail.com
franco.fiameni@interbanca.it
franco.fieni@bpv.it
franco.lapi@fondiaria-sai.it
franco.montano@bsibank.com
franco.ortolani@am.generali.com
franco.panfili@bancaditalia.it
franco.ravaglia@capitalia-am.com
franco.rossi@us.standardchartered.com
franco.scheil@wgz-bank.de

franco.sobrero@pioneerinvest.it
franco.spiccia@ubm.unicredit.it
franco_ferrarese@generali.com
franco_maniaci@putnam.com
francoib@ebrd.com
francoic@jwseligman.com
francois.artignan@uk.bnpparibas.com
francois.brochard@axa-im.com
francois.brun@alcatel-lucent.com
francois.brunault@ubs.com
francois.brunetti@lodh.com
francois.buonomo@marly-gestion.fr
francois.caille@sgcib.com
francois.chauveau@cnce.caisse-epargne.fr
francois.chavanne@ubs.com
francois.dalverny@ch.michelin.com
francois.de.saint-pierre@lazard.fr
francois.deroussy@fr.rothschild.com
francois.dhautefeuille@caam.com
francois.dieryk@puilaetco.com
francois.drouin@citadelgroup.com
francois.duruy@clf-dexia.com
francois.faure@bnpparibas.com
francois.gauvin@rbc.com
francois.haitaian@bnpparibas.com
francois.j.brochard@jpmorgan.com
francois.jaclot@interbrew.com
francois.julia@bcge.ch
francois.karacsony@vontobel.ch
francois.klitting@axa-im.com
francois.laget@sgam.com
francois.lavier@lazard.fr
francois.lehmann@lts.liebherr.com
francois.licoppe@creditlyonnais.lu
francois.luisoni@csfs.com
francois.manivel@ikb.de
francois.marlier@bbh.com
francois.menut@federal-finance.fr
francois.nordhof@bcp-bank.com
francois.otieno@anthem.com
francois.poisson@legrand.fr
francois.rossier@credit-suiss.com
francois.roudet@lazard.fr
francois.ruiz@bnpparibas.com

francois.simond@bcv.ch
francois.soupe@sgam.com
francois.touati@axa-im.com
francois.valette@bnpparibas.com
francois.vandermerwe@bankofbermuda.com
francois.vantichelen@hsbcdewaay.be
francois.verveur@suravenir.fr
francois@work.com
francois_cohas@ml.com
francois_noble@smabtp.fr
francois_siegwart@ml.com
francoise.belleguic@sodexhoalliance.com
francoise.cambilargiu@remy-cointreau.com
francoise.debrus@ca-paris.fr
francoise.dugas-lamotte@bnpparibas.com
francoise.guillaume@sgam.com
francoise.kotur@rmf.ch
francoise.leroy@caam.com
francoise.maret@banquecramer.ch
francoise.prats@caam.com
francoise.watson@swipartnership.co.uk
francoise_labbe@aviva.fr
francois-guillaume.rideau@sgam.com
francoisxavier.aubry@axa-im.com
francois-xavier.chevallier@bnpparibas.com
francois-xavier.deucher@sgam.com
francoisxavier.foucault@axa-im.com
frandim.lndb@bloomberg.net
franek.vercruysse@fortisbank.com
frang@bloomberg.net
franj@danskebank.dk
frank.abraham@bankofamerica.com
frank.accetta@morganstanley.com
frank.accovelli@alliancebernstein.com
frank.aiello@lazard.com
frank.altrock@apobank.de
frank.amberg@meag.com
frank.arlia@alliancebernstein.com
frank.arnold@cominvest-am.com
frank.aschenbach@helaba.de
frank.ashby@ironoakadvisors.com
frank.bambace@daiwausa.com
frank.bartschat@nordlb.de
frank.baumann@oppenheim.de

frank.beardsley@xlgroup.com
frank.berens@fbs.nl
frank.berger@hsh-nordbank.com
frank.bickel@commerzbank.com
frank.biller@bw-bank.de
frank.biondo@csam.com
frank.bisdorf@ubs.com
frank.blass@westam.de
frank.boetzer@wuestenrot.de
frank.braeunig@cominvest-am.com
frank.brandstaetter@ruv.de
frank.bruno@sscims.com
frank.bruttomesso@allianceberstein.com
frank.burke@insightinvestment.com
frank.burri@credit-suisse.com
frank.burschel@bayernlb.de
frank.byrne@nationalcity.com
frank.caccio@hcmny.com
frank.caruso@alliancebernstein.com
frank.catalano@lazard.com
frank.cerveny@dzbank.de
frank.chapman@bg-group.com
frank.chen@swipartnership.co.uk
frank.chiang@wellscap.com
frank.chiofalo@americas.bnpparibas.com
frank.choi@sscims.com
frank.claus@belgacom.be
frank.connaughton@boiss.boi.ie
frank.conti@daiwausa.com
frank.cristiano@fmr.com
frank.crittin@lodh.com
frank.cross@ubs.com
frank.czichowski@kfw.de
frank.de.kleijn@abpinvestments.nl
frank.de.lange@ingim.com
frank.delvecchio@jpmorgan.com
frank.derooij@pmintl.com
frank.desharnais@db.com
frank.devine@lazard.com
frank.d'hondt@fortisinvestments.com
frank.diebold@morganstanley.com
frank.ding@capitalglobal.com
frank.diop@bnpparibas.com
frank.dittrich@naspa.de

frank.domm@kfw.de
frank.donovan@fmr.com
frank.dorka@novartis.com
frank.duplak@prudential.com
frank.ecker@axelspringer.de
frank.eckhardt@dit.de
frank.eisold@lbb.de
frank.else@ubs.com
frank.engels@union-investment.de
frank.eppinger@hypovereinsbank.de
frank.euvrard@dexia.com
frank.fernandes@trs.state.tx.us
frank.fiore@ubs.com
frank.fogiel@bbl.be
frank.fulhan@fmr.com
frank.gaensch@cominvest-am.com
frank.galea@schwab.com
frank.gambino@db.com
frank.gambino@rbc.com
frank.ganserer@siemens.com
frank.gao@westernasset.com
frank.gobrecht@sparkasse-bremen.de
frank.goergen@ubs.com
frank.grehl@activest.de
frank.greisel@bayernlb.com
frank.haering@dsl-bank.de
frank.hall@ffbc-oh.com
frank.hamelijnck@fortisinvestments.com
frank.hansen@allianzgi.de
frank.harris@mhcb.co.uk
frank.hartmann@deka.de
frank.hendricks@sskduessekdorf.de
frank.hermann@bayerninvest.de
frank.hochheimer@aig.com
frank.hoerning.andersen@jyskebank.dk
frank.holsteen@chicagoasset.com
frank.hoppe@hafm.de
frank.huang@chinatrustusa.com
frank.huber@credit-suisse.com
frank.huebner@oppenheim.de
frank.huth@lbbw.de
frank.hvid.petersen@nordea.com
frank.iim.van.etten@ingim.com
frank.isaksen@seb.no

frank.izzo@siemens.com
frank.j.o'kennedy@aib.ie
frank.jesse@hsh-nordbank.com
frank.joachim@trinkaus.de
frank.jolliet@kfw.de
frank.jones@bmo.com
frank.jones@prudential.com
frank.juliano@lodh.com
frank.jung@lrp.de
frank.kaufmann@bw-bank.de
frank.kaup@apobank.de
frank.kemper@oppenheim.de
frank.keough@ibtco.com
frank.klein@oppenheim.de
frank.knapp@ubs.com
frank.kokai@pimco.com
frank.kokai@sscims.com
frank.kolkmann@hsh-nordbank.com
frank.kosiolek@oppenheim.de
frank.kouwenberg@ingim.com
frank.krahn@sparkasse-krefeld.de
frank.kreuzhagen@ikb.de
frank.kuemmet@db.com
frank.lamby@hyporealestate.de
frank.lancia@ftcm.com
frank.lang@kfw.de
frank.laufenburg@sebam.de
frank.law@hk.standardchartered.com
frank.lehrbass@ikb-cam.de
frank.leslie@firstar.com
frank.lubrich@ubs.com
frank.madden@nyc.nxbp.com
frank.manduca@ubs.com
frank.mayer@commerzbankib.com
frank.mccreary@pacificlife.com
frank.mcdonnell@db.com
frank.menn@dzbank.de
frank.mensah@morleyfm.com
frank.mertens@dexia.be
frank.messina@db.com
frank.milligan@pfpc.com
frank.moisson@ing.lux
frank.mueller@postbank.de
frank.muesel@ubs.com

frank.neidert@lbbw.de
frank.neugebauer@westlb.lu
frank.novellino@morganstanley.com
frank.nyffenegger@credit-suisse.com
frank.oberhoff@bhf-bank.com
frank.oconner@aib.ie
frank.oldeweme@fortis.lu
frank.ossino@thehartford.com
frank.osswald@sparkassenversicherung.de
frank.otten@hsh-nordbank.com
frank.otto@dzbank.de
frank.p.mcardle@aib.ie
frank.packard@hsbc.co.jp
frank.packer@bis.org
frank.parensen@lrp.de
frank.pascarella@chase.com
frank.persyn@dexia.be
frank.pradel@trinkaus.de
frank.r.gough@jpmorgan.com
frank.rauber@swissfirst.ch
frank.retzmann@wuestenrot.de
frank.richter@westam.com
frank.rittgen.fr@bayer-ag.de
frank.robleto@us.standardchartered.com
frank.roggow@apobank.de
frank.rowe@fandc.com
frank.rust@deka.de
frank.ryzbarsky@gmam.com
frank.salem@columbiamanagement.com
frank.sassano@avon.com
frank.sauer@activest.de
frank.schaefer@helaba.de
frank.scherpeltz@deka.de
frank.schmitt@boimail.com
frank.schubert@apobank.de
frank.schultz@americas.bnpparibas.com
frank.schuster@dekabank.de
frank.schwarz@db.com
frank.schweitzer@fraspa1822.de
frank.sievert@barmenia.de
frank.sikora@ubs.com
frank.silber@hsh-nordbank.com
frank.smeltink@achmea.nl
frank.sodano@americas.bnpparibas.com

frank.soerensen@jyskebank.dk
frank.stoefer@dghyp.de
frank.suozzo@alliancebernstein.com
frank.tango@jpmorganfleming.com
frank.thoeren@dbv-winterthur.de
frank.thormann@union-investment.de
frank.tibo@hvb.de
frank.tiernan@fhlbtopeka.com
frank.trumbour@prudential.com
frank.tueffers@dzi.lu
frank.umlauf@oppenheim.de
frank.v.d.kant@pggm.nl
frank.vallario@ubs.com
frank.vandenberg@lodh.com
frank.vangansbeke@fortis.com
frank.vanselow@dit.de
frank.verstraeten@raiffeisen.ch
frank.votta@bbh.com
frank.w.hemeter@columbiamanagement.com
frank.waldhaus@dresdner-bank.com
frank.walhoefer@cominvest-am.com
frank.weber@gz-bank.de
frank.wedekind@gartmore.com
frank.wellendorf@oppenheim.de
frank.wiederhold@union-investment.de
frank.wigger@winterthur.ch
frank.willmann@dresdner-bank.com
frank.woglam@asbinc.com
frank.wolfert@activest.de
frank.yu@barclaysglobal.com
frank.zhang@barclaysglobal.com
frank.zhang@nacm.com
frank.zheng@morganstanley.com
frank.zinnecker@zinnecker-consult.com
frank.zschau@deka.de
frank@husic.com
frank@shenkmancapital.com
frank@whbhk.com
frank_a_piacentino@fleet.com
frank_atkins@csx.com
frank_cataldo@conning.com
frank_cesario@vanguard.com
frank_eggers@westlb.de
frank_feng@nacm.com

frank_g_ventola@fleet.com
frank_haggerty@dpimc.com
frank_marckioni@ml.com
frank_mcconville@prusec.com
frank_rachwalski@scudder.com
frank_ronan@swissre.com
frank_rosetti@ustrust.com
frank_s_sileo@prusec.com
frank_salem@ustrust.com
frank_schuermann@westlb.de
frank_sutton@ntrs.com
frank_vetrano@freddiemac.com
frank-2819@email.esunbank.com.tw
frankc@woodstock.cccall.com
frankcao@abcnyoffice.com
frankcst@capgroup.com
frankfong@dahsing.com
frankie.li@bmo.com
frankie.mcgann@dzbank.ie
frankieboy@bloomberg.net
frankieho@dahsing.com
frankiewu@whbhk.com
frankin.rogers@pnc.com
frankji@vankampen.com
frank-karel.snepvangers@uk.abnamro.com
frankl3c@kochind.com
franklin.adatsi@bailliegifford.com
franklin.edochie@gs.com
franklin.leong@db.com
franklin.mccoy@wachovia.com
franklin.wagner@mail.ing.nl
franklin.white@pnc.com
franklin_ayers@bancone.com
franklin_mccoy@freddiemac.com
franklin_rubin@aimfunds.com
franklinpoon@gic.com.sg
frankm@mizuhocap.com
frank-ruediger.griep@schmidtbank.de
franks@oechsle-de.com
frankteri@bloomberg.net
franktsai@mail.cbc.gov.tw
frankwall@angloirishbank.ie
franky_mui@ssga.com
franquescarlos@bansabadell.com

franruch@clinton.com
frans.bedaux@nl.abnamro.com
frans.de.wit@pggm.nl
frans.verhaar@ingim.com
frans_de_jong@deltalloyd.nl
frantisek_kanka@kb.cz
frantoise_darras@pechiney.com
franz.ehrensberger@gx.novartis.com
franz.fohrafellner@erstebank.at
franz.fuchs@oppenheim.de
franz.fuxa@ba-ca.com
franz.gruber@ba-ca.com
franz.herrmann@hsbctrinkhaus.de
franz.hoebel@dit.de
franz.j.loerch@jpmorganfleming.com
franz.kisser@sparinvest.com
franz.madl@ba-ca.com
franz.muehl@bankgesellschaft.de
franz.schmid@slhfp.ch
franz.seow@wellsfargo.com
franz.sturzenegger@claridenleu.com
franz.teizer@ba-ca.com
franz.weis@fandc.co.uk
franz.welsch@hauck-aufhaeuser.de
franz.wenzel@axa-im.com
franz.zlamal@dresdner-bank.com
franz_valencia@putnam.com
franza@bper.ch
franz-christian.mach@rzb.at
franziska.hofweber@vontobel.ch
franziska.liebich@claridenleu.com
franziska-julia.loehmann@db.com
franz-josef.schulte@rwe.com
fras@capgroup.com
fraser.brown@db.com
fraser.fernee@uk.nomura.com
fraser.laird@swip.com
fraser.lundie@fortisinvestments.com
fraser.mackie@socgen.co.uk
fraser.thomas@mhcb.co.uk
fraser_chalmers@standardlife.com
frauke.skudelny@ecb.int
frazer.barrie@swipartnership.co.uk
frazer.macfarlane@glitnir.co.uk

frca03@handelsbanken.se
frcardona@bancamarch.es
frd@ubp.ch
fred sykes@uk.fid-intl.com
fred.chapey@ssmb.com
fred.clatworthy@uk.nomura.com
fred.cohen@alliancebernstein.com
fred.copper@columbiamanagement.com
fred.d.binka@jpmorgan.com
fred.debbane@hsbcpb.com
fred.dopfel@barclaysglobal.com
fred.eis@thehartford.com
fred.engimann@abnamrousa.com
fred.eversmann@telekom.de
fred.feng.wang@morganstanley.com
fred.ferraro@selective.com
fred.goetzke@barclaysglobal.com
fred.herrmann@blackrock.com
fred.hosken@raymondjames.com
fred.just@commerzbank.com
fred.lamberth@alcoa.com
fred.lee@ubs.com
fred.lewis@hsbc.com
fred.lieblich@blackrock.com
fred.loh@jpmorgan.com
fred.massey@db.com
fred.oroke@mn-services.nl
fred.peemoller@db.com
fred.pennekamp@wachovia.com
fred.pietrangeli@do.treas.gov
fred.plautz@thrivent.com
fred.post@bwater.com
fred.robertson@criterion.com
fred.senft@nationalcity.com
fred.shultz@ubs-oconnor.com
fred.siegel@morganstanley.com
fred.small@fmr.com
fred.smith@inginvestment.com
fred.ten.lohuis@us.ing.com
fred.thalmann@jamisonfirst.com
fred.wainwright@tuck.dartmouth.edu
fred.walther@bremerlandesbank.de
fred.weenig@nl.abnamro.com
fred.weinberger@blackrock.com

fred.whaley@raymondjames.com
fred_caparoso@fujibank.co.jp
fred_isleib@putnam.com
fred_maus@westlb.com
fred_mohl@americancentury.com
fred_moore@newton.co.uk
fred_rizzo@troweprice.com
fred_sandifer@freddiemac.com
fred_stuebe@ml.com
fred_tillman@swissre.com
fred_white@keybank.com
fred-02814@email.esunbank.com.tw
fredac@bloomberg.net
freddie.coldham@ibj.co.uk
freddie.napier@ubs.com
freddy.desquenne@dexia-am.com
freddy.huynh@barclaysglobal.com
freddy.susanto@dexia-am.com
frederic.adam@degroof.lu
frederic.anken@credit-suisse.com
frederic.atlan@axa-im.com
frederic.aujard@sgam.com
frederic.bach@axa-im.com
frederic.barroyer@sgam.com
frederic.beaumelou@morleyfm.com
frederic.bert@fortisinvestments.com
frederic.bonard@axa-im.com
frederic.bossens@fortis.com
frederic.boucher@natexisblr.us
frederic.boungnaseng@sgam.com
frederic.boyer@citadelgroup.com
frederic.braun@credit-agricole-sa.fr
frederic.chassot@creditfoncier.fr
frederic.dawance@lodh.com
frederic.de-benoist@db.com
frederic.degembe@ingim.com
frederic.degrange@ethias.be
frederic.destor@caam.com
frederic.devalkeneer@dexia-am.com
frederic.djidetchian@hvbeurope.com
frederic.dossantos@canal-plus.com
frederic.doucet@alcatel.fr
frederic.dubinski@morganstanley.com
frederic.dutry@ing.be

frederic.fauveaux@ing.lux
frederic.favre@barclaysglobal.com
frederic.fayolle@dws.de
frederic.ferminne@ingim.com
frederic.flament@bil-dexia.com
frederic.fretard@caam.com
frederic.gajdos@ubs.com
frederic.gautier@uk.fid-intl.com
frederic.goudonneix@axa-im.com
frederic.goupy@cnce.caisse-epargne.fr
frederic.guesnerot@banquedorsay.fr
frederic.helrebaudt@fortisinvestments.com
frederic.isaac@barclays.fr
frederic.j.hatt@jpmorgan.com
frederic.jallet@bred.fr
frederic.janbon@bnpparibas.com
frederic.jourdren@icgplc.com
frederic.juvy@bnpparibas.com
frederic.labia@caam.com
frederic.lamotte@indosuez.ch
frederic.laurent@caam.com
frederic.lebel@lombardodier.com
frederic.lebrun@degroof.be
frederic.lemeaux@caam.com
frederic.lenoir@lodh.com
frederic.lepetit@sgam.com
frederic.mary@cnp.fr
frederic.merz@dit.de
frederic.methlow@credit-suisse.ch
frederic.michelet@ceifo.caisse-epargne.fr
frederic.mouchel@jpmorgan.com
frederic.nicola@bcv.ch
frederic.olivier@ethias.be
frederic.ottesen@storebrand.no
frederic.pascal@caam.com
frederic.peemans@robeco.be
frederic.philippe@bred.fr
frederic.poizat@amb-generali.de
frederic.pons@sgam.com
frederic.r.lexow@jpmorgan.com
frederic.rebry@fortisinvestments.com
frederic.reubens@mn-services.nl
frederic.rosamond@caam.com
frederic.segur@labanquepostale-am.fr

frederic.servoin@lodh.com
frederic.sonney@bcv.ch
frederic.staub@bnpparibas.com
frederic.suhit@axa-im.com
frederic.surry@bnpparibas.com
frederic.tempel@axa-im.com
frederic.testi@credit-suisse.com
frederic.van.parijs@ingim.com
frederic.vanderschueren@dexia.be
frederic.vercher@mpsa.com
frederic.vilhes@ch.michelin.com
frederic.wuethrich@cial.ch
frederic.x.thomas@bnpparibas.com
frederic_bensimon@par.invesco.com
frederic_jarnet@ssga.com
frederic_mathier@swissre.com
frederic_tassin@aviva.fr
frederick.a.sabetta@jpmorgan.com
frederick.antwi@gs.com
frederick.boos@mbna.com
frederick.briggs@bcbsfl.com
frederick.devries@morleyfm.com
frederick.feuerherm@minnesotamutual.com
frederick.haack@glenmede.com
frederick.hoff@fmr.com
frederick.lang@pnc.com
frederick.marki@westernasset.com
frederick.pollock@morganstanley.com
frederick.poon@westernasset.com
frederick.serck@deutsche-hypo.de
frederick.wongpy@uobgroup.com
frederick_m_bercher@key.com
frederick_w_schwanke@fanniemae.com
fredericks@penntrust.com
fredericperrin@gic.com.sg
fredericue.olivier@ethias.be
frederik.bodin@nordea.com
frederik.bourgeois@dexia.com
frederik.de.jong@eureko.cc
frederik.deblock@credit-suisse.com
frederik.ducrozet@caam.com
frederik.jessen@lbbw.de
frederik.kalff@lodh.com
frederik.mehlitz@allfonds-bkg.de

frederik.plank@lbbw.de
frederik.rubens@mn-services.nl
frederik.stoop@fortisinvestments.com
frederik.vonameln@swisscanto.ch
frederik.wemhoener@cominvest-am.com
frederik.wemhoener@commerzbank.com
frederike.broekhuizen@rabobank.com
frederike.lyncker@uk.fid-intl.com
frederique.bette@dexia-am.com
frederique.dubrion@sgam.com
frederique.dufresnoy@gazdefrance.com
frederique.lavolte@caam.com
frederique.morieux@fortisinvestments.com
frederique_carrier@ldn.invesco.com
fredf@tmgny.com
fredkutten@bloomberg.net
fredric.azar@harrisbank.com
fredric.lingenfelter@nationalcity.com
fredric_levine@putnam.com
fredrik.aberg@carlsberg.com
fredrik.aglo@ap1.se
fredrik.akesson.2@credit-suisse.com
fredrik.altman@dmw.de
fredrik.andersson@swedbank.com
fredrik.attefall@brummer.se
fredrik.axsater@barclaysglobal.com
fredrik.barnekow@seb.se
fredrik.bergvall@afa.se
fredrik.bernold@hp.com
fredrik.bodin@nordea.com
fredrik.forssell@keva.fi
fredrik.fyring@sed.se
fredrik.hardling@nordea.com
fredrik.hedstrom@dnb.se
fredrik.hermansson@nordea.lu
fredrik.hultgren@seb.se
fredrik.jansson@seb.se
fredrik.kallstrom@alfredberg.se
fredrik.lagerbielke@inter-ikea.com
fredrik.lindstedt@amfpension.se
fredrik.lockne@seb.se
fredrik.malmen@brummer.se
fredrik.martenson@dnbnor.com
fredrik.mattsson@swedbankrobur.se

fredrik.myren@swedbankrobur.se
fredrik.nilert2@afa.se
fredrik.nordtrom@amfpension.se
fredrik.oberg@dnbnor.com
fredrik.sundvall@seb.se
fredrik.thor@amfpension.se
fredrik.thulin@swedbank.com
fredrik.walfridsson@westernasset.com
fredrik.wallman@brummer.se
fredrik_gjerstad@putnam.com
fredy.flury@vontobel.ch
freedmac@jwseligman.com
freek.bravenboer@bng.nl
freemanc@rabo-bank.com
freese.chris@principal.com
freeway@keb.co.kr
freichel@tswinvest.com
freida.tayhk@uobgroup.com
fremond@ca-suisse.com
frenk.van.der.vliet@nibc.com
frenklah@smbc-cm.com
frenzj@mail.nrucfc.org
frepoe@bloomberg.net
frestoy@bde.es
freyvogel.bg@mellon.com
fribeiro@servibanca.pt
fridoline.mapakou@sgam.com
fridrich.galavics@ba-ca.group-treasury.co.at
fridrik.magnusson@isb.is
frieda.seynaeve@ing.be
frieder.helbrecht@ubs.com
friedl.john@edgeassetmgt.com
friedman.jf@dreyfus.com
friedman.m@tbcam.com
friedrich.bacmeister@oppenheim.de
friedrich.frickenhaus@ikb.de
friedrich.henne@hypovereinsbank.de
friedrich.maier@pioneerinvestments.at
friedrich.meierjohann@adidas.de
friedrich.munsberg@duesshyp.de
friedrich.munsberg@muenchenerhyp.de
friedrich.piaskowski@dghyp.de
friedrich.prasser@devif.de
friedrich-a.driftmann@db.com

friedrich-wilhelm.kersting@oppenheim.de
friess@vankampen.com
frisbew@nationwide.com
friso.rengers@nl.abnamro.com
fritchiet@ggc.com
frithp@bernstein.com
frits.jetten@abpinvestments.nl
frits.moolhuizen@ingim.com
frits.vogel@lombardodier.com
frits.wielaard@akzonobel.com
frits@epsilonfunds.com
fritz.feldmann@mbczh.ch
fritz.frank@kfw.de
fritz.kandora@helaba.de
fritz.meyer@aiminvestments.com
fritz.otti@aua.com
fritz.schmidt@nuernberger.de
fritz_jeffries@freddiemac.com
fritzb@strsoh.org
fritzd1@nationwide.com
frivera@frk.com
frjcastabar@banamex.com
frla01@handelsbanken.se
frma05@handelsbanken.se
frmdpt@bloomberg.net
frmhorgen@bloomberg.net
frmo01@handelsbanken.se
frmoreno@wellsfargo.com
frocca3@bloomberg.net
frodrigv@bancomext.gob.mx
froebjn@wellsfargo.com
froidevaux.jean-pierre@bpk.ch
fromero@bancopastor.es
frontbdlr@banrep.gov.co
frontoffice@shizuoka.be
frost@aigfpc.com
frosth@bankofbermuda.com
frostt@coned.com
frovida@fideuramsgr.it
frsj03@handelsbanken.se
frsu04@handelsbanken.se
frt@capgroup.com
fru@ubp.ch
frubli@banxico.org.mx

fruehn@bloomberg.net
fryan@bankofny.com
frybinski@aegonusa.com
frydrych@cnb.cz
frysinger.tm@mellon.com
fsainz@ahorro.com
fsalas@strome.com
fsaldan@tudor.com
fsalido@bankinter.es
fsalina@pictet.com
fsanchezs@invercaixa.es
fsands@sarofim.com
fsaraniti@bancorio.com.ar
fsawaf@pictet.com
fschea@stonebridgebank.com
fschulman@fftw.com
fschwart@princeton.edu
fscott@viningsparks.com
fsdchy@gic.com.sg
fsengsiry@groupama-am.fr
fshahrabani@litchfieldcapital.com
fsheikh@atlanticasset.com
fsheikh@forwardua.com
fshepard@ford.com
fsiddiqi@mfs.com
fsilvala@cajamadrid.es
fsimo@us.nomura.com
fsimon@groupe-ccr.com
fsimpson@notes.banesto.es
fsledjeski@loomissayles.com
fsmall@lmfunds.com
fsoares@banco-privado.pt
fsocoloff@bloomberg.net
fsoriano@bloomberg.net
fsoule@nb.com
fspindler@payden-rygel.com
fsporer@metlife.com
fstaerk@meag.com
fsteindler@halcyonllc.com
fstrei@union-investments.de
fstrenger@delinvest.com
fsung@mdsass.com
fsustersic@turnerinvestments.com
fswong@metlife.com

fsyed@fftw.com
ft53@cornell.edu
ftaj@mfs.com
ftaveras@ag-am.com
ftaylor@lordabbett.com
ftaylor@ponderco.com
ftbmw@coralwave.com
fteitscheid@bear.com
fteixeira@wellington.com
ftenbrink@anthos.nl
fth@nbim.no
fth@volksbank.it
fthach@bloomberg.net
ftimons@lordabbett.com
fting3@bloomberg.net
ftinsect@ss.iij4u.or.jp
ftl@bloomberg.net
ftolentino@loomissayles.com
ftriolaire@sinopia.fr
fturcotte@onebeacon.com
fu@bpi.pt
fuad.elmani@citicorp.com
fubingtao@abchina.com
fu-enokiya@ja-kyosai.or.jp
fufei@bloomberg.net
fufidio_eve@jpmorgan.com
fuga.sm@mellon.com
fujicap02@bloomberg.net
fujii.h@daiwa-am.co.jp
fujii@dl.dai-ichi-life.co.jp
fujii_makoto@dn.smbc.co.jp
fujii-0ftw@jp.nomura.com
fujikawa.shingo@kokusai-am.co.jp
fujiko_matsumoto@ssga.com
fujimaru@dlusa.com
fujimaru@tmam.co.jp
fujimi@nochubank.or.jp
fujimori_seiya@dd.smbc.co.jp
fujimori02827@nissay.co.jp
fujimoto.t@daiwa-am.co.jp
fujimoto01773@nissay.co.jp
fujimoto20681@nissay.co.jp
fujinaga_masashi@dn.smbc.co.jp
fujioka.k@daiwa-am.co.jp

fujisan@dl.dai-ichi-life.co.jp
fujishima_akira@takeda.co.jp
fujita@daiwasbi.co.jp
fujiwara@bojny.com
fujiwara@daiwa-am.co.jp
fujiwara@nam.co.jp
fujiwara_nobutomo@dn.smbc.co.jp
fujiwara22503@nissay.co.jp
fujiwara-hi@daiwasbi.co.jp
fujiwara-iso@sumitomometals.co.jp
fukada.hajime@sumitomo-rd.co.jp
fukasawa5936@intra.cosmo-sec.co.jp
fu-komuro@ja-kyosai.or.jp
fukuda-t@daiwasbi.co.jp
fukui@daiwasbi.co.jp
fukumaru873562@sumitomobank.co.jp
fukuta@nam.co.jp
fukutani-toshiyuki@sc.mufg.jp
fulgenzio.jorio@bsibank.com
fulgenzio.jorio@vpbank.com
fullera@uk.ibm.com
fullerj@hmc.harvard.edu
fulvio.colonna@fincantieri.it
fulvio.innella@carifirenze.it
fumei@daiwa-am.co.jp
fumiaki.iwase@sumitomocorp.co.jp
fumiaki.nakao@shinseibank.com
fumie.fujikura@schroders.com
fumihiko.ito@highbridge.com
fumihiko.takahashi@daiwa.co.jp
fumihiko.tsuchida@shinseibank.com
fumihiko_otsuka@putnam.com
fumihiro.anzai@mizuho-bk.co.jp
fumihiro.kawasaki@mizuho-bk.co.jp
fumihito-iwabuchi@am.mufg.jp
fumiko_hagiwara@victoryconnect.com
fumiko_shimazaki@mitsubishi-trust.co.jp
fuminori.asaki@bernstein.com
fumio-motokawa@am.mufg.jp
fumiyasu.yokoo@tokyostarbank.co.jp
fumiyoshi_mano@suntory.co.jp
funatsu.daisuke@kokusai-am.co.jp
fund.selection@bcv.ch
fund@pkb.ch

funda.savci@bcv.ch
fundingdesk@bmonb.com
fundresearch@exane.com
fund-risk@nochubank.or.jp
funds@investcorp.com
fundsop@bloomberg.net
funglail@abchina.com.hk
funso.doherty@pncbank.com
fuochi@psai.com
fupengyu@abchina.com
furbinati@bloomberg.net
furbyo@strsoh.org
furio.francini@mediobanca.it
furuhashi-kazuyoshi@mitsubishi-sec.co.jp
furuichi@daiwasbi.co.jp
furuichi01257@nissay.co.jp
furukawa@daiwa-am.co.jp
furukawa@nochubank.or.jp
furuta.kenji@kokusai-am.co.jp
furuya833@dl.dai-ichi-life.co.jp
fusafumi.saito@westernasset.com
futoshi_iwamoto@mitsui-seimei.co.jp
futures_settlements@westlb.co.uk
fvanderminne@heinekenusa.com
fvarsaki@emporiki-asset.gr
fvasta@bankofny.com
fve@petercam.be
fvegadia@cajamdrid.es
fvgk9532@mb.infoweb.ne.jp
fvicolop@cajamadrid.es
fvrahnos@lordabbett.com
fvwisneski@wellington.com
fvyn@loomissayles.com
fwang@ofiinstitutional.com
fweber@pictet.com
fwettlaufer@lmfunds.com
fwhite@statestreet.com
fwmarketables@oakhillinvestments.com
fwong@fhlbsea.com
fwong@metlife.com
fwouters@spasset.lu
fwreynolds@pera.state.nm.us
fx@cbc.gov.tw
fxa@bpi.pt

fxdept@soppdedd.com
fx-derivatives@bhf-bank.com
fxdevulder@transat.tm.fr
fxg@bis.org
fxmm@discountbank.co.il
fxmm@discountbank.net
fxmorris@delinvest.com
fx-options@hsh-nordbank.com
fxresrch@microsoft.com
fxstaff.markets@ny.frb.org
fxue@standishmellon.com
fyicgopc@aol.com
fylim@mas.gov.sg
f-yokoo@nochubank.or.jp
fz5@dcx.com
fzanini@fhlbc.com
fzappaterra@apollocapital.com
fzheng@federatedinv.com
fzheng@us.nomura.com
g.allen@hermes.co.uk
g.berera@itcgr.net
g.bezzina@sanpaolo.fr
g.bodo@italcementi.it
g.bolan@fnysllc.com
g.boni@bpl.gruppobipielle.it
g.brearley@qic.com
g.brera@kairosinv.com
g.c.m.van.breukelen@robeco.nl
g.caprotti@finpromotion.ch
g.caramia@centrosim.it
g.casoni@fineco.it
g.christiansen@qic.com
g.colacicco@cassalombarda.it
g.conti@cofiri.it
g.debattista@bipielle.it
g.denti@fineco.it
g.desantis@net.mediolanum.it
g.dhalluin@cholet-dupont.fr
g.favero@bipielle.it
g.ferrari@fineco.it
g.fortunoff@fnysllc.com
g.fournier@olayangroup.com
g.fratti@bipielle.it
g.garrone@bipielle.it

g.ghiglieno@westlb.it
g.gloster@fnysllc.com
g.grospierre@bbbsa.ch
g.hawney@hermes.co.uk
g.henricksen@afdb.org
g.herouard@sanpaolo.fr
g.hery@cholet-dupont.fr
g.isak@wieneritalia.com
g.isolani@capitalia-am.com
g.joncheres@cogefi.fr
g.kevin@noemail.com
g.lakios@efgbank.lu
g.leporati@nrcl.com
g.liddell@qic.com
g.lucchelli@cassalombarda.it
g.malerbi@bipielle.it
g.mattioli@romagest.it
g.mcmanus@leggmason.co.uk
g.meserole@westernworld.com
g.michaelides@hellenicbank.com.cy
g.mimms@bancodinapoli.it
g.neville@nyc.rabobank.com
g.noordermeer@macintosh.nl
g.ong@indoverbank.com
g.orgera@hk.bdroma.com
g.quercioli@bancodinapoli.it
g.regoli@sace.it
g.robert.jorgenson@fhlb-pgh.com
g.ruzicka@hsbc.guyerzeller.com
g.sandovala@argentaria.es
g.savoini@volkswagen.de
g.sirks@vanlanschot.com
g.strang@hermes.co.uk
g.supino@astonbank.com
g.tellini@sace.it
g.texier@cogefi.fr
g.torchio@it.agusta.com
g.van.de.paal@robeco.nl
g.van.der.geer@robeco.nl
g.weber@staedtische.co.at
g.zwart@vanlanschot.com
g.zydel@easternbk.com
g_amano@nam.co.jp
g_iguchi@nam.co.jp

g157001@daishi-bank.jp
g157002@daishi-bank.jp
g157004@daishi-bank.jp
g3n@americancentury.com
g811004@daishi-bank.jp
g811006@daishi-bank.jp
g8852014@cathaylife.com.tw
ga13@ntrs.com
ga3@americancentury.com
gaash_soffer@ml.com
gabby.movshovich@mailpoalim.co.il
gabe.anuar@avmltd.com
gabe.bodhi@janus.com
gabe.thornhill@chase.com
gabegoh@bloomberg.net
gabej.feder@jpmorgan.com
gabi.eckard@amg-invest.de
gabjoongkim@hanmail.net
gabjurman@bjurman.com
gabor.poberschin@dzbank.de
gabor.vogel@dzbank.de
gabrams@delinvest.com
gabriel.andraos@dexia-am.com
gabriel.bartholdi@zkb.ch
gabriel.cochmer@citadelgroup.com
gabriel.csendes@ubs.com
gabriel.degen@bkb.ch
gabriel.degen@credit-suisse.com
gabriel.garber@electrolux.se
gabriel.heskin@threadneedle.co.uk
gabriel.kochmer@citadelgroup.com
gabriel.maeder@bonusplus.ch
gabriel.ng@daiwausa.com
gabriel.nolan@sachsenlb.ie
gabriel.panzenboeck@rcm.at
gabriel.presler@nb.com
gabriel.riedel@hcmny.com
gabriel.rivera@blackrock.com
gabriel.roberts@exane.com
gabriel.tissot@bnpparibas.com
gabriel.togneri@pge-corp.com
gabriel.torres@bgf.gobierno.pr
gabriel.wallach@fortisinvestments.com
gabriel.wetter@alfredberg.se

gabriel@bessemer.com
gabriel_solomon@troweprice.com
gabriela.kohler@juliusbaer.com
gabriela.miron@ms.com
gabriela.popescu@ibtco.com
gabriela.schneider@morleyfm.com
gabriela.soppelsa@morganstanley.com
gabriela.stadler@roche.com
gabriela.stefanic@ie.dexia.be
gabriela.ursea@deshaw.com
gabriela.zimmermann@lloydsbank.ch
gabriela@princeton.edu
gabriela_mitchell@putnam.com
gabriela_stadler@swissre.com
gabriele.bedolla@bsibank.com
gabriele.breuer@wmam.com
gabriele.collatz@oppenheim.de
gabriele.galati@bis.org
gabriele.grewe@sarasin.ch
gabriele.horst.gh@bayer-ag.de
gabriele.kapfer-gill@fandc.com
gabriele.lauerer@aam.de
gabriele.manferdini@hyposwiss.ch
gabriele.odone@bbls.ch
gabriele.roolfs@stinnes.de
gabriele.simonetti@unicredit.it
gabriele.ugolini@bper.it
gabriele.wirth@dzbank.de
gabriella.a.barschdorff@jpmorgan.com
gabriella.abderhalden@ubs.com
gabriella.nawi@lazam.co.uk
gabriella_sartor@generali.com
gabrielle.a.o'sullivan@bankofny.com
gabrielle.adam@cnp.fr
gabrielle.boyle@lazard.com
gabrielle.g.croke@aib.ie
gabrielle.perregaux@ubs.com
gabrielneo@dbs.com
gabywilliams@carlton.com
gac@baupost.com
gad.berdugo@lazard.com
gadams@alger.com
gadashek@allstate.com
gadreau@dial.oleane.com

gadvani@metlife.com
gael.dalpan@bpb.barclays.com
gael.desprezdelamorlais@bgpi.com
gael.gauthier@bnpparibas.com
gaele.buffard@deka.de
gaelle.mansard@caam.com
gaelle.philippe@axa-im.com
gaelle.saintdrenant@banque-bpsd.fr
gaelle.trezza@ubs.com
gaetan.couvreur@bbl.be
gaetan.delvaux@fortisag.be
gaetan.herinckx@dexia-am.com
gaetan.laroche@dexia-bil.com
gaetan.obert@bnpparibas.com
gaetane.cej@gov.ab.ca
gaetano.dimicelli@alliancebernstein.com
gafranci@hibernia.com
gagan.singh@pnc.com
gaglynn@uss.com
gagnesl@aetna.com
gagnon.h@bimcor.ca
gaguirre@dcf.pemex.com
gah.na@adia.ae
gaia.resnati@mpsalternative.it
gaiane.oganessian@jpmorgan.com
gail.brazell@huntington.com
gail.g.bownes@jpmorgan.com
gail.grimmett@corp.delta.com
gail.hartley.a4zk@statefarm.com
gail.hosselbarth@sunlife.com
gail.lecoz@bnpparibas.com
gail.russell@syb.com
gail.schaumann@avmltd.com
gail.zilka@pncbank.com
gail@cicinvestments.com
gail_clay@ustrust.com
gail_foresyth@putnam.com
gail_manning@troweprce.com
gail_nastasi@ml.com
gaile.gong@lionhart.net
gainii@halykbank.kz
gaite.ali@morganstanley.com
gaiti_ali@acml.com
gaizka.arrazola@cajalaboral.es

gajdos.vladimir@slsp.sk
gajerawala.jaideep@principal.com
gakim@wellington.com
gakin@deshaw.com
gakins@alliedcapital.com
gaku.furuta@mizuhocbus.com
gala.rp@mellonequity.com
gale.gerrier@bnpparibas.com
galen.lockwood@bbh.com
galfaro@bym.es
galferez@bloomberg.net
galia.velimukhametova@glgpartners.com
galiam@bll.co.il
galizia@eib.org
gallagm@bloomberg.net
gallahue@db.com
gallain@oddo.fr
gallant_bruce@jpmorgan.com
gallen@bradfordmarzec.com
gallen@davenportllc.com
galley.ramsaroop@mizuhocbus.com
gallina@capitalgest.it
gallus@devk.de
galmaller@bloomberg.net
galvin.stacy@gene.com
galway@highbridge.ky
gamackay1@bloomberg.net
gamaliel.blanco@morganstanley.com
gamaurcl@cial.cic.fr
gamblej@strsoh.org
gan@lrcasia.ch
ganas@seas.upenn.edu
ganderko@bloomberg.net
ganderson@deerfieldcapital.com
ganderson@ftadvisors.com
gandrews@mcdinvest.com
ganesh.h.kaulaskar@unb.co.ae
ganesh.nayak@fgb.ae
ganesh.ramachand@lazard.com
ganesh.x.lakshminarayana@jpmchase.com
ganesh@princeton.edu
ganeshs@bankmuscat.com
gang.chang@citadelgroup.com
gang.hu@pimco.com

gang.ma@inginvestment.com
ganghu@bloomberg.net
gannong@aol.com
gantly@bloomberg.net
gantonelli@lordabbett.com
ganttw@bellsouth.net
gao.bo@icbcleasing.com
gaofeng@citicbank.com
gaofeng@citicib.com.cn
gaojinyue@bocgroup.com
gaojun@hhmi.org
gap@ubp.ch
gara@princeton.edu
garani@calstrs.com
garard.brossard@hp.com
garber.gil@nomura-asset.com
garberm@aetna.com
garbuz@vtbam.ru
garcialegaz_m@telefonicamoviles.com
garcije@tiaa-cref.org
gardella_george@jpmorgan.com
gardner@bwater.com
gardner@gkbaum.com
gareth.colesmith@insightinvestment.com
gareth.coombs@bankofamerica.com
gareth.davies@threadneedle.co.uk
gareth.debrunner@mailpoalim.co.uk
gareth.griffith@uk.fid-intl.com
gareth.healey@jpmorgan.com
gareth.henry@resolutionasset.com
gareth.hewie@aegon.co.uk
gareth.isaac@sgam.com
gareth.j.edwards@baesystems.com
gareth.jenkins@alliancebernstein.com
gareth.kiernan@pioneeraltinvest.com
gareth.nicholson@aberdeen-asset.com
gareth.quantrill@swip.com
gareth.ringrose@glgpartners.com
gareth.roberts@bailliegifford.com
gareth.thomas@hsbcib.com
gareth.thomas3@lloydstsb.co.uk
gareth.tilley@gs.com
gareth.turtle@aegon.co.uk
gareth.walker@gs.com

gareth.williams@blackrock.com
gareth.williams@threadneedle.co.uk
gareth.young@bellsouth.com
gareth_gettinby@standardlife.com
garett_plona@conning.com
garfield.johnson.jr@jpmorgan.com
garfield.johnson@bankofamerica.com
garfield.lee@cba.com.au
garg.shalabh@nomura-asset.com
garianna@tiaa-cref.org
garland.hansmann@csam.com
garnerd@swcorp.org
garnet.kanouse@redwoodtrust.com
garnold@metlife.com
garo.norian@blackrock.com
garoffe@bloomberg.net
gaross@wellington.com
garret.m.mcginley@aibbny.ie
garret.overlock@do.treas.gov
garret.tynan@depfa.com
garretmj@oge.com
garrett.berkery@ibtco.com
garrett.falzone@blackrock.com
garrett.fish@jpmorgan.com
garrett.see@tmgchicago.com
garrett.smith@truscocapital.com
garrett.strum@janus.com
garrett.wilson@ge.com
garrett_cooper@freddiemac.com
garrettw@siriusadvisorsllc.com
garriaga@repsol-ypf.com
garrick.smith@bnpparibas.com
garritt.conover@himco.com
garry.a.cipponeri@chase.com
garry.clay@alexanderkey.com
garry.cutright@lowes.com
garry.dreher@daiwasmbc.co.uk
garry.khasidy@uk.ca-indosuez.com
garry.madis@nationalcity.com
garry.mccubbin@nationwide.co.uk
garry.williams@swip.com
garry@ebondtrade.com
garry_fredrickson@scotiacapital.com
garry_shamis@ml.com

garth.flannery@barclaysglobal.com
garth.friesen@avmltd.com
garth.jonson@tudor.com
garth.nisbet@columbiamanagement.com
garth.wahlberg@wellsfargo.com
garth.yettick@janus.com
garth_fealey@vanguard.com
gary.a.dugan@jpmorganfleming.com
gary.alsford@icap.com
gary.anderson@umb.com
gary.aylett@mondrian.com
gary.black@janus.com
gary.blackwell@rabobank.com
gary.botterill@im.bt.com
gary.bramfitt@bmonb.com
gary.brandom@sgam.co.uk
gary.buesser@lazard.com
gary.burkhead@fmr.com
gary.canon@harrisbank.com
gary.cheung@morganstanley.com
gary.cheung@tudor.com
gary.clark@barclaysglobal.com
gary.clarke@gartmore.com
gary.clarke@icap.com
gary.clarke@ppm-uk.com
gary.clunie@ubs.com
gary.collins@prudential.com
gary.cook@raymondjames.com
gary.cooper@osterweis.com
gary.cui@nationalcity.com
gary.cunningham@ubs.com
gary.d.lee2@boeing.com
gary.d.russell@conocophillips.com
gary.dalton@nbak.com
gary.dhein@chicagoasset.com
gary.diaz@stifel.com
gary.downie@barclaysglobal.com
gary.dudman@framlington.co.uk
gary.egloff@nyc.nxbp.com
gary.franklin@chase.com
gary.friend@cazenove.com
gary.german@hcmny.com
gary.goodenough@mackayshields.com
gary.greenberg@gs.com

gary.hatfield@securian.com
gary.herrmann@ubs.com
gary.hickerson@huntington.com
gary.ho@icprc.com
gary.holland@nationwide.co.uk
gary.hopkins@lionhartasia.net
gary.horbacz@prudential.com
gary.house@icap.com
gary.hulbert@bmonb.com
gary.hunter@wamu.net
gary.hutchings@uk.mufg.jp
gary.hyman@shinseibank.com
gary.jarrett@black-river.com
gary.johnson@alliancebernstein.com
gary.jones@vankampen.com
gary.kearns@us.bacai.com
gary.kelly@barclays.co.uk
gary.kendall@rabobank.com
gary.knapp@prudential.com
gary.kobernick@prudential.com
gary.lambert@lodh.com
gary.langton@europe.hypovereinsbank.com
gary.lee@wachovia.com
gary.lequesne@aberdeen-asset.com
gary.li@sgcib.com
gary.liberman@jpmorgan.com
gary.lin@chinatrust.com.tw
gary.linn@daiwausa.com
gary.lipinski@bmo.com
gary.lloyd@lloydtsb.co.uk
gary.low@blackrock.com
gary.madia@citigroup.com
gary.madich@jpmorgan.com
gary.mairs@insightinvestment.com
gary.martin@nwa.com
gary.mcaleese@resolutionasset.com
gary.mcanly@opcap.com
gary.mcguire@threadneedle.co.uk
gary.mckenzie-smith@uk.nomura.com
gary.mcnamara@ppm-uk.com
gary.merrick@omam.co.uk
gary.merrill@umb.com
gary.neale@morleyfm.com
gary.neubeck@prudential.com

gary.ng@ppmamerica.com
gary.nussbaum@peregrinecapital.com
gary.offner@morganstanley.com
gary.olsen@fhlb.com
gary.p.phelan@aib.ie
gary.plummer@ubs.com
gary.r.pollack@db.com
gary.robinson@bailliegifford.com
gary.rolle@transamerica.com
gary.roos@chase.com
gary.rugendorf@clinton.com
gary.russell@aiminvestment.com
gary.saidler@morleyfm.com
gary.savoie1@firstunion.com
gary.schaal@thrivent.com
gary.schnierow@jpmorganfleming.com
gary.sheils@depfa.ie
gary.simonelli@bbh.com
gary.skilton@ahss.org
gary.smith@uk.abnamro.com
gary.southgate@uk.abnamro.com
gary.sparago@aig.com
gary.sullivan@db.com
gary.summers@bailliegifford.com
gary.thomson@isisam.com
gary.thornton@wachovia.com
gary.tichota@bankofthewest.com
gary.tie@stpaul.com
gary.twell@dnbnor.no
gary.wang@wamu.net
gary.westphal@wellsfargo.com
gary.wetterau@mutualofamerica.com
gary.winschel@pnc.com
gary.wu@prudential.com
gary_beauchamp@aimfunds.com
gary_bischoping@dell.com
gary_boston@fanniemae.com
gary_bundsho@scotiatreasury.com
gary_chappenden@blackrock.com
gary_clunie@ntrs.com
gary_coy@gb.smbcgroup.com
gary_ge@ml.com
gary_h_miller@victoryconnect.com
gary_kain@freddiemac.com

gary_malacane@freddiemac.com
gary_o'connor@westlb.co.uk
gary_ratliff@dpsk12.org
gary_s_gage@bankone.com
gary_tang@fanniemae.com
gary_zhang@ssga.com
garybcm@iserve.net
garyc@scm-lp.com
garyd@azasrs.gov
garygreenberg@payden-rygel.com
garykao@mail.bot.com.tw
garyobu@hncb.com.tw
garyobu@ms1.hncb.com.tw
garypeters@lasallebonds.com
garyth.stone@rabobank.com
garywang@dahsing.com
gashton1@bloomberg.net
gaspara@otpbank.hu
gasparri@trefinance.lu
gastaldi@gestielle.it
gaston.kent@ngc.com
gastonasa@bloomberg.net
gasull.moros@caixacatalunya.es
gatayama.minoru@daido-life.co.jp
gately.ka@mellon.com
gates@bloomberg.net
gatesa@rabo-bank.com
gatkins@garnerasset.com
gaubeccr@bloomberg.net
gaubry@bft.fr
gaudenz.schneider@ubs.com
gaudio@deshaw.com
gaudio@pacbell.net
gauhar.wadhera@citadelgroup.com
gaurav.agarwal@ubs.com
gaurav.ahuja@inginvestment.com
gaurav.bana@alliancebernstein.com
gaurav.malhotra@fmr.com
gaurav.rastogi@morganstanley.com
gaurav.shah@citadelgroup.com
gaurav_kishore@fanniemae.com
gautam.kapoor@morganstanley.com
gautamkakar@hsbc.com
gaute.eie@dnb.no

gauthier.ferret@drkw.com
gauthier.serruys@fortisbank.com
gauthier.vasseur@remy-cointreau.com
gautier.bonnecuelle@axa-im.com
gautier.vanhonacker@fortisbank.com
gavan.m.barlow@aib.ie
gavin.andrew@ing.com.au
gavin.baker@fmr.com
gavin.boyd@fidelity.com
gavin.boyle@fil.com
gavin.brown@omam.co.uk
gavin.cartledge@gartmore.com
gavin.feakes@morleyfm.com
gavin.goodhand@aberdeen-asset.com
gavin.grant@uk.dmg.deuba.com
gavin.green@insightinvestment.com
gavin.humphreys@ibtco.com
gavin.kaparis@black-river.com
gavin.m.barlow@aib.ie
gavin.moulton@gibuk.com
gavin.nangle@gs.com
gavin.o'donahue@pfizer.com
gavin.platman@morganstanley.com
gavin.quinn@blackrock.com
gavin.ramsden@bescl.co.uk
gavin.rapp@fhlb-pgh.com
gavin.redmond@statestreet.com
gavin.reilly@gecapital.com
gavin.roseman@deshaw.com
gavin.scott@omam.co.uk
gavin.sewell@morganstanley.com
gavin.stacey@cba.com.au
gavin.wilson1@lloydstsb.co.uk
gavin.x.bailey@jpmchase.com
gavin_burke@hvbamericas.com
gavin_doyle@westlb.co.uk
gavin_fleischman@americancentury.com
gavin_odonoghue@hp.com
gavin_wellington@fanniemae.com
gavincenzo@wellington.com
gavinwang@dbs.com
gavolio@iccrea.bcc.it
gawad@bloomberg.net
gay.cash@suntrust.com

gaye.derman@tcmb.gov.tr
gb63@ntrs.com
gbacchiocchi@massmutual.com
gbaiera@angelogordon.com
gbalasingam@dkpartners.com
gballocchi@pictet.com
gbanbury@bloomberg.net
gbarquin@notes.banesto.es
gbarreto@ftci.com
gbarry@bankofny.com
gbarth@ups.com
gbaumgar@sairgroup.com
gbello@mony.com
gbender@copera.org
gbennett@loomissayles.com
gbennett@mfs.com
gbenoit@westernasset.com
gbensimon@mfs.com
gberg@wscapital.com
gbergantino@insinger.it
gbernstein@vestarcapital.com
gbetts@bear.com
gbf@us.ibm.com
gbhardwaj@wellington.com
gbianchi@bancasempione.ch
gbinkiewicz@lordabbett.com
gbiro@bloomberg.net
gblackman@sarofim.com
gblatz@ljr.com
gbo@deshaw.com
gboehme@metzler.com
gbohlen@wasatchadvisors.com
gbonetti@massmutual.com
gbortone@bancasempione.ch
gbound@westernasset.co.uk
gbowers@frk.com
gboyadjieff@varco.com
gboyan@metlife.com
gbp@ubp.ch
gbrambilla@fondianima.it
gbraun@jhancock.com
gbraylovskiy@svpglobal.com
gbrokaw@perrycap.com
gbrombe@cisco.com

gbroshy@omega-advisors.com
gbrown@azoa.com
gbrown@barbnet.com
gbruebaker@sib.wa.gov
gbruhn@websterbank.com
gbrumen@princeton.edu
gbruzzi1@bloomberg.net
gbryson@lordabbett.com
gbsimson@hartfordfinancial.com
gbt@ntrs.com
gbucaille@pictet.com
gbuchanan@babsoncapital.com
gbucher@bankleumiusa.com
gbuechler@bloomberg.net
gbui@pimco.com
gbumbra@pictet.com
gburr@jennison.com
gbv1@ntrs.com
gbyrnes@seic.com
gc@capgroup.com
gc@gccapitalmarkets.com
gc001@bloomberg.net
gcaan@oppenheimerfunds.com
gcaballerocas@bga.gbancaja.com
gcamas@nabny.com
gcambieri@mcc.it
gcamburn@aegonusa.com
gcamp@groupama-am.fr
gcapasso@atlanticasset.com
gcaplan@mtahq.org
gcaprini@bci.it
gcapron@groupama-am.fr
gcard@reamsasset.com
gcarey@brownadvisory.com
gcarteron@groupama-am.fr
gcasado@schny.com
gcasgrain@casgrain.ca
gcasillas@banxico.org.mx
gcassoni@pioneeraltinvest.com
gcastagneto@class.it
gcastellano@iccrea.bcc.it
gcastelli@fideuramireland.ie
gcastellucci@autostrade.it
gcc@bancoinversion.es

gcc@summitpartnersllc.com
gcd@capgroup.com
gcecchini@cirgroup.it
gcercet@ecofi.fr
gcevallos@fdic.gov
gcg@bloomberg.net
gch@nbim.no
gcha@putnam.com
gchamorro@pictet.com
gchan@cumberassoc.com
gchan@fftw.com
gchan@wescorp.org
gcharles@templeton.com
gchen@frk.com
gchetan@perrycap.com
gchin@westernasset.com
gchinery@tiaa-cref.org
gcianci3@bloomberg.net
gcleare@templeton.com
gclemente@fideuramsgr.it
gcloud@fciadvisors.com
gclunie@bankofny.com
gcoladangelo@bci.it
gcolaluca@bankofny.com
gcoleman@ci.com
gcolino.bce@cajarural.com
gcollett1@bloomberg.net
gcollins@exchangebk.com
gcolonias@bankofny.com
gcolonna@bloomberg.net
gconner@kio.uk.com
gcooper@westernasset.com
gcopeland@aicm.com
gcordon@bayern-invest.de
gcorona@bear.com
gcorr@thamesriver.co.uk
gcorrias@bancaintesa.us
gcosgrove@cobank.com
gcostantini@piaggioaero.it
gcouceiro@grupobbva.com
gcowie@bloomberg.net
gcoxon@ci-collins-stewart.com
gcracco@pictet.com
gcreed@aegonusa.com

gcristini@bloomberg.net
gcrofton1@bloomberg.net
gcromwell@turnerinvestments.com
gcronin@soam.com
gcrosby@ustrust.com
gcrossland@newstaram.com
gcrowley@fhlbdm.com
gcruz@fhlbc.com
gcuneo@ustrust.com
gcurran@standishmellon.com
gcuyler@seminole-electric.com
gcweirick@westcapinv.com
gczamara@andrew.cmu.edu
gczamara@standishmellon.com
gczoi@iccrea.bcc.it
gd@capgroup.com
gd45@ntrs.com
gda@petercam.lu
gdailey@eatonvance.com
gdainotto@bci.it
gdamond@scsalliance.com
gdanaher@jhancock.com
gdaros@fideuramireland.ie
gdaros@fideuramsgr.it
gdassier@pictet.com
gdavidson@brownadvisory.com
gdavidson@eu.nabgroup.com
gdeascanis@delinvest.com
gdeblonay@newstaram.com
gdefrutos@bloomberg.net
gdellerba@bloomberg.net
gdelong@crawfordinvestment.com
gdesapio@jennison.com
gdeschamps@oddo.fr
gdessing@wolterskluwer.com
gdetanquedec.westam@banquedorsay.fr
gdette@mmwarburg.com
gdevine@metlife.com
gdevoeght1@bloomberg.net
gdgd@hrh.com
gdillman@lmcm.com
gdimagiba@senecacapital.com
gdimitriou@emporiki-asset.gr
gding@bankofcanada.ca

gdisalvo@bci.it
gdj@capgroup.com
gdlevitz@tbpadvisors.com
gdm@americancentury.com
gdodson@fi.rjf.com
gdolianitis@jhancock.com
gdoran@farmcredit-ffcb.com
gdoty@pbucc.org
gdoultremont@delhaize-le-lion.be
gdowell@fhhlc.com
gdpool@wellington.com
gdrahuschak@jmsonline.com
gdreksler@cfm.mc
gdrenn@clinton.com
gdryden@aegonusa.com
gds.morgan.stanley@jpmchase.com
gdubus@scor.com
gducker@mail.state.ne.us
gducouedic@espiritosanto.com
gdunican@halcyonllc.com
gdwedell@uss.com
gdyer@presidiomanagment.com
ge.zhang@alliancebernstein.com
ge33@cornell.edu
geam.research@geam.ge.com
gearoid.neligan@barclaysglobal.com
geb1@ntrs.com
gebert@delinvest.com
ged3@ntrs.com
gedelstein@westcapinv.com
gedwards@rwbaird.com
geeng@hncb.com.tw
geert.debruyne@degroof.lu
geert.deroover@fortisbank.com
geert.gielens@dexia.be
geert.gv.vandenbroeck@dexia.be
geert.junius@dexia.be
geert.kesteleyn@fortisbank.com
geert.nijssen@dsm.com
geert.ruysschaert@fortisbank.com
geert.vanderhaeghe@fortisbank.com
geert.vanderheyden@fortisbank.com
geert.vanthuyne@fortisbank.com
geethan.rayan@bmo.com

geff.gioia@ftnmidwest.com
geguilior@guzman.com
geh@clinton.com
gehan.wanduragala@alliancebernstein.com
gei@capgroup.com
geilr@nationwide.com
geir.almas@klp.no
geir.bergvoll@dnbnor.no
geir.espeskog@barcap.com
geir.vestrum@nbim.no
geir-rune.johnskareng@standardlife.ca
geissmann@bloomberg.net
ge-kawanabe@meijiyasuda.co.jp
geller.a@buckconsultants.com
gellis@wilmingtontrust.com
gem.de.matas@db.com
gem.livingstone@jpmorgan.com
gem@martincurrie.com
gemanuel@dlbabson.com
gemma.burke@credit-suisse.com
gemma.cowie@morleyfm.com
gemma.game@axaframlington.com
gemma.jones@britannia.co.uk
gemma.stevens@janus.com
gemma_hewitt@bat.com
gemma_kingsley@newton.co.uk
gemma_schirrmacher@blackrock.com
gemmawright-casparius@gic.com.sg
gen_metsugi@scotiacapital.com
gene.bailey@fmr.com
gene.barron@cgii.com
gene.c.collins@citigroup.com
gene.caponi@db.com
gene.chin@db.com
gene.chun@lazard.com
gene.davolio@citadelgroup.com
gene.edwards@gmacrfc.com
gene.edwards@valero.com
gene.frieda@moorecap.co.uk
gene.fudge@csam.com
gene.greiman@mutualofomaha.com
gene.jong@bmo.com
gene.kim@scfirstbank.com
gene.ko@ubs.com

gene.mccabe@citizensbank.com
gene.pisasale@pnc.com
gene.tsui@uboc.com
gene@sangamon.com
gene@smbc-si.com
genech@samsung.co.kr
genejets@bloomberg.net
genep@bloomberg.net
genet.solomon@wamu.net
genevieve.cooper@citadelgroup.com
genevieve.gelin@caam.com
genevieve.hamende@dexia-am.com
genevieve.ramsay@wellsfargo.com
genevieve.taytt@uobgroup.com
gengland@us.mufg.jp
genglander@jennison.com
genichiro_chiba@mitsubishi-trust.co.jp
genji.tsukatani@schroders.com
gennaco.j@tbcam.com
gennaro.miccoli@banca.mps.it
gennaro.pucci@mpsfinance.it
gennaro.vicidomini@antonveneta.it
gennaro.viscusi@bnlmail.it
gennellj@aol.com
gennellj@loopcap.com
genny.lynkiewicz@micorp.com
geof_marshall@mfcinvestments.com
geof_pelger@swissre.com
geoff.arens@americas.ing.com
geoff.arseneau@nbimc.com
geoff.ayscough@gartmore.com
geoff.burton@aberdeen-asset.com
geoff.cardner@sunlife.com
geoff.hazard@prudential.com
geoff.jay@janus.com
geoff.keith@barclaysglobal.com
geoff.limroth@ubs.com
geoff.mowery@huntington.com
geoff.rea@prudential.com
geoff.williams@bbandt.com
geoff@inveobwc.com
geoff_burger@americancentury.com
geoff_campbell@blackrock.com
geoff_cooper@alliance-unichem.com

geoff_kelley@putnam.com
geoff_trawick@putnam.com
geoff_wise@americancentury.com
geoffrey.bowers@pimco.com
geoffrey.cornell@aig.com
geoffrey.dailey@pioneerinvestments.com
geoffrey.fila@ge.com
geoffrey.galbraith@glgpartners.com
geoffrey.geis@lionhart.net
geoffrey.gibbs@db.com
geoffrey.graham@sscims.com
geoffrey.gribling@gs.com
geoffrey.keeling@aiminvestments.com
geoffrey.lasry@pimco.com
geoffrey.liu@citadelgroup.com
geoffrey.lunt@hsbcam.com
geoffrey.may@fiamm.com
geoffrey.mcconnell@bmo.com
geoffrey.prent@drkw.com
geoffrey.rodrigue@fortisbank.com
geoffrey.strong@morganstanley.com
geoffrey.sullivan@fmr.com
geoffrey.therville@dexia-am.com
geoffrey.timmermans@puilaetco.com
geoffrey.trzepacz@aberdeen-asset.com
geoffrey.wigington@uk.nomura.com
geoffrey.zeller@53.com
geoffrey_dybas@dpimc.com
geoffrey_hardin@troweprice.com
geoffrey_hauck@acml.com
geoffrey_kenneck@vanguard.com
geoffrey_s_kenneck@vanguard.com
geoffrey_somes@ssga.com
geoffrey_stetler@troweprice.com
geoffreybarker@hsbc.com.hk
geoffreylai@temasek.com.sg
geoffroy.buffetrille@ubs.com
geoffroy.goenen@dexia-am.com
geoffroy.m.houlot@morganstanley.com
geoffroy.moreau@deshaw.com
geogc@strsoh.org
geok-heng.leow@lazard.com
geordie.kidston@jmfinn.com
georg.benes@lazard.com

georg.briele@postbank.de
georg.denoke@mm.mannesmann.de
georg.feldscher@ri.co.at
georg.furger@csam.com
georg.geenen@vbl.de
georg.grodzki@rbccm.com
georg.haas@bayernlb.de
georg.huber1@bayernlb.com
georg.kainhuber@devif.de
georg.kopecek@unicreditgroup.at
georg.lambertz@rwe.com
georg.linzer@rkag.at
georg.marti@zkb.ch
georg.mehring@gehe.de
georg.mueller@stinnes.de
georg.nikolaidis@ubs.com
georg.nitzlader@rcm.at
georg.peters@nordlb.com
georg.plueckhahn@generali.at
georg.reichelmeier@ubs.com
georg.renner@geninvest.de
georg.schachner@national-bank.de
georg.schlueter@essenhyp.com
georg.scholz@oppenheim.de
georg.schuh@db.com
georg.traunfellner@rzb.at
georg.vonwattenwyl@vontobel.ch
georg.wachberger@erstebank.at
georg.winkel@commerzbank.com
george.alevrofas@nab.ch
george.bicher@ge.com
george.bishay@btim.com.au
george.bodine@gm.com
george.bory@jpmorganfleming.com
george.boubouras@hsbcam.com
george.brown@bancaintesa.it
george.c.lai@jpmchase.com
george.calvert@truscocapital.com
george.chalamandaris@investment-bank.gr
george.challenor@credit-suisse.com
george.chris@gs.com
george.chrissikos@allianz.gr
george.cicma@fmglobal.com
george.clapham@fipartners.com.au

george.coheleach@aig.com
george.collins@fhlbboston.com
george.colwell@aig.com
george.cooksey@wamu.net
george.coontz.qhfn@statefarm.com
george.ct.hsu@tw.standardchartered.com
george.deecken@peoples.com
george.domolky@fmr.com
george.dowd@spectrumassetmgmt.com
george.eckerd@blackrock.com
george.edwards@prudential.com
george.englund@sek.se
george.ferguson@blackrock.com
george.fischer@fmr.com
george.friesen@nordea.com
george.gosden@insightinvestment.com
george.gray@bailliegifford.com
george.grimbilas@lazard.com
george.guerrero@sscims.com
george.h.stinnes@british-airways.com
george.halaby@ubs.com
george.hartman@citadelgroup.com
george.henderson@rlam.co.uk
george.hersh@umb.com
george.heyward@sl-am.com
george.holiat@ftnfinancial.com
george.humphreys@lazard.com
george.ibarra@trs.state.tx.us
george.iwanicki@jpmorganfleming.com
george.j.luo@chase.com
george.j.schupp@firstar.com
george.juscsak@wamu.net
george.kappas@tcw.com
george.karidis@fmr.com
george.karvounis@barcap.com
george.kimball@columbiamanagement.com
george.kirkwood@advest.com
george.klein@zurich.com
george.kokkinos@mizuhocbus.com
george.kounelakis@morganstanley.com
george.lacosto@ubs-oconnor.com
george.lamb@rocklandtrust.com
george.lambertson@ubs.com
george.lee@gecapital.com

george.lee@westernasset.com
george.lo@lloydsbank.ch
george.locasto@ubs-oconnor.com
george.luo@columbiamanagement.com
george.lyons@rabobank.com
george.m.robertson@morganstanley.com
george.madrigal@barclaysglobal.com
george.malikov@citadelgroup.com
george.maris@columbiamanagement.com
george.matthews@wellscap.com
george.mccall@wachovia.com
george.mclanahan@capmark.funb.com
george.michalopoulos@citadelgroup.com
george.minett@morganstanley.com
george.mishkin@blackrock.com
george.mix@columbiamanagement.com
george.mokrzan@huntington.com
george.myers@columbiamanagement.com
george.oconnor@barclaysglobal.com
george.pal@hspcpb.com
george.pickvance@bt.com
george.poyiadjis@barclaysglobal.com
george.psyhogeos@fmr.com
george.redfern@db.com
george.rodzki@lgim.co.uk
george.rooney@dsiim.com
george.rose@baesystems.com
george.ross@asbai.com
george.rudawski@fortisinvestments.com
george.schlagmueller@juliusbaer.com
george.schultz@fmr.com
george.scott@wachovia.com
george.selby@harrisbank.com
george.shen@glgpartners.com
george.shilowitz@shinseibank.com
george.sidgwick@pioneerinvest.com
george.speight@bankofengland.co.uk
george.stairs@fmr.com
george.terizakis@db.com
george.tsiamis@norcap.com
george.turner@alexanderkey.com
george.turner@uk.abnamro.com
george.vanderheiden@fmr.com
george.vassiliadis@csam.com

george.verghese@commerzbankib.com
george.waidelich@safeway.com
george.williams@jpmorgan.com
george.wong@pncbank.com
george.wu@db.com
george.x.funganjera@jpmorgan.com
george.xanthakys@hcmny.com
george.yanakiev@uk.mizuho-sc.com
george.zhang@ubs-oconnor.com
george@adic.co.ae
george@ardsley.com
george@capitaltrustltd.com
george@kic.com.kw
george@mail.bot.com.tw
george@primco.com
george@saadgroup.com
george_b_watt@fleet.com
george_cherpelis@nylim.com
george_churchilljr@ustrust.com
george_dernulc@ntrs.com
george_e_silos@newyorklife.com
george_godfrey@putnam.com
george_hoguet@ssga.com
george_isaac@canadalife.com
george_issa@putnam.com
george_king@acml.com
george_lang@ustrust.com
george_lynch@invesco.com
george_marzano@troweprice.com
george_mussalli@putnam.com
george_neofitidis@scotiacapital.com
george_nowack@fanniemae.com
george_sauter@vanguard.com
george_stairs@putnam.com
george_steelman@cbcm.com
george_stephanides@nylim.com
george_suspanic@westlb.com
george_vatore@acml.com
george_walker@standardlife.com
george_whiteley@ustrust.com
george_xiang@ssga.com
georgeg2@anz.com
georgegr@london.cic.fr
georgeh@rentec.com

georgek@bloomberg.net
georgene.huang@clinton.com
georger@nbk.com
georges.choisi@banque-france.fr
georges.culino@banquedorsay.fr
georges.engel@bdl.lu
georges.farre@dexia-am.com
georges.ganuchaud@dexia-bil.com
georges.gedeon@glgpartners.com
georges.karam@bnpparibas.com
georges.khneysser@bsibank.com
georges.lambert@cgii.com
georges.luggen@wkb.ch
georges.marival@ubs.com
georges.nguyen@banque-france.fr
georges.pauget@credit-agricole-sa.fr
georges.pineau@ecb.int
georges.sanches@bnpparibas.com
georges.skouvaklis@bnpparibas.com
georges.spirig@ca-suisse.com
georges.wolff@ing.lu
georgez@microsoft.com
georgi.krustev@ecb.int
georgia.lygerakis@blackrock.com
georgia.pitts@alexanderkey.com
georgia.raphael@bankofamerica.com
georgia@incomeresearch.com
georgianne_latosh@ustrust.com
georgie.rabelle@bnpparibas.com
georgie.skillett@db.com
georgina.hellyer@morleyfm.com
georgina.p.maxwell@jpmorgan.com
georgina.zervudachi@caam.com
georgina_marshall@standardlife.com
georgios.allamanis@pimco.com
georgios.mouskoundi@credit-suisse.com
georgios.sakoulis@ubs.com
geppley@bloomberg.net
ger.leijs@nl.abnamro.com
gerald .gabriel@at.bacai.com
gerald.beeson@citadelgroup.com
gerald.bren@fafadvisors.com
gerald.chaney@alpinvest.com
gerald.charlette@sunlife.com

gerald.chopard@che.dupont.com
gerald.cimador@moorecap.com
gerald.classey@fidelity.com
gerald.claudel@federal-finance.fr
gerald.fiala@oenb.co.at
gerald.filippone@altria.com
gerald.fuchs@amg.co.at
gerald.garvey@barclaysglobal.com
gerald.gromann@unicreditgroup.at
gerald.hansen@wamu.net
gerald.herman@aig.com
gerald.j.jefferson@conocophillips.com
gerald.jordan@credit-suisse.com
gerald.kirshner@morganstanley.com
gerald.klein@ib.bankgesellschaft.de
gerald.koh@pimco.com
gerald.larr@db.com
gerald.link@lbbw.de
gerald.lins@inginvestment.com
gerald.mcinerney@fmr.com
gerald.moore@bmo.com
gerald.morgan@db.com
gerald.noltsch@bnpparibas.com
gerald.pittner@oppenheim.de
gerald.podhorsky@ba-ca.com
gerald.podobnik@hypovereinsbank.de
gerald.roessel@dgpanagora.de
gerald.seigmund@mail.psk.co.at
gerald.servais@axa-pm.be
gerald.siegmund@bankwinter.com
gerald.slater@twdb.state.tx.us
gerald.weinhold@deka.de
gerald_calder@ustrust.com
gerald_chapski@fleet.com
gerald_hwang@vanguard.com
gerald_moore@putnam.com
gerald_moran@scudder.com
geraldchristoph.dorsch@postbank.de
geraldengel@gic.com.sg
geraldien.leegwater@nl.abnamro.com
geraldine.bouvet@creditlyonnais.ch
geraldine.boyle@morganstanley.com
geraldine.derescavage@morganstanley.com
geraldine.gunn@blackrock.com

geraldine.hannon@boimail.com
geraldine.lim@aa.com
geraldine.m.green@aibbny.ie
geraldine.m.kidney@bankofny.com
geraldine.savastano@tudor.com
geraldine.stewart@uk.fid-intl.com
geraldine.walsh@wgzbank.ie
geraldine_jimenez@calpers.ca.gov
gerard.b.paulides@si.shell.com
gerard.bailly@caam.com
gerard.bonekamp@achmea.nl
gerard.boulier@ccr.fr
gerard.callahan@bailliegifford.com
gerard.cancelier@car.caissedesdepots.fr
gerard.cella@aigpb.com
gerard.cudzil@nordea.com
gerard.de-maupeou@wanadoo.com
gerard.deplinval@caam.com
gerard.de-senarclens@ubs.com
gerard.doerr@bcv.ch
gerard.fogarty@vankampen.com
gerard.hammond@whartonco.com
gerard.herr@icapfutures.com
gerard.hofmann@infidar.ch
gerard.holinski@ubs.com
gerard.lane@morleyfm.com
gerard.langerhorst@nl.abnamro.com
gerard.lian@morganstanley.com
gerard.mannes@lgt.com
gerard.martin@caam.com
gerard.meier@ubs.com
gerard.nolan@bnymellon.com
gerard.olivier@cail.lu
gerard.oreilly@dfafunds.com
gerard.paul@principal.com
gerard.peters@nl.abnamro.com
gerard.sagnier@caam.com
gerard.sheehan@credit-suisse.com
gerard.sistek@ubs.com
gerard.t.o'brien@aib.ie
gerard.teoky@uobgroup.com
gerard.vanderpol@shell.com
gerard.vankesteren@kuehne-nagel.com
gerard.vanleusden@barclaysglobal.com

gerard.westcott@gs.com
gerard.yeo@ubs.com
gerard_boggio@putnam.com
gerard_lewis@bankone.com
gerardlee@temasek.com.sg
gerardo.arcos@biharko.es
gerardo.garcia@banxico.org.mx
gerardo.palazzo@bancaditalia.it
geraud.desaint-vincent@bnpparibas.com
gerbaldi@princeton.edu
gerben.cuiper@fandc.com
gerben.de.zwart@ingim.com
gerben.jorritsma@nl.abnambro.com
gerben.karkdijk@lasalle.com
gerben_cuiper@deltalloyd.nl
gerberjm@bernstein.com
gerchiko@strsoh.org
gerco.goote@nl.abnamro.com
gerd.dunker@essenhyp.com
gerd.frimmel@rzb.at
gerd.goette@siemens.com
gerd.haeusler@dresdner-bank.com
gerd.lockert@provinzial.com
gerd.mueller@bhf-bank.com
gerd.neitzel@skag.siemens.de
gerd.philippaerts@ingim.com
gerd.ramsperger@sarasin.ch
gerd.rendenbach@allfonds-bkg.de
gerd.sperfeldt@commerzbankib.com
gerd.weller@kfw.de
gerd.woort-menker@jpmorganfleming.com
gerdalois.schaedler@aigprivatebank.com
gerd-henning.beck@westlb.lu
gerejoh.lndb@bloomberg.net
gerhard.aigner@rkag.at
gerhard.andert@bawagpskfonds.at
gerhard.bauer@rcm.at
gerhard.berner@lbbw.de
gerhard.beulig@sparinvest.com
gerhard.boesch@rzb.at
gerhard.grebe@juliusbaer.com
gerhard.gribkowsky@bayernlb.de
gerhard.herda@rzb.at
gerhard.hinterhauser@hvbasia.com

gerhard.hochstrasser@landes.hypobank.at
gerhard.hofer@claridenleu.com
gerhard.koller@rzb.at
gerhard.krueger@sparkasse-krefeld.de
gerhard.langpape@bhf.ing.com
gerhard.meitinger@hyporealestate.de
gerhard.merten@oppenheim.de
gerhard.mischke@telekom.de
gerhard.narbeshuber@unicreditgroup.at
gerhard.neufer@volkswagen.de
gerhard.neustaedter@apk.at
gerhard.ramberger@erstebank.at
gerhard.ruehle@bwinvest.de
gerhard.scharinger@raiffeisenbank.at
gerhard.schmidt@dzbank.de
gerhard.seebacher@bankofamerica.com
gerhard.seifried@dws.de
gerhard.thiele@realestate.de
gerhard.thoms@postbank.de
gerhard.trippner@nordlb.de
gerhard.wagner@swisscanto.ch
gerhard.walther@kfw.de
gerhard.werginz@csam.com
gerhard.wuenstel@ruv.de
gerhard_k_kulzinger@fanniemae.com
gerhard_metzen@fanniemae.com
gerhard_roggemann@westlb.de
gerhardt.herbert@morganstanley.com
geriann.swenarton@rwjuh.edu
gerilyn.tort@prudential.com
gerit.heinz@ubs.com
gerladine.sundstrom@moorecap.co.uk
gerlinde.jetzschke@sparkassenversicherung.de
gerlinde.schwab@de.pimco.com
germain.maillard@credit-suisse.com
germain1@bloomberg.net
germar.knoechlein@lrp.de
germino@tigerglobal.com
gernest@exchange.ml.com
gernot.bremhorst@lampebanl.de
gernot.griebling@lbbw.de
gernot.kleckner@commerzbank.com
gernot.mayr@rcm.at
gernot.nagl@raiffeisenbank.at

gernot.rumpf@pioneeraltinvest.com
gernot.schrotter@sparinvest.com
gernot.specht@trinkaus.de
gernot.weixler@erstebank.at
gernot.zang@dzbank.de
gero.freund@ubs.com
gero.olbertz@db.com
gerold.brandt@blb.de
gerold.koch@db.com
gerold.koeb@rzb.at
gerold.kuehne@llb-ip.li
gerold.pum@unicreditgroup.at
gerold.wirth@aigpb.com
gerrard.bailly@caam.com
gerrard.j.buckley@aib.ie
gerrard.terlouw@novartis.com
gerred_howe@americancentrury.com
gerri@bloomberg.net
gerrian_neeley@aimfunds.com
gerrit.fokke@pggm.nl
gerrit.hop@fortisinvestments.com
gerrit.horstmann@hsh-nordbank.com
gerrit.jan.ten.doesschate@nl.abnamro.com
gerrit.meder@dit.de
gerrit.ooms@ingim.com
gerrit.raupach@helaba.de
gerrit.rohleder@db.com
gerrit.schuurman@nl.abnamro.com
gerrit.weber@commerzbank.com
gerry.chan@opcap.com
gerry.g.gleeson@aib.ie
gerry.gavey@fmr.com
gerry.gillespie@boimail.com
gerry.inow@morleyfm.com
gerry.koolen@fortis.com
gerry.lauro@ftnmidwest.com
gerry.lee@benfinancial.com
gerry.luff@wachovia.com
gerry_dugal@hancockbank.com
gershon_distenfeld@acml.com
gerson.levin@prudential.com
gert.biesmans@nagelmackers.be
gert.demaeyer@dexia-am.com
gert.magis@interbrew.com

gert.vanderjeugt@fortisinvestments.com
gert_fricke@amwestka.de
gertjan.koomen@jpmorgan.com
gertjan.nijhuis@nl.abnamro.com
gertjan.verhoef@nl.fortis.com
gertraudhelena.grupp-bolzen@hvb.de
gertrud.furrer@aigpb.com
gertrude.fitzpatrick@pioneerinvest.ie
gervais.williams@gartmore.com
gerwin.holland@pggm.nl
gesen@ifc.org
geser.lh@dreyfus.com
gesmadrid1@bloomberg.net
gespinosa@nafin.gob.mx
gesposito@erg.it
gestioni.patrimoniali@popso.it
gesualdo.pianciamore@generali.com
getrueb@msg.indianapolislife.com
geurt.szabang@snssecurities.nl
gev.nentin@53.com
gevans@oppenheimerfunds.com
gevbugge@cordius.be
gevert@atlanticinvestment.net
gewaunknown@creditorrelations.com1@handelsbanken.s
gexton@bloomberg.net
gezard@compuserve.com
gezichella@bloomberg.net
gf6@ntrs.com
gfa.dublin-boston@bbh.com
gfabrizio@bankofny.com
gfaedi@tullib.com
gfarmaki@alpha.gr
gfasolino@iccrea.bcc.it
gfeaster@metlife.com
gfeldpau@invest.treas.state.mi.us
gfeltus@stephens.com
gferrari@lehmantest.com
gfet@lehman.com
gfh@columbus.com
gfh3@cornell.edu
gfinegan@firststate.co.uk
gfink@angelogordon.com
gfischer@swissca.ch
gfleming@fhlbc.com

gfluyt.bbl@bloomberg.net
gflynn@europeancredit.com
gfm@bloomberg.net
gfogel@ms.com
gfolgori@fideuramsgr.it
gfortin@beutelgoodman.com
gfox@denveria.com
gfrancfort@nb.com
gfufh@jk.com
gfung@caxton.com
gfw.tr@adia.ae
gg@gruss.com
gg@ubp.ch
gg6@co.miami-dade.fl.us
ggahl@frk.com
ggal@ambac.com
ggallison@wellington.com
ggallo@notes.ambro.it
ggantt@aflac.com
ggarcia@dhja.com
ggattiker@arabbank.ch
ggeloen@bft.fr
ggenere@oddo.fr
ggenoves@nystrs.state.ny.us
ggeorgalas@angelogordon.com
ggeorgiou@alpha.gr
ggianarikas@wellington.com
ggillesp@summitbank.com
ggizzi@delinvest.com
ggjm@capgroup.com
gglass@fhlbatl.com
gglass@lehman.com
gglasser@caxton.com
ggonzalez@fmausa.com
ggonzalez@grupobbva.com
ggonzalez@ohionayional.cl
ggoodykoontz@tswinvest.com
ggoranov@sisucapital.com
ggordon@loews.com
ggore@bbandt.com
ggorman@westernasset.com
ggourgey@mfs.com
ggrassi@bloomberg.net
ggregoire@pershing.com

ggreig@williamblair.com
ggriffith@newstaram.com
ggrim1@bloomberg.net
ggrinstead@perrycap.com
ggrogan1@bloomberg.net
ggroothuis@svb.nl
ggrzegorski@delinvest.com
gguard@dg-g.com
gguemez@banxico.org.mx
gguerisoli@bloomberg.net
gguess@bbandt.com
gguevara@loomissayles.com
gguida@inasim.gruppoina.it
ggulyan@nb.com
ggurfinkiel@ofi-am.fr
ggurl@allstate.com
gguyon@bper.ch
ggwinn@mindspring.com
gh@rg.de
gh98@cornell.edu
ghaight@standishmellon.com
ghalah@strsoh.org
ghall@payden-rygel.com
ghandler@westernasset.com
ghandtmann@provnet.com
ghanem@kuwait-fund.org
ghanot@bloomberg.net
ghara@bloomberg.net
gharakis@europeancredit.com
ghardwick@federatedinv.com
gharriso@invest.treas.state.mi.us
ghartigan@libertyview.com
ghartman@spfbeheer.nl
ghassan.elsaleh@claridenleu.com
ghaviv@bloomberg.net
ghay@firststate.co.uk
ghayrape@cityntl.com
ghb@americancentury.com
ghc@edfd.com
gheffernan@lordabbett.com
gheher3@bloomberg.net
gheilerman_carla@jpmorgan.com
gheineke@blackrock.com
gheller@mfs.com

ghellini.sargenti.barbara@alitalia.it
ghena_zhang@blackrock.com
ghenkel@lehman.com
gherardo.divaira@banca.mps.it
gherardo.divaira@eurosgr.it
gherardo.spinola@azimut.it
ghermida@invercaixa.es
ghernandez@santandersecurities.com
ghernandezg@bancopastor.es
ghetla_vandana@ml.com
ghhan@hanabank.co.kr
ghhan@hanabank.com
ghirai@nb.com
ghislain.schubert@nyc.nxbp.com
ghislaine.orsinet@caam.com
ghita.biaz@axa-im.com
gho@capgroup.com
ghobart@tcw.com
ghodlewsky@whitneybank.com
ghoellerl.security@rbb-bank.co.at
ghofer@meag.com
ghollingsworth@smithbreeden.com
ghong@icbc.com
ghong@nbksg.com.sg
ghorenstein@oddo.fr
ghorner@statestreet.com
ghosokawa@calstrs.com
ghsu@bloomberg.net
ghubbard@us.ibm.com
ghuber@pictet.com
ghublikian.ma@tbcam.com
ghunt@evergreeninvestments.com
ghuske@lmcm.com
ghyim@bok.or.kr
ghz@ellington.com
giacomo.burro@carige.it
giacomo.foglia@ceresiobank.com
giacomo.fumu@guest.bpm.it
giacomo.marzotto@credit-suisse.com
giacomo.picchetto@arnerbank.ch
giacomo.rallo@ubs.com
giacomo_balzarini@swissre.com
giada.cereghetti@vontobel.ch
giada.dazzini@grifogest.it

giada.sonego@bnlmail.com
giada.vello@arcafondi.it
giambattista.pesce@carige.it
giambi@fhlb-of.com
giampaolo.bon@meliorbanca.com
giampaolo.novelli@arcafondi.it
gian.heim@rolex.ch
gian.kull@alliancebernstein.com
gian.oddonemerli@merloni.com
gian_fabbri@putnam.com
gianbattista.pesce@carige.it
giancarlo.agurto@barclaysglobal.com
giancarlo.costi@enifin.eni.it
giancarlo.grasso@finmeccanica.it
giancarlo.lanzotti@sella.it
giancarlo.pompei@banca.mps.it
giancarlo.prada@bsibank.com
giancarlo.preda@bsibank.com
giancarlo.raggi@foyerpatrimonium.com
giancarlo_ciccarone@vanguard.com
gianelle@mpsgr.it
gianfranco.bartellino@citigroup.com
gianfranco.bassi@banca.mps.it
gianfranco.capano@ubm.it
gianfranco.digennaro@pioneerinvest.it
gianfranco.marin@intesasanpaolo.com
gianfranco.niccolai@caript.it
giangrossi.annamaria@enel.it
gianluca.almi@bnlmail.com
gianluca.ambrosio@moorecap.co.uk
gianluca.baldassarri@banca.mps.it
gianluca.baldoni@saisim.it
gianluca.banfi@fondiaria-sai.it
gianluca.baruffaldi@mpsgr.it
gianluca.bergamaschi@am.generali.com
gianluca.calvi@capitalia-am.com
gianluca.caniato@antonveneta.it
gianluca.comin@enel.it
gianluca.demarchi@antonveneta.it
gianluca.follador@bpmsgr.it
gianluca.gianfaldoni@geva.fiatgroup.com
gian-luca.giuntini@credit-suisse.com
gianluca.grugni@gestielle.it
gianluca.guidi@capitalia-am.com

gianluca.magnocavallo@bnlmail.com
gianluca.moltoni@bnlmail.com
gianluca.moneta@mpsgr.it
gianluca.pea@bsibank.com
gianluca.pecoraro.2@credit-suisse.com
gianluca.procino@gestielle.it
gianluca.sanmartino@alleanza.it
gianluca.sanna@banca.mps.it
gianluca.savoldi@hvbeurope.com
gianluca.serafini@alleanza.it
gianluca.tarolli@lodh.com
gianluca.tomei@profilosgr.it
gianluca.tonon@bancaprofilo.it
gianluca.v@remar.it
gianluca.vallosio@sai.it
gianluigi.costanzo@bgsgr.it
gianluigi.damone@bancamarche.it
gianluigi.ferrucci@ecb.europa.eu
gianmarco.cappellari@barclayscapital.com
gianmarco.mondani@arnerbank.ch
gianmario.gasco@gruppobim.it
giannacopoulos.kp@tbcam.com
giannello.lupidi@fiamm.com
gianni.bazzi@juliusbaer.com
gianni.contenta@banca.mps.it
gianni.franciscono@sella.it
gianni.lavigna@claridenleu.com
gianni.movia@bancaintesa.it
gianni.oriani@snamprogetti.eni.it
gianni.romano@mpsgr.it
gianni.rossi@meliorbanca.com
gianni1@bloomberg.net
giannilli@iccrea.bcc.it
giannino.basso@juliusbaer.com
giannisa@intertrust.gr
giannuzzo@bridport.ch
gianoy@citicb.com.cn
gianpaolo.isolani@capitalia-am.com
gianpaolo.marchetti@ge.com
gianpiero.dibattista@rieter.com
gianpiero.zannier@realemutua.it
gianreto.camboni@ubs.com
gianreto.gamboni@ubs.com
giansanti@mpsgr.it

gibson.aj@mellon.com
gibson.dawn.m@principal.com
gibson.smith@janus.com
gicvaluation@gic.com.sg
gideon_pell@newyorklife.com
gier@jyskebank.dk
giesecke@stanford.edu
gifforb@nationwide.com
giffordp@1stsource.com
gig@nbim.no
gigi.chan@threadneedle.co.uk
giglia@offitbank.com
giglig@bloomberg.net
gijs.van.oostrom@ingim.com
gijsbert.plug@ingim.com
gikamran@aol.com
gikosi@fdic.gov
gil.dor-hai@mailpoalim.co.il
gil.mathis@inginvestment.com
gil.yoon@kdb.co.kr
gil@ubp.ch
gilad-b@pia.co.il
gilbefio@exchange.uk.ml.com
gilberk@vankampen.com
gilbert.buzzi@cfm.mc
gilbert.dupuis@nestle.com
gilbert.keskin@caam.com
gilbert.li@scotiabank.com
gilbert.luethy@helvetiapatria.ch
gilbert.ojeda@citi.com
gilbert.ongtc@uobgroup.com
gilbert.rod@bcv.ch
gilbert.ruiz@ubs.com
gilbert.soubie@caam.com
gilbert.tan@ap.ing.com
gilbert.tim@principal.com
gilbert.van.hassel@ingim.com
gilbert.wuelser@rbscoutts.com
gilbert_richard@jpmorgan.com
gilbert_tsang@putnam.com
gilberto.borghi@bper.it
gilbu@bll.co.il
gildayr@delaware.co.uk
gilelliot@litchcap.com

giles.adams@lloydstsb.co.uk
giles.crosthwaite@bankofamerica.com
giles.fitpatrick@uk.abnamro.com
giles.heseltine@juliusbaer.com
giles.keating@credit-suisse.com
giles.money@fandc.com
giles.newell@dixons.co.uk
giles_parkinson@newton.co.uk
gilf@bloomberg.net
gill.andrerson@bof.blabal.com
gill.davison@fidelity.com
gill.graham@btfinancialgroup.com
gill.nacksten-marcusson@swedbank.se
gill.rodman@uk.fid-intl.com
gill.tate@hsbc.com
gillarma@london.cic.fr
gillcham@gene.com
gillen.bryan@corporate.ge.com
gilles.a.garnier@sgam.com
gilles.adam@socgen.com
gilles.alfonse@bnpparibas.com
gilles.barret@barep.com
gilles.begue@francetelecom.fr
gilles.benhamou@bnpparibas.com
gilles.benoist@cnp.fr
gilles.carlier@bbl.be
gilles.corbel@bcv.ch
gilles.d.david@bnpparibas.com
gilles.dauphine@axa-im.com
gilles.demargerie@credit-agricole-sa.fr
gilles.devaugrigneuse@bnpparibas.com
gilles.dubois@ingim.com
gilles.everling@hshn-securities.com
gilles.fabri@dexia.com
gilles.frisch@dexiamfr-dexia.com
gilles.glicenstein@bnpparibas.com
gilles.guesdon@cfm.mc
gilles.guibout@axa-im.com
gilles.hannoun@clf-dexia.com
gilles.lecorsu@caam.com
gilles.lenoir@exane.com
gilles.leroy@bnpparibas.com
gilles.noblet@ecb.int
gilles.pradere@uk.calyon.com

gilles.raynaud@bgpi.com
gilles.schnepp@legrand.fr
gilles.touboul@fibimail.co.il
gilles.wormser@swissinv.com
gilles-andre.bey@ubs.com
gilles-emmanuel_trutat@ml.com
gillespie.ka@dreyfus.com
gillespie@bloomberg.net
gilliaj2@nationwide.com
gillian.bailey@anfis.co.uk
gillian.burns@gs.com
gillian.butler@jpmorgan.com
gillian.chee@morleyfm.com
gillian.elcock@insightinvestment.com
gillian.fuller@hsbc.com
gillian.henderson@aberdeen-asset.com
gillian.mccall@anfis.co.uk
gillian.mccall@swip.com
gillian.willard@rothschild.co.uk
gillian_wu@deltalloyd.nl
gilliland.ta@mellon.com
gillsmith1@hotmail.com
gilmorec@delaware.co.uk
gilpin@nytimes.com
gilsec@winstarmail.com
gimbert@bertrandfaure.com
gimbruce@barbnet.com
gimd@capgroup.com
gimiroo@kbstar.co.kr
gina.castro@osterweis.com
gina.derosa@moorecap.com
gina.fenton@morganstanley.com
gina.innarella@prudential.com
gina.leach@citadelgroup.com
gina.parizek@disney.com
gina.saleem@ubs.com
gina.salerno@mackayshields.com
gina.simpson@ameritas.com
gina@ruanecunniff.com
gina_griffin@acml.com
gina_kane@providentcompanies.com
gina_sanchez@americancentury.com
gina_szymanski@putnam.com
gina_toth@acml.com

ginafranco.cuscie@sella.it
ginalim@dbs.com
ginaluca.piacenti@capitalia-am.com
ginfante@dcf.pemex.com
ginger@nytimes.com
ginny_kidd@troweprice.com
gino.boscutti@alliancebernstein.com
gino.delaere@petercam.be
gino.rubbi@bnlmail.com
gintemann@levi.com
gioia.guarini@bancaditalia.it
gion.cavegn@snb.ch
gion.themistokli@nbg.gr
gioner@bloomberg.net
giordano.battaini@bsibank.com
giordano.giuxe@bsibank.com
giordano.lombardo@pioneerinvestments.com
giordano@glic.com
giordano@mpsgr.it
giorgia.fox@gestielle.it
giorgia.ghiglia@sella.it
giorgia.simeone@mediobanca.it
giorgianni.l@mellon.com
giorgio.arfaras@cspb.com
giorgio.cattacin@ubs.com
giorgio.cavicchioli@mpsgr.it
giorgio.cortiana@ubs.com
giorgio.costa@citicorp.com
giorgio.erasmi@bpubanca.it
giorgio.flego@bamcaimi.it
giorgio.frattini@azimut.it
giorgio.gandola@gs.com
giorgio.girelli@bancagenerali.it
giorgio.grossi@antonveneta.it
giorgio.guerra@intesasanpaolo.com
giorgio.incognito@st.com
giorgio.loi@juliusbaer.com
giorgio.masoero@bpubanca.it
giorgio.merlo@hsbcib.com
giorgio.nicola@ersel.it
giorgio.pellagatti@bpm.it
giorgio.radaelli@bsibank.com
giorgio.sala@bsibank.com
giorgio.scognamillo@bpv.it

giorgiov@bloomberg.net
giovanna.angari@meliorbanca.com
giovanna_coen@generali.com
giovanni.baestra@juliusbaer.com
giovanni.bagiotti@mediolanum.it
giovanni.becchere@erm.ie
giovanni.berti@cattolicaassicurazioni.it
giovanni.camerota@bancaroma.it
giovanni.chiovini@bnlmail.com
giovanni.elia@clarima.unicredit.it
giovanni.facchinimartini@pioneerinvest.it
giovanni.fedrigoli@credit-suisse.com
giovanni.fulci@banca.mps.it
giovanni.gornotempini@mittel.it
giovanni.grimaldi@am.generali.com
giovanni.leonardo@juliusbaer.com
giovanni.lombardo@ecb.int
giovanni.mazzariello@pioneerinvestments.com
giovanni.miccoli@claridenleu.com
giovanni.moccajatta@intesasanpaolo.com
giovanni.monticone@realemutua.it
giovanni.multari@ersel.it
giovanni.polastri@swedbankrobur.se
giovanni.prati.de.pellati@bpm.it
giovanni.radicella@arcafondi.it
giovanni.saletta@sanpaoloimi.com
giovanni.sanfelici@sai.it
giovanni.soccodato@finmeccanica.it
giovanni.somajni@geva.fiatgroup.com
giovanni.staunovo@ubs.com
giovanni.totaro@lbbw.de
giovanni.trombello@cominvest-am.com
giovanni.trombetta@am.generali.com
giovanni.vitale@ecb.int
giovanni.zuccarini@enifin.eni.it
giovanni@mrml.ch
giovanni_gentili@generali.com
giovanni_lugato@america.hypovereinsbank.com
giovanni_perissinotto@generali.com
giovanni_villanueva@swissre.com
giri.bogavelli@opcap.com
giri.k.devulapally@jpmorgan.com
giri@bloomberg.net
giridhar.naidana@invesco.com

girish.jain@alliancebernstein.com
girish_murthy@dell.com
girish_narula@westlb.co.uk
girod@bordier.com
girodfe@cial.cic.fr
girodt@bernstein.com
gisber.schulz@ikb.de
gisbert.lang@oppenheim.de
gisele.perreault@caam.com
giselle.l.leon@jpmorgan.com
gishm@wellsfargo.com
gisli.reynisson@isb.is
gita.bal@pimco.com
gita.lad@gs.com
gita.suneja@cidatelgroup.com
gita.suneja@citadelgroup.com
gita_ramakrishnan@putnam.com
gitesh.parmar@glgpartners.com
giucarna@notes.banesto.es
giulia.billard@bnlmail.com
giulia.perenzin@depfa.com
giulia.sanna@zkb.ch
giuliana.giorgio@bnlmail.com
giuliana.luzi@bnlmail.com
giuliano.balducci@bancamarche.it
giuliano.gasparet@am.generali.com
giuliano.mazzoni@lodh.com
giuliano.palumbo@arcafondi.it
giuliano.raso@meliorbanca.com
giulio.benvenuti@am.generali.com
giulio.beretti@drkw.com
giulio.bozzini@saipem.eni.it
giulio.campello@ubae.it
giulio.casuccio@compagnia.torino.it
giulio.delsante@bpmvita.it
giulio.favaretto@am.generali.com
giulio.saitta@realemutua.it
giulio.zaccagnini@capitalia-am.com
giuram@mcdmgmt.com
giuseppe.agogliati@bancaprofilo.it
giuseppe.amodio@st.com
giuseppe.avignone@pioneerinvest.it
giuseppe.balducci@mpsgr.it
giuseppe.bellini@gestielle.it

giuseppe.benigno@gestielle.it
giuseppe.botto@bancaintessa.it
giuseppe.buoncompagni@carisp.sm
giuseppe.cais@gruppobim.it
giuseppe.caltabiano@claridenleu.com
giuseppe.canzoneri@bnlmail.com
giuseppe.cerliani@am.generali.com
giuseppe.ciliberto@pioneerinvest.it
giuseppe.civaschi@italease.it
giuseppe.dado@fincantieri.it
giuseppe.distefano@bancaprofilo.it
giuseppe.dominici@interbanca.it
giuseppe.floreno@bancaintesa.it
giuseppe.giase@credit-suisse.com
giuseppe.giusto@bpmvita.it
giuseppe.ini@bapr.it
giuseppe.lasorda@sanpaoloimi.com
giuseppe.marcato@bpm.it
giuseppe.migliorati@banca.mps.it
giuseppe.miretta@poplodi.it
giuseppe.nava@pioneerinvest.it
giuseppe.notarnicola@st.com
giuseppe.novelli@arcafondi.it
giuseppe.orlando@ing.it
giuseppe.ottaviani@am.generali.com
giuseppe.palmieri@bancalombarda.it
giuseppe.paone@cic.ch
giuseppe.pastorelli@azimut.it
giuseppe.perrucci@capitalia-am.com
giuseppe.pollifrone@rbccm.com
giuseppe.quadri@db.com
giuseppe.quartodipalo@csam.com
giuseppe.rapisarda@unicreditgroup.eu
giuseppe.recchi@corporate.ge.com
giuseppe.sarti@bpmsgr.it
giuseppe.scarabosio@sanpaoloimi.com
giuseppe.semerano@antonveneta.it
giuseppe.toscani@banca.mps.it
giuseppe_magnano@swissre.com
giuseppe_mignogna@cariverona.it
giuseppe_sunseri@generali.com
giuseppina.torno@bancaakros.it
giustiniani@mpsgr.it
givingstone@hotmail.com

givory@beutelgoodman.com
gj24@ntrs.com
gja@mn-services.nl
gjacobe@oppenheimerfunds.com
gjacobsen@tsbjinc.com
gjallott@bloomberg.net
gjames4@bloomberg.net
gjanvier@eutelsat.fr
gjerzyk@bloomberg.net
gjfogarty@washtrust.com
gjg@ntrs.com
gjgarabedian@wellington.com
gjgola@delinvest.com
gjgray@princeton.edu
gjikovski@canyonpartners.com
gjimenel@cajamadrid.es
gjkochanski@wellington.com
gjm@ubp.ch
gjohanson@nb.com
gjohnson@collegesavings.com
gjohnson@frk.com
gjohnson@investmentcounselors.com
gjohnson@lib.com
gjohnston@britannicasset.com
gjones@bear.com
gjones@scottstringfellow.com
gjudge@loews.com
gjunesch@bloomberg.net
gjupp1@bloomberg.net
gjwilson@wellington.com
gk@adia.ae
gk18@ntrs.com
gkalchev@allstate.com
gkalmano@allstate.com
gkaminsky@nb.com
gkarkambasis@bear.com
gkass@westernasset.com
gkavanaugh@hbk.com
gkb@publicbank.com.my
gkdimit@aol.com
gkeith@seabridge.com
gkelly@europeancredit.com
gkerr@newstaram.com
gkhusler@hotmail.com

gkim@loomissayles.com
gkimmes@bloomberg.net
gking@xlserv.com
gkk@veb.ru
gklauer@cumberassoc.com
gklavdianos@apollolp.com
gklein@aegonusa.com
gkleiner@essexinvest.com
gklement@bloomberg.net
gklingler@divinv.net
gkneeland@aegonusa.com
gko@frk.com
gkoltek@aol.com
gkonieczny@templeton.com
gkopacz@allstate.com
gkopsiaftis@westpac.com.au
gkorte@russell.com
gkostakis@halcyonllc.com
gkravchik@nylim.com
gkrejmas@bostonprivatebank.com
gkryskiewicz@wisi.com
gkschaefer@bellsouth.net
gkuchinski@bloomberg.net
gkulaligil@bear.com
gkunz@pictet.com
gkurdziel@seic.com
gkurinsky@mfs.com
gkwnchoi@bok.or.kr
gl@capgroup.com
gl78@cornell.edu
glacalce@fideuramsgr.it
glacek@wellington.com
gladeni@rabo-bank.com
gladieux_jay@jpmorgan.com
gladys.fung@bms.com
gladys.lau@pioneerinvestments.com
gladysl@bloomberg.net
glam@princeton.edu
glambert@loomissayles.com
glambrin1@bloomberg.net
glann.eichen@fleet.com
glasgowc@edfd.com
glasman@mfs.com
glasova.anna@slsp.sk

glassandro@bloomberg.net
glatremoille@beutelgoodman.com
glaumond@lgfrance.com
glaunay@ofivalmo.fr
glavish@lordabbett.com
glb@capgroup.com
gle@petercam.be
gleasot@nationwide.com
gleb.koutepov@morganstanley.com
gleb.sandmann@barcap.com
gleblanc@wellington.com
glee@sarofim.com
gleichman.allison@principal.com
gleizer@bcb.gov.br
glemens@stanford.edu
glen.anderson@nuveen.com
glen.baptist@prudential.com
glen.fukushima@airbus.com
glen.hayashi@aiminvestments.com
glen.hilton@aiminvestments.com
glen.hoffman@rothschild.com.au
glen.manna@eagleasset.com
glen.matz@national-city.com
glen.mceachern@bbh.com
glen.ostrander@funb.com
glen.pratt@uk.fid.intl.com
glen.schneiderman@uboc.com
glen.wisher@juliusbaer.com
glen_c_corbitt@fleet.com
glen_johnson@ssga.com
glen_monnelly@putnam.com
glen_murphy@invesco.com
glen_vanic@aal.org
glencora.senior@bapfim.co.uk
glenda.gonzalez@bspr.com
glenda.horn@gartmore.com
glenda.kao@barcap.com
glenda.l.barina@exxonmobil.com
glenda.levin@pioneeraltinvest.co.uk
glenda_allred@colonialbank.com
glenn.baker@bbh.com
glenn.barry@sunlife.com
glenn.beatham@rothschild.com
glenn.bedwin@uk.fid-intl.com

glenn.christal@tudor.com
glenn.clarke@csfb.com
glenn.degenaars@db.com
glenn.dulieu@us.mizuho-sc.com
glenn.e.johnson@wellsfargo.com
glenn.elsey@inginvestment.com
glenn.gawronski@jpmorgan.com
glenn.gazdik@thehartford.com
glenn.goldstein@gweiss.com
glenn.haberbush@ny.frb.org
glenn.handley@hsbcib.com
glenn.hoggarth@bankofengland.co.uk
glenn.jaffe@wachoviasec.com
glenn.kinen@bwater.com
glenn.koenig@db.com
glenn.livingstone@soros.com
glenn.mackersy@anz.com
glenn.mcafee@morganstanley.com
glenn.medwar@moorecap.com
glenn.metzger@pncbank.com
glenn.mitchell@rbc.com
glenn.n.clarke@aib.ie
glenn.phillips@gibuk.com
glenn.schorr@ubs.com
glenn.shor@deshaw.com
glenn.smith@barclaysglobal.com
glenn.treacy@ilim.com
glenn.wellman@csam.com
glenn.yeaker@morganstanley.com
glenn.zahn@fandc.com
glenn@henrykaufman.com
glenn@ibp.se
glenn@nebomanagement.com
glenn_bowling@invesco.com
glenn_davies@westlb.co.uk
glenn_e_sheay@vanguard.com
glenn_errigo@freddiemac.com
glenn_fogle@americancentury.com
glenn_johnson@ssga.com
glenn_koenig@reservefunds.com
glenn_switzer@ustrust.com
glenn_tetu@mfcinvestments.com
glenn_tso@fsa.com
glenna.anderson@harrisbank.com

glennd@hcmny.com
glennw@scm-lp.com
gleong@arielcapital.com
glevante@bloomberg.net
glevine@statestreet.com
glg.partners.aibbny@aibbny.ie
glgservicegroup@lehman.com
gli@evergreeninvestments.com
gli@oppenheimerfunds.com
gligtenberg@aegon.nl
glilienf@lehman.com
glk1@ntrs.com
gln@ubp.ch
globalfuturesdesk@lehman.com
globalfuturesservice@lehman.com
globalresearch@eatonvance.com
globalteam@oppenheimerfunds.com
globerman_polina@jpmorgan.com
glocraft@mfs.com
glodine.jourdan@chase.com
gloeser@meag.com
glogan@newstaram.com
glonero@fideuramsgr.it
glopezgr@cajamadrid.es
gloria.carlson@inginvestment.com
gloria.h.fu@jpmorgan.com
gloria.hall@icap.com
gloria.li@redwoodtrust.com
gloria.talamantes@fmr.com
gloria.warren@halliburton.com
gloria.wong@bbh.com
gloria_j_waters@notes.ntrs.com
gloria_vogel@swissre.com
gloria-93471.appleby@morganstanley.com
glowe@loomissayles.com
glowe@whitneybank.com
glozano@banxico.org.mx
glp@capgroup.com
glr@bloomberg.net
glubiner@hapoalimusa.com
gluca@bloomberg.net
gluskie@swst.com
gluterman@keyspanenergy.com
glweirick@westcapinv.com

glyn.harrington@icap.com
glyn.thomas@insightinvestment.com
glynch@genre.com
glynis.s.webb@aib.ie
glynn.meth@rothschild.com.au
glynnj1@aetna.com
gm@capgroup.com
gm@edfd.com
gm@tbb.com.hk
gm10@ntrs.com
gma@nbim.no
gmaccord@tiaa-cref.org
gmaccordy@tiaa-cref.org
gmacosko@lordabbett.com
gmadrazo@notes.banesto.es
gmadrigal@nafin.gob.mx
gmaggio@lordabbett.com
gmahmud@hcmlp.com
gmaiatsky@bloomberg.net
gmakoso@mmlassurance.com
gmalanga@bankofny.com
gmallal@evcap.com.sg
gmallejac@groupama-am.fr
gmannes@bankofny.com
gmanon@dcf.pemex.com
gmanseau@bft.fr
gmansell@ofiinstitutional.com
gmarini@iccrea.bcc.it
gmarquardt@bloomberg.net
gmarquardt@nicholasfunds.com
gmarshall@ci.com
gmartin@mfs.com
gmartin@ssrm.com
gmartin@tradersbanking.com
gmartinelli@fondianima.it
gmartino@bony.com
gmartone@bankatlantic.com
gmartore@gcil.gannett.com
gmarzano@credem.it
gmaselli@bci.it
gmass@falconmgt.com
gmata@wasatchadvisors.com
gmaxwell@montag.com
gmay@meijer.com

gmazzilis@sistonet.org
gmbagnoli@delinvest.com
gmcconnell2@bloomberg.net
gmccrickard@troweprice.com
gmccullough@loomissayles.com
gmcdon@bloomberg.net
gmcferrin@fhlbc.com
gmcintosh@britannicasset.com
gmckenzie@bbandt.com
gmelas@lordabbett.com
gmerino@dcf.pemex.com
gmgoldman@wellington.com
gmh@ntrs.com
gmichaels@merctrust.com
gmichalik@ryanlabs.com
gmichalopoulos@alpha.gr
gmicheli@pictet.com
gmikula@seawardmgmt.com
gmillar@bloomberg.net
gmiller@bear.com
gmiller@mdsass.com
gmiller@statestreet.com
gmills@swissca.co.uk
gmilone@bloomberg.net
gminotti@credem.it
gmirante@ifp.ch
gmitchell@fbopcorp.com
gmitkoe@allstate.com
gmitkove@allstate.com
gmivelaz@sjs-group.com
gmk@atalantasosnoff.com
gml2@ntrs.com
gmoerman@aegon.nl
gmolina@bloomberg.net
gmonserrat@lib.com
gmoore@uscentral.org
gmorgan@templeton.com
gmorrison@payden-rygel.com
gmoser@caxton.com
gmotyl@templeton.com
gmoy@ambac.com
gmozzetti@ticino.com
gmr@clinton.com
gmr@edfd.com

gmr1@ntrs.com
gmrieunier@statestreet.com
gms@uk.danskebank.com
gmuffatti@icbpi.it
gmule@us.mufg.jp
gmurphy@fountaincapital.com
gmussalli@panagora.com
gn55@bloomberg.net
gnadalin@bancasempione.ch
gnahory@troweprice.com
gnantie@travelers.com
gnawi@lazard.com
gnbrauni@hibernia.com
gne006@maersk.com
gneavin@federatedinv.com
gnelson@eatonvance.com
gneville@standishmellon.com
gng@dow.com
gni@delinvest.com
gnichols@standish.com
gnicolle@schny.com
gnicolosi@iccrea.bcc.it
gniemczyk@bloomberg.net
gnnietode@bloomberg.net
gno@petercam.be
gnolan@statestreet.com
gnolles@generali.nl
gnorthrop@montag.com
gnrao@kia.gov.kw
go.odette@gene.com
go_ishida@mitsubishi-trust.co.jp
goc.a@mellon.com
goda.keiichiro@kokusai-am.co.jp
goddena@rba.gov.au
goddessk@hmc.harvard.edu
godefroy.tessier@bmonb.com
godlinw@vankampen.com
goebel@rentenbank.de
goerg.kirchner@hvbeurope.com
goetz.alles@wwasset.de
goetz.haue@db.com
goetz.michl@hypovereinsbank.de
goetz.richter@duesshyp.de
goetzke@ui-gmbh.de

gogara@rtiaa-cref.org
goguen.fj@tbcam.com
goh.sansan@uobgroup.com
goh.soomay@uobgroup.com
goh.yumin@uobgroup.com
gohar.bilal@ubk-plc.com
gohkwangmeng@gic.com.sg
gohmienzo@gic.com.sg
gohounknown@creditorrelations.com4@handelsbanken.s
gohpwlinda@ocbc.com.sg
gohwahkiat@gic.com.sg
gokce.ataman@hcmny.com
gokeefe@congressasset.com
goker.orhan@disbank.com.tr
gokhan.ates@bernstein.com
gokhan.erguneyt@fortis.com.tr
gokhan.erkiralp@teb.com.tr
gokhan.i.atilgan@jpmchase.com
golablue@bloomberg.net
golbie.kamarei@blackrock.com
goldiesh@wharton.upenn.edu
goldlust@princeton.edu
goldman@pimco.com
goldman_steve@jpmorgan.com
golodr@vankampen.com
golszowy@itasset.com
gomezj@fsgrhino.com
goncalo.jose.santos@bancobpi.pt
goncalo.reis@estradasdeportugal.pt
gondesen@dit.de
gonenb@cii.co.il
gonisiforou@smithgraham.com
gonsalves.js@mellon.com
gonzalez_raphael@jpmorgan.com
gonzalo.borja@claridenleu.com
gonzalo.hernandodiazambrona@telefonica.es
gonzalo.mahou@bertelsmann.de
gonzalo.ortiz@lodh.com
gonzalo.santillan@bankamerica.com
gonzalo_pangaro@troweprice.com
gonzalpj@vankampen.com
gonzas@bloomberg.net
gonzfit@bloomberg.net
good_luanne@fsba.state.fl.us

goodfellow@bankofny.com
goodmma@exchange.ml.com
goodwin@aigfpc.com
gopal.reddy@fmr.com
gopal_sharathchandra@freddiemac.com
gopalakm@bloomberg.net
gopinath@adic.co.ae
goran.espelund@robur.se
goran.farkas@electrolux.se
goran.farkas@seb.se
goran.fors@seb.se
goran.fransson@enskilda.se
goran.jauk@claridenleu.com
goran.karlsen@nordea.com
goran.maelfeyt@dexia-bil.com
goran.ridic@thehartford.com
goran.vedin@lansforsakringar.se
goran.villner@swedbankrobur.se
goran.wall@dnbnor.com
goran_kaiblinger@swissre.com
gordacha@yahoo.com
gordon.bennett@anfis.co.uk
gordon.brown@bailliegifford.com
gordon.calver@axa-im.com
gordon.chiu@westernasset.com
gordon.delianedis@pacificlife.com
gordon.drysdale@bailliegifford.com
gordon.erb@uboc.com
gordon.f.stransky@jpmorgan.com
gordon.fraser@blackrock.com
gordon.gunnlaugsson@micorp.com
gordon.happell@aegon.co.uk
gordon.harpin@aviva.com
gordon.ibrahim@fandc.com
gordon.loery@morganstanley.com
gordon.readey@barclaysglobal.com
gordon.schonfeld@csam.com
gordon.scott@fmr.com
gordon.shannon@resolutionasset.com
gordon.wallace@insightinvetments.com
gordon.wan@bbh.com
gordon.wright@pncadvisors.com
gordon.wright@ubs-oconnor.com
gordon_boozer@swissre.com

gordon_bryant@westlb.com
gordon_fowler@glenmede.com
gordon_lawrence@putnam.com
gordon_lowson@standardlife.com
gordon_massie@agfg.com
gordon_sk_tsui@hkma.gov.hk
gordonr1@bloomberg.net
gorham@bloomberg.net
gorky.urquieta@ingim.com
gormic@bloomberg.net
gornostaeva@veb.ru
gosavi_haridas@ml.com
gosborne@bankofny.com
gosia.donaldson@lloydstsb.co.uk
goslin.pd@mellonequity.com
gosnell.maggie@principal.com
gospel@bloomberg.net
gossj@swcorp.org
gossman_michele@jpmorgan.com
gosule@deshaw.com
goto-shigeki@mitsubishi-sec.co.jp
gotou_gen@dn.smbc.co.jp
gotou_kenichirou@dn.smbc.co.jp
gottfried.finken@dzbank.de
gottfried.ransmayr@ba-ca.group-treasury.co.at
gottfried.scheer@blb.de
gottfried.x.hoerich@jpmorgan.com
goubeaux@fhlb-of.com
gould@new-york.sl.slb.com
goulden@bloomberg.net
gouldm@jhancock.com
goulven.drevillon@fftw.com
goutmezguine@bloomberg.net
govert.eijsvoogel@nl.abnamro.com
goviatt@munder.com
govie@bloomberg.net
govmann@msn.com
gp.carifirenze@carifirenze.it
gp@seaboardco.com
gpac@compuserve.com
gpagan@ustrust.com
gpaillat@firstate.co.uk
gpalmer@fhlbatl.com
gpalmer@smithbreeden.com

gpalmieri9@aol.com
gpaloni@wilmingtontrust.com
gpang@kio.uk.com
gpaoletti@ifsam.com
gpapin@bpbtc.com
gpardo@safei.es
gpark@blenheiminv.com
gpark@martincurrie.com
gparker@invest.treas.state.mi.us
gparker@lordabbett.com
gparker@westernasset.co.uk
gparodi@refco.com
gpaul@bernstein.com
gpaulette@globalt.com
gpazzanese@federatedinv.com
gpedrie@denveria.com
gpeeke@westernasset.com
gpeelen@irisresearch.nl
gpeig@msdw.es
gpelletier@jhancock.com
gpendleton@mfs.com
gperezri@notes.banesto.es
gperillo@blackrock.com
gperry@worldbank.org
gpestana@banco-privado.pt
gpetre@worldbank.org
gpetruzelli@bloomberg.net
gpfrasca@wellington.com
gph.ie@adia.ae
gphelps@jhancock.com
gpicco@ksmanagement.com
gpickett@fhlbc.com
gpierce@steinroe.com
gpietsch@fbfs.com
gpilc@oppenheimerfunds.com
gpini@europeancredit.com
gpisano@bloomberg.net
gplacek@rwbaird.com
gplume@jhancock.com
gpodhajs@aegonusa.com
gpoesger@bloomberg.net
gpoirier@mfs.com
gpolicar@generali.fr
gportesi@lucchini.it

gpostel@dkpostel.com
gpostic2@bloomberg.net
gpowell@collinsstewartllc.com
gproctor@tiaa-cref.org
gptucker@wellington.com
gpucci@blackrock.com
gpuricelli@bloomberg.net
gpurinton@federatedinv.com
gpusinelli@williamblair.com
gpzegeo@evergreeninvestments.com
gqh@nbim.no
gquint@fdic.gov
gr@capgroup.com
gra@nbim.no
grabate@princeton.edu
grace.ansani@db.com
grace.giselle@dws.de
grace.gu@blackrock.com
grace.ho@sgam.com
grace.jk.lee@scfirstbank.com
grace.kanzaki@abnamro.com
grace.lee@mutualofamerica.com
grace.lee@nb.com
grace.lee@schroders.com
grace.ng@dzbank.com.sg
grace.rutigliano@db.com
grace.su@morganstanley.com
grace.wu@pimco.com
grace.xu@pharma.novartis.com
grace.yao@moorecap.com
grace.yeoph@uobgroup.com
grace.zhang@barclaysglobal.com
grace_huang@americancentury.com
grace_huebscher@fanniemae.com
grace_lim@scotiacapital.com
grace_pineda@ml.com
grace_sone@freddiemac.com
grace_zheng@troweprice.com
grace-anne.wood@fmr.com
gracegao@aegon-cnooc.com
gracelim@gic.com.sg
graceliu65@mail.cbc.gov.tw
gracemychan@hsbc.com.hk
gracewu@gic.com.sg

gracie.c.matsuda@bankamerica.com
graciela.m.bernard@jpmorgan.com
grady.smith@dfafunds.com
gradym@bloomberg.net
graeme.arnold@aberdeen-asset.com
graeme.bencke@aig.com
graeme.carnochan@barclaysglobal.com
graeme.caughey@swip.com
graeme.coll@mondrian.com
graeme.dewar@barclaysglobal.com
graeme.hughes@nationwide.co.uk
graeme.kite@fidelity.com
graeme.lindsay@resolutionasset.com
graeme.lyness@insightinvestment.com
graeme.pollok@montpelier.com
graeme.rockett@fmr.com
graeme.sharp@aberdeen-asset.com
graeme.sinclair@aberdeen-asst.com
graeme.smith@icgplc.com
graeme.troy@swip.com
graeme@sgsfunds.com
graeme_bell@merck.com
graeme_orr@standardlife.com
graghuraman3@bloomberg.net
gragusa@allstate.com
graham.ashby@db.com
graham.barnett@pfam.com
graham.benson@ing.com.au
graham.bentz@harrisbank.com
graham.birch@blackrock.com
graham.black@bailliegifford.com
graham.brazier@bms.com
graham.c.nicol@jpmorgan.com
graham.clapp@uk.fid-intl.com
graham.cohen@ubs.com
graham.cook@rlam.co.uk
graham.crawford@boigm.com
graham.curds@rothschild.co.uk
graham.dewar@barclaysglobal.com
graham.duce@credit-suisse.com
graham.dudden@bpm.it
graham.elliottshircore@morleyfm.com
graham.forster@db.com
graham.forster@lloydstsb.co.uk

graham.glass@ubs.com
graham.halliday@uk.mizuho-sc.com
graham.harrington@mblackrock.com
graham.hepher@barclaysglobal.com
graham.jefferson@db.com
graham.joblin@isisam.com
graham.johnston@norwich-union-life.co.uk
graham.jones@britannia.co.uk
graham.kirk@bapensions.com
graham.lesnick@mhcb.co.uk
graham.m.fagan@aib.ie
graham.m.fagan@aibbny.ie
graham.martin@gartmore.com
graham.martin@metlife.com
graham.moles@lgim.co.uk
graham.nankivell@zurich.com
graham.o'meara@pioneeraltinvest.com
graham.pattle@ubs.com
graham.pearse@ashmoregroup.com
graham.r.lamb@db.com
graham.radford@blackrock.com
graham.rainbow@barcap.com
graham.raward@cba.com.au
graham.rennison@barclayscapital.com
graham.shute@sscims.com
graham.stafford@deshaw.com
graham.taylor@canadalife.co.uk
graham.taylor@lgim.co.uk
graham.taylor@lloydstsb.co.uk
graham.thorn@nationwide.co.uk
graham.vance@ubs.com
graham.villiers@icgplc.com
graham.walker@fandc.co.uk
graham.whittaker@fandc.com
graham.williams3@lloydstsb.co.uk
graham.wood@swip.com
graham_downie@standardlife.com
grahame.beales@fandc.com
grahame_pilcher@westlb.co.uk
grahamf@fhfb.gov
grahams@brinson.com
grahamwarren@gic.com.sg
grahamyoung@hsbc.com
grahem.meharg@moorecap.co.uk

graig.stettner@national-city.com
graig_nickel@ml.com
graimundo@bloomberg.net
grainne.bolland@ubs.com
grainne.carey@barclaysglobal.com
grainne.m.o'brien@aib.ie
grainne_gilligan@putnaminv.com
gramadi@bear.com
gramlira@cmcic.fr
grandblue@kbstar.co.kr
grandl@meinlbank.com
grangerh@aeltus.com
grangerh@ing-afs.com
grant.carroll@glgpartners.com
grant.chamberlain@ubs.com
grant.davies@hsbcib.com
grant.gibson@rbccm.com
grant.gillan@tdsecurities.com
grant.harrison@lloydstsb.co.uk
grant.mackenzie@hsbc.com
grant.mcdonald@arabbanking.com
grant.nicholson@vw.com
grant.playford@glgpartners.com
grant.rubin@pw.utc.om
grant.saunders@drkw.com
grant.schick@westernasset.com
grant.td@tbcam.com
grant_couch@countrywide.com
grant_davis@nylim.com
grant_joel@gsb.stanford.edu
grantferguson@temasek.com.sg
grantwilson@gic.com.sg
grantyun.cheng@union-investment.de
graphael@wachoviasec.com
graptman@erstebank.com
graskin@bbinvestments.com
gratti@mcc.it
gravem@nuveen.com
gravenes@us.ibm.com
gravest@strsoh.org
gray@ms1.hncb.com.tw
grayma@agf.fr
grayson.witcher@morganstanley.com
grazia.cozzi@bsibank.com

grazia.gulluni@dexia-crediop.it
grazia_mariani@deltalloyd.nl
graziano.deli@bancagesfid.com
graziella.di.trani@de.pimco.com
graziosa@atlanticinvestment.net
grecar@safeco.com
green@ellington.com
green_pat@fsba.state.fl.us
greenertj@vystarcu.org
greenes@vankampen.com
greenje@ebrd.com
greenwaj@jwseligman.com
greer.fry@gsk.com
greg.adair@rbc.com
greg.addicks@inginvestment.com
greg.anderson@reliastar.com
greg.andrews@pioneerinvest.com
greg.asher@barclaysglobal.com
greg.babij@avmltd.com
greg.baker@pioneeraltinvest.com
greg.ball@americas.ing.com
greg.bayvel@nb.com
greg.bell@aamcompany.com
greg.bennet@fid-intl.com
greg.bottjer@pncadvisors.com
greg.bouleris@ge.com
greg.braun@aig.com
greg.brida@schwab.com
greg.camas@wamu.net
greg.capps@morganstanley.com
greg.chmielewski@statestreet.com
greg.coffey@glgpartners.com
greg.cotterrell@bnz.co.nz
greg.cox@credit-suisse.com
greg.croll@db.com
greg.dahlman@associatedbank.com
greg.dawson@wachovia.com
greg.dirkse@micorp.com
greg.eckersley@alliancebernstein.com
greg.ehlinger@irwinfinancial.com
greg.fischer@pncbank.com
greg.flowers@rentech.com
greg.fraser@btfinancialgroup.com
greg.fuss@db.com

greg.gable@gmacrfc.com
greg.gendreau@fmr.com
greg.genung@wellsfargo.com
greg.gorbatenko@firstmidwest.com
greg.gore@pimco.com
greg.gryllakis@fmr.com
greg.guthrie@uk.abnamro.com
greg.hackworth@bankofamerica.com
greg.hadingham@eu.nabgroup.com
greg.haendel@transamerica.com
greg.hallman@truscocapital.com
greg.hamilton@americo.com
greg.hamwi@morganstanley.com
greg.harrington@chase.com
greg.harris@citigroup.com
greg.hartch@corporate.ge.com
greg.hebard@cnh.com
greg.hermanski@osterweis.com
greg.hicks@protective.com
greg.hoelscher@moorecap.com
greg.holborow@glgpartners.com
greg.huning@jamisonfirst.com
greg.ise@nacm.com
greg.jacobs@inginvestment.com
greg.kahofer@pncbank.com
greg.kaplan@cnb.com
greg.kares@wachovia.com
greg.kelly@janus.com
greg.kin@valero.com
greg.kirsh@invescoperpetual.com
greg.kish@highbridge.com
greg.kisiel@chase.com
greg.kitchen@nationalcity.com
greg.konstantinidis@uk.fid-intl.com
greg.kovac@raymondjames.com
greg.kuhnert@investecmail.com
greg.l.tuorto@jpmorgan.com
greg.lai@morganstanley.com
greg.lavallee@wellsfargo.com
greg.lee@fmr.com
greg.lightfoot@lgim.co.uk
greg.matthews@aig.com
greg.mclaren@fhlbtopeka.com
greg.meisenger@thrivent.com

greg.mellone@bankofamerica.com
greg.michel@ingim.com.au
greg.moldovanyi@ppmamerica.com
greg.naso@shenkmancapital.com
greg.neal@nationstarmail.com
greg.olafson@gs.com
greg.pappas@fidelity.com
greg.pappas@fmr.com
greg.peters@truscocapital.com
greg.petryszyn@thrivent.com
greg.raskin@alliancebernstein.com
greg.richmond@isisam.com
greg.rickards@bankofamerica.com
greg.rodetis@corporate.ge.com
greg.rosen@tdsecurities.com
greg.rosenberg@alliancebernstein.com
greg.rye@credit-suisse.com
greg.sharenow@gs.com
greg.shell@columbiamanagement.com
greg.shenkman@shenkmancapital.com
greg.shub@moorecap.com
greg.shull.crlo@statefarm.com
greg.smith@micorp.com
greg.sonderman@commercebank.com
greg.spilberg@aig.com
greg.spyropoulos@sunlife.com
greg.sutton@bis.org
greg.swisher@jpmorgan.com
greg.t.maddox@wellsfargo.com
greg.tanner@bwater.com
greg.thompson@db.com
greg.trinks@ubs.com
greg.vaughn@lloydstsb.co.uk
greg.vogele@53.com
greg.wachsman@ubs.com
greg.walker@bmo.com
greg.weirich@pncbank.com
greg.weirick@transamerica.com
greg.white@opco.com
greg.wilks@axa-im.com
greg.wilson@gecapital.com
greg.zaludek@bmonb.com
greg@hgk.com
greg@providencefunds.com

greg_aptman@sumitomobank.com
greg_birdsong@troweprice.com
greg_bomash@glic.com
greg_choe@nacm.com
greg_conners@victoryconnect.com
greg_cookson@standardlife.com
greg_depew@cinfin.com
greg_donaldson@troweprice.com
greg_eppley@troweprice.com
greg_fisher@troweprice.com
greg_gorman@invesco.com
greg_gotschall@ml.com
greg_hansen@ml.com
greg_j_deeks@key.com
greg_kersch@ldn.invesco.com
greg_milani@hp.com
greg_r_briskey@aon.com
greg_sivin@scudder.com
greg_trebil@cargill.com
greg_walsh@americancentury.com
greg_wessel@invesco.com
greg_woodhams@americancentury.com
greg_woynarski@scotiacapital.com
greg_ziejewski@ufjbank.co.jp
grega@bgi-group.com
gregan@delinvest.com
gregard.mikkelborg@kbank.no
gregd@bloomberg.net
greger.flodin@rabobank.com
gregfort@aol.com
gregg.bonardi@americas.bnpparibas.com
gregg.bridger@credit-suisse.com
gregg.colburn@citadelgroup.com
gregg.gola@morganstanley.com
gregg.hammer@aig.com
gregg.hrivnak@jpmorgan.com
gregg.m.diliberto@csam.com
gregg.m.rubin@dartmouth.edu
gregg.murrell@barclaysglobal.com
gregg.murrell@barlcaysglobal.com
gregg.o'neel@lazard.com
gregg.smalley@columbiamanagement.com
gregg@amherstsecurities.com
gregg@deerfieldcapital.com

gregg@mcm.com
greggy@deshaw.com
gregk@bgi-group.com
gregoire.anzevui@lodh.com
gregoire.biollaz@credit-suisse.com
gregoire.constantin@gerifonds.ch
gregoire.debaeke@ing.be
gregoire.delouche@dexia-am.com
gregoire.ledoux@sgam.com
gregoire.pesques@sgam.com
gregor.bruckner@bhf-bank.com
gregor.cantieni@credit-suisse.com
gregor.d-adam@ubs.com
gregor.diem@de.pimco.com
gregor.hirt@csam.com
gregor.hirt@schroders.com
gregor.holek@rcm.at
gregor.jourdin@cardif.fr
gregor.kott@bhf-bank.com
gregor.kuhl@kzvk.de
gregor.macdonald@swip.com
gregor.mueller@bsibank.com
gregor.oboth@oppenheim.de
gregor.rudolph-dengel@de.rcm.com
gregor.smart@pioneerinvest.com
gregor.smith@damel.co.uk
gregor.trachsel@credit-suisse.com
gregor.zemp@lukb.ch
gregor@tk.thyssenkrupp.com
gregor_mast@swissre.com
gregori.tchouboukoff@bnpparibas.com
gregorio.defelice@bancaintesa.it
gregorio.milanesi@bancagenerali.it
gregorio_t_druehl@fanniemae.com
gregory.a.mattiko@jpmorgan.com
gregory.aj@mellon.com
gregory.anderson@thrivent.com
gregory.b.luttrell@jpmchase.com
gregory.basil@blackrock.com
gregory.belzer@disney.com
gregory.benac@fmr.com
gregory.berman@xlgroup.com
gregory.bilse@db.com
gregory.blasucci@harrisbank.com

gregory.borenstein@gs.com
gregory.buckley@pioneerinvestments.com
gregory.carlson@fafadvisors.com
gregory.chauviaux@dexia.com
gregory.chemama@axa-im.com
gregory.cipolaro@robecoinvest.com
gregory.claeys@caam.com
gregory.clinton@sg.standardchartered.com
gregory.combes@ing.be
gregory.daniel@inginvestment.com
gregory.diche@credit-suisse.com
gregory.donohue@citadelgroup.com
gregory.drakes@prudential.com
gregory.eisenhart@hcmny.com
gregory.evansky@usbank.com
gregory.feinberg@citadelgroup.com
gregory.feldman@gs.com
gregory.fraser@truscocapital.com
gregory.g.chu@citigroup.com
gregory.g.fowlkes@jpmorgan.com
gregory.habeeb@calvert.com
gregory.hanson@usbank.com
gregory.harris@pncbank.com
gregory.harris@wamu.net
gregory.hart@pnc.com
gregory.hartje@harrisbank.com
gregory.hill@nationalcity.com
gregory.hull@wamu.net
gregory.hung@ubs.com
gregory.hunt@infarmbureau.com
gregory.kettelhack@bsibank.com
gregory.klyne@nlcal.mail.abb.com
gregory.ko@ap.ing.com
gregory.kolb@janus.com
gregory.kuczynski@janus.com
gregory.labuda@deshaw.com
gregory.lewis@db.com
gregory.m.miller@columbiamanagement.com
gregory.m.towner@bankofamerica.com
gregory.marque@ing.be
gregory.martory@uk.bnpparibas.com
gregory.mcclain@cna.com
gregory.mcgreevey@inginvestment.com
gregory.mcneill@eu.nabgroup.com

gregory.molinaro@cpr-am.fr
gregory.murphy@morganstanley.com
gregory.narmont@rbscoutts.com
gregory.nataf@glgpartners.com
gregory.norton@friendsprovident.co.uk
gregory.nutt@barclaysglobal.com
gregory.p.whitby@db.com
gregory.park@usbank.com
gregory.perrin@dcmc.creditlyonnais.fr
gregory.polizotto@prudential.com
gregory.priolo@bcv.ch
gregory.pugliani@jpmchase.com
gregory.raab@ge.com
gregory.richardson@wachovia.com
gregory.rodeheaver@citicorp.com
gregory.rousseau@creditfoncier.fr
gregory.ryanii@fafadvisors.com
gregory.s.liechty@columbiamanagement.com
gregory.savage@barclaysglobal.com
gregory.scott@phs.com
gregory.siegel@credit-suisse.com
gregory.smith@fmr.com
gregory.smith@thehartford.com
gregory.spencer@mackayshields.com
gregory.staples@db.com
gregory.steier@bbh.com
gregory.stoekle@ny.invesco.com
gregory.turnbullschwartz@aegon.co.uk
gregory.weiss@robecousa.com
gregory.whiteley@tcw.com
gregory.wowkun@honeywell.com
gregory.wyss@bankcoop.ch
gregory@bernstein.com
gregory_agrdner@ml.com
gregory_belonogoff@cargill.com
gregory_cavallo@ml.com
gregory_davis@vanguard.com
gregory_e_reed@bankone.com
gregory_ehrhardt@fanniemae.com
gregory_faranello@westlb.com
gregory_gaare@acml.com
gregory_gallagher@putnam.com
gregory_gottschall@ml.com
gregory_j_murdock@fanniemae.com

gregory_j_wipf@fleet.com
gregory_lord@newton.co.uk
gregory_m_mcconahey@fleet.com
gregory_maunz@ml.com
gregory_morillo@putnam.com
gregory_pasieka@notes.ntrs.com
gregory_s_nassour@vanguard.com
gregory_spencer@ml.com
gregory_stoeckle@invesco.com
gregory_taieb@ssga.com
gregory_white@putnam.com
gregorymassaro@chevrontexaco.com
gregoryp@alger.com
gregory-s.adams@db.com
gregoryvanbeek@temasek.com.sg
gregpolk@synovus.com
gregroy.jordan@uboc.com
gregsirotek@northwesternmutual.com
gregt@fhlbsea.com
gregv@tmgchicago.com
gregwhite@hsbc.com.hk
greiche@frk.com
greig.bryson@swip.com
greig.morrish@morganstanley.com
greinerc@lotsoff.com
greiter@worldbank.org
grenetst@cial.cic.fr
grepace@angelogordon.com
greta.clapp@columbiamanagement.com
greta_friel@putnam.com
gretap@waterfield.com
gretchen.bishop@inginvestment.com
gretchen.deignan@nb.com
gretchen.tremblay@pnc.com
gretchen@nytimes.com
gretchen_cupples@putnam.com
gretchen_rodkey@cbcm.com
gretibpel@intranet.etr.it
grevenu@bryangarnier.fr
grey.duddleston@bankofamerica.com
grey.harris@credit-suisse.com
greyes@btmna.com
grhaggarty@uss.com
grice@sterlingpartners.us

griegerj@deutschehypo.de
griff.noble@blackrock.com
griffin.ca@tbcam.com
griffin.john@nomura-asset.com
griffin.m@tbcam.com
griffin@eslinvest.com
griffin21@bloomberg.net
griffind@strsoh.org
griffinj@bwbank.ie
griffinj@rba.gov.au
griffink@swcorp.org
grigg_j@bloomberg.net
grigore.ciorchina@db.com
griina@qgcapital.com
grimleyj@kochind.com
grimm@tk.thyssenkrupp.com
gripka@tiberasset.com
gripo_gina@jpmorgan.com
gritchie@petro-canada.ca
grlawrence@wellington.com
groche@troweprice.com
grolain@northcentraltrust.com
gronau.jarad@principal.com
gros@dcmc.creditlyonnais.fr
grosello1@bloomberg.net
grosenbauer@bloomberg.net
grosetti@bloomberg.net
grosman@bll.co.il
gross.sabine@siemens.com
gross@fhlb-of.com
gross@pimco.com
grossad@wharton.upenn.edu
grosse.ha@mellon.com
grossi5@bloomberg.net
grossman.kelly@principal.com
grosso.francesco@bsibank.com
groth@jyskebank.dk
growj@rba.gov.av
grozenberg@axia-advisors.com
grpeqdqedpm@gic.com.sg
grr@summitpartnersllc.com
grs@dodgeandcox.com
gruber.mark@pennmutual.com
gruborst@cial.cic.fr

grudolph@pimco.com
gruessnerjc@aetna.com
grupsha@gmail.com
grusnak@evergreeninvestments.com
grussell@metlife.com
grussell@us.ca-indosuez.com
grzegorz.bialobrzeski@bph.pl
grzegorz.gut@shell.com
gs@delen.be
gs58@ntrs.com
gsacco@fideuramsgr.it
gsalone@credem.it
gsaltzberg@deerfieldcapital.com
gsantos@banamex.com
gsapio@refco.com
gsaterson@tiaa-cref.org
gsatlas@diethniki.nbg.gr
gsavage@lmfunds.com
gsavoini@juliusbaer.com
gsaya@mps.it
gsbyers@statestreet.com
gscacco@ag-am.com
gsccir@bloomberg.net
gschaal@invesco.com
gschechter@mfs.com
gschneiderman@fmaadvisors.com
gschorderet@sairgroup.com
gschultz@angelogordon.com
gschupak@concordiafunds.com
gschuster@banxico.org.mx
gschwartz@bostonprivatebank.com
gschwartz@bpbtc.com
gscott@waddell.com
gscully@gofen.com
gscurrency@ibtco.com
gseals@smithbreeden.com
g-seino@yasuda-life.co.jp
gseneca@scmadv.com
gsequity@ibtco.com
gserafini@bancafideuram.it
gserrano@canyonpartners.com
gsessions.londres@sinvest.es
gsgloba@ibtco.com
gshaner@allstate.com

gsharma@oppenheimerfunds.com
gshaver@congressasset.com
gshea@denveria.com
gsherry@caxton.com
gshi@eatonvance.com
gshipp@scottstringfellow.com
gsiegfried@barbnet.com
gsierra@invercaixa.es
gsim@statoilhydro.com
gsimcik@pbucc.org
gsimicek@fhlbsea.com
gsimone@bancodisicilia.it
gsimpson@stpaultravelers.com
gsinha@smithbreeden.com
gsint@ibtco.com
gskapin@fftw.com
gskelley@ups.com
gslavin@westernasset.com
gslonaker@metlife.com
gslotosch@bankofny.com
gsmedberg@libertyview.com
gsmith@bailliegifford.co.uk
gsmith@midatlantic.com
gsmithb@wescorp.org
gsnyder@lehman.com
gsodhoffs@farcap.com
gsoeder@seic.com
gsonies@umwafunds.org
gspivak@nb.com
gsrinivas@rbi.org.in
gstabbert@metlife.com
gstamnos@bloomberg.net
gstampfel@bayernlbny.com
gstandridge@stephens.com
gstein@ocwen.com
gstewart@btmna.com
gstewart@us.mufg.jp
gstiel1@bloomberg.net
gstratte@indiana.edu
gstuecheli@hcmlp.com
gsuardiaz@grupobbva.com
gsummers@jefco.com
gsumner@boh.com
gsuttie@martincurrie.com

gsvoboda@allstate.com
gswank@plainscapital.com
gswart@farcap.com
gswenson@blaylocklp.com
gt7@dcx.com
gtagi@cmb.mc
gtaillard@sinopia.fr
gtakacs@babsoncapital.com
gtall@azoa.com
gtauber@cprus.com
gtbauer@wellington.com
gtedds@kio.uk.com
gtelfer@voyageur.net
gtell@metlife.com
gtewari@hcmlp.com
gth@ubp.ch
gthibod@grneam.com
gthomas@frostbank.com
gthomas@hbk.com
gthomas@troweprice.com
gtmcgraw@bloomberg.net
gtolaini@mcc.it
gtollinchi@bankofny.com
gtom@bloomberg.net
gtomlinson@alliancebernstein.com
gtomolillo@bloomberg.net
gtornga@payden-rygel.com
gtornquist@cenlar.com
gtournant@pimcoequity.com
gtowner@bbandt.com
gtranchik@bloomberg.net
gts@statoil.com
guaitihowe@gic.com.sg
gualtiero.castiglioni@bancaakros.it
guan@sigchina.com
guancioj@jwseligman.com
guang.x.huang@jpmchase.com
guanghi_peng@conseco.com
guang-liang.he@tudor.com
guanyi@fullerton.com.sg
guanyi@temasek.com.sg
guatcheng@fullerton.com.sg
gubaghs@pictet.com
gubonnie@wooribank.com

guccione@pt.lu
guchi@dl.dai-ichi-life.co.jp
guclug@garanti.com.tr
gudeal@hanvitbank.co.kr
gudika@bpsd.fr
guding@bloomberg.net
gudjon@rentec.com
gudrun.hollender@oppenheim.de
gudrun.schartner@deka.de
gueniade@boi.gov.il
guenter.bitschnau@hypovbg.at
guenter.dieterich@db.com
guenter.diezel@hsh-nordbank.de
guenter.dunkel@nordlb.com
guenter.ferstl@ffandp.com
guenter.fritz@hvbasia.com
guenter.graw@dws.com
guenter.hertle@trinkaus.de
guenter.hoellerl@rzb.at
guenter.koehne@hsh-nordbank.com
guenter.kosnopfl@erstebank.at
guenter.nieden@apobank.de
guenter.oberzaucher@rlb-tirol.at
guenter.philipp@pioneerinvestments.com
guenter.pless@essenhyp.com
guenter.schubert@hvb.de
guenter.senftleben@ib.bankgesellschaft.de
guenther.arnberger@omv.com
guenther.barth@icn.siemens.de
guenther.bergauer@schelhammer.at
guenther.diewald@bw-bank.de
guenther.dratlehner@oberbank.at
guenther.hain@raiffeisenbank.at
guenther.herndlhofer@fin4cast.com
guenther.hotz@vpbank.com
guenther.poettler@rzb.at
guenther.schaefer@helaba.de
guenther.schiendl@apk.at
guenther.schmitt@rcm.at
guenther.smisch@erstebank.at
guenther.winklhofer@wuestenrot.at
guenther.wurm@reuschel.com
guenther_welter@westam.de
guerrero@miami.edu

guerritore.piero@enel.it
guertler@tk.thyssenkrupp.com
guest@adelphi-capital.com
guetl@meinlbank.com
gugali@mfs.com
guglielmo.mazzarino@bancaroma.it
guglielmo.paolo.morini@bancalombarda.it
guido.allehoff@helaba.de
guido.behrendt@postbank.de
guido.bellmann@saarlb.de
guido.biasia@gruppobim.it
guido.bigger@ubs.com
guido.billstein@fandc.com
guido.bolliger@juliusbaer.com
guido.braem@fortisbank.com
guido.bugiel@oppenheim.de
guido.bunte@fortisinvestments.com
guido.cameron@trinkaus.de
guido.casella@azimut.it
guido.damian@ahbr.de
guido.deascanis@morganstanley.com
guido.dette@gerling.de
guido.e.vanderven@slma.com
guido.fabbri@bper.it
guido.goretti@cominvest-am.com
guido.graninger@pioneerinvestments.at
guido.graupner@activest.de
guido.grossi@bnlmail.com
guido.guzzetti@capitalia-am.com
guido.kruedenscheidt@aigpb.com
guido.lavia@intesasanpaolo.com
guido.marveggio@juliusbaer.com
guido.miglietta@mediobanca.it
guido.ostermeier@oppenheim.de
guido.pardini@bancaprofilo.it
guido.pella@sella.it
guido.petruzzelli@siemens.com
guido.ruoss@rmf.ch
guido.schaffarik@ba-ca.com
guido.schickentanz@juliusbaer.com
guido.schlichting@bremerlandesbank.de
guido.schmidt@hauck-aufhaeuser.de
guido.schulte@depfa.com
guido.sibilia@capitalia-am.com

guido.vandemaele@fortis.com
guido.vandemaele@fortisbank.com
guido.willems@oppenheim.de
guido.wolswijk@ecb.int
guido_mundt@westlb.de
guido_rust@swissre.com
guido_stubenrauch@troweprice.com
guidonep@jwseligman.com
guila.israel@bgpi.com
guilherme.pini@ubs.com
guilherme_schmidt@cargill.com
guillame.taylor@lodh.com
guillaume.bellin@bnpparibas.com
guillaume.boccara@sgcib.com
guillaume.boulanger@axa-im.com
guillaume.cendrier@americas.bnpparibas.com
guillaume.chieusse@banquedorsay.fr
guillaume.courtines@calyon.com
guillaume.dambrine@axa-im.com
guillaume.de-carpentier@sgcib.com
guillaume.defrance@axa-im.com
guillaume.de-lafarge@bred.fr
guillaume.deparscau@nyc.nxbp.com
guillaume.dhamelincourt@jpmchase.com
guillaume.di-paolantonio@calyon.com
guillaume.dupin@calyon.com
guillaume.dupin@sgcib.com
guillaume.duthu@dexia.com
guillaume.engles@bbh.com
guillaume.friedel@sgcib.com
guillaume.hollier-larousse@bnpparibas.com
guillaume.jamain@bred.fr
guillaume.janssen@ingim.com
guillaume.jeanroy@caam.com
guillaume.kovarcik@bnpparibas.com
guillaume.lattaignant@uk.calyon.com
guillaume.legal@axa-im.com
guillaume.perret@bred.fr
guillaume.pothier@axa-im.com
guillaume.quibel@clf-dexia.com
guillaume.rambourg@gartmore.com
guillaume.rigeade@sgam.com
guillaume.robiolle@axa-im.com
guillaume.simonneau@labanquepostale-am.fr

guillaume.thiolon@caam.com
guillaume.trentin@caam.com
guillaume_chezaud@lazard.fr
guillaume_detournemire@ustrust.com
guillaume_giacomino@smabtp.fr
guillermo.besaccia@ar.schroders.com
guillermo.bublik@ubs.com
guillermo.carrascosa@andbanc.com
guillermo.delascasas@fmr.com
guillermo.donadini@aig.com
guillermo.felices@bankofengland.co.uk
guillermo.mondino@yale.edu
guillermo.osses@pimco.com
guillermo.serrano@tcw.com
guillermo.viveros@hp.com
guillermo_saenger@cargill.com
guillermo_tello@fleet.com
guimbell@fhlbsf.com
guineym@ms.com
guiseppe.condello@credi-suisse.com
guiseppe.mellerio@interbanca.it
guiseppe.scarabosio@sanpoaloimi.com
guiseppe.scifo@eu.fastnetgroup.com
guiseppe_franceschetti@cariverona.it
guizzardi@simgest.it
gujost@union-investment.de
gul@ubp.ch
gulasky.sm@mellonequity.com
gulcan.elmas@fandc.com
guldal.secener@disbank.com.tr
gulen.indomenico@phxinv.com
gulen.indomenico@thehartford.com
gunar.lietz@ikb.de
gunawan.wijaya@uobgroup.com
gundula.oehlke@westam.com
gunes_kulaligil@fanniemae.com
guneyi@ebrd.com
gunkel.jackie@principal.com
gunnar.batelsson@sandvik.com
gunnar.birkeland@klp.no
gunnar.blix@dnb.se
gunnar.dahlfors@dnb.se
gunnar.friede@db.com
gunnar.gustafsson@seb.se

gunnar.lindberg@lansforsakringar.se
gunnar.miller@allianzgi.de
gunnel.lindkvist@ap1.se
gunner@hestercapital.com
gunnie.mathis@inginvestment.com
guns.elizabeth@principal.com
gunsbourg@bloomberg.net
gunter.coenen@ecb.int
gunter.eckner@lbbw-am.de
gunter.klaffke@bbl.be
gunter.schnaitt@ba-ca.com
gunter.vanrossem@degroof.be
gunterman@gemcapitalmgmt.com
gunther.adam@unicreditgroup.at
gunther.faber@gsk.com
gunther.hahn@ids.allianz.com
gunther.hahn@wwk.de
gunther.kramert@union-investment.de
gunther.kruse@drkw.com
gunther.plohr@hsh-nordbank.com
gunther.schmigalle@db.com
gunther.treffer@ing.ch
gunther.westen@wmam.com
guobin@watermarkgroup.com
guojin@icbc.com.cn
guojun_chu@symantec.com
guoqing_yan@fanniemae.com
guotao.lu@mackayshields.com
guoxing.wang@spinnakerasia.com
gupta.siddharth@credit-suisse.com
gurdeep@hansra.co.uk
guren@ftci.com
guro.knapstad@moa.norges-bank.no
gurry.rn@dreyfus.com
gus.flores@sce.com
gus.guinther@silvantcapital.com
gus.moriana@jpmorgan.com
gus.robertson@aig.com
gus.robertson@ingim.com
gus.stathos@moorecap.com
gus_fleites@ssga.statestreet.com
gust@fundadministration.com
gustaf.frithz@brummer.se
gustaf.gronhagen@nordea.com

gustaf.hagerud@ap1.se
gustaf.sjogren@catella.se
gustav.bengtsson@nordea.com
gustav.biner@ubs.com
gustav.dekment@kfw.de
gustav.fyring@seb.se
gustav.hail@claridenleu.com
gustav.humbert@airbus.com
gustav.inglin@credit-suisse.com
gustav.krantz@commercebank.com
gustav.schuler@mbczh.ch
gustave.seasongood@huntington.com
gustavo.bursztyn@shell.com
gustavo.bussinger@bcb.gov.br
gustavo.magno@umb.com
gustavo.ottoni@bcb.gov.br
gustavo.quesada@tibom.com
gustavo.salomao@credit-suisse.com
gustavus.bahr@nationalcity.com
gutblas@bloomberg.net
gutierrf@eib.org
gutley@hbk.com
guus.vermont@nibcapital.com
guy.antonelli@aig.com
guy.barba@chase.com
guy.beeston@hvbeurope.com
guy.benton@fandc.com
guy.berger@bankofamerica.com
guy.busain@dexia.be
guy.cameron@bailliegifford.com
guy.combot@cnp.fr
guy.delbarre@ingferri.fr
guy.dunham@jpmorgan.com
guy.gd.delandsheer@dexia-bil.com
guy.harris@bescl.co.uk
guy.holbrook@columbiamanagement.com
guy.johnston@sgcib.com
guy.lakonishok@blackrock.com
guy.levy-rueff@banque-france.fr
guy.lodewyckx@sgam.com
guy.longueville@bnpparibas.com
guy.lutz@ch.abnamro.com
guy.mclean@mhcb.co.uk
guy.parent@db.com

guy.pope@columbiamanagement.com
guy.raeves@dexia.be
guy.rutherfurd@morganstanley.com
guy.scheiwiller@claridenleu.com
guy.scott@janus.com
guy.sidiki@sgam.com
guy.skinner@swip.com
guy.steinegger@lodh.com
guy.stern@csam.com
guy.thomas@sgam.com
guy.thornewill@alliancebernstein.com
guy.trust@isisam.com
guy.uding@ap.ing.com
guy.vandendorpe@ucb-group.com
guy.vandeneynde@dexia.be
guy.vandereecken@dexia.be
guy.wagner@bdl.lu
guy.williams@fortisinvestments.com
guy.wynter@blackrock.com
guy_davidson@acml.com
guy_pennisi@tigersharklp.com
guy_yeakley@conning.com
guybeeston@commerzbank.com
guybridge@hsbc.com
guyh@capraasset.com
guyhayes@bapfin.co.uk
guylay@barbnet.com
guym@migdal-group.co.il
guyot.van.meer@ingim.com
guyu@citicib.com.cn
guyvcraene@bloomberg.net
guzmane@wpginvest.com
guzzo@bpintra.it
gvadasdi@bennettmgmt.com
gvalencv@cajamadrid.es
gvalentine@bankofny.com
gvalentine@croftleo.com
gvandrunen@dow.com
gvaneeten1@bloomberg.net
gvaquell@notes.banesto.es
gvellahn@bankofny.com
gvera@assegurances.sanostra.es
gverveniotis@fftw.com
gvg@bancoinversion.es

gvismara@poplodi.it
gvitagli@jefco.com
gvogelman@highbridge.com
gvolpe@lehman.com
gvondrashek@wellington.com
gvouters1@bloomberg.net
gvoyles@frk.com
gvsanjay@us.ca-indosuez.com
gw39@ntrs.com
gwafford@bloomberg.net
gwagmbh@aol.com
gwagner@royalbankamerica.com
gwahlen@bpscapital.com
gwallent@loomissayles.com
gwalsh@lkcm.com
gwaltz@temgweb.com
gwanningen@bloomberg.net
gward@state.tn.us
gwark@frk.com
gwarnke@bankofny.com
gwarren@gofen.com
gwatts@ryanbeck.com
gwebb@fhlbdm.com
gwebber@valance.us
gwee@mas.gov.sg
gweitzel@sovereignbank.com
gwen.evans@boimail.com
gwen_o_ronald@national-city.com
gwen_woodson@ci.richmond.ca.us
gwenael.allouche@ubs.com
gwenael.lecarvennec@banquedorsay.fr
gwenaelle.balcon@caam.com
gwenaelle.vanhoutte@bbl.be
gwenda.jenkins@worldinvest.com
gwendeltung@temasek.com.sg
gwen-maud.de-souter@ing.be
gwenny.tse@citicorp.com
gwerner@ikbcc.com
gwest.saltonstall@db.com
gwestervelt@mfs.com
gwestpha@us.oracle.com
gwheeler@worldbank.org
gwilliams@bear.com
gwilliams@llic.com

gwilliams@uk.tr.mufg.jp
gwilson@hbk.com
gwilson@munder.com
gwilym.jennett@rabobank.com
gwinr1@nationwide.com
gwion.m.moore@jpmorgan.com
gwisbey1@bloomberg.net
gwl1@cornell.edu
gwolf@angelogordon.com
gwolf@lordabbett.com
gwr@gwrwealth.com
gwri@kempen.nl
gwright@federatedinv.com
gwu@lmcm.com
gwuelser@bloomberg.net
gww@capgroup.com
gxantho@gmail.com
gxiang@loomissayles.com
gxn@capgroup.com
gxqian@hkma.gov.hk
gy25@cornell.edu
gyang@bloomberg.net
gyavner@firstnyllc.com
gyca01@handelsbanken.se
gyeong_kim@amrcorp.com
gyimesisj@bernstein.com
gyliane.morgan@prudential.com
gylow@bloomberg.net
gyo_kawata@tr.mufg.jp
gyoder@metlife.com
gyonker@litchfieldcapital.com
gyorgy.kovacs@dzbank-cee.com
gyovan@comerica.com
gyu@frk.com
gyu@westernasset.com
gyulvesa@ebrd.com
gyunny@kdb.co.kr
gzappa@alenia.finmeccanica.it
gzefi@fideuramsgr.it
gzhang@delinvest.com
gzhilyaev@templeton.com
gzime.hidiasani@claridenleu.com
gzinn@waddell.com
gzucchini@bpvifondi.it

gzuffi@fideuramcapital.it
gzzs@capgroup.com
h.altoubaji@ncbc.com
h.attar@alahli.com
h.aurousseau@cogefi.fr
h.bafaqeeh@alahli.com
h.beltman@vanlanschot.com
h.beyhum@olayan.com
h.bodenez@cholet-dupont.fr
h.brackmann@deutschepost.de
h.brakmann@deutschepost.de
h.brian.diener@blackrock.com
h.clark@fordfound.org
h.de.visser@hq.vnu.com
h.dieperink@schretlen.com
h.dijkstra@dr.utc.rabobank.com
h.elmers@robeco.nl
h.evans@sumitomotrust.co.jp
h.fairag@alahli.com
h.folkers@gbf.nl
h.funatsu@aozorabank.co.jp
h.g.schokker@dnb.nl
h.galavazi@hq.vnu.com
h.goetz@commerzbank.com
h.grootveld@robeco.nl
h.h.j.van.der.hoorn@dnb.nl
h.haruta@noemail.com
h.heimburger@guh-vermoegen.de
h.hendriks@zwitserleven.nl
h.hollenweger@hsbc.guyerzeller.com
h.hsuan@hsbc.guyerzeller.com
h.ibaraki@jabank kyoto.or.jp
h.ishikawa@noemail.com
h.iwai@noemail.com
h.j.baumann@bluewin.ch
h.jager@dnb.nl
h.jaindl@staedtische.co.at
h.kajitani@aozorabank.co.jp
h.kempen@oyens.nl
h.khan@mwam.com
h.kroon@bouwfonds.nl
h.kubota@mitsubishi-trust.co.uk
h.kuroda@aozorabank.co.jp
h.leifeld@donner.de

h.m.smits@vanlanschot.com
h.mahaud@telefonica.es
h.miyazaki@skam.co.jp
h.mizukami@aozorabank.co.jp
h.molenaar@zwitserleven.nl
h.nagashima@ny.tr.mufg.jp
h.nakaya@aozorabank.co.jp
h.nishikawa@jahs.or.jp
h.noeding@aozora-invmgmt.com
h.nomura@skam.co.jp
h.olayan@olayangroup.com
h.ototake@noemail.com
h.p.johnson.alcv@statefarm.com
h.platschorre@hq.vnu.com
h.redha@ncbc.com
h.sakamoto@noemail.com
h.saylor@ny.frb.org
h.scott.cunningham@pncbank.com
h.sevdican@robeco.nl
h.shah@sumitomotrust.co.jp
h.smart@bspf.co.uk
h.sufian@fnysllc.com
h.szafranski@dowcorning.com
h.takaichi@noemail.com
h.thome@bcee.lu
h.trueb@ny.tr.mufg.jp
h.vanginneken@dpfs.nl
h.vanneerbos@dpfs.nl
h.veugelers@vanlanschot.com
h.vorstenbosch@robeco.nl
h.westra@robeco.nl
h.winch@hermes.co.uk
h.yagi@noemail.com
h.yamazaki@plaza-am.co.jp
h.yorifuji@jahs.or.jp
h.yoshida@noemail.com
h.zeibak@olayangroup.com
h_ellenbogen@troweprice.com
h_kitagawa@nam.co.jp
h_kubotani@nam.co.jp
h_nishikawa@nam.com
h_sato@nam.co.jp
h_saxena@ml.com
h_yamaoka@nam.co.jp

h_yokoyama@nam.co.jp
h1.watanabe@bloomberg.net
h1-endo@nissay.co.jp
h1-takeuchi@nissay.co.jp
h2.kinoshita@aozorabank.co.jp
h2c@americancentury.com
h3986052@kdb.co.kr
h77haya@dl.dai-ichi-life.co.jp
h8315262@hcb.co.kr
h8515@chol.net
ha.sakai@uedayagi.co.jp
haakon.kjaernes@glitnir.lu
haasm@michigan.gov
habdalla@aaib.com
habib.elam@hpfb.com
habib.ferchichi@ch.abnamro.com
habib_annous@capgroup.com
habib_subjally@ldn.invesco.com
habtamu.bekele@blackrock.com
hacavedo@oppenheimerfunds.com
hach@kempen.nl
hachidai.ueda@aig.com
hachigian@cooperindustries.com
hackett@bloomberg.net
h-adachi@nliinter.com
hades.liang@chinatrust.com.tw
hadi.kabalan@gs.com
hadiza.lair@axa-im.com
hadley.clark@bbh.com
hae.man.chu@us.hsbc.com
haedo@pictet.com
haekyun@wooribank.com
hafez.ayeva@fortisinvestments.com
hafida.akanour@ing-im.fr
hafidzyakob@brunet.bn
hafizul@bnm.gov.my
hag@sitinvest.com
hagen.ernst@oppenheim.de
hagen.sinodoru@ib.bankgesellschaft.de
hagen-jens_braun@westlb.de
hagenp@bloomberg.net
hagestad@stanford.edu
hagey@bessemer.com
haggi@citicorp.com

hagino@netntt.fr
hagit.feldman@discountbank.co.il
hagit@bll.co.il
hagr04@handelsbanken.se
hagstromr@aol.com
hague@pimco.com
hah@carnegieam.dk
hah@kpc.com.kw
haha3730@wooribank.com
hahn@deshaw.com
hai.chen@moorecap.com
hai.cui@icbc.com.cn
hai.do@frankfurt-trust.de
hai.zhang@novartis.com
haibo.chen@alliancebernstein.com
haicheng.li@tcw.com
haider_raja@standardlife.com
haigh.jason@principal.com
haigka.lndb@bloomberg.net
haileyferg@bloomberg.net
haim.fisher@mailpoalim.co.il
haim.sion@leumiusa.com
haim_israel@ml.com
haimabraham@bankleumi.co.il
haimiao.bao@storebrand.com
haiwei.li@barclaysglobal.com
haiwen.hsu@csam.com
haj@swcorp.org
haj@ubp.ch
hajeong@kbstar.co.kr
haji_young@acml.com
hajime.kawada@uk.mufg.jp
hajime.motomiya@mizuho-bk.co.jp
hajime.ozawa@mizuhocbus.com
hajime.saito@mizuho-bk.co.jp
hajime.sato@daiwa.co.jp
hajime_ishigami@tr.mufg.jp
hajime-nozaki@am.mufg.jp
hajnalka.gaal@dit.de
hakama@worldbank.org
hakan.beygo@wellsfargo.com
hakan.borgedahl@swedbank.com
hakan.ewerklou@nordea.com
hakan.falk@foreningsbanken.se

hakan.kartal@isbank.com.tr
hakan.sesle@rbscoutts.com
hakan.yildiz@hypovbg.at
hakan@adelphi-capital.com
hakan@sfc-uk.com
hakankuy@garanti.com.tr
hakem.saidi@union-investment.de
hakimoto@lf.mufg.jp
hakki.arslan@btconnect.com
hakyoung.lee@samsung.com
hal.candland@usaa.com
hal.clark@aiminvestments.com
hal.clark@jpmorganfleming.com
hal.goldstein@fafadvisors.com
hal.kotowsky@wellsfargo.com
hal.lambert@fairfaxcounty.gov
hal_barr@aimfunds.com
halamsyah@bi.go.id
halea@wellsfargo.com
haleenj@lotsoff.com
halek@bloomberg.net
halfouzan@kio.uk.com
halina.bernard@pmintl.com
haliza@bnm.gov.my
hall@bessemer.com
hall_randy@fsba.state.fl.us
hallberg@jyskebank.dk
hallerph@bloomberg.net
hallg@brinson.com
hallison@tiaa-cref.org
hallowh@nationwide.com
hallpm@bp.com
hallw@domres.com
halsey.morris@blackrock.com
halsey@fhlb-of.com
halsne.crystal@principal.com
halter.pat@principal.com
haltong@mondrian.com
haluk.burumcekci@disbank.com.tr
haluk.burumcekci@fortis.com.tr
hama.toru@sojitz.com
hamada.yoshio@tepco.co.jp
hamada@daiwa-am.co.jp
hamao@usc.edu

hamazaki_koji@yk.smbc.co.jp
hamberger@tk.thyssenkrupp.com
hamblinb@firsthorizon.com
hambrose@newstaram.com
hamdan@taicobu.com
hamdi.karray@sgam.com
hamecs@clinton.com
hameczi@mnb.hu
hamed_kone@vanguard.com
hamemiya@ambac.com
hamerlev@gmail.com
hamet@wharton.upenn.edu
hamhedging.mt@dlh.de
hamid.elkhlifi@socgen.com
hamid@bnm.gov.my
hamidah.thanawala@nyc.rabobank.com
hamilton.davis@funb.com
hamiltonm@washpost.com
hamish.chamberlayne@gartmore.com
hamish.dingwall@bailliegifford.com
hamish.findlater@juliusbaer.com
hamish.fitzsimons@bernstein.com
hamish.johnstone@gmacrfc.co.uk
hamish.mcloughlin@rabobank.com
hamish.parker@mondrian.com
hamish.robertson@resolutionasset.com
hamm_eric@jpmorgan.com
hammer@bankofengland.co.uk
hammonds@strsoh.org
hampus.lundh@blackrock.com
han.altink@fandc.com
han.de.jong@nl.abnamro.com
han.li@credit-suisse.com
han.mesters@nl.abnamro.com
han.rijken@ingim.com
han.s@tbcam.com
han.song@icbcleasing.com
han.van.manen@pggm.ml
han.van.manen@pggm.nl
han.vanderdong@juliusbaer.com
han.vanderhoorn@ecb.int
han.wang@bankofamerica.com
han@pimco.com
hanachang@tcenterprise.com.tw

hanako_yoshimi@putnam.com
hanan.levin@umb.com
hanao@daiwasbi.co.jp
hanauerjbh@bloomberg.net
hanboon@temasek.com.sg
hance.thurston@suntrust.com
hancia@tskb.com.tr
handan.fahmy@citizensbank.com
handel@mmwarburg.ch
handel@sparkasse-pforzheim.de
handel@tkb.ch
handerson@templeton.com
hane18756@nissay.co.jp
hanf@jwseligman.com
hanford@atlanticinvestment.net
hangtuah@bnm.gov.my
hanh.huynh@alliancebernstein.com
hanh.luu@pacificlife.com
hanhu@wharton.upenn.edu
hanhweechin@gic.com.sg
hani.mansour@statestreet.com
hani.zahdeh@lloydstsb.co.uk
hani@wharton.upenn.edu
hanilbk@aol.com
hank.boot@allianz.de
hank.j.delvecchio@bankofamerica.com
hank_greenleaf@ustrust.com
hanke@jhu.edu
hanlee2@hanmail.net
hanley@smbc-si.com
hanline@hhmi.org
hanna.ahrens@oppenheim.de
hanna.assayag@sgam.com
hanna.berglund@ikb-cam.de
hanna.bobyk@dartmouth.edu
hanna.hiidenpalo@tapiola.fi
hanna.sievinen@nokia.com
hanna106@groupwise.umn.edu
hannah.beacon@commerzbankib.com
hannah.charlick@fandc.com
hannah.cheng@ge.com
hannah.chung@sscims.com
hannah.cunliffe@union-investment.de
hannah.reeves@citadelgroup.com

hannah.shaw@chase.com
hannah.skeates@barclaysglobal.com
hannah.thomson@bbc.co.uk
hannah.winterhalder@aberdeen-asset.com
hannah@sandlercap.com
hannah_chiang@americancentury.com
hannah-may.hawkins@jpmorgan.com
hanne.moesenbacher@ba-ca.com
hanne.rongsted@nordea.com
hanneke.velthuis.oude@pggm.nl
hannelore.kazek@cominvest-am.com
hannes.david@claridenleu.com
hannes.honnegger@ubs.com
hannes.leitgeb@hypovbg.at
hannes.loacker@rcm.at
hannes.marschalek@sparkasse-ooe.at
hannes.roubik@amg.co.at
hanno.hirvinen@okobank.com
hanns.grad@lbsh-int.com
hanns-christian.vonschuler@hshn-securities.com
hanochf@bll.co.il
hanosej@nationwide.com
hanqing.tian@barclaysglobal.com
hans.aasnaes@storebrand.com
hans.abate@dbla.com
hans.allmandinger@sparkassenversicherung.de
hans.berger@hsh-nordbank.com
hans.bernhard.trinius@sachsenlb.de
hans.bill@sandvik.com
hans.boije@credit-suisse.com
hans.christensen@mjxam.com
hans.dahringer@dzbank.de
hans.danielsson@aig.com
hans.dramm@ubs.com
hans.engelhard@unilever.com
hans.ericsson@ap3.se
hans.fischer@zkb.ch
hans.forssman@skandia.se
hans.frey@swisscanto.ch
hans.gannestad@dnb.no
hans.grootjen@soros.com
hans.gustafson@ap1.se
hans.hansen@hsh-nordbank.com
hans.hoelzl@union-investment.de

hans.huff@ib.bankgesellschaft.de
hans.hurschler@rmf.ch
hans.itburrun@ing.ch
hans.jakob@bankhaus-loebbecke.de
hans.jansen@volkswagen.de
hans.jansson@swedbank.com
hans.johnsson@dnb.se
hans.kamminga@blackrock.com
hans.koeck@pioneerinvestments.at
hans.krajewski@db.com
hans.leitner@sparinvest.com
hans.lindberg@ap3.se
hans.lindh@swedbankrobur.se
hans.liska@at.bacai.com
hans.lofgreen@banco.se
hans.mendrala@hsh-nordbank.com
hans.moerman@bng.nl
hans.molenaar@sns.nl
hans.nowusch@deka.de
hans.obel@danskebank.dk
hans.ochsner@efv.admin.ch
hans.ola.meyer@atlascopco.se
hans.olav.husum@storebrand.com
hans.oostindien@nl.abnamro.com
hans.optveld@pggm.nl
hans.peters@fortisinvestments.com
hans.plukas@fmr.com
hans.postmus@ingim.com
hans.rademaker@mn-services.nl
hans.reckers@bundesbank.de
hans.reich@kfw.com
hans.rettl@rzb.at
hans.ruebel2@de.bosch.com
hans.sanders@ubs.com
hans.sattler@hvb.de
hans.schoonderwoerd@fandc.nl
hans.simaeys@fortisbank.com
hans.slomp@sns.nl
hans.speich@vontobel.ch
hans.spikker@pggm.nl
hans.starrenburg@nibc.nl
hans.staveren@ingbank.com
hans.steyaert@fortisinvestments.com
hans.stoter@ingim.com

hans.stoter@inginvestments.com
hans.strueder@lbbw.de
hans.stuebi@lukb.ch
hans.thurnheer@uebgroup.com
hans.troger@gx.novartis.com
hans.ulinder@brummer.se
hans.utech@helaba.de
hans.valer@zkb.ch
hans.van.de.weg@ingim.com
hans.van.ee@pggm.nl
hans.van.iim.zwol@ingim.com
hans.van.leeuwen@nibc.com
hans.van.rijn@meespierson.com
hans.vandenberg@morganstanley.com
hans.vanderknaap@fortisinvestments.com
hans.vanerp@csm.nl
hans.vermeulen@ingim.com
hans-albert.eberhard@dgzbank.de
hans-andre.koenigs@cominvest-am.com
hans-andrea.disch@csfb.com
hans-bernhard.schreiber@helaba.de
hans-christian.juergensen@dit.de
hans-christian.kuehl@hsh-nordbank.com
hans-christoph.groscurth@bayernlb.de
hanse.ringstrom@seb.se
hansense@wellscap.com
hansethb@columbiamanagement.com
hansford.warner@pimco.com
hans-fredo.list@aam.de
hans-georg.otten@commerzbank.com
hans-georg.vetterlin@credit-suisse.com
hans-guenter.schmidt@cominvest.de
hans-heinrich.pahl@volkswagen.de
hans-helmut.kotz@bbk-zentrale.de
hans-herbert.wascholl.ikb.de@ikb.de
hans-joachim.gille@lrp.de
hans-joachim.klockers@ecb.int
hansjoachim.koenig@union-investment.de
hans-joachim.otto@hsh-nordbak.com
hans-joachim.otto@hsh-nordbank.com
hans-joachim.rohde@nordlb.de
hans-joachim.staats@wuestenrot.de
hansjoachim.thoenes@gerling.de
hansjoerg.b.germann@credit-suisse.com

hansjoerg.bitta@geninvest.de
hansjoerg.borutta@ubs.com
hansjoerg.ertl@rbgt.raiffeisen.at
hansjoerg.kaser@mhs.swissbank.com
hansjoerg.luethi@claridenleu.com
hansjoerg.pack@dws.de
hansjoerg.schmidt@zkb.ch
hans-joerg.stamm@oppenheim.de
hansjoerg.walther@union-investment.de
hans-josef_peusquens@westlb.de
hans-juergen.kremer@trinkaus.de
hans-juergen.reuvers@postbank.de
hans-juergen.schmidtke@siemens.com
hans-jurg.lips@hsh-nordbank.co.uk
hanskaspar.denzler@roche.com
hanskim@bok.or.kr
hans-martin.presterud@dnbnor.no
hans-martin.thorsen@storebrand.com
hanson@fhlb-of.com
hans-peter.arweiler@saarlb.de
hans-peter.bandur@oppenheim.de
hanspeter.barth@ska.com
hanspeter.dolf@gkb.ch
hans-peter.fliegel@oppenheim.de
hans-peter.goth@blb.de
hans-peter.hausheer@ubs.com
hanspeter.huber@juliusbaer.com
hanspeter.karstens@haspa.de
hans-peter.kellenberger@bkb.ch
hans-peter.kolb@dresdner-bank.com
hans-peter.leisten@dzbank.de
hans-peter.mathe@hypovereinsbank.de
hans-peter.mewes@hsh-nordbank.com
hans-peter.murmann@helaba.de
hans-peter.rathjens@adig.de
hans-peter.rub@vomagfinanz.ch
hans-peter.rupprecht@siemens.com
hanspeter_haessig@swissre.com
hans-ronald.schieb@ids.allianz.com
hanssprenger@helaba-invest.de
hansstuke@helaba-invest.de
hansueli.gasser@swisscanto.ch
hans-ulrich.furger@winterthur.ch
hans-ulrich.jost@ubs.com

hans-ulrich.mayer@oppenheim.de
hans-ulrich.nigg@vpbank.com
hansungkim@bok.or.kr
hans-werner.seidel@nordlb.com
hanvit03@netvigator.com
hanvit04@netvigator.com
hany.gobreial@pacificlife.com
hany.saleeb@ge.com
hanying.ye@bankofamerica.com
hanzawah@bloomberg.net
hao.kang@icbccs.com.cn
hao.li@novartis.com
hao.wu@aig.com
hao.wu@storebrand.com
haov@nykredit.dk
haoxiang.zhu@stanford.edu
happyday@mail.tbb.com.tw
happyhome@wooribank.com
har@nbim.no
hara.masahide@daido-life.co.jp
hara@boj.co.uk
hara26729@nissay.co.jp
harada.k@daiwa-am.co.jp
harada.michiko.hn@daiichisankyo.co.jp
harada_yasushi@ay.smbc.co.jp
harada-h@daiwasbi.co.jp
haraguchi@nam.co.jp
harald.bachmaier@siemens.com
harald.besser@kathrein.at
harald.brandl@csam.com
harald.buchholz@dghyp.de
harald.edele@trinkaus.de
harald.elgaaen@gjensidige.no
harald.fischer@vkb.de
harald.floeter@sparkasse-koelnbonn.de
harald.fuerst@db.com
harald.greiner@rewe-group.com
harald.hagenauer@vatech.at
harald.helbing@deka.de
harald.henke@union-panagora.de
harald.hild@hvb.de
harald.kaiser@bayernlb.de
harald.kjessler@ohman.se
harald.kober@sparinvest.com

harald.kreuzmair@ba-ca.group-treasury.co.at
harald.kuznik@hsh-nordbank.com
harald.kvaale@us.hsbc.com
harald.larsson@electrolux.se
harald.limberger@oberbank.at
harald.lohr@commerzbankib.com
harald.lohre@union-investment.de
harald.moog@devif.de
harald.mueller@lbbw.de
harald.nutz@erstebank.at
harald.pointecker@schoellerbank.at
harald.raffay@bawagpsk.com
harald.riedler@rzb.at
harald.ruppelt@ hauck-aufhaeuser.de
harald.schenk@hannover-re.com
harald.schlick@unicreditgroup.at
harald.schmidlin@commerzbank.com
harald.schoenauer@rzb.at
harald.sporleder@allianzgi.de
harald.staudinger@pioneerinvestments.com
harald.tanzer@bayernlb.de
harald.undis@bmw.de
harald.wenzel@oppenheim.de
harald.wilhelm@airbus.com
harald.witte@lrp.de
harald.woelfle@lbbw-am.de
hardee.mills@jpfinancial.com
hardeep.rai@gartmore.com
hardeep_parmar@ssga.com
hardeepbhutani@gic.com.sg
hardendl@ensignpeak.org
hardwick@atlanticinvestment.net
hardy.butt@lbb.de
hareesh.jayanthi@db.com
harel.sender@alliancebernstein.com
haresh.sheth@sgcib.com
harg@us.danske.com
hargrovm@us.ibm.com
harhe@statoilhydro.com
hari.sandhu@sgam.co.uk
hari.srinivasan@nb.com
hari.thrivikramji@pharma.novartis.com
hari_sven.krishnan@novartis.com
harie@daiwasbi.co.jp

h-ariga@nochubank.or.jp
harijs@bloomberg.net
harinder.dhillon@axa-im.com
haris.skaliotis@jpmorganfleming.com
harish.kaushal@novartis.com
harish.vaghjiani@uk.nomura.com
harish_kumar@nylim.com
harisha@scm-lp.com
harith.abussaud@samba.com
hariyadi@bi.go.id
harjan.kuiper@ikb-cam.de
harjan.kuiper@rabobank.com
harjeet.drubra@uk.tesco.com
harjeet.heer@csam.com
harjinder.bihal@lgim.co.uk
harkend@wellsfargo.com
harkes@tcwgroup.com
harknessm@ufji.com
harlakshmi.chandrashekar@gs.com
harlan.bennett@delta.com
harlan.carere@fmr.com
harlan.sonderling@columbiamanagement.com
harle.mossman@citigroup.com
harley.esposito@ubs.com
harley.lank@fmr.com
harm.carstens@dws.com
harmbrus@tiaa-cref.org
harmon.research@fmr.com
harmsen.tami@principal.com
harmut.schuz@dzbank.de
harnet.gaim@ibtco.com
harnett@templeton.com
harold.birk@natixis.us
harold.birk@nyc.nxbp.com
harold.hawkins@thehartford.com
harold.holding@db.com
harold.johnson@po.state.ct.us
harold.kooch-hagen@im.storebrand.no
harold.la@capitalglobal.com
harold.lorenzo@wachovia.com
harold.nachtrieb@commercebank.com
harold.siegel@hcminvest.com
harold.singleton@aig.com
harold.singleton@ubs.com

harold.snow@canadalife.co.uk
harold.troxel@conocophillips.com
harold.weilbold@aua.com
harold.yoon@inginvestment.com
harold_weiss@swissre.com
harold-clifford.meye@ubs.com
haroon.chaudhry@fgb.ae
haroon.iqbal@db.com
haroon.shaikh@augustus.co.uk
haroonor.rashid@bwater.com
harpal.maini@americas.bnpparibas.com
harpal.maini@gmacrfc.com
harpeet@temasek.com.sg
harpel@halpel.com
harpole_john@jpmorgan.com
harpreet_singh@mfcinvestments.com
harri.kuosmanen@okobank.fi
harri.piipponen@sampo.fi
harri.siira@sampo.fi
harrie.dielen@pggm.nl
harriet.little@glgpartners.com
harriet.parker@morleyfm.com
harriet.phillips@barclays.co.uk
harriet.waley-cohen@fandc.com
harriet.wintzer@kfw.de
harriet_uhlir@victoryconnect.com
harriett.gordon@soros.com
harriett.m.richmond@jpmorganfleming.com
harris.bernstein@hawthorn-pnc.net
harris.leviton@fmr.com
harris.r.arch@usa.dupont.com
harrisb@kochind.com
harriscd@bloomberg.net
harrish.bajaj@ibtco.com
harrish@bnm.gov.my
harrison.alexander@nomura-asset.com
harrison.j.davies@dartmouth.edu
harrison.luvai@wamu.net
harrison.quitman@fmr.com
harrison.r@tbcam.com
harrison@deshaw.com
harrisonmichaeluser@company.com
harrisot@kochind.com
harropt@nationwide.com

harry.barman@citadelgroup.com
harry.blanchard@wachovia.com
harry.carrel@aig.com
harry.epstein@db.com
harry.eyre@uk.mufg.jp
harry.hummel@bernstein.com
harry.illouz@grupobbva.com
harry.jaeaeskelaeinen@rothschildbank.com
harry.kohli@adlerbank.ch
harry.lange@fmr.com
harry.mackinnon@swip.com
harry.martin@bbh.com
harry.melandri@aberdeen-asset.com
harry.mueller@cibasc.com
harry.murray@thehartford.com
harry.norman@thehartford.com
harry.nullet@sgcib.com
harry.paschalidis@gcm.com
harry.radovich@blackrock.com
harry.schoett@lbbw-am.de
harry.sim@honeywell.com
harry.sun@alliancebernstein.com
harry.tan@icprc.com
harry.thurairatnam@swift.com
harry.trip@ingim.com
harry.tscharner@hapoalim.ch
harry.vandriel@sns.nl
harry.vermeij@hollandbeleggingsgroep.nl
harry.verschoren@ingim.com
harry.vlandis@ge.com
harry.williams@nationalcity.com
harry@tcb-bank.com.tw
harry_breda@aimfunds.com
harry_gakidis@putnam.com
harry_nimmo@standardlife.com
harry65@hanmail.net
harryholt@mercuryin.es
harrys@emigrant.com
harrytan@dbs.com
harsh.bansal@honeywell.com
harsh.chugh@us.ibm.com
harsha.patel@investecmail.com
hartadi@bi.go.id
hartj@emigrant.com

hartk@bloomberg.net
hartley@fhlb-of.com
hartma@vankampen.com
hartman5@stanford.edu
hartmant@blb.de
hartmut.deglmann@bayernlb.de
hartmut.gogol@devif.de
hartmut.issel@ubs.com
hartmut.leibrock@union-investment.de
hartmut.rock@lri.lu
hartmut.strauss@hsh-nordbank.com
hartmut.wagener@amgam.de
hartvig.rygaard@alfredberg.se
hartwic@nationwide.com
hartwig.oberfeld@postbank.de
hartwig.ruell@icn.siemens.de
hartwig.schneidereit@bahn.de
haruna.endo@mizuhocbus.com
haruyuki.toyama@boj.or.jp
harvey.hammonds@bailliegifford.com
harvey.hirschhorn@bankofamerica.com
harvey.sidhu@sinopia-group.com
harvey.young@shinseibank.com
harvey_fram@nylim.com
harvey_g@jpmorgan.com
has.eu@adia.ae
hasamura@us.mufg.jp
hasan.uzun@pmintl.com
hasan@fhlbny.com
hasan_latif@freddiemac.com
hasd@pggm.nl
hase22733@nissay.co.jp
hasegawa@daiwa-am.co.jp
hasegawa@noemail.com
haselhoff@bloomberg.net
hasem@deshaw.com
hasenaka.n@daiwa-am.co.jp
hashbeer.ali@fgb.ae
hashida@nam.co.jp
hashiguchi@daiwa-am.co.jp
hashimoto.a@daiwa-am.co.jp
hashimoto-takao@marubeni.com
hashimoto-takeshi@mitsubishi-sec.co.jp
hashimura02458@nissay.co.jp

hashino@daiwasbi.co.jp
hashnann.rahman@bia.com.bn
hasmet.akgun@daiwausa.com
hasmik.vardanyan@columbiamanagement.com
hasnal@bloomberg.net
hass.rachel@principal.com
hassan.elmasry@morganstanley.com
hassan.esper@picardie.caisse-epargne.fr
hassan.hamadi@nbad.ae
hassan.johaadien@morleyfm.com
hassan.lahlou@sgam.com
hassan.mian@fortisinvestments.com
hassan.zein@bcv.ch
hassan_thalji@freddiemac.com
hasse.nilsson@nordea.com
hassim.dhoda@moorecap.com
hasso.rahmsdorf@commerzbank.com
hastingsc@emigrant.com
haszeri@bnm.gov.my
hata_kazuhiro@mail.nikko.co.jp
hatanaka@nochubank.or.jp
hatano.h@daiwa-am.co.jp
hatano.m@daiwa-am.co.jp
hatem.jerad@ae.abnamro.com
hatjoulg@ebrd.com
hattori.t@daiwa-am.co.jp
hattowse@fhlbcin.com
hau.pham@aiminvestments.com
haugaard@jyskebank.dk
hauke.finger@ikb.de
haukur.baldvinsson@isb.is
hauptmann@optimix.nl
hautat@dbs.com
hautd@robecousa.com
havard.tveit@fortisinvestments.com
havard.tveit@hsbcinvestments.com
haverims@mizrahi.co.il
hawk@norcap.com
hayakawa-1np1@jp.nomura.com
hayakawa-shunsuke@mitsubishi-sec.co.jp
ha-yamana@ja-kyosai.or.jp
hayami01735@nissay.co.jp
hayashi.k@daiwa-am.co.jp
hayashi.kazumasa@kokusai-am.co.jp

hayashi_toshitake@hh.smbc.co.jp
hayashi-a@marubeni.com
hayashida@tr.mufg.jp
hayata@bloomberg.net
hayatullah.sadiq@daiwausa.com
haydar.colakoglu@teb.com.tr
hayden.briscoe@schroders.com
hayden.lutz@pnc.com
hayden.richmond@aberdeen-asset.com
haydenm@hhmi.org
haydn.davies@barclaysglobal.com
haydn.davies@morleyfm.com
haydn.moth@citicorp.com
haydn.moth@jpmchase.com
hayes.cp@tbcam.com
hayesh@bessemer.com
hayesj@vankampen.com
hayley.bewg@insightinvestment.com
hayley.boesky@moorecap.com
hayley.featherstone@sgam.co.uk
hayley.kluman@sixcontinents.com
hayley.ormrod@bt.com
hayley.sage@nationwide.co.uk
hayley.williams@db.com
hayley.x.shaw@jpmchase.com
hayley.xuereb@bbh.com
hays@ymcaret.org
haytham.abualreesh@riyadbank.com
hazel.jones@morrisons.plc.uk
hazel.sim@lbbwsg.com
hazel_murray@standardlife.com
hazelton@dukecap.co.uk
hazen@fhlb-of.com
hazime_isii@am.sumitomolife.co.jp
hazimi@bnm.gov.my
hazlina.abdullah@bia.com.bn
hb.king@fmr.com
hb@carnegieam.dk
hb2@smith.williamson.co.uk
hbaby@hollandcap.com
hbachman2@bloomberg.net
hbadawy@bloomberg.net
hbaensch@bloomberg.net
hbagai@tiaa-cref.org

hbain@globalt.com
hbartel@europeancredit.com
hbateman@sirachcap.com
hbaumbach@maplepartners.com
hbe@nbim.no
hberlin@nb.com
hbg@carnegieam.dk
hbhodes@templeton.com
hbishai@deerfieldcapital.com
hblake@prudential.com
hboscheinen@bayern-invest.de
hboss@richmondcap.com
hbouali@saib.com.sa
hbouhia@worldbank.org
hboutros@rockco.com
hbowersox@kishbank.com
hboyd@europeancredit.com
hbrackett@ncmcapital.com
hbrans@bloomberg.net
hbright@gruposantander.com
hbrison@frostbank.com
hbrooks@stephens.com
hbrown@londonstockexchange.com
hbrueren@bloomberg.net
hbryerman@evergreeninvestments.com
hbstucky@state.nm.us
hbueno@youngstovall.com
hbundy@williamblair.com
hbuppert@brownadvisory.com
hbush@lordabbett.com
hcabanac@spgestion.fr
hcacanando@qgcapital.com
hcalder@scor.com
hcallahan@merctrust.com
hcameron@travelers.com
hcarey@fcem.co.uk
hcaughy@merctrust.com
hcburnett@aegonusa.com
hce@petercam.be
hchang@fhlbc.com
hchi@chinarockcapital.com
hchiu@merctrust.com
hchm@capgroup.com
hchu@massport.com

hchyung@canyonpartners.com
hck@nbim.no
hck1964@kbstar.co.kr
hclay@tre.state.ma.us
hclifford@bradfordmarzec.com
hclight@comerica.com
hcminc@gte.net
hco@mn-services.nl
hcohen@bear.com
hcondez@troweprice.com
hcovington@newstaram.com
hctang@bancaintesa.com.hk
hcuthbert@kempen.nl
hcuthbert@svmonline.com
hcwan@mas.gov.sg
hcyang@cnb.co.kr
hd35@cornell.edu
hdaigre@ofivalmo.fr
hdambach@oaktreecap.com
hdana@bloomberg.net
hdavda@sisucapital.com
hdavis@tiaa-cref.org
hdecharsonville@global-equities.com
h-deguchi@nissay.co.jp
hdekergrohen@hotmail.com
hdepree@bloomberg.net
hdhruv@isifunds.com
hdixon@newstaram.com
hdl@centrumbank.li
hdoak@utimco.org
hdoek@westernasset.co.uk
hdohni@groupe-ccr.com
hdoley@aol.com
hdonahue@montag.com
hdoumenc@bft.fr
headley@wharton.upenn.edu
heah01@handelsbanken.se
healy_margaret@jpmorgan.com
healym@ubk.net
healyt@bessemer.com
hean04@handelsbanken.se
heath.bogin@alliancebernstein.com
heath@whartonco.com
heathcliffe.burrough@db.com

heathe.clark@wachovia.com
heather.anderson@gmacrfc.com
heather.arnold@gs.com
heather.auguste@morganstanley.com
heather.beam@ibtco.com
heather.bentley@inginvestment.com
heather.bergman@tcw.com
heather.caldwell.lx95@statefarm.com
heather.carlson@himco.com
heather.clayton@swip.com
heather.crain@rabobank.com
heather.degarmo@barclaysglobal.com
heather.dunham@phxinv.com
heather.h.mootz@norwest.com
heather.hagerty@fmr.com
heather.hoyack@fmr.com
heather.hurley@alliancebernstein.com
heather.ibrahim@csfb.com
heather.lawrence@fmr.com
heather.mckay@swip.com
heather.mendenhall@avmltd.com
heather.olah@fmr.com
heather.rooke@barclaysglobal.com
heather.sexton@huntington.com
heather.tomkinson@tilney.com
heather.toto@mackayshields.com
heather.trunick@pnc.com
heather.watts@statestreet.com
heather.woody@pncadvisors.com
heather@gothamcapital.com
heather_brun@putnam.com
heather_cheney@ustrust.com
heather_fraser@scotiacapital.com
heather_g_ragazino@keybank.com
heather_margolies@cargill.com
heather_mcpherson@troweprice.com
heather_roberts@putnam.com
heatherr@sigmacap.com
heberle.dj@mellon.com
hebr@unibank.dk
hecken@tdusa.com
hecker@tk.thyssenkrupp.com
hecole@delinvest.com
hector.negroni@us.sgcib.com

hector.teran@gmacfs.com
hector_kilpatrick@standardlife.com
hectorxu@aegon-cnooc.com
hedan.wang@icbc.com.cn
heddy_elbedewe@scudder.com
hedging@koreaexim.go.kr
hedi.kallal@citadelgroup.com
hedi.katz@barclaysglobal.com
hedi.reynolds@morgankeegan.com
heduffy@wellington.com
hedy.tan@gs.com
heedonkang@bok.or.kr
heejin.baek@cba.com.au
heejoonyoon@yahoo.co.kr
heena.lakhani@uk.fid-intl.com
heena_patel@blackrock.com
heenal.patel@ubs.com
heeralal.choudhary@ubs.com
hees02@handelsbanken.se
hee-seok.oh@citicorp.com
hef@nbim.no
heffernanm@bloomberg.net
heflim@tcwgroup.com
hefty@wharton.upenn.edu
hege.marthinussen@im.storebrand.no
heggens@aegon.nl
heguangbei@bank-of-china.com
hehj@nykredit.dk
hehn@pimco.com
heid_chan@swissre.com
heide.albrecht@hypointernational.com
heide.jimenezdavila@lodh.com
heidelinde.gross@rzb.at
heidi.becker@fmr.com
heidi.dallamore@barclaysglobal.com
heidi.haili@leonia.com
heidi.hoeppner@cominvest-am.com
heidi.hu@transamerica.com
heidi.laukkanen@blackrock.com
heidi.rauber@uk.fid-intl.com
heidi.riedel@essenhyp.com
heidi.stephens@columbiamanagement.com
heidi.stevens@usbank.com
heidi.sulin@uk.fid-intl.com

heidi.westland@harrisbank.com
heidi.wynants@dexia.be
heidi@epsilonfunds.com
heidi_adelman@victoryconnect.com
heidi_l_cornish@key.com
heidi_subjack@ml.com
heidi_turner@swissre.com
heidih@mcm.com
heidrun.gerecke@hvb.de
heidrun.heutzenroeder@cominvest-am.com
heike.fornefett@dws.de
heike.gregorzewski@dit.de
heike.mueller@cominvest-am.com
heike.otten@dit.de
heike.schuerings@gs.com
heike.staudacher@ikb-cam.de
heike.unger@allianzgi.de
heike.vogeler@db.com
heike.wannich@fraspa1822.de
heike_halsinger@swissre.com
heike_hollands@hp.com
heike_juergens@westam.com
heikei@metzlerpayden.com
heikki.halkilahti@valio.fi
heikki.nordman@sampo.fi
heikki.ruoppa@danskebank.com
heikki.valli@ba-ca.com
heiko.bartsch@hypointernational.com
heiko.dech@westimmobank.com
heiko.falke@nordlb.de
heiko.feber@lampebank.de
heiko.fleer@wgz-bank.de
heiko.jagemann@protection-re.com
heiko.klebing@dzbank.de
heiko.lang@bw-bank.de
heiko.leschhorn@lbbw.de
heiko.mayer@db.com
heiko.reinhardt@fundmaster.de
heiko.schnitgerhans@dit.de
heiko.siede@essenhyp.com
heiko.starossom@sparkasse-bremen.de
heiko.wagner@oppenheim.de
heiko.woessner@haam.de
heiko_goetz@dgbank.de

heiland_gunter@jpmorgan.com
heilert@bloomberg.net
heimo.rottensteiner@erstebank.at
heimo.scherer@blb.de
heimo.stauchner@omv.com
hein.bulter@nibc.com
hein.hanekom@ceredexvalue.com
hein.stam@mn-services.nl
hein.wielen@nbad.ae
heinen@colognere.com
heiner.luz@uk.fid-intl.com
heiner.speich@aigpb.com
heiner.speich@ubs.com
heinerich.hardy@fortisinvestments.com
heinfred.fehling@hsh-im.com
heini.sutter@csam.com
heinie.hakker@fandc.com
heino.hoch@centrumbank.com
heinrich.ey@allianzgi.de
heinrich.flueckiger@swisscanto.ch
heinrich.siegmann@lbbw-am.de
heinrich.strack@essenhyp.com
heins1@bloomberg.net
heinz.bauer@dzbank.de
heinz.gawlak@amg-invest.de
heinz.giger@ch.abnamro.com
heinz.haemmerli@ubs.com
heinz.henggeler@juliusbaer.com
heinz.hilgert@dzbank.de
heinz.hofer@rlb-tirol.at
heinz.jaeger@dghyp.de
heinz.jeranko@philips.com
heinz.kaiser@ubs.com
heinz.kurzmann@rzb.at
heinz.leibbrand@claridenleu.com
heinz.meidlinger@ba-ca.com
heinz.merkens@oppenheim.de
heinz.merz@lbbw.de
heinz.muehlebach@lloydsbank.ch
heinz.mueller@mbczh.ch
heinz.nesshold@rothschildbank.com
heinz.roetheli@ing.ch
heinz.rother@sk-koeln.de
heinz.ruettimann@ubs.com

heinz.tschabold@credit-suisse.com
heinz.wassmann@fm.nrw.de
heinz_pfister@swissre.com
heinz-bernd.schmitz@nordlb.de
heinz-guenter.wickenhaeuser@cominvest-am.com
heinz-joachim.hengesbach@lampebank.de
heinz-josef.stenten@amgam.de
heinz-juergen.scheid@ecb.int
heinz-juergen.wohlgemuth@dzbank.de
heinzk@fhlbsf.com
heinz-peter.roehle@interbrew.com
heinz-peter_welter@gothaerre.de
heinz-rudolf.sabel@ahbr.de
heinz-werner.firmenich@lrp.de
heinz-wilhelm.fesser@dws.de
heinz-za.schumacher@ubs.com
heischmann@bloomberg.net
heja@nykredit.dk
heje02@handelsbanken.se
hejg@dpbank.dk
hejz@bernstein.com
hek.cdu@adia.ae
helen.aitchison@db.com
helen.archer@db.com
helen.brodison@swip.com
helen.chan@blackrock.com
helen.chan@jwseligman.com
helen.chen@tcw.com
helen.chiang@morganstanley.com
helen.corbett@bmonb.com
helen.cord@jpmorganfleming.com
helen.cottrell@baesystems.com
helen.davies@alliancebernstein.com
helen.distefano@morganstanley.com
helen.donald@lgim.co.uk
helen.e.wild@jpmorgan.com
helen.eun@barclaysglobal.com
helen.eydens@barclays.com
helen.froyan@prudential.com
helen.guillemot@bnpparibas.com
helen.ho@ap.nxbp.com
helen.hotis@csam.com
helen.illingworth@northernrock.co.uk
helen.kim@citigroup.com

helen.krause@morganstanley.com
helen.lam@hk.rcm.com
helen.lee@aig.com
helen.lee@fmr.com
helen.lintern@glgpartners.com
helen.long@lgim.co.uk
helen.m.shaughnessy@aib.ie
helen.mackay@glgpartners.com
helen.macleod@resolutionasset.com
helen.millmore@uk.fid-intl.com
helen.odomirok@bankofamerica.com
helen.phillips@threadneedle.co.uk
helen.ree2@hansa.ee
helen.reed@lombardodier.com
helen.roberts@fandc.com
helen.s.hui@tw.standardchartered.com
helen.scott@gibuk.com
helen.short@nationwide.co.uk
helen.smith@morganstanley.com
helen.smith@muncybank.com
helen.stuart@lgim.co.uk
helen.taylor@chase.com
helen.vaughan@slcam.co.uk
helen.webster@aegon.co.uk
helen.windischbauer@union-investment.de
helen.xing@csfb.com
helen.xing@pimco.com
helen.y.weng@jpmorgan.com
helen.zha@barclaysglobal.com
helen@bj.icbc.com.cn
helen_chan@ssga.com
helen_christie@newton.co.uk
helen_dell@folksamerica.com
helen_di.bartolomeo@state.co.us
helen_driver@standardlife.com
helen_groves@newton.co.uk
helen_hope@blackrock.com
helen_jones@dgbank.de
helen_longhurst@notes.ntrs.com
helen_macdonell@ntrs.com
helen_mcnally@fanniemae.com
helen_parsons@freddiemac.com
helen_pulm@commerzbank.com
helen_roesch@ustrust.com

helen_romeo@ssga.com
helen_rowan@csx.com
helen_vlassis@newyorklife.com
helen_wong@ustrust.com
helena.clijsters@dexia-am.com
helena.kardell@ap1.se
helena.kent@barclaysglobal.com
helena.nordell@amfpension.se
helena.song@gecapital.com
helena@work.com
helena_mercer@gb.smbcgroup.com
helena_morrissey@newton.co.uk
helene.barzoukas@saint-gobain.com
helene.baudchon@caam.com
helene.carregenoud@calyon.com
helene.chua@hvbasia.com
helene.dina@disney.com
helene.duchatellier@bdl.lu
helene.e.pettersson@seb.se
helene.ecalle@caam.com
helene.falchier@ecuvie.caisse-epargne.fr
helene.gunnarson@sandvik.com
helene.harasty@lodh.com
helene.j.nottin@bnpparibas.com
helene.moehlman@mony.com
helene.ouimet@morganstanley.com
helene.williamson@fandc.com
helene@martincurrie.com
helenitsa.mentavlos@usbank.com
helen-x.wang@db.com
helen-yw.lau@pharma.novartis.com
helga.indridadottir@glitnir.is
helga.oskarsdottir@glitnir.is
helge.arnesen@klp.no
helge.forfang@dnbnor.no
helge.gjertsen@inter-ikea.com
helge.heyd@sp-sa.de
helge.lange@dresdner-bank.com
helge.m.skibeli@jpmorgan.com
helge.schulze@hsh-nordbank.com
helge.ullmann@ruv.de
heli_erickson@symantec.com
heli04@handelsbanken.se
hellen_madden@troweprice.com

hellmuth.bauer@rzb.at
helmut.allgaeuer@lgt.com
helmut.bartsch@lbbw-am.de
helmut.buechel@lgt.com
helmut.fause@blb.de
helmut.flieh@bawag.com
helmut.gruber@oenb.co.at
helmut.h.cardon@si.shell.com
helmut.hipper@union-investment.de
helmut.kaiser@db.com
helmut.kiener@dws.com
helmut.krebber@dzbank.de
helmut.kroboth@erstebank.at
helmut.nuhn@henkel.com
helmut.osswald@lbbw.de
helmut.osterauer@aam.de
helmut.paulus@union-panagora.de
helmut.possienke@deka.de
helmut.risel@commerzbank.com
helmut.schmitt@bayerninvest.de
helmut.stermann@l-bank.de
helmut.wenninger@aam.de
helmut.wimmer@aam.de
helmuthmueller@metzler.com
helmut-schmitt@lrp.de
help@nb.com
helpdesk.be@dexia-am.com
helpdesk@tudor.com
helsing@pimco.com
hemanshu.mandalia@pimco.com
hemmo.hemmes@fortismeespierson.nl
hence.orme@citadelgroup.com
henderling@adelphi-capital.com
hendersonk@deshaw.com
hendersontd@aetna.com
hendri.wijaya@bni.co.id
hendric.junker@adidas-group.com
hendricksontl@fhlbcin.com
hendrik.breitenstein@vpbank.com
hendrik.pfaff@uk.fid-intl.com
hendrik.pfiester@dzbank.de
hendrik-jan.boer@ingim.com
hendro.moestadja@ingim.com
hendrt@tdsec.co.uk

hendy_s@bi.go.id
heng.zhu@icbc.com.cn
heng_lay@fanniemae.com
hengemstephanie@ocbc.com
hengsweekeat@mas.gov.sg
henhaf@safeco.com
henhas@safeco.com
henik.horsolov.larsen@nordea.com
henk.aardema@utc.rabobank.com
henk.becker@de.bosch.com
henk.rozendaal@rabobank.com
henk.stenneberg@snssecurities.nl
henk_de_glint@meespierson.com.sg
henk-jan.rikkerink@uk.fid-intl.com
henneisa@exhange.ie.ml.com
hennessm@fhlbsf.com
hennie.brink@fortisinvestments.com
hennie@danskebank.dk
henning.eckhof@dghyp.de
henning.flender@westam.com
henning.fock@de.pimco.com
henning.gebhardt@dws.de
henning.haugerudbraten@norges-bank.no
henning.heinrich@t-systems.com
henning.kelch@cominvest-am.com
henning.kosmack@siemens.com
henning.lenz@westam.com
henning.mettler@concordia.com
henning.padberg@nordea.com
henning.potstada@db.com
henning.rosendahl@helaba.de
henning.stein@juliusbear.com
henning.thiel@oppenheim.de
henning.vollbehr@hsh-nordbank.com
henning.vonderforst@nuernberger.de
henning.zirkel@essenhyp.com
henning@blomberg.net
henning-mortensen@jyskebank.dk
henny_ruritan@fleet.com
henri.bernard@bis.org
henri.fromont@edf.fr
henri.jongschaap@fandc.com
henri.kuppers@calyon.com
henri.lalanne@sgcib.com

henri.riey@barclays.co.uk
henri.tran@credit-agricole-sa.fr
henri_fouda@putnam.com
henri_fouda@ssga.com
henri_proutt@conning.com
henrietta.pacquement@barclaysglobal.com
henrietta_fraser@putnam.com
henrik.aas@wamu.net
henrik.adam@drkw.com
henrik.arle@finnair.fi
henrik.asland@dnbnor.no
henrik.b.thomsen@nordea.com
henrik.baum@nordea.com
henrik.baun@nordea.com
henrik.buescher@dit.de
henrik.de-koning@sgam.com
henrik.eriksson@ersab.se
henrik.forsberg@robur.se
henrik.grunditzs@swedbank.com
henrik.hackenberg@inter-ikea.com
henrik.hoffmann@uk.danskebank.com
henrik.holmin@swedbank.se
henrik.hviid@inter-ikea.com
henrik.jensen@ikano.nl
henrik.jernstrom@electrolux.se
henrik.johansson@brummer.se
henrik.johansson@dnbnor.com
henrik.munk-nielsen@bapensions.com
henrik.muthel@carnegie.dk
henrik.norby@nordea.com
henrik.normann@danskebank.dk
henrik.oh@amfpension.se
henrik.ostergaard@nordea.com
henrik.pedersen@nordea.com
henrik.sandell@nordea.com
henrik.sandell@swedbankrobur.se
henrik.schmidt-lund@nordea.com
henrik.schwetje@hsh-nordbank.com
henrik.segerberg@alfredberg.se
henrik.skogsfors@electrolux.se
henrik.sode@nordea.lu
henrik.theil@nordea.com
henrik.therkildsen@seb.se
henrik.trulsson@sebprivatebanking.com

henrikhenriksen@jyskebank.dk
henri-pierre.barone@morganstanley.com
henripierre.goux@francetelecom.fr
henry.asare@hvb.de
henry.b.berg@jpmorgan.com
henry.balbirer@prudential.com
henry.bedford@moorecap.co.uk
henry.blagden@bbh.com
henry.choi@morganstanley.com
henry.choon@schroders.com
henry.coolidge@bg-group.com
henry.d.kirkland@bankofamerica.com
henry.d'alessandro@morganstanley.com
henry.darakhovskiy@wamu.net
henry.defreitas@an.rbtt.com
henry.digby@jpmorganfleming.com
henry.dk@tbcam.com
henry.gray@dfafunds.com
henry.ho@lazard.com
henry.hoffman@pnc.com
henry.hom@prudential.com
henry.hooi@nabasia.com
henry.hummel@pncbank.com
henry.hund@morganstanley.com
henry.keller@ge.com
henry.kenner@db.com
henry.lee@ubs.com
henry.manifold@gm.com
henry.mitchell-innes@resbank.co.za
henry.munster@bil-dexia.com
henry.naah@wellsfargo.com
henry.nurminen@mandatum.fi
henry.park@soros.com
henry.parker@glgpartners.com
henry.reynders@azl-group.com
henry.sanchez@bmo.com
henry.schmeltzer@ubs.com
henry.soetanto@gmacrfc.com
henry.stalder@lodh.com
henry.stalder@ubs.com
henry.stipp@threadneedle.co.uk
henry.tang@ubs.com
henry.tran@statestreet.com
henry.walker@fmb.com

henry.wiersing@novartis.com
henry.withinshaw@gb.abb.com
henry.wong@prudential.com
henry.wu@aiminvestments.com
henry_cassidy@freddiemac.com
henry_f_cheng@hkma.gov.hk
henry_j_hajdas@comerica.com
henry_jim@ssga.com
henry_lanza@ssga.com
henry_lee@acml.com
henry_mitchell@ml.com
henry_roman@ml.com
henryc@fmaadvisors.com
henryga@sce.com
henrynguyen@dbs.com
henrys@hcmny.com
henryu@wharton.upenn.edu
henza.tukel@teb.com.tr
heo@bankinvest.dk
heol03@handelsbanken.se
heongchye@dbs.com
hepe@unibank.dk
heras.mendaza@axa-im.com
herb.kim@impaccompanies.com
herb.small@bankleumi.co.il
herb_achey@ustrust.com
herbert.berger@dresdner-bank.de
herbert.fuchs@rwe.com
herbert.fuchs@winterthur.ch
herbert.geist@lrp.de
herbert.hainer@adidas.de
herbert.hrdlicka@rzb.at
herbert.huesman@53.com
herbert.koller@hvb.de
herbert.kumbartzki@cial.ch
herbert.kupferschmied@suva.ch
herbert.marxen@bayernlb.com
herbert.matzinger@sparinvest.com
herbert.messinger@hypocapital.at
herbert.meyer@de.heidelberg.com
herbert.naef@credit-suisse.com
herbert.neuhauser@raiffeisenbank.at
herbert.pauritsch@ba-ca.com
herbert.perus@rcm.at

herbert.ruf@activest.de
herbert.saller@ashmoregroup.com
herbert.scheidt@vontobel.ch
herbert.steiner@credit-suisse.com
herbert.stepic@rzb.at
herbert.suess@sachsenlb.de
herbert.virag@pioneerinvestments.at
herbert.weimer@duesshyp.de
herbert.weinmann@saarlb.de
herbert.wertz@amgam.de
herbert@epsilonfunds.com
herbert_jackel@westlb.de
herendp@wclabs.com
hergen.dieckmann@essenhyp.com
hergo.bhangal@credit-suisse.com
heribert.fromm@devif.de
herickson@tiaa-cref.org
herky.dialdas@bbvauk.com
herleif.haavik@barcap.com
herma.boom-conradi@meespierson.com
herman.barber@trs.state.tx.us
herman.barten@nl.abnamro.com
herman.daley@db.com
herman.guelovani@nibcapital.com
herman.kleeven@ingim.com
herman.klein@ingim.com
herman.loys@inter-ikea.com
herman.martina@trs.state.tx.us
herman.riva@fblfinancial.com
herman.santiago@db.com
herman.vanderloos@degroof.be
herman@ctnbank.com.tw
hermann.collmann@hsh-nordbank.com
hermann.kallwey@wl-bank.de
hermann.neusuess@centrumbank.li
hermann.rangamana@bnpparibas.com
hermann.rittmeyer@ubs.com
hermann-josef.abelen@sparkassenversicherung.de
hermiek@bloomberg.net
hernandez.javier@principal.com
hernani.defaria@akb.ch
herold.rohweder@dit.de
herr.meisner@berliner-volksbank.de
herrera-f1@telefonicamoviles.com

herrigo@asbcm.com
herry@ptbni.com.sg
hersh.parikh@gmacrfc.com
hersheyd@lotsoff.com
herskovitz.m@tbcam.com
hertam@calyon.com
hertzel@ibi.co.il
hertzel@ili.co.il
herve.aubree@axa-im.com
herve.becker@marly-gestion.fr
herve.besnard@bnpparibas.com
herve.boiral@caam.com
herve.bourquin@ebc.int
herve.croset@hsbcpb.com
herve.de-bonduwe@ceidfp.caisse-epargne.fr
herve.decampigneulles@calyon.com
herve.dejonghe@dexia-am.com
herve.dumesny@remy-cointreau.com
herve.duteil@americas.bnpparibas.com
herve.freylinger@etoile-gestion.com
herve.garnier@cnce.caisse-epargne.fr
herve.gonsard@banque-france.fr
herve.gugler@ing.ch
herve.jaskulke@totalfinaelf.com
herve.kias@socgen.com
herve.knafo@fibimail.co.il
herve.lamy@givaudan.com
herve.lievore@axa-im.com
herve.loup@bnpparibas.com
herve.mangin@axa-im.com
herve.prettre@credit-suisse.com
herve.sumi@vontobel.ch
herve.thoumiand@banque-france.fr
herve1.labbe@francetelecom.com
herwig.haidn@raiffeisenbank.at
herwig.krist@oberbank.at
herwig.maertel@allfonds-bkg.de
herwig_couvreur@be.ibm.com
hesa06@handelsbanken.se
heschs@nationwide.com
hesham.khonji@gibbah.com
hester.bae@morganstanley.com
hester.blaauw@kasbank.com
hester.s.muis@jpmorganfleming.com

hetafm@nbk.com
hetal_raithatha@hvbamericas.com
heuychullee@hanabank.com
hevans@troweprice.com
heweisheng@gic.com.sg
hewinsrr@bp.com
hewsonri@london.cic.fr
hexiaoliang@icbc.com.cn
hey@colognere.com
hf@nationalbanken.dk
hfallegger@bloomberg.net
hfallow@britannicasset.com
hfarid@apicorp-arabia.com
hfbourse@iprolink.ch
hfeil@meag.com
hfeng@fhlbc.com
hferrier@europeancredit.com
hfh@nbim.no
hfields@allstate.com
hfigee@aegon.nl
hfnotes@gmail.com
hfops@juliusbaer.com
hford@kio.uk.com
hfoster@asbcm.com
hfoster@fhlbatl.com
hfourn@mutavie.fr
hfreeman@smithnyc.com
hfrench@lib.com
hfresearch@lotsoff.com
hfreye@mwam.com
hfriedrich@union-investment.de
hfrisch@jennison.com
hfujii@nochubank.or.jp
hfujikake@nissay.co.uk
hfujiwara@daiwasbi.co.jp
hfukuda10@sompo-japan.co.jp
h-fukuro@ufjtrustbank.co.jp
hg26@ntrs.com
hganek@nb.com
hgarciaarmero@servexternos.gruposantander.com
hgaudart@pictet.com
hgbender@wellington.com
hgeron@bloomberg.net
h-ggrossmann@ahb-ag.de

hghudson@us.fortis.com
hgibboney@lmfunds.com
hgiuliano@nyc.rr.com
hgl@samsung.co.kr
hgloor@bloomberg.net
hgm@coastalsecurities.com
hgoigouxbecker@ofivalmo.fr
hgplu1@ticino.com
hgr@bankinvest.dk
hgraham@ofina.on.ca
hgreenleaf@ustrust.com
hgreiner@meag.com
hgroat@loomissayles.com
hgru@kempen.nl
hgu@nbim.no
hgu@pimco.com
hguelovani@ing-capadv.com
hgulati@perrycap.com
hh@carnegieam.dk
hh@dl.dai-ichi-life.co.jp
hhaas@homeside.com
hhaidar@mfs.com
hh-aikawa@kddi.com
hhansen@lordabbett.com
hharo@russell.com
hharris@federatedinv.com
h-hasegawa@nochubank.or.jp
hhawkins@essexinvest.com
h-hayashide@nissay.co.jp
hhayssen@lib.com
hhedder@provinzial-online.de
hheerink@spfbeheer.nl
hheikenfeld@oppenheimerfunds.com
hhemphill@hourglasscapital.com
hhermann@wellsfargo.com
hhermsen@spfbeheer.nl
hherrmann@waddell.com
hhhwang@koreaexim.go.kr
hhill@babsoncapital.com
hhirani@litchfieldcapital.com
hhjensen@jyskebank.dk
hhknudsen@bloomberg.net
hhong@eatonvance.com
hhong@princeton.edu

hhoning@spfbeheer.nl
hhorz@union-investment.de
hhs@bankinvest.dk
hhsiung@us.nomura.com
hhuang@panagora.com
hhuang@teleos.com
hhuang@wellington.com
hhunt@fandc.co.uk
hhwong@mas.gov.sg
hhyslop@sfbcic.com
hi.okamoto@mitsui.com
hi.takeuchi@mitsui.com
hi1-ishii@meijiyasuda.co.jp
hi1-watanabe@meijiyasuda.co.jp
hi2-nishimura@ja-kyosai.or.jp
hi2-okamoto@ja-kyosai.or.jp
hi2-yoshida@ja-kyosai.or.jp
hiao.sakai@ibjbank.co.jp
hibino.takayo@kokusai-am.co.jp
hicham.lahbabi@caam.com
hicham.saliba@qnb.com.qa
hicham.zemmouri@shell.com
hicham_hajhamou@countrywide.com
hidai.barmor@fortis.com
hide.yamakawa@ppmamerica.com
hide_suzuki@nochubank.or.jp
hideaki.maehara@uk.mufg.jp
hideaki.mizushima@sumitomocorp.co.jp
hideaki.nagai@tokyostarbank.co.jp
hideaki.suntani@mizuho-cb.co.jp
hideaki.tomiyama@mizuho-cb.co.jp
hideaki_inoue@tr.mufg.jp
hideaki_kondo@mitsubishi-trust.co.jp
hideaki_sasaki@tr.mufg.jp
hideaki_sugita@am.sumitomolife.co.jp
hideaki_takaki@tr.mufg.jp
hidefumi.kobayashi@mizuho-cb.co.jp
hideharu_nozawa@mitsubishi-trust.co.jp
hidehiko.tanabe@mizuho-bk.co.jp
hidekazu_kimura@am.sumitomolife.co.jp
hidekazu_maejima@mitsubishi-trust.co.jp
hideki.kubo@mizuho-bk.co.jp
hideki.kubota@ge.com
hideki_nukanobu@tr.mufg.jp

hideki_ota@tr.mufg.jp
hideki_teranishi@am.sumitomolife.co.jp
hidemasa.funada@axa.co.jp
hide-nakano@nochubank.or.jp
hidenobu.itou@mizuho-cb.co.jp
hidenobu_takiguti@am.sumitomolife.co.jp
hidenori.ikezawa@mhcb.co.uk
hidenori-ito@gm.shokochukin.go.jp
hideo.kawashima@mizuho-cb.co.jp
hideo.kazusa@uk.mufg.jp
hideo.samura@mizuho-cb.co.jp
hideo.ueki@morganstanley.com
hideo.watanabe@mizuhocbus.com
hideo_fukui@tr.mufg.jp
hideo_hasegawa@daiwa-am.co.jp
hideo_ito@mitsui-seimei.co.jp
hideo_machida@mitsubishi-trust.co.jp
hideo_mine@scotiacapital.com
hideo_miyagawa@mitsubishi-trust.co.jp
hideo_shimomura@tr.mufg.jp
hideo-namiki@am.mufg.jp
hideo-shimomura@am.mufg.jp
hideo-wakabayashi@gm.shokochukin.go.jp
hidetaka.tomita@sumitomocorp.co.jp
hidetaka_shinohara@mtwm.co.jp
hidetom@dl.dai-ichi-life.co.jp
hidetomo_yoshizawa@tr.mufg.jp
hidetoshi.arakawa@shinseibank.com
hidetoshi.honda@mhcb.co.uk
hidetoshi.kawamoto@amashin.co.jp
hidetoshi.minamisawa@pimco.com
hidetoshi.soda@mizuho-cb.co.jp
hidetoshi_fuwa@mitsubishi-trust.co.jp
hidetsugu_minami@tr.mufg.jp
hide-watanabe@meijiyasuda.co.jp
hideyuki.koshiyama@mizuho-bk.co.jp
hien.delestrange@caam.com
hien.nguyen@fmr.com
hienhao.hoang@lloydstsb.co.uk
higashi@zenkyoren-usa.com
higashi_shuntaro@ck.smbc.co.jp
higashirayujiuser@company.com
higgins.cm@tbcam.com
higgins@pfdincome.com

highbury@bloomberg.net
highsmj@wellsfargo.com
highyield@dexiamfr-dexia.com
highyield@fifl.com
higuchi.tatsuya@kokusai-am.co.jp
hihikss@bok.or.kr
hi-hirano@ja-kyosai.or.jp
hi-iida@ja-kyosai.or.jp
hi-ishii@nochubank.or.jp
hijung@hanastock.co.kr
hikaru.kozuki@citigroup.com
hil.davis@citadelgroup.com
hilandera@mizrahi.co.il
hilario-ramos@deshaw.com
hilary.aldridge@fandc.com
hilary.c.patterson@aibny.com
hilary.devendorf@bwater.com
hilary.keeney@morganstanley.com
hilary.kermode@swipartnership.co.uk
hilary.lopez@insightinvestment.com
hilary.moffett@citadelgroup.com
hilary.natoff@uk.fid-intl.com
hilary.oneill@morganstanley.com
hilary.p.donegan@db.com
hilary.park@credit-suisse.com
hilary.paul@claridenleu.com
hilary.speller@gartmore.com
hilary@mginvestors.com
hilary_m_branson@fanniemae.com
hilary_oconnor@standardlife.com
hilaryc@mcm.com
hilaryleung@hsbc.com.hk
hildamelendez@uamc.com
hilde.hanssens@fortisag.be
hilde.veelaert@sns.nl
hildyard@aigfpc.com
hilger@tk.thyssenkrupp.com
hilgert.aj@mellon.com
hill@bwater.com
hill_ken@fsba.state.fl.us
hilla@cooperindustries.com
hilla@rabo-bank.com
hillary.shane@isisam.com
hillary.smith@corporate.ge.com

hillel.d@bimcor.ca
hillg@fhlbsf.com
hillocks@bloomberg.net
hill-wah.chan@moorecap.co.uk
hilmar.baumann@deka.de
hilmar.jeschke@telekom.de
hilmar.langensand@suva.ch
hilmar.schlenzka@morganstanley.com
himali.upadhya@rzb.at
himanshu.lukha@citicorp.com
himanshu.lukha@credit-suisse.com
himanshu.parmar@fidelity.co.in
himanshu.patel@csam.com
himcresearch@heritageinvestors.com
himesin1@mb.infoweb.ne.jp
himin.patel@gs.com
hi-minami@ja-kyosai.or.jp
himre@bankofny.com
hi-naito@ja-kyosai.or.jp
hindria.listyadi@bni.co.id
hinerleamons@dartmouth.edu
hing.cheng@dartmouth.edu
hinker@metro.de
h-inoue@kokusai.co.jp
hinrich.holm@nordlb.com
hinzmanna@deutschehypo.de
hi-oota@ufjtrustbank.co.jp
hippolyte.de-weck@ubs.com
hirai@daiwa-am.co.jp
hirai@shizuokabkny.com
hirai@sumitomotrust.co.jp
hiramatsu-daisuke@mitsubishi-sec.co.jp
hiramine@diam.co.jp
hiranaka@daiwasbi.co.jp
hirano@bloomberg.net
hirano_kenzo@ub.smbc.co.jp
hiranotz@bernstein.com
hiraoka-2nhp@jp.nomura.com
hiraokar@di.dai-ichi-life.co.jp
hiratsuka@nochubank.or.jp
hiren.g.patel@gsk.com
hiren.r.patel@wellsfargo.com
hiroaki.hayashi@fi.fukoku-life.co.jp
hiroaki.hoshino@meijiyasuda.co.jp

hiroaki.mohri@db.com
hiroaki.momose@surugabank.co.jp
hiroaki.sato@sumitomotrust.co.jp
hiroaki.toba@mizuho-cb.co.jp
hiroaki_baba@tr.mufg.jp
hiroaki_kurokawa@mitsubishi-trust.co.jp
hiroaki_saito@tr.mufg.jp
hirofumi.kouda@boj.or.jp
hirofumi_aso@mitsubishi-trust.co.jp
hirofumi_horikoshi@tr.mufg.jp
hiroharu_ryoke@tr.mufg.jp
hirohiko_sato@mitsubishi-trust.co.jp
hirohiko-sato@am.mufg.jp
hirohumi_miyahara@am.sumitomolife.co.jp
hirohumi-yagi@am.mufg.jp
hiroi-a@nochubank.or.jp
hirokatsu_yoshida@tr.mufg.co.jp
hirokazu.kawachi@schroders.com
hirokazu_kubo@tr.mufg.jp
hirokazu-masuoka@nochubank.or.jp
hiroki.gomi@bankofamerica.com
hiroki.inaba@boj.or.jp
hiroki.takatori@lehman.com
hiroki_norimura@tr.mufg.jp
hiroki-masuoka@tr.mufg.jp
hiroko.niwa@mitsubishicorp.com
hiroko_muramatu@am.sumitomolife.co.jp
hiroko_tanaka@putnam.com
hiromasa.saiki@ntt-finance.co.jp
hiromasu@bloomberg.net
hiromi.fukuda@schroders.com
hiromi.mori@schroders.com
hiromi.okase@mail.mol.co.jp
hiromi.oohashi.hs@kyocera.jp
hiromi_nisino@am.sumitomolife.co.jp
hiromichi.shimada@mizuho-cb.co.jp
hiromichi-tsuyukubo@am.mufg.jp
hiromi-kitamura@am.mufg.jp
hiromitsu_watanabe@tr.mufg.jp
hironobu_takeda@tr.mufg.jp
hironobu_ueda@yamaguchibank.co.jp
hironori.a.shiragaki@mizuho-bk.co.jp
hironori_katou@mitsui-seimei.co.jp
hiroo.mizuno@boj.or.jp

hiroo_huzita@am.sumitomolife.co.jp
hirose24469@nissay.co.jp
hirose-2ncv@jp.nomura.com
hiroshi.a.hasegawa@mizuho-cb.co.jp
hiroshi.a.shimada@mizuho-bk.co.jp
hiroshi.ishii02@shinseibank.com
hiroshi.kuno@jp.pimco.com
hiroshi.kuno@pimco.com
hiroshi.matsumoto@db.com
hiroshi.morioka@uk.mufg.jp
hiroshi.nakaso@boj.or.jp
hiroshi.shima@mizuho-cb.co.jp
hiroshi.sogou@mizuho-bk.co.jp
hiroshi.sonoda@shinseibank.com
hiroshi.takagi@sumitomocorp.co.jp
hiroshi.tamura@schroders.com
hiroshi.tanizawa@morganstanley.com
hiroshi.utsumi@avmltd.com
hiroshi.yokouchi@axa.co.jp
hiroshi.yokoyama@ufj-partners.co.jp
hiroshi.yumura@westernasset.com
hiroshi_hashimoto@tr.mufg.jp
hiroshi_ishiga@ho.rokinrenbank.or.jp
hiroshi_kanae@mitsubishi-trust.co.jp
hiroshi_kato@putnam.com
hiroshi_kurihara@tr.mufg.jp
hiroshi_minagawa@tr.mufg.jp
hiroshi_mori@mlgam.co.jp
hiroshi_nagai@mitsui-trust.co.jp
hiroshi_nagoya@mitsubishi-trust.co.jp
hiroshi_nakamura@mitsui-seimei.co.jp
hiroshi_nakamura@tr.mufg.jp
hiroshi_nishida@mtam.co.jp
hiroshi_nishida@tr.mufg.jp
hiroshi_okawa@gb.smbcgroup.com
hiroshi_otsuki@tr.mufg.jp
hiroshi_saito@mitsubishi-trust.co.jp
hiroshi_umayahara@tr.mufg.jp
hiroshi-hayashi@am.mufg.jp
hiroshima@nam.co.jp
hiroshi-miyamoto@am.mufg.jp
hiroshi-morohoshi@am.mufg.jp
hiroshinakamoto@nochubank.or.jp
hirosi_nagai@am.sumitomolife.co.jp

hirosi-kojima@ioi-sonpo.co.jp
hirotaka.inoue@boj.or.jp
hirotaka.yamashita@amashin.co.jp
hiroto.uehara@boj.or.jp
hirouye.teshome@pnc.com
hiroya.uchimura@mizuhocbus.com
hiroyasu.andou@boj.or.jp
hiroyasu_nakano@am.sumitomolife.co.jp
hiroyasu_omura@tr.mufg.jp
hiroyo_hozaki@tokaitokyo.co.jp
hiroyo_tanuki@acml.com
hiroyuki.kimura@westernasset.com
hiroyuki.masuda@mizuhocbus.com
hiroyuki.okuyama@tokyostarbank.co.jp
hiroyuki.tani@tokyostarbank.co.jp
hiroyuki.terashita@mizuho-cb.co.jp
hiroyuki.uchiyama@shinseibank.com
hiroyuki.uekusa@mdam.co.jp
hiroyuki.watanabe@shinseibank.com
hiroyuki_bando@tr.mufg.jp
hiroyuki_hayashi@mitsui-seimei.co.jp
hiroyuki_inoue@mitsubishi-trust.co.jp
hiroyuki_kajiyama@mitsui-seimei.co.jp
hiroyuki_kobayashi@tr.mufg.jp
hiroyuki_koide@sakura.co.jp
hiroyuki_kurokawa@mitsubishi-trust.co.jp
hiroyuki_machiyama@tokaitokyo.co.jp
hiroyuki_shimizu@tr.mufg.jp
hiroyuki_suetugu@am.sumitomolife.co.jp
hiroyuki_tomiyama@am.sumitomolife.co.jp
hiroyuki_yoshimura@yamaguchibank.co.jp
hiroyuki_yoshino@tr.mufg.jp
hiroyuki_yuasa@mitsubishi-trust.co.jp
hiroyuki-kajii@am.mufg.jp
hi-sagara@ja-kyosai.or.jp
hisakata_isomura@mitsubishi-trust.co.jp
hisako_koyabu@mail.toyota.co.jp
hisanori_sugahara@am.sumitomolife.co.jp
hisao.chida@db.com
hisao_nishimura@mitsui-seimei.co.jp
hisashi.ichikawa@mizuho-cb.co.jp
hisashi_hosokawa@po.fujisawa.co.jp
hisato_doi@am.sumitomolife.co.jp
hisato_yasuda@tr.mufg.jp

hisatomo.harada@mizuho-cb.com
hisato-ono@nochubank.or.jp
hisham_arahim@petronas.com.my
hishikawa@aigfpc.com
hi-suzuki@nochubank.or.jp
hit@capgroup.com
hi-tamura@ja-kyosai.or.jp
hitan.patel@uk.standardchartered.com
hi-tanaka@ja-kyosai.or.jp
hitesh.bharkhda@zurichscudder.co.uk
hitesh.dharamshi@bmo.com
hitesh.k.mistry@bankofamerica.com
hitesh.mehta@uboc.com
hitesh.patel@allegiantgroup.com
hitomi.a.suzuki@mizuho-cb.co.jp
hitomi.yutaka@nisshoiwai.com
hitomis@dl.dai-ichi-life.co.jp
hitoshi.ishikawa@mitsubishicorp.com
hitoshi.itou@shinseibank.com
hitoshi.mio@boj.or.jp
hitoshi.nishiyama@db.com
hitoshi_shinto@tr.mufg.jp
hitoshi-kawamura@am.mufg.jp
h-iwasaki@taiyo-seimei.co.jp
hiwatasi@dl.dai-ichi-life.co.jp
hizuka@daiwa-am.co.jp
hj.ullrich@frankfurt-trust.de
hj@jyskebank.dk
hj_yin@cmbchina.com
hj5288@cmbchina.com
hjai@metlife.com
hjames@invest.treas.state.mi.us
hjcho@kdb.co.kr
hjdelacruz@adb.org
hjekim@kfb.co.kr
hjg@danskecapital.com
hjjeon@keb.co.kr
hjmm@bi.go.id
hjo@ubp.ch
hjoerdis.bessen@lbbw.de
hjonsson@delphifinanz.com
hjoy@standishmellon.com
hjp5@pge.com
hjpark@hanabank.com.hk

hjpark@soeulbank.net
hjung@websterbank.com
hk.treasury@aexp.com
hk@cgii.com
hk@nationalbanken.dk
hkambara@us.mufg.jp
h-kamikawa@nochubank.or.jp
hkanai@dl.dai-ichi-life.co.jp
hkanda@bloomberg.net
hkaya@princeton.edu
hkazazian@fhlbatl.com
hkcho@kookminbank.com
hkcorp@natexis.com.hk
hkdavidl@nomura.com.hk
hkearney@loomissayles.com
hkeller@yorktraditionsbank.com
hkerrich@tiaa-cref.org
hkerzel@meag.com
hkfundho@bloomberg.net
hkg_apac_derivatives_processing_westlbhongkong@westlb.com.hk
hkgcorreaa@mail.nomura.com.hk
hkiekens@anthos.nl
hkiguchi@dl.dai-ichi-life.co.jp
hkillen@westpac.com.au
hkilpatrick@svmonline.com
hkim@canyonpartners.com
hkim@fsa.com
hkims@bok.or.kr
hkofman@halcyonpartnerships.com
hkorenvaes@hbk.com
hkpuar@mas.gov.sg
hkreider@pobox.upenn.edu
hkrhu@bok.or.kr
h-kumagai@nochubank.or.jp
hkumar@babsoncapital.com
hkurachi@sompo-japan.co.jp
hkusumoto1@bloomberg.net
hl366@cornell.edu
hl377@cornell.edu
hladickj@fhlbsf.com
hladik.lubomir@slsp.sk
hlair@bloomberg.net
hlalva@wellington.com
hlbdesa@bloomberg.net

hlbjbart@bloomberg.net
hlbjwend@bloomberg.net
hlbjwhit@bloomberg.net
hlbmschw@bloomberg.net
hlbrown@sfbli.com
hlbscho@bloomberg.net
hld39@cornell.edu
hlearner@meag-ny.com
hlee@lordabbett.com
hlee@ofii.com
hlee@tiaa-cref.org
hleguen@oddo.fr
hlehr@caxton.com
hleong@fftw.com
hleung3@bloomberg.net
hlh@bankinvest.dk
hliebes@alger.com
hlim2@templeton.com
hling@opcap.com
hllewellyn@thamesriver.co.uk
hln@americancentury.com
hlouaheb@groupama-am.fr
hlynch@scudder.com
hm.tranchimand@dexia-am.com
hma.eu@adia.ae
hma.na@adia.ae
hma@jwbristol.com
hma@loomissayles.com
hma@nbim.no
hmachado@summafs.com
hmaeda@ctcbjp.com
hmaeta@sompo-japan.co.jp
hmair@martincurrie.com
hmaltese@soam.com
hmanabe1@sompo-japan.co.jp
hmann@tiaa-cref.org
hmasaki@dl.dai-ichi-life.co.jp
hmatch@bloomberg.net
hmathieson@mfs.com
hmatsu@daiwasbi.co.jp
h-matsu@nochubank.or.jp
hmatsubara@bloomberg.net
hmatsumoto@dlusa.com
hmatsumoto@metzler.com

hmavis@bloomberg.net
hmb@capgroup.com
hmccaffrey@aamcompany.com
hmccrystal@babsoncapital.com
hmcguirk@troweprice.com
hmchan@federatedinv.com
hmchatt@templeton.com
hmck3@allstate.com
hmcmeekin@turnerinvestments.com
hmcneill@cabotsquare.com
hmd.pe@adia.ae
hmehlman@mfcglobalus.com
hmellin@frk.com
hmerida@grupobbva.com
hmessiter1@bloomberg.net
hmiao@hkma.gov.hk
hmiller@mdsass.com
hmizukaki@bloomberg.net
hmkwon@kdb.co.kr
hmm.em@adia.ae
hmm@hapoalimusa.com
hmm1@ntrs.com
hmo@capgroup.com
hmo@petercam.be
hmoehlman@metlife.com
hmoehlmann@meag.com
hmolog@statestreet.com
hmontgomery@adbl.org
hmorris@ssrm.com
hmoss@jennison.com
hmost@glic.com
hmoudachirou@sinopia.fr
hmt@ubp.ch
hmw@dodgeandcox.com
hmyers1@bloomberg.net
hn_kim@hanabank.com
hn07000@hncb.com.tw
hn07000@ms.hncb.com.tw
hn07000@msl.hncb.com.tw
hn6@ntrs.com
h-nagai@ufjtrustbank.co.jp
h-nakahara@meiji-life.co.jp
hnakao@dl.dai-ichi-life.co.jp
hnancy@bloomberg.net

hnarrillos@bcj.gbancaja.com
hnathan@senecacapital.com
hnbui@sterling-capital.com
hnewman@nb.com
hnewman@warburgpincus.com
hng@tiaa-cref.org
hni@tudor.com
hnishi@nissay.co.uk
hnobuyuki@bloomberg.net
h-nogawa@yasuda-life.co.jp
hnorris@pimco.com
hnorton@loomissayles.com
hnudelman@tudor.com
ho.yewweng@uobgroup.com
ho_ho@calpers.ca.gov
hoaglane@jwseligman.com
hoangan@sdm.cic.fr
hoang-my.n'guyen@sgam.com
hobbertm@us.ibm.com
hobie.hodge@wellsfargo.com
hobor.n@grainger.com
hocheehau@gic.com.sg
hochen@bankofny.com
hock.soon.lee@hsbcpb.com
hockchan.h.sen@aexp.com
hockleong@temasek.com.sg
hockmeng.foong@pimco.com
h-odajima@kokusai.co.jp
hodgee@vankampen.com
hodgett@babsoncapital.com
hoerner@blackrock.com
hoesoon@temasek.com.sg
hoey.rb@dreyfus.com
hof@vpv.nl
hofbak@nordea.com
hoffmann.bernhard@siemens.com
hoffmaw@tillinghast.com
hofmann.patrick@rahnbodmer.ch
hofmanne@eurofima.com
hogi7973@intra.cosmo-sec.co.jp
hogstrom@adelphi-capital.com
hohashi@dl.dai-ichi-life.co.jp
hohenstt@strsoh.org
hohinwah@gic.com.sg

h-ohyanagi@nochubank.or.jp
h-ohzaki@nissay.co.jp
hoi.shuntang@lodh.com
hojaechoi@hanabank.com
hojung.kang@de.pimco.com
hojung82@naver.com
hokabayashi@sonpo-japan.co.jp
hokao@daiwa-am.co.jp
hokugo@sbcm.com
holak_tim@jpmorgan.com
holaph@tdsec.co.uk
holding.financement-bourse@total.com
holger.basler@dresdner-bank.com
holger.beck@hsh-nordbank.com
holger.boerner@fmr.com
holger.bosse@frankfurt-trust.de
holger.brauer@feri.de
holger.cassens@seb.de
holger.claessen@hsh-nordbank.com
holger.dahlke@postbank.lu
holger.feegel@dekabank.de
holger.fertig@bayernlb.de
holger.fitzke@db.com
holger.geissler@db.com
holger.genuneit@drkw.com
holger.haedrich@hypovereinsbank.de
holger.huber@sl-am.com
holger.janssen@hypovereinsbank.de
holger.jensen@devif.de
holger.kahlert@dzbank.de
holger.kammel@bayerninvest.de
holger.kindsgrab@dws.com
holger.kleinbrahm@helaba.de
holger.kollmer@novartis.com
holger.lang@karlsruher.de
holger.lunden@nordea.com
holger.mahncke@hypovereinsbank.de
holger.mueller@lbbw.de
holger.pfieffer@oppenheim.de
holger.poetschke@siemens.com
holger.pudimat@vuw.de
holger.rabelt@ikb.de
holger.rambach@telekom.de
holger.reske@sparkasse-koelnbonn.de

holger.riedel@wgz-bank.de
holger.risse@union-investment.de
holger.sahner@gz-bank.de
holger.sauerbier@hauck-aufhaeuser.de
holger.schad@dzbank.de
holger.scharpenack@helaba.de
holger.schick@activest.de
holger.schmidt@bhf-bank.com
holger.schmitt@oppenheim.de
holger.schulz@credit-suisse.de
holger.seib@bhf-bank.com
holger.seib@credit-suisse.com
holger.sepp@deka.de
holger.steppack@ubs.com
holger.tober@deka.de
holger.wasem@deka.de
holger.weeda@fortisinvestments.com
holger.wiesenberg@lbbw.de
holger.ziemer@hsh-nordbank.com
holger_b.mueller@novartis.com
holim@bok.or.kr
holiwen@gic.com.sg
holley.huang@wamu.net
hollway_richard@jpmorgan.com
holly.a.lissner@usa.dupont.com
holly.a.maffei@maine.gov
holly.abitz@blackrock.com
holly.barton@fandc.com
holly.blackstock@firstunion.com
holly.cook@drkw.com
holly.fullam@us.schroders.com
holly.gotnic@fmr.com
holly.grainger@morleyfm.com
holly.grotnik@fmr.com
holly.hollub@ubs.com
holly.johnson@pimco.com
holly.koch@janus.com
holly.s.thompson@columbiamanagement.com
holly.shen@chevron.com
holly.smith@barclaysglobal.com
holly.tillman@wellsfargo.com
holly.wang@tdsecurities.com
holly_barber@troweprice.com
holly_clifford@ssga.com

holly_sabourin@ssga.com
holly_sze@acml.com
holmess@ebrd.com
holonoff@mlcinternational.com
holt@dpbank.dk
holtk@vankampen.com
holton.m@tbcam.com
holtta@aetna.com
holttg@aetna.com
hom.tu@adia.ae
home@aol.com
homefr@cial.cic.fr
homerhou@hotmail.com
homero_radway@troweprice.com
homscheid@aigfpc.com
hon.to@uboc.com
hona04@handelsbanken.se
honcheongwu@whbhk.com
hon-cheung.man@shell.com
honda460@dl.dai-ichi-life.co.jp
hondas@fhlbsf.com
honeycutt@roxcap.com
hong.chen@prudential.com
hong.xu@morganstanley.com
hong.zhang@icbc.com.cn
hong.zhao@ge.com
hong.zhu@halliburton.com
hong_zeng@ssga.com
hongbing.hsu@ubs.com
hongleng.chuah@barclaysglobal.com
hongwai.ma@dzbank.de
hongyan.x.zhang@jpmorgan.com
hongyuzhao@icbc.com.cn
hon-hoong.chong@ubs.com
honig_paul@jpmorgan.com
honluong_ly@swissre.com
honma@nam.co.jp
honore.kouam@dexia.com
hon-wai.wong@bloomberg.net
honyee.wu@db.com
hoo@bessemer.com
hook@mcm.com
hooman.yaghoobi@morganstanley.com
hoomori@nochubank.or.jp

hoon@bok.or.kr
hoon@fxstructuring.com
hoonhoontan@dbs.com
hoonlee@kfb.co.kr
hooper@adamsexpress.com
hoorn@bloomberg.net
hooverl@strsoh.org
hooverm@saccounty.net
hope.lundt@ubs.com
hope.woodhouse@bwater.com
hopkindl@wellsfargo.com
hopkins.ta@dreyfus.com
horace.cheng@schroders.com
horacio_valeiras@nacm.com
horakb@swcorp.org
horgasze@mnb.hu
hori@daiwa-am.co.jp
horie@daiwasbi.co.jp
horiguchi.akira@kokusai-am.co.jp
horii.masataka@kokusai-am.co.jp
horikawa@dl.dai-ichi-life.co.jp
horiuchi.t@daiwa-am.co.jp
horiuchi_shigeto@zn.smbc.co.jp
horloff@wellington.com
horn@meinlbank.com
horne@dukestreetcapital.com
hornickel.maggie@principal.com
horst.buschmann@bankhaus-loebbecke.de
horst.dick@spaengler.at
horst.kuepker@postbank.de
horst.lechner@bawag.com
horst.luszczyk@apobank.de
horst.reichert@db.com
horst.seissinger@kfw.de
horst.willemse@postbank.de
horst.wittig@lbbw.de
horst-kaspar.greven@westlb.com
hortense@mail.cbc.gov.tw
horton.jp@mellon.com
horvathj@allampapir.hu
hosaka-y@daiwasbi.co.jp
hosangli@samsung.co.kr
hosfield@princeton.edu
hoshea@turnerinvestments.com

hoshi@daiwa-am.co.jp
hoshi_nishikawa@tr.mufg.jp
hoshrav.patel@tcw.com
hoshuiwei@yahoo.com
hosoe@nam.co.jp
hosoi_koutarou@mail.asahi-life.co.jp
hosoi_mihoko@gsb.stanford.edu
hosseinzadeh@apolloic.com
hostettler.sascha@rahnbodmer.ch
hostettler.ueli@rahnbodmer.ch
hotchi@daiwa-am.co.jp
hotchi@daiwa-am.cp.jp
hotchkiss.terry@principal.com
hotntot@bloomberg.net
hotsuchi689@dl.dai-ichi-life.co.jp
hotta@nam.co.jp
hotta_koji@mail.asahi-life.co.jp
houchin.jeff@principal.com
houghton@bancsabadell.com
houmann@jyskebank.dk
hourfali@bloomberg.net
houseyb@vankampen.com
houston.bb@mellon.com
houstonmalden@northwesternmutual.com
hovik.mazedjian@sgam.com
hovik.tumasyan@nationalcity.com
howard goldstein@invesco.com
howard.atkinson@bbg.co.uk
howard.berkowitz@blackrock.com
howard.booth@hsbcam.com
howard.booth@robecoinvest.com
howard.breyerman@db.com
howard.brooks@nomura-asset.co.uk
howard.burdett@uk.abnamro.com
howard.chak@wellsfargo.com
howard.davis@novartis.com
howard.dodd@boots-plc.com
howard.downs@blackrock.com
howard.f.searing@usa.dupont.com
howard.feitelberg@highbridge.ky
howard.ford@bt.com
howard.g.cohen@ms.com
howard.goodwin@citadelgroup.com
howard.gorman@us.hsbc.com

howard.gunton@massmutual.com
howard.hassen@morganstanley.com
howard.house@raymondjames.com
howard.jones@bankofengland.co.uk
howard.jones@morganstanley.com
howard.kaplan@columbiamanagement.com
howard.koh@fmr.com
howard.liang@chinatrust.com.tw
howard.lodge@inginvestment.com
howard.lothrop@ftcm.com
howard.mattsson@wpginvest.com
howard.mccalip@national-city.com
howard.mooth@robecousa.com
howard.soley@ppm-uk.com
howard.spector@tudor.com
howard.surfleet@juliusbaer.com
howard.udis@truscocapital.com
howard.weiss@pioneerinvestments.com
howard.williams@jpmorganfleming.com
howard.wimpory@barclays.co.uk
howard.wu@barclaysglobal.com
howard.wu@creditsuisse.com
howard@watermarkgroup.com
howard_c_hunt@bankone.com
howard_chin@glic.com
howard_cunningham@newton.co.uk
howard_damian@cat.com
howard_lacy@scotiacapital.com
howard_mason@freddiemac.com
howard_schloss@msdw.com
howard_woodward@troweprice.com
howardbennett@isisam.com
howardj22@bloomberg.net
howardstern@northwesternmutual.com
howardtsai@cathaylife.com.tw
howe.ng@barclaysglobal.com
howeld19@nationwide.com
howie.kennedy@schwab.com
howie.rubin@soros.com
howingwong@bochk.com
howphuang.goh@schroders.com
hoyeun.han@scfirstbank.com
h-ozawa@nochubank.or.jp
hozef.arif@pimco.com

hp.van.asselt@abnamro.com
hp@pallmallpartners.com
hp14@ntrs.com
hpacquement@europeancredit.com
hpagazani@cpr-am.fr
hpark@wmcdirect.com
hparker@frostbank.com
hpatel@babsoncapital.com
hpatel@concordiafunds.com
hperrin@tiaa-cref.org
hpeterson@bloomberg.net
hphu@danskebank.dk
hpieterse@optiver.com
hpike@thamesriver.co.uk
hportner@pictet.com
hprielipp1@bloomberg.net
hprose2@bloomberg.net
hpw@titan.gr
hq.chen@wamu.net
hqiang@bochk.com
hradecky@ellington.com
hramallo@nb.com
hrams@bpop.com
hrao@tudor.com
hrauser@bankofny.com
hraymond@amfam.com
hrbreck@the-ark.com
hre@lrc.ch
hreenpaa@pictet.com
hreichelt@worldbank.org
hreid@uss.co.uk
hren@ellington.com
hrg@gruss.com
hrh@dodgeandcox.com
hrh@nbim.no
hriter@metlife.com
hrkim@bok.or.kr
hrocha.lisboa@sinvest.es
hrocha@icecanyon.com
hroekel@spfbeheer.nl
hroper@sentinelinvestments.com
hrubin@nb.com
hrubinstein@vcallc.com
hrutt@frk.com

hs267@cornell.edu
hs79040@glaxowellcome.co.uk
hsachs@canyonpartners.com
hsafonoff@westernasset.com
hsakal@mellon-investor.com
hsakuma@dl.dai-ichi-life.co.jp
hsamuel@bankofny.com
hsanchis@bcj.gbancaja.com
hsao@qualcomm.com
hsardanis@blenheiminv.com
hsauer@metlife.com
hsauve1@bloomberg.net
h-sawashima@tmam.co.jp
hsb.tr@adia.ae
hsbcmyp@bloomberg.net; yuen.peng.mok@hsbcpb.com
hsbyun@kookmin.co.kr
hsc3@ntrs.com
hscha@danskebank.dk
hschaefer@aegonusa.com
hschang@cathaylife.com.tw
hschoo@bok.or.kr
hschreider1@bloomberg.net
hschun@kdb.co.kr
hscott@westernasset.co.uk
hsd.eu@adia.ae
hsenyehwu@cathaylife.com.tw
hseun@bloomberg.net
hsharon@lordabbett.com
hsheppard@chevrontexaco.com
hshigenobu@tiaa-cref.org
h-shijmizu@yasuda-life.co.jp
h-shimozato@ufjtrustbank.co.jp
hshin@frk.com
h-shintani@nochubank.or.jp
hsiam@mail.cbc.gov.tw
hsierra@worldbank.org
hsilien_aw@tokaitokyo.co.jp
hsingh@bankofny.com
hsinyiw@bloomberg.net
hsiuping.tu@email.chinatrust.com.tw
hsiu-wen_wu@fanniemae.com
hsiu-yun@tcb-bank.com.tw
hsjunghs@dreamwiz.com
hsk@wooribank.com

hsl3@cornell.edu
hslee@bok.or.kr
hslminam@knbank.co.kr
hsmgenii@goodbank.com
hsoh@hanabank.com
hsorel@quilweb.com
hsoykan@wellington.com
hsp@baupost.com
hspencer@bloomberg.net
hspencer@ihc-geneve.com
hsshin@bok.or.kr
hsshin@princeton.edu
hst@nbim.no
hstarrett@aamcompany.com
hstcyr@allmerica.com
hsteindorfer@bloomberg.net
hstern@mailbox.lacity.org
hstevens@jmsonline.com
hstewart@russell.com
hstirrat@kio.uk.com
hstruthoff@mmwarburg.com
hsuan@hncb.com.tw
hsucc@scsb.com.tw
h-suginaka@ja-kyosai.or.jp
h-sugita@ikedabank.co.jp
hsuj@jwseligman.com
hsumarj@wellsfargo.com
hsuter@vaudoise.ch
hsyoon@koreaexim.go.kr
ht.chen@tw.standardchartered.com
ht@americancentury.com
ht18@ntrs.com
htajima@btmna.com
h-takahashi@nochubank.or.jp
h-takano@nissay.co.jp
htakano6@sompo-japan.co.jp
htakehisa@mmsa.com
h-takigawa@tmam.co.jp
h-takimoto@nissay.co.jp
htam@temasek.com.sg
htan@allstate.com
htang@steinroe.com
htat@bloomberg.net
hteslow@moneygram.com

hthakrar@newstaram.com
hthirumalai@bloomberg.net
hthreadgill@fandc.co.uk
hthunt@cambinv.com
htimmins@tea.state.tx.us
htk@bok.or.kr
htomita@perrycap.com
htomita1@bloomberg.net
htsubota@worldbank.org
htyser@newstaram.com
hu.david@pennmutual.com
hua.1.yang@gmam.com
hua.chen@citadelgroup.com
huaiyu.xiong1@wachovia.com
huananbkny@aol.com
huang.rui@icbcleasing.com
huang.y@tbcam.com
huang_winston@jpmorgan.com
huangj5@nationwide.com
huanglin@ftsfund.com
huaruor@bloomberg.net
huay-imm.poh@citicorp.com
huaying_qiu@freddiemac.com
hubbard.e@mellon.com
hubbard1@bloomberg.net
huber2u@bloomberg.net
huberr2@nationwide.com
hubert.allemani@db.com
hubert.dejesus@barclaysglobal.com
hubert.dekock@ingim.com
hubert.duplessix@rolex.com
hubert.figl@rzb.at
hubert.goye@bnpparibas.com
hubert.konrad@juliusbaer.com
hubert.langer@ikb.de
hubert.lee@barclaysglobal.com
hubert.le-liepvre@socgen.co.uk
hubert.lienhard@ubs.com
hubert.niggli@suva.ch
hubert.parzecki@lazard.com
hubert.pilgerstorfer@omv.com
hubert.rotivel@bnpparibas.com
hubert.shen@wamu.net
hubert.suehr@lrp.de

hubert.turrettini@lodh.com
hubert.vannier@caam.com
hubert_rodarie@smabtp.fr
hubert_stiles@troweprice.com
hubertus.roll@lbb.de
hubertus.underberg@oppenheim.de
hubertus.vonblomberg@cgi.de
huckje@bp.com
hudak@somersettrust.com
hudsonmj@bernstein.com
hue.moser@ers.state.tx.us
hueifung@bloomberg.net
hueseyin.ordu@credit-suisse.com
hueston.middleton@occ.trs.gov
huey.juien.tan@asia.ing.com
huey.peuttman@dws.de
huey@atlanticinvestment.net
huff.mike@principal.com
huffman.cherie@principal.com
huffmbc@huffcompanies.com
hufner@bloomberg.net
hug.kurt@rahnbodmer.ch
hug@suva.ch
hugh.burnaby@bankofbermuda.com
hugh.cutler@barclaysglobal.com
hugh.denning@rothschild.com.au
hugh.graham@barclays.co.uk
hugh.greves@gartmore.com
hugh.grieves@sgam.co.uk
hugh.maclean@rbc.com
hugh.male@db.com
hugh.nickola@jpmorgan.com
hugh.oneill@sunlife.com
hugh.rainey@chase.com
hugh.scott-barrett@abnamro.com
hugh.sergeant@sgam.co.uk
hugh.serjeant@mondrian.com
hugh.whelan@himco.com
hugh.whelan@inginvestment.com
hugh.young@aberdeen-asset.com
hugh@cathaylife.com.tw
hugh@stw.com
hugh_p_watters@vanguard.com
hughes.geslin@barcap.com

hughes@bloomberg.net
hughesc@wellsfargo.com
hugo.alexander@jpmorgan.com
hugo.baartman@ingim.com
hugo.banziger@db.com
hugo.barth@prudential.com
hugo.graafland@meespierson.com
hugo.houtman@kbc.be
hugo.komatsu@sscims.com
hugo.lavallee@fmr.com
hugo.lewne@swedbankrobur.se
hugo.neuhold@ba-ca.com
hugo.pedro@mcfundos.pt
hugo.sauerland@ingbank.com
hugo.schneider@lodh.com
hugo.tudor@blackrock.com
hugo.van.kattendijke@nibcapital.com
hugo.vanvredenburch@gs.com
hugo.westerink@nl.abnamro.com
hugo-0284@email.esunbank.com.tw
hugolini@sinopia.fr
hugop@bloomberg.net
hugo-pedro@mcfundos.pt
hugues.bernamonti@sgam.com
hugues.rialan@robeco.com
hugues@bloomberg.net
huhjinho@bok.or.kr
hui.wu@schroders.com
hui_jin@ssga.com
huib.morelisse@rwe.com
huib.wurfbain@corp.ahold.nl
huiberg.boumeester@ukabnamro.com
huichien@google.com
huichun@tcbank.com.tw
huifang.liu@cspb.com
huihoon@fullerton.com.sg
huihoon@temasek.com.sg
huijun.che@sun.com
huilaine_yang@putnam.com
huilee@princeton.edu
huimin.ng@uobgroup.com
huimin_wu@ssga.com
hulandd@strsoh.org
hull.ra@tbcam.com

hulya.erbas@wachovia.com
hum.eu@adia.ae
humaidan@bloomberg.net
humaira.sanders@aberdeen-asset.com
humaira.sheikh@aberdeen-asset.com
humbert.demaillynesle@fandc.com
humberto.pinto@bsnp.pt
humphriesm@brinson.com
hung.ngo@wamu.net
hungja@swib.state.wi.us
hunter.jamieson@chq.alstom.com
hunter.payne@fmr.com
hunter.schwartz@citigroup.com
hunter_hackney@invesco.com
hunterp@wharton.upenn.edu
huntg@bloomberg.net
huntjr@bloomberg.net
huntm@jwseligman.com
hunzikst@bloomberg.net
huohlynn@mail.bot.com.tw
huong.belpedio@csresearch.us
huqjrsc@icbc.com.cn
hurleyj@lottsoff.com
hurleym@lotsoff.com
hurlowm@jwseligman.com
husam.nazer@tcw.com
hussain_albanna@bbkonline.com
hussaind@delaware.co.uk
hussam.syed@sunlife.com
hussein.safa@barclaysglobal.com
hussmann@bloomberg.net
hutch.bryan@aig.com
hutch@blackrock.com
hutchij@lloydstsb-offshore.com
hutchip@vbloomberg.net
hutchison.la@mellon.com
hutta@bloomberg.net
huttonpw@bernstein.com
huub.van.der.riet@ingim.com
huw.davies@nationwide.co.uk
huw.pill@ecb.int
huwb@jsfund.cn
huylao.derungs@ubs.com
h-uzukawa@kobelco.jp

huzun@oyakbank.com.tr
hvaldes@banxico.org.mx
hvallejo@metlife.com
hvan@danskebank.dk
hvandenberg@1838.com
hvbeek@aegon.nl
hveit@metzler.com
hvernon@brownadvisory.com
hvliu@bloomberg.net
hvmamelak@uss.com
hvoelker@bloomberg.net
hvs-flow@deshaw.com
hvu@jhancock.com
hvu@westernasset.com
hwaddell@templeton.com
hwang@ellington.com
hwang@fhlbdm.com
hwang@glic.com
hwang@tiaa-cref.org
hwang@wellilngton.com
hwangcs@bloomberg.net
hwangmt@kbstar.co.kr
hwangnh@gic.com.sg
hwanjoolee@hanabank.com
hwatson@mfs.com
hwb@citicib.com.cn
hwchew@mas.gov.sg
hwchow@mas.gov.sg
hweber@capgroup.com
hweejoo@dbs.com
hweeli.ho@schroders.com
hweierbach@hncbank.com
hweifern@temasek.com.sg
hweissler@hapoalimusa.com
hwessel@obb.com
hwhiles@wellington.com
hwhitworth@tswinvest.com
hwiegmann@bloomberg.net
hwild@metzler.com
hwilliams1@worldbank.org
hwinokur@statestreet.com
hwolfe@ofii.com
hwong@jhancock.com
hwoodson@gabelli.com

hwp@berbens.nl
hxchabadel@groupama-am.fr
hy@mackayshields.com
hy223@cornell.edu
h-yamagata@taiyo-seimei.co.jp
hyarbrough@alger.com
hyashiro@daiwasbi.co.jp
hyates@babsoncapital.com
hyde_chow@swissre.com
hyejin0610.kim@samsung.com
hyemin.ryu@himco.com
hyen@mail.cbc.gov.tw
hyeongon.yun@scfirstbank.com
hyla.holmes@ppm.com
hylee@hanvitbank.co.kr
hylee@kdb.co.kr
hym@jwbristol.com
hym@jwvbristol.com
hyokota@westernasset.com
hyomin.ahn@scfirstbank.com
hyon@kdb.co.kr
hyowook.kim@samsung.com
hypa01@handelsbanken.se
hyu@perrycap.com
hyuk@bok.or.kr
hyunbae.kim@hanabank.com
hyunchang78@bok.or.kr
hyunchoi@princeton.edu
hyunduks@chb.co.kr
hyung-ja.dezeeuw@snsam.nl
hyungjunan@hanabank.com
hyungonnoh@hanabank.com
hyunjong.jung@samsung.com
hywel.franklin@ubs.com
hywel.george@morganstanley.com
hz54@cornell.edu
hzaman@princeton.edu
hzeng@loomissalyes.com
hzhang@fsa.com
hzhang@millertabak.com
hzhao@waddell.com
hzhou@bear.com
hzhu@delinvest.com
hzhuo@bocusa.com

hzimmerman@fcem.co.uk
hzimmermann@btmna.com
hzimmermann@us.mufg.jp
hzwu@princeton.edu
i.alqubaisi@adic.ae
i.cetiner@dhbbank.com
i.colomo@fonditel.es
i.darcy@fnysllc.com
i.f.graat@robeco.nl
i.gambelli@sace.it
i.j.s.laudy@robeco.nl
i.j.w.p.vanoudenhoven@vanlanschot.com
i.kappas@efgbank.lu
i.kirby@hermes.co.uk
i.kubo@plaza-am.co.jp
i.maartense@robeco.nl
i.mouallim@probtp.com
i.nagashima@ldn.tr.mufg.jp
i.ogura@noemail.com
i.r.y.van.herpt@dnb.nl
i.rigo@bloomberg.net
i.ryabov@ufgam.com
i.uno@noemail.com
i.valke@dpfs.nl
i.w.geluk@robeco.nl
i.wace@mwam.com
i.watanabe@mitsui.com
i_romero@bancourquijo.es
i_sasaki@nam.co.jp
i_yoshioka@nochubank.or.jp
i59135@firstbank.com.tw
i62118@mail.firstbank.com.tw
i63200@mail.firstbank.com.tw
i64145@mail.firstbank.com.tw
i69012@firstbank.com.tw
i70025@firstbank.com.tw
i75054@firstbank.com.tw
i79083@firstbank.com.tw
i79213@firstbank.com.tw
i80116@firstbank.com.tw
i83231@firstbank.com.tw
i86182@firstbank.com.tw
i87174@firstbank.com.tw
i87200@firstbank.com.tw

i88124@firstbank.com.tw
i88156@firstbank.com.tw
i90023@mail.firstbank.com.tw
i90026@mail.firstbank.com.tw
i90050@mail.firstbank.com.tw
i90117@firstbank.com.tw
i90150@firstbank.com.tw
i91095@firstbank.com.tw
i91111@firstbank.com.tw
i91209@firstbank.com.tw
i91259@firstbank.com.tw
i92045@firstbank.com.tw
i92080@firstbank.com.tw
i93047@mail.firstbank.com.tw
i93065@firstbank.com.tw
i93086@mail.firstbank.com.tw
i93087@firstbank.com.tw
i93096@firstbank.com.tw
i93117@firstbank.com.tw
i93135@firstbank.com.tw
i93145@firstbank.com.tw
i94003@firstbank.com.tw
i94033@mail.firstbank.com.tw
i94080@firstbank.com.tw
i94095@firstbank.com.tw
i94111@firstbank.com.tw
i94138@firstbank.com.tw
i94192@firstbank.com.tw
i94194@firstbank.com.tw
i94672@firstbank.com.tw
i94734@firstbank.com.tw
i94740@firstbank.com.tw
i94741@firstbank.com.tw
i94743@mail.firstbank.com.tw
i94756@firstbank.com.tw
i94772@firstbank.com.tw
i95064@firstbank.com.tw
i96022@mail.firstbank.com.tw
i97015@firstbank.com.tw
ia37@cornell.edu
iabellan@cam.es
iabukhlal@westernasset.co.uk
iabyzov@hbk.com
iac.tr@adia.ae

iacopini@fideuramgestions.lu
iacosta@reamsasset.com
iacovacc@bellatlantic.net
iain.anderson@glgpartners.com
iain.armstrong@elas.co.uk
iain.bremner@labanquepostale-am.fr
iain.brown@insight.investment.com
iain.buckle@aegon.co.uk
iain.campbell@bailliegifford.com
iain.davies@nationwide.co.uk
iain.de.weymarn@bankofengland.co.uk
iain.donovan@boimail.com
iain.fulton@aegon.co.uk
iain.hannah@resolutionasset.com
iain.havard@swipartnership.co.uk
iain.lanaghan@firstgroup.com
iain.macdonald@mandg.co.uk
iain.mcmillan@resolution.com
iain.mcneill@insightinvestment.com
iain.t.stealey@jpmorgan.com
iain.wallace@statestreetnl.com
iain.wells@aegon.co.uk
iain_burnett@westlb.co.uk
iain_galloway@standardlife.com
iain_maccormick@standardlife.com
iain_mason@standardlife.com
iain_stewart@newton.co.uk
i-akiyama@nochubank.or.jp
iali@mfs.com
ialonso@bankinter.es
ialperstein@berkeleydelta.com
ian.adelson@sgcib.com
ian.am.clarke@db.com
ian.ashment@ubs.com
ian.aylward@insightinvestment.com
ian.b.fagan@aibbny.ie
ian.banwell@bankofamerica.com
ian.beattie@newstaram.co.uk
ian.berry@scotiabank.com
ian.black@ubs.com
ian.boyland@uk.fid-intl.com
ian.brissette@innocap.com
ian.burns@citigroup.com
ian.c.mcdonald@aibbny.ie

ian.calame@swib.state.wi.us
ian.campbell-laing@db.com
ian.carey@robeco.com
ian.cash@uk.mizuho-sc.com
ian.chapman@zurich.com
ian.clare@bmo.com
ian.clarke@lgim.co.uk
ian.cowan@blackrock.com
ian.craston@gcc.royalsun.com
ian.cross@ubs.com
ian.d.cassese@bankofamerica.com
ian.davies@uk.mufg.jp
ian.duckworth@uk.abnamro.com
ian.ellis@hsh-nordbank.co.uk
ian.f.cooke@aib.ie
ian.farley@threadneedle.co.uk
ian.firth@morleyfm.com
ian.fishwick@fidelity.com
ian.fitzgerald@lloydstsb.co.uk
ian.g.cully@jpmorgan.com
ian.garrison@greenwichnatwest.com
ian.goodhand@omam.co.uk
ian.gordon@alliancebernstein.com
ian.gordon@ny.frb.org
ian.grant@morleyfm.com
ian.greenwood@arabbank.co.uk
ian.griffiths@uk.mizuho-sc.com
ian.hally@morleyfm.com
ian.hally@swip.com
ian.harnett@ubsw.com
ian.hart@fmr.com
ian.heslop@omam.co.uk
ian.hodges@barclays.co.uk
ian.hogg@sarasin.co.uk
ian.hooker@bnpparibas.com
ian.howick@ba.com
ian.hunter@barcap.com
ian.hutchinson@lgim.co.uk
ian.j.brown@jpmorgan.com
ian.jamieson@blackrock.com
ian.jarvie@icap.com
ian.jefferies@friendsprovident.co.uk
ian.johnson@icap.com
ian.johnston@7bridgescap.com

ian.jones@bmo.com
ian.keller@ch.abb.com
ian.kelly@jm.rbtt.com
ian.kernohan@rlam.co.uk
ian.kirwan@alliancebernstein.com
ian.lubelsky@caam.com
ian.lyngen@ny.frb.org
ian.macdonald@insightinvestment.com
ian.martin@bernstein.com
ian.mcfarlane@isisam.com
ian.mcgonigle@asbai.com
ian.mcintosh@ubs.com
ian.murdoch@opcap.com
ian.owen@mailpoalim.co.uk
ian.paczek@ubs.com
ian.panton@swip.com
ian.patterson@london.entoil.com
ian.peddle@threadneedle.co.uk
ian.pitfield@ubs.com
ian.quek@ubs.com
ian.r.barnes@citigroup.com
ian.r.butler@jpmorgan.com
ian.r.henderson@jpmorgan.com
ian.raftell@robur.se
ian.richardson@ikb.de
ian.robinson@fandc.com
ian.rosenthal@uk.danskebank.com
ian.samson@nordlb.com
ian.sharman@rlam.co.uk
ian.smart@lazard.com
ian.spreadbury@fidelity.com
ian.stephenson@axa-im.com
ian.t.l.tay@hsbcpb.com
ian.tabberer@swip.com
ian.trundle@db.com
ian.tyree@moorecap.com
ian.vose@swip.com
ian.wagstaff@aegon.co.uk
ian.williams@barclaysglobal.com
ian.williamson@uk.nomura.com
ian.winship@aberdeen-asset.com
ian.wood@credit-suisse.com
ian.wright@arabbanking.com
ian.wylie@glgpartners.com

ian@adia.co.uk
ian_anderson@fanniemae.com
ian_brady@hen.invesco.com
ian_carew@calpers.ca.gov
ian_chitterer@acml.com
ian_crowther@bankofscotland.co.uk
ian_frost@blackrock.com
ian_griffin@westlb.co.uk
ian_kelson@troweprice.com
ian_larkin@putnam.com
ian_lokkerbol@cargill.com
ian_macdonald@bankofscotland.co.uk
ian_mcdonald@troweprice.com
ian_robertson@standardlife.com
ianarnof@aol.com
ianctaylor@bloomberg.net
iand@scm-lp.com
ianharviewatt@btopenworld.com
ianpatrick.englert@hvb.de
ianseow@gic.com.sg
iansilva@bloomberg.net
iapicella@the-ark.com
iayala@westernasset.com
ib@cathaylife.com.tw
ib301048@public.ibercaja.es
ib302031@public.ibercaja.es
ib7@ntrs.com
ibader@tiaa-cref.org
ibahena@tiaa-cref.org
ibakrac@ftci.com
ibanez_m@telefonicamoviles.com
ibattye@russell.com
ibazzoli@ifam.it
ibcr@berliner-volksbank.de
ibeeseo@dreamwiz.com
ibej@danskebank.dk
ibertomeuyca@bhw.de
ibetz@bloomberg.net
ibeyer@bft.fr
ibg.obu@mail.chinatrust.com.tw
ibg@saikyobank.co.jp
ibigney@mcleanbudden.com
ibing.moor@email.chinatrust.com.tw
ibitner@bear.com

ibjhattori@bloomberg.net
ibkny@bloomberg.net
iblanco@bankinter.es
iblanco@bloomberg.net
ib-madsen@jyskebank.dk
ibmc@bloomberg.net
ibo.sanz@t-interactiva.com
ibobryshev@vtb.ru
iboroditsky@hbk.com
ibosnjak@russell.com
ibra.wane@ca-assetmanagement.fr
ibrahim.bitar@wachovia.com
ibrahim.toprak@akbank.com
ibrito@finibanco.pt
ibruce@ambac.com
ibtcalreconnightteam@statestreet.com
ic14@ntrs.com
icanabate@crediinvest.ad
icapriello@dkpartners.com
icarnathan@jennison.com
icb@bpi.pt
icbctky@bloomberg.net
ichanana@wellington.com
ichen@us.nomura.com
icheng@princeton.edu
ichi@dl.dai-ichi-life.co.jp
ichiba673@dl.dai-ichi-life.co.jp
ichiei.kuki@uk.mufg.jp
ichikawa17950@nissay.co.jp
ichiki@nam.co.jp
ichikura@feo.fuji-ric.co.jp
ichimura-m@marubeni.com
ichino@nam.co.jp
ichiro.kusaka@gpn.mizuho.cb.com
ichirou.iy.yamada@fi.fukoku-life.co.jp
ichirou.mutou@boj.or.jp
ichirou-oaku@kyocera.co.jp
ichitaro-akita@am.mufg.jp
ichun@mail.cbc.gov.tw
ichung@eatonvance.com
iclanford@bankofny.com
icolquhoun2@bloomberg.net
icorwin@ellington.com
id@capgroup.com

id@caxton.com
ida.farina@uk.bnpparibas.com
ida.karymy@lgim.co.uk
ida.lindgren@swedbank.com
ida.thorbek@columbiamanagement.com
ida_fiori@generali.com
idalis.negron@investment.com
idalton@babsoncapital.com
idary@iccrea.bcc.it
idb@bankinvest.dk
ideharo@westernasset.com
idelevska@dkpartners.com
idellamorte@fideuramcapital.it
idelorme@generali.fr
idham.runizam@bni.co.id
idham@bnm.gov.my
idir.louadj@axa-im.com
idjung@bok.or.kr
idl@capgroup.com
ido.degeus@pggm.nl
ido.eisenberg@jpmorgan.com
idonthaveanemail@noaddress.com
idotan@bloomberg.net
idriss.tchapdadjamen@bnpparibas.com
ids@capgroup.com
iduggento@icbpi.it
idyott@nb.com
iedelblum@bear.com
iedmonds@westernasset.co.uk
ieki806573@sumitomobank.co.jp
iepstein@caxton.com
iequities@bsibank.com
iergovic@jhancock.com
ievola@fideuramcapital.it
ievola@ifam.it
if011020@kentaku.co.jp
ifaasee@russell.com
ifaryar@metzler.com
ifascia@uaf-fr.com
ifernandez@halcyonllc.com
ifill@sgcowen.com
ifinnegan@bankofny.com
iflores@bbandt.com
iftikar.ahmed@fmr.com

iftikhar.ali@bankofamerica.com
ifundo@metlife.com
ig@bawag.com
ig12@ntrs.com
ig16@ntrs.com
igarashi@daiwa-am.co.jp
igarcia@wellington.com
igarciag@notes.banesto.es
igarrido@bancozaragozano.es
igerland@bhw.de
igino.beverini@lazard.com
iglesiasc@bancsabadell.com
iglesiasjordi@bancsabadell.com
ignacio.blanch@barclaysglobal.com
ignacio.carnicero@ampegagerling.de
ignacio.cuenca@iberdrola.es
ignacio.diaz@bancoval.es
ignacio.galaz@pimco.com
ignacio.garciallacerbort@bnpparibas.com
ignacio.onrubia.soler@ingim.com
ignacio.portillo@antar.es
ignacio.villanue@grupobbva.com
ignacio.zarza@interdin.com
ignacio_benlloch_bce@cajarural.com
ignacio_rojas_bce@cajarural.com
igneso@nbg.gr
ignino.napoli@bancaprofilo.it
igoh@russell.com
igoicochea@caxton.com
igor.axenov@genworth.com
igor.axenov@wachovia.com
igor.beretta@juliusbaer.com
igor.bury@ing.fr
igor.calcio@bancareale.it
igor.drozdov@mn-services.nl
igor.lasun@ubs.com
igor.nicolay@ubs.com
igor.nikolay@ubs.com
igor.ojereliev@threadneedle.co.uk
igor.pozdniakov@lloydsbank.ch
igor.ribaric@seb.de
igor.socchi@credit-suisse.com
igor.souvorov@mosnar.com
igor.zizic@dzbank.de

igor@rentec.com
igor_tesinsky@conning.com
igoyeneche@bancogui.com
igrassin@axa-im.co.uk
igribbin1@bloomberg.net
iguchi.seiichi@tepco.co.jp
iguchi_fumio@dn.smbc.co.jp
iguenard@cpr-am.fr
iguillaume@groupe_ccr.com
igunes@jhancock.com
igutim@jsf.co.jp
iguzman@generali.es
igyoengyoesi@metzler.com
ihab.saidi@bnpparibas.com
ihaley@adb.org
ihaley@mail.asiandevbank.org
iharker@westernasset.com
iharris@metlife.com
ihawkins@mmlassurance.com
ihideko@dl.dai-ichi-life.co.jp
ihirschbach@loews.com
ihle@lbbw.de
ihmin@kdb.co.kr
iholden@europeancredit.com
iholm@lordabbett.com
iholmes@europeancredit.com
ihs.na@adia.ae
ihsan.goerec@rzb.at
ihu@babsoncapital.com
ihussain@blackrock.com
ihwang@gscpartners.com
iiandiorio@bloomberg.net
iida522@dl.dai-ichi-life.co.jp
iida569649@sumitomobank.co.jp
iijima@sumitomotrust.co.jp
iimaz@kutxa.es
iino@nam.co.jp
iishii1@sompo-japan.co.jp
iitaliano@spasset.lu
iizuka.makoto@kokusai-am.co.jp
ij007@kbstar.co.kr
ijc@ntga.ntrs.com
ijeter@montag.com
ijimenez@bloomberg.net

ijustice@westernasset.co.uk
ik@jwbristol.com
ika.na@adia.ae
ikapadwala@tiaa-cref.org
ikaplan@metlife.com
ikast@privat.dk
ikawa.akira@daido-life.co.jp
ikawa@nam.co.jp
ikbtrading3@bloomberg.net
ike_michaels@calpers.ca.gov
ikebk@bloomberg.net
ikeda@nam.co.jp
ikeda_karen@jpmorgan.com
ikeda-0fb2@jp.nomura.com
iki26838@nissay.co.jp
ikiefer@fftw.com
ikikoich@dl.dai-ichi-life.co.jp
ikim12@bloomberg.net
ikizawa@nochubank.or.jp
ik-jun.choi@lacrosseglobal.com
ikka.poyhonen@nordea.com
iklinger@canyonpartners.com
iklingler@canyonpartners.com
ikohlbacher@hbk.com
ikook@bloomberg.net
ikram.yaya@commerzbank.com
ikushima.dli@dial.pipex.com
ila.eckhoff@blackrock.com
ilan.botbol@sgcib.com
ilan.friedman@credit-suisse.com
ilan.heimann@gs.com
ilan.solot@ny.frb.org
ilan.stern@soros.com
ilan.weiss@wellscap.com
ilan.wurmser@hapoalim.ch
ilance@newstaram.com
ilanv@bll.co.il
ilario.dibon@uk.fid-intl.com
ilazarov@bft.fr
ileiser@federatedinv.com
ileon@oppenheimer.com
ileria.chan@btfinancialgroup.com.au
ilga.haubelt@union-investment.de
ilgen.ertug@finansbank.com.tr

ilhoahn@wooribank.com
iliana.nikolova@morganstanley.com
ilija.murisic@ubs.com
ilin.ng@us.hsbc.com
iljung@kdb.co.kr
ilka.heckenmueller@aam.de
ilka.quiring@saarlb.de
ilkka.aitero@sampo.com
ilknur.dumanli@tcmb.gov.tr
illan.shellef@mailpoalim.co.uk
illya.lebedynets@credit-suisse.com
ilmars@bank.lv
ilnicki@statestreet.com
ilocher@bayern-invest.de
ilona.korsch@hauck-aufhaeuser.de
ilona.monz@vontobel.ch
ilona.nichols@bmo.com
ilona_k_daw-krizman@progressive.com
iloui@lmfunds.com
ilourie@jennison.com
ilowitt@lehman.com
ils@nbim.no
ilse.deenik.scholtens@ingim.com
ilubelza@bloomberg.net
ilw@capgroup.com
ilya.de-lannoy@bbl.be
ilya.karmilov@juliusbaer.com
ilya_figelman@acml.com
ilya_siegelman@acml.com
ilzes@hbl.lv
im47909@deere.com
im7544@kornet.net
ima@meag-ny.com
imachi.m@daiwa-am.co.jp
imada@tmam.co.jp
imade_alhaji@troweprice.com
imai@daiwa-ny.com
imalis@lmcm.com
imamura@ja-bank-fukui.or.jp
iman.brivanlou@tcw.com
iman@adia.co.uk
imanari_akira@dn.smbc.co.jp
imanishi@sumitomotrust.co.jp
imarquine@bft.fr

imarsee@bradfordmarzec.com
imartin@public.ibercaja.es
imartinm@bbk.es
imas@ing.ch
imatthew@tiaa-cref.org
imazawa-y@itochu.co.jp
imazzella@apolloic.com
imbo@nordea.com
imbodenj@strsoh.org
imcc@sanpaolo.fr
imccann3@bloomberg.net
imccarty@calstrs.com
imccombie@bailliegifford.co.uk
imelda.orange@boiss.boi.ie
imelda.s.sexton@aib.ie
imendelson@worldbank.org
imene.rahmouni@banque-france.fr
imhoff@agf.fr
imichalzik@metzler.com
i-minegishi@nochubank.or.jp
imiranda@symantec.com
imittet@blackrock.com
immerzeel@bloomberg.net
immo.querner@gerling.de
imo.homfeld@helaba.de
imoen@optimix.nl
imontepietra@credem.it
imoraino@tiaa-cref.org
imran.khan@uobgroup.com
imran.mirza@fgb.ae
imran.rizvi@tdsecurities.com
imran.sattar@blackrock.com
imsingh@cisco.com
imunoz@bloomberg.net
imurphy@loomissayles.com
in.soonok@principal.com
in_cheon.park@samsung.com
ina.decker@ppm-uk.com
ina.meyer@dit.de
ina.riskin@activest.de
ina_goedhart@deltalloyd.nl
inaba@daiwasbi.co.jp
inada-y@marubeni.com
inagaki@dl.dai-ichi-life.co.jp

inagakimz@bernstein.com
inaki.sanjuan@cajalaboral.es
inalkc@bernstein.com
inamura@tmam.co.jp
inaoka@nam.co.jp
inata-kzh@sumitomometals.co.jp
inatomi@daiwa-am.co.jp
inauen.michael@rahnbodmer.ch
inbalb@bll.co.il
income@fandc.com
incorrect@jp.com
indecs@bigpond.com
index_feedback@lehman.com
indexpet@db.com
indexresearch@fidelity.com
indhira.urrutia@bankofamerica.com
india7ok@n05.itscom.net
indira.korte@morganstanley.com
indra.tan@aegon.com
indraneel.karlekar@aig.com
indraneel_das@americancentury.com
indrani_chakraborty@ml.com
indranil.barari@barclaysglobal.com
indranilchakraborty@rbi.org.in
industry@cathayconsult.com.tw
indy.bhattacharya@moorecap.co.uk
indy_weerasinghe@freddiemac.com
ines.chaves@caixabi.pt
ines.degiorgio@piaggio.com
ines.depascale@meliorbanca.com
ines.krol@lamondiale.com
ines.moeller@dit.de
ines.moser@stinnes.de
ines.prevot-leygonie@axa-im.com
ines.prevot-leygonie@ca-assetmanagement.fr
ines.raessler@dit.de
ines.rueberg@apobank.de
ines.rueberg@sachsenlb.ie
ines.schmid@blb.de
ines.x.risques@jpmorgan.com
inessa.grinn@daiwausa.com
info@bansel.it
info@bcihongkong.com.hk
info@brederode.be

info@carisp.sm
info@catfinance.ch
info@dqwest.com
info@eurofima.org
info@info.com
info@salamercati.it
info@skibofin.com
info@synchrony.ch
information.manager@bankofengland.co.uk
infos@iam.ch
inga.rohwer@hsh-nordbank.co.uk
inga.smolyar@fgic.com
ingaalam@bloomberg.net
inga-lill.carlberg@nordea.com
ingbakker@bloomberg.net
inge.andersson@ap3.se
inge.anno@dexia-am.com
inge.bohne@hsbctrinkaus.de
inge.hirschauer@de.pimco.com
inge.hofman@dexia.be
inge.van.elk@ingim.com
inge_cosby@den.invesco.com
ingeborg.schumacher@ubs.com
ingeborg.warschke@helaba.de
inge-lise.mackaay@db.com
ingemar.syrehn@robur.se
inger.standanger@swedbank.se
inger.trooien@thrivent.com
ingim.emd@ingim.com
ingmar.kaptein@nl.abnamro.com
ingmar_schaefer@deltalloyd.nl
ingo.altenrath@ksk-koeln.de
ingo.curdt@helaba.de
ingo.fender@bis.org
ingo.gefeke@db.com
ingo.hansen@hyporealestate.de
ingo.holzwarth@dzbank.de
ingo.klamroth@feri.de
ingo.klamroth@weberbank.de
ingo.koch@oppenheim.de
ingo.koczwara@hsh-nordbank.com
ingo.kuerpick@db.com
ingo.kugel@sparkassenversicherung.de
ingo.loehrl@postbank.de

ingo.mainert@cominvest.de
ingo.molitor@db.com
ingo.schneider@bhf-bank.com
ingo.speich@union-investment.de
ingo.stechmann@hsh-nordbank.com
ingo.steffenhag@sachsenlb.de
ingo_wichelhaus@westlb.de
ingold.geist@lbbw.de
ingolf.schalko@rzb.at
ingolf.starke@dit.de
ingolfur.bender@glitnir.is
ingolfur.ingolfsson@glitnir.is
ingolfur.kristjansson@glitnir.is
ingram.amanda@principal.com
ingrid.albinsson@swedbankrobur.se
ingrid.allemand@caam.com
ingrid.binet-tarbe@bnpparibas.com
ingrid.blase@juliusbaer.com
ingrid.burkardt@cominvest-am.com
ingrid.gerner@spaengler.at
ingrid.haar-stoehr@oenb.co.at
ingrid.holm@prudential.com
ingrid.iversen@insightinvestment.com
ingrid.lacey@aib.ie
ingrid.lehmann@nordlb.de
ingrid.pino@swip.com
ingrid.strasser@spaengler.at
ingrid.turley@shell.com
ingrid.yang@ucop.edu
ingrid_nowak@cguusa.com
ingrid_thomas@bankone.com
ingrida.bluma@hansabanka.lv
ingsveldt@bloomberg.net
ingunn.gurvin@storebrand.no
ingvild.van.lysebetten@belgacom.be
inicolay@aigpb.com
inigo.chivite@grupobbva.com
inigo_mijangos@troweprice.com
initials@capgroup.com
initials@edfd.com
initialsurname@britannicasset.com
inka.michallek@trinkaus.de
inma.ansoleaga@grupobbva.com
inma.pena@barclaysglobal.com

inna.etinberg@dartmouth.edu
inna.okounkova@db.com
inna.semenchuk@jpmorgan.com
inna.y.berrue@chase.com
inna_okounkova@db.com
inon.dafni@discountbank.co.il
inoue.teruhiko@kokusai-am.co.jp
inoue@nam.co.jp
inoue_kazuo@dn.smbc.co.jp
inoue_tsutomu@dn.smbc.co.jp
inoue_yoshihisa@mail.asahi-life.co.jp
inoue-n@daiwasbi.co.jp
ins.park@samsung.com
insulj@tcwgroup.com
int.casv@memo.volvo.se
int.deals@bll.co.il
intermediazione@popso.it
intern@lkcm.com
international.finance@hsh-nordbank.com
intidb@discountbank.co.il
intidb@discountbank.net
intl@kyongnambank.co.kr
intlresearch@wmblair.com
intmobiliare@bper.it
intoppa.d@tbcam.com
inv@bankersbankusa.com
invercaixagestion@mad.servicom.es
invest@bawag.com
invest@bbbsa.ch
invest@ix.netcom
invest@mofne.gov.bh
invest@nationalwesternlife.com
invest@pobox.upenn.edu
investcash@bloomberg.net
investimenti@crsm.it
investment.fim@bcee.lu
investment.it@bancodisicilia.it
investment@ecb.int
investment_team@aberdeen-asset.com
investmentgroup@penntrust.com
investments@ipers.org
investor.relations@akzonobel.com
investor.relations@bankaustria.com
investor.relations@bnsf.com

investor.relations@carlsberg.com
investor.relations@enel.it
investor.relations@eni.it
investor.relations@merck.de
investor.relations@nokia.com
investor.relations@omv.com
investor@stinnes.de
invfacil@ers.state.tx.us
invops_reconciliation@troweprice.com
inv-stgy_post@mitsubishi-trust.co.jp
invtfrep@manulife.com
inwoojung@hanabank.com
ioana.lefebvre-vornic@sgam.com
ioana.mihut@bnpparibas.com
ioannis.capras@allianz.de
ioannis.drikos@ubs.com
ioannis.papassavvas@allianzgi.de
iobrien@mfs.com
iodonovan@kio.uk.com
iondan@allegiancecapital.com
io'neill@bankofny.com
iordanis_chatziprodromou@swissre.com
iota@generali.fr
ioulia.vorona@alliancebernstein.com
ipedersen@bloomberg.net
ipek.ersak@finansbank.com.tr
iperalta@banxico.org.mx
ipeters@ustrust.com
ipindado@notes.banesto.es
ipo.desk@credit-suisse.com
ipooe@seic.com
ipras@gfh.generali.fr
iprior@ustrust.com
iproshutinskaya@manubank.com
iprzewlocka@meag.com
iqbal.lambat@reemtsma.de
iqbal@bnm.gov.my
ir.coop@ofina.on.ca
ir.nyc@total.com
ir@aegonusa.com
ir@bankgesellschaft.de
ir@bezeq.com
ir@hypovereinsbank.de
ira.artman@jpmchase.com

ira.braunstein@inginvestment.com
ira.gorsky@asbai.com
ira.selig@ny.frb.org
ira_carnahan@troweprice.com
ira_nicholson@acml.com
irace.ja@dreyfus.com
iradmilo@fhlbc.com
iraida.l.figueroa@bgf.gobierno.pr
irakli.menabde@shell.com
irang_im@freddiemac.com
irankin@westpac.com.au
irbabush@nb.com
ircoop@ofina.on.ca
ird2@cornell.edu
irehm@tullib.com
irem.sukan@aig.com
irenam@bgi-group.com
irenartg@cajamadrid.es
irene.amarena@morganstanley.com
irene.b.puettner@claridenleu.com
irene.backx@snsreeal.nl
irene.cheng@lazard.com
irene.costello@citadelgroup.com
irene.eddy@ge.com
irene.eppers@postbank.lu
irene.koh@bloomberg.net
irene.lai@email.chinatrust.com.tw
irene.lisyansky@db.com
irene.luu@barep.com
irene.moshouris@avon.com
irene.raposo@hydro.com
irene.sy@nyc.nxbp.com
irene.yc.chen@citicorp.com
irene.yip@blackrock.com
irene_hennelly@glenmede.com
irene_luelingduffy@swissre.com
irenen@wellscap.com
irenesim@temasek.com.sg
ireneus.wenzel@deka.de
irf@capgroup.com
irfan.janmohamed@ashmoregroup.com
irg.buehrer@ubs.com
irina.bogatcheva@aig.com
irina.budnikova@ubs.com

irina.chistyakova@agf.com
irina.pacheco@harrisbank.com
irina.sidorovitch@oppenheim.de
irina.slutsker@soros.com
irina.topa-serry@axa-im.com
irina.valcheva@db.com
irina_goedemans@capgroup.com
irina_koval@fanniemae.com
irina_torelli@americancentury.com
irinam@mcm.com
irindlisbacher@juliusbaer.com
iris.awerbuch@us.hsbc.com
iris.chau@bankofbermuda.com
iris.clay@aig.com
iris.hanking@jpmorganfleming.com
iris.heher-milkowits@sparinvest.com
iris.kaltenhaeuser@bayernlb.de
iris.kern@sfs.siemens.de
iris.ngo@sscims.com
iris.secker@wmam.com
iris.speth@hsh-nordbank.com
iris.tuil@creditfoncier.fr
iris.watts@ibtco.com
iris_foster-denieuwe@bankone.com
iris_yu@ml.com
irisawa@nam.co.jp
irischang@mail.pscnet.com.tw
irishs@bloomberg.net
irlink@wellington.com
irma.tome@alliancebernstein.com
irma_jacinto@ml.com
irmgard.soeder@dws.de
irmin.haucke@bayernlb.de
irmin.hauke@bayernlb.de
irobot@bok.or.kr
irohe@fnni.com
irojas@ohionational.cl
irosenweig@mdsass.com
iruis@spfbeheer.nl
irvin.lee@westernasset.com
irvine@wgz-bank.ie
irvingt@anz.com
irvingz@aeltus.com
irye@smud.org

is@capgroup.com
isa.scheunpflug@ubs.com
isaac.demming@csam.com
isaac.gamble@avmltd.com
isaac.lowenbraun@morganstanley.com
isaac.tak@citadelgroup.com
isaac_lowenbraun@glic.com
isaac_lowenbraun@ml.com
isaac-ww.lo@aig.com
isaak.inoyatov@us.hsbc.com
isabel.beltranespana@telefonica.es
isabel.buccatelli@alliancebernstein.com
isabel.castelo.branco@bancobpi.com
isabel.cmartinez@grupobbva.com
isabel.coelho@mackayshields.com
isabel.dubra-paramos@jpmorgan.com
isabel.goiri@grupobbva.com
isabel.hackenbroch@kfw.de
isabel.knight@csam.com
isabel.luo@carval.com
isabel.macalintal@mutualofamerica.com
isabel.t.curatolo@dartmouth.edu
isabel.vilela@cookson.co.uk
isabela.maia@bcb.gov.br
isabell.albus@allianzgi.de
isabell.caldway@inginvestment.com
isabella.bertolas@raiffeisenbank.at
isabella.l.corso@fhlb-pgh.com
isabella.marani@dexia-crediop.it
isabella.merrina@gruppobim.it
isabella.petalas@juliusbaer.com
isabella.soon@soros.com
isabella.zinck@hypovereinsbank.de
isabelle.ardon@sgam.com
isabelle.bonnault@snecma.fr
isabelle.boussiquet@caam.com
isabelle.brancart@db.com
isabelle.chalon@bgl.lu
isabelle.colombo@cpr-am.fr
isabelle.crutzen@ethias.be
isabelle.danet@calyon.com
isabelle.degavoty@sgam.com
isabelle.drinkuth@nordlb.com
isabelle.dubos@erstebank.at

isabelle.erimo@caam.com
isabelle.gaudrat@ceidfp.caisse-epargne.fr
isabelle.guilhot@socgen.com
isabelle.hohenlohe@glgpartners.com
isabelle.horen-lestang@caam.com
isabelle.jacobs@puilaetco.com
isabelle.jarry@caam.com
isabelle.job@caam.com
isabelle.kerreveur@edf.fr
isabelle.lafargue@caam.com
isabelle.lefevre@interbrew.com
isabelle.leguay@caam.com
isabelle.lemee-martin@total.com
isabelle.letalnet@ibtco.com
isabelle.m.monahan@aibbyn.ie
isabelle.mast@uk.fid-intl.com
isabelle.mayor@ch.abnamro.com
isabelle.pajot@axa-im.com
isabelle.philippon@axa-im.com
isabelle.rome@dexia.com
isabelle.schirmer@uk.bp.com
isabelle.sutter@bhf-bank.com
isabelle.tufenkjian@axa-im.com
isabelle.vic-philippe@caam.com
isabelle_armanville@swissre.com
isabelle-caroline.weber@bcv.ch
isaezgar@cajamadrid.es
isainzar@cajamadrid.es
isak.ahlbom@ubs.com
isalem@frk.com
isalib@federatedinv.com
isam@kapital.folksam.se
isao.hishikawa@boj.or.jp
isao.isoe@ufj-partners.co.jp
isao_ikegami@tr.mufg.jp
isarap@bot.or.th
i-sasaki@nissay.co.jp
isastriques@bcj.gbancaja.com
isaura.costa@bcf.pt
isb@investmentsb.com
isbella.dinstl@erstebank.at
isbir.sl@mellon.com
isemerdjiev@bank-banque-canada.ca
isenberg.i@fibi.co.il

isender@aposcapital.com
ishan.kapur@calyon.com
ishani.dezoysa@cibc.ca
ishay.emkies@barep.com
ishibashid@lazard.com
ishida_shigeru@yd.smbc.co.jp
ishide@daiwasbi.co.jp
ishigatz@bernstein.com
ishii.hiroshi@kokusai-am.co.jp
ishii.yoshihito@kokusai-am.co.jp
ishii@dlusa.com
ishii@nam.co.jp
ishii008@dl.dai-ichi-life.co.jp
ishii02867@nissay.co.jp
ishii-0d55@jp.nomura.com
ishii772@dl.dai-ichi-life.co.jp
ishijima_takashi@mail.nikko.co.jp
ishikawa_hirofumi@dn.smbc.co.jp
ishikita0139@intra.cosmo-sec.co.jp
ishikure@bloomberg.net
ishimaru@daiwa-am.co.jp
ishimura02856@nissay.co.jp
ishizaka7385@intra.cosmo-sec.co.jp
ishizaki20751@nissay.co.jp
ishizaki-k@marubeni.com
ishizuka@nam.co.jp
ishmael.mcghee@citadelgroup.com
ishuans@mail.cbc.gov.tw
isiah.zhang@credit-suisse.com
isida@dl.dai-ichi-life.co.p
isidet@jsf.co.jp
isidro.jovelar@grupobbva.com
isira.perera@sinopia.fr
isirovich@inasim.gruppoina.it
isisogar@notes.banesto.es
isley.erika@principal.com
ismadii@petronas.com.my
ismael.lourabi@cnp.fr
ismael.miled@caam.com
ismail.alan@ingim.com
ismail.kazanc@isbank.com.tr
ismas@bloomberg.net
ismith@thamesriver.co.uk
isn2@cornell.edu

isobel.lee@insightinvestment.com
isolde.kreissig@caam.com
isolde.lindorfer-kubu@pioneerinvestments.at
isomura@mtbcny.com
isono@daiwasbi.co.jp
ispinelli@fideuramsgr.it
israel.l@tbcam.com
israel_s@bll.co.il
isreal.sendrovic@ny.frb.org
isreal.solares-moya@uk.fid-intl.com
isringh@colognere.com
issa.dabbo@socgen.com
issei.kitamura@ufj-partners.co.jp
issei.shinohara@mizuho-bk.co.jp
isshiki-07ns@jp.nomura.com
issra.battash@fgb.ae
istewart@westpac.au.com
istp@sarasin.ch
istubbe@bloomberg.net
isust@bankpyme.es
isuzuki@wharton.upenn.edu
itai.ben-zeev@bankleumi.co.il
itai.yosha@mailpoalim.co.il
itai_benosh@freddiemac.com
itaif@bll.co.il
itakahashi@kyowa.co.jp
itanenbaum@metlife.com
itang@stanford.edu
itaran@ufgam.com
itaru_takahashi@yamaguchibank.co.jp
itatani6148@intra.cosmo-sec.co.jp
itay.moshenberg@bernstein.com
itay.stolovy@dbs.co.il
ithanthrilage@groupama-am.fr
itkim@bok.or.kr
ito.h@daiwa-am.co.jp
ito.m@daiwa-am.co.jp
ito@dl.dai-ichi-life.co.jp
ito_yoshikazu@vr.smbc.co.jp
itoigawatetsushiuser@company.com
itom@nochubank.or.jp
ito-s@daiwasbi.co.jp
ito-ta@daiwasbi.co.jp
itou159@dl.dai-ichi-life.co.jp

itousignant@caxton.com
itri.u@adr.it
itsakiris@eurobank.gr
itsope@nbg.gr
it-support@brummer.se
ittiphan.jearkjirm@barclaysglobal.com
ittnerd@hhmi.org
ituo_wakao@am.sumitomolife.co.jp
iturkedjiev@gscpartners.com
iturkington@bloomberg.net
iturmcgl@notes.banesto.es
itwinn@ifc.org
itzik.shalev@mailpoalim.co.il
iulca.giussani@ubm.it
iurquiza@notes.banesto.es
iva.alexandrova@axa-im.com
ivailo.petkov@gs.com
ivan.alves@ecb.int
ivan.bouillot@blfram.lu
ivan.bouillotmontero@bdl.lu
ivan.caiola@ubs.com
ivan.capriello@db.com
ivan.cheng@vontobel.ch
ivan.comerma@caixacatalunya.es
ivan.delloye@cnp.fr
ivan.dong@citadelgroup.com
ivan.fadel@ing-barings.com
ivan.franceschi@capitalia-am.com
ivan.francis@standardlife.ca
ivan.frechard@ebc.int
ivan.k.h.ng@hsbcrepublic.com
ivan.larin@blackrock.com
ivan.lin@cathaylife.com.tw
ivan.m.gjaja@bofasecurities.com
ivan.marabotto@alpitour.it
ivan.marinkovic@credit-suisse.com
ivan.migliozzi@azfund.com
ivan.rynders@ing.be
ivan_jiang@nylim.com
ivan_varga@kb.cz
ivanderveen@aegon.nl
ivandijk@bloomberg.net
ivania.dobles@barclaysglobal.com
ivanlin@tcbank.com.tw

ivano.colanero@ubs.com
ivano.masiero@bpf.com
ivanova@atlanticinvestment.net
ivantan@gic.com.sg
ivanwang@cathaylife.com.tw
ivanyeo@gic.com.sg
ivar.qvist@storebrand.no
ivar.stromberg@tele1europe.se
ivascyn@pimco.com
ivaylo.dimitrov@glgpartners.com
ivazquez@notes.banesto.es
ivelin.millet@sgcib.com
ivelina.nilsson@lloydstsb.co.uk
iven.gernetzke@apobank.de
iverson.troy@principal.com
iversonin@ensignpeak.org
ives.kupferschmid@blkb.inet.ch
ivette.iacueo@sanpaoloimi.com
ivette.soto@firstbankpr.com
ivey_wade@protective.com
ivinci@genre.com
iviza.orsolic@commerzbankib.com
ivka_kalus@ssga.com
ivo.baelli@juliusbaer.com
ivo.butler@raiffeisen.ch
ivo.de.bondt@dexia-am.com
ivo.dierick@dexia-am.com
ivo.iliev@westernasset.com
ivo.kaufmann@csprivateadvisors.com
ivo.klein@nl.abnamro.com
ivo.prokop@rb.cz
ivo.westera@db.com
ivogtle@scsalliance.com
ivonne.gessinger@postbank.lu
ivor.pether@rlam.co.uk
ivs.tr@adia.ae
ivy.nguyen@pimco.com
ivy.s.y.lam@hsbc.com.hk
ivy@bloomberg.net
ivyloh@gic.com.sg
ivylun@temasek.com.sg
ivyong@dbs.com
iw12@ntrs.com
iwabuchi.r@daiwa-am.co.jp

iwai_kazushi@ub.smbc.co.jp
iwaki@nam.com
iwakiri_masaru@mail.nikko.co.jp
iwales@uk-dexia.com
iwama@daiwasbi.co.jp
iwan.kurniawan@bni.co.id
iwan.peters@pggm.nl
iwao.ito@mizuhocbus.com
iwao_matsumoto@am.sumitomolife.co.jp
iwasa02885@nissay.co.jp
iwasaki.h@daiwa-am.co.jp
iwasaki.hidehiro@kokusai-am.co.jp
iwasaki.o@daiwa-am.co.jp
iwasaki@sumitomotrust.co.jp
iwashina037@dl.dai-ichi-life.co.jp
iwata@daiwa-am.co.jp
iwatters@templeton.com
iweil@canyonpartners.com
iweinrub@templeton.com
iwickramasinghe@invictafinancial.com
iwilk@bgcfx.com
iwilkins@bankofny.com
iwona.cholewa@dimensional.com
iwona.murphy@umb.com
iwright@fhlbatl.com
iws1@ntrs.com
ixenitides@metlife.com
iyad.farah@morleyfm.com
i-yajima@nochubank.or.jp
iykang@wooribank.com
iylleraa@notes.banesto.es
iyoda.toshiro@kokusai-am.co.jp
iyu@wescorp.org
izabela.klejnowska@bph.pl
izak.swanepoel@alliancebernstein.com
izana.wanahmad@jpmorgan.com
izelenko@worldbank.org
izinn@hcmny.com
iz-ishiwata@ja-kyosai.or.jp
izumi.todoroki@mizuhocbus.com
izumi.uematsu@axa.co.jp
izumi.yamashtia@boj.or.jp
izumi.yonezawa@ufj-partners.co.jp
j.a.c.horsten@vanlanschot.com

j.a.h.van.dijk@robeco.nl
j.a.m.m.geurts@robeco.nl
j.a.p.molenaar@vanlanschot.com
j.abbott@mwam.com
j.alvarez@prsint.com
j.arnold@prsint.com
j.balodimas@fnysllc.com
j.bergmans@robeco.nl
j.bianchi@ssmb.com
j.bitner@easternbk.com
j.brian.hunter@jpmorgan.com
j.briceno@wafra.com
j.c.kobes@rn.rabobank.nl
j.c.skiera@noemail.com
j.carter@mwam.com
j.chan@aig.com
j.chan@indoverbank.com
j.chidekel@provalue.ch
j.cortazar@grupobbva.com
j.d.rieber@inginvestment.com
j.date@meijiyasudany.com
j.david.germany@morganstanley.com
j.davila3@gfbemail.bbva.bancomer.com
j.delaire@abc-arbitrage.com
j.demberio@ppmamerica.com
j.deoliveira@firsteuro.com
j.dezagon@eib.org
j.dicoum@afdb.org
j.divito@wafra.com
j.duguid@olayangroup.com
j.duyvesteyn@robeco.nl
j.e.berndsen@dnb.nl
j.e@hythesecs.com
j.f.vanboxmeer@heineken.com
j.f.zhao@icbc.com.cn
j.fauvel@e-multifonds.com
j.fiorello@aozorabank.co.jp
j.fox@easternbk.com
j.garri@grupobbva.com
j.giangrasso@olayangroup.com
j.gifford@mwam.com
j.gillies@wafra.com
j.green@glgpartners.com
j.guinea@grupobbva.com

j.h.g.m.dollevoet@vanlanschot.com
j.hahn@proequity.com
j.haines@ingim.com
j.hart@mwam.com
j.hata@aozorabank.co.jp
j.hesano@mnco.com
j.hiller@staedtische.co.at
j.hisham@maybank.com.my
j.hodgkins@bloomberg.net
j.hoek@robeco.nl
j.hoffmann@inka-kag.de
j.holland@mwam.com
j.hoogeveen@dbv.nl
j.hottinga@robeco.nl
j.hussain@ncbc.com
j.ibarra@grupobbva.com
j.idema@sl-am.nl
j.j.angow@indoverbank.com
j.j.p.m.dood@schretlen.com
j.j.van.duijn@robeco.nl
j.jewett@wafra.com
j.kakebeeke@gbf.nl
j.kattar@easternbk.com
j.knight@leggmasoninvestors.com
j.koestle@bloomberg.net
j.krandel@fnysllc.com
j.kwon@lcfr.co.uk
j.litschke@bloomberg.net
j.loison@finance-concept.mc
j.lorese@grupobbva.com
j.m.moutin@lvmh.fr
j.m.thoolen@dnb.nl
j.m.tieman@robeco.nl
j.m.van.der.hart@robeco.nl
j.m.vanderheijden@pensioenstork.nl
j.martin@fordfound.org
j.mayor@hermes.co.uk
j.mccloskey@aozorabank.co.jp
j.mccourt@easternbk.com
j.mcelroy@hermes.co.uk
j.mckinlay@easternbk.com
j.meesters@dnb.nl
j.milke@frankfurt-trust.de
j.montella@robeco.nl

j.morito@mitsui.com
j.mudie@aozorabank.co.jp
j.murphy@hermes.co.uk
j.muyrers@azl-group.com
j.nakazeki@ny.tr.mufg.jp
j.neele@robeco.nl
j.netherthorpe@mwam.com
j.nguessan@afdb.org
j.norberg@mfs.com
j.p.f.vanrhee@vanlanschot.com
j.p.vanwijngaarden@vanlanschot.com
j.pang@robeco.nl
j.peperkamp@robeco.nl
j.pollard@lcfr.co.uk
j.potocki@eib.org
j.r.robinson@mail.utexas.edu
j.rasmussen@nordea.com
j.roca_ll@generali.es
j.ruizenveld@robeco.com
j.ruizeveld@robeco.nl
j.s.mosselaar@robeco.nl
j.sage@fordfound.org
j.sainz@iberdrola.es
j.scarfone@frankfurt-trust.de
j.schuurman@robeco.nl
j.sender@efxcap.com
j.sengera@westlb.de
j.sfiroudis@olayangroup.com
j.smit@robeco.nl
j.stam@vanlanschot.com
j.steven.evans@csam.com
j.storm@vanlanschot.com
j.sun@ny.tr.mufg.jp
j.t.underwood@ledyardbank.com
j.tate@noemail.com
j.teo@shell.com
j.thompson@bouwfonds.nl
j.tillotson@hermes.co.uk
j.tobin@dowcorning.com
j.v.hinchey@sepiv.shell.com
j.v.hinchley@sepiv.shell.com
j.van.ijserloo@robeco.nl
j.van.t.veer@fmo.nl
j.vanbavel@vanlanschot.com

j.vanbuchanan@pncbank.com
j.vandectaats@pensioenstork.nl
j.vonsceiver@bbh.com
j.w.de.moor@robeco.nl
j.w.vollack@nyc.rabobank.com
j.ward@easternbk.com
j.weinhold@sskhan.de
j.whitehorn@wafra.com
j.wood@nrcl.com
j.wright@bspf.co.uk
j?rg.sittner@db.com
j_bruce_martin@vanguard.com
j_carter@freddiemac.com
j_fedderly@putnam.com
j_guiroga@bancourquijo.es
j_kutin@putnam.com
j_kuzan@ml.com
j_maruyama@nam.co.jp
j_whelan@ml.com
j2z@americancentury.com
j4crawford@crawfordinvestment.com
j5p@americancentury.com
ja256@cornell.edu
jaa7@ntrs.com
jaana.myllynen@nokia.com
jaap.bastiaansen@philips.com
jaap.spruyt@mn-services.nl
jaap.van.dam@pggm.nl
jaap.veerman@nl.abnamro.com
jab@bankinvest.dk
jab15@ntrs.com
jabaldwin@bloomberg.net
jabari.magnus@blackrock.com
jabaz.mathai@barclaysglobal.com
jabers@kia.gov.kw
jabitbol@invercaixa.es
jaboselli@wellington.com
jac.kragt@pggm.nl
jac@artemisinvest.com
jac@columbus.com
jac@jwbristol.com
jacadrwell@mmm.com
jacastillero@gruposantander.com
jacco.koopmans@pggm.nl

jacco.maters@lodh.com
jacek.jurczynski@bph.pl
jacek.ostas@bph.pl
jacek.treter@bsibank.com
jach04@handelsbanken.se
jacinta.wagner@hyporealestate.com
jacinta_saldanah@acml.com
jack.ablin@harrisbank.com
jack.ahlert@wellsfargo.com
jack.ambrosio@prudential.com
jack.bernard@dresdnerrcm.com
jack.bolick@honeywell.com
jack.broeren@pncbank.com
jack.crawford@jpmorgan.com
jack.cunha@chase.com
jack.d.obrien@lazard.com
jack.f.ogrady@fhlb-pgh.com
jack.falconi@guarantygroup.com
jack.fan@aberdeen-asset.com
jack.fatica@pncadvisors.com
jack.fischer@huntington.com
jack.g.barlage@columbiamanagement.com
jack.gaston@prudential.com
jack.geltosky@bms.com
jack.georgeson@morleyfm.com
jack.gillette@pncbank.com
jack.graham@uk.fid-intl.com
jack.haley@fmr.com
jack.hattem@blackrock.com
jack.jazmadarian@uboc.com
jack.kane@bmo.com
jack.kelley@alliancebernstein.com
jack.kelly@uk.abnamro.com
jack.kerivan@fmr.com
jack.koch@nationalcity.com
jack.lee@aig-huatai.com
jack.lee@credit-suisse.com
jack.lequertier@cpr-am.fr
jack.lin@avmltd.com
jack.m.mcneily@dartmouth.edu
jack.mcgrath@harrisbank.com
jack.mcnally@csfb.com
jack.o'grady@fhlb-pgh.com
jack.pai@email.chinatrust.com.tw

jack.pease@fnbmd.com
jack.peene@sebny.com
jack.powell@libertysavingsbank.com
jack.purcell@suntrust.com
jack.rainer@morgankeegan.com
jack.rasmusson@clark.wa.gov
jack.s.crawford@jpmorgan.com
jack.spross@ftnfinancial.com
jack.sullivan@wachovia.com
jack.tsai@email.chinatrust.com.tw
jack.tse@fmr.com
jack.waters@bnpparibas.com
jack.weiner@daiwausa.com
jack.werne@morgankeegan.com
jack.zehner@db.com
jack@adelphi-capital.com
jack@email.esunbank.com.tw
jack@incomeresearch.com
jack@ksmanagement.com
jack_alvo@canadalife.com
jack_b_lake@victoryconnect.com
jack_bannister@troweprice.com
jack_bohn@cargill.com
jack_donnelly@sunlife.com
jack_erbeck@ml.com
jack_jonk@deltalloyd.nl
jack_keil@fanniemae.com
jack_koltes@acml.com
jack_lanphar@bankone.com
jack_loudoun@ldn.invesco.com
jack_macdonald@ml.com
jack_mcgowan@putnam.com
jack_plym@acml.com
jack_rosa@reservefunds.com
jack_tate@prusec.com
jack95@ctnbank.com.tw
jackaman@bloomberg.net
jackb@chgroup.com
jackbrown@oppenheimerfunds.com
jackchen@mail.cbc.gov.tw
jackchen67@bloomberg.net
jackerly@davenportllc.com
jackerman@mail.pnm.com
jackharrison@hsbc.com

jackie.a.francis@gsk.com
jackie.bernstein@inginvestment.com
jackie.carr@morganstanley.com
jackie.doeler@swib.state.wi.us
jackie.glenn@huntington.com
jackie.gross@hp.com
jackie.jessen@midstates.org
jackie.kogler@capmark.funb.com
jackie.lee@asia.ing.com
jackie.m.senat@morganstanley.com
jackie.messerschmidt@thrivent.com
jackie.morris@bmo.com
jackie.reid@barcap.com
jackie.vazquez@us.standardchartered.com
jackie_ayoub@ml.com
jackie_cheung@ml.com
jackie_lucas@protective.com
jacklin@mail.cbc.gov.tw
jackman_jeffrey@jpmorgan.com
jackson.kwan@citadelgroup.com
jackson.yu@citicorp.com
jackson@dbs.com
jackson-j@1stsource.com
jacksonjz@bernstein.com
jacksonyuen@whkbk.com
jacky.cheung@credit-suisse.com
jacky.chow@allegiantgroup.com
jacky.prudhomme@bnpparibas.com
jacky.rezzonico@lodh.com
jacky.stockman@gallaherltd.com
jacky_ah_fong@bankofscotland.co.uk
jacla@danskebank.dk
jaclyn.donaldson@morganstanley.com
jaclyn.roster@aig.com
jaclyn.simard@fmr.com
jaclyn_simpson@putnam.com
jaco.a.venter@jpmorgan.com
jaco.jordaan@pncadvisors.com
jaco.rouw@ingim.com
jacob.albo@caixacatalunya.es
jacob.bjorheim@ubs.com
jacob.bolin@riksbank.se
jacob.dewit@fandc.com
jacob.dowden@bankofamerica.com

jacob.gemmel@swedbankrobur.se
jacob.greer@morgankeegan.com
jacob.gyntelberg@bis.org
jacob.lester@nordea.com
jacob.lundbeck.serup@nordea.com
jacob.mase@aig.com
jacob.miller@ubs.com
jacob.nelson@bis.org
jacob.procuniar@pimco.com
jacob.rojdmark@industrivarden.se
jacob.saumure@pnc.com
jacob.silady@blackrock.com
jacob.topp@nordea.com
jacob.truelsen@nordea.com
jacob.w.gibson@jpmorgan.com
jacob.weinstein@fmr.com
jacob_gilman@ssga.com
jacob_habibi@invesco.com
jacob_kleehamer@invesco.com
jacob_manczyk@westlb.com
jacob_williams@countrywide.com
jacobb@fhlbsea.com
jacober.toni@rahnbodmer.ch
jacobgelfand@northwesternmutual.com
jacobo.penaranda@barclays.co.uk
jacobo.sanroman@telefonica-msolutions.com
jacobs@aigfpc.com
jacobsen@bear.com
jacobus.louw@wellsfargo.com
jacooper@bloomberg.net
jacopo.g.saccheri@jpmorgan.com
jacopo.moresco@pioneerinvestments.com
jacopo.turolla@gestielle.it
jacquafondata@fhlb-pgh.com
jacquelien.coes@pggm.nl
jacqueline.a.mihalik@jpmorgan.com
jacqueline.connor@morganstanley.com
jacqueline.evers@ingim.com
jacqueline.flake@jpmorgan.com
jacqueline.flippin@fin.sccgov.org
jacqueline.hay-primus@inginvestment.com
jacqueline.jacques@blackrock.com
jacqueline.johnson@ers.state.tx.us
jacqueline.kelly@pnc.com

jacqueline.kuek@schroders.com
jacqueline.lambert@caam.com
jacqueline.lawarre@pncadvisors.com
jacqueline.ledergerber@credit-suisse.com
jacqueline.mclelland@ercgroup.com
jacqueline.mok@uobgroup.com
jacqueline.pasquarello@morganstanley.com
jacqueline.peinaud@sgam.com
jacqueline.ponti@bsibank.com
jacqueline.redmond@scottishpower.plc.uk
jacqueline.sabella@mutualofamerica.com
jacqueline.schimenti@credit-suisse.com
jacqueline.simpson@rlam.co.uk
jacqueline.smith@ubs.com
jacqueline.sprenger@vontobel.ch
jacqueline.swaine@us.standardchartered.com
jacqueline.vide@bnpparibas.com
jacqueline.walsh@fandc.com
jacqueline.wilhelmy@alliancebernstein.com
jacqueline.x.white@jpmorgan.com
jacqueline.zimmermann@sarasin.ch
jacqueline_bell@ml.com
jacqueline_peterson@troweprice.com
jacqueline_rogers@ml.com
jacqueline_tenuta@freddiemac.com
jacqueline_wan@merck.com
jacquelinequek@dbs.com
jacquelinewang@gic.com.sg
jacquelyn.baker@uk.fid-intl.com
jacquelyn.benson@kemper.com
jacquelyn.kirkland@ssmb.com
jacquelyn.laux@ubs.com
jacquelyn.rush@morganstanley.com
jacquelyne.cavanaugh@janus.com
jacquerioz@bloomberg.net
jacques.beuchat@ubs.com
jacques.bofferding@bgl.lu
jacques.busquet@clamericas.com
jacques.cacheux@bnpparibas.com
jacques.chazelle@caam.com
jacques.crabbe@fortisag.be
jacques.de.marnix@fr.abnamro.com
jacques.dejong@snssecurities.nl
jacques.demaurex@tetral.com

jacques.deraeymaeker@kbc.be
jacques.desaussure@pictet.com
jacques.d'hondt@bnpparibas.com
jacques.dursel@fortisinvestments.com
jacques.favre@lodh.com
jacques.fedorowsky@banquecramer.ch
jacques.gabillon@gs.com
jacques.gerbi@magdebourg.asso.fr
jacques.hautefeuille@creditlyonnais.fr
jacques.hirsch@glgpartners.com
jacques.lucciani@drkw.com
jacques.marmier@nestle.com
jacques.massin@fortisbank.com
jacques.molgo@alcatel.fr
jacques.protin@groupe-mma.fr
jacques.rachi@caam.com
jacques.reich@dexia-bil.com
jacques.skovgaard@danskebank.dk
jacques.souquieres@creditfoncier.fr
jacques.sterck@dexia-am.com
jacques.vallon@credit-suisse.com
jacques.vandenbossche@dexia.be
jacques.vandenherrwewegen@fortisbank.com
jacques.van-leeuwen@ch.michelin.com
jacques.werenn@caam.com
jacques_aigrain@swissre.com
jacques_longerstaey@putnam.com
jacqui.m.gleeson@aib.ie
jacqui.megran@uk.fid-intl.com
jacqui_peachey@ml.com
jacquie.loh@schroders.com
jacueline.dentner@morganstanley.com
jad@nytimes.com
jadam@meag.com
jadamo@fhlbdm.com
jadams@cantor.com
jadams@genre.com
jadams@munder.com
jadams@vartanbank.com
jaday@lehman.com
jaddeo@mfs.com
jade.mondschein@alliancebernstein.com
jade@keb.co.kr
jadelavega@nafin.gob.mx

jadem@princeton.edu
jadidjaja@sunamerica.com
jadran.trevisan@eni.it
jadwiga.bialkowska@bbg.co.uk
jadygan@lmus.leggmason.com
jae.ahn@barcap.com
jae.choi@lehman.com
jae.kim@ubs.com
jae@jwbristol.com
jae@sandlercap.com
jae_yoon@nylim.com
jae83@cornell.edu
jaechoonl@seoulbank.net
jaeger.g@mail.hk.g-bank.nl
jaehwanlee@hanabank.com
jaehyun.jo@samsung.com
jaeiklee@hanabank.com
jaejinyang@hanabank.com
jaejpark@kfb.co.kr
jaekimny@gmail.com
jaesuk.yang@samsung.com
jaewonpark@hanabank.com
jaf@baupost.com
jafarrar@russell.com
jaferrari@tiaa-cref.org
jaffar.rizvi@unb.ae
jafiorilla@delinvest.com
jafriedman@chevychasebank.net
jag.em@adia.ae
jag.ie@adia.ae
jag@baupost.com
jag@dodgeandcox.com
jaga.bukowska@db.com
jagadish_kakumanu@putnam.com
jaganmohan@rbi.org.in
jagatnarine.churaman@lazard.com
jagdeep.ghuman@fafadvisors.com
jagdeep_bachher@manulifeusa.com
jagdip.gill@db.com
jage@pggm.nl
jageller@russell.com
jaggiha@exchange.ml.com
jagoglia@refco.com
jagramonte@nb.com

jagruber@amfin.com
jagudo@bloomberg.net
jaguilar@invercaixa.es
jah@danskecapital.com
jah@nbim.no
jahangir.aka@sg.standardchartered.com
jaharkav@exchange.ml.com
jahern@angelogordon.com
jahh@capgroup.com
jahorowitz@wellington.com
jahsler@msfi.com
jai.jacob@lazard.com
jai.tanwar@inginvestment.com
jai.wall@solvay.com
jaidip.singh@morganstanley.com
jaiello@certusmgt.com
jaijit_kumar@newyorklife.com
jaime.amselem@barclays.com
jaime.before@ibtco.com
jaime.frade@sbafla.com
jaime.halligan@statestreet.com
jaime.lee@barclaysglobal.com
jaime.llano@trs.state.tx.us
jaime.lykes@prudential.com
jaime.moreno@allianz.es
jaime.nicolasmoure@telefonica.es
jaime.vieser@db.com
jaime.villa@pimco.com
jaime@mwvinvest.com
jaime_hanson@mgic.com
jaime_kiehn@putnam.com
jaime-anne.fabio@pimco.com
jaimi.goodfriend@citadelgroup.com
jaimie.lowe@unilever.com
jaimin_patel@ml.com
jain.kim@statestreet.com
jain@deshaw.com
jainsworth@babsoncapital.com
jaiwish.nolan@db.com
jaj@montier.co.uk
jakbe@danskebank.dk
jake.a.gehret@bbh.com
jake.abry@ccastrategies.com
jake.borbridge@aiminvestments.com

jake.gaul@lodh.com
jake.hindelong@credit-suisse.com
jake.lee@uboc.com
jake.lowery@inginvestment.com
jake.moloznik@pnc.com
jake.nartey@csam.com
jake.newman@insightinvestment.com
jake.pham@alliancebernstein.com
jake.robbins@insightinvestment.com
jake.sudbery@db.com
jake.thomson@morganstanley.com
jake.zelnick@wachovia.com
jake@incomeresearch.com
jake@moorecap.com
jake_rehor@putnam.com
jakewill75@bloomberg.net
jakewilliams@keybanccm.com
jakhtar@hbk.com
jakob.bak@paretopartners.com
jakob.baumgartner@juliusbaer.com
jakob.bothmann@llbw.de
jakob.frauenschuh@pioneerinvestments.at
jakob.grinbaum@nb.se
jakob.holm@janus.com
jakob.krummenacher@ubs.com
jakob.larsen@jyskebank.dk
jakob.norgaard@danskebank.dk
jakob.poggensee@telekom.de
jakob.schoechli@claridenleu.com
jakob.skjold.vejlo@storebrand.com
jakob.vonkalckreuth@credit-suisse.com
jakob.zgraggen@credit-suisse.com
jakobson_patrick@jpmorgan.com
jakoh@bok.or.kr
jaku@chevron.com
jakub.crhonek@citadelgroup.com
jakub.janicki@de.pimco.com
jakub.koscielski@bph.pl
jalal.akhavein@barclaysglobal.com
jalal@bbkonline.com
jalbeck@bayernlbny.com
jalbright@waddell.com
jaldave@troweprice.com
jale.ataman@tcmb.gov.tr

jale@danicapension.dk
jalel.kallel@axa-im.com
jaleman@banamex.com
jalexander@bear.com
jalil_patel@conseco.com
jalissan@tiaa-cref.org
jallan@cantor.com
jalletto@arielinvestments.com
jallsopp@newstaram.com
jalord@wellington.com
jalston@russell.com
jaltitis@notes.banesto.es
jalusick@millertabak.com
jalvarado@bloomberg.ne
jalvarezranz@grupobbva.com
jam@sitinvest.com
jama@nykredit.dk
jamaang@riyadbank.com
jamagsila@bci.it
jamal.barnes@citadelgroup.com
jamal.benerroua@axa-im.com
jamand@congressasset.com
jamaoma@exchange.ml.com
jamarke@bloomberg.net
jamato@lehman.com
jambrose@hcmlp.com
jame_e_fargis@fleet.com
jame_j_balazsy@victoryconnect.com
jameagher@ibtco.com
jamee.smith@fmr.com
jameilia@kuwait-fund.org
jamenta@sscinc.com
james.a.brown@jpmorganfleming.com
james.a.combias@us.hsbc.com
james.a.murphy@aibbny.ie
james.a.pitkin@jpmorgan.com
james.a.robinson@state.tn.us
james.a.stouse@ncmi.com
james.a.tomlin@jpmchase.com
james.a.waters@gs.com
james.abbey@mackayshields.com
james.accurso@capitalmanagmentcorp.com
james.ahn@jpmorgan.com
james.anglin@db.com

james.armstrong@raymondjames.com
james.arnold@db.com
james.athey@aberdeen-asset.com
james.attwell@barclaysglobal.com
james.b.freeze@bankofamerica.com
james.bailey-house@chase.com
james.barber@gs.com
james.barratt@nomura.co.uk
james.barrett@nationalcity.com
james.barrett@omam.co.uk
james.barrineau@alliancebernstein.com
james.batterman@lazard.com
james.beam@pncadvisors.com
james.berger@glgpartners.com
james.bergin@ny.frb.org
james.bernier@pncbank.com
james.bis@inginvestment.com
james.blake@threadneedle.co.uk
james.bondelid@pncbank.com
james.bristow@blackrock.com
james.broderick@citigroup.com
james.brotherston@intesasanpaolo.co.uk
james.burchett@national_city.com
james.burke1@wachovia.com
james.burns@tcw.com
james.burzotta@pnc.com
james.c.chen@hsbcrepublic.com
james.c.chen@morganstanley.com
james.c.chu@aexp.com
james.c.dunne@aibbny.ie
james.c.ho@jpmorgan.com
james.cairns@gm.com
james.camp@eagleasset.com
james.canney@fhlbboston.com
james.cannon@morleyfm.com
james.cantrell@mercantile.com
james.carey@bankofamerica.com
james.cassidy@ubs.com
james.catling@gs.com
james.catudal@fmr.com
james.cavanagh@fandc.com
james.chandler@credit-suisse.com
james.chao@ubs.com
james.chiu@chinatrust.com.tw

james.choi@yale.edu
james.cielinski@gs.com
james.clark@midfirst.com
james.clark@ny.frb.org
james.clifford@black-river.com
james.clunie@swip.com
james.connell@cba.com.au
james.conrad@allianz.de
james.conroy@citigroup.com
james.cooke@colonialfs.co.uk
james.cooke@tudor.com
james.cooper@sgcib.com
james.cortez@schwab.com
james.coughlin@us.mizuho-sc.com
james.coutts@morganstanley.com
james.cowan@morganstanley.com
james.coyne@pncadvisors.com
james.craft@ubs.com
james.creighton@db.com
james.cure@barclays.co.uk
james.d.mcnerny@jpmorgan.com
james.d.pierce@schwab.com
james.d.richard@db.com
james.damron@ppmamerica.com
james.danza@moorecap.com
james.darch@db.com
james.d'arcy@columbiamanagement.com
james.davidson@db.com
james.debunsen@insightinvestment.com
james.delmedico@ubs-oconnor.com
james.denton@daiwausa.com
james.depierre@columbiamanagement.com
james.devins@alliancebernstein.com
james.dezellar@chicagoequity.com
james.diedrich@fafadvisors.com
james.dier@thrivent.com
james.dolby@bnlmail.com
james.donald@lazard.com
james.dorment@inginvestment.com
james.douthitt@wamu.net
james.dow@bailliegifford.com
james.dowding@hsbcam.com
james.dowling@aig.com
james.downey@cazenove.com

james.doyle@capmark.funb.com
james.dunigan@pncbank.com
james.dunn@harrisbank.com
james.dunne@harrisbank.com
james.dykstal@commercebank.com
james.e.bauman@jpmorgan.com
james.e.bayne@exxon.com
james.e.cook@bankofamerica.com
james.e.gibson@jpmorgan.com
james.e.rossman@us.hsbc.com
james.edwards@socgen.com
james.evans@bbh.com
james.f.drake@jpmorgan.com
james.f.jackson@himco.com
james.farrell@citadelgroup.com
james.fell@lgim.co.uk
james.fellows@columbiamanagement.com
james.fernandes@lazard.com
james.ferrarelli@morganstanley.com
james.fitzgerald@citizensbank.com
james.flood@fandc.com
james.foley@bms.com
james.forster@ahliunited.com
james.foster@silvantcapital.com
james.furman@ubs.com
james.g.faunce@db.com
james.gala@fremontbank.com
james.gale@hsbcib.com
james.gallagher@drkw.com
james.gallant@fmr.com
james.galliland@barclaysglobal.com
james.gannon@swib.state.wi.us
james.garvey@lazard.com
james.gaul@bostonadvisors.com
james.gegg@aberdeen-asset.com
james.geiger@minnesotamutual.com
james.gerard@fmr.com
james.gertie@yesbank.com
james.gildersleeve@citadelgroup.com
james.goldberg@tcw.com
james.gonzalez@hp.com
james.grady@db.com
james.gregory@jpmorgan.com
james.griffin@inginvestment.com

james.griffin@uk.fid-intl.com
james.grigg@alliancebernstein.com
james.grigg-euro@db.com
james.guptill@wachovia.com
james.h.scott@morganstanley.com
james.h.stothard@jpmorgan.com
james.hadfield@mondrian.com
james.hagedorn@harrisbank.com
james.hallisey@bnymellon.com
james.halloran@nationalcity.com
james.hamby@everbank.com
james.han@rabobank.com
james.hanson@jpmorganfleming.com
james.harrigan@ny.frb.org
james.hassett@tcw.com
james.hasso@inginvestment.com
james.healy@pioneerinvest.com
james.hedley@ubs.com
james.herbst@prudential.com
james.hill@himco.com
james.hille@trs.state.tx.us
james.hnilo@ubs.com
james.hogan@rothschild.com.au
james.hordern@gs.com
james.hotchkiss@firstmidwest.com
james.hughes@uk.abnamro.com
james.hummel@mortgagefamily.com
james.hurley@icap.com
james.hutchinson@pncbank.com
james.illsley@jpmorgan.com
james.j.croyle@norwest.com
james.j.hayes@fmr.com
james.j.hollis@bankofamerica.com
james.j.hollis@citizensbank.com
james.j.howie@jpmorgan.com
james.j.kovach@morganstanley.com
james.jacoby@aiminvestments.com
james.jakobek@libertymutual.com
james.johnson@wachovia.com
james.joicey-cecil@credit-suisse.com
james.jones@harrisbank.com
james.jopio@nationstarmail.com
james.jordan@db.com
james.joyce@mondrian.com

james.kanos@moorecap.com
james.kauffmann@inginvestment.com
james.keen@commerzbankib.com
james.keenan@blackrock.com
james.kenney@morleyfm.com
james.kent@bmonb.com
james.kim@fmr.com
james.kim@mizuhocbus.com
james.king@thrivent.com
james.klusmeier@4086.com
james.kolovos@pncbank.com
james.kubaney@pncbank.com
james.kumpf@blackrock.com
james.kwok@sgam.com
james.laing@aberdeen-asset.com
james.lark@rbc.com
james.lavan@fandc.com
james.law@ubs.com
james.lazzara@inginvestment.com
james.leasure@pacificlife.com
james.lee@janus.com
james.lee@sunamerica.com
james.leighton@citicorp.com
james.liewcs@uobgroup.com
james.liljedahl@ibtco.com
james.lim@barclaysglobal.com
james.lin@cba.com.au
james.livingstone-wallace@sgam.com
james.lowery@gwl.com
james.lyons@uk.mufg.jp
james.m.ireland@jpmorgan.com
james.m.mcloughlin@jpmorgan.com
james.m.nguyen@intel.com
james.m.yang@jpmorganfleming.com
james.maciver@pnc.com
james.mahon@jpmorgan.com
james.maino@wachovia.com
james.malgier@bnymellon.com
james.malles@ubs.com
james.manders@hk.nomura.com
james.martinos@lazard.com
james.mason@glgpartners.com
james.maul@mhcb.co.uk
james.maun@uk.fid-intl.com

james.mcalevey@augustus.co.uk
james.mcalevey@juliusbaer.com
james.mccabe@us.standardchartered.com
james.mccrane@prudential.com
james.mccunn@whartonco.com
james.mcelligott@fmr.com
james.mcevoy@sachsenlb.ie
james.mcgovern@bnymellon.com
james.mcintosh@gartmore.com
james.mcintyre@moorecap.com
james.mckean@insightinvestment.com
james.mclaren@blackrock.com
james.mclellan@ubs.com
james.mcmahon@rbc.com
james.menzies@lasmo.com
james.michie@lgim.co.uk
james.middleton@barclaysglobal.com
james.millward@sgcib.com
james.mitchell.jr@corporate.ge.com
james.moffett@umb.com
james.moi@dkib.com
james.monroe@carolinafirst.com
james.moody@utc.com
james.moore@hcmny.com
james.morrow@fmr.com
james.morton@pncbank.com
james.moynihan@pioneerinvestments.com
james.mr.saunders.watson@fleming.com
james.mudie@shinseibank.com
james.munoz@ibtco.com
james.naklicki@bbh.com
james.neill@westlb.co.uk
james.nicholas@ubs-oconnor.com
james.nielson@fmr.com
james.nisbet@hsbcib.com
james.nisbet@uk.btmeurope.com
james.nolan@philips.com
james.oakley@lehman.com
james.oatham@lgim.co.uk
james.o'connor@bankofengland.co.uk
james.ogilvy@axa-im.com
james.o'grady@lazard.com
james.oliver@glgpartners.com
james.ong@himco.com

james.p.rutzen@wellsfargo.com
james.p.shanahan@jpmorgan.com
james.palmer@usbank.com
james.palmieri@ge.com
james.parry@fidelity.com
james.passavant@prudential.com
james.paviolitis@capmark.funb.com
james.pearson@norwich-union-life.co.uk
james.pennell@bloomberg.com
james.persico@ge.com
james.peterson@ncmcapital.com
james.peyton@gm.com
james.pienta@tmgchicago.com
james.pieri@rabobank.com
james.pitt@axa-im.com
james.pollock@moorecap.com
james.pomery@barclaysglobal.com
james.potesky@credit-suisse.com
james.proudman@bankofengland.co.uk
james.pulsford@db.com
james.purisky@pncadvisors.com
james.r.andrew@jpmorgan.com
james.r.elliot@jpmorgan.com
james.r.fries@dartmouth.edu
james.r.kerr@jpmorgan.com
james.r.knudsen@conocophillips.com
james.r.mckeever@aib.ie
james.r.ryan@lmco.com
james.r.stevens@gartmore.com
james.r.walker@jpmorgan.com
james.r.wetschka@wellsfargo.com
james.radke@ubs-oconnor.com
james.ramsay@mackayshields.com
james.reed@umb.com
james.reidy@jpmorganfleming.com
james.repard@jpmorgan.com
james.revere@lgim.co.uk
james.rich@beverlynational.com
james.rigney@fmr.com
james.ritchie@nationalcity.com
james.rochat@ceridian.com
james.roche@rbccm.com
james.rolfs@thrivent.com
james.rudd@lloydstsb.co.uk

james.ruskin@us.bnpparibas.com
james.russo@alliancebernstein.com
james.ryan@pnc.com
james.saunders@glgpartners.com
james.savage@ironoakadvisors.com
james.schmank@6thaveinvest.com
james.schuler@bmo.com
james.scott@cba.com.au
james.scott@prudential.com
james.semler@fandc.co.uk
james.sena@inginvestment.com
james.serhant@thehartford.com
james.sharer@bpd.treas.gov
james.shelton@hsbcib.com
james.sherman@ubs.com
james.shervington@halbis.com
james.shevlet@tcw.com
james.shore@lazard.com
james.sias@usbank.com
james.smith@resolutionasset.com
james.snelgrove@moorecap.co.uk
james.sperans@morganstanley.com
james.squires@bailliegifford.com
james.strecker@bbh.com
james.stubbs@ncfcorp.com
james.sullivan@pnc.com
james.sullivan@prudential.com
james.sweet@national-city.com
james.swindler@umb.com
james.t.green@gsk.com
james.tadion@lodh.com
james.talbot@bankofengland.co.uk
james.tatera@lazard.com
james.taylor@gibuk.com
james.telders@rabobank.com
james.templeman@barclaysglobal.com
james.thalacker@hcmny.com
james.thompson@aberdeen-asset.com
james.thorneley@aberdeen-asset.com
james.thorpe@moorecap.co.uk
james.todd@fmr.com
james.tresler@us.socgen.com
james.tsang@aig.com
james.tsang@bbh.com

james.turner@morleyfm.com
james.upton@morganstanley.com
james.vail@inginvestment.com
james.vellanti@kochglobalcapital.com
james.vokins@morleyfm.com
james.w.king@citi.com
james.w.leong@gmail.com
james.w.paulsen@wellscap.com
james.wagenhofer@abnamro.com
james.walker@gibuk.com
james.wallin@alliancebernstein.com
james.walsh@cornell.edu
james.walter@national-city.com
james.waring@rbsgc.com
james.white@ny.frb.org
james.wigley@ffandp.com
james.willison@msdw.com
james.wilson@aberdeen-asset.com
james.wipf@credit-suisse.com
james.wipf@csam.com
james.witterschein@pncadvisors.com
james.wohler@bancaintesa.it
james.wolf@mackayshields.com
james.wong@bmonb.com
james.wong@sumitomotrust.co.jp
james.wt.fisher@jpmorgan.com
james.wulforst@fmr.com
james.wykes@tdsecurities.com
james.x.madison@jpmorgan.com
james.y.wu@chase.com
james.y.yao@us.hsbc.com
james.young@pncadvisors.com
james.z.ford@jpmorgan.com
james.zbach@pnc.com
james.ziegler@advantuscapital.com
james@adia.co.uk
james@ardsley.com
james@caxtonrvh.com
james@citadelgroup.com
james@findlaypark.com
james@fortisinvestments.com
james_agostisi@nylim.com
james_bailey@keybank.com
james_bean@freddiemac.com

james_beechler@fanniemae.com
james_callahan@freddiemac.com
james_callahan@ssga.com
james_canney@ssga.com
james_carney@dom.com
james_cataldo@fhlbboston.com
james_chang@calpers.ca.gov
james_conklin@putnam.com
james_conner@acml.com
james_contis@ssga.com
james_cooney@ml.com
james_d_troyer@vanguard.com
james_damian@troweprice.com
james_donahue@ssga.com
james_doolittle@notes.ntrs.com
james_eckler@putnam.com
james_erven@msdw.com
james_faulker@vanguard.com
james_faulkner@ssga.com
james_fetch@putnam.com
james_g_brown@fleet.com
james_g_dempsey@ustrust.com
james_gallant@scotiacapital.com
james_glascock@providentcompanies.com
james_gregory@notes.ntrs.com
james_groins@ci.richmond.ca.us
james_harries@newton.co.uk
james_havrilla@freddiemac.com
james_herbst@prudential.com
james_johnson@fanniemae.com
james_k_kaesberg@keybank.com
james_k_pollock@comerica.com
james_karpowicz@mgic.com
james_klocek@ssga.com
james_kramer@ssga.com
james_kramer@ssga.statestreet.com
james_lamb@putnam.com
james_landers@ustrust.com
james_lee@agc.com
james_lenton@blockrock.com
james_li@cpf-aa.com
james_li@nacm.com
james_lowen@newton.co.uk
james_m_albers@victoryconnect.com

james_macmillan@blackrock.com
james_macmiller@troweprice.com
james_macpherson@blackrock.com
james_macri@acml.com
james_mason@hilton.com
james_mauro@ssga.com
james_mchugh@vanguard.com
james_menapace@acml.com
james_mitro@putnam.com
james_molloy@swissre.com
james_nielson@putnam.com
james_osborne@keybank.com
james_pagano@ml.com
james_pitman@americancentury.com
james_polk@putnam.com
james_prusko@putnam.com
james_r_moser@putnam.com
james_reichert@ssga.com
james_revere@mfcinvestments.com
james_rosenstock@sonyusa.com
james_roth@agfg.com
james_rowan@hsb.com
james_russell@ml.com
james_shannon@sunlife.com
james_slater@cibcmellon.com
james_smith@nylim.com
james_t_anderson@fleet.com
james_tayler@swissre.com
james_taylor@nochubank.or.jp
james_thomas@putnam.com
james_tolento@ml.com
james_tomlins@blackrock.com
james_turner@westlb.co.uk
james_wilhelm@riggsbank.com
james_willis@invesco.com
james_zhan@ml.com
james_zucco@fanniemae.com
james1.pearson@hsbcgroup.com
james3.nolan@citigroup.com
james3.russell@prudential.com
jamesa@jwseligman.com
jamesb.bis@inginvesstments.com
jamescap@bloomberg.net
jameschia@mas.gov.sg

james-db.henderson@db.com
jamesh@fhlbsea.com
jameshsueh@cathaylife.com.tw
jamesj@hcmny.com
jamesk08@bloomberg.net
jameskhoo@ocbc.com
jamesklee@gar-ltd.com
jamesl.farrell@harrisbank.com
jamesliew@temasek.com.sg
jamesmanning@statestreet.com
james-mg.patterson@db.com
jameson.hick@rbccm.com
jameson.r.miller@bankofamerica.com
jamesr.meyers@himco.com
jamesra@iadb.org
jamess@mcm.com
jamesshih@fpg.com.tw
jamessin@mas.gov.sg
jamestankh@dbs.com
jameswhite@bloomberg.net
jamesxu@tudor.com
james-y.lee@db.com
jamesyang@megabank.com.tw
jamey.thompson@citadelgroup.com
jamie.a.baum@db.com
jamie.adams@morganstanley.com
jamie.augustine@morgankeegan.com
jamie.bebb@cis.co.uk
jamie.behar@gmam.com
jamie.bianchi@fmr.com
jamie.c.stephens@jpmorgan.com
jamie.carter@alliancebernstein.com
jamie.choi@lloydstsb.co.uk
jamie.cornell@fmr.com
jamie.coutts@ubs.com
jamie.cox@commerzbankib.com
jamie.cumming@aberdeen-asset.com
jamie.day@aberdeen-asset.com
jamie.dixon@pramericafi.com
jamie.ferbrache@credit-suisse.com
jamie.frederick@pnc.com
jamie.grant@axa-im.com
jamie.gregory@wachovia.com
jamie.guenther@db.com

jamie.guild@t-mi.com
jamie.gurton@barclaysglobal.com
jamie.habegger@huntington.com
jamie.hooper@fandc.com
jamie.horvat@agf.com
jamie.j.streeter@jpmorganfleming.com
jamie.jenkins@fandc.com
jamie.k.johnson@wellsfargo.com
jamie.kanterman@soros.com
jamie.kelner@prudential.com
jamie.klatsky@citi.com
jamie.lewin@gartmore.com
jamie.matlack@dillonread.com
jamie.mcconnachie@chase.com
jamie.michaels@gecapital.com
jamie.milne@moorecap.co.uk
jamie.mitchell@thehartford.com
jamie.morris@seb.se
jamie.murdoch@aegon.co.uk
jamie.oneill@wachovia.com
jamie.pagliocco@fmr.com
jamie.pasterick@bankofamerica.com
jamie.plantenberg@gmacrfc.com
jamie.pratt@db.com
jamie.reilly@prudential.com
jamie.silk@jpmorgan.com
jamie.smiles@gcm.com
jamie.swain@inginvestment.com
jamie.swisher@wachovia.com
jamie.tucker@aig.com
jamie.weiss@bmonb.com
jamie.wise@bmonb.com
jamie.zendel@mutualofamerica.com
jamie@cambinv.com
jamie@primco.com
jamie_colvin@cargill.com
jamie_kiggen@acml.com
jamie_korner@newton.co.uk
jamie_kudrako@swissre.com
jamiec@bgi-group.com
jamieg@wharton.upenn.edu
jamieh@tcbank.com.tw
jamiep.wood@biam.boi.ie
jamiesc@vankampen.com

jamiesont@aetna.com
jamil.bahous@juliusbaer.com
jamil.hallak@barep.com
jamil.hamdan@db.com
jamil.marques@ubs.com
jamil@bnm.gov.my
jamison.vanniel@tcw.com
jamoore@russell.com
jamsallem@etoilegestion.fr
jamzidi@petronas.com.my
jan.ahlander@sandvik.com
jan.andersen@al-bank.dk
jan.anderson@nordstrom.com
jan.andreassen@moa.norges-bank.no
jan.avonts@ingim.com
jan.b.bronselaer@fortisbank.com
jan.baars@morganstanley.com
jan.bassewitz@warburg-ai.com
jan.berg@credit-suisse.com
jan.bockelmann@bankgesellschaft.de
jan.bottermann@national-bank.de
jan.boudewijns@dexia-am.com
jan.breivik@sparebank1.no
jan.brickey@ercgroup.com
jan.brunn@swedbankrobur.se
jan.bryding@seb.dk
jan.daems@dexia.be
jan.dash@moorecap.com
jan.debruijn@threadneedle.co.uk
jan.dehn@ashmoregroup.com
jan.dejonge@nordlb.com
jan.deroost@fortisinvestments.com
jan.dewit@nbb.be
jan.dhondt@nbb.be
jan.eibich@hsh-nordbank.com
jan.elischberger@sfs.siemens.de
jan.erik.saugestad@im.storebrand.no
jan.faller@hcmny.com
jan.faltin@allianzgi.de
jan.fischer@bw-bank.de
jan.focken@sparkasse-bremen.de
jan.friedli@aiminvestments.com
jan.friske@westlbtrust.com
jan.gregor@sarasin.ch

jan.grindrod@himco.com
jan.groen@bankofengland.co.uk
jan.grootendorst@achmea.nl
jan.grunow@sl-am.com
jan.harmsen@uk.abnamro.com
jan.hedges@tudor.com
jan.heesters@eu.effem.com
jan.ho@jpmorganfleming.com
jan.hofmeister@lbbw.de
jan.ivar.klausen@dnbnor.no
jan.jansens@unilever.com
jan.juretzka@oppenheim.de
jan.kennedy@deka.de
jan.kilbak@hsh-nordbank.com
jan.klype@orkfin.no
jan.koczwara@helaba.de
jan.kolstad@dnb.no
jan.kotatko@sl-am.com
jan.kraemer@commerzbank.com
jan.krueger@lbbw.de
jan.kvalsvik@klp.no
jan.lamme@nl.abnamro.com
jan.lebbe@ing.be
jan.liden@foreningssparbanken.se
jan.lilja@foreningssparbanken.se
jan.lissaker@sandvik.com
jan.loeys@jpmorganfleming.com
jan.longeval@degroof.be
jan.lundquist@swedbank.com
jan.luschen@ingim.com
jan.maass@westimmobank.de
jan.mathiasen@nordeasecurities.com
jan.maurits.de.vries@achmea.nl
jan.meyer@usbank.com
jan.muench@drkw.com
jan.nellemann@jyskeinvest.dk
jan.o.andersson@swedbank.com
jan.oertzen@condor-versicherungsgruppe.de
jan.olsson@db.com
jan.ooms@fortisinvestments.com
jan.parsons@seb.se
jan.pedersen@nordea.lu
jan.peterhans@ubs.com
jan.peters@carval.com

jan.pieterse@westam.com
jan.plesar@juliusbaer.com
jan.poser@sarasin.ch
jan.qvigstad@norges-bank.no
jan.ritter@nordea.com
jan.rosenzweig@hsh-nordbank.co.uk
jan.ruecker@volkswagen.de
jan.salih@uk.fid-intl.com
jan.sarlvik@nb.se
jan.sauter@nordea.se
jan.scherer@ubs.com
jan.schneider@graffenried-bank.ch
jan.schommartz@nlcal.mail.abb.com
jan.schopen@de.pimco.com
jan.schubert@hsh-nordbank.com
jan.sijssens@fortisinvestments.com
jan.skovsby@nordea.com
jan.smedts@dexia.com
jan.sommerhalder@aigpb.com
jan.stevens@lombardodier.com
jan.straatman@ingim.com
jan.striepke@hsh-nordbank.com
jan.theo.varkevisser@pggm.nl
jan.tradgardh@fsb.se
jan.treuren@db.com
jan.trompell@hsh-nordbank.com
jan.vanermen@fortis.com
jan.vantomme@puilaetco.com
jan.vedersoe@danskebank.dk
jan.vennemo@dnbnor.no
jan.verbrugge@fortisinvestments.com
jan.verhaeghen@vanlanschot.be
jan.viebig@dws.de
jan.wassenaar@barclayscapital.com
jan.westring@se.abb.com
jan.wicke@dbv-winterthur.de
jan.wiessner@dit.de
jan.willem.cartens@mn-services.nl
jan.willem.meulenkamp@nl.fortis.com
jan.willem.van.oostveen@pggm.nl
jan.willem.vis@fortisinvestments.com
jan.willemsen@fandc.nl
jan.wim.derks@ingim.com
jan.winnefeld@db.com

jan.wurslin@modern-woodmen.org
jan.zimmermann@union-investment.de
jan@ardsley.com
jan_drahota@kb.cz
jan_elberse@chiron.com
jan_jaeger@swissre.com
jan_kupfer@hvbamericas.com
jan_luytjes@freddiemac.com
jan_nejedly@kb.cz
jan_vejmelek@kb.cz
jana.benesova@moorecap.co.uk
jana.petrovcic@credit-suisse.com
jana.ritter@ahbr.de
jana_wolfova@putnam.com
janahan.rajaratnam@advantuscapital.com
janak.patel@blackrock.com
janakinath.rao@fhlbny.com
janakraj@rbi.org.in
jan-alexander.posth@lbbw.de
janan_boehme@americancentury.com
jan-christoph.breiter@db.com
janchristoph.gebhardt@unicreditgroup.at
janders2@bloomberg.net
janderson@arco.com
janderson@bailliegifford.co.uk
janderson@standishmellon.com
jandreou@bankofcanada.ca
jandrews@newstar.com
jandrews2@bloomberg.net
jandrucko_b@jpmorgan.com
jane.attwell@citicorp.com
jane.barr@glgpartners.com
jane.brown@db.com
jane.buyers-russo@jpmorgan.com
jane.coffey@rlam.co.uk
jane.collins@csam.com
jane.cosmas@uk.fid-intl.com
jane.graham@axacs.com
jane.grulke@pacificlife.com
jane.hackney@ge.com
jane.hamblin@glgpartners.com
jane.heenan@uk.fid-intl.com
jane.henderson@cgii.com
jane.hsu@pacificlife.com

jane.kenny@fmr.com
jane.kizhner@moorecap.com
jane.knight@insightinvestment.com
jane.leung@barclaysglobal.com
jane.liou@fidelity.com
jane.loo@sg.standardchartered.com
jane.low@hvbasia.com
jane.lundquist@rocklandtrust.com
jane.mcdevitt@pncbank.com
jane.michael@pncbank.com
jane.montana@barclaysglobal.com
jane.moulding@group.novartis.com
jane.neill@biam.boi.ie
jane.o'brien@uk.fid-intl.com
jane.repensek@wamu.net
jane.rowell@northernrock.co.uk
jane.s.bennett@jpmorgan.com
jane.s.scott@chase.com
jane.schneirov@alliancebernstein.com
jane.shakespeare@aberdeen-asset.com
jane.snorek@fafadvisors.com
jane.stedman@fmr.com
jane.watters@newstaram.com
jane.xia@opcap.com
jane.zhang@mackayshields.com
jane@alfacapital.co.uk
jane_edmondson@nacm.com
jane_harps@westlb.com
jane_mcmanus@troweprice.com
jane_sibley@cgnu.net
jane_somerville@standardlife.com
jane_winchester@newton.co.uk
jane_wride@ldn.invesco.com
jane_xu@ml.com
janeen.donati@tudor.com
jan-eike.ehlers@neelmeyer.de
janek.wichtowski@tdsecurities.com
janeleung@wwinv.com.hk
janell.mcdowell@tcw.com
janelle_joaquim@ustrust.com
janellecheng@dbs.com
janelow@mas.gov.sg
janenielsen@nordea.com
janepia.andersen@danskesecurities.com

jan-eric.fillieule@sinopia.fr
jan-erik.schulien@dws.de
janerik.warneryd@tudor.com
janet.a.bushick@usa.dupont.com
janet.campbell@au.pimco.com
janet.campbell@oracle.com
janet.chow@barclaysglobal.com
janet.clay@lmginv.com
janet.crowe@prudential.com
janet.derossett@nationalcity.com
janet.grangaard@thrivent.com
janet.hurkett@gwl.com
janet.ige@pioneeraltinvest.com
janet.kay@schroders.com
janet.kube@marshallfunds.com
janet.mangano@pncbank.com
janet.mccormick@fmr.com
janet.mullen@bankofamerica.com
janet.murphy@paretopartners.com
janet.oram@barclaysglobal.com
janet_acheatel@nacm.com
janet_as@bankisrael.gov.il
janet_cockey@troweprice.com
janet_mason-1@sbphrd.com
janet_walsh@acml.com
janet_white@hancockbank.com
janetcorbin@hsbc.com
janetko@gic.com.sg
janetlawlor@bankofny.com
janetta.chung@swip.com
janette.buehler@vpbank.com
janette.parry@bankofengland.co.uk
janette_c_young@fanniemae.com
janey.clarckson@uk.fid-intl.com
janey.clarkson@hsbcam.com
janeyin@dbs.com
jangelo@angelogordon.com
jan-hendrik.bornemann@hsh-nordbank.com
jan-hendrik.walloch@ikb-cam.de
jan-henrik.rufer@ikb.de
jani.laitinen@aktia.fi
jani.lindholm@bof.fi
jani.partanen@op.fi
janice.a.wallis@wellsfargo.com

janice.daly@ubs.com
janice.diamond@schwab.com
janice.koshida@rbc.com
janice.r.piggee@bankofamerica.com
janice.s.ho@americas.bnpparibas.com
janice.stratton@pnc.com
janice.tsai@chinatrust.com.tw
janice.turek@clamericas.com
janice_fugler@freddiemac.com
janice_jones@ldn.invesco.com
janice_kary@nacm.com
janina.groschupp@dexia.de
janina.macswayed@csam.com
janine.afflitto@thrivent.com
janine.airey@lazard.com
janine.belahbib@banquecramer.ch
janine.guillot@barclaysglobal.com
janine.hofer@bankofamerica.com
janine.leola@morganstanley.com
janine.miller@aig.com
janine.rosa@hcmny.com
janinebrezovar@northwesternmutual.com
janis.chan@hsbcrepublic.com
janis.hydak@trs.state.tx.us
janis.voldins@fmr.com
jan-jaap.meindersma@nibc.com
janjoost.maas@stroeve.nl
jan-marc.fergg@ubs.com
janmichiel.hessels@fortisbank.com
jann.molnes@dnb.no
janna.honing@morganstanley.com
janna.miller@fafadvisors.com
janne.uski@mandatum.fi
janneskou@jyskebank.dk
jannet_aminov@ustrust.com
jannicelli@millburncorp.com
janniel@microsoft.com
janniequek@gic.com.sg
jannika.nilsson@lansforsakringar.se
jannis.asdres@ap3.se
jano01@handelsbanken.se
janoliver.bell@lampebank.de
janos.csirik@deshaw.com
janos.soos@ecb.int

jan-otto.nilsson@foreningssparbanken.se
janpaul.vanderent@snssecurities.nl
janpeter.jp.duijvestijn@si.shell.com
jan-peter.otto@helaba.de
jan-reinert.kallum@norges-bank.no
janrune.skorpen@seb.se
jansenar@interbrew.nl
janssenb@ebrd.com
jant@bloomberg.net
jantheo.varkevisser@pggm.nl
janus.yeo@cibc.com.sg
janusz.mosakowski@inginvestment.com
janusz.zielinski@mail.nbp.pl
jan-willelm.verhulst@dit.de
janwillem.acket@juliusbaer.com
jan-willem.van.tongeren@nibc.com
janzalone@primco.com
jap@nykredit.dk
jap234@cornell.edu
japarton@leggmason.com
japp.slotema@utc.rabobank.com
japruzzese@ustrust.com
jar.ef@adia.ae
jar@gruss.com
jarad.vasquez@wellscap.com
jaramirez@bankinter.es
jaramos@wellington.com
jarard.blake@ubs.com
jarbeeny@opcap.com
jarcosar@cajamadrid.es
jarechederra@bloomberg.net
jared.barton@sscims.com
jared.bean@microsoft.com
jared.epstein@morganstanley.com
jared.frandle@tcw.com
jared.guay@fmr.com
jared.harsha@charteronebank.com
jared.heine@ubs.com
jared.hudson@himco.com
jared.knote@opcap.com
jared.kutner@bwater.com
jared.mann@nb.com
jared.wingard@protective.com
jared_wallace@putnam.com

jarek.karpinski@westernasset.com
jarguello@pictet.com
jari.eklund@tapiola.fi
jari.jarvinen@tapiola.fi
jari.puhakka@oko.fi
jarich@aegonusa.com
jarid.king@edwardjones.com
jarka.saidi@ca-suisse.com
jarl.ginsberg@columbiamanagement.com
jarl_kristensen@westlb.de
jarmanp@gruppocredit.it
jarmita@bloomberg.net
jarno.ilves@bof.fi
jarnoff@rencap.com
jarnold@europeancredit.com
jarnoldy@faralloncapital.com
jarocki@bloomberg.net
jarome@wellington.com
jaromir.malak@erstebank.at
jaroslaw.grabczynski@mail.nbp.pl
jaroslaw.morawiec@alliancebernstein.com
jarred.mayrosh@orix.com
jarred.sherman@jpmorgan.com
jarrod.deakin@hsbcam.com
jarrod_pelletier@putnam.com
jarroyo@banxico.org.mx
jartiedg@cajamadrid.es
jarullo@wellington.com
jarumanr@bot.or.th
jarumant@bot.or.th
jarvelak@swcorp.org
jarvis.seaman@philips.com
jarvisj@anz.com
jaryl.frazer@thehartford.com
jas.jalaf@xlgroup.com
jas.mahil@bloomberg.net
jas.singh@morleyfm.com
jas@columbus.com
jas192bv@bloomberg.net
jas2@smith.williamson.co.uk
jas384@cornell.edu
jasa@unibank.dk
jasa09@handelsbanken.se
jasante2@firststate.co.uk

jasb@capgroup.com
jascampbell@tiaa-cref.org
jascinthatang@gic.com.sg
jasemah@kia.gov.kw
jasenjoh@notes.banesto.es
jasher@barbnet.com
jashurst@pictet.com
jasimon@bear.com
jaslyntan@gic.com.sg
jasmeet-s.chadha@ubs.com
jasmin.patel@pharma.novartis.com
jasmin.weg@dit.de
jasmina.koleva@uk.fid-intl.com
jasmina.milicevic@ubs.com
jasmina_lepetic@ml.com
jasmine.huang@columbiamanagement.com
jasmine.n.beharry@db.com
jasmine.pong@morganstanley.com
jasmine.uecker@juliusbaer.com
jasmine_ng@acml.com
jasmith@fandc.co.uk
jasmith@garlandisd.net
jasmith@westernasset.com
jason.a.king@jpmorgan.com
jason.adams@us.cibc.com
jason.appleson@alliancebernstein.com
jason.audette@bnymellon.com
jason.austin@pimco.com
jason.b.chrein@jpmorgan.com
jason.baichtal@citadelgroup.com
jason.baichtal@wfg.com
jason.baits-tomlin@gallahergroup.com
jason.ballsrud@peregrinecapital.com
jason.bastedo@ubs.com
jason.batch@ge.com
jason.beckett@gcm.com
jason.bennett@genworth.com
jason.benowitz@morganstanley.com
jason.block@alpinvest.com
jason.bohrer@suntrust.com
jason.breckenridge@royalbank.com
jason.bristow@corporate.ge.com
jason.bryan@usaa.com
jason.c.omalley@jpmchase.com

jason.carnibella@glgpartners.com
jason.channell@uk.fid-intl.com
jason.chen@tcbank.com.tw
jason.cheng@banca.mps.it
jason.clague@jpmorganfleming.com
jason.clark@edwardjones.com
jason.clark@hsbcpb.com
jason.collins@db.com
jason.conlin@bwater.com
jason.cordeiro@inginvestment.com
jason.cornish@resolutionplc.com
jason.crawford@bbh.com
jason.dahl@asbai.com
jason.danen@usbank.com
jason.dangelo@aig.com
jason.d'angelo@aig.com
jason.doctor@citicorp.com
jason.doiron@citigroup.com
jason.draut@barclaysglobal.com
jason.drennan@iibbank.ie
jason.e.chen@jpmchase.com
jason.e.wright@gwl.com
jason.edwards@glgpartners.com
jason.ekaireb@gs.com
jason.esplin@inginvestment.com
jason.feinstein@blackrock.com
jason.feller@ubs.com
jason.fields@commercebank.com
jason.forster@lgim.co.uk
jason.fredman@insightinvestment.com
jason.gedraitis@gmacrfc.com
jason.gerstein@highviewcap.com
jason.gilbert@gs.com
jason.gordon@barclaysglobal.com
jason.green@moorecap.com
jason.groom@janus.com
jason.gruhot@citi.com
jason.hach@nationalcity.com
jason.hamilton@citizensbank.com
jason.hans@harrisbank.com
jason.herried@associatedbank.com
jason.holzer@aimfunds.com
jason.hsiao@us.calyon.com
jason.hsueh@mortgagefamily.com

jason.huang@ff.com
jason.hughes@fmr.com
jason.hutt@bbh.com
jason.iannuzzi@prudential.com
jason.j.thelen@wellsfargo.com
jason.jackal@ubs.com
jason.jennaro@tudor.com
jason.k.hempel@jpmorgan.com
jason.kastner@barcap.com
jason.kennard@lionhart.net
jason.kennedy@ppmamerica.com
jason.ko@jpmorgan.com
jason.krcmery@infarmbureau.com
jason.kritzer@blackrock.com
jason.l.babb@db.com
jason.l.minkler@jpmorgan.com
jason.lacy@hsh-nordbank.co.uk
jason.lai@ubs.com
jason.lamacchia@barclaysglobal.com
jason.lapkins@glgpartners.com
jason.lawrence@sgcib.com
jason.lehman@citadelgroup.com
jason.lewis@blackrock.com
jason.lilly@rocklandtrust.com
jason.lina@jpfinancial.com
jason.lindeman@rbccm.com
jason.lovelace@ny.frb.org
jason.lye@ing.com.au
jason.m.george@conocophillips.com
jason.mackay@glgpartners.com
jason.markowitz@bbh.com
jason.marshall@pncbank.com
jason.matz@state.mn.us
jason.maxwell@tcw.com
jason.mcdonald@commerzbankib.com
jason.mcrae@aamcompany.com
jason.melo@rbc.com
jason.merritt@frostbank.com
jason.miller@benfinancial.com
jason.mitchell@glgpartners.com
jason.miu@ny.frb.org
jason.modine@ubs.com
jason.moggeridge@uk.bnpparibas.com
jason.montecucco@columbiamanagement.com

jason.morris@citadelgroup.com
jason.moutray@redwoodtrust.com
jason.muenzen@gs.com
jason.mullins@pioneeraltinvest.com
jason.ng@abnamro.com
jason.norris@msdw.com
jason.obrien@usbank.com
jason.osier@roundtableimc.com
jason.park@bmo.com
jason.pearl@morganstanley.com
jason.perlioni@ubs.com
jason.pinto@fmr.com
jason.prest@avmltd.com
jason.r.fletcher@jpmorgan.com
jason.randolph@ubs-oconnor.com
jason.rausch@inginvestment.com
jason.regalado@db.com
jason.revland@morganstanley.com
jason.rhodes@fmr.com
jason.rich@tdsecurities.com
jason.riehle@4086.com
jason.rogers@barclayscapital.com
jason.rosendhal@uobgroup.com
jason.rotenberg@bwater.com
jason.s.kass@jpmorganfleming.com
jason.sammet@nisanet.com
jason.schenker@wachovia.com
jason.schmidt@midstates.org
jason.schultz@swib.state.wi.us
jason.schumacher@pnc.com
jason.schwartz@53.com
jason.sensat@citadelgroup.com
jason.sessions@juliusbaer.com
jason.singer@gs.com
jason.sissel@morganstanley.com
jason.smith@blackrock.com
jason.spieler@ubs.com
jason.storsley@rbc.com
jason.straker@jpmorganfleming.com
jason.strofs@barclaysglobal.com
jason.stuart@blackrock.com
jason.tang@barclaysasia.com
jason.tauber@nb.com
jason.thorell@us.mizuho-sc.com

jason.toussaint@ntrs.com
jason.troller@email.publix.com
jason.tsadilas@citadelgroup.com
jason.tseng@email.chinatrust.com.tw
jason.ulrich@rbscoutts.com
jason.vaitukaitis@jpmorgan.com
jason.vassil@db.com
jason.vickery@morganstanley.com
jason.votruba@umb.com
jason.wallis@truscocapital.com
jason.walsh@abnamro.com
jason.wang@cpic-ing.com.cn
jason.wang@glgpartners.com
jason.weber@mercantile.com
jason.weinberg@allstate.com
jason.weiner@fmr.com
jason.weiner@micorp.com
jason.williams@lazard.com
jason.woerz@bms.com
jason.woerz@bwater.com
jason.wu@citadelgroup.com
jason.x.hall@jpmorgan.com
jason.yan@schroders.com
jason.yee@janus.com
jason.yeung@morganstanley.com
jason.young@tdsecurities.com
jason.yu@tcbank.com.tw
jason.zambanini@pimco.com
jason.zeman@sunlife.com
jason.zollinger@bnymellon.com
jason@heliosgrp.com
jason@shenkmancapital.com
jason_a_pinnix@fanniemae.com
jason_a_white@troweprice.com
jason_byrom@blackrock.com
jason_c_boyd@fleet.com
jason_carter@fanniemae.com
jason_clark@rsausa.com
jason_collins@troweprice.com
jason_crowley@rhco.com
jason_dwen@bnz.co.nz
jason_e_putman@victoryconnect.com
jason_fromer@putnam.com
jason_goldstein@acml.com

jason_hannon@vanguard.com
jason_hickey@firstar.com
jason_jarema@conning.com
jason_jeffers@ssga.com
jason_krasilovsky@fanniemae.com
jason_kritzer@putnam.com
jason_ley@acml.com
jason_m_mirr@victoryconnect.com
jason_mandel@ml.com
jason_maud@axa-slim.co.uk
jason_mcaleer@newton.co.uk
jason_mclean@aimfunds.com
jason_middough@freddiemac.com
jason_moshos@acml.com
jason_murray@conning.com
jason_nogueira@troweprice.com
jason_pappalardi@acml.com
jason_pidcock@newton.co.uk
jason_polun@troweprice.com
jason_randlett@ssga.com
jason_rosenthal@westlb.co.jp
jason_rottinger@victoryconnect.com
jason_russell@nacm.com
jason_tedor@keybank.com
jason_thayer@fanniemae.com
jason_toussaint@conseco.com
jason_tw_lo@hkma.gov.hk
jason_vaillancourt@putnam.com
jason_w_bear@aul.com
jason_weaver@keybank.com
jason-03972@email.esunbank.com.tw
jason-04424@email.esunbank.com.tw
jasona.weiss@aig.com
jasonb@bgi-group.com
jasoncd@wharton.upenn.edu
jasonchiu@bankofny.com
jasond@sfc-uk.com
jasondrennan@angloirishbank.ie
jasone@highbridge.com
jasonho@mail.bot.com.tw
jasonlow@gic.com.sg
jasonproctor@commercialfed.com
jasons@wvimb.org
jasonschultz@northwesternmutual.com

jasonsmith@northwesternmutual.com
jasonsteigman@northwesternmutual.com
jasonting@tcbank.com.tw
jasontkrueger@northwesternmutual.com
jasontriplitt@gic.com.sg
jasontsai@cathaylife.com.tw
jaspal.bindra@sg.standardchartered.com
jaspal.tuli@ubs.com
jasper.boersma@barclayscapital.com
jasper.hennessey@axa-im.com
jasper.hoek@do.treas.gov
jasper.huitsing@mn-services.nl
jasper.jan.meijerink@citigroup.com
jasper.kemme@philips.com
jasper.thomas@skandia.co.uk
jasper.van.den.eshof@mn-services.nl
jassem.khan@fgb.ae
jassem@adic.co.ae
jast@capgroup.com
jastarloa@gruposantander.com
jasterrc@ensignpeak.org
jaston@nb.com
jasullivan@stifel.com
jasvinder.mahil@bnpparibas.com
jaswinder.sandher@bbg.co.uk
jatd@sek.se
jati.banerjee@hsbcpb.com
jatin.doktor@ubs.com
jatin.vara@barclaysglobal.com
jatin@heliosgrp.com
jatin_misra@putnam.com
jatomas@uef.es
jatyre@neuberger.com
jau@fleetsecurities.com
jaugustine@vmfcapital.com
jauyeung@metlife.com
javas@bankinter.es
javery@fhlbatl.com
javholsb@cordius.be
javier.carrallo@axa-im.co.uk
javier.delgadomartinez@telefonica.es
javier.dominguez@interdin.com
javier.garcia@juliusbaer.com
javier.gil-burgui@fonditel.es

javier.gonzalezhelly@bnpparibas.com
javier.gorronogoitia@cajalaboral.es
javier.gozalo@csam.com
javier.lamelas@credit-suisse.com
javier.latorre@allianzgi.de
javier.lopezmanzano@telefonica.es
javier.medina@grupobbva.com
javier.requena@grupobbva.com
javier.revelo@blackrock.com
javier.rillo@ibercaja.net
javier.rodriguez@barclaysglobal.com
javier.rodriguez@firstbankpr.com
javier.uriguen@andbanc.com
javier.urquidi@iberdrola.es
javier.x.martin-artajo@jpmorgan.com
javier_garay@ml.com
javier_otoya@cathaybank.com
javier_portella@freddiemac.com
javiero@iadb.org
jaw@ubp.ch
jax@bloomberg.net
jay.a.weinberg@pnc.com
jay.baek@samsung.com
jay.braden@funb.com
jay.bray@checmail.com
jay.briganti@sachsenlb.ie
jay.bryson@wachovia.com
jay.buckley@blackrock.com
jay.burden@honeywell.com
jay.cristello@inginvestment.com
jay.cunningham@aiminvestments.com
jay.cushing@putnam.com
jay.daniel@eagleasset.com
jay.dietrich@ppmamerica.com
jay.fisher@wellsfargo.com
jay.gerard@tcw.com
jay.gould@huntington.com
jay.hedstrom@fmr.com
jay.ireland@ge.com
jay.k.morrison@jpmchase.com
jay.kanani@creditlyonnais.co.uk
jay.ladieu@fmr.com
jay.levy@mackayshields.com
jay.luong@schroders.com

jay.morley@harrismycfo.com
jay.nakahara@db.com
jay.nix@inginvestment.com
jay.novatney@citadelgroup.com
jay.owen@fmr.com
jay.p.cilione@jpmchase.com
jay.petit@ubsw.com
jay.plaskett@edwardjones.com
jay.plum@charteronebank.com
jay.preston@fmr.com
jay.r.goldenstein@credit-suisse.com
jay.ritter@harrisbank.com
jay.rosenberg@usbank.com
jay.rw@mellon.com
jay.sands@us.socgen.com
jay.sangha@eu.nabgroup.com
jay.sashti@jpmorgan.com
jay.schreyer@drkw.com
jay.schwartzberg.@fmr.com
jay.simons@checmail.com
jay.small@4086.com
jay.strohmaier@peregrinecapital.com
jay.suskind@ryanbeck.com
jay.vansciver@bbh.com
jay.villanueva@jpmorgan.com
jay.vyas@barclaysglobal.com
jay.weed@fmr.com
jay.young@moorecap.com
jay@columbus.com
jay_baumgardner@ustrust.com
jay_boyd@invesco.com
jay_buckley@ml.com
jay_jeong@calpers.ca.gov
jay_ladieu@ssga.com
jay_markowitz@troweprice.com
jay_mortenson@capgroup.com
jay_platt@freddiemac.com
jay_post@ml.com
jay_taparia@am.fcnbd.com
jayant.rikhye@hsbc.com
jaybrian_springer@ustrust.com
jaybun@safeco.com
jaychoi@templeton.com
jaydawgz@bloomberg.net

jaydm@mmcgrand.com
jayesh.mukundan@deshaw.com
jayesh.odedra@bis.org
jayesh.patel@barclaysglobal.com
jayesh.patel@uk.bnpparibas.com
jayesh.shah@disney.com
jayme.burdiek@fhlbtopeka.com
jayme.dirienzo@pimco.com
jaymeen.patel@morganstanley.com
jaymie.sullivan@moorecap.com
jayn@bloomberg.net
jayne.clayson@threadneedle.co.uk
jayne.forbes@axa-im.com
jayne.kemble@uk.fid-intl.com
jayne.welling-wolf@hsh-nordbank.com
jayne.winthrop@aig.com
jayne_shontell@fanniemae.com
jayolson@cargill.com
jayres@fdic.gov
jayson.vowles@morganstanley.com
jayson@chandlerasset.com
jazelten@delinvest.com
jb.heuvel@quicknet.nl
jb.long@everbank.com
jb@bearbull.ch
jb@mfs.com
jb@stw.com
jb@wasatchadvisors.com
jb_holding@juliusbaer.com
jb127@ntrs.com
jb136@notes.ntrs.com
jb204@ntrs.com
jb254@ntrs.com
jb84@ntrs.com
jba@bpi.pt
jba1@bloomberg.net
jba53@bloomberg.net
jbachman@genre.com
jbacon@mfs.com
jbader@halcyonpartnerships.com
jbadwan@bloomberg.net
jbagaglio@bear.com
jbaicich@nb.com
jbaik3@bloomberg.net

jbailey@aegonusa.com
jbailey@davenportllc.com
jbaity@fhlbboston.com
jbak@standishmellon.com
jbaker@nb.com
jbalas@eatonvance.com
jbalchandani@metlife.com
jbalder@ssrm.com
jbalestrino@federatedinv.com
jbalfour@loomissayles.com
jbalkind@soam.com
jball@rockco.com
jbaltora@groupama-am.fr
jbamford@newstaram.com
jbanas@babsoncapital.com
jbarak@bloomberg.net
jbaraona@perrycap.com
jbarbe@pictet.com
jbarbera@bankofny.com
jbarbollag@bloomberg.net
jbard@vestarden.com
jbarfels@fhlbdm.com
jbarker@nb.com
jbarker1@metlife.com
jbarlow@parknatl.com
jbarlow@wellington.com
jbarne@ftci.com
jbarnea@bloomberg.net
jbarnett@tiaa-cref.org
jbarone@resurgencellc.com
jbarone@standishmellon.com
jbarr@loomissayles.com
jbarraza@exchange.ml.com
jbarreiros@grupobbva.com
jbarrenechea@invercaixa.es
jbarrett@fhlb-of.com
jbarrett@turnerinvestments.com
jbarrow@barrowhanley.com
jbarton@russell.com
jbarzideh@canyonpartners.com
jbaskin@aegonusa.com
jbasterra@worldbank.org
jbatra@metlife.com
jbattag@frk.com

jbatten@turnerinvestments.com
jbaumgar@blackrock.com
jbaumgardner@mcglinncap.com
jbaumhoegger@bloomberg.net
jbaumsta@allstate.com
jbaur@eatonvance.com
jbaxter@sunamerica.com
jbaylor@aegonusa.com
jbb@capgroup.com
jbbf@capgroup.com
jbblanthorne@hsbc.com
jbc3@ntrs.com
jbcollado@bankinter.es
jbcraig@wellscap.com
jbeaman@apollorealestate.com
jbeard@evergreeninvestments.com
jbeaudou@dresdner.com
jbeaulieu@massmutual.com
jbeauparlant@loomissayles.com
jbeaver@congressasset.com
jbecker@gsc.com
jbeckett@sirachcap.com
jbeguelin@pictet.com
jbehar@gm.com
jbehar@invest.treas.state.mi.us
jbehnke@ford.com
jbehrend@phillyinvest.com
jbeil@blackrock.com
jbelardi@sunamerica.com
jbelbeck1@bloomberg.net
jbelk@frk.com
jbelk@qualcomm.com
jbell@fhlbatl.com
jbell@guildinvestment.com
jbell@guzman.com
jbell@loomissayles.com
jbell@pictet.com
jbeloin@caxton.com
jbendt@copera.org
jbenetti@pictet.com
jbenhamida@pictet.com
jbennett@bechtel.com
jbennett@bennettmgmt.com
jbennick@delinvest.com

jbenson@fhlbc.com
jberding@amfin.com
jberg@bear.com
jberges@gardnerrich.com
jbergolios@troweprice.com
jberk@divinv.net
jberlinger@adelphia.net
jbernardo111@aol.com
jbernaus@sanostra.es
jbernstein@meag-ny.com
jbernstein@us.nomura.com
jberrie@nisi.net
jbertolo@notes.banesto.es
jbesse@atlasventure.fr
jbevilacqua@wellington.com
jbezon@cobank.com
jbfields@delinvest.com
jbgauzere@wbfinance.com
jbhansal@tiaa-cref.org
jbhawkes@eatonvance.com
jbiechy@groupama-am.fr
jbiernat@europeancredit.com
jbies@meag.com
jbiggs@caxton.com
jbiggs@ftci.com
jbilodeau@standishmellon.com
jbimmidoffice@juliusbaer.com
jbiondich@northcentraltrust.com
jbirchall@dlbabson.com
jbishop@colonialfiststate.co.uk
jbishop@scmadv.com
jbitter@wilmingtontrust.com
jbj@bloomberg.net
jbj@dodgeandcox.com
jbk@juliusbaer.com
jbl@notes.ntrs.com
jblack@beutelgoodman.com
jblack@mfs.com
jblackin@bloomberg.net
jblackman@hestercapital.com
jblackwell@stephens.com
jblair@tiaa-cref.org
jblanchette@mfs.com
jblanco@bbvany.com

jblanco@invercaixa.es
jblancod@notes.banesto.es
jblasini@bppr.com
jblecher@yorktraditionsbank.com
jblevins@fhlbdm.com
jbloomfield@pictet.com
jblopez@iberdrola.es
jblue@opers.org
jblumberger@nb.com
jbmccourtney@bremer.com
jbn@fm.dk
jbnicholson@bbandt.com
jbo@petercam.be
jboers@aegon.nl
jboffa@bankofny.com
jbogen@bear.com
jbohmsil@banrep.gov.co
jbohnsack@swst.com
jbolton@nb.com
jbonatucci@bloomberg.net
jbond@evergreeninvestments.com
jbond@websterbank.com
jboneno@incomeresearch.com
jbonet@ceca.es
jbongard@pictet.com
jbonmato@cajamadrid.es
jbonnell@oppenheimerfunds.com
jbonomo@aamcompany.com
jborder@carnival.com
jborovsky@gofen.com
jborrasto@bga.gbancaja.com
jbosworth@babsoncapital.com
jbotterb@homeside.com
jbouffier@oddo.fr
jboulliat@sinopia.fr
jbourgeois@jhancock.com
jboushelle@opers.org
jbousma@frk.com
jbouterse@aegon.nl
jbova@jhancock.com
jbowen@ftportfolios.com
jbower@bankcnb.com
jbower@standishmellon.com
jboydell@oppenheimerfunds.com

jboyer@princeton.edu
jboylan@whitepinecapital.com
jbr.na@adia.ae
jbraasch@suburbanonline.org
jbradshaw@evcap.bm
jbradshaw3@bloomberg.net
jbraeuti@invest.treas.state.mi.us
jbrand@washfed.com
jbrandenburg@spfbeheer.nl
jbrando@frk.com
jbrandser@fiduciarymgt.com
jbratschi@seawardmgmt.com
jbraverman@aegonusa.com
jbray@hbk.com
jbreaks@mcglinncap.com
jbreaux@aegonusa.com
jbreen@steinroe.com
jbreslin@federatedinv.com
jbresnahan@bbandt.com
jbreuil@groupe-ufg.com
jbrinati@allstate.com
jbrinckerhoff@deerfieldcapital.com
jbriones@apolloic.com
jbristow@europeancredit.com
jbroadfoot@ivyfunds.com
jbrogna@mfs.com
jbronchetti@delinvest.com
jbrook@crtllc.com
jbrooks@laidlaw.com
jbrooks@tiaa-cref.org
jbroome@eatonvance.com
jbrorson@nb.com
jbroscius@allegiancecapital.com
jbrothers@bradfordmarzec.com
jbrowlette@ibtco.com
jbrown@aegonusa.com
jbrown@loomissayles.com
jbrown@recordcm.com
jbrown@stephens.com
jbrown@us.mufg.jp
jbrown35@bloomberg.net
jbrownfield@lkcm.com
jbruce@ameritech.net
jbrueckmann@meag.com

jbruno@thehartford.com
jbryan@collins-stewart.com
jbryan@novelluscapital.com
jbs.tr@adia.ae
jbt2@ntrs.com
jbt23501@glaxowellcome.co.uk
jbueno@gruposantander.com
j-buick@fairfax.ca
jbuick@vegapartners.com
jbulpitt@payden-rygel.com
jbunch@montag.com
jbundy@fhlbi.com
jbunyak@oppenheimerfunds.com
jburdass@uk.tr.mufg.jp
jburellseb@bloomberg.net
jburger@alaskapermfund.com
jburian@tiaa-cref.org
jburke@amica.com
jburke@bloomberg.net
jburke@morrisons.co.uk
jburke@oppenheimerfunds.com
jburke83@bloomberg.net
jburkett@mfs.com
jburns4@franklintempleton.co.uk
jburque@loomissayles.com
jburrow@crewsfs.com
jburrow@sterneagee.com
jbutler@browncapital.com
jbutler@ustrust.com
jbuxbaum@meag-ny.com
jbwagnon@unumprovident.com
jbwhite@wachoviasec.com
jbyerly@ttcpa.sbcounty.gov
jbyron@sric.net
jbyron2@bloomberg.net
jc.arnoux@groupe-mma.fr
jc@abacuscapitalfund.com
jc_sanchez@bancourquijo.es
jc108@ntrs.com
jc143@ntrs.com
jc2@wmblair.com
jc495@cornell.edu
jc68@ntrs.com
jcabanas@atlantico.com

jcacho@princeton.edu
jcadley@blx.com
jcadogan@bloomberg.net
jcadunzi@bankofny.com
jcaggiano@babsoncapital.com
jcahill@kbw.com
jcain@cainbrothers.com
jcain@firsthorizon.com
jcain@ingdelta.com
jcaldas@nb.com
jcaldeira@espiritosanto.ch
jcaldwell@mcdinvest.com
jcallaghan@ftci.com
jcallaghan@troweprice.com
jcallahan@bbandt.com
jcallen@dlj.com
jcallet@lincap.com
jcallies@meag.com
jcallow@thamesriver.co.uk
jcalmas@mfs.com
jcalvin@arvest.com
jcalvo@pressprich.com
jcampagna@bayernlbny.com
jcampagna@tiaa-cref.org
jcampbell@firststate.co.uk
jcampbell@parknatl.com
jcampilb@notes.banesto.es
jcanals@creditandorra.ad
jcanavatec@gestimed.cam.es
jcanman@bloomberg.net
jcannon@allstate.com
jcannon@metlife.com
jcantera@notes.banesto.es
jcantey@tiaa-cref.org
jcanto@arcocapital.com
jcantrell@provbank.com
jcantrell2@bloomberg.net
jcantwell2@bloomberg.net
jcanty@fhlbc.com
jcanziani@membertrade.com
jcao11@bloomberg.net
jcapons@sanostra.es
jcapps@bokf.com
jcardillo@mcdinvest.com

jcardillo@oppenheimerfunds.com
jcardon@wasatchadvisors.com
jcarey@fftw.com
jcarieri@westernasset.com
jcarl@metlife.com
jcarlisle@vigilantcap.com
jcarlos@us.mufg.jp
jcarlson@deerfieldcapital.com
jcarlson@westernasset.com
jcarmel@angelogordon.com
jcarpenter@bankhnb.com
jcarrera@banxico.org.mx
jcarrion@notes.banesto.es
jcarroll@hertz.com
jcarroll@loomissayles.com
jcarroll@pressprich.com
jcarroll@stephens.com
jcarter@rgbk.com
jcarter@westpac.com.au
jcarty@hcmlp.com
jcaruso@standishmellon.com
jcasey@compassbank.com
jcasey@eatonvance.com
jcashe@wellington.com
jcashmore@stephens.com
jcaskin@transamerica.com
jcasper@orleanscapital.com
jcasson@fandc.co.uk
jcastellon@suburbanonline.org
jcastro@fncb.com
jcate@prospectsecurities.com
jcattier@samgmt.com
jcave@fandc.co.uk
jcave@fhlbc.com
jcaylo@angelogordon.com
jcb@bpi.pt
jcbeard@adelphia.net
jcbouchard@wellington.com
jcc@baupost.com
jcc1@ntrs.com
jccaballero@bde.es
jcconrad@statestreet.com
jccrawford@calstrs.com
jceastman@wellington.com

jcecil@caxton.com
jceleste@groupama-am.fr
jcelestine@osc.state.ny.us
jcerra@tiaa-cref.org
jcfm@capgroup.com
jcgalt@midamerican.com
jcha@bloomberg.net
jchacon@jennison.com
jchadwick@metlife.com
jchaikin@nb.com
jchalker@lmcapital.com
jchambers@cisco.com
jchan@alpshk.com
jchan2@metlife.com
jchan21@bloomberg.net
jchandy@lehman.com
jchang@rockco.com
jchang@tiaa-cref.org
jchang@westernasset.com
jchang@wga.com
jchang3@bloomberg.net
jchanis@caxton.com
jchap@bloomberg.net
jchapin@metlife.com
jcharles@deerfieldcapital.com
jcharles@thamesriver.co.uk
jchatman@bpmny.com
jcheatham@summitbank.com
jchelmu@federatedinv.com
jchen@cumberassoc.com
jchen@dsaco.com
jchen@manubank.com
jchen@wellington.com
jchen154@bloomberg.net
jcheney@ponderco.com
jcheng@bradfordmarzec.com
jcheng@perrycap.com
jcheng@wellington.com
jcheung@mdsass.com
jchigounis@rnt.com
jchinnici@mcdinvest.com
jchisholm@bancaintesa.us
jcho@mfs.com
jchon@oppenheimerfunds.com

jchong@martincurrie.com
jchr@nykredit.dk
jchristensen@kayne.com
jchristin@pictet.com
jchu@frk.com
jchua@muis.com.hk
jchuff@jmsonline.com
jchung@dsaco.com
jchung@wellington.com
jchyde@bloomberg.net
jci@artemisinvest.com
jciacciarelli@bankofny.com
jcicirel@allstate.com
jcifuentes@hcmlp.com
jcinque@leggmason.com
jcipriani@bankofny.com
jcjensen@wellington.com
jckeller@us.nomura.com
jckeogh@wellington.com
jclancy@bbandt.com
jclark@cabotsquare.com
jclark@mfs.com
jclark@turnerinvestments.com
jclark3@worldbank.org
jclaude.grynberg@francetelecom.fr
jclaude@ecofi.fr
jclausen@msfi.com
jclaveria@ahorro.com
jclayton@fhlbatl.com
jcleary@westpac.com.au
jclerc@pictet.com
jclifford@omega-advisors.com
jcltwo@princeton.edu
jcmekil@fr.ebsworld.com
jcmello@montepiogeral.pt
jcoates@mtildn.co.uk
jcoates@templeton.com
jcoburn@fdic.gov
jcoccaro@apollodif.com
jcodina@andornet.ad
jcoene@aegon.nl
jcoffman@bokf.com
jcoirollo@caxton.com
jcolbert@bloomberg.net

jcolbert@sandleroneill.com
jcoleman@perrycap.com
jcollins@nb.com
jcolucci@sarofim.com
jcolville@calstrs.com
jcompt@coair.com
jcomunia@cajamadrid.es
jconcepcion@cifunds.com
jconklin@hbk.com
jconn@frk.com
jconners@beneficialsavingsbank.com
jconnolly@ivyfunds.com
jconnolly@mfcglobalus.com
jconnor@pjc.com
jconstantino@mfs.com
jconte@perrycap.com
jcontreg@cajamadrid.es
jcontrerasa@bcj.gbancaja.com
jcook@seawardmgmt.com
jcook@tiaa-creff.org
jcoppola@halcyonllc.com
jcopsidas@cimfra.com
jcorchard@wisi.com
jcorcoran@ustrust.com
jcorkran@ucm.utendahl.com
jcornett@arvest.com
jcornwell@pacholder.com
jcorrato@prudentialsavingsbank.com
jcorrenti@whummer.com
jcosta@icbny.com
jcostel2@ford.com
jcostello@siebertnet.com
jcotoole@wellington.com
jcoull@martincurrie.com
jcountryman@leggmason.com
jcoury@jamisonfirst.com
jcousins@bankleumi.co.uk
jcox@uscentral.org
jcoxon@nystrs.state.ny.us
jcoyle007@bloomberg.net
jcp@usabancshares.com
jcp68@cornell.edu
jcparsons@bloomberg.net
jcpca356@yahoo.com

jcpernas@ahorrocorporacion.com
jcr@bpi.pt
jcrangle@bostonis.com
jcrea@federatedinv.com
jcroft@eatonvance.com
jcroghan@lincap.com
jcrone@fcem.co.uk
jcrone3@bloomberg.net
jcronin@wellington.com
jcrooks@troweprice.com
jcross2@frk.com
jcrowley@eatonvance.com
jcrowley@ffbonline.com
jcruickshank@jhancock.com
jcrystal@rockco.com
jcsaboliauskas@wellington.com
jcsanderson@hancock.com
jcsanderson@jhancock.com
jcschmidt@dow.com
jcscott@the-ark.com
jcsemple@us.ibm.com
jctorres@tritonglobalcapital.com
jcuccia@meag-ny.com
jcucunato@bfm.com
jcunniff@tiaa-cref.org
jcurd@smithbreeden.com
jcurry@alger.com
jcurry@ibjwhitehall.com
jcurti1@frk.com
jcushin@ftci.com
jcushman@mcleanbudden.com
jcusser@waddell.com
jcutrone@exchange.ml.com
jcw2@ntrs.com
jcwillis@bbandt.com
jd.d.dwane@aibbny.ie
jd@falconmgt.com
jd9@ntrs.com
jdacosta@wellington.com
jdagena@templeton.com
jdahl@victoryconnect.com
jdaire@cpr-am.fr
jdalton@websterbank.com
jdamian@oppenheimerfunds.com

jdamon@oechsle.com
jdaniels@ifsam.com
jdaniels1@bloomberg.net
jdaniszewski@lib.com
jdann@uss.co.uk
jdanton@frk.com
jdapietro@citadelgroup.com
jdarling@btmna.com
jdavid.moore@aig.com
jdavid@allstate.com
jdavies@templeton.com
jdavis@canyonpartners.com
jdavis@odec.com
jdavis@rockco.com
jdavis@tjim.com
jdavolio@mdsass.com
jdawson@scmadv.com
jdb@petercam.be
jdbateman@leggmason.com
jdboer@optimix.nl
jdcurtiss@statestreet.com
jdd3@ntrs.com
jdean@cazenove.com
jdean@loomissayles.com
jdeans@aegonusa.com
jdearce@bloomberg.net
jdeardorff@buffalofunds.com
jdebono@alcatel-lucent.com
jdecarlo@ceca.es
jdecker@royalbankamerica.com
jdecouto@nefm.com
jdediego@gruppobbva.com
jdeeringer@frk.com
jdefrino@barbnet.com
jdefty@russell.com
jdelano@oppenheimerfunds.com
jdeleon@bank-banque-canada.ca
jdelgado@troweprice.com
jdelibes@notes.banesto.es
jdellavalle@metlife.com
jdelpalacio@bancamarch.es
jdeluca@calstrs.com
jdemarco@blackrock.com
jdemasi@loomissayles.com

jdemetrick@metlife.com
jdemichele@allegiancecapital.com
jdemontety@groupama-am.fr
jdenci@caxton.com
jdeneher@tiaa-cref.org
jdennehy@btmna.com
jdepalma@babsoncapital.com
jderufino@grupobbva.com
jdesiderio@leggmason.com
jdesrosiers@sisucapital.com
jdestefano@ipohome.com
jdetmer@dsaco.com
jdetzi@penncapital.com
jdevaney@tiaa-cref.org
jdeverell@aegonusa.com
jdevito@federatedinv.com
jdevry@ofivalmo.fr
jdeweese@lkcm.com
jdeysher@roycenet.com
jdezagor@notes.banesto.es
jdf@baupost.com
jdf222@cornell.edu
jdfitch@ssb.com
jdg@nbim.no
jdhartney@fedex.com
jdhawan@wellington.com
jdiamond@lordabbett.com
jdicapua@acml.com
jdichiaro@lordabbett.com
jdickerhof@bci.it
jdickinson@penncapital.com
jdickson@frontierbank.com
jdicus@capfed.com
jdiedesch@calstrs.com
jdiehl@metzler.com
jdiezfer@cajastur.es
jdifucci@bear.com
jdigney@metlife.com
jdimario@loomissayles.com
jdingler@metlife.com
jdiogostine@wisi.com
jdipaolo@fujisec.com
jdisanto@ceca.es
jdistasio@eatonvance.com

jdjones@oppenheimerfunds.com
jdkoch@charteronebank.com
jdl2@ntrs.com
jdmiller@petro-canada.ca
jdmoitra@blaylocklp.com
jdomingofo@bcj.gbancaja.com
jdomings@cajamadrid.es
jdomingu@notes.banesto.es
jdominick@babsoncapital.com
jdondero@hcmlp.com
jdoney@oppenheimerfunds.com
jdonfeld@canyonpartners.com
jdonnelly@loomissayles.com
jdonohue@deerfieldcapital.com
jdooley@fhlbdm.com
jdorfman@bear.com
jdorfman@hcmny.com
jdorgan@blackrock.com
jdorosk@pacificincome.com
jdorsey@smithmgtllc.com
jdoucas@fhlbc.com
jdoucette@ssrm.com
jdougherty@hcmlp.com
jdougherty@ingalls.net
jdowd@bear.com
jdowden@bartlett1898.com
jdownes@faralloncapital.com
jdoyas@frk.com
jdoyle@1838.com
jdoyle@luminentcapital.com
jdoyle@ofii.com
jdp@turner-invest.com
jdp228@cornell.edu
jdpark21@yahoo.co.kr
jdr@petercam.be
jdr3@ntrs.com
jdraaisma1@worldbank.org
jdramsta@ullico.com
jdraves@scm-lp.com
jdresser@snwsc.com
jdrexel@tiaa-cref.org
jdreyes@bear.com
jdriscoll@bear.com
jdriscoll@delinvest.com

jdriscoll@dsaco.com
jdroubay@russell.com
jdrury@hardingllc.com
jdsimon@bloomberg.net
jdsteele@norrybank.com
jdtrujillo@metlife.com
jdubarbier@groupama-am.fr
jduberly@russell.com
jdubeshter@sierraglobal.com
jducey@bankofny.com
jduclaud@banxico.org.mex
jduensing@smithbreeden.com
jduffield@newstaram.com
jduhon@denveria.com
jduko@lordabbett.com
jdulude@azoa.com
jdunlap@mfs.com
jdunn@princeton.edu
jdupond@statestreet.com
jdurante@pictet.com
jdutkiewicz@ci.com
jduverge@lvmh.fr
jduvignaux@cogema.fr
jdwek@wellington.com
jdworak@bankofthewest.com
jdyer@lehman.com
jdziwura@tiaa-cref.org
je1@americancentury.com
jean.baram@tres.bnc.ca
jean.barden@essenhyp.com
jean.barnard@janusfunds.com
jean.barnum@morganstanley.com
jean.beaubois@morganstanley.com
jean.bergeret@bnpparibas.com
jean.bertrand@lexmark.ch
jean.brady@uk.bnpparibas.com
jean.carberry@ilim.com
jean.chan@barcap.com
jean.charbonneau@agf.com
jean.cheval@banqueaudi.com
jean.chevalley@bcv.ch
jean.clark@pattersoncapital.com
jean.darsses@americas.bnpparibas.com
jean.de-lavalette@sgcib.com

jean.dessain@fortisinvestments.com
jean.dewinter@degroof.lu
jean.dominjon@bnpparibas.com
jean.drouffe@axa-uk.co.uk
jean.dulude@rbccm.com
jean.dumas@caam.com
jean.ebbott@morganstanley.com
jean.eyraud@edfgdf.fr
jean.francois.cardinet@lazard.fr
jean.francois_boulier@aviva.fr
jean.gagnon@bmo.com
jean.hertenstein@helvetiapatria.ch
jean.j.lu@jpmorgan.com
jean.jameson@thehartford.com
jean.lehmann@nordlb.com
jean.louis.de.hasque@delen.be
jean.m.walshe@jpmorgan.com
jean.maddaloni@inginvestment.com
jean.marie.bertin@nordea.com
jean.mink@rbccm.com
jean.mouroukian@caam.com
jean.nicolet@dexiamfr-dexia.com
jean.nussbaumer@hsbcpb.com
jean.onken@aiminvestments.com
jean.park@fmr.com
jean.paul.van.straalen@nl.abnamro.com
jean.picon@caam.com
jean.plas@dexia.be
jean.price@huntington.com
jean.rappe@tractebel.com
jean.reynolds@morganstanley.com
jean.richards@fmglobal.com
jean.rosenbaum@blackrock.com
jean.rousselot@caam.com
jean.sennett@thehartford.com
jean.sorasio@axa.co.jp
jean.spanjersberg@nibcapital.com
jean.steinacher@edf.fr
jean.stephenne@gskbio.com
jean.stgermain@mortgagefamily.com
jean.touyet@dassault-aviation.fr
jean.wall@ibtco.com
jean_c_palmariello@fleet.com
jean_callaway@thrivent.com

jean_horenstein@victoryconnect.com
jean_hsu@calpers.ca.gov
jean_liao@toyota.com
jean_liu@keybank.com
jean_liu@newyorklife.com
jean_lu@vanguard.com
jean_marc.cornet@agf.be
jean_marie.vichot@sudameris.fr
jean_medecin@troweprice.com
jean_michel_garrigue@carrefour.com
jean_pierre_albin@westlb.co.uk
jean_sievert@putnam.com
jean_vandewalle@acml.com
jean_whittaker@ml.com
jean-baptiste.baezner@ubs.com
jean-baptiste.degorostarzu@caam.com
jean-baptiste.teissier@bnpparibas.com
jean-bernard.gruenberger@pharma.novartis.com
jean-calude.brunet@saint-gobain.com
jeanchang@cpy.com.hk
jeanchang@mail.bok.com.tw
jeancharles.delaire@bgpi.com
jean-charles.delcroix@sgam.com
jean-charles.gand@sgam.com
jean-charles.grezault@dexia-bil.com
jean-charles.naudin@etoile-gestion.com
jean-charles.sambor@tcw.com
jean-christophe.bonassies@creditlyonnais.fr
jeanchristophe.desainthilaire@schroders.com
jean-christophe.gerard@hsbcpb.com
jean-christophe.guillou@bnpparibas.com
jeanchristophe.reocreux@bnpparibas.com
jeanchristophe.rochat@lodh.com
jean-christophe.rubinstein@edfgdf.fr
jean-christophe_beaulieu@ssga.com
jean-claude.amstutz@cial.ch
jean-claude.attar@caam.com
jean-claude.climeau@thalesgroup.com
jean-claude.coulima-sammouill@credit-suisse.com
jean-claude.fracheboud@lloydsbank.ch
jean-claude.kaltenbach@caam.com
jean-claude.langer@bnpparibas.com
jean-claude.wilfrid@bnpparibas.com
jean-claude.wolferstatter@aam.de

jean-claude_amiet@ml.com
jean-claude-1.stadelmann@cibasc.com
jean-daniel.muon@cnp.fr
jean-dominique.seta@labanquepostale-am.fr
jeanette.chuene@resbank.co.za
jeanette.hauff@dnb.se
jeanette.hollenberg@lodh.com
jeanette.m.l.choo@hsbcpb.com
jeanette.simmons@towersperrin.com
jeanette_duras@ustrust.com
jean-eudes.gautrot@bunge.com
jean-eudes.leleu@ecuvie.caisse-epargne.fr
jean-francois.blottiere@federal-finance.fr
jean-francois.bouglon@blb.de
jean-francois.bousson@labanquepostale-am.fr
jeanfrancois.broquet@lodh.com
jean-francois.bunlon@ubs.com
jean-francois.cirelli@gazdefrance.com
jeanfrancois.cotting@lodh.com
jean-francois.dion@rbc.com
jean-francois.dreyfus@lloydsbank.ch
jean-francois.gagneux@bnpparibas.com
jean-francois.guillaume@edf.fr
jean-francois.ipwan@tres.bnc.ca
jean-francois.laudet@dassault.fr
jean-francois.legoux@ubs.com
jean-francois.masure@dexia.be
jean-francois.pigeon@alcatel.com.cn
jean-francois.rigaudy@bis.org
jean-francois.ruggieri@cardif.fr
jean-francois.saudrais@cnce.caisse-epargne.fr
jean-francois.schmitt@sinopia-group.com
jean-francoise.descaves@ingferri.fr
jeanie.auyeung@blb.de
jeanie.maldonado@tcw.com
jeanie@tcb-bank.com.tw
jeanine.morroni@janus.com
jeaninne.ballabio@credit-suisse.com
jean-jacques.scheidegger@rbc.com
jeanjoseph.memeteau@sgam.com
jean-louis.angelini@calyon.com
jean-louis.cart@hsbcpb.com
jean-louis.delhay@interepargne.fr
jean-louis.kandala@cnp.fr

jean-louis.lacoux@caam.com
jeanlouis.laforge@axa-im.com
jean-louis.lanaute@sgam.com
jean-louis.leclinche@lamondiale.com
jean-louis.lumia@ubs.com
jean-louis.marchand@usinor.com
jeanlouis.piers@ifp.ch
jeanlouis.schirmann@ecb.int
jean-louis.stoefs@ing.be
jean-louis.tissot@caam.com
jean-loup.texier@fortisinvestments.com
jeanloup.texier@groupe-mma.fr
jean-luc.alexandre@bnpparibas.com
jean-luc.beauchu@saint-gobain.com
jean-luc.drugeon@sncf.fr
jean-luc.enguehard@labanquepostale-am.fr
jean-luc.guillermou@cnp.fr
jeanluc.lamarque@calyon.com
jean-luc.maillard@bcv.ch
jean-luc.paraire@caam.com
jean-luc.petitpont@clf-dexia.com
jean-luc.thomas@caam.com
jean-marc.anciaux@ing.be
jean-marc.bernon@ubs.com
jean-marc.bianchi@lodh.com
jean-marc.bohl@caam.com
jean-marc.bottazzi@jpmorgan.com
jeanmarc.buis@axa-im.com
jeanmarc.castan@lodh.com
jean-marc.devolder@bnpparibas.com
jean-marc.divoux@barclays.co.uk
jeanmarc.guillot@lodh.com
jean-marc.harfoucne@moorecap.com
jeanmarc.magner@bnpparibas.com
jeanmarc.maillard@juliusbaer.com
jeanmarc.maringe@axa-im.com
jean-marc.martin@credit-suisse.com
jean-marc.montlahuc@ca-suisse.com
jean-marc.pasquet@bnpparibas.com
jean-marc.pinaud@calyon.com
jeanmarc.piques@axa-im.com
jeanmarc.sanchez@lodh.com
jean-marc.schneider@ubs.com
jean-marc.smal@degroof.lu

jean-marc.tanguy@labanquepostale-am.fr
jean-marc.vichard@caylon.com
jean-marc.vichard@uk.calyon.com
jean-marie.bernollin@socgen.com
jean-marie.boudet@clf-dexia.com
jean-marie.boutroue@edfgdf.fr
jean-marie.capelle@morganstanley.com
jean-marie.coquoz@bcv.ch
jean-marie.garreau@creditfoncier.fr
jean-marie.lamay@hsh-nordbank.com
jean-marie.laurent@socgen.com
jeanmarie.louis@bbl.be
jeanmarie.martin@lodh.com
jean-marie.riva@lodh.com
jean-marie.schmit@lu.abnamro.com
jeanmarie_reahl@symantec.com
jean-mark.lueder@bnpparibas.com
jean-matthieu.vermosen@banque-france.fr
jean-maurice_ladure@paribas.co
jean-max.rouchon@caam.com
jean-michel.bourdoux@ethias.be
jean-michel.bourgoin@caam.com
jean-michel.combaret@euro-vl.com
jean-michel.gagnier@alcatel.fr
jean-michel.galster@lodh.com
jean-michel.maingain@federalgestion.com
jean-michel.oneyser@rbscoutts.com
jean-michel.paul@caam.com
jean-michel.sanchez@labanquepostale-am.fr
jeanmichel.serre@orange-ftgroup.com
jean-michel.starck@db.com
jean-michel.tricot@axa-im.com
jean-michel.vallas@sgam.com
jean-michel_fatovic@ufjbank.co.jp
jeanna.adcock@pnc.com
jeanna.m.howard@jpmorgan.com
jeanne.asseraf@rothschild-cie.fr
jeanne.follet@axa-im.com
jeanne.gribbin@db.com
jeanne.mancheff@bmo.com
jeanne.redelius@usbank.com
jeanne.short@mbna.com
jeanne.simmons@micorp.com
jeanne.symonds@inginvestment.com

jeanne_cruz@nylim.com
jeanne_l_ranaivoson@fanniemae.com
jeanne_russo@freddiemac.com
jeanne-marie.maffa@fmr.com
jeannette.drucker@thehartford.com
jeannette.gloge@morganstanley.com
jeannette.moehlenbrock@oppenheim.de
jeannette.muller@lodh.com
jeannette.witte@hyporealestate.de
jeannie.moy@prudential.com
jeannie_collins-ardern@elliottandpage.com
jeannine.moreland@trs.state.tx.us
jeannire@sdm.cic.fr
jean-noel.odier@lombardodier.ch
jean-patrick.marquet@creditlyonnais.co.uk
jeanpatrick.poulin@tres.bnc.ca
jean-paul.anoh@cnb.com
jeanpaul.bonvin@lodh.com
jean-paul.cheve@cardif.fr
jean-paul.paradis@db.com
jean-paul.parmentier@ethias.be
jean-paul.poggi@labanquepostale-am.fr
jean-paul.trotet@barclays.co.uk
jeanpaul_desrochers@ustrust.com
jean-philippe.bailly@fortisinvestments.com
jean-philippe.barbey@nestle.com
jean-philippe.barras@bcv.ch
jean-philippe.bertschy@swissfirst.ch
jean-philippe.blua@jpmorgan.com
jeanphilippe.chabanel@bnpparibas.com
jean-philippe.f.odunlami@jpmorgan.com
jean-philippe.foucher@bred.fr
jean-philippe.guigon@ing.be
jeanphilippe.guillerault@calyon.com
jean-philippe.hechel@vontobel.ch
jean-philippe.hervieu@caam.com
jeanphilippe.levilain@axa-im.com
jean-philippe.marchand@banquedorsay.fr
jean-philippe.pfulg@credit-suisse.com
jean-philippe.scholler@barclays.fr
jean-philippe.stijns@ing.lu
jean-philippe.vernier@caam.com
jeanpierre.abdalian-sireki@bsibank.com
jean-pierre.diels@kbc.be

jean-pierre.gaillard@bnpparibas.com
jeanpierre.hellebuyck@axa-im.com
jeanpierre.hunziker@szkb.ch
jeanpierre.leoni@axa-im.com
jean-pierre.mounho@caam.com
jeanpierre.pfenninger@juliusbaer.com
jeanpierre.ryser@lodh.com
jean-pierre.steiner@nestle.com
jean-pierre.vincent@sgam.com
jean-pierre_banzet@lazard.fr
jean-pierre_salles@aviva.fr
jean-renaud.viala@caam.com
jean-rene.laurette@edf.fr
jean-rene.varone@lodh.com
jean-roger@saadgroup.com
jean-sebastien.minetti@socgen.com
jean-yves.de-longevialle@ota.fr.socgen.com
jean-yves.dumont@dexia-am.com
jean-yves.dumontier@bnpparibas.com
jean-yves.fillion@americas.bnpparibas.com
jean-yves.korenian@mhcb.co.uk
jeasler@tiaa-cref.org
jeaton@mfs.com
jebbentley@northwesternmutual.com
jeberlin@hcmlp.com
jeberlin@metlife.com
jeberly@pop.net
jebo@nykredit.dk
jebr@nykredit.dk
jec6@ntrs.com
jeca@danskebank.dk
jechaide@notes.banesto.es
jechols@copera.org
jechung@lehman.com
jeckert@barclayi.com
jecybulski@statestreet.com
jed.barron@fmr.com
jed.fogdall@dfafunds.com
jed.latkin@inginvestment.com
jed.weiss@fmr.com
jed@capgroup.com
jeddob@rabo-bank.com
jedwards@asbcm.com
jeeg@capgroup.com

jeegar.jagani@rlam.co.uk
jeetendra.solanki@uk.btmeurope.com
jeetendra_naidu@ssga.com
jeetu_panjabi@capgroup.com
jeewon.ha@samsung.com
jeeyoung.jyk.kim@scfirstbank.com
jef@mn-services.nl
jef_kinney@fanniemae.com
jef989@ms1.chb.com.tw
jeff.a.myers@wellsfargo.com
jeff.acquafondata@fhlb-pgh.com
jeff.agne@aig.com
jeff.alexander@csam.com
jeff.barry@bbh.com
jeff.bellisario.q06w@statefarm.com
jeff.berry@ibtco.com
jeff.bigden@jpmorgan.com
jeff.black@rbsgc.com
jeff.boswell@icgplc.com
jeff.brimhall@nationalcity.com
jeff.brooks@moorecap.co.uk
jeff.brown@bankofamerica.com
jeff.brown@fmr.com
jeff.brown@uk.abnamro.com
jeff.c.kay@aib.ie
jeff.canavan@janus.com
jeff.carlson@highbridge.com
jeff.carson@firstunion.com
jeff.casson@swipartnership.co.uk
jeff.chowdhry@fandc.com
jeff.clapp@barclaysglobal.com
jeff.coil@lgim.co.uk
jeff.cook@wachovia.com
jeff.corbett@agf.com
jeff.currier@kochfinancial.com
jeff.currington@csam.com
jeff.dawson@ny.frb.org
jeff.delcaire@bnpparibas.com
jeff.dober@ubk-plc.com
jeff.dutra@inginvestment.com
jeff.ellis@fblfinancial.com
jeff.feingold@fmr.com
jeff.fitts@ge.com
jeff.gallo@shenkmancapital.com

jeff.gary@blackrock.com
jeff.geib@barclaysglobal.com
jeff.grant@sscims.com
jeff.grow@fandc.com
jeff.hairston@fhlbtopeka.com
jeff.hanna@citizensbank.com
jeff.he@wamu.net
jeff.hertel@allegiantgroup.com
jeff.hilton@barclaysglobal.com
jeff.hochman@uk.fid-intl.com
jeff.hoernemann@ubs.com
jeff.hord@barclaysglobal.com
jeff.huang@sscims.com
jeff.hulett@rocklandtrust.com
jeff.huther@do.treas.gov
jeff.idler@bbh.com
jeff.jackson@ftnfinancial.com
jeff.kerrigan@gartmore.com
jeff.king@swipartnership.co.uk
jeff.l.mcdonald@fmr.com
jeff.lambert@statestreet.com
jeff.lenamon@barclaysglobal.com
jeff.lenamon@dzbank.de
jeff.lifschin@hp.com
jeff.lorenzen@amcore.com
jeff.lucas@swib.state.wi.us
jeff.luttrell@libertysavingsbank.com
jeff.machaj@citadelgroup.com
jeff.markunas@ironoakadvisors.com
jeff.mcmahonj@pilkington.com
jeff.mcpeek@53.com
jeff.melvin@morgankeegan.com
jeff.meys@ingim.com
jeff.micallef@lu.abnamro.com
jeff.miller@cdrfp.com
jeff.mitchell@fmr.com
jeff.moore@fmr.com
jeff.moran@ppmamerica.com
jeff.morrison@gm.com
jeff.morsman@wellsfargo.com
jeff.muehlethaler@pimco.com
jeff.nevins@nb.com
jeff.newman@soros.com
jeff.nicholson@inginvestment.com

jeff.nordstrom@peregrinecapital.com
jeff.ogle@fhlbtopeka.com
jeff.oneill@bbh.com
jeff.parker@opcap.com
jeff.pearson@ahss.org
jeff.pinals@bwater.com
jeff.polakow@db.com
jeff.popock@moorecap.com
jeff.randolph@morganstanley.com
jeff.reback@db.com
jeff.reda@raymondjames.com
jeff.reed@aiminvestments.com
jeff.resnik@fmr.com
jeff.richardson@wachovia.com
jeff.richmond@ubs.com
jeff.roderick@exar.com
jeff.roop.l31z@statefarm.com
jeff.rosen@morganstanley.com
jeff.rosenbaum@deshaw.com
jeff.sakamoto@uboc.com
jeff.santos@ubs.com
jeff.sarrett@deshaw.com
jeff.scharf@nuveen.com
jeff.shen@barclaysglobal.com
jeff.silverman@tudor.com
jeff.slack@firstcitizens.com
jeff.smiley@everbank.com
jeff.smisek@coair.com
jeff.smith@treasurer.state.nc.us
jeff.song@ubs.com
jeff.sowden@mbna.com
jeff.swiatek@aig.com
jeff.t.willoughby@bankofamerica.com
jeff.toner@mizuhocbus.com
jeff.trocin@raymondjames.com
jeff.vancavage@eagleasset.com
jeff.vanschaick@westernasset.com
jeff.welday@morganstanley.com
jeff.williams@chase.com
jeff.witmer@ubs.com
jeff.wong@roundtableimc.com
jeff.woodard@ubs.com
jeff.woolsey@gibuk.com
jeff@capitalgateway.com

jeff@chotingroup.com
jeff@dicksteinlp.com
jeff@eslinvest.com
jeff@esunbank.com.hk
jeff@gries.com
jeff@pacificassets.com
jeff@provnet.com
jeff@watermarkgroup.com
jeff_arricale@troweprice.com
jeff_bonaldi@ml.com
jeff_bourke@americancentury.com
jeff_boyce@nylim.com
jeff_brewer@americancentury.com
jeff_campbell@rhco.com
jeff_cheng@sunlife.com
jeff_deetsch@invesco.com
jeff_dewolfe@putnam.com
jeff_graff@victoryconnect.com
jeff_john@americancentury.com
jeff_klepacki@nacm.com
jeff_knight@putnam.com
jeff_lorenz@oldnational.com
jeff_mcclory@putnam.com
jeff_mcphail@putnam.com
jeff_munroe@newton.co.uk
jeff_nie@ml.com
jeff_otto@americancentury.com
jeff_riechman@cinfin.com
jeff_rottinghaus@troweprice.com
jeff_sacknowitz@putnam.com
jeff_slater@cguusa.com
jeff_st_peters@ssga.com
jeff_starrick@bankone.com
jeff_straebler@hvbamericas.com
jeff_tyler@americancentury.com
jeff_upperman@ctxmort.com
jeff_weishaar@putnam.com
jeff_zoller@troweprice.com
jeff21@keb.co.kr
jeff21@shinbiro.com
jeffasher2@yahoo.com
jeffb@scm-lp.om
jeffc@scm-lp.com
jeffconrad@tmgchicago.com

jeffdeangelis@northwesternmutual.com
jeffery.amato@bis.org
jeffery.atherton@tcw.com
jeffery.chen@hncb.com.tw
jeffery.elswick@frostbank.com
jeffery.ghergo@pncadvisors.com
jeffery.keys@usbank.com
jeffery.rahm@swib.state.wi.us
jeffery.volrath@uboc.com
jeffery.weaver@tdsecurities.com
jeffery.zieba@alliancebernstein.com
jeffery@fnb-corp.com
jeffery_j_weaver@keybank.com
jefferynelson@northwesternmutual.com
jefferyyi@gic.com.sg
jefffcm.johnson@fmr.com
jeffk@ardsley.com
jeffkrumenauer@northwesternmutual.com
jeffkrygiel@northwesternmutual.com
jeffn@constitutioncorp.org
jeffn@csccu.com
jeffn@foothillcapital.com
jeffp@denveria.com
jeffperry45@aol.com
jeffrey.a.binette@jpmorgan.com
jeffrey.a.byer@jpmchase.com
jeffrey.adams@bbh.com
jeffrey.alvino@bankofamerica.com
jeffrey.angtuaco@prudential.com
jeffrey.baird@moorecap.com
jeffrey.bakalar@ingfunds.com
jeffrey.banker@fmr.com
jeffrey.baun@dzbank.de
jeffrey.bencik@alliancebernstein.com
jeffrey.berman@blackrock.com
jeffrey.bianchi@inginvestment.com
jeffrey.blazek@trs.state.tx.us
jeffrey.boundy@inginvestment.com
jeffrey.brasse@pncadvisors.com
jeffrey.brewster@midstates.org
jeffrey.bryant@pnc.com
jeffrey.buell@columbiamanagement.com
jeffrey.bulacan@morganstanley.com
jeffrey.burger@columbiamanagement.com

jeffrey.capone@himco.com
jeffrey.chu@bbva.com.hk
jeffrey.chubb@rabobank.com
jeffrey.cicirelli@4086.com
jeffrey.clarke@lazard.com
jeffrey.collins@morganstanley.com
jeffrey.constantino@ubs.com
jeffrey.crossley@mortgagefamily.com
jeffrey.cutshall@ubs.com
jeffrey.danforth@fafadvisors.com
jeffrey.dobro@towersperrin.com
jeffrey.ebert@usbank.com
jeffrey.essam@db.com
jeffrey.farabaugh@pnc.com
jeffrey.faunce@nationalcity.com
jeffrey.feldgoise@fmr.com
jeffrey.feliciano@genworth.com
jeffrey.fina@abnamro.com
jeffrey.fountain@jpmorgan.com
jeffrey.galloway@aiminvestments.com
jeffrey.garnett@thehartford.com
jeffrey.gundlach@tcw.com
jeffrey.healy@prudential.com
jeffrey.heil@ucop.edu
jeffrey.hibbeler@columbiamanagement.com
jeffrey.hill@ubs.com
jeffrey.hiraishi@uboc.com
jeffrey.hobbs@4086.com
jeffrey.holman@citadelgroup.com
jeffrey.hoo@transamerica.com
jeffrey.huffman@columbiamanagement.com
jeffrey.hugo@jnli.com
jeffrey.hutz@jpmorgan.com
jeffrey.ignall@jpmorgan.com
jeffrey.ives@bms.com
jeffrey.j.grills@jpmorganfleming.com
jeffrey.jones@westernasset.com
jeffrey.jw.ha@kr.standardchartered.com
jeffrey.kan@schroders.com
jeffrey.kanter@ubs.com
jeffrey.katz@uboc.com
jeffrey.kelly@nationalcity.com
jeffrey.kigner@lazard.com
jeffrey.klein@weyerhaeuser.com

jeffrey.kleintop@pncbank.com
jeffrey.knopping@gecapital.com
jeffrey.kong@ny.frb.org
jeffrey.krumpelman@53.com
jeffrey.l.moering@bankofamerica.com
jeffrey.larsen@fmr.com
jeffrey.laughman@ubs.com
jeffrey.leader@ubs.com
jeffrey.lee@tcw.com
jeffrey.lin@tcw.com
jeffrey.lindsey@blackrock.com
jeffrey.looby@ge.com
jeffrey.lucia@transamerica.com
jeffrey.lupoff@gecapital.com
jeffrey.m.abbott@bob.hsbc.com
jeffrey.m.braun@jpmorgan.com
jeffrey.m.engelhardt@csam.com
jeffrey.macdonald@thehartford.com
jeffrey.manton@tdsecurities.com
jeffrey.marcus@barclayscapital.com
jeffrey.martin@wachovia.com
jeffrey.mayberry@tcw.com
jeffrey.mcmanuis@fmr.com
jeffrey.megar@fortisinvestments.com
jeffrey.menapace@us.schroders.com
jeffrey.meyer@gartmore.com
jeffrey.meyerhofer@gmacrfc.com
jeffrey.myres@citadelgroup.com
jeffrey.nepote@harrisbank.com
jeffrey.pascarella@prudential.com
jeffrey.peek@csfb.com
jeffrey.phlegar@alliancebernstein.com
jeffrey.plotnik@usbank.com
jeffrey.pond@db.com
jeffrey.putman@ubs.com
jeffrey.r.lovell@jpmorgan.com
jeffrey.r.lovell@jpmorganfleming.com
jeffrey.roach@bankofamerica.com
jeffrey.roberts@lehman.com
jeffrey.ross@dillonread.com
jeffrey.russo@blackrock.com
jeffrey.saeger@db.com
jeffrey.sanders@morganstanley.com
jeffrey.sapp@fhlb-pgh.com

jeffrey.saxon@mackayshields.com
jeffrey.schippers@kasbank.com
jeffrey.schleppy@fmr.com
jeffrey.schmitz1@fafadvisors.com
jeffrey.seifert@csam.com
jeffrey.shen@jpmorganfleming.com
jeffrey.shepard@columbiamanagement.com
jeffrey.sherman@tcw.com
jeffrey.skinner@ge.com
jeffrey.smart@aig.com
jeffrey.smith@fedex.com
jeffrey.soar@rothschilds.co.uk
jeffrey.sooy@sunlife.com
jeffrey.sperling@ubsw.com
jeffrey.stakel@alliancebernstein.com
jeffrey.steck@nationalcity.com
jeffrey.stemmermann@inginvestment.com
jeffrey.stevens@fmr.com
jeffrey.stevens@opcap.com
jeffrey.thiemann@schwab.com
jeffrey.thomas@eagleasset.com
jeffrey.tornick@pnc.com
jeffrey.van.impe@artesiabc.be
jeffrey.van.wettum@fortisinvestments.com
jeffrey.wantman@columbiamanagement.com
jeffrey.wolfanger@pncbank.com
jeffrey.wong@cibc.com.sg
jeffrey.wu@hk.fortis.com
jeffrey.x.zhu@jpmorgan.com
jeffrey.zhang@ubs.com
jeffrey.ziglar@ubs.com
jeffrey_a_jacobs@ml.com
jeffrey_beach@ssga.com
jeffrey_bergren@invesco.com
jeffrey_boland@scotiacapital.com
jeffrey_bradacs@mfcinvestments.com
jeffrey_buyak@ustrust.com
jeffrey_carter@ssga.com
jeffrey_chamberlain@freddiemac.com
jeffrey_dibuono@putnam.com
jeffrey_f_bauer@fleet.com
jeffrey_ferris@hvbamericas.com
jeffrey_forney@vanguard.com
jeffrey_gallo@invesco.com

jeffrey_hewson@ml.com
jeffrey_jaro@calpers.ca.gov
jeffrey_johnson@vanguard.com
jeffrey_kaufman@putnam.com
jeffrey_kuzbel@freddiemac.com
jeffrey_ladestro@ssga.com
jeffrey_law@freddiemac.com
jeffrey_martin@glic.com
jeffrey_megar@ssga.com
jeffrey_morrissey@ssga.com
jeffrey_morse@nylim.com
jeffrey_mulder@deltalloyd.nl
jeffrey_nelson@putnam.com
jeffrey_nichols@putnam.com
jeffrey_p_hatton@bankone.com
jeffrey_plante@putnam.com
jeffrey_r_buyak@fleet.com
jeffrey_santerre@putnam.com
jeffrey_saunders@putnam.com
jeffrey_shue@freddiemac.com
jeffrey_stought@putnam.com
jeffrey_taylor@hen.invesco.com
jeffrey_turkanis@putnam.com
jeffrey_wheeler@fanniemae.com
jeffrey_yellin@vanguard.com
jeffreyc@mcm.com
jeffreyj@gic.com.sg
jeffreylueken@northwesternmutual.com
jeffreysiegel@northwesternmutual.com
jeffreystein@nb.com
jeffreytan@gic.com.sg
jeffreyz@mcm.com
jeffriesc@dfs.state.fl.us
jeffsamuel@ftportfolios.com
jeffw@shbank.com
jeffyu@cathaylife.com.tw
jeffz@mcm.com
jefoley@bankofny.com
jefr03@handelsbanken.se
jefrem.hutzezon@kasbank.com
jefsch@safeco.com
jefwyll@nb.com
jeg@capgroup.com
jegana@kutxa.es

jeggli@i-cv.ch
jegodtka@de.ibm.com
jeh27@cornell.edu
jehadtashkandi@sabb.com
jehanne.dewalque@dexia-am.com
jehling.jr@mellon.com
jehyeongyu@hanabank.com
jeisenberger@loews.com
jeisenstadt@dreyfus.com
jeisenstodt@perrycap.com
jek1@ntrs.com
jekim@wellington.com
jekstrom@alfacapital.ru
jelena.melesenko@ers.state.tx.us
jelena.schmidt@deka.de
jelena_petrovic@invesco.com
jelkayam@evergreeninvestments.com
jelle.beenen@pggm.nl
jellegard@pjc.com
jellermeyer@metlife.com
jelles.vanas@pfhoogovens.nl
jellington@bbandt.com
jelliott@halliburtonir.com
jellis@westernasset.com
jelmar.everwijn@meespierson.com
jelrod@vestarcap.com
jeluck@ibtco.com
jem.f.tien@jpmorgan.com
jem@kommunekredit.dk
jem@paradigmasset.com
jemandujar@gruposantander.com
jemery@tiaa-cref.org
jemma.cho@dartmouth.edu
jemma.malster@commerzbankib.com
jemoore@aegonusa.com
jemullane@the-ark.com
jen.oconnor@advantuscapital.com
jen.piettsch@db.com
jen.robertson@transamerica.com
jenair@lehman.com
jencinger@berkeleyvc.com
jenckes@atlanticinvestment.net
jendrockthomas@hotmail.com
jenell.witkowski@morganstanley.com

jenelle.dito@barclaysglobal.com
jeng_chou@ssga.com
jengel@westpac.com.au
jenglund@bostonprivatebank.com
jenh@moorecap.com
jeni.beet@db.com
jenifer.k.garvey@jpmorgan.com
jeniffer.k.lee@jpmorgan.com
jenine.langrish@hsbc.com
jenkinsonje@aetna.com
jenla@danskecapital.com
jen-lun.yuan@fmr.com
jenna.lee@alliancebernstein.com
jenna.mylne@glgpartners.com
jenna.simon@ubs.com
jenna_beazley@commerzbank.com
jenna_giannelli@ssga.com
jennap@scm-lp.com
jennelyn.tanchua@ubs.com
jennette.ducloo@pncadvisors.com
jenney.zhang@gartmore.com
jenni.bines@uk.fid-intl.com
jenni.hunter@db.com
jennie.edlin@alexanderkey.com
jennie.nilsson@alliancebernstein.com
jennie.phelon@alliancebernstein.com
jennie_nilsson@blackrock.com
jenniewang@dbs.com
jennieyang@aegon-cnooc.com
jennifer.a.kiefaber@us.hsbc.com
jennifer.ahearn@tudor.com
jennifer.ahn@fhlbboston.com
jennifer.anderson@gmacrfc.com
jennifer.anderson@westernasset.com
jennifer.avara@columbiamanagement.com
jennifer.avery@inginvestment.com
jennifer.b.press@jpmorgan.com
jennifer.band@ubs.com
jennifer.barker@barclaysglobal.com
jennifer.bialobrzeski@sunlife.com
jennifer.blachford@roundtableimc.com
jennifer.breese@wellfargo.com
jennifer.bridwell@pimco.com
jennifer.brown3@aig.com

jennifer.burque@sunlife.com
jennifer.bustard@fmr.com
jennifer.byron@fandc.com
jennifer.cavalieri@fmr.com
jennifer.cawley@lgim.co.uk
jennifer.chaney@janus.com
jennifer.chao@email.chinatrust.com.tw
jennifer.chin@csfb.com
jennifer.chirrey@resolutionasset.com
jennifer.comparato@ubs.com
jennifer.connolly@truscocapital.com
jennifer.constine@truscocapital.com
jennifer.craig@harrisbank.com
jennifer.crane@westernasset.com
jennifer.crimmins@pncbank.com
jennifer.defiebre@advantuscapital.com
jennifer.dinapoli@pimco.com
jennifer.donnellan@ibtco.com
jennifer.douglas@swipartnership.co.uk
jennifer.driscoll@blackrock.com
jennifer.failla@highbridge.com
jennifer.farrelly@fmr.com
jennifer.fierstein@corporate.ge.com
jennifer.fiorella@rocklandtrust.com
jennifer.flavin@raymondjames.com
jennifer.fleming@uk.bnpparibas.com
jennifer.gafvels@nordea.com
jennifer.gao@fhlb.com
jennifer.gaulrapp@db.com
jennifer.giammarino@morganstanley.com
jennifer.gillespie@swipartnership.co.uk
jennifer.grabowski@citadelgroup.com
jennifer.graff@ceredexvalue.com
jennifer.greenslade@bankofengland.co.uk
jennifer.gubbins@uk.fid-intl.com
jennifer.gurr@barclaysglobal.com
jennifer.haidu@ppmamerica.com
jennifer.haidu@ubs.com
jennifer.hamel@fmr.com
jennifer.hammarlund@nationalcity.com
jennifer.hardeman@sscims.com
jennifer.haskins@fhlb-pgh.com
jennifer.helle@bankofamerica.com
jennifer.hole@barclaysglobal.com

jennifer.hong@citadelgroup.com
jennifer.hsieh@pimco.com
jennifer.hsui@barclaysglobal.com
jennifer.huang@credit-suisse.com
jennifer.hynes@moorecap.com
jennifer.ibrahim@blackrock.com
jennifer.jacob@tcw.com
jennifer.jolly@gcm.com
jennifer.jue@disney.com
jennifer.katona@genworth.com
jennifer.kozak@insightinvestment.com
jennifer.kwai@barclaysglobal.com
jennifer.l.ferguson@csam.com
jennifer.labrecque@fmr.com
jennifer.lawn@axacs.com
jennifer.liang@morganstanley.com
jennifer.lippincott@mortgagefamily.com
jennifer.liu@janus.com
jennifer.lukas@columbiamanagement.com
jennifer.m.o'loughlin@aibbny.ie
jennifer.martin@fmr.com
jennifer.matheny@ge.com
jennifer.mcauliffe@fidelity.com
jennifer.milacci@morganstanley.com
jennifer.miller@ubs.com
jennifer.moore@lgim.co.uk
jennifer.morris@ibtco.com
jennifer.murphy@hartfordlife.com
jennifer.ni@blackrock.com
jennifer.nixon@associatedbank.com
jennifer.oldham@cidatelgroup.com
jennifer.oliva@pimco.com
jennifer.o'shea@ge.com
jennifer.paulson@citadelgroup.com
jennifer.peda@prudential.com
jennifer.perez@bgf.gobierno.pr
jennifer.peters@db.com
jennifer.phillippe@db.com
jennifer.pomerantz@hcmny.com
jennifer.prentiss@morganstanley.com
jennifer.prince@pimco.com
jennifer.pryor@morganstanley.com
jennifer.quisenberry@grneam.com
jennifer.r.beighley@fhlb-pgh.com

jennifer.ray@citi.com
jennifer.richards@bmo.com
jennifer.rogers@schwab.com
jennifer.rossi@prudential.com
jennifer.rowe@erstebank.at
jennifer.saper@americas.bnpparibas.com
jennifer.smith@uk.fid-intl.com
jennifer.solin@morganstanley.com
jennifer.sposato@pncadvisors.com
jennifer.stewart@silvantcapital.com
jennifer.stock@wamu.net
jennifer.stone@cubist.com
jennifer.sung@novartis.com
jennifer.swanson@alliancebernstein.com
jennifer.tabak@jpmorgan.com
jennifer.trowbridge@53.com
jennifer.turner@osterweis.com
jennifer.uhrig@fmr.com
jennifer.voitle@lazard.com
jennifer.vraney@wellsfargo.com
jennifer.wacker@columbiamanagement.com
jennifer.wells@gartmore.com
jennifer.wisinski@funb.com
jennifer.wolfert@national-city.com
jennifer.worthington@sscims.com
jennifer.wright@rbccm.com
jennifer.yang@pimco.com
jennifer.youde@gs.com
jennifer.yung@mizuho-cb.com
jennifer.zlimen@thrivent.com
jennifer.zlotorzynski@pnc.com
jennifer@bll.co.il
jennifer_anastasia@americancentury.com
jennifer_bloomfield@scudder.com
jennifer_bryne@ustrust.com
jennifer_c_chung@fleet.com
jennifer_charlebois@ustrust.com
jennifer_clayton@ml.com
jennifer_dowty@mfcinvestments.com
jennifer_gouslin@nacm.com
jennifer_harsey@putnam.com
jennifer_hebert@putnam.com
jennifer_hinman@capgroup.com
jennifer_kossuth@putnam.com

jennifer_kwon@vanguard.com
jennifer_louison@troweprice.com
jennifer_m_anderson@bankone.com
jennifer_m_seay@notes.ntrs.com
jennifer_martin@troweprice.com
jennifer_mevans@fleet.com
jennifer_morrissey@invesco.com
jennifer_mui@acml.com
jennifer_plaza@ssga.com
jennifer_sheppard@invesco.com
jennifer_sjostedt@ssga.com
jennifer_sloan@aimfunds.com
jennifer_tabak@bankone.com
jennifer_tarozzi@westlb.com
jennifer_tricot@ml.com
jennifer_vanetten@invesco.com
jennifer_waden@putnam.com
jennifera.johnson@53.com
jenniferb@constitutioncorp.org
jenniferc@woodstockcorp.com
jenniferk@mcm.com
jennifermclennan@richemont.com
jenniferr@woodstockcorp.com
jennifr.pape@ubs-oconnor.com
jennine.sogluizzo@bnlmail.com
jenny.bright@barclaysglobal.com
jenny.brindell@ftnfinancial.com
jenny.campuzano@aamcompany.com
jenny.chang@fmr.com
jenny.chang@sumitomotrust.co.jp
jenny.chung@barcap.com
jenny.j.pace@si.shell.com
jenny.jiang@huntington.com
jenny.keeling@axa-im.com
jenny.ljunghammar@threadneedle.co.uk
jenny.malmstrom@swedbank.se
jenny.murkes@barclaysglobal.com
jenny.norris@alliancebernstein.com
jenny.r.waychoff@db.com
jenny.ramstedt@seb.se
jenny.rudd@finsbury.com
jenny.scott@bbc.co.uk
jenny.solis@alliancebernstein.com
jenny.thompson@inginvestment.com

jenny.tung@aig.com
jenny.vasconez@citigroup.com
jenny.zachrisson@foreningssparbanken.se
jenny@ipgsd.com
jenny@keb.co.kr
jenny_allan@swissre.com
jenny_gullen@ldn.invesco.com
jenny_slater@swissre.com
jenny_tham@scotiacapital.com
jenny_wilson@ml.com
jenny_wong@acml.com
jenny_wong@putnam.com
jennylee@hanabank.com
jennyliu@hncb.com.tw
jennyphoon@gic.com.sg
jennyszeto@daiwa-am.com.hk
jens.a.werner@zurich.ch
jens.annerczok@ubs.com
jens.barnevik@amfpension.se
jens.berkenhagen@union-investment.de
jens.bernhardt@dit.de
jens.birkmann@caam.com
jens.deidersen@dit.de
jens.dierksen@nordlb.de
jens.doering@helaba.de
jens.ebert@commerzbankib.com
jens.ebinger@dekabank.de
jens.erler@credit-suisse.com
jens.finkbeiner@ubs.com
jens.gerbers@hsh-nordbank.com
jens.glomb@hsh-nordbank.com
jens.gottsman@devif.de
jens.gronemann@helaba.de
jens.haberkost@hsh-nordbank.com
jens.hammann@siemens.com
jens.hansen@union-investment.de
jens.hellerup@nib.int
jens.hennesser@bayernlb.de
jens.hoffmann@bankgesellschaft.de
jens.hogh@nordea.lu
jens.isaksson@swedbank.com
jens.jirvell@electrolux.se
jens.kaessner@postbank.de
jens.kersting@ikb.de

jens.kirchof@commerzbank.com
jens.kirsten@nordlb.de
jens.klein@ruv.de
jens.kramarczik@seb.de
jens.kummer@cominvest-am.com
jens.leerssen@columbiamanagement.com
jens.lieser@hsh-nordbank.com
jens.lindhout@dws.de
jens.lund@nordea.com
jens.meyer@dghyp.de
jens.moos@danskecapital.com
jens.mumme@hamburglb.co.uk
jens.nystedt@glgpartners.com
jens.punstein@ksk-koeln.de
jens.raiser@trinkaus.de
jens.rasmussen@nordea.com
jens.remmers@essenhyp.com
jens.rowohlt@oppenheim.de
jens.rygaard@nordea.com
jens.schott@hauck-aufhaeuser.de
jens.schulte@siemens.com
jens.sefland@abgsc.no
jens.stuehmeier@commerzbank.com
jens.ulbrich@bundesbank.de
jens.weissmann@lbb.de
jens.wetter@feri.de
jens.wildermuth@wwasset.de
jens.wissel@hauck-aufhaeuser.de
jens.wittrin@sfs.siemens.com
jens_langewand@fra.invesco.com
jens_linder@dgbank.de
jensen@bwater.com
jensena@aeltus.com
jens-friedrich.schneider@deka.de
jens-georg.nawrath@commerzbank.com
jenshen@microsoft.com
jens-holger.schott@frankfurt-trust.de
jens-kristian.hoenen@westlb.com
jenslin@caxton.com
jens-peter.stein@moorecap.co.uk
jens-peter.vosseler@nordlb.de
jens-petter.olsen@kap.norges-bank.no
jens-uwe.lutzhoeft@hsh-nordbank.de
jens-uwe.wachter@dekabank.de

jeongeun@hanabank.com
jeong-ho.hwang@samsung.com
jeonghochoi@wooribank.com
jeongweon.han@nasf-ca.com
jeongwonchoi@hanabank.com
jepete@danskebank.dk
jeplett@metlife.com
jepp@bloomberg.net
jeppe.jensen@maersk-contractors.com
jer@capgroup.com
jerb@aegonusa.com
jere.mcguffee@morgankeegan.com
jerel@apothcap.com
jeremi.dehainaut@pncbank.com
jeremiah.buckley@janus.com
jeremie.honvault@uk.bnpparibas.com
jeremie.pessayre@sinopia.fr
jeremy.anderson@thrivent.com
jeremy.aston@trs.state.tx.us
jeremy.baker.2@credit-suisse.com
jeremy.baldwin@aig.com
jeremy.blair@firstmidwest.com
jeremy.bliss@illinois.gov
jeremy.brown@dnb.no
jeremy.browne@au.pimco.com
jeremy.burns@ubs.com
jeremy.burton@aig.com
jeremy.church@uk.fid-intl.com
jeremy.conlin@state.tn.us
jeremy.cote@fmglobal.com
jeremy.cox@ing.com.au
jeremy.d.preddy@bankofamerica.com
jeremy.darroch@dixons.co.uk
jeremy.dent@ge.com
jeremy.dunford@raymondjames.com
jeremy.fand@tudor.com
jeremy.gagnon@uk.fid-intl.com
jeremy.ghose@mhcb.co.uk
jeremy.gibbs@socgen.co.uk
jeremy.gleeson@axaframlington.com
jeremy.gutbrod@ambgf.de
jeremy.hamblin@morganstanley.com
jeremy.heer@ubs.com
jeremy.helme@britannia.co.uk

jeremy.henrich@nationalcity.com
jeremy.hill@fmr.com
jeremy.hughes@db.com
jeremy.humphreys-davies@bnpparibas.com
jeremy.humphries@pioneerinvestments.com
jeremy.hyatt@alliancebernstein.com
jeremy.ip@jpmorganfleming.com
jeremy.j.field@credit-suisse.com
jeremy.javidi@columbiamanagement.com
jeremy.klein@jpmorganfleming.com
jeremy.klein@winterthur.ch
jeremy.lew@janus.com
jeremy.loewendahl@rbccm.com
jeremy.may@tcw.com
jeremy.mayes@ubs-oconnor.com
jeremy.medland@blackrock.com
jeremy.mercer@aberdeen-asset.com
jeremy.moss@bnymellon.com
jeremy.podger@threadneedle.co.uk
jeremy.pozen@fmr.com
jeremy.r.goebel@wellsfargo.com
jeremy.raccio@ubs.com
jeremy.richards@ppm-uk.com
jeremy.roman@pncadvisors.com
jeremy.rosen@americas.bnpparibas.com
jeremy.s.kelton@jpmorgan.com
jeremy.scacco@53.com
jeremy.schweppe@inginvestment.com
jeremy.sitruk@citadelgroup.com
jeremy.soutter@morleyfm.com
jeremy.spain@bpm.it
jeremy.spillers@everbank.com
jeremy.sterngold@alliancebernstein.com
jeremy.stokes@wellsfargo.com
jeremy.stuby@lodh.com
jeremy.sussman@mercantile.com
jeremy.taylor@lazard.com
jeremy.tisdall@uk.abnamro.com
jeremy.turner@lloydsbank.ch
jeremy.vessels@capassurance.com
jeremy.wells@gartmore.com
jeremy.wells@jpmorgan.com
jeremy.whitley@aberdeen-asset.com
jeremy.willaume@fortis.lu

jeremy.wilson@barclays.co.uk
jeremy.wong@scotiabank.com
jeremy.wood@nationwide.co.uk
jeremy.zirin@ubs.com
jeremy_alford@acml.com
jeremy_cunningham@blackrock.com
jeremy_ellis@troweprice.com
jeremy_hodges@gb.smbcgroup.com
jeremy_keller@conseco.com
jeremy_llewelyn@cargill.com
jeremy_mathias@vanguard.com
jeremy_stjean@ustrust.com
jeremy_stuber@newton.co.uk
jeremychan@gic.com.sg
jeremyhartman@gic.com.sg
jeremyknezek@synovus.com
jeremykoh@dbs.com
jeremykok@dbs.com
jeremym@scm-lp.com
jeremyuk.payne@jpmorgan.com
jeremywong@dbs.com
jerf@uk.danskebank.com
jerickson@ftportfolios.com
jerimy_horner@conseco.com
jerk.matero@ap3.se
jermaine.pierre@barclaysglobal.com
jermey.baldwin@aig.com
jeroen.a.heemskerk@ingim.com
jeroen.bos@ingim.com
jeroen.brand@ingim.com
jeroen.gailly@fortisinvestments.com
jeroen.gierveld@fortisinvestments.com
jeroen.harderwijk@nl.abnamro.com
jeroen.hendrickx@ing.be
jeroen.hoogveld@ingim.com
jeroen.k.huysinga@jpmorgan.com
jeroen.knol@fortisinvestments.com
jeroen.mostert@klm.nl
jeroen.rodigas@ingim.com
jeroen.rutte@pggm.nl
jeroen.van.rooij@ingim.com
jeroen.van.zoelen@ingim.com
jeroen.verstraete@fortisinvestments.com
jeroen.visser@us.fortis.com

jeroen.wiercx@ingim.com
jeroen.wilbrink@fandc.com
jeroen.zevering@ingbank.com
jeroen_van.hessen@nibcapital.c
jerold_anderson@nacm.com
jerome.allouche@sinopia.fr
jerome.antonini@ca-assetmanagement.fr
jerome.attali@uk.ca-indosuez.com
jerome.baillaud@lodh.com
jerome.barkate@caam.com
jerome.benathan@swisscanto.ch
jerome.berton@lodh.com
jerome.bire@ge.com
jerome.booth@ashmoregroup.com
jerome.broustra@axa-im.com
jerome.buret@axa-im.com
jerome.cavard@oppenheim.ch
jerome.cazaux@sgam.com
jerome.chanton@lodh.com
jerome.cohen-scali@hsbcgroup.com
jerome.daviron@francetelecom.fr
jerome.dg@tbcam.com
jerome.egan@tcw.com
jerome.fourtanier@bgpi.com
jerome.gaidet@axa-im.com
jerome.galiotto@hsbcpb.com
jerome.garnache@creditfoncier.fr
jerome.grenie@labanquepostale-am.fr
jerome.guiot-dorel@bred.fr
jerome.gunther@caam.com
jerome.hemard@lodh.com
jerome.henry@ecb.int
jerome.karkulowski@credit-agricole-sa.fr
jerome.lejamtel@us.calyon.com
jerome.lemue@bnpparibas.com
jerome.muldowney@aig.com
jerome.olivier@bred.fr
jerome.philpott@wellsfargo.com
jerome.raffaldini@ubs.com
jerome.reed@gs.com
jerome.roulin@ingim.com
jerome.schneider@pimco.com
jerome.spichiger@synchrony.ch
jerome.strecker@lodh.com

jerome.taravella@bnpparibas.com
jerome.tavernier@banque-bpsd.fr
jerome.vierling@axa-im.com
jerome.w.aboucaya@jpmorgan.com
jerome_clark@troweprice.com
jerome_haegeli@swissre.com
jerome_lienhard@freddiemac.com
jeromebaier@northwesternmutual.com
jerometeo@bloomberg.net
jeronimo.bremer@gs.com
jerri.kallam@funb.com
jerry.albright@trs.state.tx.us
jerry.alston@wachovia.com
jerry.altilio@conagrafoods.com
jerry.anderson@brummer.se
jerry.bayer@thrivent.com
jerry.brewin@morleyfm.com
jerry.burton@wachovia.com
jerry.burzynski@kodak.com
jerry.campbell@gartmore.com
jerry.chafkin@schwab.com
jerry.chao@aiminvestments.com
jerry.connor@bmo.com
jerry.cubbin@bbh.com
jerry.dupont@avmltd.com
jerry.f.kircher@lmco.com
jerry.fowden@interbrew.com
jerry.gowling@gamgb.com
jerry.guo@dartmouth.edu
jerry.hartzog@comcast.net
jerry.hsieh@bankofbermuda.com
jerry.igou@ge.com
jerry.jin@gecapital.com
jerry.keefe@wachovia.com
jerry.keen@email.publix.com
jerry.lee@rbccm.com
jerry.liu@lazard.com
jerry.lyphout@modern-woodmen.org
jerry.mccarron@aig.com
jerry.millendorf@barclaysglobal.com
jerry.pawloski@stephens.com
jerry.son@hanabank.com
jerry.steiinger@dws.de
jerry.stock@barclays.co.uk

jerry.toner@investecmail.com
jerry.williams@barcap.com
jerry_funk@merck.com
jerry_gleason@america.hypovereinsbank.com
jerry_graber@calpers.ca.gov
jerry_hsin@cathaylife.com.tw
jerry_knowles@providentcompanies.com
jerry_koljenovic@tigerfund.com
jerry_long@westlb.co.uk
jerry_scheel@aal.org
jerrykoh@mas.gov.sg
jers@gwl.com
jerven@oppenheimerfunds.com
jervis.smith@citi.com
jeryne_a_peterson@mail.bankone.com
jeryun.lee@samsung.com
jes.staley@jpmorgan.com
jesbezanilla@gruposantander.com
jescribano@grupobbva.com
jesimkin@wellington.com
jeslynlee@gic.com.sg
jeslynng@mas.gov.sg
jesp@danskebank.dk
jesper.akerlind@fip.se
jesper.bo@catella.dk
jesper.christiansen@nordea.com
jesper.gulstad@nordea.com
jesper.hansen@danskebank.dk
jesper.hofde@nordea.com
jesper.karlsen@nordea.com
jesper.klitgaard.frederiksen@jyskebank.dk
jesper.madsen@barclaysglobal.com
jesper.norgaard@nordea.com
jesper.sandin@ap1.se
jesper.termansen@nordea.com
jesper.wormstrup@bis.org
jesperaway@yahoo.com
jesperchristensen@nordea.com
jespinosa@tiaa-cref.org
jespinoza@wellington.com
jesposito@loomissayles.com
jesquibel@barbnet.com
jess.nuttridge@barclaysglobal.com
jess@bloomberg.net

jess@capgroup.com
jessamyn.larrabee@fmr.com
jesschen@nb.com
jesse.abraham@wellsfargo.com
jesse.chang@sscims.com
jesse.collmann@inginvestment.com
jesse.cox@barclaysglobal.com
jesse.garza@ctxmort.com
jesse.greene@kodak.com
jesse.haifley@swib.state.wi.us
jesse.horsfall@4086.com
jesse.laflamme@ibtco.com
jesse.liu@bernstein.com
jesse.mcdougall@barcap.com
jesse.mcdougall@barclayscapital.com
jesse.nolan@ibtco.com
jesse.phillips@ucop.edu
jesse.picunko@state.tn.us
jesse.pricer@pimco.com
jesse.sable@natixis.us
jesse.torres@bnlmail.com
jesse_fisher@nylim.com
jesse_singh@americancentury.com
jessica.alberti@moorecap.com
jessica.andrews@insightinvestment.com
jessica.badillo@jpmorganfleming.com
jessica.burriss@morganstanley.com
jessica.chien@ap.nxbp.com
jessica.curran@morganstanley.com
jessica.david@tudor.com
jessica.davis@fmr.com
jessica.frattura@pioneerinvest.com
jessica.fu@pacificlife.com
jessica.gillmor@tcw.com
jessica.guignard@bcv.ch
jessica.ho@soros.com
jessica.jasko@williamblair.com
jessica.khamsyvoravong@gs.com
jessica.klein@lazard.com
jessica.lawrence@baring-asset.com
jessica.lee@alliancebernstein.com
jessica.madura@ge.com
jessica.matheron@axa-im.com
jessica.mitchell@pioneerinvest.com

jessica.moore@glgpartners.com
jessica.morillon@andbanc.com
jessica.robinson@bbg.co.uk
jessica.rutledge@lazard.com
jessica.schultz@morganstanley.com
jessica.upchurch@wellington.com
jessica.younes@dexia-am.com
jessica.yuan@schwab.com
jessica_cheung@standardlife.com
jessica_edwards@nylim.com
jessica_fedderly@vanguard.com
jessica_feldman@putnam.com
jessica_m_mendez@vanguard.com
jessica_mcmullin@ustrust.com
jessica_scoon@putnam.com
jessica_snow@freddiemac.com
jessica_wirth@putnam.com
jessica_wk_szeto@hkma.gov.hk
jessicalin@ftsfund.com
jessicalin@tcbank.com.tw
jessie.pang@sgp.dupont.com
jessie.puchon@genworth.com
jessie.pui@hk.fortis.com
jessie.robinson@westernasset.com
jessie.su@corporate.ge.com
jessie.wedel@lacrosseglobal.com
jessie@ctnbank.com.tw
jessiechia@gic.com.sg
jessiem@bloomberg.net
jessiewong@gic.com.sg
jessyyang@hsbc.com.hk
jestella@mfs.com
jestes@hbk.com
jestrada@morganstanley.es
jesus.aparicio@interdin.com
jesus.apariciojerez@juliusbaer.com
jesus.asenjo@batlantico.es
jesus.madrigal@ibtco.com
jesus.reyes@grupobbva.com
jesus_arguelles@calpers.ca.gov
jesy.boales.nonemployee@pnc.com
jet@mn-services.nl
jeti@nykredit.dk
jetkang@bok.or.kr

jetrust@leggmason.com
jett@capgroup.com
jette.holm.jensen@dexia-bil.com
jeung.hyun@morganstanley.com
jevans@mdsass.com
jeverhart@rwbaird.com
jevers@munder.com
jeverson@fhlbatl.com
jevin.fan@tw.standardchartered.com
jew2@ntrs.com
jew24@cornell.edu
jewald@westernasset.com
jewhitehead@aegonusa.com
jewing@loomissayles.com
jewong@bloomberg.net
jexposit@notes.banesto.es
jey@capgroup.com
jeyb@capgroup.com
jez.bezant@morleyfm.com
jezell@bbandtcm.com
jf.thevoz@iam.ch
jf@continuumgrp.com
jfadams@newalliancebank.com
jfahey@wilmingtontrust.com
jfahrenbruch@barrowhanley.com
jfairchild@denveria.com
jfairweather@martincurrie.com
jfakhry@farcap.com
jfallon@mfs.com
jfallon@tiaa-cref.org
jfarago@lehman.com
jfarley@smithbreeden.com
jfarr@bankofny.com
jfarrace@harchcapital.com
jfarrar@ncmcapital.com
jfarrell@cumb.com
jfarrell@eur.ko.com
jfauconnier@groupama-am.fr
jfausto@congressasset.com
jfaverill@wellington.com
jfay@erstebank.com
jfbergeron@lacaisse.com
jfcahill@wellington.com
jfcarter@rgbk.com

jfclement@unigestion.com
jfcleren@ccrgestion.fr
jfeaster@bloomberg.net
jfeccko@waterfield.com
jfeeley2@bloomberg.net
jfeeney@us.mufg.jp
jfei@franklintempleton.ca
jfeinberg@panagora.com
jfelderman@aegonusa.com
jfeldstein@lordabbot.com
jfenn@dummy.com
jfergus@aegonusa.com
jferguson@chicagoequity.com
jferguson@firststate.co.uk
jferguson@ucm.utendahl.com
jferna07@cajamadrid.es
jfernandez@tiaa-cref.org
jfernanj@cajamadrid.es
jferrario@thamesriver.co.uk
jferrell@hcmlp.com
jferrier@metlife.com
jferriero@bloomberg.net
jferro@pilgrimfunds.com
jfetterman@canyonpartners.com
jfevola@dlj.com
jfgreen@travelers.com
jfh@turnerinvestments.com
jfhealy@leggmason.com
jfhedgefund@aol.com
jfhowell@bloomberg.net
jfidacaro@lordabbett.com
jfiducia@fnbl.com
jfield@bankofthewest.com
jfields@azoa.com
jfields@babsoncapital.com
jfields@wisi.com
jfigurel@bfm.com
jfina@bloomberg.net
jfinkler1@bloomberg.net
jfinnegan@chubb.com
jfisher@halcyonllc.com
jfitzgerald@mfs.com
jfitzpat@allstate.com
jfitzpatri11@bloomberg.net

jfitzsimmons@sisucapital.com
jfj@capitalworld.com
jfj@danskebank.dk
jfjammes@caixabank.ad
jfjohnson@russell.com
jfkelkel@wellington.com
jfkw@thamesriver.co.uk
jflaherty@essexinvest.com
jflaherty@mfs.com
jflaherty@statestreet.com
jfletche@uss.co.uk
jflick@westernasset.com
jflomenhaft@ag-am.com
jflopez@bankinter.es
jflowy@ahorrocorporacion.es
jflynn@art-allianz.com
jflynn@firstbrands.com
jfm@baupost.com
jfmackin@gkst.com
jfmarvan@wellington.com
j-f-mcdonald@statestreet.com
jfn@bankinvest.dk
jfollosco@bankofny.com
jfoltz@bbandt.com
jfong@income.com.sg
jfoote@bankofny.com
jforbes@caxton.com
jforbes1@bloomberg.net
jford@barbnet.com
jforde@bloomberg.net
jforeman@bbandt.com
jforrest@fhlbi.com
jfortner@farcap.com
jfoste@ftci.com
jfoster@ftci.com
jfoster@ofiinstitutional.com
jfox@gwkinc.com
jfox@trmshedge.com
jfox@wellington.com
jfpaschoud@vonwiller.ch
jfpowell@unumprovident.com
jfr@capgroup.com
jfra@kempen.nl
jfraile@invercaixa.es

jfrancis@montag.com
jfrancis@worldbank.org
jfrank@apollocapital.com
jfrankel@bloomberg.net
jfranklin@investcorp.com
jfranz@citysecurities.com
jfraser@angelogordon.com
jfreeman@perrycap.com
jfrewald@statestreet.com
jfrey@aegonusa.com
jfrice@wellington.com
jfriedman@canyonpartners.com
jfrisch@dow.com
jfritchman@ofii.com
jfrost@chittenden.com
jfruin@denveria.com
jfuerstenberger@meag.com
j-fujimori@nochubank.or.jp
jfukuji@hei.com
jfuller@htlf.com
jfung@delinvest.com
jfurmato@nb.com
j-furukawa@nochubank.or.jp
jg.bae@samsung.com
jg@gruss.com
jg@jyskebank.dk
jg@pallmallpartners.com
jg18@ntrs.com
jgagen@fhlbatl.com
jgala@calsavings.com
jgalante@hcmlp.com
jgalindoh@bankinter.es
jgallag9@ford.com
jgallagher@delinvest.com
jgallastegui@bankoa.es
jgallic@babsoncapital.com
jgallop@bloomberg.net
jgallow@thamesriver.co.uk
jgalloway@smithbreeden.com
jgalowski@cedarbarn.com
jgana@nyc.nxbp.com
jgandolfo@worldbank.org
jganung@russell.com
jgapay@rzbfinance.com

jgarci40@cajamadrid.es
jgarcia@bcn.ahorro.com
jgarcia@invercaixa.es
jgarcia@lordabbett.com
jgarcia@mfs.com
jgarciaa@grupobbva.com
jgarciac@ahorro.com
jgarciamu@bga.gbancaja.com
jgarciap@cajamadrid.es
jgarfield@fsa.com
jgarita@notes.banesto.es
jgarrett@bear.com
jgarrido@invercaixa.es
jgarrison@jhancock.com
jgartland@nb.com
jgassman@rwbaird.com
jgately@standishmellon.com
jgaul@standishmellon.com
jgaunt@mfs.com
jgay@whitneybank.com
jgazzini@blenheiminv.com
jgb1@ntrs.com
jgbong@hncbworld.com
jgbullion@wellington.com
jgcarter@wellington.com
jgebhard@babsoncapital.com
jgeffen@valueline.com
jgeissinger@bear.com
jgelb@lehman.com
jgent@bloomberg.net
jgentry@federatedinv.com
jgfitzgibbon@statestreet.com
jgh@nykredit.dk
jghammashi@corpone.org
jgi@mn-services.nl
jgianetta@morval.ch
jgiasi@metlife.com
jgibbons@bradfordmarzec.com
jgibson@erg.it
jgibson@farcap.com
jgibson@payden-rygel.com
jgibson@westernasset.com
jgilchrist@loomissayles.com
jgilday@barrowhanley.com

jgiles@foresters.biz
jgillioz@leumi.ch
jgillis@nytimes.com
jgilmartin@sanostra.es
jgilmore6@bloomberg.net
jgilsanu@cajamadrid.es
jgilsenan@websterbank.com
jginsberg@loomissayles.com
jgiraldo@lordabbett.com
jgiro@bloomberg.net
jgiroux@ssrm.com
jgivens@divinv.net
jgj@nbim.no
jgj@wmblair.com
jglacy@allstate.com
jgladieux@smithbreeden.com
jgleason@wilmingtontrust.com
jgledhill@newstaram.com
jglee@opers.org
jglen@ifc.org
jglionna@wellington.com
jglossberg@gofen.com
jglover@ofii.com
jglover@ofiinstitutional.com
jgmelch@metlife.com
jgo@ubp.ch
jgodley@halcyonllc.com
jgoebeler@na.cokecce.com
jgoglia@bloomberg.net
jgohara@leggmason.com
jgolan@williamblair.com
jgoldber@lehman.com
jgoldner@hcmny.com
jgolter@fdic.gov
jgomberg@williamblair.com
jgomezd@assegurances.sanostra.es
jgomezg@ceca.es
jgonzall@cajamadrid.es
jgonzare@notes.banesto.es
jgood@rwbaird.com
jgood@wellington.com
jgordin@tiaa-cref.org
jgordon@federatedinv.com
jgordon@rnt.com

jgorsky@us.nomura.com
jgos1@allstate.com
jgotell@frk.com
jgould@ag-am.com
jgould@bloomberg.net
jgovender@bloomberg.net
jgowens@ibtco.com
jgpjr@bloomberg.net
jgraf@rentec.com
jgraf@springhousecapital.com
jgramm@loews.com
jgrant@chotingroup.com
jgrant@federatedinv.com
jgrant@groupama-am.fr
jgraves@bear.com
jgraves@rockco.com
jgray@msfi.com
jgreco@jennison.com
jgreen@hcmlp.com
jgreenan@westernasset.co.uk
jgreene@halcyonllc.com
jgreenwald@alger-ny.com
jgreenwald@moneygram.com
jgreer@fhlbc.com
jgreffin@allstate.com
jgregory@westernasset.co.uk
jgriffin@fhlbc.com
jgriffin@fhlbi.com
jgriffin@panagora.com
jgroesbeek@ifc.org
jgrosse@bankofny.com
jgrott@bloomberg.net
jgrubben@insinger.com
jgruet@eatonvance.com
jgruvel@bloomberg.net
jgsong@hanabank.com
jgualy@eagleglobal.com
jguasch@invercaixa.es
jguillory@soros.com
jgulli@lordabbett.com
jgurski@babsoncapital.com
jgutierrez@dsaco.com
jgutierrez@tiaa-cref.org
jguyton@mfs.com

jgwang@princeton.edu
jh.cheong@hanabank.com
jh@ark.demon.co.uk
jh1120.kim@samsung.com
jh149@ntrs.com
jh31@ntrs.com
jh432@cornell.edu
jh5@ntrs.com
jh64@ntrs.com
jhaan@dow.com
jhaboucha@rockco.com
jhackstein@bloomberg.net
jhagan@fnni.com
jhagan@grneam.com
jhaggerty@scottstringfellow.com
jhagood@montag.com
jhahn@homeside.com
jhakansson1@bloomberg.net
jhaleen@deerfieldcapital.com
jhall@soam.com
jhalliday@tiberasset.com
jhamann@up.com
jhamey@calstrs.com
jhamilto@aegonusa.com
jhamilton@federatedinv.com
jhamilton@wescorp.org
jhan@bocusa.com
jhan@jhancock.com
jhan@tiaa-cref.org
jhandley@evergreeninvestments.com
jhanf@macm.com
jhanglee@kfb.co.kr
jhanley@kbw.com
jhanna@nb.com
jhanrahan@jhancock.com
jhanuscin@royalbankpa.com
jhardin@noonday.com
jhardt@utilicorp.com
jharloe@barrowhanley.com
jharper2@templeton.com
jharr@smithbreeden.com
jharrington@crtllc.com
jharrington@tiaa-cref.org
jharris@aflac.com

jharris@federatedinv.com
jharris@oppenheimerfunds.com
jharris@sterne-agee.com
jharrison@frk.com
jharrison@standishmellon.com
jhart@troweprice.com
jharte@sandleroneill.com
jhartigan@fandc.co.uk
jhartman@firstmanhattan.com
jhartviksen@westernasset.com
jhartwell@standishmellon.com
jharubin@oppenheimerfunds.com
jharvey@roycenet.com
jhatch@ftci.com
jhattesrley.sypa@syorks-ja.gov.uk
jhauser@troweprice.com
jhautant@groupama-am.fr
jhaveri.sanjiv@nomura-asset.com
jhavriluk@nb.com
jhawillemsen@aegon.nl
jhawkins@essexinvest.com
jhayes@fandc.co.uk
jhayes@senecacapital.com
jhayes@ustrust.com
jhayward@uss.co.uk
jhazarika@bloomberg.net
jhazen@sscinc.com
jhbahng@kfb.co.kr
jhc237@cornell.edu
jhchung@bok.or.kr
jhd@baupost.com
jhd@dodgeandcox.com
jhd@jdj.com
jhe@metlife.com
jhealy@ifsam.com
jhealy@leggmason.com
jhealy@nb.com
jhealy@wmgf.net
jheary@metlife.com
jheath@watrust.com
jhecht@img-dsm.com
jheffernan2@bloomberg.net
jhegarty@essexinvest.com
jheitkemper@bradfordmarzec.com

jheldman@nb.com
jhelmers@tudor.com
jhempel@hcmny.com
jhendrickson@fsa.com
jhennegan@hcmlp.com
jhennessy@abbey.com
jhenry@russell.com
jhenry@us.ca-indosuez.com
jherliby@worldbank.org
jherlihy@presidentiallife.com
jhermance@hbk.com
jhernandezr@uef.es
jhernanm@cajamadrid.es
jherndon@denveria.com
jhersch@canyonpartners.com
jhervy@ofivalmo.fr
jhesselbein@eatonvance.com
jheun@hanabank.com
jheyns@aegon.nl
jhgrossman@bloomberg.net
jhhill@delinvest.com
jhhong11@hncbworld.com
jhhoogendoorn@gkst.com
jhhuh@bok.or.kr
jhibbard@hbk.com
jhiggins@ofii.com
jhiggins@tiaa-cref.org
jhiguera@ceca.es
jhill@jennison.com
jhill@vcallc.com
jhill1@metlife.com
jhill4@aflac.com
jhilu@frk.com
jhinojot@cajamadrid.es
jhirsch@troweprice.com
jhirschmann@westernasset.com
jhirschtritt@dkpartners.com
jhirt@perrycap.com
jhjoo@bok.or.kr
jhjung@kfb.co.kr
jhkim@bok.or.kr
jhl46@cornell.edu
jhlee62@knbank.co.kr
jhlynch@statestreet.com

jhmatson@gkst.com
jhmoehling@yahoo.com
jhmoore@ftb.com
jhn@nykredit.dk
jhn24@cornell.edu
jhn6184@red.cam.es
jho@bankofthewest.com
jhobbs@jennison.com
jhochhauser@metlife.com
jhodgman@metlife.com
jhoerle@rnt.com
jhoff@federatedinv.com
jhoffman@blackrock.com
jhoffman@cwhenderson.com
jhoffman@russell.com
jhogan@panynj.gov
jholbrook@frk.com
jholihan@ustrust.com
jholland@ers.state.tx.us
jholley@halcyonllc.com
jholley@us.nomura.com
jhollins@munder.com
jholloman@bokf.com
jholmes@fftw.com
jhom@opers.org
jhon@unibank.lu
jhonore@gr.dk
jhony.oropeza@grupobbva.com
jhopp@frk.com
jhoppe@meag.com
jhoran@lincap.com
jhorowitz@perrycap.com
jhosa@standishmellon.com
jhosler@ofii.com
jhouse@smithgraham.com
jhow@fandc.co.uk
jhowell@londonstockexchange.com
jhoyer@fmausa.com
jhoyos@bankoa.es
jhoyosoc@notes.banesto.es
jhpaek@kookminbank.com
jhpark@hanabank.com
jhplunkett@tbpadvisors.com
jhromco@lincap.com

jhs11@cornll.edu
jhschwartz@wellington.com
jhshakin@wellington.com
jhshin@delinvest.com
jhsin@tiaa-cref.org
jht@bankinvest.dk
jht@jyskebank.dk
jhu@gr.dk
jhubbard@loews.com
jhubbard@tea.state.tx.us
jhuber@voyageur.net
jhughes@allstate.com
jhull@fdic.gov
jhull@osc.state.ny.us
jhullar@wellsbrokerage.com
jhunt@integrabank.com
jhunt@loomissayles.com
jhuntington@hcmlp.com
jhuntzinger@bokf.com
jhusain@leggmason.com
jhussey@russell.com
jhutchinson@fhlbc.com
jhuther@bloomberg.net
jhuvesh.sobrun@bis.org
jhuynh@westernasset.com
jhyang29@stanford.edu
jhyde@europeancredit.com
jhyll@loomissayles.com
jhynes@nylim.com
ji.chung@db.com
ji.fei@icbcleasing.com
ji.hua@deshaw.com
ji@nbim.no
jia.fu@db.com
jian.m.yao@jpmorgan.com
jian.yang@wamu.net
jian.zhang@ubs.com
jian_chen@fanniemae.com
jian_lin@ml.com
jian_zhou@fanniemae.com
jiang@caxtonrvh.com
jiangxu@research.ge.com
jianhua_yuan@fanniemae.com
jianlin.zhai@gmacrfc.com

jianlin_zhai@fanniemae.com
jianming.kou@barclaysglobal.com
jianting_hu@fanniemae.com
jianzhuang@adb.org
jianzhuang_cai@ssga.com
jia-yia.heng@gartmore.com
jiaying.huang@pimco.com
jiayu.li@ubs.com
jiazhi.chenseiler@vontobel.ch
jiazhimin@citicib.com.cn
jibell@tiaa-cref.org
jibraev@westernasset.com
jichun_wu@freddiemac.com
jidema@spfbeheer.nl
jie.gong@morganstanley.com
jie.wan@citigroup.com
jie.yang@wamu.net
jie.yao@gmam.com
jie_bai@freddiemac.com
jie_huang@putnam.com
jif@bloomberg.net
jigami@sumitomotrust.co.jp
jigar.x.jain@jpmorgan.com
jige@boh.com
jigisha.patel@db.com
jigruksh.trivedi@deshaw.com
jiha01@handelsbanken.se
jihoon2.park@hanabank.com
jihoonkim@wooribank.com
jihui.zhang@aig.com
jihwan.choi@barclaysglobal.com
jilee@hanabank.com
jiles@jhancock.com
jill.cassells@northernrock.co.uk
jill.cetina@do.treas.gov
jill.dodds@ubs.com
jill.enzmann@wachovia.com
jill.fine@ubs.com
jill.frankle@tdcapital.com
jill.giovanello@blackrock.com
jill.groshek@micorp.com
jill.hamilton@wachovia.com
jill.holton@morganstanley.com
jill.huggett@fmr.com

jill.jacobson@us.socgen.com
jill.kavanagh@ie.dexia.be
jill.ling@usbank.com
jill.maxwell@fmr.com
jill.mcgarvey@pimco.com
jill.monaghan@prudential.com
jill.ocleary@daiwasectab.ie
jill.pemberton@delta.com
jill.petersen@conocophillips.com
jill.reisner@db.com
jill.sanderson@citadelgroup.com
jill.suh@pimco.com
jill.thomas@ppmamerica.com
jill.walsh@morleyfm.com
jill.witkin@pnc.com
jill_hirsch@troweprice.com
jill_iannetta@acml.com
jill_k_leach@am.fcnbd.com
jill_mcknight@americancentury.com
jilla.thompson@53.com
jillgrueninger@northwesternmutual.com
jillian.amaral@pharma.novartis.com
jillian.sowole@morganstanley.com
jillmahon@bloomberg.net
jillosborne@quilter.co.uk
jilvento@bloomberg.net
jim.adkin@barclayscapital.com
jim.amorella@barclaysglobal.com
jim.angelo@thehartford.com
jim.arnold@usbank.com
jim.beck@wachovia.com
jim.berges@ers.state.tx.us.com
jim.bertles@bbh.com
jim.brownfieldjr@commercebank.com
jim.bryant@ibtco.com
jim.buckham@fmr.com
jim.burr@wachovia.com
jim.byrd@rbccm.com
jim.cadman@friendsprovident.co.uk
jim.campbell@flemings.com
jim.chan@barclaysglobal.com
jim.chartrand@53.com
jim.chassen@chase.com
jim.chen@prudential.com

jim.chin@barclaysglobal.com
jim.claire@columbiamanagement.com
jim.coder@kochglobalcapital.com
jim.coffman@inginvestment.com
jim.coleman@nbs.co.uk
jim.colquitt@aiminvestments.com
jim.connolly@thehartford.com
jim.cox@ppmamerica.com
jim.coyne@mhcb.co.uk
jim.craig@janus.com
jim.davis@tigerfund.com
jim.diskin@prudential.com
jim.dolan@wachovia.com
jim.dolce@prudential.com
jim.dunlea@fmr.com
jim.e.dabroi@wellsfargo.com
jim.e.furr@ncmi.com
jim.e.michaels@bankofamerica.com
jim.elliott@ppmamerica.com
jim.essert@inginvestment.com
jim.ferguson@aig.com
jim.fox@ulsterbank.com
jim.francis@db.com
jim.gannon@ge.com
jim.garrison@schwab.com
jim.gibboney@huntington.com
jim.gibbons@nationwide.co.uk
jim.gibbons@ubs-oconnor.com
jim.gilligan@vankampen.com
jim.gilliland@barclaysglobal.com
jim.glen@hcmny.com
jim.goff@janus.com
jim.goudie@axa-im.com
jim.griffin@uboc.com
jim.grossman@thrivent.com
jim.h.chiang@hp.com
jim.haas@aigfpc.com
jim.halliday@bmonb.com
jim.hamby@everbank.com
jim.hamil@lloyds.co.uk
jim.hayes@fhlbboston.com
jim.heizer@bbh.com
jim.hentges@aig.com
jim.hoeg@citadelgroup.com

jim.hwang@barclaysglobal.com
jim.keagy@barclaysglobal.com
jim.kean@barclays.co.uk
jim.keller@pimco.com
jim.kellerk@ge.com
jim.kellerman@westam.com
jim.kelsoe@morganasset.com
jim.kieffer@artisanpartners.com
jim.kinsman@pncbank.com
jim.kofron@truscocapital.com
jim.kragenbring@advantuscapital.com
jim.krekeler@edwardjones.com
jim.kurtz@aig.com
jim.lewis@barclaysglobal.com
jim.liljedahl@ibtco.com
jim.linford@swedbank.com
jim.lombardi@huntington.com
jim.longley@threadneedle.co.uk
jim.luke@truscocapital.com
jim.m.murphy@prudential.com
jim.mackey@deshaw.com
jim.mahnke@reliastar.com
jim.makhlouf@wachovia.com
jim.mallory@ironoakadvisors.com
jim.malloy@impaccompanies.com
jim.malott@valero.com
jim.maze@pncbank.com
jim.mccaughan@csam.com
jim.mcdaniel@raymondjames.com
jim.mcdonald@jpfinancial.com
jim.mcdougall@wamu.net
jim.mcgrath@firstunion.com
jim.mckeever@ubs.com
jim.mcnaught@hp.com
jim.mcsweeney@mortgagefamily.com
jim.millard@barclaysglobal.com
jim.miller@fmr.com
jim.morris@trs.state.tx.us
jim.mullins.jywg@statefarm.com
jim.murphy@barcap.com
jim.myers@national-city.com
jim.nield@midfirst.com
jim.odell@morleyfm.com
jim.odoherty@scotiabank.ie

jim.o'grady@lazard.com
jim.osullivan@glgpartners.com
jim.ouzts@wachovia.com
jim.p.arigho@aib.ie
jim.p.o'neill@aibbny.ie
jim.pallotta@tudor.com
jim.pearson@standardlife.com
jim.phelan@tudor.com
jim.phillips@bbh.com
jim.pulaski@tudor.com
jim.r.schrader@smithbarney.com
jim.r.snow@jpmorganfleming.com
jim.ragusa@soros.com
jim.ramsay@robecoinvest.com
jim.rice@ubs.com
jim.rogers@inginvestment.com
jim.rolfs@ci.shreveport.la.us
jim.ross@peregrinecapital.com
jim.ryan@depfa.ie
jim.shanahan@fcbw.com
jim.sherman@avmltd.com
jim.sherwin@ers.state.tx.us
jim.sickling@raymondjames.com
jim.skufca@capmark.funb.com
jim.strickler@hanovercapital.com
jim.stride@axa-im.com
jim.toth@ftnmidwest.com
jim.tyler@bankofthewest.com
jim.valencia@bipiemmesgr.com
jim.vanek@ubs-oconnor.com
jim.vos@csam.com
jim.wang@barclaysglobal.com
jim.williams@tradestreetinv.com
jim.wolf@mackayshields.com
jim.wood-smith@barclays.co.uk
jim.young@ppmamerica.com
jim.zhao@opcap.com
jim@bartlettinvestors.com
jim@bpviinc.com
jim@dearden.com
jim@gries.com
jim@incomeresearch.com
jim@inveobwc.com
jim@ruanecunniff.com

jim@turner-invest.com
jim_anderson@sunlife.com
jim_brefeld@notes.ntrs.com
jim_conway@standardlife.com
jim_crandall@scotiacapital.com
jim_cull@standardlife.com
jim_d_mitchell@dlc.dqe.com
jim_doran@americancentury.com
jim_fayen@fujibank.co.jp
jim_feenick@freddiemac.com
jim_heisler@vanguard.com
jim_heyer@ml.com
jim_hopkins@ssga.com
jim_hudgins@ucbi.com
jim_keegan@ubs.com
jim_kennedy@acml.com
jim_kourkoulakos@calpers.ca.gov
jim_miller@gb.smbcgroup.com
jim_murphy@troweprice.com
jim_odonnell@nacm.com
jim_pendergast@acml.com
jim_reilly@acml.com
jim_schetakis@mfcinvestments.com
jim_schmidt@oldnational.com
jim_schwartz@ml.com
jim_siccardi@oxy.com
jim_snave@rhco.com
jim_st._john@putnam.com
jim_stowers@americancentury.com
jim_tzitzouris@troweprice.com
jim_wiess@putnam.com
jimbarry@angloirishbank.ie
jimbcm@iserve.net
jimbrown@chittenden.com
jimd@apollotrust.com
jimdorwaldt@synovus.com
jimgilmartin@bloomberg.net
jimgreek@bloomberg.net
jimh@capgroup.com
jimhof@russell.com
jimieram@wellscap.com
jiminpark@bok.or.kr
jimkoulos@aol.com
jiml@wasatchadvisors.com

jimlin@bloomberg.net
jimliu@ms1.hncb.com.tw
jimm@capelcuresharp.co.uk
jimm@fhlbsea.com
jimm@ibbfla.com
jimmcr@tmgchicago.com
jimmeil@eaton.com
jimmie.wilson@wachovia.com
jimmie_irby@bankone.com
jimmy.ch.wang@email.chinatrust.com.tw
jimmy.chew@icbc.com.sg
jimmy.furlong@biam.boi.ie
jimmy.huang@barclaysglobal.com
jimmy.k.adams@protective.com
jimmy.karalis@citadelgroup.com
jimmy.lau@schroders.com
jimmy.mcgillicuddy@glgpartners.com
jimmy.ng@aig.com
jimmy.poh@drkw.com
jimmy.ren@dartmouth.edu
jimmy.rizos@citadelgroup.com
jimmy.stenstrom@sormlandssparbank.se
jimmy@caxtonrvh.com
jimmy@lionhartusa.net
jimmy_huang@rsausa.com
jimmyaueong@dbs.com
jimmyg@firstindiana.com
jimmyk@oppenheimerfunds.com
jimmykuo@ms1.chb.com.tw
jimmykwpun@hsbc.com.hk
jimmyphoon@temasek.com.sg
jimp@mizuhocap.com
jimr@loopcap.com
jimyang@cathaylife.com.tw
jimz@fhlbsea.com
jin.binliang@hotmail.com
jin.chen@db.com
jin.kim@westernasset.com
jin.wong@resolutionasset.com
jin.wu@wamu.net
jin.yan@dartmouth.edu
jin_toppi@fleet.com
jinal.sheth@ubs.com
jinbo_shuhei@dn.smbc.co.jp

jindaln@nationwide.com
jineshchandarana@gic.com.sg
jing.ning@aig.com
jing.sun@inginvestment.com
jing.yang@pimco.com
jing.zhou@blackrock.com
jing.zhou@westernasset.com
jing.zhujrsc@icbc.com.cn
jing_liu@ml.com
jing_min.li@westlb.com
jing2.liu@ge.com
jingbo.zhang@bbh.com
jingjing.hu@gs.com
jingjinz@princeton.edu
jingminl@bloomberg.net
jingqi.xu@morganstanley.com
jingram@hbk.com
jingshan.fu@trs.state.tx.us
jinguji@afz.crane.jal.co.jp
jingy@us.ibm.com
jinheecho@hanabank.com
jinhei.park@citigroup.com
jinjoo.ok@hanabank.com
jinjoong.nam@samsung.com
jinjung@gmail.com
jinki.hong@barcap.com
jinl@capgroup.com
jinleixu@icbc.com.cn
jinnes@hcmlp.com
jinny.choi@corporate.ge.com
jinny.kim@morganstanley.com
jinping.yao@hotmail.com
jinsip@kdb.co.kr
jinsong.liu@icbc.com.cn
jintkim@wooribank.com
jinuk_kim@lebldn.co.uk
jinwook.suh@scfirstbank.com
jinyan@princeton.edu
jinyuenyee@gic.com.sg
jinzhushi@citicbank.com
jiong.yu@alliancebernstein.com
jiqiong.dai@ubs-oconnor.com
jir@mn-services.nl
jiri.baert@agf.be

jiro_morita@mitsui-seimei.co.jp
jiro_omori@tr.mufg.jp
jiro_saito@mail.toyota.co.jp
jirons@hbk.com
jiroutek.bob@principal.com
jisa01@handelsbanken.se
jisherwood@bankofny.com
jit@artemisinvest.com
jitania.kandhari@morganstanley.com
jiten.manglani@morganstanley.com
jiten.samani@barclaysglobal.com
jitendertokas@gic.com.sg
jitendra.d.bhanap@nabasia.com
jitu@bloomberg.net
jiunn@bloomberg.net
jivey@napanet.net
jixin.dai@soros.com
jiyanmin@abchina.com
jiyeon.eppler-kim@dekabank.de
jiyoung.kim@credit-suisse.com
jiyunchoi@wooribank.com
jj.berney@citadelgroup.com
jj.kirby@state.mn.us
jj.walsh@aib.ie
jj@calpers.ca.gov
jj@danskebank.dk
jj@gruss.com
jj@optiver.com
jj_mckoan@acml.com
jj_shan@mail.cbc.gov.tw
jj8@ntrs.com
jja1@ntrs.com
jjacaruso@refco.com
jjacks@bloomberg.net
jjacobe@sarofim.com
jjacobi@scmadv.com
jjacobs@blackrock.com
jjacod@princeton.edu
jjahn@bloomberg.net
jjalade@partnerstatestreet.com
jjamal@burgan.com
jjang11@tkit.co.kr
jjangro@wscapital.com
jjangrow@wscapital.com

jjansen7@bloomberg.net
jjara@bloomberg.net
jjaramillo@hcmlp.com
jjash@wellington.com
jjasko@msfi.com
jjbalboni@wellington.com
jjbc@bloomberg.net
jjcardello@bloomberg.net
jjcronin@statestreet.com
jjeffcoate@statestreet.com
jjeffers@btmna.com
jjeffers@us.mufg.jp
jjeffery@aflac.com
jjenkins@metlife.com
jjenkins@tswinvest.com
jjennings1@metlife.com
jjerkovich@rnt.com
jjew@standish.com
jjewell@millertabak.com
jjg2@ntrs.com
jjguilherme@milleniumbcp.pt
jjimeneu@cajamadrid.es
jjimenez@hcmlp.com
jjingraham@us.fortis.com
jjinpark@bok.or.kr
jjjacob@groupama-am.fr
jjkrementowski@aeltus.com
jjlandry@statestreet.com
jjlee@westernasset.com
jjlegg@ppmamerica.com
jjofre@fibanc.es
jjohanse@aegonusa.com
jjohanss@notes.banesto.es
jjohara@wellmanage.com
jjohn@buffalofunds.com
jjohns@protective.com
jjohns13@amfam.com
jjohnson@bpscapital.com
jjohnson@invest.treas.state.mi.us
jjohnson@lnc.com
jjohnsoncalari@worldbank.org
jjohnst@frk.com
jjones@fhlbc.com
jjones@fountaincapital.com

jjones@jennison.com
jjones@oppenheimerfunds.com
jjones2@federatedinv.com
jjones3@federatedinv.com
jjordan@hellmanjordan.com
jjoseph@mfs.com
jjoseph@tiaa-cref.org
jjoseph@wachoviasec.com
jjostrand@williamblair.com
jjoyner@us.tr.mufg.jp
jjplum@provident-bank.com
jjprietoa@bankinter.es
jjristau@statestreet.com
jjs@dodgeandcox.com
jjs@summitpartnersllc.com
jjsuarez@dcf.pemex.com
jjsullivan@bloomberg.net
jjt@domcap.com
jjtrentacoste@comerica.com
jjuara1@bloomberg.net
jjui@downeysavings.com
jjunge@pictet.com
jjunior@josephthal.com
jjurich@mail.state.ne.us
jjustitz@pasche.ch
jjvaucher@pictet.com
jjwalshboi@bloomberg.net
jjyoung@bok.or.kr
jk.kang@aig.com
jk739@cornell.edu
jk947@cornell.edu
jka@lrc.ch
jkabel2@bloomberg.net
jkahn@loews.com
jkahn@orix.com
jkaliberda@tiaa-cref.org
jkameno@jefco.com
jkamil@bear.com
jkamil@ucm.utendahl.com
jkammerlohr@munichre.com
jkaniclides@standishmellon.com
jkapadia@bloomberg.net
jkaplan@hapoalimusa.com
jkaplan@roycenet.com

jkaplan@valueline.com
jkaplan@williamblair.com
jkappe@spfbeheer.nl
jkapsar@perrycounty.com
jkaram@faralloncapital.com
jkarger@mcmorgan.com
jkarlis@williamblair.com
jkarr1@bloomberg.net
jkaspar@hcmlp.com
jkatakur@boh.com
jkatz@westernasset.com
jkatz1@metlife.com
jkauffmann@nb.com
jkaufmann@nb.com
jkaufthal@rnt.com
jkautz@pwmco.com
jkavanaugh@allmerica.com
jkblair@bankofny.com
jkcameron@aegonusa.com
jkd@capgroup.com
jkearney@bcbsm.com
jkeating@mcleanbudden.com
jkeenan@bankofny.com
jkeenan@blackrock.com
jkeers@babsoncapital.com
jkeller@dlbabson.com
jkeller@fhlbsea.com
jkellersmann@union-invest.de
jkelley@apollorealestate.com
jkelly@farcap.com
jkelly@ihc-geneve.com
jkelly@loomissayles.com
jkelly@olympiacapital.com
jkelly@walterind.com
jkenary@metlife.com
jkennedy@heritageinvestors.com
jkennedy@metzler.com
jkennedy@troweprice.com
jkepel@fortisbank.com
jkern@co.sarasota.fl.us
jkerner@tiaa-cref.org
jkerrigan@lkcm.com
jkerrigan@moorecap.com
jkeuppens@bloomberg.net

jkhan@opcap.com
jkhng@wellington.com
jkhodarahmi@eatonvance.com
jkhuang@bloomberg.net
jki.na@adia.ae
jkiang@alger.com
jkiani@payden-rygel.com
jkieburtz@sirachcap.com
jkiff@bank-banque-canada.ca
jkim@babsoncapital.com
jkim@fftw.com
jkim@kfb.co.kr
jkim@mailbox.lacity.org
jkim@ofiinstitutional.com
jkim@westernasset.com
jkim6@ifc.org
jking@banxico.org.mx
jkinglavinder@na.cokecce.com
jkinnel@nicholasfunds.com
jkirshbaum2@bloomberg.net
jkiss@bartlett1898.com
j-kitami@taiyo-seimei.co.jp
jkitovitz@creditandorra.ad
jkjt0007@wooribank.com
jkk.na@adia.ae
jkk@sitinvest.com
jkkang@bloomberg.net
jklaperman@perrycap.com
jkleban@evcap.bm
jklein@ebkgroup.com
jklein@standishmellon.com
jklima@ford.com
jklimas@invest.treas.state.mi.us
jklinger@penncapital.com
jklingsporn@evcap.com
jkmcdonough@jhancock.com
jkn@americancentury.com
jknight@cajamadrid.es
jknox@ustrust.com
jknuth@genre.com
jkocab@mcdinvest.com
jkoch@mwamllc.com
jkoegel@crownbank.com
jkoenigsberg@evergreeninvestments.com

jkoerner@farcap.com
jkohler@aegon.nl
jkohli@frk.com
jkojima4@sompo-japan.co.jp
jkok@bloomberg.net
jkokemor@tswinvest.com
jkolter@payden-rygel.com
jkomives@wi.rr.com
jkopensky1@bloomberg.net
jkorhonen@brownadvisory.com
jkorn@esperio.co.uk
jkorngold@schny.com
jkorval@apollodif.com
jkosaka@bloomberg.net
jkostohryz@wellington.com
jkosty@mfs.com
jkovanda@steinroe.com
jkox@bloomberg.net
jkozak@parknationalbank.com
jkozlowski@refco.com
jkramer@nb.com
jkrantz@williamblair.com
jkranz@hcsbnj.com
jkrasner@exchange.ml.com
jkrause@moneygram.com
jkreiter@munder.com
jkrist@lordabbett.com
jkrocheski@turnerinvestments.com
jkruger@faralloncapital.com
jkruger@fhlbi.com
jkrumplys@waddell.com
jkruni@bloomberg.net
jkuhn@aegonusa.com
jkunkle@allstate.com
jkupfer@cybertrader.com
jkurdek@summitbank.com
jkuriger@luminentcapital.com
jkurniawan@apple.com
jkutasov@kayne.com
jkvantas@bbandt.com
jkw@merganser.com
jkwan@mtr.com.hk
jkwang@bok.or.kr
jkwock@ftci.com

jl.chenut@cogefi.fr
jl.chicha@americas.bnpparibas.com
jl.jacquinod@dbtc.ch
jl.richard@iam.ch
jl.sanpedro@iberdrola.es
jl@efgfp.com
jl@pallmallpartners.com
jl101@ntrs.com
jl18@ntrs.com
jl70@ntrs.com
jl888@cornell.edu
jlabusch@bloomberg.net
jlacombe@ifc.org
jladge@appletonpartners.com
jlafferty@ustrust.com
jlafronz@bayernlbny.com
jlaing@tiaa-cref.org
jlake@opers.org
jlalex@bloomberg.net
jlam@ambac.com
jlam@payden-rygel.com
jlamarre@ofivalmo.fr
jlamb@loomissayles.com
jlamensdorf@hcmlp.com
jlammers@voyageur.net
jlan@mfs.com
jlandau@bankofny.com
jlandau@berkeleyvc.com
jlandau@nb.com
jlandreth@provnet.com
jlandy@hvbank.com
jlane@lordabbett.com
jlane@nb.com
jlane@torchmarkcorp.com
jlang@troweprice.com
jlangebrekke@russell.com
jlanigan@bloomberg.net
jlanktree@dkpartners.com
jlantz7@bloomberg.net
jlanzotti@lordabbett.com
jlapalm@williamblair.com
jlaplace@metlife.com
jlaporte@troweprice.com
jlarge@farmcreditbank.com

jlarizza@bloomberg.net
jlarkin@incomeresearch.com
jlarregola@bloomberg.net
jlarroche@bloomberg.net
jlarsen@wasatchadvisors.com
jlarsson@pictet.com
jlasser@nb.com
jlatino@oppenheimerfunds.com
jlau@metlife.com
jlau@mtr.com.hk
jlautant@groupama-am.fr
jlavender@wellington.com
jlawson@lmfunds.com
jlawson@tiaa-cref.org
jlay@agfirst.com
jlb17@ntra.com
jlb17@ntrs.com
jlblazquet@rental4.es
jlc@baupost.com
jlcoleman@aegonusa.com
jlcraney-reppert@delinvest.com
jld@capgroup.com
jldominguez@grupobbva.com
jle@petercam.be
jle4@ntrs.com
jleach@mfs.com
jleale@caxton.com
jleberon@bloomberg.net
jleblanc@ubs.com
jlecubarri@uef.es
jlecube@invercaixa.es
jlederman@ohiosavings.com
jlee@allstate.com
jlee@btmna.com
jlee@hcmlp.com
jlee@perrycap.com
jlee@pictet.com
jlee@voyageur.net
jlee@wellington.com
jlee126@bloomberg.net
jlee22@unitel.co.kr
jlee254@bloomberg.net
jlee4@metlife.com
jleffler@us.mufg.jp

jleinberger@bankofny.com
jleinwand@metlife.com
jleitao@servibanca.pt
jleitch@bloomberg.net
jleite@banco-privado.pt
jleitner@falconmgt.com
jlemaitre@gwkinc.com
jleman@templeton.com
jlemchak@bloomberg.net
jlemke@aegonusa.com
jlemle@eatonvance.com
jlendi@mapfre.com
jlengal@sis.cz
jlenzo@russell.com
jleonard@deerfieldcapital.com
jleone@presidentiallife.com
jleopold@lmfunds.com
jlernercig@bloomberg.net
jleslie@deweysq.com
jletourneau@jhancock.com
jlevan@divinv.net
jleverenz@oppenheimerfunds.com
jleverett@russell.com
jlevy@bft.fr
jlewerenz@maplepartners.com
jlewis@ellington.com
jlewis@stonehillcap.com
jlf@capgroup.com
jlg6@ntrs.com
jlgarcia@notes.banesto.es
jlgarcia@safei.es
jlh@bankinvest.dk
jli@macm.com
jli@metlife.com
jli@websterbank.com
jli5@bear.com
jlieberman@angelogordon.com
jliebow@jhancock.com
jlieu@metlife.com
jlim@evcap.com.sg
jlima@metlife.com
jlimandibrata@mail.asiandevbank.org
jlin@farcap.com
jlin@tiaa-cref.org

jlin16@ford.com
jlindenthal@opcap.com
jlindholm@delinvest.com
jlinehan@troweprice.com
jlinehan@ullico.com
jlingbe@frk.com
jlipchin@eatonvance.com
jliptak@copera.org
jlirving@delinvest.com
jlisiewski@alger-ny.com
jlisle@1838.com
jliso@panynj.gov
jlitchfi@tiaa-cref.org
jliu@blenheiminv.com
jliu@hcmlp.com
jliu@tiaa-cref.org
jlivengood@oppenheimerfunds.com
jlivewell@penncapital.com
jlizana@bcentral.cl
jlj9@ntrs.com
jlkripke@wellington.com
jllavin@leggmason.com
jlmera@bankofny.com
jlmontesin@fibanc.es
jlmunozv@repsolypf.com
jlnc@capgroup.com
jlnettesheim@wellington.com
jloccisano@canyonpartners.com
jlocker@tigerglobal.com
jloeb@lordabbett.com
jloehr@denveria.com
jloh@mas.gov.sg
jlohman@babsoncapital.com
jlohman@dhja.com
jlokey@midstatebank.com
jlombardero@bloomberg.net
jlombardo@loomissayles.com
jlong@ibtco.com
jlongley@jennison.com
jlonski@babsoncapital.com
jlooney@panagora.com
jlopes@loomissayles.com
jlopez@bayernlbny.com
jlopez@bear.com

jlopez@cajamadrid.es
jlopez@payden-rygel.com
jlopez3@templeton.com
jlopezdi@cajamadrid.es
jlopezru@cajamadrid.es
jlora@lordabbett.com
jlorenzen@img-dsm.com
jlormiston@statestreet.com
jlott@blackrock.com
jlotto@ifc.org
jlovito@nb.com
jlowden@bbandt.com
jlowe@roycenet.com
jlowry@bbandt.com
jlowry@hbk.com
jlpare@ecofi.fr
jlpo@capgroup.com
jlrogers@bankofny.com
jls24@dcx.com
jlsabatern@cam.es
jltartack@bloomberg.net
jltissot@bloomberg.net
jlu@ftci.com
jlu@lrc.ch
jlu@petercam.be
jlubin@hymanbeck.com
jludbrook@munichre.com
jluetkenhaus@fnni.com
jluiz.fernandes@bcb.gov.br
jluke@bbandt.com
jlukens@russell.com
jlundgr@rfc.com
jlusk@frk.com
jlusk@gemcapitalmgmt.com
jluster@bankofny.com
jlutz@frostbank.com
jlvovich@hcmlp.com
jlwolf@bankofny.com
jlydotes@wellington.com
jlyle@qualcomm.com
jlyman@fftw.com
jlynagh@troweprice.com
jlynch@ssrm.com
jm.chapus@tcw.com

jm.cunniff@wachovia.com
jm@evcap.com
jm113@ntrs.com
jm36@ntrs.com
jm744@cornell.edu
jma@alaskapermfund.com
jma3@ntrs.com
jma87@cornell.edu
jmaalouf@gulfbank.com.kw
jmac@princeton.edu
jmacdonald@tre.state.ma.us
jmacdougall@mfs.com
jmachado@invercaixa.es
jmadden@nb.com
jmadden@rwbaird.com
jmadonna@teleos.com
jmaguire@penncapital.com
jmah@capgroup.com
jmahoney9@bloomberg.net
jmain@microsoft.com
jmair@thamesriver.co.uk
jmak@us.mufg.jp
jmakin@caxton.com
jmalcolm@metlife.com
jmalesardi@hvbank.com
jmalet@paladininvestments.com
jmalley@angelogordon.com
jmallolnieto@telefonica.es
jmallory@allstate.com
jmalloy@wilmingtontrust.com
jmalmquist@martincurrie.com
jmaloney@fandc.co.uk
jmalooly@wasatchadvisors.com
jmalves@bportugal.pt
jmancino@roslyn.com
jmandeville@utimco.org
jmandrews@bloomberg.net
jmandy@bloomberg.net
jmandzij@oppenheimerfunds.com
jmaney@amfin.com
jmangan@lehman.com
jmangion@bloomberg.net
jmangione@opcap.com
jmann@adb.org

jmann@apolloic.com
jmann1@bloomberg.net
jmano@hcmlp.com
jmanoo@ftci.com
jmanres@templeton.com
jmanry@pictet.com
jmanske@metlife.com
jmanz@denveria.com
jmarabar@ceca.es
jmaraluce.madrid@sinvest.es
jmarcus@metlife.com
jmardon@bloomberg.net
jmargenz@ibtco.com
jmarguy@jhancock.com
jmariani@martincurrie.com
jmariconti@nb.com
jmarino@msfi.com
jmarion@barbnet.com
jmark@russell.com
jmarkows@blackrock.com
jmaroney@statestreet.com
jmarovich@tigerglobal.com
jmarquez@deerfieldcapital.com
jmarquez@westernasset.com
jmarren@fhlbdm.com
jmarrojo@uef.es
jmarrone@bloomberg.net
jmarsh@mfs.com
jmarston@mfs.com
jmartielli@seic.com
jmartin@blaylockabacus.com
jmartin@caxton.com
jmartin@cminvest.com
jmartin@ohionatl.com
jmartin@steinroe.com
jmartinez@finatlas.com
jmartinezal@kutxa.es
jmarting@mtahq.org
jmartinriva@bloomberg.net
jmartins@notes.banesto.es
jmas@bloomberg.net
jmason@cvcap.com
jmassey@bear.com
jmasuda@btmna.com

jmatsui@westernasset.com
jmatz@microsoft.com
jmau@chevron.com
jmauceli@standish.com
jmauceli@standishmellon.com
jmauer@lordabbett.com
jmaurer@dlbabson.com
jmaurer@levi.com
jmaurer@lordabbett.com
jmaurer@mfs.com
jmaxwell@rnt.com
jmaxwell@waddell.com
jmay@nicholasfunds.com
jmay@opers.org
jmayer@munichre.com
jmayesh@lbfc.com
jmaynard@lkcm.com
jmazanec@wasatchadvisors.com
jmazejy@tiaa-cref.org
jmazigi@metlife.com
jmazon@metlife.com
jmazzullo@metlife.com
jmb@sitinvest.com
jmb21@ntrs.com
jmb23@ntrs.com
jmb329@cornell.edu
jmbbt@bloomberg.net
jmberger@wellington.com
jmberteaux@wellington.com
jmbrammer@midamerican.com
jmcadams@pacificincome.com
jmcallister@loomissayles.com
jmcarr@statestreet.com
jmcarthy@bloomberg.net
jmcastanom@repsolypf.com
jmcauliffe@bankofny.com
jmcauliffe@hcmlp.com
jmccaffrey@williamblair.com
jmccain@voyageur.com
jmccaleb@ftci.com
jmccann@statestreet.com
jmccarthy@caxton.com
jmccarthy@jpchase.co.uk
jmccartney@britannicasset.com

jmccary@gsc.com
jmccauley@beneficialsavingsbank.com
jmccay@martincurrie.com
jmccloskey@kbw.com
jmccloud@aegonusa.com
jmcclung@bbandt.com
jmccluskey@bear.com
jmccolley@babsoncapital.com
jmccorkle@aegonusa.com
jmccormack@loomissayles.com
jmccourt@westernasset.com
jmccoy@netbank.com
jmccoy@tsocorp.com
jmccullough@oppenheimerfunds.com
jmccullough@tiaa-cref.org
jmcdonald@bloomberg.net
jmcdonald@rockco.com
jmcdonnell@oppenheimerfunds.com
jmcdonnell5@bloomberg.net
jmcelroy@whitneybank.com
jmcfadden@caxton.com
jmcgan@martincurrie.com
jmcginle@blackrock.com
jmcginley@bear.com
jmcglaun@aegonusa.com
jmcgovern@oppenheimerfunds.com
jmcgrath@wrberkley.com
jmcgraw@loomissayles.com
jmcguire@vcallc.com
jmcinerney@standishmellon.com
jmcintosh@loomissayles.com
jmckay@hopewellcapital.com
jmckenna@britannicasset.com
jmckenna@perrycap.com
jmclane@delinvest.com
jmclaughlin@russell.com
jmcmahan@ups.com
jmcmanus@mwam.com
jmcmillin@lordabbett.com
jmcnay@essexinvest.com
jmcneer@ellington.com
jmcneilis@sterling-capital.com
jmcnichols@standishmellon.com
jmcpeake@alger.com

jmcswiggan@royalbankpa.com
jmctague@bancaintesa.us
jmd347@cornell.edu
jmdelave@banamex.com
jmdugan@cavcap.com
jmdunker@midamerican.com
jmead@aegonusa.com
jmeehan@babsoncapital.com
jmehta@wisi.com
jmendez@mfs.com
jmendez@oppenheimerfunds.com
jmenozzi@utendahl.com
jmentzer@fultonfinancialadvisors.com
jmenzin@nb.com
jmerbel@heineken.nl
jmercadante@amphenol.com
jmercer@voyageur.net
jmerchant@sunamerica.com
jmerkelson@tiaa-cref.org
jmermelstein@the-ark.com
jmerry@volcorp.org
jmessina@deerfieldcapital.com
jmestek@copera.org
jmeusen@citco.com
jmeyer@bcentral.cl
jmeyer@cuprum.cl
jmeyer@libertyview.com
jmeyer@pvf.nl
jmeyer@state.wy.us
jmeyers@hbk.com
jmeyers@orixcm.com
jmf@clinton.com
jmf@jwbristol.com
jmfleming@midamerican.com
jmg@clinton.com
jmgoins@wellington.com
jmherman@fhhlc.com
jmhynes@wellington.com
jmigdal@ubs.com
jmihaltian@sterling-capital.com
jmikus@ameritas.com
jmilan@oppehmeimerfunds.com
jmilano@troweprice.com
jmiles@certusmgt.com

jmilin@washfed.com
jmillar@btmna.com
jmillar@martincurrie.com
jmillar@us.mufg.jp
jmiller@arco.com
jmiller@arielinvestments.com
jmiller@chicagoequity.com
jmiller@eatonvance.com
jmiller@firstindiana.com
jmiller@mdsass.com
jmiller@millertabak.com
jmiller49@bloomberg.net
jmilligan@duqlight.com
jmilton@bloomberg.net
jminaya@tiaa-cref.org
jminpark@bok.or.kr
jminuesa@cajamadrid.es
jmitchell@loomissayles.com
jmitchell@mapension.com
jmitchell@mfs.com
jmitchell@putnamlovell.com
jmitro@loomissayles.com
jmitsubori@uk.tr.mufg.jp
jmjefski@ibtco.com
jmkb@capgroup.com
jmkelliher@wellington.com
jmlaidlaw@aegon.co.uk
jmlangton@wellington.com
jmm6@ntrs.com
jmmajadass@bancopastor.es
jmmartin@caixatarragona.es
jmmassare@groupama-am.fr
jmmena@generali.es
jmnjm@aol.com
jmo@danskebank.dk
jmo@ms.com
jmoehling@inv.uchicago.edu
jmoeller@capis.com
jmoffet@hourglasscapital.com
jmogg@umwafunds.org
jmol@kempen.nl
jmolack@loomissayles.com
jmoleti@omega-advisors.com
jmoment@faralloncapital.com

jmonacelli@presidentiallife.com
jmonaghan@sunamerica.com
jmonahan@bloomberg.net
jmondini@pictet.com
jmontemayor@payden-rygel.com
jmontgom@fhhlc.om
jmoody@firstusbank.com
jmoore@1838.com
jmoore@bradfordmarzec.com
jmoore@standishmellon.com
jmoore@ustrust.com
jmoore@waddell.com
jmoorhead@jhancock.com
jmoraitis@imsi.com
jmoranier@finama-am.com
jmorbeck@first-wash.com
jmorel@essexinvest.com
jmoreno@blackrock.com
jmorgan@crawfordinvestment.com
jmorgan@hcmlp.com
jmorgan@josephthal.com
jmorishita@nochubank.or.jp
jmorita@nochubank.or.jp
jmoroney5@bloomberg.net
jmorris@dkpartners.com
jmorris@essexinvest.com
jmorris@europeancredit.com
jmorris@mercantilcb.com
jmorris2@harleysvillegroup.com
jmorriss@tiaa-cref.org
jmorrow@aj.co.nz
jmorton@fftw.com
jmorton@wellington.com
jmoschitz@wellington.com
jmosier@sunamerica.com
jmoss@eudaimonia-invest.com
jmoss@trees-invest.com
jmosseri@ubspainewebber.com
jmoten@roxcap.com
jmotulsky@stonehillcap.com
jmoule@co-operativebank.co.uk
jmounce@lehman.com
jmowbray@voyageur.net
jmoy@apollorealestate.com

jmp@capgroup.com
jmpernas@bancopastor.es
jmpohl@lmus.leggmason.com
jmr@premierassetmanagement.com
jms@columbus.com
jms31@ntrs.com
jmsanchez@grupobbva.com
jmschaller@household.com
jmseo@bok.or.kr
jmst@bpi.pt
jmstraus@carac.fr
jmstrele@ibtco.com
jmthomas@transat.tm.fr
jmtishman@leggmason.com
jmtop.lee@samsung.com
jmueller6@bloomberg.net
jmuench1@bloomberg.net
jmulchy@bankofny.com
jmulligan@ssrm.com
jmullings@bgcpartners.com
jmullins@mdsass.com
jmullman@jennison.com
jmunnoz@generali.es
jmurcio@standishmellon.com
jmurillo@banxico.org.mx
jmurphy@bankofny.com
jmurphy@lmfunds.com
jmurphy@mtahq.org
jmurray@aicm.com
jmurray@fhlbdm.com
jmurray1@frk.com
jmuys@europeancredit.com
jmycka@federatedinv.com
jmyers@jennison.com
jn.pagnoux@interdin.com
jn@capgroup.com
jnabi@ambac.com
jnadal@kayne.com
jnadell@nb.com
jnadler1@bloomberg.net
jnagle@pennlibertybank.com
jnahas@penncapital.com
jnajar@bankofny.com
jnash2@bloomberg.net

jnathanson@loews.com
jnavarra@ahorrocorporacion.com
jnavarrette@ohionational.cl
jnaya@gruposantander.com
jnberg@wellington.com
jne@ubp.ch
jnedoss@williamblair.com
jneil@deshaw.com
jneil@jhancock.com
jneisler@lendleaserei.com
jnelson@loomissayles.com
jnelson@williamblair.com
jnemchenok@loomissayles.com
jnew@hbk.com
jnewberry@mfs.com
jnewbery@westernasset.co.uk
jnewdigate@thamesriver.co.uk
jnewman14@bloomberg.net
jnewton@fnbl.com
jng@frk.com
jngambi@ers.state.tx.us
jnguyen@tsocorp.com
jn'guyenton@statestreet.com
jni@dodgeandcox.com
jniblo@patmedia.net
jnichol@federatedinv.com
jnicholas.smith@columbiamanagement.com
jnicholas_smith@ustrust.com
jnicholson@lincap.com
jnicholson@mfs.com
jnicolosi@jhancock.com
jnield@ford.com
jnin@bankpyme.es
jnin@creditandorra.ad
jninni@fhlbc.com
jninobla@standishmellon.com
jnjuni@bloomberg.net
jnlh@capgroup.com
jnmbs@bloomberg.net
jnmordy@wellington.com
jnmurray@standishmellon.com
jnolan@babsoncapital.com
jnolan@dlbabson.com
jnoonan@appletonpartners.com

jnordeman@merrill.com
jnorquay@metlife.com
jnorton@us.nomura.com
jnorungolo@voyageur.net
jnosek@aegonusa.com
jnoss@bankofny.com
jnoto@caxton.com
jnunley@allmerica.com
jnuruki@westernasset.com
jnutt@standishmellon.com
jnuzzo@anchorcapital.com
jnward@bloomberg.net
jny@capgroup.com
jnycz@metlife.com
jo.alma@gs.com
jo.boorman@uk.tesco.com
jo.carral@bmo.com
jo.demil@nagelmackers.be
jo.edwards@uk.fid-intl.com
jo.guano@sixcontinents.com
jo.hargreaves@uk.fid-intl.com
jo.kitahara@mizuho-bk.co.jp
jo.machtelinckx@fortisbank.com
jo.paley@compassbank.com
jo.parker@bankofamerica.com
jo.pink@ppm-uk.com
jo_anne.maarten@bankofamerica.com
jo_anne_ferullo@ssga.com
jo_bowen@newton.co.uk
jo_howley@blackrock.com
jo_jermyn@ml.com
joab.tjiungwanara@ge.com
joachim.brand@ubs.com
joachim.buddendick@union-investment.de
joachim.coche@bis.org
joachim.flasnoecker@westimmobank.de
joachim.friese@hyporealestate.de
joachim.froehlich@wuestenrot.de
joachim.fuelber@dgzbank.de
joachim.gauglitz@basf.com
joachim.gielens@dghyp.de
joachim.henssler@sfs.siemens.de
joachim.huefken@lrp.de
joachim.inkmann@sfs.siemens.de

joachim.jaeckle@henkel.com
joachim.klaehn@db.com
joachim.klement@ubs.com
joachim.koehne@haspa.de
joachim.krueger@bhf.ing.com
joachim.loebb@ubs.com
joachim.lorenz@hsh-nordbank.com
joachim.maedler@bhf-bank.com
joachim.pflaumer@db.com
joachim.preusker@dit.de
joachim.rahbek@amagerbanken.dk
joachim.schaefer@saarlb.de
joachim.schneegans-extern@hsh-nordbank.com
joachim.schneider@telekom.de
joachim.schuetz@lukb.ch
joachim.schumak@fraspa1822.de
joachim.skorge@dnbnor.no
joachim.spehr@dws.de
joachim.spranger@lbbw.de
joachim.vonwirth@oppenheim.de
joachim_wettermark@gap.com
joah01@handelsbanken.se
joakim.blomqvist@if.se
joakim.bunzli@banque-diamantaire.ch
joakim.gaverstrom@danskebank.se
joakim.gustafson@nordea.com
joakim.oskarsson@dnb.se
joakim.slettvoll@ubsw.com
joakim.strom@seb.se
joakim.westerdal@lansforsakringar.se
joal06@handelsbanken.se
joan.anglione@db.com
joan.bloom@fmr.com
joan.bonet@db.com
joan.calott@usbank.com
joan.cianciarulo@mortgagefamily.com
joan.dillon@inginvestment.com
joan.e.blume@bankofny.com
joan.farrell@uboc.com
joan.frith@rbcdexia-is.com
joan.ilagan@ladwp.com
joan.jackson@ubs.com
joan.l.huggins@jpmorganfleming.com
joan.malcolm@db.com

joan.okogun@ge.com
joan.wichterich@oppenheim.de
joan_ellis@ustrust.com
joan_lanius-nichol@ustrust.com
joan_mcmullen@den.invesco.com
joan_nimon@blackrock.com
joan_r._gregory@scudder.com
joana.gouveia@finantia.com
joana.guerreiro@santander.pt
joanders@pimco.com
joann.barry@db.com
joann.fisher@bankerstrust.com
jo-ann.sadleir@fidelity.com
joann@ruanecunniff.com
joann_ingalls@co.harris.tx.us
joann_morano@prusec.com
joanna.anderson@vankampen.com
joanna.awad@aig.com
joanna.bewick@fmr.com
joanna.dziubak@gs.com
joanna.e.girardin@db.com
joanna.gloeggler@union-investment.de
joanna.gridley@uk.fid-intl.com
joanna.kalmer@ashmoregroup.com
joanna.kolis@fmr.com
joanna.l.bewick@jpmorgan.com
joanna.moon@aig.com
joanna.morris@corporate.ge.com
joanna.munro@axa-im.com
joanna.ong@ppm-sing.com
joanna.pamphilis@ubs.com
joanna.poon@westernasset.com
joanna.roberts@schwab.com
joanna.samolej@prudential.com
joanna.turner@axa-im.com
joanna.vanogle@schwab.com
joanna.waldron@hsbcib.com
joanna.wotlinski@morganstanley.com
joanna.young@ge.com
joanna@scsb.com.tw
joanna_dormer@standardlife.com
joanna_forakis@troweprice.com
joanna_ng@ml.com
joanne.barrington@juliusbaer.com

joanne.baxter@ashmoregroup.com
joanne.bianco@ppmamerica.com
joanne.buresh@schwab.com
joanne.cutler@bankofengland.co.uk
joanne.edwards@barclaysglobal.com
joanne.elkins@investecmail.com
joanne.fisher@piog.com
joanne.froud@jpmorgan.com
joanne.gilbert@csam.com
joanne.grech@bov.com
joanne.heintz@prudential.com
joanne.irvine@aberdeen-asset.com
joanne.larkin@schwab.com
joanne.lauch@uobgroup.com
joanne.lee@rothschild.co.uk
joanne.melville@bapensions.com
joanne.moody@hsbchalbis.com
joanne.newman@bmonb.com
joanne.norvell@harrisbank.com
joanne.parfrey@lgim.co.uk
joanne.perez@bankofengland.co.uk
joanne.perkins@icap.com
joanne.ricca@wpginvest.com
joanne.smetham@uk.fid-intl.com
joanne.tan@asia.ing.com
joanne.tobin@statestreet.com
joanne.wright@bmo.com
joanne_driscoll@putnam.com
joanne_jung@nylim.com
joanne_ma@asia.hypovereinsbank.com
joanne_macphail-walsh@putnam.com
joanne_sanders@nylim.com
joanne_sisson@troweprice.com
joanne_slack@ufjbank.co.jp
joanne_stewart@capgroup.com
joanne_whittier@ulyss.com
joanne_wilson@troweprice.com
joanne-a.smith@db.com
joannelee@gic.com.sg
joanny.dalloz@ubs.com
joant@msfi.com
joantit@mas.gov.sg
joao.aleixo.silveira@bpi.pt
joao.amaral@bnpparibas.com

joao.antas.martins@bancobpi.pt
joao.cunhamartins@bcp.pt
joao.eufrasio@fandc.com
joao.freire@pimco.com
joao.marques.caixagest@cgd.pt
joao.n.moutaliz@jpmorgan.com
joao.oliveira@gb.smbcgroup.com
joaobatista.crispinianogarcia@dexia.com
joaol@swisscapital.net
joaquim.agut@corp.terra.com
joaquim.pires@millenniumbcp.pt
joaquin.lujan@state.nm.us
joaquin.segura@ibercaja.net
joaquin-a.gonzalez@db.com
joaquinmario.oloriz@cajanavarra.es
job.hekhuis@shell.com
job.van.boxtel@ingim.com
joba01@handelsbanken.se
joba01@shb.se
jobelius@dpg.de
jobevington@hsbc.com
jobos@kempen.nl
jo'brien@emarquettebank.com
jobrown@waddell.com
jobru@us.danskebank.com
jobst.vonsteinsdorff@hvb.de
jobst-christian.kasten@hsh-nordbank.co.uk
jobu02@handelsbanken.se
joby03@handelsbanken.se
jocdonohue@allmerica.com
jocelyn.d.wright@chase.com
jocelyn.friel@prudential.com
jocelyn.ngassa@fandc.com
jocelyn.thayer@evergreeninvestments.com
jocelyne.ngassa@fandc.com
joceyln.debourmont@bnpparibas.com
jochem.bassin@dekabank.de
jochem.in.t.velt@nl.abnamro.com
jochen.bonk@raiffeisenbank.at
jochen.breiltgens@dzbank.de
jochen.cerny@commerzbank.com
jochen.dannemann@dzbank.de
jochen.dittel@lbbw.de
jochen.friedrich@hsh-nordbank.com

jochen.geus@bayernlb.de
jochen.guessow@commerzbank.com
jochen.guessow@union-investment.de
jochen.hannemann@cominvest-am.com
jochen.hausmann@allianz.de
jochen.kirst@westlb.com
jochen.klaproth@hsh-nordbank.com
jochen.koepf@siemens.com
jochen.kottmann@oppenheim.de
jochen.krawietz@gz-bank.de
jochen.leubner@kfw.de
jochen.lucht@ingim.com
jochen.lueck@blb.de
jochen.lueck@hvb.de
jochen.menssen@eon-energie.com
jochen.moeller@dresdner-bank.lu
jochen.petersen@rwe.com
jochen.veith@wwasset.de
jochen_meyers@paribas.com
jochenhuengerle@helaba-invest.de
jochi9@bloomberg.net
joconnell@bostonprivatebank.com
jocwilliams@russell.com
joda04@handelsbanken.se
jodi.baabdaty@morganstanley.com
jodi.chase@citadelgroup.com
jodi.furman@bofasecurities.com
jodi.smith@prudential.com
jodi.vanvoorhis@calvert.com
jodi_tan@merck.com
jodon@nysif.com
jody.cook@nifa.org
jody.hrazanek@inginvestment.com
jody.leung@credit.suisse.com
jody.longhurst@morganstanley.com
jody.melhuish@glgpartners.com
jody.rose@fafadvisors.com
jody.schaffman@pnc.com
jody.simes@fmr.com
jody@blackrock.com
jody_toombs@invescofunds.com
jodylowery@synovus.com
joe.a.naughton@aib.ie
joe.basset@inginvestment.com

joe.bender@nb.com
joe.benevento@db.com
joe.bond@compassbank.com
joe.bowman@hsam.co.uk
joe.bracken@btfinancialgroup.com
joe.brady@kpsp.com
joe.brambil@jpmorgan.com
joe.bresnahan@mortgagefamily.com
joe.buechler@wachovia.com
joe.caiola@gcm.com
joe.campanie@wachovia.com
joe.capone@credit-suisse.com
joe.carson@alliancebernstein.com
joe.celentalo@pacificlife.com
joe.chien@email.chinatrust.com.tw
joe.cole@gartmore.com
joe.cox@lazard.com
joe.cue@coair.com
joe.day@fmr.com
joe.dedominicis@ff.cm
joe.dedominicis@ff.com
joe.devlin@fmr.com
joe.dolan@pimco.com
joe.eppers@anthem.com
joe.estes@raymondjames.com
joe.famoso@allegiantgroup.com
joe.faraday@bailliegifford.com
joe.fernando@gibuk.com
joe.freihammer@osterweis.com
joe.galligan@tcw.com
joe.ganley@bankofengland.co.uk
joe.garcia@tcw.com
joe.geli@rbccm.com
joe.gogola@advantuscapital.com
joe.guenther@phxinv.com
joe.hall@db.com
joe.harpster@us.hsbc.com
joe.huang@alliancebernstein.com
joe.huesman@depfa.com
joe.indelicato@morganstanley.com
joe.jackson@eagleasset.com
joe.kaemper@damel.co.uk
joe.kelderman@tmgchicago.com
joe.kennedy@phxinv.com

joe.kolerich@dfafunds.com
joe.kowal@db.com
joe.kuschke@usbank.com
joe.lawlor@biam.boi.ie
joe.lee@hp.com
joe.lemanowicz@prudential.com
joe.lombardi@prudential.com
joe.mcconnell@jpmorganfleming.com
joe.mcdonnell@shell.com
joe.mcgoldrick@philips.com
joe.mckendry@kbcbank.ie
joe.morgan@cnb.com
joe.mosca@us.hsbc.com
joe.muskatel@rbccm.com
joe.nastasi@bernstein.com
joe.neuberger@usbank.com
joe.norena@bwater.com
joe.nowinski@ubs.com
joe.oneill@cw.com
joe.overdevest@fmr.com
joe.p.simpson@aib.ie
joe.panessa@upbna.com
joe.platt@nab.co.uk
joe.plonski@blackrock.com
joe.portera@mackayshields.com
joe.prior@deshaw.com
joe.r.york@wellsfargo.com
joe.ransom@silvantcapital.com
joe.reiff@ubs-oconnor.com
joe.ren@email.chinatrust.com.tw
joe.roseman@moorecap.com
joe.rosenfelt@sscims.com
joe.rossa@guarantygroup.com
joe.russell@citadelgroup.com
joe.salcido@sscims.com
joe.scavone@ftnfinancial.com
joe.schohn@ppmamerica.com
joe.selner@associatedbank.com
joe.sondheimer@bwater.com
joe.suter@mortgagefamily.com
joe.tan@fortis.com
joe.tannehill@columbiamanagement.com
joe.thomas@moorecap.co.uk
joe.thompson@lloydstsb.co.uk

joe.toh@bns.com.sg
joe.tomczak@lgim.co.uk
joe.vari@himcap.com
joe.viola@tcw.com
joe.ward@ridgeworth.com
joe.waterfill@wachovia.com
joe.white@wellsfargo.com
joe.williamsiii@commercebank.com
joe.woerner@swib.state.wi.us
joe.wong@db.com
joe.zaid@aig.com
joe@ardsley.com
joe@danainvestment.com
joe@nbim.no
joe_arnold@jwhmail.com
joe_bilko@gmacm.com
joe_carroll@nylim.com
joe_hagler@aimfunds.com
joe_higgins@swissre.com
joe_hurley@scotiacapital.com
joe_icabelli@keybank.com
joe_joseph@putnam.com
joe_jusay@ml.com
joe_kaseta@gmacm.com
joe_kavey@ssga.com
joe_kong@americancentury.com
joe_lutkevitch@ssga.com
joe_mantineo@acml.com
joe_pilla@ml.com
joe_reiland@americancentury.com
joe_rice@acml.com
joe_sterling@americancentury.com
joeboorman@btopenworld.com
joec@csccu.com
joec@hbss.com
joedoherty@bloomberg.net
joeg@trdlnk.com
joegolf@bloomberg.net
joehong320@bloomberg.net
joei@danskecapital.com
joekohmann@westfieldgrp.com
joel.ashman@53.com
joel.broillet@ing.ch
joel.brown@ppmamerica.com

joel.cann@aberdeenpropertyinvestors.com
joel.carlson@wellscap.com
joel.cramer@aamcompany.com
joel.crevecoeur@degroof.be
joel.damiani@tcw.com
joel.dignadice@westernasset.com
joel.f.parrish@jpmorgan.com
joel.heymsfeld@blackrock.com
joel.kallman@prudential.com
joel.karsch@aberdeen-asset.com
joel.karsch@db.com
joel.kohli@credit-suisse.com
joel.le-carpentier@socgen.com
joel.lepard@lmginv.com
joel.ludwig@ibtco.com
joel.mahler@prudential.com
joel.marks@swipartnership.co.uk
joel.meshel@hsbcpb.com
joel.ng@pioneerinvestments.com
joel.prussky@bmo.com
joel.r.denney@pjc.com
joel.reuland@bdl.lu
joel.salloum@bmo.com
joel.schprechman@sterlingbancorp.com
joel.silva@barclaysglobal.com
joel.sklar@prudential.com
joel.smalley@chase.com
joel.soroos@aiminvestments.com
joel.stainton@drkw.com
joel.strauch@pimco.com
joel.taitt@fafadvisors.com
joel.tillinghast@fmr.com
joel@msfi.com
joel_b_steinberg@vanguard.com
joel_c_seiboldt@bankone.com
joel_case@ssga.com
joel_faircloth@ml.com
joel_goodwin@ssga.com
joel_johnson@aal.org
joel_lebowitz@merck.com
joel_m_dickson@vanguard.com
joel_serebransky@acml.com
joela@fhlbsea.com
joelco@microsoft.com

joelin@cathaylife.com.tw
joelkim@bloomberg.net
joelle.bisschop@ingim.com
joelle.crugnola@credit-suisse.com
joelle.harb@dexia-am.com
joelle.mekers@cba.com.au
joelle.pennanech@sncf.fr
joelle.selmer@axa-im.com
joelle.viatte@bnpparibas.com
joelle_antmann@bankofscotland.co.uk
joelle_boucher@acml.com
joelle_mcphail@ssga.com
joem@capgroup.com
joemueller@bloomberg.net
joeong@dbs.com
joep.huntjens@ingim.com
joep@transtrend.com
joerg.angele@bayernlb.de
joerg.arndt@hsh-nordbank.com
joerg.babelotzky@bayernlb.de
joerg.bachtler@boiuk.com
joerg.backes@saarlb.de
joerg.baldauf@allianz.com
joerg.biebel@allianz.de
joerg.boche@ruv.de
joerg.boysen@union-investment.de
joerg.breedveld@db.com
joerg.ceh@lbbw.de
joerg.daiker@lbbw.de
joerg.dehning@activest.de
joerg.devries-hippen@allianzgi.de
joerg.diedrich@ubs.com
joerg.drischel@lloydstsb.co.uk
joerg.einfeldt@hsh-nordbank.com
joerg.fangmeier@hsh-nordbank.com
joerg.fiebiger@cominvest-am.com
joerg.fischer@ksk-koeln.de
joerg.ganter@claridenleu.com
joerg.geissler@commerzbank.com
joerg.gubler@lukb.ch
joerg.hanpeter@hsh-nordbank.com
joerg.heierli@credit-suisse.com
joerg.henrich.kranz@helaba.de
joerg.herlan@allianzgi.de

joerg.hoeller@oppenheim.de
joerg.hotz@ch.abb.com
joerg.huber@lbbw.de
joerg.hundhausen@oppenheim.de
joerg.jansen@nordlb.de
joerg.keller@sachsenlb.de
joerg.kerler@detecon.com
joerg.kesting@postbank.de
joerg.krollmann@dresdner-bank.com
joerg.ladwein@allianz.de
joerg.lappoehn@blb.de
joerg.lausberg@oppenheim.de
joerg.lehmann@cbve.com
joerg.lentes@oppenheim.de
joerg.linda@duesshyp.de
joerg.lindenberg@sparkasse-bremen.de
joerg.lorenz@vpbank.com
joerg.ludewig@trinkaus.de
joerg.marienhagen@bayerninvest.de
joerg.moshuber@amg.co.at
joerg.mueller@oppenheim.de
joerg.oehmig@ubs.com
joerg.oswald@union-panagora.de
joerg.pergande@t-mobile.net
joerg.philipsen@ubs.com
joerg.puetz@oppenheim.de
joerg.raichle@henkel.de
joerg.ruehmann@commerzbank.com
joerg.schaefer@union-investment.de
joerg.schlinghoff@cominvest-am.com
joerg.schneider@union-investment.de
joerg.sittmann@citigroup.com
joerg.spelz@lri.lu
joerg.triesch@db.com
joerg.walti@oppenheim.ch
joerg.weirich@commerzbank.com
joerg.wenz@ib.bankgesellschaft.de
joerg.willig@dekabank.de
joerg.zimmer@lrp.de
joerg.zimmermann@helaba.de
joerg_brinkmann@westlb.co.uk
joerg_hicking@goam.de
joerg_huber@dgbank.de
joerg2@bloomberg.net

joerg-andreas.duerr@kfw.de
joergen.hartmann@db.com
joergen.soerensen@inter-ikea.com
joergen.staf@sebprivatebanking.com
joerg-peter.cauko@apobank.de
joerg-peter.mueller@db.com
joergstumpf@bloomberg.net
joern.carsten.schmid@seb.de
joern.felgendreher@db.com
joern.heidrich@dresdner-bank.com
joern.kleinhans@pimco.com
joern.lange@dresdner-bank.com
joern.lange@rcm.at
joern.spillman@union-investment.de
joern.steuernagel@csam.com
joern.steuernagel@db.com
joern.svedelius@fskag.de
joern.wasmund@dws.de
joes@oechsle.com
joesepha.s.chong@bankofamerica.com
joey.boaen@avmltd.com
joey.javier@aig.com
joey.sams@lionhart.net
joey.speyrer@raymondjames.com
joey@dartmouth.edu
jofranco@erstebank.com
jofuer@nytimes.com
joger@ofi-am.fr
jogo@daiwa-am.co.jp
jogrdon@perrycap.com
jogu01@handelsbanken.se
johan.akesson@thrivent.com
johan.alenius@rpm.se
johan.alm@robur.se
johan.b.sandberg@swedbankrobur.se
johan.beckers@fortisbank.com
johan.blyweert@dexia.be
johan.bygge@notes.electrolux.se
johan.bynelius@ohman.se
johan.cederin@folksam.se
johan.cok@degroof.lu
johan.ekwall@nordea.com
johan.elmquist@swedbankrobur.se
johan.erikson@dnbnor.se

johan.eriksson@swedbankrobur.se
johan.evenepoel@dexia.com
johan.forskund@robur.se
johan.garmann@dnbnor.no
johan.govers@ingim.com
johan.grabe@brummer.se
johan.grip@brummer.se
johan.grunditz@spavm.se
johan.gunnarson@se.abb.com
johan.hamstrom@aktia.fi
johan.heden@robur.se
johan.jonson@setre.mail.abb.com
johan.kastengren@nordea.com
johan.kinannder@brummer.se
johan.larsson@seb.se
johan.levavasseur@socgen.com
johan.lindqvist@barclayscapital.com
johan.mendels@dsm.com
johan.moeschlin@riksbank.se
johan.mortensen@nordea.com
johan.munnik@mn-services.nl
johan.pea@bcv.ch
johan.reybroeck@dexia-am.com
johan.robbens@puilaetco.com
johan.rosen@sedbank.se
johan.rydelius@seb.se
johan.rydqvist@credit-suisse.com
johan.setterblad@ap1.se
johan.sidenmark@brummer.com
johan.sornas@fip.se
johan.staff@alecta.com
johan.stein@nordea.com
johan.strand@swedbankrobur.se
johan.torngren@sas.se
johan.van.der.ende@ing.nl
johan.vandenheever@resbank.co.za
johan.vanderbiest@dexia-am.com
johan.vankelecom@dexia.com
johan.vervaeke@fortisbank.com
johan.wallenborg@seb.se
johan.wennerholm@seb.se
johan.wistrom@nordea.com
johan@ibp.se
johan@ksc7.th.com

johancla@wellsfargo.com
johann.achard@lbb.de
johann.ferrando@bov.com
johann.gaber@dresdner-bank.com
johann.geiginger@bayernlb.de
johann.glaw@sarasin.ch
johann.hainzinger@hypovereinsbank.de
johann.kernbauer@pioneerinvestments.at
johann.oberlechner@rzb.at
johann.p.hartmann@db.com
johann.pruckner@sparinvest.com
johann.ropers@banque-worms.fr
johanna.brodbeck@aig.com
johanna.denboer@advantuscapital.com
johanna.e.anderson@advantuscapital.com
johanna.gustafsson@outokumpu.com
johanna.keller@lodh.com
johanna.nahkuri.hogfeldt@riksbank.se
johannah_mcgowan@troweprice.com
johanne.s.fagan@aib.ie
johanne.sognnaes@pw.utc.com
johannes.braun@amgam.de
johannes.ciesla@bankhaus-loebbecke.de
johannes.geiginger@blb.de
johannes.grausgruber@ubs.com
johannes.haidl@helaba.de
johannes.hoff@gs.com
johannes.huth@juliusbaer.com
johannes.jehmiller@fm.nrw.de
johannes.klumpp@saarlb.de
johannes.koch@kfw.de
johannes.kraemer@inter.de
johannes.maier@postbank.de
johannes.mueller@dws.de
johannes.nagy@bawag.com
johannes.neethling@fandc.com
johannes.pretorius@barclaysglobal.com
johannes.raneburger@sandoz.com
johannes.reinhard@allianzgi.de
johannes.rhomberg@rzb.at
johannes.ries@cominvest-am.com
johannes.scheel@westlb.lu
johannes.schwab@ubs.com
johannes.stadler@erstebank.at

johannes.stattmann@bawag.com
johannes.voelkl@ba-ca.com
johannes.wagner@augustus.co.uk
johannes.winkler@drkw.com
johannes.wolvius@mail.ing.nl
johannes_jooste@ml.com
johannesjorg.riegler@nordlb.de
johar@bloomberg.net
johayon@tiaa-cref.org
johb@uk.danskebank.com
johesrohan.shanmugarajah@ubs.com
john.1.scott@hsbc.com
john.a.allen@chase.com
john.a.murphy@aberdeen-asset.com
john.a.o'brien@jpmorgan.com
john.abendroth@lehman.com
john.abunassar@allegiantgroup.com
john.achenbach@moorecap.com
john.ackler@bbh.com
john.agyeman@statestreet.com
john.ahern@gecapital.com
john.albright@ms.com
john.allen@trs.state.tx.us
john.aratruda.b@bayer.com
john.aronsohn@gecapital.com
john.avery@fmr.com
john.axtell@db.com
john.b.hynes@aib.ie
john.b.young@tdsecurities.com
john.babson@fmr.com
john.baker@jpmorgan.com
john.balassi@ubs.com
john.bale@swipartnership.co.uk
john.baley@ubs.com
john.ball@ibtco.com
john.banitt@pncadvisors.com
john.barber@citadelgroup.com
john.barden@aig.com
john.barker@icgplc.com
john.barlow@funb.com
john.barnas@prudential.com
john.barrett@columbiamanagement.com
john.barry@boigm.com
john.basler@blackrock.com

john.bates@bailliegifford.com
john.baylis@citadelgroup.com
john.bearman@insightinvestment.com
john.beaven@fmr.com
john.beecham@bms.com
john.beekman@fmr.com
john.begley@gs.com
john.behar@claf.com
john.belbol@daiwausa.com
john.bender@lgim.co.uk
john.benevides@ccoinvest.com
john.bethell@db.com
john.biasuzzi@citizensbank.com
john.bierwaczonek@notes.ntrs.com
john.birch@nordea.com
john.birnstengel@bankofamerica.com
john.blackmoresquires@barclaysglobal.com
john.blase@himco.com
john.bobek@jci.com
john.bocchino@aberdeen-asset.com
john.bodker@seb.se
john.boffelly@pnc.com
john.bolton@csam.com
john.bonino@gecapital.com
john.boritzke@micorp.com
john.botham@morleyfm.com
john.boudreau@fhlbboston.com
john.boyle@aberdeen-asset.com
john.bradley@chase.com
john.brady1@wachovia.com
john.brandon@aig.com
john.brennan@boigm.com
john.brennan@db.com
john.bright@fmr.com
john.brock@interbrew.com
john.brock@ubs.com
john.brougham@bt.com
john.brownlie@bbh.com
john.brynjolfsson@pimco.com
john.buck@barclaysglobal.com
john.buckley@morleyfm.com
john.burger@blackrock.com
john.burgum@abbeylife.co.uk
john.burke@bailliegifford.com

john.butler@mackayshields.com
john.bye@glenmede.com
john.c.bradley@jpmorgan.com
john.c.broderick@morganstanley.com
john.c.hamilton@blackrock.com
john.c.nelson@jpmchase.com
john.c.warren@jpmorgan.com
john.cahill@barclayscapital.com
john.cahill@fandc.com
john.callaghan@db.com
john.callen@micorp.com
john.calzolaio@sgcib.com
john.camacho@usaa.com
john.campos@corporate.ge.com
john.canally@pncbank.com
john.cannon@pncadvisors.com
john.carey@pioneerinvest.com
john.carmen@rlam.co.uk
john.carolan@himco.com
john.carson@morankeegan.com
john.cassedy@db.com
john.cassidy@fmr.com
john.cavalieri@pimco.com
john.cenedella@glgpartners.com
john.chamberlain@sunlife.com
john.cheng@barclaysglobal.com
john.cholakis@nyc.nxbp.com
john.chozen@abnamro.com
john.chun@ge.com
john.church@glenmede.com
john.cieslowski@avmltd.com
john.cinelli@drkw.com
john.clark@ny.frb.org
john.clements@schwab.com
john.clouthier@gwl.com
john.colan@alliancebernstein.com
john.colleemallay@remy-cointreau.com
john.collins@gmacrfc.com
john.conlon@aberdeen-asset.com
john.connor@thehartford.com
john.corron@pioneerinvest.com
john.cortese@genworth.com
john.coscia@cnb.com
john.cossey@uk.nomura.com

john.costas@dillonread.com
john.cotton@inginvestment.com
john.cotton@ubs.com
john.coultrap@axa-im.com
john.coyle@blackrock.com
john.crawford@upbna.com
john.critchfield@wellsfargo.com
john.cryan@ubsw.com
john.culbertson@pncbank.com
john.cummings@pimco.com
john.cupelo@pncbank.com
john.curry@lloydstsb.co.uk
john.curtin@fmr.com
john.cusack@kbcbank.ie
john.cusack@leumiusa.com
john.d.foy@aib.ie
john.d.hines@bancone.com
john.d.hodges@jpmorgan.com
john.d.lutkehaus@bankofamerica.com
john.d.mulligan@aibbny.ie
john.d.naud@chase.com
john.d.noble@fmr.com
john.d.stafford@jpmorgan.com
john.d.vincent@sunlife.com
john.dacles@hcmny.com
john.dale@peregrinecapital.com
john.daly@pioneerinvestments.com
john.davies@mizuhocbus.com
john.davis.2@csam.com
john.davis@blackrock.com
john.davy@uk.fid-intl.com
john.dawe@lloydstsb.co.uk
john.deacon@dillonread.com
john.deane@northernrock.co.uk
john.defrancesco@nationalcity.com
john.degaris@csam.com
john.demaine@moorecap.com
john.demastri@db.com
john.demeo@prudential.com
john.demichele@trs.state.tx.us
john.desroches@bankofamerica.com
john.detweiler@alliancebernstein.com
john.devlin@axa-im.com
john.dewey@barclaysglobal.com

john.dewey@pncbank.com
john.dibenedetto@db.com
john.dikeman@usbank.com
john.dillie@janus.com
john.dinoto@peoples.com
john.dipaolo@prudential.com
john.dirocco@citadelgroup.com
john.dischiavi@soros.com
john.dittemer@prudential.com
john.dobson@swib.state.wi.us
john.doherty@hsbcinvestments.com
john.doherty@prudential.com
john.dolan@tudor.com
john.dolder@aberdeen-asset.com
john.domingues@db.com
john.domingues@prudential.com
john.donovan@sunlife.com
john.dowd@fmr.com
john.downey@alliancebernstein.com
john.doyle@uobgroup.com
john.drastal@wamu.net
john.driscoll@bbh.com
john.duarte@db.com
john.dunlevy@aig.com
john.e.beckwith@rbccm.com
john.edwards@inginvestment.com
john.einwalter@anheuser-busch.com
john.eisinger@janus.com
john.elliott@ingim.com
john.elster@wachovia.com
john.emanuel@ubsw.com
john.endres@gecapital.com
john.esk@alecta.com
john.estrada@db.com
john.f.brophy@us.hsbc.com
john.f.burke@citigroup.com
john.faigle@fmr.com
john.falb@firstar.com
john.farrace@aibla.com
john.farrall@nationalcity.com
john.fedele@fac.com
john.feigl@credit-suisse.com
john.fekete@tcw.com
john.fell@ecb.int

john.ferencz@ge.com
john.fields@janus.com
john.fisher@suntrust.com
john.fitch@hsh-nordbank.co.uk
john.fitzgerald@mackayshields.com
john.fitzgibbon@fac.com
john.flynn2@ge.com
john.foff@fhlb-pgh.com
john.fogarty@alliancebernstein.com
john.fogerty@moorecap.com
john.ford@schroders.com
john.fournier@finansbank.ch
john.foy@mandg.co.uk
john.franks@pioneerinvest.com
john.fraser@ubs.com
john.freda@clinton.com
john.friedman@tcw.com
john.fruit@fafadvisors.com
john.g.leibach@ncmi.com
john.g.lowry@aib.ie
john.g.popp@credit-suisse.com
john.galakis@nl.abnamro.com
john.gallagher@blackrock.com
john.gambla@nuveen.com
john.garner@fmr.com
john.gernon@morganstanley.com
john.gibbons@tcw.com
john.gillbe@ltsb-finance.co.uk
john.gisborne@tdsecurities.com
john.gleeson@davy.ie
john.glover@hvbeurope.com
john.godley@sarasin.co.uk
john.golden@putnam.com
john.gomez@pimco.com
john.goodacre@morganstanley.com
john.goodreds@tiaa-cref.org
john.goossens@belgacom.be
john.graves@commercebank.com
john.graves@usagbank.com
john.gregory@uk.fid-intl.com
john.griffiths@aon.co.uk
john.groton@thrivent.com
john.groves@rbc.com
john.grucza@prudential.com

john.gu@citadelgroup.com
john.h.carlson@fmr.com
john.h.tobin@jpmorganfleming.com
john.hagan@pncbank.com
john.hall@firstcitizens.com
john.halter@cunamutual.com
john.hammond@rreef.com
john.hancock@53.com
john.hancock@morgankeegan.com
john.hanecak@thehartford.com
john.hansen@zkb.zh
john.harkins@rbccm.com
john.harrison@ubs.com
john.hart@alliancebernstein.com
john.hatch@db.com
john.hayes@morleyfm.com
john.heffernan@moorecap.com
john.hegarty@ubs.com
john.heldman@db.com
john.henderson@bankofengland.co.uk
john.hendricks@thehartford.com
john.herdje@bbh.com
john.hernander@amfpension.se
john.heshelman@ppmamerica.com
john.hevner@morganstanley.com
john.higgins.qcaq@statefarm.com
john.hildebrand@investecmail.com
john.hindman@nationalcity.com
john.hinrichs@fmb.com
john.hintz@thrivent.com
john.ho@barclaysglobal.com
john.ho@citadelgroup.com
john.hodges@pncbank.com
john.hoeting@53.com
john.holmes@conocophillips.com
john.hope@halifax.co.uk
john.hopper@barcap.com
john.hopper@barclays.com
john.houston@fmr.com
john.howard@credit-suisse.com
john.huber@transamerica.com
john.humphries@gartmore.com
john.hunter@rothschild.co.uk
john.hwang@tcw.com

john.hwang@westernasset.com
john.hynes@fmr.com
john.imbriale@morganstanley.com
john.indellicate@umb.com
john.ingram@jpfinancial.com
john.ip@morleyfm.com
john.isbrandtsen@redwoodtrust.com
john.j.crawford@gm.com
john.j.griffiths@aibbny.ie
john.j.kennedy@pjc.com
john.j.mckenna@fmr.com
john.j.regan@bankofamerica.com
john.jankowski@hjheinz.com
john.janney@chelanpud.org
john.jemielewski@cbve.com
john.johnson@avmltd.com
john.johnson@inginvestment.com
john.jordan@eagleasset.com
john.jordan@janus.com
john.jurek@wachovia.com
john.jurkovic@moorecap.com
john.juslin@aktia.fi
john.k.bigley@jpmorgan.com
john.k.griffith@aibbny.ie
john.kapustiak@bankofamerica.com
john.kaslyn@bmo.com
john.kearney@gs.com
john.keegan@mnco.com
john.kelly-jones@morganstanley.com
john.kenyon@db.com
john.kerslake@barcap.com
john.kim@aiminvestments.com
john.king@aig.com
john.king@biomail.com
john.kingsbury@gartmore.com
john.kirchin@aegon.co.uk
john.kirkowski@pimco.com
john.knox@inginvestment.com
john.kogel@citadelgroup.com
john.kolling@nordea.com
john.korbis@mutualofamerica.com
john.kowalski@chase.com
john.krause@thrivent.com
john.krementowski@himco.com

john.krum@ch.abb.com
john.kwan@bmo.com
john.l.nielsen@lu.danskebank.com
john.labadia@lazard.com
john.ladd@thehartford.com
john.lagratta@nyc.nxbp.com
john.lahman@swib.state.wi.us
john.lake@bankofamerica.com
john.lam@bayernlb.de
john.lambert@gartmore.com
john.lammers@moorecap.com
john.langrish@rothschild.co.uk
john.langston@smiths-group.com
john.larish@thrivent.com
john.larun@ubs.com
john.lau@citigroup.com
john.lauber@wamu.net
john.laudier@slma.com
john.lawrence@transamerica.com
john.leahy@airbus.com
john.lee@americas.ing.com
john.lee@blackrock.com
john.lee@lazard.com
john.leitch@blr.natixis.com
john.leiviska@minnesotamutual.com
john.leonard@scotiabank.ie
john.leonard@ubs.com
john.li@framlington.co.uk
john.lie@cibc.com.sg
john.likos@cigna.com
john.lin@bernstein.com
john.lindars@csam.com
john.lingbeck@citadelgroup.com
john.lippincott@lmginv.com
john.lister@norwich-union-life.co.uk
john.lloyd@janus.com
john.lockhardt@pncadvisors.com
john.logie@rbc.com
john.longo@hsbc.com
john.lupton@fortisinvestments.com
john.lyons@swipartnership.co.uk
john.lyons@ubs.com
john.m.donahue@fmr.com
john.m.guarino@morganstanley.com

john.m.harris@fmr.com
john.m.murphy@fmr.com
john.m.scukas@usa.dupont.com
john.maack@columbiamanagement.com
john.macdougall@bailliegifford.com
john.macfarlane@tudor.com
john.mack@shinseibank.com
john.macmahon@citadelgroup.com
john.madziyire@axa-im.com
john.mahedy@bernstein.com
john.mahon@barcap.com
john.maierhofer@schwab.com
john.maley@prudential.com
john.malito.h3gt@statefarm.com
john.mangold@fenb-us.com
john.manning@morleyfm.com
john.mannion@morganstanley.com
john.marian@53.com
john.mariano@db.com
john.marino@alliancebernstein.com
john.marlow@rabobank.com
john.marshall@cbimd.co.uk
john.marshall@ubs.com
john.martin@tres.bnc.ca
john.maskell@barclaysglobal.com
john.mason@lospadresbank.com
john.mason@oneamerica.com
john.massey@sunamerica.com
john.mathai@jpmorgan.com
john.matsikas@inginvestment.com
john.matthews@bapensions.com
john.matthews@swedbank.com
john.mattimore@omam.co.uk
john.maurer@commercebank.com
john.mazanec@morganstanley.com
john.mcanulty@richemont.com
john.mcauliffe@bmo.com
john.mcconnell@socgen.com
john.mccormack@morganstanley.com
john.mccoy@treasurer.state.nc.us
john.mcdevitt@bbh.com
john.mcdowell@fmr.com
john.mcellin@boiss.boi.ie
john.mcelravey@aamcompany.com

john.mcgovern@nb.com
john.mcguire@fhhl.com
john.mcintyre@prudential.com
john.mcloughlin@wachovia.com
john.mcmanus@union-investment.de
john.mcneill@aegon.co.uk
john.mecca@morganstanley.com
john.melvin@db.com
john.mercante@wachovia.com
john.metzinger@firstcitizens.com
john.meyer@53.com
john.meyers@soros.com
john.mikros@honeywell.com
john.milani@wachovia.com
john.milberg@pacificlife.com
john.miller@frostbant.com
john.miller@nuveen.com
john.miller@pimco.com
john.milner@lgim.co.uk
john.minsker@pncbank.com
john.mirshekari@fmr.com
john.mohr@bcbsma.com
john.molino@huntington.com
john.molloy@nuveen.com
john.monaghan@bankofbermuda.com
john.moon@morganstanley.com
john.mooney@westernasset.com
john.moore@ubs-oconnor.com
john.morgan@ing.com.au
john.moroney@rabobank.com
john.morrison@pimco.com
john.morton@sgam.com
john.moten@mackayshields.com
john.mousseau@cumber.com
john.mowat@lgim.co.uk
john.mowatt@lgim.co.uk
john.muller@bankofamerica.com
john.murdzek@genworth.com
john.murphy@fhlb-pgh.com
john.murphy@highbridge.com
john.myers@ge.com
john.n.hale@morganstanley.com
john.n.lux@jpmchase.com
john.n.lux@jpmorgan.com

john.nagel@citadelgroup.com
john.napolitano@asbai.com
john.nasser@4086.com
john.neff@bbh.com
john.nelson@bbh.com
john.nelson@swib.state.wi.us
john.nelson@tcw.com
john.nena@ubs.com
john.ng@blackrock.com
john.niblo@dillonread.com
john.nicholl@lloydstsb.co.uk
john.nichols@calvert.com
john.noorlander@helvetiapatria.ch
john.norris@pimco.com
john.novak@schwab.com
john.oakes@abnamro.com
john.obrien@ilim.com
john.o'connell@lloydstsb.co.uk
john.o'connor@thehartford.com
john.odonnell@dzbank.ie
john.odonnell@tetral.com
john.o'mahony@boigm.com
john.orfanos@simmonsfirst.com
john.orr@cibc.com
john.ortega@nationstarmail.com
john.osborne@truscocapital.com
john.osman@norwich-union-life.co.uk
john.osterweis@osterweis.com
john.outland@gecapital.com
john.ovens@cibc.ca
john.p.borchert@fhlb-pgh.com
john.p.deluca@us.hsbc.com
john.p.gibbons@wellsfargo.com
john.p.read@jpmchase.com
john.p.sargent@bankofamerica.com
john.pairaktaridas@inginvestment.com
john.pairaktaridis@inginvestment.com
john.paladino@degroof.be
john.papas@gmacbank.com
john.pappas@fmr.com
john.paterson@cibc.com
john.patin@moorecap.com
john.patterson@harrisbank.com
john.paulsen@jpmorganfleming.com

john.paulsen@prudential.com
john.pavela1@evergreeninvestments.com
john.pearce@morganstanley.com
john.peckham@pioneerinvest.com
john.peetz@wellscap.com
john.penhale@cibc.ca
john.perlmutter@daiwausa.com
john.peterson@rocklandtrust.com
john.philbin@bankofamerica.com
john.phillips@insightinvestment.com
john.philpott@omam.co.uk
john.piccard@ubs.com
john.pickard@ubs.com
john.pickering@thrivent.com
john.pirone@barclaysglobal.com
john.plumpton@aberdeen-asset.com
john.polcari@mutualofamerica.com
john.pollock@aig.com
john.poole@ubs.com
john.porro@januscapital.com
john.porter@barcap.com
john.porter@fmr.com
john.potter@moorecap.com
john.praveen@prudential.com
john.psoklas@cna.com
john.putz@tahomacapital.com
john.q.wang@wellsfargo.com
john.quackenbush@ubs.com
john.r.gray@jpmorgan.com
john.randolph@gmacrfc.com
john.ravalli@moorecap.com
john.rebuth@db.com
john.redmond@uk.fid-intl.com
john.reen@boigm.com
john.regan@flemingsus.com
john.reichardt@bng.nl
john.reid@suntrust.com
john.reilly@funb.com
john.reinsberg@lazard.com
john.reynolds@abbeynational.co.uk
john.rhee@crlykor.co.kr
john.rhinelander@royalusa.com
john.rhodes@ers.state.tx.us.com
john.riccardi@lazard.com

john.ricci@barclaysglobal.com
john.rice@uboc.com
john.rich@nctrust.com
john.richards@sgam.co.uk
john.richardson@janus.com
john.rif@nordea.com
john.ritter@trs.state.tx.us
john.robertson@pncbank.com
john.robinson@vallourec.fr
john.rocchio@tcw.com
john.rochford@chase.com
john.roddan@moorecap.com
john.rodrigues@prudential.com
john.roesle@protective.com
john.roth@fmr.com
john.rountree@citadelgroup.com
john.rowell@ge.com
john.royle@glgpartners.com
john.rustum@deshaw.com
john.s.mccarthy@aib.ie
john.s.pau@columbiamanagement.com
john.s.quinn@morganstanley.com
john.sack@tudor.com
john.sadlon@thehartford.com
john.sagan@ubs.com
john.schaetzl@ge.com
john.schardin@barclaysglobal.com
john.schiavetta@alliancebernstein.com
john.schmucker@jpmorganfleming.com
john.schnitzius@everbank.com
john.schoel@aiminvestments.com
john.scruggs@barclaysglobal.com
john.scuello@mackayshields.com
john.sealy@rothschild.co.uk
john.segner@aiminvestment.com
john.senesac@lazard.com
john.shain@prudential.com
john.shannon@ophedgeny.com
john.sheehy@fmr.com
john.sheehy@pimco.com
john.shellard@chase.com
john.shelton@schwab.com
john.shope@wachovia.com
john.simpson@barclaysglobal.com

john.sinclair@fmr.com
john.sinden@juliusbaer.com
john.skelly@bnpparibas.com
john.slatter@lloydstsb.co.uk
john.slocum@sunlife.com
john.small@gartmore.com
john.smigelsky@prudential.com
john.smith@schwab.com
john.snider@tcw.com
john.snowden@ubs.com
john.sofis@pncbank.com
john.soper@daiwausa.com
john.sorbo@bwater.com
john.sorrell@btfinancialgroup.com
john.sousa@redwoodtrust.com
john.spear@usaa.com
john.spellman@rabobank.com
john.stack@us.socgen.com
john.stafford@sgam.co.uk
john.stainsby@jpmorganfleming.com
john.stark@ppmamerica.com
john.stavis@uk.fid-intl.com
john.stefanelli@blackrock.com
john.stern@usbank.com
john.stevens@gm.com
john.stewart@finmeccanica.it
john.stewart@japan.gartmore.com
john.stewart@us.standardchartered.com
john.stipanovich@db.com
john.stoj@ocwen.com
john.straniero@nationalcity.com
john.street@ceridian.com
john.sue@csam.com
john.sullivan@columbiamanagement.com
john.sulski@barclaysglobal.com
john.sun@morganstanley.com
john.sung@ubs.com
john.sunu@ppmamerica.com
john.surridge@dimensional.com.au
john.sutorius@micorp.com
john.swaim@columbiamanagement.com
john.szwed@morganstanley.com
john.t.donohue@jpmorgan.com
john.t.mcdevitt@morganstanley.com

john.t.williams@fmr.com
john.talbert@alliancebernstein.com
john.tan@arabbank.com.sg
john.taphorn@db.com
john.taylor@alliancebernstein.com
john.taylor@ers.state.tx.us
john.teague@columbiamanagement.com
john.tessar@us.icap.com
john.thayer@associatedbank.com
john.thierfelder@db.com
john.thomas@glenmede.com
john.thomason@valeo.com
john.thornton@aiminvestments.com
john.thornton@gartmore.com
john.tickle@lgim.co.uk
john.tirone@chase.com
john.tompkins@citadelgroup.com
john.toohey@aig.com
john.torell@tudor.com
john.tornatore@ge.com
john.townley@uk.abnamro.com
john.trapnell@gmacrfc.com
john.traynor@pncadvisors.com
john.turbitt@fmr.com
john.updegraff@chase.com
john.updegraff@jpmorgan.com
john.urdman@mortgagefamily.com
john.utz@uboc.com
john.v.reilly@db.com
john.van.den.berg@azl-group.com
john.van.grootel@nibcapital.com
john.vanbelle@prudential.com
john.vantassel@ubs.com
john.vaught@morganstanley.com
john.venusti@selective.com
john.verheul@lodh.com
john.vetter@fmr.com
john.vibert@blackrock.com
john.vinci@ubs.com
john.voneschenbach@huntington.com
john.vonheim@dnbnor.no
john.w.ingraham@citigroup.com
john.w.simmons@morganstanley.com
john.w.wong@jpmorgan.com

john.wake@barclayscapital.com
john.walding@ppmamerica.com
john.walsh@raymondjames.com
john.wambold@sgcib.com
john.wang@seb.se
john.ward@pncbank.com
john.watkins@trs.state.tx.us
john.watras@smhgroup.com
john.weber@granitegrp.com
john.wenker@usbank.com
john.whelihan@sunlife.com
john.wherton@lgim.co.uk
john.white@glgpartners.com
john.white@hsbcam.com
john.white@ubs.com
john.whorwood@group.landg.com
john.wilbourn@morgankeegan.com
john.wilhelm@nuveen.com
john.wilmot@chase.com
john.wilson@columbiamanagement.com
john.wilson@morleyfm.com
john.wolack@morganstanley.com
john.wollen@ubs.com
john.wong@daiwausa.com
john.wong@insightinvestment.com
john.wong@wellsfargo.com
john.woods@bnpparibas.com
john.wooten@wachovia.com
john.x.williams@uk.bnpparibas.com
john.young@barclays.co.uk
john.young@rbnz.govt.nz
john.yovanovic@aig.com
john.zembsch@aberdeen-asset.com
john@befreeinvestments.com
john@buffalofunds.com
john@email.com
john@incomeresearch.com
john@jyskebank.dk
john@mginvestors.com
john@moorecap.com
john@nijobs.com
john@sandlercap.com
john@silchester.demon.co.uk
john@watermarkgroup.com

john_a_keil@fanniemae.com
john_b_mortensen@fleet.com
john_bacso@nylim.com
john_balder@ssga.com
john_barrasso@swissre.com
john_bell@newton.co.uk
john_bennett@fanniemae.com
john_bergia@acml.com
john_blaney@glic.com
john_brice@cargill.com
john_burger@ml.com
john_c_malley@vanguard.com
john_c_wilson@standardlife.com
john_canady@merck.com
john_carey@ustrust.com
john_carlson@bankofscotland.co
john_caron@putnam.com
john_chiodi@acml.com
john_choe@ssga.com
john_cibbarelli@nylim.com
john_claybon@oldnational.com
john_cleary@ldn.invesco.com
john_clymer@ustrust.com
john_coe@troweprice.com
john_conley@ntrs.com
john_corcoran@ustrust.com
john_craddock@invesco.com
john_crees@fleet.com
john_criezis@troweprice.com
john_cronin@ssga.com
john_csarietti@nacm.com
john_cullen@scotiacapital.com
john_cummins@standardlife.com
john_d_diefenbach@notes.ntrs.com
john_d_fitzpatrick@fleet.com
john_d_nicely@mail.bankone.com
john_dalton@freddiemac.com
john_davidson@swissre.com
john_dimitri@freddiemac.com
john_doppman@ustrust.com
john_doyle@kyfbins.com
john_e_barris@fleet.com
john_e_case@keybank.com
john_easter@cgnu.net

john_ewen@newton.co.uk
john_ferry@putnam.com
john_fleming@agfg.com
john_ford@troweprice.com
john_freeman_randall_iii@fleet.com
john_fruit@aal.org
john_furtado@ssga.com
john_galante@vanguard.com
john_gargana@glic.com
john_gauthier@conning.com
john_ge@fanniemae.com
john_geremia@westlb.com
john_giangiorgi@nacm.com
john_giaquinta@acml.com
john_gilbert@grneam.com
john_granholm@acml.com
john_graves@nacm.com
john_greenwood@ldn.invesco.com
john_grelsch@aal.org
john_grimes@vanguard.com
john_hair@newton.co.uk
john_harris@ustrust.com
john_hart@dell.com
john_hendricks@nylim.com
john_hollyer@vanguard.com
john_huang@acml.com
john_hughes@standardlife.com
john_hynes@scotiacapital.com
john_i_blakely@mail.bankone.co
john_irwin@notes.ntrs.com
john_isquith@fanniemae.com
john_j_cullinane_jr@fleet.com
john_jackson@fanniemae.com
john_jackucyk@am.fcnbd.com
john_jennings@ml.com
john_jukoski@gmacm.com
john_julian@msdw.com
john_kane@nacm.com
john_keisler@bankone.com
john_kennedy@merck.com
john_kennington@freddiemac.com
john_kern@keybank.com
john_kichula@glenmede.com
john_kim@ulyss.com

john_kirby@ssga.com
john_kowalik@calpers.ca.gov
john_krieg@ntrs.com
john_l_kim@freddiemac.com
john_lafferty@ustrust.com
john_lagedrost@aon.com
john_lanius@vanguard.com
john_laposta@ssga.com
john_lau@ssga.com
john_lent@ustrust.com
john_leonard@blackrock.com
john_longhurst@ssga.com
john_lyons@hsbcsecuritiesinc.c
john_m_carbone@vanguard.com
john_m_ryan@key.com
john_marshall@invesco.com
john_mason@keybank.com
john_mccraw@nacm.com
john_mcdermott@ustrust.com
john_mclanahan@putnam.com
john_metcalfe@standardlife.com
john_minogue@ustrust.com
john_morale@scotiacapital.com
john_morcombe@blackrock.com
john_morgan@putnam.com
john_morton@ssga.com
john_murphy@conning.com
john_murphy@glic.com
john_murray@putnam.com
john_nunziato@ml.com
john_ogrodnick@glic.com
john_o'rourke@putnam.com
john_page@standardlife.com
john_pagliuca@bernstein.com
john_penny@westlb.co.uk
john_peterson@conning.com
john_phillips@glenmede.com
john_poelker@oldnational.com
john_powell@blackrock.com
john_r_hall@keybank.com
john_r_rodehorst@fleet.com
john_rabroker@americancentury.com
john_rendinaro@ustrust.com
john_rich@ustrust.com

john_richard@ssga.com
john_robertson@tigerfund.com
john_ryan@scotiacapital.com
john_s_jenkins@bankone.com
john_sajdak@bankone.com
john_scanlon@conning.com
john_schiavo@freddiemac.com
john_sherman@troweprice.com
john_small@americancentury.com
john_smet@capgroup.com
john_somers@ldn.invesco.com
john_soto@putnam.com
john_spellman@ml.com
john_staudenraus@symantec.com
john_surplice@hen.invesco.com
john_sykora@americancentury.com
john_t_brown@ml.com
john_t_fucigna@ml.com
john_t_mcdevitt@vanguard.com
john_thelosen@fanniemae.com
john_thomas@glenmede.com
john_thorburn@ml.com
john_tilney@putnam.com
john_timms@gb.smbcgroup.com
john_tucker@ssga.com
john_tylor@acml.com
john_van_tassel@putnam.com
john_w_sandrock@comerica.com
john_ward@bankone.com
john_waskiewicz@ssga.com
john_weber@onebeacon.com
john_wertz@vanguard.com
john_westby@aviva.com
john_whelan@standardlife.com
john_white@ssga.com
john_wilson@fanniemae.com
john_wright@ustrust.com
john_yen@putnam.com
john_zhang@ustrust.com
johnalexander@northfieldsb.com
johnark.lee@uboc.com
johnathan.prest@daiwasectab.ie
johnathan.tang@pacificlife.com
johnathan_cheung@westlb.com

johnb@fhlbsea.com
johnbi@fhlbsea.com
john-bosco.walsh@db.com
johnbowe@angloirishbank.ie
johnc@nacm.com
johnchen@us.nomura.com
johncoast.sullenger@lodh.com
johncobb@hotmail.com
johncroberts@northwesternmutual.com
john-d.willis@db.com
johnd@sandlercap.com
johnd@scm-lp.com
john-daniel.laurence@fidelity.com
johndd@mcm.com
john-douglas.shires@bayernlb.de
john-e.ford@db.com
johnett.ryans@ngc.com
john-f.moody@db.com
johng@goldengateway.com
johngre@smart.net
johnh@clinton.com
johnhall@uamc.com
johnhaney@westfieldgrp.com
john-j.kelly@ubs.com
johnj_howard@msdw.com
johnjames.bayer@cic.ch
johnjjkramer@yahoo.com
johnk@mcm.com
johnkendall@northwesternmutual.com
johnkennedy1@bloomberg.net
john-kenneth.gillbanks@nestle.com
johnkoh@daiwa-am.com.hk
johnl.graves@verizon.net
johnl@scm-lp.com
johnlagman@dbs.com
johnld@asrs.state.az.us
johnloh@mas.gov.sg
johnlynch@evergreeninvestments.com
johnm@ikos.com.cy
johnm@oechsle.com
john-morton@idexx.com
johnna.m.godwin@jpmorgan.com
johnna.perko@citadelgroup.com
johnnam@chol.com

johnniep@bloomberg.net
johnny.chan@capitalglobal.com
johnny.debuysscher@petercam.be
johnny.heng@cornucopia-capital.com
johnny.ht.lee@email.chinatrust.com.tw
johnny.mak@prudential.com
johnny.russell@swip.com
johnny.summers@gamgb.com
johnny.tam@hk.fortis.com
johnnyluga@bloomberg.net
johno@bgi-group.com
johnpascal.vanhouden@pimco.com
john-patrik.gilgen@stg.ch
john-paul.bruneau@fmr.com
john-paul.burke@barings.com
johnpaul.drew@bbh.com
john-paul.omeara@adidas-group.com
johnphillips@ftportfolios.com
johnpoh@gic.com.sg
johnpt@martincurrie.com
johnr@loopcap.com
johnr@mcm.com
johnryan@hotmail.com
johns@oechsle.com
johnschlifske@northwesternmutual.com
john-schmidt@jyskebank.dk
johnshin@kfb.co.kr
johnson.fred@luthbro.com
johnson.guo@credit-suisse.com
johnson.ia@tbcam.com
johnson.mike@principal.com
johnson.stace@principal.com
johnson.tim@luthbro.com
johnson.wang@icbcasia.com
johnson@braeburncapital.com
johnson@wmich.edu
johnson_ang@ml.com
johnson_john@gsb.stanford.edu
johnsonjen@ensignpeak.org
johnsonra@bernstein.com
johnsonsl@bernstein.com
johnsonwong@dbs.com
johnston@offitbank.com
johnstone.j@mellon.com

johnw@imsi.com
johnwoo@kdb.co.kr
johnyu@mail.cbc.gov.tw
joi.simpson@sunlife.com
joice.shih@email.chinatrust.com.tw
joji.maki@barings.com
jojo07@handelsbanken.se
jojs@capgroup.com
joka01@handelsbanken.se
jokada@ftci.com
j-okamoto@nochubank.or.jp
jokarma@wi.rr.com
jokray@oppenheimerfunds.com
jokrings@bloomberg.net
j-okuno@nochubank.or.jp
jolack@lineq.com
jolanta.skevington@chase.com
jolcay@fftw.com
jole.tabacchi@bsibank.com
jolene.madurzak@harrisbank.com
jolene.seetohsa@uobgroup.com
jolesky@barbnet.com
joline.ortiz@pimco.com
jolintang@bloomberg.net
joliver@capfed.com
jolszowy@mcdinvest.com
jolway.li@bmo.com
jom@bloomberg.net
jom@capgroup.com
jom6@georgetown.edu
joma21@handelsbanken.se
jomah@bloomberg.net
jomalley@hbk.com
jomatha@bloomberg.net
jombura@ifc.org
jomdyer@allmerica.com
jon.adams@ubs.com
jon.b.jonsson@jpmorgan.com
jon.b.jonsson@jpmorganfleming.com
jon.barnes@bankofamerica.com
jon.behar@bwater.com
jon.bentsson@glitnir.is
jon.bernstein@nomura.co.uk
jon.boorman@scudder.co.uk

jon.burgess@eu.nabgroup.com
jon.centurino@bankofamerica.com
jon.centurino@gmacfs.com
jon.cunliffe@uk.abnamro.com
jon.currier@wachovia.com
jon.denfeld@alliancebernstein.com
jon.dwiar@db.com
jon.farrin@wachovia.com
jon.fisher@53.com
jon.gilman@blackrock.com
jon.goldberg@chase.com
jon.gresham@barcap.com
jon.guinness@uk.fid-intl.com
jon.hallson@glitnir.is
jon.hantler@bwater.com
jon.holsteen@chicagoasset.com
jon.hook@trs.state.tx.us
jon.hopkins@gmacrfc.com
jon.horne@pimco.com
jon.j.ingram@jpmorgan.com
jon.jamen@fmr.com
jon.jiang@pimco.com
jon.karcsh@delta.com
jon.katovsky@britannia.co.uk
jon.lippin@honeywell.com
jon.lloyd@bnpparibas.com
jon.loth@usbank.com
jon.lowes@barclays.co.uk
jon.lucia@gecapital.com
jon.m.herbert@lloydstsb.co.uk
jon.m.morgan@columbiamanagement.com
jon.marsden@omam.co.uk
jon.mawby@europeancredit.com
jon.metcalf@columbiamanagement.com
jon.mills@insightinvestment.com
jon.mitchell@uk.fid-intl.com
jon.moehl@sscims.com
jon.molesworth@ledyardbank.com
jon.novak@nationalcity.com
jon.omarsson@glitnir.is
jon.p.debow@jpmorgan.com
jon.perregaux@columbiamanagement.com
jon.peter@vontobel.ch
jon.savas@shenkmancapital.com

jon.sigurgeirsson@sedlabanki.is
jon.stevens@fafadvisors.com
jon.super@phoenix.gov
jon.t.ender@abnamro.com
jon.taylor@ubs.com
jon.thompson@advantuscapital.com
jon.thorsteinsson@nib.int
jon.w.salmon@wellsfargo.com
jon.wilcox@us.socgen.com
jon.workman@wedbush.com
jon.yip@pimco.com
jon@eksportfinans.no
jon_bell@newton.co.uk
jon_brickman@americancentury.com
jon_christiansen@troweprice.com
jon_houttekier@fanniemae.com
jon_jankus@glic.com
jon_klein@ml.com
jon_lewis@americancentury.com
jon_monnery@newton.co.uk
jon_simonian@hsb.com
jon_thiel@acml.com
jon_underwood@ml.com
jon_updike@fanniemae.com
jonah.jiang@citadelgroup.com
jonah_andrew_white@vanguard.com
jonallen@bloomberg.net
jonas.birk@snb.ch
jonas.diedrich@citadelgroup.com
jonas.enstrom@bcv.ch
jonas.erikson@brummer.se
jonas.g.larsson@seb.se
jonas.gardmark@electrolux.se
jonas.granholm@skanska.se
jonas.jansson@ap1.se
jonas.kolk@morganstanley.com
jonas.lindholm@electrolux.se
jonas.lindstrom@banco.se
jonas.lycksell@hiab.com
jonas.malm@ericsson.com
jonas.martin-lof@electrolux.co.uk
jonas.nilsson@afa.se
jonas.nilsson@morganstanley.com
jonas.palmqvist@swedbankrobur.se

jonas.patrikson@columbiamanagement.com
jonas.pripp@robur.se
jonas.romlin@amfpension.se
jonas.sandefeldt@ohman.se
jonas.shum@nordea.com
jonas.sohlman@electrolux.se
jonas.strom@portcapital.com
jonas.ulvsback@swedbankrobur.se
jonas.victorsson@swedbankrobur.se
jonas.x.lundberg@seb.se
jonas_misteli@swissre.com
jonas_vonoldenskioeld@swissre.com
jonasf@compuserve.com
jonatan-a@pia.co.il
jonathan.a.day@morganstanley.com
jonathan.a.seabrook@sb.com
jonathan.abrahams@morleyfm.com
jonathan.abshire@ingim.com
jonathan.adams@bbh.com
jonathan.adams@citicorp.com
jonathan.adams@investecmail.com
jonathan.adams@opcap.com
jonathan.allison@aberdeen-asset.com
jonathan.anderson@citadelgroup.com
jonathan.arthurs@aareal-bank.com
jonathan.asante@framlington.co.uk
jonathan.baker@barclaysglobal.com
jonathan.barber@threadneedle.co.uk
jonathan.beaulieu@fhlbboston.com
jonathan.beck@ubs.com
jonathan.berger@citadelgroup.com
jonathan.bilby@ubs.com
jonathan.bilzin@soros.com
jonathan.blob@rbsgc.com
jonathan.bloom@us.bdroma.com
jonathan.blum@ubs.com
jonathan.burne@vanguard.com.au
jonathan.burrows@barclaysglobal.com
jonathan.butler@nibcapital.com
jonathan.byrne@statestree.com
jonathan.caldwell@lmginv.com
jonathan.carroll@statestreet.com
jonathan.ching@deshaw.com
jonathan.chung@jpmorgan.com

jonathan.cloke@lgim.co.uk
jonathan.cocks@aberdeen-asset.com
jonathan.cohen@barclaysglobal.com
jonathan.coleman@janus.com
jonathan.crown@threadneedle.co.uk
jonathan.cummins@fandc.com
jonathan.curry@barclaysglobal.com
jonathan.dalle@dexia-am.com
jonathan.davies@llodstsb.co.uk
jonathan.davies@ubs.com
jonathan.davis@fmr.com
jonathan.dent@sachsenlb.ie
jonathan.domineck@inginvestment.com
jonathan.duggan@fmr.com
jonathan.eckersley@bankofamerica.com
jonathan.edwards@aiminvestments.com
jonathan.faulkner@uk.bnpparibas.com
jonathan.fieldsend@insightinvestment.com
jonathan.fischer@lehman.com
jonathan.fisher-hindle@morleyfm.com
jonathan.g.warwick@jpmorgan.com
jonathan.gale@tetrapak.com
jonathan.garrett@kofc.org
jonathan.gauntt@citadelgroup.com
jonathan.glaser@himco.com
jonathan.graves@barclaysglobal.com
jonathan.gray@wellsfargo.com
jonathan.groom@insightinvestment.com
jonathan.halioua@sgam.com
jonathan.hargrove@fmr.com
jonathan.harrington@aiminvestments.com
jonathan.harrison@firststate.co.uk
jonathan.hart2@citadelgroup.com
jonathan.hoffman@btinternet.com
jonathan.horner@gs.com
jonathan.howe@barclaysglobal.com
jonathan.hunt@prudential.com
jonathan.j.obrien@jpmorgan.com
jonathan.jackson@insightinvestment.com
jonathan.jacob@bmo.com
jonathan.jacoby@fmr.com
jonathan.jennings@pnc.com
jonathan.julian@inginvestment.com
jonathan.k.simon@jpmorgan.com

jonathan.kasen@fmr.com
jonathan.kilbey@gem360.com
jonathan.kilbey@hapoalim.ch
jonathan.lamb@barclaysglobal.com
jonathan.lansing@barclaysglobal.com
jonathan.ledden@citadelgroup.com
jonathan.lee@scudder.com
jonathan.lewis@eagleasset.com
jonathan.lewis@ers.state.tx.us
jonathan.lewis@pncbank.com
jonathan.ligon@barclaysglobal.com
jonathan.linden@jpmorgan.com
jonathan.luff@nationwide.co.uk
jonathan.m.cummings@jpmorgan.com
jonathan.m.kelly@fmr.com
jonathan.m.schwarz@jpmchase.com
jonathan.macdonald@aviva.com
jonathan.mann@fandc.com
jonathan.marcus@tcw.com
jonathan.marocco@ubs.com
jonathan.martin@isisam.com
jonathan.masse@barclaysglobal.com
jonathan.mcadams@aiminvestments.com
jonathan.mckenzie@columbiamanagement.com
jonathan.mclaughlin@nordlb.com
jonathan.mclure@rlam.co.uk
jonathan.mcwilliams@ge.com
jonathan.mir@lazard.com
jonathan.moorhouse@lloydstsb.co.uk
jonathan.morford@db.com
jonathan.morgan@barclaysglobal.com
jonathan.morin@fmr.com
jonathan.morris@lazard.com
jonathan.moulds@bankofamerica.com
jonathan.mueller@aiminvestments.com
jonathan.mundy@barclaysglobal.com
jonathan.murray@morganstanley.com
jonathan.murrell@fmr.com
jonathan.nace@suntrust.com
jonathan.napora@ubs.com
jonathan.newman@axa-im.com
jonathan.noonan@bankofamerica.com
jonathan.ogier@uk.fid-intl.com
jonathan.overland@lazard.com

jonathan.p.carlson@columbiamanagement.com
jonathan.parry-jones@lloydstsb.co.uk
jonathan.passmore@ge.com
jonathan.platt@rlam.co.uk
jonathan.pye@barclaysglobal.com
jonathan.r.terry@wellscap.com
jonathan.rainford@mercantile.com
jonathan.rand@bankofengland.co.uk
jonathan.reed@wachovia.com
jonathan.relph@uk.fid-intl.com
jonathan.rotenstreich@citigroup.com
jonathan.s.beshel@jpmorgan.com
jonathan.scriven@uk.fid-intl.com
jonathan.sebag@lloydstsb.co.uk
jonathan.segal@hcmny.com
jonathan.seligson@blr.natixis.com
jonathan.sellers@aiminvestments.com
jonathan.sharkey@pioneerinvestments.com
jonathan.sharpe@gartmore.com
jonathan.siegmann@fmr.com
jonathan.sissen@barclaysglobal.com
jonathan.soto@firstunion.com
jonathan.spitzer@asbai.com
jonathan.spread@mondrian.com
jonathan.stanley@phxinv.com
jonathan.staples@threadneedle.co.uk
jonathan.sweeney@db.com
jonathan.taylor@carolinafirst.com
jonathan.terlizzi@morganstanley.com
jonathan.tierney@omam.co.uk
jonathan.totaram@nyc.nxbp.com
jonathan.treat@db.com
jonathan.tricker@lgim.co.uk
jonathan.trinidad@inginvestment.com
jonathan.turnbull1@wachovia.com
jonathan.twine@uk.fid-intl.com
jonathan.w.saunders@nordstrom.com
jonathan.webb1@wachovia.com
jonathan.williams@pncadvisors.com
jonathan.willis@barclaysglobal.com
jonathan.wilson@citigroup.com
jonathan.windust@gartmore.com
jonathan.winton@uk.fid-intl.com
jonathan.woloshin@ubs.com

jonathan.x.weinberg@jpmchase.com
jonathan.zang@fmr.com
jonathan@apam.com
jonathan@migdal-group.co.il
jonathan@ms1.hncb.com.tw
jonathan_b_berkeley@fanniemae.com
jonathan_bauer@progressive.com
jonathan_bell@newton.co.uk
jonathan_bergner@ustrust.com
jonathan_brandt@putnam.com
jonathan_bridges@putnam.com
jonathan_brock@ldn.invesco.com
jonathan_brook@ml.com
jonathan_chirunga@troweprice.com
jonathan_chou@troweprice.com
jonathan_cobb@uk.fid-intl.com
jonathan_dye@newton.co.uk
jonathan_e_gross@fanniemae.com
jonathan_eng@blackrock.com
jonathan_forman@ssga.com
jonathan_francis@putnam.com
jonathan_g_harris@fanniemae.com
jonathan_gabriel@putnam.com
jonathan_gibbs@standardlife.com
jonathan_glen@westlb.co.uk
jonathan_harris@blackrock.com
jonathan_i_shulman@keybank.com
jonathan_jacoby@vanguard.com
jonathan_jenkins@gb.smbcgroup.com
jonathan_lemco@vanguard.com
jonathan_mackay@blackrock.com
jonathan_maietta@putnam.com
jonathan_nye@acml.com
jonathan_popper@mfcinvestments.com
jonathan_rowe@standardlife.com
jonathan_scher@rhco.com
jonathan_sharkey@putnam.com
jonathan_stanley@ustrust.com
jonathan_topper@putnam.com
jonathan_veum@freddiemac.com
jonathan_wilkenfeld@vanguard.com
jonathan_yan@nylim.com
jonathan_yudt@riggsbank.com
jonathanang@temasek.com.sg

jonathangaiser@commercialfed.com
jonathanjones@bankofny.com
jonathanlau@dbs.com
jonathanprod@northwesternmutual.com
jonathanweber@fnni.com
jonathon.a.brachle@jpmorgan.com
jonathon.daniels@mandg.co.uk
jonathon.hansson@alliancebernstein.com
jonathon.josey@rothschild.co.uk
jonathon.maslen@fandc.com
jonathon.rabinowitz@morganstanley.com
jonathon.rogoff@ubs.com
jonathon_green@blackrock.com
jonathon_o'donnell@calpers.ca.gov
jonc@moorecap.com
joncarlo_mark@calpers.ca.gov
jones.c1@mellon.com
jones.clint@principal.com
jones.michael@columbiamanagement.com
jones@bridportjersey.net
jones@willcap.com
jonesd@bloomberg.net
joneshenrylee@aol.com
joneshr@bernstein.com
jonesl@ufji.com
joneslj@vankampen.com
jong.frochaux@axa-im.com
jong_c_bahk@vanguard.com
jongen@adelphi-capital.com
jonghwa.park@scfirstbank.com
jongsoo6537@hanmail.net
joni.jones@daiwausa.com
jonine.mostert@bis.org
jonker.j@mail.hk.g-bank.nl
jonna.pursiainen@tapiola.fi
jonnathan_wong@acml.com
jonne.sandstrom@aktia.fi
jonny.browne@bnymellon.com
jonny.gordon@abbey.com
jonny.sylven@swedbank.com
jono.tunney@hp.com
jonp@mcm.com
jon-paul.viviani@db.com
jonsattler@northwesternmutual.com

jonthan.l.tse@jpmorgan.com
jonty.bloom@bbc.co.uk
jonty_starbuck@troweprice.com
j-onuki@nochubank.or.jp
joo6@cornell.edu
joohee.lee@oppenheim.de
jooheon_yoon@ml.com
joohong.min@samsung.com
joon.chang@citadelgroup.com
joon.park@citadelgroup.com
joong.kang@columbiamanagement.com
joongsiklee@bok.or.kr
joonsong.kim@lehman.com
joop_bresser@deltalloyd.nl
joos.grapperhaus@sns.nl
joost.bergsma@uk.abnamro.com
joost.bilkes@credit-suisse.com
joost.lobbes@ingim.com
joost.sprokel@ecb.int
joost.strickx@lu.abnamro.com
joost.van.der.does.de.willebois@mail.ing.nl
joost.wijstma@ingim.com
joostdegraaf@bloomberg.net
jootjers@statestreet.com
jor@perrycap.com
joram.friedman@us.hsbc.com
joran_laird@acml.com
jordan.alexander@mackay.com
jordan.barrow@shenkmancapital.com
jordan.d.culp@usa.dupont.com
jordan.floriani@morganstanley.com
jordan.gershuny@morganstanley.com
jordan.low@credit-suisse.com
jordan.lupu@tdsecurities.com
jordan.miller@credit-suisse.com
jordan.miller@hcmny.com
jordan.schreiber@blackrock.com
jordan@pimco.com
jordan_a_segue@fanniemae.com
jordan_barnett@jwhmail.com
jordan_m_stitzer@travelers.com
jordan_winder@freddiemac.com
jordana.marston@uk.fid-intl.com
jordana_nester@ml.com

jordanb8@nationwide.com
jordans@nationwide.com
jordi.martret@andbanc.com
jordi.orriols-gil@rbccm.com
jordi.riera@andbanc.com
jordon.lupu@bmo.com
joreilly@congressasset.com
jorg.hampel@uk.fid-intl.com
jorg.jacobs@ruv.de
jorg.motel@commerzbank.com
jorg.wenzel@db.com
jorg@continuum.bm
jorge.araujo@jpmorgan.com
jorge.c.alvarez@aexp.com
jorge.cunha@bpvn.lu
jorge.diaz-silva@nisanet.com
jorge.dorta-monzo@lbbw.de
jorge.eduardo.marcal@bportugal.pt
jorge.espinoza@inginvestment.com
jorge.filipe.nunes@bancobpi.pt
jorge.gallardo@jpmorgan.com
jorge.ibarra-rivera@bbh.com
jorge.julio@principal.com
jorge.larangeira@drkw.com
jorge.macias@kbcfp.com
jorge.martin@batlantico.es
jorge.nieves@moorecap.com
jorge.otero@db.com
jorge.perez@aig.com
jorge.portugal@gcm.com
jorge.puente@alliancebernstein.com
jorge.ramirez@ubs.com
jorge.rios@hsbcrepublic.com
jorge.rosas@spinnakercapital.com
jorge.sancho@grupobbva.com
jorge.sepulveda@eurobankpr.com
jorge.torea@csadvisorypartners.com
jorge@epsilonfunds.com
jorge_reis@freddiemac.com
jorgejair_botina@generali.com
jorgen.hoholt@nordea.com
jorgen.kjaersgaard@alliancebernstein.com
jorgen.olofsson@swedbankrobur.se
jorie.widener@us.schroders.com

joris.debeul@fortisinvestments.com
joris.janssen@eu.effem.com
joris.tolenaar@nl.abnamro.com
joris.verhoeven@ingim.com
joris.workel@mn-services.nl
jorja.iwaszko@advantuscapital.com
jorleans2@bloomberg.net
jorma.alanne@okobank.com
jorma.komulainen@oko.fi
jorma.korhonen@uk.fid-intl.com
jorma.ollila@nokia.com
jormsby@smithbreeden.com
jorn.deboeck@fortisinvestments.com
jorn.jensen@klp.no
jorn.p.jensen@carlsberg.com
jorringer@halcyonllc.com
jorrit.arissen@fandc.com
jorrit.vanspaendonck@sns.nl
jorser@lkcm.com
jortega@accival.com.mx
jortiz@rgonline.com
jorussell@frk.com
jorvananos@banamex.com
jorvre@bloomberg.net
jos.gisbergen@mn-services.nl
jos.kroon@kasbank.com
jos.limmen@snssecurities.nl
josa12@handelsbanken.se
josalaza@banamex.com
josapia@tiaa-cref.org
josc03@handelsbanken.se
josc04@handelsbanken.se
joschr@safeco.com
jose.a.ellenberger@credit-suisse.ch
jose.antonio.galeano@bcv.ch
jose.antonio.ortiz@jpmorgan.com
jose.aragon@aig.com
jose.arcilla@credit-suisse.com
jose.arellano@towerbrook.com
jose.barros@bcb.gov.br
jose.blanco@ubs.com
jose.cabiedes@grupobbva.com
jose.calvo@rnb.it
jose.canepa@gibuk.com

jose.castellon@barclays.co.uk
jose.cea@telefonica-data.com
jose.ceajimenez@telefonica.es
jose.concha@inginvestment.com
jose.cuervo@halbis.com
jose.drago@sella.it
jose.garcia@bde.ed
jose.gomez@ubs.com
jose.gonzales@publica.ch
jose.gonzalez@ca-suisse.com
jose.gonzalez@hcmny.com
jose.gonzalez-heres@morganstanley.com
jose.gonzalo@francetelecom.fr
jose.j.sifontes@conoco.com
jose.jimenez@bde.es
jose.luis.borges@bancobpi.pt
jose.luis.escudero@groupama.es
jose.mazas@gcm.com
jose.michan@credit-suisse.com
jose.pereirasilva@bcp.pt
jose.persoz@banquecramer.ch
jose.rodrigo@panglobalfunds.com
jose.rodrigues@cgd.pt
jose.rodriguez@csam.com
jose.rodriguez1@usbank.com
jose.rovalino@ubsw.com
jose.ruiz@boigm.com
jose_carlos_h_doherty@fleet.com
jose_de_leon@dgbank.de
jose_fernandez@ustrust.com
jose_garzon_bce@cajarural.com
jose_louis_duran@carrefour.com
jose_perez@westlb.com
josearc@public.ibercaja.es
josec.duran@t-interactiva.com
josee.kui@alliancebernstein.com
joseeduardo.homemdemontes@juliusbaer.com
joseemilio.gumiel@ecb.int
josef.bernhard@rcm.at
josef.falzberger@schoellerbank.at
josef.gollwitzer@mail.psk.co.at
josef.graber@ubs.com
josef.gruber@bayernlb.de
josef.helmes@aam.de

josef.holzer@bhf-bank.com
josef.hutter@kzvk.de
josef.kerschbaumer@amg.co.at
josef.kobler@lbbw.de
josef.pfleger@erstebank.at
josef.rest@ubs.com
josef.ruettimann@lgt.com
josef.stadler@kathrein.at
josefa.llinares@db.com
josefine.tuppeck@dresdner-bank.com
josefpitera@bankofny.com
josefrancisco.diaz@cajaduero.es
joseignacio.uriarte@cajalaboral.es
joseja.diez@grupobbva.com
joselle.duncan@barclaysglobal.com
jose-luis.bilbao@bnpparibas.com
jose-luis.vega@ubs.com
josemanuel.jimenezm@santalucia.es
jose-manuel.uribarren@barclays.co.uk
josemarin.arcas@ecb.int
josemario.dominguezoutomuro@antar.es
josenrique.sola@telefonica.es
joseoh.petco@merck.com
josep.garcia@caixacatalunya.es
josepantoni.cerdan@andbanc.com
joseph.a.vicich@credit-suisse.com
joseph.alvarez@siemens.com
joseph.andrews@fidelity.com
joseph.axtell@db.com
joseph.b.tully@usa.dupont.com
joseph.bacchi@morganstanley.com
joseph.ballaera@morganstanley.com
joseph.bargdill@4086.com
joseph.baumeler@csam.com
joseph.bechara@barclayscapital.com
joseph.belew@usbank.com
joseph.betlej@advantuscapital.com
joseph.blair@advest.com
joseph.bossong@wachovia.com
joseph.bow@reuters.com
joseph.braccia@morganstanley.com
joseph.brehl@pnc.com
joseph.brennan@alliancebernstein.com
joseph.brophy@prudential.com

joseph.caminiti@barclaysglobal.com
joseph.carchidi@rbsgc.com
joseph.cardello@moorecap.com
joseph.carvin@db.com
joseph.castanza@citi.com
joseph.chapey@ubs.com
joseph.chi@dfafunds.com
joseph.chi@dimensional.com
joseph.ciufo@pncbank.com
joseph.connors@pncadvisors.com
joseph.crowell@corporate.ge.com
joseph.crutchley@jpmchase.com
joseph.curley@fmr.com
joseph.d.cauthen@bankofamerica.com
joseph.d'abruzzo@credit-suisse.com
joseph.dangelo@prudential.com
joseph.davidson@sscims.com
joseph.deane@ssmb.com
joseph.deluca@hcmny.com
joseph.denski@nationalcity.com
joseph.deperio@clinton.com
joseph.dona@alliancebernstein.com
joseph.donner@citadelgroup.com
joseph.dutkiewicz@associatedbank.com
joseph.dutton@statestreet.com
joseph.eichler@ge.com
joseph.elegante@alliancebernstein.com
joseph.emgelhart@allianz.de
joseph.f.nevins@db.com
joseph.fabre@jpmorgan.com
joseph.ferretti@alliancebernstein.com
joseph.fersedi@alliancebernstein.com
joseph.fioretta@hcmny.com
joseph.fortier@schwab.com
joseph.g.mcmahon@wellsfargo.com
joseph.gaffoglio@mutualofamerica.com
joseph.gallivan@alexanderkey.com
joseph.genco@westernasset.com
joseph.geronimo@db.com
joseph.giammerella@rbccm.com
joseph.gieker@wachovia.com
joseph.giunta@moorecap.com
joseph.gorder@valero.com
joseph.greenwald@pimco.com

joseph.grisejr@alliancebernstein.com
joseph.guirguis@pimco.com
joseph.h.chia@jpmorgan.com
joseph.h.huston@dartmouth.edu
joseph.hamilton@insightinvestment.com
joseph.hartswell@aig.com
joseph.hayek@alliancebernstein.com
joseph.hazelwood@fandc.com
joseph.hensen@dexia-bil.com
joseph.hissong@swissre.com
joseph.holinka@usbank.com
joseph.hondros@msdw.com
joseph.hong@deshaw.com
joseph.hughes@boimail.com
joseph.hughes@depfa.com
joseph.igoe@bankofamerica.com
joseph.janocko@bcbsfl.com
joseph.jiang@clinton.com
joseph.jordan@pnc.com
joseph.khalil@soros.com
joseph.kim@db.com
joseph.kippels@barclaysglobal.com
joseph.knecht@harrismycfo.com
joseph.knisely@pnc.com
joseph.kulczuckj@lazard.com
joseph.kung@db.com
joseph.lantz@pncbank.com
joseph.lavorgna@db.com
joseph.lemanowicz@prudential.com
joseph.linhares@barclaysglobal.com
joseph.logiudice@alliancebernstein.com
joseph.m.harrigan@aib.ie
joseph.macku@ubs.com
joseph.madrid@nationalcity.com
joseph.mancini@ubs.com
joseph.mares@glgpartners.com
joseph.marini@columbiamanagement.com
joseph.markovich@columbiamanagement.com
joseph.mauro@gs.com
joseph.mcalinden@morganstanley.com
joseph.mccabe@gm.com
joseph.mcfadden@aberdeen-asset.com
joseph.mcquade@corporate.ge.com
joseph.mehlman@morganstanley.com

joseph.mirsky@bbh.com
joseph.mollica@prudential.com
joseph.montalto@jpmorgan.com
joseph.mullally@ubs.com
joseph.myers@aig.com
joseph.narens@pimco.com
joseph.naughton@aib.ie
joseph.nestor@citigroup.com
joseph.newell@ubs-oconnor.com
joseph.nocera@genworth.com
joseph.ofei@bankofamerica.com
joseph.palowich@fmr.com
joseph.panchamsingh@bbh.com
joseph.peddrick@harrisbank.com
joseph.philips@aig.com
joseph.pittman@ubs.com
joseph.portera@mackayshields.com
joseph.posillico@ny.frb.org
joseph.prial@corporate.ge.com
joseph.quirk@lehman.com
joseph.r.butler@csam.com
joseph.r.dewhirst@citizensbank.com
joseph.ritter@soros.com
joseph.robison@nationalcity.com
joseph.rodgers@blackrock.com
joseph.rotter@citadelgroup.com
joseph.russo@lbbwus.com
joseph.rys@erieinsurance.com
joseph.s.jang@jpmorgan.com
joseph.saberito@daiwausa.com
joseph.savino@prudential.com
joseph.scanlan@advantuscapital.com
joseph.schatz@prudential.com
joseph.schwaba@fhlb-pgh.com
joseph.scoby@ubs-oconnor.com
joseph.seo@americas.bnpparibas.com
joseph.shaposhnik@fmr.com
joseph.siano@jpmchase.com
joseph.soukp@fmr.com
joseph.sueke@morganstanley.com
joseph.swanson@cbcf.com
joseph.tamboli@bmo.com
joseph.tascone@rocklandtrust.com
joseph.tessmer1@usbank.com

joseph.travaglione@us.hsbc.com
joseph.treadway@fmr.com
joseph.trmarchi@morganstanley.com
joseph.tully@prudential.com
joseph.ulrey@fafadvisors.com
joseph.ulrey@usbank.com
joseph.valade@fmr.com
joseph.van.den.heuvel@nl.abnamro.com
joseph.vessecchia@siemens.com
joseph.vultaggio@inginvestment.com
joseph.w.dvirgilio@jpmorganfleming.com
joseph.w.walden@jpmorgan.com
joseph.wassong@fmr.com
joseph.wong@chase.com
joseph.yacone@pnc.com
joseph.yallop@blackrock.com
joseph.yeon@pimco.com
joseph.zalewski@ubs.com
joseph.zhang@sg.pimco.com
joseph.zimbalist@db.com
joseph.zymroz@pnc.com
joseph@cfam.com
joseph@ruanecunniff.com
joseph_arcieri@morganstanley.com
joseph_brennan@vanguard.com
joseph_byrne@putnam.com
joseph_carroll@westlb.com
joseph_casal@putnam.com
joseph_castelluccio@prusec.com
joseph_conklin@ml.com
joseph_croteau@troweprice.com
joseph_d_polsinelli@key.com
joseph_davis@freddiemac.com
joseph_davis@vanguard.com
joseph_e_camp@fmgc.com
joseph_fath@troweprice.com
joseph_ferrari@vanguard.com
joseph_fischer@ohionational.com
joseph_forgie@nacm.com
joseph_gallagher@ustrust.com
joseph_gardino@ustrust.com
joseph_geraghty@hvbamericas.com
joseph_jelincic@calpers.ca.gov
joseph_laspina@acml.com

joseph_lee@scudder.com
joseph_m_szabo@bankone.com
joseph_marus@ssga.com
joseph_matteo@ml.com
joseph_mayo@conning.com
joseph_mchale@freddiemac.com
joseph_meawad@newton.co.uk
joseph_modica@ml.com
joseph_molloy@ntrs.com
joseph_morano@canadalife.com
joseph_mouridy@nylim.com
joseph_muscarella@putnam.com
joseph_r_dewhirst@fleet.com
joseph_rohm@troweprice.com
joseph_rosenblum@acml.com
joseph_rotondo@invesco.com
joseph_stagi@fanniemae.com
joseph_stephan@keybank.com
joseph_torres@freddiemac.com
joseph_towell@putnam.com
joseph_v_keltz@vanguard.com
joseph_vayda@keybank.com
joseph_zhu-carnevale@progressive.com
joseph-0080@email.esunbank.com.tw
joseph-anthony.sawe@ubs.com
josephd@jwseligman.com
joseph-emmanuel.a.trojman@socgen.com
josephina.maguigad@pnc.com
josephine.chu@barclaysglobal.com
josephine.jimenez@wellsfargo.com
josephine.learmond-criqui@morganstanley.com
josephine.lenehan@uk.fid-intl.com
josephine.martinez@db.com
josephine.mui@mandg.co.uk
josephine.newman@prudential.com
josephine.shea@himco.com
josephine_sullivan@bankofscotland.co.uk
josephine_th_wong@hkma.gov.hk
josephm@qualcomm.com
josephs@tmgny.com
josephsheer@clinton.com
josephyeh@dbs.com
josep-ramon.aixela@caixacat.es
joserac@public.ibercaja.es

joses@mcm.com
joses@princeton.edu
josesanchezuser@company.com
josette.nowicki@citadelgroup.com
josette.tapponier@bbls.ch
josh.blacher@db.com
josh.bodin@pnc.com
josh.bouchard@bwater.com
josh.buffolino@kochfinancial.com
josh.burwick@moorecap.com
josh.d.bales@wellsfargo.com
josh.dapice@faralloncapital.com
josh.davis@pimco.com
josh.denzinger@rbccm.com
josh.evans@calvert.com
josh.h.brunner@jpmorgan.com
josh.hall@pnc.com
josh.kao@chinatrust.com.tw
josh.kapp@columbiamanagement.com
josh.lane@ssmb.com
josh.lavik@wamu.net
josh.mahon@inginvestment.com
josh.mastin@lgim.co.uk
josh.passman@citadelgroup.com
josh.shannon@honeywell.com
josh.silverstein@hcmny.com
josh.smith@mortgagefamily.com
josh.spencer@fmr.com
josh.taft@barclaysglobal.com
josh@caxtonrvh.com
josh@sandlercap.com
josh_byrne@putnam.com
josh_c_barrickman@vanguard.com
josh_fiennes@ntrs.com
josh_lisser@acml.com
josh_mcauliffe@invesco.com
josh_nash@ulyss.com
josh_spencer@troweprice.com
josh_taylor@cargill.com
josh_tyson@troweprice.com
joshea@fnni.com
josheffendi@dbs.com
joshi.dhavel@jpmorganfleming.com
joshi.dhiren@barcap.com

joshi.r@sicapital.com
joshi.venugopal@novartis.com
joshua.alpert@moorecap.com
joshua.denham@delta.com
joshua.duhl@bernstein.com
joshua.farber@barcap.com
joshua.fox@tudor.com
joshua.friedberg@blackrock.com
joshua.friedman@st.com
joshua.frost@ny.frb.org
joshua.galaun@db.com
joshua.gatmaitan@aig.com
joshua.givelber@morganstanley.com
joshua.goldstein@aiminvestments.com
joshua.gravel@ibtco.com
joshua.grumer@tcw.com
joshua.hawkins@pimco.com
joshua.hodgson@mortgagefamily.com
joshua.hunt@micorp.com
joshua.kakel@pnc.com
joshua.katz@pimco.com
joshua.kazdin@lazard.com
joshua.klaetsch@advantuscapital.com
joshua.kramer@hcmny.com
joshua.krasner@ubs.com
joshua.lavender@gm.com
joshua.lavender@gmam.com
joshua.linder@deshaw.com
joshua.margulies@barclaysglobal.com
joshua.mccallum@ubs.com
joshua.mcinerney@tudor.com
joshua.overholt@usbank.com
joshua.p.golden@jpmorgan.com
joshua.phillips@mac.com
joshua.shaskan@transamerica.com
joshua.smith@ehy-us.com
joshua.stone@ubs.com
joshua.tan@mail.ing.nl
joshua.thimons@rbsgc.com
joshua.turkington@hk.nomura.com
joshua.vollertsen@credit-suisse.com
joshua.white@citadelgroup.com
joshua.wilkes@db.com
joshua.winchester@inginvestment.com

joshua.wright@ny.frb.org
joshua.yelsey@pimco.com
joshua.zwass@yahoo.com
joshua.zwick@blackrock.com
joshua_a_peterson@keybank.com
joshua_adler@glic.com
joshua_botnick@nylim.com
joshua_brenner@countrywide.com
joshua_brooks@putnam.com
joshua_cooney@invesco.com
joshua_cummings@putnam.com
joshua_holden@countrywide.com
joshua_m_seiff@fanniemae.com
joshua_nelson@troweprice.com
joshuafan@yahoo.com
josiane.pensier@saint-gobain.com
josianne.bonnet@caam.com
josianne.nanchen@bcv.ch
josie_cy_wong@hkma.gov.hk
josiely.hermida@pioneerinvest.com
josien.piek@ingim.com
josier@wbcap.net
joslyn.suriel@pioneerinvest.com
josney@bcee.lu
josp01@handelsbanken.se
jossef.assis@uk.fid-intl.com
josselin.lecuyer@bnpparibas.com
joswan@safeco.com
joudijk@generali.nl
jouh.sun@ibtco.com
jouji.ishikawa@boj.or.jp
jouke.douma@zugerkb.ch
jouni.jarviluoma@okobank.com
jouni.parviainen@sampo.fi
jouni.salmenkivi@nordea.com
jouni.timonen@ecb.int
jovan.avramovic@caam.com
jovany_larroche@acml.com
jovillan@notes.banesto.es
jow_doris@jpmorgan.com
jowalker@microsoft.com
jowe03@handelsbanken.se
jowens@gwkinc.com
joy.belle@7bridgescap.com

joy.das@sgcib.com
joy.gruber@firstmidwest.com
joy.holmes-anckle@morleyfm.com
joy.kiely@bnpparibas.com
joy.kousoulas@rbsgc.com
joy.mahato@fmr.com
joy.mukherjee@swib.state.wi.us
joy.sumner@sscims.com
joy.yang@insightinvestment.com
joy_furmick@ml.com
joyce.cacal@hp.com
joyce.chiang@wcmadvisors.com
joyce.choi@tudor.com
joyce.condon@prudential.com
joyce.johnson@rochester.edu
joyce.libby@waypointbank.com
joyce.manalo@drkw.com
joyce.ollunga@bankofamerica.com
joyce.r.starks@bankofamerica.com
joyce.tanml@uobgroup.com
joyce.zacks@phs.com
joyce_diaz@ml.com
joyce_dragone@putnam.com
joyce_gallie@capgroup.com
joyce_kuo@cathaybank.com
joyce_newman@prusec.com
joyce_rowan@calpers.ca.gov
joyce_sin@commerzbank.com.sg
joyce_taylor@westlb.co.uk
joyceho@gic.com.sg
joycelee@cathaylife.com.tw
joycelyn_byers@bankone.com
joycelynlee@mfs.com
joyceng@mas.gov.sg
joyli@bloomberg.net
joyner.joanne@nomura-asset.com
joyolin_brown@dpimc.com
joyp@capgroup.com
joytay@gic.com.sg
joywong@bankofny.com
joyyxu@wharton.upenn.edu
jozef_bala@generali.com
jozef_hoschek@koba.sk
j-p.bry@caam.com

jp.burki@bbbsa.ch
jp.darque@uk.danskebank.com
jp.eyok@probtp.com
jp.yarusinski@truscocapital.com
jp@jyskebank.dk
jp@mcm.com
jp135@ntrs.com
jpackard@jhancock.com
jpadilla@abasesores.es
jpage@steinroe.com
jpaladino@ustrust.com
jpalazola@loomissayles.com
jpalermo@chicagoequity.com
jpalmela@servibanca.pt
jpalmer@websterbank.com
jpalmieri@refco.com
jpalomar@public.ibercaja.es
jpalomero@grupobbva.com
jpalumbo@concordiafunds.com
jpan@fhlbc.com
jpanastasia@delinvest.com
jpangallozzi@amre.com
jpankratz@bloomberg.net
jpannel@ssm.com
jpaquette@copera.org
jparascandola@bci.it
jparchidec@yahoo.fr
jpardos@iberdrola.es
jparise@alaskapermfund.com
jpark@bok.or.kr
jpark@fhlbsea.com
jpark@leggmason.com
jpark@loomissayles.com
jpark@manubank.com
jpark@us.nomura.com
jpark@westernasset.com
jparker@bpbtc.com
jparker@unumprovident.com
jparker@wellington.com
jparker2@bloomberg.net
jparrot@perrycap.com
jparsons@bloomberg.net
jparsons@eatonvance.com
jparsons@the-ark.com

jpasko@federatedinv.com
jpatafio@tudor.com
jpatel@bear.com
jpattalino@allegiancecapital.com
jpattit@jennison.com
jpavao@standishmellon.com
jpbansal@rbi.org.in
jpbowman@stifel.com
jpbrillaud@eutelsat.fr
jpbruhin@bper.ch
jpbry@mcleanbudden.com
jpc@ahorro.com
jpccfa@aol.com
jpcollin@groupe-ufg.com
jpd@ntrs.com
jpd1@ntrs.com
jpe@bancoinversion.es
jpeaslee@chotin.com
jpeck@bankofny.com
jped@nykredit.dk
jpedrero@ceca.es
jpedro@babsoncapital.com
jpellegrino@hellerfin.com
jpeng@ryanlabs.com
jpenner@refco.com
jperalgu@bankinter.es
jperalta@banco-privado.pt
jperez@calstrs.com
jperez@dsaco.com
jperez1@bspr.com
jpergolin@royalbankamerica.com
jperina@csob.cz
jperkin@siebertnet.com
jperkins@mfs.com
jperri@apollocapital.com
jperry@dominickanddominick.com
jperuyero@metlife.com
jpeter@maninvestments.com
jpeterson5@bloomberg.net
jpetramale1@metlife.com
jpetrides@bear.com
jpetsoul@princeton.edu
jpetty@loomissayles.com
jpetzold@calstrs.com

jpfeketie@leggmason.com
jpfertner@hcmlp.com
jpgalichon@terex.com
jph@summitpartnersllc.com
jph4@ntrs.com
jphcpa@aol.com
jpheinrich@mcm.com
jphelan@deerfieldcapital.com
jphilbin@standishmellon.com
jphillips@fultonfinancialadvisors.com
jphipps@university-lending.com
jphoffman@wellington.com
jphoffmann@wellington.com
jpiampiano@hbk.com
jpiccard@lordabbett.com
jpickart@state.st.com
jpickens@bloomberg.net
jpickler@tswinvest.com
jpiedrah@ford.com
jpienta@tmgchicago.com
jpierce@farcap.com
jpinto@essexinvest.com
jpiotrowski@mfs.com
jpipia@tiaa-cref.org
jpjette@lacaisse.com
jpk@ntrs.com
jpkalia@comerica.com
jplaga@canyonpartners.com
jplamour@ofina.on.ca
jplasco@collins-stewart.com
jplock@fdic.gov
jplush@websterbank.com
jpluta@jhancock.com
jpm@atalantasosnoff.com
jpm@dodgeandcox.com
jpmahaney@nb.com
jpmarion@berkeleycm.com
jpmarson@bnpparibas.com
jpmccarthy@delinvest.com
jpmim.us.equity.traders@jpmorgan.com
jpn@wmblair.com
jpobletm@cajamadrid.es
jpobrien@bankofny.com
jpoglitsch@hcmlp.com

jpolk@lasers.state.la.us
jpolseno@statestreet.com
jpolsky@metlife.com
jpomeroy@frk.com
jpontone@the-ark.com
jpoot@aegon.nl
jporti@ftci.com
jposner@matrixassetadvisors.com
jpost@hbk.com
jpotee@troweprice.com
jpotenta@metlife.com
jpotgieter2@bloomberg.net
jpotter@fhlbc.com
jpoulsen@worldbank.org
jpowell@babsoncapital.com
jpowers@denveria.com
jpowers@ups.com
jpoxon@llic.com
jpozharny@tiaa-cref.org
jprado@troweprice.com
jpratt@atlanticasset.com
jprendergast@smithbreeden.com
jprestine@roxcap.com
jprestine@senecacapital.com
jprey@troweprice.com
jprice@kishbank.com
jprice@nittanybank.com
jprin@bear.com
jprince@babsoncapital.com
jpruskowski@blackrock.com
jpsanchez@uef.es
jpsbraga@bportugal.pt
jpscandalios@frk.com
jpsmith@pictet.com
jpt1@bloomberg.net
jpuchon@metlife.com
jpugh@ustrust.com
jputnam@mt.gov
jputnam@oppenheimerfunds.com
jpv.ef@adia.ae
jpv.tu@adia.ae
jpweaver@mcglinncap.com
jpx@americancentury.com
jpxhonneux@bloomberg.net

jpxw@capgroup.com
jqc@wharton.upenn.edu
jqfan@princeton.edu
jqh3@cornell.edu
jqiao@bear.com
jql@capgroup.com
jqm@bpi.pt
jquadrado@banco-privado.pt
jquartarolo@mdsass.com
jquingert@abimltd.com
jquinn@bankofny.com
jquinn@wellingtonmgt.com
jquinn1@bear.com
jquirosm@cajamadrid.es
jqx@capgroup.com
jr114@ntrs.com
jr69@ntrs.com
jrabineau@aegonusa.com
jrada@invercaixa.es
jradick@fult.com
jradick@thecolumbiabank.com
jradtke@templeton.com
jragan@kbw.com
jrailey@sirachcap.com
jraine@coair.com
jrallo@manubank.com
jralward@uss.com
jramachandran@westernasset.com
jramey@us.ca-indosuez.com
jramirez@accival.com.mx
jramirez7@bloomberg.net
jramos@ambac.com
jramsay@sunamerica.com
jrandolph@cantor.com
jrangi@mfs.com
jrank@aegonusa.com
jrao@caxtonhealth.com
jraphael@nylb.org
jrath@voyageur.net
jrav@capgroup.com
jraval@ftci.com
jravida@bpbtc.com
jraxter@rbmg.com
jraymon@frk.com

jraymundo@fftw.com
jrazzano@babsoncapital.com
jrb@dodgeandcox.com
jrbaxter@delinvest.com
jrbigger@papl.com
jrcoco@statestreet.com
jrd9@ntrs.com
jrdemoss@aegonusa.com
jread@hanson.co.uk
jreddick@babsoncapital.com
jredding@eatonvance.com
jreddy@aicm.com
jreed@barbnet.com
jreed@ofii.com
jregan@cantor.com
jregueiro@bbvnet.com
jrehor@thirdave.com
jreid@btmna.com
jreid@everestcapital.com.au
jreilly@millburncorp.com
jreiter@oppenheimerfunds.com
jreitler@bloomberg.net
jreitz@fnbalaska.com
jrejas@bankofny.com
jremillard@bradfordmarzec.com
jremmert@ftci.com
jren@concordiafunds.com
jrengar@templeton.com
jrevitz@bayharbour.com
jreyes@sdcera.org
jreyes@sterlingpartners.us
jreynolds@sarofim.com
jrfc@pge.com
jrg1@ntrs.com
jrg9@ntrs.com
jrgannon@bankofny.com
jrgarcia@banxico.org.mx
jrgonzalez@bankofny.com
jrguerra@ahorro.com
jrh@bankinvest.com
jrha@danskebank.dk
jrhee@canyonpartners.com
jrhee@mfs.com
jrhodes@ag-am.com

jrhodes@bankofny.com
jriccardo@bear.com
jrice@dadco.com
jrichard@invest.treas.state.mi.us
jrichardson@firststate.co.uk
jrichardson@munder.com
jrichardson@sunbankpa.com
jrichter@fhlbc.com
jrickels@aegonusa.com
jricome@bloomberg.net
jridgewell@newstaram.com
jrieger@caxton.com
jriepe@troweprice.com
jriley@mtildn.co.uk
jrisner@sunamerica.com
jritchie@loomissayles.com
jrivkin@nb.com
jrj@jyskebank.dk
jrlee@mas.gov.sg
jrlh@bloomberg.net
jrm@capgroup.com
jrm@dodgeandcox.com
jrmac@bloomberg.net
jrmahoney@bloomberg.net
jrmcampbell@scotiabank.ie
jrmyers@bloomberg.net
jrn@bankinvest.dk
jrnogues@caixatarragona.es
jroberts@fdic.gov
jroberts@hestercapital.com
jroberts@mcdinvest.com
jroberts@williamblair.com
jrobins@kbw.com
jrobinson@charles-stanley.co.uk
jrobinson@hcmlp.com
jrobredo@bbk.es
jrocafort@mdsass.com
jrocca@williamblair.com
jrochwerg@apollocapital.com
jrodrig@dcf.pemex.com
jrodriguez@orientalfg.com
jrodriguezmelager@grupobbv.com
jroele@europeancredit.com
jrogan@jefco.com

jrogowsky@meag-ny.com
jrojas@princeton.edu
jrol@aegon.nl
jrolander@bloomberg.net
jrolston@tiaa-cref.org
jroman@jhancock.com
jromano@tiaa-cref.org
jromao@generali.pt
jromero@grupobbva.com
jronda@cajadeburgos.es
jrorke@angelogordon.com
jrosenberg@citadel.com
jrosenberg@ihc-geneve.com
jrosenberg@loews.com
jrosenberg@sterlingpartners.us
jrosenthal@metlife.com
jrosner@deerfieldcapital.com
jrossi@bofa.com
jrossi@smithmgtllc.com
jroth@bloomberg.net
jrothenberg@metlife.com
jrothman@nabny.com
jrouse@jennison.com
jrowen@rentec.com
jrowlett@oppenheimerfunds.com
jrowley@opcap.com
jrowlinson@westernasset.co.uk
jrozali-wathooth@hcmlp.com
jrp@danskebank.dk
jrpercival@bloomberg.net
jrr@columbus.com
jrroberts@wellington.com
jrryan@wellington.com
jrryan@wellmanage.com
jrsantos@metlife.com
jrsiraki@nochubank.or.jp
jrt@turnerinvestments.com
jrtutino@lazard.com
jru@nbim.no
jru@soam.com
jrubenstein@caxton.com
jrubin@nyl.com
jrubin@resurgencellc.com
jrudy@frk.com

jruez@pictet.com
jrugen@bloomberg.net
jruiz@pictet.com
jrunnion@erstebank.com
jrupp@inv.uchicago.edu
jrushin@sunamerica.com
jrussel@mfs.com
jrusso@bankofny.com
jrutig@bloomberg.net
jruz@ahorro.com
jruzicka@federatedinv.com
jrw9343@gsk.com
jryu@tudor.com
jryvicker@metlife.com
js.paley@whartonco.com
js131@ntrs.com
js142@ntrs.com
js201@ntrs.com
js243@georgetown.edu
js5@americancentury.com
js97@ntrs.com
jsa@ubp.ch
jsaavedra@schny.com
jsabat@hbk.com
jsacks@russell.com
jsacks@stonehillcap.com
jsadeghi@oppenheimerfunds.com
jsafran@bradfordmarzec.com
jsage@mfs.com
j-sakasaki@nissay.co.jp
jsala@fibanc.es
jsalavert@bcj.gbancaja.com
jsalmeri@firstmanhattan.com
jsalsbery@troweprice.com
jsalsgiv@genre.com
jsalzwed@amfam.com
jsamet@ellington.com
jsampson@foxasset.com
jsamuel@babsoncapital.com
jsanberg@tigerglobal.com
jsanchez@creditandorra.ad
jsanchez@rgcrownbank.com
jsanchez@ubs.com
jsanchor@repsolpf.com

jsander@waddell.com
jsanders@bokf.com
jsanders@husic.com
jsanderson2@bloomberg.net
jsandoval@rgonline.com
jsandt@essabank.com
jsanford@babsoncapital.com
jsankovic@bloomberg.net
jsansone@wellington.com
jsantero@ti.telefonica.es
jsantiago@merctrust.com
jsantmar@notes.banesto.es
jsanzc@repsolypf.com
jsarff@davisham.com
jsaryan@eatonvance.com
jsasanfar@moneygram.com
jsassoon@rockfound.org
jsatkins@ftb.com
jsaunders@jennison.com
jsaunders@martincurrie.com
jsaurina@bde.es
jsauvez@bloomberg.net
jsavarese@westernasset.com
jsayegh@nysif.com
jsaz@bloomberg.net
jsb.eu@adia.ae
jsb@capgroup.com
jsb92@cornell.edu
jsbecker@ibtco.com
jsblout@wellington.com
jsboyd-secu@att.net
jsbyrd@us.fortis.com
jsc5@ntrs.com
jscalise@mcglinncap.com
jscanlon@kbw.com
jsch@danskebank.dk
jscha@bok.or.kr
jschaefer@aamcompany.com
jschaefer@nb.com
jschaeffer@aegonusa.com
jschappe@bbandt.com
jscharf@caxton.com
jscheibel@rnt.com
jscheir@apollocapital.com

jschets@saralee-de.com
jschier@mmwarburg.com
jschillaci@jhancock.com
jschilling@farcap.com
jschimmer@dkpartners.com
jschleif@allstate.com
jschlein@metlife.com
jschlicher@loomissayles.com
jschloss@aegonusa.com
jschmic@frk.com
jschmidt@union-investment.de
jschmidt-radtfeldt@meag.com
jschmitt@hbk.com
jschnabel@tiaa-cref.org
jschnitzius@everbank.com
jschnorr@bankofny.com
jschock@trmshedge.com
jschoenmaker@bloomberg.net
jscholnick@westernasset.com
jschori@bear.com
jschouwey@bloomberg.net
jschristensen@wellscap.com
jschrotberger@turnerinvestments.com
jschuber@amfin.com
jschultz@loomissayles.com
jschultz14@bloomberg.net
jschuster@mfs.com
jschwartz@payden-rygel.com
jschwartz@willowbridge.com
jscordia@bankofny.com
jscott@microsoft.com
jscott@sagitta.co.uk
jscotty@us.ibm.com
jscowcroft@wasatchadvisors.com
jscullion@federatedinv.com
jscurran@wellington.com
jsd.eu@adia.ae
jsdofshjef@lahjgoh.com
jseguino@ford.com
jseigel@princeton.edu
jseitz@meag.com
jself@tiaa-cref.org
jsellers@atlanticasset.com
jselman@oppenheimerfunds.com

jsempere@cam.es
jseppala@sisucapital.com
jsergeant@hbk.com
jserocca@mandtbank.com
jserrato@fhlbatl.com
jsetzenfand@federatedinv.com
jseveral@ag-am.com
jseward@europeancredit.com
jsf2@ntrs.com
jshafer@wellington.com
jshalala@essexinvest.com
jshames@mfs.com
jshanaha@roxcap.com
jshanahan@pacholder.com
jshane@tiaa-cref.org
jshannon@babsoncapital.com
jshannon@metlife.com
jshapiro@jennison.com
jsharp@loomissayles.com
jsharpe@westernasset.com
jshaskon@westcapinv.com
jshaughnessy@hellmanjordan.com
jsheeha@templeton.com
jshelbourne@westpac.co.au
jsheridan@templeton.com
jsherren@ftportfolios.com
jsherwin@ers.state.tx.us
jshi@bear.com
jshiel@wrberkley.com
jshields@oppenheimerfunds.com
jshilkett@hcmlp.com
jshimizu@jp.statestreet.com
jshimmachi@ibjus.com
jshock@efib.state.id.us
jshort@farcap.com
jshort@ustrust.com
jsidawi@federatedinv.com
jsiegel@troweprice.com
jsieren@smithbreeden.com
jsiew@perrycap.com
jsifert@fsa.com
jsigmon@hcmlp.com
jsimpson@canyonpartners.com
jsinaikin@evcap.com

jsinclair@houston.rr.com
jsindelar@nylim.com
jsindelar@xroadcapital.com
jsinger@dsaco.com
jsingh@metlife.com
jsinghal@farmermac.com
jsingson@canyonpartners.com
jsinks@sib.wa.gov
jsitek@wilmingtontrust.com
jsitzmann@buffalofunds.com
jsivigny2@bloomberg.net
jsjuan@kdb.co.kr
jsjun2@hotmail.com
jsk@capgroup.com
jsk@knbank.co.kr
jskinner@barrowhanley.com
jskinner@roycenet.com
jskornicka@munder.com
jslankas@bloomberg.net
jslater@municrest.com
jslater@troweprice.com
jslavik@loomissayles.com
jsleigh@recordcm.com
jslijkerman@aegon.nl
jslipher@fhlbi.com
jsloane@century-bank.com
jslocum@ingalls.net
jsm.tr@adia.ae
jsmalen@wolterskluwer.com
jsmarino@metlife.com
jsmeltzer@lordabbett.com
jsmigiel@seic.com
jsmith@acml.com
jsmith@canyonpartners.com
jsmith@caxton.com
jsmith@lincap.com
jsmith@oppenheimerfunds.com
jsmith@stephens.com
jsmith@ustrust.com
jsmith@wga.com
jsmith4@tiaa-cref.org
jsmith58@bloomberg.net
jsn@mfs.com
jsnaidu@wellington.com

jsnyder@deerfieldcapital.com
jsnyder@frk.com
jsnyder@jhancock.com
jso@westernasset.com
jsobremazas@grupobbva.com
jsokol@sarofim.com
jsolis@ahorrocorporacion.com
jsomers@tiaa-cref.org
jsommariva@standishmellon.com
jsong@aegonusa.com
jsong@fftw.com
jsordoni@troweprice.com
jsorensen@lbfc.com
jsoroeta@bppr.com
jsorrentino@perrycap.com
jsoto@ofii.com
jsoukas@wellington.com
jsoutter@bloomberg.net
jspagoletti@atgsystems.com
jspark@hanabank.co.kr
jspencer@tiaa-cref.org
jspeterson@wellington.com
jspi@uk.danskebank.com
jspice@ci.com
jspicer@glic.com
jspidle@loomissayles.com
jspirgel@bankofny.com
jsprow@smithbreeden.com
jsr@danskecapital.com
jsrosen@aegonusa.com
jsrosen@oppenheimerfunds.com
jss_shin@yahoo.co.kr
jsstevens@metlife.com
jstabile@lordabbett.com
jstack@csas.cz
jstack@opers.org
jstaggs@hcmlp.com
jstallings@hbk.com
jstamler@millertabak.com
jstapleton@ifc.org
jstarbird@loomissayles.com
jstarks@metlife.com
jstarrick@mfs.com
jstaskel@yesbank.com

jstathos@midstatebank.com
jste@us.danskebank.com
jstebner@bloomberg.net
jstecher@gm.com
jsteeds@bloomberg.net
jsteel@federatedinv.com
jsteinberg@sprintmail.com
jsteiner@sternagee.com
jsteinkirchner@bankofthewest.com
jstella@bofa.com
jstelwagon@dlbabson.com
jstemmle@globeop.com
jstep@nysif.com
jstephan@wellington.com
jstephens@fhlbdm.com
jstewart@farmcredit-ffcb.com
jstewart@soam.com
jstewart@wasatchadvisors.com
jstiles@birchhilladvisors.com
jstill@btmna.com
jstit@voyageur.net
jstocks@mfs.com
jstofkoper@lordabbett.com
jstolze@woodman.com
jstout@bayharbour.com
jstreun@ers.state.tx.us
jstuart@hcmlp.com
jsu@nbim.no
jsuber@unumprovident.com
jsulecki@nb.com
jsullivan@doil.com
jsullivan@lincap.com
jsullivan@standishmellon.com
jsummers@tiaa-cref.org
jsun@citadelgroup.com
jsundeen@waddell.com
jsung@loomissayles.com
jsurles@waddell.com
jsv6173@red.cam.es
jswain@caltrust.com
jswalker@mfs.com
jswanson@mfs.com
jswatkins@bankofny.com
jsweeney@blackrock.com

jsweet@iidpower.com
jswiatek@jennison.com
jswon@bok.or.kr
jswong@delinvest.com
jswu@blackrock.com
jsykes@halcyonpartnerships.com
jsykes@us.nomura.com
jsylvia@jhancock.com
jt.ir@ims.jti.co.jp
jt@gruss.co.uk
jt16@ntrs.com
jtaber@babsoncapital.com
jtaillie@dlbabson.com
jtaliaferro@samgmt.com
jtaliaferro@tprice.com
jtang@icbc.com.tw
jtanguis@bloomberg.net
jtantorres@delinvest.com
jtanyeri@metlife.com
jtao@metlife.com
jtapper@metlife.com
jtarnoff@opcap.com
jtarpey@frk.com
jtattwood@bloomberg.net
jtaussik@icbny.com
jtavolieri@bloomberg.net
jtay@aamcompany.com
jtaylor@loomissayles.com
jtaylor@roycenet.com
jtaylor-firth@sfim.co.uk
jtaymuree@tiaa-cref.org
jtazawa@us.mufg.jp
jtb@dodgeandcox.com
jtchong@aegonusa.com
jtebeka@oddo.fr
jtempleton@bankofny.com
jtereshenko@bnp.com
jterlau@the-ark.com
jterry@ftci.com
jterry@hcmlp.com
jterzis@nb.com
jtesar@fnni.com
jtessin@princeton.edu
jtessler@bankofny.com

jtesta@dsaco.com
jtg@americancentury.com
jth.na@adia.ae
jthalleron@lmus.leggmason.com
jtheunissen@brgco.com
jthibault@gwkinc.com
jthieme@dresdner.com
jthiron@oppenheimerfunds.com
jthom@deerfieldcapital.com
jthomas@wescorp.org
jthompson@ameritas.com
jthompson@bankofny.com
jthompson@orecm.com
jthomson@thamesriver.co.uk
jthomson@wellington.com
jthorne@mandtbank.com
jthornton@fhlbc.com
jthornton@stephens.com
jthorpe@loews.com
jthorton@fhlbc.com
jthrash@firstmerchants.com
jthurm@aegonusa.com
jtibbitts@granada.co.uk
jtico@creditandorra.ad
jtierney@mtbcusa.com
jtigerman@deerfieldcapital.com
jtighe@bloomberg.net
jtillman@blackrock.com
jtilquin@scor.com
jtina@tiaa-cref.org
jtinker@sandlercap.com
jtj3@daimlerchrysler.com
jtk@kfondene.no
jtk28@cornell.edu
jtnb@ptd.net
jtobin@hourglasscapital.com
jtocio@standishmellon.com
jtoda@bloomberg.net
jtom@hbk.com
jtom@matrixassetadvisors.com
jtomasulo@panynj.gov
jtomkinson@impaccompanies.com
jtomlin@hcmlp.com
jtor@danskebank.dk

jtormey@tudor.com
jtout@bancaintesa.us
jtr@edfd.com
jtrain@ftci.com
jtravia@northwesternmutual.com
jtremayne@trilon.com
jtribolet@tiaa-cref.org
jtrogina@delinvest.com
jtroiano@bloomberg.net
jtroy@walterind.com
jtrujillano@invercaixa.es
jtrutter@deerfieldcapital.com
jtruzman@ahorro.com
jts@premierassetmanagement.com
jtsang@tiaa-cref.org
jtse@tiaa-cref.org
jttan@wellington.com
jtuck@bear.com
jtufts@mcm.com
jtugman@pwmco.com
jturner@oaktreecap.com
jturner@uss.co.uk
jtuzzo@ftci.com
jty@dodgeandcox.com
jtycon@nylb.org
jtyler@arielinvestments.com
jtyler1@bloomberg.net
jtyolken@leggmason.com
jtzmitrovich@leggmason.com
juaa@capgroup.com
juan.acevedo@morganstanley.com
juan.barriobero@dws.com
juan.bautista.ferrer@hsbcpb.com
juan.blasco@grupobbva.com
juan.cortes@bnlmail.com
juan.dasilva@bnpparibas.com
juan.devinck@lloydsbank.ch
juan.doural@kredietbank.ch
juan.eraso@hp.com
juan.espinoza@prudential.com
juan.hartsfield@aiminvestments.com
juan.hernandez@americas.bnpparibas.com
juan.landazabal@uk.fid-intl.com
juan.lorencio@grupobbva.com

juan.martini@sarasin.ch
juan.medina-mora@barclaysglobal.com
juan.mendoza@claridenleu.com
juan.parra@citadelgroup.com
juan.poswick@fortisinvestments.com
juan.suarez@ap1.se
juan.sueiro@fortisbank.com
juan.valenzuela@swip.com
juan.vasquez@blackrock.com
juan.vidaurrazaga@telefonicamoviles.cl
juan.wu@publica.ch
juan_carlos_sosa@putnam.com
juan_garces@putnam.com
juan_luis.vega@bde.es
juan_martinez@hvbamericas.com
juan_puigdevall@countrywide.com
juan_trujillo@vanguard.com
juanantonio.mielgocarrizo@telefonica.es
juan-antoniosebastianuser@company.com
juanc.sanchezh@grupobbva.com
juanfco.garcia@cajalaboral.es
juanita_collins@notes.ntrs.com
juanita_morales@usbank.com
juanluis.mallo@bsibank.com
juanm.guerrero@grupobbva.com
jubao.zhang@fmr.com
judah.rifkin@alliancebernstein.com
juday@bankofny.com
juddb@towers.com
jude.delosreyes@moorecap.com
jude.swampilli@bmo.com
jude.volcy@db.com
judelhofen@wscapital.com
judi.fuoti@us.fortis.com
judi.gledhill@pharma.novartis.com
judi.kosub@usaa.com
judi.vining@jpmorgan.com
judi_devivo@acml.com
judi_swirbalus@putnam.com
judicwk@bloomberg.net
judie@mail.cbc.gov.tw
judit.nemenyi@axelero.hu
judit.van.der.geest@ingim.com
judith.anderson@citadelgroup.com

judith.childerstone@anfis.co.uk
judith.dekker@shell.com
judith.hamilton@rabobank.com
judith.houlihan@ubs.com
judith.irish@db.com
judith.irish@thehartford.com
judith.keefe@inginvestment.com
judith.mercer@anfis.co.uk
judith.murphy@usbank.com
judith.oliver@uobgroup.com
judith.pressat@bbh.com
judith.robertson@bglobal.com
judith.schiller@erstebank.at
judith.studer@ge.com
judith.vanderven@fandc.com
judith.wider@zkb.ch
judith.x.bromfield@jpmchase.com
judith_cranna@ustrust.com
judith_gullota@agc.com
judith_keefe@nylim.com
judith_tomo@ustrust.com
judithaso@gic.com.sg
judson.baskfield@citadelgroup.com
judy.blaha@prudential.com
judy.chamberlin@janus.com
judy.chan@pimco.com
judy.gau@corporate.ge.com
judy.gau@credit-suisse.com
judy.helsel@huntington.com
judy.jones@pnc.com
judy.krasomil@nifa.org
judy.lenhardt@ge.com
judy.leung@morganstanley.com
judy.liu@sumitomotrust.co.jp
judy.mathieson@aberdeen-asset.com
judy.rice@blackrock.com
judy.varnado@usbank.com
judy.wong@barclaysglobal.com
judy.yu@alliancebernstein.com
judy.yu@swib.state.wi.us
judy@judycalder.com
judy_a_jones@keybank.com
judy_bustamante_beard@americancentury.com
judy_cao@agfg.com

judy_eng@acml.com
judy_lk_cheung@hkma.gov.hk
judy_reed@invescofunds.com
judy_sun@freddiemac.com
judyanna_chau@tr.mufg.jp
judyauld@earthlink.net
judyruff@commercialfed.com
judysun8@bloomberg.net
jue.wang@ge.com
juenishi@kayne.com
juerg.althaus@hyposwiss.ch
juerg.blattner@juliusbaer.com
juerg.bollinger@aigpb.com
juerg.buetzer@sarasin.ch
juerg.egli@juliusbaer.com
juerg.gutzwiler@rmf.ch
juerg.heiz@ch.schindler.com
juerg.huegli@vontobel.ch
juerg.kramis@claridenleu.com
juerg.kramis@ubs.com
juerg.mannhart@lgt.com
juerg.maurer@rieter.com
juerg.mettler@juliusbaer.com
juerg.mueller@sarasin.ch
juerg.nager@ubs.com
juerg.peng@sarasin.ch
juerg.reichen@zkb.ch
juerg.rimle@juliusbaer.com
juerg.ruf@szkb.ch
juerg.stadelmann@credit-suisse.com
juerg.sterchi@ubs.com
juerg.stoessel@nab.ch
juerg.sudry@nestle.com
juerg.syz@credit-suisse.com
juerg.syz@zkb.ch
juerg.wiederkehr@claridenleu.com
juerg.wilden@cic.ch
juerg.zimmermann@ubs.com
juerg_hess@swissre.com
juerg_steiger@swissre.com
juergalexander_gutzwiller@swissre.com
juergen.adamitza@bayernlb.de
juergen.anders@sarasin.ch
juergen.baer@dekabank.de

juergen.becker@dzbank.de
juergen.berg@lbbw.de
juergen.birnbaum@hvbeurope.com
juergen.blesius@debeka.de
juergen.borcherdt@dresdner-bank.com
juergen.bruhn@hsh-nordbank.com
juergen.buchsteiner@stinnes.de
juergen.dahlhoff@de.pimco.com
juergen.dolle@nordlb.de
juergen.dreier@db.com
juergen.euba@activest.de
juergen.fenk@hypointernational.com
juergen.fischer@lbbw.de
juergen.fitschen@db.com
juergen.foerster@db.com
juergen.geib@bayerninvest.de
juergen.griesbach@lbbw.de
juergen.groth@lbbw.de
juergen.hackenberg@union-investment.de
juergen.hagedorn@devif.de
juergen.hawlitzky@allianzgi.de
juergen.heinz@westam.com
juergen.hildebrand@allianzgi.de
juergen.hoeffle@oberbank.at
juergen.hofer@helaba.de
juergen.homola@cominvest.de
juergen.jann@dit.de
juergen.jh.huber@dresdner-bank.com
juergen.kapp@nordea.com
juergen.karcher@depfa.com
juergen.klaus@postbank.de
juergen.mahler@commerzbankib.com
juergen.maier@allianz.de
juergen.maier@rcm.at
juergen.mann@westimmobank.com
juergen.meyer@sebam.de
juergen.muser@db.com
juergen.negele@vpbank.com
juergen.neumuth@hvb.de
juergen.neuner@lbbw.de
juergen.nitsch@rzb.at
juergen.nott@dws.de
juergen.petri@hsh-nordbank.com
juergen.pohle@novartis.com

juergen.rauhaus@activest.de
juergen.rauschmeier@rzb.at
juergen.rautenberg@db.de
juergen.rothhammer@blb.de
juergen.sattler@ba-ca.com
juergen.scharnowske@dzbank.de
juergen.schillinger@union-investment.de
juergen.schmidt@bhf-bank.com
juergen.seifert@dzbank.de
juergen.seitz@cominvest-am.com
juergen.staerk@ubs.com
juergen.stettner@telekom.de
juergen.suess@trinkaus.de
juergen.tetzlaff@credit-suisse.com
juergen.thode@dresdner-bank.com
juergen.voss@allianz.de
juergen.wetzel@bb-invest.de
juergen.wollitzer@bayernlb.de
juergen.wunner@deka.de
juergen_mueller@swissre.com
juergen_paul.frank@bhf-bank.com
juergencorbet@helaba-invest.de
juergen-h.lange@hsh-nordbank.com
juerg-za.mueller@ubs.com
juerg-zb.schmid@ubs.com
juha.hakala@outokumpu.com
juha.korpela@citadelgroup.com
juha.kotajoki@nib.int
juha.niemela@ilmarinen.fi
juha.raitanen@sampo.fi
juha.rouhiainen@nesteoil.com
juha.viitanen@keva.fi
juhan.sartor@aguil.se
juheda@wharton.upenn.edu
juhee.khetrapal@barclaysglobal.com
juho.tiri@danskebank.com
juhrig@standishmellon.com
juiying@bloomberg.net
j-ujiie@taiyo-seimei.co.jp
jukka.hakola@wartsila.com
jukka.taskinen@keva.fi
jukoh@bloomberg.net
jukuntz@bloomberg.net
julee@apcm.net

julee@us.mufg.jp
jules.copson@chase.com
jules.green@ashmoregroup.com
jules.luethy@sarasin.ch
jules.mort@threadneedle.co.uk
jules.naters@pimco.com
juli_kao@standardlife.com
julia.a.roberts@jpmorgan.com
julia.balandina@aigpb.com
julia.barreca@hyposwiss.ch
julia.belford@barclaysglobal.com
julia.chernyak@gm.com
julia.choi@tigerasiafund.com
julia.clark@friendsis.com
julia.domoradzka@bwater.com
julia.dorn@aig.com
julia.forde@morganstanley.com
julia.gallagher@morganstanley.com
julia.gurke@deshaw.com
julia.hale@suntrust.com
julia.hubertus@ikb-cam.de
julia.juwono@tcw.com
julia.kehoe@london.entoil.com
julia.kelting@de.pimco.com
julia.klein@dws.com
julia.laskaris@alliancebernstein.com
julia.m.godino@hsbc.com
julia.martin@pge-corp.com
julia.mclean@prudential.com
julia.ollig@db.com
julia.pollard@morganstanley.com
julia.roulet@axa-im.com
julia.scardova@ubm.unicredit.it
julia.short@truscocapital.com
julia.smith@uk.fid-intl.com
julia.truong@alliancebernstein.com
julia.uebeleis@erstebank.at
julia.wane@kasl.co.uk
julia.woolf@paretopartners.com
julia.wu@barclaysglobal.com
julia_igoshin@acml.com
julia_nolen@aimfunds.com
julia_smith@vanguard.com
julia_tucker@agfg.com

julia_yoo@putnam.com
julia_yung@scotiacapital.com
julia26@bloomberg.net
julialo@ms1.hncb.com.tw
julian.abel@gs.com
julian.baca@state.nm.us
julian.barrell@db.com
julian.beard@credit-suisse.com
julian.bishop@insightinvestment.com
julian.cane@fandc.com
julian.chorley@closewealth.co.uk
julian.cooke@aibgovett.co.uk
julian.daley@swedbank.com
julian.denicolas@bancoval.es
julian.donlad@bae.co.uk
julian.evans@db.com
julian.fischer@barclaysglobal.com
julian.goldberg@bailliegifford.com
julian.green@uk.nestle.com
julian.hance@wgo.royalsun.com
julian.hantrais@gecapital.com
julian.harding@lgim.co.uk
julian.harris@axa-im.com
julian.kox@commerzbank.com
julian.le.beron@jpmorgan.com
julian.leslie@jpmorgan.com
julian.maizels@aig.com
julian.marks@barclaysglobal.com
julian.marks@drkw.com
julian.mcmanus@janusfunds.com
julian.mittag@sebam.de
julian.moore@dkib.com
julian.morgan@ecb.int
julian.murray@db.com
julian.murray@morleyfm.com
julian.pick@janus.com
julian.potenza@fmr.com
julian.rifat@moorecap.co.uk
julian.roberts@janus.com
julian.s.heslop@qsk.com
julian.smith@sgcib.com
julian.stewart@moorecap.co.uk
julian.taylor@hsbcib.com
julian.temes@aig.com

julian.thompson@threadneedle.co.uk
julian.webber@axa-im.com
julian@bnm.gov.my
julian_allen@ml.com
julian_buchynski@hvbamericas.com
julian_wellesley@putnam.com
juliana.ferrell@deshaw.com
juliana.garbalinska@blackrock.com
juliana.hastings@barclaysglobal.com
juliana_heitz@fanniemae.com
julianbaker@bbinvestments.com
juliane.silberhorn@hvb.de
julianne.bass@usaa.com
julianne_kortz@troweprice.com
juliaye@microsoft.com
julie.a.hansen@bankofamerica.com
julie.abbett@db.com
julie.anderson@bbh.com
julie.anderson@pimco.com
julie.bech@nordea.com
julie.benedict@fmr.com
julie.bialek@nuveen.com
julie.bouhuys@capmark.funb.com
julie.boyd@jpmorgan.com
julie.callahan@westernasset.com
julie.casey@uk.rid-intl.com
julie.cataldo@db.com
julie.chen@email.chinatrust.com.tw
julie.choi@westernasset.com
julie.claydon@morganstanley.com
julie.clement@jpmorganfleming.com
julie.condron@fmr.com
julie.dechaume@morganstanley.com
julie.diiorio@janus.com
julie.donovan@fmr.com
julie.ellneby@seb.se
julie.evans@rbccm.com
julie.fagart@unibail.fr
julie.ford@pncbank.com
julie.golhen@ie.dexia.be
julie.graham@thehartford.com
julie.haim@morganstanley.com
julie.hale@icomd.com
julie.hale@lehman.com

julie.harnett@jpmorgan.com
julie.hillier@barclaysglobal.com
julie.infanti@pnc.com
julie.lamirel@axa-im.com
julie.leahy@bnymellon.com
julie.lentini@rainierfunds.com
julie.liu@allegiantgroup.com
julie.m.coleman@bankofny.com
julie.marc@ubs.com
julie.mardelle@bcv.ch
julie.martin@morganstanley.com
julie.mcchesney@lloydsbautolease.co.uk
julie.mcdaniel@pimco.com
julie.mcgrath@harrisbank.com
julie.mcnamara@bnpparibas.com
julie.mooney@sgcib.com
julie.morrone@morganstanley.com
julie.ng@db.com
julie.nguyen@sscims.com
julie.noel@dexia.be
julie.owen@commerzbankib.com
julie.pandolfi@jpmorgan.com
julie.perks@sunlife.com
julie.porter@fmr.com
julie.quinn@morleyfm.com
julie.r.bean@bankofamerica.com
julie.remache@ny.frb.org
julie.s.ho@jpmorgan.com
julie.saussier@jpmorgan.com
julie.sheehan@db.com
julie.skedd@gartmore.com
julie.southern@fly.virgin.com
julie.steinhagen@gmacrfc.com
julie.sylvestre@ny.frb.org
julie.teng@hk.fortis.com
julie.thomas@threadneedle.co.uk
julie.vancleave@db.com
julie.vinar@truscocapital.com
julie.winterburn@barclaysglobal.com
julie.young@pncadvisors.com
julie@marquettesavings.com
julie_carey@newton.co.uk
julie_cowart@agfg.com
julie_jackson@ustrust.com

julie_kroll@em.fcnbd.com
julie_ledford@rsausa.com
julie_lee@putnam.com
julie_liang@symantec.com
julie_mason@standardlife.com
julie_peng@nylim.com
julie_richard@conning.com
julie_waples@troweprice.com
julie_yoo@vanguard.com
julieann.remache@robecoinvest.com
julieaw@seas.upenn.edu
julieb@rsa.state.al.us
juliec@qualcomm.com
julien.bonjour@lodh.com
julien.bonnin@caam.com
julien.bordeaux@bnpparibas.com
julien.boy@fr.rothschild.com
julien.carmona@bnpparibas.com
julien.creismeas@axa-im.com
julien.cuisinier@insightinvestment.com
julien.dumas-pilhou@putnam.com
julien.fourtou@axa-im.com
julien.green@icap.com
julien.gueissaz@credit-suisse.com
julien.gueissaz@hsbcpb.com
julien.haddad@caam.com
julien.houdain@lgim.co.uk
julien.jacob@glgpartners.com
julien.jarmoszko@sgam.co.uk
julien.joachim@sncf.fr
julien.kleiner@hsh-nordbank.com
julien.krieger@ubs.com
julien.leegenhoek@morganstanley.com
julien.levykern@cpr-am.fr
julien.lippmann@credit-suisse.ch
julien.marie@db.com
julien.mutin@gibbah.com
julien.petit@uk.calyon.com
julien.petitpas@axa-im.com
julien.pincet@bnpparibas.com
julien.puvilland@morganstanley.com
julien.renoncourt@sinopia.fr
julien.sallmard@jpmorgan.com
julien.sebban@lazard.fr

julien.stouff@bsibank.com
julien.tourchon@sinopia.fr
julien.vannier@sgam.com
julien_reynolds@blackrock.com
julienne.daglish@lloydstsb.co.uk
julien-pierre.nouen@lazard.fr
juliet.davis@insightinvestment.com
juliet.ellis@aiminvestments.com
juliet.murphy@thehartford.com
julieta.sinisgalli@ge.com
juliett@temasek.com.sg
juliette.auboin@commerzbank.com
juliette.declercq@jpmorgan.com
juliette.lim-fat@credit-suisse.com
juliette_laquerriere@ds-fr.com
julieziepe@hsbc.com
julinda@bnm.gov.my
juline@bloomberg.net
julio.arriaza@whartonco.com
julio.fuentes@columbiamanagement.com
julio.kumai@bcb.gov.br
julio.lorenzo@soros.com
julio.o.gil@dartmouth.edu
julio.obeso@mackayshields.com
julio.rojas@us.standardchartered.com
julio_fuentes@statestreet.com
julirch@bloomberg.net
julissa.vasquez@intel.com
julius.charoensook@westernasset.com
julius.duncan@finsbury.com
julius.hechtl@pioneerinvestments.at
julius.williams@morganstanley.com
jullrich1@bloomberg.net
jumbravo@gruposantander.com
jumehara@nochubank.or.jp
jumezu@dl.dai-ichi-life.co.jp
jumpei_tsushima@sbcm.com
jun.gao@suncapadv.com
jun.han@himco.com
jun.huan@hsh-nordbank.com.hk
jun.iwasaki@boj.or.jp
jun.ma@inginvestment.com
jun.ma@wamu.net
jun.morita@fi.fukoku-life.co.jp

jun.morita@mizuho-bk.co.jp
jun.onuma@axa.co.jp
jun.oonaka@mizuho-bk.co.jp
jun.xia@fandc.com
jun.zang@jpmorgan.com
jun.zheng@icbc.com.cn
jun.zhou@fmr.com
jun_kang@yahoo.com
jun_li@tigerasiafund.com
jun_miyajima@mitsui-seimei.co.jp
jun_shimamoto@orix.co.jp
junahn@samung.co.kr
juncai.yang@usa.dupont.com
june.blackman@inginvestment.com
june.campbell@gecapital.com
june.giroux@columbiamanagement.com
june.hayes@fmr.com
june.kim@db.com
june.liao@ge.com
june.soo@email.chinatrust.com.tw
june.walker@aegon.co.uk
june_martin@putnam.com
juneau@bok.or.kr
junefoo@gic.com.sg
junelim@mas.gov.sg
junelong@gic.com.sg
jung.cho@barclaysglobal.com
jung_lieu@troweprice.com
jung-chiang.chang@prudential.com
jung-eun.kim@caam.com
jungkyunghan@bankofny.com
jungmincha@hanabank.com
jungsooha@wooribank.com
jungsun@seas.upenn.edu
jungyun@verizon.net
junia.oliveira@bcb.gov.br
junichi.minami@schroders.com
junichi.nakamura@uk.mizuho-sc.com
junichi.saito@axa.co.jp
junichi.sayato@sumitomotrust.co.jp
junichi_amemiya@mitsubishi-trust.co.jp
junichi_ito@mitsubishi-trust.co.jp
junichi_nakano@tr.mufg.jp
junichi_narikawa@mitsubishi-trust.co.jp

junichi_ono@tr.mufg.jp
junichi-ito@am.mufg.jp
junichirou.miki@mizuho-bk.co.jp
junichirou.yoshiyama@mhcb.co.uk
junius_davenport@ustrust.com
junji_takei@mitsubishi-trust.co.jp
junjkim@hotmail.com
junko.ishikawa@boj.or.jp
junko.tanigawa@boj.or.jp
junko.torikai@shinseibank.com
junko.tsuruoka@lehman.com
junko_ichikawa@putnam.com
junko_odakura@tr.mufg.co.jp
junmin.hu@barclaysglobal.com
junseo@bok.or.kr
juntate@dl.dai-ichi-life.co.jp
juny_sridhara@ml.com
junya-ota@am.mufg.jp
juraj.podracky@erstebank.at
jurbina@williamblair.com
jurciuoli@samipfd.com
jurepa@cmcic.fr
jureta@bcentral.cl
jurgen.detroy@fortisinvestments.com
jurgen.druckner@db.com
jurgen.thomas@airbus.fr
jurgen.vandenhove@ingim.com
jurgen.veenbergen@nibc.com
jurgen.vernimmen@mn-services.nl
jurgen_grieb@kb.cz
juri.sarbach@claridenleu.com
juri.yamamoto@shinseibank.co.jp
juribees@banrep.gov.co
jurij.ovsepyan@ids.allianz.com
jurik.w@tbcam.com
jurraca@gruosantander.com
jurriaan-de.jonge@klm.com
jurrien.timmer@fmr.com
jurrien_de_boer@deltalloyd.nl
jusceline.diaz@tcw.com
ju-shiraishi@ja-kyosai.or.jp
jussi.karppinen@sampo.fi
justen_carter@fanniemae.com
justin.amand@fafadvisors.com

justin.barnum@pimco.com
justin.bennett@fmr.com
justin.bertram@pncbank.com
justin.besterman@juliusbaer.com
justin.bowles@japan.gartmore.com
justin.boyer@deshaw.com
justin.braiker@tcw.com
justin.brauer@mutualofomaha.com
justin.carley@fblfinancial.com
justin.cleator@bbh.com
justin.dailey@nationalcity.com
justin.denham@ubs.com
justin.dillashaw@funb.com
justin.eeles@ngm.co.uk
justin.fox@nationwide.co.uk
justin.griggs@tuck.dartmouth.edu
justin.h.garrison@columbiamanagement.com
justin.harwood@rabobank.com
justin.hatch@bapensions.com
justin.herlihy@barclaysglobal.com
justin.j.eagan@db.com
justin.jones@credit-suisse.com
justin.jordan@credit-suisse.com
justin.kane@rainierfunds.com
justin.kane@ranierfunds.com
justin.kavan@mutualofomaha.com
justin.kim@aig.com
justin.kim@hk.caam.com
justin.kobe@mizuhocbus.com
justin.kurkiewicz@pnc.com
justin.lessard@suncapadv.com
justin.lessard@sunlife.com
justin.lines@omam.co.uk
justin.lo@hsbcib.com
justin.london@bmo.com
justin.lone@edwardjones.com
justin.louis@barclaysglobal.com
justin.lung@ubs.com
justin.matviya@fmr.com
justin.mckie@db.com
justin.mcwhorter@inginvestment.com
justin.partington@ubs.com
justin.r.reed@ge.com
justin.roberts@moorecap.com

justin.rozek@barclaysglobal.com
justin.rozke@ibtco.com
justin.s.goldstein@jpmorgan.com
justin.segalini@fmr.com
justin.sham@morganstanley.com
justin.shead@fhlb.com
justin.shelman2@commercebank.com
justin.simler@barclays.co.uk
justin.simpson@morganstanley.com
justin.sliney@nyc.rabobank.com
justin.speer@vankampen.com
justin.stach@inginvestment.com
justin.sullivan@pnc.com
justin.t.howell@jpmorgan.com
justin.tabellione@ubs.com
justin.tan@aberdeen-asset.com
justin.wolcott@moorecap.com
justin.wu@inginvestment.com
justin.wu@stableriver.com
justin.young@bwater.com
justin@incomeresearch.com
justin_a_judd@vanguard.com
justin_brown@americancentury.com
justin_cass@nacm.com
justin_egan@acml.com
justin_gates@putnam.com
justin_gerbereux@troweprice.com
justin_guo@freddiemac.com
justin_hwang@fanniemae.com
justin_kass@nacm.com
justin_mandeville@vanguard.com
justin_melendez@putnam.com
justin_pearson@freddiemac.com
justin_schneider@putnam.com
justin_schwartz@vanguard.com
justin_scripps@calpers.ca.gov
justin_thomson@troweprice.com
justina.iuga@pimco.com
justina_chung@putnam.com
justine.anderson@blackrock.com
justine.battle@insightinvestment.com
justine.obrien-holmes@pncbank.com
justinh@bgi-group.com
justinhill@bloomberg.net

justinsng@gic.com.sg
justin-y.tan@db.com
justogomez@notes.banesto.es
justti@bok.or.kr
justus.hedeen@stpaul.com
jutendahl@utendahl.com
jutta.friedrich@aareal-bank.com
jutta.gieseler@nordlb.com
jutta.grimberger@lbbw.de
jutta.kruft@oppenheim.de
jutta.merzdorf@bayerhealthcare.com
jutta.miedenberger@helaba.de
jutta.schaetzle-schmidt@baloise.ch
jutta.schneider@cominvest-am.com
juuso.atrila@okobank.fi
juuso.rantala@aktia.fi
juvet@bordier.com
juyen_tan@troweprice.com
juylee@bok.or.kr
juyoung.lee@lodh.com
juzar.gadiwala@sscims.com
jv228@cornell.edu
jvaitukaitis@bankofny.com
jvale@nb.com
jvalentino@wellington.com
jvalentino1@metlife.com
jvallade@bper.ch
jvanalen@jmsonline.com
jvancleave@loomissayles.com
jvanderbom1@bloomberg.net
jvanderoord@victoryconnect.com
jvandeven@espiritosanto.com
jvandewalle@acml.com
jvandiver@waddell.com
jvanek@apollocapital.com
jvankooten@kempen.nl
jvanleeuwen@nb.com
jvanroden@delinvest.com
jvanryswyk@fhlbdm.com
jvaron@firstmanhattan.com
jvarrati@federatedinv.com
jvasconceldos@caixa-geral.pt
jvb@petercam.be
jvc@bsiifabanque.com

jve@nbim.no
jveen@tiaa-cref.org
jvega1@bloomberg.net
jvelamaz@ceca.es
jvelasco@servibanca.pt
jvelazq@templeton.com
jvelazquez@bloomberg.net
jvelis@russell.com
jvenusti@kynikos.com
jverdis@wdwitter.com
jverdugo@ceca.es
jvertz@oppenheimerfunds.com
jvg@petercam.be
jvhbxl@bloomberg.net
jvhuni@bloomberg.net
jvi@kommunekredit.dk
jvieira@rnt.com
jvijverberg@aegon.nl
jviladrosa@invercaixa.es
jvildoso@notes.banesto.es
jvillal@msdw.es
jvillanueva@invercaixa.es
jvillaro@notes.banesto.es
jvillela@ssrm.com
jvillela@standishmellon.com
jvinas@metlife.com
jvinchur4@bloomberg.net
jvirtane@nystrs.state.ny.us
jvisokom@princeton.edu
jvlosich@brownadvisory.com
jvnelson@westernasset.com
jvogler@union-investment.de
jvogt@pictet.com
jvoss@dsaco.com
jvossen@fnni.com
jvpalowich@wellington.com
jvricella@bankofny.com
jvs@atalantasosnoff.com
jvthol@statetreet.com
jvulliez@perrycap.com
jvy24058@gsk.com
jw.baan@dpfs.nl
jw1@americancentury.com
jwachter@dkpartners.com

jwagenseller@metlife.com
jwagenseller@wellington.com
jwager@federatedinv.com
jwaghorn1@bloomberg.net
jwagner@bloomberg.net
jwahn@kbstar.co.kr
jwailes@bpbtc.com
jwakelin@mfs.com
jwakeman@troweprice.com
jwakim@blaylocklp.com
jwalburg@bartlett1898.com
jwaldman@rockco.com
jwaldrep@hourglasscapital.com
jwaldron@tre.state.ma.us
jwalker@allstate.com
jwalker@martincurrie.com
jwalker@pressprich.com
jwallace@smithbreeden.com
jwallace@ssrm.com
jwallis@babsoncapital.com
jwalter@metis-am.com
jwaltl.security@rbb-bank.co.at
jwand@metlife.com
jwang@delinvest.com
jwang@hbk.com
jwang@loews.com
jwang@perrycap.com
jwang@teleos.com
jwang1@worldbank.org
jward@libfungrp.com
jward@viningsparks.com
jware@omega-advisors.com
jwarmath@sra.state.md.us
jwarncke@union-investment.de
jwarren@faralloncapital.com
jwarszawski@federatedinv.com
jwashing3@mbna.com
jwasserman@loomissayles.com
jwatson@santandersecurities.com
jway@mulvihill.com
jwbalsley@divinv.net
jwchua@statestreet.com
jwcoffey@wellington.com
jwcraig@bondinvestor.com

jwdiben@tmgny.com
jweaver@fhlbc.com
jweber@azoa.com
jwebster@snwsc.com
jweemhoff@aegon.nl
jweidman@bloomberg.net
jweinberger@fdic.gov
jweintraub@ofii.com
jweiser@barbnet.com
jweisstub@perrycap.com
jwekselblatt@angelogordon.com
jwells@blackrock.com
jwells@troweprice.com
jwells10@bloomberg.net
jwelsh@gwkinc.com
jwelsh@oppenheimerfunds.com
jwen@ambac.com
jwerner@farcap.com
jwexler@staceybraun.com
jwf.mingels@abp.nl
jwhalen@dol-fin.com
jwhatcott@wasatchadvisors.com
jwheeler@babsoncapital.com
jwheeler@smithbreeden.com
jwheuer@wellington.com
jwhincup@westernasset.co.uk
jwhite@standishmellon.com
jwhite@toddinvestment.com
jwhite@wisi.com
jwhitney@gwkinc.com
jwhitney@montag.com
jwhitti@templeton.com
jwi.pr@adia.ae
jwidhalm@copera.org
jwiesner@seacapinvests.com
jwilcox@nystrs.state.ny.us
jwiley@frk.com
jwilhelm@union-investment.de
jwilkinson@aegon.nl
jwilkinson@bankofny.com
jwilkinson@smithbreeden.com
jwillard@babsoncapital.com
jwilli92@ford.com
jwilliams@ofii.com

jwilliams@pimco.com
jwilling@munichre.com
jwillis@tiaa-cref.org
jwilloughby@deloitte.co.uk
jwills@metlife.com
jwilson@capitaladv.com
jwilson@ivymackenzie.com
jwilson@montag.com
jwilson9@metlife.com
jwilton@farcap.com
jwimbish@ifsam.com
jwinderl@bloomberg.net
jwindham@standishmellon.com
jwing@blackrock.com
jwinter1@allstate.com
jwinterberg@metlife.com
jwintrob@sunamerica.com
jwiviott@bloomberg.net
jwiviott@metlife.com
jwj@chgroup.com
jwjeong@hanabank.com
jwjeong@wellington.com
jwk@bankinvest.dk
jwk@bok.or.kr
jwkenefic@delinvest.com
jwlodek@bradfordmarzec.com
jwm@wmblair.com
jwm6@ntrs.com
jwogram@coatesvillesavings.com
jwoh@chbny.com
jwohlmacher@blenheiminv.com
jwolf@capstonefinancial.com
jwolf@fsa.com
jwolfe@caxton.com
jwolfson@mailbox.lacity.org
jwolk@summitbank.com
jwolnick@halcyonllc.com
jwong@aareal-capital.com
jwong@ftci.com
jwong@hkhses.hkb.com
jwong@payden-rygel.com
jwong@us.nomura.com
jwong102@bloomberg.net
jwong3@templeton.com

jwoo@lehman.com
jwood@wewill4u.com
jwood1@statestreet.com
jwoodley@munder.com
jwooley@bloomberg.net
jwootton@hcmlp.com
jwotton@loomissayles.com
jwpatel@tiaa-cref.org
jwreisert@bloomberg.net
jwrexford@delinvest.com
jwright@opers.org
jwright@rjobrien.com
jwrigley@europeancredit.com
jwturn@greatsouthernbank.com
jwu@oppenheimerfunds.com
jwuest@union-investment.de
jwvalone@wellington.com
jwyant@rwbaird.com
jwyles@europeancredit.com
jx@sitinvest.com
jxd@columbus.com
jxiao@loews.com
jxk@americancentury.com
jxm8@ntrs.com
jxseto@bechtel.com
jxu@delinvest.com
jxue@ttc.ocgov.com
jxue@wescorp.org
jxw@capgroup.com
jxw2@ntrs.com
jxwaechter@lgfrance.com
jy3@ntrs.com
jyang@allegiancecapital.com
jyang@caxton.com
jyang@hcmlp.com
jyang@perrycap.com
jyap@evcap.com.sg
jyatsko@caxton.com
jychen@mail.cbc.gov.tw
jychoi@bok.or.kr
jyeager@us.mufg.jp
jyearwood@tiaa-cref.org
jyee@jhancock.com
jyew@ejdelarosa.com

jyin@wellington.com
jyiu@fftw.com
jyjeon@hanabank.com
jykim@wellington.com
jynnong@dbs.com
jyoh@wellington.com
jyokiel@fhlbdm.com
jyoon@mcm.com
jyoon@provnet.com
jyoshii@dl.dai-ichi-life.co.jp
j-yoshioka@ikedabank.co.jp
jyoti.diwan@deshaw.com
jyoti.gupta@trs.state.tx.us
jyoti.lalit@fmr.com
jyoung@allegiancecapital.com
jyoung@mmsa.com
jyoung@wooribank.com
jyoung777@bloomberg.net
jyoungers@wbcap.net
jyounglee@bloomberg.net
jyoungman@griffinasset.com
jypark@blackrock.com
jyrki.makela@tapiola.fi
jys22@cornell.edu
jyu@lmcm.com
jyuen@nb.com
jyung@lordabbett.com
jyunger@hbk.com
jyunk@templeton.com
jyw26@cornell.edu
jywang@wellington.com
jz@bankinvest.dk
jz242@cornell.edu
jzaehringer@loomissayles.com
jzambrano@commercebankfl.com
jzarzycki@tiaa-cref.org
jzelko@evergreeninvestments.com
jzeman@ofii.com
jzeman@opcap.com
jzeng@bocusa.com
jzhang@evergreeninvestments.com
jzhang@templeton.com
jzhang@tigerglobal.com
jzhao@fftw.com

jzhao@panagora.com
jzhayes@ybs.co.uk
jzhou@wellington.com
jzhukovs@hcmny.com
jziegler@hcmlp.com
jziegler@westernasset.com
jziemba@jennison.com
jzimmermann@hcmlp.com
jzinkula@allstate.com
jzinner@jhancock.com
jzollo@wmcdirect.com
jzorgdrager@oppenheimerfunds.com
jzubretsky@massmutual.com
jzupan@us.ca-indosuez.com
jzurovchak@fhlbc.com
jzzg@capgroup.com
k.a.van.dijkhuizen@dnb.nl
k.abe@noemail.com
k.adachi@bloomberg.net
k.altena@sl-am.nl
k.aziz@kairospartners.com
k.baldauf@wafra.com
k.bussy@iam.ch
k.engelaender@deutschepost.de
k.faulkner@mwam.com
k.flatt@edwardjones.com
k.funaki@noemail.com
k.furuta@aozorabank.co.jp
k.ganesh@philips.com
k.girmann@naspadub.ie
k.hamahashi@uboc.com
k.harigai@mitsui.com
k.hasukawa@bloomberg.net
k.hayashi@noemail.com
k.hirn@bloomberg.net
k.hoffmann@commerzbank.com
k.horikawa@aozorabank.co.jp
k.hosono@aozorabank.co.jp
k.hughes@martincurrie.com
k.ihara@ldn.tr.mufg.jp
k.j.van.paddenburg@dnb.nl
k.johnson@wamu.net
k.katase@noemail.com
k.kawadoko@noemail.com

k.kawara@jabankkyoto.or.jp
k.king@pfpc.com
k.king@qic.com
k.kobayashi@skam.co.jp
k.kricks-brunnlieb@apoasset.de
k.kume@noemail.com
k.lally@easternbk.com
k.lew@fordfound.org
k.mckale@hermes.co.uk
k.miller@hermes.co.uk
k.morita@ja-asset.co.jp
k.nakamae@jahs.or.jp
k.nakase@jabankkyoto.or.jp
k.napolitano@fnysllc.com
k.noguchi@noemail.com
k.noumi@noemail.com
k.ochi@ny.tr.mufg.jp
k.ono@ny.tr.mufg.jp
k.otake@aozorabank.co.jp
k.ozaki@aozorabank.co.jp
k.pettam@hermes.co.uk
k.rao@olayangroup.com
k.richards@barcap.com
k.rogers@bloomberg.net
k.royer@bipielle.co.uk
k.sangha@robeco.nl
k.sato@jp.statestreet.com
k.shan@rebeco.nl
k.shiotsuki@meijiyasudany.com
k.smits@robeco.nl
k.steffens@robeco.nl
k.sueyasu@noemail.com
k.tanaka@jahs.or.jp
k.toriumi@noemail.com
k.uno@noemail.com
k.van.de.luijtgaarden@robeco.nl
k.van.trigt@robeco.nl
k.wilkes@qic.com
k.yamahara@meiji-life.co.jp
k.yamakoshi@aozorabank.co.jp
k.yarwood@bspf.co.uk
k_brent_somers@keybank.com
k_hiromitsu@putnam.com
k_nakatani@nam.co.jp

k_suzuki@nam.co.jp
k_yamashita@daiwasbi.com.hk
k_yoshioka@nam.co.jp
k1-shimizu@nissay.co.jp
k2.ono@aozorabank.co.jp
k2-nakajima@ioi-sonpo.co.jp
k3.nomura@aozorabank.co.jp
k4.tanaka@aozorabank.co.jp
k723349@kepco.co.jp
k9304@netvigator.com
ka@aigfpc.com
ka@cgii.com
kaan.candar@hvb.de
kaare.andersen@nib.int
kaas@capgroup.com
kabdulaziz@bloomberg.net
kabel@leggmason.com
kabiancanelli@leggmason.com
kablondi@bostonprivatebank.com
kabrams@wellington.com
kaburakimcb@bloomberg.net
kachintsev_dmitrii@jpmorgan.com
kachtar@pictet.com
kacosta@faralloncapital.com
kacy.gambles@pncadvisors.com
kaczmarek_bryce_e@cat.com
kadams@aamcompany.com
kadams@freedom-capital.com
kadar@cooperindustries.com
kado@daiwa-am.co.jp
kadokura@daiwa-am.co.jp
kadota@mitsubishicorp.com
kae.yamamoto@ntt-finance.co.jp
kaelyn.abrell@janus.com
kaga_ichio@mail.asahi-life.co.jp
kagami@nam.co.jp
kagaoanc@jwseligman.com
kagawa_youichi@mail.nikko.co.jp
kagiwada@daiwasbi.co.jp
kagobank2@bloomberg.net
kagobank3@bloomberg.net
kagobank4@bloomberg.net
kahchuen@temasek.com.sg
kahmed5@worldbank.org

kahn@gothamcapital.com
kahn@roxcap.com
kahung.cheung@lgim.co.uk
kai.chan@lgt.com
kai.drewe@credit-suisse.de
kai.fang@citadelgroup.com
kai.fisher@boigm.com
kai.grube@ksk-koeln.de
kai.huang@deshaw.com
kai.leifert@csam.com
kai.mlodzik@lbb.de
kai.pflughaupt@hvb.de
kai.poerschke@dzbank.de
kai.rudolph@credit-suisse.com
kai.sotamaa@bof.fi
kai.stengle@ikb.de
kai.strand@fhlbboston.com
kai.strothmann@db.com
kai.su@wachovia.com
kai.teschner@amgam.de
kai.trinkies@dbi.de
kai.wildfoerster@de.pimco.com
kai.wong@bnymellon.com
kai.zhang@gmacrfc.com
kai@cathaylife.com.tw
kai@nochubank.or.jp
ka-ichinoma@nochubank.or.jp
kaichuen@dbs.com
kaida@nam.co.jp
kaihei.ishiwata@mizuho-bk.co.jp
kailash.chhaya@westernasset.com
kailun.zhou@alliancebernstein.com
kain.scott@principal.com
kainala@bloomberg.net
kai-oliver.brand@dzbank.de
kaiping.su@pimco.com
kais.marrakchi@axa-im.com
kais.mbarek@sgam.com
kaiser@jyskeinvest.dk
kaiserb@kochind.com
kaitlin.godfrey@citadelgroup.com
kaitlin.mulryan@ibtco.com
kaitlin.yount@aig.com
kaitlyn.j.sheehan@dartmouth.edu

kaitlyn.mcsweeney@ibtco.com
kai-ulrich.doerries@nordlb.de
kai-uwe.pohl@dit.de
kaivan_gill@acml.com
kaiyee.wong@ntrs.com
kaj.bergenhill@folksam.se
kaj.forsstrom@nordea.com
kaj.kvaavik@se.abb.com
kaj.martensen@nl.abnamro.com
kaj@carnegieam.dk
kaje@lmcm.com
kaji-0ghx@jp.nomura.com
kajung@hanabank.com
kak.pr@adia.ae
kakichi@bloomberg.net
k-akimot@nochubank.or.jp
kakinuma@daiwasbi.co.jp
kakuta.tominbank@nifty.com
kakyz@bernstein.com
kalapi.darmeci@dnbnor.no
kalbb@nationwide.com
kalee@bloomberg.net
kalfusova@zinobanka.cz
kali_ramachandran@ssga.com
kalidoss.sivasamy@citadelgroup.com
kalioto@loomissayles.com
kalisa_hines@troweprice.com
kalkhattaf@sama.org.sa
kalle.kuokka@sampopankki.fi
kallen@troweprice.com
kalliope@omega-advisors.com
kalmany@mizrahi.co.il
kalmgren2@bloomberg.net
kalmogahwi@kio.uk.com
kaloring@wellington.com
kalpana.bhat@barclaysglobal.com
kalpana_rumburg@freddiemac.com
kalpesh.patel@lazard.com
kalpesh.shah@morleyfm.com
kaltrina.baraliu@truscocapital.com
kaltschaffl@federatedinv.com
kalyan.kuchimanchi@dartmouth.edu
kalyan_gullapalli@ml.com
kalyanaraman.venkataraman@fmr.com

kalyanaraman.venkataramani@fmr.com
kam.chang@gm.com
kam.poon@credit-suisse.com
kam@nbim.no
kamada.jiyuun@daido-life.co.jp
kamal.fayad@db.com
kamal_hosein@colonialbank.com
kamaljit.bansil@uk.fid-intl.com
kamano@daiwasbi.co.jp
kamarasit@otpbank.hu
kambiz.pouya-majd@csam.com
kamccarragher@jennison.com
kamcluskey@wellington.com
kameda@boj.co.uk
kameel.mohammed@morleyfm.com
kamei@daiwasbi.co.jp
kameke.sweeney@ny.frb.org
kamel.askar@jpmorgan.com
kameyama_tomoyuki@rn.smbc.co.jp
kameyamadz@bernstein.com
kami@daiwasbi.co.jp
kamignault@wellington.com
kamil.falkowski@rbsgc.com
kamil@bnm.gov.my
kamil_cziczey@koba.sk
kamimura.y@daiwa-am.co.jp
kamino@daiwa-am.co.jp
kaminski.mp@mellonequity.com
kamisah@mas.gov.sg
kamita@nam.co.jp
kamiya@nam.co.jp
kamkhaijie@gic.com.sg
kamlun.shek@morganstanley.com
kammal.patel@wachovia.com
kamolino@wellington.com
kamper.sasha@principal.com
kamradtm@mcdmgmt.com
kamran.butt@credit-suisse.com
kamran.ghassempour@belgacom.be
kamran.kashef@hcmny.com
kamran.moghadam@jpmorgan.com
kamran.sadr@db.com
kamran.shafqat@citigroup.com
kamran@sfc-uk.com

kamran_baig@troweprice.com
kamrang@tmgny.com
kan.eu@adia.ae
kan.mam@pimco.com
kan.zheng@aig.com
kan.zheng@fortisinvestments.com
kan@americancentury.com
kan@bankinvest.dk
kan_zheng@ssga.com
kanaan@aigfpc.com
kanah.heckman@huntington.com
kanai.kazuto@kokusai-am.co.jp
kanai@daiwa-am.co.jp
kanai_keiji@vr.smbc.co.jp
kanako_sai@tr.mufg.jp
kanamori@daiwasbi.co.jp
kanbara@nam.co.jp
kanderson1@metlife.com
kandes@adb.org
kandhars@strsoh.org
kandice.stephens@orix.com
kandrachick@federatedinv.com
kandrade2@bloomberg.net
kandrew@silchester.com
kane.pj@mellon.com
kane.waller@fmr.com
kaneda@nam.co.jp
kaneko@nam.co.jp
kaneko-m@daiwasbi.co.jp
kaneoka@daiwasbi.co.jp
kanezaki.asako@kokusai-am.co.jp
kang@apollodif.com
kang_pan@fanniemae.com
kanghui@dbs.com
kanghui@mas.gov.sg
kangmin.lin@pimco.com
kangsewon@naver.com
kannari@ioi-sonpo.co.jp
kanockck@bot.or.th
kanri@ho.rokinbank.or.jp
kantar@halykbank.kz
kantaria@ebrd.com
kany04@handelsbanken.se
kaori.ishii@swip.com

kaori.ono@barclaysglobal.com
kaori_ambo@tr.mufg.jp
kaori_iwasaki@tr.mufg.jp
kaoru.mochizuki@mizuho-cb.co.jp
kaoru.nishiura@citadelgroup.com
kaoru.ueno@japan.gartmore.com
kaoru_kinouti@am.sumitomolife.co.jp
kaoshea@wellington.com
kaotw@icbc.com.tw
kaotw@megabank.com.tw
kap@kebcard.co.kr
kap49@domcap.com
kapbhogaita@bloomberg.net
kapil.jain@lehman.com
kapil.singh@corporate.ge.com
kapil_rastogi@ml.com
kapoom@tcwgroup.com
kapoorak@bernstein.com
kaporter@ftb.com
kaprice.calhoun@janus.com
kaprice.karch@janus.com
kapui.cheung@uk.abnamro.com
kaq.pr@adia.ae
kaquinto@statestreet.com
kar.eu@adia.ae
kar@capgroup.com
kara.arnaudy@citadelgroup.com
kara.loe@deshaw.com
kara.miller@ca-aipg.com
kara.netro@pimco.com
kara_cheseby@troweprice.com
kara_tuinstra@vanguard.com
karam.deol@barcap.com
karanika.an@emporiki.gr
karaoglanian_christian@accor-hotels.com
karapp@tiaa-cref.org
karasawa@daiwa-am.co.jp
kare.bostrom@husqvarna.se
kareem.lee@ge.com
kareem.serageldin@csfb.com
kareena.sweat@bankofamerica.com
karel.bauer@cnb.cz
karel.noordzij@pggm.nl
karel.pravec@mizuhocbus.com

karel_volesky@kb.cz
karen.a.cheng@wellsfargo.com
karen.a.johnson@firstunion.com
karen.allschwang@fhlbboston.com
karen.andersen@trs.state.tx.us
karen.arneil@columbiamanagement.com
karen.aubouy@bpb.barclays.com
karen.bale@citigroup.com
karen.bergman@inginvestment.com
karen.boka@blackrock.com
karen.boldizar@morganstanley.com
karen.bottar@bbh.com
karen.bowie@usbank.com
karen.boyer@nyc.rabobank.com
karen.burston@ge.com
karen.c.parrin@wellsfargo.com
karen.carnemolla@pacificlife.com
karen.chaltikian@barclaysglobal.com
karen.clapp@dowcorning.com
karen.cleary@ppm-uk.com
karen.collins@mortgagefamily.com
karen.cooper@osterweis.com
karen.covey@columbiamanagement.com
karen.cronk@inginvestment.com
karen.de-smedt@ingim.com
karen.devlin@ubs.com
karen.doane@pimco.com
karen.drummond@ubs.com
karen.e.driscoll@csam.com
karen.e.hogan@blackrock.com
karen.eversole@pncadvisors.com
karen.fife@inginvestment.com
karen.firestone@fmr.com
karen.flores@schwab.com
karen.gillham@uk.abnamro.com
karen.good@jpmchase.com
karen.greenberg@morganstanley.com
karen.grimsley@sscims.com
karen.guinand@lodh.com
karen.h.arsola@conocophillips.com
karen.h.toh@si.shell.com
karen.hales@alliancebernstein.com
karen.halliday@db.com
karen.hammold@frm.com

karen.hannaway@pioneerinvest.com
karen.harford@ge.com
karen.harrell-long@fldfs.com
karen.heaney@nationwide.co.uk
karen.hogan@fgic.com
karen.horrie@firstmidwest.com
karen.howard@ppm-uk.com
karen.huebscher@group.novartis.com
karen.hunter@aiminvestments.com
karen.i.taylor@chase.com
karen.irons@insightinvestment.com
karen.irving@glgpartners.com
karen.j.birt@aib.ie
karen.j.ekegren@wellsfargo.com
karen.jones@colonialfs.co.uk
karen.karniol-tambour@bwater.com
karen.kelley@aiminvestments.com
karen.l.beyer@ge.com
karen.l.sluzenski@dartmouth.edu
karen.leung@scotiabank.com
karen.liebsch@edwardjones.com
karen.lim@ap.natixis.com
karen.lin@shroders.com
karen.lu@mizuhocbus.com
karen.maw@advantuscapital.com
karen.mccoll@columbiamanagement.com
karen.mills@huntington.com
karen.morehouse@morganstanley.com
karen.morely@blackrock.com
karen.mullins@ers.state.tx.us
karen.murphy@prudential.com
karen.nelson@novartis.com
karen.omalley@threadneedle.co.uk
karen.pallister@jpmorgan.com
karen.peters@trs.state.tx.us
karen.prooth@jpmorganfleming.com
karen.quinand@lodh.com
karen.r.walker@chase.com
karen.read.fmr@fmr.com
karen.roberts@csam.com
karen.romero@morganstanley.com
karen.rustman@csam.com
karen.sabatowski@gm.com
karen.sabti@bsibank.com

karen.schoenig@ba.com
karen.shao@wamu.net
karen.shapiro@jpmorgan.com
karen.siercke-franco@standardchartered.com
karen.silvester@threadneedle.co.uk
karen.singson@tbcam.com
karen.stewart@db.com
karen.temple@barclaysglobal.com
karen.toll@morganstanley.com
karen.tsang@tcw.com
karen.uzzolino@blackrock.com
karen.vandecastle@ge.com
karen.veraa@wamu.net
karen.vignisdottir@sedlabanki.is
karen.walters@uk.fid-intl.com
karen.westwood@wamu.net
karen.whinney@richemont.com
karen.wiggan@schwab.com
karen.wright@pacificlife.com
karen@paragonassociates.net
karen_bilancini@indymacbank.com
karen_boyne@scudder.com
karen_buckley@invesco.com
karen_chong@ssga.com
karen_e_robertson@standardlife.com
karen_ellis@troweprice.com
karen_everhart@ssmhc.com
karen_farrell@troweprice.com
karen_gentile@freddiemac.com
karen_green@agfg.com
karen_grozinski@vanguard.com
karen_kelleher@conning.com
karen_klapper@invesco.com
karen_lm_cheng@hkma.gov.hk
karen_lynch@providentcompanies.com
karen_miller@freddiemac.com
karen_morrison@freddiemac.com
karen_ng@nylim.com
karen_sesin@acml.com
karen_siafakas@putnam.com
karen_t_montgomery@bankone.com
karen_tsang@ssga.com
karen1.warner@harrisbank.com
karena.fung@ubs.com

karenabrahall@hsbc.com
karenanderson@northwesternmutual.com
karenchia@fullerton.com.sg
karencoll@templeton.com
karendl@mcm.com
karene@bloomberg.net
karenfranklin@bntb.bm
karenhsu@cathaylife.com.tw
karenk@mcm.com
karenw@bgi-group.com
karey@wasatchadvisors.com
kari.haataja@keva.fi
kari.hallgrimsson@isfba.is
kari.koivula@sampo.fi
kari.kukka@nib.fi
kari.nestaval@usbank.com
kari.nisula@oko.fi
kari.pihkala@tapiola.fi
kari.sigurdsson@barclaysglobal.com
kari@apothcap.com
kari_a_pietrafitta@vanguard.com
karianne.tomlinson@glgpartners.com
karil.gaut@harrisbank.com
karim.abdel-motaal@glgpartners.com
karim.ayad@db.com
karim.basta@avmltd.com
karim.dashti@arabbank.com
karim.dashti@arabbanking.com
karim.derleth@ca-suisse.com
karim.derrough@americas.bnpparibas.com
karim.flitti@axa-im.com
karim.gowani@ngc.com
karim.h@gordian.co.uk
karim.hirani@tea.state.tx.us
karim.khiar@barclaysglobal.com
karim.ladha@morganstanley.com
karim.mzoughi@cpr-am.fr
karim.nsouli@moorecap.com
karim.p.jabri@credit-suisse.com
karim.tabet@provequity.co.uk
karim_zein@keybank.com
karim_zetchi@par.invesco.com
karima.ghoul@caam.com
karin.andreen@usbank.com

karin.baumgartner@rzb.at
karin.bendler@zkb.ch
karin.bleuel@gz-bank.de
karin.brodbeck@us.nestle.com
karin.cross-powers@fmr.com
karin.deiser@allianz.com
karin.ellmauer@rzb.at
karin.gaudy@lodh.com
karin.good@lgt.com
karin.hennecke@credit-suisse.com
karin.hillmer@db.com
karin.hilmer@db.com
karin.kimbrough@ny.frb.org
karin.kuelling@ubs.com
karin.kunrath@rvg.at
karin.lambotte@dexia-bil.com
karin.lindlad@seb.se
karin.lopatin@tcw.com
karin.moberg@inv.spp.se
karin.nagler@erstebank.at
karin.peters@cominvest-am.com
karin.s.thorburn@tuck.dartmouth.edu
karin.schoeman@fortisinvestments.com
karin.spletzer@westam.com
karin.trautwein@dlh.de
karin.van.der.sluijs@mn-services.nl
karin.vivier@sgam.com
karin.vrang@csam.com
karin.walchshofer@bmo.com
karin.zweifel@efv.admin.ch
karina.gundermann@frankfurt-trust.de
karina.lueck@hsh-nordbank.com
karina.saade@blackrock.com
karina_rubel@putnam.com
karine.bernard@cfm.mc
karine.dombre@ceifo.caisse-epargne.fr
karine.ferrer@bred.fr
karine.jesiolowski@insightinvestment.com
karine.juvin@bnpparibas.com
karine.mercado@pimco.com
karine.nicolov@caam.com
karkruger@aol.com
karl.altrichter@sparinvest.com
karl.austin@nationwide.co.uk

karl.aziz@credit-suisse.com
karl.barrow@credit-suisse.com
karl.beinkampen@morganstanley.com
karl.bergqwist@gartmore.com
karl.chang@columbiamanagement.com
karl.cheng@barclaysglobal.com
karl.ellensohn@citadelgroup.com
karl.ertl@bmw.de
karl.fenlon@hansonplc.com
karl.freidl@krentschker.at
karl.funke-kaiser@oppenheim.de
karl.gorbach@ba-ca.com
karl.graeff@ubs.com
karl.grutschnig@dresdner-bank.com
karl.guha@nl.abnamro.com
karl.hamilton@dkib.com
karl.henning@columbiamanagement.com
karl.huber@pioneerinvest.de
karl.j.cooke@aib.ie
karl.kampfmann@himco.com
karl.keller@hyposwiss.ch
karl.kieffer@ge.com
karl.kroeker@citadelgroup.com
karl.kronnagel@postbank.de
karl.kyriss@db.com
karl.lindqvist@nordea.com
karl.massey@db.com
karl.matheis@telekom.de
karl.mayr@commerzbank.com
karl.nolson@barcap.com
karl.nordlander@seb.se
karl.robijns@citadelgroup.com
karl.schleinzer@oenb.co.at
karl.schoenenberger@generali.ch
karl.staecker@frankfurt-trust.de
karl.steinhart@bw-bank.de
karl.sternberg@db.com
karl.stettler@swisscanto.ch
karl.thiele@activest.de
karl.thirion@dexia.be
karl.trummer@krentschker.at
karl.von.burne@hsbcib.com
karl.x.lohninger@jpmorgan.com
karl.zahner@rbscoutts.com

karl_bejasa@westlb.com
karl_eschelbach@westlb.com
karl_l._capion@ntrs.com
karla.duss@ubs.com
karla.harwich@opcap.com
karla.kovac@hsbcpb.com
karla_encarnacion@ustrust.com
karlaadams@northwesternmutual.com
karl-detlev.gerke@db.com
karletty_medina@putnam.com
karl-gerhard.eick@telekom.de
karl-heinrich.mengel@bhf-bank.com
karl-heinz.adermann@rwe.com
karl-heinz.burmester@sparkasse.bremen.de
karlheinz.gfall@lgt.com
karlheinz.gfall@llb-ip.li
karlheinz.mistlbachner@ba-ca.com
karl-heinz.raschtuttis@commerzbank.ce
karl-hermann.hammel@dit.de
karlis.r.ulmanis@usa.dupont.com
karlis@bank.lv
karl-johan.lundin@swedbank.com
karlo_ortiz@cargill.com
karl-wilhelm.neeb@helaba.de
karmstrong4@bloomberg.net
karol.chrystowski@blackrock.com
karol.mrva@nbs.sk
karolina.nowicka@credit-suisse.com
karolina.x.berkowska@jpmorgan.com
karoline.carlson@aiminvestments.com
karoline.eichelberg@uk.fid-intl.com
karoline.freeman@trs.state.tx.us
karolya@bloomberg.net
karolyis@strsoh.org
karonsen@bloomberg.net
karpus@frontiernet.net
karri.makitalo@keva.fi
karri.s.barry@seagate.com
karry.tsai@email.chinatrust.com.tw
karseten.heppner@t-mobil.de
karstein.bjastad@chase.com
karsten.asch@dekabank.de
karsten.bielig@db.com
karsten.bierre@nordea.com

karsten.blumenthal@dit.de
karsten.eberle@dresdner-bank.com
karsten.hansen@seb.se
karsten.hesse@lbb.de
karsten.hippler@hsh-nordbank.co.uk
karsten.kaas@bnpparibas.com
karsten.knudsen@danskebank.dk
karsten.koch@vescore.com
karsten.kraushaar@hvb.de
karsten.linowsky@credit-suisse.com
karsten.marzoll@sebprivatebanking.com
karsten.naumann@deka.de
karsten.niemann@dit.de
karsten.rosenkilde@db.com
karsten.seier@wmam.com
karsten.solberg@storebrand.no
karsten.steinberg@credit-suisse.com
karsten.tripp@trinkaus.de
karsten.wettig@sachsenlb.de
karsten.witte@dws.com
karsten@leehowes.net
karsten_legner@sachsenlb.ie
karstenj@mcm.com
karstrom.mark@principal.com
karthik.murali@daiwausa.com
karthik.radhakrishnan@inginvestment.com
karthik.x.rajan@jpmorgan.com
karukomi_kazutaka@mail.asahi-life.co.jp
karydas.d@tbcam.com
karyn.baumeister@aig.com
karyn.corridan@columbiamanagement.com
karyn.ishler@wdr.com
karyn.ovelmen@premcor.com
karyo.oh@fmr.com
kasadsyed@worldbank.org
kasai@daiwasbi.co.jp
kasamatsu02294@nissay.co.jp
kasarin.chakkaphak@aberdeen-asset.com.sg
kasase.i.kabwe@jpmorgan.com
kascott@waddell.com
kasey.tu@barclaysglobal.com
kash.patel@jpmorganfleming.com
kash6970@yahoo.com
kashao@dbs.com

kashif.malik@pacificlife.com
kashif.riaz@blackrock.com
kashif@incomeresearch.com
kashiwazaki@daiwasbi.co.jp
kashmira.karnik@ny.frb.org
kashmira@stanford.edu
kasi_-_shanmugam@fanniemae.com
kaska.dratewska@deshaw.com
kaspar.bischofberger@ubs.com
kaspar.boehni@claridenleu.com
kaspar.hense@db.com
kasper.lund@nordea.com
kasper.ullegaard@nordea.com
kassandra.wipf@alinpa.com
kassem.matt@huntington.com
kasten.walther@pimco.com
kata@seic.com
katagiri.y@daiwa-am.co.jp
katai-1q27@jp.nomura.com
katakai.taketo@sojitz.com
kataoka@nochubank.or.jp
kataoka8046@intra.cosmo-sec.co.jp
katariina.kanninen@glgpartners.com
katarzyna.kiladis@uk.fid-intl.com
katarzyna.kozak@prudential.com
katarzyna.sydor@fandc.com
katarzyna.traczynska@bankofny.com
katarzyna_woja@ldn.invesco.com
katayama@daiwasbi.co.jp
katayama_kei@vb.smbc.co.jp
katayori@dl.dai-ichi-life.co.jp
kate.aylott@uk.fid-intl.com
kate.barker@bankofengland.co.uk
kate.bible@bnpparibas.com
kate.birchall@lloydstsb.co.uk
kate.brady@blackrock.com
kate.cornax@morganstanley.com
kate.cornish-bowden@morganstanley.com
kate.ervin@fmr.com
kate.faraday@aig.com
kate.fuller@bbh.com
kate.grant@lloydstsb.co.uk
kate.hua@tcw.com
kate.jones@barclaysglobal.com

kate.jordan@lloydstsb.co.uk
kate.leggate@bailliegifford.com
kate.leness@fmr.com
kate.middleton@gartmore.com
kate.moore@moorecap.com
kate.oconnor@blackrock.com
kate.pettem@insightinvestment.com
kate.pingitore@bms.com
kate.prince@ubs.com
kate.saunders@ubs.com
kate.soiguine@pimco.com
kate.speakman@bailliegifford.com
kate.staley@fmr.com
kate.vain@uk.tesco.com
kate.wilkie@csam.com
kate.williams@morganstanley.com
kate.xiong@gs.com
kate@chandlerasset.com
kate_england@invescoperpetual.co.uk
kate_lander@ntrs.com
kate_roscoe@manulife.com
kate_stewart@troweprice.com
kategreen@northwesternmutual.com
katelyn.fallon@gcm.com
katerina.alexandraki@alliancebernstein.com
katerina.alexandraki@bernstein.com
katerina.iatsounova@inginvestment.com
katerina.v.simons@dartmouth.edu
katerina.valka@csam.com
katerina@blabla.com
katha.kerr@inginvestment.com
katharina.bruhn@hsh-nordbank.com
katharina.hock@dresdner-bank.lu
katharina.leeb@apk.at
katharina.neidert@sfs.siemens.de
katharina.schiffer@oppenheim.de
katharina.schmid@unicreditgroup.de
katharina.schroeter@hsh-nordbank.com
katharina.seiler@dws.com
katharina.taufer@siemens.com
katharina_hoyland@hen.invesco.com
katharine.bullock@db.com
katharine.dudley@pnc.com
katharine.jurevic@fmr.com

katharine.king@cw.com
katharine.odonovan@csam.com
katharine.partridge@morganstanley.com
katharine_dryer@blackrock.com
katharine_feehan@freddiemac.com
katherin.kim@tcw.com
katherina.bennett@boimail.com
katherine.a.shepperd@jpmorgan.com
katherine.a.stallkamp@jpmorgan.com
katherine.barker@lgim.co.uk
katherine.barna@prudential.com
katherine.boening@alliancebernstein.com
katherine.brown@pnc.com
katherine.chang@prudential.com
katherine.chasmar@morganstanley.com
katherine.collins@uk.fid-intl.com
katherine.cox@us.schroders.com
katherine.darris@fmr.com
katherine.diedrichsen@putnam.com
katherine.e.joyce@jpmorgan.com
katherine.edenbach@fairchildsemi.com
katherine.eichelberg@fmr.com
katherine.garcia@ubs.com
katherine.garrett-cox@morleyfm.com
katherine.gibson@pncbank.com
katherine.gray@fmr.com
katherine.j.stanley@db.com
katherine.johnson@ubs.com
katherine.k.miller@usbank.com
katherine.knowles@thrivent.com
katherine.kym@deshaw.com
katherine.lewis@ny.frb.org
katherine.maciag@ustrust.com
katherine.manuel@pnc.com
katherine.ohagan@ubs.com
katherine.p.orrell@bankofameirca.com
katherine.richardson@ubs.com
katherine.stromberg@morganstanley.com
katherine.talaga@ge.com
katherine.vigeveno@raymondjames.com
katherine.wee@capitalglobal.com
katherine.woodrow@db.com
katherine.young@redwoodtrust.com
katherine_a_martelon@fleet.com

katherine_gavin@troweprice.com
katherine_langridge@hen.invesco.com
katherine_manahan@victoryconnect.com
katherine_pierce@ssga.com
katherine_swanston@newton.co.uk
kathi.rogers@marquette.com
kathie.cox@bg-group.com
kathleen.a.o'hara-maddox@bankofamerica.com
kathleen.amshoff@pncbank.com
kathleen.anderson@blackrock.com
kathleen.baum@blackrock.com
kathleen.beck@pnc.com
kathleen.bell@morganstanley.com
kathleen.boatman@lazard.com
kathleen.bowers@db.com
kathleen.bradford@db.com
kathleen.brenneck@citadelgroup.com
kathleen.brooks@ge.com
kathleen.byrne@do.treas.gov
kathleen.calungcagin@tmgchicago.com
kathleen.camilli@csam.com
kathleen.coussement@agf.be
kathleen.crow@pncbank.com
kathleen.de.boever@artesiabc.be
kathleen.de-clercq@ubs.com
kathleen.dewandeleer@swip.com
kathleen.dwyer@pimco.com
kathleen.eaton@fmr.com
kathleen.gaertner@de.pimco.com
kathleen.greenlaw@ibtco.com
kathleen.heltemes@usbank.com
kathleen.hughes@jpmorganfleming.com
kathleen.m.gallagher@morganstanley.com
kathleen.mckenzie@blackrock.com
kathleen.mcnamara@ubs.com
kathleen.meyer@cnb.com
kathleen.obinger@pnc.com
kathleen.olesinski@allegiantgroup.com
kathleen.park@samsung.com
kathleen.parker@advantuscapital.com
kathleen.posus@advantuscapital.com
kathleen.roberts@aiminvestments.com
kathleen.semet@bms.com
kathleen.stack@jpmorgan.com

kathleen.tappero@pge-corp.com
kathleen.thygesen@4086.com
kathleen.vogelsang@53.com
kathleen.wells@huntington.com
kathleen.williams@avmltd.com
kathleen_corbet@acml.com
kathleen_croft@putnam.com
kathleen_d_hyland@vanguard.com
kathleen_foody-malus@freddiemac.com
kathleen_h._parker@scudder.com
kathleen_haas@nylim.com
kathleen_haberkern@newyorklife.com
kathleen_laird@bankone.com
kathleen_lasch@scudder.com
kathleen_m_ahern@fleet.com
kathleen_mckechnie@standardlife.com
kathleen_morford@freddiemac.com
kathleenbrooks@northwesternmutual.com
kathleenh@oechsle.com
kathleenmurphy@northwesternmutual.com
kathleenwebster@tagfolio.com
kathrin.dassel@dekabank.de
kathrin.eichmann@bankgesellschaft.de
kathrin.mueller@lbbw.de
kathrin.sick@activest.de
kathrin.spanek@bb-invest.de
kathrin.stoess@dit.de
kathrin_schriber@swissre.com
kathryn.acquafredda@lazard.com
kathryn.battles@schwab.com
kathryn.bingham@commercebank.com
kathryn.carlson@fmr.com
kathryn.chen@ny.frb.org
kathryn.e.gross@jpmorgan.com
kathryn.fric@sunlife.com
kathryn.gernert@ers.state.tx.us
kathryn.johnson@umb.com
kathryn.mak@ubs.com
kathryn.mansfield@gs.com
kathryn.mohr@micorp.com
kathryn.neff@csam.com
kathryn_allen@vanguard.com
kathryn_barry@ssga.com
kathryn_floyd@troweprice.com

kathryn_henry@putnam.com
kathryn_langridge@hen.invesco.com
kathryn_mcadams@ml.com
kathryn_mosser@freddiemac.com
kathryn_sharpe@csx.com
kathryn_spicker@agc.com
kathryn_westcott@freddiemac.com
kathy.augustyn@inginvestment.com
kathy.clemens@morganstanley.com
kathy.dixon@huntington.com
kathy.dolan@firstunion.com
kathy.dornellas@mackayshields.com
kathy.e.strawn@exxonmobil.com
kathy.el.ong@citi.com
kathy.el.ong@citigroup.com
kathy.faulkner@wellsfargo.com
kathy.giove@db.com
kathy.gray@nmb.norwest.com
kathy.hagany@jpmorgan.com
kathy.hegseth@thrivent.com
kathy.hoffman@pimcoadvisors.com
kathy.kelly@kroger.com
kathy.king-griswold@rochester.edu
kathy.martin@sscims.com
kathy.mcwade@morganstanley.com
kathy.nelson@axa-im.com
kathy.o'connor@morganstanley.com
kathy.park@pimco.com
kathy.rideout@fmr.com
kathy.sanford@swib.state.wi.us
kathy.selinka@chase.com
kathy.sheng@wellsfargo.com
kathy.sias@firstar.com
kathy.starrs@clinton.com
kathy.stylarek@huntington.com
kathy.taylor@barclaysglobal.com
kathy.thomas@hjheinz.com
kathy.wang@bloomberg.net
kathy.weaver@usa.dupont.com
kathy.wicker@brownia.com
kathy.wilson@opco.com
kathy.xu@aberdeen-asset.com
kathy.young@harrisbank.com
kathy.zonna@erieinsurance.com

kathy_a_heigle@victoryconnect.com
kathy_donadio@freddiemac.com
kathy_d'ornellas@acml.com
kathy_gentry@agfg.com
kathy_hassey@putnam.com
kathy_hutka@key.com
kathy_mchenry@vanguard.com
kathy_petty@providentcompanies.com
kathy_ryan@hancockbank.com
kathy_taylor@thruway.state.ny.us
kathy_valenti@mgic.com
kathycarey@northwesternmutual.com
kathyevans@nicholas.com
kathysprague@northwesternmutual.com
kati.reese@thrivent.com
katia.giraud@axa-im.com
katia.levy-thevenon@morganstanley.com
katia.strappa@bancamarche.it
katie.barton@threadneedle.co.uk
katie.bourget@stpaul.com
katie.connor@moorecap.com
katie.della.maria@pimco.com
katie.dellamarie@pimco.com
katie.edmunds@jpmorgan.com
katie.exbank@gs.com
katie.farrant@bankofengland.co.uk
katie.harbison@us.schroders.com
katie.horne@alliancebernstein.com
katie.hostalier@commerzbank.com
katie.hubbard.hsis@statefarm.com
katie.jensen@ci.denver.co.us
katie.modugno@fffc.com
katie.ng@blackrock.com
katie.reichle@ge.com
katie.riccardella@soros.com
katie.rollins@citadelgroup.com
katie.savage@db.com
katie.thompson@gartmore.com
katie.uk.roberts@uk.fid-intl.com
katie_george@putnam.com
katiek@bgi.com
katja.buenger@ubs.com
katja.hofmann@bundesbank.de
katja.neubecker@dzbank.de

katja.rossburg@geninvest.de
katja.segbers@amb-generali.de
katja.taipalus@bof.fi
katja.werner@barcap.com
katja_fitzgerald@hvbamericas.com
kato.akio@kokusai-am.co.jp
kato@daiwasbi.co.jp
kato_koichi@takeda.co.jp
kato_takahiko@ra.smbc.co.jp
kato-takashi@mitsubishi-sec.co.jp
katou580@dl.dai-ichi-life.co.jp
katouk@po.jsf.co.jp
katrien.adam@fortisinvestments.com
katrin.fischer@wuerttembergische.de
katrin.loehken@oppenheim.de
katrin.pranckl@ba-ca.com
katrin.stark@commerzbank.com
katrin.tonning@towerbrook.com
katrin_schneider@westam.de
katrina.batchelor@db.com
katrina.e.mooney@jpmorgan.com
katrina.gil@barclaysglobal.com
katrina.horner@pimco.com
katrina.kaufman@chevron.com
katrina.laudeman@ci.orlando.fl.us
katrina.lee@bbh.com
katrina.mitchell@db.com
katrina.nguyen@sscims.com
katrina.rempel@bmonb.com
katrina.strecher@boi.ie
katrina.winiecki@ubs-oconnor.com
katrina_howard@nylim.com
katrine.lindbekk@morganstanley.com
katsnelsons@umtb.co.il
katsu.sakai@mizuhocbus.com
katsuaki.morooka@mitsubishicorp.com
katsuaki.oshima@axa.co.jp
katsuei_tani@tr.mufg.jp
katsuhiko.aiba@boj.or.jp
katsuhiko.oka@axa.co.jp
katsuhiro.egi@axa.co.jp
katsuhiro.tamura@ufj-partners.co.jp
katsuhisa.umemoto@mizuho-cb.co.jp
katsuhisa_ota@mitsubishi-trust.co.jp

katsuji.yoshida@ufj-partners.co.jp
katsukura@dl.dai-ichi-life.co.jp
katsumasa.mori@shinseibank.com
katsumi.arai@schroders.com
katsumi.iwase@daiwausa.com
katsumi_arita@mitsubishi-trust.co.jp
katsurada_hiroshige@ay.smbc.co.jp
katsushi-ishikawa@am.mufg.jp
katsuya_ishida@mitsubishi-trust.co.jp
katsuyuki.takagi@mizuho-cb.co.jp
katsuyuki_ogura@mail.toyota.co.jp
katsuzo_nakata@mitsui-seimei.co.jp
katy.cutshall@fmr.com
katy.e.thorneycroft@jpmorgan.com
katy.hoffman@trs.state.tx.us
katy.mccandless@threadneedle.co.uk
katy.phoun@citadelsolutions.com
katy.rossow@ge.com
katy.wojciechowski@inginvestment.com
katy.woodhouse@flemings.com
katy_ross@standardlife.com
katy_young@putnam.com
katya.dimova@ids.allianz.com
katya.novikova@citigroup.com
katylin@mail.cbc.gov.tw
katyln.may@fmr.com
katz@apollodif.com
katz@co.apollolp.com
katzcs@bernstein.com
kaudley@cwhenderson.com
kaushal.shah@barclaysglobal.com
kaushik.saha@barclaysglobal.com
kaushik_saha@freddiemac.com
ka-ushikubo@nochubank.or.jp
kauyikang@gic.com.sg
kav@ubp.ch
kaval.x.jowhal@jpmorgan.com
kavanagh@wgz-bank.ie
kave.sigaroudinia@bailliegifford.com
kaveh.heravi@pimco.com
kavel.gudka@uk.fid-intl.com
kavi03@handelsbanken.se
kavindi@bloomberg.net
kavita.gupta@rothschild.co.uk

kavita.nayar@gs.com
kavita.sheth@morganstanley.com
kavita.suratsingh@tt.rbtt.com
kavita_dawar@freddiemac.com
kaw242@cornell.edu
kawabe@nam.co.jp
kawaberi@daiwasbi.co.jp
kawada@us.nomura.com
kawaguchi02439@nissay.co.jp
kawahara_eiji@vb.smbc.co.jp
kawai_toshiaki@ck.smbc.co.jp
kawakami@boj.co.uk
kawakami_kazuhiro@mail.asahi-life.co.jp
kawamori02808@nissay.co.jp
kawamoto.t@daiwa-am.co.jp
kawamura@nam.co.jp
kawamura_yoshinori@zn.smbc.co.jp
kawanago26743@nissay.co.jp
kawanobe@daiwasbi.co.jp
kawara_akihiro@ub.smbc.co.jp
kawasaki.k@daiwa-am.co.jp
kawasaki@daiwasbi.co.jp
kawasaki@dlusa.com
kawase@daiwa-am.co.jp
kawashima.kazuhito@bridgestone.co.jp
kawata.s@daiwa-am.co.jp
kawazu@daiwa-am.co.jp
kay.chippeaux@state.nm.us
kay.cuclis@trs.state.tx.us
kay.hayre@bnpparibas.com
kay.herr@jpmorgan.com
kay.lang@columbiamanagement.com
kay.strozewski@bbh.com
kay.turner@gibuk.com
kay.willcox@prudential.com
kay@chandlerasset.com
kay_ayre@standardlife.com
kay_eyre@standardlife.com
kaycee.brookshaw@advantuscapital.com
kaye.handley@aig.com
kaye@rentec.com
kayla_gjata@freddiemac.com
kaylee.garden@pimco.com
kayma.croker-liburd@barclaysglobal.com

kayoko.makimoto@shinseibank.com
kayoko.yamanishi@shinseibank.com
kayoko_fukuda@tr.mufg.jp
kayoko_watanabe@tokaitokyo.co.jp
kayo-yoshinaga@am.mufg.jp
kayses@tcwgroup.com
kayte@dartmouth.edu
kaythie_reid@standardlife.com
kayvan.vahid@ubs.com
kayvan_fateh-tehrani@westlb.com
kazanchv@wellscap.com
kazeem.kashimawo@wachovia.com
kazfujita5@bloomberg.net
kazim.x.koseoglu@jpmchase.com
kazuaki.oosumi@mizuho-bk.co.jp
kazuaki_nakao@mail.toyota.co.jp
kazufumi_ohashi@po.fujisawa.co.jp
kazuharu-konishi@am.mufg.jp
kazuhide_aisa@tr.mufg.jp
kazuhide_ara@mitsubishi-trust.co.jp
kazuhide_shibuya@mitsubishi-trust.co.jp
kazuhiko.yano@mizuhocbus.com
kazuhiko_hirohasi@am.sumitomolife.co.jp
kazuhiko_sudo@tr.mufg.jp
kazuhiro.ninomiya@mhcb.co.uk
kazuhiro.okamura@baring-asset.com
kazuhiro.toyoda@schroders.com
kazuhiro_kikuchi@tr.mufg.jp
kazuhiro_numano@mitsui-seimei.co.jp
kazuhiro_ohashi@tr.mufg.jp
kazuhiro_sawada@tr.mufg.jp
kazuhiro_wada@am.sumitomolife.co.jp
kazuhisa_miyagawa@sakura.co.jp
kazuhisa-yanagawa@am.mufg.jp
kazuhoi@mizuhocap.com
kazuichi.mihara@db.com
kazuki.fujihara@mizuho-bk.co.jp
kazuki_fukunaga@uk.mufg.jp
kazuki_takahashi@tr.mufg.jp
kazuko.yabutani@schroders.com
kazuko_iwai@am.sumitomolife.co.jp
kazuma.kawasaki@fi.fukoku-life.co.jp
kazuma.sakai@shinseibank.com
kazumi.ohira@nsc.com

kazumi.watanabe@mizuho-cb.co.jp
kazumichi.fuziwara@shinseibank.com
kazunari.higuchi@mizuho-cb.co.jp
kazunori_terawaki@tr.mufg.jp
kazunori-ogihara@ioi-sonpo.co.jp
kazuo.nakagawa@mitsubishi-motors.com
kazuo.seki@mitsubishicorp.com
kazuo.yuyama@surugabank.co.jp
kazuo_watanabe@tr.mufg.jp
kazushi.awa@sumitomocorp.co.jp
kazushige.ishii@mizuho-cb.co.jp
kazushige.yoshinaga@mizuho-cb.co.jp
kazuto.doi@westernasset.com
kazuto-n@nochubank.or.jp
kazutoshi.fujita@mackayshields.com
kazutoshi.narita@mizuho-bk.co.jp
kazutoshi.tubakihara@uk.mufg.jp
kazutoshi@mtbcny.com
kazuya.ohmura@nl.abnamro.com
kazuya.sato@axa.co.jp
kazuya_katayama@orix.co.jp
kazuya_oomura@am.sumitomolife.co.jp
kazuya-murakami@nochubank.or.jp
kazuyoshi.mashio@lehman.com
kazuyoshi-fukushima@am.mufg.jp
kazuyuki_araki@tokaitokyo.co.jp
kazuyuki_mitsuhashi@tr.mufg.jp
kazuyuki_tai@tr.mufg.jp
kazuyuki_yamasina@am.sumitomolife.co.jp
kazuyuki-terao@am.mufg.jp
kb.lee@geahk.ge.com
kb1516@bok.or.kr
kb88@ntrs.com
kba@mppension.dk
kbabar@fhlbatl.com
kbabuji@bloomberg.net
kbaccei@eatonvance.com
kbadams@tiaa-cref.org
kbaker@fhlbc.com
kbakker@aegonusa.com
kbalt@bloomberg.net
kban@fmaadvisors.com
kbania@tsbjinc.com
kbannon@bankofny.com

kbannon@blackrock.com
kbarket@angelogordon.com
kbarry@caxton.com
kbarua@fftw.com
kbater@standishmellon.com
kbatsolakis@mfs.com
kbaum@oppenheimerfunds.com
kbc@ms.com
kbchoe@bok.or.kr
kbeaman@aegonusa.com
kbeaton@tiaa-cref.org
kbeatty@mfs.com
kbeck@denveria.com
kbell@unumprovident.com
kbenson@jssb.com
kbermudez@bloomberg.net
kbetty@loomissayles.com
kbetz@orixcm.com
kbeyer@bankerstrust.com
kbhargav@microsoft.com
kbillington@mfs.com
kbingham@citynpl.com
kbinner@hymanbeck.com
kbiobaku@dkpartners.com
kbirkeland@standishmellon.com
kbivens@allstate.com
kbjerke@teleos.com
kbjohnson@stanford.edu
kbkim@bok.or.kr
kblaser@shay.com
kbm@jwbristol.com
kbmiller@leggmason.com
kbochman@loomissayles.com
kboksiner@templeton.com
k-bond@po.minc.ne.jp
kbonin@gwkinc.com
kbonin@loomissayles.com
kborell@frk.com
kbormann@aegonusa.com
kboston@unumprovident.com
kbouchard@blackrock.com
kboulmetis@bankofny.com
kbowers@mcmorgan.com
kbowes@standishmellon.com

kbr@nbim.no
kbradely@the-ark.com
kbralich@metlife.com
kbramlage@valueline.com
kbreitzman@northwesternmutual.com
kbrewer@williamblair.com
kbrick@uscentral.org
kbridgers@caxton.com
kbrinkman@btmna.com
kbrinkman@us.mufg.jp
kbrothers@loomissayles.com
kbrowndorf@bwfund.org
kbrunson@russell.com
kbrust@sdcwa.org
kbryan@oppenheimerfunds.com
kbubeck@tiaa-cref.org
kbuckland@alaskapermfund.com
kbuder@metzler.com
kbuese@aegonusa.com
kbuntrock@loomissayles.com
kburden@britannicasset.com
kburke@grneam.com
kburke@jennison.com
kburke@sarofim.com
kburkett@troweprice.com
kburns@frk.com
kc27@ntrs.com
kc346@cornell.edu
kc38@ntrs.com
kc83@ntrs.com
kcahn@bok.or.kr
kcalder@jhu.edu
kcaldwell@worldbank.org
kcampbell@metlife.com
kcandel@rwjf.org
kcangemi1@bloomberg.net
kcarpenter@frostbank.com
kcasey@aegonusa.com
kcavazzi@bear.com
kcellar@bayharbour.com
kcha@jhancock.com
kchancay@lordabbett.com
kchandler5@bloomberg.net
kchandra@tmmna.com

kchandrasekhar@worldbank.org
kchang@ustrust.com
kchang@westernasset.com
kcharles@dsaco.com
kchavanne@meag-ny.com
kchay@compuserve.com
kchellapa@canyonpartners.com
kchellappa@canyonpartners.com
kchen@alger.com
kchen@fftw.com
kchen@kayne.com
kcheng@us.mufg.jp
kcheng@us.nomura.com
kcheng@wescorp.org
kchisholm@loomissayles.com
kchoy@oppenheimerfunds.com
kchrisman@divinv.net
kchristensen@eatonvance.com
kchung@kdb.co.kr
kchung@sunamerica.com
kchung1@allstate.com
kcicchini@troweprice.com
kckpk@kdb.co.kr
kckuo@mail.bok.com.tw
kclarke@fcem.co.uk
kclarsson@mail.dk
kclayton@njm.com
kclee@mas.gov.sg
kclement@amerisure.com
kcmin@kfb.co.kr
kcoe@barbnet.com
kcoffin@westernasset.com
kcolangelo@alliancebernstein.com
kcollier@dlbabson.com
kcollins@alger.com
kcollins@dnb4you.com
kcollins@hbk.com
kcolotla@berkeleyvc.com
kcolville@fhlbi.com
kconcannon@angelogordon.com
kcongliari@jhancock.com
kconn@mfs.com
kconroy@opcap.com
kcook@tudor.com

kcorba-brown@peacapital.com
kcorrado@bankofny.com
kcotner@sterlingcap.com
kcovington@evcap.com
kcox@franklintempleton.co.uk
kcparker@beutelgoodman.com
kcr@baupost.com
kcramer@snwsc.com
kcreedon@eatonvance.com
kcroft@croftleo.com
kcroft@wbcap.net
kcronin1@bloomberg.net
kcross@caxton.com
kcrowe@apollolp.com
kcrummie@federatedinv.com
kcrump@chartertrust.com
kcsung@goodbank.com
kct@americancentury.com
kcunningham3@bloomberg.net
kcurtis@alger.com
kcushman@perrycap.com
kd@capgroup.com
kdachille@ofiinstitutional.com
kdahlgren@bloomberg.net
kdaly@nb.com
kdannell@bellsouth.net
kdarci@loomissayles.com
kdarwish@vcallc.com
kdavis@freedom-capital.com
kdavis@loomissayles.com
kdavis@pjc.com
kdavison@umb.com
kdb@petercam.be
kdbasia@bloomberg.net
kdbbridge@kdb.co.kr
kdbbridge@ksb.co.kr
kdbetc@yahoo.co.kr
kdbman@kdb.co.kr
kdbyj@kdb.co.kr
kddi-ir@kddi.com
kdealissia@nychdc.com
kdean@bankofny.com
kdean@mcleanbudden.com
kdelfino@nb.com

kdeluca@tigerglobal.com
kdence@wellington.com
kderoche@mfs.com
kdevlin@capis.com
kdh@bok.or.kr
kdh42@cornell.edu
kdimitrov@voyageur.net
kdirussa2@bloomberg.net
kdj@dodgeandcox.com
kdm2@ntrs.com
kdobaczewska@bankofny.com
kdolan@bloomberg.net
kdonaldson@martincurrie.com
kdonia@payden-rygel.com
kdooley@natexisny.com
kdottl@standard.com
kdoucette@liberty-bank.com
kdowning@bartlett1898.com
kdragan@amfin.com
kdrankie@highbridge.com
kdrza@allstate.com
kdudley@msfi.com
kdunlap@acml.com
kdyer@mfs.com
ke.ota@mitsui.com
ke.yu@morganstanley.com
ke@ntrs.com
ke1-aoki@meijiyasuda.co.jp
ke2-hasegawa@ja-kyosai.or.jp
keag@cgii.com
keating.hagmann@blackrock.com
keb@wmblair.com
kebandtel@wellington.com
kebartholdson@delinvest.com
kebbond@keb.co.kr
kebderv@koexbank.co.kr
kebl01@handelsbanken.se
kebldn@bloomberg.net
kebrooks@thamesriver.co.uk
keccles@hbk.com
kechen@tiaa-cref.org
ked.hogan@barclaysglobal.com
kedar.timblo@ge.com
kedersha.cm@tbcam.com

kedgarton@aegonusa.com
kedwards@sfbank.co.uk
kedwards1@metlife.com
keeboonhwee@gic.com.sg
keeheng@temasek.com.sg
keehwankim@hanabank.com
keeley.hurst@lgim.co.uk
keeley.johnson@threadneedle.co.uk
keeleyt@ufji.com
keeling_harris@invesco.com
keely.lowman@erieinsurance.com
keenan.jackson@schwab.com
keenis.ho@lehman.com
kees.schlimmer@snssecurities.nl
kees.van.den.berg@nl.abnamro.nl
kees.van.der.pot@allianz.nl
kees.vanardenne@corusgroup.com
kees.warnaer@ingim.com
keesvandena@bloomberg.net
kefalonia@bloomberg.net
keg@bankinvest.dk
kegan@fdic.gov
kei.f.chong@jpmorgan.com
kei.sasaki@aig.com
kei.yamamoto@inginvestment.com
kei_ito@tr.mufg.jp
kei_shibuya@tr.mufg.jp
kei_tsuruoka@putnam.com
kei-fuji@nochubank.or.jp
keiichi.fujiwara@mizuho-cb.com
keiichi.mitsuno@intel.com
keiichi_hayashi@mitsui-seimei.co.jp
keiichi_okuda@mail.toyota.co.jp
keiichiro_takeda@tr.mufg.co.jp
keiji.funo@ufj-partners.co.jp
keiji_koyama@mitsubishi-trust.co.jp
keiji_sasaki@yamaguchibank.co.jp
keiko.brooking@ibj.co.uk
keiko.greenberg@mizuhocbus.com
keiko.kimura@barclaysglobal.com
keiko.nakatsuka@shinsei-sec.co.jp
keima.takubo@ntt-finance.co.jp
keir_joyce@troweprice.com
keisha.graham@aig.com

keisuke.tsumoto@schroders.com
keisuke_koriyama@tr.mufg.jp
keisuke_miyoshi@mitsui-seimei.co.jp
keisuke_nishikawa@tr.mufg.jp
keisuke_saeki@mitsubishi-trust.co.jp
keisuke_seko@tr.mufg.jp
keisuke_utiyama@am.sumitomolife.co.jp
keisuke-fujii@am.mufg.jp
keisuke-shirasuka@am.mufg.jp
keita.miyamoto@black-river.com
keita.toda@jpmorgan.com
keita_ando@nochubank.or.jp
keita_itou@am.sumitomolife.co.jp
keitaro.furukawa@uk.mufg.jp
keitaro.kanai@ufj-partners.co.jp
keitaro-irie@am.mufg.jp
keith.a.condie@chase.com
keith.aleardi@pncbank.com
keith.anderson@soros.com
keith.bachman@db.com
keith.banks@columbiamanagement.com
keith.barnes@morleyfm.com
keith.becconsall@bbh.com
keith.behymer@53.com
keith.berry@barclaysglobal.com
keith.bewsey@lgim.co.uk
keith.bigwood@rabobank.com
keith.brinsmade@inginvestment.com
keith.buchanan@rsa-al.gov
keith.chan@alliancebernstein.com
keith.chen@aig.com
keith.cooper@mosnar.com
keith.cornelius@bellsouth.com
keith.cowan@bellsouth.com
keith.cressman@sunlife.com
keith.d.bell@jpmorgan.com
keith.davan@hcmny.com
keith.davies@barcap.com
keith.daviston@mbna.com
keith.de-vaz@sg.standardchartered.com
keith.devito@credit-suisse.com
keith.dionis@aig.com
keith.dondl@ge.com
keith.dull@alexanderkey.com

keith.e.hamilton@aibny.com
keith.eby@pncbank.com
keith.edwards@bmonb.com
keith.ellan@lgim.co.uk
keith.erwin@allegiantgroup.com
keith.feldman@uk.royalsun.com
keith.fortune@citi.com
keith.fujii@shinseibank.com
keith.gangl@thrivent.com
keith.garrison@trs.state.tx.us
keith.goodman@archipel.se
keith.hallberg@ibtco.com
keith.hartman@pncadvisors.com
keith.hembre@usbank.com
keith.hogan@pioneerinvestments.com
keith.hopkins@eu.nabgroup.com
keith.howard@4086.com
keith.hurley@thederbyshire.co.uk
keith.j.hopkins@wellsfargo.com
keith.jochims@med.ge.com
keith.kelsall@barclaysglobal.com
keith.kennedy@gecapital.com
keith.kuenzli@wamu.net
keith.lee@huntington.com
keith.leonard@treasurer.state.nc.us
keith.lovett@insightinvestment.com
keith.lyons@ers.state.tx.us
keith.mason@santandergbm.com
keith.mccutcheon@mbna.com
keith.mcdermott@longview-partners.com
keith.meixell@blackrock.com
keith.muir@scottishwidows.co.uk
keith.obyrne@iibbank.ie
keith.o'byrne@iibbank.ie
keith.patton@aberdeen-asset.com
keith.quinton@fmr.com
keith.r.grindlay@jpmorgan.com
keith.richardson@uk.tesco.com
keith.robinson@axa-im.com
keith.s.yuen@hkjc.org.hk
keith.schult@us.hsbc.com
keith.shapley@baesystems.com
keith.stafford@pilkington.com
keith.statfeld@ubsw.com

keith.stollery@ubs.com
keith.strong@ubs.com
keith.sutton@uk.fid-intl.com
keith.telesca@prudential.com
keith.tillman@nb.com
keith.w.grehan@aib.ie
keith.westhead@bp.com
keith.wright@bankofamerica.com
keith@blackrock.com
keith_baird@prusec.com
keith_c_lemmer@aon.com
keith_clement@westlb.co.uk
keith_creveling@americancentury.com
keith_dubauskas@ml.com
keith_gertsen@alliancebernstein.com
keith_hoffman@freddiemac.com
keith_jaret@ustrust.com
keith_lee@americancentury.com
keith_linde@scotiacapital.com
keith_luh@putnam.com
keith_marshall@freddiemac.com
keith_mccann@ml.com
keith_savard@scudder.com
keith_simon@glic.com
keith_skeoch@standardlife.com
keith_sullivan@ustrust.com
keithbu@us.ibm.com
keithcox@angloirishbank.ie
keithd.duffy@aig.com
keithespinosa@hotmail.com
keithgraham@quilter.co.uk
keithh@strsoh.org
keithpeck@mas.gov.sg
keitht@bgi-group.com
keiththompson@northwesternmutual.com
kejackson@wellington.com
keke.lee@ubs.com
kekoa.cash@ibtco.com
kel@bankinvest.dk
kelba@cdcna.com
kell.ow@schroders.com
keller.jw@mellonequity.com
kelley.brunssen@pnc.com
kelley.hewell@ers.state.tx.us

kelley.walker@cfgcustomers.com
kelley_welch@aimfunds.com
kelli.coster@bloomberg.net
kelli.elmer@uk.fid-intl.com
kelli.harris@swib.state.wi.us
kelli.joyce@blackrock.com
kelli.leffingwell@usaa.com
kelli_harris@freddiemac.com
kelli_king@am.fcnbd.com
kelli_kluttz@ntrs.com
kellie.chappell@prudential.com
kellie.craine@seattle.gov
kellie.lacey@uk.abnamro.com
kellie.manning@morganstanley.com
kellie.neuman@commerzbankib.com
kellie.veazey@aiminvestments.com
kellis@hbk.com
kelly.adair@ubs.com
kelly.bateman@rbccm.com
kelly.bramel@huntington.com
kelly.brennand@uk.fid-intl.com
kelly.byrne@inginvestment.com
kelly.calnan@fmr.com
kelly.campbell@blackrock.com
kelly.carlson1@usbank.com
kelly.chang@ubs.com
kelly.chen@email.chinatrust.com.tw
kelly.chin@db.com
kelly.chung@ap.ing.com
kelly.derrig@pimco.com
kelly.doggett@trs.state.tx.us
kelly.douglas@db.com
kelly.eckenrode@morganstanley.com
kelly.ehler@eddassoc.com
kelly.evans@bankofamerica.com
kelly.fitzgerald@lazard.com
kelly.fong@boh.com
kelly.hardeman@morganstanley.com
kelly.haslem@uk.fid-intl.com
kelly.hendricks@ftnfinancial.com
kelly.hennigan@inginvestment.com
kelly.hubert@aig.com
kelly.kelly@pncadvisors.com
kelly.knouzi@pncadvisors.com

kelly.kong@dexia-bil.com
kelly.l.beam@db.com
kelly.l.bowman@lowes.com
kelly.l.visser@jpmorgan.com
kelly.l.williams@ms.com
kelly.li@fmr.com
kelly.lord@fmr.com
kelly.malone@fhlbtopeka.com
kelly.morgan@fmr.com
kelly.newhall@trs.state.tx.us
kelly.ng@sg.fortis.com
kelly.p.davis@db.com
kelly.phillips@db.com
kelly.rinker@huntington.com
kelly.roberts@bwater.com
kelly.robin@jpmorgan.com
kelly.shea@augustus.co.uk
kelly.shephard@bankofamerica.com
kelly.socci@morganstanley.com
kelly.spiteri@lgim.co.uk
kelly.staines@drkw.com
kelly.theemling@impaccompanies.com
kelly.tomkinson@cpa.state.tx.us
kelly.torok@barclaysglobal.com
kelly.valli@prudential.com
kelly.ward@lazard.com
kelly.x.weston@jpmchase.com
kelly.yan@ap.nxbp.com
kelly@fhlb-of.com
kelly_a_peterson@vanguard.com
kelly_bruner@dpimc.com
kelly_burns@cargill.com
kelly_fogarty@prusec.com
kelly_forrest@calpers.ca.gov
kelly_j_butauski@victoryconnect.com
kelly_ko@nacm.com
kelly_lenahan@ml.com
kelly_m_mercy@bankone.com
kelly_morgan@putnam.com
kelly_rooney@ssga.statestreet.
kellycardwellresearch@fmr.com
kellygoh@gic.com.sg
kellygolds@bloomberg.net
kellyjack@bfusa.com

kellyjdaikoku@gic.com.sg
kellym@moorecap.com
kellym1536@aol.com
kelorincz@wellington.com
kelsey.a.byrne@dartmouth.edu
kelsey.johnson@mackayshields.com
kelsey.peterson@fmr.com
kelsey_carrington@vanguard.com
kelsey_chen@putnam.com
kelvin.lee@blb.de
kelvin.ng@icprc.com
kelvin.sze@blackrock.com
kelvin.tam@samsung.com
kelvin.wong@lehman.com
kelvin.yarker@nationwide.co.uk
kelvinlim@bankofny.com
kelvinlim@gic.com.sg
kely@danskebank.dk
kemal.keskin@disbank.com.tr
kemberton@alaskapermfund.com
kempton@browncapital.com
kemu01@handelsbanken.se
ken.adams@swipartnership.co.uk
ken.anderson@fmr.com
ken.austin@tcw.com
ken.black@firstcitizens.com
ken.bolich@wachovia.com
ken.bowling@db.com
ken.brown@aberdeen-asset.com
ken.campbell@longview-partners.com
ken.chikada@boj.or.jp
ken.day@thehartford.com
ken.fan@dkib.com
ken.fischl@fmr.com
ken.fried@glgpartners.com
ken.fu@moorecap.com
ken.fuller@pioneerinvest.com
ken.gerzina@fldfs.com
ken.haim@inginvestment.com
ken.heard@prudential.com
ken.hessel@inginvestment.com
ken.hockstein@inginvestment.com
ken.j.rouse@aib.ie
ken.johnson@coastalcorp.com

ken.johnson@criterion.com
ken.kaplan@wpginvest.com
ken.karl@ubs.com
ken.kashiwabara@fi.fukoku-life.co.jp
ken.kauffman@usbank.com
ken.keating@threadneedle.co.uk
ken.kishimoto@citadelgroup.com
ken.kishimoto@gs.com
ken.kodaira@mizuho-cb.com
ken.kojima@capitalglobal.com
ken.kroner@barclaysglobal.com
ken.lambden@schroders.com
ken.lester@nisanet.com
ken.lynch@bbh.com
ken.m.wallace@csam.com
ken.maeda@schroders.com
ken.mangiantini@harrisbank.com
ken.march@sunlife.com
ken.miller@pimco.com
ken.millman@barclaysglobal.com
ken.nguyen@ibtco.com
ken.nishimura@gecapital.com
ken.oberg@aiminvestments.com
ken.parch@ppmamerica.com
ken.parks@utc.com
ken.revell@kbcfp.com
ken.richard@brhlp.com
ken.rosenberg@ge.com
ken.salmon@micorp.com
ken.sauders@f-mtrust.com
ken.senecal@pioneerinvest.com
ken.shinoda@tcw.com
ken.spillane@statestreet.com
ken.spruell@janus.com
ken.spry@royal-london.co.uk
ken.stumphauzer@ftnmidwest.com
ken.stuzin@brownadvisory.com
ken.taubes@pioneerinvestments.com
ken.towers@rabobank.com
ken.tuchman@bofasecurities.com
ken.v.murnaghan@aib.ie
ken.visser@deshaw.com
ken.weddle@53.com
ken.weiss@lazard.com

ken.winston@pioneerinvestments.com
ken.winston@thehartford.com
ken.wren@sgam.co.uk
ken.x.thompson@jpmorgan.com
ken.yamaguchi@mitsui.com
ken.zabko@moorecap.com
ken.zhu@barclaysglobal.com
ken@bpviinc.com
ken@capitalgateway.com
ken@citadelgroup.com
ken@matchettcap.com
ken@primco.com
ken_barnes@fanniemae.com
ken_boertzel@nylim.com
ken_chilvers@ntrs.com
ken_christie@national.com.au
ken_dobbins@putnam.com
ken_forman@btconnect.com
ken_foy@invesco.com
ken_frier@hp.com
ken_griffin@conning.com
ken_ichi.yoshida@uk.btmeurope.com
ken_miller@cinfin.com
ken_mitsuta@mitsui-seimei.co.jp
ken_mitsutani@tr.mufg.jp
ken_ouchi@mitsui-seimei.co.jp
ken_perrone@nacm.com
ken_py_cheng@hkma.gov.hk
ken_selle@bankone.com
ken_sharma@putnam.com
ken_snyder@key.com
ken_yamaguti@am.sumitomolife.co.jp
ken_yanagihara@mitsubishi-trust.co.jp
kendal_greene@freddiemac.com
kendrick.wakeman@lazard.com
kengl@coastasset.com
kenglis6@ford.com
kengo.nakashima@sumitomocorp.co.jp
keng-swee.yeo@ubs-oconnor.com
kengsweekoh@dbs.com
kenheebner@capgrowthmgt.com
kenichi.ueda@daiwausa.com
kenichi.yoshida@uk.kokusai-am.co.jp
kenichi@dl.dai-ichi-life.co.jp

kenichi_fukui@tr.mufg.jp
kenichi_ito@tr.mufg.jp
kenichi_kuga@tr.mufg.jp
kenichi_takamura@suntory.co.jp
kenichi_takano@tr.mufg.jp
kenichi_yoshida@blackrock.com
kenichi-katsumata@am.mufg.jp
kenichiro.kasahara@mizuho-bk.co.jp
kenichiro.watanabe@axa.co.jp
kenji.a.nakamura@mizuho-cb.co.jp
kenji.arakawa@glgpartners.com
kenji.hashimoto@aa.com
kenji.hayashi@mizuhocbus.com
kenji.hirai@fi.fukoku-life.co.jp
kenji.hoki@baring-asset.com
kenji.iwamoto@mizuhocbus.com
kenji.kobayashi@mitsubishicorp.com
ken-ji.kok@sebam.de
kenji.watanabe@tokyostarbank.co.jp
kenji.yoshikawa@mizuho-cb.co.jp
kenji_aikawa@tr.mufg.jp
kenji_terada_ab@mail.toyota.co.jp
kenji_yoda@nochubank.or.jp
kenji-hama@am.mufg.jp
kenji-nishikawa@am.mufg.jp
kenjiro.ichiju@db.com
kenji-sekiguchi@am.mufg.jp
kenlau@daiwasbi.com.hk
kenley@bloomberg.net
kenli@bloomberg.net
kenlim@gic.com.sg
ken-matsu@nochubank.or.jp
kenmotih@po.jsf.co.jp
kenneallys@bernstein.com
kennedy.richardson@fmr.com
kennedy@pimco.com
kenneth.akintewe@aberdeen-asset.com
kenneth.barker@bailliegifford.com
kenneth.baynes@barcap.com
kenneth.blackwell@nationalcity.com
kenneth.chan@schroders.com
kenneth.chang@citadelgroup.com
kenneth.cheong@tudor.com
kenneth.conrad@micorp.com

kenneth.dicke@advantuscapital.com
kenneth.doiron@thehartford.com
kenneth.donohue@inginvestment.com
kenneth.dunn@msdw.com
kenneth.eirkson@pncbank.com
kenneth.fischbach@mbna.com
kenneth.flaherty@db.com
kenneth.gimbel@harrisbank.com
kenneth.grogan@corporate.ge.com
kenneth.hage@dnbnor.no
kenneth.harris@ubs-oconnor.com
kenneth.hau@lgt.com
kenneth.heavey@robecousa.com
kenneth.houghton@sunlife.com
kenneth.j.carey@usa.dupont.com
kenneth.j.libert@usa.dupont.com
kenneth.j.young@jpmorgan.com
kenneth.kadleck@firstmidwest.com
kenneth.karwowski@nationalcity.com
kenneth.koo@sscims.com
kenneth.korngiebel@columbiamanagement.com
kenneth.kosman@citadelgroup.com
kenneth.lampinen@nokia.com
kenneth.lee@pge-corp.com
kenneth.leighton@abnamro.com
kenneth.lo@aig.com
kenneth.macpherson@anfis.co.uk
kenneth.martin@fmr.com
kenneth.mayer@micorp.com
kenneth.mcatee@mizuho.com
kenneth.montgomery@pioneeraltinvest.com
kenneth.morge@delta.com
kenneth.nelson@usbank.com
kenneth.pittman@pnc.com
kenneth.r.talanian@jpmchase.com
kenneth.ricciardi@clamericas.com
kenneth.ruggiero@prudential.com
kenneth.satre@thrivent.com
kenneth.schmidt@nordlb.com
kenneth.spence@moorecap.com
kenneth.tovich@rbc.com
kenneth.trippe@glenmede.com
kenneth.weliczka@aig.com
kenneth.wood@anfis.co.uk

kenneth.worthington@us.cibc.com
kenneth.yuan@hk.fortis.com
kenneth.zinner@aiminvestments.com
kenneth@epsilonfunds.com
kenneth_baird@storagetek.com
kenneth_bogden@putnam.com
kenneth_brock@gmaccm.com
kenneth_chu@nylim.com
kenneth_diaz@acml.com
kenneth_frantzen@vangaurd.com
kenneth_gosier@putnam.com
kenneth_jacob@ml.com
kenneth_kubec@ssga.com
kenneth_liu@countrywide.com
kenneth_moreland@troweprice.com
kenneth_sk_ko@hkma.gov.hk
kenneth_sommer@nylim.com
kenneth_thomas@ustrust.com
kenneth_volpert@vanguard.com
kenneth_wong@putnam.com
kennethbazan@northwesternmutual.com
kennethgay@mas.gov.sg
kennethgoh@gic.com.sg
kennethlow@gic.com.sg
kennethp@fhlbsea.com
kennethw@premierfunds.co.uk
kenneyp@deshaw.com
kenny.chow@blackrock.com
kenny.earl@wellsfargo.com
kenny.graham@gartmore.com
kenny.klein@drkw.com
kenny.mcclain@morgankeegan.com
kenny.watson@resolutionasset.com
kenny_king@exchange.ml.com
kenoch@hcmlp.com
kenright@mfs.com
kenro.arimoto@jp.calyon.com
kenshi-kuraya@am.mufg.jp
kent.bailey@hcmny.com
kent.born@ppmamerica.com
kent.crosland@ubs.com
kent.deeter@infarmbureau.com
kent.dockum@midfirst.com
kent.figy@huntington.com

kent.gladding@citizensbank.com
kent.hogshire@blackrock.com
kent.knudsen@mutualofomaha.com
kent.l.womack@tuck.dartmouth.edu
kent.lillick@ftnmidwest.com
kent.mitchell@commercebank.com
kent.mortensen@thrivent.com
kent.nelson@raymondjames.com
kent.shibata@daiwausa.com
kent.usell@wamu.net
kent.walls@gmacrfc.com
kent.white@thrivent.com
kent.yang@sgcib.com
kent@buffalofunds.com
kent_adams@aul.com
kent_booth@fanniemae.com
kent_cy_chen@hkma.gov.hk
kent_finkle@ssga.com
kent_hargis@bernstein.com
kent_iversen@jyskebank.dk
kent_wentworth@bankone.com
kenta.fukudome@shinseibank.com
kentan@daiwa-am.com.sg
kentaro.ujiie@tokyostarbank.co.jp
kentaro_kikuchi@tr.mufg.jp
kentaro_shimizu@tr.mufg.jp
kentarou.akashi@mizuhocbus.com
kentarou.noguchi@shinseibank.com
kentarou.sakai@nisshinfire.co.jp
kenth.petersson@inv.spp.se
kenton.bottoms@kyret.com
kenwang@cathaylife.com.tw
kenwong@bloomberg.net
kenya.fujita@fi.fukoku-life.co.jp
kenya.koshimizu@mizuho-cb.co.jp
kenya_shitara@nochubank.or.jp
ken-yamauchi@am.mufg.jp
kenza-takeuchi@nochubank.or.jp
kenzo_umetani@tr.mufg.co.jp
kenzy.haslam@blackrock.com
keo@dodgeandcox.com
keping.liu@arrowpointcap.com
kepresearch@list.lbb.de
kepshteyn@ssrm.com

kepstein@ssrm.com
ker@dodgeandcox.com
ker_moua@vanguard.com
kerckhoc@deshaw.com
kerekesm@otpbank.hu
kerekgyartoi@otpbank.hu
kerensa.beech@uk.fid-intl.com
kerg@bloomberg.net
keri.gallant@ibtco.com
keri.spanbauer@thrivent.com
kericsson@statestreet.com
kerim.kaskal@ap3.se
kerim.kaskal@brummer.se
kerin@ymcaret.org
keriotis.cf@dreyfus.com
keros.bragagnolo@sarasin.ch
kerrar.kulak@bcp-bank.com
kerri.donovan@harrisbank.com
kerri.pacello@ubs.com
kerri.russell@uk.bnpparibas.com
kerrie_la_fleur@freddiemac.com
kerrigan.procter@lgim.co.uk
kerrine.kohps@uobgroup.com
kerry.anwander@robecousa.com
kerry.briscoe@gs.com
kerry.byrne@asbai.com
kerry.davison@bankofbermuda.com
kerry.guthrie@selective.com
kerry.ireland@aberdeen-asset.com
kerry.leow@sg.fortis.com
kerry.logan@aegon.co.uk
kerry.m.maccarthy@aib.ie
kerry.meanwell@sgcib.com
kerry.o'brien@valero.com
kerry.p.gilmore@jpmorgan.com
kerry.reilly@bwater.com
kerry.tenkate@insightinvestment.com
kerry.thomas@mnco.com
kerry.van.orden@morganstanley.com
kerry.wann@db.com
kerry_bissell@ldn.invesco.com
kerry_dannenberg@ctxmort.com
kerry_fogarty@prusec.com
kerry_obrien@swissre.com

kersch@bloomberg.net
kersten.kaden@db.com
kersten.magdanz@lbb.de
kerstin.claesson@nordea.com
kerstin.cremer@sk-koeln.de
kerstin.gottsleben@teamstatestreet.com
kerstin.junker@ib.bankgesellschaft.de
kerstin.koehler@westlb.de
kerstin.kruse@haspa.de
kerstin.landau@dit.de
kerstin.laser@oppenheim.de
kerstin.lilla@solvay.com
kerstin.milberg@hsbctrinkaus.de
kerstin.ohle@dghyp.de
kerstin.raczuhn@sparkasse-koelnbonn.de
kerstin.reinsbach@lbbw.de
kerstin.scholtis@kfw.de
kerstin.suwald@db.com
kerstin.terhardt@hsbctrinkaus.de
kerstin_ramstrom@ssga.com
keryne.flaherty@ibtco.com
keshava.shastry@barclaysglobal.com
kesi.gibson@db.com
kespelman@wellington.com
kessig@bloomberg.net
kessouli@cmcic.fr
ket@baupost.com
ketan.gada@barclaysglobal.com
ketan.raja@igfgam.com
ketanmistry@gic.com.sg
ketish.pothalingam@threadneedle.co.uk
k-etoh@jabankfukuoka.or.jp
ketover@ellington.com
kettyc@bankisrael.gov.il
keumdeok.shin@samsung.com
keumjm@bok.or.kr
keval.gudka@fidelity.com
kevan.comstock@ubs.com
kevans@copera.org
kevbrennan@bankofny.com
kevin.abreu@fidelity.com
kevin.aepli@barcap.com
kevin.arnold@db.com
kevin.b.choi@bankofamerica.com

kevin.barger@pncadvisors.com
kevin.barker@ubs.com
kevin.barry@credit-suisse.com
kevin.barry@lgim.co.uk
kevin.bass@ubs-oconnor.com
kevin.bauer@exar.com
kevin.begley@ibtco.com
kevin.berger@nordlb.com
kevin.birmingham@pncbank.com
kevin.bliss@db.com
kevin.borisenko@pnc.com
kevin.brennan@bwater.com
kevin.bridger@drkw.com
kevin.brimmer@thrivent.com
kevin.brodbeck@db.com
kevin.buhse@bnymellon.com
kevin.burley@bbg.co.uk
kevin.burns@bnpparibas.com
kevin.buschhold@hsbcib.com
kevin.c.walsh@bankofamerica.com
kevin.carlson@thrivent.com
kevin.casey@robecousa.com
kevin.cavanaugh@rbsgc.com
kevin.cavolo@intesasanpaolo.com
kevin.chan@pimco.com
kevin.cheah@fortisinvestments.com
kevin.chen@alliancebernstein.com
kevin.chessum@lgim.co.uk
kevin.chin@db.com
kevin.christensen@vankampen.com
kevin.clark@mizuhocbus.com
kevin.clements@53.com
kevin.coleman@unisys.com
kevin.collins@pacificlife.com
kevin.comprelli@citadelgroup.com
kevin.coney@insightinvestment.com
kevin.copp@telekom.de
kevin.corrigan@gs.com
kevin.cronin@aiminvestments.com
kevin.cronk@columbiamanagement.com
kevin.crotty@allegiantgroup.com
kevin.curtiss@allianzinvestors.com
kevin.d.burns@bankofamerica.com
kevin.d.parnell@fmr.com

kevin.dalton@inginvestment.com
kevin.daly@aberdeen-asset.com
kevin.daney@mizuhocbus.com
kevin.delaney@pncadvisors.com
kevin.d'elia@ge.com
kevin.dinkel@lazard.com
kevin.doerr@scottishwidows.co.uk
kevin.dorey@abbey.com
kevin.drew@arbella.com
kevin.dubbink@huntington.com
kevin.duffy@bwater.com
kevin.duggan@fidelity.com
kevin.earley@fafadvisors.com
kevin.egan@morganstanley.com
kevin.elliott@fmr.com
kevin.etzel@csam.com
kevin.farr@nationwide.co.uk
kevin.faulcon@westernasset.com
kevin.fearnow@pnc.com
kevin.fernandez@aig.com
kevin.flood@db.com
kevin.floyd@morgankeegan.com
kevin.fong@bmonb.com
kevin.forhane@pimco.com
kevin.frain@mutualofamerica.com
kevin.franklin@barclaysglobal.com
kevin.g.goodwin@usa.dupont.com
kevin.gaffney@fmr.com
kevin.gamble@rsa-al.gov
kevin.gapp@morganstanley.com
kevin.giddis@morgankeegan.com
kevin.goode@pfpc.com
kevin.gore@westernasset.com
kevin.grady@conagrafoods.com
kevin.gray@pimco.com
kevin.hallagan@iibbank.ie
kevin.hardage@bbh.com
kevin.harper@hsbcgroup.com
kevin.healey@schwab.com
kevin.healy@schwab.com
kevin.henderson@shell.com
kevin.hight@dfafunds.com
kevin.hill@uk.fid-intl.com
kevin.hoffmansmith@tokyostarbank.co.jp

kevin.holden@boimail.com
kevin.holt@blackrock.com
kevin.hughes@greenpoint.com
kevin.hunter@tcw.com
kevin.huttner@alliancebernstein.com
kevin.i.burger@jpmchase.com
kevin.j.kao@gs.com
kevin.j.murray@citi.com
kevin.j.tuite@aibbny.ie
kevin.jeram@thehartford.com
kevin.jung@morganstanley.com
kevin.kaase@usaa.com
kevin.kehres@fortisinvestments.com
kevin.kelly@ftnfinancial.com
kevin.kelly@selective.com
kevin.kennedy@westernasset.com
kevin.klare@alliancebernstein.com
kevin.kleitz@morganstanley.com
kevin.klingert@morganstanley.com
kevin.kneafsey@barclaysglobal.com
kevin.koch@barclaysglobal.com
kevin.kwan@moorecap.com
kevin.laake@pnc.com
kevin.larkin@fhlb-pgh.com
kevin.lazenby@hp.com
kevin.lee@mackayshields.com
kevin.lema@columbiamanagement.com
kevin.lesage@wachovia.com
kevin.li2@jpmorgan.com
kevin.liang@pacificlife.com
kevin.lilley@rlam.co.uk
kevin.lincoln@trs.state.tx.us
kevin.lindholm@schwab.com
kevin.lohan@biam.boi.ie
kevin.loucks@wcmadvisors.com
kevin.lynesmith@juliusbaer.com
kevin.lyster@aegon.co.uk
kevin.m.aylward@jpmorgan.com
kevin.m.ellis@jpmchase.com
kevin.m.evans@db.com
kevin.m.fogarty@usa.dupont.com
kevin.m.martinez@jpmorgan.com
kevin.m.pleasant@db.com
kevin.m.white@morganstanley.com

kevin.m.young@bankofamerica.com
kevin.magda@aberdeen-asset.com
kevin.markgraf@swib.state.wi.us
kevin.martin@fhlbboston.com
kevin.martin@lacrosseglobal.com
kevin.mathews@fandc.com
kevin.matthews@lazard.com
kevin.max@axacs.com
kevin.mcateer@mackayshields.com
kevin.mccaleb@fmr.com
kevin.mccarey@fmr.com
kevin.mccloskey@ppmamerica.com
kevin.mccormack@bellsouth.com
kevin.mccormack@glgpartners.com
kevin.mccoy@db.com
kevin.mccreadie@pnc.com
kevin.mcentee@brfinancialgroup.com
kevin.mcgivern@xlgroup.com
kevin.mcgovern@asbai.com
kevin.mcgovern@natexisbleichroeder.com
kevin.mcgrath@daiwausa.com
kevin.mcintyre@ubs.com
kevin.mclaughlin@drkw.com
kevin.mclaughlin@rabobank.com
kevin.mcnulty@barclaysglobal.com
kevin.merritt@citadelgroup.com
kevin.michael@nbad.ae
kevin.moore@usaa.com
kevin.moose@inginvestment.com
kevin.morris@fandc.com
kevin.mullin@rabobank.com
kevin.myers@prudential.com
kevin.n.baker@jpmorganfleming.com
kevin.n.smith@uk.abnamro.com
kevin.neman@ukabnamro.com
kevin.nielsen@fmr.com
kevin.niu@email.chinatrust.com.tw
kevin.norris@drkw.com
kevin.o'connell@bbl.be
kevin.oconnell@dghyp.de
kevin.o'hare@lazard.com
kevin.oles@tudor.com
kevin.o'meara@prudential.com
kevin.overton@moorecap.co.uk

kevin.parker@db.com
kevin.patrick@us.hsbc.com
kevin.patula@citadelgroup.com
kevin.penner@wellsfargo.com
kevin.phelan@sunlife.com
kevin.pitt@wamu.net
kevin.r.abbott@us.hsbc.com
kevin.r.alger@jpmorgan.com
kevin.r.carey@db.com
kevin.r.ng@jpmorgan.com
kevin.rainbird@jpmorgan.com
kevin.reed@lpl.com
kevin.rendino@blackrock.com
kevin.richmond@wamu.net
kevin.riley@disney.com
kevin.rock.h46t@statefarm.com
kevin.rogers@citadelgroup.com
kevin.rowe@threadneedle.co.uk
kevin.rust@agribank.com
kevin.ryan@funb.com
kevin.schiatta@blackrock.com
kevin.schmitting@thrivent.com
kevin.scutt@insightinvestment.com
kevin.sembach@huntington.com
kevin.shannon@moorecap.com
kevin.shaughnessy@schwab.com
kevin.slebioda@pimco.com
kevin.slemp@fmr.com
kevin.smith.fiis@fmr.com
kevin.spires@westam.com
kevin.sprouse@edwardjones.com
kevin.starrett@citigroup.com
kevin.stitt@bankofamerica.com
kevin.storm@usbank.com
kevin.strauss@citicorp.com
kevin.sullivan@claridenleu.com
kevin.sweeney@mbna.com
kevin.sweeney@wachovia.com
kevin.taylor@aig.com
kevin.taylor@rabobank.com
kevin.telfer@aegon.co.uk
kevin.terhaar@ubs.com
kevin.thompson@barcap.com
kevin.to@impaccompanies.com

kevin.turner@nisanet.com
kevin.twomey@boigm.com
kevin.wagner@fmr.com
kevin.walker@nuveen.com
kevin.ward@providentnj.com
kevin.westerheide@commercebank.com
kevin.wilson@pncbank.com
kevin.wilson@rbccm.com
kevin.winters@pimco.com
kevin.wong@gs.com
kevin.x.corby@jpmchase.com
kevin.yates@insightinvestment.com
kevin.zhang@mizuhocbus.com
kevin.zhao@gs.com
kevin.zhu@thehartford.com
kevin@barclaysglobal.com
kevin@clinton.com
kevin@firsttryon.com
kevin@incomeresearch.com
kevin@moorecap.com
kevin@primco.com
kevin@ruanecunniff.com
kevin@sandlercap.com
kevin_alexander@keybank.com
kevin_antaya@conning.com
kevin_ayers@fanniemae.com
kevin_barger@vanguard.com
kevin_boler@ml.com
kevin_booth@ml.com
kevin_bormida@ml.com
kevin_carsley@vanguard.com
kevin_chapman@nacm.com
kevin_collins@invesco.com
kevin_connellan@notes.ntrs.com
kevin_cronin@putnaminv.com
kevin_divney@putnam.com
kevin_f_fitzgerald@scotiacapital.com
kevin_f_murphy@putnam.com
kevin_flynn@countrywide.com
kevin_hardy@ntrs.com
kevin_hennessey@conning.com
kevin_higgins@swissre.com
kevin_hogg@standardlife.com
kevin_hsu@putnam.com

kevin_ironmonger@blackrock.com
kevin_j_concannon@vanguard.com
kevin_j_mccullagh@fleet.com
kevin_j_sollitt@keybank.com
kevin_john@countrywide.com
kevin_kowalski@putnaminv.com
kevin_laughlin@vanguard.com
kevin_m_farrell@notes.ntrs.com
kevin_m_murphy@putnam.com
kevin_m_smith@nylim.com
kevin_mahon@countrywide.com
kevin_manacek@putnam.com
kevin_mastalerz@troweprice.com
kevin_mccabe@sumitomo.com
kevin_mckenna@ml.com
kevin_mish@troweprice.com
kevin_moore@invesco.com
kevin_mortimer@bankone.com
kevin_oconnell@nacm.com
kevin_odonnell@ntrs.com
kevin_o'shaughnessy@notes.ntrs.com
kevin_p_mccormack@notes.ntrs.com
kevin_palmer@freddiemac.com
kevin_petrovcik@invesco.com
kevin_ray@scotiacapital.com
kevin_schmidt@invesco.com
kevin_shapman@nacm.com
kevin_shinners@sachsenlb.ie
kevin_sid@americancentury.com
kevin_smith@standardlife.com
kevin_sowers@tigerconsumer.com
kevin_stowell@putnam.com
kevin_thaman@notes.ntrs.com
kevin_thompson@standardlife.com
kevin_tuttle@ssga.com
kevin_waden@putnam.com
kevin_went@progressive.com
kevin_winter@calpers.ca.gov
kevin_yang@troweprice.com
kevin_zhu@scudder.com
kevin-02452@email.esunbank.com.tw
kevin-04055@email.esunbank.com.tw
kevin1.kelly@usaa.com
kevina@caxton.com

kevinbilyard@d-m-r.co.uk
kevinbong@gic.com.sg
kevin-c.condon@ubs.com
kevinc.mcgovern@nationwide.co.uk
kevinc@mcm.com
kevinccb@bloomberg.net
kevin-douglas.stringer@ubs.com
kevinfellman@westfieldgrp.com
kevingaffney@bloomberg.net
kevingirts@tagfolio.com
kevini@loopcap.com
kevink@chelanpud.org
kevink@scm-lp.com
kevinkct@dbs.com
kevinkilduff@yahoo.com
kevinlam@dahsing.com
kevinm.walsh@biam.boi.ie
kevinmaher@bloomberg.net
kevinng@mas.gov.sg
kevinpang@mas.gov.sg
kevinq@firstindiana.com
kevinronayne@morganstanleyquilter.ie
kevintaybl@phillip.com.sg
kevwells@bankofny.com
kewe02@handelsbanken.se
kewh@norwich-union.co.uk
kewhite@wellington.com
kewjin.yuoh@alliancebernstein.com
keyes.m@mellon.com
keysha_page@troweprice.com
keyvan_alekasir@troweprice.com
keyyoung.lee@samsung.com
kezelman@pimco.com
kezhang@tiaa-cref.org
kezia.j.bauckham@jpmorgan.com
kf@capgroup.com
kf@dodgeandcox.com
kf@jyskebank.dk
kf@nationalbanken.dk
kfairbairn@firststate.co.uk
kfallon@blenheiminv.com
kfang@ftci.com
kfarina@angelogordon.com
kfarrell@yesbank.com

kfb@nykredit.dk
kfedoff@tiaa-cref.org
kfedosienko@tiaa-cref.org
kfeinberg@dsaco.com
kfeinberg@oppenheimerfunds.com
kfelsenheimer@meag.com
kfenelon@britannicasset.com
kfeuerman@caxton.com
kfh@capgroup.com
kfife@dlbabson.com
kfisher@smithbreeden.com
kfitz2@bloomberg.net
kfitzpatrick@federatedinv.com
kfitzsimmons@sandleroneill.com
kfleck@statestreet.com
kfleming@smithbreeden.com
kfloody@tiaa-cref.org
kflynn@wfgweb.com
kforbes@soam.com
kford@troweprice.com
kforte@sunamerica.com
kfoss@aegonusa.com
kfougere@seawardmgmt.com
kfowler@federatedinv.com
kfox@templeton.com
kfrancis@utendahl.com
kfranke@mfs.com
kfranklin@horizon-asset.co.uk
kfrazeur@canyonpartners.com
kfredericks@stephens.com
kfreytag@wellington.com
kfriedricks@kayne.com
kfritscher@bloomberg.net
kfujii@bloomberg.net
k-fujiwara@meijiyasuda.co.jp
kfukuma@nochubank.or.jp
kfuller@lordabbett.com
kfurgiule@turnerinvestments.com
kfurutani@canyonpartners.com
kfwong@bochk.com
kfyfe@jhancock.com
kgaffney@loomissayles.com
kgaffud@williamblair.com
kgagnon@williamblair.com

kgale@keybanccm.com
kganapuram@alaskapermfund.com
kgandre@nb.com
kgard@morganstanley.com
kgardner@hhhinfo.org
kgardner@westernasset.com
kgates@turner.com
kgau@waddell.com
kgaub@ther.com
kgeismore@tiaa-cref.org
kgensler@wescorp.org
kgentile@bostonprivatebank.com
kgesling@aegonusa.com
kgibbons@metlife.com
kgiboney@sirachcap.com
kgibson@clarkest.com
kgiles@aegonusa.com
kgill@lehman.com
kgj2@cornell.edu
kgk36@cornell.edu
kglass@federatedinv.com
kgleason@fdic.gov
kgluckman@alger.com
kgm@dodgeandcox.com
kgmccann@clearbridgeadvisors.com
kgoddard@capitaladv.com
kgoel@nb.com
kgoostree@sterne-agee.com
kgorny@westcapinv.com
kgouda@us.mufg.jp
kgough@massmutual.com
kgouka@bloomberg.net
kgrabmore@pacifictrust.net
kgrant@dubuquebank.com
kgray@cardcap.com
kgreeley@lordabbett.com
kgreenburg@opcap.com
kgreenwalt@gofen.com
kgreving@fbfs.com
kgriesshammer@meag.com
kgriffin@smithbreeden.com
kgrimes@fftw.com
kgrimmer@ayco.com
kgrossutti@viningsparks.com

kgrube@meag.com
kgso@statoil.com
kguest@drkw.com
kguggis@templeton.com
kgustafson@chicagoequity.com
kh.alamoudi@alahli.com
kh@dodgeandcox.com
kh@wmblair.com
kh1hall@bloomberg.net
kh96@ntrs.com
kha.eu@adia.ae
khaberman@voyageur.net
khacker@fhlbc.com
khackett@jhancock.com
khadija_zackria@freddiemac.com
khadine.clifford@ubs.com
khai@bnm.gov.my
khaines@holbridge.com
khairuddin.abdulhami@bia.com.bn
khairul.omar@bia.com.bn
khairuzin@bloomberg.net
khaledmh@kia.gov.kw
khalid.chaneb@caam.com
khalid.ghallali@caam.com
khalid.ghayur@hsbcam.com
khalid.khan@jpmorgan.com
khalifa@adia.co.uk
khall@fscnet.com
khall@halcyonllc.com
khall@petro-canada.ca
khall@refco.com
khalligan@cicny.com
khalvorson@aegonusa.com
khamadah@kio.uk.com
khambay.vankham@wellsfargo.com
khanda@nochubank.or.jp
khanek@csas.cz
khanh.nguyen@barclaysglobal.com
khanhngoc.tran@csam.com
khannell@metlife.com
khany@hanabank.com
kharemza@voyageur.net
kharford@sisucapital.com
kharris@denveria.com

khart@nationallife.com
k-hasegawa@ioi-sonpo.co.jp
khass@ftportfolios.com
khassou@frk.com
khatfield@uscentral.org
khathirat@westernasset.com
khatria@fhlbsf.com
khauben@jennison.com
khaugen@fhlbdm.com
khaw_poh_chai@meespierson.com.sg
khawchunlin@gic.com.sg
khayashi55@bloomberg.net
khazell@bloomberg.net
khcheong@bloomberg.net
khd@capgroup.com
khd@dodgeandcox.com
kheard@allstate.com
khector@gr.dk
kheffner@loomissayles.com
kheflin@soam.com
kheil_mcintyre@westlb.com
kheiry.amr@arabbank.co.uk
khelkenberg@mfs.com
khemanin@deshaw.com
khemauer@rwbaird.com
khenderson@smithbreeden.com
khendrickson@delinvest.com
khendrickson@wfgweb.com
khenghock.tan@schroders.com
khenghoe.ng@barclayscapital.com
khengsiang_ng@ssga.com
khenniga@bpop.com
kherold@oppenheimerfunds.com
kherrick@denveria.com
khg22@cornell.edu
khgrimes@wellington.com
khhwang@wooribank.com
khickey@stephens.com
khickman@bankofny.com
khiem.le@axa-im.com
khiem.le@caam.com
k-higawa@yasuda-life.co.jp
khightower@federatedinv.com
k-higuchi@zenkyoren-usa.com

khill@blackrock.com
khinds@snwsc.com
khines@federatedinv.com
khines@jhancock.com
khing-an.liem@nl.abnamro.com
k-hirai@nissay.co.jp
khiramoto@ifc.org
khirano@skckny.com
khirashima@btmna.com
k-hirose@nochubank.or.jp
khirsh@hbk.com
khm.na@adia.ae
khoa.a.tran@suntrust.com
khoa.dang@eurizoncapital.lu
khoa.phan@sscims.com
khoabane.phoofolo@barclaysglobal.com
khochwald@bloomberg.net
khoey@rwbaird.com
khogan@eatonvance.com
khoi.lebinh@lodh.com
khoi.n.tran@jpmorgan.com
kholm@danskecapital.com
kholmes@loomissayles.com
kholmes@standishmellon.com
kholness@jennison.com
khom@mfs.com
khonig@sunamerica.com
khooshih@temasek.com.sg
khopkins@bloomberg.net
khorsley1@bloomberg.net
khourican@fftw.com
khowe@nb.com
khoyle@treasury.state.al.us
khr@cgii.com
khr@ntrs.com
khr@ubp.ch
khrogers@bankofny.com
khrstich@canyonparters.com
khsu@microsoft.com
khtikian.d@tbcam.com
khu.eu@adia.ae
khua@tiaa-cref.org
khuddle@odec.com
khull@nb.com

khurram.chaudhry@csam.com
khursheed.b.shroff@jpmorgan.com
khushru.medhora@morganstanley.com
khwankaj@bot.or.th
khy@citicib.com.cn
khyap@wellington.com
khyati.x.sundaram@jpmorgan.com
khyl@nykredit.dk
khyra_killgo@freddiemac.com
ki.s.jung@dartmouth.edu
kiaheong@dbs.com
kian.esteghamat@jpmchase.com
kiantie.njauw@wamu.net
kibrickj@fhlbsf.com
kibum.kim@citicorp.com
kic@bloomberg.net
kiennguyen@temasek.com.sg
kieran.bristow@ilim.com
kieran.corr@ubs.com
kieran.curtis@morleyfm.com
kieran.dempsey@ercgroup.com
kieran.einersen@highbridge.com
kieran.fitzgerald@fandc.com
kieran.gifford@impaccompanies.com
kieran.hughes@westernasset.com
kieran.knaggs@gmam.com
kieran.roane@investecmail.com
kieran.rockett@boimail.com
kieran.x.oshea@us.ibm.com
kieran@gordian.co.uk
kieran_kearins@scudder.com
kierkegaard@jyskebank.dk
kieron.kelly@ge.com
kierstead.tm@tbcam.com
kig@bok.or.kr
kigawa@tominbank.co.jp
kiichiro_tamura@tr.mufg.jp
kijeun@bok.or.kr
ki-kawashima@ja-kyosai.or.jp
kikezawa@daiwasbi.co.jp
kiki.katsikas@ubs.com
kiki_macdonald@standardlife.com
kikogol@bloomberg.net
kikuchi.k@daiwa-am.co.jp

kikuchi_hirofumi@mail.asahi-life.co.jp
kikuchi_seiji@rk.smbc.co.jp
kikuchi-0g5s@jp.nomura.com
kikuchi19513@nissay.co.jp
kikuta@dl.dai-ichi-life.co.jp
ki-kuwabara@ja-kyosai.or.jp
kilbride.sh@tbcam.com
kilian.riviera@lodh.com
killeenw@biam.boi.ie
killer@bok.or.kr
kim.aupers@pggm.nl
kim.bechtel@ky.gov
kim.bennett@mbna.com
kim.berman@danskebank.dk
kim.blaser@rbscoutts.com
kim.catechis@swip.com
kim.chr@nordea.com
kim.cross@morganstanley.com
kim.dalby@oppenheim.de
kim.day@fmr.com
kim.dowdes@sunlife.co.uk
kim.duncan@uk.mizuho-sc.com
kim.evans@ucop.edu
kim.fahey@blackrock.com
kim.fox-moertl@credit-suisse.com
kim.galle@pioneerinvestments.com
kim.gillaspy@pimco.com
kim.goodwin@csam.com
kim.grubert@maersk.com
kim.haasbroek@pggm.nl
kim.hansson@nb.se
kim.hilgers@associatedbank.com
kim.howell@bg-group.com
kim.i.michalski@columbiamanagement.com
kim.jensen@nordea.com
kim.johannessen@glgpartners.com
kim.jones@mortgagefamily.com
kim.jupp@threadneedle.co.uk
kim.lau@lgt.com
kim.m.insoo@jpmchase.com
kim.magruder@citizensbank.com
kim.maichle@truscocapital.com
kim.mawdsley@morganstanley.com
kim.miller@fmr.com

kim.monstvil@ppmamerica.com
kim.moore@blackrock.com
kim.nguyen@mondrian.com
kim.nyvold@hsh-nordbank.com
kim.ohara@uboc.com
kim.pessala@evli.com
kim.pilgaard@nordea.com
kim.pintelon@nibcapital.com
kim.r.martin@aib.ie
kim.rellahan@oko.fi
kim.renners@ocas.com
kim.sarmotta@bbh.com
kim.shaffer@wachovia.com
kim.silberman@asbai.com
kim.steven.chaffart@citi.com
kim.suchy@abnamro.com
kim.thielemans@sgcib.com
kim.tilley@lazard.com
kim.tran@sscims.com
kim.vanderhoute@fortisbank.com
kim.white@moorecap.com
kim.williams@alliancebernstein.com
kim.wolborsky@nordstrom.com
kim.zapata@blackrock.com
kim@primco.com
kim_jones@freddiemac.com
kim_kt_chong@hkma.gov.hk
kim_mclanahan@putnam.com
kim_simmonds@blackrock.com
kim_sommers@ustrust.com
kima@capgroup.com
kimball.galbraith@capmark.funb.com
kimberlee.dieckhaus@morganstanley.com
kimberlee.h.kelly@bankamerica.com
kimberlee.h.kelly@bankofamerica.com
kimberley.cook@truscocapital.com
kimberley.fogg@moorecap.com
kimberley.frazier@prudential.com
kimberley.frazier@ubs.com
kimberley.stafford@pimco.com
kimberly.a.bingle@jpmorgan.com
kimberly.bernhardt@morganstanley.com
kimberly.c.harris@dartmouth.edu
kimberly.campbell@columbiamanagement.com

kimberly.cullen@pimco.com
kimberly.digregorio@fmr.com
kimberly.e.ryan@wellsfargo.com
kimberly.gillis@ge.com
kimberly.greene@asbai.com
kimberly.k.kwak@usa.dupont.com
kimberly.kehle@rbsgc.com
kimberly.keywell@harrisbank.com
kimberly.langell@wachovia.com
kimberly.m.murphy@jpmchase.com
kimberly.malik@4086.com
kimberly.mcmahon@harrisbank.com
kimberly.scott@phxinv.com
kimberly.skinner@huntington.com
kimberly.wetmore@nationalcity.com
kimberly@saadgroup.com
kimberly_a_bingle@bankone.com
kimberly_a_d'angelo@vanguard.com
kimberly_gluck@ssga.com
kimberly_h_johnson@fanniemae.com
kimberly_sousa@hvbamericas.com
kimberly_stockton@vanguard.com
kimberly_stokes@troweprice.com
kimberly_trani@scudder.com
kimberlyf@mcm.com
kimberlytan@gic.com.sg
kimble.skov@pimco.com
kimds@bok.or.kr
kimerly.guerrero@citigroup.com
kimgregori@sogeko.com
kimhhyuung@hanmail.net
kimhoon@bok.or.kr
kimhs@kfb.co.kr
kim-hung_li@hkma.gov.hk
kimia.zabetian@barclaysglobal.com
kimiaki.yamaguchi@tokyostarbank.co.jp
kimie.abe@schroders.com
kimie.sekine@citigroup.com
kimie.tsuchiya@schroders.com
kimiko.yamamoto@capitalglobal.com
kimiko-kurosu@am.mufg.jp
kimishima@daiwasbi.co.jp
kimj@calbt.com
kimjae@hhmi.org

kim-jee@bloomberg.net
kimjong63@hanmail.net
kimjunsung@gic.com.sg
kimjust@exchange.ml.com
kimmie@nbksg.com.sg
kimmo.lehto@keva.fi
kimmo.lempinen@oko.fi
kimmo.lilja@sampo.fi
kimmo.vuorinen@okobank.com
kimon.daifotis@schwab.com
kimshort@halifax.co.uk
kimsong@dbs.com
kimsw@bok.or.kr
kimth@danskecapital.com
kimura.tomonari@credit-suisse.com
kimura@daiwasbi.co.jp
kimura@nam.co.jp
kimura@nomail.com
kimura_koji@rk.smbc.co.jp
kimura02837@nissay.co.jp
kimyin@temasek.com.sg
kin.hong.yeong@nordlb.com
kin.lee@mn-services.nl
kin.liu@ge.com
kin@bankinvest.dk
kin_y_chung@fanniemae.com
kin833@dl.dai-ichi-life.co.jp
k-inadomi@nochubank.or.jp
king.lee@schroders.com
kingcheung@dahsing.com
kingdm@bloomberg.net
kingjk@nationwide.com
kingnj@bernstein.com
kingravallo@meag-ny.com
kingsley.wood@jpmchase.com
kinh-duong.pham@lombardodier.ch
kinn@bankofcanada.ca
kinoshita@daiwasbi.co.jp
kinoshita@nam.co.jp
kinya_okauchi@mitsubishi-trust.co.jp
kip.constantinou@bankofamerica.com
kip.knelman@lazard.com
kip_noser@bmc.com
kipp.schrage@ubs.com

kippinb@cba.com.au
kira.tsai@chinatrust.com.tw
kira@daiwa-am.co.jp
kiran.dave@ch.abb.com
kiran.gandhi@sebny.com
kiran.patel@glgpartners.com
kiran.saund@morganstanley.com
kiran.sujanani@highbridge.com
kiran_p_kini@fanniemae.com
kirby.brown@inginvestment.com
kirchoff_bill@fsba.state.fl.us
kirill.aleksandrov@tdsecurities.com
kirincic@blackrock.com
kirk.a.porter@firstar.com
kirk.belinfanti@bbh.com
kirk.feldhus@transamerica.com
kirk.fox@swib.state.wi.us
kirk.harrison@barcap.com
kirk.hartman@wellscap.com
kirk.jackson@capitalonebank.com
kirk.kim@transamerica.com
kirk.leung@barclaysglobal.com
kirk.lobb@usaa.com
kirk.mentzer@huntington.com
kirk@ardsley.com
kirk_a_schmitt@victoryconnect.com
kirk_d._freeman@hud.gov
kirk_ogren@cargill.com
kirkalexander@spinnakerasia.com
kirkhamaj@ensignpeak.org
kirkj@delaware.co.uk
kirkpark@uamc.com
kirna.smit@pggm.nl
kirsi.hirvonen@nl.abnamro.com
kirsteen.lothian@bailliegifford.com
kirsteen.melandri@threadneedle.co.uk
kirsteen.x.morrison@jpmchase.com
kirsten.beach@wolterskluwer.com
kirsten.brown@uk.bnpparibas.com
kirsten.connolly@pncbank.com
kirsten.discher@bremerlandesbank.de
kirsten.gut@swisslife.ch
kirsten.hansen@ibtco.com
kirsten.hansson@telenor.com

kirsten.meissner@hauck-aufhaeuser.lu
kirsten.schulz-lobeck@ubs.com
kirsten.stirling@aegon.co.uk
kirsten.stoll@vescore.com
kirsten@tk.thyssenkrupp.com
kirsten@watermarkgroup.com
kirstie.mcdonald@alliancebernstein.com
kirstie.turner@rabobank.com
kirstie_mcandrew@capgroup.com
kirstien@wharton.upenn.edu
kirstin.a.pumper@wellscap.com
kirstin.gardiner@ubs.com
kirstin.mobyed@travelrs.com
kirstine.lauritz@jpmorganfleming.com
kirstine.mcmillan@aig.com
kirsty.a.attridge@bob.hsbc.com
kirsty.allen@nordlb.com
kirsty.gage@nordlb.com
kirsty.jenkinson@fandc.com
kirtna.pai@morganstanley.com
kirwan@indigo.ie
kis@capgroup.com
kishan.pandey@ge.com
kishaq@delinvest.com
kishi@tudor.com
kishii@nochubank.or.jp
kishikawa@daiwa-am.co.jp
kishor.agrawal@swib.state.wi.us
kishore.yalamanchili@blackrock.com
kishy@bloomberg.net
kisoo.park@samsung.com
kisselev@vtb.ru
kissina@aigfpc.com
kisukok@hanabank.com
kit.boyatt@lazard.com
kit.x.lam@bankofamerica.com
kit.yee.martin@db.com
kitabayashi_mikio@mail.nikko.co.jp
kitagawa@ja-bank-fukui.or.jp
kitahara@daiwa-am.co.jp
kitamura@muis.com.hk
kitamura26732@nissay.co.jp
kitbro@safeco.com
kitched@nationwide.com

kitlee@tiaa-cref.org
kitm@scm-lp.com
kito@daiwasbi.co.jp
kitou02355@nissay.co.jp
kitou1@bloomberg.net
kitsouli@hhmi.org
kittipaj@bot.or.th
kittipom@bot.or.th
kitty.schoenstedt@union-investment.de
kitty_hy_lai@hkma.gov.hk
kitty-m.lee@ubs.com
kivancf@garanti.com.tr
kiverson@bass-net.com
kiwai@wellington.com
kiwama@ifc.org
kiwong@ftci.com
kiyofumi.tamei@shinseibank.co.jp
kiyofumi_yanagida@yamaguchibank.co.jp
kiyomori19521@nissay.co.jp
kiyonaga02426@nissay.co.jp
kiyoshi.miyake@mizuhocbus.com
kiyoshi.watanabe@boj.or.jp
kiyoshi_habiro@orix.co.jp
kiyoshi_kurakata@mitsui-seimei.co.jp
kiyoshi_yamada@tokaitokyo.co.jp
kiyoshi-ishigane@am.mufg.jp
kiyosi_matumoto@am.sumitomolife.co.jp
kiyoto.ido@boj.or.jp
kj.kim@hanabank.com
kj.vanackeren@trs.state.tx.us
kjackson@delinvest.com
kjaco@bloomberg.net
kjames@babsoncapital.com
kjames@lordabbett.com
kjamro@frk.com
kjanetzko@caxton.com
kjanke@aflac.com
kjaskol@amph.com
kjasmin@gwu.edu
kjb.ex@adia.ae
kjeffery@hfw1.com
kjeld.engberg@ubs.com
kjeld10@bloomberg.net
kjell-m.hjornevik@gjensidigenor.no

kjenner@troweprice.com
kjetil.bakken@fondsfinans.no
kjetil.melkevik@nordea.com
kjgraslewicz@leggmason.com
kjh@bankinvest.dk
kjh27@georgetown.edu
kjhang@bok.or.kr
kjhe03@handelsbanken.se
kjj59@hncbworld.com
kjlewis@aegonusa.com
kjmayer@wellington.com
kjno02@handelsbanken.se
kjoe@frk.com
kjohnso2@generaldynamics.com
kjohnson@fciadvisors.com
kjohnson@img-dsm.com
kjohnston2@bloomberg.net
kjonas@blackrock.com
kjor02@handelsbanken.se
kjordan@fhlbc.com
kjoseph@caxton.com
kjpignataro@na2.us.ml.com
kjs6010@bok.or.kr
kjsmith@aegonusa.com
kju@capgroup.com
kjulius@samsung.com
kjunious@fhlbc.com
kjwhite@bloomberg.net
kjz@capgroup.com
kk48@ntrs.com
kkabani@fhlbc.com
kkahn@nb.com
kkalebich@nb.com
kkalser@fdic.gov
kkane@swbank-stl.com
kkapadia@hcmlp.com
kkaplony@bloomberg.net
kkapoor@bbandt.com
kkara@bloomberg.net
kkaretnick@bloomberg.net
kkarlawish@bbandt.com
kkashimoto@bloomberg.net
kkata@fftw.com
kkatsube@boh.com

kkava@metlife.com
kkavajecz@wisc.edu
k-kawashima@nochubank.or.jp
k-kawate@ioi-sonpo.co.jp
kkayser@fultonfinancialadvisors.com
kkc@capgroup.com
kkearns@loomissayles.com
kkellerhouse@jhancock.com
kkellison@ustrust.com
kkelly@midatlanticcorp.org
kkelly1@metlife.com
kkemper@fnbaonline.com
kkenichi@nochubank.or.jp
kkent@bankofny.com
kkerr@evergreeninvestments.com
kkessler@maplebank.com
kketner@barbnet.com
kkhemraj@tiaa-cref.org
kkideckel@lnc.com
k-kikuhara@nochubank.or.jp
kkillmaster@dcmiglobal.com
kkillmaster@mail.state.il.us
kkim@eatonvance.com
kkim@frk.com
kkim@nb.com
kkirkpa@templeton.com
kkishi@sbcm.com
kkishiyama@trustbancorp.com
k-kitsugi@meijiyasuda.co.jp
kkkkk@freddiemac.com
kklee@keb.co.kr
kklegar@libertyview.com
kklegseth@payden-rygel.com
kklein@meag.com
kkliu@wharton.upenn.edu
kkluender@cwhenderson.com
kkn@carnegieam.dk
kknieriem@fnni.com
kko@mfs.com
kkoeferl@msfi.com
kkolev@teleos.com
kkolodzi@hcmny.com
kkonner@halcyonpartnerships.com
kkostoulas@alpha.gr

kkoumoulis@btmna.com
kkoyanagi2@sompo-japan.co.jp
kkozhin@vtb.ru
kkq@thamesriver.co.uk
kkraez@dlbabson.com
kkratz@browncapital.com
kkrousie@aegonusa.com
kkrouskas@worldbank.org
kkuag@allstate.com
kkubo@us.mufg.jp
kkuehn@ups.com
kkuhrt@arielinvestments.com
kkulanghat@cbk.com
kkunam@oppenheimerfunds.com
kkwan@lincap.com
kla@nbim.no
klaas.reedijk@abp.nl
klaas.van-imschoot@ingim.com
klabrams@wellington.com
klackey@evergreeninvestments.com
klackner@delinvest.com
klally@angelogordon.com
klam@allegiancecapital.com
klamark@federatedinv.com
klamo@statoil.com
klandis@mbna.com
klangholm@ssrm.com
klaplena@rhbco.com
klara.iskoz@fmr.com
klarrabee@providentmutual.com
klarson@tiaa-cref.org
klas.akerback@ap3.se
klas.axelman@sek.se
klas.eklund@seb.se
klas.lavemark@sca.com
klass.reedjik@abp.nl
klastermicheluser@company.com
klau@bankofny.com
klaud@wellington.com
klaus.albeck@de.bosch.com
klaus.bockstaller@ffandp.com
klaus.bohl@helaba.de
klaus.brachmann@wgv-online.de
klaus.breil@cominvest-am.com

klaus.brugger@zkb.ch
klaus.burger@vpbank.com
klaus.deppermann@bhf.ing.com
klaus.eberle@deka.de
klaus.gehrmann@wgz-bank.de
klaus.glaser@rkag.at
klaus.goeggelmann@swisscanto.ch
klaus.hahn@dws.com
klaus.jantti@brummer.se
klaus.jessen@basf-ag.de
klaus.junker@dekabank.de
klaus.kaldemorgen@dws.de
klaus.koehler@adidas.de
klaus.konrad@aam.de
klaus.krombass@rzb.at
klaus.kruse@haspa.de
klaus.lederer@lbbw.de
klaus.luepertz@trinkaus.de
klaus.mai@hvb.de
klaus.mehling@dit.de
klaus.michaelsen@dexia-bil.com
klaus.michaelsen@ikb.de
klaus.mutzl@activest.de
klaus.oster@dws.com
klaus.patig@commerzbank.com
klaus.peternell@bawag.com
klaus.pieper@sparkasse-bochum.de
klaus.reimer@cominvest-am.com
klaus.ripper@postbank.de
klaus.roettger@cominvest-am.com
klaus.sandner@dzbank.de
klaus.schlegel@telekom.de
klaus.schollenberger@dzbank.de
klaus.schreiner@westimmobank.com
klaus.spoeri@ubs.com
klaus.stamm@bundesbank.de
klaus.tappolet@dresdner-bank.ch
klaus.timpel@db.com
klaus.weiland@dekabank.de
klaus.wellershof@ubs.com
klaus.werner-link@cominvest-am.lu
klaus.wiener@amgam.de
klaus.winde@ahbr.de
klaus.wodsak@db.com

klaus.wrobel@bayernlb.de
klaus.zander@hypoverenisbank.de
klausdieter.bauknecht@ikb-cam.de
klaus-dieter.hoss@helaba.de
klausdieter.lesch@erstebank.at
klaus-dieter.nebendahl@hsh-nordbank.com
klaus-dieter.stassen@bhf-bank.com
klaus-j.boehm@basf-ag.de
klaus-michael.menz@trinkaus.de
klausnaefken@bloomberg.net
klaus-p.schmitz@dws.de
klaus-peter.eitel@kfw.de
klaus-peter.mueller@commerzbank.com
klaus-timm.voss@hsh-nordbank.com
klaus-ullrich.spiller@sparkasse-koelnbonn.de
klay@worldbank.org
klbshin@kbstar.co.kr
kleahy@pershing.com
kledbet@inc.com
kledel@jyskebank.dk
klee@browncapital.com
kleech@westernasset.com
klegg@lmfunds.com
klehman@metlife.com
kleiman@tfdincome.com
klemens_breuer@westlb.de
klemenz.huser@zkb.ch
klemesb@nationwide.com
klemley@centrabank.com
klemmer@loews.com
kleong@maybank.com.sg
kleung@bci.it
kleung2@templeton.com
klevesque@smithmgtllc.com
klf@bloomberg.net
klgr01@handelsbanken.se
klikoff@stanford.edu
klind@fftw.com
klind@nb.com
klindholm@husic.com
klindley@jennison.com
klingelp@strsoh.org
klingert@blackrock.com
kliton.duri@ppmamerica.com

klittlebear@lordabbett.com
kliu@chicagoequity.com
klivancm@bankofbermuda.com
klj@sitinvest.com
kljubina@bloomberg.net
kll@capgroup.com
klloyd@worldbank.org
klmcgrath@bloomberg.net
klo1@ntrs.com
kloewke@stanford.edu
kloome@troweprice.com
klopian@bankofny.com
klorenz@marcard.de
klorenz@tiaa-cref.org
klosken@bloomberg.net
klowe@evergreeninvestments.com
klowe@martincurrie.com
klpatric@bloomberg.net
klshaw@bankofny.com
klueken@crewsassoc.com
klught@strsoh.org
kluh@msfi.com
kluna@westernasset.com
klutito@qwest.com
kluyombya@bear.com
kly@westernasset.com
klynch@williamblair.com
km@dodgeandcox.com
km@sov.com
km000kim@hanmail.net
km24@ntrs.com
km85@ntrs.com
km97@ntrs.com
kma@statestreet.com
kma4@ntrs.com
kmaag@fmausa.com
kmacleod@martincurrie.com
kmadhavan@fhlbc.com
k-maeda@nochubank.or.jp
kmag@blenheiminv.com
kmagner@cordillera.com
kmahajan@wordbank.org
kmahon@metlife.com
kmainelli@russell.com

kmaki@dl.dai-ichi-life.co.jp
kmalmberg@fhlbatl.com
kmaloney@blackrock.com
kmalvey@fountaincapital.com
kmanfredi@jhancock.com
kmania@nbg.gr
kmanna@federatedinv.com
kmarca@hbk.com
kmarcus@martincurrie.com
kmarcus2@bloomberg.net
kmarkar@seic.com
kmarmara@bloomberg.net
kmarsha@frk.com
kmartens@alger.com
kmartin@century-bank.com
kmartin@loomissayles.com
kmartin@opers.org
kmasri@riyadhbank.com.sa
kmasse@panagora.com
kmatras@massmutual.com
kmatsuda@tiaa-cref.org
kmatsumoto@btmna.com
k-matsuyama@yasuda-life.co.jp
kmauer@babsoncapital.com
kmaynard@bloomberg.net
kmbarry@wellington.com
kmcalley@ustrust.com
kmcatamney@williamblair.com
kmccarthy@nb.com
kmccarty@barbnet.com
kmccloskey@federatedinv.com
kmccutcheon@websterbank.com
kmcdaniel@fhlbsea.com
kmcdermott@bankofny.com
kmcdonough@jhancock.com
kmcdonough@loomissayles.com
kmcdonough@sentinelfunds.com
kmcdowell@opers.org
kmcdowell@wellington.com
kmcging@usg.com
kmcgovern@hcmlp.com
kmcgovern3@bloomberg.net
kmcgroary@btmna.com
kmcgroary@us.mufg.jp

kmcguire@loomissayles.com
kmcintosh@millertabak.com
kmckay@dominickandominick.com
kmckee@delinvest.com
kmclardy@britannicasset.com
kmclean@roxcap.com
kmcnabb@farcap.com
kmcnair@bbandt.com
kmcquade@waddell.com
kmct@capgroup.com
kmcyntire@metlife.com
kmd@us.danskebank.com
kmead@mfs.com
kmeany@eatonvance.com
kmehrzad@wgtrading.com
kmeidl@westernasset.com
kmeyer@evergreeninvestments.com
kmeyer@lincap.com
kmh18@samsung.co.kr
k-miki@nochubank.or.jp
kmilsom@tudor.com
kminahan@us.ibm.com
k-miyabe@ioi-sonpo.co.jp
kmiyazaki@wellington.com
kmk@summitpartnersllc.com
kmkelly@delinvest.com
kmo.eu@adia.ae
kmo@nbim.no
kmoffatt@invest.treas.state.mi.us
kmomand@montag.com
kmonds@smithbreeden.com
kmonroe@waddell.com
kmonshaw@mdsass.com
kmooney@blackrock.com
kmoore@loomissayles.com
kmoore@nychdc.com
kmoore@pictet.com
k-morimoto@nochubank.or.jp
kmorris@unumprovident.com
kmosako@bloomberg.net
kmotohashi@sompo-japan.co.jp
kmousu@benchmark.at
kmowat@martincurrie.com
kmp@capgroup.com

kms1@ntrs.com
kms2@ntrs.com
kmsbok@bok.or.kr
kmstults@uss.com
kmudge@loomissayles.com
kmullark@allstate.com
kmurphy@snwsc.com
kmurphy@sunamerica.com
kmurray@bloomberg.net
kmurray@ellington.com
kmurray@ingfnc.com
kmurray@lincap.com
kmw@dodgeandcox.com
kmyler@bloomberg.net
kmyook@bok.or.kr
knadler@oppenheimerfunds.com
knafo.h@fibi.co.il
k-nagata@nochubank.or.jp
knaka@dl.dai-ichi-life.co.jp
k-nakagawa@bloomberg.net
knakai@uk.tr.mufg.jp
knaoshi@bloomberg.net
knatale@microsoft.com
knauer@ui-gmbh.de
knb242@cornell.edu
knealon@evcap.bm
knebel@fergwell.com
knecht.bernhard@rahnbodmer.ch
knechtelj@ms.com
knelson@ag-am.com
knelson@firstrust.com
knelson@skystonecapital.com
knewman@nylim.com
knewmark@loomissayles.com
knguyentaylor@bear.com
kni@vtb.ru
knishii@btmna.com
kniz.peter@slsp.sk
knm@danskebank.dk
knmo01@handelsbanken.no
knoe@presidiomanagement.com
knoguchi@daiwasbi.co.jp
knohdomi@tiaa-cref.org
knorwood@evergreeninvestments.com

knorzerandreasuser@company.com
knsivasu@templeton.com
knudsok@nationwide.com
k-numa@nochubank.or.jp
knut.griese@oppenheim.de
knut.herse@sachsenlb.de
knut.ivar.saatvedt@im.storebrand.no
knut.kobberstad@kap.norges-ba
knut.kuehnhausen@dzbank.de
knut.mager@schering.de
knut.moreth@feri.de
knut.mueller@credit-suisse.com
knut.steen@abgsc.no
knut.syrtveit@moa.norges-bank.no
knut-arne.alsaker@dnb.se
knute.ohman@citadelgroup.com
knut-n.kjaer@norges-bank.no
knutzen.el@mellon.com
ko.akiyama@db.com
ko.tseng@email.chinatrust.com.tw
ko.wk@dreyfus.com
ko@princeton.edu
koala-04400@email.esunbank.com.tw
koalast@vip.sina.com
kobake@bloomberg.net
kobata_keishi@kk.smbc.co.jp
kobayashi.a@daiwa-am.co.jp
kobayashi.k@daiwa-am.co.jp
kobayashi.takuma@kokusai-am.co.jp
kobayashi@nam.co.jp
kobayashi_katsuhiko@nn-holdings.com
kobayashi02905@nissay.co.jp
kobayashi18294@nissay.co.jp
kobayashi26289@nissay.co.jp
kobe.vanderstraeten@ie.dexia.be
koberwest@metzler.com
kobuse@atlanticinvestment.net
kocfa@yahoo.com
kochansk@blackrock.com
kochenn@aeltus.com
kochs@bloomberg.net
kochs@wellscap.com
koconnor@mws.com
kod@ubp.ch

koda_takashi@rk.smbc.co.jp
kodaira_masaaki@yk.smbc.co.jp
kodama@nam.co.jp
kodom@allstate.com
kodonnell@fftw.com
kodonnell@first-american.com
koe1@bloomberg.net
koei@halcyonllc.com
koeke@agf.fr
koelbel@dehaw.com
koele.jeff@principal.com
koen.brouckaert@dexia.be
koen.ceulemans@dexia.be
koen.d.hauwe@belgacom.be
koen.debelder@dexia.be
koen.desmecht@fortis.com
koen.drieskens@fortisbank.com
koen.ghijs@dexia.com
koen.molineaux@cazenove.com
koen.popleu@dexia-am.com
koen.tackx@proximus.net
koen.vandemaele@dexia-am.com
koen.vanderbracht@bbls.ch
koen.vandesteene@fortisbank.com
koen.verbraeken@commerzbank.com
koen.weemaes@fortis.com
koen.wulles@ingim.com
koen_godfried@artesia.be
koenigsaecker.brooke@principal.com
koenraad.goethals@agf.be
koeppel@zuam.ch
koevesb@otpalap.hu
kof@dodgeandcox.com
kofie@fhlbsea.com
kofteciioglug@tskb.com.tr
koh.hweefong@uobgroup.com
koh.keith@principal.com
koh.sweenguan@uobgroup.com
koh@bessemer.com
ko'hara@bbandt.com
kohashi@dl.dai-ichi-life.co.jp
kohashi-y@daiwasbi.co.jp
k-ohba@nochubank.or.jp
kohboonwee@gic.com.sg

kohei_tsuda@mitsui-seimei.co.jp
koh-hatazawa@am.mufg.jp
kohle@ebrd.com
kohler@adamsexpress.com
kohlt3@income.coop
koh-noda@kubota.co.jp
kohyeokthiam@gic.com.sg
koichi.obu@gb.smbcgroup.com
koichi.yamaguchi@ims.jti.co.jp
koichi_honda@gb.smbcgroup.com
koichi_ogawa@tr.mufg.jp
koichi-akiyama@nochubank.or.jp
koichi-kumaki@nochubank.or.jp
koichiro_ono@tr.mufg.jp
koike_masamichi@ra.smbc.co.jp
koizumi.takeshi@daido-life.co.jp
koizumi@daiwasbi.co.jp
koizumi-b4940031@jp.nomura.com
koji.aiyoshi@mizuhocbus.com
koji.ito@ufj-partners.co.jp
koji.kikuchi@nochubank.or.jp
koji.nishiwaki@mizuhocbus.com
koji.sakurai@mizuho-cb.co.jp
koji.takagi@shinseibank.com
koji_harada@mitsui-seimei.co.jp
koji_hashimoto@tr.mufg.jp
koji_hattori@tr.mufg.jp
koji_kaihatsu@mitsubishi-trust.co.jp
koji_kaihotsu@mitsubishi-trust.co.jp
kojima.keiji@kokusai-am.co.jp
kojima@nam.co.jp
kojima_isao@rk.smbc.jp
kojima_masaaki@mail.nikko.co.jp
kojima-0g23@jp.nomura.com
kojima-y@tominbank.co.jp
kojiro.maeo@mitsubishicorp.com
koji-uchida@am.mufg.jp
kokf@danskebank.dk
kokoszka@wellscap.com
kokou.topeglo@caam.com
kokou-agbo-bloua@gs.com
kokovova.dana@slsp.sk
koksal.coban@finansbank.com.tr
kokusai@amashin.co.jp

kolano.s@tbcam.com
kolbe.irving@glgpartners.com
kolber@koor.com
koldham@lkcm.com
kolin.mccarter@bmo.com
kolivier@tiaa-cref.org
kolja.sahm@hsh-nordbank.com
koloughlin@commonwealth.com
kolsen@blackrock.com
kolwja.alexander.zimmer@dghyp.de
kolyerr@hhmi.org
komal.misra@alliancebernstein.com
komal.sri-kumar@tcw.com
komatsu_shin@ay.smbc.co.jp
komatsui@bloomberg.net
komatusi@sin.nn-ja.or.jp
komiya@daiwa-am.co.jp
komori@us.mufg.jp
komori_seiji@yk.smbc.co.jp
komson.silapachai@trs.state.tx.us
komura@daiwa-am.co.jp
kon_kizunov@mfcinvestments.com
kon24375@nissay.co.jp
ko-nagasaki@ja-kyosai.or.jp
kondo.shigemichi.a2@daiichisankyo.co.jp
kondo@meiji-life.com
kondscha@de.ibm.com
koneal@hbk.com
koneil@cprus.com
kongdan@citic.com
kong-dong.zheng@ubs-oconnor.com
kongfk@st.com.sg
koni.tamratzi@lazard.com
konishia@mtbcny.com
konm@ebrd.com
kono_shigeyoshi@dd.smbc.co.jp
konrad.aigner@db.com
konrad.boszko@morleyfm.com
konrad.kleinfeld@nordlb.de
konrad.ledochowski@blackrock.com
konrad.vornhusen@kfw.de
konstantin.giantiroglou@ruedblass.ch
konstantin.kaloudis@idsffm.com
konstantin.katsalis@bkb.ch

konstantin.leidman@ubs.com
konstantin.nemnov@barclaysglobal.com
konstantin.principe@winterthur.ch
konstantin.tcherepachenets@bankofamerica.com
konstantin_stoev@putnam.com
konstantin_stoev@swissre.com
konstantinos_dafoulas@ssga.com
konstantinova@ef.gin.ru
kontani@dl.dai-ichi-life.co.jp
kooienga.mark@principal.com
kookmin@ma.kcom.ne.jp
koonnang.tse@pimco.com
koontzl@wpgonvest.com
koopse@bloomberg.net
koos.timmermans@mail.ing.nl
koosh@samsung.co.kr
kopanyisz@otpbank.hu
koral.anderson@gs.com
koray.hassan@threadneedle.co.uk
kordasstef@bloomberg.net
koreilly@terex.com
koren.richards@gcm.com
koreto@fideuramsgr.it
kori.sykiba@yahoo.com
kornel.schweers@cominvest-am.com
kornelius.klobucar@moorecap.co.uk
koroberts@vestarden.com
korpitsch@meinlbank.com
korteweg_arthur@gsb.stanford.edu
kosaka.jun@kokusai-am.co.jp
kosaka17932@nissay.co.jp
kosako@bloomberg.net
kosc0016@bloomberg.net
koshimizuibj@bloomberg.net
koslowski.christopher@snb.ch
kossolinski@btmna.com
kostas.halatsis@gmacrfc.co.uk
kostas.iordanidis@juliusbaer.com
kostas.nicolaou@axa-im.com
kosuke@nochubank.or.jp
kosuke_tsuchida@tr.mufg.jp
kosuke-kitamura@am.mufg.jp
kosuke-tsuchida@am.mufg.jp
kota_yamada@mitsubishi-trust.co.jp

kotani@btmna.com
kotaro.tanaka@shinseibank.com
kotaro_miyata@ldn.invesco.com
kotaro_shimamura@meijiyasuda.co.jp
kotera@daiwa-am.co.jp
kotichaa@hmc.harvard.edu
kotoyori_setsuya@yd.smbc.co.jp
kouhei.asai@mizuho-bk.co.jp
kouhei.nishikawa@shinseibank.com
kouhei_hasimoto@am.sumitomolife.co.jp
kouhei_satou@am.sumitomolife.co.jp
kouichi_okamoto@ajinomoto.com
kouichi_wachi@mitsui-seimei.co.jp
kouiti_hukuzumi@am.sumitomolife.co.jp
kouji.sugita@tokyostarbank.co.jp
kouji_kawaguchi@tokaitokyo.co.jp
kouji_sasaki@yamaguchibank.co.jp
kouji_takahashi@mitsui-seimei.co.jp
kounishi@daiwa-am.co.jp
kousa@bloomberg.net
kousaku.nakanishi@uk.mufg.jp
koushasai@daiwa-am.co.jp
kousinioris.g@bimcor.ca
kousuke_kanazashi@mitsui-seimei.co.jp
kouta_kanno@am.sumitomolife.co.jp
koutari02866@nissay.co.jp
koutarou_satou@tokaitokyo.co.jp
kov@nbim.no
kovachs@dresdner.com
kowalishin@aigfpc.com
koyakumaru18801@nissay.co.jp
koyanagi_yoshifumi@dn.smbc.co.jp
ko-yoshida@ufjtrustbank.co.jp
kozaki22685@nissay.co.jp
kozo.goto@ntt-finance.co.jp
k-ozono@meijiyasuda.co.jp
kozovich@pimco.com
kozsolak@leggmason.com
kp44@ntrs.com
kpa.tr@adia.ae
kpa@summitpartnersllc.com
kpaich@fult.com
kpaige@jennison.com
kpancholi@broadwaybankchicago.com

kpapson@bostonprivatebank.com
kparke@mfs.com
kparker@bradfordmarzec.com
kparker@payden-rygel.com
kparsipour@pictet.com
kpartesano@websterbank.com
kpatel2@allstate.com
kpatrick@aegonusa.com
kpatriquin@loomissayles.com
kpeetz@bankofny.com
kpeitlschmidt@meag.com
kpenginco@metrobank.com.ph
kperry@loomissayles.com
kperry1@yahoo.com
kperschetz@bloomberg.net
kpfisher@mcs-bank.com
kpfleeger@oppenheimerfunds.com
kphillips@fhlbatl.com
kpicache@apollocapital.com
kpinho@jefco.com
kpiskorowski@fftw.com
kpiznak@caxton.com
kpj1@ntrs.com
kplanta@ftci.com
kplinska@wellington.com
kploome@delinvest.com
kplumer@hcmlp.com
kpmadden@delinvest.com
kpo@sitinvest.com
kpoehls@fiduciarymgt.com
kpoetz@ftportfolios.com
kpope@concordiafunds.com
kpoutre@westernasset.com
kpozitsky@mandtbank.com
kpreloger@pwmco.com
kprowell@wellington.com
kpsuh@goodbank.com
kpuccio@mandtbank.com
kpugliani@swst.com
kpuglisi@soam.com
kpurnell@aegonusa.com
kquinn@mbna.com
kra.tr@adia.ae
krader@caxton.com

kradigan@bankofny.com
kraecke@investcorp.com
kraemer@dexia.de
krage@jyskebank.ch
krahn@mfs.com
kraig.s.struglia@usa.dupont.com
kraines.ben@nomura-asset.com
krakociova@lincap.com
kral03@handelsbanken.se
krantz@bloomberg.net
kranucci@stephens.com
kranzs@bernstein.com
krashad@anb.com.sa
krasne@atlanticinvestment.net
krasnikov@vtb.ru
krassimir.katev@aig.com
krast@fbw.com
kratochvilova.renata@slsp.sk
kraymond@loomissayles.com
krb@penntrust.com
krbj02@handelsbanken.se
krd@mofnet.gov.pl
kre@kbw.com
kredgate@metlife.com
kreece@davenportllc.com
kreed@hiberniabank.com
kregan@troweprice.com
kreim@rotafinansbank.com.tr
kreissman@ers.state.tx.us
krenfrew@tiaa-cref.org
kresch@pershing.com
kress.lynn@mellonequity.com
kressner_david@jpmorgan.com
kreynold@us.ibm.com
krhad@federatedinv.com
krice@worldbank.org
krichardson@deerfieldcapital.com
krigter@aegon.nl
krinstine.raimundi@inginvestment.com
kriordan@tiaa-cref.org
kris.demoerloose@fortisinvestments.com
kris.desmedt@drkw.com
kris.devos@ing.be
kris.dorr@ubs.com

kris.gozra@thederbyshire.co.uk
kris.grant.nne6@statefarm.com
kris.keltner@kochfinancial.com
kris.kowal@usa.dupont.com
kris.motmans@puilaetco.com
kris.temmerman@dexia-am.com
kris.wulteputte@snsreeal.nl
kris.yip@vtbeurope.com.sg
kris@gries.com
kris_krauel@ustrust.com
kris_rao@rsausa.com
kris_rouff@glenmede.com
kris_zimmer@ssmhc.com
krisanas@bot.or.th
krish.maheswaran@kbcfp.com
krisha_rangarajan@acml.com
krishan.gopaul@barclaysglobal.com
krishan.grover@bankofamerica.com
krishan_nagpal@hvbamericas.com
krishna.m.mangallampalli@bankofamierca.com
krishna.memani@db.com
krishna.prasad@fmr.com
krishna.varikooty@pnc.com
krishna_gudavalli@fanniemae.com
krishna_memani@putnam.com
krishna_soma@dpimc.com
krishnano@delaware.co.uk
krishnans@bankmuscat.com
krisiti.conway@ssmb.com
krissy.rands@seb.co.uk
krista.elliott@pimco.com
krista.kennedy@inginvestment.com
krista.mallary@transamerica.com
krista.valentino@morganstanley.com
krista.wilshusen@fmr.com
krista.young@deshaw.com
krista@720capital.com
kristel.adler@citigroup.com
kristel.devos@axa.be
kristel.talvar@hansa.ee
kristell.agaesse@barep.com
kristen.garton@pncbank.com
kristen.hayes@bbh.com
kristen.laughlin@ftnmidwest.com

kristen.luke@pimco.com
kristen.monson@pimco.com
kristen.oxenford@associatedbank.com
kristen.silva@citizensbank.com
kristen.singer@fmr.com
kristen.vonseggern@bms.com
kristen.walker@4086.com
kristen.weber@chase.com
kristen_saunders@den.invesco.com
kristen_walsh@troweprice.com
krister.jorneskog@afa.se
kristi.abbey@huntington.com
kristi.colburn@gecapital.com
kristi.elliot-heitman@pimco.com
kristi.feinzig@suncapadv.com
kristi.fisher@cpa.state.tx.us
kristi.guay@wcmadvisors.com
kristi.oquin@ftnmidwest.com
kristi.sontag@columbiamanagement.com
kristi.subramanian@pnc.com
kristi.vorce@trs.state.tx.us
kristi.whitewolf@pimco.com
kristi_richard@cargill.com
kristian.atkinson@fidelity.com
kristian.baney@pimco.com
kristian.erickson@corporate.ge.com
kristian.gerkman@evli.com
kristian.gevert@lazard.com
kristian.greisen@carnegie.dk
kristian.heugh@morganstanley.com
kristiina.karhos@okobank.fi
kristin.bradbury@barclaysglobal.com
kristin.engelberger@wachovia.com
kristin.foster@moorecap.com
kristin.hayden@morganstanley.com
kristin.manning@inginvestment.com
kristin.moschos@csam.com
kristin.peloso@ge.com
kristin.reece@inginvestment.com
kristin.reikvam@klp.no
kristin.ribic@silvantcapital.com
kristin.stathis@pgn.com
kristin.t.corwin@jpmorganfleming.com
kristin.yarema@novartis.com

kristin.young@bankofamerica.com
kristin@shenkmancapital.com
kristin_donahue@putnam.com
kristin_n_bevington@aul.com
kristin_nixon-donahue@putnam.com
kristin_stokan@3com.com
kristin_yeatman@bankofscotland.co.uk
kristina.aubin@nacm.com
kristina.burkey@baring-asset.com
kristina.callaghan@fmr.com
kristina.derosa@mizuhocbus.com
kristina.ganea@nordea.com
kristina.jobson@clamericas.com
kristina.junco@aiminvestments.com
kristina.kazarian@fmr.com
kristina.koutrakos@blackrock.com
kristina.krestva@jpmorgan.com
kristina.krsteva@jpmorgan.com
kristina.melin@swedbank.com
kristina.mimietz-paul@activest.de
kristina.riisberg@nordea.com
kristina.salen@fmr.com
kristina.schlett@lbbw.de
kristina.stookey@fmr.com
kristina.zucchi@corporate.ge.com
kristina_alley@ustrust.com
kristina_schnyder@swissre.com
kristine.jensen@telenor.com
kristine.kitts@columbiamanagement.com
kristine.lino-genin@morganstanley.com
kristine.ly@ibtco.com
kristine.mantey@wamu.net
kristine.smith@tcw.com
kristinh@bgi-group.com
kristinn.arnason@glitnir.is
kristjana.sigurdardottir@glitnir.is
kristjansson@glitnir.co.uk
kristof.abbeloos@shell.com
kristof.gleich@gs.com
kristof.kaldau@barclayscapital.com
kristofer.barrett@swedbankrobur.se
kristofer.lind@dnbnor.com
kristofer.ostberg@bankofamerica.com
kristofer.segerberg@soros.com

kristoffer.sundnes@klp.no
kristopher.carney@db.com
kristopher.heck@barclaysglobal.com
kristopher.r@grainger.com
kristopher_a_giardino@ssga.com
kristy.finnegan@inginvestment.com
kristy.fong@aberdeen-asset.com
kristy.hudson@ge.com
kristy.jones@us.hsbc.com
kristy.lynch@ubs.com
kristy.vrabel@farmcreditbank.com
kristy.wieggman@pnc.com
kristy.wierczorek@db.com
kristy_endo@putnam.com
kristy_sramek@hancockbank.com
krisztina.negret@fortisinvestments.com
kritter@westernasset.com
krizan.peter@slsp.sk
krkline@seic.com
krl23@cornell.edu
krlee@chb.co.kr
krm@capgroup.com
krm2@ntrs.com
krmb@capitalglobal.com
krobert@gapac.com
krobinson@roxcap.com
kroche@penncapital.com
krockey@ubs.com
kroemer@hellerfin.com
krogers@loews.com
krogers@mandtbank.com
krolson@nb.com
kroney@bloomberg.net
krongkarns@hsbc.co.th
kronstadt@dsaco.com
krooney1@metlife.com
krosenbloom@fftw.com
krosenzweig@peoplesbanknet.com
krossi@rentec.com
krostkowski@nb.com
krote@payden-rygel.com
kroth@allstate.com
krourke@hcmlp.com
krowbotham@templeton.com

krowland@jhancock.com
krr@capgroup.com
krs@eksportfinans.no
krsmith@statestreetkc.com
krueger.doug@principal.com
krueger@bloomberg.net
krueger_erik@fsba.state.fl.us
kruffing@meag.com
krunge@sterling-capital.com
krupa.desai@pnc.com
krupaco@bloomberg.net
krupal.raval@fmr.com
kruskal.hewitt@shinseibank.com
krussell@sterneagee.com
krussell@sterne-agee.com
kruszewr@stifel.com
krwright@aegonusa.com
kryan@dsaco.com
kryan@montag.com
kryan@nb.com
krys-rusoff@fergwell.com
krystal_wolf@ml.com
krystian.laszewski@bcv.ch
krystie.lei@sumitomotrust.co.jp
krystina.ters@infidar.ch
krzysztof.szczawinski@jpmorgan.com
ks.lee@statestreet.com
ks@cgii.com
ks@turnerinvestments.com
ks@us.ibm.com
ks0421@keb.co.kr
ks4@americancentury.com
ks657@cornell.edu
ks74@ntrs.com
ksaathoff@trmshedge.com
ksaba@jiadvisors.com
ksabet@frk.com
ksabir@deloitte.co.uk
ksabol@dsaco.com
ksabol@federatedinv.com
ksaha@scmadv.com
ksahlin@russell.com
ksakai10@sompo-japan.co.jp
k-sakurai@ikedabank.co.jp

ksalsbery@reamsasset.com
ksano@calstrs.com
ksato@uk.tr.mufg.jp
ksawa@bloomberg.net
ksbb@bloomberg.net
kscanlon@stephens.com
kscheidemantle@thebank.com
kschlachter@bartlett1898.com
kschmidt@hapoalimusa.com
kschmitz@mfs.com
kschoeb@vaudoise.ch
kschroder@tiaa-cref.org
kschultz@seacapinvests.com
ksebastian@mfs.com
kseder@essexinvest.com
ksees@dasny.org
kseiler@allstate.com
k-sekigu@yasuda-life.com.jp
k-sekiyama@taiyo-seimei.co.jp
kselle@deerfieldcapital.com
ksenia.tareva@rzb.at
kseniya_ryabchenko@nylim.com
kseses@kbstar.co.kr
kshahbaz@hcmlp.com
kshama_shetty@ssga.com
kshamta_kaushik@scotiacapital.com
kshannon@lmfunds.com
ksharkey@bear.com
ksharma@penncapital.com
kshatch@statestreet.com
kshea@loomissayles.com
ksheffield1@bloomberg.net
kshen@bankofny.com
kshepherd@europeancredit.com
kshepherd@frk.com
k-shibata@nochubank.or.jp
k-shinbu@nochubank.or.jp
kshinsaka@bloomberg.net
k-shirayama@nochubank.or.jp
kshishimi@wellington.com
kshitij.gill@lehman.com
kshitij.mittal@bnymellon.com
kshope@kbd.co.kr
ksiegel@ftci.com

ksimons@nb.com
ksin@bocusa.com
ksingh@halcyonllc.com
ksinha@caxton.com
ksiqueiros@tiaa-cref.org
ksk2@ntrs.com
ksk-gp.handel@t-online.de
ksking@wellington.com
kslade@bloomberg.net
ksleung@ctcbny.com
ksm.1023@wooribank.com
ksm.eu@adia.ae
ksmith@munder.com
ksmith@pimco.com
ksmith214@bloomberg.net
ksmith3@metlife.com
ksmolanoff@bloomberg.net
ksoderberg@millertabak.com
ksosnick@perrycap.com
ksowen@templeton.com
kspark@kdb.co.kr
kspellman@russellmellon.com
kspencer@oppenheimerfunds.com
kspero@ubspainewebber.com
ksprauer@bankofny.com
kss.ex@adia.ae
kssuh@wooribank.com
kstaneck@smithbreeden.com
kstangberg@bloomberg.net
kstarrs@ellington.com
kstefanski@sandleroneill.com
kstenger@mcleanbudden.com
kstephon@fsbperkasie.com
kstern@loomissayles.com
ksteward@img-dsm.com
kstokes@oppenheimerfunds.com
kstoll@sterling-capital.com
kstorer@jennison.com
kstrand@frk.com
kstrobel@aegonusa.com
kstrobl@bloomberg.net
kstrohmeier@wilmingtontrust.com
ksubramanian@worldbank.org
ksuda241813@po.yasuda.co.jp

k-sugita@nochubank.or.jp
ksuzuki13@sompo-japan.co.jp
ksw@bok.or.kr
ksw1@ntrs.com
kszersze@allstate.com
kszydlo@loomissayles.com
ktada@us.mufg.jp
k-takano@nochubank.or.jp
ktakao@daiwasbi.co.jp
ktakashi@cba.att.ne.jp
ktan@frk.com
ktanaka@nochubank.or.jp
ktaylor@bgcfx.com
ktayman@adb.org
ktayman@copera.org
ktb23@cornell.edu
ktb4@cornell.edu
ktburns@wellington.com
kteng@bankofny.com
kth@bok.or.kr
kthan@chb.co.kr
kthan@hanabank.com
kthankavelu@worldbank.org
kthiebaud@bluebonnetsavings.com
kthoma1@frk.com
kthurman@becu.org
ktimony@bear.com
ktjon@bloomberg.net
ktmatthews@duke-energy.com
ktn@nbim.no
kto@bankofthewest.com
k-toda@nissay.co.jp
ktoudouze@hcmlp.com
ktourevski@loews.com
ktownsend@capfed.com
ktracey@aamcompany.com
ktran@westernasset.com
ktroedsson@voyageur.net
ktrotman@thezenith.com
ktroup@martincurrie.com
ktroy@jhancock.com
ktse@angelogordon.com
k-tsuchizuka@nissay.co.jp
k-tsujita@taiyo-seimei.co.jp

ktsukada@nochubank.or.jp
ktts@capgroup.com
ktucker@uncb.com
ktucker@waddell.com
kturek@nb.com
kturner@cisco.com
kturnquist@aegonusa.com
ktwilliams@wellington.com
ktwist1@yahoo.com
ktyszko@voyageur.net
ktz@bkb.ch
ktzavras@eurobank.gr
ku_shin@bankone.com
kuahkwokbeng@gic.com.sg
kuan.oh@ubs.com
kuballth@cial.cic.fr
kubo@daiwa-am.co.jp
kubo@nam.co.jp
kubo_tetsuya@dn.smbc.co.jp
kubo4616@dl.dai-ichi-life.co.jp
kuboki19538@nissay.co.jp
kubota@daiwasbi.co.jp
kubotaj@fhlbsf.com
kubotani@nam.co.jp
kubotani02857@nissay.co.jp
kucheryavyav@evrofinance.com
kuchiyama2@bloomberg.net
kuchtyaa@jwseligman.com
kuc-krueger@bloomberg.net
kuehndorf.f@tbcam.com
kuejo1979@nochubank.or.jp
kuematsu@troweprice.com
k-uemura@nochubank.or.jp
kuga@tmam.co.jp
kuge02811@nissay.co.jp
kugjae.lee@samsung.com
kuhfahl@rentenbank.de
kuhnsam@fhlbcin.com
kuhnwaldt@nordinvest.de
kuihara-k@itochu.co.jp
kuihyunyou@hanabank.com
kujira@dl.dai-ichi-life.co.jp
kulasgf@aetna.com
kuldeep.koul@uk.fid-intl.com

kuldip.shergill@gartmore.com
kulhoff.birgit@rahnbodmer.ch
kulvinder.haire@glgpartners.com
kulvinder.mall@uk.fid-intl.com
kulvinder.sindhu@bmo.com
kumagai.y@daiwa-am.co.jp
kumagai@nam.co.jp
kumahara@daiwa-am.co.jp
kumar.ghosh@morleyfm.com
kumar.kirpalani@alliancebernstein.com
kumar.ramamoorthy@pharma.novartis.com
kumar.vemuri@db.com
kumaran.damodaran@pimco.com
kumari.perumal@resbank.co.za
kumhawoh@bok.or.kr
kumi.matsuoka@ubs.com
kumi.shinomiya@westernasset.com
kumiko.koyama@nokia.com
kumiko_kojima@tokaitokyo.co.jp
kumkong@dbs.com
kummy_wan@swissre.com
kun.deng@lazard.com
kunal.bhatia@citadelgroup.com
kunal.ghosh@barclaysglobal.com
kunal_ghosh@nacm.com
kungs@nybea.com
kunihiko.ookubo@mizuho-bk.co.jp
kunihiko_nakaji@tr.mufg.jp
kunihiro.manabe@lehman.com
kunihiro.tani@fi.fukoku-life.co.jp
kunihiro@dl.dai-ichi-life.co.jp
kunileem@shinhan.com
kunimasa.antoku@boj.or.jp
kunio.ishimori@shinseibank.com
kunitoki.shoji@sojitz.com
kunj.shah@abnamromellon.com
kunle.akintoye@insightinvestment.com
kuno@hby.dai-ichi-life.co.jp
kuntzdm@fhlbcin.com
kuoeric@mail.cbc.gov.tw
kuoj@hkbea.com
kuon@colognere.com
kuoyuling@chinalife.com.tw
kura@sin.is-ja.jp

kurahashi.kenichi@kokusai-am.co.jp
kuramoto@daiwasbi.co.jp
kurek_gregory@jpmorgan.com
kurihara.h@daiwa-am.co.jp
kurisaki@daiwasbi.co.jp
kurita@daiwa-am.co.jp
kuriu8587@intra.cosmo-sec.co.jp
kuriyama@daiwasbi.co.jp
kuroda@muis.com.hk
kuroda@nam.co.jp
kuroki.a@daiwa-am.co.jp
kuroki@daiwa-am.co.jp
kuroki@nam.co.jp
kurosawa@mtbcny.com
kurot@dl.dai-ichi-life.co.jp
kurt.b.harrison@bofasecurities.com
kurt.baer.3@credit-suisse.com
kurt.baer@akb.ch
kurt.baur@uk.abnamro.com
kurt.becker@hyporealestate.de
kurt.billick@ubs.com
kurt.carlson@prudential.com
kurt.carlson@thrivent.com
kurt.cubbage@himco.com
kurt.daum@aig.com
kurt.dodds@blackrock.com
kurt.edmark@xlgroup.com
kurt.franklin@jpmorganfleming.com
kurt.fredland@aig.com
kurt.gheysen@fortisbank.com
kurt.hardt@ksk-bc.de
kurt.havnaer@columbiamanagement.com
kurt.hocker@uboc.com
kurt.janssens@fortis.com
kurt.jarnagin@drkw.com
kurt.klimenko@barclaysglobal.com
kurt.koehler@vbl.de
kurt.kotzegger@rkag.at
kurt.kreienbrink@thrivent.com
kurt.kringelis@inginvestment.com
kurt.lauber@thrivent.com
kurt.lichtman@moorecap.com
kurt.lin@cunamutual.com
kurt.luttenauer@lgt.com

kurt.marquetant@lbbw.de
kurt.moser.apvj@statefarm.com
kurt.muntwiler@siemens.com
kurt.niemietz@frostbank.com
kurt.nyman@thehartford.com
kurt.oberhaensli@credit-suisse.com
kurt.oppermann@inginvestment.com
kurt.oswald@tkb.ch
kurt.pongratz@dgzbank.de
kurt.rohr@sarasin.ch
kurt.rust@allstate.com
kurt.schansinger@blackrock.com
kurt.schappelwein@rcm.at
kurt.schoergendorfer@novartis.com
kurt.schoergendorfer@sandoz.com
kurt.spiess@csam.com
kurt.traxler@hypo-ooe.at
kurt.williams@4086.com
kurt.won@barclaysglobal.com
kurt@pauligroup.com
kurt_borgwardt@americancentury.com
kurt_hahn@fujibank.co.jp
kurt_haueter@swissre.com
kurt_j_ayling@vanguard.com
kurt_karl@swissre.com
kurt_stalzer@americancentury.com
kurt_umbarger@troweprice.com
kurt_vilio@westlb.co.uk
kurt_zihlmann@swissre.com
kurtis.holle@xlgroup.com
kurtis.kimmerling@bankofamerica.com
kurtis.stein@blackrock.com
kurtwilliamson@bankofny.com
kushagra_jain@ml.com
kushida-takehiro@mitsubishi-sec.co.jp
k-ushikubo@nochubank.or.jp
kushiro03178@nissay.co.jp
kusunoki-minako@mitsubishi-sec.co.jp
kusunose@nam.co.jp
k-utsumi@nissay.co.jp
kutxagest@sarenet.es
kuvaeva_e_e@veb.ru
kuwako@nochubank.or.jp
kuyehara@westernasset.com

kuyperm@cmcic.fr
kvang@loomissayles.com
kvangundy@opers.org
kvanheel@dow.com
kvanourny@aegonusa.com
kvh@oeresundsbron.com
kvonseel@generaldynamics.com
kvorisek@fmausa.com
kvsamueldbq@hotmail.com
kw@capgroup.com
kw@nbim.no
kwadwo.a.kwakwa@chase.com
kwagner@loomissayles.com
kwagner@nb.com
kwagner@schny.com
kwakkenbos@vpv.nl
kwaldmann@bloomberg.net
kwalker@loomissayles.com
kwall@coventrybuildingsociety.co.uk
kwallace@btmna.com
kwalters@chittenden.com
kwalters1@metlife.com
kwambach@allmerica.com
kwame.anochie@pimco.com
kwame.gadsby@credit-suisse.com
kwame_webb@troweprice.com
kwami.webson@us.hsbc.com
kwang@metlife.com
kwang_lee@bankone.com
kwarlick@jhancock.com
kwasi.dadzie-yeboah@fmr.com
kwatt@martincurrie.com
kwatters@standishmellon.com
kwbuese@aegonusa.com
kwc26@cornell.edu
kwe@gr.dk
kwedding@oppenheimerfunds.com
kweeger@sunamerica.com
kwee-peng.ong@aig.com
kweigel@aegonusa.com
kwek.miang.cher@icprc.com
kweldon@tiaa-cref.org
kwenberg@bloomberg.net
kwerle@genre.com

kwerle@grneam.com
kwest@cdcixis-amau.com
kwest2@bloomberg.net
kwestphal@meag.com
kwhalen@vestarcapital.com
kwheeler@canyonpartners.com
kwhitehouse@metlife.com
kwhitney1@bloomberg.net
kwhitt@hestercapital.com
kwiatkow@pimco.com
kwiese@williamblair.com
kwiggins@fiduciary-trust.com
kwilcox@fhlbatl.com
kwilliam@banamex.com
kwilliams@wellington.com
kwilson@jbush.com
kwinkler@mbna.com
kwinston@oppenheimerfunds.com
kwli@bochk.com
kwn@atalantasosnoff.com
kwok.chern-yeh@aberdeen-asset.com
kwok.liu@ngtgroup.com
kwok.ng@shenkmancapital.com
kwokantc@abchina.com
kwokantc@abchina.com.hk
kwokhingliu@whbhk.com
kwokmun.cheong@schroders.com
kwok-on.fung@hk.ca-assetmanagement.com
kwoks@deshaw.com
kwolfgruber@oppenheimerfunds.com
kwon@ymcaret.org
kwong@fhlbc.com
kwonghong@dbs.com
kwonghonghuat@gic.com.sg
kwonkch@naver.com
kwonkyun.chung@verzon.net
kwoods@utendahl.com
kwoodson@ofiinstitutional.com
kwoody@globalt.com
kwosepka@bloomberg.net
kwosepka@standishmellon.com
kwoytowicz@babsoncapital.com
kwtse@bochk.com
kwu@mwamllc.com

kww8@cornell.edu
kwyckoff@fhlbatl.com
kxburke@bloomberg.net
kxk@capgroup.com
kxlj@pge.com
kxt@capgroup.com
kxw@columbus.com
kxyee@tiaa-cref.org
ky.nguyen@lodh.com
ky@dodgeandcox.com
kyabe@worldbank.org
kyagihasi@lf.mufg.jp
kyaguchi@bloomberg.net
kyamada@kayne.com
kyamada190904@po.yasuda.co.jp
k-yamaguchi@nissay.co.jp
kyamaguchi@nochubank.or.jp
k-yamazaki@nochubank.or.jp
k-yanagi@nochubank.or.jp
kyang@panagora.com
kyano@bloomberg.net
kyeung@meag-ny.com
kyghope@kbstar.co.kr
ky-ishii@ja-kyosai.or.jp
kyla_rivera@vanguard.com
kyle.barden@blackrock.com
kyle.bergstrom@tmgchicago.com
kyle.carlin@nisanet.com
kyle.colburn@westernasset.com
kyle.corigliano@hcmny.com
kyle.crandall@gm.com
kyle.daniel@moorecap.com
kyle.fan@tcw.com
kyle.fox@db.com
kyle.hollargregory@prudential.com
kyle.jennings@phxinv.com
kyle.johnson@wamu.net
kyle.johnston@blackrock.com
kyle.kloc@dws.de
kyle.koelbel@redwoodtrust.com
kyle.macgregor@bmonb.com
kyle.macmillens@blackrock.com
kyle.mcclements@blackrock.com
kyle.waldhauer@lazard.com

kyle.weaver@fmr.com
kyle.welch@stanford.edu
kyle_a_wyatt@fanniemae.com
kyle_dawkins@invesco.com
kyle_kelly@ssga.com
kyle_lynch@fanniemae.com
kyle_mallen@blackrock.com
kyle_mcdermott@putnam.com
kyle_mclean@scotiacapital.com
kyle_senk@hartfordlife.com
kylemorin@babsoncapital.com
kylew@wharton.upenn.edu
kylie.blackwood@chq.alstom.com
kylie.luszczynski@ubs.com
kyllikki.pankakoski@okobank.fi
kym.wilson@chase.com
kyndra.chaffin@alexanderkey.com
kyo.koyama@barclaysglobal.com
kyo@bok.or.kr
kyoko.tominaga@axa.co.jp
kyoko.yokooji@ntt-finance.co.jp
kyongkoo@kfb.co.kr
kyongsoo.noh@jpmorgan.com
kyoshikawa@dkb.com
kyoshin@bloomberg.net
kyosuke_takei@mitsubishi-trust.co.jp
kyousuke.shiotani@boj.or.jp
kyoya.nitta@mail.mol.co.jp
kyri.costi@uk.fid-intl.com
kyril@glgpartners.com
kyu.chay@alliancebernstein.com
kyu@princeton.edu
kyuen@mtr.com.hk
kyuho.han@prudential.com
kyuhyukpark@yahoo.co.kr
kyunghoonchang@hanabank.com
kyungmin877.kim@samsung.com
kyungsik1.lee@samsung.com
kyvan.tang@aberdeen-asset.com
kyy@capgroup.com
kzaiki@ibjus.com
kzaverdinos@amtrust.com
kzenner@kanaly.com
kzubari@gic.com.kw

kzyla@bankofny.com
l.aasheim@rorerasset.com
l.aquino@finter.ch
l.borji@afdb.org
l.brichetto@sace.it
l.bruni@aston-bond.com
l.chen@morganstanley.com
l.cigognini@caboto.it
l.currie@ncbc.com
l.debiasi@effegestioni.it
l.dellatorrepuliga@bipielle.it
l.deschamps@macsf.fr
l.devivo@promos.it
l.frijns@robeco.nl
l.gadreau@isica.fr
l.gasparini@sace.it
l.h.chooi@noemail.com
l.higgins@fnysllc.com
l.jacobs@fnysllc.com
l.kamhi@hermes.co.uk
l.kendrick.li@dartmouth.edu
l.lamberti@romagest.com
l.luzi@it.agusta.com
l.magnaghi@fineco.it
l.malatesta@crt.com
l.massimo@fineco.it
l.mastrodomenico@amsjv.it
l.meijaard@robeco.nl
l.millstein@aozorabank.co.jp
l.muller@bouwfonds.nl
l.musicco@italcementi.it
l.neuberg@lia-assetmanagement.lu
l.oorthuizen@gbf.nl
l.orlando@it.agusta.com
l.perrotta@olayangroup.com
l.ravensbergen@dpfs.nl
l.rd@dhbbank.com
l.rensch@robeco.nl
l.rossi@finter.ch
l.russo@barilla.it
l.schettino@aston-bond.com
l.segala@bipielle.it
l.serra@astonbank.com
l.siegel@fordfound.org

l.snoei@robeco.nl
l.strumpf@fordfound.org
l.swinkels@robeco.nl
l.tajana@capitalia-am.com
l.terreni@crsm.it
l.tonelli@olivetti.com
l.tyson@qic.com
l.valeri@apioil.com
l.willing@heineken.com
l.yee@fnysllc.com
l_rquejido@bancourquijo.es
l_sabatino@putnam.com
l_ussia@bancourquijo.es
l5b@americancentury.com
la_fatas@lloydadriatico.it
la27@ntrs.com
laam@capgroup.com
laan06@handelsbanken.se
lab@dodgeandcox.com
labaumann@wellington.com
labdelli@bloomberg.net
labe@nykredit.dk
laberman@nb.com
labinet@bloomberg.net
laborde@bordier.com
labow@bloomberg.net
lacers1@mindspring.com
lachenmayerb@bwbank.ie
lachlan.cooper@hk.abnamro.com
lachlan.french@barclaysglobal.com
lachlan.macquarie@sscims.com
lachlan_callander@au.invesco.com
lachlan_griffiths@bnz.co.nz
laci.smith@pimco.com
lackey.s@mellon.com
lacy.letenoff@pncbank.com
lacyp@biam.boi.ie
laderick.daniels@statestreet.com
ladislas.paszkiewicz@totalfinaelf.com
ladner.sd@tbcam.com
ladonna.cooper@pncadvisors.com
lae@ubp.ch
laeggleston@statestreet.com
laetitia.dourin@glgpartners.com

laetitia.jamme@bnpparibas.com
laetitia.perron@caam.com
laetitia@rentec.com
lag.cdu@adia.ae
lag@baupost.com
lagabriel@wellington.com
lahamed@fftw.com
lahariap@biam.boi.ie
lahaut@swissfp.com
laho@sek.se
lahrens@allstate.com
lai.ly@clf-dexia.com
lai.ly@sgam.com
lai@dodgeandcox.com
laida620@cathaylife.com.tw
laidesheng@citicib.com.cn
laila.gheith@db.com
laila.grimley@lazam.co.uk
laila.kollmorgen@bnpparibas.com
laila.madso@lansforsakringar.se
lai-ming.suen@morganstanley.com
laina_jenkins@ml.com
laiwei.boguet@rmf.ch
laiyan.wong@clamericas.com
laiyewfai@gic.com.sg
lajeunesse@bloomberg.net
lajimene@banxico.org.mx
lajk@capgroup.com
lak@ntrs.com
lakeady@wellington.com
lakef@mondrian.com
lakshman.harendran@morganstanley.com
lakshmikanthan.ravisankar@sg.standardchartered.com
lal@bnm.gov.my
lal@bspr.com
lal@dendanskebank.dk
lalantika.padmanabhan@pimco.com
laldea@rgonline.com
lalderman@divinv.net
lale.gursu@tcmb.gov.tr
lalee@btmna.com
lalexander@calnationalbank.com
lalit.bansal@fmr.com
lalit.narayan@tudor.com

lalitha.shivaswamy@citigroup.com
lallen@bokf.com
lallen@essexinvest.com
lallg@deshaw.com
lally.ross@morganstanley.com
lam@danskecapital.com
lamar.kinney@gecapital.com
lamberbr@cial.cic.fr
lambertk@lotsoff.com
lamberto.giusti@unicredit.it
lambertt@strsoh.org
lambm@brinson.com
lambski@bloomberg.net
lamere.df@mellon.com
lames@bostonprivatebank.com
lamkook@abchina.com.hk
lamlam.ng@jpmorgan.com
lamont_chichester@ml.com
lamont_g_morgan@fanniemae.com
lamoretf@bp.com
lampohmin@gic.com.sg
lamsyelaine@ocbc.com
lamyewling@gic.com.sg
lan.cai@aig.com
lana.moy@pimco.com
lana_taylor@putnam.com
lance.black@protective.com
lance.deluca@blackrock.com
lance.franke@slma.com
lance.heppleston@ubs.com
lance.hill@uk.abnamro.com
lance.marx@wellsfargo.com
lance.o'brien@us.hsbc.com
lance.r.graham@aib.ie
lance.whitewolf@pimco.com
lance.wolkow@black-river.com
lance@aplusmgmt.com
lance@rsa.state.al.us
lance_miller@invesco.com
landao@temasek.com.sg
landers.carnal@commercebank.com
landerson@westernasset.com
landon.parsons@gs.com
lane.herrington@bankofamerica.com

lanette.donovan@mackayshields.com
langhans.wolfgang@muenchener-verein.de
langley.e@mellon.com
langloip@jwseligman.com
languyen@stanford.edu
lanny.moelijanto@pimco.com
lanse@daviscapitalpartners.com
lans-goran.orrevall@inv.spp.se
lansty@standishmellon.com
lanthony@mfs.com
lantonelli@oppenheimerfunds.com
lanyee.chan@uboc.com
lanz.chan@ubs.com
lanzhang@jhancock.com
lao2@ntrs.com
l-aoyama@bloomberg.net
lap@dodgeandcox.com
lapa@gimpulsora.com.mx
laparrington@wellington.com
laptev@msk.vtb.ru
lar@capgroup.com
lara.gilman@fmr.com
lara.goodall@jpmorganflemings.com
lara.green-spector@ny.frb.org
lara.hall@suntrust.com
lara.meier@ubs.com
lara.morrisroe@fmr.com
lara.pizzimiglia@mediobanca.it
lara.schlegelmilch@credit-suisse.com
laragh.murphy@commerzbank.com
laraine.a.barabas@fhlb-pgh.com
laraine@rentec.com
larchiba@tiaa-cref.org
lard@danskecapital.com
larias@banxico.org.mx
larisa.dora@gwl.com
larisadakhis@tagfolio.com
larissa.knepper@ubs.com
laroht@nytimes.com
larpaia@caxton.com
larpino@bellevue.ch
larry.anderson@oppenheim.de
larry.b.mori@conocophillips.com
larry.banda@nationwide.co.uk

larry.bertan@alliancebernstein.com
larry.billimek@aiminvestments.com
larry.card@pacificlife.com
larry.desmond@fmr.com
larry.dunne@aberdeen-asset.com
larry.e.playford@jpmorgan.com
larry.eakin@allegiantgroup.com
larry.gibson@ubs.com
larry.h.lee@jpmorgan.com
larry.han@mizuhocbus.com
larry.harmon@membersunited.org
larry.heath@huntington.com
larry.holden@wamu.net
larry.hsu@email.chinatrust.com.tw
larry.ioffredo@asbai.com
larry.israel@columbiamanagement.com
larry.l.scholl@mortgage.wellsfargo.com
larry.lubitz@alliancebernstein.com
larry.mano@schwab.com
larry.mcadoo@db.com
larry.meding@morgankeegan.com
larry.mulligan@ffbc-oh.com
larry.powell@trs.state.tx.us
larry.rakers@fmr.com
larry.reitman@citigroup.com
larry.ring@fmr.com
larry.schaad@raymondjames.com
larry.seipelt@uboc.com
larry.shipman@morgankeegan.com
larry.stein@bbh.com
larry.thomas@edwardjones.com
larry.topper@wachovia.com
larry.tung@morganstanley.com
larry.v.adam@db.com
larry.valencia@umb.com
larry.vitale@moorecap.com
larry.williamson@chase.com
larry.wu@gmacrfc.com
larry.zhang@barclaysglobal.com
larry@oa.cmbchina.com
larry_a_lonis@bankone.com
larry_charbonneau@putnam.com
larry_cook@conning.com
larry_dale@fanniemae.com

larry_kirwan@bnz.co.nz
larry_luxenberg@glic.com
larry_puglia@troweprice.com
larry_ring@vanguard.com
larry_speidell@nacm.com
larry_ward@swissre.com
larrybernstein@earthlink.net
larryfeig@bloomberg.net
larryg@scm-lp.com
larrykeh@mas.gov.sg
larryr@aetna.com
larryr@csccu.com
larryrhodes@northwesternmutual.com
larrys@msfi.com
lars.a.persson@swedbank.com
lars.abat@nordea.com
lars.aberg@amfpension.se
lars.antman@foreningssparbanken.se
lars.bender@deka.de
lars.bokenberger@amfpension.se
lars.bro@nordea.com
lars.brorson@uk.fid-intl.com
lars.carlsen@dgbank-dip.de
lars.dahl@storebrand.com
lars.dahlhoff@de.rcm.com
lars.dalitz@ecb.int
lars.dybwad@nordea.com
lars.edler@oppenheim.de
lars.ersson@hiab.com
lars.gedlich@commerzbank.com
lars.grandell@aktia.fi
lars.hemmingsen@nordea.com
lars.hermann@commerzbank.com
lars.hermann@nordea.com
lars.hille@dzbank.de
lars.holskjaer@uk.mizuho-sc.com
lars.jaeger@partnersgroup.net
lars.johnsson@vattenfall.com
lars.juelskjaer@seb.se
lars.kalbreier@credit-suisse.com
lars.kristian.feste@dnbnor.no
lars.kristiansson@fip.se
lars.krohn@nordea.com
lars.lemonius@morganstanley.com

lars.lonnquist@if.se
lars.lovgren@dnb.se
lars.lundquist@swedbank.com
lars.meisinger@axa-im.com
lars.mulfinger@helaba.de
lars.niggeling@trinkaus.de
lars.norup@danskebank.dk
lars.olaf.odlund@foreningsspar-banken.se
lars.orest@ap3.se
lars.orrevall@skandia.se
lars.quandel@hsh-nordbank.com
lars.remer@nordea.com
lars.rickert@bhf-bank.com
lars.riis-kofoed@nordea.com
lars.rodert@inter-ikea.com
lars.romer@nordea.com
lars.schickentanz@mpsgr.it
lars.stoy@postbank.de
lars.stridde@lrp.de
lars.sundberg@dnb.se
lars.thuesen@nordea.com
lars.vambheim@nordea.com
lars.warg@nordea.com
lars.wieczorek@hsh-nordbank.com
lars.ziehn@dws.com
lars-almind@jyskebank.dk
lars-andreas.nilsen@nordea.com
larsen-ledet@jyskeinvest.dk
larserik.aarstad@dnbnor.no
larserik.hogh@nordea.lu
larsondc@bernstein.com
laschmidt@chubb.com
laschultz@wellington.com
lasdenj@wellsfargo.com
lasmond@bloomberg.net
lasse.aarto@okobank.com
lasse.andersen@zkb.ch
lasse.jensen@nordea.com
lasse.theimann@storebrand.com
lasusulu-teresa.peters@bbl.be
laszlo.heredy@farmersinsurance.com
laszlo.temesi@zkb.ch
lat@ubp.ch
latanya.savage@usa.dupont.com

latha.visvendran@baesystems.com
latha_ravinder@ci.richmond.ca.us
lathrus@barclaysglobal.com
lati.wells@pnc.com
lati_lelelit@ssga.com
latorrej@aetna.com
latr@danskebank.dk
latre@bancsabadell.com
latricia.dickson@aiminvestments.com
latronica@bwater.com
lattime@sbcm.com
lau@indover.nl
laube@danskebank.dk
lauber@bessemer.com
laubsch@us.ibm.com
lauer@bloomberg.net
lauge.sletting@northseacapital.com
laupuayhui@gic.com.sg
laura.a.blandford@jpmorgan.com
laura.a.jordan@jpmorgan.com
laura.adelman@ppmamerica.com
laura.alcabes@db.com
laura.algera@barclaysglobal.com
laura.altamura@bancaakros.it
laura.alter@harrisbank.com
laura.ambroseno@morganstanley.com
laura.angioni@bancaprofilo.it
laura.argentini@rbscoutts.com
laura.astegiano@ersel.it
laura.barragan@impaccompanies.com
laura.bertolini@am.generali.com
laura.bisconcin@bancaakros.it
laura.bottega@morganstanley.com
laura.brookins@ny.frb.org
laura.cagnina@ersel.it
laura.carrere@sgcib.com
laura.cavallaro@gestielle.it
laura.cereda@arcafondi.it
laura.chiappetta@harrisbank.com
laura.citarella@gcm.com
laura.coen.liq7@statefarm.com
laura.coen@weyerhaeuser.com
laura.coffey@53.com
laura.compagnoni@bnlmail.com

laura.cronin@sunlife.com
laura.dell'aquila@eni.it
laura.devlin@ubs-oconnor.com
laura.faller@nsc.ocm
laura.fantoni@italtel.it
laura.ferreri@sgss.socgen.it
laura.fiabane@mpsgr.it
laura.friedman@credit-suisse.com
laura.gabaglio@arcafondi.it
laura.gallacher@aegon.co.uk
laura.gavin@jpmorgan.com
laura.gearhart@thrivent.com
laura.giannotti@bpubanca.it
laura.gibbons@morganstanley.com
laura.gill@barclaysglobal.com
laura.gill@commerzbank.com
laura.gill@csam.com
laura.gotchova@uk.fid-intl.com
laura.granger@credit-suisse.com
laura.greiner@deshaw.com
laura.henderson-leather@barclaysglobal.com
laura.howard@morganstanley.com
laura.howenstine@fmr.com
laura.huxtable@lazard.com
laura.jevons@isisam.com
laura.l.boring@columbiamanagement.com
laura.lake@bankofbermuda.com
laura.louden@pnc.com
laura.luo@schroders.com
laura.marmorale@ubs.com
laura.miller@kyret.com
laura.mittnacht@gm.com
laura.morrison@soros.com
laura.moxon@uk.fid-intl.com
laura.nemeth@barclaysglobal.com
laura.norman@morganstanley.com
laura.odell@eagleasset.com
laura.ortiz@aig.com
laura.ostrander@columbiamanagement.com
laura.peres@barclaysglobal.com
laura.piscitelli@bankofengland.co.uk
laura.pittman@columbiamanagement.com
laura.reepmeyer@ppmamerica.com
laura.reimer@novartis.com

laura.salafranca@grupobbva.com
laura.sarlo@ny.frb.org
laura.schneider@db.com
laura.schultz@firstmidwest.com
laura.shaw@britannia.co.uk
laura.sirgiovanni@gs.com
laura.slater@credit-suisse.com
laura.spinosa@4086.com
laura.starr@fafadvisors.com
laura.terenzi@saras.it
laura.tiburzi@pnc.com
laura.tortosa@capitalia-am.com
laura.vandijk@lloydstsb.co.uk
laura.watts@capitalonebank.com
laura.weir@ny.frb.org
laura.wheeler@longview-partners.com
laura.white@gecas.com
laura.wicklander@ibtco.com
laura.woo@barclaysglobal.com
laura.wuertenberger@ubs.com
laura.x.huang@jpmorgan.com
laura.x.phengthong@jpmorgan.com
laura.zimmer@ppmamerica.com
laura@stw.com
laura@wasatchadvisors.com
laura_braun@ml.com
laura_kim@fanniemae.com
laura_larosa@glenmede.com
laura_m_simmons@fanniemae.com
laura_mcwilliams@troweprice.com
laura_ng@fujibank.co.jp
laura_paine@invesco.com
laura_peres@scudder.com
laura_powers@ml.com
laura_w_hunt@vanguard.com
laurak@mcm.com
laurant.attali@bnpgroup.com
laurel.hesch@deshaw.com
laurel.schirr@harrisbank.com
laurel_warren@nacm.com
lauren.asmundson@ibtco.com
lauren.battle@moorecap.com
lauren.bradbury@hcmny.com
lauren.dezutti@mortgagefamily.com

lauren.duboff@morganstanley.com
lauren.e.carter@jpmorgan.com
lauren.flett@aberdeen-asset.com
lauren.gallagher@blackrock.com
lauren.garner@tudor.com
lauren.jacobson@morganstanley.com
lauren.knight@alliancebernstein.com
lauren.peter@si.shell.com
lauren.walsh@pimco.com
lauren.woolley@jpmorgan.com
lauren@clinton.com
lauren_demore@putnam.com
lauren_guaimano@ustrust.com
lauren_kelly@acml.com
lauren_kossow@ssga.com
lauren_smart@putnam.com
lauren_topham@fanniemae.com
laurence.benichouaboudaram@caam.com
laurence.bensafi@morleyfm.com
laurence.bidault@socgen.com
laurence.bucks@ratp.fr
laurence.c.endersen@aib.ie
laurence.chan@citadelsolutions.com
laurence.chang@janus.com
laurence.coley@bankofamerica.co.uk
laurence.corbel@federal-finance.fr
laurence.dare@t-mi.com
laurence.devivier@axa-im.com
laurence.diebolt@seb.lu
laurence.dudon-barbery@calyon.com
laurence.fisher@db.com
laurence.g.jones@jpmorgan.com
laurence.gallo@gs.com
laurence.guerin@sgam.com
laurence.henaff@sgam.com
laurence.hennico@lu.abnamro.com
laurence.irlicht@rothschild.com.au
laurence.jobert@labanquepostale-am.fr
laurence.kubli@juliusbaer.com
laurence.lee@ubsw.com
laurence.lefebure@fr.abnamro.com
laurence.lemonnier@bnpparibas.com
laurence.mcgrath@pioneerinvestments.com
laurence.metayer@cpr-am.fr

laurence.mutkin@threadneedle.co.uk
laurence.omara@lodh.com
laurence.oneill@db.com
laurence.pauly@dexia-us.com
laurence.picand@clf-dexia.com
laurence.porteu@db.com
laurence.taillandier-mathieu@sgam.com
laurence.taliercio@caam.com
laurence.triest@puilaetco.com
laurence.valente@st.com
laurence.verghese@cibc.co.uk
laurence.vignes@caam.com
laurence.vitrant@hsbc.fr
laurence_aubin@aviva.fr
laurence-elisabeth.hovine@bnpparibas.com
laurene.daux@nyc.nxbp.com
laurenhsieh@chinalife.co.tw
laurenn@hsfcu.com
laurens.deprez@shell.com
laurens.leerink@tudor.com
laurent.arets@americas.ing.com
laurent.barocas@barclayscapital.com
laurent.besancon@francetelecom.fr
laurent.billecoq@credit-agricole-sa.fr
laurent.brandon@francetelecom.fr
laurent.cajgfinger@ca-paris.fr
laurent.cezard@axa.com
laurent.chardon@drkw.com
laurent.chebanier@dexia-am.com
laurent.colmat@hp.com
laurent.coppieters@degroof.be
laurent.crosnier@caam.com
laurent.delante@degroof.be
laurent.deponteves@caam.com
laurent.dorleac@bbh.com
laurent.douillet@alliancebernstein.com
laurent.dulout@bnpgroup.com
laurent.dutoit@blvk.ch
laurent.faure@strenuuscapital.com
laurent.fobe@dexia-am.com
laurent.fradin@cfm.mc
laurent.franquet@bis.org
laurent.fransolet@barcap.com
laurent.frings@swip.com

laurent.frisque@ingim.com
laurent.froget@fortisbank.com
laurent.fumeron@caam.com
laurent.gaetani@axa-im.com
laurent.gilson@dexia.com
laurent.giraud@creditfoncier.fr
laurent.goffinet@diam.be
laurent.gonon@caam.com
laurent.gorgemans@fortisinvestments.com
laurent.gueunier@axa-im.com
laurent.guignard@juliusbaer.com
laurent.guyard@commerzbank.com
laurent.hirsch@hsbcpb.com
laurent.jacquemin@axa-im.com
laurent.jeannel@cfm.mc
laurent.kenigswald@barep.com
laurent.krein@ubs.com
laurent.kremer@bgl.lu
laurent.leclercq@uk.bnpparibas.com
laurent.louvrier@bnpparibas.com
laurent.maurin@ecb.int
laurent.mauron@bcv.ch
laurent.mudry@bcv.ch
laurent.muttelet@siege.thomson-csf.com
laurent.nysen@ingim.com
laurent.paris@caam.com
laurent.perriat@barclayscapital.com
laurent.puijalon@jpmorgan.com
laurent.pujade@glgpartners.com
laurent.quidaciolu@fortis.lu
laurent.quignon@bnpparibas.com
laurent.ramounet@pernod-ricard.com
laurent.raymond@hsbcpb.com
laurent.revil@bnpparibas.com
laurent.riera@axa-im.com
laurent.rieu@caam.com
laurent.rivet@ing.be
laurent.rouaud@airbus.com
laurent.sacksteder@cepacr.caisse-epargne.fr
laurent.saltiel@janus.com
laurent.samama@bnpparibas.com
laurent.schwartz@exane.com
laurent.solbes@sgcib.com
laurent.soubirou-pouey@bnpparibas.com

laurent.studer@credit-suisse.com
laurent.talon@axa-im.com
laurent.terrens@bgl.lu
laurent.tresch@crediteurop.lu
laurent.trottier@caam.com
laurent.vandrebeck@socgen.com
laurent.van-tuyckom@ingim.com
laurent.viegnes@banquedorsay.fr
laurent.viguier@lodh.com
laurent.wunderli@ubs.com
laurent.zeimes@dexia-am.com
laurent@saadgroup.com
laurent_bellity@aviva.fr
laurent_ducoin@blackrock.com
laurent_dupouy@ssga.com
laurenti@ebrd.com
laurentius_harrer@capgroup.com
laurent-za.favre@ubs.com
lauretta.buser@statestreet.com
lauri.brunner@thrivent.com
lauri_lindgren@troweprice.com
laurie.bertner@fmr.com
laurie.brignac@aiminvestments.com
laurie.cang@bankofamerica.com
laurie.fournier@sgam.com
laurie.jones@lazard.com
laurie.kozlan@agf.com
laurie.latourette@citadelgroup.com
laurie.lefcowitz@morganstanley.com
laurie.r.white@wellsfargo.com
laurie.walters@mackayshields.com
laurie_b_doyle@fleet.com
laurie_bowden@navyfederal.org
laurie_coleman@fanniemae.com
laurie_e_heron@fleet.com
laurie_zeller@fanniemae.com
lauris.fischer-erlach@deka.de
laurissa.palmberg@6thaveinvest.com
lauritz.ringdal@barclaysglobal.com
lauritz_ringdal@putnam.com
lauwingtat@gic.com.sg
lav@bankinvest.dk
lava285@aol.com
lavia@bernstein.com

lavico@spasset.lu
lavinia.delvecchio@bancaakros.it
law53@cornell.edu
lawagner@delinvest.com
lawalice@wellsfargo.com
laweir@wellington.com
lawlee@bok.or.kr
lawlerb@ebrd.com
lawrence.a.swingle@fhlb-pgh.com
lawrence.backes@usbank.com
lawrence.barber@uk.fid-intl.com
lawrence.choi@mizuho-cb.com
lawrence.daly@westernasset.com
lawrence.haas@pncadvisors.com
lawrence.inman@morleyfm.com
lawrence.kemp-g@ubs.com
lawrence.kissko@blackrock.com
lawrence.latner@ubs.com
lawrence.lou@tcbank.com.tw
lawrence.manochio@kbc.be
lawrence.minicone@bwater.com
lawrence.morgenthal@bankofamerica.com
lawrence.olivier@wamu.net
lawrence.post@pncadvisors.com
lawrence.r.martin@fmr.com
lawrence.raffone@fmr.com
lawrence.raiman@credit-suisse.com
lawrence.reis@bbh.com
lawrence.sautter@aigpb.com
lawrence.swift@ubs.com
lawrence.tabuso@statestreet.com
lawrence.w.lin@columbiamanagement.com
lawrence@bloomberg.net
lawrence@shenkmancapital.com
lawrence_a_sharley@comerica.com
lawrence_decosmo@thruway.state.ny.us
lawrence_g_babin@victoryconnect.com
lawrence_hall@key.com
lawrence_kreicher@acml.com
lawrence_r_bishop@fanniemae.com
lawrence_shaw@acml.com
lawrenceadolf@amalgamatedbank.com
lawrenceg@vystarcu.org
lawrencemannauser@company.com

lawrencewong@ocbc.com.sg
lawrh@ensignpeak.org
lawrie.k@mellon.com
lawson.frazier@sunlife.com
lawtonth@aetna.com
lax@ubp.ch
lay.roger@principal.com
lazard123@bloomberg.net
lazurl@otpbank.hu
lb_global_daily@adam-us.com
lb_global_weekly@adam-us.com
lbabar@integrabank.com
lbabus@hertz.com
lbacci@bper.ch
lbakhshian@federatedinv.com
lbalagot@nylim.com
lball@jhu.edu
lballard@asbcm.com
lbalseiro@nb.com
lbaltman@leggmason.com
lbangs@ssrm.com
lbaran@tiaa-cref.org
lbarbosa@btmna.com
lbarry@rccl.com
lbaudot@panamericanlife.com
lbbw-options@bloomberg.net
lbeach@jennison.com
lbeale@law.uiuc.edu
lbeebe@fbfs.com
lbell@soros.com
lbelletti@miffbank.com
lbelloni@pictet.com
lbenedetto@allegiancecapital.com
lbennett@copera.org
lberetin@westpac.com
lberg@bloomberg.net
lberman@firstmanhattan.com
lbernays@newstaram.com
lbernst@edc-see.ca
lberrebi@groupama-am.fr
lberry@voyageur.net
lbert@oddo.fr
lbetts@munder.com
lbeuzit1@bloomberg.net

lbirnholz@matrixassetadvisors.com
lbissonnette@mfs.com
lbkelly@jhancock.com
lblack@tiaa-cref.org
lblanco@westernasset.com
lblessinger@roxcap.com
lbobrowsky@greatamericanfederal.com
lbobu@mail.landbank.com.tw
lbolson@sgc.com
lbonhomme2@bloomberg.net
lbonofiel4@bloomberg.net
lborder@ford.com
lborsack@oppenheimerfunds.com
lbotla@aol.com
lbouwhuis@westernasset.co.uk
lbowie@delinvest.com
lboydston@lmfunds.com
lbp@nykredit.dk
lbradbury@pictet.com
lbraddick@firststate.co.uk
lbraford@choiceone.com
lbranton@helixlp.com
lbretter@nb.com
lbrigevich@templeton.com
lbriggs@europeancredit.com
lbritain@hcmlp.com
lbrm@chevrontexaco.com
lbrooke@cahners.com
lbrown@hcmlp.com
lbrown@unumprovident.com
lbruna@cyrte.com
lbryant@boh.com
lbs.eu@adia.ae
lbt@capgroup.com
lbu@danskebank.dk
lbuchanan@sterling-capital.com
lbuchanon@bony.com
lbuckland@blaylocklp.com
lbuhain1@bloomberg.net
lbuik@otfs.state.ga.us
lburakr@frk.com
lburakreis@worldbank.org
lburleigh@asbcm.com
lbusbaum@gsb.columbia.edu

lbutke@corpone.org
lbutterworth@soam.com
lbx@bpi.pt
lcaddeo@intesasanpaolo.us
lcai@perrycap.com
lcalfee@farcap.com
lcalfy@tjim.com
lcalvelli@metlife.com
lcampbell@babsoncapital.com
lcanet@deerfieldcapital.com
lcanino@lordabbett.com
lcano@bcj.gbancaja.com
lcao@munder.com
lcao@wellington.com
lcardonick@caxton.com
lcarpin@pictet.com
lcarpio@metlife.com
lcarroll@standishmellon.com
lcarter@cisco.com
lcarter@eatonvance.com
lcastagna@bear.com
lcavallari@russell.com
lcaviere@bcentral.cl
lcd2@ntrs.com
lcf1@ntrs.com
lcf-rotschild-funds@bper.ch
lch@sitinvest.com
lch1028@bok.or.kr
lchabrier@wellington.com
lchai@ag-am.com
lchaitman@motorola.com
lchapple@fhlbatl.com
lchauncey@bpbtc.com
lchen@bochk.com
lchen@delinvest.com
lcheng@fdic.gov
lcheng@metlife.com
lchetkow@mbna.com
lchin@delinvest.com
lchin@hcmny.com
lching@wellington.com
lchinsky@lordabbett.com
lcho@mail.cbc.gov.tw
lcipolla@waddell.com

lclark@firstambank.com
lclark@wellington.com
lclark@wharton.upenn.edu
lclement@cpr-am.fr
lcoffey@wfgweb.com
lcolin.madrid@sinvest.es
lcompanyr@sanostra.es
lcong@fhlbc.com
lconlin@lordabbett.com
lconner@opusinvestment.com
lcornell@roslyn.com
lcortez@essexinvest.com
lcotillp@cajamadrid.es
lcpeck@statestreet.com
lcrawford@silchester.com
lcrispoltoni@fideuramsgr.it
lcriswell@standishmellon.com
lcrockett@jhancock.com
lcrowe@bloomberg.net
lcruz@bcp.pt
lcs@americancentury.com
lcsiemen@dow.com
lcunningham@federatedinv.com
lcupido@bancaintesa.us
ld1@ntrs.com
ld4@americancentury.com
ldafoe@bass-net.com
ldagan1@netvision.net
ldagostino@previdenza.com
ldarling@oppenheimerfunds.com
ldary@iccrea.bcc.it
ldato@bankofny.com
ldavis@alfains.com
ldavis@lordabbett.com
ldavis14@bloomberg.net
ldcox@kfbs.com
ldeclerck@bloomberg.net
ldegrada@fideuramsgr.it
ldeleotard@bft.fr
ldelima@mfs.com
ldemaio@grneam.com
ldemic@lordabbett.com
ldemolin@creditlyonnaisyn.comb
ldesbiens@pictet.com

ldespierre@ofivalmo.fr
ldetrick@sarofim.com
ldeutsch@delinvest.com
ldevey@websterbank.com
ldevito@bloomberg.net
ldevito@mfs.com
ldevlin@nysif.com
ldewine@allstate.com
ldeydier@hrgestion.fr
ldeyoe@caxton.com
ldibernardo@bloomberg.net
ldicioccio@fhlbi.com
ldickey@metlife.com
ldickson@advanta.com
ldiehl@dsaco.com
ldiez-canedo@banxico.org.mx
ldiluca@fondianima.it
ldimanche@bloomberg.net
ldisantis@delinvest.com
ldix@nb.com
ldk93099@keb.co.kr
ldljkstra@kempen.nl
ldnhz-trade@sumitomocorpeurope.com
ldo@petercam.be
ldobyns@waddell.com
ldomjanich@statestreet.com
ldonzelli@iccrea.bcc.it
ldouglass@fhlbatl.com
ldowd@fhlbatl.com
ldr2@ntrs.com
ldrigo@statestreet.com
ldsell@mmm.com
ldt@petercam.be
lduessel@federatedinv.com
lduffy@fdic.gov
ldumler@copera.org
ldunn@bankofny.com
ldurkin@us.nomura.com
le.keough@frostbank.com
le3@ntrs.com
lea.hodge@morganstanley.com
lea_downsbrough@freddiemac.com
leaa@capgroup.com
leago.papo@dkib.com

leah.hope@morleyfm.com
leah.modigliani@morganstanley.com
leah.moehlig@ge.com
leah@woodfern.com
leah_graham@putnam.com
leahwestfall@northwesternmutual.com
leaia.keith@prudential.com
leandra.knes@ppmamerica.com
leanna.m.larkin@aib.ie
leanne.antrim@nycomptroller.com
leanne.hall@uk.fid-intl.com
leanne.kurtzweil@ge.com
leanne.marilley@nscorp.com
leanne.rouse@barcap.com
leanne_kampeter@centralbank.net
learle@bass-net.com
leary.dixon@wachovia.com
lech.panowicz@barclaysglobal.com
leckl@metlife.com
leclerc@bordier.com
leder2@bloomberg.net
lederj@vankampen.com
ledgerbond@bloomberg.net
ledlie.jolene@principal.com
lee.acerbis@rbccm.com
lee.alderson@hsh-nordbank.co.uk
lee.alexander@threadneedle.co.uk
lee.bambridge@baesystems.com
lee.barry@fandc.com
lee.battle@shenlife.com
lee.bensusan@mhcb.co.uk
lee.bernstein@pioneerinvest.com
lee.brennan@morleyfm.com
lee.chan.c@mellon.om
lee.curtis@bailliegifford.com
lee.d.turner@bankofamerica.com
lee.davison-poltock@rabobank.com
lee.demarco@bailliegifford.com
lee.dobinson@aberdeen-asset.com
lee.drane@uk.fid-intl.com
lee.ferridge@rabobank.com
lee.gilbert@jpmorgan.com
lee.guan-liu@standardchartered.com
lee.hunt@lazard.com

lee.j.isley@jpmorganfleming.com
lee.j.thomas@hsbcinvestments.com
lee.karen@ge.com
lee.kelly@eu.nabgroup.com
lee.lipton@wnco.com
lee.livermore@infarmbureau.com
lee.m.bray@jpmorgan.com
lee.maude@citadelgroup.com
lee.mcentire@bankofamerica.com
lee.miles@fmr.com
lee.miranda@juliusbaer.com
lee.montag@morganstanley.com
lee.olearly@juliusbaer.com
lee.p.o'halloran@aib.ie
lee.partridge@trs.state.tx.us
lee.peek@hsbc.com
lee.phillips2@barclayscapital.com
lee.poage@truscocapital.com
lee.reddin@columbiamanagement.com
lee.robertson@db.com
lee.rodon@db.com
lee.rogers@glgpartners.com
lee.ropelato@dkib.com
lee.rosenquist@glgpartners.com
lee.sanders@axa-im.com
lee.sandwen@fmr.com
lee.sau.ping@icprc.com
lee.shaiman@rbccm.com
lee.shepherd@axa-im.com
lee.sotos@ubs.com
lee.spelman@jpmorganfleming.com
lee.stafford@bankofamerica.com
lee.sterne@barclaysglobal.com
lee.steven@jpmorgan.com
lee.thorpe@nationwide.co.uk
lee.tristram@csam.com
lee_alexander@blackrock.com
lee_arnold@troweprice.com
lee_baker@nylim.com
lee_brewda@sunlife.com
lee_clark@ntrs.com
lee_gardella@ustrust.com
lee_jacobson@freddiemac.com
lee_montag@putnam.com

lee_overton@troweprice.com
lee_s@jpmorgan.com
lee0039@wooribank.com
leeanicholas@ocbc.com
leeann.auer@barclaysglobal.com
leeann.palladino@po.state.ct.us
leeb@capgroup.com
leecc@income.com.sg
leecheechung@gic.com.sg
leeching@gic.com.sg
leechris@wellsfargo.com
leedavid@abchina.com.hk
leeedith@ocbc.com.sg
leefin.lai@db.com
leegeronime@northwesternmutual.com
leej@indover.nl
leej@strsoh.org
leejw30@naver.com
leeki@hncbworld.com
leekyalex@ocbc.com.sg
leem@ocbc.com.sg
leen.verriest@dexia.be
leenadesai@hsbc.com
leendert.schoenmaker@fandc.com
leep@indover.nl
leeroy.bentley@huntington.com
leesa.kravitz@ibtco.com
leesan@keb.co.kr
leesangyong@gic.com.sg
leesg@ocbc.com.sg
leesh@maybank.com.my
leeshng@bok.or.kr
leesj@swib.state.wi.us
leesmsimon@ocbc.com
leestak@bloomberg.net
leestep@bloomberg.net
leewave@keb.co.kr
leeweesim@bloomberg.net
leeys@bok.or.kr
leeza.berschansky@jpmorgan.com
lef.sigalos@fandc.com
leffelee@colognere.com
lefr01@handelsbanken.se
left@right.com

leftie@bloomberg.net
leggett1@nationwide.com
leh1@ntrs.com
lehman@agf.fr
lehman@lehman.com
lehman@outgun.com
lehman2@exchange.principal.com
lehmanns@bloomberg.net
lei.fu@barclaysglobal.com
lei.jing@aig.com
lei.keng@aberdeen-asset.com
lei.liu@icbc.com.cn
lei.qi@dartmouth.edu
lei.qin@rocklandtrust.com
lei@nykredit.dk
leiblea@umtb.co.il
leiding.gerd@preussag.com
leif.almhorn@seb.se
leif.andersson@seb.se
leif.bjurstroem@dws.de
leif.cussen@omam.co.uk
leif.haglund@nordea.com
leif.hassel@ap4.se
leif.ludwig@vontobel.ch
leif.tornvall@alecta.com
leifholger.dietze@oppenheim.de
leif-inge.christensen@moa.norges-bank.no
leigh.a.dunhoff@fhlb-pgh.com
leigh.baxandall@moorecap.co.uk
leigh.drake@columbiamanagement.com
leigh.enevoldson@rothschild.co.uk
leigh.gordon@abnamro.com
leigh.harrison@threadneedle.co.uk
leigh.hesler@fmr.com
leigh.himsworth@rlam.co.uk
leigh.olejer@frostbank.com
leigh.peffer@tcw.com
leigh.talbot@morleyfm.com
leigh.wang@deshaw.com
leigh_coates@fanniemae.com
leigh_robertson@troweprice.com
leigh_woodworth@troweprice.com
leighann.kittell@deka.de
leightma@cooperindustries.com

leighton.shantz@lmco.com
leighton.shantz@state.tn.us
leighton.waters@bbh.com
leila.bouraoui@axa-im.com
leila.dalbokov@erstebank.at
leila.gastil@jpmorgan.com
leila.khessairi@tres.bnc.ca
leila.ung@tcw.com
leilani.rutherford@bmo.com
leininger.jl@mellon.com
leinoff.andrew@principal.com
leisman@nb.com
lejohn.pai@sscims.com
lejohnso@princeton.edu
leka@dendanskebank.dk
lekkerkerkerd@lazard.com
leland.abrams@drkw.com
leland.clemons@barclaysglobal.com
leland.crabbe@csam.com
lelkins@us.mufg.jp
lelli@mpsgr.it
lem.chee.yong@icprc.com
lem.seabrook@bmo.com
lemgimcheng@gic.com.sg
leminoda@cmcic-sdm.fr
lemonet@pasche.ch
lemuel.kong@pimco.com
len.capristo@firstcitizens.com
len.marmitt@bwater.com
len.mccabe@ilim.com
len.robinson@pioneerinvest.com
len_carlson@conning.com
len_peltzman@glic.com
lena.djurberg@ap3.se
lena.gurba@ubs.com
lena.gwerder@ubs.com
lena.harhaj@advantuscapital.com
lena.ober@dnb.se
lena.oberg@dnb.se
lena.ryrberg@ohman.se
lena.stromberg@riksbank.se
lenaig.pichavant@axa-im.com
lenamurid@helaba-invest.de
lencastre@prever.com.br

lene.cooper@wamu.net
lene.jensen@tfeurope.com
lenero@westernasset.com
lengelhardt@caxton.com
lenger@copera.org
lengkhiang@dbs.com
lenk@ui-gmbh.de
lenka.juchelkova@sk-koeln.de
lenka.khou@sscims.com
lenka.klcova@cnb.cz
lenloe@tiaa-cref.org
lennart.b.johansson@robur.se
lenny.charlton@glgpartners.com
lenny.mcloughlin@ilim.com
lenny.shaw@resolutionasset.com
lenny.zephirin@db.com
lennychen@temasek.com.sg
lenore.aufdenkampe@nationalcity.com
lensexton@synovus.com
lentzc@rjrt.com
leo.bernstein@csresearch.us
leo.cremer@ahbr.de
leo.de.jong@meespierson.com
leo.grohowski@db.com
leo.livolsi@bofasecurities.com
leo.lueb@pggm.nl
leo.m.donegan@aibbny.ie
leo.mizuhara@bankofamerica.com
leo.murphy@pioneerinvest.com
leo.raymann@credit-suisse.com
leo.saraceno@sunlife.com
leo.subler@slma.com
leo.wong@fmr.com
leo.yde@dendanske.dk
leo_corrigan@vanguard.com
leo_goes@deltalloyd.nl
leo_grohowski@ustrust.com
leo_kropywiansky@putnaminv.com
leo_yerukhimovich@ssga.com
leoa@bpn.it
leochen@tcbank.com.tw
leoguzman@guzman.com
leoh@mcm.com
leoj@jwseligman.com

leon.barzman@barclaysglobal.com
leon.dodge@micorp.com
leon.farhi@genworth.com
leon.grenyer@morganstanley.com
leon.h.tatevossian@bofasecurities.com
leon.kirch@bdl.lu
leon.koh@samba.com
leon.pedersen@nordea.com
leon.roisenberg@blackrock.com
leon.rosen@tdsecurities.com
leon.svejgaard@nordea.com
leon.xin@ubs.com
leon.zhu@alliancebernstein.com
leon_lowenstine@scudder.com
leon_olver@agfg.com
leon_shahinian@calpers.ca.gov
leon_vaysburd@westlb.com
leon_webb@standardlife.com
leona.bridges@bglobal.com
leona.tansh@uobgroup.com
leonard.aplet@columbiamanagement.com
leonard.austin@wellsfargo.com
leonard.charlton@glgpartners.com
leonard.cullo@us.hjheinze.com
leonard.dolan@db.com
leonard.fabiano@blackrock.com
leonard.fehr@hvb.de
leonard.keyser@columbiamanagement.com
leonard.lovito@honeywell.com
leonard.m.rubin@exxonmobil.com
leonard.santoro@prudential.com
leonard_chris@jpmorgan.com
leonard_davenport@rsausa.com
leonard_o_mills@fanniemae.com
leonardl@hmc.harvard.edu
leonardm@ie.ibm.com
leonardo.cervelli@sella.it
leonardo.dacosta@aberdeen-asset.com
leonardo.limiti@capitalia-am.com
leonardo.maugeri@eni.it
leonardo.sanchez@pimco.com
leonardo_moreno@westlb.com
leonardo_senra@bat.com
leonardo-za.brenna@ubs.com

leonardr@fhlbsea.com
leonel.escota@prudential.com
leonel.guarneros@db.com
leong.km@dreyfus.com
leong.mae-e@uobgroup.com
leongcheanwai@gic.com.sg
leongmunyee@gic.com.sg
leongwingkwan@gic.com.sg
leonhard.roth@sarasin.ch
leonhard.uphues@lampebank.de
leonidas_mata@bankone.com
leonie.a.padioleau@gs.com
leonie.e.wiggins@jpmorgan.com
leonie.gehler@llb-ip.li
leonie.hirst@db.com
leonora.xhekaj@ingfunds.com
leonori@mpsgr.it
leopold.arminjon@gartmore.com
leopold.graf@erstebank.at
leopold.salcher@rcm.at
leopoldo.avesani@alettibank.it
leopoldo.reanocostales@credit-suisse.com
leopoldo.ybarra@grupobbva.com
leowge@bloomberg.net
leowu@cathaylife.com.tw
lepaged@emigrant.com
lepolito@oppenheimerfunds.com
lermam@fmaadvisors.com
leroberts@bloomberg.net
lerone.vincent@jpmorgan.com
les.bright@vanguard.com.au
les.collett@hsh-nordbank.co.uk
les.vowell@rbccm.com
les.young@rothschild.co.uk
les_dixon@bankone.com
lesa.mclean@chase.com
lesaba@wellington.com
lesfox@safeco.com
lesia.cechosh@ggof.com
leskarpru@att.net
lesley.anderson@tudor.com
lesley.borley@lloydstsb.co.uk
lesley.cook@lloydstsb.co.uk
lesley.couzens@axaframlington.com

lesley.eydenberg@fmr.com
lesley.kinnaird@morganstanley.com
lesley.martinez@gs.com
lesley.o'neill@swipartnership.co.uk
lesley.smith@dixons.co.uk
lesley_doehr@cargill.com
lesley_duncan@standardlife.com
lesley_phillips@cargill.com
lesleyelves@compuserve.com
lesleylu@temasek.com.sg
leslie.a.book@verizon.com
leslie.allfree@national-city.com
leslie.boland@db.com
leslie.carr@wnco.com
leslie.claassen@pnc.com
leslie.cosgrave@iibbank.ie
leslie.e.paulson@wellsfargo.com
leslie.gambon@barclaysglobal.com
leslie.gibin@greenpoint.com
leslie.haarup@morganstanley.com
leslie.mccabe@prudential.com
leslie.mclain@aiminvestments.com
leslie.paine@gibuk.com
leslie.reyes@aiminvestments.com
leslie.rich@columbiamanagement.com
leslie.roulias@oracle.com
leslie.teicholz@asbinc.com
leslie.vanderveen@mutualofomaha.com
leslie.well@uboc.com
leslie.zhang@fmr.com
leslie_a_mccabe@vanguard.com
leslie_alter@gap.com
leslie_barbi@glic.com
leslie_ferris@cundill.com
leslie_z_globits@victoryconnect.com
lespinoz@grneam.com
lesteban@bancopastor.es
lester.bourne@bwater.com
lester.cheng@sgcib.com
lester.coyle@avmltd.com
lester.duke@columbiamanagement.com
lester.joseph@myfloridacfo.com
lester@bessemer.com
leswerkstell@firstmanhattan.com

lesya.paisley@aberdeen-asset.com
leszczynska.margaret@nomura-asset.com
leteka.bojanowski@ubs.com
leticia.davila@ers.state.tx.us
leticia.gentilhomme@sgcib.com
leticia.rodriguezartolazabal@telefonica.es
leticia.zemaitis@pnc.com
leticia@saadgroup.com
letitia.c.lai@bankofamerica.com
letourneau.sp@tbcam.com
letouzcy@sdm.cic.fr
lettice.hagan@fcil.co.uk
leumi.fibi@mailpoalim.co.il
leung.franco@uk.standardchartered.com
lev.mikheev@moorecap.co.uk
levan.db@tbcam.com
levangel@metlife.com
levans@mcleanbudden.com
levence.s.eutsay@columbiamanagement.com
levensb@kochind.com
levent.guven@teb.tr
levin@willcap.com
levinemd@bernstein.com
levoyd.robinson@citadelgroup.com
levy.jay@nomura-asset.com
levy.julien@rothschild-cie.fr
levyd@jwseligman.com
levyol@cmcic.fr
lewbund@bloomberg.net
lewis.applefeld@ubs.com
lewis.gibofsky@aig.com
lewis.sanders@alliancebernstein.com
lewis.tatananni@corporate.ge.com
lewis.wilson@truscocapital.com
lewis_aubrey-johnson@invescoperpetual.co.uk
lewise@towers.com
lewislau@bloomberg.net
lewsusank@wellsfargo.com
lex.vandam@glgpartners.com
lexcell@bankleumi.co.uk
ley@pimco.com
leyan.rowe@uk.fid-intl.com
leyla.pakzad@bankofamerica.com
leylan.neep@glgpartners.com

lfalchetta@bbandt.com
lfasan@matincurrie.com
lfaurie@adi-gestion.com
lfayanju@tiaa-cref.org
lferone@fundaministration.com
lferrao@congressasset.com
lferreira@bear.com
lffigueiredo@bcb.gov.br
lfherk@clinton.com
lfields@bear.com
lfilidi@bloomberg.net
lfinch@first-american.com
lfindlay-mittan@aegonusa.com
lfink@blackrock.com
lfinlay@unumprovident.com
lfisher@nb.com
lfitzpatrick@nb.com
lfitzwilliams@brownadvisory.com
lfixel@tigerglobal.com
lflores@alaskapermfund.com
lflynn@eatonvance.com
lfmyers@templeton.com
lfo@capgroup.com
lfoale@us.mufg.jp
lformicola@essexinvest.com
lfos@danskebank.dk
lfoster@hbk.com
lfoster@woodstockcorp.com
lfouts@wscapital.com
lfpohlman@wellington.com
lfragk@nbg.gr
lfranko@delinvest.com
lfranzo@frk.com
lfraser@martincurrie.com
lfrazier@smithbreeden.com
lfreedman@carnival.com
lfucha@blenheiminv.com
lfunes@rjarg.rjf.com
lfung7@bloomberg.net
lgallagher@loomissayles.com
lgallifuoco@bcp.it
lgarcia@investra.com.mx
lgarcia7@bloomberg.net
lgarland@bbandt.com

lgarshofsky@canyonpartners.com
lgaskins@bloomberg.net
lgassen@cencorpcu.com
lgc@omega-advisors.com
lgclark@uss.com
lgellis@leggmason.com
lgeritz@wasatchadvisors.com
lgerski@tweedy.com
lgiacomini@bloomberg.net
lgianferrari@fftw.com
lgiannone@delinvest.com
lgianola@bloomberg.net
lgibson@tswinvest.com
lgilgome@cajamadrid.es
lgiovannone@bloomberg.net
lgirard@inc.com
lglauser@howeandrusling.com
lglogau@waddell.com
lgockley@bbnb.com
lgodin@pictet.com
lgonzalez@grupobbva.com
lgonzalm@cajamadrid.es
lgq@bloomberg.net
lgrande@aceandcompany.com
lgranger@metlife.com
lgrant@dlbabson.com
lgrassol@bloomberg.net
lgreengard@meag-ny.com
lgreenwood@ldn.invesco.com
lgriffedemalval@itasset.com
lgrim@bokf.com
lgris@creditandorra.ad
lgu@danskebank.dk
lguary@bankatlantic.com
lgugliara@bancodisicilia.it
lguittarr@standishmellon.com
lguzman@guzman.com
lh16@bloomberg.net
lhammouche@bloomberg.net
lhansen@steinroe.com
lharmon@fmausa.com
lharper@astoriafederal.com
lharrison@sib.wa.gov
lhart@evergreeninvestments.com

lhas@bgbank.dk
lhasson@hbk.com
lhawk@bloomberg.net
lhealy@ssm.com
lheaney@bloomberg.net
lhelligrath@bankersbank.com
lhenao@wellington.com
lhenjes@wrberkley.com
lherdle@unumprovident.com
lhernandez@msfi.com
lhess@loews.com
lheurtin@ofi-am.fr
lheylinbb@bloomberg.net
lhh@capgroup.com
lhicks@farcap.com
lhill@paladininvestments.com
lhillman@ups.com
lhoang@jhancock.com
lhoffman@wasatchadvisors.com
lholland@lordabbett.com
lhooker@stephens.com
lhoughton@bear.com
lhouser@sterling-capital.com
lhshortsleeve@wellington.com
lhuang@metlife.com
lhuse@unumprovident.com
li.brayton@principal.com
li.feng@icbc.com.cn
li.hou@jyskebank.dk
li.huang@barclaysglobal.com
li.lei@bbh.com
li.li@pimco.com
li.nana@icbcleasing.com
li.tao@bnpparibas.com
li.tao@morganstanley.com
li.zhang@bankofamerica.com
li.zhang@pharma.novartis.com
li@rallc.com
li_ying_lu@acml.com
li_zhu@vanguard.com
lia.levenson@db.com
liam.allchorne@gibuk.com
liam.carroll@morganstanley.com
liam.coleman@nationwide.co.uk

liam.harding@ibtco.com
liam.kelly@nationwide.co.uk
liam.lynch@westernasset.com
liam.murphy@sscims.com
liam.whelan@boitib.com
liam_egan@notes.ntrs.com
lian_pi@fanniemae.com
liana.franceschini@firstunion.com
liana.s.ho@aexp.com
liana.steinmann@akb.ch
liana.virker@greenpoint.com
liana.zhitomirsky@db.com
liana_cardillo@putnam.com
liane_wesson@cargill.com
liang.ding@oppenheim.de
liang.meng@deshaw.com
liang.qiao@barclaysglobal.com
liangchoon@dbs.com
liangjiajie@gic.com.sg
liang-khoon.koh@hp.com
lianglee@boh.com
liangpingxin@cmhk.com
liangxin@citicbank.com
liani.y@fibi.co.il
lian-lie.liem@lbbw.de
lianne_nelson@nacm.com
liannehackie@newton.co.uk
liao.hua.feng@icprc.com
libby.cantrill@pimco.com
libby.vangelos@sscims.com
libby_williams@newton.co.uk
liberat@tiaa-cref.org
liberatore@gestielle.it
liberman_alla@jpmorgan.com
libor_vojkovsky@putnam.com
library@ssrm.com
libsavbk@f-tech.net
liccardo@finmeccanica.it
licence@adelphi-capital.com
licia.bodanzal@capitalia-am.com
licia.casamassima@gnf.it
liciwu@bloomberg.net
lida.eslami@alliancebernstein.com
lidia.godoy@caixacatalunya.es

lidy.knigge@nl.abnamro.com
liebmann@princeton.edu
liegelb@lotsoff.com
lieh.oung@nsc.com
liem@epsilonfunds.com
lien.von@db.com
liendk@swib.state.wi.us
liene.kule@hansabanka.lv
lienert.alex@snb.ch
lienke.van.balderen@ingim.com
liesbeth_rubinstein@invescoperpetual.co.uk
liesbeth_venendaal@deltalloyd.nl
lieven.debruyne@schroders.com
lieven.goosens@axa.be
lieven.hermans@ecb.int
liewtzumi@gic.com.sg
liewweylin@gic.com.sg
lifoxwo@indianapolislife.com
lightninglou@worldnet.att.net
liglesias@panagora.com
lihb.uk@mail.notes.bank-of-china.com
lij@strsoh.org
lijia.li@icbc.com.cn
li-jun.cao@bnpparibas.com
lijun.shi@allegiantgroup.com
lik@towers.com
lika.vaivao@jpmorgan.com
lik-man_yam@fanniemae.com
lila.jordan@aig.com
lila.seirafi@ubs.com
lila04@handelsbanken.se
lilei@bloomberg.net
lili@oa.cmbchina.com
lilia@bloomberg.net
lilian.haag@dws.de
lilian.l.ting@aexp.com
lilian.montero@ubs.com
lilian.quah@bernstein.com
lilian.wan@barclaysglobal.com
liliana.g.slavova@jpmorgan.com
liliana.s.rejchelt@jpmorgan.com
liliana_colla@blackrock.com
liliana_dearth@acml.com
liliane.gauffre@bnpparibas.com

liliane.poitiers@fortis.lu
lilianna.kielbik@union-investment.de
lilie.hesse@ib.bankgesellschaft.de
lilinn@abchina.com
lillian.mills@mccombs.utexas.edu
lillian.teran@osterweis.com
lillian_nakhla@fanniemae.com
lilliankiang@temasek.com.sg
lillis_gerry@jpmorgan.com
lilly.acosta@morganstanley.com
lilly.se@csam.com
lilo.sachs@opcap.com
lily.chang@ap.ing.com
lily.chang@corporate.ge.com
lily.he@dartmouth.edu
lily.lai@bankofamerica.com
lily.yau@wfg.com
lily_maclean@putnam.com
lilybell.gonzalez@schwab.com
lily-wang@freddiemac.com
lim.leengoh@uobgroup.com
lim.suetling@uobgroup.com
lim.su-wen@uobgroup.com
lim.yeechoon@uobgroup.com
limap@jwseligman.com
limchiewyang@gic.com.sg
limchinsin@gic.com.sg
limchowkiat@gic.com.sg
limcs1@bloomberg.net
limingg@abchina.com
limjieying@gic.com.sg
limkeechong@gic.com.sg
limkwokpin@gic.com.sg
limorb@migdal-group.co.il
limpohgek@gic.com.sg
limsiewling@gic.com.sg
limsweguan@gic.com.sg
limtb@gic.com.sg
limteemeng@maybank.com.my
limteowbeng@gic.com.sg
limweekian@dbs.com
limyers@na.ko.com
lin.chen@cail.lu
lin.cui@barclaysglobal.com

lin.shi@aig.com
lin.yang.lt7n@statefarm.com
lin_cao@fanniemae.com
lin_susan@jpmorgan.com
lin_yuan@ssga.com
lina.bandyopadhyay@swib.state.wi.us
lina.chou@moorecap.com
lina.orenstein@mailpoalim.co.il
lina.spensatellu@bancacrasti.it
lina.taher@barcap.com
linachan@wharton.upenn.edu
linachua@mas.gov.sg
linaldo@bcb.gov.br
lincoln.lutz@kroger.com
lincoln.power@avmltd.com
lincoln.valentine@rmf.ch
lincoln@epsilonfunds.com
linda.ahlholm@nordea.com
linda.alicea@prudential.com
linda.angevine@pnc.com
linda.bakhshian@btfinancialgroup.com
linda.beck@dresdnerrcm.com
linda.blankenship@columbiamanagement.com
linda.bochenski@truscocapital.com
linda.bounds@columbiamanagement.com
linda.brandt@seb.se
linda.carter@greenpoint.com
linda.cavell@pnc.com
linda.cesare@membersunited.org
linda.derkach@pnc.com
linda.domini@am.generali.com
linda.fellmann@ubs.com
linda.flower-mccann@mnco.com
linda.fried@ucop.edu
linda.gardner@blackrock.com
linda.girvan@juliusbaer.com
linda.giuliano@alliancebernstein.com
linda.goggans@sumitomotrust.co.jp
linda.hastings@blackrock.com
linda.heuman@national-city.com
linda.j.glover@hsbcgroup.com
linda.james@db.com
linda.klingman@schwab.com
linda.l.murray@prudential.com

linda.lacey.jones@fhlb-pgh.com
linda.lazarus@citadelgroup.com
linda.m.barbeau@wellsfargo.com
linda.m.buckley@aib.ie
linda.moses@citi.com
linda.nolan@prudential.com
linda.o'brian@wellscap.com
linda.ohme@thrivent.com
linda.park@bmo.com
linda.pratt@fhlb-pgh.com
linda.r.karn@csfb.com
linda.sauber@fafadvisors.com
linda.selegue@wcmadvisors.com
linda.smith@cba.com.au
linda.sobanski@hsbcinvestments.com
linda.solarek@columbiamanagement.com
linda.spiewak@gcm.com
linda.switzer@corporate.ge.com
linda.tagen@aiminvestments.com
linda.tran@aiminvestments.com
linda.trout@pncbank.com
linda.trovato@arcafondi.it
linda.vanderson@morganstanley.com
linda.ward@bailliegifford.com
linda.watts@bmo.com
linda.wright@trs.state.tx.us
linda.x.raggi@jpmorgan.com
linda.zhang@blackrock.com
linda@clara.net
linda@icp.com
linda@wasatchadvisors.com
linda_a_petrucci@fleet.com
linda_costanzo@ml.com
linda_dubrow@ustrust.com
linda_h_simmons@fleet.com
linda_jensen@ml.com
linda_knight@fanniemae.com
linda_leisengang@swissre.com
linda_ludwig@ustrust.com
linda_lundberg@freddiemac.com
linda_merry@rsausa.com
linda_murphy@troweprice.com
linda_pisicchio@ml.com
linda_powell-williams@fanniemae.com

linda_rodriguez@aimfunds.com
linda_smith@troweprice.com
lindachan@mas.gov.sg
lindadiehl.wilson@harrisbank.com
lindae@amherstsecurities.com
lindafoo@temasek.com.sg
lindakoh@mas.gov.sg
linda-liu@daiwa-am.com.hk
lindav@mwvinvest.com
lindberg.mike@aoins.com
lindeng@jwseligman.com
lindenhovius@schootsepoort.nl
lindquist.k@mellon.com
lindsay.bernbaum@mackayshields.com
lindsay.campbell@blackrock.com
lindsay.carlo@fmr.com
lindsay.connor@fmr.com
lindsay.felldin@jpmchase.com
lindsay.havig@ppmamerica.com
lindsay.jett@ikb.de
lindsay.mcmillan@biam.boi.ie
lindsay.middleton@fandc.com
lindsay.olson@janus.com
lindsay.pratt@ubs.com
lindsay.strickland@fafadvisors.com
lindsay.watson@blackrock.com
lindsay_missen@ldn.invesco.com
lindsay_weinschenk@alliancebernstein.com
lindsey.b.wilde@wellscap.com
lindsey.harrison@lazam.co.uk
lindsey.puchyr@fmr.com
lindsey.read@gs.com
lindsey.shaffner@nb.com
lindsey_curley@putnam.com
lindsey_richardon@ssga.com
line.hvidbaek@nordea.com
line.kyndal@jyskebank.dk
linehan_lisa@jpmorgan.com
linfeng_you@ml.com
ling.li@deshaw.com
ling@primco.com
ling_feng@ml.com
ling_luo@ssga.com
linge@bloomberg.net

lingling@temasek.com.sg
lingxiao.zhang@blackrock.com
lingyan.zeng@csam.com
lingzhu.yu-steiner@db.com
linh.tran@morganstanley.com
link_leatherman@conseco.com
linl@deshaw.com
linn.nilsson@nordea.com
linn.wright@aiminvestments.com
linnemeyer@bloomberg.net
lino.morra@bmonb.com
linsamuel@ocbc.com.sg
linso.pals@fandc.com
linso.pals@morganstanley.com
linus.ng@morganstanley.com
linus.nilsson@rmf.ch
linus.raeber@ubs.com
linus.svensson@barclaysglobal.com
linus.wright@bankofamerica.com
linwood_thiessen@am.fcnbd.com
linx@emigrant.com
liny@brinson.com
lioba.heintzen@eon.com
lionel.benzekri@clf-dexia.com
lionel.bernard@caam.com
lionel.bignone@unicreditgroup.co.uk
lionel.cohen@axa-im.com
lionel.daguzan@bgpi.com
lionel.derome@axa.be
lionel.gitzinger@sgam.com
lionel.goepfert@bnpparibas.com
lionel.harris@fmr.com
lionel.knezaurek@sgam.com
lionel.lefebvre@ca-assetmanagement.fr
lionel.lepinois@caam.com
lionel.louiset@exane.com
lionel.oeuvray@cial.ch
lionel.oster@ubs.com
lionel.parisot@sgam.com
lionel.pawlak@banque-france.fr
lionel.pernias@axa-im.com
lionel.rebibo@uk.fid-intl.com
lionel.sequier@bnpparibas.com
lionel.therond@jpmorganfleming.com

lionel.trigalou@insightinvestment.com
liongtk@income.com.sg
lior_jassur@wasserella.com
liora.caplan@bankleumi.co.il
liora.kleinman@credit-suisse.com
liping.yeo@schroders.com
lipkee.lu@alliancebernstein.com
lippinco@wharton.upenn.edu
lippo.suominen@tapiola.fi
liqian@temasek.com.sg
liran.carmel@mailpoalim.co.il
liraz.refaely@fibimail.co.il
lironr@bll.co.il
liruc@hncb.com.tw
lis.christiansen@hsh-nordbank.com
lis.tr@adia.ae
lis_kielmann@ntrs.com
lisa.a.byrne@aibbny.ie
lisa.a.kwiatkowski@morganstanley.com
lisa.a.thomas@citi.com
lisa.alderson@jpmorgan.com
lisa.alexander@usaa.com
lisa.audet@thehartford.com
lisa.austin@beverlynational.com
lisa.backes@lri.lu
lisa.batterby@morleyfm.com
lisa.berger@nationalcity.com
lisa.best@mackayshields.com
lisa.boncaldo@jpmorgan.com
lisa.bryant@chase.com
lisa.c.alexander@jpmorganfleming.com
lisa.c.walkin@aibbny.ie
lisa.capuano@citicorp.com
lisa.carrott@glgpartners.com
lisa.carson@db.com
lisa.casey@pioneeraltinvest.ie
lisa.chung@ny.frb.org
lisa.clover@schwab.com
lisa.cole@nypa.gov
lisa.cordova@micorp.com
lisa.costabile@ubs.com
lisa.cutts@uk.fid-intl.com
lisa.dabreau@prudential.com
lisa.dao@citicorp.com

lisa.dao@sscims.com
lisa.dematte@morganstanley.com
lisa.docs@pncbank.com
lisa.e.mattingly@fmr.com
lisa.elm@alliancebernstein.com
lisa.elzer@pnc.com
lisa.ermin@bcbsfl.com
lisa.farrall@swipartnership.co.uk
lisa.firlus@citadelgroup.com
lisa.gamble@alexanderkey.com
lisa.gamboa@mackayshields.com
lisa.garnett@gartmore.com
lisa.gibb@resolutionasset.com
lisa.gill@blackrock.com
lisa.givert@shell.com
lisa.goh@ubs.com
lisa.goldhamer@pncbank.com
lisa.goulemas@fmr.com
lisa.greene@prudential.com
lisa.harris@jpfinancial.com
lisa.hill@trs.state.tx.us
lisa.hoffman@sscims.com
lisa.ilaria@prudential.com
lisa.j.shin@jpmorgan.com
lisa.kasparian@fmr.com
lisa.khatri@fmr.com
lisa.khoo@socgen.com
lisa.kim@pimco.com
lisa.kopff@jpmorgan.com
lisa.kotschi@allianz.de
lisa.kovac@pnc.com
lisa.kreiling@pnc.com
lisa.l.schmidt@jpmorgan.com
lisa.lambert@fmr.com
lisa.lau@alliancebernstein.com
lisa.leikin@wamu.net
lisa.leonard@phxinv.com
lisa.lim@threadneedle.co.uk
lisa.liu@prudential.com
lisa.m.kasiorek@fhlb-pgh.com
lisa.m.keating@db.com
lisa.m.wren@aibbny.ie
lisa.maclachlan@aberdeen-asset.com
lisa.margosian@bankofamerica.com

lisa.mcgowan@fmr.com
lisa.miller@paragonassociates.net
lisa.mowbray@db.com
lisa.murnin@biam.boi.ie
lisa.neri@citadelgroup.com
lisa.newman@gartmore.com
lisa.odonnell@blackrock.com
lisa.perrin@advantuscapital.com
lisa.pickup@citadelgroup.com
lisa.piker@thehartford.com
lisa.r.ferrara@jpmchase.com
lisa.roche@fmr.com
lisa.rogers.g7ix@statefarm.com
lisa.rose@alexanderkey.com
lisa.rose@swip.com
lisa.rozario@westmerchant.co.uk
lisa.rymut@fmr.com
lisa.s.sadioglu@jpmorgan.com
lisa.schultz@ryanbeck.com
lisa.sebesta@bostonadvisors.com
lisa.shalett@alliancebernstein.com
lisa.shirvinski@chase.com
lisa.snider@bbh.com
lisa.stojak@ppmamerica.com
lisa.suen@asia.bnpparibas.com
lisa.swatkoski@towersperrin.com
lisa.taylor@commerzbank.com
lisa.teuteberg@nml.com
lisa.thibodeau@anheuser-busch.com
lisa.walker@blackrock.com
lisa.white@robecousa.com
lisa.wichman@rabobank.com
lisa.winer@swib.state.wi.us
lisa.wu@avmltd.com
lisa.xiao@rlam.co.uk
lisa.z.price@us.hsbc.com
lisa.zeller@tcw.com
lisa@aol.com
lisa@epsiloninvest.com
lisa@primco.com
lisa@stw.com
lisa_b_rosenthal@key.com
lisa_banhart@americancentury.com
lisa_christensen@putnam.com

lisa_dalessandro@putnam.com
lisa_dickinson@ml.com
lisa_emerick@putnam.com
lisa_free@colonialbank.com
lisa_gargiulo@notes.ntrs.com
lisa_hamilton@newton.co.uk
lisa_hanrahan@ntrs.com
lisa_horkan@putnam.com
lisa_lin@cathaylife.com.tw
lisa_lyons@ustrust.com
lisa_m._stelmack@progressive.com
lisa_m_martin@keybank.com
lisa_mcgowan@ustrust.com
lisa_monaco@swissre.com
lisa_pendergast@mgic.com
lisa_premo@ustrust.com
lisa_quan@americancentury.com
lisa_raiti@nylim.com
lisa_rasmussen@putnam.com
lisa_rodriguez@ml.com
lisa_sacerdote@agfg.com
lisa_sacerdote@putnam.com
lisa_scuderi@nylim.com
lisa_stuber@putnam.com
lisa_terrazas@dell.com
lisa_tesarik@bankone.com
lisa_wagemann@acml.com
lisa_williams@cookson.co.uk
lisacadotte@northwesternmutual.com
lisaknudsen@ups.com
lisalin@bloomberg.net
lisao@bloomberg.net
lisao@mcm.com
lisap@aol.com
lisa-r.liu@db.com
lisashum@dbs.com
lisateng0327@mail.tbb.com.tw
lisatsai@hncb.com.tw
lisavasquez@northwesternmutual.com
lisbeth.helgostam@electrolux.se
lisbeth.moller-larsen@seb.dk
lisbeth.peeters@dexia-am.com
lise.fauconnier@axa-im.com
lise.kessler@uk.calyon.com

liselott.ledin@alecta.com
lise-lotte.smith@barclaysglobal.com
lisheng.su@cna.com
liso@mpsgr.it
liss@bessemer.com
lissa.szymonowicz@drkw.com
lissa_rurik@ustrust.com
lissette.stanski@corporate.ge.com
list.tl@pg.com
listermartinuser@company.com
list-investmentaccounting@gibuk.com
list-securitiessettlements@gibuk.com
litang@aegonusa.com
lite02@handelsbanken.se
littlee@vankampen.com
littlefield@bloomberg.net
littletc@bernstein.com
littrell@gene.com
liu.antian@icbccs.com.cn
liu.jian.hua@icprc.com
liu.qing@icprc.com
liu.yang@credit-suisse.com
liudmila.gavrilova@uk.fid-intl.com
liudmila.sorgassi@boiss.boi.ie
liudongliang@cmbchina.com
liuj@wellsfargo.com
liujia@bloomberg.net
liuming@gtjas.com
liuming@icbc.co.jp
liun6@bloomberg.net
liushuiyun@ftsfund.com
liuwl@citicib.com.cn
liverani.alfredo@bpr.it
livesay.m@dreyfus.com
livia.foo@pioneerinvest.com
livia.meszaros@citicorp.com
livio.sianesi@mpsgr.it
liwee@dbs.com
liwen_manzi@freddiemac.com
lixiaohong@icbc.com.cn
lixiaohung@icbc.com.cn
lixin_wang@ml.com
lixinli@bloomberg.net
liyen.quek@dexia-bil.com

liyi@seas.upenn.edu
liying.lim@nbim.no
liyu.li@alliancebernstein.com
liz.chong@db.com
liz.christie@thameswater.co.uk
liz.fordham@fandc.co.uk
liz.hamilton@bankofamerica.com
liz.howard@fmr.com
liz.irwin@deshaw.com
liz.kennedy@glgpartners.com
liz.krahel@exchange.quick-reilly.com
liz.latch@pimco.com
liz.mcmaster@ftnmidwest.com
liz.nolan@jpmorgan.com
liz.rees@sl-am.com
liz.tech@pimco.com
liz.valenzuela@frostbank.com
liz.vazquez@firstmidwest.com
liz.vitai@moorecap.com
liz.williams@jpmorgan.com
liz@mcm.com
liz_lemesevski@nacm.com
liza.morley@cgii.com
lizann.sonders@schwab.com
lizdavis@synovus.com
lizdhillon@quilter.co.uk
lizeth_alvarado@freddiemac.com
lizzie.broadbent@jpmorganfleming.com
lizzie@rainierfunds.com
ljackson@mcleanbudden.com
ljacquot@scor.com
ljames@tibsite.com
ljan@nbf.co.ae
ljanard@frk.com
ljanus@hollandcap.com
ljardin@global-equities.com
ljb99@cornell.edu
ljbeyer@provbank.com
ljefferson@perrycap.com
ljennette@bbandt.com
ljereski@tweedy.com
ljeronimo@bportugal.pt
ljf@sitinvest.com
ljg@ntrs.com

ljh@citicbank.com
ljh@nationalbanken.dk
ljhangia@allstate.com
ljiangang@pbc.gov.cn
ljk@bankinvest.dk
ljkeene@wellington.com
ljm.eu@adia.ae
ljoe@nb.com
ljohanse@nystrs.state.ny.us
ljohns@fib.com
ljohnson@caxton.com
ljones@fhlbc.com
ljones@fhlbsea.com
ljones@sterling-capital.com
ljong@kynikos.com
ljordan@montag.com
ljousma@aegon.nl
ljpai@sscims.com
ljsardone@wellington.com
ljtyler@azoa.com
ljuul@jyskebank.dk
lkagan@ag-am.com
lkalamaras@refco.com
lkamman@oppenheimerfunds.com
lkamp@tiaa-cref.org
lkang@citadelgroup.com
lkarcsh@halcyonpartnerships.com
lkassler@idbny.com
lkatz@sirachcap.com
lkawahara@btmna.com
lkc@dodgeandcox.com
lkchong@wellington.com
lkeary@fahnestock.com
lkelln@coair.com
lkellrac@co.san-diego.ca.us
lkelser@metlife.com
lkendzer@allstate.com
lkennedy@mfs.com
lkenyon@eatonvance.com
lkerr2@bloomberg.net
lkiernan@eatonvance.com
lkillian@ipohome.com
lkim@btmna.com
lkim@kkb.kz

lkim@us.mufg.jp
lkinczel@farcap.com
lking@lkcm.com
lkirwan@massport.com
lkloppenburg@loomissayles.com
lknecht@deerfieldcapital.com
lknight@bgcfx.com
lkohn@oppenheimerfunds.com
lkomanduri@babsoncapital.com
lkoppl@us.ibm.com
lkorn@lehman.com
lkostove@princeton.edu
lkowalski@fdic.gov
lkr@us.ibm.com
lkravitz@perrycap.com
lkreis@hbk.com
lkrone@crawfordinvestment.com
lkrouner@ftci.com
lkshah@wellington.com
lksmith@aegonusa.com
lktan@wellington.com
lkwok@statestreet.com
ll@jwbristol.com
llabelle@tiaa-cref.org
llaboy@evcap.com
llacroix@espiritosanto.com
lladewski@aamcompany.com
llaforce@fmg-statestreet.com
llaing@tiaa-cref.org
llajaye@lsu.edu
llam@income.com.sg
llam@standish.com
llamagnere@oddo.fr
llamberti@sistonet.org
llamonica@bbandt.com
llamoureux@babsoncapital.com
llange@rwbaird.com
llanglois@massmutual.com
llants@stephens.com
llapilus@gvie.generali.fr
llastra@bppr.com
llauner@metlife.com
llaux@dsaco.com
llavalle@bankofny.com

llayman@aegonusa.com
lld43@cornell.edu
lle@nationalbanken.dk
llebard@halcyonllc.com
llebatique@mfs.com
llebowitz@hbk.com
llee@tiaa-cref.org
lleiberman@pop.net
llemke@bper.ch
llent@comptroller.nyc.gov
lleon@tudor.com
lleong@mas.gov.sg
llepori@bancasempione.ch
lleskosk@blackrock.com
lletjosr@bancsabadell.com
lleveille@massmutual.com
llevesque@mfs.com
llewellyn_connolly@swissre.com
lli@ofii.com
lli@tiaa-cref.org
lli@wellington.com
llibbey@opusinvestment.com
llibby@allmerica.com
llin@mba2003.hbs.edu
llin@tiaa-cref.org
llinda@mcm.com
llindquist@mfs.com
llingane@mtildn.co.uk
llisker-blount@eatonvance.com
lliu@mmlassurance.com
lljillard@delinvest.com
llm@artemisinvest.com
llmcgowan@jhancock.com
llo@fdic.gov
llocher@asbcm.com
llocke@bankofny.com
llogi@ccf.com
llonergan@sarofim.com
llongino@metlife.com
lloren@tiaa-cref.org
llowe@lmfunds.com
lloyd.baron@americas.bnpparibas.com
lloyd.branford@lgim.co.uk
lloyd.doaman@jpmorgan.com

lloyd.flood@inginvestment.com
lloyd.francis@associatedbank.com
lloyd.goldstein@agf.com
lloyd.gregory@bwater.com
lloyd.h.hotchkiss@jpmorgan.com
lloyd.plenty@bnpp.com
lloyd.whitworth@citigroup.com
lloyd.wynter@statestreet.com
lloyd_sebastian@cibcmellon.com
lloydj@aetna.com
llsmith@wellington.com
llu@deerfieldcapital.com
llu@standishmellon.com
llu888@bloomberg.net
lluckmann@nb.com
lluisgasull@caixacatalunya.es
llunab@bloomberg.net
llx@netvigator.com
llytle@waddell.com
lm107@ntrs.com
lm57@ntrs.com
lma@danskebank.dk
lma@panagora.com
lmaddox@steinroe.com
lmanista@wilmingtontrust.com
lmanjunath@rbi.org.in
lmannix@bankofny.com
lmanuel.garcia@grupobbva.com
lmarcus@templeton.com
lmardis@wbcap.net
lmaro@babsoncapital.com
lmarti@grupobbva.com
lmartin@bbwest.com
lmartin@fhlbatl.com
lmartin@sirachcap.com
lmartinm@repsolypf.com
lmartinma@bankinter.es
lmartinsson1@bloomberg.net
lmarzo@invercaixa.es
lmascheroni@bpvifondi.it
lmasi@dominickanddominick.com
lmason@trigon.com
lmastandrea@sterling-capital.com
lmateri@us.ca-indosuez.com

lmattar@spinnaker.com.br
lmatthias@payden-rygel.com
lmb@notes.ntrs.com
lmc57@cornell.edu
lmcadams@pacificincome.com
lmcandrews@nevrodie.com
lmccourt@williamblair.com
lmcdonald@aegonusa.com
lmcdougal@whitneybank.com
lmcduffee@canyonpartners.com
lmcgowan@jhancock.com
lmcgregor@britannicasset.com
lmcguigan@westcapinv.com
lmchan@mas.gov.sg
lmckissock@metlife.com
lmcmahon@petro-canada.ca
lmeier@pksbb.ch
lmercado@us.ca-indosuez.com
lmerino@invercaixa.es
lmerritt@jhancock.com
lmerritt@wilmingtontrust.com
lmerta@deerfieldcapital.com
lmetzendorf@ftci.com
lmikkel@bloomberg.net
lmiller@essabank.com
lmiller@mfs.com
lmiller@tsbjinc.com
lmilner@scmadv.com
lmilstein@pressprich.com
lminott@princeton.edu
lmitchell@ebkgroup.com
lml4@ntrs.com
lmlynch@wellington.com
lmoelche@richmond.edu
lmoews@allstate.com
lmoncur@bgcfx.com
lmontgomery@fdic.gov
lmontgomery@tiaa-cref.org
lmoon@bok.or.kr
lmorales@perrycap.com
lmorandi@troweprice.com
lmore@wilmingtontrust.com
lmoro@halcyonll.com
lmorrissey@shelterinsurance.com

lmorse@lordabbett.com
lmoynihan@babsoncapital.com
lmr@dodgeandcox.com
lms@capgroup.com
lmsousa@bportugal.pt
lmu@storebrand.com
lmuchow@inv.uchicago.edu
lmulpagano@mwamllc.com
lmurphy@delinvest.com
lmurphy@russell.com
lmx@americancentury.com
ln1@tbb.com.hk
lnacari@frk.com
lnadel@ustrust.com
lnakamin@csc.com
lnakamin@cse.com
lnapoli@qgcapital.com
lnassikas@stephens.com
lnayak@statestreet.com
lneedle@sdcera.org
lnelson@sarofim.com
lnguyen@generali.fr
lnicaretta@babsoncapital.com
lnicholson@bloomberg.net
lnitsch@bloomberg.net
lnk@capgroup.com
lnoto2@bloomberg.net
lnunez@ifm.net.au
loans@chb.com.hk
lob2@cornell.edu
lobrien@bellsouthtips.com
loc.mcnew@aig.com
lochj@vankampen.com
locksley_liz@jpmorgan.com
loconnell@federatedinv.com
locsins@fhlbsf.com
lode.devlaminck@fortisinvestments.com
lodh-industrials@lodh.com
lodonnell@loews.com
lodovico.pignatti@bancaintesa.co.uk
loes.pals@nl.abnamro.com
loesch_matthew@acml.com
logan.a@mellonequity.com
logan.burt@morganstanley.com

lohmeyer_jeffrey@jpmorgan.com
loi.huynh@pnc.com
loi@capitalgest.it
loic.becue@caam.com
loic.henry@barep.com
loic.rougier@bloomberg.net
loic.venturini@hsbcpb.com
lois.pine@morganstanley.com
lois.psuik@usbank.com
lois_bellandi@freddiemac.com
lois_ireland@freddiemac.com
loisc@oechsle.com
lojimenezre@repsolypf.com
lok.yim@citigroup.com
lokesh.bidhan@tuck.dartmouth.edu
lokesh.murthy@fmr.com
lokesh_bidarakatti@ssga.com
lokewy@schroders.com
loki.zanini@dzbank.de
lokmak@dahsing.com
lokman@bnm.gov.my
lolds@aegonusa.com
lollol@bok.or.kr
lolszewski@leggmason.com
lom@capgroup.com
lomaxb@bernstein.com
lombardi_michael@fsba.state.fl.us
lomtev_igor@jpmorgan.com
lon.erickson.hevu@statefarm.com
lon.magness@ncfcorp.com
lon_west@americancentury.com
lonapolitano@lordabbett.com
london-ims-slambe@statestreet.com
lonergw@nationwide.com
loney_fred@jpmorgan.com
long.sha@dartmouth.edu
long2b@kochind.com
longfeb@nationwide.com
longhurg@ebrd.com
longueville@bloomberg.net
lonnie.fox@db.com
lonnie.schaffer@fac.com
lonniru@singapore.cic.fr
lonny.hurwitz@wnco.com

loo.tze-hsin@ubs.com
lopezcorcueracristina@bancsabadell.com
lopezdeprado@gmx.net
lopezg@gruppocredit.it
lopezvallefranciscojavier@bancsabadell.com
lora.gotcheva@uk.fid-intl.com
lora.simon@genworth.com
lore.a.hayes@aib.ie
loredana.exbrayat@lloydsbank.ch
loredana.lapace@pimco.com
loredana.lombardini@ubm.it
loredana.paganelli@lloydsbank.ch
loredana.pecchiai@banca.mps.it
loredana.tarsia@bnlmail.com
lorella.dicosmo@snamretegas.it
lorely.martinez.machin@prudential.com
loren.fleckenstein@tcw.com
loren.h.hawkyard@jpmorgan.com
loren.ollenburger@pimco.com
loren.remetta@drkw.com
loren_letteau@progressive.com
lorena.cedillo@bsibank.com
lorena.fregosi@corner.ch
lorena.horncastle@inginvestment.com
lorena.vinueza@union-investment.de
lorenz.kiener@claridenleu.com
lorenz.pfiffner@lgt.com
lorenz.trautmann@rothschildbank.com
lorenzo.batacchi@bper.it
lorenzo.borgogni@finmeccanica.it
lorenzo.bottazzi@mediolanum.it
lorenzo.busnelli@mpsgr.it
lorenzo.campori@gestielle.it
lorenzo.cella@capitalia-am.com
lorenzo.dellovo@credit-suisse.com
lorenzo.denovellis@antonveneta.it
lorenzo.donna@sella.it
lorenzo.fioretta@sanpaoloimi.com
lorenzo.fomasi@popso.it
lorenzo.foroni@arcafondi.it
lorenzo.gallenga@sgam.com
lorenzo.ippoliti@ubm.it
lorenzo.isla@grupobbva.com
lorenzo.moruzzi@uk.abnamro.com

lorenzo.osimani@lbbw.de
lorenzo.portelli@pioneerinvest.it
lorenzo.romano@bancaprofilo.it
lorenzo.ronchi@carifirenze.it
lorenzo.savi@electrolux.se
lorenzo.tajana@capitalia-am.com
lorenzo.tenni@popso.it
lorenzo@eaclp.com
lorenzo_demedici@bancalombarda.it
lorenzocarcano@metzler.com
loretta.allen@axa-slim.co.uk
loretta.rasmussen@towersperrin.com
loretta.white@gs.com
loretta_roland@acml.com
lori.andrews@pncadvisors.com
lori.armocida@suntrust.com
lori.bassett@ibtco.com
lori.basso@firstmidwest.com
lori.bilker@ubs.com
lori.boomgaardt@ubs.com
lori.brown@trs.state.tx.us
lori.c.beard@exxonmobil.com
lori.christie@fcc-sca.ca
lori.cinciva@aig.com
lori.ensinger@columbiamanagement.com
lori.galayda@ppmamerica.com
lori.guenther@bbh.com
lori.hsu@pimco.com
lori.johnstone@pacificlife.com
lori.kollmeyer@thehartford.com
lori.marchildon@bmo.com
lori.mchugh@morganstanley.com
lori.nagy@erieinsurance.com
lori.peachey@kishbank.com
lori.snow@usbank.com
lori.stone@raymondjames.com
lori.waite@aamcompany.com
lori.wise@prudential.com
lori.woodland@us.schroders.com
lori.zarutsky@pimco.com
lori.zuhoski@lehman.com
lori_geftic@freddiemac.com
lori_radford@invesco.com
lori_swain@victoryconnect.com

lori_trawinski@freddiemac.com
loriann_curnyn@hvbamericas.com
lorie.logan@ny.frb.org
lorikiraly@northwesternmutual.com
lorin.gresser@threadneedle.co.uk
lorinda_laub@ustrust.com
lorio@ruanecunniff.com
loris.centola@ubs.com
loris.cipresso@lodh.com
loris.nold@publicis.com
lorna.harnby@flemings.com
lorna.levy@morganstanley.com
lorna.matheson@nl.abnamro.com
lorna.potts@barclaysglobal.com
lorna_macdonald@generali.com
lorna_schmidt@acml.com
lorna_wace@blackrock.com
lorndavis@jhancock.com
lorne.gavsie@bmo.com
lorraine.calupas@firstunion.com
lorraine.chong@fmr.com
lorraine.dyer@aberdeen-asset.com
lorraine.e.dixon@jpmorganfleming.com
lorraine.elliot@bankofamerica.com
lorraine.esposito@swift.com
lorraine.guensch@prudential.com
lorraine.henderson@pnc.com
lorraine.hopkins@blackrock.com
lorraine.kitson@insightinvestment.com
lorraine.mcallister@pioneerinvestments.com
lorraine.mcneely@rabobank.com
lorraine.muir@thehartford.com
lorraine.murphy@aib.ie
lorraine.neabor@bms.com
lorraine.schneider@ch.abb.com
lorraine.specketer@insightinvestment.com
lorraine.votta@phxinv.com
lorraine.yow@gs.com
lorraine.zafrani@axa-im.com
lorraine.zysk@pncbank.com
lorri.white@aig.com
lorri_white@agfg.com
lorrie.lynn@gwl.com
lorton@viningsparks.com

los@nbim.no
losch_helen@gsb.stanford.edu
loschiavo@bloomberg.net
losteinerd@otpbank.hu
lostolaz@notes.banesto.es
lothar.ayasse@lrp.de
lothar.bick@vuw.de
lothar.brakelmann@hsh-nordbank.com
lothar.cerjak@credit-suisse.com
lothar.falk@bankgesellschaft.de
lothar.hessler@hsbctrinkaus.de
lothar.schroeder@apobank.de
lothar.steinebach@henkel.com
lothar.wilisch@siemens.com
lotsoffs@lotsoff.com
lotta.aleblad@sebprivatebanking.com
lotta.smith@barclaysglobal.com
lotte.eriksen@nordea.com
lou.dietrich@tcw.com
lou.galassini@bmonb.com
lou.gitlin@blackrock.com
lou.kirschbaum@eagleasset.com
lou.lucido@tcw.com
lou.mccrimlisk@ssmb.com
lou@kerner.tv
lou_corsetti@rhco.com
louanges@pimco.com
loughlin.cleary@fhlbboston.com
loughlinfa@bernstein.com
louis.albert@fr.rothschild.com
louis.birro@ubs.com
louis.carousa@wachovia.com
louis.chollet@bnpparibas.com
louis.cohen@mackayshields.com
louis.conrad@citadelgroup.com
louis.dupouy@axa-im.com
louis.florentin-lee@lazard.com
louis.gallo@us.socgen.com
louis.goldstein@opcap.com
louis.green@db.com
louis.jimeno@slma.com
louis.kerry@prudential.com
louis.lavin@nyc.nxbp.com
louis.lavoie@sgam.com

louis.lemos@pncadvisors.com
louis.macalli@dexia-bil.com
louis.meagher@ilim.com
louis.messina@aig.com
louis.parks@raymondjames.com
louis.puglisi@db.com
louis.rodriguez@db.com
louis.romagnoli@nationalcity.com
louis.serra@wachovia.com
louis.solimine@fhlbny.com
louis.stutterheim@telekom.de
louis.yang@cathaybk.com.tw
louis_abel@ustrust.com
louis_lemos@invesco.com
louis_mendes@ml.com
louis_pestel@lazard.fr
louis_raffis@keybank.com
louis_zahorak@calpers.ca.gov
louisa.a.kinirons@aib.ie
louisa.cox@glgpartners.com
louisa.harper@fidelity.com
louisa.lo@schroders.com
louisa.sans@bankofamerica.com
louise.a.frazer@aib.ie
louise.b.milner@aibbny.ie
louise.bohemier@ge.com
louise.bulley@lazard.com
louise.bulley@uk.abnamro.com
louise.burgess@ubs.com
louise.chase@jpmorgan.com
louise.davidson@uk.fid-intl.com
louise.desouza@baesystems.com
louise.diethhlem@harrisbank.com
louise.gough@lbbwie.com
louise.hill@lazard.com
louise.holmes@barclaysglobal.com
louise.kernohan@db.com
louise.lothian@uk.fid-intl.com
louise.m.mcguigan@aib.ie
louise.mackenzie@ubs.com
louise.malmstrom@glgpartners.com
louise.matthews@inginvestment.com
louise.morris@uk.fid-intl.com
louise.p.sclafani@jpmorgan.com

louise.randall@db.com
louise.scott@juliusbaer.com
louise.sepulveda@uboc.com
louise.smith@aegon.co.uk
louise.smith@cgii.com
louise.somers@gcc.royalsun.com
louise.teeple@morganstanley.com
louise@tudor.com
louise_a_taylor@blackrock.com
louise_carley@scudder.com
louise_down@conning.com
louise_herrle@freddiemac.com
louise_mackenzie@standardlife.com
louise_murray@blackrock.com
louise_rafferty@ml.com
louise_schaible@merck.com
louis-philippe.muller@boccard.ch
louisu@nytimes.com
louiza.ferrara@alliancebernstein.com
loukas.rizos@postbank.de
loukoj@nuveen.com
loum@mcm.com
lourdes.leon@morganstanley.com
lourdessampelayouser@company.com
lourenco.bastostigre@tudor.com
lousarno@bloomberg.net
louw.mattheus@aberdeen-asset.com
loveg@firstcharter.com
loverby@bankofny.com
lovetereg@bpn.it
loviena.gonsalves@sandoz.com
lovisa.mccallum@bmo.com
low.hanseng@uobgroup.com
lowa@nykredit.dk
lowell.bolken@advantuscapital.com
lowell.singer@disney.com
lowell.yura@ubs.com
lowellkw@ldschurch.org
lowen@brownadvisory.com
lowkum@stanford.edu
lozadac@washpost.com
lp@ennismorefunds.com
lpacis@worldbank.org
lpackham@templeton.com

lpalma@finibanco.pt
lpalmer2@tiaa-cref.org
lpaolone2@bloomberg.net
lpaone@leggmason.com
lpapkin@aegonusa.com
lpapso@bloomberg.net
lpardini@bpvifondi.it
lparker@loomissayles.com
lparren@spfbeheer.nl
lpartridge@uscentral.org
lpasquale@chicago-trust.com
lpatterson@elcabop.org
lpauly@bloomberg.net
lpavelec@nicholasfunds.com
lpbrundage@hartfordfinancial.com
lpcgsi@aol.com
lpe@ubp.ch
lpemberton@comdata.com
lpendic@bloomberg.net
lpeoples@chubb.com
lpere@nysif.com
lperenick@massmutual.com
lperiti@concordiafunds.com
lperrin@pictet.com
lpgomes@statestreet.com
lpham@ofii.com
lpiantedosi@eatonvance.com
lpita@fhlbatl.com
lpitalis@loomissayles.com
lpizzamiglio@icbpi.it
lpj@nbim.no
lpkatsafanas@leggmason.com
lplavigne@bloomberg.net
lplo@kempen.nl
lplummer@crewsfs.com
lpodobinski@pjc.com
lpollack@nb.com
lpollack@ubs.com
lporrata@bankpyme.es
lporter@westpac.com.au
lprieto@banxico.org.mx
lprinacerai@fin-echiquier.fr
lproper@ofiinstitutional.com
lprotto@bancaintesa.us

lpujol@fibanc.es
lpwachs@delinvest.com
lpyiong@mas.gov.sg
lpzhong@wellington.com
lquijano1@bloomberg.net
lr@bochk.com
lr10@cornell.edu
lradomski@hellmanjordan.com
lraffa@hapolimusa.com
lrallen@bbandt.com
lramirez@denveria.com
lramsay@essexinvest.com
lrana@dsaco.com
lranalli@stonebridgebank.com
lrasin@jhancock.com
lrasin@mfs.com
lrasmussen@jyskebank.dk
lrd1@ntrs.com
lregalado@bancomadrid.com
lregina@cprus.com
lreinhard@pictet.com
lrejonp@repsolypf.com
lrequejo@notes.banesto.es
lrh@citicib.com.cn
lrharrison@statestreet.com
lrhi@bankofny.com
lrich@brownadvisory.com
lrichards@babsoncapital.com
lriddell@martincurrie.com
lridley@bear.com
lrieke@waddell.com
lripamonti@fondianima.it
lroberi@bloomberg.net
lroberts@rockco.com
lrobertsen@deshaw.com
lrobinson@evcap.bm
lrodrigs@cajamadrid.es
lrodriguezrizzolo@leggmason.com
lrogers@provnet.com
lromeo@roycenet.com
lromero@ustrust.com
lrong@bloomberg.net
lropp@barrowhanley.com
lrosen@perrycap.com

lrosenbaum@loomissayles.com
lross@halcyonpartnerships.com
lroventi@tiaa-cref.org
lrr@bankinvest.dk
lrs@capgroup.com
lrustea@fideuramcapital.it
lruther@brownadvisory.com
ls31@ntrs.com
ls37@ntrs.com
lsachs@lordabbett.com
lsalerno@chubb.com
lsalvatico@bloomberg.net
lsamaha@entergy.com
lsamowitz@fdic.gov
lsamuels@meag-ny.com
lsan@canyonpartners.com
lsanh@groupama-am.fr
lsarlo@loomissayles.com
lsarlo@ssrm.com
lsarrica@bankatlantic.com
lsavage@litchfieldcapital.com
lsavard@babsoncapital.com
lsazpena@cajamadrid.es
lsb@dodgeandcox.com
lsberg@statestreet.com
lschausten@tiaa-cref.org
lscheinson@tiaa-cref.org
lscher@eatonvance.com
lschippl@steinroe.com
lschirf@fftw.com
lschmerhold@tiaa-cref.org
lschmidt@jennison.com
lschneider@gwkinc.com
lschrimp@lkcm.com
lschroeder@bloomberg.net
lschroeter@bloomberg.net
lschulz@princeton.edu
lschumac@aegonusa.com
lschwa@bloomberg.net
lschwartz@cpr-am.fr
lschwartz@tiaa-cref.org
lschweitzer@loomissayles.com
lscott@caxtonhealth.com
lseibert@avatar-associates.com

lsergi@ftci.com
lshaffer@fhlbatl.com
lshainsky@metlife.com
lshaw@loomissayles.com
lshea@wellington.com
lsheehey@metlife.com
lshen@reflectioncap.com
lsheryl.hudson@westam.com
lshields@nb.com
lshirle@frk.com
lshlafman@ruanecunniff.com
lshriver@provnet.com
lsilva@canyonpartners.com
lsilverm@gapac.com
lsilverman@perrycap.com
lsimkins@oaktreecap.com
lsimoncini2@bloomberg.net
lsitcawi@stpaultravelers.com
lsithivong@convexitycapital.com
lsj@bankinvest.dk
lskardoon@spectruminvest.com.au
lskiera@allstate.com
lslagel@fult.com
lslechta@bloomberg.net
lsloate@nb.com
lsmartins@cgd.pt
lsmith8@entergy.com
lsng@mas.gov.sg
lsnyder@denveria.com
lsolmonson@nb.com
lsolmor@fwg.com
lsong@icbc.com.cn
lsottile@bloomberg.net
lsoucy@androscogginbank.com
lsouza@mcmorgan.com
lsp@ubp.ch
lspadaro@hymanbeck.com
lsparra@bcv.org.ve
lsperling@caxton.com
lspicer@fmausa.com
lspicer@ofiinstitutional.com
lss2@ntrs.com
lstaff@firstmanhattan.com
lstallinga@watrust.com

lstarr@aegonusa.com
lsteinberger@nb.com
lsteve@bci.it
lstevens@denveria.com
lsthrift@wellington.com
lstomp@aegonusa.com
lstruble@mandtbank.com
lstyles@frk.com
lsullivan@smithbreeden.com
lsundari@permatabank.co.id
lsvetlana@baupost.com
lswantz@aegonusa.com
lsweeney@websterbank.com
lt.lawler@ubs.com
lt@wmblair.com
lt38@ntrs.com
lt5@americancentury.com
ltagliapietra@fandc.co.uk
ltalukdar@lordabbett.com
ltalukdar@mfs.com
ltam@btmna.com
ltam@us.mufg.jp
ltan@aegonusa.com
ltankel@tiaa-cref.org
ltashie@noonday.com
ltavolari@fideuramsgr.it
ltawil@nb.com
ltemsic@bankofny.com
lteran@farcap.com
lterrones@westernasset.com
ltesta@templeton.com
lteter@investmentcounselors.com
lthaxton@bbandt.com
lthill@wellington.com
lthomas@nb.com
lthompson@templeton.com
lthornton@firststate.co.uk
ltiemens@ifm.net.au
ltien@dkb.com
ltill@federatedinv.com
ltiongco@boh.com
ltom@princeton.edu
ltornetta@bloomberg.net
ltr@ubp.ch

ltracy@opers.org
ltribuch@tiaa-cref.org
ltruflandier@bci.it
ltruglio@metlife.com
ltsang@lehman.com
lturkisher@fftw.com
lturnbull@franklintempleton.co.uk
ltuyau@bankofamerica.com
lu.chen@rbsgc.com
lu.dalessandro@barclaysglobal.com
lu.wang@db.com
luan.huynh@barclays.com
luan.wen@email.chinatrust.com.tw
luana.codignoni@eni.it
luana.guerriero@zkb.ch
luann.gilhooly@mackayshields.com
luann_katz@aimfunds.com
luanne_zurlo@scudder.com
lub@jwseligman.com
luba.kagan@jpmorgan.com
luba.schoenig@credit-suisse.com
lubelia.machado@mcfundos.pt
lubos_kolarik@kb.cz
lubranth@cial.cic.fr
luc.bauler@blfram.lu
luc.borremans@fortis.com
luc.byrde@bcv.ch
luc.coene@nbb.be
luc.dhooge@dexia-am.com
luc.dondelinger@dexia-bil.com
luc.dumontier@sinopia.fr
luc.hernoux@bil-dexia.com
luc.join-lambert@gazdefrance.com
luc.lefer@bnpparibas.com
luc.martin@caam.com
luc.martin-siegfried@commerzbank.fr
luc.mathys@claridenleu.com
luc.mouzon@caam.com
luc.obbers@dexia.be
luc.olinger@hypovereinsbank.de
luc.paillard@barcap.com
luc.riedweg@banque-france.fr
luc.rooms@belgacom.be
luc.steens@fortisbank.co

luc.van.malder@puilaetco.com
luc.viennet@calyon.com
luc.walravens@ing.be
luc@epsilonfunds.com
luca.albanesi@bnlmail.com
luca.arcangeli@bnlmail.com
luca.armandola@morganstanley.com
luca.bernardini@eni.it
luca.bonaccorsi@gmail.com
luca.bonanomi@juliusbaer.com
luca.bortolami@ubm.unicredit.it
luca.bosisio@mpsgr.it
luca.bottinelli@ubs.com
luca.cioffi@it.zurich.com
luca.corletto@zkb.ch
luca.corti@symphonia.it
luca.daldosso@rothschildbank.com
luca.dipalma@pirelli.com
luca.donna@italtel.it
luca.facchiniprovera@bancaintesa.it
luca.faggian@carisp.sm
luca.fiamenghi@pioneerinvestments.com
luca.franceschi@lanewan.it
luca.giammetti@glgpartners.com
luca.giangualano@geva.fiatgroup.com
luca.grassadonia@mpsgr.it
luca.lanzara@pioneerinvest.it
luca.libralato@caamsgr.it
luca.lionetti@eurosgr.it
luca.lucente@mediobanca.it
luca.luisoni@bsibank.com
luca.maddalon@bsibank.com
luca.magnani@bancaintesa.it
luca.manzoni@bancaroma.it
luca.marabottini@fiatgroup.com
luca.martina@credit-suisse.com
luca.massironi@capitalia-am.com
luca.mengoni@pioneeraltinvest.com
luca.napolitano@am.generali.com
luca.orelli@bsibank.com
luca.ottolini@azimut.it
luca.paolini@union-investment.de
luca.passoni@am.generali.com
luca.pavesi@bpubanca.it

luca.pepe@capitalia-am.com
luca.pertoldi@cic.ch
luca.pesaro@banca.mps.it
luca.piano@arcafondi.it
luca.pizzaia@pioneerinvestments.com
luca.quivelli@antonveneta.it
luca.raso@mediobanca.it
luca.ratti@bancaprofilo.it
luca.sabetta@banca.mps.it
luca.santamaria@winterthur.it
luca.simoncelli@blackrock.com
luca.simoni@carisp.sm
luca.soria@arcafondi.it
luca.taranta@intesasanpaolo.com
luca.torrigiani@gestielle.it
luca.triani@antonveneta.it
luca@oneinvest.ch
luca_giovanni_fort@bancosardegna.it
luca_polenghi@ldn.invesco.com
lucadivenosa@mail.alleanzaassicurazioni.it
lucas.brunner@csfb.com
lucas.g.jackson@pjc.com
lucas.jackson@gmacrfc.com
lucas.papademos@ecb.int
lucas.ruland@nibcapital.com
lucas.smith@himco.com
lucas.stieger@lloydsbank.ch
lucas.velleley@citigroup.com
lucas_yeoh@camasia.com.sg
lucasfoch@gic.com.sg
lucette.shirai@caam.com
luci.pellegrino@ge.com
lucia.bergamini@heineken.com
lucia.bonilla@ubs.com
lucia.buelloni@bancaintesa.it
lucia.c.albarran@jpmchase.com
lucia.casoli@bpm.it
lucia.cutrofello@pioneerinvest.it
lucia.frazzon@bpmsgr.it
lucia.grimaldi@ubs.com
lucia.leitao@igcp.pt
lucia.ocon@grupobbva.com
lucia.pettini@grifogest.it
lucia.pinheiro@bcb.gov.br

lucia.weiss@db.com
lucia.wuermli@claridenleu.com
lucia_derosa@generali.com
lucian.caflisch@zkb.ch
luciano.almeida@ingim.com
luciano.brega@merloni.com
luciano.cadamuro@notes.electrolux.it
luciano.danninger@bankcoop.ch
luciano.diez-canedo@ubs.com
luciano.fusi@bancaintesa.it
luciano.jannelli@juliusbaer.com
luciano.lanza@credit-suisse.com
luciano.morelli@ppmamerica.com
luciano.tortoli@carifirenze.it
luciano.vailati@bancaakros.it
luciano_orengo@elliottandpage.com
lucie_fay@freddiemac.com
lucien.carton@nl.abnamro.com
lucien.norbrun@bbh.com
lucien.philippe@morganstanley.com
lucile.brossier@caam.com
lucile.combe@cogefi.fr
lucille.barengo@fmr.com
lucille.douglas@db.com
lucille.liu@corporate.ge.com
lucille.protas@mackayshields.com
lucille.volanti@ubs-oconnor.com
lucinda.corby@isisam.com
lucio.conti@bnlmail.com
lucio.galati@capitalia-am.com
lucio.marino@fmr.com
lucio.nocerino@bancamps.it
lucio.pensatori@banca.mps.it
lucio.picca@unicredit.it
lucio.sarno@axa-im.com
lucio.venanzi@mediobanca.it
lucio.vignati@pioneeraltinvest.com
luciocuppini@nettuno.it
luco@agf.fr
lucrecia.tam@nacm.com
lucrezia.reichlin@ecb.int
lucvan.reeth@dexia.be
luc-winters@philips.com
lucy.a.dumelow@jpmorgan.com

lucy.a.pollitt@jpmorgan.com
lucy.bonmartel@axa-im.com
lucy.charmeton@barclaysglobal.com
lucy.chen@fmr.com
lucy.cruz@citadelsolutions.com
lucy.ford@glgpartners.com
lucy.fuller@smith-nephew.com
lucy.gray@commerzbankib.com
lucy.hardy@osterweis.com
lucy.hill@blackrock.com
lucy.horncastle@flemings.com
lucy.l.georgiades@jpmchase.com
lucy.legget@gartmore.com
lucy.mann@uk.fid-intl.com
lucy.neale@uk.fid-intl.com
lucy.oflaherty@ubs.com
lucy.parkin@jpmorganfleming.com
lucy.payne@glgpartners.com
lucy.saunders@insightinvestment.com
lucy.speake@insightinvestment.com
lucy.t.boyle@bnymellon.com
lucy.thompson@barclaysglobal.com
lucy.warden@troweprice.com
lucy.watts@barclaysglobal.com
lucy.west@bbh.com
lucy.zheng@morganstanley.com
lucy@silchester.com
lucy_davies@stpaul.com
lucy_dwyer@troweprice.com
ludan.liu@morganstanley.com
luderosa@bloomberg.net
ludger.buesken@amb.de
ludger.feldmann@sachsenlb.de
ludger.kill@commerzleasing.de
ludger.overbeck@hvb.de
ludger.schuknecht@ecb.int
ludger.vossenberg@bfg-invest.de
ludger_hentschel@nylim.com
ludivine.politano@bnpparibas.com
ludo.schockaert@dexia-pf.ch
ludovic.bodart@eurizoncapital.lu
ludovic.delbalzo@interbrew.com
ludovic.lanthier@dexia.be
ludovico.beretta@alleanza.it

ludvig.uddeholt@swedbank.com
ludwig.fischer@ba-ca.com
luffe@jyskebank.dk
lugraziani@bloomberg.net
luhl@caxton.com
luhler@calfed.com
lui_chiuming@bochk.com
luigi.antonaci@eurizoncapital.lu
luigi.apollonio@bnpparibas.com
luigi.binda@gestielle.it
luigi.cammilli@banca.mps.it
luigi.capone@bancaakros.it
luigi.cesari@pioneerinvestments.com
luigi.coretti@iccrea.bcc.it
luigi.delgreco@sgsbpvn.it
luigi.delmastro@enel.it
luigi.devito@hvb.de
luigi.dimartino@bpubanca.it
luigi.dompe@mpsgr.it
luigi.fallanca@sanpaoloam.lu
luigi.fanciano@rzb.at
luigi.fulgosi@bpm.it
luigi.gubitosi@fiatgroup.com
luigi.leo@nl.abnamro.com
luigi.parrilla@unicredit.it
luigi.pescia@dresdner-bank.ch
luigi.pignatelli@dexia-am.com
luigi.roccu@rothschildbank.com
luigi.romanol@mpsgr.it
luigi.sartini@bpv.lu
luigi.scola@grifogest.it
luigi.vignola@zkb.ch
luigi1.premoli@telecomitalia.it
luigia.campagna@capitalia.it
luim@jwseligman.com
luimunoz@gruposantander.com
luis.a.rivera-hopkins@usa.dupont.com
luis.alvarenga@cgd.pt
luis.azofra@bbvauk.com
luis.bengoechea@bis.org
luis.camara.pestana@bancobpi.pt
luis.carvalho@cgd.pt
luis.castro@credit-suisse.com
luis.correia@claridenleu.com

luis.cota@avmltd.com
luis.dejesus@hcmny.com
luis.dejuan@sgam.com
luis.gonzalez@ny.frb.org
luis.kendall@credit-suisse.com
luis.lobo@mizuhocbus.com
luis.lopez@aberdeen-asset.com
luis.m.ribaya@bancogalicia.com
luis.maroto@grupobbva.com
luis.martins@bsnp.pt
luis.martins@fmr.com
luis.marti-sanchez@hsh-nordbank.co.uk
luis.muscatt@daiwasmbc.co.uk
luis.navia@batlantico.es
luis.nieves@daiwausa.com
luis.pena@fonditel.es
luis.perez@americas.ing.com
luis.piteira@bcp.pt
luis.pontes@bcb.gov.br
luis.roco@tudor.com
luis.roldan@gm.com
luis.seta@grupobbva.com
luis.silva@bsnp.pt
luis.varela@helaba-invest.de
luis.vasconcelos@finantia.com
luis.yance@blackrock.com
luis_reyna@swissre.com
luis_roman@putnam.com
luisa.b.gallardo@csam.com
luisa.b.gallardo@morganstanley.com
luisa.ogliario@gnf.it
luisa.starns@royalbank.com
luisellacalcante@intesasgr.it
luisg@bbmbank.com.br
luisito.fernandez@prudential.com
luiz.f.felix@nl.abnamro.com
luiz.s.schlitter@hsbcgroup.com
lujian@icbc.com.cn
luk.janssens@morleyfm.com
luk@bessemer.com
lukas.feh@ubs.com
lukas.grenacher@juliusbaer.com
lukas.ladner@blkb.inet.ch
lukas.magada@socgen.com

luke.b.wahwerit@jpmorgan.com
luke.borda@glenmede.com
luke.carpenter@uk.mufg.jp
luke.d.thomas@aibbny.ie
luke.dresser@ibtco.com
luke.duggan@db.com
luke.dyer-smith@claridenleu.com
luke.edwards@kbcaim.com
luke.gleeson@ubs.com
luke.hagopian@columbiamanagement.com
luke.hayden@gmacrfc.com
luke.heatley@dzbank.de
luke.hickmore@swip.com
luke.kennedy@glgpartners.com
luke.kennedy@juliusbaer.com
luke.lau@ppmamerica.com
luke.lewis@glgpartners.com
luke.lyons@alliancebernstein.com
luke.macredmond@kbcam.com
luke.mccabe@bbh.com
luke.mcfarlane@hsbc.com
luke.morosanu@bbh.com
luke.morrison@rabobank.com
luke.newman@fandc.com
luke.richdale@jpmorgan.com
luke.sanfilippo@moorecap.com
luke.smith@aetna.com
luke.smith@gartmore.com
luke.squires@barclaysglobal.com
luke.stifflear@ppmamerica.com
luke.swanson@pearson.com
luke.t.szymczak@jpmorgan.com
luke.tieman@barclaysglobal.com
luke_chappell@blackrock.com
luke_evans@scotiacapital.com
luke_farrell@capgroup.com
luke_hodges@blackrock.com
luke_smith@nylim.com
luke_thomas@jpmorgan.com
lukegoh@mas.gov.sg
lukehan@temasek.com.ga
lukelee@dbs.com
lukelevine@gic.com.sg
lukinm@towers.com

lulu.chen@sscims.com
lundgren@ymcaret.org
lundk@ensignpeak.org
lundytsai@mail.tbb.com.tw
luo.qing@icprc.com
luohao@icbc.com.cn
luoxiaojinghan@abchina.com
luoxuanron@gmail.com
lupe@tcbank.com.tw
lupin.rahman@pimco.com
lupitab@azasrs.gov
luricc@carife.it
lusong@temasek.com.sg
luster_brian@jpmorgan.com
lutgarde.maesfranckx@dexia.be
luther_carter@troweprice.com
lutova_natalia@jpmorgan.com
lutrerai@notes.banesto.es
lutz.honstetter@winterthur.com
lutz.kalthoff@allianzgi.de
lutz.klaus@oppenheim.de
lutz.krabbe@vuw.de
lutz.krannich@geninvest.de
lutz.kuhlmann@nordlb.de
lutz.neumann@db.com
lutz.orban@hsh-nordbank.com
lutz.schleidt@deka.de
lutz.ulbrich@nordlb.de
lutzg@nationwide.com
lutz-peter.wilke@blackrock.com
luu@pimco.com
luuk.strijers@snssecurities.nl
luuk.veenstra@nibcapital.com
luying.wei@jpmorgan.com
luyizhou@abcchina.com
luz.padilla@tcw.com
luzfoo@mas.gov.sg
luzia.raffainer@aigpb.com
luzie.wenzel@db.com
lv.hang@lehman.com
lvaidya@angelogordon.com
lvalli@nbg.gr
lvangeijlswijk@worldbank.org
lvanuffe@anhyp.be

lvassor@troweprice.com
lvazquez@lordabbett.com
lveilleux@pictet.com
lvelasco@notes.banesto.es
lveldkam@stern.nyu.edu
lvenezia@oppenheimerfunds.com
lveraart@princeton.edu
lverdu@gruposantander.com
lvigus@alger.com
lvila@federatedinv.com
lvinci@bancodisicilia.it
lviolante@nylim.com
lvitores.bce@cajarural.com
lvitti@leggmason.com
lvjing@citicbank.com
lvk@nbim.no
lvm@wmblair.com
lvoiles@hcmlp.com
lvonreissig@us.ca-indosuez.com
lvosicky@csas.cz
lvozza@caxton.com
lw@carnegieam.dk
lwagen@securities.co.uk
lwalsh@oppenheimerfunds.com
lwang@wellington.com
lward@congressasset.com
lward@fhlbatl.com
lward@troweprice.com
lwargo@bloomberg.net
lwasserman@bear.com
lwatkins@fultonfinancialadvisors.com
lwebb@communitybankpkbg.com
lweiss@ustrust.com
lwelch@mfcglobalus.com
lwells4@bloomberg.net
lwgreig@gmail.com
lwhite@standishmellon.com
lwieczorek@voyageur.net
lwilliams@coventrybuildingsociety.co.uk
lwilliams@fhlbatl.com
lwilliams11@bloomberg.net
lwilson@tiaa-cref.org
lwilson1@metlife.com
lwimer@hgk.com

lwinkenwerder@lmfunds.com
lwinslow@bondinvestor.com
lwminton@mintoninvestment.com
lwmintoniii@mintoninvestment.com
lwn@capgroup.com
lwolf@hellerfin.com
lwoo@jhancock.com
lwoo@seic.com
lwright@fdic.gov
lwt@nbim.no
lwyatt@arielinvestments.com
lxu@bper.ch
lyanovaz@ebrd.com
lychiu@mas.gov.sg
lydia.c.vitalis@jpmorgan.com
lydia.j.turnbull@jpmorgan.com
lydia.jung@ftnfinancial.com
lydia.kew@lbbwsg.com
lydia.miller@ubs.com
lydia.norton@selective.com
lydia.reich@rcm.at
lydia_sangree@newyorklife.com
lydia_vitalis@blackrock.com
lydie.coarer@creditfoncier.fr
lydotes.ja@tbcam.com
lyeclvivian@ocbc.com.sg
lyglesia@lehman.com
lyingyingli@tiaa-cref.org
lyle.triebwasser.awk8@statefarm.com
lylekau@gic.com.sg
lyman.missimer@aiminvestments.com
lyn.swallen@ironoakadvisors.com
lynch_sean@jpmorgan.com
lynchb@strsoh.org
lyncoya_simpson@freddiemac.com
lynda.ashton@sainsburys.co.uk
lynda.fiuza@credit-suisse.com
lynda.holmes@bankofamerica.com
lynda.m.finn@bankofny.com
lynda.yam@morganstanley.com
lynda_hayden@ml.com
lyndaa@rowancompanies.com
lyndon.westerberg@chase.com
lynette.boey@arabbank.com.sg

lynette.goldstein@citadelgroup.com
lynette.ong@morganstanley.com
lynette_pang@americancentury.com
lyng@statestreet.com
lyngsoe@jyskebank.dk
lynn.arntzen@harrisbank.com
lynn.azar@shell.com
lynn.baldwin@bankofamerica.com
lynn.ballinger@morgankeegan.com
lynn.chan@citadelgroup.com
lynn.dayton@himco.com
lynn.eagleson@firstunion.com
lynn.franke@icomd.com
lynn.gosselin@ge.com
lynn.hein@ljbank.com
lynn.lewis@bms.com
lynn.lounsbery@fac.com
Lynn.M.Lauderdale@Bankofamerica.com
lynn.macecevic@fhlb-pgh.com
lynn.mackenzie@lombardodier.ch
lynn.mccuaig@fmr.com
lynn.reaser@bankofamerica.com
lynn.ryan@phxinv.com
lynn.wang@pacificlife.com
lynn_bernard@aimfunds.com
lynn_jones@freddiemac.com
lynn_yturri@bankone.com
lynnc@mcm.com
lynnchu@mas.gov.sg
lynne.croucher@bms.com
lynne.duequemin@credit-suisse.com
lynne.fowler@ers.state.tx.us
lynne.jesko@fhlb-pgh.com
lynne.jimenez@db.com
lynne.mill@advantuscapital.com
lynne.pfeffer@ers.state.tx.us
lynne.provan@anfis.co.uk
lynne.roberts@cspb.com
lynne.royer@wellsfargo.com
lynne_brady@vanguard.com
lynne_dombroski@ustrust.com
lynne_gorski@ustrust.com
lynne_hojnacki@hvbamericas.com
lynnkoh@mas.gov.sg

lynntoh@mas.gov.sg
lynsag@safeco.com
lynsey.mcdonald@uk.bnpparibas.com
lynsey.selkirk@aegon.co.uk
lyochiu@bocusa.com
lyoerg@metlife.com
lyon75@bloomberg.net
lyongc@bloomberg.net
lyonsb@bloomberg.net
lyp@publicbank.com.my
lyra_jakabhazy@putnam.com
lysa.nickels@barclaysglobal.com
lysa.nicklas@barclaysglobal.com
lysdahl@jyskebank.dk
lysiane.azizian@axa-im.com
lyt3811@mail.tbb.com.tw
lyubchenko@vtb.ru
lyuben.petrunoff@thehartford.com
lz56@cornell.edu
lz89@cornell.edu
lzaslavskiy@mfs.com
lzecri@groupe-casino.fr
lzeno@vcallc.com
lzepke@dlbabson.com
lzepke@internal.massmutual.com
lzerbinotto@inasim.gruppoina.it
lzetterberg@seic.com
lzha@metlife.com
lzhang@bankofny.com
lzhang@perrycap.com
lzhou@fhlbdm.com
lzuriff@granitegrp.com
m.a.de.beauvesier.watson@robeco.nl
m.a.ribera@generali.es
m.a.schrijvers@dnb.nl
m.abate@bimbank.it
m.adnet@lvmh.fr
m.aijazi@alahli.com
m.alhaddad@ncbc.com
m.ange@probtp.com
m.arnoldy@bouwfonds.nl
m.asada@noemail.com
m.b.winges@pjc.com
m.bac@robeco.nl

m.bachoe@robeco.nl
m.baily@bcee.lu
m.banks@hermes.co.uk
m.battistella@danieli.it
m.beeler@hsbc.guyerzeller.com
m.bell@bankofengland.co.uk
m.benque@groupe-mma.fr
m.bianchi@nrcl.com
m.bissig@hsbc.guyerzeller.com
m.borkink@hq.vnu.com
m.bottoni@bipielle.it
m.boulton@pictet.com
m.brodesser@woelbern-invest.de
m.buntrock@bspf.co.uk
m.burnes@edwardjones.com
m.c.bellotto@robeco.nl
m.c.l.bellotto@robeco.nl
m.c.vriezen@robeco.com
m.cali@rai.it
m.calzolari@centrosim.it
m.carter@hermes.co.uk
m.catalano@fininvest.it
m.causi@comune.roma.it
m.cicala@finter.ch
m.cipollina@fnysllc.com
m.colombo.71@bloomberg.net
m.corba@fineco.it
m.covelli@bimbank.it
m.craig@morganstanley.com
m.delavenere@e-multifonds.com
m.depasca@bancodinapoli.it
m.dominguez@provequity.com
m.dubois@bouwfonds.nl
m.dubois@eib.org
m.duncan@nrcl.com
m.egelie@fmo.nl
m.el.idrioui@robeco.nl
m.engelbertink@vanlanschot.com
m.engelen@zwitserleven.nl
m.fagan@hermes.co.uk
m.faroni@creberg.it
m.ferrari@romagest.it
m.fetrossi@cogefi.fr
m.fiumara@kairospartners.com

m.flaschka@frankfurt-trust.de
m.florio@promos.it
m.fullowan@fnysllc.com
m.furber@hermes.co.uk
m.g.benders@vanlanschot.com
m.gesualdi@kairospartners.com
m.ghayalod@fnysllc.com
m.giavardi@bipielle.it
m.glazener@robeco.nl
m.gualdani@aston-bond.com
m.h.de.kok@robeco.nl
m.h.de.pater@robeco.nl
m.hagens@finter.ch
m.hawtin@mwam.com
m.heiniger@robeco.ch
m.hellemons@robeco.nl
m.hersee@hermes.co.uk
m.hockley@ibj.co.uk
m.hoffman@fnysllc.com
m.holte@jyskebank.dk
m.hoppe@apoasset.de
m.horiba@aozorabank.co.jp
m.horiuchi@noemail.com
m.howley@mwam.com
m.hughes@nrcl.com
m.hungerbuehler@sgkb.ch
m.iida@ny.tr.mufg.jp
m.ikeda@noemail.com
m.ishikawa@skam.co.jp
m.isobe@meijiyasuda.co.jp
m.j.pronk@robeco.nl
m.jetzer@hsbc.guyerzeller.com
m.joerger@hsbc.guyerzeller.com
m.johnson@mwam.com
m.kakuchi@aozorabank.co.jp
m.kerssens@indoverbank.com
m.kiknadze@donau-bank.at
m.kitazawa@noemail.com
m.komura@noemail.com
m.krauss@vanlanschot.com
m.kurosumi@noemail.com
m.l.hezemans@dnb.nl
m.lam@morganstanley.com
m.longo@iam.ch

m.lopomo@comune.roma.it
m.lucas@abp.nl
m.luplau@jyskebank.dk
m.macor@bipielle.it
m.marcello@kairospartners.com
m.martinez@fordfound.org
m.matsuo@ny.tr.mufg.jp
m.matsuura@aozorabank.co.jp
m.matsuzawa@noemail.com
m.mcdonald@easternbk.com
m.menko@pensioenfondsvervoer.nl
m.miah@hermes.co.uk
m.mian@danieli.it
m.michel@palatine.fr
m.miyazono@noemail.com
m.mohammed@ncbc.com
m.momberg@apoasset.de
m.morth@bcee.lu
m.motta@centrobanca.it
m.mueller@ubs.com
m.mueller2@vwfsag.de
m.nagatomi@aozorabank.co.jp
m.naka@bloomberg.net
m.nakata@mitsui.com
m.nathanson@lcfr.co.uk
m.nicoli@creberg.it
m.nirei@aozorabank.co.jp
m.nishida@noemail.com
m.noguchi@aozorabank.co.jp
m.oberdorfer@staedtische.co.at
m.odagiri@ny.tr.mufg.jp
m.ohara@aozorabank.co.jp
m.okamoto@noemail.com
m.onishi@skam.co.jp
m.overgaard@jyskebank.dk
m.p.a.j.lemans@schretlen.com
m.pardo@olayangroup.com
m.pawlukowska@sumitomotrust.co.jp
m.pecchi@aston-bond.com
m.pedersen@nordea.com
m.pereboom@abp.nl
m.plakman@robeco.nl
m.polfer@bcee.lu
m.prinsze@robeco.nl

m.pugnaloni@bimbank.it
m.putschert@ubs.com
m.ragni@cassalombarda.it
m.reiner@fnysllc.com
m.rellini@roma.bcc.it
m.ringger@finter.ch
m.roberts@interpolis.nl
m.romualdi@kairospartners.com
m.rooney@mwam.com
m.rossi@promos.it
m.sachsenmaier@frankfurt-trust.de
m.salden@bloomberg.net
m.samuels@fnysllc.com
m.sanchez@bfondos.banesto.es
m.sanders@hermes.co.uk
m.sano@jahs.or.jp
m.santonocito@bipielle.it
m.saurgnani@cassalombarda.it
m.schaffer@wafra.com
m.schmit@lia-assetmanagement.lu
m.segawa@aozorabank.co.jp
m.seifelnasr@ncbc.com
m.senoner@pioneerinvestments.com
m.shirai@meiji-life.co.jp
m.sigismondi@apioil.com
m.sorani@efispa.it
m.steer@hermes.co.uk
m.strating@robeco.nl
m.suharnanto@bi.go.id
m.takada@aozorabank.co.jp
m.takami@jahs.or.jp
m.takano@noemail.com
m.takatani@noemail.com
m.tanaka@noemail.com
m.tetzlaff@apoasset.de
m.thetaz@iam.ch
m.thivant@macsf.fr
m.tojo@noemail.com
m.trabaldo@cassalombarda.it
m.uboldi@centrobanca.it
m.uno@noemail.com
m.van.der.kroft@robeco.nl
m.van.lent@robeco.nl
m.van.voorst@robeco.nl

m.vandiesen@vanlanschot.nl
m.vaniglia@bipielle.it
m.vanoosten@raborobecobank.lu
m.vantol@bloomberg.net
m.vantol@kairospartners.com
m.vasilache@aozora-invmgmt.com
m.veling@zwitserleven.nl
m.vijver@shell.com
m.villa@bpci.it
m.villani@bimsgr.it
m.voller@dial.pipex.com
m.ward@qic.com
m.wassmer@finter.ch
m.weston@hermes.co.uk
m.whittaker@hermes.co.uk
m.wiggins@adic.ae
m.wu@dpfs.nl
m.yamda@noemail.com
m.yanagi@aozorabank.co.jp
m.yasuoka@noemail.com
m.yoshiike@noemail.com
m.zandbergen@robeco.nl
m.zingoni@easternbk.com
m.zwanenburg@robeco.nl
m_beato@bancourquijo.es
m_bouriss@bloomberg.net
m_castellano@ml.com
m_haggerty@dsbiusa.net
m_hale@ml.com
m_hayashi@nam.co.jp
m_higgins@putnam.com
m_j_abata@putnam.com
m_leighton@putnam.com
m_maccarran@putnam.com
m_matsumoto@scl.co.jp
m_nakatani@nam.co.jp
m_novoa@bancourquijo.es
m_oshima@nam.co.jp
m_rastaldi@bankaudi.ch
m_sainz@bancourquijo.es
m_scafati@putnam.com
m_yamada@nam.co.jp
m_yamaguchi@nam.co.jp
m1.harada@aozorabank.co.jp

m1b@americancentury.com
m2p@americancentury.com
m2-suzuki@ioi-sonpo.co.jp
m6byrne@bloomberg.net
m8m@americancentury.com
ma4-tanabe@ja-kyosai.or.jp
maachon@gruposantander.com
maaliw@kia.gov.kw
maalma@mapfre.com
maanie.hamzaee@nisanet.com
maaria.kettunen@keva.fi
maarten.cleppe@dexia.be
maarten.roest@nl.abnamro.com
maarvig@absig.com
maayan.sabo@be.gm.com
mab.eu@adia.ae
mab.ie@adia.ae
mab.na@adia.ae
mab@nbim.no
mabel_c_yu@vanguard.com
mabr08@handelsbanken.se
mabrams@presidentiallife.com
mabrenna@ibtco.com
mabrut_jean-francois@accor.fr
mabutler@wellington.com
mac.livingston@evergreeninvestments.com
mac92@sscinc.com
maccone_richard@jpmorgan.com
maccroryp@gruntal.com
mace01@handelsbanken.se
macey.jd@tbcam.com
macfukimo@yahoo.com.tw
macgregorjw@bernstein.com
macharva.t.lucas@columbiamanagement.com
machetti.claudio@enel.it
machiko.ichikawa@lehman.com
machino@nam.co.jp
machonddjm@usabancshares.com
maciej.cierpka@inginvestment.com
maciej.ombach@bankofamerica.com
maciej.rygiel@janus.com
maciej.woznica@carval.com
mackand@ms.com
mackenzie.alpert@funb.com

mackereth.ruckman@aoltw.com
mackerman@babsoncapital.com
macl01@handelsbanken.se
maclean@aigfpc.com
maclennan.alyson@ntrs.com
macnultya@bloomberg.ne
maco@danskecapital.com
macollins@cazenove.com
macook@bankofny.com
macrawford@statestreet.com
macrina.otieno@ubs.com
macs@bernstein.com
macvicar_ramont@freddiemac.com
mad@huffcompanies.com
mad1@bloomberg.net
madams@countryclubbank.com
madams@frk.com
madams@westernasset.com
maddalena.citterio@capitalia.it
maddalena.liccione@interdin.com
maddie.bhonsle@glgpartners.com
maddy@agfirst.com
madelan.p.m@hsbc.com.hk
madeleine.hofmann@juliusbaer.com
madelene.pegrari@db.com
madeline.forrester@threadneedle.co.uk
madeline.matias@wedbush.com
madeline.vargas@pacificlife.com
madeline.wong@fmr.com
madeline.y.wu@wellscap.com
madeline_dobson@blackrock.com
madelmann@denveria.com
madelon.moorlag@ingim.com
madeluca@household.com
madelynliew@gic.com.sg
madelynn.matlock@huntington.com
maderb@atag.com
maderk@nationwide.com
madhavir@csccu.com
madhu_arumugham@ssga.com
madhusudan.bagree@alliancebernstein.com
madhusudan.mohanty@bis.org
madina.dandoy@electrolux.se
madison.tse@bbh.com

madl@capgroup.com
madlen.thonhauser@hapsa.de
madmony.m@fibi.co.il
madoka.tamura@schroders.com
madrien@ifc.org
mads.fredsgaard@nordea.com
mads.ibsen@nordea.com
mads.jacobsen@danskebank.dk
mads.palsvig@hvbasia.com
mads.simonsen@amagerbanken.dk
mae.hill@huntington.com
mae.tr@adia.ae
maejima@daiwasbi.co.jp
maekawa@daiwasbi.co.jp
maekawa_masahiko@zn.smbc.co.jp
mael.nagat@externe.bnpparibas.com
mael10@handelsbanken.se
maelim@temasek.com.sg
maer22@handelsbanken.se
maes.van.lanschot@ingim.com
maeve.carty@fid-intl.com
maeve.obrien@chase.com
maevemoran@angloirishbank.ie
maf.na@adia.ae
maf7@notes.ntrs.com
mafalda.oliveira@bcp.pt
maflaherty@wellington.com
maga02@handelsbanken.se
magali.azemabarac@aig.com
magali.berla@lombardodier.ch
magali.matagne@dexia-am.com
magand@nationwide.com
magaro@rentec.com
magarwala@ftci.com
magazzotti@bloomberg.net
magda.branet@axa-im.com
magda.kmiecik@usbank.com
magdalena.jantea@ingim.com
magdalena.machura@bph.pl
magdalena.wasowicz@rcm.at
magdalene.chuahl@uobgroup.com
magdalene.yee@pimco.com
magdalene_miller@standardlife.com
magdsick@mecklenburgische.de

magestd@nationwide.com
maggi@zuam.ch
maggie.bekele@pimco.com
maggie.haskell@fmr.com
maggie.li@inginvestment.com
maggie.nguyen@ceridian.com
maggie.yeo@credit-suisse.com
maggie.yuen@highbridge.com
maggietu@cmcnet.com.tw
maggieyc@cathaylife.com.tw
maggigio@gestielle.it
maggiolie@bpn.it
magician@kdb.co.kr
magjimenez@gruposantander.com
magne.myrmo@nordea.com
magne.slordahl@fokus.no
magne.solberg@gjensidige.no
magne.valen-sendstad@klp.no
magne@tmgchicago.com
magnus.angenfelt@brummer.se
magnus.bakke@swedbankrobur.se
magnus.carlsson@seb.se
magnus.eriksson@ap3.se
magnus.froblom@dnb.se
magnus.harju@dnbnor.com
magnus.hedin@seb.se
magnus.henjeby@swedbankrobur.se
magnus.hildingsson@icgplc.co.uk
magnus.hillerstrom@brummer.se
magnus.jacobsson@robur.se
magnus.karlsson@dnb.se
magnus.larsson@nordea.com
magnus.leijon@swedbank.se
magnus.lilja@seb.se
magnus.lilje@seb.se
magnus.lindholm@seb.se
magnus.ljungblad@swedbank.se
magnus.mertin@hsh-nordbank.com
magnus.ohlen@scania.com
magnus.paterson@rlam.co.uk
magnus.rostlund@amfpension.se
magnus.sjoberg@amfpension.se
magnus.soderblom@brummer.se
magnus.stenberg@nordea.com

magnus.ward@seb.se
magnus@rpm.se
magnuskjellin@compuserve.com
mags.arrow@commerzbankib.com
magtan@bloomberg.net
mah.tr@adia.ae
mah.tr@adia.tr
mahaa@kia.gov.kw
mahalu.r@fibi.co.il
mahara@dl.dai-ichi-life.co.jp
maharris@bokf.com
ma-hatori@ja-kyosai.or.jp
mahavira.chang@email.chinatrust.com.tw
mahdi.khouadja@erstebank.at
mahen@bnm.gov.my
maher.mansour@db.com
maher.yaghi@standardlife.ca
maher.z@dreyfus.com
mahesh.bp@fmr.com
mahesh.murarka@tuck.dartmouth.edu
mahesh.sankaran@53.com
mahesh_cholakar@manulifeusa.com
mahesh_konda@ssga.com
mahesh_vel@ssga.com
maheshj@mcm.com
maheshwr@wpginvest.com
mahmed@massmutual.com
mahmood.alaradi@nbad.com
mahmood.fekri@gibbah.com
mahmood.jumabhoy@dzbank.de
mahmood.zewam@arabbanking.com
mahmoud.sharaf@fmr.com
mahmoud_elshaer@swissre.com
mahnaz.rashidi@allianzgi.com
mahnaz.sharif@aegon.co.uk
maho_tsukahara@tr.mufg.jp
maholles@chevychasebank.net
mahran.najeeb@bmb.com.bh
mahtani@bloomberg.net
mahua.banerjee@inginvestment.com
mahy01@handelsbanken.se
mai.heffernan@pnc.com
mai.her@fmr.com
mai.kitakaze@daiwausa.com

mai.vo@caam.com
maia.babbs@janus.com
maida.lagmay-polanco@db.com
maierm@fhlbsf.com
maik.ohm@wmam.com
maik.schulze@lbbw.de
maike.metzner@activest.de
mail@ceresiobank.com
mail@epsilonfunds.com
mail@roche-olten.ch
maile_robichaud@ssga.com
maillj@nuveen.com
mailto: albert.ip@citicorp. com
mailto:cfai@bankofny.com
mailto:henry@bancaintesa.com.hk
maimouna.nda-amoikon@caam.com
main@mcsbank.com
mainge@tiaa-cref.org
maiqbal@bloomberg.net
mairead.hall@pfizer.com
maire-laure.chandumont@sgcib.com
mairi.hall@juliusbaer.com
mairi.main@swip.com
maisa.badawy@fmr.com
maisienicholls@wessexam.co.uk
maisy.ang@hsbcpb.com
maj.cdu@adia.ae
maj.ef@adia.ae
maj@bpi.pt
maja.sieber@credit-suisse.com
maja.x.sala@jpmorgan.com
majan@sgrf.gov.om
majda.rainer@marks-and-spencer.com
majeed.al-abduljabbar@samba.com
majid.a.al-suwaigh@riyadbank.com
majid.khan@threadneedle.co.uk
majorie.yamvrias@threadneedle.co.uk
majw@capgroup.com
mak@nationwide.com
mak333@cornell.edu
mak3rd@bloomberg.net
maka13@handelsbanken.se
makado_akira@intec.co.jp
makaffou@groupama-am.fr

ma-kanamori@ja-kyosai.or.jp
makasaka@bloomberg.net
ma-kawai@yasuda-life.co.jp
makber@europeancredit.com
makenasdteam@bnymellon.com
makhlos@polaroid.com
makhover@guta.ru
maki.kamiya@db.com
maki.ohnuma@baring-asset.com
maki-iijima@am.mufg.jp
maki-ishikoso@mitsubishi-trust.co.jp
makiko.dodo@pimco.com
makiko.zuercher@claridenleu.com
makiko_sawamura@mitsubishi-trust.co.jp
makino@dl.dai-ichi-lilfe.co.jp
makis.kaketsis@fandc.com
makis.ktetsis@db.com
makis.maketsis@db.com
mako02@handelsbanken.se
makong@bankofny.com
makoto.miyazaki@uk.mufg.jp
makoto.nishino@mizuho-bk.co.jp
makoto.saitou-3@boj.or.jp
makoto.sakaguchi@janus.com
makoto.sugiki@ibjbank.co.jp
makoto_aratake@mitsubishi-trust.co.jp
makoto_emoto@yamaguchibank.co.jp
makoto_inoue@orix.co.jp
makoto_takemiya@mitsui-seimei.co.jp
makoto_uemura@mtam.co.jp
makoto_uemura@tr.mufg.jp
makoto-ito@am.mufg.jp
mal@sitinvest.com
mal9@ntrs.com
mala.mistry@jpmorgan.com
mala61@handelsbanken.se
malali@gic.com.kw
malanbay@dow.com
malasousi@kio.uk.com
malave_vivian@jpmorgan.com
malb@capgroup.com
malbert@voyageur.net
malbrecht@mfs.com
malcaide@notes.banesto.es

malcazar@invercaixa.es
malcolm.dalrymple@prudential.com
malcolm.david.smith@uk.abnamro.com
malcolm.hawkes@ubs.com
malcolm.jones@standardlife.com
malcolm.kemp@threadneedle.co.uk
malcolm.lochhead@alliancebernstein.com
malcolm.macdonald@aib.ie
malcolm.mcdonald@blackrock.com
malcolm.morris@bescl.co.uk
malcolm.mortimer@ubs.com
malcolm.murray@sgam.co.uk
malcolm.oates@morleyfm.com
malcolm.pratt@db.com
malcolm.reid@swip.com
malcolm.smith@barclaysglobal.com
malcolm.taylor@gibuk.com
malcolm.todd@insightinvestment.com
malcolm.white@lgim.co.uk
malcolm_park@scotiacapital.com
malcolm_smith@vanguard.com
malcolmwong@gic.com.sg
malde@adelphi-capital.com
maleho.mothibatsela@jpmorganfleming.com
malek.boudiab@juliusbaer.com
malek_letaief@ml.com
malekh@nbk.com
malemao@servibanca.pt
malemi@fhlbdm.com
malene@bloomberg.net
maleneforup@gic.com.sg
maleyc1@nationwide.com
malgorzata.b.wegrzynowska@jpmorganfleming.com
malgorzata.cisek@uk.bnpparibas.com
malgorzata.kaminski@credit-suisse.com
malgorzata.piekarska@dit.de
malguzzi@gestielle.it
mali@gic.com.sg
mali81@handelsbanken.se
malick.niang@axa-im.com
malika.gulabani@fandc.com
malika.kourdi@axa-im.com
malika.muhammad@barcap.com
malikowski.j@tbcam.com

malin.schlebusch@ubs.com
malin_nairn@standardlife.com
malin002@mail.genmills.com
malinda_h_distefano@bankone.com
malini_belani@ssga.com
maljadaani@saib.com.sa
maljasser@sama.gov.sa
malkeet.dhaliwal@rabobank.com
malkharafi@kio.uk.com
malkhoori@adia.co.uk
mallater@sdm.cic.fr
mallemann@pictet.com
mallen@lordabbett.com
mallikarjunh@ambaresearch.com
mallison@eatonvance.com
mallison@fciadvisors.com
mallman@husic.com
mallory.middaugh@citadelgroup.com
mally@bloomberg.net
malmers@ford.com
malnak@willcapmanagement.com
maloneye@vankampen.com
malonsog@camamadrid.es
malte.kleindiek@provinzial.com
malte.stoeckhert@nordlb.com
malte.wurm@dexia.de
maltenau@sarofim.com
maltman@cicny.com
malykhin@vtb.ru
malym@vankampen.com
mam.na@adia.ae
mam@bankinvest.dk
mama20@handelsbanken.se
mamat@cajamadrid.es
mamato@oppnheimerfunds.com
mamato1@bloomberg.net
mamberson@russell.com
mambrose@federatedinv.com
mamert.risch@lgt.com
mami.tazaki@jp.abnamro.com
mamoon.hussain@aberdeen-asset.com
mamooney@bloomberg.net
mamorales@ahorro.com
mamoru.ashimoto@shinseibank.com

mamoru-oizumi@am.mufg.jp
mamrina@kkb.kz
man.y.fong@jpmorgan.com
man@gr.dk
manabe@nomail.com
manabu.nagano@tokyostarbank.co.jp
manabu.tamaru@barings.com
manabu_matsumoto@suntory.co.jp
manabu_takano@tr.mufg.jp
manadil@frk.com
ma-nakamura@taiyo-seimei.co.jp
manami_kondo@capgroup.com
manas.satapathy@ubs.com
manasa.rao@alliancebernstein.com
manav.vijay@fmr.com
manavy@blackrock.com
mancio@bloomberg.net
manda.damjanic@lazard.com
manda.messing@citadelgroup.com
manda.narvekar@morganstanley.com
m-anda@nochubank.or.jp
mandeep.manku@db.com
mandeep.sachdeva@citicorp.com
mandelljr@bernstein.com
mandersen@hapoalimusa.com
manderson@deerfieldcapital.com
mandreas@bloomberg.net
mandrekar@bessemer.com
mandrews@aflac.com
mandrews@cwhenderson.com
mandringa@spfbeheer.nl
mandy.anger@lionhart.net
mandy.coatsworth@threadneedle.co.uk
mandy.lam@alliancebernstein.com
mandy.lehto@drkw.com
mandy.norton@bankofamerica.com
mandy.pike@aberdeen-asset.com
mandy.tam@sumitomobank.com.hk
mandy_lai@dell.com
mandychen@tcb-bank.com.tw
maneely@wellington.com
maneesh.jain@usa.dupont.com
manfred.bauer@db.com
manfred.bier@commerzbank.com

manfred.bohn@credit-suisse.de
manfred.buechler@credit-suisse.com
manfred.burdis@erstebank.at
manfred.caesar@oppenheim.de
manfred.dinges@naspa.de
manfred.eisenhuth@sffs.siemens.de
manfred.eisenhuth@siemens.com
manfred.erne@db.com
manfred.gridl@sarasin.ch
manfred.guth@deka.de
manfred.hartl@sfs.siemens.de
manfred.heller@bawag.com
manfred.koch@ecb.int
manfred.kremer@ecb.int
manfred.lam@fortisinvestments.com
manfred.lehmann@us.nestle.com
manfred.malaschewski@lampebank.de
manfred.neuwirth@erstebank.at
manfred.oedingen@amb.de
manfred.rack@bawag.com
manfred.reichholf@rvs.at
manfred.rupps@sparkassenversicherung.de
manfred.skibowski@amgam.de
manfred.steyer@lrp.de
manfred.stiller@postbank.de
manfred.teige@concordia.de
manfred.zourek@sparinvest.com
manfred@bloomberg.net
manfred_puffer@westlb.de
manfred_wolf@hvbamericas.com
manfredi.rosso@it.zurich.com
manfredi.senni@capitalia-am.com
manfredo.sanbonifacio@moorecap.co.uk
manfredo.volterra@capitalia-am.com
mangala.prakash@db.com
mangasj@nationwide.com
manglani@apollodif.com
manh.pham@sunlife.com
mani.sabapathi@prudential.com
manila.sisamouth@wellsfargo.com
maniseng.m.sisamouth@jpmorgan.com
manish.gautam@everbank.com
manish.goyal@tiaacref.com
manish.k.agarwal@morganstanley.com

manish.kejriwal@temasek.com
manish.peshawaria@uk.calyon.com
manish.rachhoya@credit-suisse.com
manish.shah@nationwide.co.uk
manish.sinha@uk.nomura.com
manish_garg@freddiemac.com
manish_patel@putnam.com
manisha.patel@juliusbaer.com
manisha.sharma@lasallegts.com
manishjayswal@gic.com.sg
manja.sammler@dzbank.de
manjerovicg@publicfm.com
manjunath.boraiah@barclaysglobal.com
mankafai@gic.com.sg
mankatsu@dl.dai-ichi-life.co.jp
manleywong@hsbc.com.hk
manlio.liprino@antonveneta.it
manmohan.patil@morganstanley.com
mann@skba.com
mannucci@mpsgr.it
mannus.stolk@eu.effem.com
manny_hochadel@hvbamericas.com
manny_weiss@putnam.com
mannypatel_2000@yahoo.com
manoj.gupte@morganstanley.com
manoj.karia@tres.bnc.ca
manoj.mistry@rbc.com
manoj.rengarajan@prudential.com
manoj.shinde@ge.com
manoj_k_singh_svp@freddiemac.com
manoj_kapai@putnam.com
manolita.brasil@prudential.com
manolo.pedrini@rabobank.com
manon.bastian@lri.lu
manon.georga@threadneedle.co.uk
manon.hazelhof@unilever.com
mans.carlson@brummer.se
manso.alfonso@aegon.es
mansour.benkreira@wachovia.com
mantellassi.laura@enel.it
mantonini@rwbaird.com
mantrey@wooribank.com
manu.kumar@deshaw.com
manu_arora@ml.com

manuel.blanco@bnpparibas.com
manuel.borrajo@effcu.org
manuel.canas@ingim.com
manuel.courau@cnp.fr
manuel.delossantos@bmo.com
manuel.filipe.silva@cgd.pt
manuel.g_osorno@grupobbva.com
manuel.gadient@vontobel.ch
manuel.gcid@grupobbva.com
manuel.hayes@pimco.com
manuel.kaus@fraspa1822.de
manuel.matt@vpbank.com
manuel.metral@lodh.com
manuel.pareja@barclays.co.uk
manuel.pellanda@bsibank.com
manuel.pozzi@passbanca.it
manuel.prenant@dexiamfr-dexia.com
manuel.preto@bsnp.pt
manuel.riobo@ubs.com
manuel.ritter@claridenleu.com
manuel.russon@wpginvest.com
manuel.schemann@helaba.de
manuel.seifert@db.com
manuel.streiff@lodh.com
manuel.tenekedshijew@db.com
manuel.terreault@hsbcpb.com
manuel.vaid@rzb.at
manuel.villa@grupobbv.com
manuel.wegmann@citigroupo.com
manuela.aschauer@rzb.at
manuela.banfi@intesasanpaolo.com
manuela.jordan-sima@rzb.at
manuela.maccia@bnpparibas.com
manuela.mette@lrp.de
manuela.molnar@rzb.at
manuela.novati@bpmsgr.it
manuela.sassoli@capitalia-am.com
manuela.stiefel@wuestenrot.de
manuela.strauch@kfw.de
manuela.sulmoni@bsibank.com
manuela.thies@cominvest-am.com
manuela.woletz@dekabank.de
manuela@oneinvest.ch
manuele.moi@pioneeraltinvest.com

manus.curran@ibtco.com
manus.stapleton@barclaysglobal.com
manvendra.gupta@barclaysglobal.com
manwinsidhu@gic.com.sg
manyems@nationwide.com
manzini@mpsgr.it
mao@fideuramgestions.lu
ma-omori@ja-kyosai.or.jp
ma-onodera@ja-kyosai.or.jp
map.tr@adia.ae
map@sitinvest.com
mapictet@pictet.com
mapletoftbj@hagemeyer.com
mappleton@rnt.com
maprahamian@bankofny.com
mar.bande@fonditel.es
mar.matilla@grupobbva.com
mar15@ntrs.com
mara.bolis@ny.frb.org
mara.morandi@bsibank.com
mara.nardi@banca.mps.it
mara_c_fowler@notes.ntrs.com
mara_crulci@generali.com
maradi@investcorp.com
marc.abraham@bankofamerica.com
marc.abrahams@investecmail.com
marc.aebli@ubs.com
marc.aellen@bcv.ch
marc.ahrens@db.com
marc.ampaw@morganstanley.com
marc.andral@caam.com
marc.archambault@ris.com
marc.arnold@credit-suisse.com
marc.aubert@bnpparibas.com
marc.aylett@barcap.com
marc.b.sprung@db.com
marc.barbe@lloydsbank.ch
marc.basselier@axa-im.com
marc.bauer@wuerttembergische.de
marc.beale@blackrock.com
marc.bentin@bis.org
marc.beulke@thrivent.com
marc.bicheler@ubs.com
marc.boetschi@rbscoutts.com

marc.boettinger@dws.com
marc.bolle@dexia-am.com
marc.bollet@lodh.com
marc.borghans@abnamro.com
marc.both@ubs.com
marc.bounini@cnce.caisse-epargne.fr
marc.breij@nl.abnamro.com
marc.bruetsch@sl-am.com
marc.buchli@ubs.com
marc.burge@lodh.com
marc.burkhard@postbank.de
marc.campi@bnpgroup.com
marc.caretti@rcm.at
marc.celestino@ibtco.com
marc.cheatham@firstunion.com
marc.clemens@lbsh-int.lu
marc.comasky@lloydstsb.co.uk
marc.coumeri@alliancebernstein.com
marc.cox@fandc.com
marc.creatore@highbridge.com
marc.crespi@morganstanley.com
marc.daniel.heinz@seb.de
marc.de_font-reaulx@alcatel.fr
marc.defilippi@lloydsbank.ch
marc.denjean@ubs.com
marc.descamps@bnpparibas.com
marc.desligneris@bnpparibas.com
marc.dobson@compassbnk.com
marc.e.dolfman@jpmchase.com
marc.e.goldberg@disney.com
marc.eggler@claridenleu.com
marc.eichinger@bbl.fr
marc.engels@puilaetco.be
marc.ernaelsteen@hsbcdewaay.be
marc.escott@lloydstsb.co.uk
marc.field@lehman.com
marc.fohr@eurizoncapital.lu
marc.foss@dubaiic.com
marc.freudenberg@hvb.de
marc.gallet@interbrew.com
marc.gemoets@bdg.ch
marc.genovese@rabobank.com
marc.geredes@fffc.com
marc.goldwyn@rbccm.com

marc.gorr@db.com
marc.granjean@claridenleu.com
marc.green@rsa-al.gov
marc.griesche@db.com
marc.grouvel@bnpparibas.com
marc.guiot@bdl.lu
marc.h.glaser@jpmorganfleming.com
marc.haenni@vontobel.ch
marc.haestier@gazdefrance.com
marc.halbroth@lrp.de
marc.harrington@fandc.com
marc.heimeroth@postbank.de
marc.henrard@bis.org
marc.herres@wmam.com
marc.herrmann@ubs.com
marc.hocks@oppenheim.de
marc.hollistein@bcge.ch
marc.hurley@sunlife.com
marc.jungi@hyposwiss.ch
marc.kaenzig@claridenleu.com
marc.kasher@aig.com
marc.keller@juliusbaer.com
marc.kersten@dws.de
marc.knowles@barclaysglobal.com
marc.kraemer@dzbank.de
marc.krusko@us.standardchartered.com
marc.leaver@standardchartered.com
marc.leonio@socgen.com
marc.lessenich@oppenheim.de
marc.libourel@ca-suisse.com
marc.litzler@calyon.com
marc.loomis@schwab.com
marc.lowenthal@fmr.com
marc.luongo@soros.com
marc.maenner@activest.de
marc.mander@barclaysglobal.com
marc.masini@fmr.com
marc.mattes@zkb.ch
marc.mcdonald@db.com
marc.meier@sl-am.com
marc.moonens@fortis.com
marc.munfa@morganstanley.com
marc.munz@lloydsbank.ch
marc.norden@credit-suisse.com

marc.nuijten@pggm.nl
marc.oehen@corner.ch
marc.ohayon@barclayscapital.com
marc.p.miller@db.com
marc.paasch@sgam.com
marc.paquot@is.belgacom.be
marc.pavese@genworth.com
marc.peelen@fortis.com
marc.petrocochino@uk.mizuho-sc.com
marc.pinto@janus.com
marc.polydor@hsbc.guyerzeller.com
marc.reboule@calyon.com
marc.regenbaum@nb.com
marc.roehder@rewe.de
marc.rollmann@bgl.lu
marc.romano@caam.com
marc.rose@csam.com
marc.rovers@blackrock.com
marc.rubin@graffenried-bank.ch
marc.rudajev@morganstanley.com
marc.ryszfeld@bred.fr
marc.salant@db.com
marc.salaun@federal-finance.fr
marc.sattler@kfw.de
marc.sauter@csprivateadvisors.com
marc.scanlon@citadelgroup.com
marc.schack@hsh-nordbank.co.uk
marc.schartz@fortis.lu
marc.schneidau@silvantcapital.com
marc.schuerer@claridenleu.com
marc.schulthess@zkb.ch
marc.serafin@citadelgroup.com
marc.serafini@barep.com
marc.shivers@tudor.com
marc.siebel@westam.com
marc.slakmon@barcap.com
marc.sormanie@lombardodier.ch
marc.speeckaert@is.belgacom.be
marc.sullivan@ppmamerica.com
marc.tassenoe@ing.be
marc.thamm@juliusbaer.com
marc.truyts@dexia-am.com
marc.van.gaalen@fortisinvestments.com
marc.van.loo@ingim.com

marc.vanderbergh@morleyfm.com
marc.vandeweijenberg@sns.nl
marc.vangeit@ing.be
marc.vappiani@ikano.lu
marc.velan@credit-suisse.com
marc.vereecke@hk.fortis.com
marc.verstrate@tractebel.be
marc.vesecky@citadelgroup.com
marc.viswanatha@lbbw.de
marc.wait@fidelity.com
marc.wasserfallen@credit-suisse.com
marc.weibel@db.com
marc.weibel@zas.admin.ch
marc.weingart@hvb.de
marc.weiss@lrp.de
marc.wemple@nwa.com
marc.wettmer@juliusbaer.com
marc.wiers@ucb-group.com
marc.winter@ubs.com
marc.wullschleger@mail.snecma.fr
marc.wydler@helvetiapatria.ch
marc.wyss@ruedblass.ch
marc.zieger@credit-suisse.de
marc.zimman@highbridge.com
marc@americanfundadvisors.com
marc_baker@fanniemae.com
marc_bourzutschky@fanniemae.com
marc_buchanan@mfcinvestments.com
marc_doss@ustrust.com
marc_dupuy@coface.com
marc_fussbahn@hvbamericas.com
marc_fussteig@swissre.com
marc_j_cohen@westlb.com
marc_laflamme@ssga.com
marc_lecointe@aviva.fr
marc_lindquist@putnam.com
marc_moehr@westlb.co.uk
marc_radice@swissre.com
marc_scott@americancentury.com
marc_toucette@ssga.com
marc_touchette@ssga.com
marc_van_der_maale@deltalloyd.nl
marc_weiden@sfmny.com
marc_zupicich@scudder.com

marcabraham@babsoncapital.com
marc-albert.michaud@morganstanley.com
marc-alexander.kniess@dws.de
marc-ali.benabdallah@caam.com
marc-antoine.cottet@hsbcpb.com
marc-antoine.haudenschild@credit-suisse.com
marcb@microsoft.com
marcc@moorecap.com
marc-christian.c.heitzer@jpmorgan.com
marcel.bahoshy@barclaysglobal.com
marcel.bartholdi@bve.ch
marcel.bessent@citadelgroup.com
marcel.bleser@lbbw.de
marcel.blom@blueskygroup.nl
marcel.blom@meespierson.com
marcel.briggen@ubs.com
marcel.burtscher@rzb.at
marcel.cassard@db.com
marcel.de.koning@ingim.com
marcel.derushe@compassbank.com
marcel.dousse@boccard.ch
marcel.dubbeld@nl.abnamro.com
marcel.eggimann@graffenried-bank.ch
marcel.egli@ubs.com
marcel.fleisch@vpbank.com
marcel.heini@lodh.com
marcel.huber@ubs.com
marcel.husmann@nl.abnamro.com
marcel.keller@claridenleu.com
marcel.kellerhals@panalpina.com
marcel.krebs@juliusbaer.com
marcel.kunzler@cs.com
marcel.luechinger@bsibank.com
marcel.lutz@credit-suisse.com
marcel.nellen@ubs.com
marcel.onclin@philips.com
marcel.pattiradjawane@ingim.com
marcel.preisach@allianzgi.de
marcel.progin@ubs.com
marcel.riedener@zkb.ch
marcel.rohner@ubs.com
marcel.romer@lodh.com
marcel.schibli@csam.com
marcel.schnyder@lgt.com

marcel.schroder@schroders.com
marcel.sieger@winterthur.ch
marcel.thieliant@credit-suisse.com
marcel.vanschelvergem@dexia-am.com
marcel.watzdorf@muenchenerhyp.de
marcel.wespi@ubs.com
marcel.wittwer@credit-suisse.com
marcel.wyss@claridenleu.com
marcel.zimmermann@snb.ch
marcel_butzke@generali.com
marcel_morisse@westlb.co.uk
marcela.meirelles@tcw.com
marcela_zeman@baa.co.uk
marcella.bellucci@meliorbanca.it
marcelle.j.yunesletayf@jpmorganchase.com
marcellina.bazzo@notes.electrolux.it
marcello.bartucci@citadelgroup.com
marcello.bertoldi1@bancaintesa.it
marcello.bertolini@enifin.eni.it
marcello.betto@popso.it
marcello.cerati@bancaakros.it
marcello.civitella@bgsgr.it
marcello.deluca@banca.mps.it
marcello.esposito@pioneerinvest.it
marcello.musio@zkb.ch
marcello.solida@bve.ch
marcello.terraneo@sanpaoloimi.com
marcello.vitale@banca.mps.it
marcello@bpintra.it
marcello_morini@yahoo.com
marcellus.fisher@pimco.com
marcelo.assalin@inginvestment.com
marcelo.castro@br.bnpparibas.com
marcelo.garcia@novartis.com
marcelo.guifrida@br.bnpparibas.com
marcelo.lopez@gartmore.com
marcelo.martinelli@bcb.gov.br
marcelo.sanchez@ecb.europa.eu
marcelo_teixeira@freddiemac.com
marcfreeman@argyle-investment.com
marchanille.folley@prudential.com
marchant@bloomberg.net
marches@vankampen.com
marchesiello@mpsgr.it

marchlon@bloomberg.net
marci.kerr@pnc.com
marci.steinberg@columbiamanagement.com
marci_goasdone@putnam.com
marcia.banks@citadelgroup.com
marcia.clark@pimco.com
marcia.harlow@fmr.com
marcia.hoover@pncadvisors.com
marcia.meeker@aibny.com
marcia.michitsch@csam.com
marcia.rothschild@americas.bnpparibas.com
marcia.ryder@usbank.com
marcia_i_miller@fanniemae.com
marcia_j_byrne@fleet.com
marcia_s_bean@fleet.com
marcie.knittel@nationalcity.com
marcil.andre-richard@hydro.qc.ca
marcin.adamczyk@ie.dexia.be
marcin.drohomirecki@citigroup.com
marcin.fieika@activest.de
marcin.kopaczynski@erstebank.at
marcin.maj@rzb.at
marcin.mrowiec@bph.pl
marcin_zdunek@acml.com
marcio.ayrosa@bcb.gov.br
marcio.barbosa@philips.com
marcio.mattos@bcb.gov.br
marckai.freitag@apobank.de
marcl@jyskebank.dk
marclevine@babsoncapital.com
marco.accorroni@arnerbank.ch
marco.accorsi@bancaakros.it
marco.aliprandi@bpbassicurazioni.it
marco.arcelli@enel.it
marco.aschieri@ubm.it
marco.avanzobarbieri@westernasset.com
marco.baglione@steinonline.it
marco.bargel@depfa.com
marco.barreca@claridenleu.com
marco.barresi@lodh.com
marco.bartolomei@symphonia.it
marco.bartolucci@claridenleu.com
marco.bellini@azimut.it
marco.bense@db.com

marco.bider@cial.ch
marco.biglia@ing.be
marco.birch@moorecap.com
marco.birg@oppenheim.de
marco.boldrin@bsibank.com
marco.botta@claridenleu.com
marco.bottinelli@bsibank.com
marco.bramati@mediolanum.it
marco.caban@fhlbny.com
marco.cabrini@capitalia-am.com
marco.caderas@ch.abb.com
marco.campana@bsibank.com
marco.campana@corner.ch
marco.cappelleri@bgsgr.it
marco.carraro@blackrock.com
marco.casalino@geva.fiatgroup.com
marco.casartelli@bsibank.com
marco.cassani@arcafondi.it
marco.cecchi@pioneerinvest.it
marco.colautto@bpm.it
marco.cortes-borgmeyer@dws.com
marco.covelli@ersel.it
marco.curti@zkb.ch
marco.decaprio@mpsgr.it
marco.demicheli@sai.it
marco.di.santo@mps.co.it
marco.di_liberto@baloise.ch
marco.dolci@bsibank.com
marco.dorazio@sarasin.ch
marco.doria@gruppobim.it
marco.duenkeloh@sebam.de
marco.eng@ubs.com
marco.engesser@cs.com
marco.estermann@ubs.com
marco.fattore@bancaditalia.it
marco.ferrari@bsibank.com
marco.ferrario@bpm.it
marco.fischer@hlaba.de
marco.fischer@hshn-securities.com
marco.flisi@juliusbaer.com
marco.foglia@bsibank.com
marco.freihofer@credit-suisse.com
marco.freitag@kfw.de
marco.funto@ubm.it

marco.gabriel@claridenleu.com
marco.gadola@hero.ch
marco.galli@ubs.com
marco.gastaldi@sanpoaloimi.com
marco.gastoni@bancaintesa.it
marco.ghiringhelli@rmf.ch
marco.giovanelli@framlington.co.uk
marco.giovanelli@uk.fid-intl.com
marco.giovannini@am.generali.com
marco.gluehmann@dghyp.de
marco.granskog@aktia.fi
marco.grassi@janus.com
marco.grzesik@de.pimco.com
marco.impagnatiello@pioneerinvestments.com
marco.jansen@snssecurities.nl
marco.jenny@credit-suisse.com
marco.kemper@achmea.nl
marco.kipfer@vontobel.li
marco.knoerr@vontobel.ch
marco.koepfli@credit-suisse.com
marco.korn@hvb.de
marco.lagana@ecb.int
marco.loreti@am.generali.com
marco.mangiagalli@eni.it
marco.maretta@eurosgr.it
marco.martinelli@pioneerinvestments.com
marco.marzejewski@dzbank.de
marco.mascetti@ubs.com
marco.massarotti@swissfirst.ch
marco.mauri@arcafondi.it
marco.mazotti@zkb.ch
marco.meier@credit-suisse.com
marco.melis@bsibank.com
marco.merz@barclaysglobal.com
marco.migliorin@arcafondi.it
marco.minonne@citadelgroup.com
marco.morcello@capitalia-am.com
marco.morello@capitalia-am.com
marco.mueller@sl-am.com
marco.murgida@bnpparibas.com
marco.mussini@ubm.it
marco.nascimbene@ersel.it
marco.nascimento@aig.com
marco.naylon@fafadvisors.com

marco.nebiker@bsibank.com
marco.nebiker@juliusbaer.com
marco.neto@db.com
marco.neuhaus@ampegagerling.de
marco.nicoletti@passbanca.it
marco.nori@mediobanca.it
marco.p@remar.it
marco.palermo@enel.it
marco.panzeri@bsibank.com
marco.paolucci@seb.lu
marco.parini@meliorbanca.com
marco.parravicini@bper.it
marco.pasquali@bcv.ch
marco.passafiume@bancaintesa.it
marco.pastorini@mpsgr.it
marco.pavoni@unicreditgroup.eu
marco.pellini@arcafondi.it
marco.peron@mpsfinance.it
marco.perucca@alpitour.it
marco.peter@ubs.com
marco.peyron@bnpparibas.com
marco.piersimoni@caam.com
marco.pirondini@pioneerinvestments.com
marco.poerschke@dgzbank.de
marco.predieri@pioneerinvestments.com
marco.prioni@ubs.com
marco.raffaelli@blb.de
marco.rasch@de.bosch.com
marco.rautenberg@helaba.de
marco.ravagli@db.com
marco.re@bancaakros.it
marco.resinelli@bsibank.com
marco.righinicli@bper.it
marco.rinaldi@bsibank.com
marco.ritfeld@ingim.com
marco.riva@bancasara.it
marco.roemer@ba-ca.com
marco.romanelli@popso.ch
marco.ruefenacht@claridenleu.com
marco.ruijer@mn-services.nl
marco.salaorno@activest.de
marco.salcoacci@union-investment.de
marco.salvini@eurosgr.it
marco.scardovi@bginvestment.lu

marco.schaller@ubs.com
marco.scherer@db.com
marco.schiavetti@saras.it
marco.schriber@hyposwiss.ch
marco.schwinger@ubs.com
marco.seeger@vpbank.com
marco.seveso@bpmsgr.it
marco.solis@us.schroders.com
marco.sperling@geninvest.de
marco.stalder@givaudan.com
marco.strittmatter@zkb.ch
marco.stucky@ubs.com
marco.tinessa@credit-suisse.com
marco.torta@ersel.it
marco.tritschler@ubs.com
marco.turrina@bancaakros.it
marco.valerio@bsibank.com
marco.van.rijn@ingim.com
marco.vanakkeren@pimco.com
marco.vanson@sns.nl
marco.verstegen@eu.effem.com
marco.vicinanza@arcafondi.it
marco.wong@sgam.com
marco.zanoni@uk.bnpparibas.com
marco.zingsheim@oppenheim.de
marco@chandlerasset.com
marco@ksmanagement.com
marco_baradello@generali.com
marco_canciani@generali.com
marco_ho@fleet.com
marco_paracciani@colpal.com
marco_verheijen@deltalloyd.nl
marcodelfrate@bancaintesa.it
marc-oliver.juenemann@hsh-im.co.uk
marc-oliver.klemm@bayer-ag.de
marc-olivier.lebeau@bnpparibas.com
marcos.bueno@ubs.com
marcos.collina@westernasset.com
marcos.d.bueno@jpmchase.com
marcos.douer@moorecap.com
marcos.lopez-de-prado@ubs.com
marcos.nogues@abnamro.com
marcos.raisanen@fortisinvestments.com
marcos_baer@swissre.com

marc-philip.grujoski@ubs.com
marcs1955@yahoo.com
marcu.walz@hvb.de
marcus.asante@us.calyon.com
marcus.b.robinson@jpmorganfleming.com
marcus.barnes@mhcb.co.uk
marcus.burns@glgpartners.com
marcus.christiansson@seb.se
marcus.coverdale@lloydstsb.co.uk
marcus.desimoni@siemens.com
marcus.desimoni@zf.siemens.de
marcus.dr.chromik@postbank.de
marcus.ehrhardt@spaengler.at
marcus.engel@hsh-nordbank.com
marcus.farr@threadneedle.co.uk
marcus.goffin@nationwide.co.uk
marcus.grimm@cba.com.au
marcus.hagel@vuw.de
marcus.hagnesten@gs.com
marcus.herbig@db.com
marcus.herkle@helaba.de
marcus.hettinger@credit-suisse.com
marcus.hof@hsh-nordbank.com
marcus.holschuh@depfa.com
marcus.hopkins@mosnar.com
marcus.jetzer@ubs.com
marcus.kinch@seb.se
marcus.kraft@feri.de
marcus.linfoot@ubs.com
marcus.lun@firststate.co.uk
marcus.luttgen@alecta.com
marcus.martayan@robur.se
marcus.mehlinger@bku.db.de
marcus.merz@commerzbank.com
marcus.mund@nordlb.de
marcus.niethammer@db.com
marcus.norwood@augustus.co.uk
marcus.ostman@swedbank.com
marcus.perl@prudential.com
marcus.perry@jpmchase.com
marcus.porembski@hsh-nordbank.com
marcus.prella@nuernberger.de
marcus.pullicino@coair.com
marcus.reinhardt@helaba.de

marcus.rost@hsh-nordbank.com
marcus.rudler@barclaysglobal.com
marcus.sasse@ubs.com
marcus.schreiber@ubs.com
marcus.schulmerich@de.pimco.com
marcus.soares@us.hsbc.com
marcus.stahlhacke@dit.de
marcus.tom@barclaysglobal.com
marcus.truman@ubs.com
marcus.vaughan@rmf.ch
marcus.wallenberg@seb.se
marcus.watson@morganstanley.com
marcus.watzlaff@aberdeen-asset.com
marcus.weiss@hcmny.com
marcus.whitehead@pnc.com
marcus.wiberg@dnb.se
marcus.winkler@helaba.de
marcus.wong@schroders.com
marcus.worsley@dowcorning.com
marcus@efgfp.com
marcus_chandler@blackrock.com
marcus_kramer@westlb.de
marcus_mcgregor@conning.com
marcus_yu@freddiemac.com
marcus-michael.hofmann@db.com
marcus-philipp.buergi@ubs.com
marcuspoon@dds.com
marcussenp@bloomberg.net
marcw@fmaadvisors.com
marcy.brand@wnco.com
marcy.emerton@bg-group.com
marcy.rappaport@pimco.com
marcy_lash@troweprice.com
mardini@bloomberg.net
mardoche.assor@westlb.co.uk
mardy.shapland@fmr.com
maregnip@mellon.com
marek.biedrzycki@mail.nbp.pl
marek.ciszewski@harrisbank.com
marek.kiezun@jpmorganfleming.com
marek.koch@union-investment.de
marek.kuzdra@rmf.ch
marek.marciniak@mail.nbp.pl
marek.raczko@mail.nbp.pl

marek.sestak@cnb.cz
maren.keul@dzbank.de
maren.pesarini@dws.de
maren.steinberg@nbim.no
maren_klap@deltalloyd.nl
marena_patricia@jpmorgan.com
marenalb@cajamadrid.es
maren-tina.roefke@hsh-nordbank-hypo.com
marevalo@gruposantander.com
marey_herrfeldt@troweprice.com
marga.del-pilar@db.com
margaret.aupke@alcoa.com
margaret.brewster@mortgagefamily.com
margaret.charno@ubs.com
margaret.colman@gibuk.com
margaret.d'ambrosio@wachovia.com
margaret.dannunzio@blackrock.com
margaret.delay@us.bdroma.com
margaret.dempster@suntrust.com
margaret.e.moore@usa.dupont.com
margaret.fowler@truscocapital.com
margaret.g.donnellon@aib.ie
margaret.johnson@msdw.com
margaret.karasinski@inginvestment.com
margaret.kim@gecapital.com
margaret.krebs@allegiantgroup.com
margaret.kurzeja@fhlb-pgh.com
margaret.layne@trs.state.va.us
margaret.lee@hk.standardchartered.com
margaret.lee@moorecap.com
margaret.m.mulhall@aibbny.ie
margaret.macomsen@pboc.com
margaret.mann@thehartford.com
margaret.obermeyer@pnc.com
margaret.p.naylor@morganstanley.com
margaret.pauli@fhlb-pgh.com
margaret.platt@db.com
margaret.poigny@caam.com
margaret.reilly@resolutionasset.com
margaret.stumpp@prudential.com
margaret.tan@nl.abnamro.com
margaret.vitale@prudential.com
margaret.wasnak@aig.com
margaret@chuomitsui-spr.com.sg

margaret_bong@singaporeair.com.sg
margaret_casey@putnam.com
margaret_heymsfeld@ml.com
margaret_hou@ustrust.com
margaret_leontopoulou@blackrock.com
margaret_mccarthy@ustrust.com
margaret_nelson@ssga.com
margareta.balser@ids.allianz.com
margareta.leijonhufvud@nordea.com
margarete.strasser@pioneerinvestments.at
margaretleong@gic.com.sg
margaretlusiba@northwesternmutual.com
margarida.fonseca@fandc.com
margarita.blandon@westernasset.com
margarita.fischer@rkag.at
margarita.ivana@enel.it
margarita.peralta@effcu.org
margarita.salcedo@swedbank.com
margarita.savitskaya@citadelgroup.com
margarita_guillermo@cominvest-am.com
margarita_roman-ramirez@westlb.com
margek@crt.com
margery.flicker@wpginvest.com
margherita.martelli@bancaintesa.it
margherita.piliero@ubs.com
marghita.sandstrom@skandia.se
margiotta.bppb@libero.it
margit.dennerlein@cominvest-am.com
margit.hasslinger@rzb.at
margo@copera.org
margo_miller@fanniemae.com
margolism@publicfm.com
margot.lyons@ge.com
margrethe.rokkum-testi@bsibank.com
margrit.koch@juliusbaer.com
margrit.luethi@ubs.com
margrit.teuscher@blvk.ch
margritbayer@metzler.com
marguerite.decanecaude@unibail-rodamco.com
marguerite.gaffney@ulsterbank.com
marguerite.solis@morganstanley.com
margus.ehatam@rbccm.com
mari.goldenberg@columbiamanagement.com
mari.honda-wulf@gb.smbcgroup.com

mari.kawawa@redwoodtrust.com
mari.ohnuki@westernasset.com
mari_kawawa@invesco.com
mari_l_robertson@fanniemae.com
maria.adelman@us.sgcib.com
maria.agustsdottir@glitnir.is
maria.alcon@alcatel-lucent.com
maria.antonietta.solinas@eni.it
maria.arcos@citadelgroup.com
maria.bagley@bankofthewest.com
maria.berenguer@aig.com
maria.blitz@eu.altria.com
maria.bowling@morganstanley.com
maria.calimeri@mediobanca.it
maria.canha@cgd.pt
maria.carbone@tudor.com
maria.caspar@bis.org
maria.coello.de.llobet@nl.abnamro.com
maria.coellodellobet@shell.com
maria.cormaggi@inginvestment.com
maria.coronado@fhlb.com
maria.daniels@fandc.com
maria.depaola@crg.it
maria.di.vito@bbh.com
maria.dorman@soros.com
maria.dossantos@safra.lu
maria.e.alvarez@chase.com
maria.e.carrion@prudential.com
maria.escamilla@aiminvestments.com
maria.ferlin@lansforsakringar.se
maria.fregosi@abnamro.com
maria.garripoli@dekabank.de
maria.gatt@db.com
maria.gattozzi@fmr.com
maria.gentilucci@blackrock.com
maria.giannitelli@aig.com
maria.glew@rbccm.com
maria.goldberg@mortgagefamily.com
maria.gordon@gs.com
maria.grazia.filippi@azimut.it
maria.hedin@ap1.se
maria.hultkvist@nordea.com
maria.kavaliova@rzb.at
maria.klesper@crediteurop.lu

maria.lam@citadelgroup.com
maria.lee@utc.com
maria.ljungqvist.marti@swedbankrobur.se
maria.louis@caam.com
maria.lundell@swedbank.com
maria.madats@credit-suisse.com
maria.manjarin@lodh.com
maria.marth@fmr.com
maria.martinez@ibercaja.net
maria.mastrogiacomo@db.com
maria.mateo@jpmorgan.com
maria.menendez@lodh.com
maria.monaco@fmr.com
maria.monteiroalmeida@bcp.pt
maria.munoz@grupobbva.com
maria.munoz@pimco.com
maria.napoli@bear.com
maria.ng@prudential.com
maria.nguyen@pimco.com
maria.nieto@bde.es
maria.norstrom@sndo.se
maria.panganiban@nylim.com
maria.papathanasiou@aberdeen-asset.com.au
maria.park@ospraie.com
maria.pavlenko@gs.com
maria.pellegrino@morganstanley.com
maria.perrone@baring-asset.com
maria.peterson@fafadvisors.com
maria.petracca@prudential.com
maria.polycarpou@fortisinvestments.com
maria.rabinovich@ubs.com
maria.rose@pimco.com
maria.s.massetti@bankofamerica.com
maria.shclover@ge.com
maria.shepherd@raymondjames.com
maria.siwek-fernald@fmr.com
maria.sokolova@commerzbank.com
maria.t.fox@wellsfargo.com
maria.tullo@prudential.com
maria.tuomolin@aktia.fi
maria.vasiliades@prudential.com
maria.vassalou@soros.com
maria.waite@ubs.com
maria.x.smola@jpmorgan.com

maria.z.desousa@rbc.com
maria@hawkinsmcentee.com
maria_carolina_amaral@cargill.com
maria_cona@acml.com
maria_custer@swissre.com
maria_eaton@americancentury.com
maria_garcia-lomas@putnam.com
maria_l_gonzalez@fleet.com
maria_pino@ssga.com
maria_quintana@ntrs.com
maria_yaffe@troweprice.com
mariaantonietta.giannelli@enel.it
mariaantoniettato@friuladria.it
mariabelen.cruzgomez@telefonica.es
mariacarla.roth@interbanca.it
mariachiara.zanotta@bsibank.com
mariacolangelo@gic.com.sg
mariadl@iadb.org
mariadunphy@angloirishbank.ie
mariaelena.drew@gs.com
mariaelenazappa@intesabci.it
mariagabriella.coscarella@intesasanpaolo.com
mariajo.perez@grupobbva.com
mariajose.mori@grupobbva.com
mariajose.parraga@fonditel.es
maria-jose.sainz@db.com
marialena.sargentelli@prudential.com
marialuisa.delfavero@banca.mps.it
maria-luisa.deli@bremerlandesbank.de
marialuisa.fascendini@bancaintesa.it
marialuisa.parodi@bsibank.com
marialuisa.siccardi@bsibank.com
marialuz.diazblanco@bnpparibas.com
mariamelsamny@fullertonfinancial.com
marian.i.adekoya@jpmchase.com
marian.klemm@dghyp.de
marian.lane@bbandt.com
marian.povey@wgo.royalsun.com
marian.w.dennigan@aibbny.ie
marian.walsh@pnc.com
marian.x.mcbride@jpmorgan.com
marian@sanpaolony.com
mariana.bernunzo@jpmorgan.com
mariana.egan@barclaysglobal.com

mariana.olsson@gs.com
mariangela.tonelli@pioneerinvestments.com
mariani@mefop.it
mariann.montagne@thrivent.com
mariann.stoltenberg.lind@storebrand.com
marianna.enaye@ge.com
marianna.gurmann@amgam.de
marianne.beckwith@seagate.com
marianne.e.stratton@usa.dupont.com
marianne.erikson@robur.se
marianne.gerber@usaa.com
marianne.heidt@dit.de
marianne.herren@vontobel.ch
marianne.kahn@caam.com
marianne.kearney@fhlb-pgh.com
marianne.kuster@dresdner-bank.ch
marianne.moe@telenor.com
marianne.nilsson@robur.se
marianne.o@dresdnerrcm.com
marianne.rydin@electrolux.se
marianne.s.kah@conocophillips.com
marianne.spelte@total.com
marianne.weller@lgim.co.uk
marianne_rafferty@hvbamericas.com
marianne_weinzinger@hvbamericas.com
marianne_witte@glenmede.com
marianne_witte@ml.com
mariano.gambaro@pioneerinvestments.com
mariano.gambero@capitali-am.com
mariano.garciadelaoliva@telefonica.net
mariano.riestra@commerzbank.com
mariano@whartonco.com
mariano_camdessus@fleet.com
mariaosa.gorini@italtel.it
mariapacini@gic.com.sg
maria-pilar.colino@db.com
mariappa@pimco.com
mariarosa.sciarratta@dexia.be
mariasoledad.carrasco@bnpparibas.com
maribel.flores@citadelgroup.com
marie.berggren@ucop.edu
marie.bouveresse@us.schroders.com
marie.briere@caam.com
marie.chandoha@wellscap.com

marie.chaperon@axa-im.com
marie.christine@fortisinvestments.com
marie.coppola@prudential.com
marie.durston@plc.cwplc.com
marie.eriksson@sebgroup.lu
marie.fields@delta-air.com
marie.gaffney@ie.dexia.be
marie.gagliardi@thehartford.com
marie.harker@state.co.us
marie.louise.boyle@anfis.co.uk
marie.mason@group.landg.com
marie.newcome@fafadvisors.com
marie.pollerana@westernasset.com
marie.power@ibtco.com
marie.prouille@banque-france.fr
marie.rebiere@cfm.mc
marie.rossi@insightinvestment.com
marie.rupp@allianzgi.de
marie.sheehan@blackrock.com
marie.siemens@redwoodtrust.com
marie.sorlin@cardif.fr
marie.thomasson@tcw.com
marie.zedda@axa-im.com
marie_flynn@glenmede.com
marie_gaines@ssga.com
marie_jordon@aimfunds.com
marie_loftus@ml.com
marie_m_schofield@fleet.com
marie_winters@notes.ntrs.com
marie-anne.allier@sgam.com
marie-anne.khan@caam.com
marieanne.vandenberg@lri.lu
marieaude.montegon@bgpi.com
marie-aurelie.misme@edf.fr
marie-cfoire.reneux@edf.fr
marie-christine.lambin@safra.lu
marieclaire.lampaert@francetelecom.fr
marie-edith.dugeny@natixis.us
marie-edmee.demontsdesavasse@bnpparibas.com
marie-elise.curty@credit-suisse.com
marieeve.poulain@bgpi.com
marie-eve.savard@standardlife.ca
mariefrance.boucher@axa-im.com
marie-frederique.dumont@ingferri.fr

marie-helene.heguy@thalesgroup.com
marie-helene.jenny@sgam.com
marie-helene.leopold@caam.com
mariejeanne.kerschkamp@bmw.de
marieke.van.kamp@achmea.nl
marieke.vorspel@ingim.com
mariel.vondrathen@siemens.com
mariela.jobson@barclaysglobal.com
marie-laure.rene@bnpparibas.com
marielena.glassman@db.com
marieline.carter@aig.com
marie-lou.funk@db.com
marieluce.telley@lodh.com
marieme.ba@labanquepostale-am.fr
marienoelle.jabain@calyon.com
marie-pascale.bonhomme@caam.com
marie-pascale.peltre@groupe-mma.fr
marie-pierre.dalisson@bnpparibas.com
marie-sibylle.de-la-faire@db.com
marie-suzanne.mazelier@sgam.com
marie-sylvie.seillan@ratp.fr
marie-therese.barrera@caam.com
marietheresegibson@angloirishbank.ie
marietta.k.stieger@claridenleu.com
mariette.maassen@sns.nl
marie-valerie.texier@bnpparibas.com
marie-virginie.vuong@socgen.com
marije.brinkman@fortisinvestments.com
marijkedaamen@svb.nl
marijo.goldstein@usbank.com
marika.d.economos@bankofamerica.com
mariko.bamer@bawag.com
mariko.isonuma@barings.com
mariko.iwabe@alliancebernstein.com
mariko.sakai-church@lowes.com
marilee@deloitte.co.uk
marileen.b.koppenberg@jpmorgan.com
marilou.hitt@nationalcity.com
marilou.mcgirr@cna.com
marilyn.boorman@credit-suisse.com
marilyn.r.kemme@norwest.com
marilyn.radovich@state.co.us
marilyn.reich@fnbchestercounty.com
marilyn.rinaldi@nuveen.com

marilyn_a_kysela@key.com
marilyn_castro@americancentury.com
marilyn_kapila@freddiemac.com
marilyn_wales@ustrust.com
marilynaponte-cotto@ustrust.com
marilyne.tolle@bankofengland.co.uk
marilynspearing@hsbc.com
marin.amrhein@aareal-bank.com
marin.bob@principal.com
marin.i.bolanca@jpmorgan.com
marin.lolic@morganstanley.com
marina.boutry-cuypers@sgam.com
marina.cartondetournai@dexia.be
marina.chernyak@moorecap.com
marina.cohen@sgam.com
marina.desyak@tdsecurities.com
marina.evans@ubs.com
marina.gabriel@lbbw.de
marina.horwood@norwich.co.uk
marina.leacock@lazard.com
marina.leone@arcafondi.it
marina.liotta@lloydsbank.ch
marina.longhino@crediteurop.lu
marina.lund@db.com
marina.maras@kfw.de
marina.martina@pionnerinvest.it
marina.pelizzon@lodh.com
marina.piccioni@meliorbanca.com
marina.siniscalchi@jpmorgan.com
marina.yu@bbh.com
marina.zarbin@pioneerinvest.it
marina_kong@calpers.ca.gov
marina_marchand@ntrs.com
marina_sun@calpers.ca.gov
marinacacchi@unibanca.it
marine.pinson@paribas.com
marinella.bottoni@unicredit.it
marinella_bogaziotis@scudder.com
marinelli@mpsgr.it
marino.cucca@bnl.com
marino.dolfini@bgsgr.it
marino.mazzeo@us.socgen.com
marinuccim@bloomberg.net
mario.adolphs@sparkasse-koelnbonn.de

mario.afonso@bcp.pt
mario.arlati@st.com
mario.basciani@mail.alleanzaassicurazioni.it
mario.berti@rothschild.co.uk
mario.boari@sgkb.ch
mario.bove@sgcib.com
mario.bozzano@bancaprofilo.it
mario.campello@am.generali.com
mario.canepa@bsibank.com
mario.castellitz@ba-ca.com
mario.cavaggioni@cattolicaassicurazioni.it
mario.cribari@bsibank.com
mario.derose@edwardjones.com
mario.dumont@bnpparibas.com
mario.erba@popso.it
mario.fabiani@banca.mps.it
mario.fioruzzi@italtel.it
mario.fraefel@juliusbaer.com
mario.frontini@uk.fid-intl.com
mario.gabella@juliusbaer.com
mario.ge@sgsbpvn.it
mario.geniale@cic.ch
mario.grittner@hsh-nordbank.com
mario.hooghiemstra@fandc.com
mario.kogler@pioneerinvestments.at
mario.loidl@oberbank.at
mario.matkovic@aegon.com
mario.messina@hsbcpb.com
mario.miracco@nationwide.co.uk
mario.oosterkamp@mn-services.nl
mario.paolini@ubs.com
mario.proverbio@bancaintesa.it
mario.racicot@innocap.com
mario.recchia@bancaintesa.it
mario.schlosser@bwater.com
mario.seesko@bayermaterialscience.com
mario.seghelini@capitalia-am.com
mario.seminerio@mpsgr.it
mario.speciale@fondiaria-sai.it
mario.spreafico@citigroup.com
mario.squillacioti@ibtco.com
mario.stefania@ch.abb.com
mario.tomasi@gestielle.it
mario.vaccarino@bancaintesa.it

mario.vanhemelryck@fortisbank.com
mario.zaccardelli@lodh.com
mario_koethe@america.hypovereinsbank.com
mario_milan@koba.sk
mario_santagostino_bietti@bancosardegna.it
marion.buchel@bcv.ch
marion.c.hogan@db.com
marion.feisthammel@claridenleu.com
marion.khueny@unicreditgroup.de
marion.krimmel@db.com
marion.lemorhedec@axa-im.com
marion.marinov@kfw.de
marion.nazareth@innocap.com
marion.neumann@lbbw.de
marion.redel@bnpparibas.com
marion.scherzinger@de.pimco.com
marion.soper@clinton.com
marion.stommel@wmam.com
marion.struber@claridenleu.com
marion_gillespie@merck.com
marion_nankin@acml.com
marion-e.schwarz@db.com
marisa.esteves@bsnp.pt
marisa.flood@americas.bnpparibas.com
marisa.grant@alliancebernstein.com
marisa.hernandez@nb.com
marisa.mackey@tudor.com
marisa.ohara@nokia.com
marisa.pastore@arcafondi.it
marisa.snell@ubs.com
marisa_alexander@troweprice.com
marisga@bernstein.com
mariska.schadenberg@mail.ing.nl
marisol.cartagena@chase.com
marisol.israel@jpmorgan.com
marissa.ansell@gs.com
marissa.ponti@ubs.com
maristella.savino@arcafondi.it
marisue.menke@thrivent.com
marita.barth@dws.com
marita.bjork@skf.com
marita.schaaf@postbank.lu
maritsa_blavakis@vanguard.com
maritta.kanerva@dws.com

maritza.magana@ca-aipg.com
maritza.ribeiro@credit-suisse.com
marius.bergander@bayernlb.com
marius.botha@threadneedle.co.uk
marius.dorfmeister@kag.raiffeisen.at
marius.post@dexia.be
marius.rispeter@telekom.de
mariuskuchen@richemont.com
mariusz.banasiak@prudential.com
mariusz.blachut@csam.com
mariusz.platek@sl-am.com
mariusz.zydzik@mail.nbp.pl
mariusz_zielinski@ssga.com
marivi.mellina.bares@antonveneta.it
marizmen@bbvapr.com
marja.kooistra@lu.abnamro.com
marja.vandergiessen@fortisinvestments.com
marja.westerlaken@mn-services.nl
marjatta.nissinen@nokia.com
marjo.heinonen@finnair.fi
marjolein.sol@pggm.nl
marjolein.van.den.berg@nl.fortis.com
marjon.jansen@philips.com
marjorie.champlin@prudential.com
marjorie.g.widener@jpmchase.com
marjorie.h.grace@wellsfargo.com
marjorie.motch@citigroup.com
mark.a.baker@bob.hsbc.com
mark.a.lynch@gs.com
mark.a.muehlnickel@jpmorgan.com
mark.a.smith@truscocapital.com
mark.aarvig@impaccompanies.com
mark.abrahm@wachovia.com
mark.afrasiabi@pimco.com
mark.afrisiabi@peacapital.com
mark.agranovski@uk.nomura.com
mark.aho@genworth.com
mark.albert@trs.state.tx.us
mark.amery@sl-am.co.uk
mark.andersen@ubs.com
mark.andryeyev@dkib.com
mark.artherton@morleyfm.com
mark.askew@commerzbankib.com
mark.atherton@morleyfm.com

mark.atkinson@nationalcity.com
mark.attalienti@alliancebernstein.com
mark.attanasio@nbf.ca
mark.attanasio@tcw.com
mark.banford-lawrence@augustus.co.uk
mark.bannister@rlam.co.uk
mark.barnes@iibbank.ie
mark.barres@credit-suisse.com
mark.batty@pncbank.com
mark.bauhof@nationalcity.com
mark.bavoso@morganstanley.com
mark.bayliss@fmr.com
mark.beasley@hapoalim.ch
mark.becker@uk.fid-intl.com
mark.belcak@ml.com
mark.benaharon@gecapital.com
mark.bennett@redwoodtrust.com
mark.benstead@axa-im.com
mark.berti@us.mizuho-sc.com
mark.beveridge@gs.com
mark.bickler@bunge.com
mark.bishop@gartmore.com
mark.blankstein@ge.com
mark.blasinsky@fhlb-pgh.com
mark.bloomfield@nomura-asset.co.uk
mark.boland@ing-im.com
mark.bolton@db.com
mark.bon@canadalife.co.uk
mark.borland@morleyfm.com
mark.borowy@erieinsurance.com
mark.bouchea@fmr.com
mark.bowater@commerzbankib.com
mark.bowles@hvbeurope.com
mark.boylan@ubs.com
mark.brandreth@barclaysglobal.com
mark.bredell@morganstanley.com
mark.breedon@investecmail.com
mark.britten-jones@barclaysglobal.com
mark.brommer@suntrust.com
mark.broughton@rainierfunds.com
mark.buccigross@ge.com
mark.buizen@ubs.com
mark.burgess@lgim.co.uk
mark.busher@pncbank.com

mark.bussmann@hshn-securities.com
mark.butler@aberdeen-asset.com
mark.butterworth@barclaysglobal.com
mark.byron@uk.fid-intl.com
mark.c.kemmerer@chase.com
mark.cabana@ny.frb.org
mark.caeyers@nagelmackers.be
mark.canavan@state.nm.us
mark.cannan@ubs.com
mark.cartier@us.mizuho-sc.com
mark.carton@uk.abnamro.com
mark.cassens@trs.state.tx.us
mark.cauthen@bankofamerica.com
mark.chandros@alliancebernstein.com
mark.chengcs@oubgroup.com
mark.chin@fmr.com
mark.choi@ny.frb.org
mark.christensen@tcw.com
mark.christman@suntrust.com
mark.clay@morganstanley.com
mark.clegg@wellsfargo.com
mark.collier@rothschild.co.uk
mark.connolly@insightinvestment.com
mark.connolly@pncadvisors.com
mark.coppejans@barclaysglobal.com
mark.corbett@gwl.com
mark.cornelius@bankofengland.co.uk
mark.coulam@iibbank.ie
mark.coy@tcm-ltd.com
mark.cranfield@lbbwsg.com
mark.crathern@hsbc.com
mark.crawford@db.com
mark.creedy@lgim.co.uk
mark.crutchley@ppm-uk.com
mark.curnin@bbh.com
mark.curtis@nyc.rabobank.com
mark.cutis@shinseibank.com
mark.d.levy@morganstanley.com
mark.d.miller@chase.com
mark.d.schierman@pjc.com
mark.d.smith@bt.com
mark.daisley@jpmorganfleming.com
mark.dammers@helaba.de
mark.dams@rabobank.com

mark.davidson@ngc.com
mark.davis@isisam.com
mark.deans@ubs.com
mark.dearlove@barclayscapital.com
mark.decruccio@gecapital.com
mark.degaetano@db.com
mark.demos@53.com
mark.denham@morleyfm.com
mark.dibble@fmr.com
mark.diethelm@zkb.ch
mark.dimont@morganstanley.com
mark.dinora@wachoviasec.com
mark.dodds@pfizer.com
mark.donahee@mortgagefamily.com
mark.dorman@uk.mizuho-sc.com
mark.dotinga@heineken.com
mark.dowell@butterfieldprivatebank.co.uk
mark.doyle@inginvestment.com
mark.dragten@augustus.co.uk
mark.drouse@raymondjames.com
mark.dubois@pncadvisors.com
mark.dupuis@gm.com
mark.e.fischer@usa.dupont.com
mark.e.mcculloch@conocophillips.com
mark.easterbrook@barclaysglobal.com
mark.eckert@jpmchase.com
mark.elflain@eu.nabgroup.com
mark.emrich@bbh.com
mark.erler@depfa.com
mark.escott@uk.mufg.jp
mark.evanco@pncbank.com
mark.evans@sentry.com
mark.everett@hsbcgroup.com
mark.fallon@americo.com
mark.fenstermann@telekom.de
mark.ferguson@jpmorgan.com
mark.ferrari@barclaysglobal.com
mark.fiedler@ers.state.tx.us
mark.field-marsham@morganstanley.com
mark.fields@ilptreasury.com
mark.finley@barclaysglobal.com
mark.fitzgerald@barclaysglobal.com
mark.flanagan@shenkmancapital.com
mark.fleming@53.com

mark.fleming@pncbank.com
mark.flynn@morganstanley.com
mark.forziati@tudor.com
mark.foust@morganstanley.com
mark.freudenthal@ge.com
mark.friebel@barclaysglobal.com
mark.friis@vontobel.ch
mark.fulwood@db.com
mark.g.williamson@jpmorgan.com
mark.gabhart@citadelgroup.com
mark.gargano@53.com
mark.garofalo@dexia.be
mark.gazia@rlam.co.uk
mark.geene@blueskygroup.nl
mark.geller@bmonb.com
mark.germond@wedbush.com
mark.gierach@usbank.com
mark.gilley@aiminvestments.com
mark.girolamo2@aig.com
mark.gjertsen@abnamromellon.com
mark.goodey@morleyfm.com
mark.goodman@sgcib.com
mark.goodwin@blackrock.com
mark.goodwin@janus.com
mark.gordon-james@aberdeen-asset.com
mark.gorodinsky@ge.com
mark.graft@53.com
mark.gray@gmacrfc.co.uk
mark.green@usbank.com
mark.greenberg@invescoaim.com
mark.greenhoff@glgpartners.com
mark.grier@prudential.com
mark.griffin@db.com
mark.griffin@genworth.com
mark.groep@insightinvestment.com
mark.gronich@mizuhocbus.com
mark.gross@aig.com
mark.guglielmo@fmr.com
mark.h.johnson@corporate.ge.com
mark.h.prenger@jpmorgan.com
mark.haak@inginvestment.com
mark.haberecht@barclaysglobal.com
mark.hannon@fmr.com
mark.hanson@lazard.com

mark.hanson@pncbank.com
mark.harden@wachovia.com
mark.hargraves@framlington.co.uk
mark.harris@threadneedle.co.uk
mark.harvey@axa-slim.co.uk
mark.heaselden@associatedbank.com
mark.hedges@nationwide.co.uk
mark.hemby@compassbnk.com
mark.hensey@iibbank.ie
mark.hessw@fafadvisors.com
mark.heuer@harrisbank.com
mark.heuer@ual.com
mark.higgins@pharma.novartis.com
mark.higgins@threadneedle.co.uk
mark.hilgendorf@associatedbank.com
mark.hillery@tudor.com
mark.hind@bnpparibas.com
mark.hirchon@db.com
mark.hirst@rbc.com
mark.hodges@uk.fid-intl.com
mark.hogg@cis.co.uk
mark.hogg@fid-intl.com
mark.holder@ubs.com
mark.hollar@f-mtrust.com
mark.holloway@syb.com
mark.holmlund@pacificlife.com
mark.hopkins@thehartford.com
mark.houghton@tudor.com
mark.hunt@thehartford.com
mark.hunter@bailliegifford.com
mark.hurley@wamu.net
mark.husson@cedarrockcapital.com
mark.hutchings@aig.com
mark.hutchinson@db.com
mark.hutchinson@ge.com
mark.iles@rbccm.com
mark.imbriano@ubs-oconnor.com
mark.ingram@columbiamanagement.com
mark.ipri@deshaw.com
mark.j.tuite@aib.be
mark.jackson@db.com
mark.jantzen@fmr.com
mark.jason@aiminvestments.com
mark.jelic@pimco.com

mark.jennings@hcmny.com
mark.johnson@fac.com
mark.jones@glgpartners.com
mark.jordahl@usbank.com
mark.k.kelley@conocophillips.com
mark.k.silverstein@csam.com
mark.kandborg@nordea.com
mark.keane@db.com
mark.kedar@aegon.co.uk
mark.kehe@bankofamerica.com
mark.khalil@barclaysglobal.com
mark.kharitou@micorp.com
mark.khomin@schwab.com
mark.khoo@aberdeen-asset.com
mark.kiesel@pimco.com
mark.kim@ppmamerica.com
mark.kimbrough@westernasset.com
mark.kinsella@bnpparibas.com
mark.kinsky@db.com
mark.kirkland@philips.com
mark.klipsch@ppmamerica.com
mark.kochvar@stbank.net
mark.koczan@morgankeegan.com
mark.kontkowski@glgpartners.com
mark.kreymer@uboc.com
mark.kurcon@thehartford.com
mark.l.heleen@slma.com
mark.l.nugent@bankofny.com
mark.lacroix@inginvestment.com
mark.lamb@6thaveinvest.com
mark.lampano@pimco.com
mark.lane@db.com
mark.laskin@morganstanley.com
mark.laskin@vankampen.com
mark.lauber@rabobank.com
mark.laurent@53.com
mark.lawrence@alliancebernstein.com
mark.lawrence@citi.com
mark.lebbell@fandc.com
mark.lehmann@ubs.com
mark.lesaffre@mutualofamerica.com
mark.lewis@corporate.ge.com
mark.lewis@hvb.de
mark.lieberman@wamu.net

mark.lien@lazard.com
mark.little@lazard.com
mark.little@wcmadvisors.com
mark.lohmann@ubs.com
mark.long@53.com
mark.lovatt@db.com
mark.love@aegon.co.uk
mark.lozina@nationalcity.com
mark.lyttleton@blackrock.com
mark.m.jackson@jpmorgan.com
mark.m.niles@wellsfargo.com
mark.macdougall@fmr.com
mark.mackenzie@alliancebernstein.com
mark.madden@pioneerinvest.com
mark.mahone@wachovia.com
mark.mallia@shinseibank.com
mark.manduca@insightinvestment.com
mark.manigault@citigroup.com
mark.margiotta@citigroup.com
mark.marinella@blackrock.com
mark.massara@glgpartners.com
mark.masselink@moorecap.com
mark.matthisson@pharma.novartis.com
mark.mcbride@cis.co.uk
mark.mcdonnell@aiminvestments.com
mark.mcdonnell@statestreet.com
mark.mcfalls@wachovia.com
mark.mcgowan@db.com
mark.mcgowen@rothschild.com.au
mark.mckevitt@ubs.com
mark.mclelland@fhlbtopeka.com
mark.mcnamara@morganstanley.com
mark.melchiorre@ubs.com
mark.melendez@morganstanley.com
mark.menapace@citadelgroup.com
mark.merricks@stephens.com
mark.merzon@barclayscapital.com
mark.mesinger@schwab.com
mark.midura@himco.com
mark.militello@shinseibank.com
mark.miller@citadelgroup.com
mark.milton@glgpartners.com
mark.misenheimer@wachovia.com
mark.mitchell@black-river.com

mark.mitchell@corporate.ge.com
mark.modjeski@tektronix.com
mark.monson@rcm.at
mark.morgan@thrivent.com
mark.morris@nationwide.co.uk
mark.mounts@dartmouth.edu
mark.mueller@bw-bank.de
mark.munger@wellsfargo.com
mark.munro@swipartnership.co.uk
mark.murray@aberdeen-asset.com
mark.napp@ubs.com
mark.nathan@fipartners.com.au
mark.newby@sgcib.com
mark.niethard@oppenheim.de
mark.nigro@westernasset.com
mark.niland@thehartford.com
mark.noonan@wachovia.com
mark.nordio@barclaysglobal.com
mark.norman@db.com
mark.notkin@fmr.com
mark.oefeli@juliusbaer.com
mark.oetinger@usaa.com
mark.olson@uk.abnamro.com
mark.oman@wellsfargo.com
mark.oneill@gs.com
mark.oshaughnessy@americas.ing.com
mark.p.levins@aibbny.ie
mark.p.sheppard@au.abnamro.com
mark.padgett@natexiblr.com
mark.pantling@sgcib.com
mark.pare@lmginv.com
mark.paris@morganstanley.com
mark.patterson@ppm-uk.com
mark.payson@bbh.com
mark.pearce@pimco.com
mark.pearce@threadneedle.co.uk
mark.peden@aegon.co.uk
mark.pederson@morganstanley.com
mark.penson@uboc.com
mark.perrin@fandc.com
mark.perry@commerce.com
mark.persichetti@yesinvest.com
mark.peterson@fmr.com
mark.peterson@jpmorgan.com

mark.pettit@dkrw.com
mark.phillips@pioneerinvest.com
mark.phillips@swipartnership.co.uk
mark.pibl@clinton.com
mark.pickard@tudor.com
mark.pinckney@capitalia-am.com
mark.plumtree@fidelity.com
mark.polidore@alliancebernstein.com
mark.portz@ubt.com
mark.post@vanderhoop.nl
mark.potter@edwardjones.com
mark.powell@jmfinn.com
mark.powers@ubs.com
mark.poynter@hsbcam.com
mark.prentice@gs.com
mark.preston@lloydstsb.co.uk
mark.pries@dghyp.de
mark.priestley@hvbeurope.com
mark.probst@db.com
mark.prothero@us.hsbc.com
mark.prouty@sunlife.com
mark.purdy@gartmore.com
mark.r.anderson@thrivent.com
mark.r.andrews@hsbc.com
mark.r.fitzgerald@barclaysglobal.com
mark.r.robson@eu.nabgroup.com
mark.r.seavers@aib.ie
mark.raskopf@bankofamerica.com
mark.reardon@ubs.com
mark.reaves@raymondjames.com
mark.redfearn@ppmamerica.com
mark.reeves@credit-suisse.com
mark.reinisch@threadneedle.co.uk
mark.reshke@barclaysglobal.com
mark.rigazio@db.com
mark.rigazio@fmr.com
mark.rigolle@belgacom.be
mark.ringel@nationalcity.com
mark.roethlin@morganstanley.com
mark.rogers@nomura-asset.co.uk
mark.roggensinger@ubs.com
mark.romano@winterthur.com
mark.rooney@americo.com
mark.rose@hvbeurope.com

mark.rothwell@bms.com
mark.rowat@ibtco.com
mark.roy@fmr.com
mark.roylance@kaupthing.com
mark.rudin@credit-suisse.com
mark.rule@alliancebernstein.com
mark.rule@europe.hypovereinsbank.com
mark.s.robinson@flemings.com
mark.saddleton@nationwide.co.uk
mark.salzman@bwater.com
mark.sander@insightinvestment.com
mark.sansoterra@harrisbank.com
mark.santall@barclays.co.uk
mark.sawicki@fmr.com
mark.schaefer@gmacm.com
mark.schindler@claridenleu.com
mark.schmahl@oneamerica.com
mark.schmehl@fmr.com
mark.schnell@blackrock.com
mark.schumann@db.com
mark.schwartz@soros.com
mark.scicluna@bov.com
mark.scrowston@pioneerinvestments.com
mark.searle@t-mi.com
mark.sedgwick@uk.fid-intl.com
mark.senkpiel@tcw.com
mark.serdan@ubs.com
mark.sibley@db.com
mark.silvester@loydstsb.co.uk
mark.simenstad@thrivent.com
mark.sloan@investecmail.com
mark.small@db.com
mark.snyderman@fmr.com
mark.sodergren@barclaysglobal.com
mark.spaulding@wachovia.com
mark.spellman@mackayshields.com
mark.spizer@inginvestment.com
mark.spring@csam.com
mark.squire@hsh-nordbank.co.uk
mark.stancher@jpmorgan.com
mark.stanley@wellsfargo.com
mark.steiger@zurich.com
mark.stephens@nomura-asset.co.uk
mark.stephenson@barclaysglobal.com

mark.stevens@omam.co.uk
mark.stober@mobi.ch
mark.stockwell@pncadvisors.com
mark.strachan@morganstanley.com
mark.stubbelfield@blackrock.com
mark.stuckelman@lazard.com
mark.stys@fmr.com
mark.sullivan@kbcfp.com
mark.supert@bankofamerica.com
mark.swain@smith.williamson.co.uk
mark.swales@uk.fid-intl.com
mark.t.gannon@jpmchase.com
mark.t.nickell@hsbcib.com
mark.t.rasimas@columbiamanagement.com
mark.talbot@barclaysglobal.com
mark.tanky@uobgroup.com
mark.taylor@barclaysglobal.com
mark.taylor@wedbushbank.com
mark.taylor2@barclaysglobal.com
mark.tesoriero@chase.com
mark.thatcher@lloydstsb.co.uk
mark.thompson@pimco.com
mark.thompson@shinseibank.com
mark.thompson@westlb.de
mark.tinker@axaframlington.com
mark.tobin@lpcorp.com
mark.todtfeld@morganstanley.com
mark.traster@usbank.com
mark.truchan@fmr.com
mark.tuite@bmo.com
mark.tumpach@associatedbank.com
mark.underhill@gibuk.com
mark.ungewitter@ibtco.com
mark.v.appadoo@db.com
mark.vale@ups.com
mark.van.vliet@pggm.nl
mark.vandenherik@ppmamerica.com
mark.venerus@swipartnership.co.uk
mark.venner@baesystems.com
mark.vitner@capmark.funb.com
mark.vlasseman@mn-services.nl
mark.w.daly@slma.com
mark.w.goyne@wellsfargo.com
mark.w.perry@morganstanley.com

mark.w.thomas@jpmorgan.com
mark.wade@ubs.com
mark.waehner@sebam.de
mark.waldmann@dresdner-bank.com
mark.walker@uk.mufg.jp
mark.walkling@ubs.com
mark.wallace@ubs.com
mark.wang@ing.com.my
mark.waters@bnpparibas.com
mark.watts@morleyfm.com
mark.weber@inginvestment.com
mark.weber@umb.com
mark.weeks@ubs.com
mark.wendland@citadelgroup.com
mark.werner@altria.com
mark.wert@fhlb.com
mark.westwood@morleyfm.com
mark.westwood@threadneedle.co.uk
mark.whirdy@pioneerinvest.ie
mark.whitsitt@himco.com
mark.widdowson@gartmore.com
mark.wilhelm@huntington.com
mark.wilkie@swip.com
mark.williams@blackrock.com
mark.williams@fandc.com
mark.williams@insightinvestment.com
mark.williams@pnc.com
mark.williamson@aiminvestments.com
mark.wilson@aberdeen-asset.com
mark.wilson@juliusbaer.com
mark.wilson@resolutionasset.com
mark.wimer@harrisbank.com
mark.winter@barclays.co.uk
mark.winter@bbg.co.uk
mark.winter@insightinvestment.com
mark.wisnesky@thehartford.com
mark.woita@fhlbtopeka.com
mark.wold@gmacrfc.com
mark.wood@rbccm.com
mark.woodburn@exxon.com
mark.wooden@tcw.com
mark.wright@asbai.com
mark.wynne-jones@investecmail.com
mark.x.page@jpmchase.com

mark.yang@email.chinatrust.com.tw
mark.yardley@fhlbtopeka.com
mark.yoon@lehman.com
mark.zengo@ftnmidwest.com
mark.ziady@fmr.com
mark@danainvestment.com
mark@eslinvest.com
mark@patteninc.com
mark@sandlercap.com
mark@shenkmancapital.com
mark@swip.com
mark@uk.oechsle.com
mark_abbott@glic.com
mark_abel@ml.com
mark_alley@putnam.com
mark_alvarez@nacm.com
mark_barnett@hen.invesco.com
mark_beeson@bankone.com
mark_bowling@invesco.com
mark_breault@scotiacapital.com
mark_bredesen@putnam.com
mark_brown@whirlpool.com
mark_bussard@troweprice.com
mark_campellone@nylim.com
mark_chui@acml.com
mark_cogan@putnam.com
mark_coville@ml.com
mark_d_miller@freddiemac.com
mark_d_wheeler@bankone.com
mark_d'alfonso@ssga.com
mark_davidson@manulife.com
mark_dearsley@cgnu.net
mark_devonshire@ml.com
mark_dorfler@vanguard.com
mark_dowding@ldn.invesco.com
mark_dunetz@glic.com
mark_e_davis@bankone.com
mark_eckman@key.com
mark_edwards@troweprice.com
mark_flanagan@ssga.com
mark_friedrich@amat.com
mark_gordon@acml.com
mark_gordon@gb.smbcgroup.com
mark_guidinger@cargill.com

mark_h_summers@victoryconnect.com
mark_hamilton@acml.com
mark_harding@invescoperpetual.co.uk
mark_harris@ldn.invesco.com
mark_heaney@ldn.invesco.com
mark_hill@countrywide.com
mark_hodson@troweprice.com
mark_holmes@ntrs.com
mark_hooker@ssga.com
mark_howard@acml.com
mark_hurrelbrink@bankone.com
mark_ivory@newton.co.uk
mark_j_degrazia@bankone.com
mark_j_martinez@ntrs.com
mark_j_mcgreenery@fleet.com
mark_jackson@bankone.com
mark_katarsky@vanguard.com
mark_khan@fleet.com
mark_knight@swissre.com
mark_kopinski@americancentury.com
mark_l_wright@fanniemae.com
mark_lahoda@vanguard.com
mark_lanspa@westlb.com
mark_liang@fanniemae.com
mark_livesay@ustrust.com
mark_louka@vanguard.com
mark_macdonald@capgroup.com
mark_mallon@americancentury.com
mark_maly@ml.com
mark_marinella@ssga.com
mark_matthews@invesco.com
mark_mccarthy@swissre.com
mark_mcdonough@merck.com
mark_mckenzie@ml.com
mark_mcmeans@aimfunds.com
mark_meenan@swissre.com
mark_mershon@ucbi.com
mark_morgan@scudder.com
mark_nash@ldn.invesco.com
mark_niznik@standardlife.com
mark_o'reilly@bnz.co.nz
mark_paulson@hotmail.com
mark_pauly@agfg.com
mark_pease@acml.com

mark_persiani@ml.com
mark_pollard@putnam.com
mark_porrell@dpimc.com
mark_rayward@newton.co.uk
mark_reilly@ssga.com
mark_rimmer@blackrock.com
mark_roemer@nacm.com
mark_rosen1@ml.com
mark_ryan@ustrust.com
mark_rzepczynski@jwhmail.com
mark_s._skowron@ntrs.com
mark_s_pelletier@fleet.com
mark_saxonov@nylim.com
mark_schmeer@mfcinvestments.com
mark_shannon@mfcinventments.com
mark_strickland@scotiacapital.com
mark_talgo@nylim.com
mark_torti@keybank.com
mark_vincent@standardlife.com
mark_wehring@aimfunds.com
mark_whitmore@ml.com
mark_wieland@ustrust.com
mark_wolkstein@ustrust.com
mark_yelavich@calpers.ca.gov
mark_zebrowski@msdw.com
mark_zussman@hvbamericas.com
markacox@bloomberg.net
markazi@omantel.net.om
markboyle@northwesternmutual.com
markc@scm-lp.com
markd@rainierfunds.com
markdoehla@azoa.com
markdoll@northwesternmutual.com
marke@fhlbsea.com
market.data@bailliegifford.com
marketanalysis@alpha.gr
marketnews@unibail.fr
marketroom@do.treas.gov
markets@thestreet.com
markh@tmgny.com
markhsu@cathaylife.com.tw
markj@jwseligman.com
markjr@bloomberg.net
markjw74@bloomberg.net

markkhoo@gic.com.sg
markkishler@northwesternmutual.com
markku.pehkonen@sampo.fi
markku.vartiainen@nordea.com
marklee@gic.com.sg
marklim@gic.com.sg
markmahony@angloirishbank.ie
markmueller@bloomberg.net
marko.deuticke@ubs.com
marko.heimken@hsh-nordbank.co.uk
marko.kosonen@oko.fi
marko.ojala@tapiola.fi
marko.ouvnjak@rothschildbank.com
marko.utriainen@pohjola.com
marko_duvnjak@swissre.com
marko_zrno@aimfunds.com
marko379@aol.com
markong@gic.com.sg
markraffles@northwesternmutual.com
markreed@bankofny.com
marks.bailey@csfb.com
mark-sw.chan@ubs.com
markt@ellington.com
marktay@dbs.com.sg
marktk@mcm.com
markus.a.beck@lbbw.de
markus.allemann@juliusbaer.com
markus.allenspach@juliusbaer.com
markus.arn@swisslife.ch
markus.arpa@oenb.co.at
markus.baechtold@claridenleu.com
markus.baechtold@ubs.com
markus.baer@cominvest.de
markus.baertschi@ubs.com
markus.becker@berliner-volksbank.de
markus.bill@aam.ch
markus.boelsing@helaba.de
markus.bolder@dghyp.de
markus.brechbuehl@helvetiapatria.ch
markus.brechtmann@union-investment.de
markus.brun@vontobel.ch
markus.bucher@akb.ch
markus.carlsen@hsh-nordbank.com
markus.cekan@lbbw.de

markus.christiansson@seb.se
markus.clemens@dzi.lu
markus.diebel@postbank.de
markus.dieter@helaba.de
markus.dietrich@hsh-nordbank.com
markus.digion@ruedblass.ch
markus.dziemba@ikb-cam.de
markus.egger@raiffeisen.ch
markus.eichacker@ubs.com
markus.engels@cominvest-am.com
markus.ewert@novartis.com
markus.falk@llb-ip.li
markus.falk@vpbank.com
markus.feldgitscher@landes.hypobank.at
markus.flade@lampebank.de
markus.fogelholm@bof.fi
markus.frosterus@keva.fi
markus.fuchs@ubs.com
markus.furrer@claridenleu.com
markus.gaugenrieder@bayernlb.de
markus.gerber@wuestenrot.de
markus.golinski@allianzgi.de
markus.gremminger@csam.com
markus.grien@rzb.at
markus.grimm@juliusbaer.com
markus.hammes@dws.de
markus.helfenstein@credit-suisse.com
markus.henz@rothschildbank.com
markus.herten@trinkaus.de
markus.heuer@vuw.de
markus.heyde@juliusbaer.com
markus.heyde@ubs.com
markus.hofmann@zkb.ch
markus.holzer@at.bacai.com
markus.huber@ruedblass.ch
markus.huber@vpbank.com
markus.huebscher@csam.com
markus.husy@coutts.com
markus.ilg@westam.com
markus.irngartinger@ambgf.de
markus.irngartinger@ubs.com
markus.janus@lbbw.de
markus.jungbluth@lri.lu
markus.kaisig@hypointernational.com

markus.kaisig@lbbw.de
markus.kalousek@novartis.com
markus.karstaedt@postbank.de
markus.kiefer@hvbeurope.com
markus.klar@state.tn.us
markus.klingler@db.com
markus.klug@uniqa.at
markus.knebel@westam.com
markus.koch@claridenleu.com
markus.kohlenbach@dws.de
markus.kramer@zkb.ch
markus.kreuter@generali.at
markus.kuether@oppenheim.de
markus.kugele@db.com
markus.lang@claridenleu.com
markus.lang@juliusbaer.com
markus.liechti@credit-suisse.com
markus.loeschmann@mannheimer.de
markus.maechler@credit-suisse.com
markus.maier@westlb.com
markus.manns@union-investment.de
markus.merkel@bbbank.de
markus.metzger@ch.abb.com
markus.mez@glgpartners.com
markus.mohrenweiser@dzbank.de
markus.mueller@de.pimco.com
markus.naef@sg.ch
markus.natter@vpbank.com
markus.niinikoski@tapiola.fi
markus.obrist@rzb.at
markus.orschulik@rmf.ch
markus.ostrowski@suva.ch
markus.ott@dlh.de
markus.papenroth@ib.bankgesellschaft.de
markus.parzer@hvbeurope.com
markus.pauli@keva.fi
markus.peil@dws.com
markus.pfaff@ui-gmbh.de
markus.pfeffer@oppenheim.de
markus.pfister@credit-suisse.com
markus.puck@juliusbaer.com
markus.rings@lampebank.de
markus.ritzauer.mr@bayer-ag.de
markus.roennau@ubs.com

markus.rogger@csam.com
markus.rose@duesshyp.de
markus.roser@lbb.lu
markus.schaefer@rewe-group.com
markus.schladt@kfw.de
markus.schloemann@postbank.de
markus.schmidtchen@kfw.de
markus.schoemer@aig.com
markus.schomer@aig.com
markus.schulz@drkw.com
markus.sickmann@hsh-nordbank.com
markus.sola@tkb.ch
markus.solenthaler@credit-suisse.com
markus.steger@cial.ch
markus.steilen@bayernlb.com
markus.steinbeis@pioneerinvest.de
markus.thadaney@morganstanley.com
markus.theobald@helaba.de
markus.thiele@ubs.com
markus.thony@zkb.ch
markus.tischelmayer@rzb.at
markus.unterhofer@credit-suisse.com
markus.vogt@lbbw.de
markus.von.crailsheim@de.pimco.com
markus.waeber@zkb.ch
markus.walchshofer@union-investment.de
markus.wiedemann@dws.de
markus.wiedemann@llb-ip.li
markus.winkler@ubs.com
markus.wolf@lbbw.de
markus.zipperer@credit-suisse.com
markus@princeton.edu
markus_bolder@westlbpanmure.com
markus_eugster@swissre.com
markus_feurstein@swissre.com
markus-f.korner@ubs.com
markus-m.studer@ubs.com
markv@hcmny.com
markvoermans@saemor.com
markyang@bloomberg.net
marla.lincolnfelter@pacificlife.com
marla.sims@bbh.com
marlambr@centralbank.gov.cy
marlane.pereiro@tudor.com

marleen.deloof@belgacom.be
marleen.vanholsbeeck@fortisinvestments.com
marlena.stevens@pncbank.com
marlene.archer@sgam.com
marlene.barrett@ibtco.com
marlene.bennett@db.com
marlene.blot@caam.com
marlene.bonasera@morganstanley.com
marlene.g.deluca@jpmorgan.com
marlene.mora@aig.com
marlenew@mcm.com
marlin_brown@vanguard.com
marlin_goldstein@acml.com
marlin_hesslefors@standardlife.com
marlo.oaks@farmersinsurance.com
marlon.balroop@gs.com
marlon.mcglashan@fandc.co.uk
marlon.rockensuess@ssmb.com
marlys.appleton@aig.com
marmbru3@ford.com
marmet@safeco.com
marna_whinington@nacm.com
marnaboldi@bci.it
marney_merrett@hen.invesco.com
marni_joy@westlb.com
marnie_kelly@glenmede.com
marnik.hinnekens@fortisbank.com
marnix.van.der.ploeg@ingim.com
marnone@crewsassoc.com
marogers@petro-canada.ca
marora@meag-ny.com
maroulla.sullivan@uk.bnpparibas.com
maroun.hayek@us.fortis.com
maroun@bloomberg.net
marquardtw@nybea.com
marques.mercier@aiminvestments.com
marques_glaze@vanguard.com
marranz@ceca.es
marras.antonio@insedia.interbusiness.it
marrj4@nationwide.com
marsch.a@dreyfus.com
marselen.spencer@tdsecurities.com
marsha.jong@barclaysglobal.com
marsha.morgan@bnsf.com

marsha.van.beusekom@fandc.nl
marsha.yuan@wamu.net
marshal.s.auron@fhlb-pgh.com
marshald@ebrd.com
marshall.a.croom@lowes.com
marshall.as@tbcam.com
marshall.clark@morgankeegan.com
marshall.dornfeld@opco.com
marshall.filart@ing.be
marshall.reid@trs.state.tx.us
marshall.stuckey@bankofamerica.com
marshall_glassner@putnam.com
marshally@mcm.com
marta.calisse@bpmvita.it
marta.campriani@unicredit.it
marta.canesi@bancaakros.it
marta.de.juan@barclays.com
marta.didoni@db.com
marta.edmonds@blackrock.com
marta.figuerola@caixacatalunya.es
marta.lombardia@grupobbva.com
marta.waszkiewicz@morganstanley.com
marta.wenker@fafadvisors.com
marta_yago@troweprice.com
martein.osch@nl.abnamro.com
marten.hagstrom@leonia.fi
marten.larsson@swedbankrobur.se
marten.lindeborg@dnbnor.com
marten-pieter.van.harten@ingim.com
marterburn@ameritas.com
martha.beard@chase.com
martha.brantley@deshaw.com
martha.childs@columbiamanagement.com
martha.gonzalez@blackrock.com
martha.hamel@drkw.com
martha.hertanu@xilinx.com
martha.johnsen@wamu.net
martha.johnson@nbcbank.com
martha.masling@lbbw.de
martha.metcalf@csam.com
martha.moutafis@fmr.com
martha.scheiber@ubs.com
martha.sherman@tradestreetinv.com
martha.travers@vontobel.ch

martha.travers-veress@caam.com
martha.truog@swib.state.wi.us
martha.tuttle@prudential.com
martha_b_childs@fleet.com
martha_e_raber@keybank.com
martha_metcalf@jpmorgan.com
martha_spreen@nylim.com
marthe.dupin@ubs.com
marti.dishowitz@swib.state.wi.us
marti@danskecapital.com
marti@zuam.ch
martial.balbinot@claridenleu.com
martial.godet@bnpparibas.com
martial.lasfargues@cnp.fr
martien.meijer@sns.nl
martigas@bankofny.com
martijai@bancsabadell.com
martijn.hes@mail.ing.nl
martijn.oosterwoud@ingim.com
martijn.schrijvers@ny.frb.org
martijn.schriyers@ny.frb.org
martijn.soesbeek@ingim.com
martijn.verwoest@pggm.nl
martijnvanveen@saemor.com
martin.a.kane@goodbody.ie
martin.achter@hypovereinsbank.de
martin.aebi@vpbank.com
martin.aichner@erstebank.at
martin.allenbach@cbve.com
martin.annigoefer@helaba.de
martin.arthur@hsbcinvestments.com
martin.axell@seb.se
martin.ayres@insightinvestment.com
martin.baumgartner@sarasin.ch
martin.beck@lgt.com
martin.bendixen@electrolux.se
martin.berberich@db.com
martin.bidermann@rahnbodmer.ch
martin.blasi@bayernlb.com
martin.blessing@commerzbank.com
martin.bolander@robur.se
martin.braun01@hyporealestate.de
martin.braunschlaeger@hvb.de
martin.bray@gs.com

martin.britz@ubs.com
martin.bronner@sebprivatebanking.com
martin.brooke@bankofengland.co.uk
martin.brueckner@first-private.de
martin.bruni@juliusbaer.com
martin.buerki@ubs.com
martin.callaghan@jpmorganfleming.com
martin.caramians@au.abnamro.com
martin.chapados@lodh.com
martin.chapman@amg-invest.de
martin.cholwill@rlam.co.uk
martin.christ@unicreditgroup.at
martin.clarke@ubs.com
martin.collins@threadneedle.co.uk
martin.connaghan@aberdeen-asset.com
martin.cornell@db.com
martin.crisp@hsh-nordbank.co.uk
martin.d.king@jpmorgan.com
martin.dahlgren@nordea.com
martin.davies@bmond.com
martin.day@cazenove.com
martin.degen@ubs.com
martin.demmel@activest.de
martin.dequervain@vontobel.ch
martin.deschenes@bmo.com
martin.deux@axa-im.com
martin.doyle@nuveen.com
martin.duerr@feri.de
martin.duncan@fipartners.com.au
martin.efferz@helaba-invest.de
martin.eisele@bhf-bank.com
martin.engel@essenhyp.com
martin.fechtner@db.com
martin.feeny@pimco.com
martin.figge@sebam.de
martin.finger@dzbank.de
martin.fleischman@pacificlife.com
martin.flueckiger@claridenleu.com
martin.flynn@fmr.com
martin.foden@rlam.co.uk
martin.fong@deshaw.com
martin.frank@sarasin.ch
martin.fransson@blackrock.com
martin.friederichs@us.socgen.com

martin.froeschl@credit-suisse.com
martin.gagnon@tres.bnc.ca
martin.gelzenleuchter@dekabank.de
martin.gibson@aegon.co.uk
martin.gilbert@aberdeen-asset.com
martin.glavin@mandg.co.uk
martin.goernig@hsh-nordbank.com
martin.goetz@ubs.com
martin.goldenbaum@pncbank.com
martin.graham@nationwide.co.uk
martin.grolimund@bnpparibas.com
martin.gros.pedersen@nordea.com
martin.grunst@cbcf-net.com
martin.grzonka@dzbank.de
martin.habel@kfw.de
martin.hall.uk@uk.fid-intl.com
martin.hammer@bankofengland.co.uk
martin.hanley@westernasset.com
martin.hartmann@dresdner-bank.com
martin.harvey@threadneedle.co.uk
martin.held@lrp.de
martin.hellmich@lbbw.de
martin.hicks@unicredit.it
martin.hindelang@blb.de
martin.hingst@lbbw.de
martin.hinkofer@allfonds-bkg.de
martin.hinterhofer@rcm.at
martin.hochstein@bfg-invest.de
martin.hofbauer@essenhyp.com
martin.hofer@nokia.com
martin.houston@bg-group.com
martin.hrdina@union-investment.de
martin.hubbes@agf.com
martin.huber@juliusbaer.com
martin.huber@nestle.com
martin.hueppi@claridenleu.com
martin.hueppi@juliusbaer.com
martin.huesler@zkb.ch
martin.humphries@barclaysglobal.com
martin.hurtado@trs.state.tx.us
martin.ineichen@hsbcpb.com
martin.isler@credit-suisse.com
martin.j.edmonds@aib.ie
martin.j.thompson@aibbny.ie

martin.jahn@kfw.de
martin.jank@nordlb.lu
martin.jansen@inginvestment.com
martin.janser@credit-suisse.com
martin.jochum@lodh.com
martin.johansson@seb.se
martin.jonsson@brummer.se
martin.joos@de.bosch.com
martin.jufer@juliusbaer.com
martin.juillard@barcap.com
martin.junker.nielsen@nordea.com
martin.kamleitner@sparkasse-ooe.at
martin.kelly@agamwestfcb.com
martin.kember@db.com
martin.kensett@barclays.co.uk
martin.kesper@db.com
martin.kirchner@dlh.de
martin.kirisch-von-saldern-ahlimb@rzb.at
martin.kleinhenz@nuernberger.de
martin.klement@bluewin.ch
martin.kober@dzbank.de
martin.kobler@credit-suisse.com
martin.koelker@sparkasse-koelnbonn.de
martin.koepke@lbb.de
martin.koetter@wgz-bank.de
martin.kruse@haspa.de
martin.kuebler@dzbank.de
martin.kuehrer@siemens.com
martin.kuesters@kzvk.de
martin.kurhajec@lbbw.de
martin.laborde@telefonicachile.cl
martin.lally@sachsenlb.ie
martin.larger@socgen.com
martin.larsen@brummer.se
martin.lawlor@prudential.com
martin.lawrence@commerzbank.com
martin.leber@vontobel.ch
martin.lebouitz@jpmorgan.com
martin.lee@email.com
martin.lemmerer@erstebank.at
martin.leonard@baesystems.com
martin.lewis@barclayscapital.com
martin.ligezinski@ba-ca.com
martin.lilianthal@inginvestments.com

martin.lilienthal@inginvestment.com
martin.lindner@bundesbank.de
martin.locke@berliner-volksbank.de
martin.loesser@db.com
martin.lohaus@oppenheim.de
martin.lonsdorfer@dit.de
martin.luehrs@hvbeurope.com
martin.mahoney@ge.com
martin.marinov@dws.com
martin.mayer@amg.co.at
martin.mcconnell@evergreeninvestments.com
martin.mcgovern@clf-dexia.com
martin.mcmahon@credit-suisse.com
martin.meili@juliusbaer.com
martin.meloun@gecapital.com
martin.menton@pnc.com
martin.mickus@opcap.com
martin.mihalyi@sparinvest.com
martin.moeller@nordlb.de
martin.moorman@morganstanley.com
martin.moyes@lazard.com
martin.mueller@bankgesellschaft.de
martin.muenchbach@swissfirst.ch
martin.nellen@bmw.de
martin.neuhold@ba-ca.com
martin.newport@flemings.com
martin.nilsson@alecta.com
martin.nybye@nordea.com
martin.o'brien@bailliegifford.com
martin.opfermann@allianz.de
martin.ouellet@tres.bnc.ca
martin.palasek@rb.cz
martin.penn@eu.nabgroup.com
martin.petracchi@pharma.novartis.com
martin.phipps@gartmore.com
martin.piechottka@hsh-nordbank.com
martin.polach@seb.de
martin.porter@icap.com
martin.porter@jpmorgan.com
martin.pracht@dekabank.de
martin.prins@ingim.com
martin.ragnartz@hp.com
martin.rainsford@ricoh-usa.com
martin.rast@hvb.de

martin.rea@glgpartners.com
martin.reichel@nordlb.de
martin.reisch@deutscherring.de
martin.robins@bnpgroup.com
martin.roesch@vontobel.ch
martin.rosacker@inginvestment.com
martin.rosenberger@zkb.ch
martin.rost@blb.de
martin.rother@db.com
martin.rottmann@berliner.volksbank.de
martin.rottmann@berliner-volksbank.de
martin.rydin@swedbank.se
martin.s.c.lee@citicorp.com
martin.s.coward@jpmorgan.com
martin.sachs@apobank.de
martin.sanders@unilever.com
martin.sanderson@db.com
martin.sann@geninvest.de
martin.schau@sebam.de
martin.scheel.2@claridenleu.com
martin.scheele@helaba.de
martin.schimek@cnb.cz
martin.schlatter@claridenleu.com
martin.schmid@ubsw.com
martin.schmidt@lbbw.de
martin.schmucker@blb.de
martin.schnauss@juliusbaer.com
martin.schoebel@frankfurt-trust.de
martin.schorr@hsh-nordbank.com
martin.schreiber@zkb.ch
martin.schuepbach@sg.ch
martin.schulz@allegiantgroup.com
martin.schwarb@csam.com
martin.schweitzer@erstebank.at
martin.seitz@wwasset.de
martin.senn@swisslife.ch
martin.serse@seb.se
martin.shea@ftnfinancial.com
martin.shields@hvbeurope.com
martin.sieg@zkb.ch
martin.sirch@trinkaus.de
martin.smith@dzbank.de
martin.smith@fandc.com
martin.soeldner@rcm.at

martin.spillmann@ubs.com
martin.squires@lodh.com
martin.stein@shinseibank.com
martin.tallroth@nordea.com
martin.thiesen@db.com
martin.tobler@ubs.com
martin.todd@swip.com
martin.tschirky@db.com
martin.tschunko@db.com
martin.tuch@unicreditgroup.de
martin.tunstall@rabobank.com
martin.turnbull@aberdeen-asset.com
martin.unger@rzb.at
martin.vahlbrock@rwe.com
martin.van.der.voet@ingim.com
martin.van.meerendonk@rabobank.com
martin.voelkle@bankcoop.ch
martin.ward@rbccm.com
martin.wehling@dzbank.com.sg
martin.weikamp@mn-services.nl
martin.white@barclaysglobal.com
martin.widmer@mbczh.ch
martin.wieland@bundesbank.de
martin.wilhelm@hsh-nordbank.com
martin.willi@blvk.ch
martin.wintermantel@lloydsbank.ch
martin.worel@erstebank.at
martin.wuermli@aam.ch
martin.ziese@dzbank.de
martin.zimmer@credit-suisse.de
martin.zimmermann@ids.allianz.com
martin.zoll@jpmorganfleming.com
martin@aigfpc.com
martin@chandlerasset.com
martin@ikospartners.com
martin_ayow@elliottandpage.com
martin_batty@newton.co.uk
martin_chanzit@ustrust.com
martin_davidson-gay@bankofscotland.co.uk
martin_doerr@mail.mayco.com
martin_geislinger@fanniemae.com
martin_helm@ml.com
martin_kelly@fanniemae.com
martin_king@nylim.com

martin_l_shagrin@victoryconnect.com
martin_lee@troweprice.com
martin_loketek@freddiemac.com
martin_oetiker@ssga.com
martin_ohare@blackrock.com
martin_ramseyer@swissre.com
martin_reeves@acml.com
martin_scott@acml.com
martin_sibileau@scotiacapital.com
martin_smith@cargill.com
martin_stief@westlb.de
martin_vernon@glic.com
martin_walker@hen.invesco.com
martin_weeks@scotiacapital.com
martin_weiss@hen.invesco.com
martin_young@freddiemac.com
martina.backes@lri.lu
martina.benke@de.pimco.com
martina.biancardi@carifirenze.it
martina.boesen@lri.lu
martina.brueck@sparkasse-koelnbonn.de
martina.burysek@bdg.ch
martina.cheung@huntington.com
martina.davis@fskag.de
martina.dellemonache@bancaetruria.it
martina.fischer@oppenheim.de
martina.fricke@airbus.com
martina.honegger@vontobel.ch
martina.jurczyk@dekabank.de
martina.keens-betts@uk.fid-intl.com
martina.knorrek@hvb.de
martina.kocksch@cominvest.de
martina.lukaschek@erstebank.at
martina.mertens@postbank.de
martina.mueller@vpbank.com
martina.nebelung@ids.allianz.com
martina.philippsen@hsh-im.com
martina.schroeder@bhf-bank.com
martina.sossenheimer@deka.de
martina.spaeth@hvb.de
martina.steinberg@bayernlb.de
martina.weiler@ksk-bc.de
martina@ufji.com
martinao@oechsle.com

martinbeuck@bayerhealthcare.com
martinbrowning@hsbc.com.hk
martine.demets@dexia.be
martine.francoual@db.com
martine.gadby@accor.com
martine.legal@axa-im.com
martine.magnee@axa.be
martine.rognon@bcv.ch
martine.vermersch@degroof.lu
martine.wehlen@ubs.com
martine@aeltus.com
martineaulk@deserettrust.com
martinelli@mpsgr.it
martinez.capdev@grupobbva.com
martinez@bde.es
martinezsylvia@bancourquijo.com
martinfk@banquetransatlantique.com
marting@bloomberg.net
martin-h.schneider@db.com
martinholcombe@hsbc.com
martini@bernstein.com
martinious.hartmann@sfs.siemens.de
martinka@bloomberg.net
martinmoser@northwesternmutual.com
martino.brioni@rabobank.com
martino.deprato@mediobanca.it
martino.perkmann@credit-suisse.com
martino.rigo@jpmorganfleming.com
martinsj@strsoh.org
martinsmith@bankofny.com
martola@bankinter.es
marton.bloemer@azl-group.com
martona@otpbank.hu
martrats@mail.bancsabadell.com
martti.forsberg@nordea.com
martti.siivola@sampo.fi
marty.balch@rbc.com
marty.flanagan@aiminvestments.com
marty.hargrave@53.com
marty.stenhouse@nctrust.com
marty.yates@truscocapital.com
marty_hollenbeck@cinfin.com
martybutorac@northwesternmutual.com
martymartin@tagfolio.com

martyn.dyson@nationwide.co.uk
martyn.horn@threadneedle.co.uk
martyn.king@uk.rcm.com
martyn.simmons@gartmore.com
martyn.surguy@db.com
martyn@bgi-group.com
martyn_drake@bankofscotland.co.uk
maruf.siddiquee@db.com
maruthy.ragothaman@citadelgroup.com
marutyunyan@eatonvance.com
maruyama@tokyotrust.co.jp
maruyama-0dth@jp.nomura.com
marvin.fong@mackayshields.com
marvin.hartsfield@53.com
marvin.lazar@mizuhocbus.com
marvin.liniger@ubs.com
marvin.loh@fmr.com
marvin.tong@sce.com
marvin@ruanecunniff.com
marvin_flewellen@invesco.com
marwoto@bi.go.id
marx@gcm.com
marxcw@bernstein.com
marxe@fhlb-pgh.com
mary.a.downing@bankone.com
mary.a.jones@pnc.com
mary.a.white.cvjq@statefarm.com
mary.acosta@prudential.com
mary.ann.fusco@bnymellon.com
mary.anne.healy@morganstanley.com
mary.battaglia@ppmamerica.com
mary.beth.styslinger@fhlb-pgh.com
mary.birger@morganstanley.com
mary.blust@columbiamanagement.com
mary.boyle@ge.com
mary.c.keaveney@db.com
mary.canning@mutualofamerica.com
mary.carmean@thrivent.com
mary.chase@alliancebernstein.com
mary.chiappetta@rbc.com
mary.colby@schwab.com
mary.cunningham@aiminvestments.com
mary.curtis@umb.com
mary.davis@dillonread.com

mary.drummond@ubs.com
mary.dunbrack@baring-asset.com
mary.durkosh@pncbank.com
mary.ella.crane@corporate.ge.com
mary.f.daly@aib.ie
mary.f.green@ge.com
mary.farrell@ubs.com
mary.fleisch@ny.frb.org
mary.fleming@citicorp.com
mary.floberg@inginvestment.com
mary.gaffney@boimail.com
mary.goodman@moorecap.com
mary.gottshall@juliusbaer.com
mary.harris@bankofengland.co.uk
mary.hass@eddassoc.com
mary.herfurth@gmacrfc.com
mary.hyland@himco.com
mary.ioven@fmr.com
mary.j.moloney@aib.ie
mary.jackets@omg.co.uk
mary.kay.girimonti@fhlb-pgh.com
mary.kazaryan@morganstanley.com
mary.kiernan@lloydstsb.co.uk
mary.kleckner@lloydsbank.ch
mary.koenig@huntington.com
mary.lamb@cnb.com
mary.lucas@pnc.com
mary.makowske@pnc.com
mary.may@ubs.com
mary.mccave@lgim.co.uk
mary.messner@bbh.com
mary.micheels@swib.state.wi.us
mary.nnachi@swipartnership.co.uk
mary.otero@morganstanley.com
mary.p.kendziekski@jpmorgan.com
mary.ras@abnamro.com
mary.schafer@morganstanley.com
mary.sherrill@wachovia.com
mary.simmons@morganstanley.com
mary.stavrou@postbank.de
mary.stepnowski@blackrock.com
mary.sue.dickinson@morganstanley.com
mary.testa@us.hsbc.com
mary.thomson@bpmsgr.it

mary.towle@thrivent.com
mary.tuccillo@ubs.com
mary.turner@bbandt.com
mary.vanmameren@ibtco.com
mary.veale@jpmorganfleming.com
mary.vollert@rainierfunds.com
mary.warner@blackrock.com
mary.werler@columbiamanagement.com
mary.wong@hk.fortis.com
mary.x.vesey@jpmorgan.com
mary.yucedal@db.com
mary@bpviinc.com
mary@incomeresearch.com
mary@jbush.com
mary_c_ainger@ntrs.com
mary_cologero@key.com
mary_cottrill@calpers.ca.gov
mary_davey@ustrust.com
mary_f_willcox@bankone.com
mary_fellows@conning.com
mary_fitzgerald@putnam.com
mary_grant@bankone.com
mary_hapij@putnam.com
mary_hishke@acml.com
mary_kay_wright@ntrs.com
mary_low@calpers.ca.gov
mary_mccarthy@newton.co.uk
mary_mcdermott@ssga.com
mary_miller@troweprice.com
mary_muething@freddiemac.com
mary_necochea@nacm.com
mary_nobbe@calpers.ca.gov
mary_odonnell@freddiemac.com
mary_pace@fsba.state.fl.us
mary_pucciarelli@ml.com
mary_redmond@merck.com
mary_shanks@scudder.com
mary_shillinger@freddiemac.com
mary_singh@nacm.com
mary_spence@fanniemae.com
maryam.bhatti@pnc.com
maryam.ettehadieh@ubs.com
mary-ann.chang@halbis.com
maryann.claravall@ge.com

maryann.florez@gm.com
maryann.fullam@mutualofamerica.com
maryann.hernon@ilim.com
maryann.labella@csam.com
maryann.magdich@pncbank.com
maryann.maiwald@morganstanley.com
maryann.mcginn@schwab.com
maryann.moriarty@ubs.com
maryann.sonnenfeld@blackrock.com
maryann.vando@ge.com
maryann.veneziano@mackayshields.com
mary-ann.ward@columbiamanagement.com
maryann_kriener@aul.com
maryanne.pape@pncadvisors.com
maryanne_rupy@sonyusa.com
maryb.mcnulty@biam.boi.ie
marybeth.cadle@ocas.com
marybeth.lynch@juliusbaer.com
marybeth_b_simon@keybank.com
maryc@woodstockcorp.com
marye.anderson@harrisbank.com
maryellen.donahue@morganstanley.com
maryellen.fazzino@morganstanley.com
maryellen.higgins@db.com
maryellen.mccormack@lazard.com
maryellen@nylife.com
mary-etta_schneider@fleet.com
marygillespie@eatonvance.com
marygrace.finn@firstunion.com
maryhelen.myles@pncbank.com
maryho@bloomberg.net
maryho@stanford.edu
maryjane.bobyock@morganstanley.com
mary-jane.fallon@siemens.com
maryjo.jacobi@shell.com
maryk@mcm.com
marykate_o'donnell@putnam.com
mary-line.haussy@caam.com
maryline.jarnoux-sorin@dws.com
marylinehan@northwesternmutual.com
marylou_bathen@colonialbank.com
marylu.lopriore@fmr.com
marymargaret.hayden@inginvestment.com
marymccarthy@massmutual.com

maryphillips@northwesternmutual.com
marysa_mason@notes.ntrs.com
mary-sol.michel@caam.com
maryvel.gonzalez@chase.com
marywang@mail.bot.com.tw
marzdiah.abubakar@bia.com.bn
marzena.lange@allianzgi.de
marzia.magnani@ersel.it
marzianotc@bernstein.com
marzio.lanzoni@arcafondi.it
marzio.martinelli@bsibank.com
mas@dodgeandcox.com
mas@veb.ru
masaaki.kadota@db.com
masaaki.miyake@uk.mufg.jp
masaaki.nishikori@schroders.com
masaaki.wakai@db.com
masaaki_katou@am.sumitomolife.co.jp
masaaki_kobayashi@tr.mufg.jp
masaaki_miyoshi@tr.mufg.jp
masaaki_yoshimura@am.sumitomolife.co.jp
masafumi.miya@boj.co.jp
masago02823@nissay.co.jp
masaharu.yano@mizuho-cb.com
masaharu_katsumori@tr.mufg.jp
masaharu_suehira@tr.mufg.jp
masahide.hata@ubs.com
masahide.ito@damel.co.uk
masahiko.maruyama@ufj-partners.co.jp
masahiko.saito@axa.co.jp
masahiko.yamamoto@sumitomotrust.co.jp
masahiko_iwata@btm.co.jp
masahiko_nomura@mitsubishi-trust.co.jp
masahiko_okada@am.sumitomolife.co.jp
masahiko_tazima@am.sumitomolife.co.jp
masahiko-murata@gm.shokochukin.go.jp
masahiro.sekiyama@mizuhocbus.com
masahiro.toyota@mizuho-cb.co.jp
masahiro.yamamoto@ntt-finance.co.jp
masahiro_hagiwara@am.sumitomolife.co.jp
masahiro_imajo@gb.smbcgroup.com
masahiro_kamoya@mitsui-seimei.co.jp
masahiro_kato@mtam.co.jp
masahiro_koseki@am.sumitomolife.co.jp

masahiro_nakai@tr.mufj.jp
masahiro_nishi@mail.toyota.co.jp
masahisa_fukushima@mitsubishi-trust.co.jp
masahisa_ogawa@tr.mufg.jp
masa-horiike@kddi.com
masai.dli@dial.pipex.com
masaji.kurihara@amashin.co.jp
masakatsu.hashiguchi@mizuho-bk.co.jp
masakazu_simoyama@am.sumitomolife.co.jp
masaki.hasegawa@fandc.com
masaki.kobayashi@meijiyasuda.co.jp
masaki.shibuya@surugabank.co.jp
masaki.shimazu@sfmtok.co.jp
masaki.taketsume@schroders.com
masaki_hata@mitsui-seimei.co.jp
masaki_saito@tr.mufg.jp
masako.aoki@westernasset.com
masako.azuma@lehman.com
masako.walsh@pimco.com
masako_w@mtbcny.com
masakuni_mori@mail.toyota.co.jp
masami_funahashi@mitsubishi-trust.co.jp
masami_mukawa@mitsubishi-trust.co.jp
masamichi-takigawa@am.mufg.jp
masamura@dl.dai-ichi-life.co.jp
masanori.hariyama@mizuho-tb.co.jp
masanori.iijima@ufj-partners.co.jp
masanori.nakatsuka@mizuho-cb.co.jp
masanori_tanahashi@tr.mufg.jp
masanori-iijima@am.mufg.jp
masao.oota@mizuho-bk.co.jp
masao.yamada-1@boj.or.jp
masao_kuroda@ml.com
masaoaratani@meijiyasuda.co.jp
masao-tsuji@am.mufg.jp
masaru.irie@tokyostarbank.co.jp
masaru.nishikawa@ntt-finance.co.jp
masaru.ogawa@aberdeen-asset.com
masaru.shiomi@sumitomocorp.co.jp
masaru.wada@ufj-partners.co.jp
masaru.yamazaki@barclaysglobal.com
masaru_hitotuya@am.sumitomolife.co.jp
masaru_ichikawa@mitsubishi-trust.co.jp
masaru_onodera@am.sumitomolife.co.jp

masaru_yamamoto@tr.mufg.jp
masaru-myojin@am.mufg.jp
masaru-shibuta@am.mufg.jp
masashi_kageyama@ho.rokinbank.or.jp
masashi_teshigawara@mitsui-seimei.co.jp
masashi_yamamoto@capgroup.com
masataka.akimoto@sgam.com
masataka_yamaguchi@mitsui-seimei.co.jp
masato_ishibe@tr.mufg.jp
masato_nakamura@mitsubishi-trust.co.jp
masato_sakaguchi@tr.mufg.jp
masaton@bloomberg.net
masatoshi.muto@mizuho-cb.co.jp
masatoshi.sakashita@mail.mol.co.jp
masatsugu.nagato@mizuhocbus.com
masatsugu_tsuchiya@tr.mufg.jp
masaya.yagishita@nttl.co.jp
masaya_honziyou@am.sumitomolife.co.jp
masayoshi.amamiya@boj.or.jp
masayuki.tomizawa@shinseibank.com
masayuki.tsukahara@ufj-partners.co.jp
masayuki.watanabe@noemail.com
masayuki.yasuoka@ibjbank.co.jp
masayuki.yonezawa@ufj-partners.co.jp
masayuki_hori@am.sumitomolife.co.jp
masayuki_murata@am.sumitomolife.co.jp
masayuki_otaki@tr.mufj.jp
masayuki_suzuki@mitsubishi-trust.co.jp
masayuki_suzuki@sakura.co.jp
masayuki_takeda@mitsubishi-trust.co.jp
masayuki_tanaka@mitsubishi-trust.co.jp
masayuki_yoshihara@am.sumitomolife.co.jp
masayuki-umetani@am.mufg.jp
mascenzi@iccrea.bcc.it
mascha.canio@pggm.nl
masey.lock@gecapital.com
masha.delgoshaei@allianz.com
mashraf@bnm.gov.my
maskawad@lehman.com
maslind@aetna.com
masm@capgroup.com
masmith@freedom-capital.com
masmoredjo@aegon.nl
mason.haupt@soros.com

mason.woodworth@blackrock.com
mason_winfield@aimfunds.com
mason057@umn.edu
mason-a.tilden@db.com
masonross@northwesternmutual.com
masontoa@wellsfargo.com
maspinelli@ambac.com
masquilli@ibtco.com
massey@roxcap.com
massimi@eif.org
massimiliano.benedetto@bancamarche.it
massimiliano.bevignani@enel.it
massimiliano.casini@popso.ch
massimiliano.frank@fininvest.it
massimiliano.fumagalli@arcafondi.it
massimiliano.guttadauro@capitalia-am.com
massimiliano.liberatore@arcafondi.it
massimiliano.micheli@capitalia-am.com
massimiliano.rasori@pioneerinvestments.com
massimiliano.schiavoni@ubae.it
massimiliano.sessanta@am.generali.com
massimiliano.vlacci@bancagenerali.it
massimino@mediolanum.it
massimo.aglietti@db.com
massimo.aloi@eurosgr.it
massimo.bianchi@deshaw.com
massimo.bianchi@ubm.it
massimo.bigoni@arcafondi.it
massimo.bolzoni@meieaurora.it
massimo.bonisoli@bper.it
massimo.borghesi@juliusbaer.com
massimo.calvagno@sellagestioni.it
massimo.carducci@antonveneta.it
massimo.cavaletto@juliusbaer.com
massimo.celi@bnlmail.com
massimo.cenci@mpsgr.it
massimo.ciampolini@bancaintesa.it
massimo.colombi@gruppo.mediolanum.it
massimo.cotella@unicredit.it
massimo.d'alessandro@fincantieri.it
massimo.donatoni@mpsgr.it
massimo.faenza@italease.it
massimo.felletti@mpsgr.it
massimo.fillia@geva.fiatgroup.com

massimo.fini@bsibank.com
massimo.giocondi@bnlmail.com
massimo.gois@bancagenerali.it
massimo.guiati@azfund.com
massimo.iacono@meliorbanca.com
massimo.lomonte@bancaakros.it
massimo.lucco@gnf.it
massimo.marolo@hcmny.com
massimo.massaro@bnlmail.com
massimo.micarelli@ubs.com
massimo.molinari@banca.mps.it
massimo.nelci@fincantieri.it
massimo.pedrazzini@credit-suisse.com
massimo.petricci@banca.mps.it
massimo.sgabussi@meliorbanca.com
massimo.talia@bnpparibas.com
massimo.todaro@barclayscapital.com
massimo.vacca@saras.it
massimo.verduci@passbanca.it
massimo_franco_andreoli@cariverona.it
massimo_romano@generali.com
mast39@handelsbanken.se
mastahr@midcogen.com
mastain@jennison.com
mastone@dlbabson.com
mastone@massmutual.com
mastrogianis@mutualofamerica.com
mastromarchi@bloomberg.net
mastropasqua.cristina@insedia.interbusiness.it
masuda@daiwasbi.co.jp
masuda_kaoru@mail.asahi-life.co.jp
masuda_susumu@vb.smbc.co.jp
masuda02318@nissay.co.jp
masuda03242@nissay.co.jp
masuhiro_yamamoto@tr.mufg.jp
masui.toshihiko@kokusai-am.co.jp
masullivan@jhancock.com
masumura@tokyotrust.co.jp
masuyama-jun@mitsubishi-sec.co.jp
masuzawa@daiwa-am.co.jp
mat@premierassetmanagement.com
matassi@cbd.ae
matc@capgroup.com
matcohen@bloomberg.net

mateen.ahmed@ubs.com
matej.godal@erstebank.at
matejka@meinlbank.com
mateos@bloomberg.net
mateusz.swierczewski@bph.pl
matheiu.berger@lodh.com
mather@pimco.com
matherd@nationwide.com
matheus.tarzia@br.schroders.com
mathew.anderson@4086.com
mathew.bate@alliancebernstein.com
mathew.kraut@pnc.com
mathew.mccrum@vanguard.com.au
mathew.silva@gibuk.com
mathewb@strsoh.org
mathewwelch@temasek.com.sh
mathias.alrixion@seb.se
mathias.freistetter@ba-ca.com
mathias.haffner@feri.de
mathias.hultgren@uk.abnamro.com
mathias.loll@haspa.de
mathias.lundberg@nordea.com
mathias.metzger@dzbank.de
mathias.nimlin@nordea.lu
mathias.reichelsdorfer@citi.com
mathias.rieben@claridenleu.com
mathias.saint-leger@lodh.com
mathias.weil@oppenheim.de
mathias.werner@hsh-nordbank.com
mathias.wikberg@nordea.com
mathieson@dukestreetcapital.com
mathieu.aussermeier@bms.com
mathieu.azzouz@sgam.com
mathieu.bertrand@ing.be
mathieu.cheysson@nestle.com
mathieu.cranz@axa-im.com
mathieu.fortier@novartis.com
mathieu.germain@tres.bnc.ca
mathieu.giroux@innocap.com
mathieu.hafner@ing.be
mathieu.labille@ubs.com
mathieu.negre@fortisinvestments.com
mathieu.schmitz@dexia.com
mathieu_grodner@putnam.com

mathieu_rabiller@westlb.co.uk
mathilde.frapsauce@socgen.com
mathur@ellington.com
mathurs@hmc.harvard.edu
matias.silvani@jpmorganfleming.com
matias.torrellas@caixacatalunya.es
matilde.acerra@ubs.com
matine.raza@mhcb.co.uk
matneyr@hhmi.com
mato01@handelsbanken.se
mats.carlsson@nordea.com
mats.guldbrand@amfpension.se
mats.hellstrom@nordea.com
mats.hesselstedt@folksam.se
mats.hyden@brummer.se
mats.lagerquist@robur.se
mats.larsson@ap1.se
mats.onner@sevenco.se
mats.waldemarsson@swedbankrobur.se
mats.wallander@apfund1-3.se
mats.wandrell@nordea.com
mats.wirdefeldt@seb.se
matsou@bloomberg.net
matsuba@daiwa-am.co.jp
matsubara@daiwa-am.co.jp
matsuda.c@daiwa-am.co.jp
matsuda@daiwa-am.co.jp
matsue.williams@bailliegifford.com
matsugasaki_honami@rk.smbc.co.jp
matsui.s@daiwa-am.co.jp
matsui@hkma.gov.hk
matsui552358@sumitomobank.co.jp
matsumoto.j@daiwa-am.co.jp
matsumoto.ju@daiwa-am.co.jp
matsumoto.noriaki@sharp.co.jp
matsumoto@daiwa-ny.com
matsumoto_naohiro@ay.smbc.co.jp
matsumoto03356@nissay.co.jp
matsumoto886@dl.dai-ichi-life.co.jp
matsumura-y@daiwasbi.co.jp
matsunaga@daiwa-am.co.jp
matsunaga@nam.co.jp
matsuo_ryoji@rk.smbc.co.jp
matsuo_yasunari@yk.smbc.co.jp

matsuoka.n@daiwa-am.co.jp
matsuoka@nam.co.jp
matsuot@nochubank.or.jp
matsushita@daiwasbi.co.jp
matsuzaki@daiwa-am.co.jp
matsuzaki-1dzn@jp.nomura.com
matt.allen@iac.com
matt.antunes@bankofamerica.com
matt.barasch@rbc.com
matt.berler@osterweis.com
matt.blank@citizensbank.com
matt.boatwright@fhlbtopeka.com
matt.boden@truscocapital.com
matt.brill@inginvestment.com
matt.byron@nisanet.com
matt.camacho@fmr.com
matt.cambria@sgcib.com
matt.carvalho@bankofthewest.com
matt.casey@fmr.com
matt.chan@ubs.com
matt.charleston@socgen.co.uk
matt.clark@pimco.com
matt.collins@ubs.com
matt.conti@fmr.com
matt.day@mondrian.com
matt.dean@ppmamerica.com
matt.dellabitta@bankofamerica.com
matt.devaney@bnpparibas.com
matt.diamond@inginvestment.com
matt.dorsten@pimco.com
matt.elliott@himco.com
matt.elliott@shenkmancapital.com
matt.eva@aberdeen-asset.com
matt.evans@conocophillips.com
matt.fitzpatrick@davy.ie
matt.fletcher@anfis.co.uk
matt.fletcher@lgim.co.uk
matt.gale@amgcapitalpartners.com
matt.garlinghouse@everbank.com
matt.ginsburg@wellsfargo.com
matt.hall@4086.com
matt.healey@fmr.com
matt.hochstetler@janus.com
matt.hollier@omam.co.uk

matt.houtsma@ubs-oconnor.com
matt.ihrke@morgankeegan.com
matt.j.head@exxonmobil.com
matt.jones@uk.fid-intl.com
matt.kennedy@gmacrfc.com
matt.kennedy@rainierfunds.com
matt.klocke@raymondjames.com
matt.laing@ironoakadvisors.com
matt.lamphier@asbai.com
matt.lephardt@micorp.com
matt.litwin@blackrock.com
matt.loesch@alliancebernstein.com
matt.m.waldner@columbiamanagement.com
matt.malgari@fmr.com
matt.mcallister@53.com
matt.mccain@gwl.com
matt.meyer@aig.com
matt.miller@sun.com
matt.mueller@nationalcity.com
matt.mulcahy@pimco.com
matt.nottingham@calvert.com
matt.ocallaghan@rbccm.com
matt.orr@kochind.com
matt.peasey@lgim.co.uk
matt.pedicino@morganstanley.com
matt.pfister@winterthur.ch
matt.potter@morganstanley.com
matt.premier@comcast.net
matt.rabuse@bwater.com
matt.rader@jpmorgan.com
matt.reinbold@citadelgroup.com
matt.rhodes@avmltd.com
matt.robbins@ppmamerica.com
matt.robertson@trs.state.tx.us
matt.robinson@fmr.com
matt.roche@morgankeegan.com
matt.rockstroh@pnc.com
matt.rubino@bwater.com
matt.scoble@ucop.edu
matt.sellecchia@ftnmidwest.com
matt.shaw@pimco.com
matt.shimao@nokia.com
matt.smith@fmr.com
matt.steadman@wellscap.com

matt.stone@inv.uchicago.edu
matt.susser@ge.com
matt.timm@barclaysglobal.com
matt.torrey@fmr.com
matt.tuck@db.com
matt.tucker@barclaysglobal.com
matt.underhill@wolverhampton.gov.uk
matt.weir@citadelgroup.com
matt.willes@benlife.com
matt.williams@pnc.com
matt.woodruff@ppmamerica.com
matt.woods@pimco.com
matt.wooster@ca-aipg.com
matt.zehner@pimco.com
matt.zibell@sunlife.com
matt@incomeresearch.com
matt@sandlercap.com
matt@scm-lp.com
matt@thamesriver.co.uk
matt@tudor.com
matt@wells.com
matt_axeline@nacm.com
matt_balas@troweprice.com
matt_brown@glenmede.com
matt_calvi@nylim.com
matt_cameron@invesco.com
matt_cross@glenmede.com
matt_daly@conning.com
matt_dennis@aimfunds.com
matt_dennis@americancentury.com
matt_driscoll@jwhmail.com
matt_dunn@hvbamericas.com
matt_ferretti@americancentury.com
matt_giffen@scotiacapital.com
matt_hergott@scudder.com
matt_hill@putnam.com
matt_ison@americancentury.com
matt_johnson@fanniemae.com
matt_kelbick@bankone.com
matt_miller@freddiemac.com
matt_ngai@tigerfund.com
matt_pappas@ssga.com
matt_quagliara@bankone.com
matt_spain@americancentury.com

matt_straub@invesco.com
matt_titus@americancentury.com
matt_weight@americancentury.com
mattb@bgi-group.com
mattbuckley@eatonvance.com
mattc@scm-lp.com
mattcarroll@northwesternmutual.com
mattd@azasrs.gov
matteo.bassoricci@italease.it
matteo.bertotti@mpsfinance.it
matteo.bossi@bsibank.com
matteo.brancolini@meliorbanca.com
matteo.canali@bsi.it
matteo.cassina@bnpparibas.com
matteo.cavedoni@bper.it
matteo.codari@pioneerinvestments.com
matteo.colombo@bancaakros.it
matteo.lodrini@nestle.com
matteo.lombardo@lazard.com
matteo.mallardo@pioneerinvestments.com
matteo.malmusi@bper.it
matteo.maralla@jpmorgan.com
matteo.mazzocchi@bnpparibas.com
matteo.michelazzi@bancoprofilo.it
matteo.monzeglio@bsibank.com
matteo.porro@popso.ch
matteo.queirolo@geva.fiatgroup.com
matteo.riccardi@it.zurich.com
matteo.solbiati@capitalia-am.com
matteo.solfanelli@azfund.com
matt-g.johnson@ubs.com
mattgruber@northwesternmutual.com
matthew.a.grimes@wellscap.com
matthew.a.king@morganstanley.com
matthew.a.kinkel@jpmorgan.com
matthew.a.wilson@bankofamerica.com
matthew.abbott@csfb.com
matthew.alder@bankofamerica.com
matthew.amsberry@gwl.com
matthew.andresen@citadelgroup.com
matthew.angelucci@prudential.com
matthew.annable@barclaysglobal.com
matthew.anthony@janus.com
matthew.appelstein@fmr.com

matthew.auxier@abnamro.com
matthew.bacon-hall@cba.com.au
matthew.barnes@bnpparibas.com
matthew.bartlett@fmr.com
matthew.beale@biam.boi.ie
matthew.bellucci@bankofamerica.com
matthew.bender@harrisbank.com
matthew.bermel@uk.bnpparibas.com
matthew.bishop@glgpartners.com
matthew.bloch@dnbnor.no
matthew.bloom@alliancebernstein.com
matthew.blum@fmr.com
matthew.boice@ubs.com
matthew.bray@alliancebernstein.com
matthew.brennan@bankofamerica.com
matthew.brenner@pimco.com
matthew.brett@bailliegifford.com
matthew.bron@fmr.com
matthew.bryant@co-operativebank.co.uk
matthew.buhse@aig.com
matthew.c.baker@aib.ie
matthew.c.beesley@jpmorgan.com
matthew.c.evans@conocophillips.com
matthew.caggiano@db.com
matthew.calner@citadelgroup.com
matthew.cannan@53.com
matthew.chan@nb.com
matthew.chua@ubs.com
matthew.cino@morganstanley.com
matthew.clark@shinseibank.com
matthew.cobon@aberdeen-asset.com
matthew.cohen@hcmny.com
matthew.coleman@citadelgroup.com
matthew.coleman@wfg.com
matthew.connolly@gecapital.com
matthew.considine@usa.dupont.com
matthew.cooke@insightinvestment.com
matthew.corbett@usbank.com
matthew.cox@ubs.com
matthew.cramer@barclaysglobal.com
matthew.crawford@barclaysglobal.com
matthew.crossland@citadelgroup.com
matthew.cutts@gibuk.com
matthew.dahlman@aig.com

matthew.danielle@ge.com
matthew.davlin@suntrust.com
matthew.dean@micorp.com
matthew.dembski@credit-suisse.com
matthew.denbleyker@trs.state.tx.us
matthew.donner@pnc.com
matthew.downing@nationalcity.com
matthew.drukker@fmr.com
matthew.duch@calvert.com
matthew.dunn@columbiamanagement.com
matthew.dunning@morganstanley.com
matthew.e.mclean@us.hsbc.com
matthew.erlich@bbh.com
matthew.evans@lgim.co.uk
matthew.eversman@janus.com
matthew.fahey@micorp.com
matthew.farrar@barclaysglobal.com
matthew.finn@thrivent.com
matthew.fiordaliso@wachovia.com
matthew.fleming@pnc.com
matthew.fletcher@lgim.co.uk
matthew.fosterjohn@axa-im.com
matthew.freund@usaa.com
matthew.friedman@fmr.com
matthew.friend@himco.com
matthew.fruhan@fmr.com
matthew.fuentes@dfafunds.com
matthew.furr@tcm-ltd.com
matthew.g.cohen@jpmchase.com
matthew.g.pallai@jpmchase.com
matthew.galligan@boigm.com
matthew.geason@sg.standardchartered.com
matthew.gillis@gmam.com
matthew.gormley@db.com
matthew.grange@uk.abnamro.com
matthew.griswold@harrisbank.com
matthew.guleserian@citizensbank.com
matthew.haldane@morleyfm.com
matthew.hand@us.mizuho-sc.com
matthew.hart@lazard.com
matthew.hastings@schwab.com
matthew.hayek@citigroup.com
matthew.haynes@lazard.com
matthew.hedges@state.tn.us

matthew.hedley@genworth.com
matthew.hegarty@barcap.com
matthew.hendricksen@aig.com
matthew.herron@wellsfargo.com
matthew.hildebrandt@ny.frb.org
matthew.hills@morleyfm.com
matthew.hooker@citadelgroup.com
matthew.house@icap.com
matthew.huddart@axa-im.com
matthew.hurd@barclaysglobal.com
matthew.hurn@dixons.co.uk
matthew.hyman@bbh.com
matthew.iannucci@ubs.com
matthew.j.mcinerny@citi.com
matthew.j.robinson@citigroup.com
matthew.jackson@moorecap.co.uk
matthew.jackson@valero.com
matthew.jacobson@gs.com
matthew.jaeggli@carolinafirst.com
matthew.jaso@genworth.com
matthew.jessel@blackrock.com
matthew.johnston@highbridge.com
matthew.kates@threadneedle.co.uk
matthew.kay@hcmny.com
matthew.kennedy@columbiamanagement.com
matthew.kennedy@wamu.net
matthew.klein@hcmny.com
matthew.konosky@ubs.com
matthew.koop@csfb.com
matthew.l.lemere@bankofamerica.com
matthew.lam@schroders.com
matthew.landy@lazard.com
matthew.lau@barclaysglobal.com
matthew.lee@barclaysglobal.com
matthew.leeman@morganstanley.com
matthew.lentz@fmr.com
matthew.levene@pacificlife.com
matthew.lieber@ny.frb.org
matthew.liebman@ubs.com
matthew.lifson@pncbank.com
matthew.limbk@uobgroup.com
matthew.lo@aig.com
matthew.loftus@aig.com
matthew.lota@ridgeworth.com

matthew.lovatt@axaframlington.com
matthew.lynes@aberdeen-asset.com
matthew.macdonald@db.com
matthew.martelli@hartzcapital.com
matthew.massimi@blackrock.com
matthew.mcguirk@pncbank.com
matthew.mckelvey@insightinvestment.com
matthew.mckenzie@pnc.com
matthew.mclenaghan@pimco.com
matthew.mcloughlin@aig.com
matthew.mcneely@blackrock.com
matthew.mcwilliams@ubs.com
matthew.merritt@insightinvestment.com
matthew.moore@bankofamerica.com
matthew.morris@eu.nabgroup.com
matthew.moulis@fmr.com
matthew.munzar@rbccm.com
matthew.murphy@citizensbank.com
matthew.murphy@mizuhocbus.com
matthew.myers1@wachovia.com
matthew.nagele@omam.co.uk
matthew.nastasi@prudential.com
matthew.nelson@jpmorgan.com
matthew.o'hara@barclaysglobal.com
matthew.olivo@bbh.com
matthew.olmsted@micorp.com
matthew.p.myers@jpmorgan.com
matthew.pace@ssga.com
matthew.pacifico@ge.com
matthew.parker@ubs-oconnor.com
matthew.parkerson@pioneerinvestments.com
matthew.pelletier@fmr.com
matthew.penfold@insightinvestment.com
matthew.peterman@morgankeegan.com
matthew.peters@aberdeen-asset.com
matthew.peters@allstate.com
matthew.popper@kbcfp.com
matthew.potts@barclaysglobal.com
matthew.quirk@mizuhocbus.com
matthew.r.harriss@jpmorgan.com
matthew.rajpolt@csam.com
matthew.rajpolt@db.com
matthew.raskin@ny.frb.org
matthew.rex@rbccm.com

matthew.reynolds@rothschild.co.uk
matthew.richardson@uk.fid-intl.com
matthew.richter@ny.frb.org
matthew.riordan@rothschild.com.au
matthew.robertson@abbeylife.com
matthew.robertson@sgam.co.uk
matthew.rodriguez@blackrock.com
matthew.rogers@db.com
matthew.rothschild@alliancebernstein.com
matthew.roux@citadelgroup.com
matthew.rutherford@ny.frb.org
matthew.ryan@mfs.com
matthew.s.smith@fmr.com
matthew.sabel@fmr.com
matthew.santiago@db.com
matthew.sargent@uboc.com
matthew.scanlan@barclaysglobal.com
matthew.schroeder@statestreet.com
matthew.schuldt@fmr.com
matthew.scott@alliancebernstein.com
matthew.seinsheimer@aiminvestments.com
matthew.sherman@nationalcity.com
matthew.siddle@uk.fid-intl.com
matthew.sigel@alliancebernstein.com
matthew.simon@citadelgroup.com
matthew.singer@bwater.com
matthew.starick@citadelgroup.com
matthew.steele@chevrontexaco.com
matthew.stemp@ubs.com
matthew.stock@morganstanley.com
matthew.t.kline@jpmorgan.com
matthew.tatnell@morleyfm.com
matthew.thomas@thehartford.com
matthew.tong@bankofengland.co.uk
matthew.trapasso@alliancebernstein.com
matthew.vandyne@bofasecurities.com
matthew.vigneau@soros.com
matthew.walsh@aig.com
matthew.walsh@glgpartners.com
matthew.walton@aig.com
matthew.weinstein@blackrock.com
matthew.welch@sg.standardchartered.com
matthew.welden@ridgeworth.com
matthew.welling@pimco.com

matthew.werner@prudential.com
matthew.whitehurst@lgim.co.uk
matthew.wickens@moorecap.co.uk
matthew.wiezalis@thehartford.com
matthew.wolden@wamu.net
matthew.yanni@pncbank.com
matthew.young@fandc.co.uk
matthew.zames@csfb.com
matthew.zewinski@himco.com
matthew.zickler@irwinmortgage.com
matthew_antle@putnam.com
matthew_beagle@putnam.com
matthew_bianco@westlb.com
matthew_boice@conseco.com
matthew_brown@newton.co.uk
matthew_constancio@bankone.com
matthew_doody@putnam.com
matthew_droessler@acml.com
matthew_george@ssga.com
matthew_gordon@putnam.com
matthew_grenfell@nacm.com
matthew_griswold@ssga.com
matthew_harris@standardlife.com
matthew_huang@freddiemac.com
matthew_hurni@americancentury.com
matthew_kelly@ssga.com
matthew_kennedy@acml.com
matthew_laplant@putnam.com
matthew_lascek@freddiemac.com
matthew_lau@ssga.com
matthew_leone@westlb.com
matthew_lombardo@victoryconnect.com
matthew_martinek@troweprice.com
matthew_martines@msdw.com
matthew_mcgovern@freddiemac.com
matthew_mcphee@ssga.com
matthew_milcetich@keybank.com
matthew_minnetian@acml.com
matthew_murray@acml.com
matthew_natale@ssga.com
matthew_o'malley@putnam.com
matthew_peron@notes.ntrs.com
matthew_porter@freddiemac.com
matthew_price@vanguard.com

matthew_renirie@blackrock.com
matthew_roddy@ustrust.com
matthew_scales@putnam.com
matthew_seiler@freddiemac.com
matthew_sheridan@acml.com
matthew_spiro@freddiemac.com
matthew_steinaway@ssga.com
matthew_stone@swissre.com
matthew_such@ntrs.com
matthew_walczuk@cbcm.com
matthew_wardell@ml.com
matthew_welsh@ustrust.com
matthew_williams@standardlife.com
matthew_wong@keybank.com
matthew_wu@putnam.com
matthewa@ikospartners.com
matthewcullen@angloirishbank.com
matthew-denis.galligan@sg.standarchartered.com
matthewg@scm-lp.com
matthewgallagher@isisam.com
matthewjjaniga@gmail.com
matthewmosetick@hotmail.com
matthews_karen@fsba.state.fl.us
matthewwheele@hotmail.com
matthias.ahrens@claridenleu.com
matthias.barck@hsh-nordbank.com
matthias.bayer@frankfurt-trust.de
matthias.bender@credit-suisse.de
matthias.boesch@ubs.com
matthias.boesing@essenhyp.com
matthias.born@allianzgi.de
matthias.both@deka.de
matthias.bourgart@ksk-koeln.de
matthias.bruckmeir@lbbw.de
matthias.buhr-berg@ap3.se
matthias.detjen@dlh.de
matthias.dettwiler@ubs.com
matthias.drescher@ib.bankgesellschaft.de
matthias.dueggelin@csam.com
matthias.dux@db.com
matthias.egger@db.com
matthias.eiternick@nordlb.de
matthias.eizenhoefer@deka.de
matthias.fankhauser@claridenleu.com

matthias.fawer@sarasin.ch
matthias.frey@devif.de
matthias.fuerstenberger@ubs.com
matthias.gabriel@rzb.at
matthias.gehrig@credit-suisse.com
matthias.geissbuehler@aam.ch
matthias.glueckert@hypovereinsbank.de
matthias.gorisek@ba-ca.com
matthias.grabbe@bhf-bank.com
matthias.gramb@postbank.de
matthias.gruber@oppenheim.de
matthias.hanske@dws.com
matthias.henny@winterthur.ch
matthias.hildebrand@telekom.de
matthias.josek@db.com
matthias.kail@oppenheim.de
matthias.kaltenbacher@risklab.de
matthias.kaufling@calyon.com
matthias.kerling@dit.de
matthias.kinttof@dzbank.de
matthias.klein@hvb.de
matthias.knerr@db.com
matthias.korn@dekabank.de
matthias.kortmoller@bbls.ch
matthias.kreibich@mannheimer.de
matthias.kuzinski@schmidtbank.de
matthias.leibner@first-private.de
matthias.leuenberger@sarasin.ch
matthias.loehle@db.com
matthias.loos@oppenheim.de
matthias.luetzen@union-investment.de
matthias.maus@frankfurt-trust.de
matthias.mirwald@activest.de
matthias.mueller.2@nab.ch
matthias.neugebauer@lbbw.de
matthias.oetken@hsh-nordbank.com
matthias.paetzel@db.com
matthias.pestalozzi@winterthur.ch
matthias.pickert@vuw.de
matthias.plenio@sfs.siemens.de
matthias.preller@lrp.de
matthias.priebs@helvetiapatria.ch
matthias.priebs@sarasin.ch
matthias.raab@allianz.de

matthias.ramser@juliusbaer.com
matthias.rapp@bankgesellschaft.lu
matthias.reichenbach@bb-invest.de
matthias.ries@oppenheim.de
matthias.ritter@bertelsmann.de
matthias.rohr@zkb.ch
matthias.rueffer@dit.de
matthias.rutschi@credit-suisse.com
matthias.schaefer@vontobel.ch
matthias.schiestl@lbbw.de
matthias.seger@claridenleu.com
matthias.sydow@ecb.int
matthias.teig@adam-global.com
matthias.troesch@centrumbank.li
matthias.wildhaber@juliusbaer.com
matthias.wilpert@cominvest-am.com
matthias.wolf@db.com
matthias.wolf@dzbank.de
matthias.wrage@hsh-nordbank.com
matthias.zorn@kfw.de
matthias_vonschumacher@swissre.com
matthieu.batard@jpmorgan.com
matthieu.bernet@ikano.lu
matthieu.bonamy@edf.fr
matthieu.bonte@axa-im.com
matthieu.caillou@caam.com
matthieu.chauvel@barcap.com
matthieu.coisne@orange-ftgroup.com
matthieu.darracq-paries@ecb.int
matthieu.declermont@axa-im.com
matthieu.faury@total.com
matthieu.guignard@axa-im.com
matthieu.huet@caam.com
matthieu.kerhuel@ge.com
matthieu.laval@groupe-mma.fr
matthieu.martinmevel@axa-im.com
matthieu.p.paquier@bnpparibas.com
matthieu.romefort@caam.com
matthieu.stanic@axa-im.com
matthieu.tonneau@axa-im.com
matthieu.ullmann@caam.com
matthieu.vdveldt@fbs.nl
matthieu@bloomberg.net
matthieu_de_bergeyck@carrefour.com

matthieu_groues@lazard.fr
matthieuemmanuel.levilion@axa-im.com
matthijs.de-bruijn@db.com
matthijs.pinxteren@aegon.com
matti.seppanen@sampo.fi
matti.sulamaa@handelsbanken.fi
matti.wallden@evli.com
mattia.agostinetti@bcl.ch
mattia.calzolari@cattolicaassicurazioni.it
mattia.donadeospada@cassalombarda.it
mattia.gennaro@fondiaria-sai.it
mattia.gottardi@juliusbaer.com
mattias.andersson@if.se
mattias.bergstrom@foreningssparbanken.se
mattias.bremer@nib.int
mattias.grahn@treasury.saab.se
mattias.larsson@alfredberg.se
mattias.ledunger@net.ptj.se
mattias.lundgren@brummer.se
mattias.olsson@atlascopco.com
mattias.olsson@robur.se
mattias.sigurd@nordea.com
mattias.sundbom@moorecap.com
mattias.thollin@dnb.se
mattila.timo@oko.fi
mattlin@ms1.hncb.com.tw
mattmoran@angloirishbank.ie
matto@m-lp.com
mattp@mackayshields.com
matusin.apong@bia.com.bn
matwill@bloomberg.net
matyaschuk@evrofinance.ru
matz.eriksson@electrolux.se
matza@bloomberg.net
mauch@juliusbaer.com
maud.chevroton@axa-im.com
maud.debreuil@axa-im.com
maud.klemberg@axa-im.com
maud.ljungqvist@dnbnor.com
maud.suarez@axacs.com
maud.van.der.salm@ingim.com
maudino@babsoncapital.com
mauersbi@strsoh.org
mauldinb@ebrd.com

maulik.bhansali@wellscap.com
maulshreesaroliya2@morleyfm.com
maura.bettosini@arnerbank.ch
maura.brady@axaframlington.com
maura.fitzgerald@ge.com
maura.grazzani@italease.it
maura.n.fenton@aibbny.ie
maura.o'sullivan@bnymellon.com
maura.spielmann@philips.com
maura.walsh@fmr.com
maura@oneinvest.ch
maura_binder@troweprice.com
maura_k_mcfadden@vanguard.com
mauraoneill@angloirishbank.ie
maureen.a.hils@fhlb-pgh.com
maureen.callahan@pnc.com
maureen.dillon@opcap.com
maureen.grover@credit-suisse.com
maureen.hays@morganstanley.com
maureen.hemphill@swip.com
maureen.keady@pioneerinvest.com
maureen.kelliher@citizensbank.com
maureen.kelly@bbh.com
maureen.kolodziej@blackrock.com
maureen.lentz@threadneedle.co.uk
maureen.maydick@asbai.com
maureen.mcdonough@corporate.ge.com
maureen.ryan@aexp.com
maureen.svagera@harrisbank.com
maureen.webb@aberdeen-asset.com
maureen.york@morganstanley.com
maureen@ruanecunniff.com
maureen_ganley@ustrust.com
maureen_halasz@acml.com
maureen_j_murphy@fleet.com
maureen_kiefer@ohionational.com
maureen_powell@westlb.com
maureen_spence@baa.co.uk
maureen_sullivan@scudder.com
maureen_t_jones@fanniemae.com
maureen_tieman@scotiacapital.com
maureen_williams@kyfbins.com
maureen_wong@cathaybank.com
maureending@gic.com.sg

maureenng@mas.gov.sg
maureenr@trmshedge.com
maureenshaughnessy@northwesternmutual.com
maurelli@capitalgest.it
maurerm@saccounty.net
maurice.bennett@bnpgroup.com
maurice.boukobza@creditfoncier.fr
maurice.browne@morleyfm.com
maurice.chow@moorecap.co.uk
maurice.fitzgerald@boi.ie
maurice.fitzmaurice@fmr.com
maurice.holmes@morganstanley.com
maurice.jacquet@fortisbank.com
maurice.jarlier@ratp.fr
maurice.kemper@kasbank.com
maurice.maertens@nyu.edu
maurice.nhan@socgen.com
maurice.onyuka@mackayshields.com
maurice.picard@vontobel.ch
maurice.salem@whartonco.com
maurice.schaffner@ubs.com
maurice.tracey@aibbny.ie
maurice_eskenzai@ml.com
mauriceharty@angloirishbank.ie
mauricio.agudelo@calvert.com
mauricio.reyes@drkw.com
maurien.yau@schroders.com
maurilio.pantaloni@bancaditalia.it
maurin.salzmann@ubs.com
maurits.booster@ingim.com
mauriz.lang@credit-suisse.com
maurizia.cozzi@eni.it
maurizio.alfano@barcap.com
maurizio.amaglio@bpb.it
maurizio.ballati@piaggio.com
maurizio.bellini@bpmvita.it
maurizio.bocchini@bancamarche.it
maurizio.bucchi@capitalia-am.com
maurizio.carulli@axa-im.com
maurizio.cassi@bancaditalia.it
maurizio.cavirani@bpmvita.it
maurizio.coseani@crup.it
maurizio.cozzolini@capitalia-am.com
maurizio.cudemo@ikb.de

maurizio.d'accardi@alpitour.it
maurizio.ferconi@erm.ie
maurizio.fuggiti@generaliproperties.com
maurizio.galli@bpv.it
maurizio.garrone@bancamps.it
maurizio.gasparri@bancagenerali.it
maurizio.ghilosso@winterthur.it
maurizio.guala@intesasanpaoloprivate.it
maurizio.lojacono@bancaprofilo.it
maurizio.luisi@bis.org
maurizio.maniglia@ubs.com
maurizio.maoramarco@carige.it
maurizio.mazzetti@meie.it
maurizio.monteverdi@generaliproperties.com
maurizio.moranzoni@bsibank.com
maurizio.morini@bancaakros.it
maurizio.morolli@carisp.sm
maurizio.pedrini@csam.com
maurizio.pillon@realemutua.it
maurizio.profeta@capitalia-am.com
maurizio.ravezzi@banca.mps.it
maurizio.razze@dexia-crediop.it
maurizio.rossi@credit-suisse.com
maurizio.spadaccino@antonveneta.it
maurizio.verbich@generali.com
maurizio_fazzari@westlb.de
maurizio_ferconi@putnam.com
maurizio_rivola@crimola.it
mauro.baccaini@db.com
mauro.barloggio@credit-suisse.com
mauro.bergstein@csam.com
mauro.bigotti@caboto.it
mauro.calderon@us.calyon.com
mauro.carli@lodh.com
mauro.casalini@bsibank.com
mauro.casati@pioneerinvest.it
mauro.cecchi@axaframlington.com
mauro.conoci@juliusbaer.com
mauro.costantini@mpsgr.it
mauro.delcorso@mediobanca.it
mauro.desiderio@cofimo.it
mauro.ferone@depfa.com
mauro.fontana@georgfischer.com
mauro.gavietto@sella.it

mauro.menzio@sella.it
mauro.muraro@ingdirect.it
mauro.parisse@bnlmail.com
mauro.pedrazzini@llb-ip.li
mauro.pedrazzoli@credit-suisse.com
mauro.pennati@credit-suisse.com
mauro.pernigo@bancaintesa.it
mauro.risi@agippetroli.eni.it
mauro.russo@dexia-bil.com
mauro.silveri@enel.it
mauro.tonini@credit-suisse.com
mauro.valle@am.generali.com
mauro.vettorazzo@juliusbaer.com
mauro.zaniboni@intesasanpaolo.it
mauro@mig.com
mauro_ruggeri@crimola.it
maurodepin@friuladria.it
mauromi@bloomberg.net
maurus.capaul@ubs.com
maurus.huser@vontobel.ch
mausam.meghani@ingim.com
mav@clinton.com
mavery@waddell.com
mavis.lougher@morleyfm.com
mawalter@microsoft.com
maweede@aegon.nl
mawhitaker@wellington.com
mawi01@handelsbanken.se
mawson_ron@jpmorgan.com
max.baumann@hsbctrinkaus.de
max.beinhofer@db.com
max.benedini@rzb.at
max.blom@utc.rabobank.com
max.casella@bloomberg.net
max.ehrengren@stadshuset.stockholm.se
max.holzer@union-investment.de
max.irwin@bapensions.co.uk
max.jackson@ubs.com
max.kaufmann@lazard.com
max.kaufmann@putnam.com
max.khavin@deshaw.com
max.kircher@westam.com
max.kozlov@barclaysglobal.com
max.lazard@offitinvestments.com

max.levinson@moorecap.com
max.lisenkov@pimco.com
max.martirani@hvbeurope.com
max.meira@bcb.gov.br
max.mitchell@icgplc.co.uk
max.nuti@nyc.rabobank.com
max.plapp@ilim.com
max.roth@bcv.ch
max.rueegg@csfides.ch
max.schneiter@ubs.com
max.von.renesse@ikb.de
max.wolman@aberdeen-asset.com
max.zaltsman@barclays.com
max.zuberbuehler@zkb.ch
max@husic.com
max_brummel@troweprice.com
max_dalziel@ldn.invesco.com
max_desantis@ssga.com
maxchan@gic.com.sg
maxdemori@bloomberg.net
maxence-louis.mormede@aam.de
max-eric.laubscher@bs.ch
maxim.tishin@bloomberg.net
maxime.bianconi@cail.lu
maxime.lemieux@fmr.com
maxime.popineau@sgcib.com
maxime.royet@caam.com
maximilian.anderl@ubs.com
maximilian.baer@deka.de
maximilian.haslbauer@sparkasse-ooe.at
maximilian.hogger@hvb.de
maximilian.muench@ubs.com
maximilian.zimmerer@aam.de
maxine.cuffe@threadneedle.co.uk
maxk@framlington.co.uk
maxlim@dbs.com
maxp@danskebank.dk
maxroessler@hotmail.ch
maxwell.burns@alliancebernstein.com
maxwell.m.zhu@chase.com
maxwell.mcalister@alliancebernstein.com
maxwell.smith@prudential.com
maxwell.zhu@wamu.net
maxwell@bloomberg.net

maxwell@eller.arizona.edu
maxwell@mediolanum.it
may.brooks@morleyfm.com
may.chen@mail.bot.com.tw
may.liu@robecoinvest.com
may.teo@ubs.com
may.tong@inginvestment.com
may_lawyer@acml.com
may53@upamc.com.tw
maya.chapa@usaa.com
maya.elias@vontobel.ch
maya.sarda@wellsfargo.com
maya.shah@lloydstsb.co.uk
maya.venkatraman@mackayshields.com
maya_burkova@vanguard.com
mayank.tandon@fmr.com
mayank_seksaria@ssga.com
mayarger@wellington.com
maychen@mas.gov.sg
maychen@tcbank.com.tw
mayer.chris@principal.com
mayking@bok.or.kr
maylen@anb.com.sa
maymin@ms.com
maymudhaf@cbk.com
maymusa@bancsabadell.com
maynat@bloomberg.net
ma-yokoyama@ja-kyosai.or.jp
mayukhmitter@gic.com.sg
mayumi.irie@ufj-partners.co.jp
mayumi.yamazoe@ubs.com
mayumi_ono@tr.mufg.jp
mayumi_satou@tokaitokyo.co.jp
mayumi-okutani@am.mufg.jp
mayur.saigal@janus.com
mayur_maniar@freddiemac.com
maz@dodgeandcox.com
mazanec.tim@ibtco.com
mazanoni@bloomberg.net
mazanova.zuzana@slsp.sk
mazen.nomura@nomura.co.uk
mazen_makarem@ml.com
mazenmatraji@sabb.com
m-azuma@mail.nikko.co.jp

mazzili@mpsgr.it
mazzillim@bloomberg.net
mazzocchi@mpsgr.it
mazzoni@bloomberg.net
mb@gruss.com
mb@jyskeinvest.dk
mb@smith.williamson.co.uk
mb124@ntrs.com
mb192@ntrs.com
mba@nbim.no
mbabin@ifc.org
mbachand@princeton.edu
mbadia@ceca.es
mbadros@hcmlp.com
mbaggiani1@bloomberg.net
mbajaj@brownadvisory.com
mbaker4@bloomberg.net
mballan@mfs.com
mbaltus@insinger.com
mbandar@standishmellon.com
mbanks@snwsc.com
mbaran@lib.com
mbarbere@banxico.org.mx
mbarcenf@cajamadrid.es
mbaribeau@loomissayles.com
mbarker@sl-am.co.uk
mbarnes7@bloomberg.net
mbarnett2@unum.com
mbarr@nb.com
mbarrett@mfs.com
mbartek@pictet.com
mbartos1@bloomberg.net
mbassett@delinvest.com
mbasurte@ahorro.com
mbator@jennison.com
mbatstone@panagora.com
mbauch@tiaa-cref.org
mbaxter@loomissayles.com
mbaylin@oppenheimerfunds.com
mbb4@ntrs.com
mbe.tr@adia.ae
mbeale@newstaram.com
mbeard@hcmlp.com
mbeaulieu@mfs.com

mbeaulieu@sunamerica.com
mbeck@jhancock.com
mbednar@mfs.com
mbednarczyk@russell.com
mbeeler@isifunds.com
mbeerens@payden-rygel.com
mbegun@denveria.com
mbei@libertyview.com
mbeil@mmwarburg.com
mbeischel@waddell.com
mbelani@bear.com
mbelhouci@ofivalmo.fr
mbell@alaskapermfund.com
mbellardini@lordabbett.com
mbellezza@jmsonline.com
mbellini@caxton.com
mbellucci@fideuramcapital.it
mbelo.lisboa@sinvest.es
mbenaviv@caxton.com
mbengtzen@wasatchadvisors.com
mbennett@mcdinvest.com
mbennett1@worldbank.org
mbennett2@worldbank.org
mbenson3@bloomberg.net
mbentlage@meag.com
mberg@highbridge.com
mbergen@ag-am.com
mbergen@dkpartners.com
mbergman@penncapital.com
mberkowitz@ml.com
mbertrand3@bloomberg.net
mberumen@oppenheimerfunds.com
mbesh@pacificincome.com
mbeutler@pembacreditadvisers.com
mbf@columbus.com
mbfeduska@bpuinvestments.com
mbfisher@bbandt.com
mbhasin@cwhenderson.com
mbholloway@bloomberg.net
mbiamon@mandtbank.com
mbianchi@thamesriver.co.uk
mbianchi@turnerinvestments.com
mbice@bankofny.com
mbielik@fftw.com

mbiggi@wellington.com
mbil@uk.danskebank.com
mbilgili@princeton.edu
mbinggeli@pictet.com
mbinning@oppenheimerfunds.com
mbiondo@bancodisicilia.it
mbiondollilo@hapoalimusa.com
mbiondollilo@idbny.com
mbischoff@delinvest.com
mbisci@metlife.com
mbishara@kio.uk.com
mbitar@seic.com
mbittle@bloomberg.net
mbkelly@blackrock.com
mbl@blackrockkelso.com
mbl@capgroup.com
mblack@nylim.com
mblanchier@oddo.fr
mblankfi@allstate.com
mblechner@metlife.com
mbloemen@templeton.com
mbm6@ntrs.com
mbocchi@bloomberg.net
mbod@nykredit.dk
mboes@munichre.com
mboisot@princeton.edu
mbok2@bloomberg.net
mboland@ustrust.com
mbonacos@mediolanum.it
mbond@bbandt.com
mbonelli@bci.it
mbonitto@cantor.com
mbonny@groupama-am.fr
mboom@aegon.nl
mbooty@pictet.com
mbor@dpbank.dk
mborelli@benetton.it
mborn@fmr.com
mborre@oppenheimerfunds.com
mborroni@mi.unicatt.it
mboss@ssrm.com
mbottenberg@aegon.nl
mbottenberg@bloomberg.net
mboughton@cvceurope.com

mboulade@bloomberg.net
mbourne@reatech.net
mbowen@dsaco.com
mbowyer@nb.com
mboyadj@bloomberg.net
mboyce@nylim.com
mbq.pr@adia.ae
mbr@nbim.no
mbr@petercam.be
mbradley@ftportfolios.com
mbraiewa@loomissayles.com
mbranca@collinsstewartllc.com
mbrant@merctrust.com
mbravo@aamcompany.com
mbrechtmann@union-investment.de
mbreier@litchfieldcapital.com
mbrell@frostbank.com
mbrennan@bloomberg.net
mbrennan@merctrust.com
mbrennan@mttroybank.com
mbrennan@tiaa-cref.org
mbrennan@worldbank.org
mbress@jennison.com
mbressers@insinger.com
mbrewer@sagitta.co.uk
mbrewis@bailliegifford.co.uk
mbrewster@federatedinv.com
mbrimhall@novell.com
mbrinkley@falconmgt.com
mbriol@pictet.com
mbrisbane@ustrust.com
mbrisbourne@anblondon.com
mbrizee@aego.nl
mbromberg@us.nomura.com
mbronner1@bloomberg.net
mbrooks@perrycap.com
mbrown @fny.com
mbrown@abimltd.com
mbrown@europeancredit.com
mbrown@firstcarolina.org
mbrown@russell.com
mbrown@tudor.com
mbrown@wilmingtrust.com
mbrowning@bbandt.com

mbruce@federatedinv.com
mbruderer@bper.ch
mbrueck@metzler.com
mbrugger@ohsers.org
mbrune@cavcap.com
mbruno@groupama-am.fr
mbryk@munder.com
mbs@troweprice.com
mbublitz@senecacapital.com
mbubnis@allstate.com
mbuchanan@westernasset.com
mbuchta@williamblair.com
mbudd@chicagoequity.com
mbudenz1@bloomberg.net
mbuenaventura@refco.com
mbuku.lumenganeso@lodh.com
mburda@sis.cz
mburke@gofen.com
mburke@mfs.com
mburlison@bloomberg.net
mburns@loomissayles.com
mburns@oppenheimerfunds.com
mburrello@bloomberg.net
mburrer@metzler.com
mburroug@lehman.com
mbuscone@bondinvestor.com
mbutler@frk.com
mbutts@capitaladv.com
mbyrne@fsa.com
mc@martincurrie.com
mc15@ntrs.com
mc2401@aol.com
mc53@ntrs.com
mc69@ntrs.com
mc98@ntrs.com
mcader@ifc.org
mcaldwe2@ford.com
mcallahan@gbophb.org
mcallister@mfs.com
mcalzolari@credem.it
mcamarella@oppenheimerfunds.com
mcambi@credem.it
mcambria@mellonhbv.com
mcampanario@batlantico.es

mcampbell@dominickanddominick.com
mcampbell@standishmellon.com
mcampbell@svmonline.com
mcampbell@westernasset.com
mcandeias@bportugal.pt
mcannon@orixcm.com
mcantara@mfs.com
mcaporale@standishmellon.com
mcappellano@eatonvance.com
mcarbuto@oppenheimerfunds.com
mcardieri@bloomberg.net
mcardous@spfbeheer.nl
mcarlin@essexinvest.com
mcarlock@fhlbi.com
mcarlson@voyageur.net
mcarmen.conde@grupobbva.com
mcarmen@wellmanage.com
mcarocci@cajamadrid.es
mcarrara@evcap.com
mcarson@integrabank.com
mcarson@post.harvard.edu
mcarty@thfirst.com
mcaruso@entergy.com
mcasale@iccrea.bcc.it
mcasey@kbw.com
mcashion@nylim.com
mcasino@us.nomura.com
mcassel@standishmellon.com
mcassia1@bloomberg.net
mcastagna@bancaintesa.us
mcastenr@bloomberg.net
mcastrosalinas@schny.com
mcattaneo@fideuramireland.ie
mcaufield@barbnet.com
mcavallone@meag-ny.com
mcavedoni@credem.it
mcawthon@fdic.gov
mcb@sitinvest.com
mcc@bloomberg.net
mcc59@cornell.edu
mccabe@blackrock.com
mccallon@pimco.com
mccann.en@mellon.com
mccants@fnb.com

mccarthr@fhlbsf.com
mccarthyb@biam.boi.ie
mccarthysd@aetna.com
mccaskillm@dfs.state.fl.us
mccause@nationwide.com
mcchee@arabbank.com.sg
mcclearin@willcap.com
mccluj@aol.com
mcclung.richard@edgeassetmgt.com
mccm@cgii.com
mccombst@strsoh.org
mccormack@aigfpc.com
mccormick.tj@mellon.com
mccorry@kbw.com
mccoy_debbie@fsba.state.fl.us
mccray@pimco.com
mcculley@pimco.com
mcculls2@nationwide.com
mcd@dodgeandcox.com
mcdonald@hmc.harvard.edu
mce@mn-services.nl
mcecil@lehman.com
mceffgen@juliusbaer.com
mcerrina@bci.it
mceruti@cmb.mc
mceverett@wellington.com
mcfaddd@eaglehomemortgage.com
mcfadden@capmgcp.com
mcfanandakis@delinvest.com
mcfarland@penntrust.com
mcg@danskebank.dk
mcg3@georgetown.edu
mcgavin_brian@fsba.state.fl.us
mcgay@lmfunds.com
mcgee.deb@principal.com
mcgehee.porter@wpginvest.com
mcgorrianc@bloomberg.net
mcgovernm@bloomberg.net
mcgovest@ie.ibm.com
mcgrade_andrew@jpmorgan.com
mcgrail.pj@tbcam.com
mcgrath.el@mellon.com
mcgraves@westernasset.com
mcgrew.jd@tbcam.com

mcguinnd@jwseligman.com
mcgurkk@bupa.com
mch@capgroup.com
mcha@barbnet.com
mchachere@fmtinv.com
mchally@wellmanage.com
mchambers@barbnet.com
mchambers@perrycap.com
mchand@wellington.com
mchapman@aflac.com
mchase@frk.com
mchatzi@alpha.gr
mchavarriaga@hcmlp.com
mchellis@dsaco.com
mchen@trustbancorp.com
mchen2@templeton.com
mcheng@mas.gov.sg
mchinelly@paychex.com
mcho@samsung.com
mchong@hanabank.com
mchowdhury@cox.net
mchrisgray@lmfunds.com
mchrist@bancaintesa.us
mchristodoulou@eurobank.gr
mchristy@divinv.net
mchugh.jd@tbcam.com
mchugh@nboc.com
mchung@perrycap.com
mchuong@angelogordon.com
mciabocchi@bokf.com
mciccone@summitbank.com
mcicolella@iccrea.bcc.it
mcimperman@bloomberg.net
mcinnesd@rothschild.co.uk
mcintyre_john@elliottandpage.com
mcipriano@ksmanagement.com
mcipriano1@bloomberg.net
mcirami@eatonvance.com
mcisaacg@bernstein.com
mcisari@bnymellon.com
mck@baupost.com
mckee@offitbank.com
mckenzie.burkhardt@morganstanley.com
mckinleycs@bernstein.com

mckwak@wooribank.com
mclark@genre.com
mclark@mfs.com
mclark@panagora.com
mclark@uss.co.uk
mclaughlin.t@tbcam.com
mcleand@bloomberg.net
mclellan@apollocapital.com
mclements@ers.state.tx.us
mcloghes@allstate.com
mclohessy@londonstockexchange.com
mclousuz@exchange.ie.ml.com
mcmahonb@strsoh.org
mcmanusl@bloomberg.net
mcmanussf@bernstein.com
mcmeanc@vankampen.com
mcmillan@eib.org
mcmillianh@cres-cap.com
mcmitsoff@lmus.leggmason.com
mcnaughr@nationwide.com
mcobb@franklintempleton.co.uk.
mcocanougher@bankofny.com
mcoch@sagitta.co.uk
mcoco@advanta.com
mcocorinis@wasatchadvisors.com
mcoger@generali.fr
mcoghill.com@ci.com
mcohen@caxton.com
mcohen@nb.com
mcoll@tre.wa.gov
mcollard@bloomberg.net
mcollet@wbcap.net
mcollins@delinvest.com
mcollins@standishmellon.com
mcolon@lordabbett.com
mcolvin@hcmlp.com
mcombe@aegon.nl
mconn@frk.com
mconnelly@divinv.net
mconner@bloomberg.net
mconsta@frk.com
mcontini@bloomberg.net
mconway@valcourt.ch
mcook@ag-am.com

mcooke@caxton.com
mcooper@omega-advisors.com
mcooperman@omega-advisors.com
mcoppens@aegonusa.com
mcorcoran@lionsgatecap.com
mcorigliano@dumac.duke.edu
mcorralm@notes.banesto.es
mcortes@msdw.es
mcorty@waddell.com
mcoseo@us.mufg.jp
mcosgrove@apollorealestate.com
mcostanzo@delinvest.com
mcournan@essexinvest.com
mcourtney@us.mufg.jp
mcoutre@loomissayles.com
mcowan@silchester.com
mcowell@thamesriver.co.uk
mcox@lordabbett.com
mcoye@gcre.com
mcp1@pop.net
mcraea@ubk.co.uk
mcranwell@bankofny.com
mcraston@europeancredit.com
mcraven@unumprovident.com
mcreager@tswinvest.com
mcretier@pictet.com
mcroad@bloomberg.net
mcrombie@mfs.com
mcross@bass-net.com
mcross@edythbush.org
mcrowell@loomissayles.com
mcrump@co-operativebank.co.uk
mcstayp@gscm.com
mcstegeman@statestreet.com
mct@edfd.com
mctan@vtbeurope.co.sg
mctaylor@wellington.com
mcthompson@williamblair.com
mcubill@cajamadrid.es
mcuccia@bancafideuram.it
mculkeen@mutualtrust.com
mcullen@tswinvest.com
mcullinane@fi.rjf.com
mculloty@ups.com

mcummins@harleysvillegroup.com
mcunningham@calstrs.com
mcunningham@europeancredit.com
mcunningham@standishmellon.com
mcurty@bper.ch
mcush@ambac.com
mcushman@concordiafunds.com
mcushman@worldbank.org
mcuster@ncmcapital.com
mcwhirtt@bloomberg.net
mcwitherell@wellington.com
mcy@capgroup.com
mczapliskie@hbk.com
md@evcap.com
md111@ntrs.com
md292@cornell.edu
md41@ntrs.com
md71@ntrs.com
md72@ntrs.com
mda.eu@adia.ae
mdado@worldbank.org
mdahle@meag.com
mdaleandro@statestreet.com
mdaley-smith@alliancebernstein.com
mdalleva@angelogordon.com
mdas@bankofny.com
mdavid@ssrm.com
mdavidse@aegon.nl
mdavis@jhancock.com
mdawson@mfs.com
mday@eagleglobal.com
mdayalji@sisucapital.com
mdbailey@leggmason.com
mddh@capgroup.com
mddl@bloomberg.net
mdearden@walterind.com
mdebella@ftportfolios.com
mdebellis@bloomberg.net
mdebiasio@thebank.com
mdecarvalho@fhlbatl.com
mdecicco@lordabbett.com
mdecker@hbk.com
mdecker@meag.com
mdeich@eatonvance.com

mdel@chevron.com
mdelaney@meag-ny.com
mdelaossa@tsocorp.com
mdelbalso@jennison.com
mdeleon@jhancock.com
mdelion@generali.fr
mdellelo@eatonvance.com
mdellovio@bloomberg.net
mdelosreyes@adb.org
mdelucia@caxton.com
mdemarco@wellington.com
mdeng@fhlbdm.com
mdenmark@kynikos.com
mdenny@alger.com
mdepp@loomissayles.com
mdesmarais@fhlbc.com
mdesmond@nb.com
mdetgen@metlife.com
mdetorre.madrid@sinvest.es
mdeturck@hbk.com
mdewispelaere@farcap.com
mdework@eatonvance.com
mdflanagan@wellington.com
mdg7@ntrs.com
mdhafiz@bnm.gov.my
mdhudson@wellington.com
mdiazele@cajamadrid.es
mdiazgan@notes.banesto.es
mdibie@chreveux.com
mdichek@blackrock.com
mdicroce@mdsass.com
mdierkes@whummer.com
mdigiacomo@acml.com
mdigiovanni@beneficialsavingsbank.com
mdimeglio@alger.com
mdineen@atlanticasset.com
mding@delinvest.com
mdipisa@putnamlovellnbf.com
mdirienzo@victoryconnect.com
mdisalvio@federatedinv.com
mdjuric@pembacreditadvisers.com
mdk.pr@adia.ae
mdl313@stern.nyu.edu
mdm@ubp.ch

mdmandel@wellington.com
mdmanterola@ahorrocorporacion.com
mdmccambridge@hcsbnj.com
mdnazri@bnm.gov.my
mdommermuth@jhancock.com
mdonelan@ryanlabs.com
mdonelson@arielinvestments.com
mdong@frk.com
mdoniselli@bancadellarete.it
mdontje@keybank.com
mdoran@orixcm.com
mdoranth@meag.com
mdougan@umich.edu
mdoughe@frk.com
mdougherty@fhlbdm.com
mdownen@hcmlp.com
mdoyle@nomurany.com
mdp@capgroup.com
mdp@ubp.ch
mdpeters@spt.com
mdr6@ntrs.com
mdragoo@dupree-funds.com
mdrawding@wellington.com
mdre@kempen.nl
mdrexelius@metzler.com
mdriscoll@duncanw.com
mdriscoll@perrycap.com
mdroschen@us.fortis.com
mds@columbus.com
mdthompson@williamblair.com
mducharme@russell.com
mduda@westernasset.com
mdudley@whitneybank.com
mdugan@oppenheimerfunds.com
mduke@faralloncapital.com
mdunham@hcmlp.com
mdunham@standishmellon.com
mdunn@aegonusa.com
mduque@standishmellon.com
mdurant@sanostra.es
mdurbiano@federatedinv.com
mdurica@portfoliocapital.com
mduthie@tiaa-cref.org
mdvorak@ftportfolios.com

mdwek@bloomberg.net
mdworkin@hcmny.com
mdwyckoff@nisource.com
mdy@americancentury.com
mdz@bloomberg.net
mdziwak@fmausa.com
me.gatti@bpci.it
me.heffernan@fmr.com
me@soros.com
meabularach@wellington.com
mead.cl@tbcam.com
meadm@hhmi.org
meagan@loomissayles.com
meaghan.harding@morganstanley.com
meaghan_moran@ustrust.com
mecarroll@wellington.com
meconnell@leggmason.com
mecox@denveria.com
medeya.benidze@bbh.com
medgington@blackrock.com
medgington@bloomberg.net
medward@cic.com
medward@cicny.com
medwards@ustrust.com
meehan.c@dreyfus.com
meeheev@cook-inlet.com
meek@atlanticinvestment.net
meeks_bruce@fsba.state.fl.us
meena.lakshmanan@glgpartners.com
meena.tanna@cibc.ca
meenahemchandra@rbi.org.in
meenakshi.lakshman@morganstanley.com
meenakshi.pursnani@db.com
meenu.sahi@ingim.com
meera.judge@fortisinvestments.com
meeta.koregaonkar@wamu.net
meethj@strsoh.org
mef4@ntrs.com
meg.berte@moorecap.com
meg.browne@bbh.com
meg.dillon@bnpparibas.com
meg.hoffmaster@inginvestment.com
meg.littlewood@columbiamanagement.com
meg.mcconnell@ny.frb.org

meg.nollen@us.hjheinz.com
meg.sullivan@aig.com
meg.wilson@cambridgeantibody.com
meg72@cornell.edu
megan.capay@morganstanley.com
megan.e.lunt@jpmorgan.com
megan.ehrle@citadelgroup.com
megan.gaul@blackrock.com
megan.gregory@wnco.com
megan.haran@theharris.com
megan.irizarry@mackayshields.com
megan.joseph@prudential.com
megan.parmelee@wnco.com
megan.salb@wellsfargo.com
megan.sobr@axa-im.com
megan.stuart@libertymutual.com
megan.white@membersunited.org
megan@reamsasset.com
megan_craigen@putnam.com
megan_mosher@acml.com
megan_murray@putnam.com
meganchu@tcbank.com.tw
meganhuang@cathaylife.com.tw
meganmc@bloomberg.net
megenes@barrowhanley.com
meggan.walsh@aiminvestments.com
meggmann@espiritosanto.ch
meghan.a.nagle-peterson@bankofamerica.com
meghan.bonos@fmr.com
meghan.horrigan@asbinc.com
meghan.johnson@cna.com
meghan.paradis@fmr.com
megrenalkulaibi@sabb.com
megumi.noguchi@alliancebernstein.com
megumi_murabayashi@mitsubishi-trust.co.jp
megumi_nakano@tr.mufg.jp
mehale2@bloomberg.net
mehalice@jwseligman.com
mehdi.benjelloun@axa-im.com
mehdi.dalavarian@sscims.com
mehdi_dazi@scudder.com
meher.kakalia@ubs.com
mehill.marku@prudential.com
mehiranobe@lmus.leggmason.com

mehmet.artuk@denizbank.com.tr
mehmet.karakilic@isbank.com.tr
mehmet.turk@isbank.com.tr
mehmet_kinak@troweprice.com
mehmetcamurdan@tagfolio.com
mehmethakan.atilla@halkbank.com.tr
mehmetp@garanti.com.tr
mehmood_nathani@fanniemae.com
mehran.nakhjavani@ubs.com
mehrdad_tahmasebi@freddiemac.com
mehresman@opers.org
mehretab.tesfamicael@creval.it
mehtahv@aetna.com
mehughes@delinvest.com
mehvish.rahman@nb.com
mei.tao@bj.icbc.com.cn
mei@hncb.com.tw
mei_chu@ssga.com
mei_markentell@agfg.com
mei_merkentell@agfg.com
meiching_chou@dell.com
meighlal@cibc.ca
mei-hing.lee@jpmorgan.com
meike.bliebenicht@jpmorgan.com
meike.schmidt@db.com
meiliang.wu@credit-suisse.com
meiliu.nystedt@barclaysglobal.com
mei-luh.lee@schwab.com
meindl@colognere.com
meinrad.ege@allianz.com
meinrad.gyr@zkb.ch
meir@aigfpc.com
meirg1@wellsfargo.com
meirz@umtb.co.il
meiselas_robert@jpmorgan.com
meiwah.yung@insightinvestment.com
meiyeecheung@bochk.com
mej@maerskoil.dk
mekpahamensah@troweprice.com
mel.mistry@bmo.com
mel_carvill@generali.com
mel_stimpson@standardlife.com
melani.reyes@pimco.com
melanie.bennett@ibtco.com

melanie.berchier@ubs.com
melanie.birdsall@uk.bnpparibas.com
melanie.brown@barclays.com
melanie.davis@aig.com
melanie.dugard@uk.fid-intl.com
melanie.e.hanlon@citi.com
melanie.giles@glgpartners.com
melanie.jenkins@cazenovecapital.com
melanie.jenner@lgim.co.uk
melanie.kalifat@clf-dexia.com
melanie.l.griffiths@jpmorgan.com
melanie.lenherr@credit-suisse.com
melanie.lund@bankofengland.co.uk
melanie.malone@harrisbank.com
melanie.mcgee@morganstanley.com
melanie.mitchell@aegon.co.uk
melanie.mortier@fortis.lu
melanie.radu@cominvest-am.com
melanie.rotunno@blackrock.com
melanie.russell@inginvestment.com
melanie.santos@opcap.com
melanie.santos@wellscap.com
melanie.settina@pncadvisors.com
melanie.splain@abnamro.com
melanie.wilson@raymondjames.com
melanie.wirges@dekabank.de
melanie@mail.bot.com.tw
melanie_graswinckel@deltalloyd.nl
melanie_hayes@ustrust.com
melanie_rizzo@troweprice.com
melanie_santos@swissre.com
melanie_struve@westlb.de
melany.hearne@morganstanley.com
melca@microsoft.com
melchior.dechelette@caam.com
melda.mergen@columbiamanagement.com
melfver1@bloomberg.net
melgawly@caxton.com
mel-husseini@wellington.com
melie@congressasset.com
melik.odabas@teb.com.tr
melina.androutsopoulou@cchbc.com
melinda.crosby@bankofamerica.com
melinda.kautz@ubs.com

melinda.mattox@jpmorgan.com
melinda.spies@modern-woodmen.org
melinda_raso@ml.com
melissa.allen@ibtco.com
melissa.asfahl@53.com
melissa.barnett@prudential.com
melissa.binder@firstmidwest.com
melissa.brachman@evergreeninvestments.com
melissa.cavelti@rbcinvestments.com
melissa.clark@glgpartners.com
melissa.coco@statestreet.com
melissa.cook@lazard.com
melissa.correia@bbh.com
melissa.curry@barcap.com
melissa.dunn@blackrock.com
melissa.fiorelli@bis.org
melissa.fowlkes@thrivent.com
melissa.fransen@pnc.com
melissa.hall@db.com
melissa.hieger@db.com
melissa.johnson@ibtco.com
melissa.kurtz@alliancebernstein.com
melissa.marano@rbccm.com
melissa.mcdonald@axa-im.com
melissa.omalley@citadelgroup.com
melissa.reilly@fmr.com
melissa.reola@fhlb-pgh.com
melissa.rose@wamu.net
melissa.sanandres@csam.com
melissa.silverman@sscims.com
melissa.smith-heath@umb.com
melissa.stitts@citadelgroup.com
melissa.strausberg@tcw.com
melissa.tritinger@fhlb-pgh.com
melissa.tuttle@gs.com
melissa.warneck@fmr.com
melissa.wayte@chase.com
melissa.weiler@tcw.com
melissa.zhang@inginvestment.com
melissa_bisso@putnam.com
melissa_chadwick@putnam.com
melissa_crabtree@freddiemac.com
melissa_cunniff@putnam.com
melissa_downes@putnam.com

melissa_duffy@invesco.com
melissa_fong@americancentury.com
melissa_gallagher@troweprice.com
melissa_h_fairfield@fleet.com
melissa_king@merck.com
melissa_kwan@scudder.com
melissa_l_o'meara@vanguard.com
melissa_leedom@vanguard.com
melissa_mayorga@swissre.com
melissa_mcguire@freddiemac.com
melissa_melvin@freddiemac.com
melissa_shank@troweprice.com
melissa_strilecki@troweprice.com
melissa_webster@ssga.com
melkas@jhancock.com
melkizedeck.okudo@gs.com
melkordy@invest.treas.state.mi.us
mellenby@templeton.com
melliott@howeandrusling.com
mellis@standishmellon.com
melloney.bourn@nationwide.co.uk
mellosales@bloomberg.net
meln@bloomberg.net
melody.ikemura@columbiamanagement.com
melody_wilcox@calpers.ca.gov
melodyh@bloomberg.net
melony.heh@americas.bnpparibas.com
melvillt@wellscap.com
melvin.fernandes@nationalcity.com
melvin.leepc@uobgroup.com
melvin.lopez@gm.com
melvin.rosa@blackrock.com
melvin.sigrist@juliusbaer.com
melvin.stanton@ucop.edu
melvin1@bloomberg.net
memaclachlan@wellington.com
memacvicar@statestreet.com
membler@msfi.com
memcgloin@bloomberg.net
memegargel@wellington.com
memmanuel@mfs.com
mena.terveen@nordlb.de
menaheme@bll.co.il
menashe.x.banit@jpmorgan.com

mendo-research@rentec.com
mengchao@citicib.com.cn
mengligu@microsoft.com
menglin.luo@morganstanley.com
menglish@dlbabson.com
mengtze@mai.cbc.gov.tw
mengxiangbin@citicbank.com
mengyun@abchina.com
menken.dennis@principal.com
menko.jaekel@ssmb.com
mennellaf@bloomberg.net
menno.a.van.eijk@ingim.com
menno.sloterdijk@nl.abnamro.com
menno.van.boven@ingim.com
meno.stavrakellis@bnpparibas.com
menonr@strsoh.org
menoud@bloomberg.net
mensur.pocinci.2@credit-suisse.com
mentzinger@aegon.nl
menunez@wellington.com
mepps@asbonline.com
mepstein@bankofny.com
mepstein@jhancock.com
mequinn@jhancock.com
meras@wharton.upenn.edu
meravp@bankisrael.gov.il
merber@hcmny.com
mercedeh_shahbodaghi@ustrust.com
mercedes.michel@gm.com
mercedes.tera@interdin.com
mercerj@stanford.edu
mercerj2@bloomberg.net
mercieni@sdm.cic.fr
mercole@icbpi.it
mercuri@bpintra.it
mercy.lu@wamu.net
meredith.birdsall@pioneerinvestments.com
meredith.burns@bankofamerica.com
meredith.ellis@lazard.com
meredith.hess@prudential.com
meredith.olson@kochind.com
meredith.ostrie@morganstanley.com
meredith.stabile@ubsw.com
meredith_herold@ml.com

meredith_vass@putnam.com
meredithlee@gic.com.sg
meredithwatson@synovus.com
meribeth.brand@tcw.com
mericson@fhlbc.com
merinocarlos@bancourquijo.com
merion@mas.gov.sg
meris.n@emporiki.gr
merja.niemi@oko.fi
merkel@dexia.de
merlic@gruppocredit.it
merlin.erickson@advantuscapital.com
merlin.tolstyk@truscocapital.com
merlini@swisscap.com
merlino.wa@mellon.com
merlynee@mas.gov.sg
meron@kocbank.com.tr
merotyo@cmcic-sdm.fr
merriman@penntrust.com
merry_dimitri@freddiemac.com
mershon.mr@mellon.com
mert.oncu@yapikredi.com.tr
merten.stoepel@dekabank.de
merten.trautmann@wemam.com
mertensg@eib.org
meru@bloomberg.net
mervin.coutinho@morleyfm.com
mervyn.douglas@morleyfm.com
mervyn.king@bankofengland.co.uk
mervyn.putz@bbls.ch
mervyn.sambles@fluor.com
mervyn.thomas@db.com
mervynlim@dbs.com
meryem.simsek@finansbank.com.tr
meryem.tuerkekul@db.com
meryll.sands@db.com
mes5@ntrs.com
mesa.operaciones@bde.es
mesagiv@hdq.iai.co.il
mesbah.ahmed@tdsecurities.com
meshal@kuwait-fund.org
meshala@kia.gov.kw
meshalf@kia.gov.kw
meshaniakwe.swai@rbc.com

mesikad@umtb.co.il
mespinosa@bankofny.com
message@bessemer.com
message_rechext@ofivalmo.fr
messerly@fhlb-of.com
messl@meag.com
messman@bankofny.com
messner@meinlbank.com
mestabrook@wellington.com
mestack@wellington.com
mestebaran@notes.banesto.es
mesut.ellialtioglu@tr.abnamro.com
metcap@tdusa.com
metehan.sen@oppenheim.de
metezade@bloomberg.net
metheridge@perrycap.com
methompson@amoco.com
metinucci@delinvest.com
metscher@wgz-bank.lu
mette.ohlenschlager@nordea.com
mette.osterbye@seb.se
metzgerd@bloomberg.net
meuryn.iorwerth@lgim.co.uk
mev28@cornell.edu
mevans@aegonusa.com
mevans@ag-am.com
mevans@gpnus.mizuho-cb.com
meveans@ebkgroup.com
mewbourne@pimco.com
mewyatt@gkst.com
meyer_alec@amat.com
meyerl@aeltus.com
meyer-reinecke.anja@kohtes-klewes.de
meyers.a@dreyfus.com
meyers.bill@pennmutual.com
meyncl@bernstein.com
mezae@dartmouth.edu
mezzaale@bloomberg.net
mezzetti.arianna@enel.it
mf@baupost.com
mf28@ntrs.com
mfabbio@metlife.com
mfacco-gans@meag.com
mfaiella@wharton.upenn.edu

mfair@seic.com
mfairuz@bnm.gov.my
mfal@danskebank.dk
mfalkner@us.mufg.jp
mfallon@wellington.com
mfaloon@standishmellon.com
mfan09@stanford.edu
mfanari@bloomberg.net
mfanaroff@fdic.gov
mfancett@bloomberg.net
mfang@bayharbour.com
mfania@metlife.com
mfapricing@hartfordlife.com
mfarid6@worldbank.org
mfarkas@crtllc.com
mfarmer@lincap.com
mfarr@martincurrie.com
mfarrell@babsoncapital.com
mfaure@itasset.com
mfay@ofi-am.fr
mfb@clinton.com
mfcorral@notes.banesto.es
mfd@baupost.com
mfe.tr@adia.ae
mfedak@bernstein.com
mfeeley@standishmellon.com
mfeeney2@mfs.com
mfeitz@aegonusa.com
mfelix1@bloomberg.net
mfemia@caxton.com
mfenner@bankofny.com
mferguson@bear.com
mferko@msfi.com
mferradas@us.mufg.jp
mferraro@tiaa-cref.org
mferrer@bcj.gbancaja.com
mferrerr@cajamadrid.es
mferser@ceca.es
mfetherston@opcap.com
mfey@frk.com
mffriel@washtrust.com
mfgarrett@wellington.com
mfh2@ntrs.com
mfichtner@frostbank.com

mfiducioso@tiaa-cref.org
mfilippo@jwseligman.com
mfinn@troweprice.com
mfiocchi@allstate.com
mfirlings@essexinvest.com
mfisch@faralloncapital.com
mfitzgerald@loomissayles.com
mfitzsimmons@millburncorp.com
mfjelstad@russell.com
mflachsmann@tullib.com
mflament@wisi.com
mflanner@bloomberg.net
mfleck@evcap.com
mfleisch@tiaa-cref.org
mfleixac@assegurances.sanostra.es
mfletcher@jhancock.com
mflewharty@rnt.com
mflinn@standishmellon.com
mflint@mfs.com
mfloyd@aegonusa.com
mfmurray@statestreet.com
mfoglia@fideuramsgr.it
mfong1@bear.com
mforbes@frk.com
mford@farcap.com
mford@smithbreeden.com
mforeman@jhancock.com
mforst@frk.com
mfoss@brownadvisory.com
mfoster@nb.com
mfotiadis@newstaram.com
mfp39@cornell.edu
mfpopolizio@statestreet.com
mfrancis@thamesriver.co.uk
mfrancis@tiaa-cref.org
mfranco@worldbank.org
mfrangos@halcyonllc.com
mfranz@oppenheimerfunds.com
mfranz@snwsc.com
mfraser4@bloomberg.net
mfrazier@angelogordon.com
mfredricks03@pjc.com
mfrench@thebank.com
mfreno@babsoncapital.com

mfreudenstein@russell.com
mfrichard@groupama-am.fr
mfriede@ftci.com
mfriedtr@co.san-diego.ca.us
mfrings@gafri.com
mfroio@bloomberg.net
mfrost@kio.uk.com
mfuchs2@bloomberg.net
mfujiwara@daiwasbi.co.jp
mfuller@aegonusa.com
m-furuya@nochubank.or.jp
mfusarelli@seic.com
mfw1@ntrs.com
mg.sonzogni@fineco-am.com
mg@danskebank.dk
mg344@cornell.edu
mg57@ntrs.com
mgajdic@ahb-ag.de
mgalaydh@dlbabson.com
mgalimberti@icbpi.it
mgallo.kbw.com@reuters.net
mgallotto@jhancock.com
mgalloway@yorktraditionsbank.com
mgalovic@hbk.com
mgan@willowbridge.com
mgarci10@cajamadrid.es
mgarcia@fftw.com
mgarciac@accival.com.mx
mgardner@russell.com
mgarey@bbandt.com
mgarfin@blackrock.com
mgarfinkel@us.mufg.jp
mgarg@halcyonllc.com
mgarner@fdic.gov
mgarone@mps.it
mgarrett.madrid@sinvest.es
mgasner@firstmanhattan.com
mgatherer@bloomberg.net
mgatti@fintecna.it
mgbaker@wellington.com
mgdefranco@jennison.com
mgdow@sbcglobal.net
mge@teachersfcu.org
mgedney@ssrm.com

mgeevarghese@presidentiallife.com
mgelb@dartmouth.edu
mgenc@princeton.edu
mgeraty@citysecurities.com
mgerber@amec1.com
mgerdes@metlife.com
mgerding@wasatchadvisors.com
mgerity@ambac.com
mghirga@bloomberg.net
mgiambrone@barrowhanley.com
mgiambrone@nwbcorp.com
mgibb@martincurrie.com
mgibson@midstatebank.com
mgiddings@statestreet.com
mgidusko@princeton.edu
mgiese@nicholasfunds.com
mgil@gruposantander.com
mgiles@loomissayles.com
mgilfillan@bear.com
mgiordano@nb.com
mgiordano@rentec.com
mgiorgio@standishmellon.com
mgiuditta@jhancock.com
mgk.tr@adia.ae
mgladchun@loomissayles.com
mglaser@turnerinvestments.com
mglick@loomissayles.com
mgm@atalantasosnoff.com
mgm@carnegieam.dk
mgnadinger@ustrust.com
mgnesi@concordiafunds.com
mgoater@bgcfx.com
mgodsey@bloomberg.net
mgoetzinger@fiduciarymgt.com
mgokhman@coefficientglobal.com
mgold@tiaa-cref.org
mgoldste@lordabbett.com
mgoldstein@nb.com
mgoldverg@oppenheimerfunds.com
mgollinello@the-ark.com
mgomes@statestreet.com
mgomez2@bear.com
mgonzalez5@worldbank.org
mgonzalezm@grupobbva.com

mgonzalo@schny.com
mgonzalv@cajamadrid.es
mgoodman@gofen.com
mgoodman@guzman.com
mgopal@munder.com
mgopu@hbk.com
mgordon@essexinvest.com
mgot@danskebank.dk
mgovil@merctrust.com
mgoyal@tiaa-cref.org
mgr@danskebank.dk
mgr@gr.dk
mgraetzball@metlife.com
mgrandi@munichre.com
mgrant@phineus.net
mgrant@swst.com
mgrassi@fideuramireland.ie
mgray@hcmlp.com
mgrecher@grecher.com
mgreen@canyonpartners.com
mgreen@metlife.com
mgreenwald@opcap.com
mgregg@gscpartners.com
mgriffin@blackrock.com
mgriffin@blenheiminv.com
mgriffin@fhlbc.com
mgrizzelle@cvceurope.com
mgrobien@uecic.cicomore.fr
mgrohovaz@bloomberg.net
mgrossma@wmcdirect.com
mgrossman@mfs.com
mgrossnickle@jhancock.com
mgroves@angelogordon.com
mgroves@newstaram.com
mgrupper@pictet.com
mgtref@cornell.edu
mguarasci@bear.com
mgudaitis@gwkinc.com
mguggemos@bloomberg.net
mguild@guildinvestment.com
mguillenfu@geb.gbancaja.com
mguillenpeters@worldbank.org
mguillo@groupe-casino.fr
mgulczynski@firststate.co.uk

mgulisano1@bloomberg.net
mgulley@templeton.com
mgumm@stephens.com
mgunawardana@bloomberg.net
mgunn4@bloomberg.net
mgunning@wscapital.com
mgura@munder.com
mgurrutx@bancogui.com
mguterman@gsc.com
mguy@rbcds.com
mguzman-quin@bloomberg.net
mgw3@pge.com
mgwildstein@delinvest.com
mgy@capgroup.com
mgy@danskebank.dk
mh@bankinvest.dk
mh565@cornell.edu
mh599@cornell.edu
mha@bankinvest.dk
mhaddad@caxton.com
mhaddad5@bloomberg.net
m-hager@bloomberg.net
mhaggar@angelogordon.com
mhaggett@eatonvance.com
mhairi@ikos.com.cy
mhakes@mcleanbudden.com
mhale@hellmanjordan.com
mhaley@bondinvestor.com
mhall@canyonpartners.com
mhallward@mcleanbudden.com
mhalperin@federatedinv.com
mhalperin@tiaa-cref.org
mhan@meag-ny.com
mhancock@fftw.com
mhaney@elcabop.org
mhannafey@clinton.com
mhannallah@payden-rygel.com
mhanratty@nb.com
mhansbury@wellington.com
mhansen@fnni.com
mhanu@allstate.com
mharding@bloomberg.net
mhardwick@firstmerchants.com
mharkness@pacificincome.com

mharley@first-wash.com
mharper@pacificincome.com
mharris@loomissayles.com
mharrison@newstaram.com
mhase@ipohome.com
mhasenauer@hcmlp.com
mhasens@frk.com
m-hashimoto@ioi-sonpo.co.jp
mhasse@meag.com
mhasty@fdic.gov
mhausner@brownadvisory.com
mhawkins@westpac.com.au
mhawley@allstate.com
mhayat@almal.com.kw
mhayes@montag.com
mhayes11@bloomberg.net
mhays@dlbabson.com
mhays@princeton.edu
mhaywood@browncapital.com
mhb@sitinvest.com
mhbosworth@wellington.com
mhc@bankinvest.dk
mhc67@cornell.edu
mhcarey@statestreet.com
mhcbca@bloomberg.net
mhchang@bloomberg.net
mhd.tr@adia.ae
mhd@capgroup.com
mhdhi@bloomberg.net
mheemelaar@aegon.nl
mheffernan@lmfunds.com
mheintel@meag.com
mheitzmann@sinopia.fr
mhekman@waddell.com
mhellingrath@union-investment.de
mhendarman@hotmail.com
mhendry@sharonbank.com
mheneghan@ifc.org
mhermsen@babsoncapital.com
mherna92@ford.com
mherp@aegonusa.com
mherrera@banxico.org.mx
mherrera@invercaixa.es
mherrerg@cajamadrid.es

mherring@bayharbour.com
mhersom@alger.com
mherson@alger.com
mherzog@dkpartners.com
mhewitt@russell.com
mhicks@halcyonllc.com
mhickson@exchange.ml.com
mhigashiura1@bloomberg.net
mhiggins@bear.com
mhiggins@evergreeninvestments.com
mhigh@hncbank.com
mhills@10e.rjf.com
mhilt@stpaultravelers.com
mhinmon@turnerinvestments.com
m-hinomaru@nochubank.or.jp
m-hirayama@nochubank.or.jp
mhirschberger@meag.com
mhk@americancentury.com
mhlarsen@jyskebank.dk
mhnat@wellington.com
mho@americancentury.com
mhoben@bencap.com
mhobson@arielinvestments.com
mhodges@westernasset.co.uk
mhodgman@bondinvestor.com
mhoefnagel@aegon.nl
mhoeh@cicny.com
mhoffbeck@moneygram.com
mhoffm@fhlbsea.com
mhoffman@caxton.com
mhoffman@highbridge.com
mhoffman@troweprice.com
mholbert@tiaa-cref.org
mholliday1@bloomberg.net
mhomko@state.nm.us
mhora@oppenheimerfunds.com
mhori1@bloomberg.net
mhormozi@msfi.com
mhorn@ubs.com
mhoshina@meijiyasuda.co.jp
mhoule@standishmellon.com
mhowe@adb.org
mhoyt@bpbtc.com
mhpascual@bankinter.es

mhsieh@westernasset.com
mhsu2@bloomberg.net
mhsueh@hbk.com
mhsullivan@wellington.com
mht@americancentury.com
mhuang@lmcm.com
mhuang@tiaa-cref.org
mhubbs@mcleanbudden.com
mhudson@cazenove.com
mhuebsch@blackrock.com
mhughes@btmna.com
mhughes@pimco.com
mhui@oppenheimerfunds.com
mhui@perrycap.com
mhulme@mfs.com
mhummer@princeton.edu
mhunt@westpac.com.au
mhurley@dadco.com
mhurley@newstaram.com
mhutson@mfs.com
mhuynh@payden-rygel.com
mhw.hutten@interpolis.nl
mhy@jwbristol.com
mhynes@wasatchadvisors.com
mi_chen@ssga.com
mi2-watanabe@meijiyasuda.co.jp
mia.hosty@aiminvestments.com
mia.schiefer@sparkasse-hannover.de
mia.thompson@stephens.com
mia_stewart@freddiemac.com
mia0621@cathaylife.com.tw
miah02@handelsbanken.se
miali@pimco.com
miannarelli@ifsam.com
miao@mail.cbc.gov.tw
mibr@sek.se
mic.tr@adia.ae
micael.johansson@swedbank.com
micael.niden@foreningssparbanken.se
micael.poole@threadneedle.co.uk
micail.johansson@danskebank.dk
miccoli@gruppocredit.it
micha.knopf@fibimail.co.il
micha.schipper@rabobank.com

michael.a.clark@barclaysglobal.com
michael.a.connolly@fmr.com
michael.a.donohoe@aibbny.ie
michael.a.hart@sce.com
michael.a.lanning@aib.ie
michael.a.marquez@jpmorgan.com
michael.a.schaefer@wellsfargo.com
michael.a.thilmont@jpmchase.com
michael.a.whitehouse@fhlb-pgh.com
michael.aaknes@wamu.net
michael.abellera@ubs.com
michael.abramo@calvertgroup.com
michael.aflalo@axa-im.com
michael.aimino@fhlb-pgh.com
michael.akmann@nordlb.de
michael.allen@allianzgi-us.com
michael.allen@ansbachermm.com
michael.allen@augustus.co.uk
michael.allen@pnc.com
michael.allison@morganstanley.com
michael.allison@msdw.com
michael.altinzoglou@dws.com
michael.andersonadvantus@advantuscapital.com
michael.andrascik@pnc.com
michael.angehrn@helvetiapatria.ch
michael.anschuetz@ib.bankgesellschaft.de
michael.antolin-perez@morganstanley.com
michael.antoni@smf.sachsen.de
michael.appell@thehartford.com
michael.arnold@bhf.ing.com
michael.aroian@sunlife.com
michael.aschauer@ba-ca.com
michael.ashby@glgpartners.com
michael.ashikhmin@deshaw.com
michael.ashley@aamcompany.com
michael.ashridge@jpmorganfleming.com
michael.atherton@rbccm.com
michael.au@soros.com
michael.auracher@trinkaus.de
michael.b.gallagher@us.hsbc.com
michael.b.li@wamu.net
michael.baagoee@amagerbanken.dk
michael.bach.nielsen@aegon.co.uk
michael.baek@aig.com

michael.ball@pncbank.com
michael.bank@fmglobal.com
michael.barakos@jpmorgan.com
michael.barrett@aegon.co.uk
michael.barrie@glgpartners.com
michael.barry@fmr.com
michael.bauen@lloydsbank.ch
michael.bauer02@hvb.de
michael.bauernfeind@bhf.bank.com
michael.baumann@fmr.com
michael.bazdarich@westernasset.com
michael.beckerman@bbh.com
michael.bei@moorecap.com
michael.belinsky@dartmouth.edu
michael.bennett@lazard.com
michael.bennis@paretopartners.com
michael.berger@helaba.de
michael.bernadiner@db.com
michael.bernegger@sl-am.com
michael.bertelsen@nordea.com
michael.bertram@db.com
michael.bh.yu@philips.com
michael.binger@thrivent.com
michael.bismark@westernasset.com
michael.bitton@unicreditgroup.co.uk
michael.bjelic@sunlife.com
michael.boehm@dws.com
michael.boes@ruv.de
michael.boyle@thehartford.com
michael.brakebill@state.tn.us
michael.brandl@pimco.com
michael.braubach@oppenheim.de
michael.brauchitsch@oppenheim.de
michael.braun@ikb.de
michael.braun@postbank.de
michael.bretscher@swisscanto.ch
michael.breyl@depfa.com
michael.britchkow@mortgagefamily.com
michael.brodbeck@lbbw.de
michael.broe@pncbank.com
michael.broeders@ingbank.com
michael.broome-euro@db.com
michael.brosnan@bankofamerica.com
michael.brown@evergreeninvestments.com

michael.browne@chase.com
michael.brownell@pimco.com
michael.bruun@seb.dk
michael.bueker@siemens.com
michael.bunting@usaa.com
michael.burckhart@helaba.de
michael.burdian@sscims.com
michael.burg@dresdner-bank.lu
michael.burka@ubs.com
michael.burke@micorp.com
michael.burke@usbank.com
michael.burns@ibtco.com
michael.burns@pimco.com
michael.butche@aig.com
michael.buthe@aig.com
michael.c.bird@wellsfargo.com
michael.c.maynard@chase.com
michael.c.smith@wachovia.com
michael.calamia@fhlbny.com
michael.camacho@jpmorgan.com
michael.campion@prudential.com
michael.canter@alliancebernstein.com
michael.capitain@commerzbank.com
michael.carbery@bbh.com
michael.carey@blackrock.com
michael.carmel@vanguard.com.au
michael.carson@ny.frb.org
michael.cash@csfb.com
michael.cetta@alliancebernstein.com
michael.cha@fmr.com
michael.cha@morganstanley.com
michael.chae@hk-ca-indosuez.com
michael.chaisanguanthum@credit-suisse.com
michael.chambers@tcw.com
michael.chan@ubs.com
michael.chandra@pimco.com
michael.chang@pimco.com
michael.chang@schwab.com
michael.chapman@aiminvestments.com
michael.chatman@ubs.com
michael.cheng@fmr.com
michael.cheung@wcmadvisors.com
michael.chiu@ap.ing.com
michael.chiun@bis.org

michael.choi@cibc.ca
michael.chong@barclaysglobal.com
michael.chua@aig.com
michael.chui@bis.org
michael.chun@ing.com.au
michael.cicerone@royalusa.com
michael.cipolla@ge.com
michael.clark@uk.fid-intl.com
michael.clements@ubs.com
michael.cloth@dresdner-bank.com
michael.clurman@fmr.com
michael.cm.wilson@jpmorganfleming.com
michael.coats@dkib.com
michael.cody@commercebank.com
michael.coffee@alliancebernstein.com
michael.coffey@rwe.com
michael.collins@db.com
michael.collins@prudential.com
michael.collis@ubk.net
michael.compliance.hill@fmr.com
michael.conerly@columbiamanagement.com
michael.conle@lbbw.de
michael.connors@gmam.com
michael.constantinou@ubs.com
michael.constantis@blackrock.com
michael.cook@cba.com.au
michael.coonce@moorecap.com
michael.cooper@uk.nomura.com
michael.corelli@opcap.com
michael.corker@mackayshields.com
michael.cormican@inginvestment.com
michael.cosgrave@boi.ie
michael.coulter@ingfunds.com
michael.count@canadalife.co.uk
michael.courtney@ing.com.au
michael.covert@pimco.com
michael.cowin@ubs.com
michael.cox@cgii.com
michael.craft@fmr.com
michael.crewe@hsh-nordbank.co.uk
michael.crilley@apfs.com
michael.crimmings@statestreet.com
michael.crinai@53.com
michael.cross@bankofengland.co.uk

michael.crowell@ibtco.com
michael.crowley@deshaw.com
michael.cummins@depfa.com
michael.curcio@alliancebernstein.com
michael.custer@state.nm.us
michael.cyrus@drkw.com
michael.d.miller@wellsfargo.com
michael.d.murray@jpmchase.com
michael.dalzell@ibtco.com
michael.daniel@dresdner-bank.lu
michael.danso@westernasset.com
michael.davidson@bankofbermuda.com
michael.davies@ubs.com
michael.debernardis@lazard.com
michael.deeny@depfa.ie
michael.degernes@aberdeenasset.com
michael.degernes@aberdeen-asset.com
michael.degernes@db.com
michael.degregorio@ubs.com
michael.deignan@jt-int.com
michael.dejana@rbc.com
michael.demaria@pncadvisors.com
michael.demayo@pioneerinvestments.com
michael.denoriscia@chase.com
michael.dente@gecapital.com
michael.depalma@alliancebernstein.com
michael.desantis@morganstanley.com
michael.deweirdt@milliman.com
michael.dicintio@tcw.com
michael.dillon@hsbchalbis.com
michael.dinapoli@citadelgroup.com
michael.dinapoli@morganstanley.com
michael.dinckels@lrp.de
michael.dion@ubs.com
michael.dire@ppmamerica.com
michael.dirnegger@hsh-nordbank.co.uk
michael.ditillio@ubs.com
michael.dixon@fmr.com
michael.dobler@westam.com
michael.dodgson@credit-suisse.com
michael.doherty@alliancebernstein.com
michael.dombrowski@citigroup.com
michael.dominey@aiminvestments.com
michael.donlevy@bailliegifford.com

michael.donnelly@pge-corp.com
michael.dorfman1@wachovia.com
michael.dorigan@pnc.com
michael.dorsel@us.ing.com
michael.dorsey@wellsfargo.com
michael.dow@ubs.com
michael.doyle@nisanet.com
michael.doyle@umb.com
michael.drake@fidelity.com
michael.dugan@csam.com
michael.duncan@4086.com
michael.dunlop@4086.com
michael.dyer@morganstanley.com
michael.e.burns@jpmorgan.com
michael.e.curtis@jpmorgan.com
michael.eastwood@morganstanley.com
michael.eckert@dzbank.de
michael.edman@morganstanley.com
michael.ehrensberger@rzb.at
michael.eichelberger@ba-ca.com
michael.elvin@fmr.com
michael.emechebo@aig.com
michael.engelhard@wwasset.de
michael.english@dresdnerkleinwort.com
michael.english@fhlbny.com
michael.esposito@scafg.com
michael.etzkorn@citadelsolutions.com
michael.etzkorn@scudder.com
michael.evan@barclaysglobal.com
michael.f.latargia@jpmorgan.com
michael.fang@genworth.com
michael.fara@aig.com
michael.farrell@mortgagefamily.com
michael.federici@fmr.com
michael.felty@citadelgroup.com
michael.fenske@inginvestment.com
michael.ferrara@foreningssparbanken.se
michael.ferraro@sloan-group.com
michael.ferris@nyc.nxbp.com
michael.fetthauer@kfw.de
michael.fey@postbank.de
michael.fiedler@cominvest-am.com
michael.finamore@morganstanley.com
michael.fine@westernasset.com

michael.fink@wgz-bank.de
michael.fioribello@aig.com
michael.flad@allianz.de
michael.flaschka@union-investment.de
michael.fleming@hartzcapital.com
michael.flitton@glgpartners.com
michael.flynn@americas.bnpparibas.com
michael.fogarty@umb.com
michael.foo@claridenleu.com
michael.ford@insightinvestment.com
michael.formas@ibtco.com
michael.forsyth@citadelgroup.com
michael.fosbury@cfglife.com
michael.fought@uk.calyon.com
michael.fox@lbbwuk.com
michael.francz@uk.fid-intl.com
michael.frankenstein@dws.com
michael.frankland@ubs.com
michael.franz@apobank.de
michael.franzen@telekom.de
michael.franzese@tdsecurities.com
michael.frattura@pioneerinvestments.com
michael.frawley@sachsenlb.ie
michael.frenzel@wgz-bank.de
michael.friedland@jpmorgan.com
michael.fritz@lbbw.de
michael.froehner@essenhyp.com
michael.fross@edwardjones.com
michael.fry@lazard.com
michael.fulginiti@bankofamerica.com
michael.furlong@hpfb.com
michael.fuss@db.com
michael.gaehler@credit-suisse.com
michael.gallagher@bailliegifford.com
michael.gallagher@barclaysglobal.com
michael.gangemi@db.com
michael.garcia@be.gm.com
michael.gargano@blackrock.com
michael.gasparac@abnamro.com
michael.gates@barclaysglobal.com
michael.gaudio@ceredexvalue.com
michael.gavin@citadelgroup.com
michael.gedigk@db.com
michael.geier@nuveen.com

michael.generazo@db.com
michael.genovese@alliancebernstein.com
michael.gerke@ifp.ch
michael.gerlach@commerzbank.com
michael.gerstner@hvb.de
michael.gialluca@huntington.com
michael.giannantonio@nationalcity.com
michael.gibbs@morgankeegan.com
michael.gierse@union-investment.de
michael.giliberto@jpmorgan.com
michael.gill-more@wamu.net
michael.gilmore@53.com
michael.ginestro@schwab.com
michael.ginestro@uboc.com
michael.gioffre@inginvestmnet.com
michael.girard@jpmorgan.com
michael.glieden@lri.lu
michael.gnadinger@columbiamanagement.com
michael.goerg@cominvest-am.com
michael.goldbacher@grenbell.de
michael.gomez@pimco.com
michael.good@bnpparibas.com
michael.gordon@au.abnamro.com
michael.gordon@shinseibank.com
michael.gordon@uk.fid-intl.com
michael.gougeon@edfgdf.fr
michael.gower@rabobank.com
michael.graham@columbiamanagement.com
michael.gramann@rzb.at
michael.gray@csam.com
michael.gray@himco.com
michael.grayer@ge.com
michael.greeley.jr@effem.com
michael.green@barclays.co.uk
michael.green@scottishwidows.co.uk
michael.green@trs.state.tx.us
michael.greilinger@ba-ca.com
michael.greser@allianz.de
michael.gretener@credit-suisse.com
michael.grimm@apobank.de
michael.griz@mackayshields.com
michael.gruner@reuschel.com
michael.grunow@westam.com
michael.guichon@morganstanley.com

michael.guido@moorecap.com
michael.gumpel@hvb.de
michael.gush@bailliegifford.com
michael.h.feser@jpmorgan.com
michael.h.ryan@aib.ie
michael.haake@prudential.com
michael.haas@group.novartis.com
michael.haberger@siemens.com
michael.haberkorn@gs.com
michael.hack@wamu.net
michael.haene@credit-suisse.com
michael.haeusler.3@claridenleu.com
michael.haigh@prudential.com
michael.halevi@rabobank.com
michael.hall@aberdeen-asset.com
michael.halloran@allegiantgroup.com
michael.hamilton@usbank.com
michael.hamp@aareal-bank.com
michael.handl@raiffeisenbank.at
michael.harari@prudential.com
michael.harmelink@swib.state.wi.us
michael.harmon@gmacrfc.com
michael.harold@umb.com
michael.harper@barclaysglobal.com
michael.harrington@ppmamerica.com
michael.harris@huntington.com
michael.haselbeck@hvb.de
michael.hasler@lgt.com
michael.hawighorst@lrp.de
michael.hayashida@uboc.com
michael.hayat@sgam.com
michael.hecht@bofasecurities.com
michael.hehn@allianz.de
michael.hehn@morganstanley.com
michael.heilbronn@blackrock.com
michael.heimlich@umb.com
michael.heldmann@allianzgi.de
michael.heldmann@dit.de
michael.helf@hsh-nordbank.com
michael.hemph@brummer.se
michael.henkel@oppenheim.de
michael.hennessy@aig.com
michael.hepburn@augustus.co.uk
michael.herrera@westernasset.com

michael.herskovitz@alliancebernstein.com
michael.herwig@pnc.com
michael.herzum@union-investment.de
michael.hess@db.com
michael.hidbrader@53.com
michael.hill@wachovia.com
michael.hillman@morganstanley.com
michael.himmelbauer@pggm.nl
michael.hirschberg@ubs.com
michael.hirschfield@glgpartners.com
michael.hitzlberger@ubs.com
michael.hoesgen@postbank.de
michael.hoffmann@bayernlb.de
michael.hofmann@dresdner-bank.com
michael.hogg@sgcib.com
michael.hollewand@bg-group.com
michael.holliger@sl-am.com
michael.holscher@ny.frb.org
michael.hoover@columbiamanagement.com
michael.horning@rbc.com
michael.hosken@damel.co.uk
michael.house@corporate.ge.com
michael.hrycenko@pncbank.com
michael.hsu@tcw.com
michael.huenseler@hvb.de
michael.huesmann@ubs.com
michael.hurn@uk.fid-intl.com
michael.hutchins@dillonread.com
michael.hyde@lbbwsg.com
michael.hyman@inginvestment.com
michael.i.young@disney.com
michael.j.beebe@gs.com
michael.j.coe@alliancebernstein.com
michael.j.dolan@uk.fid-intl.com
michael.j.garrett@jpmorgan.com
michael.j.griffin@jpmchase.com
michael.j.hawkins@exxonmobil.com
michael.j.hegarty@aib.ie
michael.j.hickey.jr@citigroup.com
michael.j.irwin@jpmorgan.com
michael.j.mccabe@us.ibm.com
michael.j.mccarthy@fmr.com
michael.j.mchale@aib.ie
michael.j.morrell@db.com

michael.j.o'riordan@credit-suisse.com
michael.j.sergison@hsbc.com
michael.j.whelan@nab.com.au
michael.jacobs@pimco.com
michael.jacobs@sscims.com
michael.jacoby@lbb.de
michael.janik@harrisbank.com
michael.jarzyna@blackrock.com
michael.jenkins@fmr.com
michael.jennings@morleyfm.com
michael.jin@alliancebernstein.com
michael.johansson@se.abb.com
michael.john@ucop.edu
michael.johnson@bwater.com
michael.johnson@fandc.com
michael.johnson@lazard.com
michael.johnston@gecapital.com
michael.jones@insightinvestment.com
michael.jonker@ing.be
michael.jorgenson@westernasset.com
michael.joseph@lloystsb.co.uk
michael.jowitt@scottishwidows.co.uk
michael.joyce@scottishwidows.co.uk
michael.kaletsch@db.com
michael.kalnicki@hcmny.com
michael.kaltenborn.mk@bayer-ag.de
michael.kaplanis@citadelgroup.com
michael.kaplar@trinkaus.de
michael.karibian@huntington.com
michael.karstensen@mhcb.co.uk
michael.kastner@ba-ca.com
michael.kastner@bawagpsk.com
michael.katz@jpmchase.com
michael.kaul@lrp.de
michael.kearney@westernasset.com
michael.kebbel@ampegagerling.de
michael.keeler@state.tn.us
michael.keller@bbh.com
michael.kenneally@bbh.com
michael.kenneally@csam.com
michael.kennedy@columbiamanagement.com
michael.kennedy@lazard.com
michael.keough@janus.com
michael.kerans@ing.com.au

michael.key@morganstnaley.com
michael.khankin@blackrock.com
michael.kiesewetter@nordlb.de
michael.killilea@fmglobal.com
michael.kim@blackrock.com
michael.kim@hcmny.com
michael.kim@nationalcity.com
michael.kimble@mackayshields.com
michael.kirk@hsbcib.com
michael.kirkbride@columbiamanagement.com
michael.klene@ubs.com
michael.klonsky@credit-suisse.com
michael.klose@sl-am.com
michael.kloss@aig.com
michael.knies@dit.de
michael.kocz@wamu.net
michael.koetters@anthem.com
michael.kolbeck@allianz.de
michael.kollins@morganstanley.com
michael.kolster@aig.com
michael.kondas@morganstanley.com
michael.konstantinov@allianzgi.de
michael.korn@dresdner-bank.de
michael.korzeniowski@barclaysglobal.com
michael.koschatzki@dws.com
michael.kosche@duesshyp.de
michael.krenn@db.com
michael.krenn@lazard.com
michael.kristensen@nordea.com
michael.krumsiek@lmginv.com
michael.kruse@credit-suisse.com
michael.kuchler@inginvestment.com
michael.kullmann@db.com
michael.kushma@morganstanley.com
michael.labella@db.com
michael.landini@firstunion.com
michael.landreville@thrivent.com
michael.lang@pioneerinvest.ie
michael.langmack@hsh-nordbank.co.uk
michael.lanier@aig.com
michael.lash@wamu.net
michael.lawson@moorecap.com
michael.lee@americas.bnpparibas.com
michael.lee@tcw.com

michael.lee@tres.bnc.ca
michael.lee@wpginvest.com
michael.leffler@drkw.com
michael.lefurge@inginvestment.com
michael.leifeste@cpa.state.tx.us
michael.leineweber@essenhyp.com
michael.lemesevski@prudential.com
michael.lenarcic@prudential.com
michael.lengweiler@sarasin.ch
michael.lenhardt@juliusbaer.com
michael.leonard.2@credit-suisse.com
michael.lerch@juliusbaer.com
michael.lesesne@robecousa.com
michael.levine@shinseicapital.com
michael.levy@sgam.com
michael.levy1@alliancebernstein.com
michael.lewis@fmr.com
michael.liberti@bbh.com
michael.liller@dws.com
michael.limmert@wwk.de
michael.lin@schwab.com
michael.linden@westam.com
michael.linnane@tradition.co.uk
michael.lins@tudor.com
michael.lipsch@ingim.com
michael.liuwf@uobgroup.com
michael.liwski@pimco.com
michael.loeffler@jpmorgan.com
michael.lohre@oppenheim.de
michael.long@pacificlife.com
michael.lonia@pacificlife.com
michael.look@inginvestment.com
michael.lorditch@prudential.com
michael.loudermilk@schwab.com
michael.loura@citigroup.com
michael.lynch@ilim.com
michael.lynch@kofc.org
michael.m.godfrey@spms.shell.com
michael.m.harrop@si.shell.com
michael.m.peric@nab.com.au
michael.macaluso@prudential.com
michael.mackinnon@ppmamerica.com
michael.macphee@bailliegifford.com
michael.maeltzer@stinnes.de

michael.maennlin@credit-suisse.com
michael.magermans@dexia.com
michael.mahaffy@ubs.com
michael.mahar@boimail.com
michael.mahler@generali.ch
michael.mahlik@associatedbank.com
michael.maiorana@leumiusa.com
michael.maita@morganstanley.com
michael.maka@fmr.com
michael.malan@dillonread.com
michael.mand@gmacrfc.com
michael.marco@us.rbcds.com
michael.marinelli@prudential.com
michael.markowitz@ubs.com
michael.marks@commercebank.com
michael.marshall@gartmore.com
michael.martini@ge.com
michael.martini@pimco.com
michael.marzouk@pacificlife.com
michael.mastrogiannis@mutualofamerica.com
michael.mata@inginvestment.com
michael.mathay@opcap.com
michael.mathiowetz@oppenheim.de
michael.matt@credit-suisse.com
michael.mattsson@seb.se
michael.maughan@gartmore.com
michael.mayes@raymondjames.com
michael.mcauliffe@lrp.de
michael.mccaffery@shenkmancapital.com
michael.mccord@granitegrp.com
michael.mccune@db.com
michael.mccune@robecousa.com
michael.mcgonigle@gecapital.com
michael.mcgrath@nuveen.com
michael.mclaughlin@aamcompany.com
michael.mcmorrow@ny.frb.org
michael.mcnair@rsa-al.gov
michael.mcnamara@kemper.com
michael.meding@novartis.com
michael.meebus@bms.com
michael.meehan@bbh.com
michael.meier@credit-suisse.com
michael.melisik@cnb.cz
michael.melnick@moorecap.com

michael.melvin@barclaysglobal.com
michael.menken@sgcib.com
michael.menrad@dzbank.de
michael.mesard@blackrock.com
michael.mewes@jpmorganfleming.com
michael.meyer@ba-ca.com
michael.michalisin@mackayshields.com
michael.migliaccio@gcm.com
michael.migus@cnp.fr
michael.miller.hswy@statefarm.com
michael.mirabito@db.com
michael.molline@lbbw.de
michael.montague@rbc.com
michael.montgomery@readrite.com
michael.monzo@morganstanley.com
michael.moose@nationalcity.com
michael.morley@americas.bnpparibas.com
michael.morris1@aiminvestments.com
michael.morton@pnc.com
michael.moser@ubs.com
michael.mosher@midstates.org
michael.motzer@helaba-trust.de
michael.moulder@state.tn.us
michael.muders@union-investment.de
michael.mueller2@union-investment.de
michael.mueller-bishop@bhf-bank.com
michael.muench@ksk-bc.de
michael.mullaney@threadneedle.co.uk
michael.murawczyk@citadelgroup.com
michael.mw.wolf@dresdner-bank.com
michael.n.duignan@bankofamerica.com
michael.n@gordian.co.uk
michael.naper@fmr.com
michael.nawrath@zkb.ch
michael.neary@adam-us.com
michael.negele@vontobel.ch
michael.neitzke@schwab.com
michael.nell@ubs.com
michael.nelson@janus.com
michael.nelson2@barclayscapital.com
michael.neppert@dit.de
michael.neumann@drkw.com
michael.nicastro@ibtco.com
michael.nichols@nctreasurer.com

michael.nickson@gs.com
michael.nicolau@gerrard.com
michael.niedzielski@fmr.com
michael.nimtsch@ifco.de
michael.niosi@prudential.com
michael.nipp@union-investment.de
michael.nolan@morganstanley.com
michael.notari@rmf.ch
michael.novikoff@sscims.com
michael.nowakowski@ge.com
michael.nowicki@gerling.de
michael.o.clark@db.com
michael.oconnor@glgpartners.com
michael.odermatt@mbczh.ch
michael.odonnell@abbey.com
michael.ogan@kochglobalcapital.com
michael.omara@hsbchalbis.com
michael.o'neill@fmr.com
michael.o'sullivan@credit-suisse.com
michael.p.elhadj@jpmorgan.com
michael.p.nichols@bankofamerica.com
michael.p.o'brien@prudential.com
michael.pagano@pncadvisors.com
michael.painter@sscims.com
michael.palagonia@us.standardchartered.com
michael.pannenberg@gerling.de
michael.papciak@harrisbank.com
michael.paradis@prudential.com
michael.parker@tuck.dartmouth.edu
michael.parks@tcw.com
michael.payne@hsh-nordbank.co.uk
michael.payne@scottishwidows.co.uk
michael.pearl@nationalcity.com
michael.per@lazard.com
michael.perkons@bbh.com
michael.peskin@morganstanley.com
michael.petrino@morganstanley.com
michael.pfaue@lloydstsb.co.uk
michael.phelan@rabobank.com
michael.phelps@jpmorgan.com
michael.pietzek@blb.de
michael.pike@aberdeen-asset.com
michael.pineau@thehartford.com
michael.pinggera@credit-suisse.com

michael.pinkus@ikb-cam.de
michael.plate@telekom.de
michael.plosica@prudential.com
michael.pohly@morganstanley.com
michael.pohr@westlb.lu
michael.popkin@dresdnerkleinwort.com
michael.potenski@mortgagefamily.com
michael.powers@lazard.com
michael.preissler@delta.com
michael.prinzivalli@kofc.org
michael.pruin@pimco.com
michael.pruin@sscims.com
michael.puglia@shinseibank.com
michael.puhle@allianzgi.de
michael.puleo@huntington.com
michael.pyatski@americas.bnpparibas.com
michael.pytosh@inginvestment.com
michael.quinn@tcw.com
michael.r.caggia@jpmorgan.com
michael.r.hack@jpmchase.com
michael.r.keller@bbh.com
michael.r.myers@jpmorgan.com
michael.r.plage@citigroup.com
michael.rabinowitz@discountbank.co.il
michael.rachor@pioneerinvestments.com
michael.ramirez@pnc.com
michael.randolfi@delta.com
michael.rauch@credit-suisse.com
michael.ray@morganstanley.com
michael.rega@pioneerinvest.com
michael.regan@janus.com
michael.reilly@tcw.com
michael.reuhl@depfa.com
michael.reyes@ap.ing.com
michael.reznikas@uk.fid-intl.com
michael.rhorer@db.com
michael.ridloff@blackrock.com
michael.riedel@bankgesellschaft.de
michael.rieger@aig.com
michael.riesner@ubs.com
michael.rijneveen@sparkasse-bochum.de
michael.rimell@aig.com
michael.rinaldi@moorecap.com
michael.rinell@aig.com

michael.ripper@db.com
michael.rist@juliusbaer.com
michael.ritter@llb.li
michael.rocco@pnc.com
michael.rogers@corporate.ge.com
michael.rohan@sfs.siemens.com
michael.rohner@lgt.com
michael.rolnick@db.com
michael.rome@lazard.com
michael.romer@sarasin.ch
michael.romero@citadelgroup.com
michael.rose@omam.co.uk
michael.rosen@jpmorgan.com
michael.rosner@prudential.com
michael.rost@pncequity.com
michael.rowe@bmo.com
michael.rucci@ubs.com
michael.russell@tsquarecm.com
michael.ruvido@ibtco.com
michael.ryan@bbh.com
michael.ryder@morganstanley.com
michael.s.atchison@jpmorgan.com
michael.s.barclay@columbiamanagement.com
michael.s.koutsoutis@jpmorgan.com
michael.s.wheeler@us.hsbc.com
michael.sabatino@ubs.com
michael.sabbah@bnpparibas.com
michael.sack@sfs.siemens.de
michael.saghy@pnc.com
michael.salice@ge.com
michael.sam@sgcib.com
michael.sansoterra@silvantcapital.com
michael.santelli@allegiantgroup.com
michael.santer@erstebank.at
michael.sasser@suntrust.com
michael.satyshur@pnc.com
michael.scali@credit-suisse.com
michael.scaplen@fmglobal.com
michael.scardina@dfafunds.com
michael.schafer@aa.com
michael.scharfe@pncbank.com
michael.schaufler@wachovia.com
michael.schenk@hsbcpb.com
michael.scherbel@nuernberger.de

michael.schetzel@do.treas.gov
michael.schetzel@ny.frb.org
michael.schickling@bankgesellschaft.de
michael.schiller@union-investment.de
michael.schlosser@postbank.de
michael.schlup@sarasin.ch
michael.schmid.2@csam.com
michael.schmid@activest.de
michael.schmitt@fmr.com
michael.schmitt@ilim.com
michael.schmitt@ubs.com
michael.schneider.2@claridenleu.com
michael.schneider@ba-ca.com
michael.schneider@dzbank.de
michael.schneider@fmr.com
michael.schoenbach@hsh-nordbank.com
michael.schoenhaut@jpmorgan.com
michael.schopin@prudential.com
michael.schramm@hauck-aufhaeuser.de
michael.schrimpf@aareal-bank.com
michael.schug@telekom.de
michael.schuh@lbbw.de
michael.schuller@eurotunnel.com
michael.schultheiss@hyporealestate.de
michael.schuster@bbh.com
michael.schwager@advest.com
michael.schwartz@opco.com
michael.schwerzmann@csam.com
michael.seedorff@aam.de
michael.seelen@columbiamanagement.com
michael.seilund@amagerbanken.dk
michael.seiman@db.com
michael.selb@tkb.ch
michael.sellers@bg-group.com
michael.sen@siemens.com
michael.seyda@dit.de
michael.seymour@threadneedle.co.uk
michael.shackelford@credit-suisse.com
michael.shattuck@usbank.com
michael.sheren@uk.calyon.com
michael.sherwood@gs.com
michael.shields@db.com
michael.short@axa.co.jp
michael.shrum@nestle.com

michael.siebertz@dgbank-dip.de
michael.sieghart@db.com
michael.sieghart@dws.de
michael.silk@db.com
michael.simon@aiminvestments.com
michael.sims@fhlb.com
michael.sims@wedbush.com
michael.singer@tkb.ch
michael.siviter@aberdeen-asset.com
michael.slater@db.com
michael.sleightholme@citigroup.com
michael.sloyd@hk.nomura.com
michael.smith@swipartnership.co.uk
michael.snape@sainsburys.co.uk
michael.snyder@mackayshields.com
michael.sobel@barclaysglobal.com
michael.sohler@dghyp.de
michael.sohr@alliancebernstein.com
michael.somogyi@truscocapital.com
michael.sonner@de.pimco.com
michael.sourp@cpr-am.fr
michael.south@db.com
michael.sowak@erstebank.at
michael.spencer@icap.com
michael.speni@db.com
michael.spina@greenpoint.com
michael.srihari@bwater.com
michael.stack@umb.com
michael.stahel@claridenleu.com
michael.stalker@ubs.com
michael.stamm@winterthur.ch
michael.stamos@allianzgi.de
michael.stanley@barcap.com
michael.stansky@tudor.com
michael.starr@mackayshields.com
michael.staude@db.com
michael.steier@sscims.com
michael.stelzer@usbank.com
michael.stevens@iim-ar.com
michael.stiefel@ubsw.com
michael.stodollik@epost.de
michael.stokes@uk.fid-intl.com
michael.stone@ge.com
michael.straka@db.com

michael.strebel@csam.com
michael.strong@wellsfargo.com
michael.strubel@lbbw.de
michael.stucky@lodh.com
michael.stuenkel@nordlb.de
michael.suen@inginvestment.com
michael.sullivan@barclaysglobal.com
michael.sullivan@cspb.com
michael.summerhayes@dkib.com
michael.surface@fhlbtopeka.com
michael.swendsen@thrivent.com
michael.symmons@fbfinance.com
michael.syring@csam.com
michael.t.campbell@usa.dupont.com
michael.t.grace@aib.ie
michael.t.moughan@usa.dupont.com
michael.t.nugent@citicorp.com
michael.t.ross@chase.com
michael.tagliaferro@ubs.com
michael.taila@cnb.com
michael.temchin@threadneedle.co.uk
michael.temple@pioneerinvest.com
michael.terry@kofc.org
michael.terry@pimco.com
michael.theel@db.com
michael.thiergen@hvb.de
michael.thomson@yesbank.com
michael.thorp@aig.com
michael.timmins@lloydstsb.co.uk
michael.tornese@arnerbank.ch
michael.towarek@citadelgroup.com
michael.townson@bbh.com
michael.trogisch@westlbpanmure.com
michael.tschida@uboc.com
michael.tschudin@ruedblass.ch
michael.tull@robur.se
michael.tushan@anthem.com
michael.tyler@westshorefund.com
michael.uhl@dekabank.de
michael.ulrich@fandc.com
michael.ungari@corporate.ge.com
michael.urzendnik@vers-am.de
michael.v.buscemi@jpmorgan.com
michael.v.morris@aib.ie

michael.valentine@fmr.com
michael.valentino@alliancebernstein.com
michael.vandenbroeck@axa.be
michael.vanderelst@fortisbank.com
michael.vanmessel@shorecap.co.uk
michael.venezia@robecousa.com
michael.verano@evergreeninvestments.com
michael.verhofen@allianzgi.de
michael.victoros@axa-im.com
michael.victoros@uk.abnamro.com
michael.viteri@ost.state.or.us
michael.von.den.driesch@ikb.de
michael.von-orelli@ubs.com
michael.w.shinners@wellsfargo.com
michael.w.welton@fhlb-pgh.com
michael.wagg@db.com
michael.waggoner@fhlbtopeka.com
michael.wagner@nationalcity.com
michael.wahl@commerzbankib.com
michael.waks@us.pm.com
michael.walker@citadelgroup.com
michael.wallis@nordlb.de
michael.walsh@bbh.com
michael.warren@aberdeen-asset.com
michael.warzinek@db.com
michael.wassermann@swip.com
michael.watchorn@pimco.com
michael.wayton@53.com
michael.weaver@fmr.com
michael.weaver@janus.com
michael.webster@omv.com
michael.weidinger@meadwestvaco.com
michael.welker@truscocapital.com
michael.welle@usbank.com
michael.wellman@bob.hsbc.com
michael.welter@columbiamanagement.com
michael.westerwick@metro.de
michael.westphal@hsh-nordbank.com
michael.weygand@ge.com
michael.whalen@national-city.com
michael.whilby@inginvestment.com
michael.white@gartmore.com
michael.white@lazard.com
michael.white@nuveen.com

michael.widrig@fmr.com
michael.wilcox@aberdeen-asset.com
michael.wilkerson@usbank.com
michael.wilson@fhlbboston.com
michael.wimmer@lampebank.de
michael.winker@ambgf.de
michael.winkler@postbank.de
michael.winkler1@zkb.ch
michael.winterburn@abfoods.com
michael.wirtz@deka.de
michael.witt@hermes.co.uk
michael.witte@ny.invesco.com
michael.wolter@hsh-nordbank.com
michael.wong@barclaysglobal.com
michael.wong@ubs.com
michael.woodward@barclaysglobal.com
michael.wosner@canadalife.co.uk
michael.wu@db.com
michael.x.sheldon@jpmchase.com
michael.yachimski@bnymellon.com
michael.yampei@lazard.com
michael.yang@aig.com
michael.yellen@aiminvestments.com
michael.yhy@mail.cbc.gov.tw
michael.yoon@bnymellon.com
michael.z.brown@jpmorgan.com
michael.z.harary@jpmorgan.com
michael.zaretsky@lmginv.com
michael.zazzarino@columbiamanagement.com
michael.zbinden@juliusbaer.com
michael.zeltser@honeywell.com
michael.zemp.2@credit-suisse.com
michael.zhang@icprc.com
michael.zhang@lazard.com
michael.zhang@pimco.com
michael.zhu@deshaw.com
michael.zimmer@csprivateadvisors.com
michael.zimmermann@credit-suisse.com
michael.zobrist.2@credit-suisse.com
michael@ardsley.com
michael@barclaysglobal.com
michael@epsilonfunds.com
michael@ikos.com.cy
michael@mjmpartners.com

michael@ruanecunniff.com
michael@sandlercap.com
michael@wrainvest.com
michael_a_treidl@fanniemae.com
michael_a_vardas@notes.ntrs.c
michael_abrams@cinfin.com
michael_aglialoro@scotiacapital.com
michael_albano@vanguard.com
michael_andrich@den.invesco.com
michael_aneiro@freddiemac.com
michael_angelini@newyorklife.com
michael_antonicelli@westlb.com
michael_arends@putnam.com
michael_atkin@putnam.com
michael_b_lee@acml.com
michael_balzer@westlb.co.uk
michael_bartsch@vanguard.com
michael_boedeker@ohionational.com
michael_brendle@swissre.com
michael_brunell@ssga.com
michael_bubnis@agc.com
michael_burke@ohionational.com
michael_c_morrill@fleet.com
michael_cannella@ustrust.com
michael_centrone@freddiemac.com
michael_chan@singaporeair.com.sg
michael_cheng@asia.hypovereinsbank.com
michael_collinsjr@ssga.com
michael_connelly@troweprice.com
michael_crow@glenmede.com
michael_cuddy@putnam.com
michael_d_burck@comerica.com
michael_daley@troweprice.com
michael_davis@acml.com
michael_davis@hvbamericas.com
michael_debiase@ml.com
michael_depalma@acml.com
michael_dorsel@phl.com
michael_dovorany@putnam.com
michael_dowd@putnam.com
michael_drayo@vanguard.com
michael_ducharme@putnam.com
michael_dudek@swissre.com
michael_dutton@calpers.ca.gov

michael_e_dambach@fleet.com
michael_e_shade@fleet.com
michael_edmonds@nacm.com
michael_evangelista@putnam.com
michael_feehily@ssga.com
michael_flannery@jwhmail.com
michael_fredericks@nacm.com
michael_g_somerville@fanniemae.com
michael_gallagher@glenmede.com
michael_gallagher@putnam.com
michael_garrity@putnam.com
michael_garruto@keybank.com
michael_giggie@nacm.com
michael_gitlin@troweprice.com
michael_glickman@conseco.com
michael_gold@ml.com
michael_grogan@troweprice.com
michael_gubser@swissre.com
michael_h_buek@vanguard.com
michael_hart@scudder.com
michael_hatcher@elliottandpage.com
michael_hebert@ssga.com
michael_hill@standardlife.com
michael_hodge@tigerfund.com
michael_huang@keybank.com
michael_hubick@dell.com
michael_hugton@phl.com
michael_husson@putnam.com
michael_hyde@commerzbank.com.sg
michael_innocenti@ustrust.com
michael_j_barone@keybank.com
michael_j_jarvis@bankone.com
michael_j_lohmeier@fanniemae.com
michael_jamed@bnz.co.nz
michael_jenkins@freddiemac.com
michael_joynson@hen.invesco.com
michael_k_barr@victoryconnect.com
michael_kalinoski@ml.com
michael_keyser@americancentury.com
michael_kirkbride@ustrust.com
michael_kohler@fleet.com
michael_konsen@freddiemac.com
michael_kraft@westlb.com
michael_kramer@ustrust.com

michael_kraus@mail.com
michael_krautzberger@blackrock.com
michael_kubik@troweprice.com
michael_lambe@troweprice.com
michael_lasota@troweprice.com
michael_lengowski@scudder.com
michael_leutwyler@fleet.com
michael_li@americancentury.com
michael_lima@putnam.com
michael_liss@americancentury.com
michael_luong@vanguard.com
michael_madden@ssga.com
michael_magboo@troweprice.com
michael_malm@putnam.com
michael_maloney@fanniemae.com
michael_marek@aimfunds.com
michael_matthews@hen.invesco.com
michael_mccabe@freddiemac.com
michael_mccormack@putnam.com
michael_mccrorey@ssga.com
michael_mcginn@vanguard.com
michael_mcinerney@ml.com
michael_mclean@putnam.com
michael_mclellan@conning.com
michael_mercauto@putnam.com
michael_mikolajczak@westlb.com
michael_milby@ssga.com
michael_mitchell@firstgroup.com
michael_mix@conning.com
michael_mon@acml.com
michael_montanez@vanguard.com
michael_mow@americancentury.com
michael_nally@merck.com
michael_nance@putnam.com
michael_ning@acml.com
michael_notaro@swissre.com
michael_novellino@hvbamericas.com
michael_o'brien@acml.com
michael_oh@troweprice.com
michael_ohara@ssga.com
michael_oliver@ustrust.com
michael_orndorff@americancentury.com
michael_p_fiore@fanniemae.com
michael_p_lebowitz@fanniemae.com

michael_p_monahan@fleet.com
michael_pagano@nylim.com
michael_patterson@freddiemac.com
michael_pattinson@ldn.invesco.com
michael_perre@vanguard.com
michael_peters@colonialbank.com
michael_petro@putnam.com
michael_piccinino@troweprice.com
michael_porter@ssga.com
michael_praplaski@vanguard.com
michael_prideaux@bat.com
michael_przygoda@ssga.com
michael_r_kenney@fanniemae.com
michael_regy@ml.com
michael_reifel@nylim.com
michael_reilly@acml.com
michael_reinartz@troweprice.com
michael_renner@westlb.de
michael_richards@putnam.com
michael_riggs@ssga.com
michael_riley@ssga.com
michael_roberts@troweprice.com
michael_rogers@conning.com
michael_rohde@gothaerre.de
michael_rovder@ml.com
michael_russell@ml.com
michael_sais@bankone.com
michael_salevsky@vanguard.com
michael_salm@putnam.com
michael_sanchez@countrywide.com
michael_sanders@victoryconnect.com
michael_schatt@dpimc.com
michael_schoeck@ssga.com
michael_schwartz@invesco.com
michael_sealey@prusec.com
michael_seelhof@commerzbank.com
michael_shaman@troweprice.com
michael_shanahan@capgroup.com
michael_sikule@thruway.state.ny.us
michael_smith@freddiemac.com
michael_smith@scotiacapital.com
michael_sofranko@keybank.com
michael_sola@troweprice.com
michael_soued@ssga.com

michael_spinello@yahoo.com
michael_stafford@conning.com
michael_stimpfle@swissre.com
michael_stoelting@westlb.de
michael_stoffregen@bankone.com
michael_t_harp@keybank.com
michael_taets@freddiemac.com
michael_tassinari@putnam.com
michael_thompson@ssga.com
michael_traynor@manulife.com
michael_trippett@freddiemac.com
michael_tu@ml.com
michael_varadi@glic.com
michael_vogel@conning.com
michael_w_davis@bankone.com
michael_w_dvorak@keybank.com
michael_waterman@nacm.com
michael_whitlock@conseco.com
michael_wildstein@ml.com
michael_williams@ssga.com
michael_wintrode@vanguard.com
michael_witte@invesco.com
michael_wood@ssga.com
michael_yachimski@ml.com
michael_yee@nacm.com
michael_yogg@putnam.com
michael_young@ssga.com
michael_zalanyi@mfcinvestments.com
michael_zazzarino@ustrust.com
michael1.t.smith@columbiamanagement.com
michael2855@mail.pscnet.com.tw
michael8@netease.com
michaela.gerl@ids.allianz.com
michaela.huettig@deka.de
michaela.keusch@db.com
michaela.langerbein@pbi.lu
michaela.loew@bhf-bank.com
michaela.lorenz@aareal-bank.com
michael-a.merz@etb-ag.com
michaela.mordoch@mailpoalim.co.uk
michaela.notz@dzbank.de
michael-a.richter@dws.com
michaela.zimmermann@kfw.de
michaelbay@northwesternmutual.com

michaelbourgaize@hsbc.com
michaelc@bgi-group.com
michaelcheung@aozora-apf.com
michaeld.gallagher@morleyfm.com
michael-d.kennedy@ubs.com
michaeldevlin@alumni.haas.org
michaeldowdell@northwesternmutual.com
michaele.brown@aiminvestments.com
michaelelwell@bankofscotlandusa.com
michael-g.barnes@ubsw.com
michaelgordon@angelogordon.com
michaelgros@bloomberg.net
michaelh@israelchemicals.co.il
michaelh@mcm.com
michaelholloway@northwesternmutual.com
michaelj.kelly@aig.com
michaelj.martin@53.com
michael-j.reilly@db.com
michaeljmoster@yahoo.com
michaelliang@gic.com.sg
michael-m.murphy@ubs.com
michaelmak@daiwasbi.com.hk
michaelmcloughlin@angloirishbank.ie
michael-nielsen@jyskebank.dk
michael-o.schmidt@db.com
michaelobrien@eatonvance.com
michaelos@bloomberg.net
michael-p.doherty@db.com
michael-rylant@fanniemae.com
michaels@chgroup.com
michael-sa.sanderson@db.com
michael-t.taylor@ubs.com
michaeltreptow@northwesternmutual.com
michaelv@asrs.state.az.us
michael-vodola@deshaw.com
michaelwan@daiwa-am.com.hk
michaelyang@mail.tbb.com.tw
michah.a.behrend@jpmchase.com
michail.eleftheriou@rabobank.com
michail.kougioulis@ubs.com
michal.baranek@rb.cz
michal.danielewicz@nordea.com
michal.michalov@rb.cz
michal.ondruska@rb.cz

michal.slomkowski@icap.com
michal.wozniak@csam.com
michal.wozniak@fortisinvestments.com
michal.zaleski@citigroup.com
michala.marcussen@sgam.com
michalro@cmcic.fr
micharms@microsoft.com
michec@microsoft.com
michel.agou@sgam.com
michel.anastassiades@calyon.com
michel.aubenas@axa-im.com
michel.aubenas@fortisinvestments.com
michel.aubry@bcv.ch
michel.baijot@gskbio.com
michel.baise@fortis.com
michel.bassi@bsibank.com
michel.bellia@ubs.com
michel.bernard@fandc.com
michel.bilger@calyon.com
michel.bosch@kasbank.com
michel.businger@credit-suisse.com
michel.cachin@bcv.ch
michel.campioni@canal-plus.fr
michel.cassiman@ing.be
michel.coussaert@credit-suisse.com
michel.dacher@zkb.ch
michel.de.groot@fandc.com
michel.degen@credit-suisse.com
michel.delatullaye@dexia-bill.com
michel.doulcet@bnpparibas.com
michel.etienne@inginvestment.com
michel.falvert@bnpparibas.com
michel.fanti@juliusbaer.com
michel.fest@rmf.ch
michel.friesewinkel@solvay.com
michel.fryszman@axa-im.com
michel.gallo@lgt.com
michel.gely@ch.abnamro.com
michel.gerber@ch.abb.com
michel.girault@rothschild-cie.fr
michel.gomes@bcb.gov.br
michel.gonnard@fortisinvestments.com
michel.granchi@sgcib.com
michel.grimaldi@bcv.ch

michel.guerard@airbus.com
michel.hourcard@totalfinaelf.com
michel.jacquemai@csam.com
michel.jreige@bnpparibas.com
michel.koster@pggm.nl
michel.lapierre@groupe-mma.fr
michel.laversanne@bnpparibas.com
michel.leblanc@lodh.com
michel.lefort@calyon.com
michel.leroy@agf.be
michel.martin@citigroup.com
michel.matthias@hypovereinsbank.de
michel.menigoz@sgam.com
michel.munz@ing.ch
michel.nancoz@lodh.com
michel.oechslin1@sl-am.com
michel.p.laurent@bnpparibas.com
michel.palitcheff@sgam.com
michel.perrin@bnpparibas.com
michel.perrin@lodh.com
michel.pesci@bnpparibas.com
michel.poirier@francetelecom.fr
michel.poret@caam.com
michel.portal@caam.com
michel.prince@inginvestment.com
michel.robert@calyon.com
michel.rodrigues@vontobel.ch
michel.rosenfeld@telekom.de
michel.speltens@dexia.be
michel.tanner@claridenleu.com
michel.van.mazijk@ingim.com
michel.vandersanden@blackrock.com
michel.vannier@axa-im.com
michel.venanzi@credit-suisse.com
michel.vernier@ubs.com
michel.vitermarkt@morganstanley.com
michel.vukotic@juliusbaer.com
michel.wetser@sns.nl
michel@lindseltrain.com
michel_ghazarian@lazard.fr
michel_lemouillec@lazard.fr
michel_pean@putnam.com
michel_stack@ustrust.com
michela.carabelli@lehman.com

michela.fenzi@sella.it
michele.abrams@moorecap.com
michele.argenta@bsibank.com
michele.aveling@morganstanley.com
michele.basilici@columbiamanagement.com
michele.befacchia@pgalternative.com
michele.beffa@zkb.ch
michele.berti@mpsfinance.it
michele.bourgeois@inginvestment.com
michele.burns@morganstanley.com
michele.caronti@hvb.de
michele.charno@ubs.com
michele.ciarmoli@sarasin.ch
michele.cornaggia@saras.it
michele.cullom@zurich.com
michele.cutruneo@bsibank.com
michele.davis@fidelity.com
michele.debenedetto@mpsgr.it
michele.desouza@uk.nomura.com
michele.dimarco@banca.mps.it
michele.diprizio@rahnbodmer.ch
michele.fargues@calyon.com
michele.fassio@bancaintesa.it
michele.finder@ubs.com
michele.fortunato@gestielle.it
michele.grandclement@lodh.com
michele.gronsky@pnc.com
michele.grossi@ubs.com
michele.hofmann@zkb.ch
michele.jolive@sgam.com
michele.kreisler@morganstanley.com
michele.lanfranchini@ubs.com
michele.larkin@commerzbank.com
michele.loor@morganstanely.com
michele.m.walsh@csam.com
michele.ma@sanpaoloam.lu
michele.magnoni@juliusbaer.com
michele.malingamba@bsibank.com
michele.matzinger@grneam.com
michele.merk@dexia-bil.com
michele.mirabella@ssmb.com
michele.mirabella@westernasset.com
michele.morganti@am.generali.com
michele.patri@alliancebernstein.com

michele.patron@barclaysglobal.com
michele.ponzoni@ubs.com
michele.porro@csam.com
michele.rizzuto@csam.com
michele.ronchi@eni.it
michele.starr-stapell@gecapital.com
michele.thompson@suntrust.com
michele.trova@venetobanca.it
michele.varvaro@aig.com
michele.weinberger@pimco.com
michele.yap@barcap.com
michele.zotta@am.generali.com
michele_didio@glenmede.com
michele_evans@fanniemae.com
michelesicker@gic.com.sg
michelesmith@bankofny.com
michelina.cuccia@morganstanley.com
micheline.huart@nbb.be
michell_morphew@putnam.com
michelle.banack@fmr.com
michelle.beattie@mortgage.wellsfargo.com
michelle.bellizzi@columbiamanagement.com
michelle.boreham@ubs.com
michelle.butler@ge.com
michelle.c.moroney@aibbny.ie
michelle.c.nugent@aibbny.ie
michelle.calcutt@aberdeen-asset.com
michelle.chan@alliancebernstein.com
michelle.chang@email.chinatrust.com.tw
michelle.cherry@bankofamerica.com
michelle.cole@pnc.com
michelle.cook@morleyfm.com
michelle.crawford@ge.com
michelle.d.bacal@bofasecurities.com
michelle.davis@alliancebernstein.com
michelle.delrosario@aig.com
michelle.devine@nationwide.co.uk
michelle.dressel@blackrock.com
michelle.drexler@erieinsurance.com
michelle.fleck@csam.com
michelle.fogerty@wamu.net
michelle.fortier@himco.com
michelle.george@citadelgroup.com
michelle.gonnella@prudential.com

michelle.habyan@avmltd.com
michelle.hall@blackrock.com
michelle.halla@fmr.com
michelle.halvorsen@himco.com
michelle.halvorsen@inginvestment.com
michelle.harlan@daiwausa.com
michelle.hennigar@aig.com
michelle.hill@harrisbank.com
michelle.huang@db.com
michelle.kairuz@morganstanley.com
michelle.kelner@tudor.com
michelle.lawrence@lgim.co.uk
michelle.lee@gecapital.com
michelle.linder@swissca.ch
michelle.lynch@blackrock.com
michelle.m.bohmer@jpmorgan.com
michelle.m.david@jpmorgan.com
michelle.m.mcgreal@aib.ie
michelle.m.moller@columbiamanagement.com
michelle.ma@sanpaoloam.lu
michelle.mayes@citadelgroup.com
michelle.morris@bankofengland.co.uk
michelle.m-smith@bapensions.com
michelle.murrin-johns@aig.com
michelle.mustafa@blackrock.com
michelle.o'donnell@gs.com
michelle.okeefe@davy.ie
michelle.olave@mutualofamerica.com
michelle.penson@mortgagefamily.com
michelle.petasek@micorp.com
michelle.phillips@chase.com
michelle.popola@prudential.com
michelle.poyer@nrucfc.coop
michelle.quinn@morleyfm.com
michelle.radman@db.com
michelle.remy@puilaetco.com
michelle.robbat@fmr.com
michelle.ross@soros.com
michelle.ryan@commerzbank.com
michelle.skelly@tcw.com
michelle.smith@daiwausa.com
michelle.smith@db.com
michelle.spellman@citadelgroup.com
michelle.steinberg@ny.frb.org

michelle.stevens@transamerica.com
michelle.strianse@db.com
michelle.tran@barclaysglobal.com
michelle.tse@csam.com
michelle.underwood@morganstanley.com
michelle.vandinter@thrivent.com
michelle.vrba@zurich.com
michelle.walker@ibtco.com
michelle.waters@db.com
michelle.yeung@ubs.com
michelle.zhang@blackrock.com
michelle@mail.cbc.gov.tw
michelle@stw.com
michelle_amrine@agc.com
michelle_aquino@ssga.com
michelle_cheong@ssga.com
michelle_culosi@putnam.com
michelle_espelien@invescofunds.com
michelle_girard@prusec.com
michelle_hilliman@ntrs.com
michelle_lewis@ml.com
michelle_lim@nylim.com
michelle_murphy@ntrs.com
michelle_murphy@putnam.com
michelle_scrimgeour@blackrock.com
michelle_thomas@ustrust.com
michelle_watson@ustrust.com
michelle_werth@americancentury.com
michellefrazier@amalgamatedbank.com
michellejohnson@tagfolio.com
michellemarsh@northwesternmutual.com
michelletcl@dbs.com
michellew@bgi-group.com
michellewong@bankofny.com
michelmi@bll.co.il
michels.john@principal.com
michem@bloomberg.net
michi.mochizuki@schroders.com
michiel.bootsma@ingim.com
michiel.faber@ingim.com
michiel.harmers@ingim.com
michiel.lodewijk@nl.abnamro.com
michiel.souren@erstebank.at
michiel.te.paske@morganstanley.com

michiel.tobe@juliusbaer.com
michiel.vanderwerf@erstebank.at
michiel.vanderwerf@sparinvest.com
michiel.vankatwijk@aegon.com
michiel.vonsaher@pramericafi.com
michihiro.ashiya@partners.co.jp
michio.takahashi@mitsubishicorp.com
michio_iida@tr.mufg.jp
michiro.naito@trs.state.tx.us
michishita.tetsuya@kokusai-am.co.jp
michiyoshi_nishimura@tr.mufg.jp
micjam@bloomberg.net
mick.brown@schwab.com
mick.ford@bnpparibas.com
mick.hill@icap.com
mick.o'connor@lloydstsb.co.uk
mick.sweeney@biam.boi.ie
mick_heyman@invesco.com
mick_o'connor@cinfin.com
mickael.juvenelle@caam.com
mickael.tricot@caam.com
mickael.vandenhauwe@nagelmackers.be
mickey.foret@nwa.com
mickey.foster@fedex.com
mickey.l.nguyen@bankofamerica.com
mickey.walsh@ipaper.com
mickeyelliott@tagfolio.com
mickie.chow@wpginvest.com
micky.jagirdar@mackayshields.com
micmca@safeco.com
micol.baselli@effegestioni.it
mics@capgroup.com
micy@capgrp.com
mid@nbim.no
middlc@nuveen.com
midge_kubiniec@scudder.com
midhael.weisberg@inginvestment.com
midk@capgroup.com
midori.murata@westernasset.com
midori.omura@westernasset.com
mie.jakobsen@seb.se
mie.koshiishi@alliancebernstein.com
mie.peters@seb.se
miek@danskecapital.com

mieke.holkeboer@nuveen.com
mieko.oketa@baring-asset.com
mielert@bloomberg.net
mielke@ui-gmbh.de
mier03@handelsbanken.se
miet@capgroup.com
mife01@handelsbanken.se
mifferrer@bloomberg.net
miford@wellington.com
migliano@bloomberg.net
migliorej@aeltus.com
migmoran@gmail.com
migr02@handelsbanken.se
migra20.2003@cpr-am.fr
miguel.alcobend@grupobbva.com
miguel.amaro@millenniumbcp.pt
miguel.bacal@barclayscapital.com
miguel.canizares@fmr.com
miguel.carvalho@mcfundos.pt
miguel.cuenca@grupobbva.com
miguel.duarte@bcp.pt
miguel.duarte@millenniumbcp.pt
miguel.ferreira@citadelgroup.com
miguel.gandolfo@fandc.com
miguel.gsardinero@grupobbva.com
miguel.guiomar@finantia.com
miguel.maia@fandc.com
miguel.paredones@juliusbaer.com
miguel.perez@zkb.ch
miguel.pino@zkb.ch
miguel.silva@cgd.pt
miguel.thames@prudential.com
miguel_castillo@americancentury.com
miguel_oleaga@putnam.com
miguel_viani@westlb.com
miguel_villanueva@ssga.com
mihaela.manoliu@morganstanley.com
mihara@nam.co.jp
mihee@danskecapital.com
mihir.shah@citadelgroup.com
mihir.worah@pimco.com
mihkel.kase@schroders.com
mihnea.stefan.mihai@trinkaus.de
miho.eto@sumitomocorp.co.jp

miho_yokoyama@cargill.com
mihoko.asaga@schroders.com
mihoko.yoshii@ssk1.ho.dkb.co.jp
miho-mochizuki@am.mufg.jp
mihosaito@gic.com.sg
mihse@cihc.com.tw
mii.na@adia.ae
miia.salovaara@pohjola.fi
mi-inokuma@ja-kyosai.or.jp
mijb@capgroup.com
mijoolee@bok.or.kr
mika.karikoski@nordea.com
mika.makitalo@keva.fi
mika.manninen@sampo.fi
mika.nishimura@abnamro.com
mika.rydman@nokia.com
mika.stirkkinen@finnair.fi
mika.teodori@firstmidwest.com
mika.uusi-pantti@oko.fi
mika.vihtonen@keva.fi
mikael.andren@tudor.com
mikael.anveden@seb.se
mikael.baeckstroem@pioneerinvestments.at
mikael.bjarkedal@shell.com
mikael.bjorin@skandia.se
mikael.bolarsen@carlsberg.com
mikael.charoze@bis.org
mikael.friberg@electrolux.se
mikael.haglund@seb.se
mikael.haneli@catella.se
mikael.karrsten@se.abb.com
mikael.ludvigsen@amagerbanken.dk
mikael.lundstrom@evli.com
mikael.melto@nordea.lu
mikael.nyqvist@danskebank.se
mikael.pacot@axa-im.com
mikael.persson@dnbnor.com
mikael.persson@lansforsakringar.se
mikael.safrana@lodh.com
mikael.silvennoinen@okobank.com
mikael.spangberg@seb.se
mikael.westerlund@aktia.fi
mikael.wiberg@alecta.com
mikal.patel@cm.natixis.com

mike.aaknes@wamuloans.net
mike.addy@sto.sc.gov
mike.albanese@fmr.com
mike.allen@ftnfinancial.com
mike.allison@bankofamerica.com
mike.anderson@soros.com
mike.andrews@barclaysglobal.com
mike.appleby@morleyfm.com
mike.b.jones@gecas.com
mike.bailey@lionhart.net
mike.bain@silvantcapital.com
mike.baradas@sgcib.com
mike.barry@micorp.com
mike.bell@sscims.com
mike.bellaro@db.com
mike.bellusci@ge.com
mike.berry@db.com
mike.billich@cic.ch
mike.bonnici@hsbcib.com
mike.bowick@rbcds.com
mike.braden@ubs.com
mike.braezeal@chase.com
mike.brell@frostbank.com
mike.brooks@bailliegifford.com
mike.bullock@oneamerica.com
mike.butterworth@cookson.co.uk
mike.buttner@wachovia.com
mike.c.c.hue@hsbcpb.com
mike.calcote@guarantygroup.com
mike.camasta@ppmamerica.com
mike.cameron@tcm-ltd.com
mike.carroll@fmr.com
mike.castle@wellsfargo.com
mike.caufield@corporate.ge.com
mike.chambers@britinsurance.com
mike.chen@alliancebernstein.com
mike.cho@greenpoint.com
mike.ciskowski@valero.com
mike.cole@aiminvestments.com
mike.collins@fmr.com
mike.collins@friendsprovident.co.uk
mike.cook@mortgagefamily.com
mike.corless@hsbchalbis.com
mike.cosgrove@gecapital.com

mike.cousins1@firstunion.com
mike.dang@swisscanto.ch
mike.dau@modern-woodmen.org
mike.davern@nuveen.com
mike.davis2@nationalcity.com
mike.devlin@schwab.com
mike.dillon@bankofamerica.com
mike.doherty@us.hsbc.com
mike.dougherty@firstunion.com
mike.dr.jefferies@jpmorgan.com
mike.dunckley@fiamm.com
mike.e.allen@conocophillips.com
mike.earley@db.com
mike.edwards@citizensbank.com
mike.eisenberg@firstunion.com
mike.emery@rainierfunds.com
mike.eng@credit-suisse.com
mike.ferrara@glgpartners.com
mike.fields@aa.com
mike.finnerty@yale.edu
mike.fisher@bmo.com
mike.flaherty@micorp.com
mike.fowler@thesouthgroup.com
mike.fox@fmr.com
mike.gabaly@lmco.com
mike.gallagher@morleyfm.com
mike.giasi@sgcib.com
mike.gleason@gartmore.com
mike.goeller@mortgagefamily.com
mike.green@fmr.com
mike.gregory@citadelsolutions.com
mike.hall@anthem.com
mike.halovatch@fbfinance.com
mike.hanbury-williams@fandc.com
mike.heflin@ftnfinancial.com
mike.heid@wellsfargo.com
mike.hochholzer@associatedbank.com
mike.holt@wachovia.com
mike.horton@thrivent.com
mike.huang@ge.com
mike.hugh@osterweis.com
mike.hughes@osterweis.com
mike.j.burns@intel.com
mike.j.hendrickson@intel.com

mike.j.nelson@wellscap.com
mike.j.smith@usbank.com
mike.jurgensen@pacificlife.com
mike.kanner@shenkmancapital.com
mike.kennedy@ppmamerica.com
mike.kisber@ftnfinancial.com
mike.klepikow@fhlb.com
mike.kleyn@barclaysglobal.com
mike.konrad@4086.com
mike.kopfler@fmr.com
mike.laskowski@ppmamerica.com
mike.lee@barclaysglobal.com
mike.leonardo@mortgagefamily.com
mike.leong@bmo.com
mike.leskinen@inginvestment.com
mike.li@sscims.com
mike.lillard@prudential.com
mike.lindley@citizensbank.com
mike.lu@janus.com
mike.m.treanor@si.shell.com
mike.marchese@fmr.com
mike.martin@oldkent.com
mike.matthews@columbiamanagement.com
mike.matthews@conocophillips.com
mike.matusewicz@inginvestment.com
mike.mcdougall@wellscap.com
mike.mcdougall@wellsfargo.com
mike.mckieghan@dreyfus.com
mike.mcnaught-davis@swip.com
mike.mcnicholas@harrisbank.com
mike.mecca@thehartford.com
mike.menssen@state.mn.us
mike.merrick@resolutionplc.com
mike.metsker@prudential.com
mike.moran@cba.com.au
mike.mulquin@fac.com
mike.newton@citadelgroup.com
mike.nold@hp.com
mike.oberdorf@blackrock.com
mike.oboyle@ftnmidwest.com
mike.olson@tcw.com
mike.papworth@transamerica.com
mike.parker@zurich.com
mike.peacock@lodh.com

mike.powell@ftnmidwest.com
mike.quinn@rbccm.com
mike.ramsay@ppm-uk.com
mike.rawson@allegiantgroup.com
mike.rawson@barclaysglobal.com
mike.rees@sg.standardchartered.com
mike.riccardi@tudor.com
mike.ricciuti@corporate.ge.com
mike.rierson@barclaysglobal.com
mike.robinson@citigroup.com
mike.rosenthal@nuveen.com
mike.rosenthal@shenkmancapital.com
mike.ryan@ubs.com
mike.sammons@gs.com
mike.samples@cpa.state.tx.us
mike.savage@sunlife.com
mike.scanlon@ftnfinancial.com
mike.schlarman@wellsfargo.com
mike.schlotman@kroger.com
mike.schmidt@commerzbank.com
mike.scudder@firstmidwest.com
mike.sebesta@stableriver.com
mike.servent@omam.co.uk
mike.shearer@barclaysglobal.com
mike.sheyker@nuveen.com
mike.sibthorpe@britinsurance.com
mike.smith.hgwm@statefarm.com
mike.smith@metrokc.gov
mike.smith@raymondjames.com
mike.smith2@lloydstsb.co.uk
mike.snyder@mackayshields.com
mike.soccio@uboc.com
mike.solecki@ge.com
mike.spalding@associatedbank.com
mike.srba@bloomberg.net
mike.srba@rbccm.com
mike.stone@eu.nabgroup.com
mike.strong@fmr.com
mike.sullivan@harrisbank.com
mike.summerfield@pimco.com
mike.takata@soros.com
mike.tattersall@db.com
mike.thompson@sixcontinents.com
mike.trovato@pimco.com

mike.vandenberg@bankofamerica.com
mike.vandermeer@meespierson.com
mike.veil@lodh.com
mike.vogelzang@bostonadvisors.com
mike.volberding@wellscap.com
mike.webb@fidelity.com
mike.weinberg@americas.bnppari
mike.welch@ubs.com
mike.wellner@gmacrfc.com
mike.wienfield@gartmore.com
mike.willans@canadalife.co.jp
mike.willett@westam.com
mike.williams@bglobal.com
mike.wojtowicz@barcap.com
mike.yetter@sscims.com
mike.young@columbiamanagement.com
mike.zabawa@kiewit.com
mike.zaroogian.nrhg@statefarm.com
mike.zbinden@juliusbaer.com
mike.zechmeister@genmills.com
mike@apothcap.com
mike@bluefintrading.com
mike@dmtc.com
mike@incomeresearch.com
mike@lansingcapital.com
mike_abata@putnam.com
mike_arnold@invesco.com
mike_brown@ml.com
mike_caffi@ssga.com
mike_claybar@calpers.ca.gov
mike_connor@newton.co.uk
mike_conway@keybank.com
mike_davey@msdw.com
mike_dawson@freddiemac.com
mike_donatelli@sfmny.com
mike_east@westlb.co.uk
mike_fang@troweprice.com
mike_fortier@scotiacapital.com
mike_fujii@ml.com
mike_gibbons@conning.com
mike_gray@invesco.com
mike_hall@britamtob.com
mike_hammer@swissre.com
mike_johnson@calpers.ca.gov

mike_labrinos@sunlife.com
mike_lenz@amrcorp.com
mike_martel@ssga.com
mike_mcclinchie@bankone.com
mike_mccoy@centralbank.net
mike_mcdonagh@ldn.invesco.com
mike_mcevilly@ml.com
mike_mills@putnam.com
mike_minnich@swissre.com
mike_obley@agc.com
mike_o'brien@newton.co.uk
mike_orzechowski@firstar.com
mike_pucci@ustrust.com
mike_reed@conning.com
mike_rogers@ustrust.com
mike_rowan@gmacm.com
mike_sewell@troweprice.com
mike_shea@ustrust.com
mike_sheridan@reservefunds.com
mike_sorensen@countrywide.com
mike_valencia@notes.ntrs.com
mike_wang@freddiemac.com
mikeandreessen@tagfolio.com
mikebuchholz@northwesternmutual.com
mikeburns@bloomberg.net
mikec@scm-lp.com
mikecallahan@ssrm.com
mikedarcy@angloirishbank.ie
mikeellis@hbosplc.com
mikef@scm-lp.com
mikef@tmgchicago.com
mikefo@mcm.com
mikeh@danainvestment.com
mikeh@woodstockcorp.com
mikejohnson@northwesternmutual.com
mikekao@canyonpartners.com
mikekelly@hsbc.com
mikelsen@gmail.com
mike-lupin@bloomberg.net
mikemclare@aol.com
mike-mg.clarke@db.com
mikemitch@northwesternmutual.com
miken@ftadvisors.com
mikeo@rentec.com

mikeprendi@bloomberg.net
mikerin@deshaw.com
mikes@vegapartners.com
mikesell.anne@principal.com
miketcnj@bloomberg.net
mikewienckowski@synovus.com
mike-wityak@greenwich.com
mikez@mcm.com
mikhael.farouz@mailpoalim.co.il
mikhail.samonov@aig.com
mikhail.serebrine@dekabank.de
mikhug@safeco.com
miki.a.yamaguchi@mizuho-cb.co.jp
miki.endo@japan.bnpparibas.com
miki.nagao@westernasset.com
miki_sugimoto@newton.co.uk
mikihiko.toyoizumi@mizuho-bk.co.jp
mikiko.abe@swip.com
mikinao_matsushita@tr.mufg.jp
mikio.itabashi@mhcb.co.uk
mikio_sugisaki@am.mufg.jp
mikio_sugisaki@tr.mufg.jp
mikko.ala-ilomaki@aberdeen-asset.com
mikko.komi@keva.fi
mikko@sammallahti.evli.fi
mikla@danskecapital.com
miklos.endreffy@bis.org
miklos.nagy@erstebank.at
mikm@capgroup.com
mi-komada@meijiyasuda.co.jp
mikuni@nam.co.jp
mikyung.kim@blackrock.com
milagros.battle@chq.alstom.com
milaine@bloomberg.net
milan.fajkus@rb.cz
milan.stupar@axa-im.com
milbradt@princeton.edu
mildred.lorenti@corporate.ge.com
mildred.patubo@schwab.com
mildred_banks@fanniemae.com
mildred_killian@ustrust.com
mildred_walker@fanniemae.com
mildruby@bok.or.kr
milen.mateev@abbey.com

milena.biasini@bnlmail.com
milenko.vujanovic@idsffm.com
milerisoy@aegonusa.com
miles.alexander@ge.com
miles.geldard@flemings.com
miles.price@nb.com
miles.shackley@lazard.com
miles.tym@morleyfm.com
miles.wixon@opcap.com
milheij@cobank.com
milica.marinkovic@glgpartners.com
milin.rao@nb.com
milip@kookminbank.com
milka.anderson@morganstanley.com
milla.krasnopolsky@gm.com
miller.chad@principal.com
miller.eg@tbcam.com
miller.pr@mellonequity.com
miller.shayne@principal.com
miller@bessemer.com
millera@mondrian.com
millerk@fhlbsf.com
millerm@apple.com
millerm@kayne.com
millers@vankampen.com
millicent.lai@schroders.com
milligan_jim@jpmorgan.com
milliganj@rba.gov.au
millimet@pimco.com
mills.b@tbcam.com
mills.riddick@ceredexvalue.com
mills.s2@tbcam.com
milo.bajic@swarovski.com
milos.brajovic@glencore.com
milos.komnenov@cominvest-am.com
milos_vujanic@swissre.com
milton.grannatt@novartis.com
milton_pepin@putnam.com
miltonh@bloomberg.net
miluccio@simgest.it
milvio@finmeccanica.it
mima01@handelsbanken.se
m-imai@nochubank.or.jp
mimaier@bloomberg.net

mimasters@bankofny.com
mimbriano@metlife.com
mimeyer@ftci.com
mimhoff@stifel.com
mimi.ferrini@investecmail.com
mimi.thai@db.com
mimi_s_eng@nylim.com
mimil@microsoft.com
mi-muraoka@ja-kyosai.or.jp
mimurray@aegonusa.com
min.he@sunlife.com
min.kim@inginvestment.com
min.lie@jpmorganfleming.com
min_zhang@fanniemae.com
mina.guiahi@rbsgc.com
mina.tomovska@statestreet.com
minagah@po2.jsf.co.jp
minako.nomoto@db.com
minako@bloomberg.net
minako_kimura@tr.mufg.jp
minako-shibata@am.mufg.jp
minal.patel@juliusbaer.com
minami@nam.co.jp
minder.cheng@barclaysglobal.com
mindis@mcm.com
mindy.samitt@ge.com
mindy.z.shea@bnzif.co.uk
mindy_hodges@ustrust.com
mindy_iannacone@vanguard.com
mine.demirdogen@highbridge.com
mineo_banno@mitsubishi-trust.co.jp
minerva.hernandez@csam.com
minerva.ml@tbcam.com
minervastevens@fhlbny.com
minet.mucka@tcw.com
minfanger@mizuho.ch
ming.chow@barclaysglobal.com
ming.feng@lbbw-am.de
ming.kemp@framlington.co.uk
ming.lin@rbsgc.com
ming.wo@anz.com
ming.zhong@lazard.com
ming@rentec.com
ming@sgsfunds.com

ming_hui@putnam.com
minghsu@bloomberg.net
mingjia.ding@janus.com
minglu@wharton.upenn.edu
mingmin.zhang@wamu.net
mingmin@temasek.com.sg
mingyew@mas.gov.sg
minh.do@morganstanley.com
minht@treasury.state.az.us
minhton.ha@barclaysglobal.com
minhua.zhang@deshaw.com
minierm@vankampen.com
minjang@bok.or.kr
minji.chang@us.schroders.com
mink_uaamnuichai@acml.com
minka.nyberg@juliusbaer.com
minkleid@provinzial.com
minna.rosenlund@sampo.fi
minnaimo@litchfieldcapital.com
minneapolis_reception@acml.com
mino@daiwa-am.co.jp
minoru.hasegawa@mizuhocbus.com
minoru.kimura@db.com
minoru.watanabe@axa.co.jp
minoru-takata@am.mufg.jp
minoshima@nam.co.jp
minoura279@dl.dai-ichi-life.co.jp
minsel@bloomberg.net
minsel@dkpartners.com
mintsung_yu@freddiemac.com
minucci_dave@jpmorgan.com
minyang@franklintempleton.co.uk
minyou@wooribank.com
miobrien@lordabbett.com
mi-ono@ja-kyosai.or.jp
mipa@danskebank.dk
miquel.n.alonso@aexp.com
miquel.noguer@andbanc.com
mir.a.ali@unb.ae
mira.bhogaita@credit-suisse.com
mira.l.park@wellscap.com
miraji.othman@frankfurt-trust.de
miranda.agosti@arcafondi.it
miranda.bradford@rainierfunds.com

miranda.li@klp.no
miranda.tam@bis.org
miranda.zhao@erstebank.at
miranda_wy_cheng@hkma.gov.hk
mirandss@wellsfargo.com
mirat@bloomberg.net
mirazal@adb.org
mirco.brisighelli@unicredit.it
mirco.hoffmann@dzbank.de
mirco.tieppo@credit-suisse.com
mirei.lee@shinseibank.com
mireille.jansen@lbb.de
mireille.khazaka@hvb.de
mireille.loizeau@bnpparibas.com
mireille.moulet@socgen.com
mireille.rydberg@seb.se
mireille.urbani@db.com
miriam.bilekova@barclaysglobal.com
miriam.e.mccann@bankofny.com
miriam.kim@lazard.com
miriam.laranjeira@gs.com
miriam.ortiz@lgim.co.uk
miriam.paul@hsh-nordbank.com
miriam.pola@bancalombarda.it
miriam.rosa@morganstanley.com
miriam.uebel@cominvest-am.com
mirjam.fisel@lbbw.de
mirjam.klijnsma@ingim.com
mirjam.scherle@bmw.de
mirjam_trachsel@swissre.com
mirko.ballmer@credit-suisse.com
mirko.beltrami@sella.it
mirko.blumhoff@kfw.de
mirko.borghi@arnerbank.ch
mirko.engels@apobank.de
mirko.falchi@mpsgr.it
mirko.frapolli@claridenleu.com
mirko.mikelic@53.com
mirko.milojevic@barcap.com
mirko.santucci@swisscanto.ch
mirko.schulz@helaba-invest.de
mirko_panse@westlb.de
mirna_zelic@ssga.com
mirogoya@cathaylife.com.tw

mirose@opusinvestment.com
miroslav.durana@credit-suisse.com
miroslav.mitev@siemens.com
miroslav.visic@mizuhocbus.com
mirowski.adam@ntrs.com
mirtha_morin@scudder.com
mirza_cavalic@vanguard.com
mis28@cornell.edu
misa.tanaka@bankofengland.co.uk
misaki.kelly@damel.co.uk
misaki.shida@damel.co.uk
misako.yamashita@baring-asset.com
misbah.r.shah@citigroup.com
mischneider@bloomberg.net
mise03@handelsbanken.se
misenhee@jwseligman.com
misha.weber@ubs.com
mishalms@kia.gov.kw
mishapiro@na.ko.com
mishii@us.mufg.jp
mishima_hiroshi@kk.smbc.co.jp
miska.kuhalampi@aktia.fi
miskinis_venantas@jpmorgan.com
misoon.shin@de.bosch.com
misrahi@bessemer.com
mistryd@bernstein.com
mistura_longe@agfg.com
misyan@merck.com
mi-takano@ja-kyosai.or.jp
mital.bhayani@barclaysglobal.com
mitch.b.grabel@csam.com
mitch.cone@citadelgroup.com
mitch.livstone@fmr.com
mitch.merrin@morganstanley.com
mitch.nadel@bankofamerica.com
mitch.polon@disney.com
mitch.wasterlain@orix.com
mitch.wilson@wachovia.com
mitch_bleske@ucbi.com
mitchell.d.mcintyre@dartmouth.edu
mitchell.freedman@csam.com
mitchell.garfinkle@mailpoalim.co.il
mitchell.graye@gwl.com
mitchell.humphreys@abbey.com

mitchell.krahe@nationalcity.com
mitchell.mcdermott@blackrock.com
mitchell.roberts@pnc.com
mitchell.rothkopf@fmr.com
mitchell.smith@jpmorgan.com
mitchell.spiegel@ubs.com
mitchell.stapely@53.com
mitchell.tom.f@principal.com
mitchell.tom@principal.com
mitchell.wilner@pimco.com
mitchell.x.freedman@jpmchase.com
mitchell_denberg@freddimac.com
mitchell_feingold@ustrust.com
mitchell_lawrence@freddiemac.com
mitchell_post@freddiemac.com
mitchell_revsine@ml.com
mitchell_ryan@glic.com
mitchell_todd@troweprice.com
mitchellelim@gic.com.sg
mitchellwilner@northwesternmutual.com
mitchels@strsoh.org
miten.mehta@morganstanley.com
mitesh.modi@morganstanley.com
mitesh.patel@blackrock.com
mitesh.patel@coutts.com
mitesh.patel@fandc.com
mitesh.popat@gs.com
mithc_oringer@gmacsolutions.com
mitihisa_tanimoto@am.sumitomolife.co.jp
mito@atlanticinvestments.net
mitomeo@erstebank.com
mitri.bustros@bsibank.com
mitsu.d@gordian.co.uk
mitsuhiko.otsuki@jal.com
mitsuhiro.nagahama@mizuhocbus.com
mitsuhiro_yoneda@tr.mufg.jp
mitsui@daiwa-am.co.jp
mitsui02828@nissay.co.jp
mitsunobu_nishida@mtam.co.jp
mitsunori_hino@tr.mufg.jp
mitsuo.fukuda@japan.bnpparibas.com
mitsuo.koizumi@mizuho-cb.co.jp
mitsuo_shigemura@yamaguchibank.co.jp
mitsuo_yamamoto@mitsui-seimei.co.jp

mitsuyoshi.harazoe@mizuho-cb.com
mitsuyoshi.minagawa@novartis.com
mitta.men_sam@alcatel-lucent.com
mittal@pimco.com
mitter@bloomberg.net
mittermann@meinlbank.com
mituo_masuda@am.sumitomolife.co.jp
miv@capgroup.com
miwa.ishii@prudential.com
miwa.mittellehner@hvbeurope.com
miwa02@handelsbanken.se
miwa02834@nissay.co.jp
miwe01@handelsbanken.se
mixh@capgroup.com
mixh@cgii.com
mixon.ja@dreyfus.com
miyabayashi@nam.co.jp
miyabayashi02872@nissay.co.jp
miyachi-k@itochu.co.jp
miyagaki@nam.co.jp
miyagaki_naoya@dn.smbc.co.jp
miyagaki26437@nissay.co.jp
miyagk88@daiichipharm.co.jp
miyake18325@nissay.co.jp
miyama176@dl.dai-ichi-life.co.jp
miyama-y@marubeni.com
miyamoto_akiho@dn.smbc.co.jp
miyamoto_manabu@yk.smbc.co.jp
miyamotog@fhlbsf.com
miyamotok@mtbcny.com
miyamura.tooru@daido-life.co.jp
miyano_motoko@hh.smbc.co.jp
miyata@nam.co.jp
miyatakemcb@bloomberg.net
miyauchi.hideo@sky.sojitz.com
miyauchi@orix.com
miyauchi837@dl.dai-ichi-life.co.jp
miyawaza@nissay.co.jp
miyazawa03170@nissay.co.jp
miyoko.ogiwara@schroders.com
miyoko_kawamura@tr.mufg.jp
mi-yoneda@taiyo-seimei.co.jp
miyoshi@nochubank.or.jp
miyosik@po.jsf.co.jp

miyuki_onishi@fanniemae.com
miyuki-0dzs@jp.nomura.com
mizobuchi@daiwa-am.co.jp
mizobuchi@daiwa-ny.com
mizoe@nam.co.jp
mizukami@dl.dai-ichi-life.co.jp
mizukas@jsf.co.jp
mizuki.yanagisawa@boj.or.jp
mizunami@dl.dai-ichi-life.co.jp
mizuno@daiwasbi.co.jp
mizuno02505@nissay.co.jp
mj@baupost.com
mj@pallmallpartners.com
mjackson@cu-isi.org
mjackson@sunamerica.com
mjackson@westernasset.co.uk
mjackson6@bloomberg.net
mjacoby@ibuk.bankgesellschaft.de
mjakelich@bloomberg.net
mjamieson@newstaram.com
mjanik@allstate.com
mjantz@chevron.com
mjanuszewski@williamblair.com
mjaski@fhlbatl.com
mjayakum@princeton.edu
mjb6@ntrs.com
mjbeckwith@wellington.com
mjbirmingham@wellington.com
mjcibor@peoples.com
mjdever@statestreet.com
mjenner@equit.com
mjf@bloomberg.net
mjg@columbus.com
mjgb@bpi.pt
mjginter1@mmm.com
mjgoughn@srpnet.com
mjh1234@hanvitbank.co.kr
mjheenan@aegonusa.com
mjhosler@uss.com
mjimenez@banxico.org.mx
mjlanglois@washtrust.com
mjm@huffcompanies.com
mjm14@ntrs.com
mjmaresco@wellington.com

mjmcgonagle@wellington.com
mjodell@metlife.com
mjoe@chevron.com
mjohannsen@ssrm.com
mjohn@frk.com
mjohn@westpac.com.au
mjohnson@lkcm.com
mjohnson@pictet.com
mjohnson@wellsfargo.com
mjones@fcminvest.com
mjones@oaktreecap.com
mjones@oppenheimerfunds.com
mjones2@metlife.com
mjones9@ups.com
mjonson@fhlbc.com
mjordan@adb.org
mjorge@fftw.com
mjorgensen@farcap.com
mjose.martinezpardavila@telefonica.es
mjose.massanchez@telefonica.es
mjpgreen@bloomberg.net
mjr.it@adia.ae
mjr@sitinvest.com
mjr3@ntrs.com
mjrec@statestreet.com
mjromanowski@us.fortis.com
mjs.eu@adia.ae
mjs@sitinvest.com
mjs@summitpartnersllc.com
mjsager@wellington.com
mjsalazar@frostbank.com
mjstephens@delinvest.com
mjt1@ntrs.com
mjulis@canyonpartners.com
mjust@bayern-invest.de
mjusto@ofina.on.ca
mjv@ntrs.com
mjw6@ntrs.com
mjwalters@leggmason.com
mjwandimi@wellington.com
mjweinbe@princeton.edu
mjwhelan@statestreet.com
mjwilliams@mfs.com
mk.kim@kb.co.kr

mk@capgroup.com
mk@carnegieam.dk
mk@dodgeandcox.com
mk67@ntrs.com
mkaal@bloomberg.net
mkachelski@metlife.com
mkaczmarek@sterling-capital.com
mkaczuwka@massmutual.com
mkagawa@payden-rygel.com
mkahn@ohionatl.com
mkahne@clinton.com
mkalifa@us.ca-indosuez.com
mkalman@fftw.com
mkamen@nb.com
mkaminsky@nb.com
mkamohara@daiwasbi.co.jp
mkandiah@templeton.com
mkane@gwkinc.com
mkanner@angelogordon.com
mkantar@gic.com.kw
mkaplan@duqlight.com
mkapnick3@bloomberg.net
mkarageanes@fhlbatl.com
mkaras@ramrealestate.com
mkarasiewicz@metlife.com
mkarnes@aboc.com
m-kasahara@meijiyasuda.co.jp
mkassimir@bloomberg.net
mkaton@bradfordmarzec.com
mkaufman@gscpartners.com
mkaufman@mrcm.com
mkaul@mfs.com
mkawai@nochubank.or.jp
mkayahanli@oyakbank.com.tr
mkbatgos@wellington.com
mkbittar@wellington.com
mkduarte@statestreet.com
mkeenan@jennison.com
mkefer@munichre.com
mkeim@aflac.com
mkeleher@mcm.com
mkellen@bogusmail.com
mkeller@mmwarburg.com
mkelley1@allstate.com

mkemer@bloomberg.net
mkempner@ksmanagement.com
mkence@mfs.com
mkennedy@essabank.com
mkenny@smurfitgroup.ie
mkeogh@eatonvance.com
mkeough@loomissayles.com
mkessler@bankofny.com
mkessler@eatonvance.com
mkeyes@tiaa-cref.org
mkgim@washtrust.com
mkgoeller@homeside.com
mkguzman@guzman.com
mkh@veb.ru
mkhan@ncmcapital.com
mkhatri@hbk.com
mkiani@bradfordmarzec.com
mkibbe@dlbabson.com
mkidane@pictet.com
mkiely@eatonvance.com
mkieswetter@union-investment.de
mkill@ftci.com
mkim@dlbabson.com
mkim@mfs.com
mkim@rentec.com
mkimmig@ifc.org
mkinahan@eatonvance.com
mking@lkcm.com
mkinosian@delinvest.com
mkirkwood@bloomberg.net
mkiselak@evergreeninvestments.com
m-kita@nochubank.or.jp
mkitchen@cavanalhill.com
mkkelly@gapac.com
mkl.em@adia.ae
mklaus@metzler.com
mklawitter@loomissayles.com
mklee@wooribank.com
mkline@logancapital.com
mkmartino@aol.com
mko.eu@adia.ae
mko@nbim.no
mko@tigerglobal.com
m-kobayashi@nihonjishin.co.jp

mkobayashi@wellington.com
mkobs@allstate.com
mkoch@worldbank.org
mkofo@unibank.dk
mkogler@us.ca-indosuez.com
mkoide@wellington.com
mkok@nabny.com
mkomer@nb.com
mkonheiser@vcallc.com
mkonishi1@bloomberg.net
mkoons@troweprice.com
mkorsch@metzler.com
mkoskuba@victoryconnect.com
mkoster@alliance-mortgage.com
mkotecha@blackrock.com
mkotecha2@blackrock.com
mkotlarz@oppenheimerfunds.com
mkotov@tiaa-cref.org
mkotta@romabank.com
mkotzan@fhlbatl.com
mkp23@cornell.edu
mkpark@kdb.co.kr
mkpiccuiro@wellington.com
mkpiccuirro@wellington.com
mkraeger@blackrock.com
mkraeger@bloomberg.net
mkrahwinkel@union-investment.de
mkravitz@the-ark.com
mkreer@bloomberg.net
mkreft@meag.com
mkreie@meag.com
mkremer@frk.com
mkrishnan@samipfd.com
mkroeger@metlife.com
mkruemmel@bloomberg.net
mkrummel@mfs.com
mkrummell@mfs.com
mkrump@smithbreeden.com
mkrushena@munder.com
mkruyswyk@deerfieldcapital.com
mkrzyzanska@bloomberg.net
mks4@ntrs.com
mksanders@newstaram.com
mkschlicher@delinvest.com

mkuang@metlife.com
mkubota@mail.asiandevbank.org
mkuijpers@meespierson.com
m-kurata@nochubank.or.jp
mkurland@bear.com
m-kusano@ioi-sonpo.co.jp
mkushino@concordiafunds.com
mkushnir@us.nomura.com
mkutzin@angelogordon.com
mkwek2@bloomberg.net
ml35@ntrs.com
ml82@ntrs.com
mlaa@kempen.nl
mlabisi@caxton.com
mlaboy@bankofny.com
mlacana@fftw.com
mlacey@mtildn.co.uk
mlachapelle@loomissayles.com
mlacroix@lgfrance.com
mlaflamme@caxton.com
mlagan@congressasset.com
mlagier@bper.ch
mlago@bcv.org.ve
mlakhamraju@tigerglobal.com
mlam@frk.com
mlaman@loews.com
mlancaster@bankofny.com
mlandry@faralloncapital.com
mlangmead@cazenove.com
mlannigan@opusinvestment.com
mlansink@aegon.nl
mlantz@bloomberg.net
mlapides@jhancock.com
mlappas@wasatchadvisors.com
mlarlee@snwsc.com
mlarochelle@loomissayles.com
mlarsson@aragon.se
mlarsson8@bloomberg.net
mlatona@meag-ny.com
mlaure.coupeau@francetelecom.fr
mlaw@dlbabson.com
mlaw@tiaa-cref.org
mlawrence@chicagoequity.com
mlawrence@ncmcapital.com

mlawrence@wilmingtontrust.com
mlawson@svmonline.co.uk
mlazaro@nb.com
mlbercume@statestreet.com
mlc@dodgeandcox.com
mlchanbtc@bochk.com
mlcillan@wellington.com
mlclending@bloomberg.net
mldad1@bloomberg.net
mldamsma@amoco.com
mldoyle@aegonusa.com
mleahy@congressasset.com
mleavitt@androscogginbank.com
mlebovitz@munder.com
mlech@pacifictrust.net
mlee@tiaa-cref.org
mlee@voyageur.net
mlee@whippoorwhillassociates.com
mlee11@bloomberg.net
mlee2@tiaa-cref.org
mleeman@bankofny.com
mleeming@bailliegifford.com
mleffers@hbk.com
mleininger@bloomberg.net
mleiper@provident.com
mleithead@lordabbett.com
mleja@hymanbeck.com
mlele@perrycap.com
mlembo@tiaa-cref.org
mlemme@hcmlp.com
mleonberger@aegonusa.com
mleong@divinv.net
mleonori@bloomberg.net
mlepori@bancasempione.ch
mlerner@ftci.com
mlescher@hsbcame.com
mlesesne@lordabbett.com
mleslie@bankleumi.co.uk
mleslie@williamblair.com
mlevin@davenportllc.com
mlevine@bloomberg.net
mlevine@dkpartners.com
mlevine@oppenheimerfunds.com
mlevitzky@wellington.com

mlevy32@bloomberg.net
mlewin@angelogordon.com
mlewis@stephens.com
mlewis@wga.com
mley@pacificlife.com
mleyland@canyonpartners.com
mlf3@ntrs.com
mlfr@capgroup.com
mlgsfa@bbh.com
mlhanifan@ibtco.com
mlhong@wellington.com
mlibera@pjc.com
mlieberman@westernasset.com
mliebowitz@tiaa-cref.org
mlima@finibanco.pt
mlin8@bloomberg.net
mlind@danskebank.dk
mlindberg@millburncorp.com
mlindberg3@bloomberg.net
mlindbloom@westernasset.com
mlindenberger@perrycap.com
mlindsay@ftci.com
mlindstrom@lordabbett.com
mlink@dubuquebank.com
mlinn@faralloncapital.com
mlinsteven@yahoo.com.tw
mlinstro@spt.com
mlitchfield@incomeresearch.com
mliu@fftw.com
mliu@loomissayles.com
mlivingston@tagfolio.com
mlk5@ntrs.com
mllerena@nb.com
mlloyd@nb.com
mllucero@statestreet.com
mlneft@wellington.com
mlobo@public.ibercaja.es
mlobue@wellington.com
mlocke@eatonvance.com
mlockey@bgcfx.com
mlodh@aegonusa.com
mloeffle@compuserve.com
mlohr@gci1.gannett.com
mloigman@angelogordon.com

mlomasney@ssrm.com
mlong@amerisure.com
mlong@congressasset.com
mlongeard@ofi-am.fr
mlongo@investcorp.com
mloo@penncapital.com
mlooker@westernasset.co.uk
mlopes@allstate.com
mlopez@finamex.com.mx
mlopez@hcmny.com
mlopezso@bankinter.es
mloreto@iccrea.bcc.it
mlorizio@mfcglobalus.com
mloura@wisi.com
mlozano@fhlbatl.com
mlozano@turnerinvestments.com
mlozovik@oppenheimerfunds.com
mlparis@russell.com
mlr@turnerinvestments.com
mlrodriguezt@bancopastor.es
mlross@stanford.edu
mluan@frk.com
mluchsinger@barrowhanley.com
mluciano@ther.com
mlukesch@hbk.com
mluley@metzler.com
mluongo@blackrock.com
mlupin@bear.com
mlupin3@bloomberg.net
mlupini@iccrea.bcc.it
mlupo@ipohome.com
mluque@grupobbva.com
mlustig@blackrock.com
mluth@hbk.com
mlutz@allstate.com
mlutz@tudor.com
mlynch@njmgroup.com
mlynch@qgcapital.com
mlynch@standishmellon.com
mlyster@wilmingtontrust.com
mm.jardin@caam.com
mm@meisenbachcapital.com
mm@mm.com
mm209@ntrs.com

mm355@cornell.edu
mmaat@invest.treas.state.mi.us
mmabbutt@thamesriver.co.uk
mmaccoll@bailliegifford.co.uk
mmaccoll@essexinvest.com
mmacdonald@perrycap.com
mmacelhi@blackrock.com
mmach@eatonvance.com
mmacho@invercaixa.es
mmack@us.mufg.jp
mmacleod@dbzco.com
mmadden@oppenheimerfunds.com
mmadsen@wasatchadvisors.com
mmaetzler@bancasempione.ch
mmaffattone@caxton.com
mmafrica@ffna.com
mmagerman@blackrock.com
mmagnuson@loews.com
mmahdasian@wellington.com
mmahmud@jennsion.com
mmahoney@luminentcapital.com
mmahoney@thehartford.com
mmaikoksoong@hawkglobal-us.com
mmaillet@groupe-casino.fr
mmajure@divinv.net
mmalbari@angelogordon.com
mmaldona@ubs.com
mmaloney@jhancock.com
mmandel@harborviewgrowth.com
mmanem@ifc.org
mmang@rzb.at
mmangano@northernhancockbank.com
mmanhart@ocwen.com
mmanning@loomissayles.com
mmanning@ofina.on.ca
mmanning@seic.com
mmanrique@adb.org
mmansaray@delinvest.com
mmantelli@bancafideuram.it
mmantschev@halcyonllc.com
mmantyla@pjc.com
mmanzo@hcmlp.com
mmanzolillo@angelogordon.com
mmarchand@stephens.com

mmarcoc@franklintempleton.ca
mmarcosa@repsolypf.com
mmarinkovic@glgpartners.com
mmarinov@union-investment.de
mmarkow@ubs.com
mmarlette@sterling-capital.com
mmarley@bbandt.com
mmaroongroge@hbk.com
mmarra@blackrock.com
mmarron@us.mufg.jp
mmarsall@ubs.com
mmart@nysif.com
mmartin@statestreet.com
mmartinezelecea@dow.com
mmartinson@hcmlp.com
mmarzec@mail.pnm.com
mmaselli@tiaa-cref.org
mmasters@metlife.com
mmastrogiovanni@delinvest.com
mmater@ftci.com
mmathers@mcleanbudden.com
mmatike@otfs.state.ga.us
m-matsushita@tmam.co.jp
mmattke@divinv.net
mmauboussin@lmfunds.com
mmaurer@cavanalhill.com
mmaurer@thehbb.com
mmavraki@tiaa-cref.org
mmazzell@jefco.com
mmb3@ntrs.com
mmbal@bloomberg.net
mmcallister@us.tr.mufg.jp
mmcauley@fmr.com
mmcbrierty@lordabbett.com
mmccabe@bankofny.com
mmccall@paladininvestments.com
mmccamley@boh.com
mmccarthy@frk.com
mmccarthy@lordabbett.com
mmccarthy@wm.mortgage.com
mmccusker@mfs.com
mmcdade@loomissayles.com
mmcdermott@agfirst.com
mmcdevitt@jhancock.com

mmcdonnell@metlife.com
mmcdonough@mfs.com
mmcfall@jhancock.com
mmcginnity@bloomberg.net
mmcgirr@loews.com
mmcglinn@mcglinncap.com
mmcglone@merctrust.com
mmcgonigle@troweprice.com
mmcgrane@bankofny.com
mmcgrane@williamblair.com
mmcguire@arielcapital.com
mmcguire@mfs.com
mmchiu@bochk.com
mmchugh@nabny.com
mmchwaleba@delinvest.com
mmckenna@caxton.com
mmckenna@the-ark.com
mmckenzie@merctrust.com
mmckenzie@westernasset.com
mmckinnon@lmcm.com
mmckinnon@snwsc.com
mmckissick@denveria.com
mmclaughlin@pictet.com
mmclean@eatonvance.com
mmcleod@citco.com
mmcloughlin@firsteaglesogen.com
mmcmahon@whummer.com
mmcmanus@deerfieldcapital.com
mmcmaster@mcleanbudden.com
mmcmorrow@bankofny.com
mmcnamara@angelogordon.com
mmcneill@gpnus.mizuho-cb.com
mmcnerney@standishmellon.com
mmcosta@wellington.com
mmcvey@fultonfinancialadvisors.com
mmedeiros@amica.com
mmedina@fftw.com
mmeeting@lazard.com
mmegret@bloomberg.net
mmehl@wfgweb.com
mmejia@blx.com
mmekolites@bankofny.com
mmelcona@bancopastor.es
mmellis@bartlett1898.com

mmelliti@groupe-ccr.com
mmelnyk@alger.com
mmelson@bloomberg.net
mmemler@frontier-partners.com
mmendelhan@ofii.com
mmendo@canyonpartners.com
mmenensa@notes.banesto.es
mmenoud@banquepiguet.com
mmerran@oddo.fr
mmerrill@umwafunds.org
mmersch@tmgchicago.com
mmertz@nabny.com
mmessinger@fhlbc.com
mmessinger@nb.com
mmessme@frk.com
mmeswani@rwjf.org
mmetcalfe@statestreet.com
mmetzger@farcap.com
mmeyer@lib.com
mmeyer20@bloomberg.net
mmeyers@ofivalmo.fr
mmgallagher@aegonusa.com
mmgeorge@wellington.com
mmi@metlife.com
mmiah@bloomberg.net
mmichael@tiaa-cref.org
mmicik@frk.com
mmiglierina@erg.it
mmikulik.security@rbb.at
mmiller@caxton.com
mmiller@firstmanhattan.com
mmiller@htlf.com
mmindich@rentec.com
mmink@rmf.ch
mminogue@dlj.com
mminogue4@bloomberg.net
mminovi@bloomberg.net
mminuit@groupama-am.fr
mmioki@troweprice.com
mmiranda6@bloomberg.net
mmischel@schny.com
mmitchell@bloomberg.net
mmitsui@federatedinv.com
mml46@cornell.edu

mmm.em@adia.ae
mmm.pr@adia.ae
mmo@lrc.ch
mmoberg@frk.com
mmobius@templeton.com
mmodi@wasatchadvisors.com
mmoeller@mmwarburg.com
mmogavero@atlanticasset.com
mmoinoin@banque-vernes.fr
mmolho@capis.com
mmolina@metlife.com
mmonforte@invercaixa.es
mmonile@mandtbank.com
mmonnelly@axia-advisors.com
mmonson@aegonusa.com
mmontgomery@sterling-capital.com
mmontoya@meag-ny.com
mmooers@sib.wa.gov
mmoore@fhlbc.com
mmoore15@bloomberg.net
mmoore45@bloomberg.net
mmoran@eatonvance.com
mmoran@jhancock.com
mmoran1@allstate.com
mmorandi1@bloomberg.net
mmorantz@templeton.com
mmore@copera.org
mmorell@aegonusa.com
mmorgan@fdic.gov
mmorganstern@tmgchicago.com
m-morishima@nihonjishin.co.jp
mmorita@pictet.com
mmorris@calstrs.com
mmorris@chicagoequity.com
mmorris@delinvest.com
mmorrison@copera.org
mmorriss@us.nomura.com
mmorro@microsoft.com
mmosher@tiaa-cref.org
mmoshkov@farcap.com
mmot@danskebank.dk
mmottino@spasset.lu
mmouliaa@grupobbva.com
mmoulin@bloomberg.net

mmoyer@copera.org
mms286@cornell.edu
mmt@dodgeandcox.com
mmtan@stanford.edu
mmu@danskebank.dk
mmueller@munichre.com
mmueller@pnc.com
mmulder@spfbeheer.nl
mmulka@statestreet.com
mmullaney@standishmellon.com
mmulleners@spfbeheer.nl
mmuller@loews.com
mmullers@sk.koeln.de
mmulrooney@kbw.com
mmunim@lehman.com
mmurchison@templeton.com
mmurdocca@jhancock.com
mmurphy@fandc.co.uk
mmurphy@loomissayles.com
mmurphy@templeton.com
mmurphy1014@yahoo.com
mmurphy6@metlife.com
mmurray@ftportfolios.com
mmurray@jhancock.com
mmurray@standishmellon.com
mmurrayc@ceca.es
mmurrone@bloomberg.net
mmusso@bloomberg.net
mmwalsh@wellington.com
mmyers@mlbk.com
mmyers@pacholder.com
mn@citicib.com.cn
mnaaktgeboren@aegon.nl
mnadal@montag.com
mnagamori@sompo-japan.co.jp
m-nagano@nochubank.or.jp
mnagle@templeton.com
mnahari@bloomberg.net
mnakai@mtildn.co.uk
mnakano5@sompo-japan.co.jp
m-nakayama@nochubank.or.jp
mnangan@lionsgatecap.com
mnapoli@bear.com
mnapp@bloomberg.net

mnappi@eatonvance.com
mnatcharian@babsoncapital.com
mnavarro@dcf.pemex.com
mnavin@jhancock.com
mnawa@nochubank.or.jp
mndje@franklintempleton.co.uk
mnearon@worldbank.org
mneggers@meag-ny.com
mnelson@angelogordon.com
mnemeth@omega-advisors.com
mnervi@bear.com
mneska@voyageur.net
mneus@perrycap.com
mnewcomb@utimco.org
mneyland@bloomberg.net
mng@idbny.com
mngallagher@jhancock.com
mngn@chevrontexaco.com
mnguyen@uaf-fr.com
mni@dodgeandcox.com
mni@nationalbanken.dk
mnickson@mfs.com
mniemann@lmfunds.com
mnieves@nevrodie.com
mnilsson@ifc.org
mnisimov@caxton.com
mnoguchi@us.mufg.jp
mnoorani@thamesriver.co.uk
mnorman3@bloomberg.net
mnorris@waddell.com
mnovo@bloomberg.net
mns@mn-services.nl
mns22@cornell.edu
mnviviano@wellington.com
mnz@mn-services.nl
mo.krausman@raymondjames.com
moal01@handelsbanken.se
moaoki@bloomberg.net
moatj@bloomberg.net
moav@nykredit.dk
mob.tr@adia.ae
mobin.chowdhury@gibbah.com
moch@danskecapital.com
mochinaga@daiwasbi.co.jp

mochizuki@daiwasbi.co.jp
mockard@bloomberg.net
model@ncmi.com
modisao@bob.bw
modonnell@ag-am.com
moehmke@princeton.edu
moeller@mcsecurities.com
moersso@kdb.co.kr
moetaz.soliman@bsi.it
moez.jamal@credit-suisse.ch
mog.chu-yang-heu@credit-suisse.com
mogens.kok@nordea.com
mohab.mufti@saudibank.com
mohamad_omran@putnam.com
mohamed.alam@tudor.com
mohamed.ali@gibbah.com
mohamed.basma@inginvestment.com
mohamed.chaoui@ucb-group.com
mohamed.chellou@labanquepostale-am.fr
mohamed.darrazi@axa-im.com
mohamed.dohni@caam.com
mohamed.el-morsalani@lbbw.de
mohamed.i.siddeeq@hsbcgroup.com
mohamed.maalej@axa-im.com
mohamed.nasrudin@jpmorgan.com
mohamed.sellami@axa-im.com
mohamed.siddeeq@insightinvestment.com
mohamed.wafik@nbad.ae
mohamed_walji@scotiacapital.com
mohamed-mohram@putnam.com
mohammad.montu@postbank.de
mohammad.shah@aig.com
mohammad@ellington.com
mohammed.ahmed@aamcompany.com
mohammed.alam@fortiscapitalusa.com
mohammed.al-amro@samba.com
mohammed.ali@fmr.com
mohammed.dawani@gibbah.com
mohammed.zaidi@swip.com
mohammed_alhaffar@conseco.com
mohammed_uddin@notes.ntrs.com
mohammedaltuwaijri@sabb.com
mohan.balachandran@trs.state.tx.us
mohan.chellaswami@wellsfargo.com

mohan.menon@aareal-bank.com
mohan.subbiah@barclaysglobal.com
mohdqabandi@nbk.com
mohdr@bloomberg.net
mohdtariq@bloomberg.net
mohindra.wadhwa@rlam.co.uk
mohit.marria@aig.com
mohit.pandya@db.com
mohit_chandarana@fanniemae.com
mohit_sudhakar@freddiemac.com
mohlman_k@yahoo.com
mohp@danskecapital.com
mohsen.fahmi@moorecap.com
mohsin.qassim@arabbanking.com
m-ohtaka@nissay.co.jp
mohuiqin@gtjas.com
moid.hanif@pimco.com
mo-ikeda@taiyo-seimei.co.jp
moinoor.choudhury@db.com
moira.duncan@ge.com
moira.fitzgerald@gartmore.com
moises.silva@barclaysglobal.com
mojgan.jian@do.treas.gov
mojica.be@dreyfus.com
mokada@hcmlp.com
m-okamoto@meijiyasuda.co.jp
mokhzani.abubakar@bia.com.bn
mokkoh-n@marubeni.com
moksha.maya@gene.com
molby.j.w.lim@hsbcpb.com
molby.lim@bnpparibas.com
molding@ufji.com
moledih@nationwide.com
molesth@jwseligman.com
molinahz@bernstein.com
molinaro@princeton.edu
mollbea@vankampen.com
molly.carl@ubs-oconnor.com
molly.carleton@lehman.com
molly.mclaughlin@pioneerinvest.com
molly.rang@wamu.net
molly.schwartz@westernasset.com
molly_lee@cinfin.com
molly_r_boesel@fanniemae.com

molnarl@otpbank.hu
moloffn@bernstein.com
moloughlin@bankofny.com
molsen@pimco.com
molt_stephan@jpmorgan.com
moltenma@cmcic.fr
mom.chen@hncb.com.tw
mom@cappgroup.com
mom@ubp.ch
momer@bloomberg.net
momose-y@jsf.co.jp
mona.eraiba@tcw.com
mona.h.girotra@jpmorganfleming.com
mona.marquardt@morganstanley.com
mona.yee@sunlife.com
mona_patni@nylim.com
mona_roberts@bancone.com
monachung@daiwa-am.com.hk
mondati@hf-ccfbank.ch
monden-2n6k@jp.nomura.com
mondher.bettaieb-loriot@swisscanto.ch
mong@us.ca-indosuez.com
moni.shergill@gartmore.com
monica.aguilar@allianz.de
monica.balk@europe.hypovereinsbank.com
monica.basso@pioneerinvest.it
monica.berbif@chase.com
monica.bonar@bmo.com
monica.carta@morganstanley.com
monica.defend@pioneerinvest.it
monica.devries@lloydstsb.co.uk
monica.erickson@tcw.com
monica.espenes@nbim.no
monica.ferri@ubs.com
monica.g.maguire@bankofamerica.com
monica.g.maguire@columbiamanagement.com
monica.jaehnig@swib.state.wi.us
monica.kelly@citigroup.com
monica.knauer@mannesmann.de
monica.langa@aberdeen-asset.com
monica.larson@trs.state.tx.us
monica.mastroberardino@credit-suisse.com
monica.murray@usbank.com
monica.porcari@banca.mps.it

monica.roberson@ibtco.com
monica.senior@ris.com
monica.tschannen-hug@aigpb.com
monica.ulrich@ubsw.com
monica.wimmer@hypovereinsbank.com
monica.wong@prudential.com
monica@epsilonfunds.com
monica@ggfg.com
monica_j_fulop@fanniemae.com
monica_lanier@ml.com
monica_nagami@capgroup.com
monica_satija@freddiemac.com
monica_white@mgic.com
monika.bieri@ubs.com
monika.cronenberg@vkb.de
monika.dahlmeyer@dsl-bank.de
monika.degan@aiminvestments.com
monika.frauenschuh@vontobel.at
monika.friedl@union-investment.de
monika.garcia@barclaysglobal.com
monika.garg@columbiamanagement.com
monika.giese@novartis.com
monika.gmuer@ubs.com
monika.graczyk@shell.com
monika.hoffmann@t-mobile.de
monika.lindeman@barclaysglobal.com
monika.lynch@csresearch.us
monika.machon@aig.com
monika.nalewajko@alliancebernstein.com
monika.panger@db.com
monika.patel@anheuser-busch.com
monika.rieks@essenhyp.com
monika.roeske@dws.de
monika.schandor-steinberger@omv.com
monika.schnatterer@dit.de
monika.shrestha@lazard.com
monika.sieniawska@nordlb.com
monika.thaler@gs.com
monika.tschudi@credit-suisse.com
monika.wollensak@blb.de
monika_kollerurben@swissre.com
monika-za.isler@ubs.com
monique.delhaye@petercam.be
monique.heukels@ingim.com

monique.peiron@labanquepostale-am.fr
monique.rhue@harrisbank.com
monique.rooij-van@dsm.com
monique.srivastava@bmo.com
monique.tin@banquedorsay.fr
monique.veillerobe@calyon.com
monique.yu@fortisbank.com.hk
monir.ahmad@barclaysglobal.com
monitoring@bok.or.kr
monitu_nakaminami@mitsubishi-trust.co.jp
monk1@bloomberg.net
monks@bloomberg.net
monroe@epsilonfunds.com
monroewu@mail.pscnet.com.tw
montalto@bloomberg.net
montanuk@jwseligman.com
monte.shapiro@moorecap.com
monte_h_shapiro@fanniemae.com
montezin@swisscap.com
monti_mace@conseco.com
montione@tiaa-cref.org
montsdj@nationwide.com
montse.ramon@interdin.com
montserrat.gomez@credit-suisse.com
monty.agarwal@avmltd.com
monty.kori@fmr.com
monty.mackenzie@boigm.com
monty_gandhi@cbcm.com
moo@jyskebank.dk
moo@ubp.ch
moody.aboutaleb@shell.com
moody.karout@saudibank.com
moonilsoo@kbstar.co.kr
moonstar@bloomberg.net
moonsun7.choi@samsung.com
moore.lin@email.chinatrust.com.tw
moore@federal.com
moorec5@mail.auburn.edu
moosookim@wooribank.com
mora.golding@feri.de
morag.cowan@glgpartners.com
moraissantosfernandouser@company.com
moran02@netvision.net.il
morant@gunet.georgetown.edu

morava@bloomberg.net
morchard@thamesriver.co.uk
moreilly@chubb.com
moreno.bolamperti@am.generali.com
moresi@privata.ch
morgan.collins@wamu.net
morgan.duthon@ubs.com
morgan.grainger@glgpartners.com
morgan.jaffe@nacm.com
morgan.lackenbauer@fmr.com
morgan.lee@barclaysglobal.com
morgan.o-donovan@db.com
morgan.osullivan@sachsenlb.ie
morgan@bpviinc.com
morgane.detollenaere@ap.nxbp.com
morgane.prou@sgam.com
morganh@delaware.co.uk
morganm@gcm.com
morgen.peck@fmr.com
morgenson@nytimes.com
mori.e@daiwa-am.co.jp
mori.hiroshi@kokusai-am.co.jp
mori.k@daiwa-am.co.jp
mori.y@daiwa-am.co.jp
mori_hideaki@emai.asahi-life.co.jp
morian.mooers@genworth.com
moriani@mi.unicatt.it
morihuang@mail.cbc.gov.tw
morii03300@nissay.co.jp
mori-ka@daiwasbi.co.jp
morikami@dl.dai-ichi-life.co.jp
morikawa-2ncw@jp.nomura.com
mori-ko@daiwasbi.co.jp
morio_hoshino@tr.mufg.jp
morioka@daiwa-am.co.jp
morioka@nam.co.jp
morioka_ryo@dn.smbc.co.jp
morita.kazunori@daido-life.co.jp
morita@isd.taisei.co.jp
morita-masahiro@mitsubishi-sec.co.jp
moritz.baumann@juliusbaer.com
moritz.breipohl@hsh-nordbank.com
moritz.klussmann@db.com
moritz.mielke@commerzbank.com

moritz.rieper@db.com
moritz.sell@lbb.de
moritz.soler@ubs.com
moritz.waelti@juliusbaer.com
moritzk@iadb.org
moriya05260@nissay.co.jp
moriya-t@marubeni.com
moriyuki.ito@axa.co.jp
morlando@ssm.com
morong@orncapital.com
moroni_noronha@freddiemac.com
morr@bankofcanada.ca
morrine.thompson@barclaysglobal.com
morris.cg@mellon.com
morris.chen@tcw.com
morris.disston@ae.abnamro.com
morris.li@email.chinatrust.com.tw
morris.may@hsh-nordbank.com
morris.ra@tbcam.com
morris.sachs@rbsgc.com
morris.susan@gene.com
morris_bill@jpmorgan.com
morris_marie@jpmorgan.com
morris_noble@ustrust.com
morrisal@boiss.boi.ie
morrison@leggmason.com
morrisroe@bessemer.com
morrissbrian@bloomberg.net
morrissey.pm@tbcam.com
morrock@bloomberg.net
morrongiello.michael@nomura-asset.com
morrowj@strsoh.org
morschulik@pembacreditadvisers.com
morte@bloomberg.net
morten.baltzersen@im.storebrand.no
morten.christensen@im.storebrand.no
morten.grove@nordea.com
morten.gustafson@catella.dk
morten.herholdt@cazenovecapital.com
morten.kreutz@dnb.no
morten.lertroe@geninvest.de
morten.madsen@dnbnor.no
morten.molde@kap.norges-bank.no
morten.schwarz@gjensidige.no

morten.steinsland@nordea.com
morten@storebrand.com
morten@work.com
morten_andersen@blackrock.com
mortenroed@bloomberg.net
mortimer.kelly@bbh.com
mortin.plawner@pseg.com
mortiz.rieper@db.com
mortiz@eatonvance.com
mortonl@fhlbsf.com
morven.beattie@anfis.co.uk
moschb@bloomberg.net
moschitzki@am-gruppo.de
mosekic@bob.bw
moseltin@bloomberg.net
moses.ck@dreyfus.com
moshe.barak@nisanet.com
most@dpbank.dk
mostafa.gamal@cibeg.com
mostafa_raddaoui@fanniemae.com
mosti@bloomberg.net
mostrowski@metlife.com
mot.eu@adia.ae
mothc@delaware.co.uk
moti.szuszan@mailpoalim.co.il
motidus@po.jsf.co.jp
motohiro.koga@mizuho-cb.co.jp
motoki_otsuka@tr.mufg.jp
motonbu.sigumoto@mizuho-cb.co.jp
motoshige_hayashi@tr.mufg.jp
motoyama_taichi@rn.smbc.co.jp
motresearch@maersk.com
motsumig@bob.bw
motswagaep@bob.bw
motterson@androscogginbank.com
motterstrom@waddell.com
mottuss@gruntal.com
mouad.boutaour@bnpparibas.com
moudy.elkhodr@ingim.com
mouha.ait-el-ghachi@caam.com
mouldst@clinton.com
mouna.sabiri@etoile-gestion.com
mounir.meslem@calyon.com
mounir_mikhail@bankone.com

mourad.berrahoui@commerzbank.com
mourad.tahiri@bnpparibas.com
mourad_a_elayan@newyorklife.com
mouradian@dcmc.creditlyonnais.fr
mouratov@vtb.ru
mousumi.chinara@inginvestment.com
moy@atlanticinvestments.net
moya-anne.mccaskill@fidelity.com
moyeen.ahmad@nokia.com
moynihan.r@dreyfus.com
moyya@keb.co.kr
mozart.brahim@bia.com.bn
mozur.sa@mellon.com
mp@fideuramgestions.lu
mp3@princeton.edu
mp74@ntrs.com
mpa@fmo.nl
mpacifico@bankofny.com
mpadhy1@bloomberg.net
mpados@metlife.com
mpagetgoy@unigestion.com
mpaisner@oppenheimerfunds.com
mpajarillo@adb.org
mpak@westernasset.com
mpalermo@allstate.com
mpalmer@resurgencellc.com
mpalmeri@us.mufg.jp
mpandit@mandtbank.com
mpandolfi@mfs.com
mpandya@belvederetrust.com
mpanichi@key.com
mpapa@mfs.com
mpappas@nb.com
mparagas@frk.com
mpardo@vircap.com
mparekh@bankofny.com
mpark@caxton.com
mparker@dsaco.com
mparker@europeancredit.com
mparker@nabny.com
mparker@opers.org
mparrish@aegonusa.com
mpascal@mfs.com
mpasin@benetton.it

mpasquale@smithbreeden.com
mpassmore@hcmlp.com
mpastore@icbpi.it
mpatel@babsoncapital.com
mpatel@luminentcapital.com
mpatton@templeton.com
mpavuk@federatedinv.com
mpbendon@up.com
mpc@bpi.pt
mpdept@bok.or.kr
mpdigregorio@wellington.com
mpe@ntrs.com
mpeacock@newstaram.com
mpearson@fhlbc.com
mpeck@caxton.com
mpede@valance.us
mpeden@absbc.org
mpellemeier@bloomberg.net
mpendergast@hgk.com
mpenn@lmcm.com
mperalta@tiaa-cref.org
mpereira@mfs.com
mperezar@notes.banesto.es
mpernas@invercaixa.es
mpernhorst@provinzial-online.de
mperon@lineq.com
mpeterson@bankcalumet.com
mpettirossi@mfs.com
mpetty@wasatchadvisors.com
mpeyton@tiaa-cref.org
mpg3@ntrs.com
mpgilbert@aegonusa.com
mpiatkowski@sasiny.com
mpicard@omega-advisors.com
mpiccolo@fondianima.it
mpicker@jennison.com
mpicozzi@bloomberg.net
mpierre@groupama-am.fr
mpierre@tiaa-cref.org
mpiersol@standishmellon.com
mpietronico@bloomberg.net
mpifferi@fideuramcapital.it
mpinato@europeancredit.com
mpinto@mandtbank.com

mpiper@ci.collins-stewart.com
mpistner@ullico.com
mpittman@allstate.com
mpitts@barbnet.com
mpl@carnegieam.dk
mpla@danskebank.com
mplage1@bloomberg.net
mpleet@oppenheimerfunds.com
mplluska@eatonvance.com
mpm@thamesriver.co.uk
mpmiller@wellington.com
mpodraza@msfi.com
mpoggi@brownadvisory.com
mpolcari@bloomberg.net
mpolitis@mfs.com
mpolk@sfbli.com
mpompeu@socgen.com
mpons@creditandorra.ad
mporada@federatedinv.com
mporet@pictet.com
mporrell@invest.treas.state.mi.us
mporter@fayezsarofim.com
mporter@fhhlc.com
mporter@nb.com
mporterward@troweprice.com
mpowers@delinvest.com
mpoznar@thehartford.com
mpozoloz@cajamadrid.es
mpozzi@mps.it
mppeillon@groupama-am.fr
mppomar@sanostra.es
mprainito@nb.com
mprasad@ofii.com
mpregler@munder.com
mpressley@torchmarkcorp.com
mpresto@caxton.com
mpreston@humana.com
mprice1@bloomberg.net
mprince@angelogordon.com
mprindiv@allstate.com
mprinn@canyonpartners.com
mprins@ers.state.tx.us
mprizia@inasim.gruppoina.it
mprochazka@valance.us

mproche@bloomberg.net
mproctor@evcap.bm
mprofili@us.nomura.com
mprokunina@worldbank.org
mpron@ifsam.com
mpron@lordabbett.com
mpryce@nabny.com
mpryshlak@wellington.com
mpschmitt@tiberasset.com
mpshumway@wellington.com
mptrindade@banco-privado.pt
mpucci@metlife.com
mpugh@pughcapital.com
mpuglia@icbpi.it
mpuleo@canyonpartners.com
mpulsi@ftci.com
mpusateri@hbk.com
mpz001@maersk.com
mqb@capgroup.com
mqian@tiaa-cref.org
mquackenbush@metlife.com
mquagliotti@fideuramsgr.it
mquarti@fideuramireland.ie
mquigley@turnerinvestments.com
mquilico@allstate.com
mquinlan@frk.com
mquinlivan@mandtbank.com
mquinn@aamcompany.com
mquinn@oppenheimerfunds.com
mr@carnegieam.dk
mr19@ntrs.com
mraaberg@fhlbc.com
mraboso@invercaixa.es
mrackham2@bloomberg.net
mracz@bloomberg.net
mradar@notes.banesto.es
mradke@aegonusa.com
mradville@fmaadvisors.com
mraezer@rockco.com
mraguso@us.ibm.com
mraines@chubb.com
mrajan@perrycap.com
mraleman@scif.com
mramirez@canyonpartners.com

mramos@bankpyme.es
mrapoport@ellington.com
mravanesi@loomissayles.com
mray@jhancock.com
mray@lmfunds.com
mrayman@federatedinv.com
mrbengson@unionbankph.com
mrcuestar@repsolypf.com
mrdebovis@leggmson.com
mre@capgroup.com
mreagan@sunamerica.com
mredlinski@deerfieldcapital.com
mreed@frk.com
mreger@avmltd.com
mregnault-stoel@aegon.nl
mregnier@generali.fr
mrego@xlserv.com
mreidlinger@bear.com
mreilly@aegonusa.com
mreilly@blackrock.com
mreinganum@oppenheimerfunds.com
mreinhardt@bper.ch
mreinisch@sisucapital.com
mremorini@grifogest.it
mrepaci@halcyonllc.com
mresch@meag.com
mreutter@bloomberg.net
mreyes@bcentral.cl
mrf@jyskebank.dk
mrf8@daimlerchrysler.com
mrfei@cmbchina.com
mrgossel@bloomberg.net
mrharding@statestreet.com
mrhodes@utendahl.com
mribot@bancamarch.es
mricco@babsoncapital.com
mrich@hcmlp.com
mrichardson@mmlassurance.com
mrico@banxico.org.mx
mriddiford@europeancredit.com
mridgway@levi.com
mridul.mehta@citadelgroup.com
mrietbrock@caxton.com
mrifflemacher@statestreet.com

mrini@btmna.com
mrini@us.mufg.jp
mriordan@bloomberg.net
mrissanen1@bloomberg.net
mritchie@swst.com
mrivera@ag-am.com
mrivera@sierraglobal.com
mrivero@worldbank.org
mrk.ad@adia.ae
mrk.sorensen@carval.com
mrk@ubp.ch
mrl@smbc-si.com
mrl1661@glaxowellcome.com
mrm@capgroup.com
mrm253@cornell.edu
mrmenezes@spinnaker.com.br
mrmohler@us.oracle.com
mroberge@mfs.com
mroberts@incomeresearch.com
mrobertson@bailliegifford.co.uk
mrobertson@tswinvest.com
mrobinson13@bloomberg.net
mroch@metlife.com
mrochaco@banrep.gov.co
mrochelli@perrycap.com
mrodier@wellington.com
mrodri01@cajamadrid.es
mrodrig23@bloomberg.net
mrodrigs@bancomext.gob.mx
mrogers@fhhlc.com
mrogov@fftw.com
mrogozinski@exchange.ml.com
mroitmayer.rvs@salzburg.raiffeisen.at
mromano@sanpaolo.lu
mromeroc@cajamadrid.es
mroneill@gkst.com
mrooks@firstcarolina.org
mroper@ups.com
mrosa@millenniumbcp.pt
mrosauro@chevron.com
mrose@litchcap.com
mrosen@bear.com
mrosen@oppenheimerfunds.com
mrosenberg@tigerglobal.com

mrosenstein@cutterassociates.com
mrosenthal@fndaonline.com
mrospetti@fideuramcapital.it
mrossi@fftw.com
mroth@angelogordon.com
mrothway@tiaa-cref.org
mrp2@ntrs.com
mrs@columbus.com
mru@nbim.no
mrubashkin@bloomberg.net
mrudler@bloomberg.net
mrudy@templeton.com
mruff@russell.com
mruflin@mandtbank.com
mruizgil@banrep.gov.co
mrupp@isigrp.com
mrupp@lincap.com
mrusseljones@bankofny.com
mrwedodge@ninegatescapital.com
mry@lrc.ch
mryan@berkeleydelta.com
mrzepecki@fhlbc.com
ms@azimut.it
ms@carnegieam.dk
ms@dodgeandcox.com
ms@gruss.com
ms777.kim@samsung.com
msa@jyskebank.dk
msabino@bankofny.com
msachse@meag.com
msadow@bloomberg.net
msahn@samsung.com
msainz@bde.es
msaito@nochubank.or.jp
msaito@us.mufg.jp
msaitoh@manubank.com
msalamone@bloomberg.net
msalasd@sanostra.es
msalmon@mfs.com
msalud@fibanc.es
msalvay@payden-rygel.com
msalvi@standishmellon.com
msalzillo@ryanlabs.com
msample@bloomberg.net

msanch@wharton.upenn.edu
msanchez@ahorro.com
msanchez@notes.banesto.es
msanchez@prudential.com
msandar@notes.banesto.es
msandbulte@fbfs.com
msankey@nb.com
msano4@sompo-japan.co.jp
msantiaa@notes.banesto.es
msantini@bci.it
m-sasaki@nochubank.or.jp
msass72@mdsass.com
msato@dow.com
msato@wellington.com
msatyshur@merctrust.com
msauer@arielinvestments.com
msaurino@bloomberg.net
msauvageot@oddo.fr
msawatzky@jhancock.com
msaxe@loews.com
msbakshi@wellington.com
mscaduto@bankofny.com
mscala@delinvest.com
mscanlon@mfcglobalus.com
mscaraba@lordabbett.com
mscarabaggio@lordabbett.com
mscaromella@bsct.ch
mscarpa@nb.com
mschachter@hbk.com
mschafer@seic.com
mschaub@union-investment.de
mschepps@tiaa-cref.org
mschill@us.nomura.com
mschnabel@hcmlp.com
mschneider@bear.com
mschoene@lehman.com
mschoenfelder@ryanbeck.com
mscholten@siichi.com
mschonge@princeton.edu
mschrage@caxton.com
mschramm4@bloomberg.net
mschrieber@nb.com
mschuepbach@bloomberg.net
mschuessler@bloomberg.net

mschulhof@denveria.com
mschulz@allstate.com
mschuster@bank-banque-canada.ca
mschwab@wellington.com
mschwartz@nb.com
msclark@compuserve.com
mscolari@gnf.it
mscorpio@bloomberg.net
mscott@tullib.com
mscott@ustrust.com
msdfsd@mas.gov.sg
mseah@income.com.sg
mseal@mcmorgan.com
mseeman@meag-ny.com
mseeman@wellscap.com
mseferovich@waddell.com
mseidell@metlife.com
mseidner@standishmellon.com
mseitz@munichre.com
mseitz@williamblair.com
mselz@farcap.com
msemenenko@jennison.com
mseng@princeton.edu
msennett@farcap.com
mseo@rockco.com
msetrouk@pictet.com
msexton@ffbonline.com
msforza@opers.org
msg6166@red.cam.es
msgignac@wellington.com
msh.ef@adia.ae
msh.tr@adia.ae
mshamia@senecacapital.com
mshams@princeton.edu
mshanahan@opers.org
mshank@loomissayles.com
mshao@usa.dupont.com
mshapiro@apple.com
msharma@mfs.com
mshattan@jennison.com
mshaughnessy@mfs.com
msheehy@bankofny.com
msheehy@chittenden.com
msheehy@fftw.com

msheer@mdsass.com
msheerin@angelogordon.com
msheldon@incomeresearch.com
mshelstad@aamcompany.com
mshelton@nicholasfunds.com
mshen@unumprovident.com
mshepar@frk.com
msherman@jbhanauer.com
msherman@opers.org
msherman@sierraglobal.com
mshernandez@repsol-ypf.com
mshimony@leumi.ch
mshin@bear.com
mshing@tiaa-cref.org
mshmaruk@tiaa-cref.org
mshmleva@bankofny.com
mshoaf@opers.org
m-shoji@nochubank.or.jp
mshort@jhancock.com
mshort@ocwen.com
mshort@pershing.com
mshostedt@smithbreeden.com
mshtilman@ambac.com
mshumaker@munder.com
msi3@bloomberg.net
msiddiqui@canyonpartners.com
msiegel@babsoncapital.com
msierra@ahorro.com
msilber@rentec.com
msiliceo@bancomext.gob.mx
msilver@nyct.net
msimdaily@morganstanley.com
msimeoni@bloomberg.net
msimons@millertabak.com
msimpson@aegonusa.com
msimpson@fhlbatl.com
msimpson@fideuramireland.ie
msim-swaps@morganstanley.com
msing@metlife.com
msing@tcbank.com.tw
msinger@fhlbi.com
msinishtaj@hfw1.com
msirch@meag.com
msirera@hibernia.com

msisson@howeandrusling.com
msjohnson@fhlbdm.com
msk4@pge.com
mskatrud@oppenheimerfunds.com
mskiba@mcleanbudden.com
mskinner1@bloomberg.net
mskorich@bbandt.com
mskuratovskaya@worldbank.org
mslacamera@wellington.com
msledge@bloomberg.net
mslentz@dresdner.com
msloan@ncmcapital.com
mslootsky@fftw.com
msmakivic@wellington.com
msmid@sis.cz
msmiley@nbindpls.com
msmith@aflac.com
msmith@johim.co.uk
msmith@kio.uk.com
msmith@lordabbett.com
msmith@mfs.com
msmith@penncapital.com
msmolinsky@bankofny.com
msnyder@meag-ny.com
msobolewski1@bloomberg.net
msodergren@dkpartners.com
msolis@us.mufg.jp
msolomon@fhlb-pgh.com
msolt@fdic.gov
msomerman@deerfieldcapital.com
msonego@autostrade.it
msong@perrycap.com
msong@princeton.edu
msonnenholzner@munichre.com
msoriana@bcj.gbancaja.com
msosland@bear.com
msouders@guildinvestment.com
msoussan@westernasset.com
msouthgate@swissca.co.uk
msowell@bloomberg.net
mspadott@benetton.it
mspalla@mfs.com
msparks@caxton.com
mspecht@bloomberg.net

mspencer@freedom-capital.com
mspinar@oppenheimerfunds.com
mspitler@allegiancecapital.com
msquitieri@viningsparks.com
msr@mn-services.nl
msrikantaiah@wellington.com
mss.tr@adia.ae
msscherer@leggmason.com
mssp@capgroup.com
mstadlm@gsb.uchicago.edu
mstandish@allegiancecapital.com
mstanley@wasatchadvisors.com
mstapleton@jhancock.com
mstasik@caxton.com
mstatham@westpac.com.au
mstaub@ppmamerica.com
msteele@stephens.com
msteffy@citadelfcu.org
mstein@emmny.com
mstein@nb.com
msteinberg@aigtc.com
msteinik@browncapital.com
mstelmacki@gofen.com
mstemmler@fhlb-pgh.com
mstephens@bloomberg.net
mstephenson@jpmorgan.com
mstevovich@waddell.com
mstewart@provequity.com
mstlaurent@essexinvest.com
mstory@westernasset.com
mstouffer@deerfieldcapital.com
mstought@opers.org
mstpierre@bear.com
mstrasburg@faralloncapital.com
mstrauss@bper.ch
mstrebel@metlife.com
mstrohf@templeton.com
mstrom@loomissayles.com
mstrome@strome.com
mstroyman@canyonpartners.com
mstrzepka@wellington.com
mstung@delinvest.com
msugimoto@nochubank.or.jp
msulliban@pjc.com

msullivan@farcap.com
msullivan@hbk.com
msullivan@nb.com
msullivan@sterneagee.com
msullivan@us.mufg.jp
msun@dow.com
msundberg3@bloomberg.net
msw5@ntrs.com
mswaak@aegon.nl
mswanson@babsoncapital.com
mswezey@bloomberg.net
mswintek@bankofny.com
mswotes@angelogordon.com
msy@ubp.ch
msyal@payden-rygel.com
msylvestri@dlbabson.com
msyp@bloomberg.net
msyudah@mas.com.my
msznajer@wellington.com
mt7@americancentury.com
mt74@ntrs.com
mt98@ntrs.com
mtabbott@wellington.com
mtaber@ssrm.com
mtafur@bloomberg.net
mtaggart@ustrust.com
mtaglia@frk.com
mtagliaferri@fondianima.it
mtakagi@us.mufg.jp
mtakahashi@daiwasbi.com.hk
mtaliercio@bloomberg.net
mtam@mas.gov.sg
mtam@tiaa-cref.org
mtang@adb.org
mtang@mail.notes.bank-of-china.com
mtanis@fnccorp.com
mtassinari@bloomberg.net
mtata@mfs.com
mtau@metlife.com
mtaylor@oppenheimerfunds.com
mtaylor@vcallc.com
mtbaillargeon@ecofi.fr
mtcalderonc@bancopastor.es
mtee@pictet.com

mteichmann@bloomberg.net
mteichner@relico.com
mteifeld@ftci.com
mtenney@statestreet.com
mtesla@federatedinv.com
mteubner@massmutual.com
mtg@ntga.ntrs.com
mth.tr@adia.ae
mthakor@sarofim.com
mtheurber@cisco.com
mthiam@statestreet.com
mthomas@fhlbc.xom
mthompson@bayharbour.com
mthompson@bpbtc.com
mthompson@tswinvest.com
mthompstone@mfs.com
mthomsic@vestarden.com
mthomson@beutelgoodman.com
mthomson@rbs.co.uk
mthoyer@stonehillcap.com
mthuang@metlife.com
mtiberii@jhancock.com
mtierney@loomissayles.com
mtietz@bankofamerica.com
mtimm@bpviinc.com
mtimmins@cazenove.com
mtincher@ubs.com
mtiperma@us.nomura.com
mtirasso@erg.it
mtish18@yahoo.com
mtl.tr@adia.ae
mtl@sitinvest.com
mtll@capgroup.com
mtlynch@wellington.com
mtmanteufel@statestreet.com
mtmasdea@wellington.com
mtmorrissey@bloomberg.net
mto@senecacapital.com
mtobin@halcyonpartnerships.com
mtodaro@mandtbank.com
m-tojima@tmam.co.jp
mtolbert@federatedinv.com
mtolusic@hcmlp.com
mtong@ftci.com

mtonmi1@sompo-japan.co.jp
mtoohey@troweprice.com
mtoomey@jhancock.com
mtopley@turnerinvestments.com
mtoppi@stpaultravelers.com
mtorline@allegiancecapital.com
mtorres@bayernlbny.com
mtorresfer@bga.gbancaja.com
mtoso@juliusbaer.com
mtosteson@sib.wa.gov
mtourigny@gwkinc.com
mtphillips@bloomberg.net
mtquek@mas.gov.sg
mtraber@nevrodie.com
mtrahan@hcmlp.com
mtrautman@shay.com
mtraver@nevrodie.com
mtreter@bondwave.com
mtrevisan@bci.it
mtruelsen@denveria.com
mts.tr@adia.ae
mts@atalantasosnoff.com
mtsanders@unumprovident.com
mtstover@wellington.com
mtsu@alaskapermfund.com
mtsuchi@dl.dai-ichi-life.co.jp
m-tsuchida@nochubank.or.jp
mtsui@bloomberg.net
mtsuruta@ttbgam.co.uk
m-tsuruta@ufjtrustbank.co.jp
m-tsuzaka@meijiyasuda.co.jp
mtu@apollodif.com
mtucker@federatedinv.com
mtully@sandlercap.com
mtunno@bloomberg.net
mturgel@eatonvance.com
mturner@babsoncapital.com
mturner@hcmlp.com
mturner@osbornpartners.com
mturner@smithbreeden.com
mturner@turnerinvestments.com
mturner@wsfsbank.com
mtyler@tswinvest.com
mtzavelis@angelogordon.com

mu@capgroup.com
mu1@ntrs.com
muammer.cakir@akbank.com
mubushra.beg@morleyfm.com
m-uchida1031@iris.eonet.ne.jp
mueller.michael@dgbank-dip.de
mueller@benchmark.at
muellerk@kochind.com
muerto@bloomberg.net
mufen@bankatlantic.com
muhaizam@bnm.gov.my
muhammad.khan@pfpc.com
muhammad.s.elatab@dartmouth.edu
muhl@bloomberg.net
muhssin_yacoubi@freddiemac.com
muizz@bnm.gov.my
mujeebu.rahman@arabbanking.com
mukai-0ddd@jp.nomura.com
mukesh.sethi@shell.com
mukesh.sharma@bmo.com
mukesh_s_desai@fanniemae.com
mukund.ballal@arabbanking.com
mukund.kumar@pimco.com
muldall@bloomberg.net
muller@fes.ch
muller_paul@jpmorgan.com
mullero@ebrd.com
mullins.b@mellon.com
mulvey@princeton.edu
mulvihill_robert@jpmorgan.com
mumbrue@sabadellatlantico.com
mumemoto@bloomberg.net
muminova@ebrd.com
mun@ubp.ch
munakata@nam.co.jp
munderwood@hbk.com
mundia.dn@tbcam.com
muneki_otoda@mitsubishi-trust.co.jp
munemasa_hiroshi@ra.smbc.co.jp
muneo_morita@am.sumitomolife.co.jp
munewer.kaya@genworth.com
munger@bankofny.com
munib.madni@aberdeen-asset.com.au
munir.dean@citigroup.com

muniras@kia.gov.kw
munish.gupta@wamu.net
munish.r.varma@db.com
munkiseo@hanabank.com
munkit@dbs.com
munlaiyoke@gic.com.sg
munnsia@london.cic.fr
muntazeer_rizvi@ml.com
mupdegraff@unumprovident.com
murai@plaza-am.co.jp
murakami.naomi@kokusai-am.co.jp
murakami@nam.co.jp
murali.balaraman@blackrock.com
murali.sankar@jpmorgan.com
murali_krishnamurthy@fanniemae.com
muralidharan_iyer@ml.com
muramatsu@daiwasbi.co.jp
muramatsu02877@nissay.co.jp
muramatsu24247@nissay.co.jp
murasat@po2.jsf.co.jp
murase@nam.co.jp
murase_mitsuhiro@ck.smbc.co.jp
murat.gunc@longview-partners.com
murat.korkmaz@usa.dupont.com
murat.ozbaydar@soros.com
murat.ozer@abank.com.tr
murat.ural@akbank.com
murat.uysal@halkbank.com.tr
murat_karakurt@freddiemac.com
murat_sensoy@ssga.com
murata.mitsuaki@daido-life.co.jp
murata.yusuke@kokusai-am.co.jp
murata@pimco.com
murata_toshiaki@mail.asahi-life.co.jp
murata-k@daiwasbi.co.jp
muratorm@strsoh.org
muratsaa@garanti.com.tr
murban@aegonusa.com
murdoch.m.johnson@columbiamanagement.com
muri_sadler@aimfunds.com
muriel.alphen@lazard.fr
muriel.baumann@geberit.com
muriel.bonnet@dexiafr-dexia.com
muriel.freriksen@ingim.com

muriel.kale@gartmore.com
muriel.l'homme@axa-slim.co.uk
muriel.michaud@vontobel.ch
muriel.patin@socgen.com
muriel.pitner@caam.com
muriel_nichols@ustrust.com
murielle.servais@ethias.be
murielle_pierre-louis@nylim.com
murisaka@lf.mufg.jp
murliravi@temasek.com.sg
murohashi02816@nissay.co.jp
murphy.mccann@pimco.com
murphyd@fhlbsf.com
murqyhart@bailliegifford.com
murray.scott@swipartnership.co.uk
murraya@edfd.com
musa.haddad@nbad.ae
musak.michal@slsp.sk
musejnoski@metlife.com
muska.chiu@citi.com
mussadiq.lakhani@rbccm.com
musserjj@ah.org
mustafa.erdogan@fortis.com.tr
mustafa.jama@morganstalney.com
mustafa.sari@ahbr.de
mustaq.f.rahaman@jpmorgan.com
mustarof@jwseligman.com
mustufa.khan@barclaysglobal.com
mut.tr@adia.ae
muthusankar@northwesternmutual.com
muto@nam.co.jp
mutreja@wharton.upenn.edu
m-utsumi@nochubank.or.jp
muzahir.degani@barclaysglobal.com
mv6@ntrs.com
mva@gr.dk
mvalenzano@canyonpartners.com
mvallad@entergy.com
mvalsangiacomo@bancasempione.ch
mvandenb@munder.com
mvandersen@wellington.com
mvandyke@bbandt.com
mvanhelden@schootsepoort.nl
mvankints@troweprice.com

mvanlang@finama-am.fy
mvanmaanen@waddell.com
mvanmeter@victoryconnect.com
mvanmeter@vmfcapital.com
mvanraaphorst@westernasset.com
mvargova@rocko.com
mvarner@allstate.com
mvaselkiv@troweprice.com
mvc1@bloomberg.net
mvdelore@gapac.com
mvdheide@aegon.nl
mvella.vfm@bov.com
mvenezia@eatonvance.com
mvenkatesan@unumprovident.com
mvento@hapoalimusa.com
mventurelli@iccrea.bcc.it
mverdug@frk.com
mvertova@cracantu.it
mvf@capgroup.com
mvi@nbim.no
mvicik@allstate.com
mvictory@ellington.com
mvillamin@unfcu.com
mvillemin@generali.fr
mviscio@omega-advisors.com
mvitek@allstate.com
mvl@capgroup.com
mvmckee@wellington.com
mvodola@fftw.com
mvpike@wellington.com
mvpisarczyk@dcmiglobal.com
mvredenburgh@jennison.com
mvreeland@bloomberg.net
mvroom@gwkinc.com
mvs@klp.no
mw@carnegieam.dk
mw29@ntrs.com
mw333@cornell.edu
mw6144@sbc.com
mwachter@rmbcapital.com
mwaghe1@bloomberg.net
mwagner@mutualofamerica.com
mwakida@bloomberg.net
mwalde@state.wy.us

mwalker@calfed.com
mwalker@dow.com
mwalker@hollandcap.com
mwalker@massmutual.com
mwalker@nabny.com
mwalker@richmondcap.com
mwalker@the-ark.com
mwallac@frk.com
mwallace@gcoelf.com
mwallace@whitepinecapital.com
mwallacerepo@bloomberg.net
mwallis@axia-advisors.com
mwalls@waddell.com
mwalsh@bradfordmarzec.com
mwalsh@imf.org
mwalterspiel@munichre.com
mwalton@fhwn.com
mwalz1@bloomberg.net
mwan@frk.com
mwang@panagora.com
mwarden@waddell.com
mwarminger@isis.co.uk
mwarner@blackrock.com
mwarner@ustrust.com
mwasson@ftci.com
mwatanabe@ibjus.com
mwaterhouse@comcast.net
mwaterhouse@tecapital.com
mwatson@kio.uk.com
mwchen@hotmail.com
mwcunn@hotmail.com
mwebler@duqlight.com
mweeks@bloomberg.net
mweeks@rockco.com
mweidner@ftci.com
mweigman@troweprice.com
mweilheimer@bloomberg.net
mweilheimer@eatonvance.com
mweinstein@fsa.com
mweinstein@nytimes.com
mweir@metlife.com
mweir@scoteq.co.uk
mweisbrod@frk.com
mweisbuch@bankofny.com

mweisenberg@rockco.com
mweisenberger@eudaimonia-invest.com
mweiss@loomissayles.com
mweith@deerfieldcapital.com
mwelch@loomissayles.com
mwellein@versorgungskammer.de
mwelsh@microsoft.com
mwelty@ubs.com
mwendorf@bloomberg.net
mwenzel@bayernhb.de
mwenzel@meag.com
mwerner@richmond.edu
mwerth@munichre.com
mwestman@newsalemcapital.com
mwetherington@barrowhanley.com
mwhalen@mwvinvest.com
mwharry@lehman.com
mwhasib@wellington.com
mwhigham@bloomberg.net
mwhitbread@mfs.com
mwhitbysmith@metlife.com
mwhite@dsaco.com
mwhittingham@bank-banque-canada.ca
mwi@lrc.ch
mwi@nbim.no
mwible@federatedinv.com
mwickwire@metlife.com
mwil@bloomberg.net
mwilbanks@smithgraham.com
mwilber@alfains.com
mwilburn@jennison.com
mwilken@sarofim.com
mwillems@svb.nl
mwilley@frk.com
mwilley@ppmamerica.com
mwilliams@crawfordinvestment.com
mwilliams@hfw1.com
mwilliams@oppenheimerfunds.com
mwilliams@waddell.com
mwilliams3@metlife.com
mwilson@internal.massmutual.com
mwilson@mfs.com
mwiniarczyk@bloomberg.net
mwinkelman@bloomberg.net

mwirtz@jennison.com
mwitherell@mfs.com
mwitter@wdwitter.com
mwittnebel@deerfieldcapital.com
mwjf0414@kbstar.co.kr
mwjones@otfs.state.ga.us
mwlee@wachoviasec.com
mwlim@spinnakerasia.com
mwm@afcmb.com
mwmcguirk@bkb.com
mwmo@bloomberg.net
mwojtusiak@angelogordon.com
mwolburg@am-gruppe.de
mwolf@mmwarburg.com
mwolfe@nystrs.state.ny.us
mwolfe@vmfcapital.com
mwolfersberger@divinv.net
mwolverton@waddell.com
mwong@canyonpartners.com
mwong@statestreet.com
mwood@alaskapermfund.com
mwood@nystrs.state.ny.us
mwoode@aegonusa.com
mworos@bankofny.com
mwpowell@bloomberg.net
mwren@fandc.co.uk
mwright@loomissayles.com
mwrigley@bankofny.com
mwu@fcminvest.com
mwu@foresters.biz
mwukitsch@turnerinvestments.com
mwunruh@household.com
mwydler@maninvestments.com
mwyne@fftw.com
mwyskiel@merctrust.com
mxb@mn-services.nl
mxi@columbus.com
mxime.ruyet@caam.com
mxkelly-kearsley@chevychasebank.net
mxliu@tiaa-cref.org
my.caohuy@do.treas.gov
myabe@us.tr.mufg.jp
myager@calstrs.com
myama@dl.dai-ichi-life.co.jp

myamada62@sompo-japan.co.jp
myamini@tiaa-cref.org
myannopoulos@alpha.gr
myasner@jhancock.com
myasuda@ecmjapan.com
myeager@lkcm.com
myean@pacificincome.com
myeh@mail.cbc.gov.tw
myemini@cref.com
myeo6@bloomberg.net
myers.joshua@pennmutual.com
myers_jennifer@fsba.state.fl.us
myersal@mail.northgrum.com
myip@sib.wa.gov
myla.cruz@lazard.com
mylene.karch@bnpparibas.com
myles.osborn@gs.com
myles_glaser@acml.com
mylim@mas.gov.sg
mylinh.tran@ambeacon.com
mylnikova@bernstein.com
mynameandy1972@yahoo.com
mynstep@nationwide.com
myogo@princeton.edu
myojeong@wooribank.com
myojin@tr.mufg.jp
myoshimoto@bloomberg.net
myoung@caxton.com
myra.bauza@chase.com
myra.wonisch@fmr.com
myra_a_almase@bankone.com
myriam.calvera@interbrew.com
myriam.elhachadi@axa-im.com
myriam.frileux-gaussier@bnpparibas.com
myriam.guervin@dexia-am.com
myriam.hildbrand@publica.ch
myriam.leuenberger@publica.ch
myriam.moisan@innocap.com
myrna@san.rr.com
myron.dutenhoffer@gecapital.com
myron.dutenhoffer@wamu.net
myron.manternach@robecoinvest.com
myron.oppenheimer@pnc.com
mysh@chevrontexaco.com

myu@mapension.com
myuan@bear.com
myuen@ftci.com
myun@metlife.com
mz@manleymgt.com
mz2015@columbia.edu
mz224@cornell.edu
mz5@ntrs.com
mz75@cornell.edu
mzabala@metlife.com
mzaccard@jefco.com
mzaino@ubs.com
mzakas@walterind.com
mzarur@banxico.org.mx
mzatarain@bft.fr
mzavanelli@oppenheimerfunds.com
mzdunek@fmaadvisors.com
mzeifert@allstate.com
mzeizel@ftci.com
mzelouf@wamco.co.uk
mzercoe@1838.com
mzetchi@pictet.com
mzhang@invescodallas.com
mzhao1@worldbank.org
mzi.njamela@resbank.co.za
mzimmerman@nb.com
mzinkula@aegonusa.com
mzion@btmna.com
mzion@us.mufg.jp
mzonghetti@standishmellon.com
mzrk1@bok.or.kr
mzucker@qgcapital.com
mzussman@jennison.com
n.a@n.a.com
n.adj@robeco.nl
n.ando@noemail.com
n.apsley@mitsubishi-trust.co.uk
n.azar@adic.ae
n.brunel@lvmh.fr
n.chetwynd@noemail.com
n.craven@azemos.ch
n.delgado@prsint.com
n.drouin@lvmh.fr
n.duchenne@mwam.com

n.fiebig@woelbern.de
n.figurelli@fineco.it
n.fujiwara@skam.co.jp
n.giuliani@kairospartners.com
n.gouderjaan@robeco.nl
n.gupta@morganstanley.com
n.h.p.h.huls@schretlen.com
n.habachy@olayan.com
n.inui@noemail.com
n.ivanov@bloomberg.net
n.janahi@ncbc.com
n.kaneko@noemail.com
n.kita@meijiyasuda.co.jp
n.konno@noemail.com
n.labram@hermes.co.uk
n.lowe@alaskausa.org
n.m.polak@robeco.nl
n.manuti@srfsanpaoloimi.com
n.marcheselli@barilla.it
n.massie@leggmasoninvestors.com
n.mercusa@eib.org
n.milianitis@eib.org
n.molenaar@robeco.nl
n.moreau@gt-finance.fr
n.nesdale@mwam.com
n.nielsen@mwam.com
n.orland@eib.org
n.patel@hermes.co.uk
n.perez@fineco.it
n.pugh@lcfr.co.uk
n.rezzonico@finpromotion.ch
n.saghir@robeco.nl
n.sarel@lvmh.fr
n.schlapfer@fnysllc.com
n.sirni@fnysllc.com
n.takahashi@noemail.com
n.takano@teijin.co.jp
n.terashima@aozorabank.co.jp
n.tokuda@aozorabank.co.jp
n.tsuchiya@mitsui.com
n.van.de.westelaken@robeco.nl
n.vanwonderen@dpfs.nl
n.w.vanpopta@heineken.com
n.west@alaskausa.org

n_a@hvb.com
n_liu@putnam.com
n_shimura@nam.co.jp
n_ward@putnam.com
n1.sugimoto@aozorabank.co.jp
n173224@asatsu-dk.co.jp
n86025@adk.jp
na.xie@hsh-nordbank.com
na@arabbanking.com
na@bankinter.com
na@commerzbank.com
na@kfw.com
na@na.com
na@na.na
na@nae.com
na@notavail.com
na@riyad.com
naah@danskebank.dk
nabbott@bloomberg.net
nabboud@investcorp.com
nabeel.abdulaal@gibbah.com
nabeel.chohan@alliancebernstein.com
nabeta@daiwasbi.co.jp
nabil.hamadeh@baring-asset.com
nabil.irfan@jpmorganfleming.com
nabil.ouajjane@dexia-am.com
nabil.ouddane@bnpparibas.com
nabil.z@gordian.co.uk
nabilah.abdullah@bialondon.co.uk
nablicki@copera.org
nabraham@russell.com
nabuhoff@wellington.com
nac47@cornell.edu
nacarpentier@wellington.com
nada.al.hussona@jpmorgan.com
nada.alhussona@jpmchase.com
nada.farina@db.com
nadeem.h.lalani@unb.ae
nadege.arbez@axa-im.com
nadege.dufosse@dexia.com
nadege.goldfinger@de.pimco.com
nadege.tillier@ingim.com
nader.munif@fandc.com
nadermann.brian@principal.com

nadia.ali@db.com
nadia.ande@enifin.eni.it
nadia.blasone@sella.it
nadia.boulila@jpmorgan.com
nadia.ceresa@bsibank.com
nadia.davison@discountbank.co.il
nadia.elhammoumi-bensaci@sgam.com
nadia.fedoriw@morganstanley.com
nadia.geldof@socgen.com
nadia.landmann@depfa.com
nadia.pelassa@mpsgr.it
nadia.seemuth@lehman.com
nadia.verbanck@dexia.be
nadim.drissi@ubs.com
nadine.donze.jobin@bcv.ch
nadine.eil@saarlb.de
nadine.glicenstein@sgam.com
nadine.hengmigh@blb.de
nadine.higgins@uk.bnpparibas.com
nadine.probst@stg.ch
nadine.rathmann@de.pimco.com
nadine.salkeld@aibgovett.co.uk
nadine.soetaert@axa.be
nadine.taylor@treasurer.state.nc.us
nadine.tremollieres@axa-im.com
nadine@gene.com
nadine_armstrong@ustrust.com
nadine_burnett@smbcgroup.com
nadine_j_bates@fanniemae.com
nadir.al-koraya@samba.com
nadja.eltufin@ing-im.fr
nadja.francesco@cs.com
nadja.guillaume@bhf-bank.com
nadja.heiden@ids.allianz.com
nadja.rockel@helaba.de
nadoyamat@jsf.co.jp
naeem.khalid@db.com
naeff.waqar@bmo.com
nael.wahaidi@4086.com
nafis_t_smith@vanguard.com
nagae@nam.co.jp
nagai.k@daiwa-am.co.jp
nagai.takahiro@daido-life.co.jp
nagai@daiwasbi.co.jp

nagaike-r@itochu.co.jp
nagaishi@daiwasbi.co.jp
naganath.sundaresan@csam.com
nagano@daiwa-am.co.jp
nagao@daiwa-am.co.jp
nagaraj.katti@acml.com
nagaraj.katti@alliancebernstein.com
nagasaki_takahide@yd.smbc.co.jp
nagase_yoshinori@takeda.co.jp
nagasri.sabbineni@gs.com
nagata@daiwasbi.co.jp
nagata_arihiro@yk.smbc.co.jp
nagata_koichi@dn.smbc.co.jp
nagata24444@nissay.co.jp
nagayama.dli@dial.pipex.com
nagel.rd@mellon.com
nagesh.ramachandrappa@db.com
nagger.erez@principal.com
nagi.bedawi@barcap.com
nagi.nasr@dexiamfr-dexia.com
nagoyak@po.jsf.co.jp
nagray@delinvest.com
nagsa@wellsfargo.com
nagypalj@mnb.hu
nah.chiewming@uobgroup.com
nahmad@vestarcapital.com
nahrain_yacoub@bankone.com
naibh@ocbc.com.sg
n-aihara@nochubank.or.jp
nail.jacob@gs.com
naim.abou-jaoud@dexiamfr-dexia.com
naitou16836@nissay.co.jp
naizawa@dl.dai-ichi-life.co.jp
najib.nakad@meespierson.com
najib.sassenou@labanquepostale-am.fr
naka@bloomberg.net
naka@dl.dai-ichi-life.co.jp
nakaaze@daiwa-am.co.jp
nakad@vpv.nl
nakada@tokyotrust.co.jp
nakade@nam.co.jp
nakagawa.m@daiwa-am.co.jp
nakagawa.m@kokusai-am.co.jp
nakagawa6245@intra.cosmo-sec.co.jp

nakagawaumd@bloomberg.net
nakahara_kenji@dn.smbc.co.jp
nakaij@sumitomotrust.co.jp
nakai-toshiki@mitsubishi-sec.co.jp
nakajik@po.jsf.co.jp
nakajima.seiji@kokusai-am.co.jp
nakajima.tomoaki@kokusai-am.co.jp
nakajima@daiwasbi.co.jp
nakajima_masashige@dn.smbc.co.jp
nakajima_yasushi@takeda.co.jp
nakami2@dl.dai-ichi-life.co.jp
nakamura.hajime@kokusai-am.co.jp
nakamura.yutaka@kokusai-am.co.jp
nakamura@daiwasbi.co.jp
nakamura@nam.co.jp
nakamura@shizuokabkny.com
nakamura_nobuaki@ub.smbc.co.jp
nakamura18755@nissay.co.jp
nakamura-t@daiwasbi.co.jp
nakamura-y@daiwasbi.co.jp
nakane889@dl.dai-ichi-life.co.jp
nakanishi@muis.com.hk
nakanishi@nam.co.jp
nakanishi02815@nissay.co.jp
nakao994@dl.dai-ichi-life.co.jp
nakashima@daiwasbi.co.jp
nakasho.i@daiwa-am.co.jp
nakata@daiwasbi.co.jp
nakatani@daiwa-am.co.jp
nakayama01768@nissay.co.jp
nakayasu_osako@mitsui-seimei.co.jp
nakayra.profit@rbsgc.com
nakazak@po.jsf.co.jp
nakazawa_hiroshi@rk.smbc.co.jp
nakazeki@bloomberg.net
nakhoul@bloomberg.net
nakia.brown@aiminvestments.com
nalali@gic.com.kw
naldridge2@bloomberg.net
naledi.selobai@resbank.co.za
nalfermann@hcmlp.com
nalgiero@bloomberg.net
nalhadeff@bradfordmarzec.com
naliena.sriselvakandarajah@nab.ch

nalin_yogasundram@troweprice.com
naline.s.singh@jpmorgan.com
nalini.bonnier@ap3.se
nalink@bot.or.th
nalita.fernandes@glgpartners.com
nallen@fandc.co.uk
nalnhammed@sama-ksa.org
naloe@ambac.com
nal-rifai@bloomberg.net
nalrifai@kio.uk.com
naltieri@wellington.com
namai02262@nissay.co.jp
naman.pugalia@morganstanley.com
name.surname@aegon.co.uk
name.surname@biam.boi.ie
name.surname@btal.com.au
name.surname@cmim.co.uk
name.surname@swipartnership.co.uk
name.surname@uk.fid-intl.com
name_surname@putnaminv.com
namhyun@bok.or.kr
nami.makiya@sojitz.com
nami.numoto@boj.or.jp
nami_watanabe@mitsubishi-trust.co.jp
namiho.koyama@citadelgroup.com
namiko.hino@fortisinvestments.com
nam-joon.kim@shinseibank.com
na-murata@ja-kyosai.or.jp
namyi.kang@bok.or.kr
nan.barry@wnco.com
nan_zhengna@invesco.com
nana.francois@gartmore.com
nana.larsson@nordea.com
nana@wharton.upenn.edu
nanako.yabe@sgam.com
nanandkar@mfs.com
nanbara.regan@intel.com
nanbu721@dl.dai-ichi-life.co.jp
nanci.anderson@db.com
nanci.natale@ge.com
nancy.a.stewart@ceridian.com
nancy.a.taylor@fmr.com
nancy.b.james@fmr.com
nancy.barber@ubs.com

nancy.bartsch@gmacrfc.com
nancy.bernier@pnc.com
nancy.bernstein@morganstanley.com
nancy.braun@bmo.com
nancy.bugg@gm.com
nancy.davis@highbridge.com
nancy.davis@syb.com
nancy.delisi@us.pm.com
nancy.droppelman@abnamro.com
nancy.e.byers.cpe7@statefarm.com
nancy.eckl@amrinvest.com
nancy.enslein@wpginvest.com
nancy.f.hoch@jpmorgan.com
nancy.goossens@belgacom.be
nancy.grasse@umb.com
nancy.hamrick@aiminvestments.com
nancy.hamson@fmr.com
nancy.herring@dws.de
nancy.himelstieb@gwl.com
nancy.infelise@53.com
nancy.irwin@northernrock.co.uk
nancy.jacy@thehartford.com
nancy.janiszewski@thehartford.com
nancy.jones@db.com
nancy.judy@53.com
nancy.klind@micorp.com
nancy.lederer@wellsfargo.com
nancy.leslie@chicagocapital.com
nancy.login@morganstanley.com
nancy.lukin@ubs.com
nancy.mariani@aig.com
nancy.mcavey@mutualofamerica.com
nancy.mccartan@swib.state.wi.us
nancy.mcmillan@hp.com
nancy.nierman@credit-suisse.com
nancy.notaro@pnc.com
nancy.o'connor@thehartford.com
nancy.olsen@usbank.com
nancy.pellegrino@paretopartners.com
nancy.pollard@impaccompanies.com
nancy.poz@mackayshields.com
nancy.prior@fmr.com
nancy.pryor@pncbank.com
nancy.roach@fmr.com

nancy.shaw@granitegrp.com
nancy.sheng@uobgroup.com
nancy.sheola@prudential.com
nancy.sullivan@bnymellon.com
nancy.talt@alliancebernstein.com
nancy.utterback@europeancredit.com
nancy.wiser@usbank.com
nancy_c_o'connor@fleet.com
nancy_corsiglia@farmermac.com
nancy_e_greiner@fanniemae.com
nancy_killpatrick@cargill.com
nancy_mckendry@conseco.com
nancy_miranda@putnam.com
nancy_northrop@acml.com
nancy_smith@glenmede.com
nancy_tolson@ssga.com
nancya.ward@ge.com
nancylee@gic.com.sg
nancyloferski@northwesternmutual.com
nanda.weeber@nl.abnamro.com
nandros@cisco.com
nanette.johnson@aig.com
nanette.stevens@nationalcity.com
nangell@gwkinc.com
nangulo@ahorrocorporacion.com
nanik.ramchandani@lodh.com
nanisimov@bloomberg.net
nanlan.ye@tcw.com
nannette.hechler-fayd'herbe@credit-suisse.com
nantha.suppiah@alliancebernstein.com
nantoim1@triton.ocn.ne.jp
nao_okamoto@am.sumitomolife.co.jp
naohiko.baba@bis.org
naohiko.hirose@uk.mufg.jp
naohiko.saida@db.com
naohiko_tominaga@fujibank.co.jp
naohiro-hosoda@nochubank.or.jp
naohisa.morita@db.com
naoki.katsuta@axa.co.jp
naoki.yamamoto@fi.fukoku-life.co.jp
naoki@koex.jp
naoki_adati@am.sumitomolife.co.jp
naoki_matsuyama@meijiyasuda.co.jp
naoki_nakazawa@tr.mufg.jp

naoki_shimmura@tr.mufg.jp
naoki_umeda@mec.co.jp
naoki-nagata@am.mufg.jp
naoki-shoji@am.mufg.jp
naoki-todo@am.mufg.jp
naoko_matsuba@tr.mufg.jp
naoko_takada@tr.mufg.jp
naomi.fann@db.com
naomi.haynes@fidelity.com
naomi.inoue@ufj-partners.co.jp
naomi.kinyunyu@uk.fid-intl.com
naomi.komori@boj.or.jp
naomi.maki@mizuho-bk.co.jp
naomi.payne@dsgiplc.com
naomi.pendleton@moorecap.co.uk
naomi.smith@uk.tesco.com
naomi.yamamoto@sscims.com
naomi_inoue@tokaitokyo.co.jp
naomi_kirwan@westlb.co.uk
naomid@woodstockcorp.com
naomi-siegmund@marubeni.com
naoto.komine@mhcb.co.uk
naoto.nakagawa@axa.co.jp
naoto.shirasaki@mhcb.co.uk
naoto_kashiyama@am.sumitomolife.co.jp
naoto_kon@tr.mufg.jp
naoto_suzuki@tr.mufg.jp
naoto-kojima@am.mufg.jp
naoya.okada@boj.or.jp
naoya.sakaguchi@mizuho-cb.co.jp
naoya.tabuchi@ufj-partners.co.jp
naoya_oishi@mitsubishi-trust.co.jp
naoyoshi_kuwata@sumitomolife.co.jp
naoyoshi-sato@am.mufj.jp
naoyuki.inoue@meijiyasuda.co.jp
naoyuki.suzuki@boj.or.jp
naoyuki.torii@fi.fukoku-life.co.jp
naozer.dadachanji@barclaysglobal.com
naq@capgroup.com
nara@daiwasbi.co.jp
narahari_phatak@putnam.com
naran@pimco.com
narayan.gopalon@blackrock.com
narayan_ramani@mfcinvestments.com

narayana_siddappa@ssga.com
narayanan.padmanabhan@labanquepostale-am.fr
narciso.grilli@lbswiss.ch
narciso.quijano@bayerninvest.de
narcyel@cmcic-sdm.fr
narderd@lloydadriatico.it
naren.dutta@gcc.royalsun.com
naren.nayak@slma.com
narendra@bi.go.id
narendt@meag.com
naresh.malhotra@cbcm.com
narevalo@cprus.com
narevalo@nb.com
narges.rafigh@tcw.com
narikiyo@dl.dai-ichi-life.co.jp
narinder.bhatowa@mhcb.co.uk
narissa.schmidt@ny.frb.org
narita.y@daiwa-am.co.jp
narjess.benhadjyahia@uk.bnpparibas.com
naruki_hirai@freddiemac.com
narumi.ariyoshi@japan.gartmore.com
narve.bjordal@dnb.no
nas.ex@adia.ae
nas@capgroup.com
na-sato@meijiyasuda.co.jp
nascar@bloomberg.net
naseem.iqbal@edinburgh.gov.uk
nash.waterman@morganstanley.com
nashrullah.mackwani@be.gm.com
nasri.toutoungi@thehartford.com
nasser.abanmy@samba.com
nassigha@gruppocredit.it
nassim.cheurfi@barclays.fr
nastaran.samiee@aareal-bank.com
nat.akyeampong@mackayshields.com
nat.vallabh@amphenderson.co.nz
nat@rentec.com
natacha.guerdat@lodh.com
natacha.isslame-rocher@banque-france.fr
natacha.moreau@bankofamerica.com
natadika@mfs.com
natalia.correa@credit-suisse.com
natalia.crofut@saint-gobain.com
natalia.morgunova@citicorp.com

natalia.outecheva@claridenleu.com
natalia.rodriguez@cajanavarra.es
natalia.verwega@hsh-nordbank.com
natalia.x.bucci@jpmorgan.com
natalia.yakushev@nationwide.co.uk
natalia_pietrzyk@putnam.com
natalie.conn@gs.com
natalie.depil@vontobel.ch
natalie.drungle@harrisbank.com
natalie.engler@lazard.com
natalie.gray@fandc.com
natalie.karpov@pimco.com
natalie.knight@adidas.de
natalie.lyon@alliancebernstein.com
natalie.marvi-romeo@morganstanley.com
natalie.miller@morganstanley.com
natalie.pickering@barclaysglobal.com
natalie.schmutte@activest.de
natalie.stone@mondrian.com
natalie.szczerbak@abbott.com
natalie.tam@aberdeen-asset.com
natalie.trakas@fmr.com
natalie.trevithick@pimco.com
natalie.trunow@gm.com
natalie.winter@aberdeen-asset.com
natalie.wright@piercap.com
natalie.wright@sumitomotrust.co.jp
natalie_del-villar@freddiemac.com
natalie_hahn@acml.com
nataliewalrand@northwesternmutual.com
natalini@bordier.com
nataliya.zalyesova@morleyfm.com
nataly.yackanich@db.com
natalya_lebedeva@nacm.com
natalyia.shevchenko@allianzgi.de
natanya.osborne@morganstanley.com
natasa.glusac@raymondjames.com
natascha_finger@westam.de
natascha_kluike@westam.de
natasha.chinapen@db.com
natasha.cowie@bnpparibas.com
natasha.eagleton@axa-im.com
natasha.jhunjhunwala@barclayscapital.com
natasha.jones@citadelgroup.com

natasha.knechtel@tcw.com
natasha.mahmutovic@wachovia.com
natasha.olivia@usbank.com
natasha.sideris@bankofbermuda.com
natasha.smirnova@aig.com
natasha.trainor@agf.com
natasha.ward@gs.com
natasha_roselli@vanguard.com
natasja.aardema@utc.rabobank.com
natasja.huysmans@axa-im.com
nate.earle@pimco.com
nate.hudson@mackayshields.com
nate.kemmer@gmacm.com
nate.negrin@bankofamerica.com
nate.oseep@moorecap.com
nate.polachek@bwater.com
nate.rupp@aberdeen-asset.com
nate.servis@dartmouth.edu
nate.vanduzer@fmr.com
nate.webb@citizensbank.com
nate_reischer@riggsbank.com
natea@waterfield.com
natgrant@microsoft.com
nathalia.barazal@lodh.com
nathalie.benatia@bnpparibas.com
nathalie.caillat@sgam.com
nathalie.chalard@par.coflexip.fr
nathalie.chan@francetelecom.com
nathalie.coffre@caam.com
nathalie.degans@morganstanley.com
nathalie.demirdjian@fr.abnamro.com
nathalie.esnault@calyon.com
nathalie.esposito@blackrock.com
nathalie.f.cuadrado@jpmorgan.com
nathalie.flury@juliusbaer.com
nathalie.frizzole@axa-im.com
nathalie.haym@lodh.com
nathalie.hirsbein@axa-im.com
nathalie.houde@harrisnesbitt.com
nathalie.klein@banque-france.fr
nathalie.loeliger@vpbank.com
nathalie.loetscher@ubs.com
nathalie.longuet@lodh.com
nathalie.mariel@barep.com

nathalie.masniere@sgam.com
nathalie.mbwaki@axaframlington.com
nathalie.michel@creditfoncier.fr
nathalie.monnoyeur@caam.com
nathalie.prunier@bnpparibas.com
nathalie.quinqueneau@caam.com
nathalie.retif@axa-im.com
nathalie.rouille@banque-france.fr
nathalie.savey@axa-im.com
nathalie.weiss@nab.ch
nathalie.wolleb@jpmorganfleming.com
nathalie_dufour@paribas.com
nathalie_huet@sumitomo.com
nathalie_peleau-coutolleau@smabtp.fr
nathalie_robertson@troweprice.com
nathaly.molle@barcap.com
nathan.agens@pnc.com
nathan.bance@barclayscapital.com
nathan.baruch@tryg.dk
nathan.bullock@53.com
nathan.chiaverini@pimco.com
nathan.cockrell@lazard.com
nathan.dawes@sgcib.com
nathan.dupree@alliancebernstein.com
nathan.eigerman@morganstanley.com
nathan.ellsworth@advantuscapital.com
nathan.engelhard@lehman.com
nathan.estes@ge.com
nathan.evans@bayernlb.de
nathan.gibbs@schroders.com
nathan.griffiths@rbccm.com
nathan.herring@pnc.com
nathan.johnson@gm.com
nathan.jones@thehartford.com
nathan.kirkpatrick@ubs.com
nathan.kohlhoff@ib.bankgesellschaft.de
nathan.lin@gs.com
nathan.margolis@aig.com
nathan.mariner@gwl.com
nathan.oakley@pncbank.com
nathan.paul@lazard.com
nathan.r.palmer@intel.com
nathan.steuber@53.com
nathan.strauss@nisanet.com

nathan.strik@uk.fid-intl.com
nathan.struemph@do.treas.gov
nathan.venugopala@fmr.com
nathan.white@icap.com
nathan_brunner@dell.com
nathan_hicks@ohionational.com
nathan_lee@scudder.com
nathan_maccombs@americancentury.com
nathan_newport@vanguard.com
nathan_partain@dpimc.com
nathan_roberts@jwhmail.com
nathan_t_persons@vanguard.com
nathan_tawes@troweprice.com
nathan_vogt@oldnational.com
nathanael_sutanto@fanniemae.com
nathand@israelchemicals.co.il
nathaniel.lee@bbh.com
nathaniel.lindzen@mizuhocbus.com
nathaniel.macadams@citadelgroup.com
nathaniel_evarts@ssga.com
nathaniel_roberts@putnam.com
nathaniel_salter@putnam.com
nathlie.adams@morganstanley.com
natraj.shankar@nbad.ae
natsukari.nobushige@kokusai-am.co.jp
natsumi.okamoto@ibj.co.uk
nauman@ymcaret.org
nausb@jwseligman.com
nav.swamy@mbna.com
navalon@bancsabadell.com
navann.ty@blackrock.com
naveen.bobba@inginvestment.com
naveen.joshi@paretopartners.com
naveen@bloomberg.net
naversa@federatedinv.com
navin.kumar@gs.com
navin_belani@putnam.com
navity@bloomberg.net
navneet.arora@barclaysglobal.com
navneet.govil@sun.com
navneet.kaur@barclayscapital.com
navot@mizrahi.co.il
nayoub@worldbank.org
nazan.kaygana@glgpartners.com

nazar.sushko@ingim.com
nazim@bcb.com.my
nazir_dossani@freddiemac.com
nazma.ahsan1@wachovia.com
nazmi_ressas@acml.com
nazrul@bnm.gov.my
nb@formuepleje.dk
nb62@ntrs.com
nb63@ntrs.com
nbabe3@moa.norges-bank.no
nbailey@allstate.com
nbarazal@cyrilfinance.com
nbarker@babsoncapital.com
nbarrett@fmausa.com
nbasten@uss.co.uk
nbattista@btmna.com
nbattista@us.mufg.jp
nbb@bloomberg.net
nbboullet@wellington.com
nbca@bloomberg.net
nbcbond@bloomberg.net
nbc-corp@tres.bnc.ca
nbehbehani22@bloomberg.net
nbejaoui@seic.com
nbellefeuille@farcap.com
nbendig@avatar-associates.com
nbendig@valueline.com
nbenedict@copera.org
nbenjami@us.nomura.com
nbenjamin@tiaa-cref.org
nberetta@josephthal.com
nbgreene@wellmanage.com
nbhandiwad@siny.com
nbhei1@kap.norges-bank.no
nbhjo2@moa.norges-bank.no
nbhva1@kap.norges-bank.no
nbje@uk.danskebank.com
nbjss1@moa.norges-bank.no
nbki_marketing@csi.com
nbkparis@wanadoo.fr
nbkse4@kap.norges-bank.no
nblair@congressasset.com
nblas@clinton.com
nblea1@kap.norges-bank.no

nblqs1@kap.norges-bank.no
nboedy@divinv.net
nboersma@templeton.com
nboeselager@fmausa.com
nbonus@bloomberg.net
nbooth@wellington.com
nborland@fmausa.com
nbotcheos@mfs.com
nboure@adriatica.com.ve
nbracco@fideuramsgr.it
nbraswell@fountaincapital.com
nbrind@newstaram.com
nbrines@provnet.com
nbromley@bloomberg.net
nbrown@cajamadrid.es
nbrown@jennison.com
nbrown@oppenheimerfunds.com
nbrown@waddell.com
nbrse1@kap.norges-bank.no
nbruckn@frk.com
nbt@bankinvest.dk
nbttr1@kap.norges-bank.no
nburke@loomissayles.com
nbvan1@kap.norges-bank.no
ncalvert@bankofny.com
ncampbell@eatonvance.com
ncampiche@pictet.com
ncampling@newstaram.com
ncarlis@templeton.com
ncarola@tiaa-cref.org
ncastro@banxico.org.mx
ncator@metlife.com
ncavanna@mps.it
ncda@gruposantander.com
ncelantano@the-ark.com
nchahdoura@gic.com.kw
nchamberlain@opusinvestment.com
nchandra@tigerglobal.com
nchapman5@bloomberg.net
ncharran@ag-am.com
ncharton@safdie.com
nchen4@ms2.chb.com.tw
nchillar@southwest-mutual.com
nchitkara@mfs.com

nchory@mfs.com
nchung@kdb.co.kr
nchura@hcmlp.com
nclw@hotmail.com
nco@dodgeandcox.com
ncogswel@bloomberg.net
ncojocar@princeton.edu
nconesa@bcn.ahorro.com
ncoons@eatonvance.com
ncouch@barbnet.com
ncoutros@brownadvisory.com
ncp.cdu@adia.ae
ncracknell@statestreet.com
ncs_futures@national.com.au
ncs66@cornell.edu
ncubides.miami@sinvest.es
ncw@capgroup.com
ndang@boh.com
ndeal@davenportllc.com
ndean@ellington.com
ndecker@capis.com
ndeguzma@usc.edu
ndelabie@bft.fr
ndelavouet@statestreet.com
ndeleon@fnbaonline.com
ndennin@lmfunds.com
ndenny@blackrock.com
ndevlin@templeton.com
ndey2@bloomberg.net
ndhanky@batelco.com.bh
ndhruv@ftci.com
ndiarra@finama-am.fy
ndibenedetto@fhlbc.com
ndihora@wasatchadvisors.com
ndm1@ntrs.com
ndonelan@buckconsultants.com
ndownes@oppenheimerfunds.com
ndoyin@frk.com
ndoyle@metlife.com
ndrzewiecki@massmutual.com
nds@petercam.be
nducarre@oaktreecap.com
ndudley@russell.com
nduggan@europeancredit.com

ndun@kempen.nl
ndunstan@evcap.bm
ndusart@bloomberg.net
ndw@capgroup.com
ne@danskebank.dk
neal.arnold@53.com
neal.brauweiler@daiwausa.com
neal.doying@lazard.com
neal.foundly@cis.co.uk
neal.goss@ubs.com
neal.graves@usaa.com
neal.hatch@bankofengland.co.uk
neal.jordan@bankofamerica.com
neal.karnovsky@drkw.com
neal.lofthouse@blackrock.com
neal.meacham@swedbank.com
neal.mercer@greenwichnatwest.c
neal.mercer@ubs.com
neal.p.miller@fmr.com
neal.parikh@inginvestment.com
neal.parker@bnpparibas.com
neal.shah@fafadvisors.com
neal.wadhera@tudor.com
neal_waggoner@agc.com
neale.kennedy@ecb.int
neale.sterio@kasl.co.uk
nealquinn@bloomberg.net
neasa.lenehan@statestreet.com
nebus@bessemer.com
necati.surmeli@db.com
ned.hole@blackrock.com
ned.roberts@juliusbaer.com
ned_notzon@troweprice.com
nedal.alqam@pimco.com
nedelka.white@inginvestment.com
nedeltcho.akov@ubs.com
nedmorgens@mwvinvest.com
nedpascual@bloomberg.net
nedwards@lordabbett.com
nedwards@us.ibm.com
nedwards6@bloomberg.net
nedwardz@bloomberg.net
need@wells.com
needed@tcw.com

neel.kashkari@do.treas.gov
neel.panchal@bbh.com
neel.parikh@gm.com
neela.srinath@fmr.com
neelima_reddy@fanniemae.com
neeraj.bewtra@jpmorgan.com
neeraj.mahajan@thehartford.com
neeraj.mehta@gecapital.com
neerajsehgal@uae.afh.com.sg
neeraj-x.kumar@db.com
neetesh.kumar@ucop.edu
neff@stifel.com
negel.j.webber@hsbcpb.com
negsofidsim@bloomberg.net
neha.champaneria@morganstanley.com
neha.markle@morganstanley.com
nehal_patel@swissre.com
neil.a.carroll@goodbody.ie
neil.a.gartland@jpmchase.com
neil.abraham@bernstein.com
neil.ambler@barclaysglobal.com
neil.bardwell@rlam.co.uk
neil.bizily@thrivent.com
neil.blower@cis.co.uk
neil.boege@ny.frb.org
neil.boyd-clark@fipartners.com.au
neil.brown@csam.com
neil.brown@threadneedle.co.uk
neil.cable@uk.fid-intl.com
neil.callan@gs.com
neil.carnegie@bcge.ch
neil.carthy@uk.mizuho-sc.com
neil.chakraborty@morganstanley.com
neil.choi@citadelgroup.com
neil.chudgar@tcw.com
neil.clifford@ilim.com
neil.collins@bnpparibas.com
neil.cooper@insightinvestment.com
neil.corney@mailpoalim.co.il
neil.cox@rothschild.co.uk
neil.d@gordian.co.uk
neil.davies@norwich-union.co.uk
neil.denman@axaframlington.com
neil.desai@tudor.com

neil.dey@wellsfargo.com
neil.donnelly@pioneeraltinvest.com
neil.easterbrook@baesystems.com
neil.easterbrook@insightinvestment.com
neil.eggins@lazard.com
neil.ellerbeck@jpmorganfleming.com
neil.f.fryer@hsbcinvestments.com
neil.falconer@swip.com
neil.farrow@fandc.nl
neil.fawcett@swip.com
neil.fenton@gmacrfc.com
neil.forsyth@db.com
neil.george@bankofengland.co.uk
neil.gregson@csam.com
neil.henze@ers.state.tx.us
neil.higgins@lgim.co.uk
neil.hiralall@ibtco.com
neil.hobson@glgpartners.com
neil.hohmann@bbh.com
neil.honebon@ffandp.com
neil.horner@aberdeen-asset.com
neil.hossack@bankofbermuda.com
neil.johnston@novartis.com
neil.kothari@blackrock.com
neil.lambiotte@wachovia.com
neil.leonard@db.com
neil.letchford@shorecap.co.uk
neil.m.browne@aibbny.ie
neil.macdermott@sachsenlb.ie
neil.macguire@aviva.com
neil.mack@ssmb.com
neil.mackay@schroders.com
neil.mackay@swipartnership.co.uk
neil.madden@uk.fid-intl.com
neil.mcclements@lehman.com
neil.mcloughlin@co-operativebank.co.uk
neil.mears@ubs.com
neil.michael@londonandcapital.com
neil.millar@lazard.com
neil.milton@nationwide.co.uk
neil.moge@gcc.royalsun.com
neil.moyes@dlh.de
neil.murray@swipartnership.co.uk
neil.newbery@lgim.co.uk

neil.osullivan@sunlife.com
neil.patel@citadelgroup.com
neil.rai@pncadvisors.com
neil.roberts@chase.com
neil.rogan@gartmore.com
neil.roner@suntrust.com
neil.rossiter@bankofengland.co.uk
neil.roylance@threadneedle.co.uk
neil.russell@delta.com
neil.ryan@wachovia.com
neil.s.joseph@jpmorganfleming.com
neil.s.sankoff@hsbcib.com
neil.shaughnessy@smhgroup.com
neil.smaldon@tudor.com
neil.smith@morleyfm.com
neil.squires@gs.com
neil.steedman@aberdeen-asset.com
neil.stone@msdw.com
neil.summers@db.com
neil.sutherland@axa-im.com
neil.tanguy@hsbcrepublic.com
neil.taylor@rbccm.com
neil.tranter@db.com
neil.vassar@barclaysglobal.com
neil.walker@insightinvestment.com
neil.wechsler@shenkmancapital.com
neil.wesley@morleyfm.com
neil.williamson@aberdeen-asset.com
neil.x.picozzi@jpmorgan.com
neil.yang@us.hsbc.com
neil@adia.co.uk
neil_a_kilbane@keybank.com
neil_amaral@ssga.com
neil_birnie@cargill.com
neil_boege@ssga.com
neil_bull@uk.ibm.com
neil_campbell@capgroup.com
neil_colverd@westlb.co.uk
neil_hughes@fanniemae.com
neil_lupton@blackrock.com
neil_mack@acml.com
neil_matheson@standardlife.com
neil_mcnamara@sachsenlb.ie
neil_orvay@asia.hypovereinsbank.com

neil_puri@ml.com
neil_r_forest@bankofscotland.co.uk
neil_smith@newton.co.uk
neil_smith@troweprice.com
neil_weller@blackrock.com
neil_woodford@hen.invesco.com
neil_young@westlb.co.uk
neilde@nuveen.com
neilfei@earthlink.net
neill.carter@barclaysglobal.com
neill.d.nuttall@jpmorgan.com
neill.ebers@lionhart.net
neill.groom@nb.com
neill.jordan@kofc.org
neillo@wharton.upenn.edu
neiloy_ghosh@newton.co.uk
neils@integralcapital.com
neisele@payden-rygel.com
nektarios.kessidis@dws.com
nelbogen@highbridge.com
nelfner@wellington.com
nelkhoury@cpr-am.fr
nell.haddock@fmr.com
nell.opel@bailliegifford.com
nellessk@provinzial.com
nellestad@babsoncapital.com
nelli@capitalgest.it
nellie.wong@aig.com
nello.monacelli@dexia-bil.com
nelly.surriah@alcatel.fr
nel-rayyes@sagitta.co.uk
nels.anderson@bmonb.com
nelson.caroline@luthbro.com
nelson.flores@blackrock.com
nelson.lopez.alves@bnpparibas.com
nelson.louie@csam.com
nelson.ma@nordlb.com
nelson.march@pfpc.com
nelson.mesa@csam.com
nelson.ramos@barclaysglobal.com
nelson.zamora@ppmamerica.com
nelson@bernstein.com
nelson_correa@phl.com
nelson_ho@bankone.com

nelson_jantzen@acml.com
nelson_shing@nacm.com
nelson_w_wicas@vanguard.com
nelsonchia@gic.com.sg
nelsone@wellsfargo.com
nelsonpoh@dbs.com
nelsonpwlau@hsbc.com.hk
nem.ef@adia.ae
nemec@jyskeinvest.dk
nemoto_haruo@zn.smbc.co.jp
nen.khieu@hsbcpb.com
n-endo@mail.nikko.co.jp
neo.wee-siang@uk.standardchartered.com
neochin@gic.com.sg
nepstein@avatar-associates.com
nerijus.gaizauskas@ecb.int
nerim.blakaj@prudential.com
nermis.rosario@alliancebernstein.com
nery.alaev@gs.com
nest@pimco.com
nester.clark@soros.com
neu@evofund.com
neuenschwander@irv.ch
neuwirthd@lazard.com
nevalin@cathaylife.com.tw
nevans@lmfunds.com
nevans@mwamllc.com
neville.chan@hk.fortis.com
neville.newman@pioneerinvest.ie
neville@uk.oechsle.com
neville_sprigg@ldn.invesco.com
new@lehman.com
newburyj@anz.com
newcombm@bloomberg.net
newell.pa@tbcam.com
newell@wellsfargo.com
newissues@hypovbg.at
newkirkrd@bernstein.com
newlann@bloomberg.net
newman.p@tbcam.com
newton.lam@prudential.com
newton_yeo@countrywide.com
neyah.smith@ibtco.com
nezha.moatassime@ie.dexia.be

nfa@nykredit.dk
nfallon@leopoldjoseph.com
nfaure@pictet.com
nfaust@gatewaybankpa.com
nfeckl@hbk.com
nfedorow@omega-advisors.com
nfernando@templeton.com
nfink@rockco.com
nfinley@citco.com
nfisher@fmausa.com
nfisken@stephens.com
nfistarol@bloomberg.net
nfitzger@tiaa-cref.org
nfitzgerald@bbandtcm.com
nfitzwilliams@templeton.com
nfjalltoft@westpac.com.au
nfodor@frk.com
nfox@halcyonllc.com
nfreilich@angelogordon.com
nfrelinghuysen@opcap.com
nfrey@impaccompanies.com
nfrichaud@generali.fr
nfriedlich@angelogordon.com
nfruchaud@generali.fr
nfugelsang@millburncorp.com
nfurlanetto@nevrodie.com
ngaffney@aflic.com
nganricl@abchina.com.hk
ngbeesan@gic.com.sg
ngchoi@bok.or.kr
ngci@blb.be
ngerstman@chubb.com
ngh@jwseligman.com
nghajar@wellington.com
nghi.pham@alliancebernstein.com
ngiuliani@iccrea.bcc.it
ngjiatong@gic.com.sg
ngjtjason@ocbc.com
ngks@gic.com.sg
ngleys@hellmanjordan.com
ngoc_bao_ha.dippold@wmam.com
ngooley@nabny.com
ngouju@groupama-am.fr
ngp@bankinvest.dk

ngrant@sterling-capital.com
ngray@bloomberg.net
ngudu@lepercq.com
nguglliel@gci1.gannett.com
ngupta@hbk.com
ngupta2@ifc.org
nguyen.k@dreyfus.com
nguyen@tbcam.com
nguyena4@nationwide.com
nh@nbim.no
nha.pr@adia.ae
nhall@hcmlp.com
nhanderson@sinvest.es
nharima@us.mufg.jp
nharris@blaylockabacus.com
nharris1@bloomberg.net
nhayes@newstaram.com
nhazan@groupama-am.fr
nhb@wmblair.com
nhegde@hcmlp.com
nheilmann@hbk.com
nheller@tiaa-cref.org
nhelm@mwamllc.com
nhen@kempen.nl
nhickolle.clayton@morganstanley.com
nhill@farcap.com
nhl1@pge.com
nhloucks@statestreet.com
nho@meag-ny.com
nhoang@alger-ny.com
nhoang@frk.com
nholt@dhja.com
nhonda@hbk.com
nhooper@cisco.com
nhowes@swissca.co.uk
nhu@metlife.com
nhu_bragg@progressive.com
nhukill@hcmlp.com
nhunt@whitneybank.com
nhuo@bot.or.th
nhuynh@congressasset.com
nhwahaidi@delinvest.com
nhyde2@standishmellon.com
nhyman@hymanbeck.com

nhynds@williamblair.com
nial@soros.com
niall.addison@morrisonsplc.co.uk
niall.brophy@ibtco.com
niall.buggy@credit-suisse.com
niall.coffey@ny.frb.org
niall.devitt@fmr.com
niall.g.o'brien@aibbny.ie
niall.hornett@citigroup.com
niall.kirk@fandc.com
niall.m.monks@aib.ie
niall.oleary@biam.boi.ie
niall.osullivan@boigm.com
niall.p.fitzpatrick@aib.be
niall.paul@morleyfm.com
niall.quinn@gs.com
niall.smith@aberdeen-asset.com
niall.tuite@angloirishbank.ie
niall_brown@mfcinvestments.com
niall_gallagher@troweprice.com
niall_whelan@scotiacapital.com
niamh.gaffney@citigroup.com
niamh.m.morrissey@aibbny.ie
niamh.mcgowan@biam.boi.ie
niamh.murphy@ibtco.com
niamh.o'flynn@boimail.com
niamh.o'neill@aib.ie
niamh.whooley@uk.fid-intl.com
niamh.wylie@iibbank.ie
niamh.wylie@ulsterbank.com
niaz.haider@sgcib.com
nibin@cmbchina.com
nic.barnes@ubs.com
nic.johnson@pimco.com
niccolai.annarita@enel.it
niccolas.zalonis@finmeccanica.it
niccolo.badoglio@arnerbank.ch
niccolo.pini@ifigest.it
niceyoo@kookmin.co.kr
nichola.griffiths@unilever.com
nichola.j.long@jpmorgan.com
nichola.m.lally@jpmorgan.com
nichola.rossetti@jpmorgan.com
nicholafarrell@angloirishbank.ie

nicholas.allen@fandc.com
nicholas.arthur.2@claridenleu.com
nicholas.atkinson@bayernlb.de
nicholas.besh@pncadvisors.com
nicholas.bradshaw@firstunion.com
nicholas.bratt@lazard.com
nicholas.broughton@morleyfm.com
nicholas.bunclark@icap.com
nicholas.chan@alliancebernstein.com
nicholas.chan@bmo.com
nicholas.craze@barclaysglobal.com
nicholas.daft@db.com
nicholas.del.deo@morganstanley.com
nicholas.denny@blackrock.com
nicholas.diolosa@daiwausa.com
nicholas.dowell@halbis.com
nicholas.du.cros@barclaysglobal.com
nicholas.duncan@swip.com
nicholas.f.stark@columbiamanagement.com
nicholas.foley@wamu.net
nicholas.franco@pharma.novartis.com
nicholas.griffiths@gs.com
nicholas.h.luzecky@usbank.com
nicholas.hendy@chase.com
nicholas.hodges@group.landg.com
nicholas.hodson@lloydstsb.co.uk
nicholas.hornsby@aberdeen-asset.com
nicholas.j.gray@chase.com
nicholas.j.handley@jpmorganfleming.com
nicholas.j.horne@jpmorgan.com
nicholas.j.yaxley@jpmorgan.com
nicholas.johnson@gs.com
nicholas.kennedy@pnc.com
nicholas.koutsoftas@ge.com
nicholas.lacy@raymondjames.com
nicholas.lambros@pioneerinvest.com
nicholas.lambros@pioneerinvestments.com
nicholas.landellmills@lodh.com
nicholas.lankester@lgim.co.uk
nicholas.liolis@axa-financial.com
nicholas.louw@moorecap.com
nicholas.luzecky@suntrust.com
nicholas.lyons@pnc.com
nicholas.malins-smith@insightinvestment.com

nicholas.mandrinos@ubs.com
nicholas.mcconway@pioneerinvestments.com
nicholas.mcdonald@moorecap.co.uk
nicholas.mcleod-clarke@blackrock.com
nicholas.melhuish@ubs.com
nicholas.milovich@csam.com
nicholas.mocciolo@thehartford.com
nicholas.moore@gibuk.com
nicholas.neary@bmo.com
nicholas.negrini@usbank.com
nicholas.nocerino@ubs-oconnor.com
nicholas.noviello@honeywell.com
nicholas.ogden@fortis.lu
nicholas.patrick@citadelgroup.com
nicholas.pavitt@ubs.com
nicholas.peacock@robur.se
nicholas.peterfy@bofasecurities.com
nicholas.pont@juliusbaer.com
nicholas.porchet@zkb.ch
nicholas.price@uk.fid-intl.com
nicholas.rabiecki@jpmfleming.com
nicholas.raho@tudor.com
nicholas.ramm@suntrust.com
nicholas.ramussen@americangeneral.com
nicholas.salbu@dnbnor.no
nicholas.sordoni@lazard.com
nicholas.srmag@nationalcity.com
nicholas.stanton@swib.state.wi.us
nicholas.stiggers@columbiamanagement.com
nicholas.tarasovic@rbsgc.com
nicholas.thomas@bailliegifford.com
nicholas.thompson@alliancebernstein.com
nicholas.thompson@fhlb-pgh.com
nicholas.tingley@cedarrockcapital.com
nicholas.toovey@ap.ing.com
nicholas.tosi@bnymellon.com
nicholas.vagra@ubs.com
nicholas.vause@bankofengland.co.uk
nicholas.vitale@fmr.com
nicholas.w.d'eramo@jpmorgan.com
nicholas.warmingham@morganstanley.com
nicholas.wright@rbccm.com
nicholas.xanders@ubs.com
nicholas.yeo@aberdeen-asset.com

nicholas.zamarelli@blackrock.com
nicholas.zamparelli@blackrock.com
nicholas@adia.co.uk
nicholas@lowings.com
nicholas_a_dame@victoryconnect.com
nicholas_aberle@nacm.com
nicholas_mason@invescoperpetual.co.uk
nicholas_pronko@vanguard.com
nicholas_sacca@ssga.com
nicholas_skrine@putnam.com
nicholas_travaglino@freddiemac.com
nicholas_weber1@cargill.com
nicholasdyte@bloomberg.com
nicholasp@rsa.state.al.us
nicholasstepanek@optiver.com
nicholas-t.king@ubs.com
nicholasthomas@hsbc.com
nichole.foraker@mbna.com
nichole.hammond@wellscap.com
nicholette.macdonald-brown@gs.com
nick.agarwal@ubs.com
nick.alford@morleyfm.com
nick.anderson@insightinvestment.com
nick.bartolo@tcw.com
nick.baturin@barclaysglobal.com
nick.bennenbraek@bbh.com
nick.bishop@aberdeen-asset.com
nick.bourne@gmacrfc.co.uk
nick.buckles@security.securicor.co.uk
nick.bundy@bloomberg.net
nick.burnham@glgpartners.com
nick.burroughs@commercebank.com
nick.cannon@uk.abnamro.com
nick.capuano@tcw.com
nick.cherney@barclaysglobal.com
nick.coin@modern-woodmen.org
nick.combs@evergreeninvestments.com
nick.conroy@rbcdexia-is.com
nick.coombes@aberdeen-asset.com
nick.corcoran@zurcapm.com
nick.cournoyer@montpelier.com
nick.cox@barclaysglobal.com
nick.cox@nationwide.co.uk
nick.cox-johnson@anfis.co.uk

nick.cremin@trafalgarcapital.com
nick.damico@robecousa.com
nick.davis@credit-suisse.com
nick.detmer@4086.com
nick.duffy@sgcib.com
nick.evans@db.com
nick.fanning@mycorporatecu.com
nick.fenn@mhcb.co.uk
nick.fenton@mhcb.co.uk
nick.goldsmith@ubs.com
nick.graves@osterweis.com
nick.haley@lehman.com
nick.hamilton@invescoperpetual.co.uk
nick.haskins@moorecap.co.uk
nick.hawkes@threadneedle.co.uk
nick.heasman@gartmore.com
nick.hogan@greenwichnatwest.co
nick.holmes@fandc.co.uk
nick.howell@bmo.com
nick.irish@ubs.com
nick.j.treble@aib.ie
nick.james@shinseibank.com
nick.jennings@dmgt.co.uk
nick.jones@marks-and-spencer.com
nick.jost@sl-am.com
nick.karafotias@fmr.com
nick.laxton@aberdeen-asset.com
nick.leyhane@barcap.com
nick.linder@bmonb.com
nick.m.wood@hsbcib.com
nick.mansley@morleyfm.com
nick.maurice@rabobank.com
nick.mchale@seb.co.uk
nick.mcleod-clark@swipartnership.co.uk
nick.millington@swip.com
nick.momyer@theharris.com
nick.moorehead@morgankeegan.com
nick.murphy@axa-im.com
nick.murphy@ingim.com
nick.murphy@nl.abnamro.com
nick.myers@friendsprovident.co.uk
nick.n.humphrey@si.shell.com
nick.nifterick-van@dsm.com
nick.nubino@daiwausa.com

nick.osborne@blackrock.com
nick.owen@swipartnership.co.uk
nick.parkhouse@barclayscapital.com
nick.pastushan@gecas.com
nick.pierce@barclaysglobal.com
nick.procter@jpmorgan.com
nick.raich@nationalcity.com
nick.reber@bwater.com
nick.reid@japan.gartmore.com
nick.ridgewell@morleyfm.com
nick.rinaldi@phxinv.com
nick.ritter@moorecap.co.uk
nick.robinson@nationwide.com
nick.s.davis@chase.com
nick.s@gordian.co.uk
nick.saager@vontobel.ch
nick.sarchese@shenkmancapital.com
nick.smyth@rbnz.govt.nz
nick.sofocleous@threadneedle.co.uk
nick.spiezio@ingfunds.com
nick.stobart@rbc.com
nick.stukas@citadelgroup.com
nick.thomas@royalbank.com
nick.thomas@uk.fid-intl.com
nick.thompson@swipartnership.co.uk
nick.timberlake@halbis.com
nick.turton@mhcb.co.uk
nick.vamvakas@socgen.com
nick.varket@glgpartners.com
nick.ventham@hsbcib.com
nick.wallum@citi.com
nick.wallum@jpmorgan.com
nick.waters@axa-im.com
nick.watterson@dkib.com
nick.webber@moorecap.co.uk
nick.williams@omam.co.uk
nick.williams1@mhcb.co.uk
nick.wood@rbccm.com
nick.woods@morleyfm.com
nick.zagoreos@glgpartners.com
nick@clinton.com
nick@gb.smbcgroup.com
nick@heliosgr.com
nick@ikosam.com

nick_anisimov@scudder.com
nick_chan@scotiacapital.com
nick_chen@capgroup.com
nick_clay@newton.co.uk
nick_coats@blackrock.com
nick_dymond@ntrs.com
nick_field@westlb.co.uk
nick_kibblewhite@scotiacapital.com
nick_kiritz@fanniemae.com
nick_little@blackrock.com
nick_markus@em.fcnbd.com
nick_moakes@blackrock.com
nick_moss@newton.co.uk
nick_turner@ldn.invesco.com
nick_welsh@troweprice.com
nick_white@aimfunds.com
nickcollier@hsbc.com
nickdefino@northwesternmutual.com
nickeel.shah@alliancebernstein.com
nickhay@bloomberg.net
nick-hy.wan@aig.com
nicki.wolfert@weyerhaeuser.com
nickie.guidry@ceredexvalue.com
nickie.hsu@email.chinatrust.com.tw
nickiw@bgi-group.com
nicko@microsoft.com
nickrja@bloomberg.net
nicky.mccabe@uk.fid-intl.com
nicky.parsons@cba.com.au
nicky.richards@uk.fid-intl.com
nicky.steele@financialandgeneral.com
nickymorgan@gic.com.sg
nicla@danskebank.dk
niclas.lennartsson@swedbank.com
nico.baader@ubs.com
nico.cacciabue@arnerbank.ch
nico.demuijnck@dexia.be
nico.rieske@dsm.com
nico.scheller@cominvest.de
nico.vanhiel@fortisbank.com
nicola.ardley@morganstanley.com
nicola.ballabio@credit-suisse.com
nicola.bates@siemens.com
nicola.bauzone@jpmorgan.com

nicola.bonelli@morganstanley.com
nicola.bravetti@arnerbank.ch
nicola.brown@aegon.co.uk
nicola.carcano@bsibank.com
nicola.chambers@uk.tesco.com
nicola.ciurlino@interbanca.it
nicola.conroy@pioneeraltinvest.com
nicola.cosola@bapr.it
nicola.cummins@depfa.com
nicola.danese@jpmorgan.com
nicola.donnelly@flemings.com
nicola.dowdall@ilim.com
nicola.egan@framlington.co.uk
nicola.elshaw@bnpparibas.com
nicola.farina@capitali-am.com
nicola.ferrari@ubm.it
nicola.g@gordian.co.uk
nicola.germano@bnpparibas.com
nicola.gildersleve@fandc.com
nicola.hahn@lbbw.de
nicola.hinton@ubs.com
nicola.ingram@uk.fid-intl.com
nicola.kampen@kfw.de
nicola.lafranchi@corner.ch
nicola.maino@eurosgr.it
nicola.maitre@lodh.com
nicola.marelli@bsibank.com
nicola.mckenzie@aberdeen-asset.com
nicola.morgan@fortisinvestments.com
nicola.muirhead@blackrock.com
nicola.nole@credit-suisse.com
nicola.pochettino@ubm.it
nicola.rieger@dghyp.de
nicola.romito@mpsgr.it
nicola.scampoli@swarovski.com
nicola.senni@arnerbank.ch
nicola.stafford@uk.fid-intl.com
nicola.stead@bankofengland.co.uk
nicola.tamburini@bsibank.com
nicola.thomas@glgpartners.com
nicola.toffolatti@autogrill.net
nicola.tommasini@gestielle.it
nicola.vannucchi@mediobanca.it
nicola.versi@bsibank.com

nicola.walker@db.com
nicola.wilds@morganstanley.com
nicola.williams@fortisinvestments.com
nicola.wimpory@aberdeen-asset.com
nicola_spicer@notes.ntrs.com
nicola2.murphy@hsbcib.com
nicolaas.alberts@investecmail.com
nicolaas.marais@barclaysglobal.com
nicolai.schill@bw-bank.de
nicolal@microsoft.com
nicolamorgan@gic.com.sg
nicolan@ecugest.com
nicolao@scm-lp.com
nicolaos.koulioumba@spinnakercapital.com
nicolas.badre@saint-gobain.com
nicolas.besson@lodh.com
nicolas.beyaert@lodh.com
nicolas.blanc@bnpparibas.com
nicolas.blanchard@hvb.de
nicolas.blatti@credit-suisse.com
nicolas.boccabella@ubsw.com
nicolas.bonheure@belgacom.be
nicolas.boudreau@kofc.org
nicolas.boutar@bnpparibas.com
nicolas.bumann@uk.fid-intl.com
nicolas.burki@bcv.ch
nicolas.caplain@labanquepostale-am.fr
nicolas.caron@ge.com
nicolas.carroz@rothschildbank.com
nicolas.catin@fortis.com
nicolas.chaput@bnpparibas.com
nicolas.chavanne@towerbrook.com
nicolas.christmann@degroof.lu
nicolas.cleris@dexia-am.com
nicolas.coffe@petercam.be
nicolas.commerot@socgen.com
nicolas.cremieux@dexia-am.com
nicolas.dechamps@seb.se
nicolas.deskowronski@juliusbaer.com
nicolas.di.maggio@bcv.ch
nicolas.dufourcq@francetelecom.fr
nicolas.dujols@caam.com
nicolas.gagnerie@morganstanley.com
nicolas.gaultier@bnpparibas.com

nicolas.gazin@bnpparibas.com
nicolas.gomart@dexiamfr-dexia.com
nicolas.gonzalezr@grupobbva.com
nicolas.grondin@caam.com
nicolas.guyon-gellin@sgam.com
nicolas.hernout@drkw.com
nicolas.huber@dws.de
nicolas.janvier@columbiamanagement.com
nicolas.johnson@cpr-am.fr
nicolas.jugniot@cfm.mc
nicolas.kanaris@banca.mps.it
nicolas.kopitsis@mbczh.ch
nicolas.malka@socgen.com
nicolas.mange@mbczh.ch
nicolas.merindol@cnce.caisse-epargne.fr
nicolas.merzeau@shell.com
nicolas.monnier@cnp.fr
nicolas.moreau@axa-im.com
nicolas.moulonguet@sgcib.com
nicolas.mueller@rmf.ch
nicolas.muller@sgam.com
nicolas.natsis@commerzbank.com
nicolas.neurdin@bnpparibas.com
nicolas.pelletier@tcw.com
nicolas.pellicer@credit-suisse.com
nicolas.pernet@apicil.com
nicolas.perot@sncf.fr
nicolas.polliand@hsbcpb.com
nicolas.porchet@zkb.ch
nicolas.prost@lodh.com
nicolas.queme@blb.de
nicolas.renvoize@clamericas.com
nicolas.robertson@db.com
nicolas.rutsaert@dexia-am.com
nicolas.ruzicic@lodh.com
nicolas.samaran@commerzbankib.com
nicolas.schlotthauer@db.com
nicolas.simon@caam-re.com
nicolas.simon@dexia.be
nicolas.tissot@bcv.ch
nicolas.truong@sgcib.com
nicolas.w.roth@aexp.com
nicolas.walewski@caam.com
nicolas.woodcock@uk.fid-intl.com

nicolas.zerbib@nyc.nxbp.com
nicolas_joonekindt@par.invesco.com
nicolasbader@gic.com.sg
nicolas-t.robin@barep.com
nicolau.arbex@bcb.gov.br
nicolaus.hagleitner@rzb.at
nicole.aeschlimann@csfides.ch
nicole.boehringer@helaba.de
nicole.borovicka@citadelgroup.com
nicole.braendle@snb.ch
nicole.campbell@instinet.com
nicole.cash@wpginvest.com
nicole.d.fazio@jpmorgan.com
nicole.deblase@mercantile.com
nicole.decker@ubs.com
nicole.dehaan@lampebank.de
nicole.demaeghdt@agf.be
nicole.eccleston@prudential.com
nicole.esposito@fmr.com
nicole.everett@blackrock.com
nicole.felter@huntington.com
nicole.giufurta@moorecap.com
nicole.habegger@credit-suisse.com
nicole.henning@db.com
nicole.herold@gehe.de
nicole.im@db.com
nicole.john@dghyp.de
nicole.k.malina@jpmorgan.com
nicole.kalb@dgz-dekabank.de
nicole.kidder@ppmamerica.com
nicole.lawrence@ppmamerica.com
nicole.leblang@db.com
nicole.lemmo@aig.com
nicole.m.melwood@jpmorgan.com
nicole.mardell@morleyfm.com
nicole.meister@pncbank.com
nicole.mildenberger-honel@helaba.de
nicole.mitchell@americas.bnpparibas.com
nicole.montoya@axa-im.com
nicole.niedermeier@telekom.de
nicole.o'connell@columbiamanagement.com
nicole.p.bermensolo@jpmorgan.com
nicole.pahlke@hsh-nordbank.com
nicole.papassavvas@de.rcm.com

nicole.payne@advest.com
nicole.randle@edwardjones.com
nicole.rhodes@credit-suisse.com
nicole.rosenwinkel@edwardjones.com
nicole.ruddock@citadelgroup.com
nicole.s.guest@bankofamerica.com
nicole.saulet@tcw.com
nicole.scherrer@bis.org
nicole.schleuniger@claridenleu.com
nicole.seed@uk.abnamro.com
nicole.seiler@ch.abb.com
nicole.suter@cbve.com
nicole.thie@db.com
nicole.tranmer@barclaysglobal.com
nicole.valentini@group.novartis.com
nicole.vettise@jpmorganfleming.com
nicole.wiley@morganstanley.com
nicole.winkler@dzbank.de
nicole.young@db.com
nicole.zorn@dzbank.de
nicole@chandlerasset.com
nicole@maybank.com.hk
nicole_auffrey@putnam.com
nicole_ledoux@putnam.com
nicole_m_martin@vanguard.com
nicole_miritello@invesco.com
nicole_perret-gentil@freddiemac.com
nicole_r_brady@fanniemae.com
nicole_van_schie@deltalloyd.nl
nicolephua@gic.com.sg
nicoles@ruanecunniff.com
nicoletta.carlomagno@dws.com
nicoletta.commellato@db.com
nicoletta.damia@gnf.it
nicoletta.garola@bancaprofilo.it
nicoletta.geremia@banca.mps.it
nicoletta.zangrandi@mpsgr.it
nicoletta_krause@trinkaus.de
nicoll@bernstein.com
nicollsi@cba.com.au
nicolo.bocchin@gestielle.it
nicolo.braendli@bancaakros.it
nicolo.foscari@csam.com
nicolo'.mattana@sella.it

nicolo.nunziata@bancaprofilo.it
nicolo.pessina@mediobanca.it
nicolson@adelphi-capital.com
nicomancini@bloomberg.net
niculin.camenisch@sarasin.ch
nicwilliams3@bloomberg.net
nid.tu@adia.ae
nide@nochubank.or.jp
nidhi.bhatia@allstate.com
nidhi.gupta@citadelgroup.com
nidhi.gupta@fmr.com
nidia_murhib_bce@cajarural.com
niek.allon@nibc.com
niel.sutherland@scotiishwidows.com
niele.bindoo@fmr.com
niels.andersson@qnb.com.qa
niels.christensen@nordea.com
niels.degraaff@sns.nl
niels.johnson@barclaysglobal.com
niels.juhl.christensen@nordea.com
niels.kortleve@pggm.nl
niels.kylstra@ingim.com
niels.lorentz@seb.se
niels.mejer@nordea.com
niels.mogensen@bankgesellschaft.de
niels.oostenbrug@mn-services.nl
niels.pryts@amagerbanken.dk
niels.ulrik.mousten@seb.se
niels_slikker@swissre.com
nielsen@us.ibm.com
nielsend@deshaw.com
nife01@handelsbanken.se
nifei@temasek.com.sg
nigauri@daiwasbi.co.jp
nigel.arthur@jpmorgan.com
nigel.atha@citigroup.com
nigel.barrett@lazard.com
nigel.barter@ubs.com
nigel.bazely@nationwide.co.uk
nigel.brown@hsbchalbis.com
nigel.chapman@citicorp.com
nigel.chapman@db.com
nigel.clarke@uk.abnamro.com
nigel.coleman@credit-suisse.com

nigel.coleman@ubs.com
nigel.croke@amphenderson.co.nz
nigel.davies@tilney.com
nigel.de.jong@europe.hypovereinsbank.com
nigel.dooley@csam.com
nigel.drake@blackrock.com
nigel.foster@blackrock.com
nigel.hankin@investecmail.com
nigel.hayes@norwich-union-life.co.uk
nigel.holland@lgim.co.uk
nigel.holt2@lloydstsb.co.uk
nigel.houghton@ge.com
nigel.j.rayment@jpmorgan.com
nigel.jenkinson@bankofengland.co.uk
nigel.kennett@gartmore.com
nigel.kiernan@uk.fid-intl.com
nigel.lanning@uk.rcm.com
nigel.manning@jpmprganfleming.com
nigel.margetson@hsbcpb.com
nigel.may@mondrian.com
nigel.murtagh@schwab.com
nigel.palmer@mhcb.co.uk
nigel.pullen-warner@insightinvestment.com
nigel.sedgwick@aon.co.uk
nigel.smith@london.entoil.com
nigel.taylor@ubs.com
nigel.tyler@dresdner-bank.com
nigel.tyler@gibuk.com
nigel.walshe@lloydstsb.co.uk
nigel@sgi.com
nigel_denison@westlb.co.uk
nigel_foo@ssga.com
nigel_ridge@blackrock.com
nigel_scott.cook@pharma.novartis.com
nigel_tupper@blackrock.com
nigelr@bloomberg.net
nigro.leonardo@enel.it
nihal.manamperi@unb.ae
nihan@danskecapital.com
nihe03@handelsbanken.se
nihir.shah@tcw.com
niimi02814@nissay.co.jp
niina.bergring@keva.fi
nija02@handelsbanken.se

nije@bloomberg.net
nijun@sh.icbc.com.cn
nik.hart@aberdeen-asset.com
nik.persic@csam.com
nik.wislang@glgpartners.com
nikesh.sawjani@lloydstsb.co.uk
nikeshea_spears@fanniemae.com
nikhil.gupta@citadelgroup.com
nikhil.shah@bankofamerica.com
nikhil.uppal@blackrock.com
niki.d@daiwa-am.co.jp
niki.sutton@rothschild.co.uk
nikiforos.vidalis@ecb.int
nikita.turik@citadelgroup.com
nikki.a.snyder@usa.dupont.com
nikki.blues@swippartnership.co.uk
nikki.kerridge@uk.fin-intl.com
nikki.lance@gmacrfc.com
nikki@swedbank.com
nikkybeatty@bankofny.com
niklas.bergstrom@alfredberg.se
niklas.frost@manticore.se
niklas.hallberg@klp.no
niklas.hoglund@dnb.se
niklas.jarl@electrolux.se
niklas.johansson@skandia.se
niklas.larsson@swedbankrobur.se
niklas.lindberg@nordea.com
niklas.lundquist@dnbnor.com
niklas.palm@folksam.se
niklas.seifert@dws.com
niklas.von.daehne@morganstanley.com
niklas_mioen@ml.com
niklaus.germann@mgb.ch
niklaus.wernli@credit-suisse.com
niklaus.zyndel@ubs.com
niko@ellington.com
nikol.c.miller@jpmorgan.com
nikola.ivanov@prudential.com
nikola.legetic@eagleasset.com
nikolai.dimitrov@morganstanley.com
nikolai.nashamkin@dnb.no
nikolai.ulrich@hsh-nordbank.com
nikolaos.argiriou@jpmorgan.com

nikolaos.koukiasas@tdsecurities.com
nikolas.besemer@ba-ca.com
nikolas.kreuz@hsh-nordbank.com
nikolas.tsioullis@dzbank.de
nikolaus.cichy@rzb.at
nikolaus.junk@reuschel.com
nikolaus.poehlmann@dws.de
nikolaus.schaefer@credit-suisse.com
nikolaus.sillem@gz-bank.de
nikolaus.stetter@ksk-bc.de
nikolaus.wolfmeyer@lbb.de
nikolay.sysuev@threadneedle.co.uk
nikolay@ellington.com
nikos.ermorfopoulos@aig.com
nikos.evmorfopoulos@aig.com
nikos.pollakis@juliusbaer.com
nikos.theocharopoulos@gs.com
nikos.vasilakos@columbiamanagement.com
nikos@hbk.com
nik-rizal.kamil@shell.com
nil.barari@barclaysglobal.com
nilakshi.ambekar@alliancebernstein.com
nilesh.paranjape@t-systems.com
nilla.skallstrom@swedbank.com
nilnevik@stanford.edu
nils.anderson@carlsberg.com
nils.bantleon@sparkasse-koelnbonn.de
nils.becker@westlbpanmure.com
nils.ernst@db.com
nils.gunnar.brattlie@dnb.no
nils.jungbacke@sinopia-group.com
nils.lorenzen@abnamro.com
nils.ossenbrink@sarasin.ch
nils.paellmann@usa.telekom.de
nils.rask@ubs.com
nils.stoerling@postbank.de
nils.thewes@db.com
nils.tuchschmid@bcv.ch
nils.weber@ib.bankgesellschaft.de
nils.wittenhagen@db.com
nils_mellquist@acml.com
nilsa.vazquez@stephens.com
nilsn@capraasset.com
nilson@dynexcapital.com

nima.habibollahi@caam.com
nima.habibulahi@caam.com
nima.pirzadeh@bankofamerica.com
nima.tayebi@aberdeen-asset.com
nimish_patel@ntrs.com
nimit_sharma@fanniemae.com
nimmie.eeson@gs.com
nimrit.k.kang@usa.dupont.com
nina.baernthaler@omv.com
nina.borowczak@ubs.com
nina.hodzic@ingim.com
nina.hodzig@ingim.com
nina.khromova@xlgroup.com
nina.kleinbongartz@citigroup.com
nina.knecht@dws.de
nina.kupferschmied@cbve.com
nina.mahdavi@bnpparibas.com
nina.myers@nationalcity.com
nina.ross@sgcib.com
nina.ruethel@dws.de
nina.saglimbeni@lazard.com
nina.sokolovski@helaba-invest.de
nina_bainbridge@bat.com
nina_jones@troweprice.com
nina_tannebaum@acml.com
nina_tao@invesco.com
nina_topham@troweprice.com
ninaas@bok.or.kr
ninafeng@cathaylife.com.tw
nina-maria.uhle-fall@deka.de
ning.ren@icbc.com.cn
ning.sun@columbiamanagement.com
ningsu.chan@jpmorgan.com
nini@megabank.com.tw
nino.mancini@ersel.it
nino.vonfinck@hafm.de
ninocarlo.flueckiger@credit-suisse.com
ninoska.mack@tt.rbtt.com
ninou@sin.is-ja.jp
nio@tokyotrust.co.jp
niola.a.santana@jpmorgan.com
nippi.kochhar@ch.abnamro.com
nirajpshah@bloomberg.net
niranjan.x.aiyagari@jpmorgan.com

nirashiny@bnm.gov.my
nirav.parikh@tcw.com
nirdo@clal-ins.co.il
nirgiannakis.k@emporiki.gr
nirka.osio@hsbcpb.com
nirlep.sandhu@euro-vl.com
nirvana@bok.or.kr
nischal.pai@columbiamanagement.com
nisha.bilkhu@gartmore.com
nisha.chengappa@nordlb.com
nisha.goriah@innocap.com
nisha.khiroya@lgim.co.uk
nisha.lakhani@gs.com
nisha.m.patel@prudential.com
nisha.puthur@fhlb-pgh.com
nishant.upadhyay@pimco.com
nishant_pathela@countrywide.com
nishesh.kumar@jpmorgan.com
nishi.naoto@kokusai-am.co.jp
nishi020727@sanyo.co.jp
nishida@sumitomotrust.co.jp
nishikawa@shizuokabkny.com
nishimiya.koh@sumitomo-rd.co.jp
nishimoto@daiwa-am.co.jp
nishimoto@daiwasbi.co.jp
nishimura@daiwasbi.co.jp
nishimuta8108@intra.cosmo-sec.co.jp
nishino@daiwasbi.co.jp
nishinon@bloomberg.net
nishio@dlusa.com
nishio462@dl.dai-ichi-life.co.jp
nishioka.minoru@daido-life.co.jp
nishisako-0b8h@jp.nomura.com
nishish.doshi@uobgroup.com
nishit.shah@sgam.co.uk
nishizaki@nam.co.jp
nissan@mizrahi.co.il
nissani.n@fibi.co.il
nissotti_montano@jpmorgan.com
nita.brown@kodak.com
nita.patel@alliancebernstein.com
nita.pattni@gartmore.com
nita@tepco.co.jp
nita_studen_kiliaan@deltalloyd.nl

nitamizu@bloomberg.net
nitanai@daiwa-am.co.jp
nitesh.agarwal@ubs.com
niti.jain@be.gm.com
nitin.bajaj@uk.fid-intl.com
nitin.bhambhani@jpmorgan.com
nitin.bhat@morganstanley.com
nitin.phase@abnamro.com
nitin.somani@novartis.com
nitin.vaidya@aiminvestments.com
nitin_doke@calpers.ca.gov
nitinj@princeton.edu
nitish.patel@ubs.com
nitish.patel@ubs-oconnor.com
nitta.r@daiwa-am.co.jp
nitza.berkowitz@db.com
nivritt_bonarji@freddiemac.com
niwa@nam.co.jp
niwamatsu@bloomberg.net
niwashita@daiwasbi.co.jp
nixon.mak@aig.com
nixon@moorecap.com
nizam.broachi@bd.com
n-izumida@nissay.co.jp
nj0167858215@hotmail.com
njawale@tiaa-cref.org
njayanty@tiaa-cref.org
njfox@elas.co.uk
njhangiani@juliusbaer.com
njhwang01@hanmail.net
njiang@worldbank.org
njiauwclnurdin@ocbc.com
njones16@bloomberg.net
njoss@aegonusa.com
njwatson@stpaultravelers.com
njz3@cornell.edu
nk@bearbull.ch
nka@danskebank.dk
nkamruddin@wasatchadvisors.com
nkane@bankofny.com
nkangpan@aegonusa.com
nkapoor@lehman.com
n-katayama@ikedabank.co.jp
nkato@kokusai-am.co.jp

n-kawamura@meijiyasuda.co.jp
nkehm@federatedinv.com
nkelly@securities.co.uk
nkelly@sunamerica.com
nkhoda@wharton.upenn.edu
nkhosla@westernasset.com
nkim@kkb.kz
nkimmel@bloomberg.net
nkinas7@bloomberg.net
nkissack@uss.co.uk
nkkawa@dl.dai-ichi-life.co.jp
nkkim@kdb.co.kr
nklau@mas.gov.sg
nklein@templeton.com
nkofman@wellington.com
nkojima2@sompo-japan.co.jp
nkornitzer@buffalofunds.com
nkotkovs@cisco.com
nkotsonis@opers.org
nkotwal@glic.com
nkrantz@pernod-ricard.fr
n-kudou@taiyo-seimei.co.jp
nkuhlkin@jennison.com
nkurita@penncapital.com
nkwok@hcmlp.com
nla@dodgeandcox.com
nla@topdanmark.dk
nlafhel@bankofcanada.ca
nlai@omega-advisors.com
nlaidlaw@bankofny.com
nlalman@jennison.com
nlalvani@delinvest.com
nlamotte@halcyonllc.com
nlandell-mills@uss.co.uk
nlang@wrberkley.com
nlangan@hbk.com
nlarrabee@nacm.com
nlatrenta@metlife.com
nlaurin@bcbsm.com
nlayzer@smithbreeden.com
nle@eatonvance.com
nle@ubp.ch
nlecor@fhlbsea.com
nlee@bechtel.com

nlefort@molex.com
nlenicheck@jhancock.com
nlg4@georgetown.edu
nliang@aegonusa.com
nlieu@westernasset.com
nlirette@wellington.com
nll@capgroup.com
nllave@adb.org
nln@bankinvest.dk
nlosek@websterbank.com
nlosey@hcmlp.com
nlouie@vegapartners.com
nlovatt@scottishlife.co.uk
nlowe@edc-see.ca
nluccioni@bloomberg.net
nlynch@londonstockexchange.com
nm22@ntrs.com
nm86@cornell.edu
nma@ubp.ch
nmadsen@aegonusa.com
nmagendie@cicparis.com
nmaher@loomissayles.com
nmahurkar@pictet.com
nmak@jhancock.com
nmandery@ci.chula-vista.ca.us
nmanelkar@metlife.com
nmanolakakis@alliancebernstein.com
nmanon@ahorrocorporacion.com
nmarais@worldbank.org
nmarchesii@creberg.it
nmarchetta@perrycap.com
nmarchetti@websterbank.com
nmarzella@caxton.com
nmasding@firststate.co.uk
nmassa@jhancock.com
nmatsuda@dl.dai-ichi-life.co.jp
nmatsui@westernasset.co.uk
n-matsunaga@yasuda-life.co.jp
nmayhew@dahsing.com
nmb@kpc.com.kw
nmccarthy@ofiinstitutional.com
nmccormack@loomissayles.com
nmcdermott@firststate.co.uk
nmcfadden@pughcapital.com

nmcfarland@russell.com
nmchoumenkovitch@wellington.com
nmcintosh@waddell.com
nmckenzie@worldbank.org
nmclouglin@adic.co.ae
nmeek2@bloomberg.net
nmegli@allegiancecapital.com
nmeinertzhagen@newstaram.com
nmelendez@lordabbett.com
nmerritt@tiaa-cref.org
nmeserve@hcmlp.com
nmessing@unigestion.com
nmetz@federatedinv.com
nmiller@nationalwesternlife.com
nminami@ifc.org
n-miyata@yasuda-life.co.jp
nmiyawaki@ftci.com
nmjackman@wellington.com
nml2@ntrs.com
nmlam@wellington.com
nmohandas@sisucapital.com
nmonoyios@oppenheimerfunds.com
nmoran@sfdrill.com
nmorillo@mfs.com
nmr@dodgeandcox.com
nmuellerhand@metlife.com
nmunir@metlife.com
nmurakami3@sompo-japan.co.jp
nmustoe@pictet.com
nmv@bankinvest.dk
nmw@capgroup.com
nn@db.com
n-nakahara@nochubank.or.jp
nnakano@tiaa-cref.org
n-nanchi@ikedabank.co.jp
nnavari@federatedinv.com
nndare@statestreet.com
nneang@sinopia.fr
nnejame@nevrodie.com
nnena.nkongho@uk.fid-intl.com
nnewton@waddell.com
nng@spt.com
nnitisusanta@wellington.com
nnoriega@ftci.com

noah.kauffman@tcw.com
noah.lerner@hartzmountain.com
noah.millman@kbcfp.com
noah.monsen@thrivent.com
noah.petrucci@columbiamanagement.com
noah.solomon@gs.com
noah.wise@wellsfargo.com
noah.yechiely@bwater.com
noal.goldfarb@mackayshields.com
noam_lefkovitz@acml.com
noamb@migdal-group.co.il
nobel.kamberi@prudential.com
noble.jp@dreyfus.com
noboru.ichikura@ims.jti.co.jp
noboru_hayakawa@tr.mufg.jp
nobrien@westpac.com.au
nob-shimizu@ufjtrustbank.co.jp
nobuaki.miyatake@morganstanley.com
nobuaki.murayama@uk.kokusai-am.co.jp
nobuaki.omura@daiwasmbc.co.uk
nobuaki.tanabe@bankofamerica.com
nobufusa.nabeshima@baring-asset.com
nobuhiko.nagumo@nttl.co.jp
nobuhiko_mitake@mitsubishi-trust.co.jp
nobuhiro_morita@ub.smbc.co.jp
nobuhiro-aikawa@gm.shokochukin.go.jp
nobuhisaa@iadb.org
nobuho.nanjo@uk.mufg.jp
nobukazu.ono@boj.or.jp
nobuki.takeya@shinseibank.com
nobuki_yasuda@am.sumitomolife.co.jp
nobuo.inukai@mizuho-cb.co.jp
nobuo_anzai@tr.mufg.jp
nobuo_kawamura@am.sumitomolife.co.jp
nobushige.imai@ibjbank.co.jp
nobusige_tanaka@am.sumitomolife.co.jp
nobutaka.kitajima@nomura-asset.co.uk
nobuya.nemoto@westernasset.com
nobuyuki.ohyama@eig2.ho.dkb.co.jp
nobuyuki.sato@gb.smbcgroup.com
nobuyuki.sekioka@axa.co.jp
nobuyuki.takei@shinseibank.com
nobuyuki_kawabata@smbcgroup.com
nobuyuki1_takeuchi@tr.mufg.jp

nobuyuki-kobayashi@am.mufg.jp
noconnor@westpac.com.au
nod008@bloomberg.net
noeamilsupplied@kas.com
noel.craven@claridenleu.com
noel.forgeard@airbus.fr
noel.heavey@clinton.com
noel.johnson@fmr.com
noel.keegan@pioneerinvest.ie
noel.pawlak@harrisbank.com
noel.purcell@mizuhocbus.com
noel.yi@pimco.com
noel@ardsley.com
noel_heavey@ml.com
noel_montaigue@blackrock.com
noelf@wellington.com
noeline@gruss.co.uk
noelle.lohmeyer@prudential.com
noelle_chara.siompotis@morganstanley.com
noelp@pfm.com
noemail@donotsend.com
noemail@email.com
noemail@lazard.fr
no-email@lehman.com
noemi.osio@intesasanpaolo.co.uk
noemi.oslo@bancaintesa.co.uk
noemie.hadjadj@cpr-am.fr
noga.david@principal.com
nogrady@hcmny.com
noguchi17817@nissay.co.jp
noha.negm@prudential.com
noh-joon.choo@lazard.com
noikokyrakisie@yahoo.com
noki-b4940059@jp.nomura.com
no-kosaka@ja-kyosai.or.jp
nokusawa@us.tr.mufg.jp
nolan.taylor@moorecap.com
nolan.toy@sscims.com
nolan.wapenaar@db.com
nolan_wood@nacm.com
nolapel@paragonassociates.net
nolke.posthuma@mn-services.nl
nolld@stifel.com
nolson@websterbank.com

nolwenn.leroux@caam.com
nolwenn.leroux@ca-assetmanagement.fr
noman_ali@mfcinvestments.com
nomura.kan@hk.nomura.com
nomura@nam.co.jp
nomura147@dl.dai-ichi-life.co.jp
nonado@cyrilfinance.com
none@none.com
nong1@bloomberg.net
noonem@tcwgroup.com
noorb@kia.gov.kw
noorsurainah.tengah@bia.com.bn
noorul.julaihi@bia.com.bn
nooza@bloomberg.net
noppuny@bot.or.th
nora.creedon@fmr.com
nora.heaton@db.com
nora.thoden@jpmorgan.com
nora.zamit@axa-im.com
norah.mccann@dzbank.de
norah.walsh@citigroup.com
norai@bloomberg.net
norainiismail@gic.com.sg
norasalleh@bnm.gov.my
norbert.auer@db.com
norbert.bornefeld@lampebank.de
norbert.both@saarlb.de
norbert.braems@oppenheim.de
norbert.braeuer@helaba.de
norbert.brestel@schroders.com
norbert.faget@aam.de
norbert.faller@union-investment.de
norbert.frei@ampegagerling.de
norbert.fuehrer@dekabank.de
norbert.heider@pioneerinvestments.com
norbert.hirschberg@bw-bank.de
norbert.janisch@rcm.at
norbert.kaldun@dit.de
norbert.metz@lehman.com
norbert.noser@vpbank.com
norbert.ruecker@juliusbaer.com
norbert.schley@sebam.de
norbert.schraad@helaba.de
norbert.stahl@credit-suisse.com

norbert.strozynski@lbbw.de
norbert.tolksdorf@oppenheim.de
norbert.vandecan@nbb.be
norbert.vock@ui-gmbh.de
norbert.wieneke@ib.bankgesellschaft.de
norbert_doerr@westlb.de
norberto_zaiet@westlb.com
nordea@comcast.net
nordine.ouchelli@cpr-am.fr
nordlblux1@bloomberg.net
noreen.annal@huntington.com
noreen.cahalan@alliancebernstein.com
noreen.griffin@morganstanley.com
noreen.reilly@prudential.com
nori.funaki@pimco.com
noriaki.nakashima@mizuho-cb.co.jp
noriaki_matsui@blackrock.com
norifumi.kikuchi@mizuho-cb.co.jp
norihiko.ishihara@gs.com
norihiko_kawachi@mitsubishi-trust.co.jp
norihiko-nakagawa@mitsubishi-am.co.jp
norihiro-aonuma@am.mufg.jp
norihiro-takada@am.mufg.jp
noriko.ando@ibjbank.co.jp
noriko.kuroki@jpmorgan.com
noriko_horie@ho.rokinbank.or.jp
noriko_kitamura@mitsubishi-trust.co.jp
norio.nakajima@mizuho-cb.co.jp
norio_kisimoto@am.sumitomolife.co.jp
norisato@nochubank.or.jp
noritomo.nomoto@partners.co.jp
noriyoshi_yamaguchi@mitsubishi-trust.co.jp
noriyuki.arai@ubs.com
noriyuki.kyono@ufj-partners.co.jp
noriyuki_okamoto@tr.mufg.jp
noriyuki-harada@nochubank.or.jp
norlinda@mas.gov.sg
norm.judd@sterlingsavings.com
norm.phillips@lyondellbasell.com
norm_boucher@putnam.com
norma.harvey@state.or.us
normakt@ebrd.com
norman.dalgleish@aegon.co.uk
norman.fidel@alliancebernstein.com

norman.lee@barclaysglobal.com
norman.leung@oliverwyman.com
norman.lind@fmr.com
norman.lins@dgpanagora.de
norman.lovitch@bankofamerica.com
norman.nelson@raymondjames.com
norman.raschkowan@standardlife.ca
norman.strobl@omv.com
norman.wukm@uobgroup.com
norman@rentec.com
norman_combest@invesco.com
norman_last@scotiacapital.com
normancheong@dbs.com
normand.allaire@bgpi.com
normand.desrosiers@columbiamanagement.com
normanm@bloomberg.net
normen.fritz@union-investment.de
normkurland@att.net
norris@fergwell.com
norris@nytimes.com
norrisha@bloomberg.net
north_charles@jpmorgan.com
northc@fhlbsf.com
nortonk@wharton.upenn.edu
nosbigneb@yahoo.com
not@available.com
notarok@aetna.com
nothando.ndebele@gs.com
notis.mitarachi@uk.fid-intl.com
noufs@kia.gov.kw
nouri@kpc.com.kw
noushin.irani@dws.de
novacom@lloydadriatico.it
novelli@mpsgr.it
noventa@capitalgest.it
nowers@statoilhydro.com
noyesj@emigrant.com
nozaki@nam.co.jp
nozomi.kakinuma@boj.or.jp
np@capgroup.com
np54@ntrs.com
np61@ntrs.com
npa.vd.berg@interpolis.nl
nparames@banco-privado.pt

nparliaris@alpha.gr
nparnell@fhlbdm.com
npatel@mdsass.com
npaul@bloomberg.net
npauwels@vcallc.com
npavlidis@bloomberg.net
npearson@standishmellon.com
npegoraro@bloomberg.net
npenwell@stifel.com
npeplins@allstate.com
npereira@princeton.edu
nperetz@the-ark.com
npersoo@mdsass.com
npetrakov@lordabett.com
npetrie@allstate.com
nphare@hourglasscapital.com
npharrel@gapac.com
npicard@cpr-am.fr
npilcher@russell.com
npilgrim@bloomberg.net
npn@bloomberg.net
npo@ubp.ch
npolowchena@us.nomura.com
nporter@pkb.ch
npostyn@bear.com
npovedano@creditandorra.ad
npradhan@mfs.com
nprazeres@bloomberg.net
nprecel@umtbusa.com
nprial@essexinvest.com
nps@epix.net
npuetz@bloomberg.net
npundavia@wellington.com
npurschaker@metzler.com
npytlak@panagora.com
nr16@ntrs.com
nrabinowitz@europe-israel.com
nradia@bankofny.com
nrahman@aegonusa.com
nramosbe@cajamadrid.es
nramsey@bankofny.com
nray@tiaa-cref.org
nreeves@thamesriver.co.uk
nrenie@templeton.com

nreynol@mail.arco.com
nreynolds@watrust.com
nrgutierrez@iid.com
nrhodes@oppenheimerfunds.com
nribaslequerica@lmus.leggmason.com
nrjwfg@visi.com
nroberson@bloomberg.net
nroberts@loomissayles.com
nroberts@metlife.com
nroccano@farmcredit-ffcb.com
nrodgers@alphacapinc.com
nrodriquez@dhja.com
nrogers@standishmellon.com
nrollins@stephens.com
nrosenzweig@bear.com
nrossano@bci.it
nrubinstein@jennison.com
nrumpf@mfs.com
nrupesh.mastakar@ch.abb.com
nrusso@caxton.com
nrutkiew@tiaa-cref.org
nrutzell@nabny.com
nryb@uk.tr.mufg.jp
nryder@tiaa-cref.org
ns@capgroup.com
ns@nationalbanken.dk
ns439@cornell.edu
ns532@cornell.edu
nsaffra@btmna.com
nsaffra@us.mufg.jp
nsagnanert@payden-rygel.com
nsaito@hbk.com
n-sakemi@nochubank.or.jp
nsaksena@princeton.edu
nsalgado@msfi.com
nsamsonova@farcap.com
nsamuels@thamesriver.co.uk
nsandler@canyonpartners.com
nsantin@grneam.com
nsax@mt.gov
nsbank@ptd.net
nschmidt@russell.com
nschrems@tjim.com
nschuitmaker@aegon.nl

nschwartz@nytimes.com
nscinto@voyageur.net
nscoleman@glic.com
nscott@smithmgtllc.com
nsdl@capgroup.com
nseltzer@williamblair.com
nsequeira@bloomberg.net
nshah@frk.com
nshah@hbk.com
nshah@lordabbett.com
nshah@templeton.com
nshapiro@mfs.com
nsharif@oaktreecap.com
nsharma@oppenheimerfunds.com
nsharma@standishmellon.com
nsheera@pictet.com
nshenton@fandc.com
nsheridan@newstaram.com
nsherron@caxton.com
nsheth@tiaa-cref.org
nsheth@westernasset.com
nshibata@bloomberg.net
n-shito@bloomberg.net
nsiddiqui@wellington.com
nsiegfried@thamesriver.co.uk
nsimar@bloomberg.net
nsingh@the-ark.com
nsinghal@hbk.com
nslee@hanvitbank.co.kr
nslevy@wellington.com
nsmeaton@scoteq.co.uk
nsmithie@mfs.com
nsmueller@the-ark.com
nsnd@danskebank.dk
nsneddon@martincurrie.com
nsng@mas.gov.sg
nsoderstrom1@bloomberg.net
nsohrabi@fmaadvisors.com
nsomich1@bloomberg.net
nspadafo@sovereignbank.com
nspeicher@hcmlp.com
nspiezio4@bloomberg.net
nstanbridge@pictet.com
nstanley@fnni.com

nstapleton@ti.com
nstasse@metlife.com
nstroscio@mfs.com
nstubel@ustrust.com
nstudenroth@deerfieldcapital.com
nstuebe@wdwitter.com
nsulikow@bloomberg.net
nsumardi@worldbank.org
n-suzuki@tmam.co.jp
nswagers@aegon.nl
nt@sitinvest.com
nt243@cornell.edu
ntejero@iberia.es
ntelesford-siriboe@pbucc.org
ntesta@bloomberg.net
nthibault@bloomberg.net
nthornycroft@fcem.co.uk
ntimmons@europeancredit.com
ntooke@eatonvance.com
ntoudi.mouyelo@dexia-bil.com
ntrinca@fideuramsgr.it
ntriplett@dumac.duke.edu
ntripodes@federatedinv.com
ntritton@atgsystems.com
ntruderung@williamblair.com
ntshua@westernasset.com
ntsi@bloomberg.net
ntuteja@wellington.com
ntuteja@wharton.upenn.edu
nuc@payden-rygel.com
nugisid@wooribank.com
nugzari.jakobishvili@blackrock.com
nujchanp@bot.or.th
nuk@capgroup.com
nukui05968@nissay.co.jp
numata@dlusa.com
nunnj@anz.com
nuno.almeidaalves@bcp.pt
nuno.caetano@morganstanley.com
nuno.costa.antunes@bancobpi.pt
nuno.godinho@bsnp.pt
nuno.torcato@finantia.com
nunomura@daiwa-am.co.jp
nunu.chen@bwater.com

nunzio.traballi@mediobanca.it
nupton@bloomberg.net
nupur.bhargava@ubs.com
nurain.mussani@aberdeen-asset.com
nuray.burnazoglu@finansbank.ch
nureilen_poulina@petronas.com.my
nuren_geodakov@invesco.com
nuri.goncy@nordea.com
nuria.casadohernandez@telefonica.es
nuria.cervello@caixacatalunya.es
nuria.roda-aguilera@db.com
nuria.sanchezdueso@lodh.com
nurit.heinsdorf@teva.co.il
nuritk@bll.co.il
nuritl@migdal-group.co.il
nurpinar.caglar@finansbank.com.tr
nurselin.camlibel@unicreditgroup.de
nusiyama@wellington.com
nussdorf@soapstonecapital.com
nusshold@meinlbank.com
nuttl@bot.or.th
nuwan.x.wijesinghe@jpmorgan.com
nv82@cornell.edu
nveitch@svmonline.com
nvenkatesh@worldbank.org
nverman@microsoft.com
nvigo@metlife.com
nvl@dodgeandcox.com
nw@farcap.com
nw56@ntrs.com
nwadelton@rcn.com
nwagner@seic.com
nwaite@westpac.com.au
nwakabayashi@bloomberg.net
nwalcott@sierraglobal.com
nwalstrom@voyageur.net
nwamai@payden-rygel.com
nwd.tr@adia.ae
nweiner@blackrock.com
nweiss@qualcomm.com
nwelch@concordiafunds.com
nwenger@bloomberg.net
nwh@cgii.com
nwiejun@hcmlp.com

nwilkes@bloomberg.net
nwillemsen@dow.com
nwilliams@fultonfinancialadvisors.com
nwilson@senecacapital.com
nwinsen@spfbeheer.nl
nwoutas@nabny.com
nwynn@delinvest.com
nxu@perrycap.com
nyalamanchi@dkpartners.com
nyan@bankofny.com
nyang@caxton.com
nyang8@bloomberg.net
nyaroslavskiy@westernasset.com
nyclivewire@moorecap.com
nyf@bloomberg.net
nyfuturesservice@lehman.com
nyma.hosein@rbc.com
nymorningmail@americancentury.com
nyswap-ops@moorecap.com
nyuba@uk.tr.mufg.jp
nyudell@brownadvisory.com
nz44@cornell.edu
nzarcone@rwbaird.com
nzatlyn@mfs.com
nzdeblick@sarofim.com
nzelizer@princeton.edu
nziegelasch@thamesriver.co.uk
nzimmerman@hollandcap.com
nzk@capgroup.com
o.aeschlimann@iam.ch
o.aki@noemail.com
o.alvarez@westernasset.com
o.bastianelli@kairospartners.com
o.benoist@macsffinance.com
o.brunetti@bpl.gruppobipielle.it
o.carrolaggi@afdb.org
o.daniel@mwam.com
o.david@bloomberg.net
o.eweck@afdb.org
o.hoogeveen@bouwfonds.nl
o.muggli@hsbc.guyerzeller.com
o.nohara@noemail.com
o.nothof@frankfurt-trust.de
o.peters@abp.nl

o.rossini@centrobanca.it
o.s.adebanji@heineken.com
o.seux@lvmh.fr
o.van.thull@robeco.nl
o.zee@vanlanschot.com
o_gugi@bankaudi.ch
o_sakuma@nam.co.jp
oaa@nbim.no
oac1@ntrs.com
oadams1@bloomberg.net
oadespr@aetna.com
oaeschlimann@unigestion.com
oafalase@wellington.com
oalharbi@bloomberg.net
oalquraishi@kio.uk.com
oalsallal@kio.uk.com
oam@candw.ky
oam@columbus.com
oambrosetti@bloomberg.net
oanh.nguyen@asbai.com
oata@firstcarolina.org
oaw@nbim.no
oban.breathnach@barcap.com
obara.masayasu@kokusai-am.co.jp
obarsketis@fmausa.com
obata_hideki@nochubank.or.jp
obbe.kok@ingim.com
obech@unibank.dk
obenz@bellevue.ch
oberdorf@dit.de
obetz@bloomberg.net
obibiano@ofivalmo.fr
obirch@bloomberg.net
oboularand@groupe-ccr.com
obrien.c@mellon.com
obrien.s@mellon.com
o'brien.s@mellon.com
obrien_jack@jpmorgan.com
obrienk@pfm.com
obutt@bloomberg.net
obychuk@oppenheimerfunds.com
oc@pallmallpartners.com
ocastelino@hcmlp.com
ocf@nbim.no

ochaixdelavarene@cicparis.com
ochamina@lvmh.fr
ochassea@canal-plus.com
ochiai@bloomberg.net
ochiai@nam.co.jp
ochiai_koji@dn.smbc.co.jp
ochiai_takabumi@ck.smbc.co.jp
ochiai-08bt@jp.nomura.com
ochida@dl.dai-ichi-life.co.jp
ochng@steinroe.com
ochsners@bloomberg.net
ockerhausen@bloomberg.net
oclementin@bloomberg.net
ocoll@groupama-am.fr
ocon@bloomberg.net
oconnell.km@tbcam.com
oconnor.j@dreyfus.com
oconnor_sandra@jpmorgan.com
oconnorj@adpomr.com
octavio.duran@grupobbva.com
octavio_garcia@cargill.com
octhan.akbar@bni.co.id
oczkowski.michael@principal.com
oda.m.myklebust@nordea.com
oda.shinnsuke@daido-life.co.jp
odahan@bloomberg.net
odaiuto@bloomberg.net
odake-k@itochu.co.jp
oda-s@daiwasbi.co.jp
odayi@kia.gov.kw
odd.gjerdsjo@abgsc.no
odd.gullberg@hydro.com
odd-anders.willand@kap.norges-bank.no
odd-magne.fosen@kap.norges-bank.no
oddvar.frigstad@storebrand.com
oded.levin@blackrock.com
odeniyaz.dzhaparov@dws.com
odetrogoff@groupama-am.fr
odilo.mandel@bw-bank.de
o'donnell.ma@mellon.com
odonovan.mary@gene.com
odorgeval@bft.fr
odriscollg@ufji.com
oe@daiwa-am.co.jp

oecevit@bloomberg.net
oeij.yuansiang@uobgroup.com
oekambi@ssga.com
oeudes@ofivalmo.fr
oezcan.dalmis@dzbank.de
oezkan.dogan@oppenheim.de
ofa.eu@adia.ae
ofavell@bloomberg.net
ofer@ibi.co.il
oferhi@bll.co.il
oferial@cdcixis-cm.com
ofern@bll.co.il
ofinnigan@paychex.com
oflynnan@cba.com.au
ofmiller@us.ibm.com
ofouchet1@bloomberg.net
ofredon@bloomberg.net
ofrolova@hymanbeck.com
ogalbisb@notes.banesto.es
ogarciap@cajamadrid.es
ogashira.namiko@daido-life.co.jp
ogashira@ioi-sonpo.co.jp
ogasquet@banque-vernes-artesia.fr
ogatakz@bernstein.com
ogavish@leumi.ch
ogawa@dbcm.co.uk
ogawa-0g35@jp.nomura.com
ogawa-k@nochubank.or.jp
ogawa-tak@itochu.co.jp
ogaysin@templeton.com
ogdan.r@fibi.co.il
ogi@nam.co.jp
ogilhooley@lordabbett.com
oginda.vlijter@mn-services.nl
oginguene@pictet.com
ogishima-0d68@jp.nomura.com
ognian.mihaylov@moorecap.com
ognjen.sosa@fmr.com
ogonzalez@jhancock.com
ogood@bloomberg.net
ogoupy@groupama-am.fr
ogregori.ramon@grupobbva.com
ogros@pictet.com
ogs@nbim.no

oguchi381@dl.dai-ichi-life.co.jp
ogur_scott@jpmorgan.com
oguro@zenkyoren-usa.com
oh.a@dreyfus.com
oh@mail.com
oh5@ntrs.com
oharakz@bernstein.com
ohe@petercam.be
ohelfrey@hollandcap.com
ohhata@daiwa-am.co.jp
ohhwase@gic.com.sg
ohill@hcmlp.com
ohira.dli@dial.pipex.com
ohira@tmam.co.jp
ohkita@nochubank.or.jp
ohl.d@tbcam.com
ohmura@toyotrustny.com
ohn.choe@db.com
ohuby@cpr-am.fr
ohuet@ofi-am.fr
ohwada@daiwa-am.co.jp
ohyg@bok.or.kr
oigwe@sisucapital.com
oihana.g.gotxi@aib.ie
oisin.p.tracey@aibbny.ie
ojaster@meag.com
ojcheevers@clinton.com
ojezequel@ofi-am.fr
ojgil@statoil.com
ojika@sumitomotrust.co.jp
ojpertuit@denveria.com
oka_ryoichiro@dn.smbc.co.jp
oka_toshifumi@dn.smbc.co.jp
okabe-y@daiwasbi.co.jp
okada.m@daiwa-am.co.jp
okada.shinichiro@nomura-asset.com
okada@daiwasbi.co.jp
okada-mitsuhiro@mitsubishi-sec.co.jp
okamoto@daiwa-am.co.jp
okamoto02865@nissay.co.jp
okamotoi@dl.dai-ichi-life.co.jp
okamura@daiwasbi.co.jp
okan.aksel@sgcib.com
okan.aksu@denizbank.com

okane@maml.ie
okano.y@daiwa-am.co.jp
okay.kiygi@yapikredi.com.tr
okayasu03326@nissay.co.jp
okazaki@daiwa-am.co.jp
okazaki658@dl.dai-ichi-life.co.jp
okeeffe@bessemer.com
okelo.bristol@inginvestment.com
oki.s@daiwa-am.co.jp
oklove25@kbstar.co.kr
oknobloch@pictet.com
okoide@daiwasbi.co.jp
okojvk@bloomberg.net
okoney@jennison.com
oksana.falenchuk@nb.com
oku@bloomberg.net
okubo.takashi@kokusai-am.co.jp
okubo_satoshi@dn.smbc.co.jp
okuhara@daiwasbi.co.jp
okumura_masumi@takeda.co.jp
okuno24340@nissay.co.jp
okunze@meag.com
okuttiamu@adcouncil.ae
okuyama933@dl.dai-ichi-life.co.jp
ola.anderssen@americas.bnpparibas.com
ola.uhre@orkla.no
ola@nbim.no
ola@ubp.ch
ola_folarin@ssga.com
olaf.bueltmann@stinnes.de
olaf.burmeister@hypovereinsbank.de
olaf.conrad@trinkaus.de
olaf.ephraim@planet.nl
olaf.eulitz@db.com
olaf.hummels@hsh-nordbank.com
olaf.k.toelke@axa-im.com
olaf.krueger@bankgesellschaft.de
olaf.liedtke@ubs.com
olaf.martin@zkb.ch
olaf.meier@bailliegifford.com
olaf.meyer@ch.michelin.com
olaf.stotz@devif.de
olaf.struckmeier@lrp.de
olaf.trenner@gz-bank.de

olaf.weeken@bankofengland.co.uk
olaf-alexander.priess@westlb.lu
olaftecklenburg@helaba-invest.de
olalekan.akinyanmi@alliancebernstein.com
olan.cremin@iibbank.ie
olange@blomberg.net
ol-anq-execution@ubs.com
olar@danskebank.dk
olav.bo@dnbnor.no
olav.gunnes@dnbnor.no
olawale.a.dawodu@jpmorgan.com
old1@ntrs.com
ole.birkeland@db.com
ole.christensen@danskebank.dk
ole.hakon.eek-nielsen@nordea.com
ole.harmsen@seb.dk
ole.hui@morleyfm.com
ole.nielsen@inter-ikea.com
ole.rummel@bankofengland.co.uk
ole.rustad@abgsc.no
ole.skov@lu.danskebank.com
olebleu@mfs.com
oleflon@generali.fr
oleg.burd@kfw.de
oleg.chugayev@gmacrfc.com
oleg.i.biryulyov@jpmorgan.com
oleg.maximov@usaa.com
oleg.nusinzon@fmr.com
oleg.puzyrko@barclaysglobal.com
oleg.sozonoff@litchfield-advisors.eu
oleg.zuravljov@japan.gartmore.com
oleg@bankisrael.gov.il
oleggurin@northwesternmutual.com
olena.datsenko@barclaysglobal.com
olessia.burner@barclaysglobal.com
olesya.zhovtanetska@sunlife.com
olev.trygg@swedbank.com
olevant@groupama-am.fr
olfa.maalej@sgam.com
olga.aburdene@capitaltrustltd.com
olga.bogush@citigroup.com
olga.dolchenko@us.ing.com
olga.dubko@lri.lu
olga.gerweck@hsh-im.com

olga.khodosh@inginvestment.com
olga.krainuchenko@ikb-cam.de
olga.marruffo@hp.com
olga.milosavljevic@schwab.com
olga.saburova@jp.fid-intl.com
olga.simoncelli@americas.bnpparibas.com
olga.v.chernova@jpmchase.com
olga_dadamatova@westlb.com
olga_keyser@putnam.com
olga_kouznetsova@cargill.com
olga_maupin@freddiemac.com
olill@meag.com
oliva.stefania@barcap.com
oliva.vivas@electrolux.se
olive.mccarron@axa-im.com
oliveira@aigfpc.com
oliver.adler@ubs.com
oliver.annen@ikb.de
oliver.basler@juliusbaer.com
oliver.battling@wl-bank.de
oliver.baumann@credit-suisse.com
oliver.baumann@oppenheim.de
oliver.beckmann@apr.unicreditgroup.eu
oliver.bleickert@wuerttembergische.de
oliver.bohnsack@nordlb.de
oliver.bolitho@gs.com
oliver.borgis@bb-invest.de
oliver.brassard@prudential.com
oliver.brunner@bw-bank.de
oliver.buerge@vontobel.ch
oliver.buschmann@ubs.com
oliver.camponovo@ubs.com
oliver.coleman@glgpartners.com
oliver.crame@drkw.com
oliver.dettmann@ubs.com
oliver.deutscher@dzbank.de
oliver.devries@gm.com
oliver.diemke@postbank.de
oliver.dietschi@lrp.de
oliver.dillenz@omv.com
oliver.dittrich@ba-ca.com
oliver.dutt@dws.com
oliver.e.knowles@jpmorgan.com
oliver.eichmann@dws.de

oliver.estenfeld@lrp.de
oliver.falk@dekabank.de
oliver.farrant@morganstanley.com
oliver.federer@csam.com
oliver.flade@allianzgi.de
oliver.fuchs@nuernberger.de
oliver.gabbay@hsbcib.com
oliver.gasser@credit-suisse.com
oliver.gerst@lbbw.de
oliver.guenter@ib.bankgesellschaft.de
oliver.guenter@lgt.com
oliver.hamann@commerzbank.com
oliver.heinzelmann@credit-suisse.com
oliver.helfrey@commercebank.com
oliver.herrgesell@bertelsmann.de
oliver.herzog@aareal-bank.com
oliver.hildenbrand@dzbank.de
oliver.hoffmann@asia.hypovereinsbank.com
oliver.hoffmann@hvbasia.com
oliver.j.seitz@uk.btmeurope.com
oliver.jackson@morleyfm.com
oliver.jepsen@ampegagerling.de
oliver.judd@morleyfm.com
oliver.kanner@credit-suisse.com
oliver.kastner@deka.de
oliver.kaufmann@commerzbank.com
oliver.kopp@frankfurt-trust.de
oliver.kratz@db.com
oliver.krenn@db.com
oliver.krieg@oppenheim.de
oliver.kroll@ampegagerling.de
oliver.krueger@db.com
oliver.kubli@zkb.ch
oliver.kurzke@lbb.de
oliver.lesselich@lrp.de
oliver.luckenbach@henkel.com
oliver.mader@credit-suisse.com
oliver.maslowski@juliusbaer.com
oliver.may@apobank.de
oliver.mcmahon@barclaysglobal.com
oliver.murschall@union-panagora.de
oliver.naas@cbve.com
oliver.neal@lgim.co.uk
oliver.oberlach@swisslife.ch

oliver.owen@pioneeraltinvest.com
oliver.pfeil@db.com
oliver.plein@db.com
oliver.poetsch@siemens.com
oliver.prinz@amg.co.at
oliver.ravey@lazard.fr
oliver.reisinger@hypovereinsbank.de
oliver.reissenweber@hvb.de
oliver.reitz@commerzbank.com
oliver.schebel@db.com
oliver.scheu@cominvest-am.com
oliver.schleypen@westlb.com
oliver.schlick@allfonds-bkg.de
oliver.schmidt@allianz.de
oliver.schmidt@bis.org
oliver.schreiber@hsh-nordbank.com
oliver.schwarzer@essenhyp.com
oliver.schweizer@pimco.com
oliver.steck@ui-gmbh.de
oliver.steiner@rzb.at
oliver.stiekel@dzbank.de
oliver.stoenner@cominvest-am.com
oliver.stonner-venkatarama@cominvest-am.com
oliver.traub@schroders.com
oliver.tschan@bkb.ch
oliver.weiler@amb.de
oliver.williams@csam.com
oliver.wolter@rabobank.com
oliver.wong@inginvestment.com
oliver.woodley@morganstanley.com
oliver.wootton@abnamromellon.com
oliver.zellweger@ubs.com
oliver_boccia@generali.com
oliver_boulind@invesco.com
oliver_edmonds@capgroup.com
oliver_glenn@bankone.com
oliver_ruppert@blackrock.com
oliver_tinkler@ldn.invesco.com
oliver_wolfensberger@swissre.com
oliver_zeng@ssga.com
oliver-heinrich.reitz@hvb.de
oliverhill@bloomberg.net
olivero.jc@dreyfus.com
olivia.asseo@caam.com

olivia.e.maguire@jpmorgan.com
olivia.erby@moorecap.co.uk
olivia.f.pember@jpmorgan.com
olivia.kim@pimco.com
olivia.ladenburg@shorecap.co.uk
olivia.m.tracey@aibbny.ie
olivia.mulligan@fandc.com
olivia.pember@jpmorgan.com
olivia.raadgraccodelay@bnpparibas.com
olivia.sampson@sachsenlb.ie
olivia@saadgroup.com
olivia_barbee@troweprice.com
olivia-leslie.loubiere@barclaysglobal.com
olivier.abihssira@bnpparibas.com
olivier.abulker@tetrapak.com
olivier.ahhot@bnpparibas.com
olivier.antille@ubs.com
olivier.asselin@westernasset.com
olivier.avertin@exane.com
olivier.baccam@dexia-am.com
olivier.baduel@caam.com
olivier.baechler@credit-suisse.com
olivier.baggi@bsibank.com
olivier.balsiger@bcv.ch
olivier.bamert@vontobel.ch
olivier.belorgey@calyon.com
olivier.bertin@ceifo.caisse-epargne.fr
olivier.bizimana@caam.com
olivier.boutoille@bnpparibas.com
olivier.bussiere@interepargne.fr
olivier.caillaux@axa-im.com
olivier.calloud@lodh.com
olivier.cassaro@gs.com
olivier.casse@ing.be
olivier.causse@dexia-us.com
olivier.cavaleri@bcv.ch
olivier.chatelot@caam.com
olivier.chen@ing.be
olivier.chermette@bnpparibas.com
olivier.ciron@socgen.com
olivier.cognet@nokia.com
olivier.colsoul@puilaetco.be
olivier.combescure@banquedorsay.fr
olivier.cotelli@axa-im.com

olivier.debandt@banque-france.fr
olivier.defay@us.fortis.com
olivier.de-jaeghere@ing.be
olivier.delamotte@axa-im.com
olivier.delfosse@db.com
olivier.delval@fortis.com
olivier.deneuville@bred.fr
olivier.de-parcevaux@socgen.com
olivier.desnos@caam.com
olivier.detimmerman@fortisinvestments.com
olivier.deval@fortisinvestments.com
olivier.dewell@fortisbank.com
olivier.dieudonne@axa-im.com
olivier.ducloux@uk.fid-intl.com
olivier.dupond@sgam.com
olivier.dupraz@lodh.com
olivier.dzik@dcmc.creditlyonnais.fr
olivier.edelman@ing.be
olivier.eluere@caam.com
olivier.ettaqy@labanquepostale-am.fr
olivier.eudes@clf-dexia.com
olivier.eugene@axa-im.com
olivier.fabas@bnpparibas.com
olivier.fevre@bnpparibas.com
olivier.froissart@francetelecom.com
olivier.gamrasniahlen@credit-suisse.com
olivier.garnier@sgam.com
olivier.gaspar@fortisinvestments.com
olivier.gaval@sinopia.fr
olivier.genest@dexia-am.com
olivier.girault@francetelecom.com
olivier.gisimondo@bcv.ch
olivier.godfriend@creditlyonnais.lu
olivier.groux@bcv.ch
olivier.guichard@cnp.fr
olivier.guillou@ecofi.fr
olivier.guipet@westernasset.com
olivier.habay@dexia-bil.com
olivier.hache@caam.com
olivier.hakim@labanquepostale-am.fr
olivier.hereil@cardif.fr
olivier.jamet@socgen.com
olivier.kerjan@socgen.com
olivier.korber@sgam.com

olivier.laplenie@bnpparibas.com
olivier.lebrun@caam.com
olivier.leconte@caam.com
olivier.leroy@clf-dexia.com
olivier.levrier@axa-im.com
olivier.lionnard@clf-dexia.com
olivier.mace@socgen.com
olivier.maman@sgam.com
olivier.mareuse@cnp.fr
olivier.massillon@fastnet.lu
olivier.mathys@ch.abb.com
olivier.matter@bcv.ch
olivier.meyers@bip.lu
olivier.molle@exane.com
olivier.morandduval@calyon.com
olivier.mougeot@francetelecom.com
olivier.mouton@axa-im.com
olivier.mulin@banquedorsay.fr
olivier.nicolas@credit-agricole-sa.fr
olivier.nobile@calyon.com
olivier.p.mueller@credit-suisse.com
olivier.pacton@hsbcpb.com
olivier.passeri@ca-suisse.com
olivier.poswick@tractebel.com
olivier.quinodoz@stg.ch
olivier.rabaux@ca-paris.fr
olivier.ravillon@hsbcpb.com
olivier.renard@caam.com
olivier.retiere@bnpparibas.com
olivier.robert@clf-dexia.com
olivier.robin@dexia.com
olivier.roussel@crediteurop.lu
olivier.rudez@bnpparibas.com
olivier.rudigoz@bnpparibas.com
olivier.ruff@bnymellon.com
olivier.sauvage@bred.fr
olivier.schohn@ehl.ch
olivier.selis@fortis.lu
olivier.seyll@fortis.lu
olivier.sibrac@lodh.com
olivier.simon-vermot@fidelityinternational.com
olivier.staub@dkib.com
olivier.steimer@credit-suisse.com
olivier.stoband@clf-dexia.com

olivier.streichenberger@dexia-am.com
olivier.struben@ingim.com
olivier.stul@barclays.fr
olivier.suter@bnpparibas.com
olivier.szwarcberg@fidelity.com
olivier.tailleur@caam.com
olivier.tallon@clfbanque-dexia.com
olivier.tempia-caliera@ca-suisse.com
olivier.thommen@juliusbaer.com
olivier.tripard@tres.bnc.ca
olivier.valentin@bdl.lu
olivier.van.hirtum@fortisinvestments.com
olivier.vella@bnpparibas.com
olivier.vigneron@bnpparibas.com
olivier.wolthoorn@shell.com
olivier_brigot@par.invesco.com
olivier_lesca@ml.com
olivier_riottot@aviva.fr
olle.bastmark@ap3.se
olli.backman@ikb.de
olli.ronka@okobank.com
olli02@handelsbanken.se
ollipekka.vahvaselka@okobank.com
ollivier.courcier@barep.com
olma@rentenbank.de smtp olma@r
olof.ahlback@seb.se
olof.bengtsson@gb.smbcgroup.com
olof.gabrils@alfredberg.se
olof.grenmark@alecta.com
olof.jonasson@ap1.se
olson.jeff@luthbro.com
om.arya@ny.frb.org
omaira.krueger@usbank.com
omalley@wellscap.com
omalteste@sinopia.fr
omar.abu-rashed@frankfurt-trust.de
omar.aguilar@inginvestment.com
omar.ahmedgas@bbh.com
omar.alvarez@bgf.gobierno.pr
omar.bolli@nordlb.com
omar.dessouky@dkib.com
omar.ellul@bov.com
omar.ettaqy@labanquepostale-am.fr
omar.greco@fortisinvestments.com

omar.ismaelaguirre@credit-agricole-sa.co.uk
omar.kara@gs.com
omar.mezalek@bnpparibas.com
omar.nahas@skandia.se
omar.namoos@ubsw.com
omar.obeid@pimco.com
omar.ranne@kfw.de
omar.sanders@ucop.edu
omar@himcap.com
omar@mizuhocap.com
omar_akhtar@fanniemae.com
omar_f_selim@vanguard.com
omar_gundogdu@fanniemae.com
omar_k_sanders@vanguard.com
omart@kaupthing.is
omartinr@notes.banesto.es
omarym@deshaw.com
omasashi@dl.dai-ichi-life.co.jp
omata@daiwa-am.co.jp
omatsumura@noemail.com
ombretta.signori@caam.com
omeir.jilani@unb.ae
omelnikov@payden-rygel.com
omer.gencal@abank.com.tr
omer.unveren@finansbank.com.tr
omerdugas@bmonb.com
omerk@migdal-group.co.il
omid.naeimi@jpmorgan.com
omid_rezania@calpers.ca.gov
ominder.dhillon@swipartnership.co.uk
omo@ubp.ch
omoeller@bloomberg.net
omoi@boj.co.uk
omorgan@ag-am.com
omori@nam.co.jp
o-morita@nochubank.or.jp
omowunmi.awomolo@ubs.com
omry.apelblat@fortisinvestments.com
omura@daiwasbi.co.jp
omuro-k@marubeni.com
onaka@sumitomotrust.co.jp
onakado@daiwasbi.co.jp
ondrej.stradal@cnb.cz
one@us.danskebank.com

onegyal@fcem.co.uk
o'neill.rj@tbcam.com
o'neill@aeltus.com
o"neillc@ilp.com
ong.ker.ying@oub.com.sg
ongartp@bot.or.th
onglm@bnm.gov.my
ongseiwei@gic.com.sg
ongweikiat@gic.com.sg
ongyuehngoh@gic.com.sg
oniel.morgan@db.com
onishi@daiwa-am.co.jp
onma.takako@kokusai-am.co.jp
onno.van.de.griend@philips.com
onnsenn.yuuichi@daido-life.co.jp
ono@boj.co.uk
onohid@bloomberg.net
onose@sompo-japan.co.jp
onslow@bloomberg.net
onuma@noimail.com
onunez@angelogordon.com
onunezmo@cajamadrid.es
onuoz@kocbank.com.tr
onurkis@garanti.com.tr
ooi.guattin@uobgroup.com
ooilayleng@gic.com.sg
ooka_eiko@vr.smbc.co.jp
ooke@nylim.com
oona.elliott@blackrock.com
oornelas@dcf_pemex.com
oosawa.kayoko@daido-life.co.jp
ooshima02862@nissay.co.jp
oost@pggm.nl
ootake@dl.dai-ichi-life.co.jp
ootsuka-0g5q@jp.nomura.com
ootsuka19626@nissay.co.jp
oowersgibbs@bankofny.com
op@dodgeandcox.com
op@ubp.ch
opa@nbim.no
opender_singh@ml.com
openninga@bloomberg.net
operations@tigerglobal.com
opina@aegonusa.com

opkar.sara@hsbcinvestments.com
opmall@rbi.org.in
opolishchuk@amtrust.com
oposa@sbcm.com
opreap@eatonvance.com
ora@ubp.ch
oran.murphy@kbcbank.ie
oravey@oddo.fr
orazio.tarda@unicredit.it
orb@nbim.no
orelj@akk.hu
oren.cohanoff@teva.co.il
oren.g@fibi.co.il
oren.hashmonay@mailpoalim.co.il
oren.isacoff@alliancebernstein.com
oren.shaked@citadelgroup.com
orenart@bloomberg.net
orequin@ofi-am.fr
oreste.auleta@pioneerinvestments.com
oretheia.lander@pncadvisors.com
orfeo.mazzella@ceresiobank.com
orges.llupa@db.com
ori.elan@allegiantgroup.com
oriane.cheneau@socgen.com
oriane.seydoux@nestle.com
orietta.beccati@sanpaoloimi.com
origerc1@bloomberg.net
origination@bancodisicilia.it
oringstrom@swedbank.se
oriol.dalmau@caixamanresa.es
oriol.marquina@caixacatalunya.es
orit.marcus@mailpoalim.co.il
orita_naoya@mail.nikko.co.jp
orla.flood@morganstanley.com
orla.mchenry@commerzbank.com
orla.mellett@biam.boi.ie
orla.power@fandc.com
orlando.cappello@bancaakros.it
orlando.montalvo@barclaysglobal.com
orlovsky.michal@slsp.sk
orna.gian@mailpoalim.co.il
ornagleeson@angloirishbank.com
ornge@bok.or.kr
oros@creditandorra.ad

orourke@atlanticinvestment.net
orozco@pimco.com
orsi.scott@spinnaker-capital.com
orsolya.eged@morganstanley.com
ortega@ae-gis.com
orun.palit@aigpb.com
orupprich@metzler.com
osa@nbim.no
osaeed@westernasset.co.uk
osahon.uwaifo@gs.com
osaikevych@boh.com
osak01@handelsbanken.se
osama.mohamed@arabbanking.com
osama@kia.gov.kw
osamu.kato@csam.com
osamu.tomoda@sanofi-aventis.com
osamu.utsunomiya@shinseibank.com
osamu_hattori@notes.ntrs.com
osamu_kosaka@am.sumitomolife.co.jp
osamu_seki@am.sumitomolife.co.jp
osamu_takimura@am.sumitomolife.co.jp
osamu_terashima@mitsubishi-trust.co.jp
osamumori@xm.mitsui.co.jp
osanders@metlife.com
osanna.ho@lloydstsb.co.uk
osayande.x.ogunmwonyi@jpmorgan.com
osb@gic.com.sg
osbert.hood@mackayshields.com
oscar.alberte@cic.ch
oscar.andreu@ubs.com
oscar.chow@citadelgroup.com
oscar.cipelli@bpm.it
oscar.diego@ibercaja.net
oscar.gaddy@db.com
oscar.gelabert@andbanc.com
oscar.gil@grupobbva.com
oscar.gonzalezgonzalez@telefonica.es
oscar.kenessey@ingim.com
oscar.leung@ap.ing.com
oscar.manuel.gutierrez@morganstanley.com
oscar.osullivan@jpmorganfleming.com
oscar.robadey@lodh.com
oscar.tuti@lombardodier.com
oscar.volder@jp.abnamro.com

oscar.wu@barcap.com
oscar_huang@cathaylife.com.tw
oscar_pulido@ml.com
oscar1967@hotmail.com
oscare@bloomberg.net
oscarhuettner@barclayscapital.com
oscarj@san.rr.com
oscarzheng@gic.com.sg
oschmitt@worldbank.org
oschmuck@munichre.com
oschwethelm@tsocorp.com
osegaud@groupama-am.fr
oshima19414@nissay.co.jp
oshimo@adk.jp
osiniakov@bloomberg.net
oskar.akerberg@de.pimco.com
oskar.schenker@sarasin.ch
oskar.stachowiak@damel.co.uk
oskar.tijs@ingim.com
oskar.volder@nl.abnamro.com
osman.bayro@hafm.de
osman.memisoglu@ipaper.com
osman.yilmaz@teb.com.tr
oso@jyskebank.dk
osolanillas@bancopastor.es
ossian.ekdahl@ap1.se
ostashenta@aetna.com
ostaszewa@ebrd.com
osuchova.andrea@slsp.sk
osullivanes@biam.boi.ie
osuma_itagaki@smbcgroup.com
oswanigan@calstrs.com
ota@nam.co.jp
otani@noemail.com
otb@eksportfinans.no
otbarry@bjurman.com
othioune@bloomberg.net
othman.elmaoula@axa-im.com
othmanl@kia.gov.kw
othmar.keiser@sarasin.ch
othmar.kueng@credit-suisse.com
otis.heald@cnb.com
otis.j.greene@jpmorgan.com
otis.spencer@abp.nl

o'toole.jr@mellon.com
otrefgarne@firststate.co.uk
otsu_yukio@yd.smbc.co.jp
otsubo@nam.co.jp
otsubo_miki@hh.smbc.co.jp
otsubo_shinichiro@rk.smbc.co.jp
otsuki@dl.dai-ichi-life.co.jp
otsuki@nam.co.jp
otsukit@itochu.co.jp
ottar.gudjonsson@glitnir.is
ottar.haugerud@orkla.no
ottar.strompdal@markets.kreditkassen.no
otto.dichtl@westernasset.com
otto.francke@seb.se
otto.lobo@bcb.gov.br
otto.nilssen@bnpparibas.com
ottomane@alcatel.fr
ou7240@intra.cosmo.co.jp
ouafaa.sadiki@fandc.com
ouchiyama_atsushi@dn.smbc.co.jp
ousmane.diouf@dexia.be
ousmene.mandeng@ashmoregroup.com
oussama.himani@ubs.com
outi.helenius@bof.fi
outi.kalpio@tapiola.fi
outi.schonbachler@lodh.com
ovdheuvel@bloomberg.net
ove.jensen@seb.dk
ove.lange@abgsc.no
ove.n.andersson@foreningssparbanken.se
ove.norderud@klp.no
overby@jyskebank.dk
overseas@bok.or.kr
ovidiu.sandu@bmo.com
owada@dlusa.com
owen.b.fitzpatrick@db.com
owen.beelders@alliancebernstein.com
owen.burman@pncadvisors.com
owen.campbell-barr@db.com
owen.carter@aig.com
owen.griffiths@norwich-union.co.uk
owen.kam@hk.fortis.com
owen.murphy@hsbcib.com
owen.oneill@bmo.com

owen.stein@us.ing.com
owen.thomas@morganstanley.com
owen.thomas2@morleyfm.com
owen.tunney@mizuhocbus.com
owen.winrow@afa.se
owen_anastasia@ssga.com
owen_burman@riggsbank.com
owen_deane@swissre.com
owen_eldridge@freddiemac.com
owen_murfin@blackrock.com
owen_spaite@victoryconnect.com
owenchang@cathaylife.com.tw
owenkuo@cathaylife.com.tw
owenkwon@samsung.co.kr
owenr@rba.gov.av
owilson@msfi.com
owolff@oppenheimerfunds.com
owright@bankofny.com
owusu@willcapmanagement.com
oyoshi@nam.co.jp
oystein.dorum@dnbnor.no
oystein.stephansen@gjensidigenor.no
oyvin.furustol@ubs.com
ozaki.m@daiwa-am.co.jp
ozaki-hiroyuki@mitsubishi-sec.co.jp
ozan.turkoglu@teb.com.tr
ozawa.mamoru@kokusai-am.co.jp
ozawa@tkg.att.ne.jp
ozawa-a@daiwasbi.co.jp
ozawa-jun@mitsubishi-sec.co.jp
ozhilaev@bankofny.com
ozlem.ustundag@bcp-bank.com
ozozden@oyakbank.com.tr
ozren.bakaric@bcge.ch
ozzie.frankel@lazard.com
p.a.g.van.homelen@robeco.nl
p.achanapornkul@shell.com
p.albanese@finter.ch
p.algoe@robeco.nl
p.bassoul@olayangroup.com
p.benito@grupobbva.com
p.berchielli@fondiaria.it
p.bisbing@hermes.co.uk
p.bisping@hermes.co.uk

p.blechman@fnysllc.com
p.bleeker@dpfs.nl
p.bordi@romagest.it
p.boretto@bimsgr.it
p.bronzi5@bloomber.net
p.buecken@frankfurt-trust.de
p.castro@prsint.com
p.chandon-moet@bbbsa.ch
p.chen@morganstanley.com
p.coe@hermes.co.uk
p.colin@lvmh.fr
p.cottino@lavazza.it
p.csoregh@robeco.nl
p.davidson@hermes.co.uk
p.delamorandiere@cholet-dupont.fr
p.deloffre@sumitomotrust.co.jp
p.delvaux@ing.be
p.desaintmartin@cogefi.fr
p.dignazio@sace.it
p.digrazia@fineco.it
p.downie@shell.com
p.durussel@iam.ch
p.duval@palatine.fr
p.emmenecker@probtp.com
p.flach@hq.vnu.com
p.flynn@sumitomotrust.co.jp
p.foster@sumitomotrust.co.jp
p.gautier@finance-concept.mc
p.geier@t-mobile.net
p.graham@qic.com
p.groenendijk@pensioenfondsvervoer.nl
p.h.l.the@indoverbank.com
p.harling@mwam.com
p.hoff@hsbc.guyerzeller.com
p.honegger@bbbsa.ch
p.houel@lvmh.fr
p.houweling@robeco.nl
p.hughes@olayangroup.com
p.j.buijs@dnb.nl
p.j.j.ferket@robeco.nl
p.j.zweep@vanlanschot.nl
p.jestico@hsbc.com
p.jourda@sanpaolo.fr
p.kandhari@wafra.com

p.kaufmann@sgkb.ch
p.konneman@zwitserleven.nl
p.kopitz@bbsa.ch
p.kwaak@robeco.nl
p.lindgren@skandia.se
p.lucchini@bipielle.it
p.maggi@bloomberg.net
p.mann@bloomberg.net
p.marshall@mwam.com
p.masci@wieneritalia.com
p.mazzitelli@miroglio.com
p.mccubbins@hermes.co.uk
p.mchugh@morganstanley.com
p.michael.jones@firstunion.com
p.monti@bipielle.it
p.newman@nrcl.com
p.neyret@gt-finance.fr
p.oehen@hsbc.guyerzeller.com
p.ott@hsbc.guyerzeller.com
p.perrault@lia-assetmanagement.lu
p.peters@alahli.com
p.piazzolla@bimbank.it
p.ramadier@probtp.com
p.reynolds@statestreet.com
p.rezzonico@iam.ch
p.ricci@cassalombarda.it
p.ronzoni@romagest.it
p.salem@provequity.com
p.santos@cgd.pt
p.scanlon@pennsecurity.com
p.schaad@aigpb.com
p.scobie@qic.com
p.smith@hermes.co.uk
p.smith@mwam.com
p.steward@hermes.co.uk
p.syms@hermes.co.uk
p.t.n.bruin@robeco.nl
p.testi@barilla.it
p.tschusch@investkredit.at
p.van.der.lely@robeco.nl
p.van.der.spek@robeco.nl
p.van.hal@gbf.nl
p.van.overbeek@robeco.nl
p.van.peer@robeco.nl

p.van.vliet@robeco.nl
p.viallanex@isica.fr
p.vieville@cholet-dupont.fr
p.vinciarelli@bcee.lu
p.w.haasbroek@caiway.nl
p.wellens@gbf.nl
p.woodhouse@hsbc.com
p.worrall@vanguardmedica.com
p.zini@itcgr.net
p_carrubba@msn.com
p_dankens@putnam.com
p_hernandez@bancourquijo.es
p_ianni@fairfax.net
p_lambert@pictet.com
p_lee@ml.com
p_nicholas@putnam.com
p_tracy@putnam.com
p_watsa@fairfax.ca
p2h@americancentury.com
p5k@storebrand.no
pa@capgroup.com
pa@danskebank.dk
pa_volery@yahoo.com
pa1@ntrs.com
pa11@ntrs.com
paal.renli@storebrand.com
paalex@otpbank.hu
pabe04@handelsbanken.se
pabla.vanheck@ukabnamro.com
pablo.bernengo@dnbnor.com
pablo.cano@ibercaja.net
pablo.caputto@bancogalicia.com.ar
pablo.fenoll@grupobbva.com
pablo.ferreri@tcw.com
pablo.forero@jpmorganfleming.com
pablo.garcia@fmr.com
pablo.gonzalez@creditlyonnais.co.uk
pablo.leon@bancogalicia.com.ar
pablo.magnanini@bancogalicia.com
pablo.orgeira@bcv.ch
pablo_delamata@blackrock.com
pablo_lago_bce@cajarural.com
pablobarrutia@northwesternmutual.com
pablosilveri@dow.com

pabornstein@aol.com
pabplanalp@bankofny.com
pacattea@ebrd.com
pace.d@mellon.com
pacheco@bloomberg.net
pacholder@elbit.co.il
pacitas@fhlbsea.com
packer_samantha@jpmorgan.com
pacoleman@wellington.com
pacosta@blackrock.com
pacronin@bmonb.com
pad@ms.com
pad@summitpartnersllc.com
padams@oppenheimerfunds.com
paddy_clerkin@bankone.com
padley_m@jpmorgan.com
padraic.kiernan@sunlife.com
padraic.nolan@kbcam.com
padraic.walsh@biomail.com
padraig.hassett@ubs-oconnor.com
padraig.j.odalaigh@aib.ie
padraig.langtry@gz-bank.ie
padraig.m.oconnell@aib.ie
padraig.oconnell@glgpartners.com
padraig.t.hogan@aibbny.ie
padraper@lehman.com
padsule@templeton.com
padula@mpsgr.it
paegerter@vaudoise.ch
pafmiddleoffice@inginvestment.com
pag@nbim.no
pagani@bci.ch
pagarwal@pictet.com
pagem@ufji.com
pagliarop@pensionboards-ucc.org
pagreen@leggmason.com
pagylfe@uss.com
pahampton@tiaa-cref.org
paheine@the-ark.com
pahsha_missaghi@nacm.com
pai@ustrust.com
paiaconis@the-ark.com
paige.e.jennings@columbiamanagement.com
paige.mckinley@bellsouth.com

paige_dennison@invesco.com
paige_h_kurtz@bankone.com
paigec@fmaadvisors.com
pain02@handelsbanken.se
paj2@northerntrust.com
pak@atalantasosnoff..com
paksing.cheong@ing.com.my
pal.chidambaram@rabobank.com
pal.haugerud@im.storebrand.no
pal.na@adia.ae
palak.pathak@tcw.com
palandi@capitalgest.it
palanm@kia.gov.kw
palavecinos@bancsabadell.com
palbelda@invercaixa.es
palcorta@bankoa.es
paldaya@ahorrocorporacion.com
palegre1@bloomberg.net
palermo.c@mellon.com
palermo.riccardo@enel.it
palgreen@bloomberg.net
pallavi.golla@prudential.com
pallavi_kudva@ssga.com
pallavsinha@uae.afh.com.sg
palle.andersen@bis.org
palle.hansen@unibank.dk
pallen@jennison.com
pallenbach@pictet.com
pallotti.paolo@enel.it
palmerin@hhmi.org
palmewar@bloomberg.net
palphonse@sterlingpartners.us
paltichieri@bloomberg.net
pam.gilkes@bmonb.com
pam.larocca@commercebank.com
pam.mccready@pncbank.com
pam.mcintyre@lmginv.com
pam@ardsley.com
pam@bankinvest.dk
pam@capgroup.com
pam_gao@putnam.com
pam_godwin@americancentury.com
pam_hegarty@ssga.com
pam_heichelbech@invesco.com

pam_holding@putnam.com
pamacunatam@banamex.com
pambrosia@jhancock.com
pamc03@handelsbanken.se
pamela.a.inghram@wellsfargo.com
pamela.coleman@usbank.com
pamela.dempsey@cna.com
pamela.fabi@lazard.com
pamela.fredericks@lazard.com
pamela.gravlin@huntington.com
pamela.hunter@chase.com
pamela.hunter@columbiamanagement.com
pamela.kerkhoff@aegon.co.uk
pamela.maharaj@acml.com
pamela.maloney@nationalcity.com
pamela.moore@ers.state.tx.us
pamela.pezzoni@gestielle.it
pamela.quintiliano@db.com
pamela.siple@ubs.com
pamela.tong@ubs.com
pamela.tublin@alliancebernstein.com
pamela.turner@lmco.com
pamela.westmoreland@ge.com
pamela.x.domanski@jpmorgan.com
pamela.young@barclaysglobal.com
pamela.zell@ifp.ch
pamela_costa@ssga.com
pamela_diamantis@ustrust.com
pamela_hunter@ustrust.com
pamela_l_tucker@fanniemae.com
pamela_ponticiello@ml.com
pamela_sweet@ustrust.com
pamela_westmoreland@travelers.com
pamela_wisehaupt_tynan@vanguard.com
pamella.kempen@columbiamanagement.com
pamella_maharaj@acml.com
pames@trmshedge.com
pamoore@jsshk.com
pamos@allstate.com
pan@kfb.co.kr
pan67867@pas.mei.co.jp
panabitarte@argentaria.es
panagiota.vergini@collineo-am.com
panagiotis.s.vlachopoulos@jpmorgan.com

panamde@exchange.ml.com
panayiotis.teklos@barcap.com
panderson@ci.com
panderson@congressasset.com
panderson@jennison.com
pandora.omaset@jpmorganfleming.com
pandora.setian@chase.com
pandrews@barrowhanley.com
paneco@delta.gr
panek@tk.thyssenkrupp.com
panfeng@citicib.com.cn
pang.yang@amerus.com
pangaihua@citicib.com.cn
pangding.zhu@4086.com
pangritz@ui-gmbh.de
pangvl@bankofbermuda.com
pangwaiyin@gic.com.sg
pani.gunawardene@aareal-bank.com
pankaj.kwatra@corporate.ge.com
pankaj.nevatia@alliancebernstein.com
pankaj.pande@morganstanley.com
pankaj.potnis@corporate.ge.com
pankaj.shah@barclaysglobal.com
pankaj.shah@fortisinvestments.com
pankeys@kochind.com
pankovic@pimco.com
pannetbr@sdm.cic.fr
panniballe@acml.com
panok@eatonvance.com
panos.theofilopoulos@uk.fid-intl.com
panos_ferendinos@blackrock.com
panquetil@bloomberg.net
panshunyi@sh.icbc.com.cn
pantalena.p@dreyfus.com
panthea.oconnell@glgpartners.com
pany@deshaw.com
paol01@handelsbanken.se
paola.bernardinello@bsibank.com
paola.bianco@eurosgr.it
paola.bietrosante@eni.it
paola.binns@rlam.co.uk
paola.bins@rlam.co.uk
paola.brunelli@csam.com
paola.casciotti@enifin.eni.it

paola.decegama@sunlife.com
paola.fasoli@geva.fiatgroup.com
paola.giudici@bancaintesa.it
paola.latorre@capitalia-am.com
paola.mejia@blackrock.com
paola.petillo@dekabank.de
paola.pietrasanta@bancaintesa.it
paola.spinella@arcafondi.it
paola.tognala@claridenleu.com
paola.vicari@capitalia-am.com
paola_bonoldi@acml.com
paolo.adoncecchi@capitalia-am.com
paolo.angioletti@bsibank.com
paolo.aquino@nordlb.com
paolo.ascolani@realemutua.it
paolo.baeli@bnlmail.com
paolo.bagnoli@mpsgr.it
paolo.banfi@eurosgr.it
paolo.barbieri@pioneerinvest.it
paolo.beltrami@vontobel.it
paolo.boretti@carige.it
paolo.braghieri@it.abnamro.com
paolo.bucciarelli@carifirenze.it
paolo.buiat@italtel.it
paolo.cancellaro@sanpaoloimi.it
paolo.carmosino@eni.it
paolo.caruso@capitalia-am.com
paolo.cei@pioneerinvest.it
paolo.comboni@bancaintesa.co.uk
paolo.dalfonso@gruppobim.it
paolo.danna@uk.abnamro.com
paolo.despirt@ferragamo.com
paolo.dimontorio@pioneerinvest.ie
paolo.falaguerra@passbanca.it
paolo.frambrosi@fondiaria-sai.it
paolo.frattaroli@nb.com
paolo.fumagalli@popso.ch
paolo.gambassini@carifirenze.it
paolo.ginelli@mediobanca.it
paolo.giordano@wachovia.com
paolo.guggiari@bsibank.com
paolo.guglielmini@arcafondi.it
paolo.labbozzetta@mediobanca.it
paolo.lampugnani@ca-suisse.com

paolo.lodi@antonveneta.it
paolo.magri@bancaintesa.it
paolo.malcotti@sai.it
paolo.manfredini@ubm.it
paolo.maturo2@ge.com
paolo.mazzocca@arcafondi.it
paolo.olivetto@sella.it
paolo.olivieri@ersel.it
paolo.oppizzio@intesasanpaolo.com
paolo.panini@bper.it
paolo.penco@it.zurich.com
paolo.perego@banca.mps.it
paolo.polloni@intesavita.it
paolo.rossi@sellagestioni.it
paolo.salomone@finmeccanica.com
paolo.sella@am.generali.com
paolo.taranta@bancaintesa.it
paolo.tesoro@bnlmail.com
paolo.torti@us.calyon.com
paolo.torti@us.mizuho-sc.com
paolo.tradati@bancaakros.it
paolo.tramontana@group.novartis.com
paolo.valle@sella.it
paolo.vanini@zkb.ch
paolo.vesconi@pioneerinvest.it
paolo.vico@tudor.com
paolo.zagaria@zkb.ch
paolo.zapparoli@aig.com
paolo_dublo@generali.com
paoloangelogiuseppe.bugini@mpsgr.it
paologribaudi@intesabci.it
paolop@bloomberg.net
paoreilly@bloomberg.net
papagrigoris.gr@nbg.gr
papillon707@hanmail.net
papoui@titan.gr
pappasd@aetna.com
pappoj@lotsoff.com
papri.bhattacharya@thehartford.com
paquettehc@aetna.com
para02@handelsbanken.se
paraag.amin@gs.com
parag.pandya@prudential.com
parag.s.parekh@jpmorgan.com

parag.saxena@ny.invesco.com
parana@tiaa-cref.org
paras.anand@db.com
paras.dodhia@morganstanley.com
paras.fancy@barclaysglobal.com
paras.mehta@fandc.com
paras_shah@americancentury.com
parcdoinvest@axa-im.com
parchment@bloomberg.net
parens@bloomberg.net
paresh.bhatt@morganstanley.com
paresh_aatkar@bat.com
paresh_upadhyaya@putnam.com
paresyma@cmcic.fr
pareti@gestielle.it
parhambehrooz@tagfolio.com
parihj@treas.gov.ab.ca
parikh@pimco.com
parikhc@deshaw.com
pariotti.massimo@insedia.interbusiness.it
paris.anand@fandc.com
paris.de-bollardiere@totalfinaelf.com
paritosh.batra@citadelgroup.com
park.jw@kr.standardchartered.com
park.tohhyung@kokusai-am.co.jp
park425@bok.or.kr
park78@bok.or.kr
parkej@kochind.com
parker@apollolp.com
parker@bessemer.com
parker_king@putnam.com
parkerg@bessemer.com
parkerjeffery@yahoo.com
parkhs@chb.co.kr
parkinsr@deshaw.com
parksh@kdb.co.kr
parlavecchia@bloomberg.net
parmenta@denveria.com
parmeshwar_chadha@newton.co.uk
parora@guildinvestment.com
parowerr@jwseligman.com
parranz@ahorro.com
parrish@dynexcapital.com
parrotdad@bloomberg.net

parryw@mcm.com
parthapratim.chakraborty@westernasset.com
parthie.darrell@morganstanley.com
parthur@eib.org
parul.shah@barclaysglobal.com
parul.shah@morleyfm.com
parus.shah@uk.fid-intl.com
parv.gill@europe.ups.com
pas8@ntrs.com
pasbury@mortgagenetwork.com
pascal.bachy@lodh.com
pascal.badan@lodh.com
pascal.becker@dexint-dexia.com
pascal.betrisey@lodh.com
pascal.blanque@ca-assetmanagement.fr
pascal.boiteau@db.com
pascal.brasey@dreyfusbank.ch
pascal.breant@totalfinaelf.com
pascal.brechbuehler@lodh.com
pascal.carbonneau@lodh.com
pascal.caulier@hvb.de
pascal.christory@axa-im.com
pascal.chrobocinski@jpmorganfleming.com
pascal.curtet@vontobel.ch
pascal.dequenne@dexia-am.com
pascal.dessaux@caam.com
pascal.devanthery@bcge.ch
pascal.dubreuil@sg.caam.com
pascal.dudle@vontobel.ch
pascal.dutler@ubs.com
pascal.dux@bcv.ch
pascal.engel@ubs.com
pascal.felici@bbh.com
pascal.fischer@claridenleu.com
pascal.fournie-taillant@sgam.com
pascal.fovini@juliusbaer.com
pascal.gandrille@bnpparibas.com
pascal.grandin@socgen.com
pascal.hautcoeur@wanadoo.fr
pascal.hildbrand@aam.ch
pascal.hotz@cbve.com
pascal.hungerbuehler@credit-suisse.com
pascal.imboden@juliusbaer.com
pascal.isner@juliusbaer.com

pascal.koenen@ingim.com
pascal.koeppel@credit-suisse.com
pascal.koeppel@ubs.com
pascal.koradi@nab.ch
pascal.latrouite@deka.de
pascal.loeffelmann@ubs.com
pascal.mangang@vbl.de
pascal.marionneau@bred.fr
pascal.masse@aberdeen-asset.com.sg
pascal.mathieu@dexia-am.com
pascal.menges@lodh.com
pascal.michez@agf.be
pascal.netz@basler.ch
pascal.nicoli@gibuk.com
pascal.nicoloso@ecb.int
pascal.nyffeneger@lodh.com
pascal.paunovic@caam.com
pascal.peigneux@ing.be
pascal.pernet@credit-suisse.com
pascal.perrier@cardif.fr
pascal.poupelle@caam.com
pascal.ramseier@credit-suisse.com
pascal.rennie@ubs.com
pascal.rohner.3@credit-suisse.com
pascal.schuler@swisscanto.ch
pascal.seidner@zkb.ch
pascal.traccucci@allianzgi.com
pascal.vernerie@caam.com
pascal.wernle@nab.ch
pascal.wojtaszczyk@caixacat.es
pascal.wolljung@cardif.fr
pascal_heurtault@aviva.fr
pascal_zbinden@swissre.com
pascale.benguigui@bnpparibas.com
pascale.fargnier@bnpparibas.com
pascale.kerviel@cr29.credit-agricole.fr
pascale.libouton@degroof.lu
pascale.oddou@pharma.novartis.com
pascale.sagnier@axa-im.com
pascale.simon2@francetelecom.fr
pascale.wera@dexia.be
pascal-za.meier@ubs.com
pascualj@bancsabadell.com
pash01@handelsbanken.se

pashah@delinvest.com
pasi.hamalainen@pimco.com
paskiewiczse@aetna.com
paslos3@bloomberg.net
paspbury@europeancredit.com
pasquale.cannatelli@fininvest.it
pasquale.cattani@capitalia-am.com
pasquale.corvino@gestielle.it
pasquale.galassi@antonveneta.it
pasquale.masiello@mpsgr.it
pasquale.sala@citibank.com
pasquale.tripaldi@capitalia-am.com
pasquale_fungaroli@nylim.com
pasquije@cmcic.fr
passar@bloomberg.net
passarac@bot.or.th
passuncao@bpp.pt
passy.w.y.ng@hsbcrepublic.com
pastel_amy@jpmorgan.com
pastev@safeco.com
pastres@bloomberg.net
pasummerville@wellington.com
pat.antonetti@pncadvisors.com
pat.barker@trs.state.tx.us
pat.biggers@lazard.com
pat.cahill@fmr.com
pat.coleman@depfa.com
pat.dorn@micorp.com
pat.doyle@avmltd.com
pat.fraker@huntington.com
pat.fry@associatedbank.com
pat.fuchs@nisanet.com
pat.hogan@associatedbank.com
pat.itrato@pioneerinvest.com
pat.jack@rbc.com
pat.kenney@fmr.com
pat.luby@ubs.com
pat.mcbride@boimail.com
pat.mcgeever@aamcompany.com
pat.miner@mutualofomaha.com
pat.o'connor@aib.ie
pat.perez@tcw.com
pat.quilty@barcap.com
pat.rawle@mnopf.co.uk

pat.roche@harrisbank.com
pat.russett@rbcds.com
pat.scott@huntington.com
pat.shevlin@wahcovia.com
pat.walton@gibuk.com
pat.wilkes@commercebank.com
pat_lewis@invesco.com
pat_mchugh@elliottandpage.com
pat_mitchell@calstrs.com
pat_omeara@tigerfund.com
pat_srinivas@americancentury.com
pat_stefik@ml.com
pataky.jan@slsp.sk
patel.dm@mellon.com
patel.k1@mellon.com
patelc1@nationwide.com
patelli@swisscap.com
paternok@dime.com
pathanas@diethniki.nbg.gr
pathey@troweprice.com
pathinkson@angloirishbank.ie
pathurley@bloomberg.net
patience.musingarimi@pimco.com
patiencea@delaware.co.uk
patj@mcm.com
patkins@tiaa-cref.org
patmorej@ebrd.com
patonia_wong@capgroup.com
patreynolds@synovus.com
patric.ackermann@vontobel.ch
patric.gysin@rmf.ch
patric.lager@nyc.nxbp.com
patric@deshaw.com
patrice.allart@caam.com
patrice.degris@caam.com
patrice.delarrard@caam.com
patrice.gensse@dexia-am.com
patrice.green@wachovia.com
patrice.harouimi@cepacr.caisse-epargne.fr
patrice.labbe@lazard.fr
patrice.lemonnier@ca-assetmanagement.fr
patrice.mclaughlin@morganstanley.com
patrice.morin@ca-suisse.com
patrice.piade@caam.com

patrice.ribault@cpr-am.fr
patrice.thys@interbrew.com
patrice.truffer@bnpparibas.com
patrice.williams@ophedge.com
patrice_moulin@carrefour.com
patricec@fhlbsea.com
patricia.baker@associatedbank.com
patricia.berger@bsibank.com
patricia.bloom@wellsfargo.com
patricia.bochud@bcv.ch
patricia.bouchard@caam.com
patricia.cantu@trs.state.tx.us
patricia.chao@highbridge.com
patricia.coghlan@bis.org
patricia.davies@morleyfm.com
patricia.dawson2@usbank.com
patricia.d'innocenzo@morganstanley.com
patricia.donnelly@bnpparibas.com
patricia.eitrheim@thrivent.com
patricia.elmer@wcmadvisors.com
patricia.evans@wamulends.net
patricia.fan@ibtco.com
patricia.fan@lazard.com
patricia.fonjad@claridenleu.com
patricia.galuska@citizensbank.com
patricia.garcia@trs.state.tx.us
patricia.jamal@barcap.com
patricia.john@frankfurt-trust.de
patricia.keogh@barclaysglobal.com
patricia.khoo@income.com.sg
patricia.klaslo@prudential.com
patricia.klawitter@nuveen.com
patricia.klems@pnc.com
patricia.knapp@dexia-bil.com
patricia.kongting@tt.rbtt.com
patricia.lamotta@pnc.com
patricia.leib@pncbank.com
patricia.m.kocsis@fhlb-pgh.com
patricia.m.mcredmond@jpmorgan.com
patricia.manente@aigpb.com
patricia.martin@glgpartners.com
patricia.moore@barcap.com
patricia.morrissey@highbridge.com
patricia.o'donnell@pnc.com

patricia.pan@db.com
patricia.peach@morganstanley.com
patricia.perez-coutts@agf.com
patricia.schneider@bnymellon.com
patricia.schrandt@usbank.com
patricia.small@ucop.edu
patricia.taylor@sixcontinents.com
patricia.tiensch@jpmorgan.com
patricia.toh@gs.com
patricia.tracy@chase.com
patricia.voets@pggm.nl
patricia.wilson@swip.com
patricia.winiarczyk@columbiamanagement.com
patricia.wong@morganstanley.com
patricia.zechner@centrumbank.com
patricia.zobel@ny.frb.org
patricia@blabla.com
patricia@cfam.com
patricia_a_lunova@vanguard.com
patricia_alayne_evans@freddiemac.com
patricia_bridson@newton.co.uk
patricia_brosokas@prusec.com
patricia_cook@freddiemac.com
patricia_delgadillo@amrcorp.com
patricia_gaynor@putnam.com
patricia_gildea@ssga.statestre
patricia_grieve@hvbamericas.com
patricia_kelly@prusec.com
patricia_morse@putnam.com
patricia_murphy@ssga.com
patricia_noga@canadalife.com
patricia_pinkos@calpers.ca.gov
patricia_rangel@gmacm.com
patriciagomes@hsbc.com
patriciavankampen@northwesternmutual.com
patrick.a.tucci@usa.dupont.com
patrick.ahearn@compassbnk.com
patrick.aicardi@fmr.com
patrick.azouri@nationalcity.com
patrick.barbe@bnpparibas.com
patrick.barrett@lmginv.com
patrick.baumann@alliancebernstein.com
patrick.belger@cominvest-am.com
patrick.bernard@corporate.ge.com

patrick.berset@dresdner-bank.ch
patrick.berther@credit-suisse.com
patrick.biver@bnpparibas.com
patrick.blattmann@csadvisorypartners.com
patrick.blauth@credit-suisse.com
patrick.bourbon@ubs.com
patrick.bouvier2@cnp.fr
patrick.brandenberger@vontobel.ch
patrick.brankin@ca-aipg.com
patrick.brauer@ubs.com
patrick.brechbuehl@sl-am.com
patrick.brennan@pionneraltinvest.com
patrick.brenner@db.com
patrick.brophy@janus.com
patrick.buchanan@fmr.com
patrick.budden@westernasset.com
patrick.bumann@wachovia.com
patrick.burgermeister@zkb.ch
patrick.butler@rzb.at
patrick.buxton@barclays.co.uk
patrick.byrne@boigm.com
patrick.c.griffin@jpmorgan.com
patrick.carletto@ca-assetmanagement.fr
patrick.carlin@ge.com
patrick.carney@tudor.com
patrick.casters@dexia-bil.com
patrick.cecconi@bsibank.com
patrick.chan@ubs.com
patrick.cheung@banca.mps.it
patrick.ck.wong@hk.standardchartered.com
patrick.coggi@juliusbaer.com
patrick.collins@uk.mizuho-sc.com
patrick.conteh@cominvest-am.com
patrick.corkery@bnlmail.com
patrick.cosgrove@trs.state.tx.us
patrick.couque@calyon.com
patrick.crotty@mackayshields.com
patrick.cutler@wamulends.net
patrick.d.businger@claridenleu.com
patrick.d.drurybyrne@aib.ie
patrick.de.boer@fortisinvestments.com
patrick.deborredon@pernod-ricard.com
patrick.defraguier@caam.com
patrick.delataillade@caam-re.com

patrick.delestra@apicil.com
patrick.den.besten@ingim.com
patrick.denhiere@banquecial.fr
patrick.d'herouville@bnpparibas.com
patrick.dhondt@creditlyonnais.lu
patrick.dolan@blackrock.com
patrick.donnelly@blackrock.com
patrick.donohue@columbiamanagement.com
patrick.dote@clinton.com
patrick.dunn@tudor.com
patrick.dunne@barclaysglobal.com
patrick.durkin@csfb.com
patrick.dutli@ubs.com
patrick.dwyer@ny.frb.org
patrick.dyson@ubs.com
patrick.dzuba@infidar.ch
patrick.edelmann@blackrock.com
patrick.ehrsam@credit-suisse.com
patrick.erb@juliusbaer.com
patrick.ernst@dghyp.de
patrick.estermann@claridenleu.com
patrick.faul@calvertgroup.com
patrick.fehr@credit-suisse.com
patrick.felgenhauer@commerzbankib.com
patrick.fenske@zkb.ch
patrick.feth@siemens.com
patrick.fisch@bnpparibas.com
patrick.fleur@pggm.nl
patrick.foley@lloydstsb.co.uk
patrick.fournier@lodh.com
patrick.franke@eagleasset.com
patrick.frey@zkb.ch
patrick.frost@swisslife.ch
patrick.fu@lazard.com
patrick.fuchs@allianzgi.de
patrick.gallagher@wgzbank.ie
patrick.gauthier@sinopia.fr
patrick.gautier@sinopia.fr
patrick.gerard@bbl.fr
patrick.gibson@pncbank.com
patrick.gillentine@nationalcity.com
patrick.goff@fmr.com
patrick.graham@columbiamanagement.com
patrick.greene@mortgage.wellsfargo.com

patrick.gregory@fmglobal.com
patrick.greiner@blkb.inet.ch
patrick.grenham@cgii.com
patrick.gueguen@caam.com
patrick.guivarch@caam.com
patrick.gundlach@micorp.com
patrick.hasenboehler@sarasin.ch
patrick.hayes2@mortgagefamily.com
patrick.hendrikx@fandc.com
patrick.hennigan@thehartford.com
patrick.henseler@ubs.com
patrick.herfroy@sgam.com
patrick.hoban@barclaysglobal.com
patrick.hoehne@4086.com
patrick.hovest@ikb.de
patrick.huang@email.chinatrust.com.tw
patrick.hughes@morleyfm.com
patrick.humair@sarasin.ch
patrick.humm@dzbank.de
patrick.husistein@credit-suisse.com
patrick.hussy@deka.de
patrick.ingold@credit-suisse.com
patrick.j.ford@columbiamanagement.com
patrick.j.grune@bankofamerica.com
patrick.j.parr@jpmorgan.com
patrick.josse@calyon.com
patrick.k.cunneen@aib.ie
patrick.kearns@bmonb.com
patrick.keating@harrisbank.com
patrick.keller@bsibank.com
patrick.kelly@deshaw.com
patrick.kennedy@london.entoil.com
patrick.kern@pncbank.com
patrick.kezele@fareastnationalbank.com
patrick.king@guarantygroup.com
patrick.king@lazard.com
patrick.koepfli@credit-suisse.com
patrick.kolb@credit-suisse.com
patrick.koplenig@ubs.com
patrick.kruczek@morgankeegan.com
patrick.l.barry@aib.ie
patrick.lambe@pioneerinvest.ie
patrick.lapvetelainen@sampo.fi
patrick.lebourdais@pioneerinvest.com.sg

patrick.leconte@bnpparibas.com
patrick.lefort@sgam.com
patrick.leitienne@leumi.lu
patrick.lemuet@eu.ca-investorservices.com
patrick.lepvrier@alcatel.fr
patrick.leung@barclaysglobal.com
patrick.levy@ing.be
patrick.lewis@aiminvestments.com
patrick.loepfe@vontobel.ch
patrick.lonergan@moorecap.com
patrick.lukundola@socgen.com
patrick.lupini@ubs.com
patrick.lutz@zkb.ch
patrick.lyn@westam.com
patrick.mabille@axa-im.com
patrick.mange@bnpparibas.com
patrick.maniciati@credit-suisse.com
patrick.mason@truscocapital.com
patrick.matagne@caam.com
patrick.mavro@credit-agricole-sa.fr
patrick.mcdonough@alliancebernstein.com
patrick.mcginnis@aig.com
patrick.mcguire@bis.org
patrick.mcsweeney@usbank.com
patrick.meier@claridenleu.com
patrick.merckx@fortisbank.com
patrick.mertenat@lloydsbank.ch
patrick.meyer@claridenleu.com
patrick.moonen@ingim.com
patrick.morris@chicagoequity.com
patrick.muhl@skag.siemens.de
patrick.mullin@lazard.com
patrick.murphy@thehartford.com
patrick.murrayhayden@prudential.com
patrick.nese@dws.de
patrick.newens@fandc.com
patrick.nisot@degroof.be
patrick.nivelles@mailpoalim.co.uk
patrick.oconnor@barclaysglobal.com
patrick.oconnor@raymondjames.com
patrick.o'donnell@aberdeen-asset.com
patrick.ohara@abnamro.com
patrick.oneil@us.bacai.com
patrick.oneill@bhf.ing.com

patrick.o'rourke@db.com
patrick.otto@hvb.de
patrick.oustin@ubs.com
patrick.owens@natixis.us
patrick.p.deboer@shell.com
patrick.pace@aig.com
patrick.pagotto@zkb.ch
patrick.pastollnigg@rcm.at
patrick.peppard@citigroup.com
patrick.persuy@edfgdf.fr
patrick.petit@creditlyonnais.lu
patrick.petz@ubs.com
patrick.pfleger@ba-ca.com
patrick.pies@lrp.de
patrick.pircher@seb.co.uk
patrick.purington@westernasset.com
patrick.r.whalen@usa.dupont.com
patrick.rahal@db.com
patrick.reed@ing.be
patrick.reichenbach@credit-suisse.com
patrick.ruoss@azgrp.ch
patrick.rutz@tkb.ch
patrick.ryan@lazard.com
patrick.ryan@tudor.com
patrick.ryan-dolan@lgim.co.uk
patrick.s.bright@bankofamerica.com
patrick.s.hayes@conocophillips.com
patrick.sarfati@calyon.com
patrick.saunders@deshaw.com
patrick.schenkhuizen@pggm.nl
patrick.schmidt@union-investment.de
patrick.schmidtke@cominvest-am.com
patrick.schmitz@fortis.lu
patrick.schneeberger@blkb.inet.ch
patrick.schneider@cominvest-am.com
patrick.schopfer@credit-suisse.com
patrick.seelen@wellsfargo.com
patrick.sheehan@db.com
patrick.simeon@caam.com
patrick.smith@effcu.org
patrick.solerschubert@oppenheim.de
patrick.soucas@credit-suisse.com
patrick.sporl@aa.com
patrick.springer@morganstanley.com

patrick.steeg@hypointernational.com
patrick.stiefel@oppenheim.de
patrick.stutz@rmf.ch
patrick.sullivan@hcmny.com
patrick.sullivan@himco.com
patrick.suter@ubs.com
patrick.swiderski@clf-dexia.com
patrick.tan@westernasset.com
patrick.tao@db.com
patrick.thoma@leumi.ch
patrick.todd@tcw.com
patrick.trouet@aareal-bank.com
patrick.tsang@citigroup.com
patrick.tschupp@bsibank.com
patrick.uelfeti@claridenleu.com
patrick.vandenhaute@dexia-am.com
patrick.vandenhoutte@dexia.be
patrick.vanderborght@ing.be
patrick.vandersloot@shell.com
patrick.venanzi@fmr.com
patrick.verelst@interbrew.com
patrick.verelst@solvay.com
patrick.verlee@tractebel.be
patrick.vermeulen@jpmorgan.com
patrick.vijgeboom@pggm.nl
patrick.vogel@infidar.ch
patrick.vogel@lgim.co.uk
patrick.volkart@eave.com
patrick.waddell@fmr.com
patrick.wallace@pncbank.com
patrick.wang@bankofamerica.com
patrick.wanner@juliusbaer.com
patrick.wellnitz@helaba.de
patrick.widmayer@dekabank.de
patrick.widmer@bnpparibas.com
patrick.wierckx@mn-services.nl
patrick.william@sgam.com
patrick.wirth@juliusbaer.com
patrick.wuytens@ing.be
patrick.yeghnazar@highbridge.com
patrick.yot@nestle.com
patrick.zeenni@dexia-am.com
patrick.zima@erstebank.at
patrick.zoro@americas.bnpparibas.com

patrick@mail.bot.com.tw
patrick_andersen@putnam.com
patrick_andreatta@swissre.com
patrick_armstrong@ssga.com
patrick_aylmer@britamtob.com
patrick_blais@sunlife.com
patrick_condello@acml.com
patrick_dwyer@ntrs.com
patrick_flynn@putnam.com
patrick_gallaway@invesco.com
patrick_gremban@vanguard.com
patrick_h_beranek@fanniemae.c
patrick_hudson@troweprice.com
patrick_keedy@bankone.com
patrick_loftis@cinfin.com
patrick_loranger@putnam.com
patrick_lyons@keybank.com
patrick_m_conway@fanniemae.com
patrick_macary@conning.com
patrick_maldari@ml.com
patrick_mayo@keybank.com
patrick_mccormack@tigerfund.com
patrick_miller@smbcgroup.com
patrick_milligan@vanguard.com
patrick_morrissey@bankone.com
patrick_mullins@bnz.co.nz
patrick_okeefe@westlb.com
patrick_s_brennan@progressive.com
patrick_scherrer@swissre.com
patrick_watson@bankone.com
patrick_wendt@swissre.com
patrick_wong@scotiacapital.com
patrick_wong@ssga.com
patrick_yee@sfmny.com
patrick_yip@ustrust.com
patrickbyrne@bankofny.com
patrick-c.vogel@db.com
patrickchong@temasek.com.sg
patrickcichy@hsbc.com.hk
patrickgleeson@angloirishbank.ie
patrickj.cunningham@biam.boi.ie
patrickling@gic.com.sg
patrickm@bgi-group.com
patricknolan@hsbc.com

patrickryoo@hanmail.net
patrickryoo@wooribank.com
patrick-za.zimmermann@ubs.com
patridgeianuser@company.com
patrik.brummer@brummer.se
patrik.carisch@csam.com
patrik.eberhart@sgkb.ch
patrik.janovjak@cial.ch
patrik.janovjak@sarasin.ch
patrik.kuster@credit-suisse.com
patrik.lindgren@sek.se
patrik.nevsten@northseacapital.com
patrik.nyman@ap1.se
patrik.onnerdal@ap1.se
patrik.pizzali@bsibank.com
patrik.ragan@swedbank.se
patrik.roos@mini post.nu
patrik.roos@nordea.com
patrik.rundin@dnbnor.com
patrik.safvenblad@dnbnor.com
patrik.sandell@scania.com
patrik.scheuber@swisscanto.ch
patrik.schwendimann@zkb.ch
patrik.wainio@nib.int
patrik.zedendahl@swedbank.com
patrik.zingmark@seb.se
patrikh@bloomberg.net
patrizia.baudino@bis.org
patrizia.bianchi@arcafondi.it
patrizia.dellatorre@bsibank.com
patrizia.diplinio@ersel.it
patrizia.driusso@realemutua.it
patrizia.ferro@ersel.it
patrizia.fiorino@agf.com
patrizia.masutti@bancagenerali.it
patrizio.m.gregori@jpmorgan.com
patrizio.merciai@lodh.com
patryk.jablonowski@union-investment.de
patsy_kreitman@nylim.com
patsy_rick@fsba.state.fl.us
patti.bradshaw@usaa.com
patti.cheung@uboc.com
patti.perras.shugart@cibc.ca
patti.satterthwaite@fmr.com

patti_brown@dell.com
pattra_piriyapoksombut@swissre.com
pattsm@texaco.com
patty.arrieta@transamerica.com
patty.giudice@allegiantgroup.com
patty.mullen@allegiantgroup.com
patty.nogalski@micorp.com
patty.rivet@fmr.com
patty.younker@53.com
patty_hoopes@aimfunds.com
patty_taylor@gmacm.com
patty13@bloomberg.net
patxi.bente@lazard.fr
patxi.ipina@telefonica.es
patzer.ws@tbcam.com
paudet@blackrock.com
paul.a.brophy@aib.ie
paul.a.gallagher@aib.ie
paul.a.herbst@wamu.net
paul.a.lloyd@usa.dupont.com
paul.a.mataras@citigroup.com
paul.a.mclaughlan@aib.ie
paul.a.mclaughlin@aibbny.ie
paul.a.quinsee@jpmorgan.com
paul.a.sassa@db.com
paul.a.sheehan@aibbny.ie
paul.abberley@uk.abnamro.com
paul.achleitner@allianz.com
paul.ainsworth@creditlyonnais.co.uk
paul.allen@fandc.com
paul.allen@uk.pimco.com
paul.allison@baesystems.com
paul.allison@fandc.com
paul.amer@insightinvestment.com
paul.antico@fmr.com
paul.appleby@prudential.com
paul.ardleigh@wellsfargo.com
paul.aronson@inginvestment.com
paul.arthur@ecb.int
paul.aston@columbiamanagement.com
paul.attwood@huntington.com
paul.bareman@jpmorgan.com
paul.bates@erieinsurance.com
paul.battams@barclaysglobal.com

paul.bawab@ca-suisse.com
paul.beach@barclays.co.uk
paul.beadle@gibuk.com
paul.bearman@uk.calyon.com
paul.beaudoin@raymondjames.com
paul.benson@pimco.com
paul.berejnoi@nuveen.com
paul.berg@janus.com
paul.berlinguet@columbiamanagement.com
paul.bernard@nokia.com
paul.berquist@carlsberg.com
paul.berriman@db.com
paul.berry@cater-allen.co.uk
paul.birish@inginvestment.com
paul.bottoms@bgi.com
paul.bourdon@credit-suisse.com
paul.bracken@fmr.com
paul.braverman@janus.com
paul.bremeyer@lgim.co.uk
paul.brennan@nuveen.com
paul.brock@glgpartners.com
paul.bromley@db.com
paul.brown@insightinvestment.com
paul.brown@irwinmortgage.com
paul.buckley@db.com
paul.bukowski@himco.com
paul.bukowski@inginvestment.com
paul.buren@inginvestment.com
paul.butler@rabobank.com
paul.caldwell@db.com
paul.caleca@wachovia.com
paul.callahan@fmr.com
paul.canavan@fmr.com
paul.cangro@citigroup.com
paul.carman@mhcb.co.uk
paul.carter@fmr.com
paul.casino@sumitomotrust.co.jp
paul.cavalier@lodh.com
paul.cavey@lehman.com
paul.chambers@ubs.com
paul.chan@alpshk.com
paul.chan@rbc.com
paul.chappell@db.com
paul.chen@inginvestment.com

paul.chen@prudential.com
paul.cheonghl@uobgroup.com
paul.chew@daiwa-am.com.sg
paul.chin@barclaysglobal.com
paul.chu@insightinvestment.com
paul.chung@gecapital.com
paul.clarke@blackrock.com
paul.clarke@dresdner-bank.com
paul.cloonan@pioneerinvest.com
paul.collard@drkw.com
paul.collison@jpmorganfleming.com
paul.colonna@corporate.ge.com
paul.connor@mhcb.co.uk
paul.coolen@jpmorgan.com
paul.cooper@friendsprovident.co.uk
paul.copeman@db.com
paul.corner@resolutionasset.com
paul.corps@jpmorgan.com
paul.cottee@lgim.co.uk
paul.cox@53.com
paul.cramp@threadneedle.co.uk
paul.crinion@longview-partners.com
paul.crosby@europe.hypovereinsbank.com
paul.crovo@pnc.com
paul.cuddy@ing.com.au
paul.cummins@barclaysglobal.com
paul.czerkawski@uk.nomura.com
paul.d.rivers@bankofamerica.com
paul.d.thompson@morganstanley.com
paul.daggy@morganstanley.com
paul.daley@ubs.com
paul.dalton@boi.ie
paul.dalton@gs.com
paul.davey@lodh.com
paul.davis@db.com
paul.deleon@lazard.com
paul.demey@caam.com
paul.denninger@columbiamanagement.com
paul.dentskevich@hsh-nordbank.co.uk
paul.devilleneuve@drkw.com
paul.devlin@us.mizuho-sc.com
paul.dillon@boigm.com
paul.dimmick@fhlb-pgh.com
paul.dockeray@uk.bnpparibas.com

paul.dolan@irwinmortgage.com
paul.donohoe@blackrock.com
paul.donovan@commcercebank.com
paul.doran@rlam.co.uk
paul.dowicz@asbai.com
paul.doyle@threadneedle.co.uk
paul.drotch@lmginv.com
paul.drumm@ubs.com
paul.dudouit@creditfoncier.fr
paul.duffy@hsh-nordbank.co.uk
paul.dungate@morleyfm.com
paul.dunn@mhcb.co.uk
paul.durdin@credit-suisse.com
paul.e.jablansky@citi.com
paul.ebner@barclaysglobal.com
paul.eckley.agei@statefarm.com
paul.egan@citigroup.com
paul.elwood@sunlife.com
paul.emata@pncbank.com
paul.etheridge@blackrock.com
paul.f.cahill@aib.ie
paul.fairbrother@ubs.com
paul.faulkner@abnamromellon.com
paul.faulkner@bailliegifford.com
paul.fergusson@britannia.co.uk
paul.fiani@ubs.com
paul.fisher@bankofengland.co.uk
paul.fitzpatrick@dzbank.de
paul.flynn@boitib.com
paul.flynn@inginvestment.com
paul.fogarty@davy.ie
paul.forestier@bnpgroup.com
paul.fraker@moorecap.com
paul.freeman@dresdnerkb.com
paul.fuchs@columbiamanagement.com
paul.g.daggy@db.com
paul.g.doorley@aib.ie
paul.galtier@sncf.fr
paul.gamerdinger@hcmny.com
paul.gately@aig.com
paul.gerard@ocas.com
paul.gibbs@threadneedle.co.uk
paul.giblin@davy.ie
paul.glacken@ge.com

paul.glands@jpmorgan.com
paul.goeldi@lgt.com
paul.goody@citicorp.com
paul.goss@hvbeurope.com
paul.graham@ubs.com
paul.grasso@prudential.com
paul.greenplate@wsfsbank.com
paul.greer@boigm.com
paul.griesbach@thrivent.com
paul.groenewoud@nl.abnamro.com
paul.guilbert@bnpparibas.com
paul.guthrie@halliburton.com
paul.h.sperling@wellsfargo.com
paul.hadley@glgpartners.com
paul.hamblet@merchinv.co.uk
paul.hannan@rothschild.com.au
paul.harbord@norwich-union-life.co.uk
paul.hare@uk.standardchartered.com
paul.harris@opco.com
paul.harrison@barclayglobal.com
paul.harvey@glgpartners.com
paul.harvey@ubs.com
paul.hayes@allegiantgroup.com
paul.hearn@bnpparibas.com
paul.heller.h7br@statefarm.com
paul.henderson@barclaysglobal.com
paul.herbert@jpmorgan.com
paul.heyman@dexia.be
paul.hiebert@ecb.europa.eu
paul.hilsley@lgim.co.uk
paul.hilsley@ubs.com
paul.hirschi@vontobel.ch
paul.horat@juliusbaer.com
paul.huang@ap.ing.com
paul.huang@bbh.com
paul.hulbert@wachovia.com
paul.hunter@db.com
paul.j.baker@jpmorganfleming.com
paul.j.benziger@db.com
paul.j.digiacomo@columbiamanagement.com
paul.j.federico@jpmorgan.com
paul.j.stegmayer@jpmorganfleming.com
paul.j.white@morganstanley.com
paul.jackson@fmr.com

paul.jacobson@delta.com
paul.janssens@fortisbank.com
paul.jay@canadalife.co.uk
paul.jo@alliancebernstein.com
paul.jouannic@ch.michelin.com
paul.kaio@ubs.com
paul.kamor@pncadvisors.com
paul.kanitra@avmltd.com
paul.karrlsson-willis@fidelity.com
paul.kasian@hsbcam.com
paul.keel@kuehne-nagel.com
paul.kehoe@citadelgroup.com
paul.kelly-euro@db.com
paul.kern@thrivent.com
paul.kim@pimco.com
paul.king@harrisbank.com
paul.kirk@commercebank.com
paul.kirste@tcw.com
paul.kirtley@threadneedle.co.uk
paul.kleinaitis@allegiantgroup.com
paul.klinkert@alecta.com
paul.klinkert@dnbnor.com
paul.knight@ers.state.tx.us
paul.knobl@bmo.com
paul.kong@tudor.com
paul.koscik@huntington.com
paul.kosiba@pncbank.com
paul.kowalow@citadelgroup.com
paul.kramper@mutualofomaha.com
paul.kulkarni@boimail.com
paul.kunz@db.com
paul.kw.neoh@jpmorgan.com
paul.lacoursiere@barclaysglobal.com
paul.lafleche@fmglobal.com
paul.langton@royal-london.co.uk
paul.lavelle@fidelity.com
paul.leonard@barclaysglobal.com
paul.leonardi@nb.com
paul.lesica@ryanbeck.com
paul.lewitt@lloydstsb.co.uk
paul.li@capitalglobal.com
paul.liu@db.com
paul.lockey@damel.co.uk
paul.lockwood@imc.wellsfargo.com

paul.lopez@us.hsbc.com
paul.lovett@aib.ie
paul.m.andrews@hsbc.com
paul.m.joseph@jpmorgan.com
paul.m.lock@jpmorgan.com
paul.magura@aberdeen-asset.com
paul.marendaz@fandc.com
paul.marriage@insightinvestment.com
paul.marsh@nb.com
paul.marson@gs.com
paul.martins@lazard.com
paul.mason.01@bbc.co.uk
paul.mason@airbus.fr
paul.mccarthy@lloydstsb.co.uk
paul.mccarthy@mortgagefamily.com
paul.mccormack@ibtco.com
paul.mcenroe@boitib.com
paul.mcginnis@cis.co.uk
paul.mcintyre@threadneedle.co.uk
paul.mckeaveney@jpmorgan.com
paul.mcnamara@augustus.co.uk
paul.meier@disney.com
paul.merrey@prudential.co.uk
paul.meyer@brummer.se
paul.middleton@axaframlington.com
paul.mikhailoff@bankofengland.co.uk
paul.milsom@lgim.co.uk
paul.milton@sgcib.com
paul.mingay@morleyfm.com
paul.mitchell@jpmchase.com
paul.mitchell@ubs.com
paul.moghtader@lazard.com
paul.mondschein@pnc.com
paul.montecalvo@fmr.com
paul.morgan@threadneedle.co.uk
paul.mortenson@fmr.com
paul.mullings@chase.com
paul.murphy@uk.mizuho-sc.com
paul.murray@lasmo.com
paul.murray-john@threadneedle.co.uk
paul.narayanan@aig.com
paul.nestro@corporate.ge.com
paul.newman@gartmore.com
paul.newmark@drkw.com

paul.niven@fandc.com
paul.nolle@db.com
paul.o.morley@aibbny.ie
paul.o'brien@morganstanley.com
paul.ocenasek@thrivent.com
paul.oelmann@smith.williamson.co.uk
paul.oh@gwl.com
paul.okholm@nordea.com
paul.osborne@lodh.com
paul.osman@uk.nomura.com
paul.pancino@hsh-nordbank.co.uk
paul.parseghian@prudential.com
paul.pawelka@rcm.at
paul.peduto@fhlbboston.com
paul.perry@norcap.com
paul.petery@fmr.com
paul.placken@gm.com
paul.pollington@barclayscapital.com
paul.presinzano@americas.bnpparibas.com
paul.price@prudential.com
paul.psaila@morganstanley.com
paul.qiuistberg@columbiamanagement.com
paul.quistberg@columbiamanagement.com
paul.r.cannon@aexp.com
paul.r.donnelly@jpmorgan.com
paul.r.polichino@jpmorgan.com
paul.rasplicka@aiminvestments.com
paul.ravetta@wcmadvisors.com
paul.rayner@rlam.co.uk
paul.read@alliancebernstein.com
paul.reagan@moorecap.com
paul.reagan@soros.com
paul.reed@aberdeen-asset.com
paul.regan@hq.smurfitgroup.com
paul.reinhardt@ge.com
paul.rhude@bmonb.com
paul.ringsted@wachovia.com
paul.rissman@alliancebernstein.com
paul.roberts@aegon.co.uk
paul.rochat@lodh.com
paul.rocheleau@columbiamanagement.com
paul.rochester@insightinvestment.com
paul.roethof@fbs.nl
paul.rose@ldn_invesco.co.uk

paul.ross@bwater.com
paul.rudland@blackrock.com
paul.runnalls@gwl.com
paul.rutherford@pnc.com
paul.s.choi@jpmorgan.com
paul.s.hyatt@jpmorgan.com
paul.sacco@wnco.com
paul.sakaguchi@usa.dupont.com
paul.saks@barclaysglobal.com
paul.salniker@usaa.com
paul.sampson@axa.co.jp
paul.sandhu@usaa.com
paul.santucci@citadelgroup.com
paul.schep@pggm.nl
paul.schibli@db.com
paul.schminke@lrp.de
paul.schonen@axa.be
paul.schreder@falconig.com
paul.schwartz@mxminc.com
paul.scofield@usbank.com
paul.secchia@bmo.com
paul.seng@income.com.sg
paul.severin@sparinvest.com
paul.sharp@insightinvestment.com
paul.sharpe@ubs.com
paul.shea@mhcb.co.uk
paul.sheedy@fmr.com
paul.shuttleworth@blackrock.com
paul.sibianu@lbb.lu
paul.simmons@morleyfm.com
paul.simpson@omam.co.uk
paul.sinclair@sunlife.com
paul.singer@barclayswealth.com
paul.single@cnb.com
paul.smith2@drkw.com
paul.smith3@barcap.com
paul.snyder@harrisbank.com
paul.speargas@pnc.com
paul.springorum@selectum.be
paul.squires@axa-im.com
paul.stanaitis@cibc.ca
paul.stanley@ubs.com
paul.stappard@barclayswealth.com
paul.steiger@zurich.com

paul.stilwell@uk.abnamro.com
paul.stimson@moorecap.com
paul.sugandi@uobgroup.com
paul.suitela@kasbank.com
paul.sullivan@alliancebernstein.com
paul.suter@commerzbank.com
paul.swartz@bwater.com
paul.sweeting@uk.fid-intl.com
paul.taylor@lloydstsb.co.uk
paul.tellefsen@ibtco.com
paul.tessens@dexia.be
paul.thompson@suntrust.com
paul.ticu@morganstanley.com
paul.tucker@bankofengland.co.uk
paul.tydeman@fly.virgin.com
paul.udall@morleyfm.com
paul.ukmt.blakeley@jpmorgan.com
paul.van.der.worp@nibc.com
paul.van.gent@mn-services.nl
paul.vandenberghe@glgpartners.com
paul.vandevaart@morleyfm.com
paul.vangeert@dexia.be
paul.verloop@ingim.com
paul.vickars@axa-im.com
paul.vogel@alliancebernstein.com
paul.vonkuster@peregrinecapital.com
paul.vrints@dexia.be
paul.vrouwes@ingim.com
paul.w.dickson@jpmorganfleming.com
paul.w.mcdonough@jpmorgan.com
paul.wallace@barclaysglobal.com
paul.walsh@fmr.com
paul.washburn@fmglobal.com
paul.weiner@morganstanley.com
paul.wendler@pimco.com
paul.wesson@fandc.com
paul.westesson@nordea.com
paul.white2@jpmorgan.com
paul.whitehead@barclaysglobal.com
paul.whyman@fortis.co.uk
paul.wiencek@libertymutual.com
paul.wild@db.com
paul.wildermuth@pimco.com
paul.williamson@jpmchase.com

paul.wise@dfafunds.com
paul.witchalls@threadneedle.co.uk
paul.wojtyla@abnamro.com
paul.woo@impaccompanies.com
paul.wood@uk.fid-intl.com
paul.wurm@peregrinecapital.com
paul.wylie@lloydstsb.co.uk
paul.x.byrne@jpmorgan.com
paul.x.ward@qsk.com
paul.y.hikichi@wellsfargo.com
paul.yablon@moorecap.com
paul.zajac@funb.com
paul.zekveld@nibcapital.com
paul.zelisko@ubs.com
paul.zelissen@ingdirect.nl
paul.zemsky@inginvestment.com
paul.zepf@fmr.com
paul.zetterstrom@prudential.com
paul.ziots@sun.com
paul.zych@wamu.net
paul@bernstein.com
paul@buenavistapartners.com
paul@ggfg.com
paul@gruss.co.uk
paul@ikos.com.cy
paul@incomeresearch.com
paul@moorecap.com
paul@rentec.com
paul@tcdrs.org
paul@wasatchadvisors.com
paul@willcapmanagement.com
paul_a_toft@victoryconnect.com
paul_albonetti@ustrust.com
paul_allende@morganstanley.com
paul_brakke@ssga.com
paul_brittman@putnam.com
paul_brooke@tigerfund.com
paul_bucuvalas@putnam.com
paul_butler@newton.co.uk
paul_caprez@generaliglobal.com
paul_causer@hen.invesco.com
paul_clifton@blackrock.com
paul_cooley@swissre.com
paul_cunningham@nylim.com

paul_d_danes@victoryconnect.com
paul_denoon@acml.com
paul_drury@putnam.com
paul_e_chismark@keybank.com
paul_edwards@westlb.co.uk
paul_english@invesco.com
paul_english@manulife.com
paul_fehrenbach@fleet.com
paul_gagey@aviva.fr
paul_gardner@ssga.com
paul_gerard@ml.com
paul_godfrey@scotiacapital.com
paul_graham@gb.smbcgroup.com
paul_green@invescoperpetual.co.uk
paul_greene@troweprice.com
paul_greff@ssga.com
paul_gulberg@acml.com
paul_harrison@bat.com
paul_harrison@scotiacapital.com
paul_hauff@blackrock.com
paul_heath@westlb.co.uk
paul_j.edwards@westlb.co.uk
paul_j_martinez@bankone.com
paul_j_nolte@bankone.com
paul_j_thompson@prusec.com
paul_jakubowski@vanguard.com
paul_jenkel@acml.com
paul_konigsberg@freddiemac.com
paul_kraftic@nylim.com
paul_kramer@calpers.ca.gov
paul_kronlokken@ustrust.com
paul_kume@freddiemac.com
paul_lacosta@msdw.com
paul_lafleche@arkwright.com
paul_lohrey@vanguard.com
paul_lumbis@cgnu.net
paul_m_malloy@vanguard.com
paul_maguire@putnam.com
paul_markham@newton.co.uk
paul_martin@westlb.co.uk
paul_massaro@troweprice.com
paul_moretti@fanniemae.com
paul_mullaney@cargill.com
paul_napoli@ustrust.com

paul_nash@ldn.invesco.com
paul_norris@fanniemae.com
paul_oldfield@ustrust.com
paul_oliu@ml.com
paul_pasquill@standardlife.com
paul_phillips@scotiacapital.com
paul_queyrouze@hancockbank.com
paul_raman@glenmede.com
paul_read@hen.invesco.com
paul_rhodes@bat.com
paul_richardson@cargill.com
paul_rippe@hvbamericas.com
paul_rogers@scudder.com
paul_rudewick@sumitomobank.com
paul_scanlon@putnam.com
paul_sellier@conning.com
paul_shottes@cbcm.com
paul_spiroff@mgic.com
paul_sprinsky@conning.com
paul_stackhouse@standardlife.com
paul_stephany@newton.co.uk
paul_stern@nylim.com
paul_sullivan@glenmede.com
paul_survilla@capgroup.com
paul_swoboda@bankone.com
paul_touradji@bigfoot.com
paul_unchalipongse@ustrust.com
paul_van_der_meer@deltalloyd.nl
paul_vanmaaren@ml.com
paul_w_harvey@ml.com
paul_walker-duncalf@blackrock.com
paul_walton@blackrock.com
paul_wojcik@troweprice.com
paul_yee@nylim.com
paul_young@ssga.com
paul_zoschke@acml.com
paul123@netsgo.com
paula.allen@morleyfm.com
paul-a.buchwitz@db.com
paula.bujia@ar.schroders.combb
paula.bujia@schroders.com
paula.caruana@grupobbva.com
paula.collins@gs.com
paula.croson@blackrock.com

paula.fleming@janus.com
paula.gonzalez-esc@grupobbva.com
paula.ioannides@g-icap.com
paula.jouandet-dahlen@axa-im.com
paula.kienert@fmr.com
paula.m.dowdall@aib.ie
paula.mateus@cgd.pt
paula.renzi@fmr.com
paula.szturma@moorecap.com
paula.treutiger@swedbankrobur.se
paula.werner@alcoa.com
paula@gries.com
paula@trsl.state.la.us
paula_baker@conseco.com
paula_blacher@ustrust.com
paula_craft@ssga.com
paula_d_healey@fleet.com
paula_hartnett@gb.smbcgroup.com
paula_laliberte@ustrust.com
paula_niall@newton.co.uk
paula_papastathis@putnam.com
paula_pikus@key.com
paula_smith@notes.ntrs.com
paulachen@cathaylife.com.tw
paulandre.meyers@fortisbank.com
paulandre.pittard@lodh.com
paulandrew_cannon@swissre.com
paulaprice@bapfim.co.uk
paulb@cater-allen.co.uk
paulb@loopcap.com
paulbratten@tagfolio.com
paulc@bloomberg.net
paulcallan@bloomberg.net
paulchuan@gic.com.sg
pauler@ui-gmbh.de
paulette@hhmi.org
paulf@oechsle.com
paulfssb@ix.netcom.com
paulfuji@bloomberg.net
paul-gerhard.ebel@postbank.de
paulh@state.nm.us
paul-hen.delaportedutheil@caam.com
paulhl@vankampen.com
pauli.mortensen@kap.norges-bank.no

paulina.czabaj@avmltd.com
pauline.abadie@sgam.com
pauline.c.yurich@firstar.com
pauline.carlotti@uk.calyon.com
pauline.dennehy@primark.com
pauline.deseauve@bnpparibas.com
pauline.hedgecock@wachovia.com
pauline.marshall-lee@uk.abnamro.com
pauline.nepgen@threadneedle.co.uk
pauline.stewart@aegon.co.uk
pauline.toffier@sgam.com
pauline_macpherson@standardlife.com
pauline_sheedy@ustrust.com
paulinechen@ptbni.com.sg
paulinel@carson.com.hk
paulinelow@mas.gov.sg
paulinemccabe@angloirishbank.ie
paul-j.flynn@db.com
pauljg@bernstein.com
paul-johannes.altmann@db.com
paul-k.harris@ubs.com
paulk@fmaadvisors.com
paulkim@wooribank.com
paullau@dbs.com
paulliew@gic.com.sg
paullundmark@aol.com
paulm@csccu.com
paulo.alexandrecaricati@westernasset.com
paulo.angeletti@bsibank.com
paulo.cacella@bcb.gov.br
paulo.da.costa@hsbcpb.com
paulo.pinto@caixabi.pt
paulo.quintino@fandc.com
pauls@cater-allen.co.uk
paulstillabower@hsbc.com
paultews@northwesternmutual.com
paulv@bgi-group.com
paul-van.hastenberg@unilever.com
paulvanner@hypovereinsbank.co.uk
paulwiggins@mac.com
paulzack@bloomberg.net
paum@capgroup.com
paumeng@dbs.com
pauric.z.mccormack@jpmchase.com

paus@capgroup.com
pavan.wadhwa@jpmorgan.com
pavan_chatlani@fanniemae.com
pavao.gf@mellon.com
pavel.blinchik@fmr.com
pavel.horcin@nbs.sk
pavel.mertlik@rb.cz
pavel.sool@citigroup.com
pavel.vaynshtok@inginvestment.com
pavellone@angelogordon.com
pavitabile@bloomberg.net
pavlina.novakova@cnb.cz
pavlos.alexandrakis@pioneerinvest.com
pavlos.karadeloglou@ecb.int
pavol_horny@koba.sk
pawan.dhir@ubs.com
pawan.jhangiani@fgb.ae
pawel.golebiewski@pbk.pl
pawel.mosakowski@db.com
pawel.skala@ch.abb.com
pawel.skrzypczynski@mail.nbp.pl
pawel.tomczyk@oppenheim.de
pawel.wyczanski@mail.nbp.pl
payal.agarwal.fi@fmr.com
payel.ghosh@schwab.com
payer.bernhard@rahnbodmer.ch
paynsley@oppenheimerfunds.com
paz.na@adia.ae
pazzaglia@nusasim.it
pb@dodgeandcox.com
pbabb@princeton.edu
pbabyak002@aol.com
pbacchetta@pictet.com
pbadeski@putnamlovellnbf.com
pbae@canyonpartners.com
pbaenziger@swissca.ch
pbagchi@us.ibm.com
pbaillie@martincurrie.com
pbajema@aegon.nl
pbalakrishna@bloomberg.net
pbaldessari@fideuramcapital.it
pban@jyskebank.dk
pbanerjee@investcorp.com
pbansal@inv.uchicago.edu

pbard@ipohome.com
pbarker@fhlbc.com
pbarnaby@art-allianz.com
pbarno@caxton.com
pbarrabb@cajamadrid.es
pbarrett@evergreeninvestments.com
pbartlet@princeton.edu
pbass@pictet.com
pbattistella@bci.it
pbbgl@bloomberg.net
pbe@jyskebank.dk
pbecht@crawfordinvestment.com
pbechtold@mfs.com
pbednarek@seic.com
pbenacci@federatedinv.com
pbenjamin@metlife.com
pbenjamin1@metlife.com
pbennorth@summitbank.com
pberdeja@nb.com
pberg3@bloomberg.net
pbergan@mdsass.com
pbertucelli@fhlbatl.com
pbest@presidiomanagement.com
pbewerun@princeton.edu
pbg@mn-services.nl
pbhudia@fftw.com
pbianco@bankofny.com
pbinfo@citadelgroup.com
pbisbey@ofii.com
pblain@wellington.com
pblancha@kemper.com
pblange@aegon.nl
pbleier@bryangarnier.ch
pbm@dodgeandcox.com
pbock@nb.com
pboehm@babsoncapital.com
pbogart@njm.com
pbogle@babsoncapital.com
pbolovis@bloomberg.net
pbonart@unigestion.com
pbonner@aceguarantyre.com
pbourgeois@groupama-am.fr
pbowen@trmshedge.com
pboyce@hcmlp.com

pbrain1@bloomberg.net
pbrandow@westernasset.com
pbratton@fisbons.com
pbreault@wellington.com
pbresnehan@panagora.com
pbreton@cimfra.com
pbrian@litchfieldcapital.com
pbrill@allstate.com
pbroda@rentec.com
pbrown@sterling-capital.com
pbrugere@msfi.com
pbruneau@besv.fr
pbrunell@bloomberg.net
pbsabo@bloomberg.net
pbunnage@freemontcapital.co.uk
pburge@bloomberg.net
pburgener@mfs.com
pburnette@montag.com
pburns@interops.rjf.com
pbush@bloomberg.net
pbush@hcmlp.com
pbusick@russell.com
pbussoli@fideuramsgr.it
pbvermag@spin.ch
pbwillis@staceybraun.com
pbwu@metlife.com
pbyrne@amfin.com
pc.wheaton@janus.com
pc22416@glaxowellcome.co.uk
pcaiazza@lordabbett.com
pcalamari@vestarcapital.com
pcalati@fideuramsgr.it
pcallahan@nb.com
pcameron@fandc.co.uk
pcampbell@eatonvance.com
pcampo@eatonvance.com
pcapri@wasatchadvisors.com
pcardella@nbne.com
pcardon@bloomberg.net
pcarey@fountaincapital.com
pcarlsen@bloomberg.net
pcarlson@hgk.com
pcarr@stephens.com
pcaruso@cityntl.com

pcarvell@hbk.com
pcasati@bloomberg.net
pcasey@bankofny.com
pcastaneda@perrycap.com
pcastanoli@lincap.com
pcastellano@bloomberg.net
pce@nbim.no
pcecere@sanpaolo.co.uk
pcerino@meag-ny.com
pcetkovsky@csas.cz
pcgomes@banco-privado.pt
pch@bankinvest.dk
pch@danskecapital.com
pchadha@nb.com
pchakany@caxton.com
pchalasani@hbk.com
pchan@shiplp.com
pchandran@westernasset.com
pcharles@ford.com
pchasey@linc.com
pchen@oppenheimerfunds.com
pcheng@firstmanhattan.com
pchew@brownadvisory.com
pchollet@bper.ch
pchrist1@allstate.com
pchristensen@fhlbc.com
pchristo@nbg.gr
pchung@hcmlp.com
pcipriani@sistonet.org
pcirasole@fondianima.it
pckendall@chevychasebank.net
pcl@dodgeandcox.com
pcl@ubp.ch
pclark@bear.com
pcliche@metlife.com
pcoates@russell.com
pcocking@ttc.ocgov.com
pcocuccioni@iccrea.bcc.it
pcocuzza@oppenheimerfunds.com
pcoffin@bondinvestor.com
pcolaco1@bloomberg.net
pcoleman@sisucapital.com
pcoleman@voyageur.net
pcollins11@bloomberg.net

pcollison@faralloncapital.com
pcolwell@bloomberg.net
pconde@finibanco.pt
pcondrat@dadco.com
pconner@hcmlp.com
pcorbin@brownadvisory.com
pcordova@autostrade.it
pcornell@azoa.com
pcornet@ca-suisse.com
pcosta.lisboa@sinvest.es
pcoumes@ccr.fr
pcova@mcc.it
pcr@ubp.ch
pcramer@payden-rygel.com
pcremiao@spinnaker.com.br
pcrosbie@dsaco.com
pcroson@blackrock.com
pcrotty@rockco.com
pcrowe@bony.com
pcs@capgroup.com
pcsuk@samsung.co.kr
pctan_99@yahoo.com
pcubbage@buffalofunds.com
pcunningham@loews.com
pcunningham1@bloomberg.net
pcurti@inasim.gruppoina.it
pcutshall@allete.com
pczekanski@loomissayles.com
pczim@perrycounty.com
pdalzell@bloomberg.net
pdanderson@bankofny.com
pdanes@martincurrie.com
pdangelo@caxton.com
pdano@munder.com
pdarling@provincebankers.com
pdaryani@babsoncapital.com
pdattels@imf.org
pdaugherty@hcmlp.com
pdavidson@westpac.com.au
pdavies@strome.com
pdavis@tiaa-cref.org
pdcampbell@mmm.com
pdearce@bloomberg.net
pdeazambuja@bloomberg.net

pdebbas@valueline.com
pdebraine1@bloomberg.net
pdecat@blaylocklp.com
pdedecek@csas.cz
pdee@fsbnm.com
pdegreeve@caxton.com
pdejosselin@templeton.com
pdelafuente@bankpime.es
pdelamata@mfs.com
pdeluca@troweprice.com
pdemerse@bank-banque-canada.ca
pderose@hcmny.com
pdersark@lib.com
pdersarkisian@lib.com
pderubeis@jhancock.com
pdery@massmutual.com
pdesai@halcyonllc.com
pdesantis@seic.com
pdesury@bloomberg.net
pdeville@natexistx.com
pdevine@mfs.com
pdeweck@pictet.com
pdf77@bloomberg.net
pdg3@ntrs.com
pdholakia@metlife.com
pdias@bportugal.pt
pdias@dlbabson.com
pdifiore@bloomberg.net
pdilella@tiaa-cref.org
pdileo@fideuramireland.ie
pdillard@tswinvest.com
pdillinger@bloomberg.net
pdiorio@ci.com
pdjong@irisresearch.nl
pdlugosch@buffalofunds.com
pdmcdonough@leggmason.com
pdoerig@rbccm.com
pdolan@opusinvestment.com
pdolci@bloomberg.net
pdolle@pb-santander.com
pdonnelly@us.mufg.jp
pdonnelly@williamblair.com
pdooley@canyonpartners.com
pdougherty@hcmlp.com

pdp5@cornell.edu
pdq1@ntrs.com
pdriscoll@fdic.gov
pduchesne@sinopia.fr
pduddy@bloomberg.net
pduffy@penncapital.com
pdugquem@eurekafunds.com
pdumont@ofi-am.fr
pduncan@fhlbi.com
pe.pelizzari@bpci.it
peaa@sek.se
peaches_kenneally@ssga.com
pean23@handelsbanken.se
pearcesd@bernstein.com
pearl.chang@schwab.com
pearle.lee@soros.com
pearlsteins@washpost.com
pearse.conaty@boigm.com
pearse.griffith@ubs.com
pearse.mcdowell@bbh.com
peattidk@bp.com
pebj07@handelsbanken.se
pebk@nykredit.dk
pebo02@handelsbanken.se
peburdiss@comerica.com
pec@ubp.ch
pecc1@bloomberg.net
pechavarria@turnerinvestments.com
pechon@bloomberg.net
peconomou@statestreet.com
pecoraro_michael@jpmorgan.com
ped@petercam.be
peder.hasslev@amfpension.se
peder.tiricke@lansforsakringar.se
pedergervin.pedersen@nordea.lu
pedging@opers.org
pedro.a.yaguez@aib.ie
pedro.bastos@bsnp.pt
pedro.benites@finantia.com
pedro.cabecos@igcp.pt
pedro.canamera@bbvapartners.com
pedro.casquinho@millenniumbcp.pt
pedro.danobeitia@db.com
pedro.guinea@grupobbva.com

pedro.marcal@nacm.com
pedro.montero@grupobbva.com
pedro.mora@credit-suisse.com
pedro.morgado@fldfs.com
pedro.morgado@igcp.pt
pedro.noronha.camara@bancobpi.pt
pedro.porfirio@drkw.com
pedro.teixeira@gs.com
pedro.wilton@mf.gov.pt
pedrosa@iadb.org
peeler_sage@jpmorgan.com
peer.emmrich@bayern-invest.de
peer.rosenberg@ikb.de
peer.rossbach@telekom.de
peer.wrede@telekom.de
pefa05@handelsbanken.se
peg.thompson@janus.com
peg_fritz@dpimc.com
peggi@mcm.com
peggie_bowie@mfcinvestments.com
pegginton@loomissayles.com
peggy.brynjolfsson@sscims.com
peggy.burton@wamu.net
peggy.flemming@westhyp.de
peggy.james@corporate.ge.com
peggy.koury@thehartford.com
peggy.lowder@harrisbank.com
peggy.mac@db.com
peggy.mak@db.com
peggy.palos@chase.com
peggy.pirson@axa-im.com
peggy_hayward@troweprice.com
peggy_meckel@troweprice.com
peggysue.khumalo@investecmail.com
peh@danskebank.dk
peha@jyskebank.dk
pehu@uk.danskebank.com
pehv01@handelsbanken.se
pei.weng@aiminvestments.com
pei0426@mail.cbc.gov.tw
peifang.chan@ubs.com
pei-jie.shiu@ubs.com
peik.norenberg@hydro.com
peike.guo@icbc.com.cn

peilin.charrette@pfpc.com
peiyitsai@upamc.com.tw
peje@nykredit.dk
pejman@gulfbank.com.kw
pejo03@handelsbanken.se
pek@clinton.com
pek1@pge.com
pekka.petro@okobank.com
pekka.toivonen@leonia.fi
peli20@handelsbanken.se
pellas_roberto@alitalia.it
pellegrinelli@capitalgest.it
peller.cathy@pmlmail.com
pellet@bordier.com
peltekian_paul@jpmorgan.com
pemarrkand@wellington.com
pemiller@clearbridgeadvisors.com
pempera@frk.com
penarczyks@hhmi.org
penderp@finsbury.com
penderr@hhmi.org
penelope.wordsworth@uk.abnamro.com
peng.zhou@sunlife.com
peng_liu@ssga.com
pengfei.xie@gmam.com
pengfong.ng@schrdoers.com
pengg@nationwide.com
penn@ellington.com
penn@nyc.apollolp.com
pennal@novarabank.com
pennanph@cmcic-sdm.fr
penny.dobkin@fmr.com
penny.gregory@rbccm.com
penny.kemp@canadalife.co.uk
pentii.pikkarainen@bof.fl
pentikis@nyc.apollolp.com
penu01@handelsbanken.se
peo@ms.com
pepstein@tullib.com
per.almesjo@electrolux.se
per.asbjorn.nielsen@danskebank.dk
per.aspegren@swedbank.com
per.aspegren@swedbank.se
per.colleen@ap3.se

per.eklof@fandc.com
per.eklund@swedbank.com
per.elfstrom@sandvik.com
per.engstrom@nordea.com
per.erikson@sl-am.com
per.eriksson@stadshuset.stockholm.se
per.forsgren@swedbank.se
per.frederiksen@nordea.com
per.frennberg@alecta.com
per.frenneberg@alecta.com
per.gregersen@nordea.com
per.greil@nor.no
per.griberg@swedbankrobur.se
per.h.brinch@dnb.no
per.hoegh@danskebank.dk
per.hoglund@swedbank.com
per.horn@siemens.com
per.johansson@uk.fid-intl.com
per.josefsson@brummer.se
per.kunow@threadneedle.co.uk
per.lilja@swedbankrobur.se
per.liljestrand@dnb.se
per.limdberg@skandia.se
per.lundborg@ap1.se
per.lundqvist@seb.se
per.martinelle@nordea.com
per.molinder@sek.se
per.moller@nordea.com
per.norden@klp.no
per.norling@brummer.se
per.oervik@klp.no
per.paulsson@nyc.nxbp.com
per.regnarsson@uk.danskebank.com
per.snarberg@ap1.se
per.solvin@swedbankrobur.se
per.storfaelt@lansforsakringar.se
per.sundstrom@brummer.se
per.svensson@afaforsakring.se
per.ulderup@nordea.com
per.wehrmann@db.com
per@capgroup.com
perachik@hhmi.org
per-ake.rydgard@nordea.com
per-ake.stahl@nokia.com

peranzonib@ansaldo.com
per-arne.blomquist@seb.se
per-atle.aronsen@moa.norges-bank.no
per-axel.carlsson@folksam.se
perazzolo@capitalgest.it
percheni@cmcic.fr
percy_yw_ng@hkma.gov.hk
perdigon.luis-fernando@us.standardchartered.com
pere.riba@andbanc.com
perea.ignacio@aegon.es
peregrin.chelik@oenb.co.at
peregrin.ward@amb-generali.de
pereon@clamericas.com
perez.jonathan@principal.com
perez.sanjuan@grupobbva.com
perezj@mail.bancsabadell.es
perfgroup@lfg.com
performance@chase.com
perhad.merwanji@ubs.com
perhendrik.bertilsson@helaba.de
perihanss@adic.co.ae
peris.eduardo@principal.com
perkins.research@fmr.com
perla.pulido@banamex.com
pernasmonica@bancourquijo.com
pernilla.eriksson@sandvik.com
pernille.svensson@nordea.com
pernot_eric@accor.fr
per-olof.uppeke@swedbank.com
perquiaga@adb.org
perret@bordier.com
perri.henderson@alliancebernstein.com
perri_henderson@freddiemac.com
perrierb@ebrd.com
perrin.lim@state.or.us
perrine.debellefroid@axa.be
perry.adams@huntington.com
perry.beaumont@axa-im.com
perry.chaifetz@fidelity.com
perry.lok@hk.bankaustria.com
perry.m@mellon.com
persaud_mary@jpmorgan.com
perschl.andreas@rahnbodmer.ch
perttu.tuomi@danskebank.com

perttuh@bloomberg.net
peruris@jwseligman.com
peruzzi.lg@tbcam.com
pervis.thomas@shell.com
pescaro.r@tbcam.com
pese01@handelsbanken.se
pesi01@handelsbanken.se
pespinosa@leggmason.com
pestephane@kio.uk.com
pet_olsen@scudder.com
petad@bloomberg.net
pete.galliers@credit-suisse.com
pete.gargasoulas@mnco.com
pete.hastings@morgankeegan.com
pete.iaconis@ark.com
pete.mackowiecki@fhhl.com
pete.mclaughlin@trs.state.tx.us
pete.perrotti@thehartford.com
pete.thomas@mortgagefamily.com
peter holland@uk.fid-intl.com
peter.3.cross@bt.com
peter.a.law@morganstanley.com
peter.a.rubinsky@fhlb-pgh.com
peter.a.signori@pjc.com
peter.abbott@fortisinvestments.com
peter.abeles@sgcib.com
peter.abelin@swedbankrobur.se
peter.abric@wachovia.com
peter.adamczyk@aig.com
peter.aebischer@claridenleu.com
peter.agnes@ubs.com
peter.agrimson@fafadvisors.com
peter.albanese@wpginvest.com
peter.albano@pncbank.com
peter.albrecht@union-investment.de
peter.allwright@threadneedle.co.uk
peter.ammann@stg.ch
peter.amport@bkb.ch
peter.andahazy@sparinvest.com
peter.anderson@csam.com
peter.andersson@fip.se
peter.andren@seb.se
peter.andres@axa-im.com
peter.andrews@bankofengland.co.uk

peter.askew@jpmorganfleming.com
peter.attiger@credit-suisse.com
peter.audoore@dexia.be
peter.auzers@fmr.com
peter.b.wikstrom@seb.se
peter.bachmann.2@credit-suisse.com
peter.badik@erstebank.at
peter.baguley@boots-plc.com
peter.bainlardi@americas.bnpparibas.com
peter.bajema@blueskygroup.nl
peter.barnes-wallis@rolls-royce.com
peter.barsa@db.com
peter.baxter@omam.co.uk
peter.becker@aberdeen-asset.com
peter.begler@ubs.com
peter.bellia@sun.com
peter.benda@ge.com
peter.bentley@insightinvestment.com
peter.berg@nl.abnamro.com
peter.berger@vontobel.ch
peter.berger@zkb.ch
peter.bernard@deshaw.com
peter.berrie@belgacom.be
peter.birchmeier@sl-am.com
peter.birkey@lmginv.com
peter.birnie@aberdeen-asset.com
peter.blenkle@lampebank.de
peter.blessing@ilptreasury.com
peter.blosch@pim.com
peter.blum.pbb@suva.ch
peter.boardman@usaa.com
peter.bodis@pioneerinvestments.com
peter.bonekamp@shell.com
peter.bonfield@bt.com
peter.bossart@dresdner-bank.ch
peter.botham@tilney.com
peter.bouzane@fmr.com
peter.braendle@swisscanto.ch
peter.brag@nordea.com
peter.braun@cominvest-am.com
peter.braunwalder@hsbcpb.com
peter.brehm@ubs.com
peter.bretschger@pimco.com
peter.brierley@bankofengland.co.uk

peter.brown.3@csam.com
peter.brown@rbccm.com
peter.brunner@eu.altria.com
peter.buckendahl@credit-suisse.de
peter.burbank@investecmail.com
peter.bury@wcmadvisors.com
peter.butler@bnpparibas.com
peter.butler@boigm.com
peter.c.barcia@bankerstust.com
peter.cafaro@fmr.com
peter.camenzind@vontobel.ch
peter.cameron@morleyfm.com
peter.campfield@schwab.com
peter.cannon@rmf.ch
peter.carlson@prudential.com
peter.carragher@blackrock.com
peter.caruso@soros.com
peter.caulo@fmr.com
peter.chambers@framlington.co.uk
peter.chan@blackrock.com
peter.chau@dartmouth.edu
peter.cheley@jpmorganfleming.com
peter.chiappinelli@fmr.com
peter.christiansen@barclaysglobal.com
peter.cipa@trinkaus.de
peter.clelland@jpmorganfleming.com
peter.cockburn@swipartnership.co.uk
peter.cody@prudential.com
peter.coffey@citigroup.com
peter.colby@fmr.com
peter.cole@uk.abnamro.com
peter.connolly@ge.com
peter.connolly@gecapital.com
peter.cordrey@prudential.com
peter.corner@commerzbankib.com
peter.corrigan@sgcib.com
peter.costa@fmr.com
peter.cote@ubs.com
peter.cramer@barclaysglobal.com
peter.crays@db.com
peter.cripwell@erm.ie
peter.czernin@hvb.de
peter.czichowski@dlh.de
peter.d.burt@jpmchase.com

peter.d.clapham@bankofamerica.com
peter.d.edwards@jpmorgan.com
peter.d.simons@jpmorgan.com
peter.dabrowski@barclaysglobal.com
peter.dahlgren@nordea.com
peter.dalgleish@gartmore.com
peter.dalgliesh@fandc.com
peter.dalmalm@nordea.com
peter.danielsson@nordea.com
peter.day@barclaysglobal.com
peter.debaere@dexia.be
peter.defazio@aig.com
peter.deininger@columbiamanagement.com
peter.dellsperger@credit-suisse.com
peter.depoorter@dexia.be
peter.devine@citigroup.com
peter.dillard@dimensional.com
peter.din@fortisinvestments.co.uk
peter.dodds@us.standardchartered.com
peter.doerig-bal@ubs.com
peter.dorn@ubsw.com
peter.dorward@swipartnership.co.uk
peter.dowling@db.com
peter.doyle@black-river.com
peter.dreidel@tbfglobal.com
peter.drew@ashmoregroup.com
peter.dunstan@europe.ups.com
peter.durman@scottishpower.com
peter.e.haagensen@db.com
peter.e.kocubinski@jpmorganfleming.com
peter.e.smith@hsbcam.com
peter.echausse@tdsecurities.com
peter.edwall@percunia.nu
peter.ehret@aiminvestments.com
peter.eichenberger@zkb.ch
peter.eliot@alliancebernstein.com
peter.ellis@db.com
peter.elston@aberdeen-asset.com
peter.elwell@mhcb.co.uk
peter.embury@vanguard.com.au
peter.eng@nb.com
peter.epstein@mackayshields.com
peter.erpen@juliusbaer.com
peter.estlick@wfweb.com

peter.etzrodt@unicreditgroup.de
peter.farac@btfinancialgroup.com
peter.fasone@abnamrousa.com
peter.fegelman@citicorp.com
peter.ferrise@pncbank.com
peter.fiek@pacificlife.com
peter.findley@deshaw.com
peter.floyd@pioneerinvest.com
peter.francek@pncbank.com
peter.frehner@raiffeisen.ch
peter.freilinger@wamu.net
peter.freitag@prudential.com
peter.fricke@nordlb.de
peter.friedmann@seb.de
peter.friel@lgim.co.uk
peter.frischeisen@hvb.de
peter.frommer@osterweis.com
peter.furlong@morganstanley.com
peter.g.hammersley@bankofamerica.com
peter.g.nealon@us.hsbc.com
peter.g.vinzani@us.hsbc.com
peter.g.wehrmann@credit-suisse.com
peter.gachnang@swisscanto.ch
peter.gaessler@bw-bank.de
peter.gailliot@blackrock.com
peter.ganz@tui.com
peter.gardner@hsbc.com
peter.gaynor@evergreeninvestments.com
peter.gebert@juliusbaer.com
peter.geens@dexia.be
peter.gerlach@juliusbaer.com
peter.gero@ge.com
peter.gewirtz@morganstanley.com
peter.gillespie@corporate.ge.com
peter.gladwin@threadneedle.co.uk
peter.glancy@scottishwidows.co.uk
peter.glidden@fmr.com
peter.glynne-percy@swipartnership.com
peter.gnehm@claridenleu.com
peter.goldman@chicagoasset.com
peter.goshawk@barclays.co.uk
peter.graham1@ge.com
peter.grainger@glgpartners.com
peter.gray@shinseibank.co.jp

peter.grigory@citicorp.com
peter.grijseels@artesiabc.be
peter.groninger@firstmidwest.com
peter.guan@inginvestment.com
peter.guastamachio@bankofthewest.com
peter.gummesson@ohman.se
peter.guntermann@oppenheim.de
peter.guschov@db.com
peter.gygax@pharma.novartis.com
peter.h.dixon@fmr.com
peter.hackenberger@nuernberger.de
peter.hackworth@morleyfm.com
peter.hadden@aegon.co.uk
peter.hagemann@credit-suisse.com
peter.hallerberg@lrp.de
peter.ham@ubs.com
peter.hames@aberdeen-asset.com
peter.hanlon@barclays.co.uk
peter.hanrott@uk.mufg.jp
peter.harnett@glgpartners.com
peter.harrison@db.com
peter.harvey@cazenovecapital.com
peter.hathaway@ge.com
peter.hayes@blackrock.com
peter.hecht@lbbw.de
peter.heijen@mn-services.nl
peter.helbling@commerzbank.ch
peter.helmer@lrp.de
peter.hennig@commerzbank.com
peter.herbert@lloydstsb.co.uk
peter.herrlin@uk.danske.com
peter.herrmann.3@credit-suisse.com
peter.hewitt@isisam.com
peter.hielscher@ampegagerling.de
peter.hill@bapensions.com
peter.hill@lazard.com
peter.hill@standardlife.ca
peter.hirsch@fmr.com
peter.hitzler-spital@union-investment.de
peter.hoerdahl@bis.org
peter.hoffmann@credit-suisse.com
peter.hoffmann@lrp.de
peter.hohler@bwinvest.de
peter.holguin@ibtco.com

peter.holland@uk.fid-intl.com
peter.holtermand@seb.se
peter.horsman@group.landg.com
peter.horvath@erstebank.at
peter.hostrup@seb.se
peter.hu2@aig.com
peter.hulqvist@swedbank.com
peter.humphreys@hsbc.com
peter.hunsberger@lazard.com
peter.hunter@corporate.ge.com
peter.hursthouse@rabobank.com
peter.huwyler@zkb.ch
peter.i.lehrer@db.com
peter.i.shih@wellscap.com
peter.iversen@citizensbank.com
peter.j.davis@jpmorgan.com
peter.j.decandia@prudential.com
peter.j.green@bbg.co.uk
peter.j.lancos@us.hsbc.com
peter.j.mullahey@jpmchase.com
peter.j.robinson@jpmorgan.com
peter.j.shortt@aib.ie
peter.j.wasserman@chase.com
peter.j.zeitsch@nabasia.com
peter.james@black-river.com
peter.janata@dzbank.de
peter.jarvis@fandc.com
peter.jecklin@ubs.com
peter.jenson@citadelgroup.com
peter.jerauld@citigroup.com
peter.johnston@vtbeurope.com
peter.joslin@insightinvestment.com
peter.k.hopkins@gsk.com
peter.k.kong@jpmorgan.com
peter.kahn@prudential.com
peter.kallos@petro-canada.com
peter.kapfelsperger@deka.de
peter.kashanek@lazard.com
peter.kaste@sl-am.com
peter.katsanos@mizuhocbus.com
peter.kaufmann@barcap.com
peter.keenan@gcm.com
peter.kelly@wachovia.com
peter.kempf@pncbank.com

peter.kerger@jpmorgan.com
peter.kernick@lloydstsb.co.uk
peter.khan@fidelity.com
peter.kijne@nordea.com
peter.kjaergaard@bnpparibas.com
peter.kleppich@hypovereinsbank.de
peter.kline@usbank.com
peter.knez@barclaysglobal.com
peter.knorr@muenchenerhyp.de
peter.kobiela@helaba.de
peter.koelle@hvb.de
peter.koenigbauer@pioneerinvestments.com
peter.koerndl@dresdner-bank.com
peter.kolb@deka.de
peter.kolthof@shell.com
peter.komarek@inginvestment.com
peter.konstantyner@nordea.com
peter.koritschan@ubs.com
peter.kozak@deshaw.com
peter.kraneveld@pggm.nl
peter.kraus@dit.de
peter.krawchuk@yesbank.com
peter.krebs@hypovereinsbank.de
peter.krismer@cbve.com
peter.kroeger@sachsenlb.de
peter.kronenberg@essenhyp.com
peter.kruslak@bmo.com
peter.kucharski@statestreet.com
peter.kwiatkowski@53.com
peter.labhart@claridenleu.com
peter.ladreiter@securitykag.at
peter.lang@dit.de
peter.lang@wachovia.com
peter.lawery@jpmorganfleming.com
peter.lee@sgam.com
peter.lee@tigerfund.com
peter.lee@ubs.com
peter.lees@fandc.com
peter.leffler@blackrock.com
peter.lennartz@dlh.de
peter.li@inginvestment.com
peter.li@lazard.com
peter.li@moorecap.com
peter.liebst@glic.com

peter.liedholm@nordea.com
peter.lindahl@evli.com
peter.lindsey@sgib.com
peter.lindstrom@barcap.com
peter.lingen@swedbankrobur.se
peter.litvin@citicorp.com
peter.liu@email.chinatrust.com.tw
peter.liwowski@ahbr.de
peter.loescher@amersham.com
peter.lopez@transamerica.com
peter.luc@pimco.com
peter.lueck@bnpparibas.com
peter.luetolf@lukb.ch
peter.luevanos@sscims.com
peter.lugauer@dresdner-bank.com
peter.lundkvist@ap3.se
peter.luongo@pioneerinvest.com
peter.luypaert@dexia.be
peter.lynch@fmr.com
peter.m.stanton@fmr.com
peter.machlachlan@insightinvestment.com
peter.maguire@corporate.ge.com
peter.maguire@db.com
peter.maguire@fmr.com
peter.maher@household.com
peter.manning@mosnar.com
peter.marchant@bmonb.com
peter.marquard@willis.com
peter.marten@nab.ch
peter.marturano@tigerfund.com
peter.marxer.jun@marxerpartner.com
peter.marxer@llb.li
peter.mathern@blackrock.com
peter.matovu@aberdeen-asset.com
peter.matza@rwe.com
peter.mauder@oppenheim.de
peter.mccabe@iptreasury.com
peter.mcgloughlin@cibc.co.uk
peter.mchugh@commercebank.com
peter.mcloughlin@insightinvestment.com
peter.metcalfe@tdsecurities.com
peter.metzler@centrumbank.com
peter.meulepas@fandc.com
peter.meulepas@fandc.nl

peter.michaelis@morleyfm.com
peter.middleton@morleyfm.com
peter.mikkelsen@nordea.dk
peter.miller@drkw.com
peter.millington@fmr.com
peter.miselis@ubs.com
peter.moffatt@chase.com
peter.molinaro@pncadvisors.com
peter.monaco@tudor.com
peter.moore@fandc.com
peter.morgan@ubs.com
peter.moritz@siemens.com
peter.moukios@wpginvest.com
peter.muellauer@bawag.com
peter.mueller@dit.de
peter.mullen@boiuk.com
peter.murphy@disney.com
peter.murphy@glgpartners.com
peter.musser@rainierfunds.com
peter.myran@citadelgroup.com
peter.n.lawrence@jpmorgan.com
peter.nadosy@morganstanley.com
peter.nelson@prudential.com
peter.nemschak@erstebank.at
peter.nesvold@lazard.com
peter.neumayer@pnconsult.de
peter.nicolson@nordea.com
peter.nies@dbv-winterthur.de
peter.nind@smith-nephew.com
peter.nowaczyk@apobank.de
peter.nowell@uk.bnpparibas.com
peter.nowicki@sgcib.com
peter.nygren@afa.se
peter.nyquist@electrolux.se
peter.o.hara@be.gm.com
peter.odonoghue@biam.boi.ie
peter.oellers@lbbw.de
peter.olsacher@noehypo.at
peter.olsen@db.com
peter.oneill@ms.com
peter.onofrej@rzb.at
peter.osborne@ubs.com
peter.o'sullivan@drkw.com
peter.ott@ubs.com

peter.p.thomas@hsbc.com
peter.panser@erstebank.at
peter.pastor@akb.ch
peter.pih@aegon.co.uk
peter.platzer@db.com
peter.plester@rabobank.com
peter.poenitzsch@credit-suisse.com
peter.posch@bayernlb.de
peter.preisler@lu.danskebank.com
peter.prestel@hypovereinsbank.de
peter.pt@mellon.com
peter.r.diliberti@wellsfargo.com
peter.r.duffy@db.com
peter.raab@activest.de
peter.radtke@rewe-group.com
peter.rains@morleyfm.com
peter.ramsay@avenir.fi
peter.ranty@fortisinvestments.com
peter.rebsamen@vontobel.ch
peter.rechsteiner@mbczh.ch
peter.redward@citadelgroup.com
peter.reese@dresdner-bank.com
peter.reid@resolutionasset.com
peter.reilly@london.entoil.com
peter.reilly@raymondjames.com
peter.reinmuth@juliusbaer.com
peter.reinmuth@swisscanto.ch
peter.reusser@publica.ch
peter.rieth@frankfurt-trust.de
peter.ro@cnb.com
peter.robert@citigroup.com
peter.rodwick@hcmny.com
peter.roe@bt.com
peter.rogan@daiwasectab.ie
peter.roimisher@jpmorgan.com
peter.rolfsen@pncbank.com
peter.romanowski@hsh-nordbank.com
peter.roseblade@ubk-plc.com
peter.rossi@ibtco.com
peter.rossi@sanpaoloimi.com
peter.rouhi@drkw.com
peter.roymans@fortis.com
peter.ru@morganstanley.com
peter.ruggiero@moorecap.com

peter.rundle@ubs.com
peter.rutter@db.com
peter.ryckeboer@dexia.com
peter.rysselaere@degroof.be
peter.s.andreou@jpmchase.com
peter.s.fortunato@db.com
peter.s.joo@columbiamanagement.com
peter.saganski@db.com
peter.sanchez@citadelgroup.com
peter.sanderson@blackrock.com
peter.santoro@columbiamanagement.com
peter.saperstone@fmr.com
peter.sargant@hk.standardchartered.com
peter.sass@db.com
peter.sauerbier@dekabank.de
peter.schaerer@ubs.com
peter.scharf@uk.bdroma.com
peter.scheffel@ikb-cam.de
peter.scheffel@postbank.de
peter.scherhammer@ba-ca.com
peter.schillinger@schoellerbank.at
peter.schlagbauer@rcm.at
peter.schmid2@zkb.ch
peter.schmorl@ikb.de
peter.schoenenberger@juliusbaer.com
peter.schott@aareal-bank.com
peter.schottmueller@cominvest.de
peter.schottmueller@union-investment.de
peter.schranz@db.com
peter.schroeder@columbiamanagement.com
peter.schuetz@juliusbaer.com
peter.schupp@vw.com
peter.schuster@ba-ca.com
peter.schuster@ikb.de
peter.schwartz@nationstarmail.com
peter.scot@zkb.ch
peter.scottgraham@aberdeen-asset.com
peter.sedlmeier@allfonds-bkg.de
peter.seelig@bnymellon.com
peter.seely@morganstanley.com
peter.seipel@frankfurt-trust.de
peter.seitinger@omv.com
peter.seka@effem.com
peter.shell@fhlb-pgh.com

peter.shepherd@lloydstsb.co.uk
peter.sheridan@morganstanley.com
peter.shouvlin@moorecap.com
peter.siciliano@ubs.com
peter.siegmund@wwk.de
peter.sigg@winterthur.ch
peter.simmons@ubs.com
peter.simon@gmacbank.com
peter.simon@morganstanley.com
peter.simons@deka.de
peter.skau@dehaw.com
peter.soo@aig.com
peter.sorrentino@huntington.com
peter.spano@nbs.sk
peter.spence@barcap.com
peter.staehler@apobank.de
peter.stage@fandc.com
peter.stanfield@barclaysglobal.com
peter.stenz@swisscanto.ch
peter.stevenson@aig.com
peter.stiasny@dekabank.de
peter.stoffelen@carolinafirst.com
peter.strassmann@verkehrsbank.de
peter.strobl@axa.at
peter.struck@wamu.net
peter.studer@sl-am.com
peter.studtrucker@bmw.de
peter.su@tcw.com
peter.sullivan@lmginv.com
peter.sulser@lgt.com
peter.svoboda@sparinvest.com
peter.swank@tudor.com
peter.sward@seb.se
peter.swartz@moorecap.com
peter.sz*iklai@dgbank-dip.de
peter.tait@uk.nestle.com
peter.talbot@thehartford.com
peter.thelin@brummer.se
peter.thomas@group.novartis.com
peter.thomas@london.entoil.com
peter.thomas@morganstanley.com
peter.thorpe@inginvestment.com
peter.tiemey@pncadvisors.com
peter.tils@db.com

peter.tobler@credit-suisse.com
peter.tonetti@philips.com
peter.townsend@exxon.com
peter.tram@sswedbank.com
peter.trosker@postbank.de
peter.tsang@barclaysglobal.com
peter.tse@moorecap.com
peter.tsu@lazard.com
peter.turnor@uk.nestle.com
peter.tvrdy@commerzbank.com
peter.tzanetos@lmginv.com
peter.van.apeldoorn@nl.abnamro.com
peter.van.berlekom@alecta.com
peter.van.dashorst@nl.abnamro.com
peter.van.der.mespel@dzbank.de
peter.van.der.sterren@nibc.com
peter.van.vliet@ingim.com
peter.vanberlekom@brummer.com
peter.vandenhoute@ing.be
peter.vanderhof@meespierson.com
peter.vanwinkle@pncbank.com
peter.varga@sparinvest.com
peter.viehl@tcw.com
peter.vogel@db.com
peter.vogt@schering.de
peter.voitl@dekabank.de
peter.vonmoos@credit-suisse.com
peter.vonsivers@dnbnor.com
peter.w.knight@jpmorganfleming.com
peter.wadkins@fbfinance.com
peter.wagenhaeuser@bmw.de
peter.walburg@dws.de
peter.wan@ubs.com
peter.ward@glgpartners.com
peter.warlick@aa.com
peter.warmerdam@philips.com
peter.weldner@trinkaus.de
peter.welford@lehman.com
peter.wells@icap.com
peter.west@pamglobalfunds.com
peter.westaway@bankofengland.co.uk
peter.westlake@db.com
peter.wetter@credit-suisse.com
peter.whitbeck@fmr.com

peter.white@claridenleu.com
peter.widmann@allianz.de
peter.wiley@pioneerinvestments.com
peter.wilhelm@dresdner-bank.com
peter.willet@ssga.com
peter.williams@dmgt.co.uk
peter.willner@hvb.de
peter.wilson@barclaysglobal.com
peter.wilton@ibiscapital.co.uk
peter.winkle@lionhart.net
peter.winzinger@activest.de
peter.wirtz@db.com
peter.womg@sg.standardchartered.com
peter.wong@bear.com
peter.wong@blackrock.com
peter.wood@barclaysglobal.com
peter.worn@cmim.co.uk
peter.wright@fmr.com
peter.wright@morganstanley.com
peter.wrzodek@dzbank.de
peter.wuethrich@rothschildbank.com
peter.wufli@ubs.com
peter.young@bankofamerica.com
peter.yuen@ubs.com
peter.zerhouni@bbl.be
peter.zornio@honeywell.com
peter.zwerenz@db.com
peter@adib.co.ae
peter@ikos.co.uk
peter@oneinvest.ch
peter@stonehillcap.com
peter@swissinv.com
peter@watrust.com
peter_altman@ml.com
peter_angelopolus@putnam.com
peter_antos@cguusa.com
peter_antos@onebeacon.com
peter_bates@troweprice.com
peter_c_larson@fleet.com
peter_cooke@glenmede.com
peter_cornax@acml.com
peter_crocco@sunlife.com
peter_d_simons@bankone.com
peter_decrem@westlb.com

peter_devilbiss@merck.com
peter_donofrio@bankone.com
peter_dow@westlb.co.uk
peter_federico@freddiemac.com
peter_ferrelli@putnam.com
peter_fleisher@putnaminv.com
peter_g_lucas@fleet.com
peter_gibbs@blackrock.com
peter_grant@putnam.com
peter_hadden@putnam.com
peter_hajjar@ssga.com
peter_henricks@new-alliance.com
peter_hensman@newton.co.uk
peter_hubley@fanniemae.com
peter_j_azzinaro@keybank.com
peter_jarvis@ldn.invesco.com
peter_k_crossley@fleet.com
peter_kawada@invesco.com
peter_kruppa@ldn.invesco.com
peter_leffler@swissre.com
peter_lert@ssga.com
peter_lindley@ssga.com
peter_lindner@ssga.com
peter_m_flynn@fanniemae.com
peter_m_steinmetz@vanguard.com
peter_mahoney@freddiemac.com
peter_mahoney@vanguard.com
peter_marshall@conning.com
peter_mcevoy@ml.com
peter_middelkamp@swissre.com
peter_milczarek@putnam.com
peter_nguyen@calpers.ca.gov
peter_niculescu@fanniemae.com
peter_phillips@manulife.com
peter_ra@nylim.com
peter_reichenbach@swissre.com
peter_schwab@putnam.com
peter_snook@scotiacapital.com
peter_sonza@smbcgroup.com
peter_twidale@gb.smbcgroup.com
peter_ugincius@fanniemae.com
peter_v._meyer@putnam.com
peter_visser@deltalloyd.nl
peter_willett@ssga.statestreet.com

peter_wollman@invesco.com
peter_yang@manulife.com
peter_yang@mfcinvestments.com
peter_yi@ntrs.com
peter_yuen@ustrust.com
peter_zacowich@putnam.com
peter_zafiris@westlb.com
peter_zhang@acml.com
peter_zou@freddiemac.com
peter_zuleba@glenmede.com
peter0404@ms1.chb.com.tw
peter-a.steffen@dws.com
peterb@artesiamortgage.com
peterc.andersson@tetral.com
peterchesterfield@wessexam.co.uk
peterchiang@dbs.com
petercramer@pimco.com
petereinders@northwesternmutual.com
peterh@woodstockcorp.com
peterhazou@hsbc.com
peterhenry.hale@juliusbaer.com
peterhs@mail.pscnet.com.tw
peterhsieh@tcb-bank.com.tw
peterjan.de.koning@bloomberg.net
peterkelly@bloomberg.net
peter-l.harnik@ubsw.com
peter-levine@idexx.com
peter-m.weber@ba-ca.com
peterm@gic.com.sg
peterm@ikospartners.com
petermark.vogel@oppenheim.ch
peter-noel.schoemig@westam.com
peterr@oechsle.com
peterreeh@helaba-invest.de
peterrot@bloomberg.net
peterrudman@nb.se
peter-s.mccarthy@db.com
peters@oechsle.com
petersena@aetna.com
petersoh@dbs.com
peterson.marc@principal.com
peterson.scott.j@edgeassetmgt.com
peterson_bill@jpmorgan.com
petersonc@swcorp.org

peterss@delaware.co.uk
peterwalsh@angloirishbank.ie
peter-za.haug@ubs.com
petes@woodstockcorp.com
petevatev@tagfolio.com
petewang@princeton.edu
petr.kocourek@morganstanley.com
petr.polach@rzb.at
petr.thorson@pncadvisors.com
petr.toman@nlcal.mail.abb.com
petr_holubec@kb.cz
petra.asteson@tele1europe.se
petra.barthenheier@helaba.de
petra.becker@ruv.de
petra.beron@erstebank.at
petra.bradler@ruv.de
petra.dedeyne@fortis.com
petra.frewein@erstebank.at
petra.friedrich@bayernlb.com
petra.gerlach@commerzbank.com
petra.hoefer@lodh.com
petra.klaffert@alecta.com
petra.kuehl@allianzgi.de
petra.kutschera@helaba.de
petra.laux@sb.com
petra.luedecke@lgt.com
petra.meyer@oppenheim.de
petra.milbrath@db.com
petra.nithammer@barmenia.de
petra.pflaum@db.com
petra.pieper@ikb.de
petra.rihm@ubsw.com
petra.schaar@hsh-nordbank.com
petra.scheffel@ikb.de
petra.schruth@shell.com
petra.schwab@hyporealestaste.de
petra.schwab@hypovereinsbank.de
petra.sjostedt@omg.co.uk
petra.spelbos@rabobank.com
petra.steffler@rvs.at
petra.steves@postbank.de
petra.van.lochem@ingim.com
petra.wehlert@kfw.de
petra.wittmeier@postbank.de

petri.kangas@okobank.com
petri.vartiainen@nokia.com
petrine@fhlb-of.com
petros.toesland@glgpartners.com
petrounakou@bloomberg.net
petry@gothamcapital.com
petter.andreassen@seb.se
petter.haugerjohannssen@moa.norges-bank.no
petter.kristiansen@seb.se
petter.olberg@sr-bank.no
petter.stensland@alliancebernstein.com
petter.westlye@swedbank.com
petteri.joensuu@okobank.com
petteri.vaarnanen@tapiola.fi
petty.mw@dreyfus.com
peur01@handelsbanken.se
pevangelista@credem.it
peyre@westernasset.com
peze@perrycap.com
pf.guarguaglini@finmeccanica.it
pf@mizrahi.co.il
pfaily@floor32.com
pfaivre@pictet.com
pfang@lordabbett.com
pfarahmand@bank-banque-canada.ca
pfasold@frk.com
pfaus@bcj.gbancaja.com
pfaustma@allstate.com
pfeil@nordinvest.de
pferguso@nystrs.state.ny.us
pferguson@alger.com
pfernandes.lisboa@sinvest.es
pferwerda@tswinvest.com
pfewell@bloomberg.net
pfg@capgroup.com
pfiguracio@btmna.com
pfine@loomissayles.com
pfinops@perrycap.com
pfischer@safdie.com
pfishbin@jhancock.com
pfisher@blackrock.com
pfisher@wellington.com
pfisher@westcapinv.com
pfister@i-cv.ch

pfister@slb.com
pfitzgerald@chicagoequity.com
pfitzsimmons@oppenheimerfunds.com
pfixter@jennison.com
pflaherty@browncapital.com
pfleming@statestreet.com
pflood@tiaa-cref.org
pflynch@statestreet.com
pfmurph1@bechtel.com
pfo@ms.com
pfranc@pictet.com
pfranke@blair.com
pfrei@mmwarburg.ch
pfrick@loomissayles.com
pfroehlicher@pictet.com
pfroud@londonstockexchange.com
pfruzzetti@mfs.com
pfullerton@bloomberg.net
pfurlan@hwic.ca
pg@carnegieam.dk
pg@nationalbanken.dk
pg38@ntrs.com
pg4@americancentury.com
pgalbraith@frostbank.com
pgalloway@fhlbdm.com
pganucheau@hcmlp.com
pgarcia@ahorro.com
pgarciaalbaladejo@hipotecario.com.ar
pgartin@wellington.com
pgasant@frk.com
pgauthier@ofivalmo.fr
pgbrown@oppenheimerfunds.com
pgc1@ntrs.com
pgeyer@chubb.com
pghavami@ubs.com
pgiampa@jhancock.com
pgibbons@harcourtgeneral.com
pgieren@bloomberg.net
pgill@jhancock.com
pgill4@nyc.rr.com
pgillis@standishmellon.com
pgilman@aegonusa.com
pgl@fm.dk
pglaser@us.nomura.com

pglasgow@bailliegifford.co.uk
pglieze@cvceruope.com
pgmcpherson@wellington.com
pgmoucan@caam.com
pgnemmi@bancadellarete.it
pgo@nbim.no
pgoeller@wscapital.com
pgoginen@tiaa-cref.org
pgoldberg@ohiosavings.com
pgomezca@notes.banesto.es
pgoncalves@standishmellon.com
pgonzalez@xlserv.com
pgonzalezp@repsolypf.com
pgoodman@bloomberg.net
pgoodstadt@wellington.com
pgordon@mfs.com
pgordon@standishmellon.com
pgorman4@bloomberg.net
pgorman9@bloomberg.net
pgoux@groupama-am.fr
pgpking@bloomberg.net
pgr@ubp.ch
pgray@pjc.com
pgreco@fftw.com
pgreenwell@lkcm.com
pgreenwood@russell.com
pgreig@fciadvisors.com
pgrice1@bloomberg.net
pgrillo@delinvest.com
pgronniger@fciadvisors.com
pgruss@hcmny.com
pgu1@bloomberg.net
pguilbert@tiaa-cref.org
pgutierrez1@metlife.com
pguyonvarch@cicfg.com
pguzzi@loomissayles.com
ph@ubp.ch
ph99@cornell.edu
pha@bankinvest.com
pha@ubp.ch
phabert@cpr-am.fr
phaddad@statestreet.com
phadden@westpac.com.au
phaedonresearch@soros.com

phall@lincap.com
pham.phu-khoi@sg.standardchartered.com
phaman@exchange.ml.com
phamptian@bear.com
phamq@jwseligman.com
phan.dang@sscims.com
phanau@union-investment.de
phanella.i.mayall@jpmorgan.com
phangkw@ocbc.com
phannifa@amfam.com
phanrott@ibuk.bankgesellschaft.de
phanson@loomissayles.com
pharikishan@bankofindia.com
pharland@bankofny.com
pharrington@fi.rjf.com
pharris@jhancock.com
pharris@jp.statestreet.com
phauser@canyonparteners.com
phayes@hellerfin.com
phborghuis@aegon.nl
phburlisson@groupama-am.fr
phchainet@finama-am.fy
pheagy@federatedinv.com
phealy@bayernlbny.com
phecht@allstate.com
phecht@hbs.edu
pheckman@canyonpartners.com
pheeb@oppenheimerfunds.com
phelang@deshaw.com
phelsel@yorktraditionsbank.com
phendershot@hcmlp.com
phendry@alaskapermfund.com
phenry@ameritas.com
phenry@bloomberg.net
phentges@fhlbdm.com
pheobe_leung@hk.ml.com
pherman@lordabbett.com
phermann@ag-am.com
phermann3@bloomberg.net
phershey@tiaa-cref.org
phew@bankofny.com
phfu@ml.com
phga8408@mylodh.com
phguan@bloomberg.net

phi_green@ml.com
phickfui@dbs.com
phidaka@uscentral.org
phidar@tiaa-cref.org
phiemma.m.wilson@bob.hsbc.com
phiferh@stifel.com
phil.abejar@tcw.com
phil.austin@pncbank.com
phil.bayliss@lgim.co.uk
phil.carty@columbiamanagement.com
phil.deimus@ny.frb.org
phil.doel@fandc.com
phil.dumns@wachovia.com
phil.fazio.hvg5@statefarm.com
phil.gilham@moorecap.co.uk
phil.heaney@resolutionasset.com
phil.horner@northernrock.co.uk
phil.jobbins@dzbank.de
phil.kassin@aigfpc.com
phil.kearns@deshaw.com
phil.kurpiewski@dnbnor.no
phil.langfelder@db.com
phil.lee@hsbcpb.com
phil.manning@fidelity.com
phil.march@lgim.co.uk
phil.melville@usbank.com
phil.mierzwa@ustrust.com
phil.morse@uk.fid-intl.com
phil.muldoon@uk.calyon.com
phil.niehaus@suntrust.com
phil.oakley@halbis.com
phil.riordan@corporate.ge.com
phil.robinson@hsbcinvestments.com
phil.robinson@northernrock.co.uk
phil.rohdes@lbbwus.com
phil.schade@barclaysglobal.com
phil.scott@us.calyon.com
phil.sheridan@barcap.com
phil.skelton@mailpoalim.co.uk
phil.smyth@moorecap.com
phil.stafford@agf.com
phil.taylor@aiminvestments.com
phil.webster@aberdeen-asset.com
phil.yeates@rothschild.co.uk

phil@ardsley.com
phil_davidson@americancentury.com
phil_doherty@blackrock.com
phil_guth@freddiemac.com
phil_kligman@troweprice.com
phil_mcloughlin@phl.com
phil_meckel@ssga.com
phil_spak@conning.com
phileasa_p_patrick@vanguard.c
phili.graves@resolutionasset.comet.com
philij@nuveen.com
philiju@agf.fr
philip.allen@boimail.com
philip.ammann@vontobel.ch
philip.annen@bailliegifford.com
philip.ball@rbc.com
philip.barach@tcw.com
philip.barleggs@insightinvestment.com
philip.berman@electrolux.se
philip.best@threadneedle.co.uk
philip.bille@petercam.be
philip.blayney@pnc.com
philip.blunsen@nomura.co.uk
philip.boyce@citadelgroup.com
philip.braeker@ubs.com
philip.bredt@ingim.com
philip.brides@blackrock.com
philip.bullen@fmr.com
philip.c.morgan@jpmorgan.com
philip.c.street@jpmorgan.com
philip.camporeale@jpmorganfleming.com
philip.catmur@icap.com
philip.chan@swisslife.ch
philip.chan@zcmgroup.com
philip.chappell@swipartnership.co.uk
philip.chen@barclaysglobal.com
philip.chew@blackrock.com
philip.chitty@cgii.com
philip.chow@fandc.com
philip.christie@cba.com.au
philip.chu@bayernlb.de
philip.cohen@ubs-oconnor.com
philip.colburn@pioneerinvest.com
philip.croft@gartmore.com

philip.dicken@threadneedle.co.uk
philip.dipaolo@bbh.com
philip.duggan@biam.boi.ie
philip.ehrmann@gartmore.com
philip.engel@prudential.com
philip.farnum@vontobel.ch
philip.ferguson@aimfunds.com
philip.feront@ie.dexia.be
philip.foronda@westernasset.com
philip.g.condon@db.com
philip.garbarino@ubs.com
philip.garrett@eagleasset.com
philip.gent@singers.co.uk
philip.ghosn@bnpparibas.com
philip.gillman@fandc.com
philip.guest@ubs.com
philip.haigh@ubs.com
philip.hargreaves@hsbcam.com
philip.harris@csam.com
philip.haworth@aegon.co.uk
philip.hemsley@alliance-leicester.co.uk
philip.ho@meespierson.com.hk
philip.horgan@ny.invesco.com
philip.hsin@barclaysglobal.com
philip.hunt@fandc.co.uk
philip.hunter@lgim.co.uk
philip.hunter@omam.com
philip.j.foronda@citigroup.com
philip.jacob@gs.com
philip.jagd@nordea.dk
philip.jamison@dkib.com
philip.jan.looijen@mn-services.nl
philip.jao@email.chinatrust.com.tw
philip.k.perkins@jpmorgan.com
philip.kemp@rabobank.com
philip.kibble@sarasin.ch
philip.ladstaetter@fandc.com
philip.lawson@barclaysglobal.com
philip.letts@aibgovett.co.uk
philip.liverpool@shell.com
philip.lund-conlon@morganstanley.com
philip.m.salvisberg@claridenleu.com
philip.may@ppm-uk.com
philip.mcduell@ants.co.uk

philip.milburn@aegon.co.uk
philip.moffitt@gs.com
philip.mulvihill@ge.com
philip.mutooni@ge.com
philip.neyland@schwab.com
philip.norton@pioneerinvestments.com
philip.p.ashbrook@aib.ie
philip.p.lockyer@jpmorgan.com
philip.parker@morleyfm.com
philip.passafiume@protective.com
philip.payer@juliusbaer.com
philip.payne@aberdeen-asset.com
philip.pearson@glgpartners.com
philip.pearson@morleyfm.com
philip.r.rice@wellsfargo.com
philip.radziwill@moorecap.com
philip.rands@cba.com.au
philip.reading@bawagpsk.com
philip.riddell@lloydstsb.co.uk
philip.rose@swipartnership.co.uk
philip.rosenstrach@barcap.com
philip.ruvinsky@ubs.com
philip.salman@ubs.com
philip.schantz@csam.com
philip.schmitz@oppenheim.de
philip.schwab@edwardjones.com
philip.schwartz@inginvestment.com
philip.scott@fhlbny.com
philip.stec@ppmamerica.com
philip.thomas@bankofengland.co.uk
philip.tortelboom@dexia.be
philip.true@csam.com
philip.tuzzolino@pncadvisors.com
philip.valvona@hsbcib.com
philip.vandermause@citadelgroup.com
philip.wan@blackrock.com
philip.watkins@daiwasbi.co.jp
philip.westpfel@barclaysglobal.com
philip.whittome@investecmail.com
philip.winckle@seb.se
philip.winston@cgii.com
philip.winters@morganstanley.com
philip.wooldridge@bis.org
philip.wright@centrumbank.com

philip.wubbena@csam.com
philip.x.bird@jpmorgan.com
philip.young@harrisbank.com
philip@ab-capital.com
philip@gulfbank.com.kw
philip_a_davi@fleet.com
philip_aspinall@westlb.co.uk
philip_burger@troweprice.com
philip_byrde@ohionational.com
philip_chu@westlb.co.jp
philip_collins@newton.co.uk
philip_england@newton.co.uk
philip_guth@freddiemac.com
philip_hjelmer@aaa-net.com
philip_mccarty@freddiemac.com
philip_melville@nylim.com
philip_raciti@invesco.com
philip_reardon@ssga.com
philip_rio@nylim.com
philip_roberts@ustrust.com
philip_rodrigs@troweprice.com
philip_scully@capgroup.com
philip_sundell@americancentury.com
philipe.brunet@saint-gobain.com
philip-john.munoz@pimco.com
philip-max.meier@db.com
philipp.baertschi@sarasin.ch
philipp.bochsler@ubs.com
philipp.bonvin@ubs.com
philipp.brenneisen@nab.ch
philipp.brugger@dws.com
philipp.buechler@csam.com
philipp.burger@credit-suisse.com
philipp.federspieler@allianzgi.de
philipp.frank@credit-suisse.com
philipp.galliker@swisslife.ch
philipp.guerber@ubs.com
philipp.hegetschweiler@ubs.com
philipp.herzig@roche.com
philipp.inderbitzin@csam.com
philipp.kastner@credit-suisse.com
philipp.kellerhals@de.pimco.com
philipp.kruetli@csresearch.us
philipp.kuchen@credit-suisse.com

philipp.liechtenstein@lgt.com
philipp.lisibach@credit-suisse.com
philipp.matter@ubs.com
philipp.raetz@ubs.com
philipp.richard@mobi.ch
philipp.rickenbacher@juliusbaer.com
philipp.rieder@zkb.ch
philipp.rottwilm@db.com
philipp.ruegg@ubs.com
philipp.schmid@db.com
philipp.schmidmeister@credit-suisse.com
philipp.schreyer@fortisinvestments.com
philipp.schultze@juliusbaer.com
philipp.schwenecke@oppenheim.de
philipp.schweneke@oppenheim.de
philipp.sierstorpff@ovt.de
philipp.ulrich@cbve.com
philipp.vorndran@csam.com
philipp.waldstein@hvb.de
philipp.wickart@juliusbaer.com
philipp.wilson@ubs.com
philipp_e_daal@fleet.com
philippa.hatting@glgpartners.com
philippa.matthews@aegon.co.uk
philippe.agiman@ch.abb.com
philippe.alexandre@commerzbank.com
philippe.andrieu@banquedorsay.fr
philippe.argou@axa-im.com
philippe.barberot@alcatel.fr
philippe.bernard@csfb.com
philippe.berthelot@axa-im.com
philippe.besson@bcv.ch
philippe.bietlot@fortisbank.com
philippe.blavier@bnpparibas.com
philippe.blondiaux@nestle.com
philippe.bonnet@exane.com
philippe.bordenave@bnpparibas.com
philippe.bourgault@dexia.be
philippe.branley@socgen.com
philippe.brosse@sgam.com
philippe.buffle@lodh.com
philippe.busetta@caam.com
philippe.carey@credit-suisse.com
philippe.chalvert@ingferri.fr

philippe.chavanne@uk.mizuho-sc.com
philippe.christen@vpbank.com
philippe.clerc@groupe-mma.com
philippe.colas@sgam.com
philippe.colin@crediteurop.lu
philippe.cornu@lodh.com
philippe.couzinou@francetelecom.com
philippe.danilo@socgen.com
philippe.darbellay@db.com
philippe.de.verdalle@hsbc.fr
philippe.debreu@bnpparibas.com
philippe.de-gouville@sgam.com
philippe.dehoux@dexia.com
philippe.delmas@airbus.com
philippe.dembourg@ing.de
philippe.denef@degroof.be
philippe.deprez@ing.be
philippe.descheemaeker@axa-im.com
philippe.devaujuas-langan@dexia-bil.com
philippe.devroye@ing.be
philippe.dore@credit-agricole-sa.fr
philippe.douillet@ing.fr
philippe.du-chatelier@ingpatrimoine.com
philippe.duchatelier@lodh.com
philippe.ducos@dexia.com
philippe.eger@bbh.com
philippe.fremond@federal-finance.fr
philippe.gabella@bcv.ch
philippe.gaspard@caam.com
philippe.gazil@globalderivatives.com
philippe.geay@remy-cointreau.com
philippe.gijsels@fortisbank.com
philippe.gossard@airbus.com
philippe.graeppi@ubs.com
philippe.gross@banque-diamantaire.ch
philippe.guigny@caam.com
philippe.heiz@ubs.com
philippe.henry@barclayscapital.com
philippe.hijazin@dexia-am.com
philippe.hullaert@fortisbank.com
philippe.isvy@glgpartners.com
philippe.jaquet@vontobel.ch
philippe.jarry@airbus.com
philippe.jeunet@gazdefrance.com

philippe.joly@cnp.fr
philippe.joly@sgam.com
philippe.jotterand@credit-suisse.com
philippe.jungers@puilaetco.com
philippe.kellerhals@bnpparibas.com
philippe.kiewiet@inter.nl.net
philippe.klaskala@caam.com
philippe.kretz@credit-suisse.com
philippe.kurzweil@morganstanley.com
philippe.kuttler@zas.admin.ch
philippe.langham@sgam.co.uk
philippe.larange@ingferri.fr
philippe.lasnier-de-lavalette@sgam.com
philippe.latour@fortis.com
philippe.laval@ethias.be
philippe.lecocq@fortis.lu
philippe.lencou@barclays.co.uk
philippe.lhermie@edf.fr
philippe.loock@delen.be
philippe.madar@calyon.com
philippe.mahe@caam.com
philippe.malteste@dexia-bil.com
philippe.martin@banquedorsay.fr
philippe.martin@claridenleu.com
philippe.massot@ap.nxbp.com
philippe.meurice@bnpgroup.com
philippe.mitaine@sgam.com
philippe.mongars@banque-france.fr
philippe.mouy@sgam.com
philippe.noel@cades.com
philippe.noyard@dexia-am.com
philippe.oizon@axa-im.com
philippe.paulus@ing.be
philippe.perrody@banque-bpsd.fr
philippe.poeydomengedebettignies@credit-agricole-sa.fr
philippe.preite@credit-suisse.com
philippe.reichlin@swisslife.ch
philippe.renaudin@bnpparibas.com
philippe.ribiere@ikano.lu
philippe.rochat@lodh.com
philippe.rochez@puilaetco.com
philippe.rousseau@caam.com
philippe.rousseau@drkw.com
philippe.ruffat@axa-im.com

philippe.sala@lloydsbank.ch
philippe.sarfati@bmo.com
philippe.schindler@lodh.com
philippe.screve@dexia-am.com
philippe.seux@saint-gobain.com
philippe.simon@fortis.com
philippe.stadler@ubs.com
philippe.thomas@jpmorgan.com
philippe.trainar@ffsa.fr
philippe.veisseire@hsbc.fr
philippe.verstraete@ingim.com
philippe.vlasselaer@ing.ch
philippe.wagner@juliusbaer.com
philippe.weber@cpr-am.fr
philippe.zhang@axa-im.com
philippe.zuercher@lodh.com
philippe.zufferey@bcv.ch
philippe.zurcher@lodh.com
philippe@philippemagistretti.com
philippe@wanadoo.com
philippe_bibi@putnam.com
philippe_noury@pechiney.com
philippe_vibertguigue@aviva.fr
philippedamay@dbs.com
philippe-g.mueller@ubs.com
philippidespz@bernstein.com
philipp-p.hegetschweiler@ubs.com
philiprichards@northwesternmutual.com
philips.mao@cpic-ing.com.cn
philipshea@babsoncapital.com
philip-wright@swissre.com
phillip.auth@trs.state.tx.us
phillip.b.newman@exxonmobil.com
phillip.bales@gecapital.com
phillip.bolton@lodh.com
phillip.boustridge@barclaysglobal.com
phillip.brown@advantuscapital.com
phillip.chen@barclaysglobal.com
phillip.d.hart@jpmorgan.com
phillip.dransfied@lloydstsb.co.uk
phillip.edwards@bankofamerica.com
phillip.huson@prudential.com
phillip.ingram@dzbank.de
phillip.krauss@harrisbank.com

phillip.lamerton@bnpparibas.com
phillip.marriott@asbai.com
phillip.miller@abnamro.com
phillip.neuhart@wachovia.com
phillip.pilch@schwab.com
phillip.rhee@sscims.com
phillip.rogers@suntrust.com
phillip.schemel@us.socgen.com
phillip.sewell@exxonmobil.com
phillip.soccio@blackrock.com
phillip.sundquist@claridenleu.com
phillip.young@db.com
phillip_gottlick@cater-allen.co.uk
phillip_sapovits@vanguard.com
phillipa_morris@ntrs.com
phillipchang@temasek.com.sg
phillipe.gilson@bbl.be
phillipe.tacquenier@tractebel.com
phillipj@vankampen.com
phillipm@fhlbsea.com
phillippe.chapuis@nestle.com
phillippe.robeyns@sgcib.com
phillipphil@bloomberg.net
phillip-pt.thompson@ubs.com
phillips.b@mellon.com
phillips.steph@principal.com
phillips_charles@jpmorgan.com
phillipsjd@bernstein.com
phillipyeo@dbs.com
phillord@bankofny.com
phillro@exchange.ml.com
phills@wharton.upenn.edu
philyang@aol.com
phiob@maplepartners.com
phirt@swisscanto.ch
phlegaj@nationwide.com
phlim@mas.gov.sg
phmiglino@logancapital.com
phn@ubp.ch
phoddo@oddo.fr
phoebe.mcbee@morganstanley.com
phoebe@wasatchadvisors.com
phoebe_yen@cbcm.com
phoebehsu@jsun.com

phoenix.wright@ubs.com
phollis@bailliegifford.co.uk
pholt@fhlbdm.com
phommeyer3@bloomberg.net
phong.huynh@hanovercapital.com
phong7@bloomberg.net
phoran@leggmasoncanada.com
phorn@deerfieldcapital.com
phorng@orix.com
phoros@allstate.com
photz@mfs.com
phoung.le@db.com
phperelmuter@wellington.com
phposta@pictet.com
phs@choiceonemail.com
phsaini@bloomberg.net
phschmit@cisco.com
phudson@bass-net.com
phudson@millertabak.com
phughes@britannicasset.com
phumbert@aztreasury.gov
phumbert@mwamllc.com
phuong.t.le@db.com
phuong_pham@acml.com
phurbu.darpoling@csam.com
phurichr@bot.or.th
phux@tucsonelectric.com
phyllis.allgood@wachovia.com
phyllis.ames-kennedy@pnc.com
phyllis.chang@barcap.com
phyllis.devericks@phxinv.com
phyllis.harris@pnc.com
phyllis.musoke@deshaw.com
phyllis.seeger@hartfordlife.com
phyllis_daisey@cargill.com
phylos_sandison@centralbank.net
pia.herrala@scania.com
pia.horlebein@helaba.de
pia.lehto@helaba.de
pia.nyholm@swipartnership.co.uk
pia.pfeiffer@stinnes.de
pia.senn@cibasc.com
pia_mccusker@ssga.com
piacentinit@ing-afs.com

piangsze.chua@schroders.com
piankov@vtb.ru
pibor@bloomberg.net
pic1@bloomberg.net
piccione.cc@tbcam.com
piedad.gonzalezgonzalez@telefonica.es
pieper@bloomberg.net
pieples.t@mellon.com
pier.assistant@piercap.com
pier.francesco.facchini@benetton.it
pier.riches@agf.fr
pier.satta@bancaintesa.it
piera.elisa.grassi@jpmorgan.com
piercarlo.debernardi@sai.it
pierced@vkm.com
pierfrancesco.ragni@fincantieri.it
pierfranco.dimuro@bnlmail.com
pierfranco.giorgi@bancamarche.it
pierfranco.malpenga@dit.de
piergallini@wesbanco.com
piergiorgio.cellerino@jpmorgan.com
pier-giorgio.danella@helaba.de
piergiorgio.gabbi@interbanca.it
piergiova@bloomberg.net
pierino.caroti@mpsgr.it
pierluca.beltramelli@gestielle.it
pierluca.bonvicini@eurosgr.it
pierluigi.antonelli@bms.com
pierluigi.benettin@antonveneta.it
pierluigi.biondi@bancamarche.it
pierluigi.borle@interbanca.it
pierluigi.pasotti@bsibank.com
pierluigi.ricchiuti@bancaintesa.it
pierluigi.salvatore@pioneerinvest.it
pierluigi.spagnolo@arcafondi.it
piermario.cambula@capitalia-am.com
piermario.livrea@mediobanca.it
piero.cirenei@bpmsgr.com
piero.gavazzi@cattolicaassicurazioni.it
piero.grilli@bancaakros.it
piero.isabella-valenzi@credit-suisse.com
piero.maiocchi@bancaintesa.it
piero.mosconi@st.com
piero.pinto@ch.abnamro.com

piero.serafini@bancaeuromobiliare.it
pier-olivier.calestagne@global-infra.com
pierpaolo.deflaviis@lehman.com
pierpaolo.franca@bancagenerali.it
pierpaolo.iasci@pioneerinvest.ie
pierpaolo.rossi@bancaakros.it
pierpaolo.squillante@seb.lu
pierre.addoum@ie.dexia.be
pierre.amrom@fortisbank.com
pierre.annutsch@oppenheim.de
pierre.ars@ethias.be
pierre.bailleux@ingim.com
pierre.barre@clfbanque-dexia.com
pierre.benaich@publicis.fr
pierre.benaich@sodexhoalliance.com
pierre.biscay@axa-im.com
pierre.bose@barclays.co.uk
pierre.bouhanna@exane.com
pierre.boulic@caam.com
pierre.brusselmans@henkel.com
pierre.capra@sgam.com
pierre.capsie@bnpparibas.com
pierre.carotti@dexia-am.com
pierre.charlot@socgen.com
pierre.conrad@ubs.com
pierre.court@barep.com
pierre.cousseran@banque-france.fr
pierre.couture@inginvestment.com
pierre.curtis@cic-ue.fr
pierre.dallemagne@axa-im.com
pierre.delaly@bcv.ch
pierre.delisle@tres.bnc.ca
pierre.de-weck@db.com
pierre.diot@banque-hervet.fr
pierre.drevillon@jpmorgan.com
pierre.dubernard-laurent@bnpparibas.com
pierre.dury@cnp.fr
pierre.escande@caam.com
pierre.fourche@sgam.com
pierre.fourrier@bnpgroup.com
pierre.francois@morleyfm.com
pierre.gomot@sgam.com
pierre.grenier@fmr.com
pierre.grosfils@eurizoncapital.lu

pierre.gueguen@federalgestion.com
pierre.guenin@francetelecom.fr
pierre.guillemin@sl-am.com
pierre.gurdal@westernasset.com
pierre.hainry@cades.com
pierre.harang@calyon.com
pierre.harpes@bgl.lu
pierre.henin@belgacom.be
pierre.hilaire@francetelecom.fr
pierre.jaillet@banque-france.fr
pierre.lamboray@dexia-am.com
pierre.lapan@tmgchicago.com
pierre.ledoyen@nbb.be
pierre.lequeux@uk.abnamro.com
pierre.longueville@ing.be
pierre.louppe@cail.lu
pierre.martin@dws.de
pierre.martineu@calyon.com
pierre.masliah@bred.fr
pierre.mathieu@bnpgroup.com
pierre.meyer@legrand.fr
pierre.miguel@citicorp.com
pierre.moulin@bnpparibas.com
pierre.nguyen@bnpgroup.com
pierre.nothomb@deminor.com
pierre.ogier@cnp.fr
pierre.p.picard@bnpparibas.com
pierre.pincemaille@bnpparibas.com
pierre.pinel@bnpparibas.com
pierre.planche@lodh.com
pierre.pringuet@pernod-ricard.com
pierre.py@caam.com
pierre.rivier@partnerre.com
pierre.sattler@siemens.com
pierre.saulnier@dws.com
pierre.savarzeix@caam.com
pierre.sequier@sinopia.fr
pierre.sorel@fmr.com
pierre.stoll@bdl.lu
pierre.thomir@caam.com
pierre.tissot@lodh.com
pierre.toussain@banquedorsay.fr
pierre.valade@glgpartners.com
pierre.wauthier@zurich.com

pierre.weinstein@us.socegen.com
pierre.winand@inbev.com
pierre@stemarie.net
pierre_alain.rucquois@agf.be
pierre_auguste@ssga.com
pierre_fournel@coface.com
pierre_mainoldi@carrefour.com
pierre_sarrau@blackrock.com
pierre-alain.labat@labanquepostale-am.fr
pierre-alain.sieber@credit-suisse.com
pierreandre.klein@pioneerinvestments.com
pierreandre.maccabez@juliusbaer.com
pierre-andre.poletti@ubs.com
pierre-antoine.bellon@bcv.ch
pierre-antoine.cousin@bnpparibas.com
pierrecyril.calandreau@calyon.com
pierreemmanuel.juillard@axa-im.com
pierre-etienne.gilard@fortisinvestments.com
pierrefrancois.demontserrat@axa-im.com
pierre-henri.demonts@csam.com
pierre-henri.flamand@gs.com
pierrehenri.floquet@calyon.com
pierre-jean.marcon@sgam.com
pierrelouis.baslez@creditfoncier.fr
pierre-marie.di-maria-laval@us.socgen.com
pierre-marie.gerez@labanquepostale-am.fr
pierre-marie.piquet@bnpparibas.com
pierre-olivier.polet@ingim.com
pierre-pascal.fovini@juliusbaer.com
pierre-paul.verelst@ing.be
pierre-paul.verelst@ingim.com
pierrerouy@tinet.ie
pierreyves.gauthier@axa-im.com
pierre-yves.guillo@americas.bnpparibas.com
pierre-yves.hofer@lloydsbank.ch
pierre-yves.piccand@bcv.ch
pierrjohnson@yahoo.com
piers.hillier@db.com
piers.robinson@shell.com
pierson_cheng@americancentury.com
piet.roelandt@pggm.nl
piet.verheijen@philips.com
pieter.bouwknegt@mail.ing.nl
pieter.dhoore@ing.be

pieter.heijboer@ingim.com
pieter.korteweg@robeco.nl
pieter.maarten.mann@nl.abnamro.com
pieter.schop@ingim.com
pieter.strobos@credit-suisse.com
pieter.van.ockenburg@ingim.com
pieter.vanbaelen@fortis.com
pieter.vanzyl@gmacrfc.com
pietro.belotti@azimut.it
pietro.codoni@popso.ch
pietro.crigna@am.generali.com
pietro.dagui@gruppobim.it
pietro.giuliani@azimut.it
pietro.giuliani@credit-suisse.com
pietro.lai@antonveneta.it
pietro.mantovano@enifin.emi.it
pietro.scibona@popso.it
pietro.tenuta@bancaprofilo.it
pietrofranco.tali@saipem.eni.it
pietrzad@vankampen.com
piez.j@dreyfus.com
piffaretti@bloomberg.net
pifss3@ncc.moc.kw
pifss7@kems.net
pigl@bgbank.dk
piha01@handelsbanken.se
pihiggins@wellington.com
pihls@aeltus.com
piksoo.chen@jpmorgan.com
pil_anton@jpmorgan.com
pilar.campillos@interdin.com
pilar.castrillocarreira@telefonica.es
pilar.fernandez@uk.fid-intl.com
pilar.guzman@cibc.co.uk
pilar.segurasanchez@telefonica.es
pilar_villaseca_bce@cajarural.com
pilho.cho@wooribank.com
pilippe.delles@cail.lu
pille@wharton.upenn.edu
pillions@bloomberg.net
pim.beirens@fortisinvestments.com
pim.burggraeve@sns.nl
pim.poppe@snsreaal.nl
pim.van.mourik.broekman@nl.abnamro.com

pim.vansanten@shell.com
pim@pauligroup.com
pimpanc@bot.or.th
pinakin.patel@friendsis.com
pincherak@aeltus.com
ping.fu@ehy-us.com
ping.own@uk.fid-intl.com
ping.zhou@corporate.ge.com
ping_lin@cathaylife.com.tw
ping_pw_wu@amat.com
pingyin.chai@salemfive.com
pinkston_joseif@fsba.state.fl.us
pino.mattioli@capitalia-am.com
pino.mellerio@interbanca.it
pinuccia.parini@gestielle.it
piotr.mielus@bph.pl
piper.kerr@bmo.com
pipera@nationwide.com
pippa.wimble@investecmail.com
pippen-03548@email.esunbank.com.tw
pippo.ghezzi@bancaakros.it
pippolito@senecacapital.com
piqbal@bloomberg.net
piraroj@vankampen.com
pirb@chevron.com
pires.jn@tbcam.com
piret.viskus@hansa.ee
pirro@bloomberg.net
pirrucce@wharton.upenn.edu
pisantia@edison.it
pisenberg@lib.com
piskorowski.jj@tbcam.com
pisoni@bpintra.it
pissarif@ebrd.com
pitcher.bs@mellon.com
pitcher.marshall@edgeassetmgt.com
pittarag@ebrd.com
pius.boeswald@bnpparibas.com
pius.cavelty@oppenheim.ch
pivarcsia@mnb.hu
piwamoto@boh.com
piwasko@munder.com
piyanit.photchanatarm@db.com
piyaratana@aol.com

piyasa@tcmb.gov.tr
piyush.sahni@westernasset.com
piyush.srivastava@db.com
piyushg@bloomberg.net
pizzichemi@gruppocredit.it
pjacobs@bi.go.id
pjacobs@qualcomm.com
pjacobson@lordabbett.com
pjacoby@samipfd.com
pjacostg@cajamadrid.es
pjadhav@statestreet.com
pjain@smithgraham.com
pjain@us.nomura.com
pjansen@aegon.nl
pjarvis@pictet.com
pjcucurullo@the-ark.com
pjd3@ntrs.com
pjdaniel@hibernia.com
pjf1@ntrs.com
pjh@capgroup.com
pjh2@ntrs.com
pjha@fhlbatl.com
pjhaveri@frk.com
pjhaveri@templeton.com
pjj@sitinvest.com
pjk.tu@adia.ae
pjm1@anz.com
pjm43@cornell.edu
pjn@bloomberg.net
pjo@nbim.no
pjoshi@fandc.co.uk
pjourdan@firststate.co.uk
pjoyce@babsoncapital.com
pjpalaysi@bft.fr
pjsciandra@fhhlc.com
pjsilva@milleniumbcp.pt
pjsnyder@xlserv.com
pju@mfs.com
pjudge@jhancock.com
pjulita@pasche.ch
pjuran@blackrock.com
pjvdlinden@bloomberg.net
pjyakim@leggmason.com
pk.sinha@drkw.com

pk334@cornell.edu
pkalogeras@statestreet.com
pkane@allmerica.com
pkanna@perrycap.com
pkaperick@russell.com
pkapoor@bear.com
pkarpers@troweprice.com
pkaspar@csas.cz
pkatsos@metlife.com
pkauffman@hcmlp.com
pkaukonen@lordabbett.com
pkazlowski@bear.com
pkchu@bok.or.kr
pkeefe@loomissayles.com
pkelleher@uh.edu
pkelley@cap.com
pkelly@alger-ny.com
pkelly@sumitomotrustusa.com
pkendall@westernasset.com
pkenna@babsoncapital.com
pkennedy@standishmellon.com
pkenney@ford.com
pkenney@us.nomura.com
pkeogan@bloomberg.net
pkhatau@aol.com
pkhouri@dgaf.loreal.com
pking@phlyins.com
pking@ustrust.com
pkirk@babsoncapital.com
pkirkby@pkinvest.com
pkirwan@mfs.com
pkitzen@optimix.nl
pkj@nbim.no
pklein@frk.com
pkluge@scotiabank.com
pkn@jyskebank.dk
pknapp@bpscapital.com
pknepple@tiaa-cref.org
pkohlmann@union-investment.de
pkolluri@investcorp.com
pkong@nb.com
pkossian@troweprice.com
pkotsopoulos@mcleanbudden.com
pkp27@cornell.edu

pkrall@metlife.com
pkreiselmaier@russell.com
pkrell@uaw.net
pkrishnamurthy@rbi.org.in
pkroger@allstate.com
pkruger@bankofamerica.com
pkruis@bloomberg.net
pkscaturro@ustrust.com
pkupferberg@gofen.com
pkurniawan@metlife.com
pkvarn@bloomberg.net
pkyip@dbs.com
pkyle@kio.uk.com
pkyle@orleanscapital.com
pkz@bloomberg.net
pl333@cornell.edu
pl4@americancentury.com
plaa@kempen.nl
plaar@aegon.nl
placzek.brian@edgeassetmgt.com
pladreiter@rbb-bank.co.at
plafontaine@voyageur.net
plagonig@hartfordlife.com
plamasle@notes.banesto.es
plamb@fnbaonline.com
plamen.monovski@blackrock.com
plangerman@msfi.com
plangham@kio.uk.com
plarkin@bloomberg.net
plarrieu@calstrs.com
plarson@wfgweb.com
plarusso@btmna.com
platourette@ingalls.net
platt.es@dreyfus.com
plaughlin@reamsasset.com
plawrence@bc.pitt.edu
plawton@rwbaird.com
playle.sarah@principal.com
plc@bankinvest.dk
plciri@fhhlc.com
plebas@cenlar.com
plebois@bloomberg.net
plecocq@bloomberg.net
plederrey@bper.ch

pledonche@ofi-am.fr
plee@bethlehem.com
pleff@perrycap.com
pleischner@wella.de
pleiser@troweprice.com
plelievre@cpr.fr
plenders@oddo.fr
plenkeit@dlbabson.com
plentz@crain.com
plepetit@bloomberg.net
pleung@bankofny.com
plevi@lucchini.it
plewis@angelogordon.com
pli@brownadvisory.com
plim@fmt.com
plimlomwongse@worldbank.org
plin@caxton.com
plin@wescorp.org
plinekin@bear.com
plinio.zanetti@claridenleu.com
plisda@cityntl.com
plissman@angelogordon.com
plitalien@jhancock.com
pliu@hbk.com
pliu@mrcm.com
pliu@tiaa-cref.org
plivingstone@ambac.com
plivney@vcallc.com
pljohnson@chubb.com
plloyd@millertabak.com
plm@capgroup.com
plm@sitinvest.com
pln23@cornell.edu
plo@ubp.ch
plofdahl@tmgchicago.com
ploffredi@bloomberg.net
plogan@highbridge.com
plojka@csas.cz
plopes@banco-privado.pt
plopez@mfs.com
plorthioir@3suissesinternational.fr
plotnick@hhmi.org
ploughran@standishmellon.com
ploux@bloomberg.net

plowe@generalbank.com
plucas@franklintempleton.co.uk
plumer@ftci.com
plus.ceo@grupobbva.net
plyons@ncmapital.com
plyons2@bloomberg.net
pm.research@wachovia.com
pm@creditlyonnais.ch
pm@formuepleje.dk
pm@tkb.ch
pm327@cornell.edu
pma@sunamerica.com
pmaccrone@bloomberg.net
pmaggi@fondianima.it
pmagida@bloomberg.net
pmahebornon@dgaf.loreal.com
pmaher@certusmgt.com
pmahn@wellington.com
pmaiorana@bloomberg.net
pmaley@deerfieldcapital.com
pmaliczak@refcoeurope.com
pmallon@frk.com
pmara@jhancock.com
pmarazue@bancogui.es
pmarcaillou@cicparis.com
pmarchessaux@bnp.fr
pmarcogliese@mcleanbudden.com
pmark@ofina.on.ca
pmarnay@groupama-am.fr
pmarronn@entenial.com
pmartin@presidiomanagement.com
pmartinez@invercaixa.es
pmartinez@rccl.com
pmateu@invercaixa.es
pmattocks@bloomberg.net
pmatzelle2@bloomberg.net
pmaxwell@newstaram.com
pmay@newstaram.com
pmazur@idbny.com
pmb@petercam.be
pmb9@cornell.edu
pmc1111@bloomberg.net
pmccabe@blackrock.com
pmccall@templeton.com

pmccan@us.ibm.com
pmccarrol@templeton.com
pmccarth@ubs.com
pmccarthy@clamericas.com
pmcclain@fciadvisors.com
pmccormick@ambac.com
pmcdonough@onebeacon.com
pmchugh@tiaa-cref.org
pmcilveen@metlife.com
pmcmahon@gemcapitalmgmt.com
pmcmillan@sunamerica.com
pmdolz@ibercaja.es
pmead@mfs.com
pmeier@swissca.ch
pmelville@metlife.com
pmendonca@ryanlabs.com
pmeritt@bloomberg.net
pmessina@jhancock.com
pmeybom@munichre.com
pmf@ubp.ch
pmfe.ecoresearch@pmintl.com
pmgt@dkb.ch
pmiaris@nbgi.co.uk
pmicellis@generali.fr
pmiddleton@hcsbnj.com
pmidgley@sisucapital.com
pmiller@fhlbc.com
pmilora@bloomberg.net
pmimran@groupe-ufg.com
pmitsopolous@jhancock.com
pmitsopoulos@jhancock.com
pmiya@snwsc.com
pmjohnso@gapac.com
pmm@capgroup.com
pmm6192@red.cam.es
pmmcavoy@statestreet.com
pmng@mas.gov.sg
pmoeschter@templeton.com
pmol@kempen.nl
pmolony@fhlbdm.com
pmoomaw@hestercapital.com
pmoonan@amica.com
pmoore@statestreet.com
pmorais@bpp.pt

pmoratona@fibanc.es
pmorris@waddell.com
pmortg@bloomberg.net
pmoshabad@payden-rygel.com
pmouton@ftci.com
pms0123@chb.co.kr
pmt@pacbell.net
pmtraquina@wellington.com
pmullen@us.mufg.jp
pmurphy@au.pimco.com
pmurray@caxton.com
pna@capgroup.com
pnaik@oppenheimerfunds.com
pnatalizzi@ftci.com
pnathan@charles-stanley.co.uk
pnavanandan@fftw.com
pncoelho@montepiogeral.pt
pnelso3@amfam.com
pneman@pt.lu
pneri@tweedy.com
pnestico@troweprice.com
pnewell@bondinvestor.com
pnewman@banamex.com
pnf@ubp.ch
pniels@mapfre.com
pnilsson@oddo.fr
pnims@aegonusa.com
pnishiki@boh.com
pnk@veb.ru
pno@nbim.no
pnoble@dimensional.com
pnoel@bloomberg.net
pnoel@delinvest.com
pnoel@groupama-am.fr
pnolan@firstrust.com
pnolan@penncapital.com
pnolan@smithbreeden.com
pnolan@tiaa-cref.org
pnori@templeton.com
pnorr@lehman.com
pnutter@templeton.com
poakes@banksterling.com
poba-kundenhandel@postbank.de
pobermann@baylbny.com

pobermann@loomissayles.com
pobrien@brownadvisory.com
pochi@stanford.edu
pochih@ctclife.com.tw
pocobelli.fabrizio@alitalia.it
poconno@frk.com
poconomo@statestreet.com
pod@pggm.nl
podonnet@unigestion.com
poellers@pershing.com
poeppem@nationwide.com
pog.cdu@adia.ae
poh-kin.cheong@aig.com
pohodich.sm@mellon.com
pointhelp@lehman.com
pokeefe@bpbtc.com
poker.gary@edgeassetmgt.com
polanyig@otpbank.hu
polatn@tskb.com.tr
polin.foo@barclays.com
polina.bogdanova@citigroup.com
polina_drantyev@nylim.com
polina_kurdiavko@acml.com
pollutrn@jwseligman.com
polly.chow@citicorp.com
polly.escott@threadneedle.co.uk
polly.m.traer@wellsfargo.com
polly.pao@ge.com
polly@buffalofunds.com
polly_kolotas@swissre.com
polsen@westernasset.com
pome.gautier@sgcib.com
pomeara@hellerfin.com
poneill@unfcu.com
ponladep@bot.or.th
ponnamma_lalith@ssga.com
pontoglio@capitalgest.it
poobazee@delinvest.com
pooja.malik@barclaysglobal.com
pooja.rajput@wellsfargo.com
pooja.x.ganju@jpmchase.com
poole.j@mellon.com
poonam.dighe@morganstanley.com
poonmo@wellsfargo.com

poonsroc@bot.or.th
poos@home.nl
pop@epsilonfunds.com
popatn@nbd.com
popescua@princeton.edu
popham@ellington.com
popp.jennifer@principal.com
poppy.allonby@blackrock.com
porcella@capitalgest.it
porlando@federatedinv.com
portae@gunet.georgetown.edu
portal@chase.com
portegl@co.mecklenburg.nc.us
porterjg@ensignpeak.org
portfolio.management@ca-suisse.com
portfoliomanagement@westlb.lu
portilloramonmaria@bancsabadell.com
porto.jj@mellon.com
portugal@aigfpc.com
posada_cristian@jpmorgan.com
posborne@meagpower.org
posner@deshaw.com
possolo@research.ge.com
post_howland@nylim.com
postons@strsoh.org
pothe@stifel.com
potoole@fisbonds.com
pott@ftci.com
potter_brendan@jpmorgan.com
potter_nicholas@jpmorgan.com
pottert@aetna.com
potthof@pimco.com
poul.ahlmann@nordeasecurities.com
poul.bentsen@amagerbanken.dk
poul.callesen@nordea.com
poul.winslov@nordea.com
poul.winslow@nordea.com
poulsen@jyskebank.dk
pov@capgroup.com
powell.thurston@pimco.com
powellgl@bernstein.com
powellk@aeltus.com
powells@anz.com
powerf@ebrd.com

powers@pimco.com
powerss@lotsoff.com
powerst4@nationwide.com
ppafort@bloomberg.net
ppalani@frk.com
ppalfrey@bloomberg.net
ppalombi@inasim.gruppoina.it
ppalozzi@beutelgoodman.com
ppancholi@aigi.com
ppanciroli@credem.it
ppancza@vcallc.com
ppardini@fideuramsgr.it
pparsons@jhancock.com
ppask@thehartford.com
ppastorino@bancaintesa.us
ppatel@westernasset.com
ppatrick@firstmanhattan.com
ppatterson@mfcglobalus.com
ppawlowski@apollolp.com
ppcoyne@delinvest.com
ppecque@entergy.com
ppeluso@mcc.it
ppenet@cpr-am.fr
ppensyl@evergreeninvestments.com
ppereira@bankofny.com
pperez@invercaixa.es
pperret@pictet.com
pperrott1@bloomberg.net
pperry@schny.com
ppertusi3@bloomberg.net
ppeters@jhancock.com
ppeters@mellonbank.com
ppetresc@princeton.edu
ppg1@ntrs.com
pphelan@seic.com
pphilen@bloomberg.net
ppielmeyer@wella.de
ppillmore@bloomberg.net
ppimenta@incomeresearch.com
ppirsch@alger.com
pplaia@beazer.com
ppoduri@eatonvance.com
ppol@pictet.com
ppolny@babsoncapital.com

ppowers@delinvest.com
pprice@swst.com
ppt@ubp.ch
ppuglisi@blenheiminv.com
ppuig@bloomberg.net
ppurcell@rwbaird.com
ppuster@spt.com
pputman@troweprice.com
ppv@bloomberg.net
pquinn@fhlbc.com
pquinn@perrycap.com
pquinn@williamblair.com
pr49@ntrs.com
pr96@cornell.edu
prabha_ramakrishnan@americancentury.com
prabhav.mehta@morganstanley.com
prabhav.rakhra@dartmouth.edu
prabir.mitrabarua@fgb.ae
prabirg@mcm.com
pracheesh.mishra@citigroup.com
pradeep.jyer@us.standardchartered.com
pradeep.mehra@arabbanking.com
pradeepak@ambaresearch.com
pradicchi@cumberassoc.com
prajakta.nadkarni@morganstanley.com
praju@hcmlp.com
prakash.balakrishnan@morganstanley.com
prakash.jothee@hp.com
prakash.reddy@fmr.com
prakash.shirke@credit-suisse.com
prakash@bis.org
prakash@rbi.org.in
prakash_chaudhari@mfcinvestments.com
prakashs@strsoh.org
praktikum@wuerttembergische.de
prall.connie@principal.com
pramakrishnan@bear.com
pramela_krishna@vanguard.com
pramod.atluri@fmr.com
pramos1@mapfre.com
prampinelli@fideuram.fr
praneth.ly@labanquepostale-am.fr
prasad.inampudi@bernstein.com
prasad@smithindia.com

prasanth.v.dev@si.shell.com
prashant.bhajar@gs.com
prashant.goyal@fmr.com
prashant.goyal@inginvestment.com
prashant.gupta@barclaysglobal.com
prashant_jeyaganesh@troweprice.com
prashant_sundararajan@putnam.com
prashun.popat@moorecap.co.uk
prasm@danskebank.dk
prasongw@bot.or.th
prateek.pant@lazard.com
prathamesh.kulkarni@morganstanley.com
pratik.patel@mackayshields.com
pratik.shah@sgcib.com
pratik.shah@ubs.com
pratik.vazir@credit-suisse.com
pratikburmanray@gic.com.sg
pratima.abichandani@fidelity.com
pratseff@state.tn.us
prau@sterling-capital.com
praveen.richard@norwich.union.co.uk
praveen.tipirneni@cubist.com
praveen_damija@ssga.com
praveen_dhamija@ssga.com
pravir_bhatia@deshaw.com
praygor@gscpartners.com
prcteam@morganstanley.com
pread@fhlbdm.com
prealdeasua@bloomberg.net
preben.rosenberg@danskebank.dk
preben.tornes@moa.norges-bank.no
preeti.sayana@fmr.com
preeti_chadha@americancentury.com
preich@hhs.net
preidy@btmna.com
preinemann@jennison.com
preinhart@jmsonline.com
preite@bloomberg.net
preiters@loomissayles.com
prem_somu@fanniemae.com
premal.kadakia@umb.com
premdulari.thakkar@bankofamerica.com
pren@princeton.edu
prensink@wolterskluwer.com

prentice.jr@tbcam.com
prescott_legard@americancentury.com
press@apollolp.com
pressjoshua@hotmail.com
prestin.read@gwl.com
preston.holsinger@halliburton.com
preston.walters@uboc.com
prestwi@london.cic.fr
prewcastle@sjs-group.com
preya.patel@ubs.com
prgrsshm@cs.com
pri@ubp.ch
pribeiro@banco-privado.pt
pricee1@vankampen.com
priceta@ci.anchorage.ak.us
pricingroom@statestreet.com
priders@loomissayles.com
priegis@oddo.fr
prignoli@piaggio.com
primeau.david@principal.com
prinfret@utendahl.com
priorj@deshaw.com
prisadej@bot.or.th
prisca.schuster@lrp.de
priscilla.ordonez@prudential.com
priscilla_cy_chan@hkma.gov.hk
priscillali@gic.com.sg
priscille.melandri@lazard.fr
priska.scot@zkb.ch
pritesh.ranjan@ocwen.com
pritha_mitra-stiff@ssga.com
priti_kartik@symantec.com
priveebond@bloomberg.net
privee-bourse@bper.ch
priya.krishana@highbridge.com
priya.malhotra@blackrock.com
priya.ramanathan@avmltd.com
priyaa@mcm.com
prkelly@mfs.com
prkulkarni@wellington.com
prm.sennema@interpolispensioenen.nl
pro9@bloomberg.net
proantree@newstaram.com
probbims@mfs.com

probbins@mfs.com
probertson@cavanalhill.com
probinson@farcap.com
prockwood@standishmellon.com
proctor.david@sg.standardchartered.com
proeder@munichre.com
progbank@ovis.net
prohin@agf.fr
prohner@pictet.com
prokosz@roxcap.com
proland@e-qci.com
prolt@bloomberg.net
promano@bcbsm.com
prook@bloomberg.net
proos@hcmlp.com
proot@munder.com
prop@bnpparibas.com
propequities@artesiabc.be
proptrading@lbbw.de
prossi@nylim.com
prostom@ftci.com
prousseau@scor.com
provalue@tic.ch
provenzano.ka@mellon.com
provinceg@brinson.com
prowan@pugco.com
prp@ubp.ch
prp1@ntrs.com
prperkins@delinvest.com
prphillips@leggmason.com
prphillips@washtrust.com
prtmaletta@aol.com
prudy.lo@bmo.com
prue@adamsexpress.com
pruggieri@amica.com
pruksa.iamthongthong@aberdeen-asset.com
prunnalls@sib.wa.gov
prusso@bloomberg.net
prusso@grneam.com
pruyn_haskins@scotiacapital.com
prwalsh@statestreet.com
pryan@nabny.com
przemyslaw.pyziel@ubs.com
przemyslaw.sitarz@caam.com

przepf@wellmanage.com
ps@danskebank.dk
ps@dodgeandcox.com
ps78@nrts.com
psa@bpi.pt
psage@standishmellon.com
psaitta@bankofny.com
psakon@deerfieldcapital.com
psakungew@hcmlp.com
psalisbury@eatonvance.com
psalmon@metlife.com
psalniker@wellington.com
psalov@evergreeninvestments.com
psanders@waddell.com
psanfeli@notes.banesto.es
psano@iccrea.bcc.it
psantucci@uecic.cicomore.fr
psarreau@pictet.com
psatterfield@unumprovident.com
psavor@wharton.upenn.edu
pscalisi@bloomberg.net
pschaffer@ustrust.com
pscherrer@bper.ch
pschleiffer@bloomberg.net
pschmidt10@bloomberg.net
pschoenh@amfam.com
pschott@pwmco.com
pschu@oppenheimerfunds.com
pschulten@wescorp.org
pschulten2@bloomberg.net
pschulze8@bloomberg.net
pschutt@mail.state.il.us
pschwartzman@blackrock.com
pschwob@asbnet.com
pscola@tiaa-cref.org
pse@petercam.be
psegal@bper.ch
psegal@ftci.com
pseidenwar@dcxcaptial.com
psellers@perrycap.com
psengelmann@payden-rygel.com
pserafini@pictet.com
psetbon@generali.fr
psganzerla@credem.it

psgardelis@alpha.gr
psgresearch@citadelgroup.com
pshah@btmna.com
pshah@canyonpartners.com
pshah@loomissayles.com
pshah@us.mufg.jp
pshangkuan@omega-advisors.com
pshantic@calstrs.com
pshapiro@mcdinvest.com
psharma16@metlife.com
pshea1@metlife.com
psheehy@ag-am.com
pshen@wharton.upenn.edu
psheridan@wintrust.com
psherringham@sanwabank.com
pshields@blackcanyoncapital.com
pshih@perrycap.com
pshomig@oppenheimerfunds.com
psilano@iccrea.bcc.it
psilva@penncapital.com
psilzer@nevrodie.com
psim@maybank.com.sg
psivin@mdsass.com
psjarvis@bloomberg.net
psk@merganser.com
pskinner@mfs.com
psloane@martincurrie.com
pslomer@marsbank.com
psmanchiraju@dow.com
psmartin@bcentral.cl
psmith@barbnet.com
psmith@caxton.com
psmith@pkinvest.com
psmith@whitepinecapital.com
pso@bpi.pt
psolis@cuprum.cl
psommers@paladininvestments.com
psong@mas.gov.sg
psorento@bbandt.com
psosnowski@siebertnet.com
psp@nbim.no
pspain@ssrm.com
pspessoa@aol.com
pspivack@hawkglobal-us.com

psrinivas@waddell.com
pss8837@wooribank.com
pst@brgco.com
pstack@bankofny.com
pstafford@dow.com
pstalun@frk.com
pstein@princeton.edu
pstekl@williamblair.com
pstern1@bloomberg.net
pstern2@bloomberg.net
psterner@waddell.com
pstiles@uk-dexia.com
pstiller@ipohome.com
pstoll1@bloomberg.net
pstowell@pjc.com
pstraffon@mcdinvest.com
pstrauss@nb.com
pstruck@metzler.com
pstrzalkowski@oppenheimerfunds.com
pstscherban@rwbaird.com
pstubbs@caxton.com
pstutz@westernasset.com
psuarez@invercaixa.es
psubrama@citadelgroup.com
psularz@williamblair.com
psullivan18@bloomberg.net
psun@panagora.com
psun@wellington.com
psundman@nb.com
psv@nbim.no
pswaffield@eatonvance.com
pswigart@omega-advisors.com
pszczygiel2@babsoncapital.com
pszpak@jennison.com
ptadie@bankofny.com
ptag@capgroup.com
ptbradford@bjurman.com
ptdesk@millertabak.com
ptegano@vestarcapital.com
pteten@hibernia.com
pthacker@bloomberg.net
ptheriault@wilmingtontrust.com
pthogan@statestreet.com
pthornton@wachoviasec.com

pthullen@pictet.com
pthursby@thamesriver.co.uk
ptily@loomissayles.com
ptiwari@fhlbdm.com
ptomasina@bancasempione.ch
ptomlin@kio.uk.com
ptorreso@cajamadrid.es
ptorretta@bancorio.com.ar
ptownsen@capstonefinancial.com
ptr@clinton.com
ptr@ubp.ch
ptracey@ustrust.com
ptrager@aigfpc.com
ptravezan@asbnet.com
ptrill@lehman.com
ptroob@evcap.com
ptru@chevron.com
ptschaar@bllomberg.net
ptschuetsche@bloomberg.net
ptsu@wdwitter.com
ptucker@csc.com
ptures@acuity.com
pturner@citysecurities.com
puachingleong@gic.com.sg
puahjimee@gic.com.sg
puahtohlim@gic.com.sg
puccij@nationwide.com
puebel@ambac.com
pui.leng.fong@cibc.com.sg
pui.y.tse@us.hsbc.com
pui_chow@westlb.com
puigd@bancsabadell.com
pui-kei.yuen@ubs.com
puiyin.chan@jpmorgan.com
puja.u.kapadia@jpmorgan.com
pujan.amin@alliancebernstein.com
pula.gabor@ecb.europa.eu
pulayj@ebrd.com
pulin@bloomberg.net
puneet.kohli@bmonb.com
puneet.kohli@tres.bnc.ca
punit_nagori@ml.com
punnamas@temasek.com.sg
punt@bloomberg.net

puravani@microsoft.com
puraye@bloomberg.net
purbanc@hotmail.com
purdy.t@dreyfus.com
purl.hogan@ubs.com
purpuro@vankampen.com
purquidi@oaktreecap.com
purrutiaj@bancopastor.es
purrutij@cajamadrid.es
puru.vashishtha@qifmanagement.com
puru@qifmanagement.com
puschroeder@ui-gmbh.de
pushkar.jauhari@uk.fid-intl.com
putnam.coes@morganstanlely.com
putnicki@pimco.com
pvalle@federatedinv.com
pvanacker@cpr.fr
pvanderelst@bloomberg.net
pvankud@clinton.com
pvansaun@tswinvest.com
pvaream@mfs.com
pvarughese@metlife.com
pvaruno@frk.com
pvasas@bper.ch
pvasquez@iidpower.com
pvaughan@fbw.com
pvazques@interdin.com
pvenlet@spfbeheer.nl
pventuri@carigesgr.it
pvh@ntrs.com
pvialle@groupama-am.fr
pvieth@panagora.com
pvigil@fdic.gov
pviola@gestielle.it
pvithlani@kio.uk.com
pvkane@bloomberg.net
pvolino@cantor.com
pvolovich@lordabbett.com
pvong@croftleo.com
pvoulgaris@mfs.com
pvtbanking@lloydstsb-offshore.com
pw12@ntrs.com
pw46@ntrs.com
pwade@nb.com

pwag@nb.com
pwainman@bayharbour.com
pwald@caicheuvreux.com
pwalker@evcap.bm
pwalker@frk.com
pwallace@heritagefunds.rjf.com
pwallace@xlserv.com
pwang@nb.com
pwarga@pictet.com
pwarner@nb.com
pwaro@valcourt.ch
pwcarpi@wellington.com
pweiss@ftci.com
pwelch@penncapital.com
pwelling@metzler.com
pwen@ag-am.com
pwerner@copera.org
pwerner@icbny.com
pwestmoreland@litchcap.com
pwhelan1@bloomberg.net
pwhitcutt@angloamerican.co.uk
pwhite@deshaw.com
pwilders@membertrade.com
pwilhelm@federatedinv.com
pwilliams@chicagoequity.com
pwilliams@insightinvestment.com
pwilmsh@templeton.com
pwilshin@bloomberg.net
pwilson@allstate.com
pwilson@bankofny.com
pwilson1@metlife.com
pwinfield@bloomberg.net
pwir@ubp.ch
pwirrer@bloomberg.net
pwirz@ftci.com
pwithers@fftw.com
pwong@lordabbett.com
pwood@evcap.com
pwood@munder.com
pwoodruff@stephens.com
pwoolridge@dadco.com
pwright@loomissayles.com
pwright@tiaa-cref.org
pwroblewski@opcap.com

pwruedi@wellington.com
pwweigold@homeside.com
pwynn@bloomberg.net
pxc04655@niftyserve.or.jp
pxstone@us.ca-indosuez.com
pybrack@bper.ch
pyepes@caxton.com
pym@wooribank.com
pym3@wooribank.com
pyopyo@cathaylife.com.tw
pyrsch@bloomberg.net
pz35@cornell.edu
pzetlmaier@orixcm.com
pzhao@hbk.com
pzlatkovic@bloomberg.net
pzuckerwise@ucm.utendahl.com
pzweifel@pictet.com
pzywot@bloomberg.net
q.zhao@robeco.nl
qaisar.hasan@alliancebernstein.com
qaiser.waheed@ubsw.com
qamar.a.abbasi@unb.ae
qasim.abbas@ubs.com
qasim.ahmedbhai@aig.com
qbarker@nylim.com
qchen@fftw.com
qchen@worldbank.org
qed@best.com
qeg_research@vanguard.com
qfan@worldbank.org
qfaulkner@loomissayles.com
qfmodel@bankofamerica.com
qfu@bci.it
qi.chen@icbc.com.cn
qi_guan@ssga.com
qian.jiang@caam.com
qian_yang@cmbchina.com
qiang.fu@wamu.net
qiang_fu@fanniemae.com
qiansheng@bloomberg.net
qianwei_hz@zj.icbc.com.cn
qing.sheng@db.com
qing.wang@credit-suisse.com
qing.xu@ingim.com

qing_sun@fanniemae.com
qinlei@icbc.com.cn
qinlong@cmbchina.com
qiongshu.li@icbc.com.cn
qiufang.cao@bankofamerica.com
qkrn2884@hotmail.com
qkrn2984@kbstar.co.kr
qktang@mas.gov.sg
ql43@cornell.edu
qlei@bankofny.com
qli2@worldbank.org
qnb@bloomberg.net
quahwg@gic.com.sg
quaiser@ui-gmbh.de
quan.lee@barcap.com
quan.wen@aig.com
quang_la@ssga.com
quang-vinh.le@bred.fr
quanjunjie@citicbank.com
quant.research@prudential.com
quant@pavc.com
quant_rsch@inginvestment.com
quanta_graves@troweprice.com
quashie_aline@jpmorgan.com
que.nguyen@morganstanley.com
quekmm@bloomberg.net
quello.david@luthbro.com
quent.herring@bcbsfl.com
quentin.fitzsimmons@threadneedle.co.uk
querini@gestielle.it
questions@seic.com.
quianag@csccu.com
quick@colognere.com
quin.casey@morleyfm.com
quincy.scott@kbcaim.com
quinn.bp@mellon.com
quinn.morgan@moorecap.com
quinn.vork@ftnmidwest.com
quinn_d_nguyen@vanguard.com
quinn_forrest@jpmorgan.com
quinnm@bwbank.ie
quinnnoel@northwesternmutual.com
quintaj@rjrt.com
quintin.price@blackrock.com

quinton.long@mortgagefamily.com
quirosaa@bccr.fi.cr
quiviya_eldridge@ml.com
qun.ju@tcw.com
qunshan.gao@de.pimco.com
quoc-giao.tran@sgam.com
quocphong.dang@lodh.com
quyen.tran@highbridge.com
quynh.pham@shell.com
quynh.vu@vanguard.com.au
qwang@hbk.com
qwang@worldbank.org
qwu@bloomberg.net
qyang@statestreet.com
qyliu@bocusa.com
qzhang8@bloomberg.net
qzhu@bocusa.com
qzimmerman@russell.com
r...@kdfhi.com
r.a.moraal@robeco.nl
r.abe@aozorabank.co.jp
r.almajed@ncbc.com
r.bernhard@efv.admin.ch
r.biffi@bipielle.it
r.blokland@robeco.nl
r.brenninkmeijer@robeco.nl
r.brouwer@robeco.nl
r.burgstaller@ooev.at
r.c.coppes@dnb.nl
r.caniard@macsffinance.com
r.cannon@fnysllc.com
r.carroll-freile@bloomberg.net
r.christopher.melendes@jpmchase.com
r.clarke@hermes.co.uk
r.clements@hermes.co.uk
r.clifford@lcfr.co.uk
r.colangelo@astonbank.com
r.condulmari@kairosinv.com
r.crijns@gbf.nl
r.darwish@alahli.com
r.de.die@robeco.nl
r.de.meel@hq.vnu.com
r.deifel@t-online.net
r.dejulian@bcee.lu

r.dieckvoss@bvv-vers.de
r.duerler@hsbc.guyerzeller.com
r.duncan@uk.abnamro.com
r.ebert@sskhan.de
r.eibes@labouchere.nl
r.elemans@robeco.nl
r.feddes@sl-am.nl
r.fedorak@usa.dupont.com
r.fortune@hermes.co.uk
r.foss@interpolis.nl
r.garland@qic.com
r.garobbio@finter.ch
r.gattiglia@miroglio.com
r.gervasoni@bpbfinance.com
r.giancola@bimbank.it
r.goel@nrcl.com
r.grant@easternbk.com
r.grosso@danieli.it
r.heussen@apoasset.de
r.hinterdorfer@oberbank.at
r.holbrook@easternbk.com
r.hottensen@olayangroup.com
r.houben@robeco.nl
r.huuftgraafland@heineken.com
r.j.albinus@indoverbank.com
r.jewell@qic.com
r.karsenti@eib.org
r.koole@dbv.nl
r.koppang@israeldiscountbank.com
r.kroos@robeco.nl
r.lake@hermes.co.uk
r.ledager@jyskebank.dk
r.lupotto@italcementi.it
r.maier@ww-ag.com
r.martin@easternbk.com
r.mccarthy@olayangroup.com
r.medici@sirti.it
r.mehra@fnysllc.com
r.monti@olivetti.com
r.morgenthaler@sgkb.ch
r.morris@mwam.com
r.mozzetti@dbtc.ch
r.muller@dr.utc.rabobank.com
r.n.m.wesseling@heineken.com

r.nagahama@noemail.com
r.nahar@robeco.nl
r.neill@leggmasoninvestors.com
r.oehr@donner.de
r.oetliker@hsbc.guyerzeller.com
r.paghini@bipielle.it
r.patel@hermes.co.uk
r.pauli@dnb.nl
r.pedon@cassalombarda.it
r.pfyl@aigpb.com
r.pisano@robeco.nl
r.rizzo@hsbc.guyerzeller.com
r.rosso@kairospartners.com
r.saxinger@frankfurt-trust.de
r.schellekens@robeco.nl
r.schlaepfer@hsbc.guyerzeller.com
r.schmidt@hsh-nordbank.com
r.scholten@bloomberg.net
r.sekijima@mitsui.com
r.sharpe@bspf.co.uk
r.sierra@sumitomotrust.co.jp
r.smith@kairospartners.com
r.solenske@wafra.com
r.speetjens@robeco.nl
r.sprangers@robeco.nl
r.stauss@nrcl.com
r.stazi@cofiri.it
r.stimson@easternbk.com
r.stokvis@heineken.com
r.strauss.2002@frankfurt-trust.de
r.t.c.m.obbens@vanlanschot.com
r.tan@robeco.nl
r.taricco@sace.it
r.tateossian@wafra.com
r.temperley@bloomberg.net
r.van.den.barselaar@robeco.nl
r.van.der.meer@robeco.nl
r.van.hees@zwitserleven.nl
r.vanheyningen@vanlanschot.com
r.velida@robeco.nl
r.venster@robeco.nl
r.verhoeven@bloomberg.net
r.vermeulen@dnb.nl
r.weiss@blpk.ch

r.werdel@bcee.lu
r.wilson@lcfr.co.uk
r.wuijster@robeco.nl
r.yesodharan@sumitomotrust.co.jp
r.zanetti@creberg.it
r@blaylocklp.com
r_beaudoin@putnam.com
r_dhopeshwarkar@ml.com
r_ethington@putnam.com
r_kamiyama@nam.co.jp
r_mead@putnam.com
r_parra@bancourquijo.es
r_portillo@bancourquijo.es
r_t_quinn@troweprice.com
r1champion@bloomberg.net
r1johnson@mfs.com
r1macdonald@mfs.com
r4.tanaka@aozorabank.co.jp
raaed.kabbabe@rzb.at
raanan.pritzker@truscocapital.com
raarora@lehman.com
rab.na@adia.ae
rab@baupost.com
rab_khan@putnam.com
rabad@ftci.com
rabadam@nationwide.com
rabea_nawaz@freddiemac.com
rabel@blbabson.com
rabel@dlbabson.com
rabele@orleanscapital.com
rabelo.l@tbcam.com
rabijar@petronas.com.my
rabin.tambyraja@jpmchase.com
rabinovitz.a@fibi.co.il
rabinowitz@gothamcapital.com
rabruno@wellington.com
rabu@statoil.com
rac@bpi.pt
rac@gr.dk
racel_ochoa@calpers.ca.gov
racel_sy@calpers.ca.gov
rach@bloomberg.net
rachael.downey@compassbnk.com
rachael.foo@vanguard.com.au

rachael.mcghee@jpmorgan.com
rachael_brierley@bat.com
rachael_leman@ssga.com
rachaeltang@dbs.com
rachel.baratiak@barclaysglobal.com
rachel.barnard@dillonread.com
rachel.benepe@asbai.com
rachel.bernstein@fmr.com
rachel.bruner@aiminvestments.com
rachel.campbell@alliancebernstein.com
rachel.colicchio@moorecap.com
rachel.collingridge@insightinvestment.com
rachel.crossley@insightinvestment.com
rachel.english@bg-group.com
rachel.english@ubs.com
rachel.f.naughton@aib.ie
rachel.fallows@uk.fid-intl.com
rachel.feuer@lazard.com
rachel.haas@gmacrfc.com
rachel.haefliger@credit-suisse.com
rachel.jones@socgen.co.uk
rachel.jordan@db.com
rachel.kinney@blackrock.com
rachel.kolsky@aig.com
rachel.lambert@uk.fid-intl.com
rachel.lauber@inginvestment.com
rachel.lewis@pnc.com
rachel.madeiros@morganstanley.com
rachel.mccormich@uk.fid-intl.com
rachel.muscatt@csam.com
rachel.o'connor@ing.com.au
rachel.onghy@uobgroup.com
rachel.roberts@state.tn.us
rachel.sackmaster@janus.com
rachel.speirs@citigroup.com
rachel.willis@gartmore.com
rachel.zhang@pncbank.com
rachel@bpviinc.com
rachel_delahunty@troweprice.com
rachel_smith@vanguard.com
rachel_west@putnam.com
rachele.dellera@bancaprofilo.it
rachelle.justice@inginvestment.com
rachelle.scheierl@lacrosseglobal.com

rachelteo@gic.com.sg
rachid.jdidi@barclays.co.uk
rachid.medjaoui@labanquepostale-am.fr
rachid.semaoune@gibuk.com
rachid.semaoune@omam.co.uk
rachmah.idroes@ubs.com
rachmi.n.dwiyandari@jpmorgan.com
racope@greatsoutherbank.com
radams@jhancock.com
radecki.sarah@edgeassetmgt.com
radek.svoboda@t-mobile.net
rademacher@tk.thyssenkrupp.com
radenmosrijah@gic.com.sg
radha.subramanian@shenkmancapital.com
radkins@us.ibm.com
radomir.danek@erstegroup.com
radovan.milanovic@credit-suisse.com
radrogue@wellington.com
radu.neagu@research.ge.com
radu.tunaru@bmo.com
rae.zakhary@jpmorganfleming.com
raearly@delinvest.com
raeed@kuwait-fund.org
rafael.a.febres-cordero@fmr.com
rafael.a.martinez@bgf.gobierno.pr
rafael.bernal@alliancebernstein.com
rafael.bloom@glgpartners.com
rafael.canada@bbvauk.com
rafael.chang@credit-suisse.com
rafael.e.amoros@bankofamerica.com
rafael.freitas@jpmorgan.com
rafael.fucinos@bcv.ch
rafael.galuszkiewicz@muenchenerhyp.de
rafael.garza@bis.org
rafael.gonzalez@morganstanley.com
rafael.gonzalez_aller@citicorp.com
rafael.harada@jbsswift.com
rafael.lim@sscims.com
rafael.martinez@fortis.com
rafael.polatinsky@threadneedle.com
rafael.rabat@bankpyme.es
rafael.rico@db.com
rafael.rodriquez@bgf.gobierno.pr
rafael.rudnik@vontobel.ch

rafael.schmidt@bis.org
rafael.silveira@bankofamerica.com
rafael_valbuena@westlb.co.uk
rafaelh@wharton.upenn.edu
rafaelina.lee@db.com
rafaella.casula@saras.it
rafal.niedzialek@prudential.com
rafalinde@bloomberg.net
rafaneh@omega-advisors.com
rafe.garvin@rbc.com
raffael.furrer@credit-suisse.com
raffael.weidmann@claridenleu.com
raffaele.bratina@am.generali.com
raffaele.carlucci@mediolanum.it
raffaele.carmine@zkb.ch
raffaele.derosa@bsibank.com
raffaele.lovero@bancaprofilo.it
raffaele.medugno@arcafondi.it
raffaele.moretti@ubs.com
raffaele.riccioli@sai.it
raffaele.savi@capitalia-am.com
raffaele.senese@juliusbaer.com
raffaele.zingone@jpmorgan.com
raffaele@banksterling.com
raffaele_agrusti@generali.com
raffaele_bartoli@generali.com
raffaella.allotti@eni.it
raffaella.conti@ubs.com
raffaella.cremonesi@enifin.eni.it
raffaella.luglini@finmeccanica.it
raffaella.maroglio@gnisim.it
raffaella.mezzanzanica@ubs.com
raffaella.piva@dexia-crediop.it
raffaella.sommariva@azfund.com
raffaella.tolardo@meliorbanca.com
raffaelle.berchtold@csam.com
raffaello.soardi@bancalombarda.it
raffeph@texaco.com
rafi.u.zaman@usa.dupont.com
rafink@uss.com
rafisher@uss.com
rafzac@bloomberg.net
rag2@ntrs.com
ragarwa@frk.com

raghav.bansal@fmr.com
raghav_nandagopal@ustrust.com
ragheed.moghrabi@ae.abnamro.com
raghnall.craighead@woolwich.co
raghu.raghavendra@moorecap.co.uk
ragioneria@bpservizi.it
ragnar@kaupthing.is
ragnelli@duncanw.com
ragrimonti@bloomberg.net
rah.cdu@adia.ae
rahagerty@statestreetkc.com
rahe@danskebank.dk
raheel.altaf@uk.fid-intl.com
raheel.siddiqui@nb.com
raheem.mungrue@tt.rbtt.com
rahel.wuethrich@sarasin.ch
rahil.iqbal@fandc.com
rahim.rezigat@lbb.lu
rahimah@temsek.com.sg
rahman@bloomberg.net
rahmanm@bloomberg.net
rahmer@nbd.com
rahn@blackrock.com
rahul.ahuja@morleyfm.com
rahul.arora@uk.standardchartered.com
rahul.garga@bmo.com
rahul.kalia@aberdeen-asset.com
rahul.oberoi@uk.fid-intl.com
rahul.sabarwal@soros.com
rahul.saito@shinseibank.com
rahul.seksaria@pimco.com
rahul.sen@wamu.net
rahul.sharma@citigroup.com
rahul.verma@sgcib.com
rahul_ghosh@troweprice.com
rahul_k_vyas@vanguard.com
rahul_patel@acml.com
rahulg@lehman.com
rahwa.senay@lazard.com
rai_reyes@fleet.com
raik.hoffmann@dws.de
raimund.ferley@nordlb.de
raimund.korherr@s-versicherung.co.at
raimund.nierop@csam.com

raimund.saier@westam.com
raimundik@aeltus.com
rainald.brune@apobank.de
rainald.hentze@helaba.de
rainer.altenberger@omv.com
rainer.amacker@ubs.com
rainer.bunz@dzbank.de
rainer.duffner@aam.de
rainer.gehler@dekabank.de
rainer.gogel@frankfurt-trust.de
rainer.gutacker@dzbank.de
rainer.hackl@siemens.com
rainer.haerle@db.com
rainer.hagemann@wgz-bank.de
rainer.helms@hsh-nordbank.com
rainer.jaeger@oppenheim.de
rainer.jung@hsh-nordbank.com
rainer.keidel@dbv-winterthur.de
rainer.kienzle@bw-bank.de
rainer.krick@helaba.de
rainer.maennle@sarasin.ch
rainer.muench@allianzgi.de
rainer.neumann@ruv.de
rainer.noack@hsh-nordbank.com
rainer.polenz@essenhyp.com
rainer.punke@bremerlandesbank.de
rainer.roczen@hsh-nordbank.com
rainer.saile@lbb.de
rainer.scharf@dit.de
rainer.schoellkopf@bayern-invest.de
rainer.sievers@dghyp.de
rainer.spitznagel@credit-suisse.com
rainer.tafelmayer@dit.de
rainer.vermehren@dws.de
rainer.vogel@sachsenlb.ie
rainer.wagner@helaba-invest.de
rainman@bloomberg.net
raivo@bloomberg.net
raizo.yamamoto@mizuhocbus.com
raj.agrawal@genmills.com
raj.bajaj@morleyfm.com
raj.gunaratna@insightinvestment.com
raj.gupta@epoch-funds.com
raj.gupta@morganstanley.com

raj.hallen@skandia.co.uk
raj.hathiramani@citadelgroup.com
raj.madha@nomura-asset.co.uk
raj.makhija@inginvestment.com
raj.patara@baesystems.com
raj.sharma@morganstanley.com
raj@kbcfp.com
raj@omega-advisors.com
raj_dave@cbcm.com
raja.coopoosamy@fortisinvestments.com
raja.janakiraman@glgpartners.com
raja.kchia@lamondiale.com
raja.mukherji@pimco.com
raja@fhlb-pgh.com
rajah.menon@blackrock.com
rajamani.r@tbcam.com
rajames@foodlion.com
rajan.arora@lehman.com
rajan.rehan@morleyfm.com
rajashek@princeton.edu
rajat.ahuja@alliancebernstein.com
rajat.gupta@ipaper.com
rajat.rajan@pnc.com
rajat.sarup@ge.com
rajat.shah@prudential.com
rajeev.eyunni@bernstein.com
rajeev.eyunni@citigroup.com
rajeev.mittal@aig.com
rajeev.patil@bmo.com
rajeevkakar@fullertonfinancial.com
rajen.jadav@alliancebernstein.com
rajen_jadav@acml.com
rajendra.amin@fgb.ae
rajesh.agarwal@alliancebernstein.com
rajesh.amin@gs.com
rajesh.bendre@morganstanley.com
rajesh.bharwani@mackayshields.com
rajesh.guha@fmr.com
rajesh.iyer@nbb.com.bh
rajesh.shrivastava@usa.dupont.com
rajesh.tanna@csam.com
rajesh.vasireddy@citadelgroup.com
rajesh_agarwal@ml.com
rajesh_gandhi@americancentury.com

rajesh_shant@newton.co.uk
rajeshwar.singh@deshaw.com
rajiv.dave@bms.com
rajiv.kacholia@deshaw.com
rajiv.kaul@fmr.com
rajiv.lapasia@blackrock.com
rajiv_prabhakar@ssga.com
rajivranjan@rbi.org.in
rajni_tyagi@putnam.com
rajpala@kochind.com
rajseh.bose@morganstanley.com
raju.adhikari@novartis.com
raju.jobanputra@lgim.co.uk
rajyashree.jalan@db.com
rak.tr@adia.ae
rak@dodgeandcox.com
rakennedy@massmutual.com
rakesh.gupta@fmr.com
rakesh.kansara@gmacrfc.com
rakesh.parameshwar@us.hsbc.com
rakesh.patel@novartis.com
rakesh.rikhi@gs.com
rakeshmohan@rbi.org.in
rakeson@nb.com
rakhee.popat@westernasset.com
rakshitp@wharton.upenn.edu
ralec@bgcpartners.com
ralexander@noonam.com
ralexander@sterling-capital.com
raley.sarah@principal.com
ralf.ackermann@lbsh-int.com
ralf.ahrens@frankfurt-trust.de
ralf.andresen@hsh-nordbank.com
ralf.bedranowsky@helaba.de
ralf.boeckel@union-investment.de
ralf.boepple@lbbw.de
ralf.branda@union-investment.de
ralf.brech@hypovereinsbank.de
ralf.breuer@oppenheim.de
ralf.burmeister@lbbw.de
ralf.dallendoerfer@aareal-bank.com
ralf.dickebohm@lampebank.de
ralf.draeger@wuerttembergische.de
ralf.edelmann@bmw.de

ralf.elmer@lbbw.de
ralf.endlich@mail.psk.co.at
ralf.engel@dzbank.de
ralf.euler@dit.de
ralf.flad@dgpanagora.de
ralf.funk@ksk-koeln.de
ralf.hallmann@ib.bankgesellschaft.de
ralf.hilfrich@sgz-bank.de
ralf.hoss@apobank.de
ralf.jacobi@lri.lu
ralf.johannsen@helaba-invest.de
ralf.juelichmanns@cominvest-am.com
ralf.kalt@barclayscapital.com
ralf.knoch@trinkaus.de
ralf.krings@credit-suisse.com
ralf.krott@wgv-online.de
ralf.lierow@siemens.com
ralf.loewe@depfa.com
ralf.maier@hypovereinsbank.de
ralf.mueller@lri.lu
ralf.oberbannscheidt@db.com
ralf.ochs@muenchenerhyp.de
ralf.paulsen@dekabank.de
ralf.paulsen@hsh-nordbank.com
ralf.recktenwald@westlb.lu
ralf.rueller@db.com
ralf.ruhwedel@naspa.de
ralf.rybarczyk@db.com
ralf.rybarczyk@dws.com
ralf.schiller@aam.de
ralf.schmidgall@bw-bank.de
ralf.schneider@hsh-nordbank.com
ralf.schreyer@dws.de
ralf.schweers@t-mobile.net
ralf.seifert@juliusbaer.com
ralf.seschek@credit-suisse.com
ralf.steinert@commerzbank.com
ralf.stromeyer@allianzgi.de
ralf.thomas@oppenheim.de
ralf.van-dawen@ruv.de
ralf.wachler@deka.de
ralf.walter@cominvest-am.com
ralf.werner@de.pimco.com
ralf.wiedenmann@vontobel.ch

ralf.wieseler@amgam.de
ralf.wittenbrink@ikb-cam.de
ralf.wuerker@bsibank.com
ralf-botho.grupe@db.com
ralfbusse@helaba-invest.de
ralfonso@creditandorra.ad
ralfonso@fibanc.es
ralf-peter.dorow@postbank.de
ralf-peter.lemmer@gerling.de
ralfthomas_decker@dgbank.de
ralfthomas_decker@dzbank.de
ralgozo@lordabbett.com
rallemann@pasche.ch
rallen@firstcitizensbank.com
rallen@snwsc.com
rallstott@jbush.com
ralmeida@mfs.com
ralph.andresen@rabobank.com
ralph.axford@uk.abnamro.com
ralph.bachmann@helaba.de
ralph.barbato@opco.com
ralph.bilger@vontobel.ch
ralph.blickisdorf@bkb.ch
ralph.bloch@credit-suisse.com
ralph.brook-fox@resolutionasset.com
ralph.bucher@ingim.com
ralph.courtney@jpmorgan.com
ralph.cox@blackrock.com
ralph.daloisio@nyc.nxbp.com
ralph.defeo@nb.com
ralph.diserio@xlca.com
ralph.diseviscourt@dexia-bil.com
ralph.divino@blackrock.com
ralph.fetrow@pncadvisors.com
ralph.geiger@lodh.com
ralph.glatz@oppenheim.de
ralph.green@aig.com
ralph.haefliger@credit-suisse.com
ralph.hallenborg@lbbwus.com
ralph.hardenberg@achmea.com
ralph.hessler@dit.de
ralph.hood@pncbank.com
ralph.laeuppi@claridenleu.com
ralph.langenborg@rbccm.com

ralph.lattner@vontobel.ch
ralph.layman@corporate.ge.com
ralph.lehnis@credit-suisse.com
ralph.link@dlh.de
ralph.linn@trs.state.tx.us
ralph.lopez@sscims.com
ralph.marron@gs.com
ralph.maurer@credit-suisse.com
ralph.messerschmidt@oppenheim.de
ralph.ockert@dzbank.de
ralph.poulssen@azl-group.com
ralph.roelke@dws.de
ralph.smith@barclaysglobal.com
ralph.smith@statestreet.com
ralph.straus@hvb.lu
ralph.striglia@db.com
ralph.taddeo@himco.com
ralph.visconti@prudential.com
ralph.weber@claridenleu.com
ralph.weber@juliusbaer.com
ralph.weidenfeller@ecb.int
ralph.witt@thehartford.com
ralph.wolf@fmr.com
ralph.ziefle@pioneerinvestments.com
ralph.zweidler@juliusbaer.com
ralph_davino@ml.com
ralph_edmondson@bat.com
ralph_marinaccio@nylim.com
ralphen@pvf.nl
ralph-froehlich.rf@bayer-ag.de
ralphg@mcm.com
ralphlau@helaba-invest.de
raluca.z.dalea@jpmorganfleming.com
ralvarez@bancomercantilny.com
ralvarez@mercantilcb.com
ram.deshpande@fmr.com
ram.sabri@uk.calyon.com
ram_brahmachari@mfcinvestments.com
ram_tumu@ml.com
rama.nambimadom@pimco.com
ramachr@dow.com
ramal.chatterjee@barcap.com
raman_srivastava@putnam.com
ramanaka@crd.ge.com

ramanan.v@fmr.com
ramani@cbd.ae
ramesh.karpagavinayagam@tuck.dartmouth.edu
ramesh.narayanaswamy@fmr.com
ramesh.parmar@lloydstsb.co.uk
rameshmorjaria@hotmail.com
ramez.nashed@morganstanley.com
ramez.sousou@towerbrook.com
ramezm@cbd.ae
ramgopal_nellutla@ml.com
rami.boustany@ubs.com
rami.tabbara@bnpparibas.com
rami_hassan@ssga.com
ramici@westernasset.com
ramin.arani@fmr.com
ramin.toloui@pimco.com
ramin.yasseri@db.com
ramiro.antezana@citicorp.com
ramiz.hasan@orbitex.co.uk
ramkir@nbk.com
ramla_hasanali@invesco.com
ramm58@bloomberg.net
ramnath.iyer@pioneerinvestments.com
ramon.gomezsalvador@ecb.int
ramon.maronilla@pimco.com
ramon.moreno@bis.org
ramon.pitter@jpmorgan.com
ramon.sanjuan@grupobbva.com
ramon.tol@blueskygroup.nl
ramon_maronilla@ssga.com
ramon_r_decastro@fanniemae.com
ramon_t_stewart@keybank.com
ramona.glass@threadneedle.co.uk
ramona.persaud@fmr.com
ramone.smith@lazard.com
ramons@mizrahi.co.il
ramos.dd@dreyfus.com
rampellc@washpost.com
ramrhein@wellington.com
ramsay@fhlb-of.com
ramsden@gothamcapital.com
ramu.singh@wachovia.com
ramut@mcm.com
ramy.sukarieh@credit-suisse.com

ramzans@bloomberg.net
ramzi.bouzayane@bancaakros.it
ramzi.faris@fmr.com
ramzi.rishani@longview-partners.com
ramzy.austin@principal.com
ran.li@gs.com
ran@bankinvest.dk
ran_yi@freddiemac.com
rana.kudsi@pioneeraltinvest.co.uk
ranadeep.banerjee@norwich-union-life.co.uk
ranagle@wellington.com
ranajoy.sarkar@kochglobalcapital.com
ranand@newstaram.com
ranastas@bloomberg.net
ranbir.lakhpuri@insightinvestment.com
rand.mattsson@thrivent.com
randa.c.middleton@lmco.com
randal.a.smith@db.com
randall.king@pncbank.com
randall.lynch@wachovia.com
randall.malcolm@barclaysglobal.com
randall.parrish@inginvestment.com
randall.rodda@ny.frb.org
randall.williamson@inginvestment.com
randall@tudor.com
randall_pollock@vanguard.com
randall_roth@ipohome.com
randalralph@northwesternmutual.com
rander28@ford.com
randeregg@bellevue.ch
randers1@allstate.com
randi.abada@alliancebernstein.com
randle_smith@dpimc.com
randlee@citinational.com
randolph.birkman@tcw.com
randolph.chapman@dresdnerrcm.com
randolph.reitenauer@pnc.com
randolph.vineis@kbc.be
randolph.wedding@ucop.edu
randy.angerhofer@wellsfargo.com
randy.bateman@huntington.com
randy.boushek@thrivent.com
randy.brown@db.com
randy.bushman@kochfinancial.com

randy.denny@gmacrfc.com
randy.haas@ledyardbank.com
randy.hare@huntington.com
randy.himelfarb@rabobank.com
randy.hood@prudential.com
randy.loving@silvantcapital.com
randy.lynch@ubs-oconnor.com
randy.moore@eagleasset.com
randy.nemecek@nationwide.com
randy.o'toole@aig.com
randy.palomba@mbia.com
randy.royther@columbiamanagement.com
randy.selgrad@abbott.com
randy.stafford@fhlbtopeka.com
randy.vogel@pncadvisors.com
randy.wachtel@jpmorgan.com
randy.watkins@rabobank.com
randy.white@capmark.funb.com
randy@apcm.net
randy_banes@amat.com
randy_cutler@putnam.com
randy_farina@putnam.com
randy_goodleaf@swissre.com
randy_merk@americancentury.com
randy_nemecek@bankone.com
randy_peterson@ustrust.com
randy_smith@vanguard.com
randy_webb@amat.com
randyish@keb.co.kr
randyj@bgi-group.com
rangehrn@bloomberg.net
rangelica@ems.att.com
rani.jabban@ca-suisse.com
rania.alkhalifa@csam.com
ranieri.demarchis@unicredit.it
ranipiputri@saemor.com
ranjeet.guptara@lehman.com
ranji_nagaswami@acml.com
ranjit.attalia@barclaysglobal.com
ranjitdandekar@temasek.com.sg
rankd_galletti@ssga.com
rankine@londonandamsterdam.com
rankr@selectiveinsurance.com
ranm@koor.com

ranthony@lehman.com
ranvir.dewan@kfb.co.kr
rao.casturi@inginvestment.com
rao.mangipudi@us.fortis.com
raoul.gyger@pksbb.ch
raoul.h.rayos@usa.dupont.com
raoul.luttik@ingim.com
raoul.maddaleni@carifirenze.it
raoul.martinez@ingpatrimoine.com
raoul.paglia@bsibank.com
raoul.rayos@csam.com
raph@mwvinvest.com
raphael.amanou@fibimail.co.il
raphael.bucher@ubs.com
raphael.castellanos@aig.com
raphael.couble@sgam.com
raphael.daune@dexia-bil.com
raphael.davis@aig.com
raphael.dieterlen@sgam.com
raphael.donati@akb.ch
raphael.dubois@sgam.com
raphael.eber@dexia-bil.com
raphael.fabre@alcatel.fr
raphael.fiorentino@bernstein.com
raphael.fuhrmann@oppenheim.de
raphael.gallardo@axa-im.com
raphael.guastalla@totalfinaelf.com
raphael.kassin@uk.abnamro.com
raphael.krings@bgl.lu
raphael.luescher@ubs.com
raphael.motta@bcv.ch
raphael.robas@credit-suisse.com
raphael.schindelholz@bcv.ch
raphael.thuin@sgcib.com
raphael.verellen@dexia.be
raphael.weber@claridenleu.com
raphael.wilhelm@credit-suisse.com
raphael.zemp@ubs.com
raphaela.dohm@henkel.com
raphaelle.champion@credit-suisse.com
raphaelle.knight@ikb-cam.de
raphi.savitz@credit-suisse.com
raplinger@countryclubbank.com
rapper@bloomberg.net

raprokop@csas.cz
raquel.blazquez@ibercaja.net
raquel.castiel@standardlife.ca
raraujo@wescorp.org
rarendt@caxton.com
rares@1stnatbank.com
rarnold@agfirst.com
rarnold@osc.state.ny.ue
rarnold@osc.state.ny.us
raroberson@bloomberg.net
raross@fmtinv.com
rarroyo@sanostra.es
ras@mfs.com
rasbaekm@kpf.no
rascal_house@victoryconnect.com
raschini@bloomberg.net
rashas@kia.gov.kw
rasheed.boykin@bankofbermuda.com
rashid@deshaw.com
rashik@ambaresearch.com
rashmi.gupta@jpmorgan.com
rashmi.khare@fmr.com
raskin@ymcaret.org
rasmus.blomquist@sek.se
rasmus.rousing@credit-suisse.com
rasmussen@clamericas.com
rastislav.talajka@erstebank.at
rastogirk@bernstein.com
rastogirk@sbernstein.com
ratcliff_carmen@fsba.state.fl.us
ratna_ray@dell.com
ratnah@mas.gov.sg
rattanad@bot.or.th
raubert@generali.fr
rauch@meinlbank.com
rauch@safdie.com
raufdenspring@smithbreeden.com
raul.dani@bancaakros.it
raul.espejel@citadelgroup.com
raul.fernandez@jpmorganfleming.com
raul.kaltenbach@frankfurt-trust.de
raul.leotedecarvalho@bnpparibas.com
raul.moreno@grupobbva.com
raul.ojeda@farmcreditbank.com

raul.rgarcia@grupobbva.com
raul.sequera@jpmchase.com
raul@logic-intl.com
raul_riverajr@ssga.com
raulin.villegas@pimco.com
raulsf@fsgrhino.com
raup@household.com
raus@ellington.com
ravasi@bloomberg.net
ravasio.m@mellon.com
ravchopr@cisco.com
raven_henderson@freddiemac.com
ravenellm@jwseligman.com
ravi.akhoury@mackayshields.com
ravi.galav@hcmny.com
ravi.gidoomal@depfa.com
ravi.goutam@barclaysglobal.com
ravi.i@bloomberg.net
ravi.kamath@aig.com
ravi.mantha@fmr.com
ravi.mattu@citadelgroup.com
ravi.mudan@bankofamerica.com
ravi.pamnani@ge.com
ravi.sankaran@bmo.nb.com
ravi.sivakumaran@fmr.com
ravi.suria@moorecap.com
ravi.tanuku@fmr.com
ravi_nathan@westlb.co.uk
ravi_ohri@freddiemac.com
ravib@gic.com.sg
ravin.agrawal@qifmanagement.com
ravin.onakan@barcap.com
ravinder.mehta@gartmore.com
raviprakash.dugyala@novartis.com
ravogel@delinvest.com
ravrett@delinvest.com
rawdanowicz@ecb.int
rawls.morrow@inginvestment.com
rawurster@wellington.com
ray.antes@ncmgroup.com
ray.bell@uk.abnamro.com
ray.dalio@bwater.com
ray.dietman@inginvestment.com
ray.dinius@everbank.com

ray.elston@aberdeen-asset.com
ray.g.fitzpatrick@aib.ie
ray.geisler@ge.com
ray.it@adia.ae
ray.jovanovich@hk.ca-assetmanagement.com
ray.kingsfield@fmr.com
ray.lee@pacificlife.com
ray.lennon@angloirishbank.ie
ray.lim@pimco.com
ray.m.o'neill@aib.ie
ray.marquette@ubs.com
ray.martin@moorecap.com
ray.mccoll@hsh-nordbank.com
ray.meyer@nyc.nxbp.com
ray.miller@gwl.com
ray.reid@bbh.com
ray.robbins@edwardjones.com
ray.scholtz@pncbank.com
ray.stancil@jpmorgan.com
ray.stewart@belgacom.be
ray.tierney@morganstanley.com
ray.uy@thehartford.com
ray.w.davis@emcins.com
ray.wong@wellsfargo.com
ray.wyer@boimail.com
ray_cunha@ssga.com
ray_helfer@scudder.com
ray_henry@glic.com
ray_janssen@invesco.com
ray_romano@freddiemac.com
ray_trogdon@rsausa.com
raya.sokolyanska@jpmorgan.com
rayauth@northwesternmutual.com
raychen@mail.bot.com.tw
rayhan.davis@towerbrook.com
raylei@fpg.com.tw
raylward@firstmanhattan.com
raymatsuura@tagfolio.com
raymond.b.seymour@aexp.com
raymond.calabrese@exar.com
raymond.chan@hk.ca-assetmanagement.com
raymond.chang@rbc.com
raymond.condon@shenkmancapital.com
raymond.connor@resolutionasset.com

raymond.ditzel@prudential.com
raymond.folmer@db.com
raymond.fung@bmo.com
raymond.g.tierney@aib.ie
raymond.gutowski@raymondjames.com
raymond.heesakker@fandc.com
raymond.hendriks@pggm.nl
raymond.henze@tcw.com
raymond.humphrey@bbh.com
raymond.k.tong@wellsfargo.com
raymond.lee@westernasset.com
raymond.lefante@mackayshields.com
raymond.leffler@wellsfargo.com
raymond.man@wamu.net
raymond.mark@rbc.com
raymond.meier@ubs.com
raymond.miller@rabobank.com
raymond.monney@credit-suisse.com
raymond.murray@boiss.boi.ie
raymond.napolitano@alliancebernstein.com
raymond.reece@bbl.fr
raymond.rouphael@sgam.com
raymond.sars@pggm.nl
raymond.singer@mhcb.co.uk
raymond.spencer@shinseibank.com
raymond.sulentic@ubs.com
raymond.sze@asia.bnpparibas.com
raymond.tan@ff.com
raymond.van.denende@ingim.com
raymond.van.putten@kasbank.com
raymond.van.wersch@pggm.nl
raymond.wong@avmltd.com
raymond.yung@fortisinvestments.com
raymond_bo@hkma.gov.hk
raymond_crosby@conning.com
raymond_haddad@putnam.com
raymond_kong@americancentury.com
raymond_mills@troweprice.com
raymond_papera@acml.com
raymond_powers@freddiemac.com
raymond_venner@calpers.ca.gov
raymond_ym_yip@hkma.gov.hk
raymondchan@dahsing.com
raymondchiam@temasek.com.sg

raymonde.jacobs@belgacom.be
raymondgoh@gic.com.sg
raymondhcting@dbs.com
raymond-mf.lau@aig.com
raymond-r.smeets@dsm.com
raymondwong@whbhk.com
raymund.scheffrahn@novartis.com
rayna.butler@uk.abnamro.com
rayna.lesser@fmr.com
rayner.woohl@uobgroup.com
raynisa.wilson@schwab.com
raynngong@gic.com.sg
rayyf@hncb.com.tw
raz.cdu@adia.ae
raza.hussain@uab.ae
raza@epsilonfunds.com
raza_rana@putnam.com
razaliibrahim@gic.com.sg
razarbayejani@tiaa-cref.org
razi.amin@mizuhocbus.com
rbabiak@wilmingtontrust.com
rbabst@russell.com
rback@meag.com
rbafx@bloomberg.net
rbaier@neded.org
rbailes@us.nomura.com
rbaldelli@iccrea.bcc.it
rball@lordabbet.com
rball@mcleanbudden.com
rbamford@seic.com
rbansal@aegonusa.com
rbansal@caxton.com
rbanz@pictet.com
rbarbara@banco-privado.pt
rbarbosa@blbarg.com
rbarbosa@payden-rygel.com
rbard@wisi.com
rbarnes@backbaymgmt.com
rbarnhart@massmutual.com
rbarrios@bppr.com
rbarry@unumprovident.com
rbartlett@uh.edu
rbarzykowski@jhancock.com
rbatiste@divinv.net

rbattle@bankofny.com
rbauer@federatedinv.com
rbaumbach@babsoncapital.com
rbayles@ustrust.com
rbayston@frk.com
rbayston@standishmellon.com
rbbuck@bremer.com
rbcawley@wellington.com
rbeane@essexinvest.com
rbeauchemin@mcleanbudden.com
rbeck@hcmny.com
rbecker@frk.com
rbecker2@bloomberg.net
rbedmar@safei.es
rbefumo@lmcm.com
rbellamy@microsoft.com
rbelmont@mfs.com
rbendixen@halcyonllc.com
rbenson@britannicasset.com
rberjamin@adb.org
rbernstein@brownadvisory.com
rbertrand@extendicare.com
rbex@mistubishitrust.co.uk
rbeyer@omef.com
rbhaman@oppenheimerfunds.com
rbhasin@bankofny.com
rbhebert@hibernia.com
rbiagini@mfs.com
rbialkin@loomissayles.com
rbielsker@fhlbc.com
rbiesiot@aegonusa.com
rbiester@delinvest.com
rbijlmakers@meag.com
rbilcox@deerfieldcapital.com
rbirla@babsoncapital.com
rbiscay@cisco.com
rbishop@central-bank.org.tt
rbishop@russell.com
rbiswas@blenheiminv.com
rbitner@uncb.com
rbittencourt@apollocapital.com
rbk.tr@adia.ae
rbkastan@earthlink.net
rblack@firstcitizensbank.com

rblair@sandleroneill.com
rblandfo@richmond.edu
rblank@stephens.com
rblock@allstate.com
rbluestein@rhbco.com
rblumberg@metlife.com
rbmeyer@chevychasebank.net
rboateng@allmerica.com
rboden@pacholder.com
rboersma@aegon.nl
rboespflug@oppenheimerfunds.com
rboettner@union-investment.de
rbohner@us.mufg.jp
rbonanni@uic.it
rbooth@hbk.com
rbooth@westernasset.co.uk
rbordogna@toddinvestment.com
rborgeat@pictet.com
rborina@lehman.com
rborja@lmcm.com
rborkenstein@perrycap.com
rborthwick@firstgroup.com
rbosch@aegon.nl
rboscher@groupama-am.fr
rbotoff@ups.com
rbouille@cimfra.com
rbourgeois@bloomberg.net
rboutz@watrust.com
rboyer@oddo.fr
rbracchi@bancasempione.ch
rbrandt@fcem.co.uk
rbrasca@fondianima.it
rbreau@jhancock.com
rbreed@flputnam.com
rbrenes@bankinter.es
rbridges@ftci.com
rbrivera@worldbank.org
rbrookhouse@chubb.com
rbrooksklueber@hapoalimusa.com
rbrown@bear.com
rbrown@blackrock.com
rbrown@caxton.com
rbrown@deutsche.com
rbrubaker@us.mizuho-cb.com

rbruder@loomissayles.com
rbuch@bear.com
rbuchwald@logancapital.com
rbuehler@pictet.com
rbunning@summitbank.com
rburns@fdic.gov
rbutler@russell.com
rc79@ntrs.com
rcabrera@leggmason.com
rcalarco@hcmny.com
rcaldwell@waddell.com
rcammilleri@nabny.com
rcampagna@provnet.com
rcamponovo@bloomberg.net
rcanakaris@montag.com
rcane@rwbaird.com
rcapalbo@rnt.com
rcapasso@bcp.it
rcaporaso@sanpaolo.lu
rcarducci@sanpaolo.co.uk
rcarlock@icbny.com
rcarmona@princeton.edu
rcarney@fsa.com
rcarona@baupost.com
rcarpio@halcyonllc.com
rcarrier@opers.org
rcarroll@unumprovident.com
rcarryl@harborviewgrowth.com
rcasey1@bear.com
rcasey1@bloomberg.net
rcashill@isbnj.com
rcasillas@nafin.gob.mx
rcassady@lmcm.com
rcastaldo@pershing.com
rcastelazo@accival.com.mx
rcbe@canyonpartners.com
rcd1@dcx.com
rcdaigle@wellmanage.com
rcervone@putnam.com
rchaabra@cumberassoc.com
rchan@bankofny.com
rchan@dbzco.com
rchan@frk.com
rchandra@bankbii.com

rchandran@aegonusa.com
rchang@intesabcius.com
rchang@ups.com
rchase@cencorpcu.com
rchaulman@bpbt.com
rchen@hcmlp.com
rchen@rockfound.org
rcheng@tiaa-cref.org
rchesterton@ustrust.com
rcheung@wellington.com
rcheuvront@op-f.org
rchi@federatedinv.com
rchiabudini@pictet.com
rchidiac@worldbank.org
rchidley@nacm.com
rchilson@bkb.com
rchin@stanford.edu
rchristie@caxtonhealth.com
rchullani@babsoncapital.com
rchung@tiaa-cref.org
rchupik@csas.cz
rchuyan@jhancock.com
rciotola@bcp.it
rciruelos@bancamarch.es
rclark@azoa.com
rclarke@kio.uk.com
rclarke@turnerinvestments.com
rclegg@europeancredit.com
rcleslie@comcast.net
rcochran@ucbi.com
rcofer@fdic.gov
rcohen@clinton.com
rcohen@kfb.co.kr
rcolavecchio@unfcu.com
rcole@scotiacapital.com
rcolicchio@caxton.com
rconnolly@ufji.com
rconnolly@westpac.com.au
rcontreras@deerfieldcapital.com
rcook@orixcm.com
rcook@voyageur.net
rcooley@mt.gov
rcopinot@pembacreditadvisers.com
rcoppock@tsocorp.com

rcoppola@tiaa-cref.org
rcordier@bloomberg.net
rcorman@nb.com
rcornejo@fhlbc.com
rcornish@fandc.co.uk
rcorona@bancodisicilia.it
rcorry@alliedcapital.com
rcosta.buenos-aires@sinvest.es
rcostas@frk.com
rcourtemanche@babsoncapital.com
rcovode@lincap.com
rcox@fdic.gov
rcoyle1@bloomberg.net
rcpanda@rbi.org.in
rcrable@loomissayles.com
rcrandall@babsoncapital.com
rcrandall@dlbabson.com
rcrane@stephens.com
rcrawford@britannicasset.com
rcresci@sagitta.co.uk
rcrimmins@glic.com
rcripps@leggmason.com
rcroft@croftleo.com
rcroonen@aegon.nl
rcropp@img-dsm.com
rcrosby@munder.com
rcrosby@perrycap.com
rcrouse@ohiosavings.com
rcrowell@boh.com
rcruz@bpmny.com
rcruz@frk.com
rcruz@maidenform.com
rcs@kfb.co.kr
rcsaranen@aaamichigan.com
rcsykes@wellington.com
rcu1@ntrs.com
rcubashu@notes.banesto.es
rcudre@pictet.com
rcumberledge@federatedinv.com
rcuomo1@bloomberg.net
rcurrimjee@ing-ghent.com
rcuta1@bloomberg.net
rcutler@tiaa-cref.org
rd.mcdorman@icomd.com

rd@carnegieam.dk
rd@dhja.com
rd@mail.com
rdalelio@nb.com
rdalmau@fftw.com
rdamato@caxton.com
rdamm@metzler.com
rdauria@bloomberg.it
rdavidson@britannicasset.com
rdavis@reamsasset.com
rdburn@wellington.com
rdc@ubp.ch
rddirossi@leggmason.com
rdebenedetti@cirgroup.it
rdecavele@cpr-am.fr
rdelgado@ocwen.com
rdemarco@templeton.com
rdennis@apollocapital.com
rdente@jefco.com
rdeonarain@us.mufg.jp
rdepablo@notes.banesto.es
rdepelteau@freedom-capital.com
rderdowski@ttcpa.sbcounty.gov
rderiso@lordabbett.com
rdesantes@bpmny.com
rdesaultels@dlbabson.com
rdesautels@dlbabson.com
rdesmond@fftw.com
rdesroch@pacbell.net
rdeupree@lmcm.com
rdeustachio@bloomberg.net
rdevegar@notes.banesto.es
rdevito@espiritosanto.com
rdhall@statestreet.com
rdiao@fftw.com
rdicanto@nabny.com
rdiem@fultonfinancialadvisors.com
rdimaria@mcc.it
rdirusso@hymanbeck.com
rdishmon@oppenheimerfunds.com
rdistefano@loomissayles.com
rdjames@provbank.com
rdoede@ftportfolios.com
rdolan@oppenheimerfunds.com

rdoll@samgmt.com
rdonate@frk.com
rdondiego@lordabbett.com
rdong@loomissayles.com
rdonovan@ambac.com
rdornau@silchester.com
rdotson@westernasset.com
rdouglas@jhancock.com
rdouglass@wescorp.org
rdow@lordabbett.com
rdoyle@refco.com
rdrands@wellington.com
rdruica@aflac.com
rdryden@canyonpartners.com
rds@sitinvest.com
rdscott@aegonusa.com
rdselvey@aaamichigan.com
rdsjr@shay.com
rdsykes@wellington.com
rdtorrijos@delinvest.com
rduckworth@sterling-capital.com
rdudgins@imsi.com
rduff@cabotsquare.com
rduff@westpac.com.au
rdunphy@oppenheimerfunds.com
rdurfy@ci.com
rdurso@fhlbatl.com
rdw@capgroup.com
rdwi@bankbii.com
rdyson@mandtbank.com
rea.miller@pncbank.com
rea@ubp.ch
real.estate.pens@interpolis.nl
realestate.hedgefund@credit-suisse.com
reaton@tiaa-cref.com
rebeca.gosalvez@grupobbva.com
rebecca.antoniou@axa.com
rebecca.berridge@allegiantgroup.com
rebecca.berridge@nationalcity.com
rebecca.bianconi@bper.it
rebecca.bruenning@nisanet.com
rebecca.cain@ge.com
rebecca.coulson@aig.com
rebecca.dawson@glgpartners.com

rebecca.flinn@db.com
rebecca.ford@ge.com
rebecca.irwin@pramericafinancial.com
rebecca.j.norman@wellsfargo.com
rebecca.johnson@threadneedle.co.uk
rebecca.kingwell@sgcib.com
rebecca.l.krollman@jpmorgan.com
rebecca.l.sharp@jpmorgan.com
rebecca.leesy@uobgroup.com
rebecca.milligan@ge.com
rebecca.moquin@pioneerinvest.com
rebecca.morris@aberdeen-asset.com
rebecca.neuwirth@detecon.com
rebecca.parker@ubs.com
rebecca.rebello@pioneerinvestments.com
rebecca.rogers@pnc.com
rebecca.scharffe@bmo.com
rebecca.seabrook@fandc.com
rebecca.stokes@bapensions.co.uk
rebecca.todd@aig.com
rebecca.zeder@credit-suisse.com
rebecca_arnold@troweprice.com
rebecca_chu@cathaylife.com.tw
rebecca_hillis@ustrust.com
rebecca_hurley@putnam.com
rebecca_kelsch@ssga.com
rebecca_king@capgroup.com
rebecca_marlowe@paribas.com
rebecca_robison@invesco.com
rebecca_wilson@db.com
rebeccabryant@quilterjersey.com
rebekah.chow@db.com
rebekah.l.chuan@hsbcpb.com
rebekah.mccahan@pnc.com
rebekah@cathaylife.com.tw
reble@thirdfedbank.com
recendm@vankampen.com
rech.m@pg.com
recherchecreditbnppam@bnpparibas.com
recohen@kfb.co.kr
reda.elkhayati@hsbcgroup.com
redaniel55@hotmail.com
redli@bloomberg.net
redmond.oleary@boigm.com

reece.birtles@citigroup.com
reed.newkirk@gmacrfc.com
reed.nuttall@zurich.com
reed@isaakbond.com
reed_t_manning@fleet.com
reeg.eric@principal.com
reeg.gloria@principal.com
reeg.tracy@principal.com
reena.bajwa@ubs.com
rees.e@dreyfus.com
reeset@vmcmail.com
reeslev@jyskeinvest.dk
reeve1@bloomberg.net
refaab@kia.gov.kw
refd@aozorabank.co.jp
reg.brown@bankofamerica.com
reg_watson@standardlife.com
regan.buckley@lmginv.com
regan.nanbara@intel.com
reganhindman@northwsternmutual.com
regbert@tiaa-cref.org
regelmann@tk.thyssenkrupp.com
regenbom@strsoh.org
reggie.imamura@wachovia.com
reggie.wilkes@pnc.com
regina.borromeo@morganstanley.com
regina.chi@opcap.com
regina.circosta@alliancebernstein.com
regina.harrington@aig.com
regina.hornung@siemens.com
regina.lombardi@bbh.com
regina.opitz@erstebank.at
regina.oppitz-pfannhauser@bawagpsk.com
regina.reinert@bsibank.com
regina.reinert@claridenleu.com
regina.shafer@usaa.com
regina.spierings@dexia.be
regina.stewart@morganstanley.com
regina.webster@credit-suisse.com
regina_hill@troweprice.com
regina_spano@ml.com
reginald.degols@fortis.com
reginald.leese@blackrock.com
reginald.luly@asbai.com

reginald.pfeifer@thrivent.com
reginald_gillet@carrefour.fr
reginaldoh@gic.com.sg
regine.fischer-wendland@idsffm.com
regis.begue@lazard.fr
regis.bruley@cpr-am.fr
regis.copinot@sgcib.com
regis.copinot@socgen.co.uk
regis.feroc@federal-finance.fr
regis.gaston@ubs.com
regis.lanove@ing.be
regis.leoni@degroof.lu
regis.loeb@barcap.com
regis.monfront@uk.calyon.com
regis.salgado@bcb.gov.br
regis.varao@bcb.gov.br
regis.weiler@postbank.lu
regula.schaub@zkb.ch
regula.simsalazic@akb.ch
rehan.masood@morganstanley.com
rehan@sfc-uk.com
rehfusa@deutschehypo.de
rehhcsb@compserve.com
reho@bpintra.it
reichstadtl@cmcic.fr
reid.pennebaker@coair.com
reid_smith@vanguard.com
reidar.bolme@dnbnor.no
reidd@lotsoff.com
reidy_james@jpmorgan.com
reiji@bloomberg.net
reijiro_samura@mitsubishi-trust.co.jp
reiko.kinoshita@tokyostarbank.co.jp
reiko.koban@hsh-nordbank.com
reiko.tokukatsu@barclaysglobal.com
reiko_ohashi@mail.toyota.co.jp
reim@bloomberg.net
reima.rytsola@okobank.com
reima.rytsola@okobank.fi
reimmat.ffdb@bloomberg.net
rein.schutte@selectum.be
reinald.demonchy@lloydstsb.co.uk
reine.gunnarsson@uk.abnamro.com
reine.haslay@caam.com

reiner.gesellmann@bayernlb.de
reiner.grupp@bayernlb.com
reiner.hauenstein@dgbank.de
reiner.huebner@ubs.com
reiner.kloecker@union-investment.de
reiner.laakmann@ids.allianz.com
reiner.martin@ecb.int
reiner.montag@saarlb.de
reiner.pfeifferling@postbank.de
reiner_michels@westlb.de
reiner_triltsch@ustrust.com
reinermatthiasuser@company.com
reinhard.huber@activest.de
reinhard.mix@hsh-nordbank.com
reinhard.niebuhr@geninvest.de
reinhard.ortner@erstebank.at
reinhard.pfingsten@oppenheim.de
reinhard.ploder@ffandp.com
reinhard.redeker@helaba.de
reinhard.schmidt@hsh-nordbank.com
reinhard.seitz@ercgroup.com
reinhard.sievers@hsh-nordbank.com
reinhard.stutz@juliusbaer.com
reinhard.thierbach@oppenheim.de
reinhard.wirz@vontobel.ch
reinhard@princeton.edu
reinhard_eckl@swissre.com
reinhard_furthmayr@commerzbank.com
reinhardt@rentenbank.de
reinhardt44@bloomberg.net
reinhold.geissler@lbbw.de
reinhold.gerbig@allianzgi.de
reinhold.wanka@oenb.co.at
reiniera.van.der.feltz@fortisinvestments.com
reinolda@hmc.harvard.edu
reinout.schalkwijk@ib.bankgesellschaft.de
reisenhauer@westernasset.com
reisja@bernstein.com
reiss_peter@gsb.stanford.edu
reissja@bernstein.com
reist_paul@gsb.stanford.edu
rejeev.patel@bmo.com
rejustice@wellington.com
rekasir@mnb.hu

rekha.k.halai@jpmorgan.com
rekha.k.sharma@jpmorgan.com
rekha_hagen@glenmede.com
rel@jwbristol.com
rel626ad@optonline.net
relger@corpone.org
relk@capgroup.com
rellis@evcap.com
relmer@ncmcapital.com
relundelius@lmus.leggmason.com
rema.abouelgibeen@uk.fid-intl.com
remco.vergeer@ingim.com
remi.bertin@ing.ch
remi.vullierme-perrier@lgim.co.uk
remigiusz.urbanowski@mofnet.gov.pl
remko.vanekelen@ing.ch
remo.caderas@bloomberg.net
remo.krauer@zkb.ch
remo.quadroni@credit-suisse.com
remy.charre@socgen.com
remy.dumoulin@valeo.com
remy.ferraretto@dexia-am.com
remy.lecat@banque-france.fr
remy.levy@wachovia.com
remy.marcel@caam.com
remy.mattey@vontobel.ch
remy.naturkrejt@bnpparibas.com
remyje@cial.cic.fr
ren.cheng@fmr.com
ren.richmond@asbai.com
ren.wu@citadelgroup.com
rena.haynes@lbbw.de
renaissance@ipohome.com
renata.klita@credit-suisse.com
renate.kienbacher@ba-ca.com
renate.schoenhoff@dzbank.de
renate.traxler@rieter.com
renato.beroggi@sl-am.com
renato.bruno@rothschildbank.com
renato.calabretto@bpf.com
renato.demarchi@bancaintesa.it
renato.frick@llb.li
renato.jansson@bcb.gov.be
renato.jansson@bcb.gov.br

renato.luethhold@db.com
renato.petrelli@popso.it
renato.rezzonico@bsibank.com
renato.tondina@bcge.ch
renato.von-allmen@db.com
renato-von-allmen@db.com
renaud.champion@axa-im.com
renaud.desferet@axa-im.com
renaud_viguier@fujibank.co.jp
renaudlatreille@axa-im.com
rene.bachmann@cial.ch
rene.blanc@credit-suisse.com
rene.boulier@juliusbaer.com
rene.breseghello@pioneerinvest.it
rene.bustamante@mackayshields.com
rene.capitelli@ubs.com
rene.casis@barclayscapital.com
rene.casis@barclaysglobal.com
rene.christoffersen@cominvest-am.com
rene.clerix@dexia-am.com
rene.degreve@solvay.com
rene.devilliers@lionhart.net
rene.dichant@sparkasse-koelnbonn.de
rene.exenberger@vontobel.ch
rene.freiermuth@credit-suisse.com
rene.gilvert@novartis.com
rene.gorodsinsky@lbbw.de
rene.groteboer@sns.nl
rene.hagmann@ubs.com
rene.halter@cbve.com
rene.hermann@mbczh.ch
rene.ho@jpmorgan.com
rene.kallestrup@sedlabanki.is
rene.kassis@clf-dexia.com
rene.kluser@aaa-net.com
rene.kolb@lgt.com
rene.landtwing@vontobel.ch
rene.lobnig@schoellerbank.at
rene.martel@pimco.com
rene.merz@credit-suisse.com
rene.michel.2@claridenleu.com
rene.mouchotte@calyon.com
rene.nicolodi@zkb.ch
rene.noel@jpmorgan.com

rene.noelly@ubs.com
rene.penzler@db.com
rene.petersen@nordea.com
rene.przyborowsky@union-investment.de
rene.reisshauer@commerzbank.com
rene.saner@stg.ch
rene.schertenleib@vontobel.ch
rene.schmidli@generali.ch
rene.schmidli@swissfirst.ch
rene.schmit@hypovereinsbank.lu
rene.schneider@juliusbaer.com
rene.torgersen@pioneerinvestments.com
rene.vongunten@credit-suisse.com
rene.wagner@claridenleu.com
rene.weber@hsbcpb.com
rene.zahner@juliusbaer.com
rene_de_bray@deltalloyd.nl
rene_noel@bankone.com
renee.arledge@pnc.com
renee.bauer@erstebank.at
renee.beaudreau@thehartford.com
renee.bonnell@nationalcity.com
renee.boukhelf@ib.bankgesellschaft.de
renee.chatoux@bnpparibas.com
renee.chrostowski@aig.com
renee.dougherty@schwab.com
renee.eick@blackrock.com
renee.gallizzo@prudential.com
renee.hui@allianzinvestors.com
renee.kassis@statestreet.com
renee.paysour@columbiamanagement.com
renee.pernell@morganstanley.com
renee.pfender@fhlb-pgh.com
renee.poutree@fmr.com
renee_r_schultz@fanniemae.com
renee_tang@fanniemae.com
renegal@nationwide.com
rene-pierre.giavina@bcv.ch
rengel@newmontmining.com
rengland@barrowhanley.com
renieris@gruppocredit.it
renjing@icbc.com.cn
renne.marsjanik@lmginv.com
reno.kroboth@bawag.com

renold.thompson@nationalcity.com
ren-raw.chen@blackrock.com
rentwistle@oppenheimerfunds.com
reny.thomas@prudential.com
renyg@cmbchina.com
renzo.bagorda@credit-suisse.com
renzo.scilacci@montepaschi.ch
renzo.tarantino@bpm.it
repo1@bok.or.kr
repodesk.fim@bcee.lu
repulsebay@clubaa.com
rer@ubp.ch
rer09@dartmouth.edu
rernst@hcmlp.com
rerras@helaba-invest.de
res@jwbristol.com
research.bnppam@bnpparibas.com
research.corporates@snb.ch
research.investment@snb.ch
research.ozkaya@gmail.com
research.vadim@alliancebernstein.com
research.wolfman@acqcap.com
research@ae-gis.com
research@capraasset.com
research@croftleo.com
research@daiwasbi.co.jp
research@delen.be
research@fcminvest.com
research@fultonfinancialadvisors.com
research@gkb.ch
research@halcyonpartnerships.com
research@heritageinvestors.com
research@infidar.ch
research@jbush.com
research@keleher.info
research@lvmh.fr
research@marchpartners.com
research@mcleanbudden.com
research@metro.de
research@netglide.com
research@research.com
research@sarofim.com
research@stonehillcap.com
research@tchinc.com

research@zuam.ch
research1@rbcds-ged-uk.com
research1@tudor.com
researchea@pasche.ch
research-newsletter-data@tudor.com
researchreports@bailliegifford.com
researchrequest@warburgpincus.com
reshma.patel@morganstanley.com
resi.dickler@geninvest.de
resit.talimcioglut@bnpparibas.com
restewart@martincurrie.com
retaildwr@bloomberg.net
retienne@osc.state.ny.us
reto.antonietti@csfides.ch
reto.beerli@juliusbaer.com
reto.buehler@dresdner-bank.ch
reto.buesser@dresdner-bank.ch
reto.cantoni@ubsw.com
reto.demostene@ubs.com
reto.frei@uebgroup.com
reto.fuenfgeld@cic.ch
reto.grau@slhfp.ch
reto.grieder@vontobel.com
reto.heldstab@bve.ch
reto.hess@credit-suisse.com
reto.hintermann@juliusbaer.com
reto.jaeggli@ca-suisse.com
reto.lienhard@zkb.ch
reto.meneghetti@credit-suisse.com
reto.niggli@swisscanto.ch
reto.portmann@sarasin.co.uk
reto.rebmann@lbswiss.ch
reto.schmidlin@juliusbaer.com
reto.seiler@csam.com
reto.stadelmann@ubsw.com
reto.stiffler@juliusbaer.com
reto.tarnutzer@juliusbaer.com
reto.weber@bsibank.com
reto.wiget@credit-suisse.com
reto.wild@georgfischer.com
reto.wolf@cibasc.com
reuben_scherzer@victoryconnect.com
reubenabrams@gic.com.sg
revans@martincurrie.com

reverett@bpbtc.com
revolon.alberto@sella.it
rex.olson@pacificlife.com
rex.sinquefield@dfafunds.com
rex.w.bennett@conocophillips.com
rex_hw_tang@hkma.gov.hk
rex_schuette@ucbi.com
rey.dominique@rahnbodmer.ch
rey_stroube@agfg.com
reynaldo.garcia@ibtco.com
reynars@nationwide.com
reynoldr@ubk.co.uk
reynolds@apolloic.com
reynolj@vankampen.com
reynote@bloomberg.net
reza.kazemi@s-versicherung.at
reza.samdjee@francetelecom.com
reza.vishkai@insightinvestment.com
reza@bnm.gov.my
reza_bahar@hvbamericas.com
rf.invermap@mapfre.com
rfacchini@sbp-banque.ch
rfalchetti@standishmellon.com
rfallon@tigerglobal.com
rfanciullo@icbny.com
rfaris@ocwen.com
rfaulkner@babsoncapital.com
rfaulkner@bcentral.cl
rfc@jwbristol.com
rfcollins@delinvest.com
rfeign@cisco.com
rfeingold@dlbabson.com
rfeiss@bloomberg.net
rfeldmann@bear.com
rfeliciano@mfs.com
rferber@bloomberg.net
rferguson@gcr.com
rfernand@bcentral.cl
rfernandez@opusinvestment.com
rferraioli@caxton.com
rferrara@jhancock.com
rferste@templeton.com
rfetch@lordabbett.com
rfh@dartmouth.edu

rfhayes@wellington.com
rfick@borel.com
rfiel@hough.com
rfielding@oppenheimerfunds.com
rfilatov@templeton.com
rfilia@federatedinv.com
rfinch@hourglasscapital.com
rfinn@opers.org
rfischer@allstate.com
rfiske@pershing.com
rflaherty@mfs.com
rflax@perrycap.com
rfleimkuhler@delinvest.com
rfleming@ingfnc.com
rfleming@leopoldjoseph.com
rflorez@lib.com
rflowers@dbzco.com
rflugum@aegonusa.com
rfolmer@bloomberg.net
rfoo@troweprice.com
rforbes@edc-see.ca
rforgues@canyonpartners.com
rforker@loomissayles.com
rfornes@bloomberg.net
rfoster@caxtonhealth.com
rfox@opers.org
rfox@smithbreeden.com
rfox@whitneybank.com
rfp@nacm.com
rfpedersen@illinoismutual.com
rfr@atalantasosnoff.com
rfrancello@caxton.com
rfrangella@caxton.com
rfrank@gscpartners.com
rfrank@hellmanjordan.com
rfrankel@sarofim.com
rfranklin@nb.com
rfranzese@libertyview.com
rfranzese@nb.com
rfrazier@aegonusa.com
rfrederes@bloomberg.net
rfretz@us.mufg.jp
rfriedbe@blackrock.com
rfriedman@msfi.com

rfroig@stifel.com
rfronapfel@bankofny.com
rfruh@ifsam.com
rftchan@hkma.gov.hk
rfuente@banxico.org.mx
rfuhrman@wellington.com
rfunes@us.mufg.jp
rfurka@mymainstreetbank.com
rfyoung@metlife.com
rg.delclaux@grupobbva.com
rg@us.danskebank.com
rg369@cornell.edu
rg40@ntrs.com
rg55@ntrs.com
rgadala@bloomberg.net
rgaensslen@pictet.com
rgalione@europeancredit.com
rgallagher@babsoncapital.com
rgallen@mercuryinsurance.com
rgaller@invesco.com
rgambira@princeton.edu
rganesh@blackrock.com
rganti@hbk.com
rgarcesb@cajamadrid.es
rgardella@lordabbett.com
rgardner@cambonds.com
rgargant@finibanco.pt
rgarritt@nabny.com
rgartaganis@loomissayles.com
rgarton@pacificlife.com
rgarza@westernasset.com
rgasco@bancamarch.es
rgaskell@seic.com
rgasway@ups.com
rgatten1@bloomberg.net
rgaviglio@intermarketcorp.net
rgball@opers.org
rgbrown@bear.com
rgc@capgroup.com
rgclark@logancapital.com
rgeib@harleysvillesavings.com
rgengelb@bloomberg.net
rgeorge@bankofny.com
rgeorge@tiaa-cref.org

rgeorgeson@smithgraham.com
rgerber@lordabbett.com
rgerdeman@nb.com
rghrenassia@pictet.com
rgiangregorio@samipfd.com
rgiliberti1@bloomberg.net
rgill@bankofny.com
rgill@farmcredit-ffcb.com
rgilli10@ford.com
rginsberg@union-investment.de
rgipson@ingalls.net
rgiudice4@bloomberg.net
rgk@capgroup.com
rgk@dodgeandcox.com
rglaesche@wuerttag.de
rglasebrook@nb.com
rglenny@uscentral.org
rglise@munder.com
rgm@capgroup.com
rgm1@ntrs.com
rgmohan@wellington.com
rgn.tr@adia.ae
rgoel@aegonusa.com
rgoldberg@banxico.org.mx
rgoldsborough@arielinvestments.com
rgoldstein@bankofny.com
rgomes1@bloomberg.net
rgomez@bcentral.cl
rgonzalez@babsoncapital.com
rgonzalez@banamex.com
rgonzalez@fhlbatl.com
rgonzalezba@banamex.com
rgoodband@jhancock.com
rgoodof@loomissayles.com
rgooskens@msfi.com
rgordan@chevrontexaco.com
rgordon@williamblair.com
rgottesman@firstmanhattan.com
rgraham@bondwave.com
rgranber@nylim.com
rgrannis@qualcomm.com
rgrant@kbw.com
rgrau@nb.com
rgraves@mail.state.tn.us

rgravil@carac.fr
rgravino@provident-bank.com
rgreen@wasatchadvisors.com
rgreenjr@pclient.com
rgreeno@princeton.edu
rgregg@ftci.com
rgregory@baylbny.com
rgreulich@wdwitter.com
rgrimm@berkeleyvc.com
rgromero@princeton.edu
rgromko@dbzco.com
rgrubbs@wellington.com
rgruwell@fhlbi.com
rgstcollins@yahoo.com
rgthompson@dow.com
rgtreasury@robeco.nl
rguastello@marchpartners.com
rguha@canyonpartners.com
rguijt@insinger.com
rguimara@bloomberg.net
rgunaratna@metlife.com
rgupta4@metlife.com
rgusick@perrycap.com
rguttridge@lmfunds.com
rgw23@cornell.edu
rha@bankinvest.dk
rhaan@schootsepoort.nl
rhabursky@bloomberg.net
rhaddad@saib.com.sa
rhadley@ofiinstitutional.com
rhaggard@kbw.com
rhaggard@sanwafp.com
rhakim@templeton.com
rhale@cambonds.com
rhalgren@metlife.com
rhall@mfs.com
rhall@russell.com
rhallisey@blackrock.com
rhamilton@mfcglobalus.com
rhammerl@sgz-bank.lu
rhamwee@gscpartners.com
rhanek@munichre.com
rhannah@bankofcanada.ca
rhansen@ustrust.com

rhar@kempen.nl
rhare@alabamafuel.com
rhargaden@pacificincome.com
rharris@sterne-agee.com
rharrison@voyageur.net
rhart@frk.com
rharvey@fandc.co.uk
rharvey1@bloomberg.net
rhaskel@jbhanauer.com
rhauser@opcap.com
rhauser@pictet.com
rhausmann@tiaa-cref.org
rhawkins@mfs.com
rhay@libertyview.com
rhaydon@nb.com
rhd@tudor.com
rhdavis@us.nomura.com
rhe@nbim.no
rhea.hamilton@shell.com
rhea_mihalisin@merck.com
rhealy@kpsp.com
rhechler@waddell.com
rheckman@tiaa-cref.org
rheebner@ofii.com
rheidemann@waddell.com
rheinboden@netcologne.de
rheine@meag.com
rheinhyp@indigo.ie
rheitu.bansal@morganstanley.com
rhelderman@anthos.nl
rhelf@fiduciarymgt.com
rhelm@meag.com
rhenderson@bpbtc.com
rhenderson12@bloomberg.net
rhensley@unumprovident.com
rhern@meag.com
rhernandez@bsp.gov.ph
rherr@bankofny.com
rhervas@deerfieldcapital.com
rhett.brown@lazard.com
rhett.lambert@alexanderkey.com
rhett.neuenschwander@tcw.com
rhett_hunter@troweprice.com
rheza.lascano@hsbc.com

rhiett@viningsparks.com
rhill@ofii.com
rhimelfarb@leggmason.com
rhimelfarb@stifel.com
rhimmo@bloomberg.net
rhinckley@eatonvance.com
rhinderlie@copera.org
rhines@bostonprivatebank.com
rhl@capgroup.com
rhlee@metlife.com
rhmeredith@metlife.com
rhn@capgroup.com
rhn49225@cathaylife.com.tw
rhoades@rentec.com
rhocker@penncapital.com
rhoerle@rnt.com
rhoffman@us.nomura.com
rhoffman@wilmingtontrust.com
rhofmann@bloomberg.net
rholcomb@invest.treas.state.mi.us
rholt@1838.com
rholt@fmaadvisors.com
rholt@lkcm.com
rhom@ca-indosuez.com
rhona.stewart@aegon.co.uk
rhonda.liesenfeld@edwardjones.com
rhonda.vitanye@barclaysglobal.com
rhonda_boggs@dom.com
rhonda_chang@mfcinvestments.com
rhonda_crosson@putnam.com
rhonda_webb@calpers.ca.gov
rhondale.haywood@pnc.com
rhopps@allstate.com
rhorner@fnni.com
rhossli2@bloomberg.net
rhovermale@fhlbi.com
rhoverson@provident-bank.com
rhoward@lordabbett.com
rhowe@eatonvance.com
rhowells@bloomberg.net
rhoyng@fnccorp.com
rhs@capgroup.com
rhs@nbim.no
rhsu@frk.com

rhua@panagora.com
rhuang@mfs.com
rhughes@bbandt.com
rhughes@pwmco.com
rhutton@libertyview.com
rhutton@nb.com
rhv39972@glaxowellcome.co.uk
rhys.foulkes@threadneedle.co.uk
rhys.g.true@jpmorgan.com
rhys.lyons@icap.com
rhys@braeburncapital.com
rhys_davies@hen.invesco.com
ri.guderian@frankfurt-trust.de
ri@capgroup.com
ri@ubpam.com
ri5@ntrs.com
ria.beckers@interbrew.com
ria.sugay@banksterling.com
rian.caufield@ge.com
rian.caufman@ge.com
rian@sek.se
ribo01@handelsbanken.se
ribonib@1stsource.com
ric.costa@pimco.com
rica.trujillo@frm.com
ricardo.caldeira@finantia.com
ricardo.calico@cgd.pt
ricardo.funes@scotiacapital.com
ricardo.grados@ohis.com
ricardo.laborda@grupobbva.com
ricardo.marino@gs.com
ricardo.martinelli@bcb.gov.br
ricardo.mesquita@bcb.gov.br
ricardo.moura@bcb.gov.br
ricardo.pedro@clf-dexia.com
ricardo.pires@besci.co.uk
ricardo.rosa@grupposantander.pt
ricardo.salgado@gs.com
ricardo.sanmartin@fonditel.es
ricardo.sayao@alcoa.com
ricardo.scaff@rabobank.com
ricardo.vit@sscims.com
ricardo.xavier@ashmoregroup.com
ricardo_cipicchio@bankone.com

ricardocruz@quilter.co.uk
riccardi.roberto@enel.it
riccardo.bindi@morganstanley.com
riccardo.cavo@pioneeraltinvest.com
riccardo.cazzola@eurosgr.it
riccardo.costa@ersel.it
riccardo.curcio@uk.fid-intl.com
riccardo.divenuta@sai.it
riccardo.grimaldi@bancaprofilo.it
riccardo.lagorio@bancaprofilo.it
riccardo.lugli@bancaintesa.co.uk
riccardo.magni@bpubanca.it
riccardo.masotti@credit-suisse.com
riccardo.mazzi@bancaintesa.it
riccardo.nembri@bancaprofilo.it
riccardo.parasporo@bancaintesa.it
riccardo.quartodipalo@mediobanca.it
riccardo.ratti@bancaprofilo.it
riccardo.senn@ubs.com
riccardo.taje@jpmorganfleming.com
riccardo.tomasi@banca.mps.it
riccardo.vanoli@db.com
riccardo.veglio@mediolanum.it
riccardo.zucchini@bancalombarda.it
riccardodirenzo@cariplo.it
riccardoserrini@intesabci.it
ricciardi@mpsgr.it
ricciot@aetna.com
riccochan@mas.gov.sg
riccolon@bbvapr.com
rice_paul@jpmorganfleming.com
ricet@ebrd.com
rich.bartolotta@eds.com
rich.bielen@protective.com
rich.bradfield@mortgagefamily.com
rich.bressler@twi.com
rich.brody@ppmamerica.com
rich.burns@prudential.com
rich.crist@prudential.com
rich.dabrowski@citadelgroup.com
rich.farra@transamerica.com
rich.gale@firstunion.com
rich.gale@glenmede.com
rich.ghazarian@westernasset.com

rich.hobson@sterlingsavings.com
rich.kelly@db.com
rich.king@6thaveinvest.com
rich.king@houston.nacm.com
rich.laxer@ge.com
rich.mercante@aig.com
rich.millard@jpfinancial.com
rich.okeeffe@pncadvisors.com
rich.rosen@jwseligman.com
rich.shulusky@commercebank.com
rich.smith@aberdeen-asset.com
rich.stevenson@tcw.com
rich.urban@corporate.ge.com
rich.vaccaro@prudential.com
rich.vandermass@morganstanley.com
rich_carter@ustrust.com
rich_fitzsimons@swissre.com
rich_gazda@ml.com
rich_jamie@jpmorgan.com
rich_king@invesco.com
rich_petruzzo@vanguard.com
rich_robben@invesco.com
rich_sega@conning.com
richarad@rbcel.com
richard.a.henley@jpmchase.com
richard.a.hoffman@csam.com
richard.a.jarvis@jpmorgan.com
richard.abma@kasbank.com
richard.adams@ing.com.au
richard.albanese@prudential.com
richard.albano@ingfunds.com
richard.alborough@morleyfm.com
richard.allen@fuji-bank.co.uk
richard.altstaetter@btv.at
richard.annunziato@csam.com
richard.asbery@gs.com
richard.askey@lloydstsb.co.uk
richard.aubrey@bankofthewest.com
richard.avidon@csam.com
richard.avidon@db.com
richard.axilrod@moorecap.com
richard.baker@glgpartners.com
richard.baldwin@gartmore.com
richard.balfour@csam.com

richard.balloch@resolutionasset.com
richard.banno@pacificlife.com
richard.baytosh@huntington.com
richard.beadsworth@lloydstsb.co.uk
richard.bei@bernstein.com
richard.bell@isisam.com
richard.bennett@rabobank.com
richard.berberian@rbsgc.com
richard.berthiaume@tudor.com
richard.bertoni@dresdnerkleinwort.com
richard.biagini@fmr.com
richard.biegen@aig.com
richard.bisson@nomura-asset.co.uk
richard.black@lgim.co.uk
richard.black@omam.co.uk
richard.bohan@fmr.com
richard.bona@gmacm.com
richard.booth@db.com
richard.brightman@barclaysglobal.com
richard.brink@alliancebernstein.com
richard.brown@citigroup.com
richard.brown@schroders.com
richard.brumby@csam.com
richard.burrows@pernod-ricard.com
richard.burton@hypovereinsbank.de
richard.burwood@citicorp.com
richard.busellato@moorecap.co.uk
richard.butler@caam.com
richard.byrnes@db.com
richard.c.davies@jpmorgan.com
richard.cai@novartis.com
richard.cambridge@lgim.co.uk
richard.campbell@lloydstsb.co.uk
richard.campbell@trs.state.tx.us
richard.campbell@umb.com
richard.cansell@morleyfm.com
richard.carnes@pncbank.com
richard.caro@columbiamanagement.com
richard.casey@boigm.com
richard.cashin@ubs.com
richard.chadderton@lazard.com
richard.chang@moorecap.com
richard.chapman@ldn.invesco.com
richard.chauvin@capitalonebank.com

richard.chen@barclaysglobal.com
richard.cheng@fmr.com
richard.chilton@swift.com
richard.chin@53.com
richard.chin@watchhillfunds.com
richard.christinat@bcv.ch
richard.chung@db.com
richard.clarida@pimco.com
richard.clark@pnc.com
richard.clode@gartmore.com
richard.colasuonno@pimco.com
richard.colavecchio@wamu.net
richard.collins@ubs.com
richard.colwell@csam.com
richard.colwell@morleyfm.com
richard.convy@pnc.com
richard.cox@lbb.de
richard.craske@glgpartners.com
richard.cumberledge@inginvestment.com
richard.cumbley@commerzbankib.com
richard.cumbley@hsbcib.com
richard.cummings@dartmouth.edu
richard.curling@db.com
richard.cutts@columbiamanagement.com
richard.d.mellin@wellsfargo.com
richard.dahlberg@columbiamanagement.com
richard.dameron@pncbank.com
richard.davidson@morganstanley.com
richard.dekaser@nationalcity.com
richard.deluca@ibtco.com
richard.derose@alliancebernstein.com
richard.dichillo@inginvestment.com
richard.diem@pncadvisors.com
richard.dingwall-smith@swipartnership.co.uk
richard.dolhun@agf.com
richard.doron@fmr.com
richard.drason@db.com
richard.dryer@credit-suisse.com
richard.duggan@selective.com
richard.dunbar@swipartnership.co.uk
richard.dymond@morleyfm.com
richard.dyson@aberdeen-asset.com
richard.e.john@citi.com
richard.edelman@db.com

richard.edmonds@wachovia.com
richard.edwards@fac.com
richard.elliott@mhcb.co.uk
richard.esterly@daiwausa.com
richard.evans@gartmore.com
richard.evans@rolls-royce.com
richard.f.jordan@chase.com
richard.farmer@citadelgroup.com
richard.felegy@morganstanley.com
richard.fentin@fmr.com
richard.ferguson@db.com
richard.fiedorek@pncbank.com
richard.field@norwich-union.co.uk
richard.figuly@jpmorgan.com
richard.fisher@wamu.net
richard.flack@ubs.com
richard.flax@gs.com
richard.fletcher@fandc.com
richard.flint@barclaysglobal.com
richard.frei@zkb.ch
richard.friederich@zkb.ch
richard.fry@axa-im.com
richard.fuld@tudor.com
richard.furst@moorecap.com
richard.ghazarian@sce.com
richard.gibson@bankofamerica.com
richard.glass@morganstanley.com
richard.goddard@it.abnamro.com
richard.goldsmith@db.com
richard.goldthorpe@lloydstsb.co.uk
richard.grahman@uboc.com
richard.grasset@lloydstsb.co.uk
richard.green@norwich-union-life.co.uk
richard.greenwood@aig.com
richard.greenwood@prudential.com
richard.griffiths@uk.danskebank.com
richard.guether@morganstanley.com
richard.habermann@fmr.com
richard.hall@rbc.com
richard.hallett@morleyfm.com
richard.harjes@citadelgroup.com
richard.healing@mhcb.co.uk
richard.hegwood@columbiamanagement.com
richard.henricsson@nordea.com

richard.henry@pncbank.com
richard.herberth@jpmorganfleming.com
richard.herbst@jpmorgan.com
richard.herbst@rabobank.com
richard.hetherington@chase.com
richard.hill@csam.com
richard.hinz@cominvest-am.com
richard.hochreutiner@ubsw.com
richard.hockings@lazard.com
richard.hodges@lgim.co.uk
richard.hodson@credit-suisse.com
richard.hoerner@blackrock.com
richard.hogan@fmr.com
richard.homan@dillonread.com
richard.honeck@bankofamerica.com
richard.hoss@bnpparibas.com
richard.house@threadneedle.co.uk
richard.howarth@insightinvestment.com
richard.howorth@lionhart.net
richard.hrabchak@prudential.com
richard.hudson@icgplc.com
richard.hughes4@barcap.com
richard.humphreys@nationwide.co.uk
richard.huston@drkw.com
richard.insalaco@rochester.edu
richard.ipesch@apobank.de
richard.irons@cw.com
richard.j.barry@pjc.com
richard.j.nicholson@jpmchase.com
richard.j.rogalski@tuck.dartmouth.edu
richard.j.wall@aib.ie
richard.j.ward@jpmorganfleming.com
richard.jackson@tudor.com
richard.jenkins@rbccm.com
richard.johnson@pnc.com
richard.johnston@siemens.com
richard.jucker@zkb.ch
richard.k.driscoll@usa.dupont.com
richard.kassaby@cba.com.au
richard.keizer@ingim.com
richard.kelly@biam.boi.ie
richard.kelsall@norwich-union-life.co.uk
richard.kelsall@norwich-union-life.com
richard.kennaugh@db.com

richard.kent@glenmede.com
richard.kernan@ryanbeck.com
richard.keys@lloydstsb.co.uk
richard.kim@jpmorgan.com
richard.kimball@usaa.com
richard.king@himco.com
richard.kobler@rmf.ch
richard.koch@ap1.se
richard.kosecky@erstebank.at
richard.kowal@lazard.com
richard.kruse@nomura-asset.co.uk
richard.lambert@bankofengland.co.uk
richard.lantz@electrolux.se
richard.larner@db.com
richard.lau@sg.standardchartered.com
richard.lee@citadelgroup.com
richard.lefebvre@caam.com
richard.lehman@isisam.com
richard.leite@credit-suisse.com
richard.lepere@caam.com
richard.levinson@firstunion.com
richard.lewis@newstaram.com
richard.leyman@ge.com
richard.liang@shinseibank.com
richard.lin@schroders.com
richard.list@credit-suisse.com
richard.lonsdale@gerrard.com
richard.loretan@juliusbaer.com
richard.lossano@prudential.com
richard.lowes@harrisbank.com
richard.lowman@isisam.com
richard.luijken@nibcapital.com
richard.luu@sarasin.ch
richard.m.davis@gs.com
richard.m.hibell@jpmorgan.com
richard.m.twomey@citigroup.com
richard.m.white@csam.com
richard.ma@lionhart.net
richard.machin@fhlb-pgh.com
richard.major@db.com
richard.mak@pimco.com
richard.manuel@fmr.com
richard.marshall@bbh.com
richard.marshall@mhcb.co.uk

richard.marwood@axa-im.com
richard.massuci@pncadvisors.com
richard.matas@4086.com
richard.mattner@nyc.rabobank.com
richard.mauro@pncbank.com
richard.may@barclaysglobal.com
richard.mcbain@db.com
richard.mcbride@clamericas.com
richard.mcclorey@bmo.com
richard.mccormick@threadneedle.co.uk
richard.mcintosh@sgcib.com
richard.mckinney@deshaw.com
richard.meek@bbh.com
richard.meese@barclaysglobal.com
richard.mejzak@blackrock.com
richard.merage@falconig.com
richard.mercier@alliancebernstein.com
richard.meth@jpmorganfleming.com
richard.mettler@columbiamanagement.com
richard.mhende@morganstanley.com
richard.miller@ge.com
richard.montesano@us.mizuho-sc.com
richard.moore@gmacrfc.com
richard.moore@omam.co.uk
richard.moreland@bmo.com
richard.morgan@bapfim.co.uk
richard.mormile@pioneeraltinvest.com
richard.mueller@rmf.ch
richard.mulley@gs.com
richard.murphy@ch.abnamro.com
richard.muruve@bmo.com
richard.n.sharp@hsbcam.com
richard.nahmani@lodh.com
richard.nash@isisam.com
richard.neuner@blb.de
richard.ng@intel.com
richard.nibloe@insightinvestment.com
richard.nield@aiminvestments.com
richard.north@sixcontinents.com
richard.o'connell@barclays.co.uk
richard.oconnell@gcm.com
richard.olson2@hp.com
richard.owens@rbccm.com
richard.p.grammer@bankofamerica.com

richard.padgham@pncbank.com
richard.papetti@morganstanley.com
richard.parent@prudential.com
richard.patterson@swip.com
richard.peck@fmr.com
richard.peirson@framlington.co.uk
richard.penny@lgim.co.uk
richard.petrino@columbiamanagement.com
richard.philips@ubs.com
richard.piccirillo@prudential.com
richard.pierson@framlington.co.uk
richard.pike@tudor.com
richard.pitre@tasitalia.com
richard.prvulovich@gartmore.com
richard.puma@ospraie.com
richard.q.wendt@towersperrin.com
richard.quin@csam.com
richard.r.davis@citigroup.com
richard.r.helmerichs@pjc.com
richard.razza@thehartford.com
richard.read@lloydstsb.co.uk
richard.redfern@isisam.com
richard.ritschel@nordea.lu
richard.robben@db.com
richard.rochat@csam.com
richard.rogers@prudential.com
richard.rokus@micorp.com
richard.romano@prudential.com
richard.rose@pfpc.com
richard.rosen@mackayshields.com
richard.rossatti@tkb.ch
richard.s.bei@jpmorgan.com
richard.s.cohen@bankofamerica.com
richard.saldanha@investecmail.com
richard.saldanha@morleyfm.com
richard.saler@inginvestment.com
richard.samuel@icgplc.co.uk
richard.sanderson@lloydstsb.co.uk
richard.schlanger@pioneerinvest.com
richard.schmidt@postbank.de
richard.schoeb@jpmorgan.com
richard.schreuder@barclays.co.uk
richard.schulein@fbs.nl
richard.scott@aig.com

richard.seebacher@sparkasse.it
richard.seissler@t-online.de
richard.shepley@db.com
richard.shum@schroders.com
richard.shuster@wpginvest.com
richard.singleton@fandc.com
richard.skelt@uk.fid-intl.com
richard.skeppstrom@eagleasset.com
richard.slaughter@ers.state.tx.us
richard.sloan@barclaysglobal.com
richard.small@csfb.com
richard.smith@tcw.com
richard.smithyes@uk.mufg.jp
richard.spalton@aberdeen-asset.com
richard.spillane@fidelity.com
richard.springate@dkib.com
richard.stanley@singers.co.im
richard.starling@fmr.com
richard.steffen@juliusbaer.com
richard.stevens@lgim.co.uk
richard.stevens@nationalcity.com
richard.stevens@pioneerinvestments.com
richard.stevenson@allegiantgroup.com
richard.stewart@db.com
richard.stewart@moorecap.com
richard.talerico@umb.com
richard.tan@credit-suisse.com
richard.tanner@ubs.com
richard.taormina@jpmorgan.com
richard.taube@pacificlife.com
richard.tauber@columbiamanagement.com
richard.taylor1@barclays.co.uk
richard.teisch@pseg.com
richard.tennant@uk.fid-intl.com
richard.thieke@db.com
richard.thompson@aig.com
richard.thompson@bnpparibas.com
richard.thompson@uk.fid-intl.com
richard.tomlinson@omam.co.uk
richard.toner@prudential.com
richard.travis@morgankeegan.com
richard.troyer@alliancebernstein.com
richard.truong@uk.mizuho-sc.com
richard.tsai@barclaysglobal.com

richard.turner@columbiamanagement.com
richard.ungaro@americas.bnpparibas.com
richard.urwin@blackrock.com
richard.v.annunziato@citigroup.com
richard.van.ovost@mn-services.nl
richard.veith@kodak.com
richard.vincent@skandia.co.uk
richard.w.berger@dartmouth.edu
richard.w.bottomley@hsbc.com
richard.w.bullock@jpmorgan.com
richard.w.sunderland.iii@dartmouth.edu
richard.waddington@rbccm.com
richard.wagner@vkb.de
richard.walker@thomascook.com
richard.walsh@glgpartners.com
richard.warne@credit-suisse.com
richard.warr@citigroup.com
richard.watts@fandc.com
richard.weaver@bernstein.com
richard.webb@flemings.com
richard.wegener@citadelgroup.com
richard.weiland@s-versicherung.co.at
richard.weiss@alliancebernstein.com
richard.weiss@ibtco.com
richard.wellington@bankofengland.co.uk
richard.welsh@inginvestment.com
richard.wendell@prudential.com
richard.wertheimer@citadelgroup.com
richard.west@ubs.com
richard.whiles@halliburton.com
richard.white@opco.com
richard.whitehouse@hsbc.com
richard.wigglesworth@db.com
richard.wilkinson@erstebank.at
richard.williams@blackrock.com
richard.wilmarth@bbh.com
richard.wilson@fandc.com
richard.wilson@threadneedle.co.uk
richard.winkler@aam.ch
richard.wiseman@insightinvestment.com
richard.wittesaele@bnpparibas.com
richard.wohanka@fortisinvestments.com
richard.woodhouse@commerzbankib.com
richard.woodhouse@eu.nabgroup.com

richard.woodward@frostbank.com
richard.x.austin@jpmorgan.com
richard.xie@4086.com
richard.yarmey@pncbank.com
richard.yurasko@pncadvisors.com
richard.zechmeister@credit-suisse.com
richard@barclaysglobal.com
richard@baupost.com
richard@epsilonfunds.com
richard@rentec.com
richard@roxcap.com
richard_a_hill@westlb.co.uk
richard_a_janus@victoryconnect.com
richard_arnott@ssga.com
richard_balestra@cinfin.com
richard_bard@reservefunds.com
richard_batty@standardlife.com
richard_block@putnam.com
richard_bowers@ssga.com
richard_bridges@capgroup.com
richard_c_hepner@vanguard.com
richard_c_hughes@westlb.co.uk
richard_chen@scudder.com
richard_chung@freddiemac.com
richard_clattenburg@troweprice.com
richard_cordover@hvbamericas.com
richard_cortese@manulife.com
richard_crook@mfcinvestments.com
richard_decoste@putnam.com
richard_dell@blackrock.com
richard_dent@troweprice.com
richard_duffy@calpers.ca.gov
richard_ellson@hvbamericas.com
richard_fang@invesco.com
richard_g_dauteuil@fleet.com
richard_g_wolverton@keybank.com
richard_gorda@glenmede.com
richard_gordon@ml.com
richard_ho@fujibank.co.jp
richard_hoang@putnam.com
richard_hofmann@nacm.com
richard_hopkins@perpetual.co.uk
richard_j_turgeon@victoryconnect.com
richard_jaucian@fanniemae.com

richard_johannes@putnam.com
richard_kehoe@nylim.com
richard_kemp@banvenez.com
richard_ko@ml.com
richard_kos@mfcinvestments.com
richard_leung@putnam.com
richard_li@usa.net
richard_limekiller@ustrust.com
richard_macdonald@putnam.com
richard_moffat@standardlife.com
richard_neuman@westlb.com
richard_newitter@acml.com
richard_ngpack@ssga.com
richard_ochman@ssga.com
richard_olek@freddiemac.com
richard_pilat@putnam.com
richard_plackett@blackrock.com
richard_pooley@blackrock.com
richard_powers@vanguard.com
richard_presley@troweprice.com
richard_ronan@acml.com
richard_rothwell@ntrs.com
richard_scholefield@standardlife.com
richard_schwartz@am.newyorklife.com
richard_sorkin@fanniemae.com
richard_tan@ml.com
richard_tanner@swissre.com
richard_taylor@acml.com
richard_thomas@ssga.com
richard_townsend@merck.com
richard_turnill@blackrock.com
richard_vanden_boogard@victoryconnect.com
richard_vella@ml.com
richard_w_wolf@fanniemae.com
richard_wang@freddiemac.com
richard_whitfield@vanguard.com
richard_wilmot@newton.co.uk
richard_wintle@newton.co.uk
richarda.heubisch@bayernlb.de
richarda@bloomberg.net
richarda@imsi.com
richardbarns@bankofny.com
richardc@cater-allen.co.uk
richardchan@gic.com.sg

richardd@coj.net
richarddennis@wessexam.co.uk
richardfearon@eaton.com
richard-h.thomas@ubs.com
richardh@treasury.state.az.us
richardhill@bloomberg.net
richardj@aeltus.com
richardjackson6551@sbcglobal.net
richard-m.smith@db.com
richardmusch@hotmail.com
richardmyers@halifax.co.uk
richardo.rodriques@bcv.ch
richard-peter.leib@muenchenerhyp.de
richards.jason@ntrs.com
richards.jc@mellon.com
richards@hcmny.com
richardschreuder@saemor.com
richardspence@hsbc.com
richardstrait@northwesternmutual.com
richardt@mcm.com
richarst@deshaw.com
richie.cruz@pimco.com
richie@ruanecunniff.com
rich-mgam.wilson@db.com
richmondb@greenecountybank.com
rick.aneshansel@firstar.com
rick.baril@utc.com
rick.baylor@moorecap.com
rick.block@harrisbank.com
rick.bookstaber@bwater.com
rick.brown@bmo.com
rick.bryan@bmonb.com
rick.burmeister@bundesbank.de
rick.cardillo@nationstarmail.com
rick.castro@barclaysglobal.com
rick.cleary@sharpridge.com
rick.davis@jpmorgan.com
rick.delosreyes@soros.com
rick.dentith@rlam.co.uk
rick.didonato@firstunion.com
rick.foytek@nationalcity.com
rick.ganong@tudor.com
rick.grossman@ccastrategies.com
rick.harmon@sto.sc.gov

rick.hoogerwerf@ingim.com
rick.i.davis@bankamerica.com
rick.johnston@resolutionplc.com
rick.jones@ncmcapital.com
rick.lam@hk.nomura.com
rick.llewellyn@rabobank.com
rick.lynes@prudential.com
rick.mace@fmr.com
rick.mak@tdsecurities.com
rick.marquez@bhf-bank.com
rick.morioka@pimco.com
rick.nelson@inginvestment.com
rick.nelson@truscocapital.com
rick.palmon@db.com
rick.patel@fidelity.com
rick.petran@swib.state.wi.us
rick.pitten@columbiamanagement.com
rick.pressly@coair.com
rick.ratkowski@nisanet.com
rick.romano@prudential.com
rick.rubin@pnc.com
rick.schlesinger@pnc.com
rick.scott@aig.com
rick.simonsen@nokia.com
rick.vallieres@alliancebernstein.com
rick.vansteenbergen@himco.com
rick.velez@kofc.org
rick.wayne@pncbank.com
rick.yee@bankofthewest.com
rick@apothcap.com
rick@heliosgrp.com
rick@presaz.com
rick@primco.com
rick@stw.com
rick_conway@agfg.com
rick_delosreyes@troweprice.com
rick_didonato@keybank.com
rick_gable@sunlife.com
rick_gordon@sunlife.com
rick_jackson@scudder.com
rick_richmond@conseco.com
rick_sawers@national.com.au
rick_smith@bancone.com
rick_turnock@invesco.com

rick_weed@putnam.com
rick_wynn@putnam.com
rickard.alte@amfpension.se
rickard.calalv@nordea.com
rickard.skogsfors@swedbank.com
rickard.stenberg@seb.se
rickard.synnergren@seb.se
rickard.waldenlind@nordea.com
rickard.warnelid@dnb.se
rickboesch@bloomberg.net
rickbotthof@synovus.com
rickdoede@ftadvisors.com
rickp@bloomberg.net
ricksr@ensignpeak.org
rick-waldis@dlfi.com
ricky.lit@fortisbank.com.hk
ricky.liu@email.chinatrust.com.tw
ricky.sun@citadelgroup.com
rickyh@nbd.com
rickyhowe@hotmail.com
rickylaw@bloomberg.net
ricmea@safeco.com
rico.bopp@csam.com
rico.fasel@nl.fortis.com
rico.milde@bhf.ing.com
ricocheung@ftsfund.com
ricsun@carnegie.se
ridgely_ficks@putnam.com
ridwan.setiadi.oey@ingim.com
rie.kachi@mizuho-cb.co.jp
rie.shibuya@alliancebernstein.com
rie0429@dl.dai-ichi-life.co.jp
rieco.mello@fmr.com
rieglerw@vankampen.com
rie-katoh@am.mufg.jp
rieko.matsuzawa@boj.or.jp
rieko.tsuchiya@boj.or.jp
rieko.uehara@pimco.com
rieko_arai@mitsubishi-trust.co.jp
rieko-mino@am.mufg.jp
rien.wijnen@ingim.com
riesen.markus@rahnbodmer.ch
riesmeyer.j@mellon.com
riesposito@bankofny.com

riet.vijgen@puilaetco.be
rievesg@rjrt.com
rifatrafi.ojalvo@teb.com.tr
rigano.rita@enel.it
riggins.sarah@principal.com
riginos_dimitriou@blackrock.com
rihi01@handelsbanken.se
riichiro.fukahori@mizuho-cb.co.jp
riitta.naaralainen-vallila@tapiola.fi
riitta.salonen@leonia.fi
rijk_griffioen@nl.ibm.com
rik.dhoest@nagelmackers.be
rika.sato@ubs.com
rikard.forssmed@swedbankrobur.se
riki@nochubank.or.jp
rikiya_kato@putnam.com
rikkin@erbd.com
riku.wiitala@oko.fi
ril.tr@adia.ae
rili01@handelsbanken.se
rim.tehraoui@bnpparibas.com
rima.el-kawa@barclaysglobal.com
rima.terradista@aibny.com
rimma.talis@jpmchase.com
rimperiale@forwardmgmt.com
rina.andriani@ai.astra.co.id
rina.asano@japan.gartmore.com
rina.bhattacharyya@ubs.com
rina.ghez@novartis.com
rina.jha@fmr.com
rina.r.conti@jpmchase.com
rina.yoo@bmo.com
rinaldo.rusca@bsibank.com
rinaldo.tonsi@italtel.it
rinesh.mehta@bankofamerica.com
ringo.r.leo@aexp.com
ringo_lau@scotiacapiral.com
rinji.watanabe@schroders.com
rino.cantele@centrumbank.li
rino.miraglia@claridenleu.com
rio.tandaju@lodh.com
riordan.p@mellon.com
ripal.patel@inginvestment.com
ripper.jennifer@pennmutual.com

rirani@alfransi.com.sa
risa_genjima@tr.mufg.jp
risaueda@dl.dai-ichi-life.co.jp
risei.goto@truscocapital.com
rishi.bali@dillonread.com
rishi.kakati@citi.com
rishi.kansagra@bankofengland.co.uk
rishi.modi@hcmny.com
rishi.sadarangani@alliancebernstein.com
rishi_chullani@invesco.com
rishma.moennasing@nl.abnamro.com
rishul.shah@canadalife.co.uk
risk.management@banchemarche.it
riskbotm@bloomberg.net
rissem@firstcharter.com
risteardbrennan@angloirishbank.ie
risto.oja@swip.com
risto.paivansalo@evli.com
risto.peltokangas@bof.fi
rita.alberico@firstmidwest.com
rita.boscolo@antonveneta.it
rita.capocasale@interbanca.it
rita.chu@wellsfargo.com
rita.crusius@generali.ch
rita.dhut@morleyfm.com
rita.duggan@ge.com
rita.geyermann@kfw.de
rita.grewal@uk.fid-intl.com
rita.hsiao@email.chinatrust.com.tw
rita.j.hanson@jpmorgan.com
rita.kelley@pharma.novartis.com
rita.mcavoy@aberdeen-asset.com
rita.ontko@nationalcity.com
rita.osea@aig.com
rita.pointer@oberbank.at
rita.taplatzidou@fandc.com
rita.ukmt.mccarthy@jpmorgan.com
rita@venetoireland.com
ritaleung@hsbc.com.hk
rita-marie.giudice@credit-suisse.com
ritesh.verma@ge.com
ritikap@mcm.com
ritirupa_samanta@ssga.com
ritt@oce.nl

ritter@bessemer.com
ritterj@strsoh.org
ritu.bhargava@jpmorganfleming.com
ritu.dattani@bg-group.com
riva@bloomberg.net
riveraj@wellscap.com
rivese@nuveen.com
rivierep@cpw.co.uk
rix@loomissayles.com
riyadh.yousif@nbb.com.bh
riyer@canyonpartners.com
riyouta_inami@am.sumitomolife.co.jp
riyouzo.iknoshita@surugabank.co.jp
riyuu824@dl.dai-ichi-life.co.jp
riz.raja@prudential.com
rizal@bcb.com.my
rizalsd@mas.com.my
rizmirlian@meag-ny.com
rizwan.ahmad@rbccm.com
rizwanul.huda@fhlbboston.com
rizzi@mediolanum.it
rizzoni@rentec.com
rj.jones@nordstrom.com
rjaamereno@bloomberg.net
rjachim@desaricap.com
rjack@britannicasset.com
rjackson@capfed.com
rjacobs@ftci.com
rjacoud@brusselsairlines.com
rjaeger@wgtrading.com
rjaffe@angelogordon.com
rjain@standard.com
rjakob@hcmlp.com
rjames@pictet.com
rjameson@bloomberg.net
rjameson@tiaa-cref.org
rjandrasits@bloomberg.net
rjbarrett@wellington.com
rjbukovac@williamblair.com
rjdegirolamo@statestreet.com
rjdriver@ybs.co.uk
rjempalmado@unionbankph.com
rjenkins@metlife.com
rjensen3@bloomberg.net

rjfaro@wellington.com
rjfilip@delinvest.com
rjfreniere@wellington.com
rjgatwar@nb.com
rjh.eu@adia.ae
rjian@mail.notes.bank-of-china.com
rjiang@wellington.com
rjkaye@wellington.com
rjle@tao.sainsburys.co.uk
rjm@dodgeandcox.com
rjmoro@wellington.com
rjmurphy@aegonusa.com
rjn@gruss.com
rjohnson@nacm.com
rjohnson@smithgraham.com
rjohnson@tiaa-cref.org
rjoller@pictet.com
rjones@fandc.co.uk
rjones@invest.treas.state.mi.us
rjones@tigerglobal.com
rjordan@hellmanjordan.com
rjosephs@ibtco.com
rjostes@allstate.com
rjr@libertyview.com
rjr242@cornell.edu
rjrpng@bloomberg.net
rjs@sitinvest.com
rjs1@ntrs.com
rjschreuder@anthos.nl
rjstapleton@shellus.com
rjt@wmblair.com
rjthurston@wellington.com
rjuan@bancamarch.es
rjurado@mapfre.com
rk275@cornell.edu
rk43@ntrs.com
rkalaau@perrycap.com
rkalra@bloomberg.net
rkamali@bloomberg.net
rkampfe@utimco.org
rkaneko@bloomberg.net
rkanovich@oppenheimerfunds.com
rkanzenbach@voyageur.net
rkapur@dlbabson.com

rkarcher@jmsonline.com
rkarlsson1@bloomberg.net
rkathuria@babsoncapital.com
rkay@btmna.com
rkay@us.mufg.jp
rkazemi@bloomberg.net
rkeane@kbw.com
rkehoe@bankofny.com
rkeister@montag.com
rkekish@tsbjinc.com
rkelly@edc.ca
rkelly@panagora.com
rkelly@rockfound.org
rkemp@capgrowthmgt.com
rkent@wilmingtontrust.com
rkeough@jhancock.com
rkernaghan@fiatcorp.co.uk
rkerr@alger.com
rkerth@union-investment.de
rkhlopin@boh.com
rkhoffman@wellington.com
rkhounlivong@groupama-am.fr
rkhoury@tiaa-cref.org
rkilbride@ifsam.com
rkinderman@ellington.com
rking@blackrock.com
rking@dreyfus.com
rking@warburgpincus.com
rkirk@orixcm. com
rkiuttu@myprovident.com
rkjellman@bpbtc.com
rklein@bear.com
rkleinschroth@munichre.com
rklemmer@jennison.com
rkli@kempen.nl
rklingman@bankofny.com
rklm@capgroup.com
rkloek@wolterskluwer.com
rkmann@advisorscap.com
rknee@lincap.com
rkoenig@metlife.com
rkoeste@frk.com
rkoh@bradfordmarzec.com
rkohn@arielinvestments.com

rkonrad@ryanbeck.com
rkoop@bloomberg.net
rkoretz@corusbank.com
rkostal@oechsle-de.com
rkostraba@websterbank.com
rkouliev@westernasset.com
rkouwenberg@aegon.nl
rkowalchik@combk.com
rkowit@federatedinv.com
rkramer@chicagoequity.com
rkramm@ers.state.tx.us
rkrause@josephthal.com
rkrishnan@wellington.com
rkubiak@standishmellon.com
rkumasaki@ambac.com
rkurma@mfs.com
rkurtz@bear.com
rkushel@blackrock.com
rkusmierski@bloomberg.net
rkusumastuti@bi.go.id
rkuze@bloomberg.net
rkwee@tiaa-cref.org
rl36@ntrs.com
rla@nbim.no
rlabbe@seven-cm.com
rlabonte@opusinvestment.com
rlacoff@sterling-capital.com
rlaffey@ifsam.com
rlaiseca@grupobbva.com
rlalexander@wellington.com
rlambert@bbandtcm.com
rlang@bankatlantic.com
rlang@lincap.co
rlangston@bloomberg.net
rlangway@jhancock.com
rlanphier@williamblair.com
rlapara@entergy.com
rlapointe@mfs.com
rlaragh@hbk.com
rlarner@ci.collins-stewart.com
rlarsen@lordabbett.com
rlarson@voyageur.net
rlaskowski@oceanfirst.com
rlatour@caxton.com

rlau@mfs.com
rlbaker@oppenheimerfunds.com
rlbesse@household.com
rlbyrne@leggmason.com
rlderesiewicz@wellington.com
rle@canyonpartners.com
rleavitt@americanfundadvisors.com
rlederman@rockco.com
rledis@westernasset.com
rlee@farcap.com
rlee@lordabbett.com
rlee@mfs.com
rlee@millertabak.com
rlee@uk.tr.mufg.jp
rlee@us.nomura.com
rlee@vcallc.com
rleeman@eatonvance.com
rleeman@evergreeninvestments.com
rlefevre@loomissayles.com
rleheny@caxtonadvantage.com
rlehnher@allstate.com
rlei@kempen.nl
rleist@metlife.com
rleitzes@loomissayles.com
rlennox@caxton.com
rleon@am-gruppe.de
rleonard3@bloomberg.net
rleongar@cajamadrid.es
rlescure@groupama-am.fr
rlestyk@ncmcapital.com
rleu@ibtco.com
rlevans@wellington.com
rleveque@oppenheimerfunds.com
rlevine@nb.com
rlevine@us.nomura.com
rlewis@ag-am.com
rlf@caqpgroup.com
rlfreund@ibtco.com
rli@tiaa-cref.org
rlicorish@worldbank.org
rlimage@osc.state.ny.us
rlin@investcorp.com
rlin@oppenheimerfunds.com
rlindberg@bloomberg.net

rlinden@hcmlp.com
rlink@meag.com
rlitchfield@allmerica.com
rlittle@dlbabson.com
rlittle@senecacapital.com
rlivermore@mfs.com
rlkropp@delinvest.com
rllewellin@bloomberg.net
rlochoff@teleos.com
rlockerman@unumprovident.com
rloewy@bank-of-china.com
rlofgren@capitaladv.com
rlong@fandc.co.uk
rlonic@unumprovident.com
rlopes@servibanca.pt
rlowe@bloomberg.net
rlsimmons@trigon.com
rlucchesini@calstrs.com
rlucy@tiaa-cref.org
rlundelius@westernasset.com
rlw12@dcx.com
rlwilson@bbandt.com
rlyons@dlbabson.com
rm@meisenbachcapital.com
rma@atalantasosnoff.com
rma6109@red.cam.es
rmacdonald@mandtbank.com
rmacia@grupobbva.com
rmackay@loomissayles.com
rmackenson@nb.com
rmacphee@westernasset.com
rmaglin@federatedinv.com
rmagome@mtbcny.com
rmaher@woodman.com
rmahjoory@deerfieldcapital.com
rmahmud@bloomberg.net
rmahtre@wpgvp.com
rmalikyar@worldbank.org
rmalone@fideuramireland.ie
rmanfredi@credem.it
rmangels@wellscap.com
rmanix@us.ca-indosuez.com
rmann@aegonusa.com
rmann@bbandt.com

rmanning@mfs.com
rmarash@firstmanhattan.com
rmare@bcra.gov.ar
rmarks@caxton.com
rmarrone@evergreeninvestments.com
rmarsh@nb.com
rmarsh@tudor.com
rmarsjanik@wellington.com
rmartin@allstate.com
rmartine@cajamadrid.es
rmartineza@cam.es
rmartins@cajamadrid.es
rmartosl@bancopastor.es
rmarvin@roxcap.com
rmass@westernasset.com
rmassenberg@acml.com
rmasterson@gemcapitalmgmt.com
rmasucci@btmna.com
rmattessich@bankofny.com
rmatthes@metzler.com
rmatthews@oppenheimerfunds.com
rmatuschka@meag.com
rmaue@investmentcounselors.com
rmaura@bloomberg.net
rmcallister@britannicasset.com
rmcallister@mfs.com
rmcarthy@calfed.com
rmcashan@frostbank.com
rmccall@templeton.com
rmccarter@tiaa-cref.org
rmccrillis@itsmarta.com
rmccullough@mailbox.lacity.org
rmceldowney@brv-llc.com
rmcelhinney@loomissayles.com
rmcgill@bpop.com
rmcgrail@loomissayles.com
rmcgreevey@ustrust.com
rmcguf@state.wy.us
rmchargue@first-online.com
rmchugh@jhancock.com
rmchugh@us.nomura.com
rmcilrat@travelers.com
rmcinnes@mortgagenetwork.com
rmcintosh@caxton.com

rmckeever@dlbabson.com
rmclaughlin@evergreeninvestments.com
rmclaughlin@tiaa-cref.com
rmclawrence@bankofny.com
rmcnab@martincurrie.com
rmcnavish@1838.com
rmcwalters@bankofny.com
rmcwalters@jhancock.com
rmcwatters@jhancock.com
rmd.tr@adia.ae
rme@ubp.ch
rmeckler@cprus.com
rmeckler@libertyview.com
rmedina@standishmellon.com
rmedinaa@banxico.org.mx
rmediobanca@bloomberg.net
rmeeker@bear.com
rmeijer@optiver.com
rmeirschen@mmwarburg.com
rmelcher@aegonusa.com
rmendel@allstate.com
rmeo@lehman.com
rmeraviglia@vrgestioni.it
rmessina@westernasset.com
rmestaz@allegiancecapital.com
rmeyer@aegonusa.com
rmeyer@nb.com
rmeyer@pax.ch
rmeyer@seic.com
rmfrey@rmf.ch
rmiddlehurst@ufji.com
rmignemi@bankofny.com
rmiki@dl.dai-ichi-life.co.jp
rmillard@scotiacapital.com
rmiller@amfin.com
rmiller@bankofcanada.ca
rmiller@ifm.net.au
rmiller@serviceasset.com
rmills@samllc.com
rmirco@bloomberg.net
rmiriam@tudor.com
rmiron@blackrock.com
rmisko@oppenheimerfunds.com
rmk59@cornell.edu

rml@gries.com
rmlukassen@aegon.nl
rmodafferi@bancafideuram.it
rmolisso@metlife.com
rmollen@utimco.org
rmollett@blackrock.com
rmolloy@lifescap.com
rmontano@hotmail.com
rmonte@mapfre.com
rmoogan@lasallebonds.com
rmoolenaar@spfbeheer.nl
rmoone@ciceuro.com
rmooney@mdsass.com
rmorales@invercaixa.es
rmorenom@bankinter.es
rmorgan@blackrock.com
rmorgan@metlife.com
rmorillo@rockco.com
rmorino@caxton.com
rmorley@mfs.com
rmorris@lordabbett.com
rmorris@williamblair.com
rmorrison@dlbabson.com
rmorton@opers.org
rmoser@maninvestments.com
rmoukarim@dohabank.com.qa
rmowbray@fiatcorp.co.uk
rmowrer@blackrock.com
rmr@bloomerg.net
rmsparling@dow.com
rmueller@caxton.com
rmui@boh.com
rmulder@wolterskluwer.com
rmulford@tiaa-cref.org
rmullens@aflac.com
rmuller@insinger.com
rmuller@reatech.net
rmulligan@bankofny.com
rmunger@baupost.com
rmunro@essexinvest.com
rmurphy@ssrm.com
rmustard@scotiacapital.com
rmvaheesan@leggmason.com
rmwest@state.nm.us

rmwitkoff@chubb.com
rmyers@canyonpartners.com
rmzdunczyk@wellington.com
rn@atalantasosnoff.com
rn02472@bloomberg.net
rnackenson@nb.com
rnarayana@rockco.com
rnash@swst.com
rnastou@jhancock.com
rnatale@bear.com
rneath@metlife.com
rnegi@bloomberg.net
rnelson@bankofny.com
rnew@hanifen.com
rnewkirk@fhlbdm.com
rnewsome@blackrock.com
rnh.eu@adia.ae
rnh@capgroup.com
rnichols@strsoh.org
rnielsen@tiaa-cref.org
rnightingale@waddell.com
rnightingale@westernasset.co.uk
rnimmo@martincurrie.com
rnirenberg@metlife.com
rnishi@boj.co.uk
rnixon@barrowhanley.com
rniyazov@nylim.com
rnl@capgroup.com
rnl1@ntrs.com
rno@nbim.no
rnoe@imrf.org
rnoel@bloomberg.net
rnoreika@firststate.co.uk
rnoskiewicz@exchange.ml.com
rns@ntrs.com
rnuciforo@rockco.com
rnuttall@aamcompany.com
rnye@bakernye.com
roald.borre@puilaetco.be
rob.anderson@iim-ar.com
rob.baretto@ubsw.com
rob.bechard@barclaysglobal.com
rob.bernstein@greenpoint.com
rob.broggi@tudor.com

rob.buckmaster@barclaysglobal.com
rob.clement@unilver.com
rob.corley@pimco.com
rob.crimes@ppm-uk.com
rob.cue@wellsfargo.com
rob.denecker@db.com
rob.donath@citadelgroup.com
rob.drijkoningen@ingim.com
rob.fezekas@dfafunds.com
rob.galusza@fmr.com
rob.giles@gartmore.com
rob.goyens@fortisbank.com
rob.gulden@barclaysglobal.com
rob.guttschow@nuveen.com
rob.habets@fbs.nl
rob.hadley@ge.com
rob.hess@fmr.com
rob.hill@do.treas.gov
rob.holland@tcw.com
rob.hom@fac.com
rob.horlings@akzonobel.com
rob.ipsen@allstate.com
rob.johnston@bmo.com
rob.jones@threadneedle.co.uk
rob.krasko@bwater.com
rob.l.mclean@lowes.com
rob.lay@flemings.com
rob.libbrecht@morleyfm.com
rob.long@threadneedle.co.uk
rob.maloof@morganstanley.com
rob.marshall@eagleasset.com
rob.mason@friendsis.com
rob.moore@wamu.net
rob.moores@ge.com
rob.nagra@db.com
rob.nunn@ubs.com
rob.orahilly@chase.com
rob.petrie@fmr.com
rob.polak@citadelgroup.com
rob.pomphrett@rbccm.com
rob.pyne@gs.com
rob.radelaar@ingim.com
rob.reid@abbey.com
rob.reiner@db.com

rob.rigg@columbiamanagement.com
rob.rivest@bankofamerica.com
rob.roquitte@allegiantgroup.com
rob.schreur@philips.com
rob.shafir@csam.com
rob.spil@kasbank.com
rob.stanley@uk.nomura.com
rob.stewart@csam.com
rob.taylor@db.com
rob.thompson@threadneedle.co.uk
rob.tilton@americo.com
rob.timmons@citadelgroup.com
rob.turner@inginvestment.com
rob.turner@ubs.com
rob.van.de.wijngaert@nl.abnamro.com
rob.vandenassem@aig.com
rob.vanoostveen@fortisinvestments.com
rob.w@gordian.co.uk
rob.wahl@gcm.com
rob.walker@hsbc.com
rob.walsh@fmr.com
rob.white@bmo.com
rob.wood@bankofengland.co.uk
rob@shenkmancapital.com
rob@ubp.ch
rob_bartolo@troweprice.com
rob_bloemker@putnam.com
rob_bonds@colonialbank.com
rob_bove@americancentury.com
rob_daley@putnam.com
rob_grady@calpers.ca.gov
rob_paskulin@scotiacapital.com
rob_pohly@tigerfund.co
rob_rubano@ssga.com
rob_siewert@glenmede.com
rob_smith@ntrs.com
rob_wilson@americancentury.com
rob_young@ml.com
robaranc@nb.com
robb.dean@dcccd.edu
robb.phillips@advantuscapital.com
robb.phillips@thrivent.com
robb.staszewski@bankofamerica.com
robbasinger@fdic.gov

robbert.staal@ingim.com
robbert.van.den.elshout@mn-services.nl
robbert.vanheekeren@organon.com
robbid@bloomberg.net
robbie.holler@wachovia.com
robbie.klein@inginvestment.com
robbie.luyckx@ingim.com
robbins@bloomberg.net
robbishop@bloomberg.net
robert.a.callaghan@jpmchase.com
robert.a.king@hsbc.com
robert.abad@westernasset.com
robert.absey@alliancebernstein.com
robert.acheritogaray@schwab.com
robert.adriaanse@usa.dupont.com
robert.akester@mondrian.com
robert.alster@alliancebernstein.com
robert.amodeo@westernasset.com
robert.apter@ubs.com
robert.ardente@alliancebernstein.com
robert.armstrong@agf.com
robert.arnold@avmltd.com
robert.arroyo@lazard.com
robert.ashton@alliancebernstein.com
robert.b.miller@chase.com
robert.bakanauskas@bbh.com
robert.balan@sl-am.com
robert.ball@moorecap.com
robert.ball@ssmb.com
robert.baltzer@bailliegifford.com
robert.barnard-smith@lgim.co.uk
robert.barrett@ppm-uk.com
robert.barrett@usbank.com
robert.barrios@lamrc.com
robert.batt@wamu.net
robert.baumann@akb.ch
robert.baumann@rothschild-bank.ch
robert.bayer@prudential.com
robert.beam@wmich.edu
robert.beechey@kodak.com
robert.beggs@swib.state.wi.us
robert.benayoun@clf-dexia.com
robert.bender@evergreeninvestments.com
robert.bergson@notes.ntrs.com

robert.beyer@tcw.com
robert.bijl@klm.com
robert.blaikie@bailliegifford.com
robert.blauvelt@lmginv.com
robert.blumensaat@unicreditgroup.at
robert.boardman@gs.com
robert.boelstler@dkib.com
robert.boublil@clf-dexia.com
robert.boucher@inginvestment.com
robert.bouhl@pncbank.com
robert.boukhoufane@gartmore.com
robert.bourke@westlb.co.uk
robert.bowers@db.com
robert.bowie@credit-suisse.com
robert.bowman@jpmorgan.com
robert.boyd@drkw.com
robert.bradbury@barclayscapital.com
robert.brady@bnymellon.com
robert.brennan@shinseibank.com
robert.bricout@investecmail.com
robert.brinker@columbiamanagement.com
robert.broadwell@barclaysglobal.com
robert.brody@fmr.com
robert.brogan@bnpparibas.com
robert.broomhead@glgpartners.com
robert.broseman@ppamerica.com
robert.brown@wachovia.com
robert.browne@prudential.com
robert.brownlee@gm.com
robert.bruckner@ba-ca.com
robert.brzoza@morleyfm.com
robert.bucher@jamisonfirst.com
robert.burgess@hsbcib.com
robert.burns@blackrock.com
robert.burns@fmr.com
robert.burns@rbccm.com
robert.buzdon@thehartford.com
robert.byrnes@fmr.com
robert.c.amenta@jpmorgan.com
robert.c.colwell@jpmorgan.com
robert.c.j.meijer@si.shell.com
robert.c.melillo@citigroup.com
robert.capaldi@blackrock.com
robert.carbone@fortisinvestments.com

robert.carpenter@dillonread.com
robert.cazes@bnpparibas.com
robert.cecchi@aegon.co.uk
robert.celsing@skandia.se
robert.centrella@mackayshields.com
robert.chambers@inginvestment.com
robert.chan@fmr.com
robert.chardon@lodh.com
robert.charpentier@foreningssparbanken.se
robert.child@ubs.com
robert.chuck@wellscap.com
robert.churchlow@lgim.co.uk
robert.cobb@blackrock.com
robert.cook@4086.com
robert.corbally@skandia.com
robert.corman@soros.com
robert.corner@truscocapital.com
robert.cosgrove@barclaysglobal.com
robert.costello@dkib.com
robert.costello@rbsgc.com
robert.cox@citicorp.com
robert.cozzone@rocklandtrust.com
robert.crewe@fandc.com
robert.cronan@credit-suisse.com
robert.crowl@nationalcity.com
robert.crusha@thehartford.com
robert.cummisford@micorp.com
robert.d.blake@aibbny.ie
robert.d.mcdonnell@aibbny.ie
robert.d.mclaughlin@bankofamerica.com
robert.d.reeves@bankofamerica.com
robert.d.roy@jpmchase.com
robert.daly@blackrock.com
robert.dawson@uboc.com
robert.decker@harrisbank.com
robert.degennaro@blackrock.com
robert.deguigne@axa-im.com
robert.dekle@ny.frb.org
robert.delgrande@ubs.com
robert.demohn@trinkaus.de
robert.deustachio@us.mizuho-sc.com
robert.dickerson@alliancebernstein.com
robert.diedrich@advantuscapital.com
robert.digangi@bmo.com

robert.doherty@citadelgroup.com
robert.donahue@fmr.com
robert.donald@glgpartners.com
robert.doyle@rbccm.com
robert.drobinski@thrivent.com
robert.dufour@us.abb.com
robert.dunlap@bbh.com
robert.durante@ubs.com
robert.e.matty@jpmorganfleming.com
robert.e.stilwell@bankofamerica.com
robert.edelson@columbiamanagement.com
robert.edmond@morganstanley.com
robert.ehrbar@sgcib.com
robert.ekerlin@lansforsakringar.se
robert.emes@aig.com
robert.eng@mackayshields.com
robert.ensinger@spaengler.at
robert.erni@kuehne-nagel.com
robert.ewers@bms.com
robert.ewers@ubs.com
robert.eyre@usbank.com
robert.f.cunningham@us.hsbc.com
robert.f.wiedemeier@db.com
robert.failla@lazard.com
robert.farley@americas.bnpparibas.com
robert.fassbender@kfw.de
robert.fauntleroy@ncfcorp.com
robert.feinman@smithbarney.com
robert.felvinci@alliancebernstein.com
robert.fish@dzbank.de
robert.fish@fmb.com
robert.fishbach@barclaysglobal.com
robert.fisher@barclaysglobal.com
robert.fitzpatrick@ubs.com
robert.fitzsimons@arabbanking.com
robert.flieger@hvb.de
robert.folino@asbai.com
robert.forrest@swipartnership.co.uk
robert.franklin@prudential.com
robert.frascona@prudential.com
robert.freund@highbridge.com
robert.frost@allianzcapitalpartners.com
robert.fruechtl@hauck-aufhaeuser.de
robert.fullerton@bailliegifford.com

robert.furutani@wamu.net
robert.g.smith@wellsfargo.com
robert.gall@insightinvestment.com
robert.gallagher@mizuhocbus.com
robert.galuba@hsbcpb.com
robert.gambi@ubs.com
robert.gates@shinseibank.com
robert.gauvain@pioneerinvest.com
robert.gervis@fmr.com
robert.ginis@barclaysglobal.com
robert.ginsberg@alliancebernstein.com
robert.gish@state.nm.us
robert.glaeser@db.com
robert.glenn@morgankeegan.com
robert.gold@gs.com
robert.goldsmith@morleyfm.com
robert.gonci@nationalcity.com
robert.gonzales@vontobel.ch
robert.graham@aiminvestments.com
robert.grassinger@wuertt-hyp.de
robert.gray@akzonobel.com
robert.greenawalt@gmacrfc.nl
robert.grey@ubs.com
robert.gromadski@prudential.com
robert.gromadzki@morganstanley.com
robert.grund@bayern-invest.de
robert.guelich@bwater.com
robert.gulden@lodh.com
robert.guzman@aberdeen-asset.com
robert.h.trudeau@fhlb-pgh.com
robert.haim@jpmorgan.com
robert.hale@columbiamanagement.com
robert.hanisee@tcw.com
robert.harder@cnb.com
robert.hardmeier@claridenleu.com
robert.harless@huntington.com
robert.harradine@morganstanley.com
robert.harris@gartmore.com
robert.harris@rabobank.com
robert.hart@sscims.com
robert.hauber@telekom.de
robert.hauser@zkb.ch
robert.hawcroft@hsbc.com
robert.heaney@fmr.com

robert.hellstrand@ubs.com
robert.hesselbo@tres.bnc.ca
robert.hinchliffe@aig.com
robert.hinterberger@rlb-noe.raiffeisen.at
robert.hodson@conagrafoods.com
robert.hofmann@allianzgi.de
robert.hoke@effem.com
robert.holmes@ubs.com
robert.hook@hsbcam.com
robert.hordon@asbai.com
robert.hordon@asbinc.com
robert.howard@gs.com
robert.howard@lmginv.com
robert.howarth@mhcb.co.uk
robert.huisman@mn-services.nl
robert.hunkeler@ipaper.com
robert.hyken@eagleasset.com
robert.ingersoll@moorecap.com
robert.isaacs@nationalcity.com
robert.iverson@blackrock.com
robert.j.eschweiler@chase.com
robert.j.gould@jpmorgan.com
robert.j.martin@bnymellon.com
robert.j.maunsell@aib.ie
robert.j.minyard@exxonmobil.com
robert.j.morena@jpmorgan.com
robert.j.obrien@citigroup.com
robert.j.williams@suntrust.com
robert.james@insightinvestment.com
robert.janis@csam.com
robert.jasminski@ge.com
robert.johansson@seb.se
robert.johnson@lazard.com
robert.jonke@moorecap.com
robert.joseph@oppenheim.at
robert.jost@morganstanley.com
robert.jurkowski@aon.co.uk
robert.kalin@dws.de
robert.kamp@postbank.de
robert.kaniuk@ubs.com
robert.kapito@blackrock.com
robert.kaplan@bmo.com
robert.karas@alinpa.com
robert.kelly@ge.com

robert.kemp@morganstanley.com
robert.kendrick@jpmorgan.com
robert.kern@wamu.net
robert.kim@soros.com
robert.king@pw.utc.com
robert.kinsey@inginvestment.com
robert.klap@shell.com
robert.kliesspiess@rzb.at
robert.kocur@usbank.com
robert.krassnig@bks.at
robert.kruisland@ingim.com
robert.kuchler@gmacm.com
robert.kuo@fmr.com
robert.kyprianou@axa-im.com
robert.l.battel@ssmb.com
robert.l.cook@jpmorgan.com
robert.l.meyer@morganstanley.com
robert.l.peters@morganstanley.com
robert.l.titus@wamu.net
robert.lam@ubs.com
robert.lambert@ibtco.com
robert.lamentino@us.socgen.com
robert.landry@usaa.com
robert.laverty@db.com
robert.lawrence@fmr.com
robert.lee@aiminvestments.com
robert.lee@fmr.com
robert.lee@pimco.com
robert.lefkowitz@db.com
robert.leo@sscims.com
robert.leopold@helaba-invest.de
robert.lerwill@plc.cwplc.com
robert.lichtenstein@morganstanley.com
robert.lightfoot@fiamm.com
robert.lin@ppmamerica.com
robert.lisi@bnlmail.com
robert.liu@jpmorgan.com
robert.lloyd@aiminvestments.com
robert.lopez@db.com
robert.lovisek@jpmorgan.com
robert.lowenthal@opco.com
robert.lucenti@bankofamerica.com
robert.lynch@sgcib.com
robert.lynn@suntrust.com

robert.m.corbett@columbiamanagement.com
robert.m.gallagher@aib.ie
robert.m.mcgrath@bnymellon.com
robert.m.reardon.azk7@statefarm.com
robert.m.sellers@db.com
robert.macarthur@blackrock.com
robert.macdougall@corporate.ge.com
robert.macgillivray@ibtco.com
robert.madsen@nordea.com
robert.mandeville@fmr.com
robert.manfreda@ge.com
robert.mann@abnamro.com
robert.marcus@alliancebernstein.com
robert.martorana@pnc.com
robert.martorelli@blackrock.com
robert.matayev@bbh.com
robert.mayr@ge.com
robert.mazzarella@fmr.com
robert.mccarthy@ubs.com
robert.mccollum@db.com
robert.mcconnaughey@columbiamanagement.com
robert.mccorkle@genworth.com
robert.mccormack@bnymellon.com
robert.mccormack@postbank.de
robert.mcdonald@aig.com
robert.mcdougall@fafadvisors.com
robert.mcevoy@gs.com
robert.mchenry@thehartford.com
robert.mchugh@americas.bnpparibas.com
robert.mcintyre@fmr.com
robert.mcintyre@moorecap.com
robert.mckeen@harrisbank.com
robert.mclaughlin@db.com
robert.mcmahon@ge.com
robert.mcmurray@prudential.com
robert.mcwilliam@asda.co.uk
robert.mead@de.pimco.com
robert.mellows@norwich-union.co.uk
robert.melvin@pnc.com
robert.melvin@wgzbank.ie
robert.merenick@fhlb-pgh.com
robert.mersky@peregrinecapital.com
robert.meyers@ers.state.tx.us
robert.miles@wamu.net

robert.miller@bankofamerica.com
robert.miller@huntington.com
robert.milton@lbbwuk.com
robert.minde@frankfurt-trust.de
robert.minicus@fmr.com
robert.minter@aberdeen-asset.com
robert.mitchelson@csam.com
robert.moore@glgpartners.com
robert.moran@fmr.com
robert.morello@aig.com
robert.moreth@credit-suisse.com
robert.mori@dresdner-bank.ch
robert.moro@rbsgc.com
robert.morris@hsbchalbis.com
robert.mpuku@bwater.com
robert.munch@mizuhocbus.com
robert.murgenovich@pncbank.com
robert.murphy@gartmore.com
robert.murphy@jpmorganfleming.com
robert.musner@oberbank.at
robert.naess@nordea.com
robert.nalbach@juliusbaer.com
robert.napoli@abnamro.com
robert.neeson@resolutionasset.com
robert.new@fafadvisors.com
robert.nicander@morganstanley.com
robert.nigro@bmo.com
robert.nisi@mackayshields.com
robert.niu@ap.ing.com
robert.noble@pioneerinvest.ie
robert.noveski@drkw.com
robert.o.weller@jpmorgan.com
robert.obolewicz@ge.com
robert.oh@db.com
robert.olive@fmr.com
robert.oneil@libertymutual.com
robert.orca@sscims.com
robert.ott@tudor.com
robert.paiano@thehartford.com
robert.pari@usa.dupont.com
robert.pariseau@usaa.com
robert.park@tcw.com
robert.parkinson@suntrust.com
robert.parrella@pncbank.com

robert.parsons@himco.com
robert.parsons@morleyfm.com
robert.partlow@suntrust.com
robert.peel@jpmorganfleming.com
robert.pelligrini@jpmorgan.com
robert.penaloza@aberdeen-asset.com
robert.peterson@shenlife.com
robert.petruschan@erstebank.at
robert.phillips@advantuscapital.com
robert.pierce@lloydstsb.co.uk
robert.pleska@fmglobal.com
robert.polachek@citadelgroup.com
robert.pontbriand@inginvestment.com
robert.potts@huntington.com
robert.presser@inginvestment.com
robert.purves@glgpartners.com
robert.radich@us.hsbc.com
robert.railz@lodh.com
robert.rausch@ubs.com
robert.reffkin@lazard.com
robert.reilly@pjc.com
robert.reinwald@oenb.at
robert.reiser@abbott.com
robert.reynolds@fmr.com
robert.ritchie@gartmore.com
robert.roberts@ubs.com
robert.robin@ge.com
robert.robson@gerrard.com
robert.rohm@pncbank.com
robert.rokhsar@inginvestment.com
robert.roman@clinton.com
robert.rossetti@morganstanley.com
robert.rowland@lazard.com
robert.rubin@db.com
robert.rudolph@ppmamerica.com
robert.runge@alecta.com
robert.rupp@bnymellon.com
robert.ruttmann@credit-suisse.com
robert.ryan@fortisinvestments.com
robert.ryan@sgcib.com
robert.ryan@us.standardchartered.com
robert.ryman@bernstein.com
robert.s.janis@db.com
robert.s.kovach@fhlb-pgh.com

robert.s.lim@jpmchase.com
robert.sabatino@ubs.com
robert.sahlfeld@pncbank.com
robert.salzman@aamcompany.com
robert.scalzo@moorecap.com
robert.scharfe@bgl.lu
robert.scheurer@prudential.com
robert.schildhouse@ge.com
robert.schmid@ppmamerica.com
robert.schneider@fortis.lu
robert.schoenleber@bayer.com
robert.schoetz@blb.de
robert.schonbrunn@inginvestment.com
robert.schopen@db.com
robert.schub@fmr.com
robert.schurer@harrisbank.com
robert.schwartz@citadelgroup.com
robert.scillwell@bankofamerica.com
robert.scott@bis.org
robert.sekula@zkb.ch
robert.semple@db.com
robert.senz@rcm.at
robert.sepich@secumd.com
robert.sergent@db.com
robert.severance@swib.state.wi.us
robert.shackleton@barclaysglobal.com
robert.shapiro@morganstanley.com
robert.shelton@aiminvestments.com
robert.shi@commerzbank.com
robert.shimell@barclaysglobal.com
robert.shoss@aiminvestments.com
robert.shumaker@gm.com
robert.siddles@fandc.co.uk
robert.siefers@nationalcity.com
robert.simmons@citigroup.com
robert.simone@prudential.com
robert.simpson@insightinvestments.com
robert.sl.chen@jpmorganfleming.com
robert.slorach@brummer.se
robert.smallegange@ingim.com
robert.smith@nbad.ae
robert.soros@soros.com
robert.spano@prudential.com
robert.spitz@ibtco.com

robert.stansky@fmr.com
robert.stauffer@pncbank.com
robert.steiner@fhlb-pgh.com
robert.stenram@foreingssparbanken.se
robert.stephan.cmy5@statefarm.com
robert.stephenson@columbiamanagement.com
robert.stirling@threadneedle.co.uk
robert.strijbos@philips.com
robert.stryker@morganstanley.com
robert.sullivan@csam.com
robert.swanson@fmr.com
robert.swartz@pnc.com
robert.sweeney@sunlife.com
robert.swift@morganstanley.com
robert.szyszko@glgpartners.com
robert.t.gannon@jpmorgan.com
robert.takacs@ubs.com
robert.talbut@rlam.co.uk
robert.taplett@sgcib.com
robert.taschman@kodak.com
robert.taskey@nationalcity.com
robert.teller@wachovia.com
robert.thomas@credit-suisse.com
robert.thomas@csam.com
robert.thompson@advantuscapital.com
robert.thompson@inginvestment.com
robert.thurlow@mhcb.co.uk
robert.tijerina@cpa.state.tx.us
robert.timmers@lu.abnamro.com
robert.tinari@sgcib.com
robert.tipp@prudential.com
robert.tombolini@credit-suisse.com
robert.torretti@aig.com
robert.tramonti@axa-im.com
robert.trynes@rabobank.com
robert.turnquest@morganstanley.com
robert.uk.chapman@uk.fid-intl.com
robert.urban@usaa.com
robert.urie@pioneerinvestments.com
robert.v.saia@fmr.com
robert.valoroso@citi.com
robert.van.der.ven@ingim.com
robert.vargas@prudential.com
robert.vc.hubbard@jpmorgan.com

robert.velins@fgic.com
robert.venezia@db.com
robert.veno@sunlife.com
robert.vergara@lionhart.nct
robert.volk@union-investment.de
robert.w.jacob@jpmorgan.com
robert.waas@prudential.com
robert.wachtel@dws.de
robert.wagner@conagrafoods.com
robert.wagner@lrp.de
robert.wagner@robur.se
robert.walker@abnamro.com
robert.wallin@calyon.com
robert.walsh@axacs.com
robert.warth@pncbank.com
robert.wasserhess@db.com
robert.waugh@swip.com
robert.wazevich@ftnmidwest.com
robert.webb.nocl@statefarm.com
robert.weber@umb.com
robert.weible@jpmorgan.com
robert.weijdenter@fortis.com
robert.weintraub@db.com
robert.weissenstein@jpmorgan.com
robert.wenk@claridenleu.com
robert.wessel@nbfinancial.com
robert.wheeler@boh.com
robert.white@barcap.com
robert.wildeman@citadelgroup.com
robert.willemsen@nl.abnamro.com
robert.wilson@inginvestment.com
robert.wright2@ge.com
robert.wyss@graffenried-bank.ch
robert.young@chl.org.uk
robert.zimmermann@juliusbaer.com
robert.zutty@firstunion.com
robert@idontknow.com
robert@wasatchadvisors.com
robert_a_herlund@fanniemae.com
robert_anzalone@westlb.com
robert_aufenanger@ustrust.com
robert_barnum@conning.com
robert_bayer@invesco.com
robert_benthemdegrave@piadvisors.net

robert_bigelow@uboc.com
robert_bodenlos@bankone.com
robert_boese@freddiemac.com
robert_booker@calpers.ca.gov
robert_breyer@jwhmail.com
robert_buckwalter@vanguard.com
robert_burns@freddiemac.com
robert_c_chen@amat.com
robert_c_megan@fleet.com
robert_canepa-anson@newton.co.uk
robert_carroll@freddiemac.com
robert_chappelear@fleet.com
robert_chen@hp.com
robert_chiuch@cibcmellon.com
robert_collier@ml.com
robert_coughlin@ml.com
robert_daley@putnam.com
robert_davis@putnam.com
robert_degenero@ml.com
robert_dempsey@ssga.com
robert_devaney@ssga.com
robert_dial@nylim.com
robert_diforio@westlb.com
robert_dollery@westlb.co.uk
robert_dowman@prusec.com
robert_f._auwaerter@vanguard.com
robert_f_manning@bankone.com
robert_f_wagner@fanniemae.com
robert_fairbairn@blackrock.com
robert_farrell@countrywide.com
robert_felvinci@acml.com
robert_feng@acml.com
robert_ferguson@nylim.com
robert_fishman@freddiemac.com
robert_friess@amat.com
robert_gamboa@nacm.com
robert_ginsberg@putnam.com
robert_grillo@black-river.com
robert_grimm@em.fcnbd.com
robert_grogg@prusec.com
robert_haynes@acml.com
robert_heisterberg@acml.com
robert_higgins@putnam.com
robert_israel@victoryconnect.com

robert_ives@fanniemae.com
robert_j_strnad@victoryconnect.com
robert_jackson@ssga.com
robert_jandreau@conning.com
robert_johnigan@aon.com
robert_johnson@rhco.com
robert_jordan@hvbamericas.com
robert_joseph@acml.com
robert_judge@natcity.com
robert_kania@ssga.com
robert_kase@agc.com
robert_king@scudder.com
robert_korlesky@ml.com
robert_l_haworth@bankone.com
robert_larkins@troweprice.com
robert_lee@keybank.com
robert_lowder@colonialbank.com
robert_lutzko@mfcinvestments.com
robert_macdonald@putnam.com
robert_mahan@putnam.com
robert_marshall-lee@newton.co.uk
robert_mcgee@ustrust.com
robert_mckeon@hvbamericas.com
robert_mckillop@standardlife.com
robert_mcwilliam@troweprice.com
robert_meyer@ustrust.com
robert_mills@conning.com
robert_owens@farmermac.com
robert_padgett@freddiemac.com
robert_paine@putnam.com
robert_panariello@troweprice.com
robert_perez@calpers.ca.gov
robert_peterson@ml.com
robert_philipp@freddiemac.com
robert_pickett@ssga.com
robert_pitti@ustrust.com
robert_r_maneri@victoryconnect.com
robert_revel-chion@troweprice.com
robert_reynolds@putnam.com
robert_ricciarelli@ssga.com
robert_rudnick@ustrust.com
robert_salvin@putnam.com
robert_schick@acml.com
robert_schifner@campbellsoup.com

robert_schoen@putnam.com
robert_schoen_at_ccpoienov1@putnam.com
robert_shelton@newton.co.uk
robert_simmons@glic.com
robert_sonneborn@sachsenlb.ie
robert_stein@westlb.co.uk
robert_stewart@newton .co.uk
robert_t_lippert@ml.com
robert_t_phillips@ml.com
robert_tulipani@putnam.com
robert_uek@ssga.com
robert_underwood@merck.com
robert_volpi@freddiemac.com
robert_weeks@notes.ntrs.com
robert_wieser@westlb.com
robert_willsdon@blackrock.com
robert_young@nylim.com
roberta.bastianon@meliorbanca.it
roberta.cortesi@am.generali.com
roberta.evangelist@ersel.it
roberta.faccio@db.com
roberta.farina@interbanca.it
roberta.marconcini@arcafondi.it
robert-a.murray@ubs.com
roberta.piani@uk.fid-intl.com
roberta.romaldi@dexia-crediop.it
roberta.tucker@aiminvestments.com
roberta.tucker@compassbank.com
robertaf@iadb.org
robertca@msh.co.il
roberte@mcm.com
roberteckerstrom@gic.com.sg
robertfuh@tcenterprise.com.tw
robertg@ruanecunniff.com
robertgruwell@tpgbank.com
robertk@mellon.com
robertlie.olson@nordea.com
robertliu@gic.com.sg
robertm@buffalofunds.com
robertmanson@hbosts.com
robertmerrifield@quilter.co.uk
robertmillington@gic.com.sg
roberto.ambres@bancoval.es
roberto.baldini@hvb.de

roberto.benatti@bper.it
roberto.berzero@eurizoncapital.lu
roberto.bianchi@gkb.ch
roberto.bini@bpubanca.it
roberto.bolgiani@azimut.it
roberto.brero@ca-suisse.com
roberto.burini@pirelli.com
roberto.carli@mpsfinance.it
roberto.castella@ersel.it
roberto.ceraudo@fincantieri.it
roberto.cerratti@bsibank.com
roberto.colacchia@enifin.eni.it
roberto.cominotto@juliusbaer.com
roberto.coronado@db.com
roberto.cucchetti@symphonia.it
roberto.davola@dillonread.com
roberto.de_santis@ecb.int
roberto.desiderio@banca.mps.it
roberto.eggmann@bsibank.com
roberto.falaschi@blb.de
roberto.ferrito@ie.dexia.be
roberto.gallo@pioneerinvest.it
roberto.hauyon@bancoval.es
roberto.izzo@dit.de
roberto.lemple@abnanro.com
roberto.magnatantini@hsbcpb.com
roberto.manfreda@it.nestle.com
roberto.marini@volksbank.it
roberto.matta@ersel.it
roberto.menchetti@banca.mps.it
roberto.mini@capitalia-am.com
roberto.morales@janus.com
roberto.morelli-euro@db.com
roberto.moscone@capitalia-am.com
roberto.occhipinti@arcafondi.it
roberto.ostinelli@juliusbaer.com
roberto.paglino@sella.it
roberto.panini@bper.it
roberto.parente@credit-suisse.com
roberto.peronaglio@bpm.it
roberto.petz@bancaprofilo.it
roberto.pezzoli@ubm.it
roberto.picano@vontobel.ch
roberto.plaja@gs.com

roberto.prizzi@credit-suisse.com
roberto.prizzi@dresdner-bank.ch
roberto.protei@barclays.co.uk
roberto.puggioni@bancaintesa.it
roberto.ruiz-scholtes@ubs.com
roberto.sandei@bancaintesa.it
roberto.schiavi@ecb.int
roberto.seiler@lodh.com
roberto.sella@msdw.com
roberto.sisi@ruedblass.ch
roberto.tona@ubm.it
roberto.villa@bancaintesa.it
roberto.viola@mediobanca.it
roberto.vogrig@cail.lu
roberto.volpato@unicredit.it
roberto@vargasr.com
robertoakley@nationwide financial.com
robertociasca@intesabci.it
robertoliver.fuerst@ba-ca.group-treasury.co.at
robertopoleesel@friuladria.it
robertopujatti@friuladria.it
robertoranieri@bancaintesa.it
robertorgan@northwesternmutual.com
roberts.grava@bank.lv
robert-s.king@db.com
roberts.l.grava@jpmorgan.com
roberts.paul@enel.it
robertsd@strsoh.org
robertson.alice@principal.com
robertson@icomd.com
robertsonl@domres.com
robertsonm@swcorp.org
robertsonpl@bernstein.com
robertstclair@gic.com.sg
robertt@bgi-group.com
roberttw@bloomberg.net
robertu@seic.com
robertus.w.prajogi@jpmorgan.com
robertweber@gic.com.sg
robery.lingaas@nordea.com
robin.aspinall@ubs.com
robin.b.chance@jpmorgan.com
robin.das@bmo.com
robin.diamonte@utc.com

robin.dutt@ubs.com
robin.e.wilson@fmr.com
robin.estenfelder@postbank.de
robin.foley@fmr.com
robin.forrest@ashmoregroup.com
robin.ghosal@swedbank.com
robin.gnaegi@ubs.com
robin.green@jpmorgan.com
robin.hargrave@ybs.co.uk
robin.hermann@kemper.com
robin.jenner@icgplc.co.uk
robin.joines@morganstanley.com
robin.jones@lazard.com
robin.kokilananda@ibtco.com
robin.kokilananda@statestreet.com
robin.lenna@citicorp.com
robin.louch@pioneerinvestments.com
robin.lowe@rmf.ch
robin.p.sachs@usa.dupont.com
robin.parbrook@schroders.com
robin.perry@barclays.co.uk
robin.podevyn@degroof.be
robin.rettschlag@usbank.com
robin.richermo@labanquepostale-am.fr
robin.roger@moorecap.com
robin.s.asquith@jpmorgan.com
robin.savchuk@nl.abnamro.com
robin.schink@dzbank.de
robin.secrist@wamu.net
robin.seydoux@credit-suisse.com
robin.sheth@funb.com
robin.simpson@commerzbank.com
robin.snyder@prudential.com
robin.stalker@adidas.de
robin.stemann@union-investment.de
robin.thorn@aig.com
robin.weise@aig.com
robin.west@morleyfm.com
robin.williams@nordstrom.com
robin.zakoor@cgii.com
robin_batchelor@blackrock.com
robin_bircher@swissre.com
robin_eads@troweprice.com
robin_grieves@freddiemac.com

robin_kraemer@scudder.com
robin_m_hudson@victoryconnect.com
robin_n_ventura@victoryconnect.com
robin_phillips@freddiemac.com
robin_taylor@farmermac.com
robin_z_shortridge@rsausa.com
robing@argyle-investment.com
robinnc@cmcic-sdm.fr
robinr@oechsle.com
robinson.ulrich@hypovereinsbank.de
robinson@aigfpc.com
robinsong@ufji.com
robinsonsc@fhlbcin.com
robk@primco.com
robl@danainvestment.com
robleep@strsoh.org
robr@teleos.com
robskelly@angloirishbank.ie
robt@meederfinancial.com
robt@scm-lp.com
robyn.donahue@prudential.com
robyn.gallegos@prudential.com
robyn.haley@wellsfargo.com
robyn.lazara@morganstanley.com
robyn.mckegg@nab.com.au
robyn.misiano@bostonadvisors.com
robyn.richards@allstate.com
robyn.y.choe@db.com
robyn@ardsley.com
robyn_cichra@keybank.com
robyn_morris@freddiemac.com
robyn_trause@ml.com
robynne.parry@morganstanley.com
roc.mehigan@davy.ie
roccamenaa@bpn.it
rocco.bove@mpsgr.it
rocco.bozzone@fortis.lu
rocco.caruso@autogrill.net
rocco.rinaldi@fmr.com
rocco.scali@db.com
rocco.zoccali@bancaakros.it
rocco_romanelli@generali.com
rochard.kock@apl.se
rochelle@att.com

rochelle_ballard@freddiemac.com
rochelle_siegel@msdw.com
rochus.baumgartner@ubs.com
rocio.aramendia@grupobbva.com
rocio.muniz@union-panagora.de
rocky.kurita@deshaw.com
rocky.mould@aig.com
rockyp33@hotmail.com
roconnell@evcap.bm
rod.boone@tcw.com
rod.cerny@kpinvest.com
rod.chay@citadelgroup.com
rod.davidson@aberdeen-asset.com
rod.davidson@swip.com
rod.elliott@national-city.com
rod.j.mckenzie@aib.ie
rod.moore@wpginvest.com
rod.olea@cnb.com
rod.rich@seattle.gov
rod.wilmer@bmo.com
rod.wright@pioneerinvest.com
rod_najimian@ml.com
rod_paris@standardlife.com
roddy.bridge@morganstanley.com
roddy.e.p.lee@hsbc.com
roddy.g.thomson@jpmorgan.com
roddy.macpherson@scottishwidows.co.uk
roderick.abad@lazard.com
roderick.d.boothby@wellsfargo.com
roderick.lewis@lgim.co.uk
roderick.mckenzie@blackrock.com
roderick.molenaar@fortisinvestments.com
roderick.mouthaan@pggm.nl
roderick.read@kraft.com
roderick.ritchie@akzonobel.com
roderick.snell@bailliegifford.com
roderick.stephan@citadelgroup.com
roderick_p._abad@lnotes5.bankofnewyork.com
rodger.elble@pimco.com
rodger.mcnair@isisam.com
rodgersl@strsoh.org
rodica.glavan@schroders.com
rodney.fernandes@londonandcapital.com
rodney.loy@glgpartners.com

rodney.mcmullen@kroger.com
rodney.ungsg@uobgroup.com
rodney.yoder@mbna.com
rodney@cathaylife.com.tw
rodney_knight@bnz.co.nz
rodney_koren@generali.com
rodney_lewis@colonialbank.com
rodney_scholten@swissre.com
rodney2.allen@prudential.com
rodneylim@dbs.com
rodolfo.chou@morganstanley.com
rodolfo.martell@barclaysglobal.com
rodolfo.martin@auna.es
rodolfo.pusterla@bsibank.com
rodolfo_liccione@centroleasing.it
rodolfo_robles@ssga.com
rodolphe.bailleuil@bred.fr
rodolphe.chilewicz@bnpparibas.com
rodolphe.larque@csfs.com
rodolphe.leleu@caam.com
rodolphe.sagehomme@axa.be
rodolphe.saussier@jpmorgan.com
rodolphe.taquet@cpr-am.fr
rodolphe.zellitch@fr.rothschild.com
rodosky@pimco.com
rodrigo.barbieri@safra.lu
rodrigo.gurdian@us.standardchartered.com
rodrigo.rocha@unibanco.com
rodrigo.rodriguez@jpmorgan.com
rodrigo.velasco@banxico.org.mx
rodrigop@omiam.omigroup.com
rodrigue.antoun@bnpparibas.com
rodrigues@bloomberg.net
rodriguezso@bancsabadell.com
roederj@vankampen.com
roegild@jyskebank.dk
roel.barnhoorn@ch.abnamro.com
roel.de.groot@kasbank.com
roel.jansen@asia.ing.com
roel.shaikh@mn-services.nl
roeland.tso@fortisinvestments.com
roelf.groeneveld@ingim.com
roelf.pater@mn-services.nl
roelie.vanwijk@sns.nl

roell.stephen@jci.com
roelof.v.d.struik@pggm.nl
roepers@atlanticinvestment.net
rogalinski@nisi.net
roganti@corphq.utc.com
rogelio.albarran@firstbankpr.com
rogelio_arellano@banxico.org.mx
rogelio_soltero@fanniemae.com
roger.a.richards@dryden.com
roger.a.shirley@conocophillips.com
roger.banks@morganstanley.com
roger.bartley@lgim.co.uk
roger.baumann@stg.ch
roger.bickerstaffe@solvay.com
roger.binggeli@bbh.com
roger.bischof@claridenleu.com
roger.bonne@lamondiale.com
roger.bradshaw@rabobank.com
roger.burns@uk.nomura.com
roger.buzas@credit-suisse.com
roger.chuchen@morganstanley.com
roger.cursley@investecmail.com
roger.curtis@aberdeen-asset.com
roger.dawes@canadalife.co.uk
roger.degen@juliusbaer.com
roger.diedenhofen@bdl.lu
roger.disalvatore@midfirst.com
roger.elsas@opco.com
roger.emerson@gsk.com
roger.ferguson@tdsecurities.com
roger.fischer@claridenleu.com
roger.fluri@juliusbaer.com
roger.fradin@honeywell.com
roger.french@wachovia.com
roger.gifford@seb.co.uk
roger.gorham@aig.com
roger.groebli@sg.abnamro.com
roger.guy@gartmore.com
roger.haley@chevron.com
roger.hartmann@ubs.com
roger.hugentobler@hyposwiss.ch
roger.inglin@csam.com
roger.isler@lukb.ch
roger.kernbach@claridenleu.com

roger.keusch@db.com
roger.kramer@delinvest.com
roger.kunz@claridenleu.com
roger.leow@morleyfm.com
roger.lewis@csam.com
roger.lynch@barclaysglobal.com
roger.m.hallam@jpmorganfleming.com
roger.matthews@honeywell.com
roger.mcintosh@vanguard.com.au
roger.meier@credit-suisse.com
roger.moh@credit-suisse.com
roger.mueller@credit-suisse.com
roger.neath@abbey.com
roger.nieves@pimco.com
roger.nilsen@norgeskredit.no
roger.nizard@ubs.com
roger.northwood@hsbcib.com
roger.offermann@securitybenefit.com
roger.osullivan@artesiabc.be
roger.pairoux@dexia.be
roger.parish@fly.virgin.com
roger.pellegrini@rbccm.com
roger.price@usaa.com
roger.princelle@bhf-bank.com
roger.reist@ubs.com
roger.rimann@credit-suisse.com
roger.rothenbuehler@infidar.ch
roger.ruettimann@ubs.com
roger.sachs@sgcib.com
roger.schmid@claridenleu.com
roger.schweitzer@bertelsmann.de
roger.seggins@lloydstsb.co.uk
roger.signer@credit-suisse.com
roger.sitzler@bkb.ch
roger.somers@achmea.nl
roger.studer@vontobel.ch
roger.sullivan@columbiamanagement.com
roger.tashjian@morganstanley.com
roger.trussardi@juliusbaer.com
roger.tschantre@credit-suisse.com
roger.w.adams@wellsfargo.com
roger.ward@lgim.co.uk
roger.webb@morleyfm.com
roger.wehrli@csam.com

roger.wettstein@juliusbaer.com
roger.widmer@juliusbaer.com
roger.wiltshire@baesystems.com
roger.wong@daiwausa.com
roger.yockel@us.hsbc.com
roger@granitellc.com
roger@icp.com
roger@wasatchadvisors.com
roger_craig@bankone.com
roger_debard@ml.com
roger_hale@mail.bankone.com
roger_li@ustrust.com
roger_wilkinson@newton.co.uk
rogerf@woodstockcorp.com
rogers_ralph@gsb.stanford.edu
rogert@capitalconsultantsinc.com
rogge@nboc.com
rogier.everwijn@nibc.com
rogsuen@bloomberg.net
rogums@babsoncapital.com
roh@compassbnk.com
roh2@ci.berkeley.ca.us
roham.medifar@pimco.com
rohan.desilva@cibc.com
rohan.kalyanpur@jpmorgan.com
rohan.ketkar@adcb.com
rohan.tawadey@barclayscapital.com
rohan@evap.bm
rohfrida@cial.cic.fr
rohin.morjaria@morleyfm.com
rohinton.karanjia@bankofamerica.com
rohit.chawdhry@bbkonline.com
rohit.chopra@lazard.com
rohit.dewan@ceredexvalue.com
rohit.dogra@fmr.com
rohit.gupta@citadelgroup.com
rohit.kapur@bmo.com
rohit.kaul@fmr.com
rohit.pandey@alliancebernstein.com
rohit.r.shah@fmr.com
rohit.reddy@vanguardasia.com
rohit.sobti@thehartford.com
rohit@ivp.com
rohit@temasek.com.sg

rohith.chandra-rajan@abbeynational.co.uk
rohmann@bloomberg.net
roisin.a.magee@aib.ie
roja@bloomberg.net
rojones@bear.com
rol@bankinvest.dk
roland.alter@siemens.com
roland.backes.rb@bayer-ag.de
roland.bart@aam.ch
roland.barz@dghyp.de
roland.baumann.3@credit-suisse.com
roland.beck@ecb.int
roland.bercher@vontobel.ch
roland.berchtold@zkb.ch
roland.bettex@group.novartis.com
roland.bosch@fandc.co.uk
roland.boss@mobi.ch
roland.brunner@bpb.barclays.com
roland.burger@juliusbaer.com
roland.coulon@caam.com
roland.crottaz@lodh.com
roland.cymara@hsh-nordbank.com
roland.de.bruijn@robeco.nl
roland.dornbierer@claridenleu.com
roland.ducommun@rothschildbank.com
roland.eder@raiffeisenbank.at
roland.egger@vph.ch
roland.eidherr@gx.novartis.com
roland.emch@ubs.com
roland.fernandes@impaccompanies.com
roland.gabert@db.com
roland.germann@juliusbaer.com
roland.gilbert@frankfurt-trust.de
roland.goetz@danzas.com
roland.haltmeier@juliusbaer.com
roland.hausheer@rmf.ch
roland.ho@morganstanley.com
roland.ho@tcw.com
roland.iberg@ubs.com
roland.j.emmans@aib.ie
roland.kaelin@szkb.ch
roland.kalt@zkb.ch
roland.king@bkb.ch
roland.klaeger@nab.ch

roland.klimesch@rzb.at
roland.kluger@vkb.de
roland.koessler@vkb.de
roland.koster@zkb.ch
roland.kuehnis@sl-am.com
roland.maier@lbbw.de
roland.maier@swissfirst.ch
roland.mainz@ekk.de
roland.marchand@jpmorgan.com
roland.matt@llb.li
roland.mechtler@ri.co.at
roland.mittenhuber@siemens.com
roland.nilsson@skandia.se
roland.oehler@dresdner-bank.ch
roland.peetz@hvb.de
roland.pfeuti@juliusbaer.com
roland.pieper@lbbw.de
roland.piltz@lrp.de
roland.prien@winterthur.ch
roland.rausch@dekabank.de
roland.rayment@morganstanley.com
roland.ruebesam@cominvest-am.com
roland.schaardt@dzbank.de
roland.schaus@dexia-bil.com
roland.schetter@ubs.com
roland.schmidt@devif.de
roland.schneiter@blb.ch
roland.schneiter@hyposwiss.ch
roland.schoch@vontobel.ch
roland.schuermann@lukb.ch
roland.schulz@dekabank.de
roland.sehmke@bis.org
roland.sotula@sgam.com
roland.spaeth@allianz.de
roland.spurr@alliancebernstein.com
roland.steere@santandergbm.com
roland.stettler@credit-suisse.com
roland.utzinger@mbczh.ch
roland.van.wettum@fortisinvestments.com
roland.verhoeven@pggm.nl
roland.wodo@lbbw.de
roland.woehr@zkb.ch
roland.zanini@credit-suisse.com
roland.ziegler@bhf-bank.com

roland_arnold@blackrock.com
rolanda.raichel@blackrock.com
rolando.hepp@bsibank.com
rolando.rodrigues@axa-im.com
roland-u.niederer@ubs.com
roldfield@bailliegifford.co.uk
rolf.aeberli@juliusbaer.com
rolf.baertschi@lodh.com
rolf.bertschi@credit-suisse.com
rolf.biland.abpk@bluewin.ch
rolf.boesenberg@bwinvest.de
rolf.buchholz@saarlb.de
rolf.elmer@csam.com
rolf.frey@ruedblass.ch
rolf.ganter@ubs.com
rolf.geck@vers-am.de
rolf.hartmann@oppenheim.de
rolf.hossli@vontobel.ch
rolf.johansen@bankofamerica.com
rolf.jufer@swisslife.ch
rolf.klubmann@allianz.de
rolf.klussmann@allianz.de
rolf.krahe@dresdner-bank.com
rolf.linke@sachsenlb.ie
rolf.luescher@zkb.ch
rolf.maier@bayernlb.com
rolf.ohlson@nordea.com
rolf.palmer@dnbnor.no
rolf.piepenburg@dresdner-bank.com
rolf.pierags@helaba.de
rolf.reichardt@helaba.de
rolf.rudin@blkb.inet.ch
rolf.schaller@vontobel.ch
rolf.scheffer@lloydsbank.ch
rolf.schmidli@ubs.com
rolf.shaefer@blb.co.uk
rolf.smit@nl.abnamro.com
rolf.steinmann@credit-suisse.com
rolf.stout@fortisinvestments.com
rolf.streuli@juliusbaer.com
rolf.vannieuwenhuyzen@meespierson.com
rolf.weiss@claridenleu.com
rolf.zuercher@vpbank.com
rolf_angehrn@aaa-net.com

rolf_ehrensberger@swissre.com
rolf_quaas@hvbamericas.com
rolfnagel.dahl@dnbnor.no
rolf-pieter.ter.horst@ingbank.com
roliviera@mfs.com
rolland.yingmiao.chen@citi.com
rollins@pimco.com
rolsen@nb.com
rom.porto@gs.com
rom@emigrant.com
roma.jain@be.gm.com
romain.butte@edf.fr
romain.clark@hitachi-eu.com
romain.feraud@barep.com
romain.fillon@etoile-gestion.com
romain.goerens@oppenheim.lu
romain.grandis@groupe-mma.fr
romain.grethen@bil-dexia.com
romain.lahoste@ubs.com
romain.larreur@axa-im.com
romain.lege@novartis.com
romain.munera@caam.com
romain.pasche@vontobel.ch
romain.perchet@bnpparibas.com
romain.riegert@axa-im.com
romain.rouillon@sgcib.com
romaine.tavernier@bpb.barclays.com
roman.baumann@snb.ch
roman.boner@ubs.com
roman.canziani@juliusbaer.com
roman.demeyer@dexia-am.com
roman.exenberger@rzb.at
roman.frenkel@daiwausa.com
roman.gaiser@threadneedle.co.uk
roman.gieck@postbank.de
roman.gutkovich@barclaysglobal.com
roman.gysler@credit-suisse.com
roman.hederer@allianz.com
roman.heilig@hvb.de
roman.huesler@ubs.com
roman.kurmann@leu.com
roman.luethy@zkb.ch
roman.nadgor@ge.com
roman.petix@aigpb.com

roman.rafeiner@erstebank.at
roman.rohner@winterthur.ch
roman.rossel@hypovereinsbank.de
roman.salvi@credit-suisse.com
roman.samer@ba-ca.com
roman.straessle@juliusbaer.com
roman.swaton@barclaysglobal.com
roman.swaton@dws.com
roman.thurner@rcm.at
roman.vonah@juliusbaer.com
roman.walter@claridenleu.com
roman.wyss@claridenleu.com
roman@bessemer.com
romane.somaroo@db.com
romanenko.i@bloomberg.net
romanie.dobbs@gb.sumitomobank.com
romano.brandenberg@ubs.com
romano.costa@bsibank.com
romano.kwok@wachovia.com
romano.piffaretti@credit-suisse.com
romano.razzi@bancaroma.it
romano@bpintra.it
romanot@deshaw.com
romasp@emigrant.com
romeara@clinton.com
romeo.collina@bancaroma.it
romeo.maciocci@ubs.com
romeo.orlandi@bper.it
romeo.sakac@claridenleu.com
romeros@nytimes.com
romina.dalpogetto@sscims.com
rominves@pt.lu
romney.fox@aberdeen-asset.com
romualdo@bernstein.com
romulus_carbunari@ssga.com
ron.ahluwalia@lfg.com
ron.bailey@bmo.com
ron.barin@alcoa.com
ron.bates@db.com
ron.bedny@discountbank.co.il
ron.chapman@dreyfus.com
ron.cheng@blackrock.com
ron.dvari@blackrock.com
ron.eichel@ibi.co.il

ron.gibbs@edwardjones.com
ron.gilbert@gecapital.com
ron.habakus@bbh.com
ron.helm@bisys.com
ron.kahn@barclaysglobal.com
ron.klipstein@citadelgroup.com
ron.krueger@sachsenlb.ie
ron.logue@statestreet.com
ron.murff@guarantygroup.com
ron.phillips@ubs.com
ron.pinsky@bwater.com
ron.portnoy@ubs.com
ron.ranheim@paccar.com
ron.sachs@janus.com
ron.schachter@db.com
ron.schwartz@truscocapital.com
ron.she@dpimc.com
ron.speaker@janus.com
ron.stanley@rbcds.com
ron.tagoff@avmltd.com
ron.tesmond@micorp.com
ron.toll@schwab.com
ron.veld@ubs.com
ron.westdorp@glgpartners.com
ron.wexler@citadelgroup.com
ron@alfacapital.co.uk
ron_diamond@acml.com
ron_gale@keybank.com
ron_glantz@tigerfund.com
ron_mintz@putnam.com
rona.silverio@citicorp.com
ronadoln@bot.or.th
ronakan@lehman.com
ronald.anderson@aig.com
ronald.angst@vontobel.ch
ronald.aparicio@gecapital.com
ronald.aziz@ubs.com
ronald.bechtle@juliusbaer.com
ronald.blankenbuehler@pncbank.com
ronald.blogowski@ubs.com
ronald.bloomer@csam.com
ronald.born@akb.ch
ronald.born@zkb.ch
ronald.borowski@ib.bankgesellschaft.de

ronald.bullock@danskebank.de
ronald.canent@pacificlife.com
ronald.clark@alliancebernstein.com
ronald.coleman@columbiamanagement.com
ronald.f.martin@db.com
ronald.flohr@pnc.com
ronald.graf@postbank.de
ronald.grenacher@bnpparibas.com
ronald.grobeck@rabobank.com
ronald.huebener@sfs.siemens.de
ronald.huebler@amg.co.at
ronald.joe@aig.com
ronald.joelson@prudential.com
ronald.johannes@bankofengland.co.uk
ronald.k.chan@columbiamanagement.com
ronald.kirchler@harrisnesbitt.com
ronald.kline@morganstanley.com
ronald.koelsch@db.com
ronald.koza@midstates.org
ronald.latenstein@snreaal.nl
ronald.lavault@ibtco.com
ronald.lokkers@fortisbank.com
ronald.mackey@morganstanley.com
ronald.manley@pimco.com
ronald.mendel@himco.com
ronald.mercado@db.com
ronald.meyer@sebfundservices.lu
ronald.mueller@jennicie.ch
ronald.nemec@erstebank.at
ronald.ogna@bsibank.com
ronald.p.checkley@citigroup.com
ronald.perry@westernasset.com
ronald.port@uk.fid-intl.com
ronald.pressman@ge.com
ronald.ratcliffe@barclaysglobal.com
ronald.ryan@shell.com
ronald.saba@lazard.com
ronald.schauer@oppenheim.de
ronald.schneider@rcm.at
ronald.seilheimer@hvb.de
ronald.silvestri@nb.com
ronald.sloan@aiminvestments.com
ronald.spekking@deka.de
ronald.stahl@columbiamanagement.com

ronald.striegl@bayernlb.de
ronald.sweet@usaa.com
ronald.temple@lazard.com
ronald.tesmond@kemper.com
ronald.trubisky@53.com
ronald.tsang@agf.com
ronald.van.dijk@ingim.com
ronald.van.loon@uk.abnamro.com
ronald.vansteenweghen@degroof.be
ronald_daly@freddiemac.com
ronald_dooley@scotiacapital.com
ronald_dp@bi.go.id
ronald_floyd@ml.com
ronald_mattia@ml.com
ronald_mccullough@putnam.com
ronald_ratcliffe@freddiemac.com
ronald_reardon@vanguard.com
ronald_welburn@ml.com
ronaldstephonic@westfieldgrp.com
ronan.bradley@ilim.com
ronan.burke@biam.boi.ie
ronan.crosson@biam.boi.ie
ronan.gately@boimail.com
ronan.harris@morganstanley.com
ronan.kelly@sachsenlb.ie
ronan.marguerie@euro-vl.com
ronan.mcmahon@biam.boi.ie
ronan.odonoghue@biam.boi.ie
ronan_connolly@blackrock.com
ronan_lynch@scotiacapital.com
ronan1@bloomberg.net
ronancostello@angloirishbank.ie
ronang@gic.com.sg
ronanwhite@angloirishbank.ie
ronbrandon@bloomberg.net
ronda.craft@citadelgroup.com
rondiris.k@emporiki.gr
ronee.greazel@harrisbank.com
ronem.yaffe@fibimail.co.il
ronenp@clal-fin.co.il
rong.ren@hvbasia.com
ronghui.tao@db.com
rongwen_wu@freddiemac.com
roni.gani@danskebank.se

roni.malay@mailpoalim.co.il
roni.pond@db.com
roni_white@scudder.com
ronit.meiri@mailpoalim.co.il
ronj@bgi-group.com
ronl@msfi.com
ronmandle@gic.com.sg
ronmcalister@ftportfolios.com
ronn.cornelius@pacificlife.com
ronnette.scarder@jpmorgan.com
ronnie.budja@juliusbaer.com
ronnie.cheung@namhk.com.hk
ronnie.dick@drkw.com
ronnie@de.pimco.com
ronnie_lawrence@westlb.co.uk
ronnie_mueller@swissre.com
ronnie_petrie@standardlife.com
ronny.beck@juliusbaer.com
ronny.cosijns@capco.com
ronny.engebretsen@im.storebrand.no
ronny.maiti@abbey.comuk
ronny.moller@seb.se
r-ono@nochubank.or.jp
ronross@downeysavings.com
ronspa@safeco.com
rony.hamaui@bancaintesa.it
ronyy@bll.co.il
ropferman@lincap.com
rormond@pictet.com
rorne@loomissayles.com
rorourke@metlife.com
rorozco@banxico.org.mx
rortiz@ucmpartners.com
rorusso@nb.com
rory.anderson@insightinvestment.com
rory.bateman@gs.com
rory.beaton@ubs.com
rory.buchan@ubs.com
rory.davan@ubs.com
rory.g.charity@jpmorgan.com
rory.hammerson@swipartnership.co.uk
rory.macgowan@sachsenlb.ie
rory.mason@uk.abnamro.com
rory.murphy@citadelgroup.com

rory.tobin@barclaysglobal.com
rory_adam@standardlife.com
rory_hill@blackrock.com
rory_hudson@prusec.com
rory_oneill@cargill.com
rory_verenicoll@blackrock.com
rory1@bloomberg.net
roryoconnor@angloirishbank.ie
ros.stripe@citicorp.com
rosa.e.velasquez@columbiamanagement.com
rosa.gillis@commercebank.com
rosa.gisini@bpm.it
rosa.jp@tbcam.com
rosa.pastorello@am.generali.com
rosa.sanchez@firstbankpr.com
rosadom@aetna.com
rosalee.stine@huntington.com
rosalie.richichi@lazard.com
rosalind.j.jones@aib.ie
rosalind.malone@mhmraharris.org
rosalind.morais@insightinvestment.com
rosalind.torney@boitib.com
rosalind_finney@newton.co.uk
rosaly.lentini@baring-asset.com
rosalyn.wildman@rothschild.co.uk
rosalyn_schick@ustrust.com
rosamar.martinez@fortisbank.com
rosamaria.colicchia@bpm.it
rosamund.price@pimco.com
rosamunde.price@citicorp.com
rosana.decesco@mediobanca.it
rosana.stacewicz@rmf.ch
rosania.rr@tbcam.com
rosania@finmeccanica.it
rosanna.castro@alliancebernstein.com
rosanna.fabbri@ubs.com
rosanna.marcionelli@london.bsipb.com
rosanna.moretti@morleyfm.com
rosanna.s.singh@jpmorgan.com
rosanna.vecchio@vanguard.com.au
rosannam@microsoft.com
rosanne.baruh@prudential.com
rosanoff@bordier.com
rosario.bettencourt@santander.pt

rosario.dellaquila@zkb.ch
rosario.distefano@thehartford.com
rosata@gestielle.it
rosboro@pimco.com
roscroft@bloomberg.net
rose.fung@hvbasia.com
rose.gramegna@intesasanpaolo.com
rose.lim@us.hsbc.com
rose.liu@moorecap.com
rose.sanders@mbna.com
rose.siciliano@avmltd.com
rose.struck@state.nm.us
rose.venette@fmr.com
rose@roseassetmgt.com
rose_czerny@bankone.com
roseann.burke@americas.bnpparibas.com
roseanna_chan@mitsubishi-trust.co.jp
roseanne.castellino@fmr.com
roseanne.dillon@aiminvestments.com
roseanngomez@oppenheimerfunds.com
roseh@jwseligman.com
rosemarie.licastri@db.com
rosemarie.loffredo@ipaper.com
rosemarie.reardon@nctrust.com
rosemarie.seery@aig.com
rosemarie.westman@alecta.com
rosemarie_reardon@ustrust.com
rosemary.candido@bernstein.com
rosemary.fairhead@db.com
rosemary.hann@threadneedle.co.uk
rosemary.maltus-smith@bancaakros.it
rosemary.quinn@bailliegifford.com
rosemary.ripley@us.pm.com
rosemary.thorne@bbg.co.uk
rosemary.winkworth@db.com
rosemary.zeppetella@prudential.com
rosenberg.lawrence@nomura-asset.com
rosenbes@wellsfargo.com
rosenblatt.jordan@pennmutual.com
rosenfelder.sascha@rahnbodmer.ch
rosenga@bloomberg.net
roser.bosch@be.gm.com
rosetta_rosati@bancalombarda.it
rosh.panesar@agf.com

roshan.k.kholil@jpmorgan.com
roshan.patel@soros.com
roshan.white@firstunion.com
roshan_shah@ml.com
roshanp@farcap.com
rosiak@pimco.com
rosie.mcmellin@aberdeen-asset.com
rosie_bichard@newton.co.uk
rosminah@bloomberg.net
roso@nykredit.dk
ross.atkinson@dzbank.com.sg
ross.bayley@abnamromellon.com
ross.bradley@aegon.co.uk
ross.campbell@credit-suisse.com
ross.cardon@hcmny.com
ross.dilkes@ubs.com
ross.dillon@libertymutual.com
ross.ferguson@barclays.co.uk
ross.hazlett@53.com
ross.hecht@moorecap.com
ross.jackson@sscims.com
ross.james@barclaysglobal.com
ross.jm@mellon.com
ross.levinsky@deshaw.com
ross.long@sgcib.com
ross.maclean@glgpartners.com
ross.martin@aberdeen-asset.com
ross.mccormick@moorecap.co.uk
ross.mcinnes@thalesgroup.com
ross.olusanya@swip.com
ross.pillsbury@gmacrfc.com
ross.sappenfield@capitglobal.com
ross.schneiderman@nytimes.com
ross.seebalack@db.com
ross.silvis@erieinsurance.com
ross.slusser@tcw.com
ross.smead@prudential.com
ross.tauchert@wachovia.com
ross.wales@capitalonebank.com
ross.watson@aberdeen-asset.com
ross.willmann@trs.state.tx.us
ross@denveria.com
ross_bolton@ssga.com
ross_ciesla@newton.co.uk

ross_galitsky@bankone.com
ross_howell@vanguard.com.au
ross_teverson@standardlife.com
ross_znavor@ml.com
rossana.brambilla@gnf.it
rossd@jwseligman.com
rossella.leidi@bpubanca.it
rossella.merciai@bancaintesa.it
rossen.peytchev@erstebank.at
rossini_stotomas@symantec.com
rossjm@bernstein.com
rosso@jwseligman.com
rossthenee.nendaroh@bia.com.bn
rostern@bloomberg.net
roswitha.droeber@bayernlb.de
roswitha.radke@ids.allianz.com
rotanni@tcbank.com.tw
rotert@bloomberg.net
rothb@rabo-bank.com
rothe@skba.com
rotherp@nationwide.com
rothj@jwseligman.com
rothk@emigrant.com
rothm@fhlbsf.com
rothwep@bloomberg.net
rotoole@federatedinv.com
rotraut.schmid@db.com
rott@alger.com
roudabush@orix.com
roula.rouphael@bnpparibas.com
roupen.ardhaldjian@wpginvest.com
roupen@heliosgrp.com
rouse.jx@mellon.com
rousseau@ebrd.com
rouven.koelmel@union-investment.de
rouven-dean.dibbern@zkb.ch
rovida@londondandamsterdam.com
rowan.chaplin@isisam.com
rowan.flatt@seb.co.uk
rowan@nyc.apollolp.com
rowan@rccl.com
rowanomahony@angloirishbank.ie
rowedon@bloomberg.net
rowena.romulo@citigroup.com

rowena_lynn@symantec.com
rowens@crewsassoc.com
rowlandj1@aetna.com
rowley.russ@principal.com
rowman.caguyong@barclaysglobal.com
roxana.villafane@morganstanley.com
roxanne.lawrence@prudential.com
roxanne.newman@americo.com
roxanne.scott@db.com
roxanne.tepler@janus.com
roxanne_sosa@nylim.com
roxannesoh@mas.gov.sg
roxton.mcneal@gm.com
roy.brubaker@mizuhocbus.com
roy.budge@aberdeen-asset.com
roy.burgess@icap.com
roy.dosramos@axa-im.com
roy.gates@coastalcorp.com
roy.h.turner@hsbc.com
roy.hansel@prudential.com
roy.johnston@opcap.com
roy.koolen@dsm.com
roy.kroon@mn-services.nl
roy.kurian@trs.state.tx.us
roy.lenahan@ge.com
roy.liu@morganstanley.com
roy.mills@mailpoalim.co.il
roy.s.kim@bankofamerica.com
roy.schwartz@gs.com
roy.sher@glgpartners.com
roy.smale@nl.abnamro.com
roy.standfest@tudor.com
roy.thomas@citadelgroup.com
roy.vageskar@t-systems.com
roy.wellington@state.tn.us
roy_bracher@ldn.invesco.com
roy_hansen@ml.com
roy_marks@notes.ntrs.com
roy_r_hormuth@fanniemae.com
roy_van_wechem@deltalloyd.nl
roy_yan@ml.com
royal.tm@tbcam.com
royce.woods@pnc.com
roychoudhury.p@tbcam.com

royr@aeltus.com
royr@jwseligman.com
roystontan@afcmerchantbank.com
rozanne.moraux@banquedorsay.fr
rozenn.le-cainec@caam.com
rozhanskaya@vtb.ru
rozimi.r.abdulrahman@si.shell.com
rozyczka.mw@mellonequity.com
rp69@ntrs.com
rpa@dalmine.it
rpacheco@capis.com
rpackard@fdic.gov
rpage@gcoelf.com
rpaidipaty@farcap.com
rpaige@perrycap.com
rpalliser1@bloomberg.net
rpalmer@brownadvisory.com
rpalmer@pimco.com
rpalou@bancamarch.es
rpamphilon@europeancredit.com
rparekh@templeton.com
rparilla@jennison.com
rpark@hmausa.com
rpark@mfs.com
rpark@provnet.com
rparker@quanttradebd.com
rparks@orixcm.com
rparlanti@turnerinvestments.com
rparramo@bga.gbancaja.com
rparry@tjim.com
rparyani@wscapital.com
rpaschke@bloomberg.net
rpasserine@integrabank.com
rpatel@faralloncapital.com
rpatel@payden-rygel.com
rpatsy@retirement.sc.gov
rpatterson@standish.com
rpaul@blackrock.com
rpaz@mcmorgan.com
rpearce@wasatchadvisors.com
rpearl@firstmanhattan.com
rpearsall@cicny.com
rpease@newstaram.com
rpedrazzini@bipielle.it

rpegg@fisbonds.com
rpeirce@canyonpartners.com
rpellegrino@worldbank.org
rpenny@chevrontexaco.com
rperaza@bancamarch.es
rpercy@resurgenscapitalmarkets.com
rperez@deerfieldcapital.com
rperfetto@bloomberg.net
rperiti@ergpetroli.it
rpernia1@worldbank.org
rperry@aegonusa.com
rperry@perrycap.com
rperry@smithbreeden.com
rpersaud@ambac.com
rpersons@mfs.com
rpeterkin@delinvest.com
rpeterson@nb.com
rpetrenka@mwamllc.com
rpettafor@bloomberg.net
rpettifour@bloomberg.net
rpezzo@intesasanpaolo.us
rpfahl@ofiinstitutional.com
rphillips@mcdinvest.com
rpiasio@us.nomura.com
rpiazza@harborviewgrowth.com
rpicardo@notes.banesto.es
rpierson@bankofny.com
rpinedo@ceca.com
rpino@evcap.com
rpinto@statestreet.com
rpleasant@perrycap.com
rplummer@valueline.com
rpm@bancoinversion.es
rpmarsh@itsmarta.com
rpmeagher@wellington.com
rpmelanson@wellington.com
rpol@kempen.nl
rpolatty@alliance-mortgage.com
rpolye@huffcompanies.com
rponsonnet@groupama-am.fr
rporrasl@cajamadrid.es
rportell@peabodyenergy.com
rporter@tswinvest.com
rpost@corporateone.coop

rpotito@bloomberg.net
rpoushan@us.ca-indosuez.com
rpowell@novell.com
rppalang@bloomberg.net
rprado@grupobbva.com
rprather@ggiltd.com
rpreston@caxton.com
rprevitali@oppenheimerfunds.com
rpriestly@aegon.co.uk
rpripstein@perrycap.com
rprocopio@lmus.leggmason.com
rprorok@howeandrusling.com
rpsimarro@repsol-ypf.com
rpullara@sscinc.com
rpullie@allstate.com
rpun@preferredbank.com
rquinn@bpbtc.com
rquintiliana@beneficialsavingsbank.com
rr@capgroup.com
rr@londonandamsterdam.com
rr388@cornell.edu
rrabat@creditandorra.ad
rrabl@saigroup.com
rraczkowski@loomissayles.com
rramiah@worldbank.org
rramired@banxico.org.mx
rramirez@sunamerica.com
rrandolph@fib.com
rrappaport@payden-rygel.com
rrasheed@adic.co.ae
rrathour@uss.co.uk
rraval@caxton-iseman.com
rraybardhan@eatonvance.com
rrayborn@mcmorgan.com
rrb2@ntrs.com
rrdavis@metlife.com
rready@wharton.upenn.edu
rrech@snwsc.com
rreed@loomissayles.com
rrees@uss.co.uk
rreeves@standishmellon.com
rregan@panagora.com
rreggiani@credem.it
rreichle@payden-rygel.com

rreid@oaktreecap.com
rreinwald@meag.com
rreisenbuechler@bloomberg.net
rreitzes@bear.com
rremijsen@dow.com
rrendle@frk.com
rrevuelta@panamericanlife.com
rrey@cajadeburgos.es
rreynolds@lordabbett.com
rreza@sarofim.com
rrice@federatedinv.com
rrice@leggmason.com
rrichar@inginvestment.com
rrichard@watrust.com
rrickard@rnt.com
rrifkin@evergreeninvestments.com
rrillings@hertz.com
rrimkus@bbandt.com
rrinaudo@bankofny.com
rripple@sib.wa.gov
rrjanikov@mfs.com
rroberge@dlbabson.com
rroberts@herewego.com
rrobinson@noonday.com
rrobinson@tigerglobal.com
rrobis@oppenheimerfunds.com
rrock@jhancock.com
rrocker@firstmanhattan.com
rrodrigc@cajamadrid.es
rrodriguez@grupobbva.com
rroett@mail.jhuwash.jhu.edu
rrogers-windsor@northwesternm.dum
rrogers-windsor@northwesternmutual.com
rrogovin@tiaa-cref.org
rrohra@lordabbett.com
rroland@loomissayles.com
rromaine@valueline.com
rroncari@fideuramsgr.it
rrosario@fundadministration.com
rrosenthal@bear.com
rross@fhlbc.com
rross@libertyview.com
rroyce@oppenheimerfunds.com
rrpatel@wellington.com

rrs@mn-services.nl
rrscholl@bloomberg.net
rrsouthworth@gkst.com
rrubin@mncm.com
rrubino@troweprice.com
rruchay@union-investment.de
rrudin@bellevue.ch
rruebsahm@utimco.org
rrueda@dcf.pemex.com
rruijter@aegon.nl
rrundell@icccapital.com
rrussell@orrstown.com
rruvigny@newstaram.com
rruvkun@lordabbett.com
rryan@patteninc.com
rs101@ntrs.com
rs4@ntrs.com
rsach@bloomberg.net
rsagalyn@ftci.com
rsagar@ustrust.com
rsah@oppenheimerfunds.com
rsahli@swissca.ch
rsaiki@maximgrp.com
rsajkoski@bloomberg.net
rsalazar@vcallc.com
rsaldonis@pclient.ml.com
rsaltarelli@pncadvisors.com
rsalzsieder@metzler.com
rsamuel@gic.com.kw
rsamuels@wsfsbank.com
rsanch@ftci.com
rsanchez-dahl@federatedinv.com
rsandbergen2@bloomberg.net
rsandeogracias@santalucia.es
rsanders@tiaa-cref.org
rsanni-thomas@oppenheimerfunds.com
rsaper@bloomberg.net
rsaraf1@progressive.com
rsargent@sfim.co.uk
rsauer@bayernlbny.com
rsaunder@ms.com
rsaussier1@bloomberg.net
rsawada@nochubank.or.jp
rsb@ubp.ch

rscetlin@bernstein.com
rschadt@oppenheimerfunds.com
rschaper@farcap.com
rschapers@aegon.nl
rscherfke@wellmanage.com
rscherzer@ftci.com
rscheun@allstate.com
rschlosst@blackrock.com
rschneider@cambonds.com
rschneider@lincap.com
rscholman@anthos.nl
rschotin@chotingroup.com
rschundler@smithbreeden.com
rschwarzkopf@kayne.com
rscott@iof.org
rscoville@seawardmgmt.com
rscudre@pictet.com
rsdynan@wellington.com
rseah@income.com.sg
rsearle@pop.net
rsecris@frk.com
rsedwards@uss.com
rseifert@aegonusa.com
rselvaggio@ambac.com
rserina@mmsa.com
rsessa@ers.state.tx.us
rseverude@farcap.com
rsewradj@statestreet.com
rsforza@websterbank.com
rsg@artemisinvest.com
rshaeffer@hbk.com
rshafer@alaskapermfund.com
rshainberg@jbhanauer.com
rshalhoub@caxton.com
rshalhoub@lordabbett.com
rshanks@munder.com
rsharma@martincurrie.com
rsharp@barbnet.com
rsharp3@bloomberg.net
rsharps@troweprice.com
rshawger@bloomberg.net
rshea@blackrock.com
rshea@jhancock.com
rshea3@bloomberg.net

rsheklin@hbk.com
rshelly@lincap.com
rshemesh@ustrust.com
rshep@bloomberg.net
rsherry@kayne.com
rshiber@nbeny.com
rshih@westernasset.com
rshino@bloomberg.net
rshu@metlife.com
rsi@nbim.no
rsimonso@allstate.com
rsims@fdic.gov
rsingh2@dlbabson.com
rsion@blackrock.com
rsipley@bostonprivatebank.com
rsison@sterneagee.com
rskaggs@loomissayles.com
rskloff@bear.com
rskloff@leggmason.com
rslocum@rwjf.org
rsmall@hbk.com
rsmith@chittenden.com
rsmith@smithmgtllc.com
rsmith@westmiltonstatebank.com
rsmola@lordabbett.com
rsmurphy@wellington.com
rsmythe@frk.com
rsneller@bailliegifford.co.uk
rsnoke@westernasset.com
rsnow@wasatchadvisors.com
rsnyder@bankofcanton.com
rsnyder@fnysllc.com
rsoderst@munder.com
rsommers@fdic.gov
rsong@bbandt.com
rsong@metlife.com
rsora@bloomberg.net
rsotter@westernasset.co.uk
rsoule@fhlbdm.com
rsp@ubp.ch
rspayde@highbridge.com
rspears@millertabak.com
rspector@mcleanbudden.com
rspencer@dlbabson.com

rspieker@fdic.gov
rspigolon@bsct.ch
rspitz@williamblair.com
rss4@ntrs.com
rstarling@canyonpartners.com
rstarr4@bloomberg.net
rsteijn@dow.com
rstein@oppenheimerfunds.com
rsteinhauer@fidelitysavingsonline.com
rstern@perrycap.com
rsterr@federatedinv.com
rsteven@frk.com
rstew10446@aol.com
rstiles3@bloomberg.net
rstiver@pilgrimfunds.com
rstlouis@lordabbett.com
rstock@valueline.com
rstohr@dadco.com
rstoichev@wasatchadvisors.com
rstopiak@bloomberg.net
rstudley@eatonvance.com
rstudness@firstmanhattan.com
rsuarez@templeton.com
rsucre@commercebankfl.com
rsugiyama@persi.state.id.us
rsw@columbus.com
rsweeney@drkw.com
rswiatek@ftportfolios.com
rswidey@allamerica.com
rswilliams@rwbaird.com
rsy@dodgeandcox.com
rsymington@resurgencellc.com
rt@capgroup.com
rta@bpi.pt
rtaillandier@groupe-casino.fr
rtakayasu@sompo-japan.co.jp
rtanuku@alger.com
rtaricco@mcc.it
rtate@standishmellon.com
rtaylor@babsoncapital.com
rtaylor@caxton.com
rtaylor@lnc.com
rtc@dodgeandcox.com
rtcrawford@wellington.com

rteaney@lordabbett.com
rteixeira@wellington.com
rterzian@calfed.com
rtestin@ftadvisors.com
rtfernandez@bloomberg.net
rthatcher@ingalls.net
rthomas@sarofim.com
rthomas@thamesriver.co.uk
rthornburgh@fmausa.com
rtitto@federatedinv.com
rtjackson@ibtco.com
rtjader@frk.com
rtjong@vegapartners.com
rtl@ubp.ch
rtong@opers.org
rtong@steinroe.com
rtorioma@cajamadrid.es
rtorres@evcap.com
rtosali@mas.gov.sg
rtowne@providentbank.com
rtoygar@akbank.com.tr
rtoyoshima@us.mufg.jp
r-toyota@yasuda-life.co.jp
rtriltsch@federatedinv.com
rtrudeau@huffcompanies.com
rtruesdell@mandtbank.com
rts27@cornell.edu
rtt@capgroup.com
rtucker@fsa.com
rtucker@torchmarkcorp.com
rtuffier@oddo.fr
rtumbry@congressasset.com
rturner@turnerinvestments.com
rtweed@bankofny.com
ru@gs.com
ruadhri_duncan@newton.co.uk
ruairi.o'neill@pnc.com
ruba.khoury@deshaw.com
ruben.avilez@wellsfargo.com
ruben.calderon@fmr.com
ruben.logatto@intesabci.co.uk
ruben.marciano@db.com
ruben.smit@snsam.nl
rubens.riva@passbanca.it

ruberton@apolloic.com
rubin.b@tbcam.com
rubin.chen@inginvestment.com
rubin.savio@lehman.com
rubin.srimal@dartmouth.edu
rubinstein@ymcaret.org
ruby.s.l.chan@hsbc.com.hk
rubyl@unibank.dk
rucha.potdar@morganstanley.com
ruchi.gupta@credit-suisse.com
ruchi.patel@csam.com
ruchir.patel@investecmail.com
ruchir.sharma@morganstanley.com
ruchita.pathak@ubs.com
rudell@fftw.com
rudi.fechter@dit.de
rudi.kramer@achmea.nl
rudi.vandeneynde@dexia-am.com
rudjito@bri.co.id
rudolf.anger@fraspa1822.de
rudolf.boeltl@de.pimco.com
rudolf.buxtorf@rbscoutts.com
rudolf.enderli@ubs.com
rudolf.gleisner@ubs.com
rudolf.hamann@siemens.com
rudolf.hanisch@bayernib.de
rudolf.hofbauer@bayernlb.de
rudolf.keller@swisslife.ch
rudolf.leemann@ubs.com
rudolf.marty@rothschildbank.com
rudolf.rickenmann@lodh.com
rudolf.roffler@ubs.com
rudolf.schmidt@hsh-nordbank.co.uk
rudolf.sellinger@ba-ca.group-treasury.co.at
rudolf.stutz@vontobel.ch
rudolf.suter@swisslife.ch
rudy.bulis@nyc.rabobank.com
rudy.garza@pimco.com
rudy.hokanson@ubs.com
rudy.pimentel@pimco.com
rudy.setiawan@siemens.com
rudy.vandorpe@fortisinvestments.com
rudy.vermeersch@dexia-am.com
rueda@pimco.com

ruedi.brunner@bhimail.ch
ruedi.zaugg@rbscoutts.com
ruediger.lange@westlb.de
ruediger.weber@dresdner-bank.com
ruetterm@colognere.com
rueven@deshaw.com
rueyher_liu@ml.com
ruey-shiuan.tsai@novartis.com
rufaro.makanda@dartmouth.edu
ruffa@cimbanque.ch
rufino.a.mendoza@jpmorgan.com
rufus.round@rabobank.com
rufus_w_davenport@nylife.com
ruggero.botto@sella.it
ruggiero.jx@mellon.com
ruggiero.santeramo@am.generali.com
ruhe@uk.danskebank.com
ruhi.khan@fmr.com
ruhlig@exchange.ml.com
rui.dong@deshaw.com
rui.grenho@fandc.com
rui.manuel@cgd.pt
rui.santinho@finantia.com
rui.uchida@mizuho-cb.co.jp
rui.zhao@blackrock.com
rui.zheng@ubs.com
rui_falcon@fanniemae.com
ruiling.zeng@ubs.com
ruiling@dbs.com
ruixiong@mas.gov.sg
ruizdan@bloomberg.net
ruizj@vankampen.com
ruj.tr@adia.ae
rumi.x.masih@jpmorgan.com
rumit@bloomberg.net
runa.urheim@kap.norges-bank.no
runa@kaupthing.is
rune.kaland@gjensidige.no
rune.talberg@dnb.no
rune@jybkebank.dk
rupal.bhansali@mackayshields.com
rupal.mehta@bankofamerica.com
rupali.saggar@pimco.com
rupert.armitage@shorecap.co.uk

rupert.balfour@db.com
rupert.della-porta@fandc.co.uk
rupert.gifford@fl.com
rupert.horrocks@eu.nabgroup.com
rupert.howard@rothschild.co.uk
rupert.kay@commerzbankib.com
rupert.lescott@barclaysglobal.com
rupert.limentani@db.com
rupert.robson@hsbcib.com
rupert.trotter@friendsis.com
rupert.vaughan@glgpartners.com
rupesh.tailor@barcap.com
ruping@cathaylife.com.tw
ruppen.margarian@ing.com.au
ruppert.vernon@ssmb.com
rurquhart@opcap.com
rurso1@bloomberg.net
rus.lin@natixis.us
rus@capgroup.com
ruscittt@fhlbsf.com
rushant.sanathara@pimco.com
rushp@univest.net
ruskin.c.green@exxonmobil.com
ruskin.jp@dreyfus.com
russ.diminni@mackayshields.com
russ.ewing@columbiamanagement.com
russ.kimbro@wachovia.com
russ.koesterich@barclaysglobal.com
russ.pattee@lpcorp.com
russ@catholicknights.com
russel.mackie@mondrian.com
russel.martin@isisam.com
russel_matthews@ldn.invesco.com
russell.beer@credit-suisse.com
russell.blake@fhlbboston.com
russell.bloomfield@columbiamanagement.com
russell.booth@agamwestfcb.com
russell.brown@northernrock.co.uk
russell.cernansky@morganstanley.com
russell.champion@uk.fid-intl.com
russell.chweidan@jpmorganfleming.com
russell.clements@aberdeen-asset.com
russell.condrich@bankofamerica.com
russell.croninjr@nationalcity.com

russell.driver@db.com
russell.faulkner@inginvestment.com
russell.good@insightinvestment.com
russell.graham@barclaysglobal.com
russell.grimwood@westernasset.co.uk
russell.gurnhill@london.entoil.com
russell.harris@morleyfm.com
russell.hogan@aegon.co.uk
russell.j.lee@aib.ie
russell.j.miller@jpmorgan.com
russell.jones@rbccm.com
russell.jones@swift.com
russell.maddox@blackrock.com
russell.matthews@uk.nomura.com
russell.oxley@resolutionasset.com
russell.papst@vanguard.com.au
russell.peddie@swip.com
russell.penn@axa-im.com
russell.platts@ubs.com
russell.plumley@smiths-group.com
russell.pudney@jpmorgan.com
russell.schtern@db.com
russell.shtern@db.com
russell.taylor@aig.com
russell.vernick@barclaysglobal.com
russell.williams@blblon.co.uk
russell.wright@insightinvestment.com
russell@robertvan.com
russell_brody@acml.com
russell_dussling@vanguard.com
russell_gibbons@scotiacapital.com
russell_pointon@newton.co.uk
russell_read@calpers.ca.gov
russell_vellequette@victoryconnect.com
russell_walls@baa.co.uk
russenberger@bloomberg.net
russo@simgest.it
russo_james@jpmorgan.com
rustem.shaikhutdinov@alliancebernstein.com
rusty.sommer@nationalcity.com
rusty_hoss@nacm.com
rut.pugsasin@moorecap.com
ruta.ziverte@ge.com
ruta.ziverte@phxinv.com

ruth.cefaratti@lazard.com
ruth.f@gordian.co.uk
ruth.fitter@blackrock.com
ruth.forbes@gmacm.com
ruth.greene@db.com
ruth.grob@swisslife.ch
ruth.hass@jpmorgan.com
ruth.johnstone@uk.bnpparibas.com
ruth.kossoff@mackayshields.com
ruth.m.hogan@aib.ie
ruth.m.mcnamara@aibbny.ie
ruth.mattson@usbank.com
ruth.mulligan@mfs.com
ruth.norton@wgzbank.ie
ruth.ockendon@mhcb.co.uk
ruth.rayner@citadelgroup.com
ruth.richardson@harrisbank.com
ruth.shlein@mailpoalim.co.il
ruth.x.priestley@jpmorgan.com
ruth_c@bi.go.id
ruth_levine@vanguard.com
ruth_sawyer@elas.co.uk
ruthannewilliams@oppenheimerfunds.com
ruthard_murphy@nylim.com
ruther@nordinvest.de
ruthpang@gic.com.sg
rutledge@bessemer.com
rutuza.arya@lehman.com
rutyo@gmulot.co.il
ruu@ubp.ch
ruud.boeve@ingim.com
ruud.hagendijk@mn-services.nl
ruud.oude.wolbers@fandc.com
ruud.van.de.putte@kasbank.com
ruud.van.gogh@achmea.nl
ruvenh@boi.gov.il
ruwan_wickrema@vanguard.com
ruxandra.ghika@shenkmancapital.com
ruyalves@bloomberg.net
rv1@ntrs.com
rvakil@europeancredit.com
rvaldivia@bloomberg.net
rvanaart@aegon.nl
rvandeberghe@btmna.com

rvandermark@aegon.nl
rvannoort1@bloomberg.net
rvanrooyen@northcentraltrust.com
rvarela@oppenheimerfunds.com
rvc1@ntrs.com
rvdhoek@generali.nl
rvdyer@wellington.com
rvelascol@banxico.org.mx
rvellequette@metlife.com
rvenkatachalam@loews.com
rventura@fhlbc.com
rvesters@spfbeheer.nl
rvg@americancentury.com
rvi.invermap@mapfre.com
rviera@luminentcapital.com
rvilim@fdic.gov
rvillacorta@blackrock.com
rvillanueva@westernasset.com
rvillavicencio@imf.org
rvin@kempen.nl
rvirani@halcyonllc.com
rvitale@uic.it
rviyer@canyonpartners.com
rvoccolai@barrettassociates.com
rvoegeli@pasche.ch
rvoge@amfam.com
rvogel@wilmingtontrust.com
rvoigt@senecacapital.com
rvoon@faralloncapital.com
rvrodrigo@bloomberg.net
rvsala@ibercaja.es
rvturner@bloomberg.net
rvv@nbim.no
rw@gruss.com
rw35@ntrs.com
rw57@ntrs.com
rw658658@yahoo.com.tw
rwacker@fhlbatl.com
rwaelchli@evalor.ch
rwait@richmondcap.com
rwaldn@ftci.com
rwaldron@loomissayles.com
rwall@cumberassoc.com
rwang@bankofny.com

rwang@cainbrothers.com
rwannop@bostonprivatebank.com
rward@kbw.com
rward7@bloomberg.net
rwarren@hbk.com
rwartell@blackrock.com
rwat@fdic.gov
rwaterhouse@deerfieldcapital.com
rwatson@bankatlantic.com
rwatson@hcmlp.com
rweaver@williamblair.com
rweber@ooev.at
rwedeking@caxton.com
rweger@versorgungskammer.de
rweiden@staceybraun.com
rweinberg@mfs.com
rwelchman@firststate.co.uk
rwendt@bloomberg.net
rwenger@fortress.com
rwerman@nb.com
rwetmore@turnerinvestments.com
rwetzer@meag.com
rwh@jwbristol.com
rwhateley@nb.com
rwhite@jhancock.com
rwhite@newstaram.com
rwhite@panagora.com
rwhitehead@washingtonfederal.com
rwhitney@troweprice.com
rwi@nbim.no
rwijgerse@bloomberg.net
rwilliams@bloomberg.net
rwilliams@cavanalhill.com
rwilliams@halcyonllc.com
rwilliams@willcap.com
rwilliams1@worldbank.org
rwilliamson@pictet.com
rwilson@essexinvest.com
rwindle@bloomberg.net
rwininge@microsoft.com
rwinkowski@federatedinv.com
rwinter@groupama-am.fr
rwisentaner@kio.uk.com
rwish@hbk.com

rwitmer@bbhc.com
rwk.cdu@adia.ae
rwl@capitalworld.com
rwlangway@wellington.com
rwlee@ibtco.com
rwm1@ntrs.com
rwolfe@lehman.com
rwolinsky@dkb.com
rwolters@aegon.nl
rwomack@mws.com
rwong@dkpartners.com
rwonghk@bloombeg.net
rwood@ers.state.tx.us
rwoodall@fandc.co.uk
rwoodard11@bloomberg.net
rwq@ubp.ch
rwright@dsaco.com
rwrighton@barrowhanley.com
rws@sitinvest.com
rwsimmon@princeton.edu
rwsnyder@uss.com
rwu@halcyonllc.com
rwyke@eatonvance.com
rximenez@msdw.es
rxing@princeton.edu
rxk@libertyiew.com
rxkee@mas.gov.sg
rxkennedy@leggmason.com
rxn@dartmouth.edu
ryackel@jhancock.com
ryadh.boudjemadi@edf.fr
ry-akiyama@ja-kyosai.or.jp
ryakubik@pacificincome.com
ryan.aj@tbcam.com
ryan.amerman@aiminvestments.com
ryan.avrett@4086.com
ryan.b.tse@jpmorgan.com
ryan.beach@usaa.com
ryan.bernardi@usbank.com
ryan.bierds@bbandt.com
ryan.bloom@himco.com
ryan.blute@pimco.com
ryan.brady@nationalcity.com
ryan.braniff@barclaysglobal.com

ryan.brogan@fmr.com
ryan.burkett@barclaysglobal.com
ryan.bushman@micorp.com
ryan.c.karaian@bankofamerica.com
ryan.carrington@ge.com
ryan.clarkson@pimco.com
ryan.curdy@wellsfargo.com
ryan.day@gcm.com
ryan.degnitz@acuity.com
ryan.downey@mackayshields.com
ryan.e.lowe@wellsfargo.com
ryan.e.meltzer@jpmchase.com
ryan.egan@morganstanley.com
ryan.eisenbeis@edwardjones.com
ryan.english@53.com
ryan.erin@principal.com
ryan.feeney@morganstanley.com
ryan.fitzsimon@drkw.com
ryan.foster@alliancebernstein.com
ryan.foster@soros.com
ryan.fox@ge.com
ryan.freimark@huntington.com
ryan.fulmer@aig.com
ryan.g.huckstorf@wellsfargo.com
ryan.garino@citadelgroup.com
ryan.gelrod@db.com
ryan.green@janus.com
ryan.h.yuk@dartmouth.edu
ryan.hart@pimco.com
ryan.haskett@highbridge.com
ryan.haynes@us.schroders.com
ryan.hutchinson@db.com
ryan.hutson@pw.utc.com
ryan.jasper@4086.com
ryan.john@principal.com
ryan.johnson@columbiamanagement.com
ryan.kagy@pimco.com
ryan.karchner@corporate.ge.com
ryan.kelly@cna.com
ryan.kelly@prudential.com
ryan.kim@barclaysglobal.com
ryan.korinke@pimco.com
ryan.l.letchworth@jpmorgan.com
ryan.lanphere@pimco.com

ryan.lecznar@pimco.com
ryan.lim@csfb.com
ryan.m.metcalf@bankofamerica.com
ryan.martin@barclaysglobal.com
ryan.martinez@wnco.com
ryan.mccann@columbiamanagement.com
ryan.mccann@wamu.net
ryan.mcdonald@db.com
ryan.mcreynolds@wellscap.com
ryan.mims@db.com
ryan.molloy@moorecap.com
ryan.moss@morganstanley.com
ryan.mostafa@us.schroders.com
ryan.murphy@pimco.com
ryan.nellums@inginvestment.com
ryan.neske@rbccm.com
ryan.neupaver@pncadvisors.com
ryan.nugent@ubs.com
ryan.okimura@ibtco.com
ryan.oldham@fmr.com
ryan.olsen@wamu.net
ryan.osullivan@citadelgroup.com
ryan.parry@fmr.com
ryan.peirce@ubs.com
ryan.polisi@lehman.com
ryan.popple@chevron.com
ryan.rackley@raymondjames.com
ryan.raymond@ubs.com
ryan.s.kromer@bob.hsbc.com
ryan.salomone@fmr.com
ryan.seghesio@oracle.com
ryan.sheftel@citadelgroup.com
ryan.simmons@inginvestment.com
ryan.smith@aegon.co.uk
ryan.staszewski@morleyfm.com
ryan.szakacs@blackrock.com
ryan.t.monahan@bankofamerica.com
ryan.valente@citadelgroup.com
ryan.w.j.choi@dartmouth.edu
ryan.watkins@pimco.com
ryan.welch@fhlb.com
ryan.wiley@dfafunds.com
ryan.witko@blackrock.com
ryan.yeo@icprc.com

ryan@aigfpc.com
ryan@apothcap.com
ryan@bpviinc.com
ryan@ellington.com
ryan@incomeresearch.com
ryan@roxcap.com
ryan_burgess@troweprice.com
ryan_campbell@ssga.com
ryan_cottreau@putnam.com
ryan_ferguson@scotiacapital.com
ryan_harn@freddiemac.com
ryan_henning@freddiemac.com
ryan_j_gill@vanguard.com
ryan_jaggers@invesco.com
ryan_langille@ssga.com
ryan_lindsay@vanguard.com
ryan_liu@cmbchina.com
ryan_ludt@vanguard.com
ryan_m_burkart@putnam.com
ryan_maria@jpmorgan.com
ryan_parmele@fleet.com
ryan_rycraw@toyota.com
ryan_turner@troweprice.com
ryan_watts@invesco.com
ryan_weninger@merck.com
ryan_white@conseco.com
ryan_widener@hvbamericas.com
ryan_zannini@putnam.com
ryanaugustin@gic.com.sg
ryanberg@northwesternmutual.com
ryandan@bloomberg.net
ryandenton@northwesternmutual.com
ryang@westernasset.com
ryangreg@exchange.ie.ml.com
ryanj.haartman@53.com
ryanm@bgi-group.com
ryanmiller@tiaa-cref.org
ryann.donohue@raymondjames.com
ryanpowers@bloomberg.net
ryanyeo@dbs.com
ryarlas@panagora.com
rybad@ebrd.com
rydell.wp@mellonequity.com
ryder.donahue@bnymellon.com

rye.harper@sgcib.com
ryean@stanford.edu
ryelandg@mcm.com
ryeung@lib.com
ryhanen@bloomberg.net
ryi@westernasset.com
ryiu1@bloomberg.net
ryo.daido@uk.mufg.jp
ryo_furuya@tr.mufg.jp
ryo_hasegawa@tr.mufg.jp
ryo_sawai@tr.mufg.jp
ryo_tanigawa@am.sumitomolife.co.jp
ryo_taniguchi@tr.mufg.jp
ryoichi_tani@tr.mufg.jp
ryoji.koike@bojny.com
ryoji_shimizu@tr.mufg.jp
ryosuke-tanaka@am.mufg.jp
ryou_sugie@ajinomoto.com
ryoung@essexinvest.com
ryoung@wesbanco.com
ryousei.ishida@mizuho-cb.co.jp
ryousuke.kawahara@mizuho-bk.co.jp
ryousuke.komori@mizuho-bk.co.jp
rysc@capgroup.com
ryszard.petru@bph.pl
ryu.tsujikawa@barclaysglobal.com
ryu@ftci.com
ryu@payden-rygel.com
ryugin@bloomberg.net
ryuhei.fujii@mizuhocbus.com
ryuhei_sakamoto@orix.co.jp
ryuichi@dl.dai-ichi-life.co.jp
ryuichis@dl.dai-ichi-life.co.jp
ryuusuke.awazu@mizuho-bk.co.jp
rz5@ntrs.com
rzage@faralloncapital.com
rzayas@bankofny.com
rzhab@allstate.com
rzibelli@oppenheimerfunds.com
rzielonka@westernasset.com
rzilb@sunlife.com
rzimmerman@summitbank.com
rzubak@allstate.com
rzubillaga.miami@sinvest.es

s.a.ibrahim@greenpoint.com
s.abdo@ncbc.com
s.abdowaise@alahli.com
s.acquaroli@bpbfinance.com
s.adle@lvmh.fr
s.alshamlan@alahli.com
s.asta@apioil.com
s.bandini@bloomberg.net
s.banerjee@bloomberg.net
s.banno@noemail.com
s.barber@mwam.com
s.barnhard@robeco.nl
s.belser@aigpb.com
s.benvenuti@crsm.it
s.bergakker@robeco.nl
s.bernardinello@bipielle.it
s.bichsel@robeco.nl
s.brunel@cholet-dupont.fr
s.buckley@qic.com
s.bus@robeco.nl
s.campbell@ldn.invesco.com
s.canova@bipielle.it
s.cardello@apioil.com
s.danforth@olayangroup.com
s.de.groot@interpolis.nl
s.defrancesco@fddbank.com
s.delariviere@lvmh.fr
s.delmarco@mwam.com
s.demaar@dpfs.nl
s.dhawan@eib.org
s.diop@bloomberg.net
s.djadoenath@sl-am.nl
s.duffy@sumitomotrust.co.jp
s.earl@sumitomotrust.co.jp
s.endo@ny.tr.mufg.jp
s.feiss@hsbc.guyerzeller.com
s.ferguson@hermes.co.uk
s.fukuzawa@mitsui.com
s.goodman@mwam.com
s.hall@mwam.com
s.hall@noemail.com
s.hannigan@rorerasset.com
s.hasegawa@skam.co.jp
s.hashiguchi@aozorabank.co.jp

s.hefti@hsbc.guyerzeller.com
s.heyman@mitsubishi-trust.co.uk
s.hirakawa@noemail.com
s.hoberg@inka-kag.de
s.hoelscher@federated.de
s.hosobuchi@aozorabank.co.jp
s.howard@kairospartners.com
s.hutchinson@qic.com
s.inada@noemail.com
s.jones@mwam.com
s.julius@qic.com
s.k.w.de.willigen@robeco.nl
s.kaemmerer@frankfurt-trust.de
s.kanodia@robeco.nl
s.kikuchi@jahs.or.jp
s.kobayashi@noemail.com
s.kogler@staedtische.co.at
s.kono@noemail.com
s.kyoutaki@aozorabank.co.jp
s.latorre@rpweb.it
s.lie@robeco.nl
s.lujin@lvmh.fr
s.mansouri@ncbc.com
s.matalon@probtp.com
s.matsumura@meijiyasuda.co.jp
s.min@samsung.com
s.murphy@naspadub.ie
s.nagao@noemail.com
s.nagayama@skam.co.jp
s.nakano@noemail.com
s.nalletamby@afdb.org
s.noma@noemail.com
s.ogawa@noemail.com
s.olivares@telefonica.es
s.otake@noemail.com
s.pierson@eib.org
s.poirelle@palatine.fr
s.rissman@qic.com
s.rivellini@astonbank.com
s.satake@noemail.com
s.scott.gregory@morganstanley.com
s.sekioua@afdb.org
s.shivram@gecapital.com
s.smith@qic.com

s.soquar@hermes.co.uk
s.staples@ibj.co.uk
s.stevens@macintosh.nl
s.stots@sl-am.nl
s.swanson@alaskausatrust.com
s.tait@mwam.com
s.tansiokhoon@noemail.com
s.tatsumi@noemail.com
s.thackeray@hermes.co.uk
s.theus@dbtc.ch
s.thomas@frankfurt-trust.de
s.todorovic@frankfurt-trust.de
s.toya@mitsui.com
s.vaccarino@olivetti.com
s.van.den.heuvel@robeco.nl
s.van.eijkern@robeco.nl
s.van.heijst@robeco.nl
s.vigoni@aston-bond.com
s.vranken@bnpparibas.com
s.waite@mwam.com
s.white@bspf.co.uk
s.yonemori@tokyostarbank.co.jp
s_cho@meijiyasuda.co.jp
s_giontzis@putnam.com
s_howley@putnam.com
s_leon@bancourquijo.es
s_medina@putnam.com
s_moeckel@amwestka.de
s_pomerantz@yahoo.com
s_preve@putnam.com
s_ramamurthy@putnam.com
s_tanaka@meiji-life.co.jp
s_tanaka@meijiyasuda.co.jp
s_tindall@yahoo.com
s_williams@oppenheimerfunds.com
s_yagi@nochubank.or.jp
s0884@mb.rosenet.ne.jp
s094596@income.com.sg
s1.tanaka@aozorabank.co.jp
s192jmw@zionsbank.com
s2.yamaguchi@aozorabank.co.jp
s221drg@zionsbank.com
s221jeb@zionsbank.com
s3f@americancentury.com

s4.nakamura@aozorabank.co.jp
s5c@americancentury.com
s7m@americancentury.com
sa@farcap.com
sa@formuepleje.dk
saabramowitz@wellington.com
saad.hammoud@hsbcgroup.com
saad.siddiqui@morganstanley.com
saad@bloomberg.net
saaish.sukumaran@ae.abnamro.com
saamer.azzuz@arabbanking.com
saba_hekmat@nylim.com
sabar@ellington.com
sabdikeev@jp.statestreet.com
sabe@dl.dai-ichi-life.co.jp
saberry@lnc.com
sabina.sardi@soditic.co.uk
sabina_ciminero@putnam.com
sabine.baton@cail.lu
sabine.bauer@hvb.de
sabine.bollo@db.com
sabine.cosse@sgam.com
sabine.depauw@dexia-am.com
sabine.doebeli@zkb.ch
sabine.fischer@kfw.de
sabine.fruehn@dws.de
sabine.gast@commerzbanib.com
sabine.heidrich@s-versicherung.at
sabine.hubler-guy@dresdner-bank.ch
sabine.hummel@hauck-aufhaeuser.de
sabine.jenet-loewe@lrp.de
sabine.koenig@bhf-bank.com
sabine.krueger@dekabank.de
sabine.mueller@dekabank.de
sabine.mueller@wwasset.de
sabine.nowak@postbank.de
sabine.otto@dkib.com
sabine.rahn@dghyp.de
sabine.riga@nagelmackers.be
sabine.schrafl@dekabank.de
sabine.sekutor@de.bosch.com
sabine.shel@henkle.com
sabine.staeuble@csam.com
sabine.stahl@trinkaus.de

sabine.theis@sk-koeln.de
sabine.weiler@bbh.com
sabine_fethiere@ml.com
sabita.kumar@avmltd.com
sabitkh@halykbank.kz
sabrina.becker@eurizoncapital.lu
sabrina.bowens@truscocapital.com
sabrina.girelli@bancaprofilo.it
sabrina.jones@hsbcib.com
sabrina.liu@soros.com
sabrina.manco@ubm.it
sabrina.massucco@mpssgr.it
sabrina.meyer@bnpparibas.com
sabrina.sperow@fmr.com
sabrina_rodriguez-harte@freddiemac.com
sabrine.waismann@lgim.co.uk
sabya.sinha@columbiamanagement.com
sabya_roy@acml.com
sacchitello_michael@jpmorgan.com
sacha.bacro@blackrock.com
sacha.bernasconi@ubs.com
sacha.demicheli@bsibank.com
sacha.deutsch@ruedblass.ch
sacha.devittori@credit-suisse.com
sacha.fischer@credit-suisse.com
sacha.green@insightinvestment.com
sacha.haymoz@credit-suisse.com
sacha.hoek@rreef.com
sacha.holderegger@ubs.com
sacha.mingard@bcv.ch
sacha.sadan@gartmore.com
sacha.vicente@bankcoop.ch
sacha.widin@credit-suisse.com
sacha.wright@uk.fid-intl.com
sacha.ziegler@zkb.ch
sachiko.okuma@jp.pimco.com
sachin.bawale@sscims.com
sachin.divecha@highbridge.com
sachin.mehra@gm.com
sachin.patel@glgpartners.com
sachin.patodia@fmr.com
sachintulyani@northwesternmutual.com
sachse@caxton.com
sack@apolloic.com

sadahito_tomioka@tokaitokyo.co.jp
sadakata@nam.com
saddlerock@gothamcapital.com
sadiehsu@tcbank.com.tw
sadik.culcuoglu@lmginv.com
sadiqa_brown@freddiemac.com
sadok.moussa-djarrara@bnpparibas.com
sadowsth@sdm.cic.fr
sadruddin.rejeb@rmm.im
saeedmirza@bloomberg.net
saeger.erich@principal.com
saeki_hiroaki@dn.smbc.co.jp
saeki-nobukazu@mitsubishi-sec.co.jp
saeko.saker@mizuhocbus.com
safak.alptekin@finansbank.com.tr
safal.durg@deshaw.com
safarina@bi.go.id
safia.abdullah@tcw.com
safra@bloomberg.net
safran@cooperindustries.com
safsd@arbor.com
safura@maybank.com.my
sag.em@adia.ae
sagabond@bloomberg.net
sagacmt@pluto.plala.or.jp
sagalyt@cmbchina.com
sagar.parikh@tcw.com
sagar.sheth@ubs.com
sagnewhuke@ustrust.com
sagorman@wellington.com
sagrawal@mmsa.com
sagretelis@jhancock.com
sah.eu@adia.ae
sah@nbim.no
sahashi.dli@dial.pipex.com
sahiba.chadha@invescoaim.com
sahiba.chadha@usa.dupont.com
sahil.tandon@morganstanley.com
sahlner@bankofny.com
sahmed@manubank.com
sahn7@bloomberg.net
sahoda@nam.co.jp
sai@wharton.upenn.edu
saibal.mukherjee@ubs.com

said.oumar@axa-im.com
saide.el-hachem@sgam.com
saidman@bwater.com
saied_simozar@putnam.com
saikat.kumar@nbf.ae
saikatc@wharton.upenn.edu
saintlee@koreaexim.co.kr
saintral@sdm.cic.fr
sairam.muthialu@citadelgroup.com
saito.shigeru@daiwa-am.co.jp
saito-s@daiwasbi.co.jp
saitou_toshikazu@mail.asahi-life.co.jp
saiyi_he@blackrock.com
saiz@bloomberg.net
sajal.choudhury@moorecap.co.uk
saji@mas.gov.sg
saji@nam.co.jp
sa-jinno@ja-kyosai.or.jp
sajiv.vaid@rlam.co.uk
sajjad.hussain@ocwen.com
sajjad.naqvi@tcw.com
sajjad@bloomberg.net
sajjadl@nb.com
sajl@capgroup.com
saka@dl.dai-ichi-life.co.jp
sakae.igarashi@sumitomotrust.co.jp
sakae@daiwa-am.co.jp
sakae@nam.co.jp
sakaguchi19592@nissay.co.jp
sakai@nam.co.jp
sakai@tmam.co.jp
sakai-masaki@mitsubishi-sec.co.jp
sakamoto@daiwa-am.co.jp
sakamoto@nam.com
sakamoto723@dl.dai-ichi-life.co.jp
sakari.saro@dexia-bil.com
sakata@daiwa-am.co.jp
sakauchi@nam.co.jp
sakazaki02240@nissay.co.jp
sakeda@bloomberg.net
saker.nusseibeh@tcw.com
saket.anand@fmr.com
saket.saurabh.wg09@wharton.upenn.edu
sakiko_reuterskiold@putnam.com

sa-kin@kddi.com
sakis@adia.co.uk
sakita@btmna.com
sakono_kenji@vr.smbc.co.jp
saksak1@bloomberg.net
saktiandi@mas.gov.sg
saku.santavirta@aktia.fi
saku1@bloomberg.net
sakuma@nam.co.jp
sakuma02858@nissay.co.jp
sakumi@bloomberg.net
sakuragi_toshiharu@yk.smbc.co.jp
sakurai@daiwa-am.co.jp
sakurai@daiwasbi.co.jp
sal.digangi@inginvestment.com
sal.esposito@bloomberg.net
sal.mirran@bankofamerica.com
sal.pramas@pioneerinvest.com
sal@sbsi.com
sal_demarco@sbtorsvr123.tor.scotia-mcleod.com
sal_mirran@fanniemae.com
sala.mercados@servibanca.pt
salah.amraoui@bnpparibas.com
salah@kuwait-fund.org
salamercati@biver.it
salangone@wellington.com
salarcon@hcmlp.com
salarie@statestreet.com
salateeqi@kio.uk.com
salatti@swisscap.com
salawwad@bloomberg.net
salb@sierraglobal.com
salbane@ftci.com
salbashir@aol.com
salbert@bloomberg.net
salbert@us.nomura.com
salbrecht@federatedinv.com
salbrecht1@bloomberg.net
salchow@tk.thyssenkrupp.com
saleem@anb.com.sa
salehs@kia.gov.kw
sales.bischofberger@aigpb.com
salesservi1@bloomberg.net
salesservi2@bloomberg.net

salestrading@juliusbaer.fr
salfaghm@saib.com.sa
saliha.garah-nielsen@db.com
salil.sharma@hcmny.com
salil_bhatt@freddiemac.com
salim.hart@fmr.com
salim.hasnat@rabobank.com
salim.khanachet@bbh.com
salim.saab@commerzbankib.com
salim.samaha@global-infra.com
salima.gebleux@cpr-am.fr
salima.remtulla@deshaw.com
salimah.osman@nordlb.com
salina@bnm.gov.my
salinas.martinez@grupobbva.com
salisbuj@strsoh.org
saliya_wijesekera@freddiemac.com
sallabanda@gic.com.sg
sallang@bloomberg.net
sallen@hbk.com
sallen@silchester.com
salloy@oddo.fr
salluemi@cajamadrid.es
sally.2.davis@bt.com
sally.dessloch@ubs.com
sally.english@ubs-oconnor.com
sally.gilding@db.com
sally.godley-maynard@hsbcib.com
sally.greig@bailliegifford.com
sally.mellon@citadelgroup.com
sally.ritter@aig.com
sally.stoffel@ubs.com
sally.walden@uk.fid-intl.com
sally.waugh@tudor.com
sally.williams@bg-group.com
sally.wirts@glenmede.com
sally.yu@barclaysglobal.com
sally_au-yeung@freddiemac.com
sally_panicker@morganstanley.com
sally_sancimino@msdw.com
sally_springer@newton.co.uk
sally_williamson@freddiemac.com
sally-ann.dunphy@bbh.com
sallychua@dbs.com

sallyong@sumitomotrust.co.jp
salma.baho@axa-im.com
salmas@ibjwhitehall.com
salome.abla-bloomquist@lacrosseglobal.com
salome.camur@renault.com
salome.venter@resbank.co.za
saloni.nagpal@shell.com
salothman@kio.uk.com
salpert@glickenhaus.com
salpukas@nytimes.com
salsane@kio.uk.com
saltong@fcsamerica.com
saltzman@ellington.com
saltzmangk@aetna.com
salujav@jwseligman.com
salvatore.aiello@morganstanley.com
salvatore.aliotta@bancacrasti.it
salvatore.amato@marshallfunds.com
salvatore.amorello@db.com
salvatore.bonello@moorecap.com
salvatore.bruno@am.generali.com
salvatore.colli@saipem.eni.it
salvatore.cordaro@bsibank.com
salvatore.deangelis@jpmorgan.com
salvatore.di.vincenzo@bpm.it
salvatore.difrancesco@daiwausa.com
salvatore.fruscione@bancaakros.it
salvatore.leanza@bnpparibas.com
salvatore.liprino@antonveneta.it
salvatore.martone@ge.com
salvatore.parascandola@blackrock.com
salvatore.r.mule@db.com
salvatore.russo@snamretegas.it
salvatore.sama@lazard.com
salvatore.santostefano@db.com
salvatore.stincone@db.com
salvatore.torrisi@fiamm.com
salvatore.zeolla@barclaysglobal.com
salvatore_amato@swissre.com
salvatore_dellagrotta@putnam.com
salvatore_esposito@hvbamericas.com
salvatore_tornello@fleet.com
salwa_boussoukaya@lazard.fr
salwabil1@bloomberg.et

sam.assamongkol@citadelgroup.com
sam.ball@insightinvestment.com
sam.bapasola@blackrock.com
sam.bathia@ppm-uk.com
sam.bullard@wachovia.com
sam.cairns@gs.com
sam.caroll@morganstanley.com
sam.chantana@axa-im.com
sam.chui@bmo.com
sam.crocker@wamu.net
sam.deva@fmr.com
sam.diamond@nacm.com
sam.finkelstein@gs.com
sam.fusco@ppmamerica.com
sam.garza@tcw.com
sam.gere@lazard.com
sam.gouch@db.com
sam.hill@threadneedle.co.uk
sam.holl@morleyfm.com
sam.horowitz@rabo-bank.com
sam.houlie@investecmail.com
sam.hunter-nolan@statestreet.com
sam.ingham@abbey.com
sam.jones@calvert.com
sam.k.cheung@jpmorgan.com
sam.lam@ubs.com
sam.lloyd@barclaysglobal.com
sam.mcgairl@uk.bnpparibas.com
sam.morley@threadneedle.co.uk
sam.morse@uk.fid-intl.com
sam.moyn@gwl.com
sam.myhrman@uk.fid-intl.com
sam.otchere@thehartford.com
sam.pallotta@gm.com
sam.patel@barclaysglobal.com
sam.patterson@moorecap.com
sam.pearlman@avmltd.com
sam.perry@db.com
sam.polyak@piog.com
sam.pulsford@barclaysglobal.com
sam.radnor@glgpartners.com
sam.rahman@fmr.com
sam.riter@blackrock.com
sam.rosenthal@mortgagefamily.com

sam.sezeto@ilim.com
sam.smith@peregrinecapital.com
sam.spencer@glgpartners.com
sam.szeto@ilim.ie
sam.thelen@jnli.com
sam.turner@wachoviasec.com
sam.wald@fmr.com
sam.weinstock@nordlb.com
sam.yee@ppmamerica.com
sam@baupost.com
sam@ikos.co.uk
sam@primco.com
sam@wasatchadvisors.com
sam@wooribank.com
sam_baldwin@hen.invesco.com
sam_chang@nacm.com
sam_essling@cargill.com
sam_li@freddiemac.com
sam_mason@invesco.com
sam_shiu@scotiacapital.com
sam_wilkins@standardlife.com
sam8771.huang@hncb.com.tw
samahogg@bankofny.com
samand@ofivalmo.fr
samantha.abner-wallace@bankofamerica.com
samantha.ashworth@cwcom.co.uk
samantha.bacon@alliancebernstein.com
samantha.bartlett@barclaysglobal.com
samantha.burden@blackrock.com
samantha.bush@uk.fid-intl.com
samantha.gleave@flemings.com
samantha.glennerster@nationwide.co.uk
samantha.harrison@pimco.com
samantha.li@tdsecurities.com
samantha.m.cunningham@aib.ie
samantha.moran@ge.com
samantha.nel@threadneedle.co.uk
samantha.pandolfi@gs.com
samantha.stephenson@uk.calyon.com
samantha.wilson@jpmorganfleming.com
samantha.wong@lbbwsg.com
samantha_foster@acml.com
samantha_lamb@standardlife.com
samantha_lau@acml.com

samantha_tan@ml.com
samantha_thalji@freddiemac.com
samba@hvbamericas.com
sambine.tomber@puilaetco.com
sambou.makalou@redwoodtrust.com
sambroceo@statestreet.com
sambrogi1@bloomberg.net
samcmeni@ibtco.com
samco_treasury@shell.com
sameer.arsiwala@morganstanley.com
sameer.bhalla@lmginv.com
sameer.jain@barclaysglobal.com
sameer.kero@credit-suisse.com
sameer.malik@morganstanley.com
sameer.maru@gs.com
sameer.parab@barclaysglobal.com
sameer.sabharwal@eagleasset.com
sameer.vaghela@gs.com
sameera.waheed@citigroup.com
sameet.desai@soros.com
sameh.khalil@cibeg.com
sameh@mginvestors.com
samei@nam.co.jp
samelung@metzler.com
samer.helou@axa-im.com
samer.saleh@db.com
samho@aol.com
samhopkins@bloomberg.net
sami.ahmad@gs.com
sami.kermiche@barep.com
sami.mesrour@barclaysglobal.com
sami.tamer@erstebank.at
samia.behbehani@credit-suisse.com
samir.bederr@labanquepostale-am.fr
samir.belarbi@dexia-crediop.it
samir.bentekaya@tres.bnc.ca
samir.bhatt@highbridge.com
samir.charif@danskebank.dk
samir.essafri@axa-im.com
samir.master@pharma.novartis.com
samir.parikh@ubs.com
samir.patel@daiwausa.com
samir.ramdane@groupe-mma.fr
samir.sikka@tcw.com

samir.sweidan@riyadbank.com
samira.clair@bnpparibas.com
samira.laouer@nordlb.com
samit.ghosh@ge.com
samit.paul@geind.ge.com
samitha.gajameragedara@global-infra.com
samitnathirmal@gic.com.sg
samkang1@hanmail.net
samlee@chb.co.kr
sammarco.giorgia@italease.it
sammi.teng@chinatrust.com.tw
sammi.truong@pioneerinvest.com
sammy.cheung@lgt.com
sammy.sangiovanni@wachovia.com
sammy.simnegar@fmr.com
sammy.skovronek@bdl.lu
sammy_yip@ssga.com
samoroso@frk.com
sampathj@stanford.edu
sampats@nationwide.com
sampei@nam.co.jp
samphoen@gic.com.sg
samrah.kazmi@wachovia.com
sams.scott@principal.com
samu.slotte@nib.fi
samual@sgsfunds.com
samual_hecker@troweprice.com
samuel.adu@himco.com
samuel.alexandrine@labanquepostale-am.fr
samuel.atanasio@alliancebernstein.com
samuel.baumann@credit-suisse.com
samuel.burick@bankofamerica.com
samuel.e.belk@dartmouth.edu
samuel.epee-bounya@columbiamanagement.com
samuel.etheridge@aberdeen-asset.com
samuel.gottesman@mizuhocbus.com
samuel.guillet@synchrony.ch
samuel.hui@ap.ing.com
samuel.kidston@blackrock.com
samuel.kim@citadelgroup.com
samuel.kim@ubs.com
samuel.lau@db.com
samuel.lau@tcw.com
samuel.lopezbriceno@gs.com

samuel.mueller@lbswiss.ch
samuel.naccache@caam.com
samuel.oubadia@lodh.com
samuel.pang@hk.fortis.com
samuel.perrard@labanquepostale-am.fr
samuel.perruchoud@aexp.com
samuel.pinto@lcfr.fr
samuel.silver@prudential.com
samuel.smith@fmr.com
samuel.tung@barclaysglobal.com
samuel.wardwell@pioneerinvest.com
samuel.weaner@vanguard.com.au
samuel.wilamowsky@alliancebernstein.com
samuel.wilson@fmr.com
samuel@temasek.com.sg
samuel_albert@cargill.com
samuel_chamovitz@putnam.com
samuel_hecker@troweprice.com
samuel_murray@aimfunds.com
samuel_silver@amrcorp.com
samuela.sacchi@bnlmail.com
samuele.marafin@eurosgr.it
samuele.rudelli@bsibank.com
samuelearico@bancaintesa.it
samuelkim@bok.or.kr
samv@mcm.com
samy.chaar@lodh.com
samy.ibrahim@deka.de
san.eu@adia.ae
san.lie@nl.abnamro.com
san_khieu@ml.com
sana.ragbir@db.com
sanae.tsuchiya@jp.pimco.com
sanat.mishra@fmr.com
sanat_shankardass@freddiemac.com
sanchez.blanco@grupobbva.com
sanchez_laura@sinvest.es
sancho.chan@sunlife.com
sanchototo@yahoo.co.kr
sancruri@yahoo.co.kr
sanda.molotcovroustel@axa-im.com
sanda_pesut@fanniemae.com
sandeep.a.saggar@pfizer.com
sandeep.bhargava@jpmorgan.com

sandeep.bhatia@silvantcapital.com
sandeep.bhatia@ubs.com
sandeep.brion@swib.state.wi.us
sandeep.chainani@morganstanley.com
sandeep_jeksaani@fanniemae.com
sandeep_shilawat@fanniemae.com
sandeep_varma@symantec.com
sander.boelen@nl.abnamro.com
sander.fynboe@uk.danskebank.com
sander.huizinga@azl-group.com
sander.van.riel@achmea.nl
sander_vijselaar@deltalloyd.nl
sanderje@wellsfargo.com
sanders@bessemer.com
sandersb@kochind.com
sanderskow@mcdinvest.com
sanderson@us.nomura.com
sanderson@ustrust.com
sandersonr@gruppocredit.it
sanderwald@bellevue.ch
sandhya.mullangi@ppmamerica.com
sandi.hannon@ibtco.com
sandi.merwitz@investecmail.com
sandie.staimesse@eu.nabgroup.com
sandie.w.s.choi@hsbc.com.hk
sandin_wang@putnam.com
sandip.bhagat@morganstanley.com
sandip.taylor@citigroup.com
sandler@bwater.com
sandner.guenter@swm.de
sandnerg@landeshauptstadt.de
sandor.hau@gs.com
sandor.sigrist@pksbb.ch
sandor_steverink@deltalloyd.nl
sandra.a.wynter@jpmchase.com
sandra.armetta@.ubm.com
sandra.bagulho@cgd.fr
sandra.baltazar@bsnp.pt
sandra.bernard@cpr-am.fr
sandra.bonardi@ersel.it
sandra.borland@blackrock.com
sandra.cafazzo@ubs.com
sandra.caraballo@ibtco.com
sandra.chow@dillonread.com

sandra.cidda@ersel.it
sandra.crane@uk.fid-intl.com
sandra.curtis@alliancebernstein.com
sandra.disse_nicodeme@novartis.com
sandra.duncan@cominvest-am.com
sandra.erne@vpbank.com
sandra.goldschneider@ubs.com
sandra.gowlett@g-icap.com
sandra.guerrero@barclaysglobal.com
sandra.gueth@trinkaus.de
sandra.haase@dzbank.de
sandra.hernandez@opco.com
sandra.hind@altria.com
sandra.holdsworth@threadneedle.co.uk
sandra.jenks@morgankeegan.com
sandra.kehrmann@allianz.de
sandra.kochanski@sparkasse-hannover.de
sandra.l.yeager@usa.dupont.com
sandra.lievens@belgacom.be
sandra.liyanage@rothschild.co.uk
sandra.lourenco@caam.com
sandra.mcneillie@lgim.co.uk
sandra.nunes@rbc.om
sandra.okeefe@ge.com
sandra.oliveira@chq.alstom.com
sandra.panzner@bhf-bank.com
sandra.parisi@nestle.com
sandra.partouche@fibimail.co.il
sandra.pernet@bcv.ch
sandra.rizzuto@ubm.it
sandra.s.kruis-schuiten@si.shell.com
sandra.schaufler@db.com
sandra.solange@db.com
sandra.sorg@claridenleu.com
sandra.stahel@claridenleu.com
sandra.steinbuechel@sparkasse-koelnbonn.de
sandra.strauss@dzbank.de
sandra.sullivan@blackrock.com
sandra.tessarek@westam.com
sandra.tordin@ch.abnamro.com
sandra.trino@credit-suisse.com
sandra.valentini@enel.it
sandra.wawrzyniak@collineo-am.com
sandra.weck@pncbank.com

sandra.willens@insightinvestment.com
sandra.zerbo@usbank.com
sandra_ballard@bankone.co
sandra_de_brouwer@deltalloyd.nl
sandra_fisher@ml.com
sandra_harris@invesco.com
sandra_k_lehr@keybank.com
sandra_miles@freddiemac.com
sandra_vogel@rsausa.com
sandra_young@hancockbank.com
sandra1.williams@prudential.com
sandrabrown@jhancock.com
sandrap@bll.co.il
sandrews@qgcapital.com
sandrine.bastide@banque-bpsd.fr
sandrine.beyaert@ca-assetmanagement.fr
sandrine.bon@lodh.com
sandrine.causse@everbank.com
sandrine.gregoire@seb.lu
sandrine.guerin@creditfoncier.fr
sandrine.levallegan@caam.com
sandrine.magloire@us.socgen.com
sandrine.notari@gottardo.com
sandrine.pariente@mpsa.com
sandrine.rabel@sncf.fr
sandrine.richard@axa-im.com
sandrine.vannier@sgam.com
sandro.antonucci@lodh.com
sandro.baechli@claridenleu.com
sandro.campanile@credit-suisse.com
sandro.campestrini@ubs.com
sandro.canuti@bsibank.com
sandro.croce@lodh.com
sandro.curzola@am.generali.com
sandro.dellasala@corner.ch
sandro.dittli@leu.com
sandro.dorigo@juliusbaer.com
sandro.doudin@zurich.com
sandro.l.apostolico@jpmorgan.com
sandro.lozza@ubs.com
sandro.matta@pioneerinvest.it
sandro.mattle@credit-suisse.com
sandro.merino@ubs.com
sandro.monti@bsibank.com

sandro.pierri@pioneerinvest.it
sandro.rosa@claridenleu.com
sandro.scalabrino@popso.it
sandro.streit@snb.ch
sandro.volpe@capitalia-am.com
sandro.zwyssig@ubs.com
sandro@saadgroup.com
sandro_galfetti@swissre.com
sandrodidio@libero.it
sandy.black@insightinvestment.com
sandy.boes@nctrust.com
sandy.bruce@commerzbank.com
sandy.chin@moorecap.com
sandy.christie@blackrock.com
sandy.goyal@nb.com
sandy.hall@state.co.us
sandy.heilman@jpmorgan.com
sandy.issanchou@dexia-am.com
sandy.loperfito@stbank.net
sandy.naim@swipartnership.co.uk
sandy.ng@lbbwus.com
sandy.panetta@columbiamanagement.com
sandy.rattray@glgpartners.com
sandy.schoemaker@bbl.be
sandy.szakach@ppmamerica.com
sandy.yun@morganstanley.com
sandy_blitzer@gmacm.com
sandy_boes@ustrust.com
sandy_chan@new-alliance.com
sandy_koch@america.hypovereinsbank.com
sandy_richards@progressive.com
sandy_wong-ng@ssga.com
sandyhertzfeld@pershing.com
sandylim@gic.com.sg
sandymehta@wellington.com
sandyrivas@northwesternmutual.com
sandyshiau@aegon.com.tw
sandysm@bloomberg.net
sanem.bilgin@alliancebernstein.com
sang.han@tdsecurities.com
sangbin.park@hanabank.com
sangeeta.marfatia@ubs.com
sangela@stw.com
sanghee_lee@samsung.com

sangho.d.jung@samsung.com
sanghoon.ahn@hanvitbank.co.kr
sanghoon.kim@lazard.com
sanghoonkim@hanabank.com
sangsoo2.kim@hnanbank.com
sang-sub_lee@freddiemac.com
sangwan.kang@lehman.com
sangwooh@naver.com
sangyoonkim@hanabank.com
sani@us.danskebank.com
sanja.milas-hardy@umb.com
sanjai.bhonsle@rbccm.com
sanjay.chawla@axa-im.com
sanjay.dhawan@cendantmortgage.com
sanjay.gupta@insightinvestment.com
sanjay.j.bhide@si.shell.com
sanjay.jhaveri@vontobel.ch
sanjay.joshi@londonandcapital.com
sanjay.kashyap@jpmorganfleming.com
sanjay.mazumdar@gs.com
sanjay.oberoi@fidelity.de
sanjay.pandya@icbclondon.com
sanjay.patel@nomura-asset.co.uk
sanjay.roy@blackrock.com
sanjay.roy@wellsfargo.com
sanjay.soni@barclaysglobal.com
sanjay.verma@morganstanley.com
sanjay.yadav@barclaysglobal.com
sanjay_bhasin@westlb.co.uk
sanjay_bhatt@fanniemae.com
sanjay_bhatt@westlb.com
sanjay_chopra@putnam.com
sanjay_jagtiani@invesco.com
sanjay_shah@putnam.com
sanjayab@fhlbcin.com
sanjeev.gogna@de.pimco.com
sanjeev.khemlani@jpmorgan.com
sanjeev.shah@alliancebernstein.com
sanjeev.shah@uk.fid-intl.com
sanjib.datta@threadneedle.co.uk
sanjiv.garg@unicapital.com.hk
sanjiv.tumkur@alliancebernstein.com
sanjiv@avmltd.com
sanju.raturi@tdsecurities.com

sanju_raturi@scotiacapital.com
sankara@lehman.com
sannawong@hsbc.com.hk
sanne.sylvest@danskebank.dk
sano.masaki@daido-life.co.jp
sano-k@ga.toyo-eng.co.jp
sanroman_a@telefonicamoviles.com
sansel@russell.com
sansman.hkdb@bloomberg.net
sant.int1@interbusiness.it
santamrm@bloomberg.net
santiago.debareno@grupobbva.com
santiago.fernandez@prudential.com
santiago.fernandez-de-lis@bde.es
santiago.mora@andbanc.com
santiagt@wellsfargo.com
santir@bot.or.th
santitarn@gic.com.sg
santo.di.pollina@bcv.ch
santodomingob@saccounty.net
santoro@bpintra.it
santosa@bni.co.id
santosh.kumar@morganstanley.com
santosh.varki@rbccm.com
santosh.varki@us.rbcds.com
sanvi@seas.upenn.edu
sanville.t@mellon.com
sanzolga@sabadellatlantico.com
saoirse.jones@zurich.com
saori.mitsuta@pimco.com
saori.tajima@schroders.com
saori_nara@mitsubishi-trust.co.jp
sap39@cornell.edu
sapan.b.shah@jpmorgan.com
sapna.shah@pimco.com
sapons@wellington.com
sar.em@adia.ae
sara.alexander@avmltd.com
sara.alvarado@sunlife.com
sara.amato@mpsgr.it
sara.arfwidson@robur.se
sara.arfwidsson@swedbankrobur.se
sara.bertogali@ubm.it
sara.bolduc@uk.fid-intl.com

sara.carabella@salamercati.it
sara.caselunghe@bancaakros.it
sara.cotter@ubs.com
sara.fischer@lazard.com
sara.freedman@robecoinvest.com
sara.gardiner-hill@db.com
sara.gennari@gestielle.it
sara.gomes@bcb.gov.br
sara.gragg@6thaveinvest.com
sara.grohl@aig.com
sara.halbard@icgplc.co.uk
sara.hellberg@glgpartners.com
sara.johnson@bcbsfl.com
sara.jones.nonemployee@pnc.com
sara.kellersman@alliancebernstein.com
sara.klabacha@harrisbank.com
sara.marrocu@capitalia-am.com
sara.meier@csam.com
sara.metelli@ubm.it
sara.mills.ht5g@statefarm.com
sara.niemann@hypointernational.com
sara.obrien@columbiamanagement.com
sara.pollack@pimco.com
sara.press.pdjb@statefarm.com
sara.sechi@pioneerinvest.it
sara.shea@bankofamerica.com
sara.spock@nationalcity.com
sara.stein@stephens.com
sara.sterckx@statestreetnl.com
sara.weisser@db.com
sara.wigmore@db.com
sara_alasfour@yahoo.com
sara_cole@kdb.co.kr
sara_dauber@putnam.com
sara_divello@ssga.com
sara_earle@conseco.com
sara_leslie@ustrust.com
sara_lowne@newton.co.uk
sara_mcclelland@aimfunds.com
sara_sampsell@riggsbank.com
sara_zielske@troweprice.com
saraa@kia.gov.kw
sarab@kia.gov.kw
sarac@boi.gov.il

saraghi@frk.com
sarah.a.smith@bnpparibas.com
sarah.arkle@threadneedle.co.uk
sarah.bagnall@ppm-uk.com
sarah.belitz@pacificlife.com
sarah.beraud@bgpi.com
sarah.boardman@fidelity.com
sarah.boden@sainsburys.co.uk
sarah.bradford@paccar.com
sarah.briggs@huntington.com
sarah.brindle@pimco.com
sarah.butt@silchester.com
sarah.capozzo@kofc.org
sarah.cheam@ibtco.com
sarah.cheung@columbiamanagement.com
sarah.christian@drkw.com
sarah.collett@aig.com
sarah.collins@ubs.com
sarah.craig@juliusbaer.com
sarah.curry@barclaysglobal.com
sarah.daud@hsbcib.com
sarah.devlin@morganstanley.com
sarah.dirn@crediteurop.lu
sarah.doenni@csam.com
sarah.doughty@fidelity.com
sarah.driscoll@thehartford.com
sarah.durham@uk.fid-intl.com
sarah.dyer@csam.com
sarah.e.mawby@jpmorganfleming.com
sarah.emberson@csam.com
sarah.emly@jpmorgan.com
sarah.fawcett2@lloydstsb.co.uk
sarah.fotsch@bnpparibas.com
sarah.gallogly@ibtco.com
sarah.gannon@uk.mufg.jp
sarah.garvan@bloomberg.net
sarah.garvey@lazard.com
sarah.green@csam.com
sarah.heatley@aa.com
sarah.hedger@ge.com
sarah.hewitt@wamu.net
sarah.hill@nationwide.co.uk
sarah.hollands@bnpgroup.com
sarah.horowitz@pioneerinvestments.com

sarah.hoskins@glgpartners.com
sarah.iannacone@fmr.com
sarah.j.gunn@jpmorgan.com
sarah.j.murdoch@jpmorganfleming.com
sarah.jones@bernstein.com
sarah.kendrick@threadneedle.co.uk
sarah.kern@dexia-bil.com
sarah.kline@lehman.com
sarah.kostezer@ubs.com
sarah.l.mcavoy@bankofamerica.com
sarah.lamb@bnpparibas.com
sarah.lee@rabobank.com
sarah.lu@axa-im.com
sarah.luetgert@wmam.com
sarah.luget@db.com
sarah.martin@sgam.com
sarah.mcdonald@uk.bnpparibas.com
sarah.mcgaughy@pnc.com
sarah.mcgill@barcap.com
sarah.mcglyne@marks-and-spencer.com
sarah.mcqueen@bailliegifford.com
sarah.melvin@blackrock.com
sarah.merefield@citicorp.com
sarah.morrow@huntington.com
sarah.nash@ge.com
sarah.neher@lbbw.de
sarah.pastore@glgpartners.com
sarah.pereschino@citizensbank.com
sarah.pohlinger@sgam.co.uk
sarah.polhinger@sgam.co.uk
sarah.quirk@53.com
sarah.r.dahan@jpmorgan.com
sarah.redhead@ppm-uk.com
sarah.renshaw@lgim.co.uk
sarah.roles-ndibe@threadneedle.co.uk
sarah.russell@nl.abnamro.com
sarah.schumacher@schwab.com
sarah.shand@aberdeen-asset.com
sarah.shoukimas@bbh.com
sarah.simmons@cna.com
sarah.snyder@ubsw.com
sarah.stevens@bankofengland.co.uk
sarah.sullivan@inginvestment.com
sarah.thesse@fmr.com

sarah.thompson@ceredexvalue.com
sarah.titterington@uk.tesco.com
sarah.tucker@raymondjames.com
sarah.wade@moorecap.com
sarah.wahby@claridenleu.com
sarah.webb@ubs.com
sarah.weis@swib.state.wi.us
sarah.whitley@bailliegifford.com
sarah.wild@db.com
sarah.williams@glgpartners.com
sarah.williams@ppm.com
sarah.williams@ppmamerica.com
sarah.williams@threadneedle.co.uk
sarah.wilson@usaa.com
sarah@incomeresearch.com
sarah_burckmyer@putnam.com
sarah_carbone@vanguard.com
sarah_coole@blackrock.com
sarah_dimling@acml.com
sarah_easterly@freddiemac.com
sarah_k_bondurant@victoryconnect.com
sarah_kim@glic.com
sarah_kong@fanniemae.com
sarah_marshall@putnam.com
sarah_moore@colonialbank.com
sarah_percy-dove@acml.com
sarah_ringle@acml.com
sarah_smart@standardlife.com
sarah_youngson@bat.com
sarah-03623@email.esunbank.com.tw
sarah-0828@email.esunbank.com.tw
sarahbevin@gic.co.uk
sarah-jane.campbell@rabobank.com
sarah-jane.chilver-stainer@gsk.com
sarah-jane.morley@jpmorgan.com
sarahlim@dbs.com.sg
sarahmclaren@gartmore.com
sarahw@azasrs.gov
sarai.montes@bspr.com
sarandrea.massimo@italease.it
sarangmc@kfb.co.kr
saranja.andrews@zurich.com
saranunp@bot.or.th
sarath.madap@wachovia.com

sarath_sathkumara@ssga.com
saravanan.rajendran@fmr.com
saravanan.rajendran@ubs.com
sarayutc@bot.or.th
sarbashis_ghosh@freddiemac.com
sarbur@ebrd.com
sarcaro@rnt.com
sarfaraz.yousaf@uk.bnpparibas.com
sargis.gevorgyan@db.com
sarichter@wellington.com
sarif@stanford.edu
sarita.bajaj@aberdeen-asset.com
saritg@clal-fin.co.il
sarju_hindocha@deltalloyd.nl
sarkar@wharton.upenn.edu
sarmad.habib@ingim.com
sarnold@federatedinv.com
sarnone@atlanticasset.com
sarosh.nanavati@ubs.com
sarpin@beutelgoodman.com
sarrajf@nbd.com
sartigaud@bloomberg.net
sartorim@bloomberg.net
saruhan.yucel@yapikredi.com.tr
saryu@kocbank.com.tr
sasa@daiwa-am.co.jp
sasai_masaki@dn.smbc.co.jp
sasaki.k@daiwa-am.co.jp
sasaki.koji@kokusai-am.co.jp
sasaki.naohiko@kokusai-am.co.jp
sasaki@nam.co.jp
sasaki_akira@dn.smbc.co.jp
sasaki_toyofumi@dn.smbc.co.jp
sasaki22692@nissay.co.jp
sasano_toshihiro@ra.smbc.co.jp
sasardinha@wellington.com
sascha.banz@credit-suisse.com
sascha.becker@allianzgi.de
sascha.brutschin@sarasin.ch
sascha.dilly@credit-suisse.com
sascha.gaurilavas@drkw.com
sascha.graf@vontobel.ch
sascha.halicki@db.com
sascha.haudenschild@akb.ch

sascha.hilber@credit-suisse.com
sascha.hirsch@fortisinvestments.com
sascha.imhof@vontobel.ch
sascha.kaelin@credit-suisse.com
sascha.kessler@zkb.ch
sascha.krebs@lbbw.de
sascha.mark@hypointernational.com
sascha.mark@lbbw.de
sascha.mergner@amgam.de
sascha.mergner@union-panagora.de
sascha.meyer-dautrich@hvb.de
sascha.rieken@helaba-invest.de
sascha.stadnikow@rlb-noe.raiffeisen.at
sascha.vinogradic@oppenheim.de
sascha.werberich@oppenheim.de
sascha.wullschleger@abnamro.com
sascha.zetzsche@dzbank.de
sascha@ahorro.com
sasha.kovriga@osterweis.com
sashah@rbcds.com
sasho.bogoevski@lazard.com
sasi.digavalli@citadelgroup.com
saskia.duits@ingim.com
sasoderberg@wellington.com
sassan.zaker@juliusbaer.com
sat.buu@sscims.com
sathar@bbkonline.com
sathie@dcf.pemex.com
sathyamurthy@dohabank.com.sg
satir.sinan@credit-suisse.com
satish.ramakrishna@db.com
satish.selvanathan@bnpparibas.com
satish.swamy@ucop.edu
satish_iyer@freddiemac.com
sato.naruto@kokusai-am.co.jp
sato@noemai.com
sato_shuichi@vr.smbc.co.jp
sato_toshihiro@rk.smbc.co.jp
satoe.aoki@boj.or.jp
satokazu@dl.dai-ichi-life.co.jp
satoko_ishii@mitsubishi-trust.co.jp
satomi.matsumoto@wellscap.com
satoru.tanabe@ufj-partners.co.jp
satoru_kobayashi@tr.mufg.jp

satoru_nojima@tr.mufg.jp
satoru_takakuwa@tr.mufg.jp
satoru-takano@am.mufg.jp
satoshi.a.uchida@mizuho-bk.co.jp
satoshi.funakoshi@mizuho-cb.co.jp
satoshi.heike@boj.or.jp
satoshi.iwanaga@mizuho-cb.co.jp
satoshi.iwase@shinseibank.com
satoshi.morita@axa.co.jp
satoshi.nagano@boj.or.jp
satoshi.nemoto@nabasia.com
satoshi.okumoto@fi.fukoku-life.co.jp
satoshi.ooyama@mizuho-cb.co.jp
satoshi.sugaya@mizuho-cb.co.jp
satoshi.takeuchi@mizuho-cb.co.jp
satoshi_fukagawa@mitsui-seimei.co.jp
satoshi_imaizumi@mitsubishi-trust.co.jp
satoshi_kubo@tr.mufg.jp
satoshi_nasu@tr.mufg.jp
satoshi_nishioka@mitsubishi-trust.co.jp
satoshi_sakamaki@tr.mufg.jp
satoshi_someya@tr.mufg.jp
satoshi-ito@ioi-sonpo.co.jp
satoshi-kamata@am.mufg.jp
satoshi-suzuki@am.mufg.jp
satosi_oohara@am.sumitomolife.co.jp
satou01778@nissay.co.jp
satou962@dl.dai-ichi-life.co.jp
satpalsingh.sandhu@ing.ch
satsuka@nochubank.or.jp
sattaye.gc@dreyfus.com
sattpy@bloomberg.net
satu.linden@aktia.fi
satvin@bnm.gov.my
satyajit.mohanty@fmr.com
satyan.sanghrajka@ubs.com
satyanarayana.allala@ubs.com
saubuchon@loomissayles.com
saubuchon@mfs.com
saudera@nationwide.com
sauj@capgroup.com
saurabh.singh@uk.abnamro.com
saurabhsinha@bloomberg.net
saurav@bloomberg.net

saurigemma@lordabbett.com
saurin.shah@nb.com
saurin_shah@acml.com
sauth@federatedinv.com
sauyin.loke@pioneerinvest.com.sg
saverio.console@ubs.com
saverio.cusano@ubs.com
saverio.papagno@azfund.com
savilespa@bankinter.es
savina.martinucci@sanpaoloam.lu
savio.rodrigues@barclaysglobal.com
savita_subramanian@ml.com
savo.bakrac@citadelgroup.com
sawada.hana@hk.nomura.com
sawchootatt@gic.com.sg
sawchuk@ebmud.com
sawwan@atlanticinvestment.net
saxelsson1@bloomberg.net
saxtont@michigan.gov
saya_nozu@tr.mufg.jp
sayac@bloomberg.net
sayako.konno@boj.or.jp
sayan.ghosh@citadelgroup.com
saybar@denveria.com
sayersf@lotsoff.com
sayuri.aoyama@morganstanley.com
sayuri_owens@putnam.com
saz.tr@adia.ae
saz16@aol.com
sazs@capgroup.com
sb.svenning@fearnleys.no
sb@bankinvest.dk
sb@capgroup.com
sb@eldorado.com
sb@fmr.com
sb235@cornell.edu
sba.cdu@adia.ae
sbacchus@russell.com
sbadlani@canyonpartners.com
sbalakri@us.ca-indosuez.com
sbalakum@ford.com
sballal@daiwa-am.com.sg
sbang@westernasset.com
sbannaty@invercaixa.es

sbardack@canyonpartners.com
sbarker@ifm.net.au
sbarker@montag.com
sbarker@opers.org
sbarker@templeton.com
sbarnett@fffc.com
sbarot@oppenheimerfunds.com
sbarret@generali.fr
sbarth@crawfordinvestment.com
sbartley@lib.com
sbasham@perrycap.com
sbashrum@hcmlp.com
sbassett@orixcm.com
sbastien1@bloomberg.net
sbaucom@templeton.com
sbauer@bloomberg.net
sbaum@panagora.com
sbb@nbim.no
sbchae@bok.or.kr
sbcm@email.msn.com
sbcw@capgroup.com
sbe@bankinvest.dk
sbe@brgco.com
sbeaber@metlife.com
sbeatty@westernasset.com
sbecht@duke-energy.com
sbeck4@bloomberg.net
sbecuzzi@tullib.com
sbeehre@silchester.com
sbeer@metzler.com
sbeirne@bloomberg.net
sbekele@angelogordon.com
sbell@halcyonpartnerships.com
sbenedetti@thamesriver.co.uk
sbengtson@woodmen.com
sbenitez@sunamerica.com
sbenjamin@ofiinstitutional.com
sbennett@scottishlife.co.uk
sbensan@westpac.com.au
sberka@jefco.com
sberkley@blackrock.com
sberkley@fciadvisors.com
sbernhardt@vcallc.com
sbertasi@bcihongkong.com

sbertner@angelogordon.com
sbertoldo@bancasempione.ch
sberzon@leggmason.com
sbesancon@ohiosavings.com
sbhasin@fhlbc.com
sbhat@jhancock.com
sbickham@russell.com
sbiehle@fhlbatl.com
sbigeard@ofi-am.fr
sbihour@generali.fr
sbilotta@farmcredit-ffcb.com
sbilter@hp.com
sbinder@loomissayles.com
sbirrell@ftci.com
sbischoff@cantor.com
sbisht@westernasset.com
sbjensen@pt.lu
sbkahn@princeton.edu
sbkelly@bloomberg.net
sblakey@europeancredit.com
sblewitt@jhancock.com
sblomberg@payden-rygel.com
sblouin@dlbabson.com
sbn@bok.or.kr
sbocamazo@loomissayles.com
sbodhe@jhancock.com
sbogiony@wellington.com
sbonanomi@bci.it
sbonnyman@mcleanbudden.com
sbonser@fandc.co.uk
sbonte@standishmellon.com
sboone@ingalls.net
sbooth@keybank.com
sbooth@mcdinvest.com
sbooth@rwbaird.com
sboothe@troweprice.com
sbordeleau@bank-banque-canada.ca
sborg@ibuk.bankgesellschaft.de
sboris@firstheritagebank.com
sbosch@jennison.com
sbosch@postbank.de
sboscoe@senecacapital.com
sbossart@rmf.ch
sboubran@notes.banesto.es

sbouchet@caam.com
sbouras@bft.fr
sbourmaud@cpr-am.fr
sbowen@franklintempleton.co.uk
sbowron@mwamllc.com
sboxer@babsoncapital.com
sboyce@chittenden.com
sboyina@allstate.com
sbp@americancentury.com
sbrady@wellscap.com
sbraedt@russell.com
sbrambilla@bloomberg.net
sbraming@williamblair.com
sbrandt@provinzial-online.de
sbranis@alpha.gr
sbrasher@wscapital.com
sbrassell@evergreeninvestments.com
sbrausa@tiaa-cref.org
sbrauser@tiaa-cref.org
sbreidbart@hapoalimusa.com
sbrengle@eatonvance.com
sbrennan@bankofny.com
sbrennan@fhlbatl.com
sbrinkley@standishmellon.com
sbriones@lacaixa.es
sbroske@detschepost.de
sbrown@hvbank.com
sbrown@kynikos.com
sbrown@morgankeegan.com
sbrown@ssrm.com
sbrown@ufji.com
sbrown@waddell.com
sbruce@icaminc.com
sbruno@metlife.com
sbryant@mfs.com
sbryant@russell.com
sbstrader@statestreet.com
sbu@nbim.no
sbuchanan@unumprovident.com
sbucky@dartmouth.edu
sbudde@tiaa-cref.org
sbuffum@metlife.com
sburelli@mfs.com
sburg@eatonvance.com

sburge2@bloomberg.net
sburhouse@fdic.gov
sburrill@russell.com
sburrows@pictet.com
sburton@fdic.gov
sbuschmann1@bloomberg.net
sbutt@silchester.com
sbwee@chb.co.kr
sby3000@hotmail.com
sc433@cornell.edu
sc469@cornell.edu
sc475@cornell.edu
sc536@cornell.edu
sc938@cornell.edu
sc96@ntrs.com
scabalka@voyageur.net
scaccese@oppenheimerfunds.com
scachetti@lehman.com
scalcagnini@popvi.it
scaldwell@reamsasset.com
scaliapd@bernstein.com
scalidas@dkpartners.com
scalnan@bloomberg.net
scalso@ford.com
scalvo@worldbank.org
scamarea@cajamadrid.es
scampbell-reid@alliancebernstein.com
scangeli@wellington.com
scanter@ellington.com
scanup@eastwestbank.com
scaplice@eatonvance.com
scarafoni.giuseppina@creval.it
scarbonchi.v@tbcam.com
scarlson@hcmlp.com
scarlsson1@bloomberg.net
scarollo@arielinvestments.com
scarrillo@iidenergy.com
scarrithers@uscentral.org
scaruso@bloombet.net
scaruso@frk.com
scarvo@us.mufg.jp
scates@perrycap.com
scaton@oppenheimerfunds.com
scbearce@wellington.com

scconcannon@wellmanage.com
scd@baupost.com
scebeci@oppenheimerfunds.com
scep01@handelsbanken.se
scew@pggm.nl
scfried@bloomberg.net
scgroves@fnbaonline.com
sch@lrc.ch
schacko@caxton.com
schade.ja@mellon.com
schae@templeton.com
schaedler@nordinvest.de
schaefer@loews.com
schaen@wpginvest.com
schaffsu@wellscap.com
schakravarthy@mba2007.hbs.edu
schakravarthy@wellington.com
schallan@statestreet.com
schamfrault@oddo.fr
schang@fftw.com
schang@genre.com
schang@presidiomangement.com
schang@turnerinvestments.com
schase@markelcorp.com
schase@stephens.com
schaufler@meinlbank.com
schausb@nationwide.com
schawla@alger.com
schawla@dow.com
schen@blx.com
schen@caxton.com
schen@dsaco.com
schen@fdic.gov
schencch@cial.cic.fr
scheng@tiaa-cref.org
scheng@us.nomura.com
scherrer@lhi.ch
schester@westernasset.co.uk
schevalier@azoa.com
schevallier@ftna.com
schhonn@standishmellon.com
schi@perrycap.com
schiasson@ibtco.com
schiavarone@federatedinv.com

schickw@vankampen.com
schiebeler_ulrike@jpmorgan.com
schiebelk@publicfm.com
schiesss@swcorp.org
schilk1@delinvest.com
schiminger@adamsexpress.com
schin@nb.com
schittenden@loomissayles.com
schlaflj@stifel.com
schlereth@rentenbank.de
schlomy.botbol@sgam.com
schlossg@wellsfargo.com
schluraff@us.caylon.com
schlusslerdc@bernstein.com
schmaltzd@jwseligman.com
schmide3@nationwide.com
schmidth@dit.de
schmidtk@dime.com
schmil@fideuramireland.ie
schmitt.lf@mellon.com
schmitt@wesbanco.com
schneider.steven@principal.com
schneider@apollodif.com
schneiderd@lotsoff.com
schneiderh@washpost.com
schneiderman@metlife.com
schneiderp@nbd.com
schneiec@cmcic.fr
scho@metlife.com
schoenfelder@nbg.ibv.com
schoening.julie@principal.com
schoi@bear.com
schoi@ftci.com
schong@mcm.com
schorlej@vankampen.com
schorng@bloomberg.net
schorrc@bernstein.com
schow@ofi-am.fr
schow@smithbreeden.com
schowdry@falconbridgecapital.com
schoy@loews.com
schr@bankofny.com
schrick.diane@gene.com
schristel@clarkest.com

schroederr@jwseligman.com
schuentan@halcyonllc.com
schuepbach@bloomberg.net
schulerg@aetna.com
schulist@pimco.com
schulman@waltonst.com
schulthm@jwseligman.com
schultk@vankampen.com
schultz.l@mellon.com
schumann@dcmc.creditlyonnais.f
schumar@vankampen.com
schung@cooperneff.com
schung16@bloomberg.net
schurch@pictet.com
schurch1@bloomberg.net
schuthari@westernasset.com
schuthel@bloomberg.net
schwaj@tcw.com
schwarcj@strsoh.org
schwartz.jf@mellon.com
schwartz@molpharm.dk
schwej@tcwgroup.com
schwetz@pimco.com
sciascia@moorecap.com
sciccardini@ofi-am.fr
scicco@massmutual.com
scilla.huangsun@juliusbaer.com
scipio21@bok.or.kr
sciresearch@dresdnerkb.com
scislo@bbandt.com
scjung2006@kbstar.co.kr
sck@ubp.ch
sclancy@troweprice.com
sclavive@banrep.gov.co
sclements@beutelgoodman.com
sclemmons@aflac.com
scleong@mas.gov.sg
scoan@standishmellon.com
scoco@ftci.com
scohn@brownadvisory.com
scoleman@iaifunds.com
scolin@firstmanhattan.com
scollett@bloomberg.net
scollins@ftportfolios.com

scollins@panagora.com
scomiskey@statestreet.com
scompton@statestreet.com
sconaghan1@bloomberg.net
sconcannon@eatonvance.com
sconnell@mcleanbudden.com
sconnery@aol.com
sconnolly@evergreeninvestments.com
sconstantine@fftw.com
scooke@loomissayles.com
scooke@wachoviasec.com
scopren@msfi.com
scordebar@cpr-am.com
scordes@tiaa-cref.org
scornet@pictet.com
scornick@halcyonllc.com
scorsell@tiaa-cref.org
scot.johnson@aiminvestments.com
scot.leith@trs.state.tx.us
scot.morton@lloydstsb.co.uk
scotanderson@bankofny.com
scott.a.frost@inginvestment.com
scott.a.moore@abnamro.com
scott.a.smithjr@jpmorganchase.com
scott.agi@db.com
scott.alcott@belgacom.be
scott.amero@blackrock.com
scott.anmolmehra@fmr.com
scott.anthony@fmglobal.com
scott.appleton@lionheartusa.net
scott.arnold@clinton.com
scott.ashley@delta.com
scott.barasch@lazard.com
scott.barber@inginvestment.com
scott.beer@ihe.com
scott.beltz@pimco.com
scott.bennett@aberdeen-asset.com
scott.beveridge@wachovia.com
scott.billeadeau@53.com
scott.blasdell@jpmorgan.com
scott.bluth@blackrock.com
scott.bondurant@ubs.com
scott.bowes@wamulends.net
scott.brandt@53.com

scott.brecher@criterion.com
scott.brian.davis@jpmchase.com
scott.brunenavs@db.com
scott.bryant@alliancebernstein.com
scott.bucker@53.com
scott.butler@tcw.com
scott.bynum@gs.com
scott.cammenga@nationalcity.com
scott.camp@allegiantgroup.com
scott.canuel@pnc.com
scott.caponegro@siemens.com
scott.celia@prudential.com
scott.chambers@wellsfargo.com
scott.chandler@lgim.co.uk
scott.clemons@bbh.com
scott.clifford@barclaysglobal.com
scott.cobb@eds.com
scott.colbert@commercebank.com
scott.condron@blackrock.com
scott.cook@raymondjames.com
scott.cowling@barclaysglobal.com
scott.cullen@usbank.com
scott.cullerton@morganstanley.com
scott.d.eisenberg@jpmorgan.com
scott.d.kosack@jpmchase.com
scott.da.smith@jpmorgan.com
scott.davis@columbiamanagement.com
scott.davis@lamrc.com
scott.day@janus.com
scott.desano@fmr.com
scott.dickinson@uk.bnpparibas.com
scott.dinsdale@transamerica.com
scott.dohemann@barclaysglobal.com
scott.dolan@ubs.com
scott.donnelly@prudential.com
scott.duggal@shell.com
scott.durbahn@stpaul.com
scott.dynan@nb.com
scott.e.craig@truscocapital.com
scott.e.ross@bankofamerica.com
scott.eason@landg.com
scott.eberhardt@fmr.com
scott.elliott@commerzbankib.com
scott.engelmann@peregrinecapital.com

scott.evans@barclaysglobal.com
scott.faithfull@db.com
scott.fleming@mondrian.com
scott.foushee@aig.com
scott.freeman@nationwide.co.uk
scott.freemon@gmam.com
scott.froehlich@inginvestment.com
scott.frymoyer@citadelgroup.com
scott.fukumoto@tcw.com
scott.fuller@capmark.funb.com
scott.fuller@ubs-oconnor.com
scott.furgal@us.hsbc.com
scott.g.frye@lowes.com
scott.gis.kelly@jpmorgan.com
scott.glover@usaa.com
scott.goodfellow@barclays.co.uk
scott.goodside@moorecap.com
scott.gordon@wamu.net
scott.grabine@shenkmancapital.com
scott.granly@sterlingsavings.com
scott.greenberg@ge.com
scott.grupe@wellsfargo.com
scott.hansen@harrisbank.com
scott.hayward@prudential.com
scott.henkin@deshaw.com
scott.heyer@morganstanley.com
scott.hill@bbh.com
scott.hoffman@citadelgroup.com
scott.hoina@nb.com
scott.holan@micorp.com
scott.huckins@kochfinancial.com
scott.ireland@barclaysglobal.com
scott.j.odonnell@citigroup.com
scott.jamieson@aegon.co.uk
scott.jennings@micorp.com
scott.jessup@uboc.com
scott.johnson@hcmlp.com
scott.kelley@morganstanley.com
scott.kingsley@communitybankna.com
scott.kinum@ubs-oconnor.com
scott.klein@gmacrfc.com
scott.kleinman@huntington.com
scott.kramer@csfp.co
scott.kroll@pncbank.com

scott.kruger@aig.com
scott.kushner@pioneerinvest.com
scott.lalim@thrivent.com
scott.lavigne@fmr.com
scott.lemone@rbsgc.com
scott.leonard@kemper.com
scott.lewis@csam.com
scott.lewis@inginvestment.com
scott.lorang@ccastrategies.com
scott.love@anfis.co.uk
scott.m.berman@jpmorgan.com
scott.maddock@rothschild.com.au
scott.mallek@mackayshields.com
scott.marshall@pacificlife.com
scott.matheson@metrokc.gov
scott.maw@gecapital.com
scott.maw@wamu.net
scott.mccarthy@mbna.com
scott.mccrossin@citigroup.com
scott.mcelroy@alliancebernstein.com
scott.mckenzie@morleyfm.com
scott.mclellan@hcmny.com
scott.meech@threadneedle.co.uk
scott.merkel@csam.com
scott.mills@inginvestment.com
scott.mlynek@53.com
scott.moore@columbiamanagement.com
scott.moore@trs.state.tx.us
scott.motta@prudential.com
scott.mullinix@fafadvisors.com
scott.n.braunstein@jpmorgan.com
scott.newhall@abnamro.com
scott.newman@state.nm.us
scott.nielsen3@aig.com
scott.nisbet@bailliegifford.com
scott.offen@fmr.com
scott.olsen@fmr.com
scott.osborn@ers.state.tx.us
scott.osborne@btfinancialgroup.com.au
scott.p.townsend@aib.ie
scott.pangbourne@credit-suisse.com
scott.patterson@peoplesbt.com
scott.perry@threadneedle.co.uk
scott.peterson@reliastar.com

scott.piper@morganstanley.com
scott.pool.@citadelgroup.com
scott.powers@omam.co.uk
scott.purdy@bmo.com
scott.quigley@wellsfargo.com
scott.r.shapiro@americas.bnpparibas.com
scott.radell@barclaysglobal.com
scott.rafferty@citadelgroup.com
scott.reed@midfirst.com
scott.renner@eagleasset.com
scott.rhoades@schwab.com
scott.richard@msdw.com
scott.richards@ppmamerica.com
scott.richardson@barclaysglobal.com
scott.richardson@icap.com
scott.richter@53.com
scott.roberts@aiminvestments.com
scott.robertson@fmr.com
scott.romans@nuveen.com
scott.rowell@tcm-ltd.com
scott.samuel@trs.state.tx.us
scott.scarborough@cpa.state.tx.us
scott.schneider@avmltd.com
scott.schneider@conagrafoods.com
scott.schultz@bbh.com
scott.schweizer@alliancebernstein.com
scott.schwindt@wellsfargo.com
scott.sedlak@fafadvisors.com
scott.seegers@corporate.ge.com
scott.senseney@fmr.com
scott.sherman@ny.frb.org
scott.simon@prudential.com
scott.sindelar@chicagoasset.com
scott.skowronski@blackrock.com
scott.sleece@soros.com
scott.spencer@credit-suisse.com
scott.sprauer@fgic.com
scott.stephenson@commercebank.com
scott.storey@aig.com
scott.striegel@pimco.com
scott.stutzman@janus.com
scott.sunbury@sscims.com
scott.swanson@prudential.com
scott.swift@rabobank.com

scott.terada@bankofamerica.com
scott.thiel@blackrock.com
scott.thornton@tcw.com
scott.tindle@barcap.com
scott.tonneson@fafadvisors.com
scott.topping@wnco.com
scott.turner@prudential.com
scott.umbs@rbccm.com
scott.vandersnow@ubs.com
scott.vergin@thrivent.com
scott.vess@ocas.com
scott.w.sweitzer@prudential.com
scott.waggoner@sgcowen.com
scott.wallace@thehartford.com
scott.wandro@gecapital.com
scott.warnock@raymondjames.com
scott.weaver@wachovia.com
scott.wendt@citadelgroup.com
scott.werdann@moorecap.com
scott.wetherington@inginvestment.com
scott.wetzel@blackrock.com
scott.wilkin@ubs.com
scott.williamson@barclaysglobal.com
scott.winslow@bbh.com
scott.winters@opcap.com
scott.wittenberg@hcmny.com
scott.wyler@avmltd.com
scott.x.brown@uk.bnpparibas.com
scott.yuschak@ironoakadvisors.com
scott.zilora@pioneerinvest.com
scott.zuehlke@aiminvestments.com
scott@cbnm.com
scott@epsilonfunds.com
scott@ikos.com.cy
scott@incomeresearch.com
scott@mwvinvest.com
scott@paragonassociates.net
scott@stw.com
scott_allen@standardlife.com
scott_baskind@invesco.com
scott_benesch@ustrust.com
scott_berg@troweprice.com
scott_booth@mgic.coom
scott_bride@freddiemac.com

scott_c_shepard@fanniemae.com
scott_carr@westlb.co.uk
scott_case@invesco.com
scott_chastain@fanniemae.com
scott_clancy@conseco.com
scott_clements@scotiacapital.com
scott_conlon@ssga.com
scott_dimaggio@acml.com
scott_donaldson@putnam.com
scott_dropik@ml.com
scott_dulmage@scotiacapital.com
scott_dunglinson@agfg.com
scott_e_barber@blackrock.com
scott_e_miles@vanguard.com
scott_fedak@putnam.com
scott_fulford@ssga.com
scott_gasparini@ustrust.com
scott_goldsmith@invesco.com
scott_gray@key.com
scott_grimshaw@bankone.com
scott_group@ml.com
scott_haymore@freddiemac.com
scott_inglis@agfg.com
scott_j_thomas@bankone.com
scott_knapp@swissre.com
scott_leeb@mcgraw-hill.com
scott_lewis@soros.com
scott_livingston@troweprice.com
scott_manduca@glic.com
scott_marolf@americancentury.com
scott_mcgough@glenmede.com
scott_merritt@ustrust.com
scott_miller@ssga.com
scott_moore@americancentury.com
scott_nelson@putnam.com
scott_payseur@na.natwestgfm.co
scott_peppard@ml.com
scott_phillips@ml.com
scott_piche@ssga.com
scott_pierce@aimfunds.com
scott_platzer@agfg.com
scott_r_linkowski@keybank.com
scott_renze@americancentury.com
scott_richards@ssga.com

scott_robicheaux@colonialbank.com
scott_seewald@nylim.com
scott_solomon@troweprice.com
scott_stokes@victoryconnect.com
scott_sykes@capgroup.com
scott_wallace@acml.com
scott_webster@fanniemae.com
scott_weiner@acml.com
scott_whelan@calpers.ca.gov
scott_wojie@westlb.com
scotta.andreson@himco.com
scotta@mcm.com
scottbarham@kaupthing.net
scottbrown@tagfolio.com
scotteldridge@tagfolio.com
scotthall@firsttrustportfolios.com
scotti@gestielle.it
scottie.diebold@raymondjames.com
scottier@oppenheimerfunds.com
scottjef@vankampen.com
scottk@mcm.com
scottl@bankofbermuda.com
scottlee@frk.com
scottmiller@millerglobalinvestments.com
scotts@aetna.com
scotts@cdrfp.com
scottulm@litchcap.com
scottw@hcmny.com
scottwilliams@tiaa-cref.org
scoughl@grneam.com
scoulter@allstate.com
scourteney@epo.org
scowilliams@tiaa-cref.org
scox@fhlbdm.com
scq@soros.com
scraig@eatonvance.com
scraig@fideuramireland.ie
scraig@integrabank.com
scraige@ustrust.com
scrane@federatedinv.com
scrank@dg-g.com
scrath@rbi.org.in
scraven@frk.com
scrawford@mcdinvest.com

screwe@fandc.co.uk
scs3@bloomberg.net
scsmith@ftci.com
scthomas@nb.com
scullen@bloomberg.net
scullyp@bessemer.com
scumberbatch@ssrm.com
scummings@icbny.com
scummins@standishmellon.com
scunei@benetton.it
scurry@gwkinc.com
scurry@jhancock.com
scusack@britannicasset.com
scutler@essexinvest.com
scutting@ayco.com
scv@dodgeandcox.com
scwilliams@providentbank.com
sd@gruss.com
sd62@ntrs.com
sdabbah@bloomberg.net
sdalal@blackrock.com
sdale@barbnet.com
sdale@sbtbank.com
sdalton@farcap.com
sdandrea@bloomberg.net
sdangoor1@bloomberg.net
sdaniel@fftw.com
sdaniels@osc.state.ny.us
sdankelman@mfs.com
sdas@ap.nxbp.com
sdatta@tiaa-cref.org
sdavenport@waddell.com
sdavenport@wilmingtontrust.com
sdavid@bayern-invest.de
sdavies@smithbreeden.com
sdavis@westernasset.com
sday@mbna.com
sday@nylim.com
sday@standishmellon.com
sdbiedermann@cps.k12.il.us
sdc@dodgeandcox.com
sdchung@bok.or.kr
sdebont@fideuramireland.ie
sdecanio@sierraglobal.com

sdelarosa@westernasset.com
sdelia@nb.com
sdelle@bear.com
sdelprete@the-ark.com
sdesai@thamesriver.co.uk
sdesmond@congressasset.com
sdetraglia@bankofny.com
sdeutsch@eatonvance.com
sdeva@susqbanc.com
sdevine@bankersbankusa.com
sdewhurst@bloomberg.net
sdhillon@calstrs.com
sdhughes@fedex.com
sdiacos@loews.com
sdickson@baminvest.co.uk
sdietzel@standishmellon.com
sdigiorgi1@bloomberg.net
sdilbone@bloomberg.net
sdimitrijevic@templeton.com
sdinsky@lordabbett.com
sdisterheft@trmshedge.com
sdixon@pbucc.org
sdkang@asiaonline.net
sdla@nykredit.dk
sdlanders@wdwitter.com
sdm@bpi.pt
sdm@vegafinance.fr
sdm003@bred.fr
sdm004@bred.fr
sdm006@bred.fr
sdm013@bred.fr
sdo.em@adia.ae
sdob1@bloomberg.net
sdobrenchuk@payden-rygel.com
sdoherty@bear.com
sdoherty@loomissayles.com
sdolbear@fandc.co.uk
sdonaghue@bloomberg.net
sdonahue@bennettmgmt.com
sdonovan@mfs.com
sdorward@svmonline.com
sdoud@ggiltd.com
sdover@frk.com
sdoyle@millertabak.com

sdoyle@woodstockcorp.com
sdray@ofii.com
sdroyles@bloomberg.net
sdruskath@metzler.com
sds6@ntrs.com
sdtorgeson@bankofny.com
sdudacy@metzler.com
sduff@clarkest.com
sdunphy@smithbreeden.com
sdupslaff@bloomberg.net
sduss@meag.com
sdwang1@bloomberg.net
sdwood@the-ark.com
sdzaleski@wellington.com
se.ueda@mitsui.com
seabirdiv@aol.com
seabong@hanmail.net
seaboong@hanmail.net
seagerresearch@mlp.com
seah.hway-keng@sg.standardchartered.com
seah.peter@st.com
sea-jin.huh@citadelgroup.com
sealetsas@bob.bw
sealy.dm@tbcam.com
seames@ag-am.com
seamus.magner@ilim.com
seamus.s.brown@jpmorgan.com
seamus78@bloomberg.net
sean.banai@inginvestment.com
sean.becketti@wamu.net
sean.c.callanan@aib.ie
sean.carney@blackrock.com
sean.coleman@db.com
sean.conner@fafadvisors.com
sean.conway@db.com
sean.copley@us.standardchartered.com
sean.corcoran@fmr.com
sean.costello@nibcapital.com
sean.craven@sunlife.com
sean.cronin@wachovia.com
sean.crowe@boi.ie
sean.curry@fmr.com
sean.curry@harrisbank.com
sean.d.hennelly@jpmorgan.com

sean.davis@glgpartners.com
sean.davy@db.com
sean.day@mbna.com
sean.dunne@wellscap.com
sean.epp@bankamerica.com
sean.f.walsh@fmr.com
sean.finegan@ntrs.com
sean.flanagan@moorecap.co.uk
sean.foley@alliancebernstein.com
sean.gavin@fmr.com
sean.goudy@carval.com
sean.graham@gmam.com
sean.hanley@barclaysglobal.com
sean.harrington@deshaw.com
sean.heihr@hp.com
sean.hodgson@barcap.com
sean.hogan@fmr.com
sean.hsueh@email.chinatrust.com.tw
sean.hurley@citadelgroup.com
sean.jeong@novartis.com
sean.johnson@cnb.com
sean.kavanagh@db.com
sean.kearney@pfpc.com
sean.kelly@soros.com
sean.ketcherside@umb.com
sean.koval@wamu.net
sean.laird@pncadvisors.com
sean.larmon@henkel.com
sean.lawler@dillonread.com
sean.lynch@soros.com
sean.lyng@aig.com
sean.maclachlan@ibtco.com
sean.marion@wamu.net
sean.martin@bpm.it
sean.mcbrien@boigm.com
sean.mccarthy@pimco.com
sean.mccloskey@insightinvestment.com
sean.mcginnis@wellscap.com
sean.mcleod@usbank.com
sean.meehan@morganstanley.com
sean.molony@allianzcornhill.co.uk
sean.morgan@fmr.com
sean.mylod@fandc.com
sean.newman@ge.com

sean.o'brien@fmr.com
sean.o'malley@morganstanley.com
sean.onyett@db.com
sean.oshea@fandc.com
sean.p.kelly@bankofamerica.com
sean.p.kruzel@jpmorgan.com
sean.p.mccaffrey@db.com
sean.park@drkw.com
sean.parker@ubs.com
sean.phayre@swip.com
sean.reynolds@lazard.com
sean.rhoderick@pnc.com
sean.s.o'neil@nab.com.au
sean.salji@citadelgroup.com
sean.savage@ny.frb.org
sean.serrell@fmr.com
sean.slotterback@hcmny.com
sean.suh@capmark.funb.com
sean.timonen@advantuscapital.com
sean.toranji@uboc.com
sean.tracey@trs.state.tx.us
sean.walker@fmr.com
sean.wills@barclaysglobal.com
sean.wilson@gecapital.com
sean.windisch@pnc.com
sean.x.keegan@jpmchase.com
sean.x.regan@jpmchase.com
sean.zimmermann@towerfcu.org
sean@stw.com
sean_barry@prusec.com
sean_buchan@scotiacapital.com
sean_c_fallon@fanniemae.com
sean_dillon@ntrs.com
sean_dillon@ssga.com
sean_flanagan@freddiemac.com
sean_flannery@ssga.com
sean_heron@glenmede.com
sean_hudson@nacm.com
sean_hughes@conning.com
sean_lucier@ssga.com
sean_lussier@ssga.com
sean_m_roche@victoryconnect.com
sean_mooney@merck.com
sean_murphy@putnam.com

sean_park@paribas.com
sean_tully@westlb.com
sean_whelan@bat.com
sean_zhang@elliottandpage.com
seanc@bradfordmarzec.com
seand@crt.com
seand@foothillcapital.com
seanliu@aegon-cnooc.com
seanmac8@bloomberg.net
seanna.johnson@barclaysglobal.com
seansryu@seoulbank.net
seantwohig@northwesternmutual.com
searches@epsilonfunds.com
seasee@unitel.co.kr
season@alaskapermfund.com
seathv@jea.com
sebastiaankoeling@optiver.com
sebastian.arslanogullari@swedbankrobur.se
sebastian.bachmann@dzbank.de
sebastian.barry-taylor@gartmore.com
sebastian.canepa@bsibank.com
sebastian.colabella@lloydstsb.co.uk
sebastian.davila.torres@remy-cointreau.com
sebastian.doering@ib.bankgesellschaft.de
sebastian.dunn@bankofbermuda.com
sebastian.edwards@anderson.ucla.edu
sebastian.epp.2@claridenleu.com
sebastian.epp@claridenleu.com
sebastian.felsch@swisscanto.ch
sebastian.grawert@csadvisorypartners.com
sebastian.hadlich@hshn-securities.com
sebastian.hagman@uk.calyon.com
sebastian.kahlfeld@dws.de
sebastian.klein@cominvest-am.com
sebastian.luparia@jpmorgan.com
sebastian.mackay@swipartnership.co.uk
sebastian.miele@aigpb.com
sebastian.miralles@morganstanley.com
sebastian.mueller@first-private.de
sebastian.muff@credit-suisse.com
sebastian.naumann@db.com
sebastian.parishorvitz@axa-im.com
sebastian.petrich@ubs.com
sebastian.r.farahnak@jpmorgan.com

sebastian.reiff@henkel.com
sebastian.reuter@hauck-aufhaeuser.de
sebastian.rohm@union-investment.de
sebastian.sandoval@uboc.com
sebastian.skoda@cfh.de
sebastian.steib@ubs.com
sebastian.stein@ib.bankgesellschaft.de
sebastian.voigt@ubs.com
sebastian.wandtke@cominvest-am.com
sebastian.wood@bt.com
sebastian.x.gutierrez@jpmorgan.com
sebastian@rentec.com
sebastian_beuerle@hvbamericas.com
sebastian_schrott@troweprice.com
sebastian_wernli@swissre.com
sebastianhonnibal@isisam.com
sebastiano.chiarantano@bancaintesa.it
sebastiano.picone@mpsgr.it
sebastien.baltzer@dexia-am.com
sebastien.barbe@fr.rothschild.com
sebastien.betermier@barclaysglobal.com
sebastien.buch@union-investment.de
sebastien.collard@ing.lu
sebastien.compere@dexia.com
sebastien.cordoliani@foyerpatrimonium.com
sebastien.daguenet@cnp.fr
sebastien.delachapelle@ubs.com
sebastien.delage@bred.fr
sebastien.deperez@pfpc.iet
sebastien.didier@picardie.caisse-epargne.fr
sebastien.dimeo@barcap.com
sebastien.dirren@sl-am.com
sebastien.dumay@sgam.com
sebastien.faucher@lgim.co.uk
sebastien.figue@bnpparibas.com
sebastien.gagnon@global-infra.com
sebastien.gaillot@ubs.com
sebastien.galy@ubs.com
sebastien.gentizon@lloydsbank.ch
sebastien.gothier@dexia.com
sebastien.guglietta@barclaysglobal.com
sebastien.gyger@lodh.com
sebastien.hebert@mv4.fr
sebastien.krol@fandc.com

sebastien.lagarde@axa-im.com
sebastien.lecorrs@axa-im.com
sebastien.levy@banque-france.fr
sebastien.maillard@axa-im.com
sebastien.mallet@troweprice.com
sebastien.monnerotdumaine@it.calyon.com
sebastien.morin@caam.com
sebastien.petit@uk.fid-intl.com
sebastien.thenard@socgen.com
sebastien.vernhes@bgpi.com
sebastienabascal@gic.com.sg
seberle@munichre.com
sebrell@wellscap.com
sebryant@bloomberg.net
sebtrading@bloomberg.net
sebusby@bloomberg.net
sec.derivativesconfirms@pacificlife.com
secalist.cho@samsung.com
secheber@bancogui.com
sechevarria@ibercaja.es
seclendalm@stb-usa.com
secomandi@bpintra.it
securities@bci.ch
securities@pasche.ch
secval@oppenheimerfunds.com
seddleblute@voyageur.net
sedelst@templeton.com
sedlami@exchange.ml.com
sedleger@swisscap.com
sedm@uk.danskebank.com
sedmonds@wilmingtontrust.com
sedrick.tydus@wellsfargo.com
sedwards@aamcompany.com
see@notes.not
seeger@provinzial.com
seegers@greenecountybank.com
seelyc@nationwide.com
seema.maru@bnymellon.com
seema.shah@granitegrp.com
seery_scott@fsba.state.fl.us
seetha.garikapati@jpmorgan.com
seetohpeckyoke@gic.com.sg
sefik.feratovic@ubs.com
sega.luca@creval.it

segalb@tcwgroup.com
segawa@mori.co.jp
segawa02272@nissay.co.jp
segger@fhlbdm.com
segolene.mathis@bnpparibas.com
segovj@tcwgroup.com
segrasso@cajamadrid.es
segrec@gruppocredit.it
segreteriaad@eni.it
sehbal.oner@wamu.net
sehong@wooribank.com
sehrenberg@babsoncapital.com
sehrlich@angelogordon.com
seidita@willcap.com
s-eidome@nochubank.or.jp
seifried.s@bloomberg.net
seiichi.nozaki@fi.fukoku-life.co.jp
seiichi.tanaka@mizuho-cb.co.jp
seiichirou_oka@yamaguchibank.co.jp
seiji.fukuhara@statestreet.com
seiji.inui@surugabank.co.jp
seiji.nakao@uk.btmeurope.com
seiji.tsuboi@mizuho-cb.com
seikens@meag.com
seiki.hara@mhcb.co.uk
seilenberg@deshaw.com
se-inoue@nochubank.or.jp
seiseler@oaktreecapital.com
seisenhut@pictet.com
seishiro.niwano@partners.co.jp
seisinger@pictet.com
seisner@microsoft.com
sejal.jobanputra@baesystems.com
sejal.patel@ny.frb.org
sejase@bernstein.com
seki.y@daiwa-am.co.jp
sekiguchi_hiroshi@mail.asahi-life.co.jp
sekine02338@nissay.co.jp
sekk@capgroup.com
sel@nbim.no
selamawit.thomas@alliancebernstein.com
selcuk.erbas@oppenheim.de
seldredge@voyageur.net
selena.given@carolinafirst.com

selene.koh@sg.fortis.com
selene.mantegani-cioccariello@ubs.com
selfd@bloomberg.net
selig.sechzer@blackrock.com
selina.lu@email.chinatrust.com.tw
selina.yu@ap.ing.com
sellersj@deshaw.com
sellersml@bernstein.com
sellis@worldbank.org
sellison@mcm.com
selnalyn.locsin@redwoodtrust.com
selva.neelakandan@ubs.com
selvaggi@cccep.caisse-epargne.fr
selvakumar.mc@tbcam.com
selwyn.crews@53.com
sem@ubp.ch
semimartingale@usa.net
seminara@apollolp.com
semorales@grouposantander.com
sen.li@nationalcity.com
sena.tak@tcw.com
sendaik@po.jsf.co.jp
sender.cohen@soros.com
senedhun@princeton.edu
senelson@wellington.com
senesek@jwseligman.com
senftan@wellsfargo.com
seng.liew@mackayshields.com
sengleong@bloomberg.net
senglish@ford.com
sengstrom@blenheiminv.com
senniang@dbs.com
senta.wenke@deka.de
senzo.hlangu@ppm-sa.com
seoeunah@wooribank.com
seok.teoh@gartmore.com
seokhooi.teoh@schroders.com
seonan.ward@daiwasectab.ie
seong-rak.kim@db.com
seongwook.jang@samsung.com
seonwook@kookmin.co.kr
sepideha@mcm.com
seppo.ilonen@sampo.fi
ser43@cornell.edu

serdar.baykal@finansbank.com.tr
serdar_rebis@cargill.com
serena.sheldrake@jpmorgan.com
serena.tiong@drkw.com
serena.tse@soros.com
serena.turrisi@bancaintesa.it
serena@mail.cbc.gov.tw
serene.peng@us.hsbc.com
serenekwok@gic.com.sg
sererine.haudegand@edf.fr
serge.bernet@hsbcpb.com
serge.blommaert@drkw.com
serge.bona@lodh.com
serge.bourbeau@juliusbaer.com
serge.brighi@oppenheim.lu
serge.crevecoeur@hvb.de
serge.darolles@sgam.com
serge.desrayaud@americas.bnparibas.com
serge.dickler@lodh.com
serge.fournier@dexia-bil.com
serge.guerineau@bnpparibas.com
serge.ivlef@dexia.be
serge.jeanneau@bis.org
serge.kuenzler@credit-suisse.com
serge.kunzler@credit-suisse.com
serge.lauper@vontobel.ch
serge.ledermann@lodh.com
serge.lignot@bcv.ch
serge.longueville@nbb.be
serge.mans@mail.ing.nl
serge.monseu@dexia-am.com
serge.mores@ingim.com
serge.pizem@axa-im.com
serge.rohmann@fortis.lu
serge.rotzer@zkb.ch
serge.sondak@banca.mps.it
serge.sv.vandevelde@dexia-bil.com
serge.tchuruk@alcatel.fr
serge.vandeuren@axa.be
serge.vandevelde@dexia.be
serge.vandevelde@dexia-bil.com
serge.vanhalme@dexia.be
serge.wibaut@axa.be
sergei.baranovsky@pncbank.com

sergei.mancastroppa@bsibank.com
sergesv@microsoft.com
sergey.dergachev@union-investment.de
sergey.korotkov@citicorp.com
sergey.losyev@db.com
sergey.reynov@bcp-bank.com
sergey_dyakin@putnam.com
sergi.aguado@andbanc.com
sergi.turabelidze@nisanet.com
sergio.andenmatten@snb.ch
sergio.bernal@prudential.com
sergio.carey@siemens.com
sergio.cinti@credit-suisse.com
sergio.cola@bsibank.com
sergio.del.gottardo@bcv.ch
sergio.delgado@credit-suisse.com
sergio.dellecave@pioneerinvest.com.sg
sergio.esteban@claridenleu.com
sergio.ferreira@morleyfm.com
sergio.gambazza@azimut.it
sergio.garcia@nordlb.com
sergio.gfernandez@grupobbva.com
sergio.goldenstein@bcb.gov.br
sergio.leifert@sgcib.com
sergio.leon@daiwausa.com
sergio.leon@ibtco.com
sergio.leon@statestreet.com
sergio.locatelli@capitalia-am.com
sergio.macias@union-investment.de
sergio.madeo@ubm.it
sergio.molisani@ubm.it
sergio.moro@bancaintesa.it
sergio.nacci@bsibank.com
sergio.nakashima@sao.rabobank.com
sergio.sommariva@mediolanum.it
sergio_dearujo@ustrust.com
sergiodutto@hotmail.com
sergiow@clal-fin.co.il
sergius.storfer@bw-bank.de
serguei.nemtsev@db.com
serguei.son@fhlb-pgh.com
serhat.sefer@halkbank.com.tr
serkan.belevi@isbank.com.tr
serkan.kaygalak@isbank.com.tr

sern@trmshedge.com
serpiccioli@aol.com
serpicr@nationwide.com
serra.m@mellon.com
serranoe@bancsabadell.com
serranos@bancsabadell.com
serrap@bancsabadell.com
serretx@bancsabadell.com
sersen.mk@mellon.com
sertac.yeltekin@capitalia-am.com
servet.canal@rabobank.com
service.creditresearch@bis.org
service@lampebank.lu
servoy@bernstein.com
seryin@temasek.com.sg
ses@us.ibm.com
sesay@pimco.com
seshu_dasari@putnam.com
sesimpson@wellington.com
sespinosa@nb.com
setangreg@comcast.net
seth.albert@corporate.ge.com
seth.alexander@yale.edu
seth.charnow@deshaw.com
seth.clement@fmr.com
seth.coulson@pimco.com
seth.finkelstein@inginvestment.com
seth.horwitz@morganstanley.com
seth.kurland@prudential.com
seth.mankin@us.socgen.com
seth.meyer@janus.com
seth.michaels@ubs.com
seth.p.bernstein@jpmorgan.com
seth.roman@pioneerinvest.com
seth.rosenthal@ntrs.com
seth.ruthen@pimco.com
seth.smith@fafadvisors.com
seth.sprague@suntrust.com
seth.weingram@barclaysglobal.com
seth.wheeler@do.treas.gov
seth.x.miller@jpmorgan.com
seth@glickenhaus.com
seth@heliosgr.com
seth@ufj.com

seth_misshula@invesco.com
seth_r_cochran@bankone.com
seth_tweeddale@putnam.com
se-ting.frenzel@halbis.com
seto@pfdincome.com
setsuko.nakayama@mizuho-bk.co.jp
sette.voute@morganstanley.com
settimio.stigliano@arcafondi.it
settlement.securities.lending@bcv.ch
seumas.dawes@ashmoregroup.com
seungchul.yoo@samsung.com
seung-hwan.kang@samsung.com
seungyonglee@hanabank.com
sevans@mcdinvest.com
sevans@oppenheimerfunds.com
sevans@tiaa-cref.org
severine.blond@socgen.com
severine.cauchie@lodh.com
severine.delahaye@caam.com
severine.delen@bbl.be
severine.deval@caam.com
severine.kettels@bnpparibas.com
severine.leprise@sgam.com
severine.meunier@lloydstsb.co.uk
severinsen@jyskebank.dk
sevgi.aytekin@abank.com.tr
sevickers@wellington.com
sevinc.acar@pggm.nl
sevtap.buldanlioglu@finansbank.com.tr
sewickley.sb@verizon.net
seyoon@bok.or.kr
sez.ulusoy@uk.mufg.jp
sf@wmblair.com
sf19@ntrs.com
sfacineroso@morval.ch
sfairf@ftci.com
sfamilet@blackrock.com
sfanchini@pictet.com
sfarley@farleycap.com
sfarneti@bear.com
sfarsi@canyonpartners.com
sfasano@nylim.com
sfayolle@munder.com
sfbrown@wellington.com

sfdd@bloomberg.net
sfds@adfsd.com
sfecik@troweprice.com
sfederico@perrycap.com
sfeeley@dlbabson.com
sferguson@kio.uk.com
sfernandez@ibercaja.es
sferriss.ny@siny.com
sfidalgos@repsol-ypf.com
sfielitz@bayernlbny.com
sfillaut@bloomberg.net
sfinley@caxton.com
sfinnk@sunamerica.com
sfiresto1@bloomberg.net
sfirozali@lordabbett.com
sfisher@waddell.com
sfiszman@ofi-am.fr
sfk23@cornell.edu
sflahert@allstate.com
sflahert@lincap.com
sfleming@blackrock.com
sfleming@fandc.co.uk
sflorentin@oppenheimerfunds.com
sfmswaps@ohis.com
sfolan@cisco.com
sfoley3@bloomberg.net
sfollmer@allstate.com
sfong@fandc.co.uk
sfontana@bancodisicilia.it
sfoote@ingalls.net
sforde@bloomberg.net
sformentini@sbp-banque.ch
sforsyth@martincurrie.com
sfowle@wsfsbank.com
sfowler@ups.com
sfpedersen@wellington.com
sframe@oppenheimerfunds.com
sfrancisco.ghiglino@wpginvest.com
sfranklin@fisbonds.com
sfreeman@nb.com
sfreeze@millertabak.com
sfrenkel@allstate.com
sfretwell@metlife.com
sfriedland@meag-ny.com

sfriedman@apple-bank.com
sfrimere@rnt.com
sfriscia@bear.com
sfrois@bkb.com
sfromme@colognere.com
sfruehn@meag.com
sfuhrer@pictet.com
sfujine@uk.tr.mufg.jp
sfukushima@pictet.com
sfulton@westernasset.com
sfunaro@fdic.gov
sfurman@smithbreeden.com
sg_ca308@statestreet.com
sga1@ntrs.com
sga3@ntrs.com
sgabriel@fdic.gov
sgala@metlife.com
sgalib@gdbny.org
sgallego@cajamadrid.es
sgalvema@banrep.gov.co
sgam.eco@sgam.com
sgamezma@notes.banesto.es
sgammill@federatedinv.com
sganatra@ellington.com
sganjei@lordabbett.com
sgao@blenheiminv.com
sgao@wellington.com
sgarfield@jhancock.com
sgarla@state.wy.us
sgarrett@metlife.com
sgarton@bloomberg.net
sgaston@dlbabson.com
sgavios@jennison.com
sgaya@loomissayles.com
sgaya@wellington.com
sgayle@bear.com
sgcatricks@delinvest.com
sgcoates@sisucapital.com
sgd@atalantasosnoff.com
sgeesey@btmna.com
sgelb@farmcredit-ffcb.com
sgendal@vegapartners.com
sgeorge@delinvest.com
sgeorge@hbk.com

sgeskos@perrycap.com
sgete@invercaixa.es
sgiacchini1@bloomberg.net
sgibbons@voyageur.net
sgieg@mfs.com
sgilbert@bc.pitt.edu
sgilkes@aegonusa.com
sgill@fnbaonline.com
sgillia@ustrust.com
sginns@jennison.com
sginsbach@bloomberg.net
sginzburg1@bloomberg.net
sgiroux@ftci.com
sgivans@calfed.com
sgkang@bok.or.kr
sgkovacs@wellington.com
sglantz@fbw.com
sglasgow@hcmlp.com
sgleason@kayne.com
sgleslie@stanford.edu
sgoedkin@aegonusa.com
sgoh@fftw.com
sgold@turnerinvestments.com
sgoldberg@swedbank.com
sgolden@cantor.com
sgoldstein@halcyonllc.com
sgonzalez@eagleglobal.com
sgonzalez@ifc.org
sgonzalezgrigori@pictet.com
sgoode@sscinc.com
sgoodman@chevrontexaco.com
sgoodside@ftci.com
sgopalraman@wellington.com
sgopinath@rbi.org.in
sgordon@ambac.com
sgordon32@bloomberg.net
sgorham@mfs.com
sgorman@nb.com
sgoupil@cpr.fr
sgpoh@mas.gov.sg
sgrace@bankofny.com
sgrady@jhancock.com
sgraf@rmf.ch
sgraglia@iccrea.bcc.it

sgrant@valueline.com
sgrayson@jwseligman.com
sgreco@metlife.com
sgreen@tiaa-cref.org
sgreenhaus@vegapartners.com
sgreenwald@bayharbour.com
sgreer@bony.com
sgreiwe@pughcapital.com
sgresham@mfs.com
sgressel@teleos.com
sgrier@clinton.com
sgriggs1@bloomberg.net
sgrimm@russell.com
sgroban@bear.com
sgronek@browncapital.com
sgrossman@caxton.com
sgroves@amfin.com
sgroves@hcmlp.com
sgruber@orgrealproperty.com
sgruppo@tiaa-cref.org
sguerrerog@bankinter.es
sguihan@bloomberg.net
sguilbault@bank-banque-canada.ca
sguinoiseau@bloomberg.net
sgupta@barbnet.com
sgupta@federatedinv.com
sgupta@hcmlp.com
sgupta@oppenheimerfunds.com
sgupta@sarofim.com
sgupta16@stanford.edu
sgupte@angelogordon.com
sgurich@cajamadrid.es
sguthleben@fr.ebsworld.com
sgutke@aegonusa.com
sgy@ubp.ch
sgyoon@bok.or.kr
sh_takahashi@yasuda-life.co.jp
sh121@ntrs.com
sh127@ntrs.com
sh59@ntrs.com
sh9@dcx.com
shaaijer@spfbeheer.nl
shabbir.rashid@nl.abnamro.com
shabion.dill@fid-intl.com

shad.rogers@pimco.com
shadab.ali@ubs.com
shadi.sarhangpour@lgim.co.uk
shadi.shahin@drkw.com
shadman.riaz@fmr.com
sh-advanced@ubs.com
shael.kalef@bmonb.com
shaff@frk.com
shafin.moledina@tdsecurities.com
shafiq.akhtar@wamu.net
shafla@clinton.com
shager@ag-am.com
shaggerty19@bloomberg.net
shags@bloomberg.net
shah.badkoubei@fmr.com
shah.roshan@ml.com
shah@bnm.gov.my
shahab.smousavi@hshn-securities.com
shahab_sheikholeslam@gmacm.com
shahe.sanentz@novartis.com
shaheen.iqubal@ubs.com
shaheer.guirguis@insightinvestment.com
shahid.ikram@morleyfm.com
shahid.rasool@fgb.ae
shahk@deshaw.com
shahmes@vankampen.com
shahnawaz.buch@alliancebernstein.com
shahr@jwseligman.com
shahredza@bnm.gov.my
shaifali.aggarwal@nb.com
shailait@microsoft.com
shailesh.gupta@pimco.com
shailesh.shah@ge.com
shailesh.singh@morganstanley.com
shaima.a@adcb.com
shaista.tajamal@usbank.com
shakak@dmba.com
shakeel.dewji@bostonadvisors.com
shaker_sundaram@abnamrousa.com
shakoory.e@fibi.co.il
shakun.tahiliani@sto.sc.gov
shalberstam@perrycap.com
shale@babsoncapital.com
shaler@pimco.com

shaley@fmbonline.com
shalin.bhagwan@lgim.co.uk
shalini_sharma@dpimc.com
shall3@bloomberg.net
shalom.chen@citi.com
sham@jp.statestreet.com
sham@pbucc.org
sh-amada@ja-kyosai.or.jp
shamala.littlefield@lmco.com
shamam@oyakbank.com.tr
shamayelh@kia.gov.kw
shameem.r.kathiwalla@db.com
shameer.karim@gmam.com
shammond@bankofny.com
shamroff@tiaa-cref.org
shan.kwee@vanguard.com.au
shan.wall-palmer@uk.fid-intl.com
shanbo.tao@westernasset.com
shanda@tiaa-cref.org
shane.a.gargan@aib.ie
shane.bennett@gecapital.com
shane.brashears@bankofamerica.com
shane.cahill@ilim.com
shane.cook@bbh.com
shane.dardis@nabasia.com
shane.duffy@jpmorgan.com
shane.e@mellon.com
shane.forster@aib.ie
shane.harvey@micorp.com
shane.huether@gmacrfc.com
shane.hughes@depfa.com
shane.jackson@blackrock.com
shane.jent.c2e2@statefarm.com
shane.kitzan@firstar.com
shane.korpisto@glgpartners.com
shane.mccarthy@kochglobalcapital.com
shane.merriweather@columbiamanagement.com
shane.mooney@statestreet.com
shane.o'neill@aib.ie
shane.rein@bbh.com
shane.sawyer@micorp.com
shane.thornhill@uk.bnpparibas.com
shanebuckley@angloirishbank.ie
s-haneda@clcm.co.jp

shanetregillis@mas.gov.sg
shanifor@allstate.com
shanifor@stpaultravelers.com
shanikwa.peterkin@wachovia.com
shanil_shah@notes.ntrs.com
shanker.trivedi@corp.sun.com
shanley@lincap.com
shanming.shi@db.com
shanmuga.murasan@fmr.com
shanna2@bloomberg.net
shannon.ackermann@bankofamerica.com
shannon.callan@tcw.com
shannon.calli@prudential.com
shannon.chesnut@westernasset.com
shannon.doherty@ca-aipg.com
shannon.downward@mbna.com
shannon.hart@morganstanley.com
shannon.hernandez@chase.com
shannon.hilton@ubs.com
shannon.jaggi@ca-suisse.com
shannon.mcadams@chase.com
shannon.miemiec@himco.com
shannon.r.edgar@wellsfargo.com
shannon.servaes@inginvestment.com
shannon.t.mcgrael@jpmorgan.com
shannon.vigil@barclaysglobal.com
shannon.willenbring@advantuscapital.com
shannon_batchman@hvbamericas.com
shannon_burnett@invesco.com
shannon_harkins@aimfunds.com
shannonbrown@tagfolio.com
shannon-j.curley@ubs.com
shanr@wharton.upenn.edu
shansen5@bloomberg.net
shanta.huque@morganstanley.com
shantanu.agrawal@ubs.com
shaoming@temasek.com.sg
sharad.ghosh@pimco.com
sharad.madkekar@inginvestment.com
sharada.kalanidhi@bankofamerica.com
sharan.pasricha@lloydstsb.co.uk
shard@kio.uk.com
sharda@daiwa-am.com.sg
sharding@iidpower.com

shareef.alkorayea@samba.com.sa
shareef.bahador@pimco.com
shari.angelica.setyawinata@morganstanley.com
shari.gilfillan@ubs.com
shari.kempf@53.com
shari.sikes@nuveen.com
shari_lawson@nylim.com
shari_thomas@freddiemac.com
sharif.el-hamalawi@ba-ca.group-treasury.co.at
sharif.siddiqui@citadelgroup.com
sharif@farcap.com
sharif_islam@westlb.co.uk
shariffr@yahoo.com
sharifsadler@statestreet.com
sharika.chauhan@glgpartners.com
sharilee.fossum@fcc-sca.ca
sharina.sanny@agf.com
shariq.khan@citi.com
shariramir@bnm.gov.my
shark@bok.or.kr
sharkemw@wellsfargo.com
sharline.cathalina@statestreet.com
sharlyne.toon@trs.state.tx.us
sharna.reingold@williams.com
sharon.adams@thehartford.com
sharon.balchin@lloydstsb.co.uk
sharon.brett-smith@chase.com
sharon.carroll@prudential.com
sharon.chandler@aa.com
sharon.clift@compassbnk.com
sharon.cohen@morganstanley.com
sharon.ecke@morganstanley.com
sharon.egilinsky@credit-suisse.com
sharon.farrel@pfizer.com
sharon.gentles@thehartford.com
sharon.herrmann@bankofamerica.com
sharon.huey@morganstanley.com
sharon.kuok@schroders.com
sharon.mussalli@fmr.com
sharon.ng@citadelgroup.com
sharon.o'mahony@bnymellon.com
sharon.oneil@csam.com
sharon.pichler@janus.com
sharon.reed@honeywell.com

sharon.rha@soros.com
sharon.rothbaum@phxinv.com
sharon.su@ubs.com
sharon.sweeney@fmr.com
sharon.t@fibi.co.il
sharon.tallman@pncadvisors.com
sharon.tengeres@towerfcu.org
sharon.voci@morganstanley.com
sharon.wang@chinatrust.com.tw
sharon.wang@icprc.com
sharon.watson@aberdeen-asset.com
sharon@ardsley.com
sharon@ikos.com.cy
sharon_copper@aimfunds.com
sharon_kane@standardlife.com
sharon_mahoney@scudder.com
sharon_mcgarvey@westlb.com
sharon_oosterveld@deltalloyd.nl
sharon_pinnock@fanniemae.com
sharon_racine-kohne@ml.com
sharon_stieber@fanniemae.com
sharon_wizik@acml.com
sharon_woodcock@bat.com
sharonbell@bloomberg.net
sharonlee@gic.com.sg
sharonlml@dbs.com
sharonm.smith@aig.com
sharp@pimco.com
sharpeb@strsoh.org
sharperl@pensionboards-ucc.org
sharrison@us.mufg.jp
sharron@gries.com
shartn@ftci.com
shartnett@ftci.com
shartz@jhancock.com
sharvard@cpr.fr
sharvey@standishmellon.com
sharvey@ustrust.com
sharyn.clemente@fmr.com
shasha@bnm.gov.my
shashemi@rockco.com
shashi.srikantan@csam.com
shassenstab@aegonusa.com
shatzlstefanis@ufji.com

shaun.buckley@ibtco.com
shaun.giacomo@sgam.com
shaun.jamieson@blackrock.com
shaun.lemessurier@credit-suisse.com
shaun.mcdonnell@db.com
shaun.murphy@ntrs.com
shaun.o'donnell@citadelgroup.com
shaun.ong@barclaysglobal.com
shaun.ramcharitar@westernasset.com
shaun.redman@hsbcgroup.com
shaun.smith@hvbeurope.com
shaun.smith@morganstanley.com
shaun.stevens@fortisinvestments.com
shaun_parkes@jpmorgan.com
shaun_williams@westlb.co.uk
shauna.k.mcelduff@jpmorgan.com
shauna.ramage@fandc.com
shauna_sexsmith@mfcinvestments.com
shaunl@bloomberg.net
shaunn.griffiths@ge.com
shavercroft@pictet.com
shaw@bessemer.com
shaw_breland@hancockhorizon.com
shawn.anderson@advantuscapital.com
shawn.correia@ibtco.com
shawn.deng@credit-suisse.com
shawn.france@axa-im.com
shawn.gibson@bbandt.com
shawn.lytle@ubs.com
shawn.parry@aig.com
shawn.perry@aig.com
shawn.remish@morganstanley.com
shawn.robb@bmo.com
shawn.robb@tdsecurities.com
shawn.ross@morleyfm.com
shawn.snyder@pnc.com
shawn.steel@barclaysglobal.com
shawn.stone@checmail.com
shawn.tesoro@blackrock.com
shawn.verbout@fmr.com
shawn.yee@email.chinatrust.com.tw
shawn_ardizone@conseco.com
shawn_boire@yahoo.com
shawn_driscoll@troweprice.com

shawn_johnson@ssga.com
shawn_keegan@acml.com
shawn_moser@vanguard.com
shawna_millman@acml.com
shawnda.r.jones@fhlb-pgh.com
shawnferrell@tagfolio.com
shawnlin@dbs.com
shawnredmon@columbusbankandtrust.com
shawny@wharton.upenn.edu
shay.pangkh@uobgroup.com
shayan.hussain@ubs.com
shayan.norasteh@ubs.com
shayan_salahuddin@fanniemae.com
shayanthan.pathmanathan@landg.com
shaydon@mail.notes.bank-of-china.com
shayne.dunlap@mhcb.co.uk
shayne.elliott@citigroup.com
shayne.marcos.de.abreu@morganstanley.com
shayne.mcguire@trs.state.tx.us
shaz.khan@pnc.com
shb.pr@adia.ae
sh-banba@meijiyasuda.co.jp
shberube@mm.com
shc@dodgeandcox.com
shchen@bankofny.com
shcho1@kbstar.co.kr
shd.ex@adia.ae
shd_stef@bloomberg.net
she@allstate.com
she@nbim.no
shea.harvey@blackrock.com
shealey@nbf-us.com
sheanly@angelogordon.com
sheath@bankofny.com
sheauming.lim@temasek.com.sg
sheba_alexander@putnam.com
s-hebd@cafe.tc.umn.edu
s-hebd@groupwise.umn.edu
sheddadji@oddo.fr
sheedsa.ali@aig.com
sheehyb@brinson.com
sheekeen@bloomberg.net
sheena.grimes@ibtco.com
sheena.popat@ashmoregroup.com

sheena.price@pioneerinvest.ie
sheena.radia@ml.com
sheena.yellop@aberdeen-asset.com
sheenaw@bernstein.com
shehriyar.antia@ny.frb.org
sheide@blackrock.com
sheila.butterly@investecmail.com
sheila.cullinane@barclaysglobal.com
sheila.finnerty@lmginv.com
sheila.kerins@boitib.com
sheila.king@eagleasset.com
sheila.noonan@ubs.com
sheila.olmem@gmacrfc.com
sheila.piernock@morganstanley.com
sheila.sohr@ppmamerica.com
sheila.swanson@wachovia.com
sheila@paragonassociates.net
sheila_concannon@putnam.com
sheila_davies@acml.com
sheila_ecaille@capgroup.com
sheila_leavitt@ml.com
sheinauer@standishmellon.com
sheky@bloomberg.net
shelby.bell@pacificorp.com
shelby.pollard@tcw.com
shelby@dsaco.com
shelby_niss@toyota.com
sheldon.ce@mellon.com
sheldon.engler@schwab.com
sheldon.sussman@rabobank.com
sheldon_ross@swissre.com
shellane.quinn@citadelgroup.com
shelley.aron@ubs.com
shelley.everson@himco.com
shelley.finn@edwardjones.com
shelley.sherer@prudential.com
shelley.wilson@ncfcorp.com
shelley.yang@columbiamanagement.com
shelli_edgar@ssga.com
shellmund@mmwarburg.com
shelly.bansal@bankofamerica.com
shelly.deitert@db.com
shelly.everson@himco.com
shelly.kelly@db.com

shelly.ma@umb.com
shelly.moledina@aberdeen-asset.com
shelly.simpson@truscocapital.com
shelly@bessemer.com
shelms@bloomberg.net
shen@wellsfargo.com
shendehua@icbc.com.cn
shenderson@hbk.com
shenderson@lordabbett.com
shendricks@metlife.com
shenglt@hotmail.com
shengquan.ho@jpmchase.com
shengsheng@osterweis.com
shengsheng_zhang@deltalloyd.nl
shengx@princeton.edu
shengyu.zhang@wamu.net
shenh@fhlbsf.com
shenkar@bloomberg.net
shennessey@statestreet.com
shenry@wellington.com
shenshiaoyun@gic.com.sg
shenxia@sh.icbc.com.cn
shenyimin@leasing.icbc.com.cn
sheppard.p@tbcam.com
sheppard@penntrust.com
sheps@bloomberg.net
sherenp@jwseligman.com
sheri.bergman@fmr.com
sheri.blacher@ppmamerica.com
sheri.kaplan@wpginvest.com
sheri_murrah@fanniemae.com
sheridan.j.lear@ssmb.com
sherif.nabih@unb.ae
sherif.zeneiny@nbad.com
sherlock_ray@fsba.state.fl.us
shermaine.s.lee@db.com
sherman.dave@nomura-asset.com
sherman.peter@pennmutual.com
sherman.pitts@umb.com
shermanb@vankampen.com
shermanc@kochind.com
shern.i.frederick@jpmchase.com
shernandez@grupobbva.com
shernwei@temasek.com.sg

sheron.xing@hcmny.com
sherrera@caxton.com
sherri.cohen@morganstanley.com
sherri.shaffer@barclaysglobal.com
sherrie.beehler@opco.com
sherrof@vankampen.com
sherry.costanzo@pncbank.com
sherry.fung@tcw.com
sherry.ly@barclaysglobal.com
sherry.zhang@pioneerinvest.com
sherry_e_wilson@fanniemae.com
sherry_smith@ml.com
sherry_wentworth@mail.bankone.com
sherry88233@tcbank.com.tw
sherrys@fhlbsea.com
sherrytan@temasek.com.sg
sherwin.johnson@fgic.com
sherwin.soo@nb.com
sherwood.h.yuen@wellsfargo.com
sheryl.asch@axa-im.com
sheryl.finch@asbai.com
sheryl.graf@wellsfargo.com
sheryl.harrison@aberdeen-asset.com
sheryl.hawkins@lloydstsb.co.uk
sheryl.hempel@csam.com
sheryl.hughes@lehman.com
sheryl_j_asnes@fleet.com
shetty_divya@ml.com
shewrinj@strsoh.org
shewsjr@imc.wellsfargo.com
shfh@capgroup.com
shgg@capgroup.com
sh-hara@meijiyasuda.co.jp
shhedvat@seas.upenn.edu
shi.nisman@deshaw.com
shi@daiwa-ny.com
shi766@dl.dai-ichi-life.co.jp
shibata.s@daiwa-am.co.jp
shibata_kouji@dn.smbc.co.jp
shibazaki@mhcb.co.uk
shibo.guo@icbc.com.cn
shibuya@daiwasbi.co.jp
shic@swcorp.org
shiestan@jefco.com

shigeharu_yuasa@tr.mufg.jp
shigehiro_wakamoto@tr.mufg.jp
shigekazu_kawasaki@tr.mufg.jp
shigeki.abe@alliancebernstein.com
shigeki.makino@putnam.com
shigeki.shibata@mizuho-bk.co.jp
shigeki_katoh@alliancebernstein.com
shigemoto@bojny.com
shigemoto054@dl.dai-ichi-life.co.jp
shigenobu_okabayashi@mitsubishi-trust.co.jp
shigeo.kanayama@mizuhocbus.com
shigeru.nakayama@ntt-finance.co.jp
shigeru_iijima@mitsui-seimei.co.jp
shigeru_nobukami@ufjbank.co.jp
shigetake.nakayama@uk.mufg.jp
shigeta-osamu@mitsubishi-sec.co.jp
shiggins@martincurrie.com
shiggins@nationallife.com
shiho.takashima@db.com
shih-pin@freddiemac.com
shihua_lu@freddiemac.com
shihwan.chung@ubs.com
shijounyo@ja-kyosai.or.jp
shijun.liu@wamu.net
shikhar.ranjan@morganstanley.com
shikin@kinkiosakabank.co.jp
shikin@nagano-rokin.co.jp
shikin00@chugin.jp
shikins2@jabankkyoto.or.jp
shiliang@princeton.edu
shilpa.lakhani@db.com
shilpa_kadam@conseco.com
shilpa_sree@ssga.com
shilpee.x.raina@jpmorgan.com
shilpi.basak@morganstanley.com
shima.m@daiwa-am.co.jp
shimada.manabu@daido-life.co.jp
shimada.y@daiwa-am.co.jp
shimada-0fb1@jp.nomura.com
shimamimcb@bloomberg.net
shimamotom@saccounty.net
shimasaki156801@sumitomobank.co.jp
shimizu.makoto@nomura-asset.com
shimizu@boj.co.uk

shimizu@dl.dai-ichi-life.co.jp
shimizu-2nf3@jp.nomura.com
shimizu-sa@daiwasbi.co.jp
shimizut1@bloomberg.net
shimodoi_toshihide@dn.smbc.co.jp
shimokakimoto@nochubank.or.jp
shimon@analyst.co.il
shimonse@bezeq.com
shimotsu19522@nissay.co.jp
shimozumi-y@itochu.co.jp
shin.futamata@axa.co.jp
shin.kasahara@lehman.com
shin.nakahara-0035@boj.or.jp
shin_okumoto@tr.mufg.jp
shindo-1qkf@jp.nomura.com
shines@apollocapital.com
shingmin.lai@ubsw.com
shingo.narue@fi.fukoku-life.co.jp
shingo-takenaga@am.mufg.jp
shinichi.kaji@mizuho-cb.co.jp
shinichi.tanaka@db.com
shinichi.tsuji@mizuho-bk.co.jp
shinichi.yamazoe@tokyostarbank.co.jp
shinichi@dl.dai-ichi-life.co.jp
shinichi_harada@tr.mufg.jp
shinichi_kuragasaki@ssga.com
shinichi_okada@tr.mufg.jp
shinichi_shindou@ufjbank.co.jp
shinichi_takasaka@mitsubishi-trust.co.jp
shinichi_yuki@ho.rokinbank.or.jp
shinichiro.shiraki@ufj-partners.co.jp
shinichiro.watanabe@gb.smbcgroup.com
shinichiro_hyogo@tr.mufg.jp
shinichiro_kohashi@sakura.co.jp
shinichiro_nakada@tr.mufg.jp
shinichiro-hidaka@am.mufg.jp
shinichirou.itoi@mizuho-bk.co.jp
shinichirou.kawano@boj.or.jp
shinichisuzuki@meijiyasuda.co.jp
shining.wang@hncb.com.tw
shining@abchina.com
shinji.hasumi@shinseibank.com
shinji.nakamura@nttl.co.jp
shinji.ogawa@mail.mol.co.jp

shinji_higashihara@sakura.com
shinji_okazawa@tr.mufg.co.jp
shinji-nishiyama@am.mufg.jp
shinna@dl.dai-ichi-life.co.jp
shinnousuke.kobayashi@sumitomotrust.co.jp
shino.takeda@mitsui.com
shinobu.nakagawa@boj.or.jp
shinobu_hirabayashi@mitsubishi-trust.co.jp
shinohara02869@nissay.co.jp
shinohara-go@mitsubishi-sec.co.jp
sh-inoue@ja-kyosai.or.jp
shinpei_kataoka@nochubank.or.jp
shinren-shikin@jabankgifu.or.jp
shinsa@daiwa-am.co.jp
shinsuke.ohyama@boj.or.jp
shinsuke.tanaka@mizuho-cb.co.jp
shinsy@bok.or.kr
shinta_tahara@tr.mufg.co.jp
shintani@nam.co.jp
shintani02911@nissay.co.jp
shintaro.sasaki@shinseibank.com
shintaro.yoshida@aig.com
shinton2@bloomberg.net
sh-investorrelations@ubs.com
shinya.ishii@mizuho-cb.co.jp
shinya.miyazaki@sumitomocorp.co.jp
shinya.ota@daiwa.co.jp
shinya_arisue@mitsui-seimei.co.jp
shinya_ito@tr.mufg.jp
shinya-suzuki@am.mufg.jp
shinyat@bloomberg.net
shinyoon.roh@samsung.com
shiod@nochubank.or.jp
shioiri-minoru@sc.mufg.jp
shiomi.s@daiwa-am.co.jp
shiomi@nam.co.jp
shiong.tan@intel.com
shiori.kitamura@boj.or.jp
shiori.takinami@westernasset.com
shiotsu18789@nissay.co.jp
shiozaki-y@po.jsf.co.jp
shipman.se@dreyfus.com
shipra.gupta@pncadvisors.com
shipra.gupta@sumitomotrust.co.jp

shir.ophir@mailpoalim.co.il
shira.y.cohen@teva.co.il
shirahata_kazunori@mail.nikko.co.jp
shiraishi@nam.co.jp
shiraishi_hiroaki@kk.smbc.co.jp
shiraishi-shuuichi@sc.mufg.jp
shiraki@daiwasbi.co.jp
shiratsuki.tadaaki@daido-life.co.jp
shireen.jones@jpmorgan.com
shirin@fullerton.com.sg
shirleenq@mas.gov.sg
shirlery.cheng@email.chinatrust.com.tw
shirley.banes@suntrust.com
shirley.c@gordian.co.uk
shirley.cartmill@standardlife.ca
shirley.heller@bankofamerica.com
shirley.liu@ap.ing.com
shirley.loh@aig.com
shirley.remy@americas.bnpparibas.com
shirley.richards@hsbc.com
shirley.s.wang@columbiamanagement.com
shirley.seraphin@fhlbboston.com
shirley.szeto@robecousa.com
shirley.yu@blackrock.com
shirley.zheng@tcw.com
shirley@omega-advisors.com
shirley_lam@acml.com
shirleyba@boi.gov.il
shirleyng@mas.gov.sg
shirleywu@gic.com.sg
shiro.shiraishi@mizuhocbus.com
shiro_yamada@mitsui-seimei.co.jp
shiroo.k@daiwa-am.co.jp
shirosaka-toshiaki@mitsubishi-sec.co.jp
shiroto02400@nissay.co.jp
shirsch@tiaa-cref.org
shirschbrich@union-investment.de
shishengshen@icbc.com.cn
shital.patel@lazard.com
shiv.mehta@inginvestment.com
shiva.krupa@novartis.com
shiva_iyer@hvbamericas.com
shivam.rajdev@tuck.dartmouth.edu
shive@1stsource.com

shivraj.bassi@gs.com
shiyola@yf7.so-net.ne.jp
shizintl@bloomberg.net
shizuo.ichikawa@jp.standardchartered.com
shizuokala@bigplanet.com
shkang@princeton.edu
shkim21@bok.or.kr
shkreli.g@dreyfus.com
shlee@kfb.co.kr
shlee369@yahoo.co.kr
shloka.melwani@fil.com
shlomo.crandus@transamerica.com
shm32@cornell.edu
shmill@safeco.com
sh-mima@ja-kyosai.or.jp
shmoradi@delinvest.com
shmulik@safdie.com
shnam720@wooribank.com
sh-narui@ja-kyosai.or.jp
sho.osanai@japan.gartmore.com
shobhit@qifmanagement.com
shobik@kennedyusa.com
shoch@bok.or.kr
shochfam@aol.com
shochu02@bloomberg.net
shoconnell@bloomberg.net
shoconnell@opusinvestment.com
shoda@princeton.edu
shodges@sarofim.com
shogo.fujita@jp.pimco.com
shogo.maeda@schroders.com
shogo.maede@schroders.com
shohei.miura@db.com
shohei.ura@schroders.com
shohei_hara@am.sumitomolife.co.jp
shohreh.gholsorkhi@pharma.novartis.com
shoichi_oyama@tr.mufg.jp
shoji.akahane@mizuho-cb.co.jp
shoji.koyama@partners.co.jp
shoji_shimamura@tr.mufg.jp
shoji-m@daiwasbi.co.jp
sholland@metlife.com
shollinger@hei.com
shollmann@lkcm.com

sholly@mfs.com
sholt@leggmason.com
sholt1@bloomberg.net
sholz@idbny.com
shomas.kayani@insightinvestment.com
shong@jennison.com
shong8@bloomberg.net
shongou@lf.mufg.jp
shonna.davidson@inginvestment.com
shood@europeancredit.com
shood@ing-capadv.com
shooda@tiaa-cref.org
shooker@frk.com
shoppe@loomissayles.com
shore@bessemer.com
shorsley@tswinvest.com
short@wgz-bank.ie
shoshana.zysberg@alliancebernstein.com
shoshana_zysberg@acml.com
sh-otc-client-service@ubsw.com
shoufu@bloomberg.net
shoughton@trmshedge.com
showald@pictet.com
showard@ftci.com
showbhik.kalra@pimco.com
showes@standishmellon.com
sh-psp-aa-ge-apa@ubs.com
shr@bankinvest.dk
shradhag@dbs.com
shravan.sood@chase.com
shreenapatel@bankofny.com
shreya.jawalkar@mercantile.com
shreyash.gupta@db.com
shri.singhvi@bernstein.com
shriram.ramanathan@ap.ing.com
shrut_vakil@acml.com
shruti_basavaraj@vanguard.com
shruti_verma@ssga.com
shrutiku@microsoft.com
shschwartz@statestreet.com
shseo@shinhan.com.hk
shu.irikura@ufj-partners.co.jp
shu.izumi@mitsui.com
shu.nakai@ntt-finance.co.jp

shuaib.siddiqui@citadelgroup.com
shuang@metlife.com
shuang@westernasset.com
shuangy@princeton.edu
shuber@sra.state.md.us
shubha.x.sethi@jpmchase.com
shuchen@mail.cbc.gov.tw
shudong_huang@bankone.com
shudson@asbcm.com
shuesler@pembacreditadvisers.com
shughes@btmna.com
shughes@fdic.gov
shugo.aoto@mail.mol.co.jp
shuichi_izumikawa@mitsubishi-trust.co.jp
shuichi-wada@am.mufg.jp
shujaat.nadeem@samba.com
shuji.matsuura@mizuho-cb.co.jp
shuji_nakagawa@mitsubishi-trust.co.jp
shujiro_hosokawa@tr.mufg.jp
shuk.yin.cheung@ingim.com
shuki.hay@fibimail.co.il
shumphre@lordabbett.com
shun.dyes@harrisbank.com
shun.fujii@mcp-am.com
shun.hong.liu@hsbc.com.hk
shunichi_sakai@tr.mufg.jp
shunichiro.saiki@morganstanley.com
shunichiro_totsuka@mufg.jp
shunji.iwata@meiji-life.co.jp
shunji.ochiai@barings.com
shunsuke.kabaya@barclayscapital.com
shunsuke_kikutani@tr.mufg.jp
shunsuke-imai@am.mufg.jp
shunter@fhlbc.com
shurst@farcap.com
shurtleff@massmutual.co.jp
shurwitz@matrixassetadvisors.com
shurwitz@omega-advisors.com
shusei_imai@tr.mufg.jp
shussey@calstrs.com
shuster.m@mellon.com
shusui_kataoka@smbcgroup.com
shuuhei.naka@mizuho-bk.co.jp
shuuichirou.torigoe@shinseibank.com

shuusaku.yamada@mizuho-cb-co.jp
shu-yang.tan@ubs.com
shwan.taha@soros.com
shweta.ahluwalia@uk.abnamro.com
shxc@capgroup.com
shyamsunderr@temasek.com.sg
shymanski@clamericas.com
shyney@opusinvestment.com
shyoon@hanvitbank.co.kr
si@volksbank.it
siamak_izadkia@swissre.com
siambk06@navigator.com
sian.maddieson@jpmorganfleming.com
siang.tan@aig.com
siannini@bbandt.com
siarhei.novik@erstebank.at
siautze@dbs.com
sibel.karantay@asbai.com
siberej@nationwide.com
sibongile_boyd@fanniemae.com
sibrava.martin@slsp.sk
siby_thomas@troweprice.com
sibylle.bischofberger@zkb.ch
sibylle.kirstein@credit-suisse.com
sibylle.zinser@dzbank.de
sicat_jenny@jpmorgan.com
sicdb@bloomberg.net
sicignano@bessemer.com
sicpl@bloomberg.net
sid.bakst@robecousa.com
sid.bassett@conocophillips.com
sid.henderson@db.com
sid.malik@bpb.barclays.com
sid.swaminathan@barclaysglobal.com
siddarth_sudhir@ml.com
siddharth.kasera@siemens.com
siddharth.kumar@schroders.com
siddharth.panjwani@lazard.com
siddharth.sahoo@db.com
siddhartha.s.panda@tuck.dartmouth.edu
siddhartha_gill@putnam.com
siddharthsanyal@rbi.org.in
siddiqui@atlanticinvestment.net
sidharth.mahapatra@hk.caam.com

sidi@bloomberg.net
sidney.chong@btfinancialgroup.com
sidney.santos@westernasset.com
sidney.yu@schwab.com
sidneyd@loopcap.com
siebel.aaron@principal.com
siebel@tk.thyssenkrupp.com
sieder@bloomberg.net
siegbert.eschenbacher@bundesbank.de
siegelg@jwseligman.com
siegert@wai.wyeth.com
siegfried.cordes@credit-suisse.com
siegfried.gendries@rwe.com
siegfried.kaeser@credit-suisse.com
siegfried.seiffert@telekom.de
siegfried.simon@oppenheim.de
siegmar.thakur-weigold@trinkaus.de
siei_syo@chukyo-bank.co.jp
sienna@fibonaccillc.com
siep@gardner.ch
sierdt@scm-lp.com
sierhan@dbs.com
siew.hoon.ong@dnbnor.no
siew_chiow_walton@ufjbank.co.jp
sig@nbim.no
sigbjorn.birkeland@storebrand.no
sigfrido.objio@moorecap.com
sigisbert.koch@credit-suisse.com
sigit.pramono@bni.co.id
sigmund.kyrdalen@nbim.no
signorio.camille@ubs.com
sigrid.assmann@bhf-bank.com
sigrid.derichs@westlb.de
sigrid.focke@db.com
sigrid.koller-savir@ids.allianz.com
sigrid.nauss@westlb.de
sigrid.zecha@db.com
sigrist_kevin@fsba.state.fl.us
sigthor.gudmundsson@isb.is
sigurd.ugland@klp.no
sigurdur.magnusson@isb.is
sigvaldi.stefansson@isb.is
siham@kpc.com.kw
si-har_choi@freddiemac.com

sihn.luong@pimco.com
siho@uk.danskebank.com
sihyoung.ahn@samsung.com
sii3@cornell.edu
sijoo@kbstar.com
sikandar.siddiqui@dekabank.de
sikingakari@hanmail.net
sikora.ad@mellon.com
silas.chu@ubs.com
silas.l.matthies@wellsfargo.com
silas.rodriguez@lazard.com
silberstein.c@tbcam.com
sileanne.wootton@irishlife.ie
silim7@samsung.co.kr
silja.chouquet@pharma.novartis.com
silkcut@bloomberg.net
silke.friedrich@lri.lu
silke.halvorson@aig.com
silke.herrmann@dws.de
silke.kettermann@dws.de
silke.pieper@georgfischer.com
silke.waterstraat@bkb.ch
silva.sak@ngc.com
silva_noruega@amcm.gov.mo
silvan.noetzli@credit-suisse.com
silvana.figuccio@fondiaria-sai.it
silvana.fiorillo@vontobel.ch
silvana.lau@ing.com.au
silvana.pisoni@dcmc.creditlyonnais.fr
silvana.temporin@italtel.it
silvana.vergara@mpsgr.it
silvanaveljovic@gic.com.sg
silvano.bortolin@juliusbaer.com
silvano.de.col@zkb.ch
silvano.leardo@juliusbaer.com
silvano.sassano@juliusbaer.com
silver.joan@principal.com
silverj@mail.nrucfc.org
silversd@adpomr.com
silvia.aa@tbcam.com
silvia.baroncini@bancaakros.it
silvia.bocchiotti@caam.com
silvia.cerquetella@meliorbanca.com
silvia.chin@blb.de

silvia.ciabuschi@capitalia-am.com
silvia.cova@bawagpskfonds.at
silvia.demagistris@sai.it
silvia.demase@bpv.it
silvia.dickertmann@hsh-nordbank.com
silvia.fan@ibtco.com
silvia.gambarini@bancaakros.it
silvia.gomez@bnpparibas.com
silvia.guerriero@bnlmail.com
silvia.hernandezmartin@telefonica.es
silvia.kronawitter@union-investment.de
silvia.kuratli@helvetia.ch
silvia.lafer-stuppnig@ba-ca.com
silvia.leonhard@rmf.ch
silvia.marelli@ubs.com
silvia.marengo@claridenleu.com
silvia.merendoni@symphonia.it
silvia.pace@sgcib.com
silvia.pai@email.chinatrust.com.tw
silvia.pesci@steinonline.it
silvia.quaglinibarbi@ubs.com
silvia.schaak@csam.com
silvia.schuhn@saarlb.de
silvia.suarez@barcap.com
silvia.tartara@pioneerinvestments.com
silvia.wagner@db.com
silvia.wegmann@juliusbaer.com
silvia.wendlinger@fortisinvestments.com
silvia.wiese@lrp.de
silvia.zitolo@bancaakros.it
silvio.borelli@sgcib.com
silvio.depeppo@meliorbanca.com
silvio.dieterich@ubs.com
silvio.dieterich@ubsw.com
silvio.fantini@sella.it
silvio.giovannini@credit-suisse.com
silvio.giraudo@grifogest.it
silvio.lenk@dekabank.de
silvio.pestalozzi@credit-suisse.com
silvio.severino@juliusbaer.com
silvio.sganzerla@bancaintesa.it
sim.ee.san@nordlb.com
sim.king.yaw@icprc.com
sim.wooten@icomd.com

sim8@cornell.edu
simamura2@sompo-japan.co.jp
simao.oom@finantia.com
simbrosciano@btmna.com
simcockm@gic.com.sg
simeon.zeffert@ubs.com
simina.borsaru@labanquepostale-am.fr
siminovichy.y@fibi.co.il
simiso_nzima@calpers.ca.gov
simma.lndb@bloomberg.net
simming@countryclubbank.com
simmons_kim@gsb.stanford.edu
simmskf@bernstein.com
simo01@handelsbanken.se
simon.a.poncet@jpmorgan.com
simon.allocca@bnpparibas.com
simon.astley@threadneedle.co.uk
simon.b.byrne@aexp.com
simon.ballard@uk.abnamro.com
simon.barnard@credit-suisse.com
simon.barnard@gs.com
simon.barry@boitib.com
simon.barry@ulsterbank.com
simon.bell@aberdeen-asset.com
simon.bennett@halbis.com
simon.bentley@lazard.com
simon.beverley@northernrock.co.uk
simon.blakeney@threadneedle.co.uk
simon.blundell@uk.abnamro.com
simon.bond@icap.com
simon.bond@threadneedle.co.uk
simon.brady@juliusbaer.com
simon.brailey@barclaysglobal.com
simon.bray-stacey@morleyfm.com
simon.brett@elas.co.uk
simon.brook@statestreet.com
simon.brooks@creditlyonnais.co.uk
simon.bruce@bankofamerica.com
simon.buckley@dzbank.de
simon.burton@rabobank.com
simon.c.wilcox@bankofamerica.com
simon.cairns@aegon.co.uk
simon.cao@hk.ca-assetmanagement.com
simon.carter@aegon.co.uk

simon.carter@morganstanley.com
simon.cawdery@barclays.co.uk
simon.chan@moorecap.com
simon.chatterton@barclays.co.uk
simon.chennell@db.com
simon.clark@barclays.co.uk
simon.clark@barclays.com
simon.clements@gartmore.com
simon.clements@morleyfm.com
simon.clinch@fandc.com
simon.coates@bnpgroup.com
simon.colson@trafalgarcapital.com
simon.cook@hvb.de
simon.coombes@tcw.com
simon.cowie@gartmore.com
simon.cunliffe@npbs.co.uk
simon.d.ulcickas@jpmchase.com
simon.davies@threadneedle.co.uk
simon.davis@baesystems.com
simon.densem@ubs.com
simon.down@ngm.co.uk
simon.doyle@schroders.com
simon.duerden@lloydstsb.co.uk
simon.fallon@cibc.com
simon.fallon@citigroup.com
simon.fine@shorecap.co.uk
simon.fink@fibimail.co.il
simon.fischer@ubs.com
simon.foessmeier@ubs.com
simon.forster@uk.abnamro.com
simon.foster@ubs.com
simon.fraser@uk.fid-intl.com
simon.frick@claridenleu.com
simon.fricker@bnpparibas.com
simon.gellett@bmo.com
simon.gillis@tudor.com
simon.goetschmann@ubs.com
simon.gunning@barclays.co.uk
simon.haines@threadneedle.co.uk
simon.hancock@aberdeen-asset.com
simon.hauxwell@dexia-bil.com
simon.hepworth@nordea.com
simon.heywood@mhcb.co.uk
simon.higgo@lazard.com

simon.hillard@aig.com
simon.hills@gibuk.com
simon.holman@aegon.co.uk
simon.huang@barclaysglobal.com
simon.hunter@swip.com
simon.j.ebbins@jpmorgan.com
simon.jaffe@morleyfm.com
simon.james@honeywell.com
simon.joiner@glgpartners.com
simon.jones@threadneedle.co.uk
simon.karregat@philips.com
simon.kemp@commerzbankib.com
simon.kempton@db.com
simon.king@gartmore.com
simon.kirton@aberdeen-asset.com
simon.kirton@damel.co.uk
simon.koenig@rmf.ch
simon.krieger@claridenleu.com
simon.lambert@uk.fid-intl.com
simon.lau@soros.com
simon.lee@osterweis.com
simon.lee@pacificlife.com
simon.ling@rbccm.com
simon.lloyd@gs.com
simon.long@barcap.com
simon.loveday@morganstanley.com
simon.lowth@scottishpower.com
simon.macdonald@db.com
simon.maeder@aigpb.com
simon.manning@threadneedle.co.uk
simon.marquis@snb.ch
simon.martin@barclaysglobal.com
simon.mauger@credit-suisse.com
simon.mays-smith@pearson.com
simon.mcwilliams@glgpartners.com
simon.meers@ace.ina.com
simon.meijlink@nl.abnamro.com
simon.melville@aberdeen-asset.com
simon.midgen@msci.com
simon.miller@lloydstsb.co.uk
simon.morley@barclaysglobal.com
simon.morrell@icgplc.com
simon.morris@icap.com
simon.moss@swipartnership.co.uk

simon.n.williams@barclaysglobal.com
simon.newman@uk.abnamro.com
simon.osterberg@seb.se
simon.overington@rbccm.com
simon.p.baxter@morganstanley.com
simon.park@bankofamerica.com
simon.park@ubs.com
simon.parker@rabobank.com
simon.penniston@lloydstsb.co.uk
simon.peters@gartmore.com
simon.petres@sgcib.com
simon.phillips@ubsw.com
simon.picard@calyon.com
simon.piel@apobank.de
simon.pilcher@mandg.co.uk
simon.polbennikov@barclayscapital.com
simon.pottinger@barclaysglobal.com
simon.quinn@statestreet.com
simon.quirke@lionhartasia.net
simon.r.taylor@hsbc.com
simon.rechatin@axa-im.com
simon.reed@bnpparibas.com
simon.reynolds@axa-multimanager.com
simon.rigby@schroders.com
simon.rivett-carnac@sarasin.co.uk
simon.roddy@shell.com
simon.rubingh@cis.co.uk
simon.savage@glgpartners.com
simon.scholes@ib.bankgesellschaft.de
simon.seneor@hcmny.com
simon.sharp@halbis.com
simon.shaw@insightinvestment.com
simon.shearing@glgpartners.com
simon.shephard@bankofamerica.com
simon.shorland@hsbcgroup.com
simon.smakowski@hsh-nordbank.com
simon.somerville@cazenove.com
simon.spalinger@juliusbaer.com
simon.starr@eu.nabgroup.com
simon.steiner@credit-suisse.com
simon.stewart@uk.fid-intl.com
simon.stredder@jpmorgan.com
simon.surtees@gartmore.com
simon.tanwk@uobgroup.com

simon.tarr@fsmail.net
simon.thorpe@chase.com
simon.todd@mfs.com
simon.tring@morleyfm.com
simon.twiss@fipartners.com.au
simon.vallotto@ca-suisse.com
simon.van.veen@fortisinvestments.com
simon.waddington @royalbank.com
simon.warner@chase.com
simon.watkins@bmo.com
simon.weiss@zkb.ch
simon.wells@bankofengland.co.uk
simon.wells@fandc.co.uk
simon.whitaker@bankofengland.co.uk
simon.white@glgpartners.com
simon.white@rothschild.co.uk
simon.whiteley@insightinvestment.com
simon.whitfield@blblon.co.uk
simon.wilkinson@lgim.co.uk
simon.wyss@sl-am.com
simon.yangyq@uobgroup.com
simon.yee@bankofamerica.com
simon.young@blackrock.com
simon@ikospartners.com
simon@pimco.com
simon_bancroft@notes.ntrs.com
simon_broxham@bmo.com
simon_burdett@scotiacapital.com
simon_chantry@gb.smbcgroup.com
simon_clements@blackrock.com
simon_cohen@ntrs.com
simon_collinge@ssga.com
simon_davis@putnam.com
simon_flood@blackrock.com
simon_hallett@iaifunds.com
simon_kinnie@standardlife.com
simon_laing@newton.co.uk
simon_lim@calpers.ca.gov
simon_liu@acml.com
simon_mcclure@blackrock.com
simon_mcdonagh@westlb.co.uk
simon_mckay@putnam.com
simon_mullumby@ssga.com
simon_nichols@newton.co.uk

simon_parkins@paribas.com
simon_pryke@newton.co.uk
simon_rogers@gb.smbcgroup.com
simon_steward@capgroup.com
simon_wilkinson@westlb.co.uk
simon_wood@standardlife.com
simona.canepa@ubs.com
simona.delgreco@bnlmail.com
simona.dottavi@pgalternative.com
simona.paravani@hsbcinvestments.com
simona.prati@mpsgr.it
simonaesterina.borio@realemutua.it
simonbyrne@angloirishbank.ie
simonchao@upamc.com.tw
simone.arbib@glgpartners.com
simone.baer@juliusbaer.com
simone.bemporad@finmeccanica.it
simone.binismaghi@arcafondi.it
simone.bomio@ubs.com
simone.burello@bcb.gov.br
simone.busalt@seb.de
simone.de.haas@pggm.nl
simone.erhardt@hsh-nordbank.co.uk
simone.facchinato@arcafondi.it
simone.farinelli@zkb.ch
simone.francazi@bnlmail.com
simone.freschi@banca.mps.it
simone.guidi@fandc.com
simone.haefeli@ubs.com
simone.heinz@lri.lu
simone.hofer@ubs.com
simone.kees@hsh-nordbank-int.com
simone.kerbach@activest.de
simone.pinelli@bsibank.com
simone.pressley@pimco.com
simone.reiss@juliusbaer.com
simone.renzelli@euroaisgr.it
simone.sabbadini@credit-suisse.com
simone.schaerer@zkb.ch
simone.schmid@blb.de
simone.soldini@bancamarche.it
simone.staeuble@csam.com
simone.vetter-fohr@dbv-winterthur.de
simone.wilhelms@deutsche-hypo.de

simone.x.broadfield@jpmorgan.com
simone.zottarel@am.generali.com
simone_erhardt@westlb.co.uk
simongordon@bapfim.co.uk
simonhandcock@gic.com.sg
simonjb@us.ibm.com
simon-p.taylor@ubs.com
simonpar@chollian.net
simont@1stsource.com
simon-uk.lee@chase.com
simonyaptc@dbs.com
simpkip@nationwide.com
simpp@income.com.sg
simpson.david@edgeassetmgt.com
sinagarajan@aegonusa.com
sinanb@garanti.com.tr
sinclair.eaddy@mercantile.net
sinclairkung@mail.cbc.gov.tw
sindhu.srivastava@gmacrfc.com
sindhu.tantri@ubs.com
sinead.a.fennell@aibbny.ie
sinead.b.dunne@aibbny.ie
sinead.eaton@boimail.com
sinead.fitzpatrick@ubs.com
sinead.gray@statestreet.com
sinead.haughey@ge.com
sinead.m.neeson@aib.ie
sinead.m.tynan@aibbny.ie
sinead.mulligan@statestreet.com
sinead.murphy@db.com
sinead_haughey@ml.com
sineadohara@bwbank.ie
singapore@wooribank.com
singhh@wharton.upenn.edu
singlis@metlife.com
singo_tahara@am.sumitomolife.co.jp
sinichi_namikawa@tr.mufg.jp
sinirene@bloomberg.net
siniti_kawaguti@am.sumitomolife.co.jp
sinitzin@evrofinance.com
sin-minh.tan@ap.nxbp.com
sinnell@angloamerican.co.uk
sino.stalbne@credit-suisse.com
sinodat@po2.jsf.co.jp

sinonsen@princeton.edu
s-invest@ytb.co.jp
sinyinling@gic.com.sg
sinzi_hikiti@am.sumitomolife.co.jp
sinzi_imamura@am.sumitomolife.co.jp
sinzi_masad@am.sumitomolife.jp
sinzou_kouno@am.sumitomolife.co.jp
siobhan.a.broderick@aibbny.ie
siobhan.carolan@boiss.boi.ie
siobhan.cass@halbis.com
siobhan.hicks@bnpparibas.com
siobhan.laing@swip.com
siobhan.m.tuite@aib.ie
siobhan_doherty@putnam.com
siokmei.lim@schroders.com
siongted@temasek.com.sg
sionoid@bloomberg.net
siowwei@dbs.com
sircar@princeton.edu
sire.ortiz@firstmidwest.com
sirif@statoilhydro.com
sirivanv@hsbc.co.th
sirka.krabbe@hsh-nordbank.com
sisaacsl@bloomberg.net
sisak@lehman.com
siscovick@caxton.com
sisi01@handelsbanken.se
sisley@metlife.com
sistjohn@wellington.com
sit3@bloomberg.net
sita.japsi@aig.com
sital_cheema@standardlife.com
siu_gim_lee@keppelbank.com.sg
siu_moy@ssga.com
siukee.chan@nl.abnamro.com
sius@gcm.com
siva.sivasubramaniam@barclaysglobal.com
sivasankar@mas.gov.sg
siyer@meag-ny.com
siytangco@sun.com
sj.moon@hanabank.com
sj700.kim@samsung.com
sjacco.schouten@abpinvestments.nl
sjackaman@reatech.net

sjackson@evergreeninvestments.com
sjacobsn@stanford.edu
sjacot@pictet.com
sjaeger@fhlbdm.com
sjaffe@kbw.com
sjagannathan@swst.com
sjagst@bloomberg.net
sjagunic@gmail.com
sjain@bayharbour.com
sjalan@wharton.upenn.edu
sjallet@generali.fr
sjames@invest.treas.state.mi.us
sjames@samgmt.com
sjames@tudor.com
sjardine@ftportfolios.com
sjaun@pictet.com
sjaworski@merctrust.com
sjb@artemisinvest.com
sjb@ubp.ch
sjboxer@wellington.com
sjchung@kfb.co.kr
sjdonnelly@metlife.com
sjenkens@ci.com
sjensen@fscnet.com
sjeung@bechtel.com
sjg@citicib.com.cn
sjhaveri@mcleanbudden.com
sjhenry@jhancock.com
sjk47@cornell.edu
sjlake@bloomberg.net
sjlee@netsgo.com
sjm@email.esunbank.com.tw
sjmalley@statestreet.com
sjmiller@bloomberg.net
sjmink@statestreet.com
sjmonissen@bloomberg.net
sjn@dodgeandcox.com
sjocher@meag.com
sjoerd.kitzen@ingim.com
sjohanse@aegonusa.com
sjohn@ncmcapital.com
sjohnsen03@pjc.com
sjohnson@essexinvest.com
sjohnson@prospectsecurities.com

sjohnson@sandiego.gov
sjohnson@smithgraham.com
sjohnson@westernasset.com
sjohnstone@britannicasset.com
sjohnstone@martincurrie.com
sjones@uscentral.org
sjorgen@pacifictrust.net
sjors.haverkamp@ingim.com
sjoseph@bankofny.com
sjoshi@apollocapital.com
sjpannell@wellington.com
sjplace@wellington.com
sjpollak@nb.com
sjrichter@leggmason.com
sjritcher@leggmason.com
sjs@capgroup.com
sjs1@bloomberg.net
sjs5@cornell.edu
sjs53@bloomberg.net
sjs92@cornell.edu
sjsturtevant@wellington.com
sjun@rockco.com
sjwm@capgroup.com
sjyang@bok.or.kr
sk.lam@interpolis.nl
sk.shin@bbh.com
sk@turnerinvestments.com
sk2232@cornell.edu
sk795@cornell.edu
skahn@fsa.com
skail@federatedinv.com
skakar@divinv.net
skallok@sunamerica.com
skalos@federatedinv.com
skalos@grneam.com
skalra@angelogordon.com
skamikubo@hvbamericas.com
skandarian@metlife.com
skander.chabbi@db.com
skaping@ebrd.com
skaplan@jennison.com
skappagoda@caxton.com
skapuganti@aegonusa.com
skarasic@allstate.com

skaross@statestreet.com
skarpel@metlife.com
skartsonis@jennison.com
s-kasai@nissay.co.jp
skasai13@sompo-japan.co.jp
skasaya@pictet.com
skaseta@loomissayles.com
skassev@aegonusa.com
skatz@nb.com
skatz2@bloomberg.net
skatzenstein@gscpartners.com
skawabe@bloomberg.net
skawazoe@sumitomotrust.lu
skayser@bloomberg.net
skchoi@hanabank.com
ske@martincurrie.com
skearney@nisi.net
skee@fhlbatl.com
skeenan@wfgweb.com
skeersc@rba.gov.au
skefer@victoryconnect.com
skeid@firstunion.com
skelley@fandc.co.uk
skelley@mfs.com
skelley@pictet.com
skelly2@templeton.com
skelman@martincurrie.com
skemming@meag.com
skempler@tiaa-cref.org
skennedy@ellington.com
skennedy@wellington.com
skensing@allstate.com
skernkraut@lordabbett.com
skertsman@hbk.com
skesanapally@tiaa-cref.org
skever@bancasempione.ch
skh@nykredit.dk
skhalatbari@worldbank.org
skhan@europeancredit.com
skhan@pictet.com
skhan@recordcm.com
skhan@tiaa-cref.org
skhanna1@bear.com
skhatri@bloomberg.net

ski@ubp.ch
skiernan@caxton.com
skilkenny@metlife.com
skiltonb@lotsoff.com
skim@mfs.com
s-kimishima@kokusai.co.jp
skincaid@dkpartners.com
sking@howeandrusling.com
sking@loomissayles.com
skinsey@divinv.net
skip.moeller@capitalonebank.com
skip.shelly@fhlb-pgh.com
skip_short@putnam.com
skippyc@bloomberg.net
skirner@jennison.com
skirtman@wisi.com
skji@hanabank.com.hk
skk@bok.or.kr
skk@temasek.com.sg
skk4@ntrs.com
sklee@hanabank.com
skleeberg@cdcixis-cm.com
sklein@blenheiminv.com
sklein@troweprice.com
skleinwort@axia-advisors.com
skline@bankofny.com
sklotz@mfs.com
skmjapan@bloomberg.net
sknapp@bloomberg.net
sknappe@bloomberg.net
sknowles@fhlbdm.com
sknowles@silchester.com
sko@clinton.com
skodangil@standishmellon.com
skoeckerling@bloomberg.net
skofol.lndb@bloomberg.net
skoga@bloomberg.net
skolderu@allstate.com
skon@smithbreeden.com
skono@nochubank.or.jp
skopf@ibuk.bankgesellschaft.de
skorar@nationwide.com
skorn@bloomberg.net
skornfeld@frk.com

skornreich@libertyview.com
skorstade@kpf.no
skosier@ustrust.com
skosior@templeton.com
skostenbaum@bper.ch
skosthowa@scor.com
skothari@statestreet.com
skotsen@us.nomura.com
skoutoumanos@allianz.gr
skoutsantonis@fmr.com
skoval@russell.com
skovenborg@jyskebank.dk
skowronski.d@bloomberg.net
skr@ubp.ch
skraljic@tiaa-cref.org
skrall@bft.fr
skramer@union-investment.de
skraus@provnet.com
skrilcic@bloomberg.net
skrishnan@ifc.org
skrishnaswamy@bkb.com
skrucze@frk.com
skrull@steinroe.com
sktan@ti.com
skunt@blackrock.com
skupchin@tiaa-cref.org
skuro@dl.dai-ichi-life.co.jp
skwarek_lucia@jpmorgan.com
skwon@babsoncapital.com
skyhawk@bloomberg.net
skylark@kbstar.co.kr
skylee@keb.co.kr
skyway33@healthcare.co.kr
sl@ennismorefunds.com
sl@sitinvest.com
sl@tchinc.com
sl70@ntrs.com
sl945@cornell.edu
sl952@cornell.edu
slaa@pggm.nl
slabaugh@tiaa-cref.org
sladjevardi@btm.co.uk
slaffin@cvceurope.com
slaffoy@statestreet.com

slamandola@capis.com
slamberton@ufji.com
slampman@bloomberg.net
sland@frk.com
slange@aegonusa.com
slansing@princeton.edu
slantis@barrowhanley.com
slarios@nafin.gob.mx
slaryea@opusinvestment.com
slatter@bermuda.sl.slb.com
slaurans@cicny.com
slautizar@pictet.com
slav.botchkarev@morganstanley.com
slavomir.nagy@ids.allianz.com
slawekp@bloomberg.net
slawler@bankofny.com
slawry@bloomberg.net
slbeuro@bloomberg.net
slbond@bloomberg.net
slbus@aol.com
slcasey@bloomberg.net
slcastonguay@wellington.com
slchua@mas.gov.sg
sldfjaosihge@fhoeh.com
sle@nbim.no
sledge@bessemer.com
sledger@aegonusa.com
slee@ag-am.com
slee@jhancock.com
slee@maplepartners.com
slee@pictet.com
slee@scmadv.com
slee17@metlife.com
slefkowitz@caxton-iseman.com
sleguti@bloomberg.net
slehman@federatedinv.com
sleibowitz@metlife.com
sleighmyers@thamesriver.co.uk
slemon@snwsc.com
slenzi@lib.com
sleone@lordabbett.com
sleonida@evcap.bm
slesieur@bloomberg.net
sleu@tiaa-cref.org

slevine@tiaa-cref.org
slewis@steinroe.com
slfoo@bloomberg.net
slgoh@mas.gov.sg
slheureux@loomissayles.com
sli.industrials@standardlife.com
sli@oppenheimerfunds.com
slibera@babsoncapital.com
slibera@dlbabson.com
slibkind@ahorro.com
slim@lordabbett.com
slin@westernasset.com
slin1@templeton.com
slindset@princeton.edu
slineyd@stifel.com
slinnick@metlife.com
slistor@bankofny.com
slituchy@metlife.com
sliu@calfed.com
sliu@perrycap.com
sljones@ybs.co.uk
slking@barbnet.com
slkoh@mas.gov.sg
slliu@paydenpotomac.com
slm@jwbristol.com
slmole@wellington.com
slmurphy@statestreet.com
sloan.walker@morganstanley.com
sloand@adpomr.com
slockman@blaylockabacus.com
slolli@bloomberg.net
sloneg1@nationwide.com
slopata@oppenheimerfunds.com
slopez@deerfieldcapital.com
slopez@wellington.com
slopezsa@notes.banesto.es
slops@hbk.com
slord@loomissayles.com
sloughp@bp.com
slouie@schny.com
slouis@panagora.com
slouste@entergy.com
slouyang@wellington.com
slover.e@dreyfus.com

slover.e@tbcam.com
slr@capgroup.com
slstark@stifel.com
slstefany@wellington.com
slteo@mas.gov.sg
sluaa@allstate.com
slucaccini@oppenheimerfunds.com
sluh@westernasset.com
slummi@state.wy.us
slumpr@dime.com
slunat@apollocapital.com
slurito@ag-am.com
slutzinger@wellington.com
slva@pge.com
slyford@nacm.com
slyons@frk.com
slyttelton@newstaram.com
sm@kingfisherinvestors.com
sm168@ntrs.com
sma.pr@adia.ae
sma@luminentcapital.com
sma2@nbim.no
smabtp@mail.fininfo.fr
smacdon@frk.com
smacdonald@ssrm.com
smaconald@tiaa-cref.org
smadar.mishan@barclayscapital.com
smadden@stephens.com
smagnan@dexia-us.com
smagoon@lordabbett.com
smahler@cobank.com
smahon@princeton.edu
smahtani@fcem.co.uk
smaierovits@mizrahi.co.il
smaile@ompa.com
smaillard@oddo.fr
smaillard@pictet.com
smalagoli@credem.it
smalhotra@investcorp.com
smalik@caxton.com
smalik@tiaa-cref.org
smalkoff@summitbank.com
smallach@farcap.com
smallick@utendahl.com

smallman@allstate.com
smalloy@evcap.com
smaltese@albertinisim.it
smaltz@dreyfus.com
smandis@halcyonllc.com
smangroo@spfbeheer.nl
smann@lasers.state.la.us
smanning@blackrock.com
smanning@pnc.com
smanson@ftci.com
smansukhani@chevychasetrust.com
smarciano@the-ark.com
smarkowitz@dsaco.com
smarquez@notes.banesto.es
smarron@allstate.com
smarsh@seic.com
smarshman@roxcap.com
smartel@pictet.com
smarti@crediinvest.ad
smartin@creditandorra.ad
smartin@firststate.co.uk
smartin@johnsoninv.com
smartin@pimco.com
smarto'connor@noclue.com
smarusa@hbk.com
smasin@perrycap.com
smatson@qwest.com
s-matsu@nochubank.or.jp
smatsumoto@exchange.ml.com
smatsuno@bloomberg.net
s-matsuo@ioi-sonpo.co.jp
smatteoli@grifogest.it
smatthias@steinroe.com
smausolf@dow.com
smavromates@mapension.com
smay@exchange.ml.com
smayor1@bloomberg.net
smayse@bayharbour.com
smazel@groupama-am.fr
smazzoli@oaktreecap.com
smc@bankinvest.dk
smc@sitinvest.com
smc338@cornell.edu
smcardle@southernco.com

smcbeth@bloomberg.net
smcboyle@roycenet.com
smccabe@loomissayles.com
smccole@martincurrie.com
smccoubrie@europeancredit.com
smccuen@sandlercap.com
smccullagh@abnamroprime.com
smcdermott@hollandcap.com
smcdonald@barrowhanley.com
smcdowell@bloomberg.net
smcfadden@cobank.com
smcfeely@bloomberg.net
smcfetridge@jhancock.com
smcgairl@europeancredit.com
smcgive@frk.com
smcgowan@fnbnonline.com
smcgrude@lordabbett.com
smcguinn@allstate.com
smchen@princeton.edu
smcintosh@russellmellon.com
smcintyre@gwkinc.com
smckinney@hbk.com
smclemore@lmcm.com
smcleod@rowancompanies.com
smcnamara@beutelgoodman.com
smcneil@jennison.com
smeade@anchorcapital.com
smeehan@ingalls.net
smehta@blackrock.com
smehta@jennison.com
smehta@mfs.com
smelliott@wellington.com
smelluish2@bloomberg.net
smelyanskiy_yuriy@jpmorgan.com
smelzer@bloomberg.net
smercado@dsaco.com
smerves@bear.com
smessina@bloomberg.net
smeyer@metzler.com
smezic@bloomberg.net
smf@ibercaja.es
smf@public.ibercaja.es
smf@summitpartnersllc.com
smfanning@wellington.com

smfontana@comerica.com
smgarces@homeside.com
smgrauze@mmm.com
smh.eu@adia.ae
smh@renre.com
smharrington@wellington.com
smhayes@wellington.com
smhorrigan@leggmason.com
smichael@schwab.com
smichaels@fmaadvisors.com
smidchense@brinson.com
smilazzo@bankofny.com
smilla@nafin.gob.mx
smillan@wellington.com
smillar@ingnz.com
smiller@sagitta.co.uk
smiller@tswinvest.com
smiller3@bear.com
smillham@faralloncapital.com
smilstein@ocwen.com
sminer@standishmellon.com
sminzlaff@ibuk.bankgesellschaft.de
smiserey@bloomberg.net
smith.ca@tbcam.com
smith.darrin@principal.com
smith@ipohome.com
smith_jeffrey@fsba.state.fl.us
smith_justin@fsba.state.fl.us
smith_mark_e@jpmorgan.com
smith_richard@fsba.state.fl.us
smith_rob@fsba.state.fl.us
smith_sheilah@fsba.state.fl.us
smithandy@bloomberg.net
smithb@swcorp.org
smithbb1@bloomberg.net
smithd@vankampen.com
smithep@texaco.com
smithgary@bloomberg.net
smithgc@ensignpeak.org
smithj@ebrd.com
smithja@bernstein.com
smithl@lotsoff.com
smithm@lotsoff.com
smithpe@anz.com

smiths@bot.or.th
smithsco@wellscap.com
smithte@brinson.com
smitra2@ifc.org
smittal@noonam.com
smittipon.srethapramote@fmr.com
s-miyaji@nochubank.or.jp
smjang@bok.or.kr
smjuszczyszyn@delinvest.com
smkammann@wellington.com
smkwong@bochk.com
smlaplante@wellington.com
smleonard@wellington.com
smm.ef@adia.ae
smm.tr@adia.ae
smmannin@blackrock.com
smmh@capgroup.com
smo@bankinvest.dk
smody@concordiafunds.com
smoeller@blackrock.com
smohandas@fhlbi.com
smoini@payden-rygel.com
smokkapati@federatedinv.com
smoller@nafin.gob.mx
smolloy@ibtco.com
smonji@daiwasbi.co.jp
smontagna@babsoncapital.com
smontenero@siebertnet.com
smontero@marchgestion.es
smonticelli@mosaic.com
smontobbio@bloomberg.net
smoojoy@aol.com
smoon@dsaco.com
smooney@bondinvestor.com
smooney@freedom-capital.com
smoore@buffalofunds.com
smoore@chubb.com
smorad@ibtco.com
smoreno@loomissayles.com
smorenstein@caxtonadvantage.com
smorgan@federatedinv.com
smori@nochubank.or.jp
smorjari@lehman.com
smorley@bloomberg.net

smorris3@travelers.com
smorrison@deerfieldcapital.com
smorrison@westernasset.com
smorrow@cumberassoc.com
smorse@mfs.com
smortimer@wellington.com
smosshamer@fhlbc.com
smosshammer@fhlbc.com
smost@bankofny.com
smounier@cicny.com
smountain@standishmellon.com
smp.ia@adia.ae
smp70@pitt.edu
smpike@wellington.com
smr7@ntrs.com
smrickert@us.fortis.com
smriti.popenoe@wachovia.com
smriti.shetty@wamu.net
sms.eu@adia.ae
smt@capgroup.com
smtrabucco@duke-energy.com
smtremble@wellmanage.com
smui@genre.com
smukhopadhyaya@aegonusa.com
smullen@nb.com
smuns@hcmlp.com
smunson@unumprovident.com
smurphy@firststate.co.uk
smurphy@mfs.com
smurphy@nb.com
smurphy@standishmellon.com
smurray@opers.org
smurti@bankbii.com
smuspratt1@bloomberg.net
smuter@eatonvance.com
smwalsh@jhancock.com
smy@abchina.com.sg
smyeo@mas.gov.sg
smyers@roxcap.com
smyojin@bloomberg.net
smz.tr@adia.ae
sn@capgroup.com
snadler@loomissayles.com
snagarajan@ssrm.com

snaghibi@statestreet.com
snaik@panagora.com
snaish@newstaram.com
snakamura@daiwasbi.co.jp
snanda@troweprice.com
snangia@nb.com
snapa@statoil.com
snareyka@mmwarburg.de
snarui@bloomberg.net
snason@federatedinv.com
snatarajan@mfs.com
snathan@baupost.com
snatoch@princeton.edu
snavarro@exprinteruruguay.com.uy
snavin@jhancock.com
snbandara@dohabank.com.qa
snbrown@unumprovident.com
snedekeb@deshaw.com
snehal.pathak@bmo.com
snehashis.das@hk.calyon.com
snehashis.das@wachovia.com
sneimeth@sunamerica.com
sneller@bear.com
snellgrove.dk@pg.com
snelson@stephens.com
snelson@stonehillcap.com
sneuen@hestercapital.com
sneumann@hbk.com
snewhall@trees-invest.com
snewland6@aol.com
snewton@jhancock.com
sng@worldbank.org
snguyen@allegiancecapital.com
snguyen@bradfordmarzec.com
snguyen@mfs.com
snicholls@sunamerica.com
snisi@ofivalmo.fr
snjnara@bloomberg.net
snlim@kfb.co.kr
snlnxn@bloomberg.net
snn@jyskebank.dk
snn@ubp.ch
snoble@hcmlp.com
snogaki@btmna.com

snorquist@massmutual.com
snorth@fhlbatl.com
snoss1@bloomberg.net
snowbond@bloomberg.net
snowd@hmc.harvard.edu
snowk@wooribank.co.jp
snr009@keb.co.kr
snst@capgroup.com
snusim@blaylocklp.com
snutt@nacm.com
snydegger@sto.state.id.us
snyder.ni@mellon.com
snyder_john@jpmorgan.com
snyderl2@nationwide.com
snydern@parkerhunter.com
so@evcap.bm
so_ota@tr.mufg.jp
soakey@tswinvest.com
soam@soam.com
soan0115@chb.co.kr
soboucka@cordius.be
sobrien@martincurrie.com
sobti.rajiv@nomura-asset.com
soccer5@bloomberg.net
sochel@swst.com
socho@nb.com
sochong.yi@blackrock.com
soconnell@us.mufg.jp
soda@dl.dai-ichi-life.co.jp
soekching.kum@credit-suisse.com
soenke.heistermann@hsh-nordbank.com
soenke.pfraenger@helaba.de
soenke.rix@hsh-nordbank.com
soenke.steinert@union-panagora.de
soenke_papenhausen@goam.de
soenketimm@helaba-invest.de
soeren.katterbach@lrp.de
soeren.linde.nielsen@jyskeinvest.dk
soeren.moerch@uk.calyon.com
soeren.steinert@union-panagora.de
soeren.thomsen@jyskebank.dk
soeren.wiedau@weberbank.de
soeren@jyskebank.dk
sofi.eriksson@ap1.se

sofia.anton@interdin.com
sofia.branfelt@swedbank.se
sofia.heredia@cgd.pt
sofia.nu@igcp.pt
sofia.sermos@pioneerinvest.com
sofia.skalistiri@omam.co.uk
sofia@bnm.gov.my
sofia_larsen@westlb.co.uk
sofiagomes.silva@millenniumbcp.pt
sofian.jani@bia.com.bn
sofie.emilsson-nilvall@ap3.se
sofiokc@corning.com
sofkos@delta.gr
soflahe@gcr.com
softa.shields@rbccm.com
sogabe@dl.dai-ichi-life.co.jp
sogabe@nam.co.jp
soga-k@itochu.co.jp
soge02@handelsbanken.se
soh@ag-am.com
soha@nykredit.dk
sohail.gani@bankofamerica.com
sohail.rasul@xlgroup.com
sohallor@cisco.com
so'halloran@wellington.com
sohil.mody@lloydstsb.co.uk
sohnm@sigmacap.com
soho@kdb.co.kr
soichi_takimoto@yamaguchibank.co.jp
soiricho.matsumoto@morganstanley.com
sojkai@fhlbsf.com
sokchuang@temasek.com.sg
sokeeffe@citco.com
sokol@midamerican.com
sol.chehebar@us.hsbc.com
soledad.lecube@bnpparibas.com
soledad.seivane@grupobbva.com
soledad.seivanenavia@telefonica.es
solene.clement@labanquepostale-am.fr
solene.zammito@accor.com
solesiuk@fdic.gov
soli@sek.se
solimine_jennifer@jpmorgan.com
soliver@metlife.com

soliver@tiaa-cref.org
soliveros@worldbank.org
sollars.heath@principal.com
solomich.mt@mellon.com
solomon.barnett@citadelgroup.com
solomon_tadesse@ssga.com
solon.b.saoulis@aexp.com
soltas@mac.com
solveig.stroeer@dit.de
solyak@mnb.hu
soma.ghosal@credit-suisse.com
somara@loomissayles.com
somaschini@bpintra.it
somender_chaudhary@fanniemae.com
somers@wgz-bank.ie
someya1@bloomberg.net
sommanney@provnet.com
sommer@nytimes.com
sompoch.wongkittivatchakul@db.com
son.nguyen@efv.admin.ch
sona_sikorova@kb.cz
sonabowle@evcap.bm
sonal.kothari@bapensions.com
sondra.vitols@deshaw.com
sondrioev@bloomberg.net
sondriolb@bloomberg.net
sonelius.kendrick-smith@db.com
soner.aksu@tcmb.gov.tr
song.li@alliancebernstein.com
song@bok.or.kr
song@mackenziefinancial.com
song58@kdb.co.kr
songer@spectrumassetmgt.com
songjinzhi@bloomberg.net
songjo@bloomberg.net
songng@gic.com.sg
songyang@icbc.com.cn
songz@nationwide.com
sonia.b.ravello@jpmorgan.com
sonia.bendt@nl.abnamro.com
sonia.beng@morleyfm.com
sonia.crooks@northernrock.co.uk
sonia.dezordo@ubs.com
sonia.hamstra@aig.com

sonia.johnson@threadneedle.co.uk
sonia.kowal@bailliegifford.com
sonia.lee@creditlyonnais.fr
sonia.leonard@jpmorgan.com
sonia.m.carey@aibbny.ie
sonia.meskin@jpmorgan.com
sonia.patel@micorp.com
sonia.pernot@bcv.ch
sonia.raikes@standardlife.ca
sonia.thueler@richemont.com
sonia.valencia@barclaysglobal.com
sonia.vidal@andbanc.com
sonia_lee@ntrs.com
so-nishimoto@ja-kyosai.or.jp
sonja.demann@csam.com
sonja.foerster@db.com
sonja.hampel@kfw.de
sonja.hoebartner@pioneerinvestments.com
sonja.j.rodine@wellsfargo.com
sonja.lessing@hsh-nordbank.com
sonja.reed@wellsfargo.com
sonja.spielberger@db.com
sonja.zoellner@dzbank.de
sonja.zoellner@dzbank.ie
sonnie.ayere@bmonb.com
sonning.bredemeier@nordlb.de
sonny.surkin@truscocapital.com
sonny_wong@bocgroup.com
sonnylee@kdb.co.kr
sono@templeton.com
sonparn@ebrd.com
sonu.kalra@fmr.com
sonya.dilova@fandc.com
sonya.sheehy@credit-suisse.com
sonya_sheth@fanniemae.com
sonyajenkins@westpac.com.au
soo.cao@citadelgroup.com
soo.lim.goh@belgacom.be
soo@bnm.gov.my
soo_young_der@toyota.com
soo-feng.lee@aig.com
soohwan.kim@americas.bnpparibas.com
soo-jin.lee@citadelgroup.com
sookkin.chong@hvbasia.com

sookkuan.wong@hsbcpb.com
soolee@bankofny.com
soonef.x.kapadia@jpmorgan.com
soo-thiam.tan@aig.com
soowon@bok.or.kr
sooyoung.min@shinseibank.com
sopha_so@glenmede.com
sophana.periasamy@morganstanley.com
sopheara.lim@labanquepostale-am.fr
sophia.baah@interbrew.com
sophia.hartley@cgii.com
sophia.l.talkington@wellsfargo.com
sophia.m.long@aibbny.ie
sophia.rui@ubssdic.com
sophia.zhao@aig.com
sophia.zhao@blackrock.com
sophia_banar@ssga.com
sophia_whitbread@newton.co.uk
sophiawang@cathaylife.com.tw
sophie.bakalar@avmltd.com
sophie.betbeder@sncf.fr
sophie.brown@gartmore.com
sophie.bsch@jpmorgan.com
sophie.cagnard@richemont.com
sophie.carter@sgam.co.uk
sophie.chapuisat@hsbcpb.com
sophie.cloux@cpr-am.fr
sophie.condon@gb.smbcgroup.com
sophie.debehogne@fortisinvestments.com
sophie.dedise@sgam.com
sophie.dewachter@degroof.be
sophie.elkrief@dexia-am.com
sophie.ellkrief@dexiamfr-dexia.com
sophie.fournier@bnpparibas.com
sophie.gautie@bnpparibas.com
sophie.hawkes@rabobank.com
sophie.lados@dexia.com
sophie.lampard@glgpartners.com
sophie.lemenestrel@axa-im.com
sophie.messenger@glgpartners.com
sophie.munier@axa-im.com
sophie.nicolas@caam.com
sophie.palliez@francetelecom.fr
sophie.payot@ubs.com

sophie.richmond@isisam.com
sophie.rouard@puilaetco.be
sophie.rouillon@bnpparibas.com
sophie.sentilhes@sinopia.fr
sophie.zbinden@lodh.com
sophied@bloomberg.net
sophielim@mas.gov.sg
sophie-von.bila@dekabank.de
sopp@aegonusa.com
soppe.corey@principal.com
soppenheimer@tiaa-cref.org
soraoka@dlusa.com
soraya.hakuziyaremye@fortis.com
sorbino.francesco@enel.it
soreilly@valance.us
soren.aarup@nordea.com
soren.bech@lazard.com
soren.bech@morganstanley.com
soren.beck@morganstanley.com
soren.christensen@bmo.com
soren.folkmann@nordea.com
soren.hovgaard@seb.dk
soren.mortensen@nordea.com
soren.stilling.christensen@nordea.com
soren.stilling.christensen@storebrand.com
sorfanelli@inasim.gruppoina.it
soriano@ellington.com
sorin.roibu@blackrock.com
sorini@poplodi.it
sorita17822@nissay.co.jp
sorr@pughcapital.com
sortiz@utendahl.com
soshea@tiaa-cref.org
sosi.vartanesian@sgam.com
sosi.vartanesyan@sgam.com
sosullivan@caxton.com
sosyurad@deshaw.com
sotirios.koutoumanos@allianz.gr
sotiris.boutsis@uk.fid-intl.com
sotos@kochind.com
s-otsuka@yasuda-life.co.jp
sou.s@daiwa-am.co.jp
soufat.hartawan@schroders.com
souhei.okuno@mizuho-cb.co.jp

souheil.hajjar@gibbah.com
soukup.kurt@citadelgroup.com
souleles@wharton.upenn.edu
soulsbyp@bancopopolare.it
soumik.ghosh@fmr.com
soumilya@citicorp.com
soumyanshu.bhattacharya@fmr.com
soustra@clamericas.com
souta.inoue@ufj-partners.co.jp
souta_suzuki@mtam.co.jp
sovereign.ryan@principal.com
sowade@delinvest.com
sowens@bbandt.com
sowens@frk.com
sowmdeb.sen@truscocapital.com
sowmya.rajagopalan@gm.com
sowmya.ramkumar@gibbah.com
sowmya.sreerangaiah@fandc.com
soyj@sabadellatlantico.com
soylub@delaware.co.uk
soyoung_lee@acml.com
soysonc@hsbc.co.th
sp433@cornell.edu
spacheco@meag-ny.com
spadowitz@hbk.com
spag@fgb.ae
spage@eatonvance.com
spagliara@iccrea.bcc.it
spalacio@bancosantander.com.com
spallerola@fibanc.es
spalmer7@bloomberg.net
span@worldbank.org
spance.westam@banquedorsay.fr
spanetta@ustrust.com
spappan@treasury.state.la.us
spar1@bloomberg.net
spark@bear.com
spark@brownadvisory.com
spark@cumberassoc.com
spark@icecanyon.com
sparker@hbk.com
sparkes@bankofny.com
spaspal@jhancock.com
spasupuleti@alliancebernstein.com

spatel@alger.com
spatel@perrycap.com
spatel@pictet.com
spatel3@metlife.com
spatel3@tiaa-cref.org
spatrick@fhlbc.com
spaul@firststate.co.uk
spaul@oppenheimerfunds.com
spavone@alger.com
spaynter@lordabbett.com
spbrooks@delinvest.com
spb-treasury@shell.com
spc@summitpartnersllc.com
spd-ops-ln@morganstanley.com
spe12@allstate.com
specialsituations@uk.abnamro.com
spegram@bankofny.com
spei1@bloomberg.net
spelkola@metlife.com
spemsin@templeton.com
spena@bloomberg.net
spenatti@fideuramcapital.it
spencer.adair@bailliegifford.com
spencer.ashby@britannia.co.uk
spencer.copp@omam.co.uk
spencer.hallarn@citadelgroup.com
spencer.landau@db.com
spencer.lee@barclaysglobal.com
spencer.leung@ubs.com
spencer.ludgate@cnb.com
spencer.parker@us.sgcib.com
spencer.phua@inginvestment.com
spencer.phua@prudential.com
spencer.pitcher@bmonb.com
spencer.punter@spintech.com
spencer.ruhl@himco.com
spencer.ruhl@thehartford.com
spencer.sarah@principal.com
spencer.staples@mhcb.co.uk
spencer.sun@exar.com
spencer@ardsley.com
spencer@tudor.com
spencer_l_klein@bankone.com
spencergt@bernstein.com

spencert@bloomberg.net
speng@frk.com
speng7@bloomberg.net
spenser@deshaw.com
spenta.dinshaw@pncadvisors.com
spera@finmeccanica.it
sperchik@aegonusa.com
sperek@russell.com
sperez@federatedinv.com
sperin@frk.com
sperkins@provnet.com
sperotto@bloomberg.net
sperrier@lib.com
sperry@pictet.com
spersaud@templeton.com
spersico@bloomberg.com
spes@capgroup.com
spesek@mfs.com
speter1@templeton.com
speterfy@bbandt.com
speters@lmfunds.com
spetersen@firststate.co.uk
spetras@caxton.com
spetrey@na.cokecce.com
spetri@templeton.com
speyser@glickenhaus.com
spf@columbus.com
spglendon@wellmanage.com
spham1@bloomberg.net
sphastings@delinvest.com
sphilebrown@bloomberg.net
sphilippon@groupama-am.fr
sphillips@arvest.com
spho@canyonpartners.com
sphurthi.annapareddy@pnc.com
spicer.rd@mellon.com
spichler@meag.com
spiegels@lazard.com
spielp@tdusa.com
spierson@fhhlc.com
spiesst@cmcic.fr
spiggo@ftci.com
spike@sfc-uk.com
spina@bancaroma.it

spiot@worldbank.com
spiracom@boltblue.com
spiros_jamas@ssga.com
spitcher@metlife.com
spittman@essexinvest.com
spitznagelj@lotsoff.com
spl@americancentury.com
spm@edfd.com
spm36@cornell.edu
spmele@up.com
spmmam@bloomberg.net
spo@bankinvest.dk
spolevikov@oppenheimerfunds.com
spolson@global-equities.com
spolyak@oppenheimerfunds.com
spombo@ifc.org
spomeroy@nb.com
spongyt@usa.redcross.org
spoont.b@tbcam.com
sporter@firstmanhattan.com
spotvin@voyageur.com
spowell@edc.ca
spoynter@fhlbi.com
sppalmer@paychex.com
spr@dartmouth.edu
spr1@bloomberg.net
spra@kempen.nl
sprague.rient@ge.com
spralong@pictet.com
spratsides@caxton.com
sprauer.s@dreyfus.com
spriante@dow.com
spriyadarshi@delinvest.com
sproctor@loomissayles.com
sproffitt@caxton.com
spryor@bgcfx.com
spst@capgroup.com
spt@americancentury.com
sptan@mas.gov.sg
spulley@crewsassoc.com
spunagules@fhlbcin.com
spuntatitolimo@bpv.it
spuodziunas@westernasset.com
spuppini@bpvifondi.it

spurgeon@firsthorizon.com
spurushothman@caxton.com
spurvis@lkcm.com
sputnam@copera.org
spyarilal@tiaa-cref.org
spymar@hol.gr
spyridon.stefanou@db.com
spyros.degleris@rabobank.com
spyros.skoulakis@barclaysglobal.com
sqj@jyskebank.dk
squ.tr@adia.ae
squ.tr@adia.co.ae
squam@denveria.com
square@mail.cbc.gov.tw
squarello@divinv.net
squek@hbk.com
squiller@fhlbc.com
sqw21737@glaxowellcome.com
sr@ennismorefunds.com
sr2@americancentury.com
sr59@ntrs.com
sraab@tiaa-cref.org
srad@bloomberg.net
sradis@metlife.com
sradtke@grneam.com
sraikundlia@thamesriver.co.uk
srajah@templeton.com
srajkumar@worldbank.org
srakows@grneam.com
sralff@dsaco.com
sramamurthy@hcmlp.com
srand@danskebank.dk
srand@mmcgrand.com
srao6@ford.com
srauh@meag.com
srbui.seferian@sunlife.com
srcousino@stifel.com
srdjan.vukovic@soros.com
sreddy@firststate.co.uk
sredondj@cajamadrid.es
sreese@massmutual.com
srefuge@payden-rygel.com
sregan@waddell.com
sregli@lehman.com

sreichenberg@calstrs.com
sreicks@dubuquebank.com
sreid@canyonpartners.com
sreid@evergreeninvestments.com
sreilly@eastwestbank.com
sreilly@idbny.com
srenhowe@oppenheimerfunds.com
sresnick@us.ibm.com
sreveau@bft.fr
srgobran@yahoo.com
srh6@ntrs.com
srhall@ibtco.com
srhart@wellington.com
sri.cdu@adia.ae
sri.nadesan@lazard.com
sri.tella@fmr.com
sriccio@bear.com
srich@gemcapitalmgmt.com
srichard@loomissayles.com
srichards@mfs.com
srichardson2@tiaa-cref.org
srichey@asbcm.com
srickert@wescorp.org
srida@jwseligman.com
sriddell@williamblair.com
sriecke@nb.com
srihari.angara@daiwausa.com
srik@tcwgroup.com
srikant.nagalapur@db.com
sriketan_mahanti@putnam.com
sriley@loomissayles.com
srin@qifmanagement.com
srini.srinivasan@novartis.com
srinivas.namagiri@db.com
srinivas.preethi@bankofamerica.com
srinivas_dhulipala@ml.com
srinivasan.sivasamy@deshaw.com
srinivasbodapati@northwesternmutual.com
srinivasramadas@dbs.com
sripaorayawongjan@gic.com.sg
sriram.reddy@barclaysglobal.com
sriram.sumaithangi@blackrock.com
srisimovic@ctbr.ch
srivers@babsoncapital.com

srjohnson@bbandt.com
srmay@wellington.com
srmcfarlane@bremer.com
srn@dodgeandcox.com
srnie@danskebank.dk
srobbins@1838.com
srobbins@caxton.com
srobbins@vcallc.com
srobert@generali.fr
sroberts@deerfieldcapital.com
srobinson@bankofny.com
srobinson@wilmingtontrust.com
srocco@lordabbett.com
srock@bloomberg.net
srod@lehman.com
srodger@bailliegifford.co.uk
srodgers3@bloomberg.net
srogan@westernasset.com
sroger1@templeton.com
sromano@nb.com
sromanowski@hapoalimusa.com
srosener@reamsasset.com
srosenmayer@fhlbc.com
srosenthal@us.nomura.com
sross@us.tr.mufg.jp
sross@waddell.com
srossi@bloomberg.net
srossi5@bloomberg.net
srossiello@tiaa-cref.org
sroth@dlbabson.com
srother@meag.com
sroukis@matrixassetadvisors.com
srowe@newstaram.com
srpierce@lmus.leggmason.com
srs@summitpartnersllc.com
srsinger@wellington.com
srubin@presidentiallife.com
srubio@invercaixa.es
sruby@gscpartners.com
srudland2@bloomberg.net
srumsey@europeancredit.com
srush@amica.com
srusnak@voyageur.net
srusso@eagleglobal.com

srusso@ispcorp.com
srutledge@alfains.com
srutledge@worldbank.org
srutz@tiaa-cref.org
srv.cam@bcee.lu
srv.cri@bcee.lu
srw@capgroup.com
sryan@ubs.com
ss522@cornell.edu
ss86@ntrs.com
ssaabneh@angelogordon.com
ssaadian@sscinc.com
ssabbagh4@bloomberg.net
ssacks@essexinvest.com
ssadler@firstwacovia.com
ssaeki@hby.dai-ichi-life.co.jp
ssafdieh@perrycap.com
ssaffari@icecanyon.com
ssahgal@bankofny.com
ssainju@bostonprivatebank.com
ssalas@sunamerica.com
ssaleh@pbucc.org
ssampaoli@bloomberg.net
ssanch01@cajamadrid.es
ssanchez@bayharbour.com
ssanchez@williamblair.com
ssanders@bloomberg.net
ssanford@tiaa-cref.org
ssangiovann1@bloomberg.net
ssanny@bloomberg.net
ssansotta@qts-am.net
ssant@metlife.com
ssantiago@eatonvance.com
ssantos@bcj.gbancaja.com
ssassano@refco.com
ssathkumara@federatedinv.com
s-satoh@nochubank.or.jp
ssattarzadeh@westernasset.co.uk
ssauerschell@union-investment.de
ssaurack@atlanticasset.com
ssawren@standish.com
ssayer@wellscap.com
sschaeffer@nb.com
sschaffer@us.mufg.jp

sschamel@symantec.com
sscharer@oppenheimerfunds.com
sschembri@hcmlp.com
sschenk@tjim.com
sscherer@saw.com
sscherrer@mandtbank.com
sschiang@mas.gov.sg
sschiff@williamblair.com
sschlus@templeton.com
sschmette@rmf.ch
sschmidt@bakernye.com
sschmidt14@bloomberg.net
sschmitz@statestreet.com
sschneider@fhlbdm.com
sschneider@waddell.com
sschroe@bart.gov
sschulman@bayernlbny.com
sschumacher@penncapital.com
sschumm@bloomberg.net
sschurr@kynikos.com
sscott@nevrodie.com
sscranto@freedom-capital.com
sscranton@watrust.com
sscrogham@ebkgroup.com
sseaby@bloomberg.net
ssebastian@osc.state.ny.us
ssegalas@jennison.com
ssegarra@caxton.com
ssegesser@allegiancecapital.com
ssejournet@pictet.com
ssem@worldbank.org
sseoanev@cajamadrid.es
sservice@loomissayles.com
sseverson@capstonefinancial.com
ssgreen@loomissayles.com
sshabazz@lincap.com
sshah@wellington.com
sshah2@europeancredit.com
sshaikh@massmutual.com
sshan@wellmanage.com
sshea@natexisny.com
ssheehan@tea.state.tx.us
ssheeler@fftw.com
ssheen@alum.wellesley.edu

sshenfeld@mdsass.com
ssheng@bloomberg.net
ssheng@orixcm.com
ssherwood@mfs.com
sshi@evcap.com.sg
s-shibayama@nochubank.or.jp
sshigekawa@nb.com
sshimo@daiwasbi.co.jp
sshin@symantec.com
s-shiota@nochubank.or.jp
sshivraman@worldbank.org
sshleifer@tigerglobal.com
sshoji@daiwasbi.co.jp
sshore@newstaram.com
sshukr@allegiancecapital.com
sshunk@msfi.com
sshuter@mcleanbudden.com
sshutz@cavcap.com
sshyun@wooribank.com
ssiano@consulenti.bancafideuram.it
ssidhu@aegonusa.com
ssiefkas@levi.com
ssiegal@caxton.com
ssiegfriedt@anchorcapital.com
ssill@bear.com
ssimi@jhancock.com
ssimko@seic.com
ssimmons15@bloomberg.net
ssimonns@delinvest.com
ssimpson@divinv.net
ssingh@ftci.com
ssingh@wellington.com
ssinnan@tiaa-cref.org
ssiva@ords.com.au
ssjoholm@bloomberg.net
sskang@chb.co.kr
sskell@att.blackberry.net
sskim@amervest.com
ssl@bpi.pt
ssl38@cornell.edu
sslattery@metlife.com
sslee@jhancock.com
sslee@logancapital.com
ssligh@newberryfederalbank.com

sslu@mail.cbc.gov.tw
ssm@adb.org
ssmall@capgrowthmgt.com
ssmall@us.mufg.jp
ssmayhugh@wellington.com
ssmit262@ford.com
ssmith@bluebonnetsavings.com
ssmith@hcmlp.com
ssmith@lordabbett.com
ssmith@oppenheimerfunds.com
ssmith@sentraspelman.com
ssmith@smithbreeden.com
ssmith@websterbank.com
ssmith10@allstate.com
ssmith7731@aol.com
ssmore@eatonvance.com
ssn@mn-services.nl
ssn@nykredit.dk
ssnyder@babsoncapital.com
ssnyder@ipohome.com
ssoffel@hymanbeck.com
ssohn@kdb.co.kr
ssoli@frk.com
ssollars@waddell.com
ssolly@aj.co.nz
ssolomon@whitneybank.com
ssommerfeld@opers.org
ssorensen@vigilantcap.com
ssouhrada@ryanbeck.com
ssoy@wooribank.com
ssozio@bayharbour.com
sspada@bloomberg.net
sspadacenta@iccrea.bcc.it
sspark@hanabank.com
sspelts@oppenheimerfunds.com
sspiegelberg@pictet.com
sspinhar@russell.com
sspodek@blackrock.com
ssr72@cornell.edu
sss@dodgeandcox.com
ssssss@ooooo.com
sst@cial.ch
sst@lrc.ch
sstaeuber@fftw.com

sstaggs@dlbabson.com
sstamps@osc.state.ny.us
sstarbuc@waddell.com
sstarner@eatonvance.com
sstauffer@flputnam.com
sstecher@dlbabson.com
ssteiger@bayern-invest.de
ssteinberg@tiaa-cref.org
ssteiner@bayern-invest.de
ssteiner@the-ark.com
ssterling@sunamerica.com
ssterman@tiaa-cref.org
sstevens@ford.com
sstewart@fhlbc.com
sstickells@essexinvest.com
sstjohn@ssrm.com
sstoffel@perrycap.com
sstofik@essabank.com
sstojanovic@nabny.com
sstotts@waddell.com
sstreifel@worldbank.org
sstroud@alger.com
sstuart-smith@ibuk.bankgesellschaft.de
sstuck@mrcm.com
sstuck@opers.org
sstuckey@blubonnetsavings.com
s-sugimoto@nochubank.or.jp
ssullivan@waddell.com
ssundaram@lincap.com
ssung@princeton.edu
ssutton@bloomberg.net
ssuzuki@dl.dai-ichi-life.co.jp
sswenson@wasatchadvisors.com
sswetnick@metlife.com
sswickard@turnerinvestments.com
sswitzer@bankofny.com
sswitzky@blackrock.com
sswords@intlassets.com
ssy@capgroup.com
ssy@nbim.no
ssylvester@ibtco.com
ssyokn1@mbs.sphere.ne.jp
sszorzoli@bloomberg.net
st@capgroup.com

st@qgcapital.com
st46@ntrs.com
st58@ntrs.com
st60@ntrs.com
stacey.a.almond@bankofamerica.com
stacey.colman@fmr.com
stacey.gray@abnamro.com
stacey.hughes@us.socgen.com
stacey.lane@ubs.com
stacey.lee@db.com
stacey.mcgovern@offitbank.com
stacey.obrien@janus.com
stacey.peot@trs.state.tx.us
stacey.seah@aberdeen-asset.com
stacey.thomas@eagleasset.com
stacey_kenneweg@freddiemac.com
stacey_rubin@acml.com
stacey_wagner@putnam.com
staceychristianson@commercialfed.com
staceyrooney@tagfolio.com
staci.z.lombard@csam.com
stacie.anctil@pimco.com
stacie.cowell@rainierfunds.com
stacie.jarrett@halliburton.com
stacie.jovancevic@ftnmidwest.com
stacie_plummer@ci.richmond.ca.us
stacied@bgfoods.com
stacy.curtin@aig.com
stacy.donohue@hp.com
stacy.downing@fmr.com
stacy.houser@target.com
stacy.jansz@db.com
stacy.jennings@ihc.com
stacy.jensen@janus.com
stacy.l.jester@jpmorgan.com
stacy.le-cao@slma.com
stacy.schaus@pimco.com
stacy.syphrett@trs.state.tx.us
stacy.turnof@blackrock.com
stacy_guidry@calpers.ca.gov
stacyy@bgi-group.com
stael@nacm.com
staf.deplecker@dexia.be
stafano.racco@it.zurich.com

staffan.beckvid@seb.se
staffan.fredholm@alfredberg.se
staffan.hornell@nordea.com
staffan.knafve@swedbankrobur.se
staffan.rasjo@alecta.com
staffan.thonners@riksbank.se
stafford_southwick@americancentury.com
stahl@bessemer.com
s-takahashi@nochubank.or.jp
s-takahira@meijiyasuda.co.jp
s-takeda@kokusai.co.jp
stakemm@ubk.net
stakemoto1@sompo-japan.co.jp
stakra@safeco.com
stal@wharton.upenn.edu
stamatia.kavadia@postbank.de
stan.beckers@barclaysglobal.com
stan.berdnick@inginvestment.com
stan.delaney@morganstanley.com
stan.lee@sscims.com
stan.pyc@dartmouth.edu
stan.vasilev@db.com
stan.zlotsky@db.com
stan.zou@inginvestment.com
stan@esperia.co.uk
stan@halcyonllc.com
stan@westernasset.com
stan_pearson@standardlife.com
stan-03566@email.esunbank.com.tw
s-tanahara@yasuda-life.co.jp
standardfed@bloomberg.net
standberg@hcmlp.com
stanford.horn@ubs.com
stange.lisa@principal.com
stanislk@ebrd.com
stankusg@hmc.harvard.edu
stanley.chan@hk.calyon.com
stanley.chan@hvbasia.com
stanley.cheang@bank-of-china.com
stanley.cherney@thehartford.com
stanley.ho@morganstanley.com
stanley.mathew@aareal-bank.com
stanley.ouyang@columbiamanagement.com
stanley.seo@kr.nomura.com

stanley.smadja@sinopia.fr
stanley.yang@lehman.com
stanley@okosam.com
stanley_a_kaniecki@bankone.com
stanley_chu@putnam.com
stanley_kwok@ssga.com
stanley_tang@amcm.gov.mo
stanley-03579@email.esunbank.com.tw
stanleynunoo@northwesternmutual.com
st-antoine@bloomberg.net
stanton.vandenberg@bankofamerica.com
stapia@bankinter.es
starla.bennett@state.nm.us
staroverov_s_v@veb.ru
starshm@vankampen.com
stasha@safeco.com
stasie_kostova@keybank.com
statkow@bordier.com
stauber@ui-gmbh.de
staudtc@emigrant.com
stavri@bloomberg.net
stavros.stavrou@icap.com
stayert.w@mellon.com
staylor@eatonvance.com
staylr@ensignpeak.org
stb@capgroup.com
stc@capgroup.com
stck@capgroup.com
stclaire@willcapmanagement.com
stcmmuni@bloomberg.net
stda06@handelsbanken.se
stdavies@edc.ca
stebau@safeco.com
steele@aigfpc.com
steen.blaafalk@danskebank.dk
steen.blindum@nordea.com
steen.grondahl@nordea.lu
steen.melton@seb.dk
steen.thomsen@nordea.com
steen@hol.gr
steenbeb@meijer.com
steen-madsen@jyskebank.dk
stefaan.dedoncker@fortis.com
stefaan.dennekin@ingim.com

stefaan.vandemosselaer@fortis.com
stefan.abrams@tcw.com
stefan.amenda@activest.de
stefan.andersson@dnbnor.com
stefan.angele@juliusbaer.com
stefan.asbrink@dnbnor.com
stefan.baatz@dekabank.de
stefan.bain@fandc.com
stefan.bain@rlam.co.uk
stefan.bauer@provinzial.com
stefan.baum@lrp.de
stefan.benvegnu@credit-suisse.com
stefan.bergsten@ap1.se
stefan.besendorfer@postbank.de
stefan.bohren@ubs.com
stefan.bonfanti@juliusbaer.com
stefan.braun@westam.com
stefan.brugger@union-investment.de
stefan.brunn@dresdner-bank.com
stefan.bubeck@lbbw.de
stefan.bucher@lukb.ch
stefan.bucher2@lukb.ch
stefan.buchli@vontobel.ch
stefan.bungarten@bgbank.bk
stefan.bungarten@helaba.de
stefan.chappot@rmf.ch
stefan.collaud@credit-suisse.com
stefan.daetwyler@cic.ch
stefan.dahm@sparkasse-koelnbonn.de
stefan.dahmen@hsh-nordbank.co.uk
stefan.dahmen@hshnordbank.de
stefan.doerfler@erstebank.at
stefan.dudler@credit-suisse.com
stefan.duerler@ubs.com
stefan.dunatov@db.com
stefan.dvorak@nuernberger.de
stefan.eckert@cibasc.com
stefan.eckhardt@rzb.at
stefan.eichenberger@swisscanto.ch
stefan.elofsson@swedbank.com
stefan.ericson@sebny.com
stefan.feller@ubs.com
stefan.fimmen@sebam.de
stefan.fischer@ubs.com

stefan.franzen@swedbankrobur.se
stefan.friberg@seb.se
stefan.frischknecht@schroders.com
stefan.fritz@skpfcw.de
stefan.froehlich@credit-suisse.com
stefan.gaechter@sarasin.ch
stefan.gasser.2@credit-suisse.com
stefan.glaeser@bertelsmann.de
stefan.gothenby@alfredberg.se
stefan.gruenwald@rcm.at
stefan.guenther@cominvest-am.com
stefan.guenther@hafm.de
stefan.gundlach@aareal-bank.com
stefan.guter@afa.se
stefan.hartung@idsffm.com
stefan.heidel@kzvk.de
stefan.hein@wgz-bank.de
stefan.heinemann@ampegagerling.de
stefan.heinzerling@dws.com
stefan.hintermann@dresdner-bank.ch
stefan.hirter@dresdner-bank.ch
stefan.hofer@juliusbaer.com
stefan.hofrichter@allianzgi.de
stefan.hollidt@postbank.de
stefan.horvath@raiffeisenbank.at
stefan.huesler@rmf.ch
stefan.igel@nuernberger.de
stefan.illmer@csam.com
stefan.jaeggi@hyposwiss.ch
stefan.jager@robeco.nl
stefan.janoska@ubs.com
stefan.janssen@oppenheim.de
stefan.jarudd@brummer.se
stefan.jentzsch@hvb.de
stefan.jochum@dbla.com
stefan.johansson@sebny.com
stefan.k.kraeuchi@claridenleu.com
stefan.karbach@postbank.de
stefan.karolewicz@dekabank.de
stefan.kempf@commerzbank.com
stefan.kind@bankgesellschaft.lu
stefan.klee@db.com
stefan.klein@cominvest-am.com
stefan.klein@union-panagora.de

stefan.kloeti@claridenleu.com
stefan.kloss@dit.de
stefan.kopperud@dnb.se
stefan.krause@ubs.com
stefan.kreuzkamp@dws.com
stefan.krieger@ellington.com
stefan.kuehne@de.pimco.com
stefan.kunzmann@bkb.ch
stefan.lachhammer@cominvest-am.com
stefan.landolt@sl-am.com
stefan.laternser@centrumbank.com
stefan.lauinger@de.bosch.com
stefan.lechner@vkb.de
stefan.leusder@sachsenlb.de
stefan.lewellen@ubs.com
stefan.lewitus@commerzbank.com
stefan.liebl@allianzgi.de
stefan.loeffler@leu.com
stefan.lohr@brummer.se
stefan.ludolfinger@hyporealestate.de
stefan.lundbergh@dnb.se
stefan.lutz@credit-suisse.com
stefan.magerl@bayernlb.de
stefan.mandl@ba-ca.com
stefan.marelid@seb.se
stefan.martin@aberdeen-asset.com
stefan.meier@lbbw.de
stefan.meyer@vpbank.com
stefan.misik@juliusbaer.com
stefan.mueller@activest.de
stefan.muheim@claridenleu.com
stefan.muth@dws.de
stefan.neullens@telekom.de
stefan.nielsson@seb.se
stefan.nixel@dit.de
stefan.novak@csam.com
stefan.nydahl@amfpensions.se
stefan.ortseifen@ikb.de
stefan.pelgrim@cominvest-am.com
stefan.peterson@im.storebrand.no
stefan.pieters@ing.be
stefan.pihaule@naspa.de
stefan.pluess@akb.ch
stefan.pohl@dzbank.de

stefan.raetzer@dit.de
stefan.rahaus@nordlb.de
stefan.raida@vuw.de
stefan.reck@dzbank.de
stefan.reist@credit-suisse.com
stefan.requardt@kfw.de
stefan.richner@ubs.com
stefan.rocklind@nordea.com
stefan.roderer@ubs.com
stefan.rohrer@pioneerinvestments.at
stefan.rueter@conti.de
stefan.ruppel@hvb.de
stefan.rust@hsh-nordbank.com
stefan.sanne@allianz.de
stefan.schaedler@ubs.com
stefan.schandert@dit.de
stefan.schiesser@dzbank.de
stefan.schlatermund@hsh-nordbank.com
stefan.schmeling@bkb.ch
stefan.schmid@barclayscapital.com
stefan.schoeppner@dresdner-bank.com
stefan.schoppner@dresdner-bank.com
stefan.soellner@postbank.de
stefan.sonnerstedt@nordea.com
stefan.steinberger@union-investment.de
stefan.strassburg@blb.de
stefan.strugies@db.com
stefan.stucki@credit-suisse.com
stefan.suckop@erstebank.at
stefan.theis@gothaer.de
stefan.thiel@ampegagerling.de
stefan.thomsen@union-investment.de
stefan.tilch@essenhyp.com
stefan.tordai@seb.se
stefan.traut@gz-bank.de
stefan.tribull@l-bank.de
stefan.tsonev@dillonread.com
stefan.ufer@oppenheim.de
stefan.ullrich@drkw.com
stefan.unternaehrer@graffcapital.ch
stefan.wald@postbank.de
stefan.waldner@omv.com
stefan.weber@ubs.com
stefan.wetterlin@drkw.com

stefan.wick@claridenleu.com
stefan.wick@dresdner-bank.ch
stefan.wieler@juliusbaer.com
stefan.wilkes@rbcdexia-is.net
stefan.wills@barclaysglobal.com
stefan.wittig@dekabank.de
stefan.wolf@kfw.de
stefan.wolpert@axa-im.com
stefan.wuerz@lbbw.de
stefan.wurm@commerzbankib.com
stefan.zander@essenhyp.com
stefan.zimmermann@zkb.ch
stefan.zinn@idsffm.com
stefan.zuber@csam.com
stefan_boecker@westlb.de
stefan_bulla@bayerischerueck.com
stefan_gerlach@hkma.gov.uk
stefan_gotsche@commerzbank.com
stefan_hubrich@troweprice.com
stefan_verkroost@deltalloyd.nl
stefan-b.schauer@db.com
stefaned@ebrd.com
stefan-guenter.bauknecht@db.com
stefania.andreotti@sella.it
stefania.bianchi@seb.se
stefania.bolis@bancaintesa.it .
stefania.cantatore2@bancaintesa.it
stefania.dimauro@dalmineenergie.it
stefania.forti@bancaintesa.it
stefania.goggiano@bancacrasti.it
stefania.morotti@bpb.it
stefania.perrucci@morganstanley.com
stefanie.binder@dzbank.de
stefanie.inghelbrecht@fortis.com
stefanie.jaron@ntrs.com
stefanie.lehner@allianz.de
stefanie.marx@helaba.de
stefanie.ruf@lbbwuk.com
stefanie.scholtysik@ubs.com
stefanie.steiner@groups.novartis.com
stefanie.steinmeier@hsh-nordbank.com
stefanie.strabel@union-investment.de
stefanie.tholen@telekom.de
stefanie.tragier@trinkaus.de

stefanie.witte@novartis.com
stefanie.wright@bsibank.com
stefano.alberigo@ubm.it
stefano.alliata@banca.mps.it
stefano.amarilli@snamprogetti.eni.it
stefano.ambrosi@am.generali.com
stefano.baldazzi@carife.it
stefano.bellani@jpmorgan.com
stefano.bianchi@alpitour.it
stefano.bleve@lloydsbank.ch
stefano.bramerini@mpsfinance.it
stefano.burani@bancaintesa.co.uk
stefano.calderano@bancaintesa.it
stefano.canepa@bancaakros.it
stefano.cao@eni.it
stefano.carlino@sai.it
stefano.catalano@dexia-crediop.it
stefano.cavaglia@ubs.com
stefano.cei@corner.ch
stefano.cividini@bsibank.com
stefano.cortina@mpsgr.it
stefano.costagli@vegagest.it
stefano.dedola@arnerbank.ch
stefano.delpapa@azfund.com
stefano.didomizio@bancaintesa.it
stefano.disalvo@nab.ch
stefano.fiala@bsibank.com
stefano.frondoni@juliusbaer.com
stefano.furlanich@bancagenerali.it
stefano.fusi@meliorbanca.it
stefano.galli@bnpparibas.com
stefano.gambaro@bancaintesa.it
stefano.ghetti@arcafondi.it
stefano.gianinazzi@corner.ch
stefano.jermini@bsibank.com
stefano.melera@bsibank.com
stefano.migliore@bancaroma.it
stefano.minervini@stg.ch
stefano.montorsi@bper.it
stefano.mussati@credit-suisse.com
stefano.nannizzi@moorecap.co.uk
stefano.negri@alleanza.it
stefano.negri@intesavita.it
stefano.pallotti@rabobank.com

stefano.panerai@bpm.it
stefano.parisotto@helvetiapatria.ch
stefano.passera@bsibank.com
stefano.pastorino@sanpaoloimi.com
stefano.pedrini@dalmineenergie.it
stefano.perin@am.generali.com
stefano.piloni@azimut.it
stefano.pittaluga@mpsalternative.it
stefano.plaino@mediobanca.it
stefano.poli@bancalombarda.it
stefano.risi@bancaintesa.it
stefano.risoldi@enel.it
stefano.sclano@insightinvestment.com
stefano.scudiere@enel.it
stefano.siviero@ecb.int
stefano.socchi@juliusbaer.com
stefano.solferini@ubs.com
stefano.spurio@juliusbaer.com
stefano.tiraboschi@ubibanca.it
stefano.tommasi@antonveneta.it
stefano.veneziani@campisisim.com
stefano.x.nora@jpmorgan.com
stefano.ziglioli@mpsgr.it
stefano.zoffoli@ruedblass.ch
stefano_burrino@generali.com
stefano_comar@generali.com
stefano_meroi@generali.com
stefan-r.meyer@ubs.com
stefan-za.schneider@ubs.com
stefelino@gmx.ch
steffen.beier@dzbank.de
steffen.bender@feri.de
steffen.buchwald@postbank.de
steffen.heihoff@oppenheim.de
steffen.jaspers@commerzbank.com
steffen.jordan@seb.de
steffen.mack@lodh.com
steffen.quast@lbbw.de
steffen.ruespeler@kfw.de
steffen.schaefer@cominvest-am.com
steffen.schattner@postbank.de
steffen.tolzien@dresdner-bank.com
steffen.trippel@dzbank.de
steffen.vonhof@postbank.de

steffen.winnefeld@uk.fid-intl.com
steffen_panzone@putnam.com
stefka.tcherneva@commerzbankib.com
stefopoulou.i@combank.gr
stefopoulou.l@combank.gr
steiman@offitbank.com
stein.egil.valderhaug@orkla.com
steinbaa@deshaw.com
steing@emigrant.com
steinhauser.eric@rahnbodmer.ch
steinmt1@nationwide.com
steinulf.literud@dnb.no
steinunn.thordardottir@isb.is
stejames@cisco.com
stela.sejdini@bbh.com
stella.brown@northernrock.co.uk
stella.cosulich@am.generali.com
stella.dombrowsky@juliusbaer.com
stella.lou-delucia@corporate.ge.com
stella.magklivera@aig.com
stella.ng@asia.bnpparibas.com
stella.panu@aberdeen-asset.com
stella.vonahrentschildt@vuw.de
stella.wan@genmills.com
stella.yannoulakis@standardlife.ca
stella.yukhaev@aig.com
stellakwek@temasek.com.sg
stellaoh@mas.gov.sg
steller@us.ibm.com
stellos.pantelitdakis@axa-im.com
sten.holmberg@nib.fi
sten.lengroth@amfpension.se
stender.sweeney@uboc.com
stengeu@nationwide.com
stenjoukian@pictet.com
stenley@aegonusa.com
stensrudj@saccounty.net
step@nykredit.dk
stepahan.bingold@bfg-bank.lu
steph.allen@bankofamerica.com
steph.cremer@degroof.lu
steph.morti@uk.fid-intl.com
stephan.aguirre@janus.com
stephan.arnold@vontobel.ch

stephan.aschmann@sarasin.ch
stephan.bassas@blackrock.com
stephan.bloch@ubs.com
stephan.braendle@credit-suisse.com
stephan.bruch@dexiamfr-dexia.com
stephan.brunner@cbve.com
stephan.chauderna@nestle.com
stephan.christmann@adig.lu
stephan.demoulin@ubs.com
stephan.dietrich@sachsenlb.ie
stephan.eger@telekom.de
stephan.eichhorn@helaba.de
stephan.elmenhorst@credit-suisse.com
stephan.ertz@union-investment.de
stephan.feifer@hypointernational.com
stephan.feifer@lbbw.de
stephan.feller@hsbcpb.com
stephan.frerker@hsh-nordbank.com
stephan.fries@bhf.ing.com
stephan.gamper@baloise.ch
stephan.gliem@lbb.de
stephan.gruber@lodh.com
stephan.gscheidlen@lbbw-am.de
stephan.hans@ba-ca.com
stephan.hink@wgz-bank.de
stephan.hrdina@fmr.com
stephan.hrozek@hypovereinsbank.de
stephan.huber@juliusbaer.com
stephan.huebner@claridenleu.com
stephan.hug@credit-suisse.com
stephan.jaeger@juliusbaer.com
stephan.jud@ch.schindler.com
stephan.kamenar@generali.ch
stephan.kemper@westlb.de
stephan.kessler@morganstanley.com
stephan.knuser@mbczh.ch
stephan.krenboeck@zkb.ch
stephan.krotz@raiffeisenbank.at
stephan.laughlin@lmginv.com
stephan.locher@ubs.com
stephan.lukesch@amg.co.at
stephan.md@tbcam.com
stephan.meier@swissfirst.ch
stephan.michel@ubs.com

stephan.muehlner@oppenheim.de
stephan.mueller@devif.de
stephan.muhr@trinkaus.de
stephan.piron@dexia.be
stephan.scharrer@csam.com
stephan.scheller@bertelsmann.de
stephan.schilken@juliusbaer.com
stephan.schimberg@drkw.com
stephan.schmidbauer@blb.de
stephan.schmitt@telekom.de
stephan.schneider.ss1@bayer-ag.de
stephan.schneider@llb.li
stephan.schnell@dbi.de
stephan.scholl@db.com
stephan.schroeter@dzbank.de
stephan.schwarz@bankcoop.ch
stephan.sewelies@devif.de
stephan.simonidis@ids.allianz.com
stephan.sommer@tetrapak.com
stephan.stockert@ambgf.de
stephan.theissing@allianz.de
stephan.treschow@seb.se
stephan.troxler@swissfirst.ch
stephan.uebersax@credit-suisse.com
stephan.van.vliet@ap.ing.com
stephan.vonbismarck@fidelity.com
stephan.wagner@dekabank.de
stephan.welfonder@ahbr.de
stephan.werner@dws.de
stephan.wiemann@telekom.de
stephan.winkelmeier@hvb.de
stephan.wuttke@hypointernational.com
stephan.zeigler@sfs.siemens.de
stephan.zwahlen@mbczh.ch
stephan@keb.co.kr
stephan_eugster@swissre.com
stephan_plagemann@westlb.co.uk
stephan-c.schumann@db.com
stephane.arvanitis@inginvestment.com
stephane.astic@ubs.com
stephane.barthassat@claridenleu.com
stephane.baverez@bnpparibas.com
stephane.blanchoz@bnpparibas.com
stephane.boussidan@axa-im.com

stephane.buricod@ch.abnamro.com
stephane.cadieu@federal-finance.fr
stephane.cadoch@clamericas.com
stephane.caminati@cnce.caisse-epargne.fr
stephane.carregues@bnpparibas.com
stephane.casagrande@csam.com
stephane.castillo-soler@bnpparibas.com
stephane.cremer@degroof.lu
stephane.croisier@synchrony.ch
stephane.cuartero@bred.fr
stephane.cuerel@claridenleu.com
stephane.delacotardiere@bgpi.com
stephane.denise@bnpparibas.com
stephane.de-saint-hilaire@caam.com
stephane.desvernay@caam.com
stephane.dubost@caam.com
stephane.duperray@bnpparibas.com
stephane.dupuis@tres.bnc.ca
stephane.dutrey@caam.com
stephane.eglizeau@bnpparibas.com
stephane.egnell@exane.com
stephane.everaerts@atofina.com
stephane.geny@bnpparibas.com
stephane.guillaume@creditlyonnais.lu
stephane.gutbub@fr.abnamro.com
stephane.hamel@cooperneff-am.com
stephane.iacono@sanpaoloam.lu
stephane.jeanin@jpmorganfleming.com
stephane.jourdan@axa-im.com
stephane.jourdan@exane.com
stephane.landon@sgcib.com
stephane.laurent@hsh-nordbank.com
stephane.lavaud@bnpparibas.com
stephane.le-gall@federal-finance.fr
stephane.lepriol@axa-im.com
stephane.m.varin@aexp.com
stephane.marie-francoise@cpr-am.fr
stephane.monier@fortisinvestments.com
stephane.occhipinti@calyon.com
stephane.parent@dexia-am.com
stephane.parlebas@commerzbank.fr
stephane.rizzo@labanquepostale-am.fr
stephane.rochon@rbcinvestments.com
stephane.roffler@ing.be

stephane.sc.capette@dexia-bil.com
stephane.taillepied@caam.com
stephane.trarieux@cnp.fr
stephane.vannimmen@degroof.be
stephane.villarme@caam.com
stephane.waserman@eulia.com
stephane.willem@agf.be
stephane.wuethrich@juliusbaer.com
stephane.zeisel@barclays.com
stephane_boisier@swissre.com
stephane_echardour@aviva.fr
stephanie.akhal@sgam.com
stephanie.audy@pioneerinvestments.com
stephanie.babich@royalusa.com
stephanie.bishop@jpmorgan.com
stephanie.bonder@calyon.com
stephanie.brennan@westam.com
stephanie.cheung@tcw.com
stephanie.christie@wellsfargo.com
stephanie.cook@gm.com
stephanie.cook@towerfcu.org
stephanie.dain@pnc.com
stephanie.davis@citadelgroup.com
stephanie.douglas@zurich.com
stephanie.dusinski@citadelgroup.com
stephanie.faibis@sgam.com
stephanie.favre@credit-suisse.com
stephanie.feigt@siemens.com
stephanie.ferrieu@axa-im.com
stephanie.flanders@bbc.co.uk
stephanie.flavegece@ingim.com
stephanie.floquet@caam.com
stephanie.foster@alliancebernstein.com
stephanie.fowler@sumitomotrust.co.jp
stephanie.gabrielsson@amfpension.se
stephanie.goldman@agc.com
stephanie.h.decrevecoeur@usa.dupont.com
stephanie.heimerle@l-bank.de
stephanie.heinrichs@bhf-bank.com
stephanie.hiddinga-marelle@bnpparibas.com
stephanie.howard@csam.com
stephanie.kao@leumiusa.com
stephanie.kay@usbank.com
stephanie.kolacki@wmam.com

stephanie.kroesche.sk@bayer-ag.de
stephanie.landry@citadelgroup.com
stephanie.lappe@ubs.com
stephanie.lim@pioneerinvestments.com
stephanie.limond@blackrock.com
stephanie.limpc@uobgroup.com
stephanie.louie@gs.com
stephanie.loyxh@uobgroup.com
stephanie.maher@agf.com
stephanie.marelle@bnpparibas.com
stephanie.meyer@lacrosseglobal.com
stephanie.milby@db.com
stephanie.niven@gs.com
stephanie.packer@pimco.com
stephanie.pavillon@bnpparibas.com
stephanie.pless@caam.com
stephanie.rapp@hypovereinsbank.de
stephanie.rogers@americas.bnpparibas.com
stephanie.roth@fmr.com
stephanie.s.schneider@columbiamanagement.com
stephanie.schmueck@allianzgi.de
stephanie.scott@tres.bnc.ca
stephanie.selinger@barclaysglobal.com
stephanie.staar@bertelsmann.de
stephanie.tan@orix.com
stephanie.timsit@axa-im.com
stephanie.v.ruffie@jpmorgan.com
stephanie.weiss@fafadvisors.com
stephanie.windsor@ubs.com
stephanie.wong@mizuhocbus.com
stephanie.x.price@jpmorgan.com
stephanie.y.h.chan@hsbcpb.com
stephanie.yang@jpmorganfleming.com
stephanie.yardley@barclaysglobal.com
stephanie@chuomitsui-spr.com.sg
stephanie_anderson@ml.com
stephanie_gerrard@hen.invesco.com
stephanie_hallenbeck@putnam.com
stephanie_marshall@invesco.com
stephanie_setyadi@vanguard.com
stephanie_simon@acml.com
stephanie_skinner@freddiemac.com
stephanie_turner@cargill.com
stephanie_visayze@par.invesco.com

stephanie_wu@hen.invesco.com
stephanies@mcm.com
stephany.brenda@principal.com
stephen.a.bennett@aibbny.ie
stephen.a.bondi@jpmorgan.com
stephen.a.boyle@aibbny.ie
stephen.a.smith@morganstanley.com
stephen.adams@aegon.co.uk
stephen.andrews@jpmorganfleming.com
stephen.ashurst@insightinvestment.com
stephen.b.ward@schwab.com
stephen.balter@fmr.com
stephen.barclay@morganstanley.com
stephen.barnett@gs.com
stephen.bernardi@tudor.com
stephen.bernier@deshaw.com
stephen.bersey@db.com
stephen.binder@fmr.com
stephen.bond-nelson@opcap.com
stephen.booth@rlam.co.uk
stephen.bozeman@barclaysglobal.com
stephen.britt@truscocapital.com
stephen.buschbom@inginvestment.com
stephen.bykowski@fmr.com
stephen.byrne@bnlmail.com
stephen.c.walker@morganstanley.com
stephen.campagna@fmr.com
stephen.campisi@bankofamerica.com
stephen.candido@nuveen.com
stephen.cheng@lehman.com
stephen.chiu@citadelgroup.com
stephen.chung@morganstanley.com
stephen.church@bmonb.com
stephen.church@davy.ie
stephen.clout@credit-suisse.com
stephen.cole@moorecap.co.uk
stephen.coll@inginvestment.com
stephen.collins@pnc.com
stephen.connolly@ppm-uk.com
stephen.cook@westernasset.com
stephen.corliss@barclaysglobal.com
stephen.corry@slcam.co.uk
stephen.cummings@pioneerinvest.com
stephen.d.marchini@jpmorgan.com

stephen.davenport@pnc.com
stephen.demotto@gecapital.com
stephen.derrick@pimco.com
stephen.detommaso@aig.com
stephen.devos@corporate.ge.com
stephen.dirkes@clinton.com
stephen.docherty@aberdeen-asset.com
stephen.donovan@conocophillips.com
stephen.dougherty@inginvestment.com
stephen.drane@group.landg.com
stephen.driscoll@ibj.co.uk
stephen.dry@swip.com
stephen.esser@morganstanley.com
stephen.faldo@mhcb.co.uk
stephen.ficara@db.com
stephen.flynn@alliancebernstein.com
stephen.flynn@ubs.com
stephen.fredlund@thrivent.com
stephen.freedman@ubs.com
stephen.friscia@mackay.com
stephen.frost@chase.com
stephen.fulford@uk.fid-intl.com
stephen.futch@truscocapital.com
stephen.gallant@inginvestment.com
stephen.gelhaus@ge.com
stephen.gertz@pnc.com
stephen.gibbs@fmr.com
stephen.gorman@nab.co.uk
stephen.grant@isisam.com
stephen.greene@rbccm.com
stephen.grisanti@hcmny.com
stephen.haeckel@prudential.com
stephen.hall@swip.com
stephen.harasimowicz@columbiamanagement.com
stephen.hargreaves@csam.com
stephen.harris@hsh-nordbank.co.uk
stephen.harrison@omam.co.uk
stephen.hartnett@commerzbank.com
stephen.hermsdorf@fmr.com
stephen.hobbis@aberdeen-asset.com
stephen.hoedt@nationalcity.com
stephen.holliday@glgpartners.com
stephen.hollis@fandc.com
stephen.hotsma@nibc.com

stephen.howard@vanguard.com.au
stephen.hughes.3@claridenleu.com
stephen.hughes@dimensional.com
stephen.hughes@moorecap.com
stephen.hunt@btfinancialgroup.com
stephen.hunter@nordlb.com
stephen.hynes@gmacrfc.com
stephen.j.garibaldi@credit-suisse.com
stephen.j.mitchell@jpmorgan.com
stephen.j.park@db.com
stephen.j.salmon@bankofamerica.com
stephen.jenvey@fmr.com
stephen.johnson@53.com
stephen.johnson@db.com
stephen.johnstone@gartmore.com
stephen.jones@aegon.co.uk
stephen.jones@gartmore.com
stephen.joseph@gartmore.com
stephen.k.mayes@jpmorgan.com
stephen.kalajian@db.com
stephen.kaszynski@credit-suisse.com
stephen.kauke@citigroup.com
stephen.keck@tcw.com
stephen.keenan@fmr.com
stephen.kelly@axaframlington.com
stephen.kelly@framlington.co.uk
stephen.kim@barclaysglobal.com
stephen.kim@trs.state.tx.us
stephen.kimber@lloydstsb.co.uk
stephen.kirkham@uk.nomura.com
stephen.koeller@pncadvisors.com
stephen.kristofco@inginvestment.com
stephen.kwa@db.com
stephen.kyle-binkley@commerzbankib.com
stephen.langan@fmr.com
stephen.larosa@moorecap.com
stephen.lee@alliancebernstein.com
stephen.lee@barclaysglobal.com
stephen.lee@morleyfm.com
stephen.lee@robecousa.com
stephen.levitan@rbccm.com
stephen.lew@janus.com
stephen.lingard@fmr.com
stephen.lomas@dresdner-bank.com

stephen.lowe@morleyfm.com
stephen.lucas@juliusbaer.com
stephen.luker@saudibank.com
stephen.lynch@db.com
stephen.m.g.hodge@si.shell.com
stephen.m.quinn@aibbny.ie
stephen.m.szczepankiewicz@jpmorganfleming.com
stephen.m.williams@citigroup.com
stephen.macklow-smith@flemings.com
stephen.mak@wamu.net
stephen.marchini@jpmorgan.com
stephen.martin@fandc.co.uk
stephen.mathai-davis@aig.com
stephen.mccormick@moorecap.com
stephen.mccrory@sanpaoloimi.com
stephen.mcguire@lazard.com
stephen.mchugh@fhlbboston.com
stephen.meschenmoser@blackrock.com
stephen.meyer@usbank.com
stephen.miller@blackrock.com
stephen.mitchell@fmr.com
stephen.monto@nationalcity.com
stephen.moore@threadneedle.co.uk
stephen.morgan@bbandt.com
stephen.morris@aberdeen-asset.com
stephen.nash@cazenove.com
stephen.nazzaro@bbh.com
stephen.ng@ap.ing.com
stephen.notidis@rbc.com
stephen.osowiecki@fhlbboston.com
stephen.p.scharre@bankamerica.com
stephen.paice@bailliegifford.com
stephen.parlett@citadelgroup.com
stephen.parr@credit-suisse.com
stephen.parry@moorecap.com
stephen.pawlyshyn@gmacrfc.com
stephen.payne@framlington.co.uk
stephen.payne@lazard.com
stephen.peacher@columbiamanagement.com
stephen.peirce@rlam.co.uk
stephen.pelensky@morganstanley.com
stephen.peters@charles-stanley.co.uk
stephen.petersen@fmr.com
stephen.petretto@thehartford.com

stephen.petta@mizuhocbus.com
stephen.porteous@anfis.co.uk
stephen.pounds@inginvestment.com
stephen.r.carey@aibbny.ie
stephen.r.scott@db.com
stephen.r.sylvester@db.com
stephen.r.white@sunlife.com
stephen.rafferty@barclaysglobal.com
stephen.raneri@soros.com
stephen.reedy@db.com
stephen.reynolds@pimco.com
stephen.rich@mutualofamerica.com
stephen.rogers@barclaysglobal.com
stephen.rose@inginvestment.com
stephen.roseberry@pioneerinvest.com
stephen.rowenhorst@schwab.com
stephen.rudland@rbcdexia-is.com
stephen.russell@db.com
stephen.s.williams@shell.com
stephen.salemy@kbcaim.com
stephen.satter@aiminvestments.com
stephen.saunders@gmacm.com
stephen.schaller@chase.com
stephen.schofield@clamericas.com
stephen.schumm@barclaysglobal.com
stephen.scinicariello@blackrock.com
stephen.scott@lazard.com
stephen.sharman@gartmore.com
stephen.shea@bancamps.it
stephen.shone@royal-london.co.uk
stephen.sibley@westernasset.com
stephen.smith@ridgeworth.com
stephen.smith@wachovia.com
stephen.snowden@omam.co.uk
stephen.southgate@fandc.com
stephen.stretton@barcap.com
stephen.suo@tcw.com
stephen.tangnian@tt.rbtt.com
stephen.taylor@bapensions.co.uk
stephen.thornber@threadneedle.co.uk
stephen.tong@alliancebernstein.com
stephen.ts.chan@hk.standardchartered.com
stephen.turtle@threadneedle.co.uk
stephen.ventrello@pnc.com

stephen.waitt@fmr.com
stephen.walker@sgcib.com
stephen.way@agf.com
stephen.webster@aig.com
stephen.welch@hsh-nordbank.com
stephen.westbrook@jpmorgan.com
stephen.whitman@bbh.com
stephen.wilder@fmr.com
stephen.williams@sgcib.com
stephen.wingate@moorecap.co.uk
stephen.winterstein@pncbank.com
stephen.yarbrough@truscocapital.com
stephen_alosa@troweprice.com
stephen_anness@hen.invesco.com
stephen_bartolini@fanniemae.com
stephen_bergquist@iustrust.com
stephen_boggs@invesco.com
stephen_burke@ssga.com
stephen_burke@vanguard.com
stephen_conlon@lnotes3.bankofny.com
stephen_cropper@ml.com
stephen_currie@standardlife.com
stephen_d_barbaro@fleet.com
stephen_deibel@bankone.com
stephen_delaney@freddiemac.com
stephen_deletto@swissre.com
stephen_dexter@putnaminv.com
stephen_dowds@ntrs.com
stephen_driscoll@putnam.com
stephen_dunn@gb.smbcgroup.com
stephen_dunn@manulife.com
stephen_evans@ustrust.com
stephen_finamore@troweprice.com
stephen_finley@invesco.com
stephen_geis@notes.ntrs.com
stephen_grant@standardlife.com
stephen_haas@troweprice.com
stephen_hall@putnam.com
stephen_hill@manulife.com
stephen_hong@bnz.co.nz
stephen_j_nash@ssga.com
stephen_jasko@merck.com
stephen_jury@blackrock.com
stephen_k_mayes@bankone.com

stephen_kistner@ustrust.com
stephen_krajewski@ssga.com
stephen_lamacraft@invescoperpetual.co.uk
stephen_m_mcfee@vanguard.com
stephen_m_steenkamer@vanguard.com
stephen_mantle@ssga.com
stephen_masten@freddiemac.com
stephen_mccrow@standardlife.com
stephen_oconnell@newton.co.uk
stephen_o'connell@putnam.com
stephen_oler@putnam.com
stephen_peacher@putnam.com
stephen_pelensky@acml.com
stephen_penfold@blackrock.com
stephen_piatkowski@westlb.co.uk
stephen_puglisi@conning.com
stephen_rowntree@newton.co.uk
stephen_searl@conning.com
stephen_tait@standardlife.com
stephen_w_becker@fleet.com
stephen_w_kozeracki@vanguard.com
stephen_w_vandermark@putnam.com
stephen_watson@ntrs.com
stephen_weeple@standardlife.com
stephene.e.doty@db.com
stephenoleary@hsbc.com
stephenrooney@morganstanleyquilter.ie
stephens.brian@nbg.gr
stephensm@bloomberg.net
stephen-w.barrow@db.com
stepnauski@blackrock.com
stergios.saloustros@fandc.com
sterling.amy@principal.com
sterling.russell@benlife.com
sterling_haynes@ml.com
stern@bessemer.com
stern_jacques@accor.fr
sternda@bloomberg.net
sterneagee@bloomberg.net
steshigawara@bloomberg.net
stetz.ka@mellon.com
steuart.marshall@lazard.com
stev.beill@rbs.co.uk
stev.zaumseil@allianzgi.de

stevan.bajic@sarasin.ch
stevan.maglic@bmo.com
stevce.mojanovski@seb.se
steve.abel@norwich-union-life.co.uk
steve.abreu@greenpoint.com
steve.aguirre@pimco.com
steve.ahrens@prudential.com
steve.allen@nbkny.com
steve.ardovini@hcmny.com
steve.barker@morleyfm.com
steve.barrilleaux@barclaysglobal.com
steve.barwikowski@fmr.com
steve.beinhacker@alliancebernstein.com
steve.belisle@standardlife.ca
steve.bellman@pncbank.com
steve.berardi@do.treas.gov
steve.best@ubs.com
steve.bolsee@eurizoncapital.lu
steve.borgioli@fmr.com
steve.bowser@6thaveinvest.com
steve.braithwaite@fmr.com
steve.brasier@suntrust.com
steve.brennan@mizuho-cb.com
steve.bryan@huntington.com
steve.bullock@lloydstsb.co.uk
steve.burlingame@tcw.com
steve.calhoun@fmr.com
steve.carmichael@bellsouth.com
steve.carnaby@barclaysglobal.com
steve.chapman@axa-im.com
steve.chappell@halbis.com
steve.chasan@moorecap.co.uk
steve.chernyakhovsky@ge.com
steve.cherrier@bcbsnc.com
steve.chew@uk.bnpparibas.com
steve.christy@moorecap.co.uk
steve.chylinski@eagleasset.com
steve.clark@dfafunds.com
steve.cleal@morleyfm.com
steve.clements@nifa.org
steve.cowie@robecousa.com
steve.crawford@mortgagefamily.com
steve.d.drew@jpmorganfleming.com
steve.d.ellis@gs.com

steve.dembeck@db.com
steve.desalvo@wachovia.com
steve.doire@db.com
steve.doll@ftnmidwest.com
steve.dufour@fmr.com
steve.duncan@dws.de
steve.edney@citadelgroup.com
steve.eilenberg@deshaw.com
steve.elterich@fmr.com
steve.eubanks@treasurer.state.nc.us
steve.evans@tudor.com
steve.everest@db.com
steve.fielder@ubt.com
steve.fieler@hp.com
steve.fierstein@ge.com
steve.folker@53.com
steve.frost@chase.com
steve.frost@nctrust.com
steve.glod@lbfram.lu
steve.goldman@csam.com
steve.greenfield@moorecap.com
steve.greiner@allegiantgroup.com
steve.guihan@soros.com
steve.h.western@conocophillips.com
steve.hall@chase.com
steve.harrison@moorecap.co.uk
steve.harrison@nbad.com
steve.heath@lgim.co.uk
steve.henderson@sgcib.com
steve.hilbish@shenlife.com
steve.hlavin@nuveen.com
steve.hoffman@associatedbank.com
steve.holley@bescl.co.uk
steve.hong@pimco.com
steve.honsberber@lodh.com
steve.hwang@gs.com
steve.j.wang@jpmorgan.com
steve.janson@hsh-nordbank.co.uk
steve.johnson@komag.com
steve.johnson@northernrock.co.uk
steve.jones@soros.com
steve.joss@treasury.govt.nz
steve.kalin@us.bacai.com
steve.kalmin@himco.com

steve.kamman@fmr.com
steve.kaye@fmr.com
steve.kelley@sunlife.com
steve.kelly@pncbank.com
steve.kim@dresdnerrcm.com
steve.kirby@mhcb.co.uk
steve.klein@moorecap.com
steve.kluger@ge.com
steve.koomar@prudential.com
steve.krisik@harrisbank.com
steve.krupa@nuveen.com
steve.kuettel@state.mn.us
steve.kuhns@wellsfargo.com
steve.l.vielhaber@bankamerica.com
steve.lafontaine@ospraie.com
steve.lambdin@rsa-al.gov
steve.lawrence@janus.com
steve.levanti@corporate.ge.com
steve.lowe@thrivent.com
steve.luo@morganstanley.com
steve.mageras@ff.com
steve.mageras@first-franklin.com
steve.maget@hsbcpb.com
steve.marra@lazard.com
steve.mason@icap.com
steve.mathews@tudor.com
steve.matosziuk@calvert.com
steve.matsuo@bmo.com
steve.mccarthy@grneam.com
steve.mcdermott@us.icap.com
steve.mcginnis@nationalcity.com
steve.meltzer@fmr.com
steve.michel@juliusbaer.com
steve.miller@wamu.net
steve.milner@shell.com
steve.moehlman@prudential.com
steve.moeller@lehman.com
steve.moir@abbey.com
steve.monosson@osterweis.com
steve.moore@osterweis.com
steve.morris@sunlife.com
steve.moulder@gibuk.com
steve.myers@americo.com
steve.n.butler@uk.tesco.com

steve.napoli@prudential.com
steve.nelson@fmr.com
steve.ng@ubsw.com
steve.nichols@britannia.co.uk
steve.nielander@db.com
steve.noone@truscocapital.com
steve.norcutt@reliastar.com
steve.oconnell@slma.com
steve.page@sterlingsavings.com
steve.pan@dartmouth.edu
steve.pardoe@baesystems.com
steve.pascucci@fmr.com
steve.pearson@pncbank.com
steve.peterson@trs.state.tx.us
steve.philebrown@db.com
steve.philebrown@panmure.com
steve.philips@dexia-am.com
steve.pipp@associatedbank.com
steve.pochop@vontobel.ch
steve.poulin@gecapital.com
steve.prunuske@micorp.com
steve.putnam@csam.com
steve.puttock@uk.standardchartered.com
steve.quantrell@hsbcam.com
steve.r.brown@threadneedle.co.uk
steve.rayner@inginvestment.com
steve.reisenauer@inginvestment.com
steve.rich@mackayshields.com
steve.richardson@moorecap.co.uk
steve.ricks@wellscap.com
steve.roberts@jpmorganfleming.com
steve.robinson@aberdeen-asset.com.au
steve.rogers@agf.com
steve.rosen@fmr.com
steve.ross@advantuscapital.com
steve.roth@glgpartners.com
steve.ryder@morleyfm.com
steve.salopek@inginvestment.com
steve.sample@trs.state.tx.us
steve.santa-maria@bmo.com
steve.saperstein@prudential.com
steve.schifferes@bbc.co.uk
steve.schlott@cbcf-net.com
steve.schofield@soros.com

steve.schweitzer@shenkmancapital.com
steve.sedmak@inginvestment.com
steve.sedmark@inginvestment.com
steve.shapiro@firstmidwest.com
steve.sherrick@gcm.com
steve.shingiro@bnymellon.com
steve.shumake@frostbank.com
steve.simpers@chase.com
steve.skolnik@first-franklin.com
steve.smart@abnamrousa.com
steve.spencer@wamu.net
steve.stearns@wamu.net
steve.steinour@citizensbank.com
steve.thom@rbccm.com
steve.thomas@rabobank.com
steve.tonizzo@bpvn.lu
steve.tosi@instinet.com
steve.trabucco@bellsouth.com
steve.tsai@email.chinatrust.com.tw
steve.tubb@uk.calyon.com
steve.turley@bmo.com
steve.turman@invesco.com
steve.turner@morganstanley.com
steve.valadie@ftcm.com
steve.van.reempts@belga.be
steve.waddington@insightinvestment.com
steve.walt@db.com
steve.ward@mutualofamerica.com
steve.warner@morleyfm.com
steve.waygood@insightinvestment.com
steve.webb@uk.tesco.com
steve.weller@citadelgroup.com
steve.welter@fortis.lu
steve.white@ge.com
steve.whitehead@ppm-uk.com
steve.wilks@rabobank.com
steve.williamson@lloydstsb.co.uk
steve.wilson@clamericas.com
steve.wilson@evergreeninvestments.com
steve.wilson3@firstunion.com
steve.wizeman@mackayshields.com
steve.wood@ercgroup.com
steve.worthington@fmb.com
steve.wymer@fmr.com

steve.young@curian.com
steve.zaubi@delta-air.com
steve@aol.com
steve@apexfcu.com
steve@ardsley.com
steve@bpviinc.com
steve@incomeresearch.com
steve@pauzeassetmanagement.com
steve_burns@ml.com
steve_caffarelli@otfs.state.ga.us
steve_cao@aimfunds.com
steve_confessore@nylim.com
steve_costoff@fanniemae.com
steve_dilbone@key.com
steve_gianelli@putnam.com
steve_gorman@putnam.com
steve_gowsoski@bankone.com
steve_guggenmos@freddiemac.com
steve_horner@putnam.com
steve_hussey@acml.com
steve_karnes@putnam.com
steve_keleher@freddiemac.com
steve_kubis@ml.com
steve_lelaurin@invesco.com
steve_luehrmann@cinfin.com
steve_lurito@americancentury.com
steve_mahan@aimfunds.com
steve_mahoney@glenmede.com
steve_morrison@bankofscotland.co.uk
steve_olentine@swissre.com
steve_oristaglio@putnam.com
steve_point@glenmede.com
steve_richardson@aigi.com
steve_richter@troweprice.com
steve_riley@cgnu.net
steve_roth@americancentury.com
steve_shen@fanniemae.com
steve_soloria@cinfin.com
steve_t_smith@dell.com
steve_thompson@mgic.com
steve_tips@freddiemac.com
steve_triantafilidis@swissre.com
steve_tyson@mfcinvestments.com
steve_w_bright@bankone.com

steve_xia@vanguard.com
steve_yardley@blackrock.com
steve_zechello@putnam.com
stevea@amherstsecurities.com
steveb@ttmc.com
stevebrown@nb.com
stevecoleman@northwesternmutual.com
steveedelman@tagfolio.com
steveg@apam.com
steveg@turnerinvestments.com
stevej@primco.com
stevekimb@hotmail.com
stevel@cater-allen.co.uk
stevelowe@angloirishbank.ie
stevem@scm-lp.com
steven.a.rosen@citi.com
steven.abbott@nomura-asset.co.uk
steven.aitken@swipartnership.co.uk
steven.alcorn@rabobank.com
steven.algert@ucop.edu
steven.angelich@barclaysglobal.com
steven.baker@fandc.com
steven.barton@anfis.co.uk
steven.baumgarten@pnc.com
steven.beck@bankofamerica.com
steven.belluardo@citadelgroup.com
steven.bergman@tcw.com
steven.berrios@db.com
steven.binks@threadneedle.co.uk
steven.bobasch@socgen.co.uk
steven.boreham@lgim.co.uk
steven.bowen@halbis.com
steven.boyd@citadelgroup.com
steven.breen@ubs.com
steven.brodie@resolutionasset.com
steven.bulko@dillonread.com
steven.buller@fmr.com
steven.bullock@fmr.com
steven.burke@daiwausa.com
steven.caiazzo@mackayshields.com
steven.calhoun@fmr.com
steven.capouch@53.com
steven.cassidy@drkw.com
steven.center@wamu.net

steven.chan@schwab.com
steven.chen@fareastnationalbank.com
steven.childress@morgankeegan.com
steven.chubak@alliancebernstein.com
steven.cohen@mellon.com
steven.colton@phxinv.com
steven.connelly@ibtco.com
steven.cook@aig.com
steven.cooper@sunlife.com
steven.cornew@barclaysglobal.com
steven.cowcher@chase.com
steven.crooks@fmr.com
steven.crotteau@prudential.com
steven.d.jones@firstar.com
steven.d.woolford@citigroup.com
steven.dalzell@blackrock.com
steven.decoster@petercam.be
steven.delarosa@westernasset.com
steven.denny@protective.com
steven.desmyter@glgpartners.com
steven.devine@jpmorgan.com
steven.dick@morganstanley.com
steven.dryborough@nl.abnamro.com
steven.dutaut@bailliegifford.com
steven.dutaut@mondrian.com
steven.e.wharton@jpmorgan.com
steven.ellis@pnc.com
steven.eubanks@firstcitizens.com
steven.flin@icap.com
steven.frary@db.com
steven.frech@aberdeen-asset.com
steven.friedman@ny.frb.org
steven.fries@shell.com
steven.g.lee@jpmchase.com
steven.galbraith@bailliegifford.com
steven.ganss@frostsecurities.com
steven.gleason@pimco.com
steven.gottesman@phxinv.com
steven.gould@sgam.com
steven.goulden@blackrock.com
steven.grahame@ubs.com
steven.guyer@morganstanley.com
steven.h.ng@rbccm.com
steven.hale@calvert.com

steven.harms@xlgroup.com
steven.harnie@fortisinvestments.com
steven.hay@bailliegifford.com
steven.heimarck@fmr.com
steven.herbert@ubs.com
steven.heron@morganstanley.com
steven.hewitt@threadneedle.co.uk
steven.higgins@uk.fid-intl.com
steven.huang@lloydstsb.co.uk
steven.hughes@wachovia.com
steven.hung@schwab.com
steven.ikemura@uboc.com
steven.j.mcgarry@slma.com
steven.jerrit@lgim.co.uk
steven.johnson@fhlb.com
steven.jones@pimco.com
steven.jones@wachovia.com
steven.jung@morganstanley.com
steven.kaufmann@axa-winterthur.ch
steven.kaye@aberdeen-asset.com
steven.kellner@prudential.com
steven.kirk@uk.fid-intl.com
steven.kittrell@truscocapital.com
steven.kleiman@blackrock.com
steven.kohwk@uobgroup.com
steven.kok@ingim.com
steven.kreider@morganstanley.com
steven.kreider@msdw.com
steven.l.randall@bankofamerica.com
steven.lane@advantuscapital.com
steven.lee@thrivent.com
steven.letch@uk.fid-intl.com
steven.lilly@columbiamanagement.com
steven.lilly@nrucfc.org
steven.liu@ubs.com
steven.loeys@moorecap.co.uk
steven.logan@swipartnership.co.uk
steven.luetger@columbiamanagement.com
steven.lupacchino@pfpc.com
steven.m.peras@credit-suisse.com
steven.m.wilson@usa.dupont.com
steven.macdougall@tdsecurities.com
steven.madsen@db.com
steven.majocha@nb.com

steven.malin@bernstein.com
steven.marotta@ubs.com
steven.mathews2@halliburton.com
steven.maxwell@swipartnership.co.uk
steven.morfield@greenpoint.com
steven.morris@britannia.co.uk
steven.morrison@pioneerinvest.com
steven.moss@barclays.co.uk
steven.nussbaum@alliancebernstein.com
steven.oblack@morganstanley.com
steven.palmer@aig.com
steven.pearson@prudential.com
steven.pena@pncbank.com
steven.penn@db.com
steven.philebrown@panmure.com
steven.phillips@lgim.co.uk
steven.pollock@sgcib.com
steven.postal@ge.com
steven.powell@hsh-nordbank.co.uk
steven.powell@xlgroup.com
steven.r.ashley@wellsfargo.com
steven.r.segien@exxonmobil.com
steven.raab@prudential.com
steven.reynolds@wachovia.com
steven.ricchio@harrisbank.com
steven.richman@eastsidecap.com
steven.rosen@aig.com
steven.rosenberg@citadelgroup.com
steven.ryder@gecapital.com
steven.s.harraway@si.shell.com
steven.s.pfeiffer@wellsfargo.com
steven.santore@invescoaim.com
steven.sau@tcw.com
steven.sawyer1@wachovia.com
steven.schoen@gecapital.com
steven.schoenfeld@barclaysglobal.com
steven.schwimmer@ubs.com
steven.scrudato@db.com
steven.selerno@db.com
steven.sentler@libertymutual.com
steven.shapiro@pncbank.com
steven.shekane@morganstanley.com
steven.sherman@abnamro.com
steven.sherrick@rbsgc.com

steven.shin@morganstanley.com
steven.siegel@moorecap.com
steven.siem@blackrock.com
steven.silbermann@chase.com
steven.slaughter@ubs.com
steven.snider@fmr.com
steven.soranno@credit-suisse.com
steven.steyaert@ingim.com
steven.strycula@pnc.com
steven.stuart@shinseibank.com
steven.t.ho@jpmorganfleming.com
steven.t.mielke@jci.com
steven.tanz@prudential.com
steven.taylor@fortisinvestments.com
steven.theby@columbiamanagement.com
steven.theofanis@sunlife.com
steven.thesing@53.com
steven.tholl@wamu.net
steven.towers@morleyfm.com
steven.treftz@towersperrin.com
steven.tze@barclaysglobal.com
steven.vandepitte@ingim.com
steven.vankeirsbilck@umb.com
steven.w.johnson@jpmorgan.com
steven.w.johnson@jpmorganfleming.com
steven.ward@hsbcib.com
steven.weiss@ge.com
steven.winpenny@abnamro.com
steven.wittwer@ubs.com
steven.wolstenholme@icap.com
steven.wright@augustus.co.uk
steven.wyman@sunlife.com
steven.yorke@seb.se
steven.zagoren@libertymutual.com
steven.zapata@wachovia.com
steven@omega-advisors.com
steven@scm-lp.com
steven@sfc-uk.com
steven_a_russo@ssga.com
steven_anderson@progressive.com
steven_bachman@swissre.com
steven_bagley@putnam.com
steven_brannum@fanniemae.com
steven_brooks@em.fcnbd.com

steven_brooks@troweprice.com
steven_brown@nacm.com
steven_butler@scotiacapital.com
steven_carden@calpers.ca.gov
steven_chiou@ctxmort.com
steven_cutler@bankone.com
steven_dailly@standardlife.com
steven_desimone@putnam.com
steven_devejian@keybank.com
steven_e_deggendorf@fanniemae.com
steven_fazo@hsb.com
steven_fowler@ml.com
steven_hobbs@ustrust.com
steven_huber@troweprice.com
steven_j_santiccioli@ntrs.com
steven_kistner@ssga.com
steven_krichbaum@troweprice.com
steven_lerit@nylim.com
steven_lin@swissre.com
steven_lodge@standardlife.com
steven_lotwin@capgroup.com
steven_meier@ssga.com
steven_miller@acml.com
steven_mintz@timeinc.com
steven_ng@scotiamarkets.com
steven_petrie@westlb.com
steven_phillips@acml.com
steven_pumilia@cargill.com
steven_swann@standardlife.com
steven_t_lewis@ml.com
steven_van_de_wall@deltalloyd.nl
steven_way@standardlife.com
steven_williams@nylim.com
steven_wolcott@swissre.com
steven_wolken@keybank.com
steven_za.smith@ubs.com
steven_zhu@acml.com
stevenarthur@northwesternmutual.com
stevencario@bloomberg.net
stevenkoh@dbs.com
stevenliu@mail.cbc.gov.tw
stevenlyons@northwesternmutual.com
stevens.mcaleer@robecoinvest.com
stevens@ikos.com.cy

stevent@mcm.com
steventanel@phillip.com.sg
steventsui@dbs.com
steveproctor@bmonb.com
steveswanson@northwesternmutual.com
stevet@ibbfla.com
stevetallmadge@northwesternmutual.com
stevew@primco.com
stevewarren@northwesternmutual.com
stevewilson@northwesternmutual.com
stevie.noh@lazard.com
stewart.brad@edgeassetmgt.com
stewart.cowe@swipartnership.co.uk
stewart.davies@uk.bnpparibas.com
stewart.day@4086.com
stewart.fleming@abnamro.com
stewart.foley@aamcompany.com
stewart.gilmartin@sgam.co.uk
stewart.harding@shinseibank.com
stewart.kalish@nyc.rabobank.com
stewart.mcmillan@swipartnership.co.uk
stewart.meijer@abnamro.com
stewart.methven@aberdeen-asset.com
stewart.morrison@genworth.com
stewart.morton@anz.com
stewart.mudd@perpetual.co.uk
stewart.newnham@morleyfm.com
stewart.pemberton@jpmorganfleming.com
stewart.robertson@morleyfm.com
stewart.russell@moorecap.com
stewart.tan@insightinvestment.com
stewart.tanner@deshaw.com
stewart.whitehead@jpmorgan.com
stewart.wong@prudential.com
stewart@acorncapitalmgt.com
stewart_cowley@newton.co.uk
stewart_edginton@blackrock.com
stewart_sprague@mfcinvestments.com
stewarti@ebrd.com
stewart-kc.thong@aig.com
stfocken@nb.com
stg8@cornell.edu
stgrdi@hypostmk.co.at
sth@baupost.com

sth2@ntrs.com
stha01@handelsbanken.se
sthb@cgii.com
sthevard@eutelsat.fr
sthiriez@ifc.org
sthompson@montag.com
sthorm@ftci.com
sthumm@alger.com
sti@bankinvest.dk
stian.solberg@dnbnor.no
stierr@kochind.com
stig.berg@nordea.com
stig.jonsson@ap3.se
stig.zarle@fmr.com
stigfal@bloomberg.net
stigor@bi.go.id
stijn.dockx@fortisinvestments.com
stijn.huysentruyt@dexia.be
stijn.vanacker@ingim.com
stijn.vanvuchelen@agf.be
stillet@troweprice.com
stillinghast@sunamerica.com
stilwellbrianuser@company.com
stine.madsen@morganstanley.com
stine.pilegaard@db.com
stirons@wellington.com
stjae@danskebank.dk
stje01@handelsbanken.se
stjohn@bessemer.com
stk@lrc.ch
stl29@cornell.edu
stlampe@delinvest.com
stli03@handelsbanken.se
stli12@handelsbanken.se
stmchugh@microsoft.com
stmetsov@princeton.edu
stmh@capgroup.com
stny01@handelsbanken.se
stobin@jhancock.com
stobrien@wellington.com
stockex@cis.u-net.com
stockstrading@pictet.com
stodagishi@bloomberg.net
stoermer.brad@principal.com

stojanovic@bridport.ch
stokes.grymes@alexanderkey.com
stolarck@ebrd.com
stolboom@anthos.nl
stolep@metlife.com
s-tomioka@meiji-life.co.jp
stone.shi@deshaw.com
stone@deshaw.com
stone@pfdincome.com
stonebraker@aigfpc.com
stonesifer@adamsexpress.com
stong@calstrs.com
stong@tiaa-cref.org
stopyra@bloomberg.net
storrentn@creditandorra.ad
stoudems@strsoh.org
stow@ae-gis.com
stpang@bloomberg.net
stpark@westernasset.com
str@bloomberg.net
str@ubp.ch
strahlh@brinson.com
strain.bj@tbcam.com
straka@alpha.gr
strang_sarah@jpmorgan.com
strange.bernard@nbg.gr
strategy_development@swissre.com
strathearn.mc@mellon.com
stratos.nikolakakis@nl.abnamro.com
strauch@pimco.com
straum@tiaa-cref.org
streanor@hellerfin.com
strecker@russell.com
streeterd@usa.redcross.org
strepp@westernasset.com
stricklandss@aetna.com
stricknerg@bloomberg.net
stripsbob@bloomberg.net
stro05@handelsbanken.se
stroge@copera.org
stroh_karsten@jpmorgan.com
strohme@leggmason.com
stroll@troweprice.com
strousseau@gscpartners.com

struan_malcolm@ntrs.com
structured_products@pictet.com
structuredfinance.fim@bcee.lu
structuredproducts@alpha.gr
strueber@bloomberg.net
strugazowaz@bernstein.com
strusso@bankofny.com
strykerr@vankampen.com
stsai1@cathaylife.com.tw
stschultz@fdic.gov
ststone@aegonusa.com
s-tsubuku@yasuda-life.co.jp
s-tsuchida@nochubank.or.jp
s-tsuchimoto@clcm.co.jp
stuart.a.norman@aib.ie
stuart.a.schweitzer@jpmorgan.com
stuart.ames@citigroup.com
stuart.andrews@icap.com
stuart.atkinson@glgpartners.com
stuart.atwell@hsbchalbis.com
stuart.baker@shinseibank.com
stuart.barry@ing.com.au
stuart.beavis@hsbcgroup.com
stuart.bohart@morganstanley.com
stuart.boyle@fhlb.com
stuart.burrows@barclaysglobal.com
stuart.butler@juliusbaer.com
stuart.campbell@aberdeen-asset.com
stuart.clarke@drkw.com
stuart.coco@aiminvestments.com
stuart.cole@bankofengland.co.uk
stuart.crafer@fandc.com
stuart.crouch@citigroup.com
stuart.d.connell@jpmorgan.com
stuart.d.ward@jpmorgan.com
stuart.dalgleish@conocophillips.com
stuart.davidson@trs.state.tx.us
stuart.davies@arabbank.co.uk
stuart.davies@bankofengland.co.uk
stuart.dawkins@alliance-leicester.co.uk
stuart.doyle@barclaysglobal.com
stuart.eaton@insightinvestment.com
stuart.firth@csfb.com
stuart.fleet@seb.co.uk

stuart.forshaw@tilney.com
stuart.forsyth@barclaysglobal.com
stuart.fowler@axa-slim.co.uk
stuart.geddis@ikb.de
stuart.gibbs@hp.com
stuart.gray@aberdeen-asset.com
stuart.grimshaw@cba.com.au
stuart.hapin@jpmorganfleming.com
stuart.harris@csam.com
stuart.hawkins@threadneedle.co.uk
stuart.i.odell@intel.com
stuart.j.chaplin@si.shell.com
stuart.james@aberdeen-asset.com.au
stuart.jarvis@barclaysglobal.com
stuart.kraft@bmonb.com
stuart.landucci@db.com
stuart.liebeski@prudential.com
stuart.lissner@ppmamerica.com
stuart.low@ubs.com
stuart.luck@uk.fid-intl.com
stuart.maclean@jpmorganfleming.com
stuart.marshall@aberdeen-asset.com
stuart.mcmaster@swip.com
stuart.mcpherson@gs.com
stuart.milne@hsbc.com
stuart.moon@drkw.com
stuart.moon@ubs.com
stuart.mortimer-walker@db.com
stuart.newman@ubs.com
stuart.oatley@hsh-nordbank.co.uk
stuart.oneill@fandc.com
stuart.overend@aberdeen-asset.com
stuart.owen@barclaysglobal.com
stuart.parks@perpetual.co.uk
stuart.peck@lehman.com
stuart.phillips@fandc.com
stuart.piper@ubs.com
stuart.prince@gs.com
stuart.r.davies@usa.dupont.com
stuart.rae@bernstein.com
stuart.reeve@blackrock.com
stuart.ritson@morleyfm.com
stuart.robinson@bernstein.com
stuart.rollason@isisam.com

stuart.rose@marks-and-spencer.com
stuart.rosenthal@credit-suisse.com
stuart.schuster@jpmorgan.com
stuart.seeley@morganstanley.com
stuart.simpson@ftnmidwest.com
stuart.steven@swip.com
stuart.stevenson@sgcib.com
stuart.strasner@pncadvisors.com
stuart.talliss@axa-im.com
stuart.taylor@insightinvestment.com
stuart.taylor1@barclays.co.uk
stuart.thomson@resolutionasset.com
stuart.thresher@icap.com
stuart.udall@rbc.com
stuart.urquhart@barcap.com
stuart.vanarsdale@truscocapital.com
stuart.williams@ers.state.tx.us
stuart.williamson@uk.fid-intl.com
stuart.x.price@jpmorgan.com
stuart.young@csam.com
stuart_ashton@nylim.com
stuart_bennett@westlb.co.uk
stuart_biggar@ml.com
stuart_cohen@fanniemae.com
stuart_eaton@newton.co.uk
stuart_frohmaier@westlb.co.uk
stuart_gibson@bankofscotland.co.uk
stuart_hosansky@vanguard.com
stuart_j_fraser@standardlife.com
stuart_leitner@nacm.com
stuart_lindsay@standardlife.com
stuart_macarthur@standardlife.com
stuart_meldrum@blackrock.com
stuart_niman@blackrock.com
stuart_stanley@ldn.invesco.com
stuarta@bloomberg.net
stuartbridge@optiver.com
stuartc.beharry@aig.com
stuartjones@ups.com
stuarts@mizuhocap.com
stubbs@standishmellon.com
stucker@wasatchadvisors.com
studee@bloomberg.net
stufi@bloomberg.net

stumulty@msfi.com
stung@ifm.net.au
sturla.palsson@sedlabanki.is
sturner@fmcg.com
sturner@munichreamerica.com
sturner@xlserv.com
sturola@icbpi.it
stv@nbim.no
stvanacker@cordius.be
stwa05@handelsbanken.se
style1@bok.or.kr
styner@hibernia.com
styrrell@newstaram.com
styrrell@pictet.com
suan.tk@gmail.com
suanna.rockwell@pncbank.com
suarezj@bancsabadell.com
suauf@bancsabadell.com
subashini_chandran@scotiacapital.com
subbiah_subramanian@putnam.com
subesh.r.williams@gsk.com
subhaguha@yahoo.com
subhash.tripathi@ubs.com
subinl@bot.or.th
subodh.agarwal@ubs.com
subodh.baid@threadneedle.co.uk
subrata_ghose@putnam.com
subu.venkataraman@hcmny.com
sucha.m@tfb.co.th
sucheolkim@hanabank.com
sucheta.rawal@inginvestment.com
suchitra.ram@6thaveinvest.com
suchkov@vtb.ru
suchun.ma@bloomberg.net
sud.ad@adia.ae
sudarshan.rajan@aig.com
sudawanr@bot.or.th
sudeep.sarma@barcap.com
sudeept@stanford.edu
sudeshna.andre@caam.com
sudha.sethuraman@westernasset.com
sudha_garg@freddiemac.com
sudhanshu.x.khandelwal@bankofamerica.com
sudhansu.sahoo@ubs.com

sudhir.bhat@americas.bnpparibas.com
sudhir.sharma@aig.com
sudipto.banerji@uk.fid-intl.com
sudo@dl.dai-ichi-life.co.jp
sudpreel@bot.or.th
sudriepi@cmcic.fr
sue.abdullah@cgii.com
sue.bachman@wachovia.com
sue.christoph@fac.com
sue.collazo@sscims.com
sue.cory@ubs.com
sue.devereux@bmo.com
sue.dolan@citadelgroup.com
sue.enay@dfafunds.com
sue.gonzalez@pnc.com
sue.hartman@ubt.com
sue.hingley@lloydstsb.co.uk
sue.juan@email.chinatrust.com.tw
sue.kranjc@libertysavingsbank.com
sue.lawrence@bnpparibas.com
sue.p.bowley@aib.ie
sue.smith@ashmoregroup.com
sue_arnold@bankone.com
sue_bonfeld@ssga.statestreet.com
sue_burris@ssga.com
sue_downing@putnam.com
sueann.leong@fandc.com
suebrix@ftadvisors.com
suedb001@umn.edu
sueg@azoa.com
suehyun.kim@capgroup.com
suemeng.chan@blackrock.com
suerydz@fiduciarymgt.com
suetchee@temasek.com.sg
suezz@bloomberg.net
sufei.koo@tcw.com
sufoo@uob-oskam.co.my
sug@nbim.no
sugandhi@temasek.com.sg
sugar.ng@ap.nxbp.com
sugarkit@bloomberg.net
sugauchi@dl.dai-ichi-life.co.jp
sugawara_masaki@dn.smbc.co.jp
sugayat@po2.jsf.co.jp

sugiharto.widjaja@fmr.com
sugimok@po2.jsf.co.jp
sugimoto.t@daiwa-am.co.jp
sugimoto@nam.co.jp
sugimura@daiwasbi.co.jp
sugitat@nochubank.or.jp
sugizaki@dl.dai-ichi-life.co.jp
sugrue@ellington.com
suguru.yasuno@westernasset.com
sugx1967@yahoo.com.cn
suhail.arain@swipartnership.co.uk
suhail.dada@pimco.com
suhail@kpc.com.kw
suhari@bi.go.id
suhas.ghorpadkar@alliancebernstein.com
suhmg@bok.or.kr
su-ho_lee@acml.com
suicheng.wang@calyon.com
suikboon@bloomberg.net
sui-ping.yuen@dws.com
suiwahchan@whbhk.com
sujay@bnm.gov.my
sujinta.lin@bms.com
sujr@danskebank.dk
suk@offitbank.com
sukhbir.gill@blackrock.com
sukjunyang@bok.or.kr
sukkim@chb.co.kr
sukru_saman@fanniemae.com
sulaiman_ghaussy@freddiemac.com
sulamith.wuethrich@ubs.com
sulaszek@steinroe.com
sulbrich@bloomberg.net
sule.kusogullari@swisscanto.ch
sulick@tiaa-cref.org
sullivan@peteres.com
sullivanp@ndu.edu
sulp@capgroup.com
sultan.al-shehri@samba.com
sultan@sfc-uk.com
sum.pr@adia.ae
sum@nbim.no
sumathi.kesavan@hvbasia.com
sumeet.pillai@lloydstsb.co.uk

sumeet_bhalla@freddiemac.com
sumit.juneja@ubs.com
sumit.kapur@morganstanley.com
sumit.mehra@fmr.com
sumit.sharma.fi@fmr.com
sumit.sharma@tcw.com
sumita.ghosh@bankofengland.co.uk
sumitani@dl.dai-ichi-life.co.jp
sumith.kudroli@ge.com
sumit-s.gupta@ubs.com
sumiyoshi-matsuzaki@am.mufg.jp
summerge@rbcel.com
sumner.anderson@citadelgroup.com
sumner.j@tbcam.com
sun.min@icprc.com
sun@blackrockkelso.com
sun7@bluewin.ch
sunagawa8026@intra.cosmo-sec.co.jp
sunaina.murthy@aiminvestments.com
sunaina.suresh@gs.com
sunao_yokokawa@tr.mufg.jp
sunao-yokokawa@am.mufg.jp
suncholchoi@hanabank.com
sundarmurthy@rbi.org.in
sundeep.bhandari@in.standardchartered.com
sundeep.dhaliwal@suntrust.com
sundeep.gantori@ubs.com
sundeep.mullangi@ppmamerica.com
sune.jensen@nordea.com
suneil.mahindru@gs.com
sung.lee@capitalglobal.com
sung.w.sohn@norwest.com
sung_choi@freddiemac.com
sung_yoon@fanniemae.com
sung913@chb.co.kr
sungcc@gic.com.sg
sung-jin.park@samsung.com
sungtaek.woo@scfirstbank.com
sunguoshen@icbc.com.cn
sungwon@bok.or.kr
sungwookcho@hanabank.com
sunhee_oh@acml.com
suni@temasek.com.sg
sunian.davies@threadneedle.co.uk

sunil.annapareddy@citadelgroup.com
sunil.banker@edwardjones.com
sunil.dattani@ubs.com
sunil.kothari@pimco.com
sunil.krishnan@blackrock.com
sunil.reddy@53.com
sunil.sud@morganstanley.com
sunil.uppal@prudential.com
sunil_daswani@ntrs.com
sunish.panchal@uk.fid-intl.com
sunita.goklaney@threadneedle.co.uk
sunita.menon@morganstanley.com
sunita.phulara@fmr.com
sunita.sarathi@truscocapital.com
sunita.singh@pioneerinvest.com
sunitha_das@ssga.com
sunitha_thomas@putnam.com
sunjay.mulot@axa-im.com
sunjinli@citicib.com.cn
sunlu@bloomberg.net
sunmingchun@gmail.com
sunmye@kdb.co.kr
sunny.mehra@deshaw.com
sunny.pang@asia.bnpparibas.com
sunny.shreeve@truscocapital.com
sunny.tang@morganstanley.com
sunny.vachhani@canadalife.co.uk
sunnyk@nbf.ae
sunshine@wooribank.com
suntarou_tanaka@am.sumitomolife.co.jp
sunterhalter@exchange.ml.com
sunthart@bot.or.th
sunwei@citicib.com.cn
sunwkim@kdb.co.kr
suny_park@notes.ntrs.com
sunyi@citicbank.com
sunyu@icbc.com.cn
suparatt@bot.or.th
supawadp@bot.or.th
supotek@bot.or.th
suppachc@bot.or.th
supportfi@bloomberg.net
supreeyp@bot.or.th
supreo.ghosh@db.com

suraj.chopra@citadelgroup.com
suraj.gohil@kbcfp.com
suraj.kripalani@blackrock.com
surakij.saengtawesin@alliancebernstein.com
surasak.d@gototfb.com
surbhi.kumar@fmr.com
suren.markosov@morganstanley.com
surendran.rajasundaram@fandc.co.uk
suresh.krishnamoorthy@inginvestment.com
suresh.sadasivan@omam.co.uk
suresh.withana@uk.mizuho-sc.com
suresh_tata@smbcgroup.com
suri@pfdincome.com
surj.sandher@barclaysglobal.com
surline@bloomberg.net
suro.ghatak@fmr.com
suroor.khalife@unb.ae
surrina.hu@morganstanley.com
surya.devaguptapu@gibuk.com
surya.devaguptapu@nationwide.co.uk
surya@sandlercap.com
susaannebehrendt@gmx.de
susahteh@gic.com.sg
susan.atkins@alcoa.com
susan.bao@jpmorgan.com
susan.barrett@inginvestment.com
susan.beck@us.schroders.com
susan.berger@fmr.com
susan.blake@pncbank.com
susan.brewster@aberdeen-asset.com
susan.brown@morgankeegan.com
susan.buchsbaum@alliancebernstein.com
susan.burnett@morganstanley.com
susan.chang-hong@bmo.com
susan.chase@ny.frb.org
susan.chevalier@bankofamerica.com
susan.clarke@ubs.com
susan.courtney@prudential.com
susan.da-sie@standardlife.ca
susan.dewhurst@tudor.com
susan.driscoll@thehartford.com
susan.dulde@micorp.com
susan.dushock@columbiamanagement.com
susan.eckenberg@hypovereinsbank.de

susan.egger@pncbank.com
susan.everly@csam.com
susan.farrell@associatedbank.com
susan.gaynor@prudential.com
susan.grant@nationwide.co.uk
susan.gray@uk.bnpparibas.com
susan.greenleaf@mutualofamerica.com
susan.h.quigley@bankofamerica.com
susan.hajjar@fmr.com
susan.hickok@prudential.com
susan.hines@harrisbank.com
susan.hudson@ubs.com
susan.hughes@wellsfargo.com
susan.hunter@resolutionasset.com
susan.hutchison@mackayshields.com
susan.isquith@fhlbny.com
susan.johnson@chase.com
susan.k.miller@wellsfargo.com
susan.karlfeldt@amfpension.se
susan.kueper-roesnick@db.com
susan.l.johnson@fmr.com
susan.lay@usaa.com
susan.lee@wamu.net
susan.levermann@db.com
susan.lieberman@rbc.com
susan.livesey@rorerasset.com
susan.lucas@morganstanley.com
susan.lyons@pioneerinvestments.com
susan.m.chiavoli@jpmorgan.com
susan.m.vansciver@bofasecurities.com
susan.malone@westam.com
susan.mangiero@corporate.ge.com
susan.marron@citigroup.com
susan.martin@moorecap.com
susan.martland@db.com
susan.mccabe@jpmorganfleming.com
susan.mcdonald@thrivent.com
susan.mclaughlin@frbny.sprint.com
susan.mydlach@db.com
susan.o'brien@barings.com
susan.o'connor@ubs.com
susan.parekh@jpmorgan.com
susan.park@us.schroders.com
susan.pawlak.olson@aiminvestments.com

susan.perozzi@nuveen.com
susan.perrino@ppmamerica.com
susan.powell@fhlb-pgh.com
susan.pritchard@jpmorganfleming.com
susan.raessler@pimco.com
susan.roberts@jpmorgan.com
susan.s.chen@morganstanley.com
susan.sanderson@columbiamanagement.com
susan.sheridan@uk.fid-intl.com
susan.signori@westernasset.com
susan.spinner@cominvest-am.com
susan.stevens@alexanderkey.com
susan.stiehm@ny.frb.org
susan.stuart@huntington.com
susan.sun@mizuho-cb.com
susan.suvall@tcw.com
susan.sweeney@po.state.ct.us
susan.thomson@bailliegifford.com
susan.trahan@gwl.com
susan.troia@chase.com
susan.vanzeyl@transamerica.com
susan.wagner@blackrock.com
susan.webb@pfizer.com
susan.ye@edwardjones.com
susan.zaferos@fmr.com
susan_a_stewart@keybank.com
susan_c_hart@fleet.com
susan_dondzik@notes.ntrs.com
susan_drake@aimfunds.com
susan_duffy@newton.co.uk
susan_foster@ssga.com
susan_graef@vanguard.com
susan_gray@scudder.com
susan_h_bailey@key.com
susan_hamilton@freddiemac.com
susan_hendrix@agc.com
susan_isetts@manulife.com
susan_km_cheng@hkma.gov.hk
susan_kroger@gap.com
susan_lindow@key.com
susan_macleod@putnam.com
susan_mccormack@putnam.com
susan_mcdowell@ml.com
susan_oh@ml.com

susan_parekh@bankone.com
susan_reigel@ssga.com
susan_ritchie@newton.co.uk
susan_royles@conning.com
susan_segovia@ci.richmond.ca.us
susan_sharrockyates@aviva.com
susan_smith@aimfunds.com
susan_tarry@standardlife.com
susan_troll@troweprice.com
susan_walton@ustrust.com
susan_witalis@key.com
susan_zelmanovich@acml.com
susana.aranda@jpmorgan.com
susana.dossantos@lodh.com
susana.ho@gs.com
susana.penarrubia@db.com
susana.sanchez@zurich.com
susana.santos@igcp.pt
susana.teixeira@bcp.pt
susanb@capraasset.com
susanchew@mas.gov.sg
susanchu@mas.gov.sg
susanclark@fmbonline.com
susanhoe@gic.com.sg
susank@mcm.com
susann.gunten@postbank.de
susann.moldenhauer@dws.com
susanna.binkert@csam.com
susanna.cefariello@db.com
susanna.cinelli@bancaintesa.it
susanna.jacob@barclaysglobal.com
susanna.jacob@citadelgroup.com
susanna.ould@chase.com
susanna_b_kondracki@freddiemac.com
susannah.bourke@bnpparibas.com
susanne.battegay@credit-suisse.ch
susanne.brandenberger@vontobel.ch
susanne.carrington@jpmorganfleming.com
susanne.cubera@bayernlb.de
susanne.didas@amg-invest.de
susanne.diehl@sparkasse-koelnbonn.de
susanne.fagerstolt@nib.int
susanne.gahler@fandc.com
susanne.gallie@insightinvestment.com

susanne.haag@de.pimco.com
susanne.hagel@lrp.de
susanne.hagen@activest.de
susanne.haury@evk.admin.ch
susanne.jakob@ahbr.de
susanne.joeckle@teamstatestreet.com
susanne.kaufmann@bis.org
susanne.kubik@sparkasse-krefeld.de
susanne.kundert@rmf.ch
susanne.leemann@ubs.com
susanne.lenz@db.com
susanne.mauss@dit.de
susanne.moosberger@ubs.com
susanne.noetling@ahbr.de
susanne.otruba@rmf.ch
susanne.patterson@lloydstsb.co.uk
susanne.ramer@swarovski.com
susanne.reichenbach@senfin.verwalt-berlin.de
susanne.reis@ids.allianz.com
susanne.rose@isbankgmbh.de
susanne.torren@zkb.ch
susanne.vandootingh@fortisinvestments.com
susanne.ward@amg-invest.de
susanne.wedig@deka.de
susanne.weitz@rwe.com
susanne.wild@allianz.de
susanne.willumsen@lazard.com
susanne.woelfinger@siemens.com
susanne.zech@csam.com
susanne.zimmermann@pirelli.com
susano@iadb.org
susanosborn@gic.com.sg
susanreed@tagfolio.com
susanteh@gic.com.sg
su-seino@ja-kyosai.or.jp
sushant.sharma@mbczh.ch
susi@chinalife.com.tw
susian.phoa@schroders.com
susie.anderson@associatedbank.com
susie.fenton@ing.com.au
susie.jana@fandc.com
susie.wilson@pimco.com
susie_rathsombath@ssga.com
suspeed@cathayconsult.com.tw

susrut.kesari@bernstein.com
susumu.kato@jp.calyon.com
susumu.tominaga@schroders.com
susumu_aono@tr.mufg.jp
susumu_aramaki@am.sumitomolife.co.jp
susy_m_kim@vanguard.com
sutcliffe.spencer@principal.com
suter@mail.nrucfc.org
sutherland.b@bimcor.ca
su-tung_lee@acml.com
suty.joe@edgeassetmgt.com
suur01@handelsbanken.se
suzan.dorul@capitalia-am.com
suzan.peeters@pggm.nl
suzan.saville@fhlbtopeka.com
suzana.simasmachado@bcb.gov.b
suzana.zankova@credit-suisse.com
suzanna.quinn@avon.com
suzannah.grady@aig.com
suzanne.andre@rbsgc.com
suzanne.becker@uk.fid-intl.com
suzanne.boughner@frbny.sprint.com
suzanne.boulle@gecapital.com
suzanne.bouteloup@edf.fr
suzanne.bullock@ibtco.com
suzanne.cartan@bnpparibas.com
suzanne.e.moran@csam.com
suzanne.flynn@pioneerinvestments.com
suzanne.hone@morganstanley.com
suzanne.howarth@ibtco.com
suzanne.jagernauth@morganstanley.com
suzanne.karpick@dpimc.com
suzanne.kitscha-lambillon@ca-suisse.com
suzanne.laing@gmacrfc.com
suzanne.laronde@fmr.com
suzanne.m.doyle@aib.ie
suzanne.mccarthy@aibbny.ie
suzanne.mckenzie@schwab.com
suzanne.morrison@wachovia.com
suzanne.rhen@nationalcity.com
suzanne.rogers@cgii.com
suzanne.sharp@bnpparibas.com
suzanne.smith@insightinvestment.com
suzanne.spink@hsbcpb.com

suzanne.tosini@calvert.com
suzanne_austin@em.fcnbd.com
suzanne_cho@troweprice.com
suzanne_deshaies@putnam.com
suzanne_knox@bankone.com
suzanne_schwartz@statestreet.com
suzanne_wilcox@ustrust.com
suzanneseabolt@firstcommercialbank.com
suzie.demer@bankofamerica.com
suzie.kemp@csam.com
suzuka@dl.dai-ichi-life.co.jp
suzuka@nam.co.jp
suzuki.hide@daiwa-am.co.jp
suzuki.masaaki@daido-life.co.jp
suzuki.miho@kokusai-am.co.jp
suzuki.s@daiwa-am.co.jp
suzuki.tomomi@kokusai-am.co.jp
suzuki_mami@hh.smbc.co.jp
suzuki02335@nissay.co.jp
suzuki02418@nissay.co.jp
suzuki-0g22@jp.nomura.com
suzuki16846@nissay.co.jp
suzuki-1hk9@jp.nomura.com
suzuki-atsushi3@itochu.co.jp
suzuki-hiromichi@sc.mufg.jp
suzukis@bernstein.com
suzy.chapman@westam.com
suzy.hinds@citadelgroup.com
suzy.margretts@lloydstsb.co.uk
suzy.ramos@barclaysglobal.com
sva6@cornell.edu
svallaure@invercaixa.es
svalverde@bloomberg.net
svanallen@wmgf.net
svanalstyne@jennison.com
svanberg.gudnason@glitnir.is
svanderbreetstra@worldbank.org
svandyke@bayharbour.com
svanhouten@perrycap.com
svante.elfving@brummer.se
svante.elving@brummer.se
svante.sundholm@nordea.com
svanzee@fhlbdm.com
svava.sverrisdottir@glitnir.is

svazquezh@uef.es
svbalach@allstate.com
svc@brgco.com
svc@clinton.com
svchivukula@wellington.com
svecchi@epo.nl
svecchi@epo.org
svein.aage.aanes@dnbnor.no
svein.stokke@citigroup.com
sveinivar.mossige@dnb.no
sveins@statoilhydro.com
sveinung.drydal@kbank.no
svejg@unibank.dk
svelori@comptroller.nyc.gov
sveluri@voyageur.net
sveluz@lib.com
sven.bartel@dekabank.de
sven.becker@postbank.de
sven.belewitsch@lbb.de
sven.bucher@zkb.ch
sven.carlsson@ericsson.com
sven.corsenca@credit-suisse.com
sven.craeynest@dexia-am.com
sven.degreef@fortisinvestments.com
sven.diehl@db.com
sven.dittmer@fskag.de
sven.elowson@dnbnor.com
sven.falkenhagen@devif.de
sven.helsen@bnpparibas.com
sven.hoelzer@union-investment.de
sven.hogsep@gs.com
sven.johansson@skurupssparbank.se
sven.kaiser@oppenheim.de
sven.knobel@lbb.de
sven.krause@bb-invest.de
sven.lautenschlaeger@l-bank.de
sven.luebs@dresdner-bank.com
sven.madsen@bhf.ing.com
sven.madsen@hauck-aufhaeuser.de
sven.marzahn@bhf.com
sven.morell@gehe.de
sven.nitzsche@hvb.de
sven.norgaard@klp.no
sven.oesch@lgt.com

sven.oestmann@uk.fid-intl.com
sven.olson@db.com
sven.petersen@sachsenlb.ie
sven.rissmueller@dzbank.de
sven.rudolf@wmam.com
sven.rump@db.com
sven.scholze@fandc.com
sven.schubert@credit-suisse.com
sven.seeber@credit-suisse.de
sven.simon@sv-versicherungen.de
sven.smit@fandc.com
sven.sommer@credit-suisse.com
sven.steinberger@db.com
sven.thoma@deka.de
sven.thomas@postbank.de
sven.trahan@ba-ca.com
sven.van.kemenade@morganstanley.com
sven.van-den-bogaert@ingim.com
sven.weinhold@hsh-nordbank.com
sven_kaiser@swissre.com
svenbakker@saemor.com
svenbouman@saemor.com
sverdun@munder.com
svernal@fhlbc.com
sverre.schaanning@bgu.lu
sverre.thornes@klp.no
sverthein@mmwarburg.com
sveta.obin@bernstein.com
svetlana.bukharina@bankofamerica.com
svetlana.petrischeva@gb.smbc.com
svetlin.p.petkov@jpmchase.com
svfox@templeton.com
svi@petercam.be
svichness@tiaa-cref.org
sviebrock@valueline.com
svijay@nb.com
svilardell@creditandorra.ad
svilarindo@dlbabson.com
svilen.ivanov@bwater.com
svillarindo@massmutual.com
svincent@reamsasset.com
svirgilio@tiaa-cref.org
svisloskie@unbmountcarmel.com
svitek.dusan@slsp.sk

svitlana_gubriy@standardlife.com
svito@ftci.com
svkwok@bloomberg.net
svo@petercam.be
svogel@dkpartners.com
svoulgaris@nb.com
svoulgaris@williamblair.com
svp@fortisclearing.com.au
sw.chan@nbksg.com.sg
sw@gruss.com
sw@pallmallpartners.com
sw13@ntrs.com
sw68@ntrs.com
s-wada@ioi-onpo.co.jp
swadams@bankofny.com
swaddell@wescorp.org
swagle@jwseligman.com
swagner@federatedinv.com
swahnon.londres@sinvest.es
swain@chase.com
swain_julie@fsba.state.fl.us
swalker@blackrock.com
swalker@oppenheimerfunds.com
swalsh@wgtrading.com
swalters@fhlbatl.com
swalton@dadco.com
swalworth@markelcorp.com
swanand.kelcar@morganstanley.com
swancier@metlife.com
swangseb@bloomberg.net
swankp@aeltus.com
swap@kokusai.co.jp
swapnil.karnik@columbiamanagement.com
swaps.operations@westernasset.com
swaps@hmc.harvard.edu
swapsvaluation@bft.fr
sward@newstaram.com
swardwell@ssrm.com
swarman@mandtbank.com
swati.mittal@ubs.com
swati.tewari@ubs.com
swatland@deshaw.com
swatson@fhlbatl.com
swaugh@ubs.com

swee.leong@uk.abnamro.com
swee-chiew.tan@asiaparibas.com
sweichle@wintrust.com
sweidel@metzler.com
sweinand@cantor.com
sweinberg@pjc.com
sweiner@nb.com
sweiner@payden-rygel.com
sweinstein@fftw.com
sweiss@nb.com
sweiss@union-investment.de
sweitzer_alicia@jpmorgan.com
swen.molteni@ubs.com
swendell@loews.com
sweng@amre.com
swenson.mark@luthbro.com
swerner@vegapartners.com
sweta.asnotkar@alliancebernstein.com
sweta.saxena@bis.org
swetha.ramachandran@alliancebernstein.com
swetlana.laube@bahn.de
swetter@bankofny.com
swhite@hbk.com
swhittaker@newstaram.com
swicken@bloomberg.net
swiedemann@divinv.net
swiggett@tahoeadvisors.com
swigmore@blackrock.com
swilliamson@cenlar.com
swillis@jennison.com
swillmes@bloomberg.net
swillson@hotmail.com
swilson@investcorp.com
swilson@sarofim.com
swinchac@ebrd.com
swindell@adamsexpress.com
swisaa@bot.or.th
swit@spfbeheer.nl
swittman@munder.com
swlee@wooribank.com
swmok@lehman.com
swolfson@us.nomura.com
swolkowicki@tiaa-cref.org
swolrich@tiaa-cref.org

swolson@statestreet.com
swong@frk.com
swong@lordabbett.com
swong@tre.state.ma.us
swong-ng@ssga.com
swoodcock@nb.com
swoods@aflac.com
swoods@barbnet.com
swoolf@barbnet.com
swoppow@colognere.com
swords.e@tbcam.com
sworr@nysif.com
sworth@unitymgmt.com
swortman@lordabbett.com
swpark@bloomberg.net
swro@pggm.nl
sws@bok.or.kr
swsi@bloomberg.net
swsuh@bok.or.kr
swsukianto@bankbii.com
swteo@bloomberg.net
swuthrich@pasche.ch
sx33@cornell.edu
sxchen@metlife.com
sxhill@delinvest.com
sxj@columbus.com
sxrogers@bloomberg.net
sxu@investec.co.za
sxue@princeton.edu
sy.kim@hanabank.com
syafiq@bloomberg.net
syafiq@bnm.gov.my
syanar@meag.com
syang@alger.com
syang@standishmellon.com
syang01@hanmail.net
syarcia@tiaa-cref.org
s-yasuda@meiji-life.co.jp
syasuda@statestreet.com
s-yasui@nochubank.or.jp
syb.s.bartlema@shell.com
sybella.stanley@reedelsevier.com
sybril.lau@credit-suisse.com
sycheong@kdb.co.kr

sycho99@hotmail.com
sychuang@cathaylife.com.tw
sychung@templeton.com
sychung@woobibank.com
syd.wilkinson@threadneedle.co.uk
syd@capgroup.com
sydney.guilder@tcw.com
sydney.xu@soros.com
syeary@valueline.com
syed.ali@thehartford.com
syed.hasnain@alliancebernstein.com
syed.saleemuddin@ubs.com
syed.shah@wachovia.com
syeo@blackrock.com
syeung2@templeton.com
sygoh@bnm.gov.my
syh@kfb.co.kr
syhong@kdb.co.kr
syi@ubp.ch
sykes_nicholas@fsba.state.fl.us
sylke.schaefer@westhyp.de
sylvain.afriat@db.com
sylvain.barrette@db.com
sylvain.bornand@bcv.ch
sylvain.bruley@cpr-am.fr
sylvain.de.ruijter@ingim.com
sylvain.debus@dexia-am.com
sylvain.desouza@axa-im.com
sylvain.dupuis@bnpparibas.com
sylvain.fritsch@bmo.com
sylvain.honold@ubs.com
sylvain.massot@lodh.com
sylvain.petit@cnce.caisse-epargne.fr
sylvain_pommeret@smabtp.fr
sylvan_feldstein@glic.com
sylveline.besson@ca-suisse.com
sylvester.dube@ubs.com
sylvester.heyn@henkel.com
sylvester.njenga@nuveen.com
sylvester.williams@firstcitizens.com
sylvia.beck@drkw.com
sylvia.chung@ms3.chb.com.tw
sylvia.corum@huntington.com
sylvia.dresel-waibel@ubsw.com

sylvia.foerster@basler.ch
sylvia.fulk@ppmamerica.com
sylvia.hassert@sparkasse-koelnbonn.de
sylvia.kambouris@jpmorgan.com
sylvia.lause@sparkasse-hannover.de
sylvia.mittermann@erstebank.at
sylvia.neuner@lbbw.de
sylvia.radbourn@bg-group.com
sylvia.strausz@bsibank.com
sylvia.vyrostko@sunlife.com
sylvia.walter@sl-am.com
sylvia.wiensgoll@provinzial.com
sylvia.windlinger@fortisinvestments.com
sylvia.wm.woo@citi.com
sylvia.wu@chinatrust.com.tw
sylvia@allianz.de
sylvia@mail.cbc.gov.tw
sylvia_garcia@freddiemac.com
sylvia_kwong@db.com
sylviane.fuzewski@cail.lu
sylviap@bankisrael.gov.il
sylvie.bratel@cnce.caisse-epargne.fr
sylvie.delaguiche@caam.com
sylvie.delamotte@ingferri.fr
sylvie.demonceau@ethias.be
sylvie.fromont@vendome.com
sylvie.golay@credit-suisse.com
sylvie.gros@caam.com
sylvie.jeanjean@ratp.fr
sylvie.kichenin@sgcib.com
sylvie.lecomte@axa-im.com
sylvie.lucot@thalesgroup.com
sylvie.morvan@dvbbank.com
sylvie.rodrigues@socgen.com
sylvie_morvan@mtbcny.com
sylvio.de.castro@nl.abnamro.com
sylwia.buechel@vpbank.com
symon.bradford@rlam.co.uk
symon.scott@resolutionasset.com
sympool@bok.or.kr
syndication.uk@mail.notes.bank-of-china.com
syndications@alpha.gr
synergy@kbcfp.com
synsmsherman@ocbc.com.sg

syona.shingla@db.com
syoneda@sompo-japan.co.jp
syonglee@bok.or.kr
syoo@stanford.edu
s-yoshino@nochubank.or.jp
syouhei_rin@tokaitokyo.co.jp
sypark@kdb.co.kr
syquek@delinvest.com
syr.na@adia.ae
syrae@hanmail.net
syrichas@centralbank.gov.cy
sysops@tudor.com
sysun@bloomberg.net
sytang@mas.gov.sg
sytze.bouius@statestreetnl.com
syukri.jais@bia.com.bn
syunichi_matsuba@ho.rokinbank.or.jp
syunji_shiima@tokaitokyo.co.jp
szaboj@mnb.hu
szabov@mnb.hu
szakely@evergreeninvestments.com
szancanella@pictet.com
szanzi@pictet.com
szauske@bloomberg.net
szb6192@red.cam.es
szemanc@hmc.harvard.edu
szenicole@ocbc.com.sg
szervos@oppenheimerfunds.com
szetan@princeton.edu
szeyee.chan@barclayscapital.com
sziemke@hellerfin.com
szinser@europeancredit.com
szlobin@vtb.ru
szmidt@bloomberg.net
szucsg@mnb.hu
szuercher@krafteurope.com
szuo@zscap.com
szutsb@otpbank.hu
szych@us.ibm.com
t.akimoto@yasuda-life.co.jp
t.alkhereiji@alahli.com
t.amano@aozorabank.co.jp
t.anderson@fordfound.org
t.asada@noemail.com

t.bianchi@bpl.gruppobipielle.it
t.borrie@robeco.nl
t.botteldooren@robeco.nl
t.brown@bspf.co.uk
t.bussone@easternbk.com
t.bykova@robeco.nl
t.c.beriker@finansbank.nl
t.daba@ncbc.com
t.davenport@mwam.com
t.donino@fnysllc.com
t.doris@mwam.com
t.eriksson@wartsila.com
t.fakhro@ncbc.com
t.foley@qic.com
t.frederiksen@nordea.com
t.french@leggmasoninvestors.com
t.hayim@hsbc.guyerzeller.com
t.hempel@bloomberg.net
t.higuchi@usa.net
t.hirota@ny.tr.mufg.jp
t.inaba@aozorabank.co.jp
t.iwamoto@xm.mitsui.co.jp
t.jansen@robeco.nl
t.jenkins@wafra.com
t.jonkman@robeco.nl
t.julin@afdb.org
t.kanemaru@noemail.com
t.khoujah@alahli.com
t.kobayashi@skam.co.jp
t.kumakura@noemail.com
t.langohr@inka-kag.de
t.leonard@bloomberg.net
t.m.de.bie@dnb.nl
t.manabe@mitsui.com
t.mccune-vassilev@olayangroup.com
t.mclaren@sumitomotrust.co.jp
t.mieda@noemail.com
t.mita@meijiyasuda.co.jp
t.miyagi@noemail.com
t.miyazaki@bloomberg.net
t.naaijkens@robeco.nl
t.nakagawa@ja-bank-fukui.or.jp
t.nakamura@noemail.com
t.nakano@noemail.com

t.nishijima@jabankkyoto.or.jp
t.oconnell@eib.org
t.okuda@aozorabank.co.jp
t.osawa@aozorabank.co.jp
t.oyama@aozorabank.co.jp
t.putters@robeco.nl
t.rea@apioil.com
t.reeg@newportglobaladvisors.com
t.rieck@qic.com
t.saeki@mitsui.com
t.sawamura@mitsui.com
t.schneider@frankfurt-trust.de
t.schroeter@inka-kag.de
t.stevens@nyc.rabobank.com
t.tajima@noemail.com
t.takahashi@noemail.com
t.tanami@noemail.com
t.tang@dbv.nl
t.tanimoto@noemail.com
t.ueda@ny.tr.mufg.jp
t.umino@aozorabank.co.jp
t.usugaya@mitsui.com
t.uzawa@aozorabank.co.jp
t.wang@robeco.nl
t.wiersma@robeco.nl
t.winkler@provequity.com
t.woodward@hermes.co.uk
t.yamada@aozorabank.co.jp
t.yamaguchi@ny.tr.mufg.jp
t.yanagiya@aozorabank.co.jp
t_ameriana@bi.go.id
t_f_bacon@amrcorp.com
t_fujii@nam.co.jp
t_hirose@nam.co.jp
t_kienler@bankaudi.ch
t_kitagawa@nam.co.jp
t_mangam@putnam.com
t_matsushita@nam.co.jp
t_takahashi@nam.co.jp
t_tang@putnam.com
t_theodorsen@ml.com
t_yamaguchi@nam.co.jp
t_yoshida@nam.co.jp
t0632521@pmail.tepco.co.jp

t1.hasegawa@aozorabank.co.jp
t1.katou@aozorabank.co.jp
t1.murakami@aozorabank.co.jp
t1.takeuchi@aozorabank.co.jp
t15214@meijiyasuda.co.jp
t15898@meiji-life.co.jp
t15942@meiji-life.co.jp
t16149@meiji-life.co.jp
t16208@meiji-life.co.jp
t16426@meijiyasuda.co.jp
t16558@meiji-life.co.jp
t16614@meiji-life.co.jp
t17400@meiji-life.co.jp
t1-ishii@nissay.co.jp
t2.takahashi@aozorabank.co.jp
t2_ito@nam.co.jp
t2-amano@nissay.co.jp
t2-kobayashi@ioi-sonpo.co.jp
t2t@capgroup.com
t3.matsui@aozorabank.co.jp
t318142@bloomberg.net
t320781@bloomberg.net
t4_ito@nam.co.jp
ta.goto@mitsui.com
ta.mizuno@xm.mitsui.co.jp
ta@cumberassoc.com
ta@gruss.com
ta1-murakami@meijiyasuda.co.jp
ta99018@adk.jp
taah@capgroup.com
taanliker@midamerican.com
tabitha.dearden@ing.com.au
tabitha_waithaka@ssga.com
tabler-yosha@strsoh.com
taboal@tcwgroup.com
tabraham@federatedinv.com
taco.lens@fortisinvestments.com
tacrr@bloomberg.net
tactical&risktrading@lehman.com
tad.anderson@gwl.com
tad.fukushima@db.com
tad@ultan.net
tada.ino@bloomberg.net
tada@daiwa-am.co.jp

tadahiko_minakuchi@fujibank.co.jp
tadakazu_izumi@am.sumitomolife.co.jp
tadams@impaccompanies.com
tadams2@bloomberg.net
tadao.hayashi@mizuho-cb.co.jp
tadashi.kikkawa@morganstanley.com
tadashi.nunami@boj.or.jp
tadashi.tago@barclayscapital.com
tadashi_hoshino@tr.mufg.jp
tadashi_matsumoto@nochubank.or.jp
tadashi1_hayashi@mitsubishi-trust.co.jp
tadashi-uchida@am.mufg.jp
tadateru_kimura@mitsubishi-trust.co.jp
tadato-sekine@am.mufg.jp
tadayuki.ozaki@damel.co.uk
tadhgoshea@optiver.com
tadler@enogex.com
tae.park@sgcib.com
taekwon@bok.org.uk
tafat@bloomberg.net
tafflerbach@union-investment.de
tagbabiaka@bayernlbny.com
taggart@wellington.com
tago@ultan.net
taguchi@daiwa-am.co.jp
taguchi_takayuki@dn.smbc.co.jp
tagurit@jsf.co.jp
tagutit@po2.jsf.co.jp
tahara@daiwa-am.com.hk
tahboubl@ferro.com
ta-higai@ja-kyosai.or.jp
tahir.bhinji@lloydstsb.co.uk
tahreemk@microsoft.com
tai.terada@boj.or.jp
tai.truong@schwab.com
tai.vu@wellsfargo.com
taibbil@jwseligman.com
taic@bloomberg.net
taicher@pennlibertybank.com
taichi.kawai@shinseibank.com
taichiro.kira@ufj-partners.co.jp
taictwo@batelco.com.bh
taiichi.akamatsu@schroders.com
tai-inoue@nochubank.or.jp

taimur.hassan@citadelgroup.com
ta-inoue@ufjtrustbank.co.jp
tais.pacheco@pimco.com
tais.rojas@pimco.com
ta-ishikawa@meijiyasuda.co.jp
tait.sorensen@st.com
taitjam@bloomberg.net
taitsewen@gic.com.sg
taiyo-ogino@am.mufg.jp
tajima166786@sumitomobank.co.jp
tajtii@mnb.hu
takaaki.hamano@mizuho-cb.co.jp
takaaki_nakamura@tr.mufg.jp
takachio.takehiko@kokusai-am.co.jp
takada@nam.co.jp
takada@tokyotrust.co.jp
takafumi.inui@mizuhocbus.com
takafumi.kawamura@mizuhocbus.com
takagaki@nam.co.jp
takagaki16854@nissay.co.jp
takahashi.kenta@kokusai-am.co.jp
takahashi.t@daiwa-am.co.jp
takahashi_hiroaki2@mail.nikko.co.jp
takahashi_seiichiro@ra.smbc.co.jp
takahashi_tomoaki@rk.smbc.co.jp
takahashi_yui@vb.smbc.co.jp
takahashi22679@nissay.co.jp
takahashi-hiroyuki@mitsubishi-sec.co.jp
takahash-iko@sumitomometals.co.jp
takahashi-ma@daiwasbi.co.jp
takahashi-masahiko@sc.mufg.jp
takahashi-to@daiwasbi.co.jp
takahashi-y@daiwasbi.co.jp
takahashi-ya@daiwasbi.co.jp
takahiko.okutsu@schroders.com
takahiko.ueda@mizuhocbus.com
takahiko_suzuki@meiji-life.co.jp
takahiro.fujii@meijiyasuda.co.jp
takahiro.igarashi@fi.fukoku-life.co.jp
takahiro.omura@westernasset.com
takahiro.sawada@shinseibank.com
takahiro.yawata@mizuhocbus.com
takahiro_kumon@omron.co.jp
takahiro_mori@am.sumitomolife.co.jp

takahiro-fukai@nochubank.or.jp
takahiro-furusato@am.mufg.jp
takahito_hukui@am.sumitomolife.co.jp
takakik@jsf.co.jp
t-akamatsu@nochubank.or.jp
takamitsu_kajii@gb.smbcgroup.com
takamori@daiwa-am.co.jp
takamura@daiwa-am.co.jp
takanabe@sumitomotrust.co.jp
takanari.fujii@mizuho-bk.co.jp
ta-kaneko@ja-kyosai.or.jp
takano@daiwasbi.co.jp
takano@nam.co.jp
takano19625@nissay.co.jp
takanori.kanazawa@novartis.com
takanori.nagatomo@capitalglobal.com
takanori.oki@dsiim.com
takanori_ishii@tr.mufg.jp
takanori_yamaguchi@mitsubishi-trust.co.jp
takano-yu@itochu.co.jp
takao.kawamoto@morganstanley.com
takao.kimura@sanofi-aventis.com
takao.niwa@tokyostarbank.co.jp
takao@daiwa-am.co.jp
takao_akaogi@am.sumitomolife.co.jp
takao_yosimoto@am.sumitomolife.co.jp
takaoka@daiwa-am.co.jp
takaomi.fujiwara@dsiim.com
takao-suzuki@am.mufg.jp
takao-uotani@am.mufg.jp
ta-karasawa@ja-kyosai.or.jp
takashi.a.watanabe@mizuho-cb.co.jp
takashi.b.kawaguchi@mizuho-cb.co.jp
takashi.fujimoto@axa.co.jp
takashi.hatanaka@gs.com
takashi.inagaki@ufj-partners.co.jp
takashi.kimouri@uk.btmeurope.com
takashi.kirihara@mizuho-bk.co.jp
takashi.kuroda@mizuho-bk.co.jp
takashi.makita@mhcb.co.uk
takashi.minagawa@mizuho-cb.co.jp
takashi.moriuchi@morganstanley.com
takashi.nagato@mhcb.co.uk
takashi.yagi@boj.or.jp

takashi.yano@mizuho-cb.com
takashi.yonetsu@mizuho-cb.co.jp
takashi_fuseya@mitsubishi-trust.co.jp
takashi_hirota@yamaguchibank.co.jp
takashi_hiroyasu@sakura.co.jp
takashi_kubota@tr.mufg.jp
takashi_matsumoto@tr.mufg.jp
takashi_nagashima@mitsubishi-trust.co.jp
takashi_ochiai@mitsui-seimei.co.jp
takashi_shimahara@sumitomobank.com
takashi_sugita@mitsubishi-trust.co.jp
takashi_tamura@tr.mufg.jp
takashi_uchino@nissay-it.co.jp
takashi_yamaguchi@tr.mufg.jp
takashi_yamamoto@mitsubishi-trust.co.jp
takashi_yamamoto@tr.mufg.jp
takashi-a.shibuya@sumitomocorp.co.jp
takashi-fujimaki@am.mufg.jp
takashi-hiho.mizohata@hitachi-eu.com
takashima@nochubank.or.jp
takashima_makoto@vb.smbc.co.jp
takashi-miyazaki@am.mufg.jp
takasi_sakanoue@am.sumitomolife.co.jp
takato_yoshida@mitsubishi-trust.co.jp
takatoshi-itoshima@am.mufg.jp
takato-yoshida@am.mufg.jp
takayama@daiwa-am.co.jp
takayama@dl.dai-ichi-life.co.jp
takayama656@dl.dai-ichi-life.co.jp
takayanagi.hiroshi@daido-life.co.jp
takayoshi.wiesner@mizuhocbus.com
takayuki.kumagai@mizuho-cb.co.jp
takayuki.sawano@daiwausa.com
takayuki.yamada@db.com
takayuki_funatsu@suntory.co.jp
takayuki_miyoshi@mitsubishi-trust.co.jp
takayuki_saito@mail.toyota.co.jp
takayuki_yamaguchi@nochubank.or.jp
takayuki-akiyama@am.mufg.jp
takayuki-amano@mitsubishi-am.co.jp
takebayashi@daiwa-am.co.jp
takebayashi@nochubank.or.jp
takeda@nam.co.jp
takeda_kengo@rn.smbc.co.jp

takefumi_hirose@tr.mufg.co.jp
takefumi_konishi@tr.mufg.jp
takehiko.a.suzuki@mizuho-bk.co.jp
takehiro.hata@meiji-life.co.jp
takehiro_hamada@am.sumitomolife.co.jp
takehiro_shinya@yamaguchibank.co.jp
takehiro_tanaka@chibakogyo-bank.co.jp
takei@boj.co.uk
takei@daiwasbi.co.jp
takeinoue@daiwasbi.co.jp
takemasa_niki@tr.mufg.jp
takemura@nam.co.jp
takemura26697@nissay.co.jp
takenaka@nam.co.jp
takenaka03302@nissay.co.jp
takeo.segawa@mizuho-bk.co.jp
takeo.tonda@sgk1.ho.dkb.co.jp
takeo_yoshida@mitsubishi-trust.co.jp
takeo-kondo@mitsubishi-am.co.jp
taker@apolloic.com
takeshi.fukushima@bankerstrust.com
takeshi.kanamaru@schroders.com
takeshi.katou@fi.fukoku-life.co.jp
takeshi.kurita@mizuho-cb.co.jp
takeshi.nakamitsu@schroders.com
takeshi.ozawa@mizuhocbus.com
takeshi.sasaki@tokyostarbank.co.jp
takeshi.shintani@chase.com
takeshi.suziki@mizuho-bk.co.jp
takeshi.utagawa@mizuho-bk.co.jp
takeshi.yasuda@mizuho-bk.co.jp
takeshi_itai@putnam.com
takeshi_kimura@mitsubishi-trust.co.jp
takeshi_kuwabara@nochubank.or.jp
takeshi_nagai@am.sumitomolife.co.jp
takeshi_nakagami@sliim.co.jp
takeshi_sato@mitsubishi-trust.co.jp
takeshi_sato@orix.co.jp
takeshi_tagami@tr.mufg.jp
takeshi_takahashi@ml.com
takeshi-aida@gm.shokochukin.go.jp
takeshi-hanai@am.mufg.jp
takeshi-iwakata@am.mufg.jp
takeshi-nakamura@am.mufg.jp

takeshi-nishioka@am.mufg.jp
takeshi-watanabe@am.mufg.jp
takesi_kasimura@am.sumitomolife.co.jp
takesi_kasiwara@am.sumitomolife.co.jp
takesi_oosaki@am.sumitomolife.co.jp
taketomi@dl.dai-ichi-life.co.jp
taketoshi.taira@schroders.com
taketsuna.okabe@mhcb.co.uk
takeuchi@nam.co.jp
takeuchi@nochubank.or.jp
takeuchi@tokyotrust.co.jp
takeuchi457@dl.dai-ichi-life.co.jp
takeuchi-toshi@itochu.co.jp
takeyoshi-suzuki@am.mufg.jp
takeyuki@dl.dai-ichi-life.co.jp
taki-s@circlepointfunds.com
takouhi.tchertchian@sgam.co.uk
taku.onodera@boj.or.jp
taku.umemoto@mizuho-bk.co.jp
taku.yamada@mizuho-bk.co.jp
taku.yasuo@sumitomo-rd.co.jp
takuji.komuro@schroders.com
takuma_matsuo@tr.mufg.jp
takuma_okamoto@tr.mufg.jp
takumatsuda@bloomberg.net
takumi.otsuka@mhcb.co.uk
takumi_naito@capgroup.com
takumi-morita@am.mufg.jp
takurat@tokyomarineam.co.jp
takurou.kouno@boj.or.jp
takurou_kurumisawa@am.sumitomolife.co.jp
takuya.furutani@schroders.com
takuya.hiroi@ufj-partners.co.jp
takuya.sakamoto@citadelgroup.com
takuya.shibayama@boj.or.jp
tal.eloya@uk.fid-intl.com
tal.greenberg@teva.co.il
tal.shlasky@mailpoalim.co.il
tal@nbim.no
tal8@dcx.com
talal.alghalib@arabbanking.com
talang@treas.gov.ab.ca
talbiber@bankisrael.gov.il
talbot@adelphi-capital.com

talbrecht@mfs.com
talbrecht@wfgweb.com
talemagna@fondianima.it
talha.karim@arabbanking.com
talia.a.baron-hall@jpmorgan.com
talib.a.sheikh@jpmorgan.com
talkhereiji@sama-ksa.org
talklausner@gic.com.sg
tallal.malik@blackrock.com
tallen@russell.com
tallraum@evcap.com
taly@finibanco.pt
tam.kwokfun@uobgroup.com
tam1@ntrs.com
tam8@ntrs.com
tama.willis@fil.com
tamaiy@po.jsf.co.jp
tamaki@sompo-japan.co.jp
tamar.hamlyn@credit-suisse.com
tamar.howson@bms.com
tamar.joulia@bbl.be
tamara.albrecht@bawagpsk.com
tamara.benefield@disney.com
tamara.doi@morganstanley.com
tamara.haegi@bancaroma.it
tamara.van-den-ban@ing.be
tamara.x.ware@jpmchase.com
tamara.zaliznyak@rabobank.com
tamara_glock@troweprice.com
tamara_molinary@acml.com
tamarg@migdal-group.co.il
tamaru_manabu@mail.asahi-life.co.jp
tamas.bakacs@bailliegifford.com
tamas.gal@db.com
tamas.korchmaros@credit-suisse.com
tamato@bakernye.com
tamato@templeton.com
tameika_burrell@freddiemac.com
tamerlan.abdikeev@pimco.com
tamh@capgrp.com
tami.arbogast@columbiamanagement.com
tami.kita@mizuho-cb.com
tami.marshall@securitybenefit.com
tami.rosemeyer@swib.state.wi.us

tami.vendig@pimco.com
tami_babcook@conseco.com
tamihiro_kawauchi@sakura.com
tamika.bradford@ubs.com
tamiko.hutchinson@intel.com
tamisuke-yamashita@mitsubishi-am.co.jp
tamlyn.nall@lloydstsb.co.uk
tammi.ortega@columbiamanagement.com
tammie.arnold@pimco.com
tammie.ryan@thrivent.com
tammo.diemer@aareal-bank.com
tammy.battersby@citicorp.com
tammy.bauer@usbank.com
tammy.chiao@fenb-us.com
tammy.cox@fmr.com
tammy.dalton@mizuhocbus.com
tammy.lloyd@investecmail.com
tammy.romo@wnco.com
tammy.tang@fmr.com
tammy.wright@alexanderkey.com
tammy_mills@nylim.com
tammy_wiggs@troweprice.com
tammy-yi-jiun.liou@tw.standardchartered.com
tamojit.dutta@db.com
tamotsu_chiba@nochubank.or.jp
tamsin.barth@axa-im.com
tamsin.quayle@gartmore.com
tamsin_balfour@standardlife.com
tamura@daiwasbi.co.jp
tamura_masayuki@dn.smbc.co.jp
tamura_taishi@dn.smbc.co.jp
tamyg@bloomberg.net
tamyra.thomas@morganstanley.com
tamzin.dossantos@barclaysglobal.com
tan.chew-may@aberdeen-asset.com
tan.jweechye@uobgroup.com
tan.tan@icbc.com.cn
tan.yanteck@uobgroup.com
tan_janet@jpmorgan.com
tan_yh@ocbc.net
tanabe@t3.rim.or.jp
tanabiki.osamu@kokusai-am.co.jp
tanaikchye@ocbc.com.sg
tanaka.j@daiwa-am.co.jp

tanaka@nochubank.or.jp
tanaka_yasuyuki@zn.smbc.co.jp
tanaka20789@nissay.co.jp
tanaka-t@tominbank.co.jp
tanakatz@bernstein.com
tanaken@bloomberg.net
tanaya@steinroe.com
tancheeyong@gic.com.sg
tancherhan@gic.com.sg
tanchoontat@gic.com.sg
tanco.ong@swisslife.ch
tanda@daiwasbi.co.jp
tandersen@bloomberg.net
tanderson@denveria.com
tandl@bloomberg.net
tane@daiwa-am.co.jp
tanemura@boj.co.uk
taner.alicehic@bcv.ch
tanferb@tskb.com.tr
tang.roger.cs@hkjc.org.hk
tang@bessemer.com
tang_tony@jpmorgan.com
tange@daiwasbi.co.jp
tangi.leliboux@etoile-gestion.com
tangmeiling@gic.com.sg
tangonnfei@gic.com.sg
tangtien.fern@hvbasia.com
tanguy.cornet@dexia-am.com
tanguy.de-la-tullaye@caam.com
tanguy.de-lauzon@sgam.com
tanguy.devillenfagne@dexia.com
tanguy.de-volder@ing.be
tanguy.moreau@federal-finance.fr
tanguy.saure-jarrosson@bis.org
tang-varner.min@principal.com
tanhsiaomein@gic.com.sg
tanhweeloo@gic.com.sg
tani.girton@bankofthewest.com
tani_kazunobu@dn.smbc.co.jp
tania.dimitrova@credit-suisse.com
tania.middelhof@bbvapr.com
tania@oneinvest.ch
tanicker@ibtco.com
taniguchi@daiwa-am.co.jp

taniguchi@nam.co.jp
tanisha.augustus@bankofbermuda.com
taniuchi@daiwasbi.co.jp
tanizaki_katsunori@rn.smbc.co.jp
tanja.allenspach@sgkb.ch
tanja.funken@ksk-koeln.de
tanja.hauenstein@csfb.com
tanja.hornburg@bremerlandesbank.de
tanja.karl-sawatzki@ubs.com
tanja.kufner@siemens.com
tanja.lenger@clariden.com
tanja.schnepp@dit.de
tanja.stephan@aareal-bank.com
tanja.uhlmann@wuerttembergische.de
tanja.wienckol@bayernlb.com
tanjaangiola_minella@swissre.com
tankengsiong@gic.com.sg
tankokyong@gic.com.sg
tankut.celik@oyakportfoy.com.tr
tanlaykuan@gic.com.sg
tanlengleng@gic.com.sg
tanlh1@ocbc.com.sg
tanneke.lyppens@nl.abnamro.com
tanner.fahl@deshaw.com
tanny.t.sethi@aexp.com
tanou@daiwa-am.co.jp
tanshus@abchina.com.hk
tansnchristine@ocbc.com
tanss@temasek.com.sg
tantangkodelvin@ocbc.com.sg
tanteckleng@gic.com.sg
tanu_s_bhatnagar@fanniemae.com
tanweekiat@gic.com.sg
tanweijie@gic.com.sg
tanya.bough@gs.com
tanya.clarke@morleyfm.com
tanya.dyjak@gwl.com
tanya.ferguson@columbiamanagement.com
tanya.greenwood@fmr.com
tanya.kerrigan@bostonadvisors.com
tanya.klymkowych@uboc.com
tanya.lincevski@dkib.com
tanya.odom@alliancebernstein.com
tanya.peterson@agf.com

tanya.vellieux@inginvestment.com
tanya_birmingham@ustrust.com
tanya_fleming@notes.ntrs.com
tanya_quartararone@storagetek.com
tanyongkhim@ocbc.com.sg
tao.mei@icbcleasing.com
tao.peng@fhlb-pgh.com
tao.tang@inginvestment.com
tao_cheng@fanniemae.com
ta-oe@ja-kyosai.or.jp
taorong.jiang@wellsfargo.com
taoyama@btmna.com
tapani.mannersuo@sampo.fi
taperkin@southernco.com
tar.pr@adia.co.ae
tar@nationalcity.com
tara.abidi@tudor.com
tara.dierschke@westam.com
tara.doyle@gartmore.com
tara.glen@socgen.co.uk
tara.innes@aig.com
tara.mason@membersunited.org
tara.mcconkey@commercebank.com
tara.morley@prudential.com
tara.tomlin@morgankeegan.com
tara.waterhouse@aig.com
tara_hillegass@vanguard.com
tara_kenney@scudder.com
tara_moore@westlb.co.uk
tara_s_hillegas@vanguard.com
tara_torrens@capgroup.com
tarabrown@massmutual.com
tarah.holloway@morganstanley.com
t-araki@meijiyasuda.co.jp
taralynn_torrens@capgroup.com
tarang.agarwal@dartmouth.edu
tarango@nytimes.com
taras.chaban@glgpartners.com
taras.ivanenko@lazard.com
taras_ivanenko@ssga.com
tarca_silvio@jpmorgan.com
tarden@angelogordon.com
tarek.akrout@sgam.com
tarek.belkahia@clf-dexia.com

tarek.ghozayel@innocap.com
tarek.issaoui@caam.com
tarek.mouganie@glgpartners.com
tarek.rekik@cfm.mc
tarends@irisresearch.nl
tareqb@kia.gov.kw
targent@westpac.com.au
tarik.adam@allegiantgroup.com
tarik.ben-saud@barclaysglobal.com
tarik_hussain@ufjbank.co.jp
tarimtayf@tskb.com.tr
tarini.mohan@morganstanley.com
tariq.2.malik@bt.com
tariq.a.ahmad@jpmorgan.com
tariq.hilaly@bernstein.com
tarisaka@us.mizuho-cb.com
tarlock.randhawa@investecmail.com
tarmstrong@ucmpartners.com
tarnaud@dow.com
tarne.bevan@hsbchalbis.com
tarnoldt@munichre.com
taro_tamura@mitsubishi-trust.co.jp
taro_yamauchi@tr.mufg.jp
taro-iida@am.mufg.jp
taron.ganjalyan@shell.com
tarquin.orchard@rbccm.com
tarrissa.hockenberry@morganstanley.com
tartwell@bloomberg.net
taru.kosonen@danskebank.com
tarun.buxani@nibcapital.com
tarun.chavda@jpmorgan.com
tarun.gandhi@spinnakerasia.com
tarun_kumar@ntrs.com
taryn.howard@inginvestment.com
tas.keval@usbank.com
tas@wmblair.com
tasano@dl.dai-ichi-life.co.jp
tasdique.pasha@fgb.ae
tashi@nochubank.or.jp
taskin@vtbam.ru
tasos.bouloutas@blackrock.com
tasso.coin@peregrinecapital.com
tassos.los@alliancebernstein.com
tassos.stassopoulos@alliancebernstein.com

ta-suzuki@meijiyasuda.co.jp
tata1@bloomberg.net
ta-takahashi@taiyo-seimei.co.jp
tatanosoff@amtrust.com
tate_josserand@blackrock.com
tateb@sigmacap.com
tateda-yasuyuki@mitsubishi-sec.co.jp
tateishi@hby.dai-ichi-life.co.jp
tateishi@nam.co.jp
tatiana.bruegelmann@commerzbankib.com
tatiana.cohen@gll-partners.com
tatiana.iliczewa@aig.com
tatiana.spineanu@blackrock.com
tatjana.michel@credit-suisse.com
tatjana.schmied-woerle@aam.de
tatjana.ulicevic@ingim.com
tatjana.zwitbaum@essenhyp.com
tatreadwell@household.com
tatsuno@dl.dai-ichi-life.co.jp
tatsuno@dlusa.com
tatsuo.takahashi@nttl.co.jp
tatsuro.koyama@csam.com
tatsuya.kinugasa@schroders.com
tatsuya.mori@nestle.com
tatsuya.yagi@mizuho-cb.co.jp
tatsuya@dl.dai-ichi-life.co.jp
tatsuya_noguchi@tr.mufg.jp
tatsuya_tarumi@tr.mufg.jp
tatwater@meagpower.org
taubmanc@ebrd.com
tauer@copera.org
tauhidin.ananda@bni.co.id
tauno_loertscher@swissre.com
tavallone@ustrust.com
tavangar@clamericas.com
tavianto@bi.go.id
tavis.cannell@gs.com
tawanlimaksorn@hsbc.co.th
tawhite@unum.com
tay.tongpoh@uobgroup.com
taycwklaus@ocbc.com.sg
tayfun.bayazit@disbank.com.tr
tayfun.tuzun@53.com
tayhianboon@gic.com.sg

taylor.alan-lee@pimco.com
taylor.b.page@jpmorgan.com
taylor.brown@bwater.com
taylor.cable@moorecap.com
taylor.hare@moorecap.com
taylor.hinshaw@capitalglobal.com
taylor.jon@principal.com
taylor.mosley@lazard.com
taylor.mulherin@db.com
taylor.siedell@shinseibank.com
taylor.wagenseil@mackayshields.com
taylor.wride@gmam.com
taylor@aigfpc.com
taylor_adams@symantec.com
taylor_leavitt@freddiemac.com
taylor_tim@fsba.state.fl.us
taylord13@bp.com
taylorj@bernstein.com
taylorr@aeltus.com
taymour_tamaddon@troweprice.com
tayne_rebecca@jpmorgan.com
tayo.ajilore@rlam.co.uk
taysweeyuan@gic.com.sg
taywenliang@gic.com.sg
tayyarif@dime.com
tayyicheah@gic.com.sg
tazio.storni@ubs.com
tb@capgroup.com
tb2@bloomberg.net
tb58@ntrs.com
tba@bp.com
tba@db.com
tba@eurosgr.it
tba@tba.com
tba@unknown.com
tbaf@tba.com
tbagley@russell.com
tbailey@kayne.com
tbair@standishmellon.com
tbaldwin@hcmlp.com
tbandoni@cisco.com
tbanker@keb.co.kr
tbanks@federatedinv.com
tbarbato@oppenheimerfunds.com

tbardas@lincap.com
tbarrens@wdwitter.com
tbassion@delinvest.com
tbattle@barclayi.com
tbavin@standishmellon.com
tbc@adia.ae
tbc@allianzgi.com
tbc@bancodisicilia.it
tbc@bsibank.com
tbc@t.com
tbc@t.t
tbc@tbc.tbc
tbc@willdolater.com
tbc2@bloomberg.net
tbd@bankofny.com
tbdolan@leggmason.com
tbeatrice@loomissayles.com
tbeben@bloomberg.net
tbechter@waddell.com
tbeebout@beeboutconsulting.com
tbehl@bbandt.com
tbender@espiritosanto.com
tbenzel@nb.com
tberdil@ziraatbank.com.tr
tbermejo@bancamarch.es
tberntsen@bankofny.com
tberry@privateadvisors.com
tbertsekas@mfs.com
tbettingfield@sunamerica.com
tbeyer@sterling-capital.com
tbidwell@loomissayles.com
tbj@jyskebank.dk
tblack@bloomberg.net
tblack@opers.org
tblaker@firstmerchants.com
tblakey@essexinvest.com
tblanchette@federatedinv.com
tbm@fm.dk
tbo@dpbank.dk
tbo@nbim.no
tbob@rentec.com
tboettger1@bloomberg.net
tboffa@leggmason.com
tbolduc@dlbabson.com

tbosh@bankofny.com
tbossert@union-investment.de
tbosworth@sib.wa.gov
tbosworth@statestreet.com
tbouchard1@bloomberg.net
tboy1@bloomberg.net
tboyce@angelogordon.com
tboysson@investcorp.com
tbradford@bradfordmarzec.com
tbradshaw@bancopastor.es
tbragg@pershing.com
tbrandt@sunamerica.com
tbray@newstaram.com
tbrickey@lordabbett.com
tbrickhouse@odec.com
tbright@frk.com
tbrobbey@bankofny.com
tbroccardo@fandc.co.uk
tbrownell@sentinelfunds.com
tbrownsword@metlife.com
tbrunetti@safdie.com
tbruseh@bloomberg.net
tbrux@voyageur.net
tbucher@meag-ny.com
tbuckley@ag-am.com
tbuehler@crawfordinvestment.com
tbulitt@bankofny.com
tbullitt@bankofny.com
tburger@waddell.com
tburgess@mfs.com
tburnett@halcyonpartnerships.com
tbuthorn@bankofny.com
tbutler@fhlbi.com
tbuttiglieri@mfs.com
tbyrne@rwbaird.com
tbyrne@wdwitter.com
tc@capgroup.com
tcabra@wscapital.com
tcalimano@staceybraun.com
tcalkins@e-qci.com
tcall@the-cmc.com
tcalzadas@bancopastor.es
tcambara@metlife.com
tcampbel@otfs.state.ga.us

tcampbell@sunamerica.com
tcampbell14@bloomberg.net
tcantrell@corporateone.coop
tcappella@bloomberg.net
tcappellini@jennison.com
tcaputo@iccrea.bcc.it
tcarey@resurgenscapitalmarkets.com
tcarlson@metlife.com
tcarpenter@wcbarksdale.com
tcarr@westernasset.com
tcarroll@lincap.com
tcarter@hcmlp.com
tcarvalho@sjs-group.com
tcasey@standishmellon.com
tcentofanti@pictet.com
tcesareck@sunamerica.com
tcfoster@midamerican.com
tchallande@nb.com
tchan@frk.com
tchan@lordabbett.com
tchase@standishmellon.com
tchen@payden-rygel.com
tchernak@trmshedge.com
tchester@bloomberg.net
tcheung@ifsam.com
tchiaro@shay.com
tchigariro@britannicasset.com
tchintcia.s.barros@columbiamanagement.com
tchow@sunamerica.com
tchrestman@bloomberg.net
tchristenson@wasatchadvisors.com
tchristman@barbnet.com
tchun@bancaintesa.us
tciambotti@omef.com
tcjacinto@ashmorebrazil.com.br
tcjohnst@waddell.com
tcjones@leggmason.com
tclare@fandc.co.uk
tclee@metlife.com
tcliborne@bbandt.com
tclinton@yorktraditionsbank.com
tcm@baupost.com
tcnair@rbi.org.in
tcoffey@frk.com

tcole@hfw1.com
tcoleman@tswinvest.com
tcolgan@ftci.com
tcollins@sfim.co.uk
tcoltharp@fdic.gov
tcolwell@blackrock.com
tcolwell@icaminc.com
tcomins@sfim.co.uk
tcon@bloomberg.net
tconklin@rwbaird.com
tconlon@metlife.com
tconnolly@bankofny.com
tconnolly@loews.com
tcook@ustrust.com
tcope@williamblair.com
tcorbett@mcmorgan.com
tcorcoran@glenrauch.com
tcorcoran@lionsgatecap.com
tcorcos@fideuramsgr.it
tcorliss@sierraglobal.com
tcossenet@groupama-am.fr
tcostello@caxton.com
tcoyle@lib.com
tcquek@bloomberg.net
tcrawford@bbandt.com
tcreedon@nb.com
tcrimmins@lordabbett.com
tcriscuolo@standishmellon.com
tcronin@jhancock.com
tcronin@mfs.com
tcrowley@mfs.com
tcruise@aaa.com
tcruz@lkcm.com
tculler@barrowhanley.com
tcunneen@smithbreeden.com
tcunning@us.ca-indosuez.com
tcurran@metlife.com
tcurrier2@bloomberg.net
tcutter@calstrs.com
tczitron@rbim.com
td23@ntrs.com
td77@vtb.ru
tda@capgroup.com
tdanner@mmwarburg.com

tdarby@paychex.com
tdattilo@amfin.com
tdavanzo@erstebank.com
tdavies@roxcap.com
tdavis@frostbank.com
tdavis@loomissayles.com
tday@kc.rr.com
tday@pictet.com
tdayioglu@worldbank.org
tdayton@denveria.com
tdearth@us.mufg.jp
tdekerviler@cpr-am.fr
tdelaney@hellmanjordan.com
tdellapiana@jhancock.com
tdelserone@federatedinv.com
tdeltchev@sinopia.fr
tdemeyer@bloomberg.net
tdemirjian@millertabak.com
tdenapoli@tiaa-cref.org
tdenkler@sunamerica.com
tderbyshire@cnbelkins.com
tderderian@jhancock.com
tdesouza@bloomberg.net
tdevane@blaylockco.com
tdfitzsimmons@chevychasebank.net
tdhaney@wellington.com
tdial@gsc.com
tdias2@babsoncapital.com
tdibella@turnerinvestments.com
tdickin@bloomberg.net
tdickson@croftleo.com
tdickson@templeton.com
tdiller@acml.com
tditosto@ingalls.net
tdittmer@mfs.com
tdjones@bloomberg.net
tdm@scsalliance.com
tdoheny@sandleroneill.com
tdonahue@nb.com
tdong@munder.com
tdorety@suncoastfcu.org
tdougherty@cnbsnet.com
tdoumen@daiwasbi.co.jp
tdowning@fultonfinancialadvisors.com

tdoyle@jennison.com
tdoyle@panagora.com
tdrew@fhlbc.com
tdrumgoole@troweprice.com
tdscribner@wellington.com
tduff@gwkinc.com
tduffy@husic.com
tdugan@fhlbatl.com
tdunn@halcyonpartnerships.com
tdunn@mbna.com
tduong@octfcu.org
tdurkin@angelogordon.com
tduski@babsoncapital.com
tdykman@waddell.com
te2@ntrs.com
teaira.adams@bankofthewest.com
teasel@aigfpc.com
teatom_robert@jpmorgan.com
teayon@chb.co.kr
technical.research@lodh.com
technology.research@aberdeen-asset.com
teckhow@dbs.com
teckyong@temasek.com.sg
teconnolly@wellington.com
ted.ake@wachovia.com
ted.bernardo@fmr.com
ted.bigman@morganstanley.com
ted.boufaissal@xilinx.com
ted.c.ufferfilge@jpmorganfleming.com
ted.chen@barclaysglobal.com
ted.chin@pnc.com
ted.clark@tudor.com
ted.douglas@kochfinancial.com
ted.gillman@lazard.com
ted.harper@frostbank.com
ted.hines@phxinv.com
ted.hollander@citadelgroup.com
ted.holliday@aig.com
ted.hu@usa.dupont.com
ted.kasyjanski@moorecap.com
ted.killilea@dzbank.de
ted.koerner@americas.bnpparibas.com
ted.leschke@aberdeen-asset.com.au
ted.lu@citadelgroup.com

ted.macdonald@deshaw.com
ted.manges@us.schroders.com
ted.naeckel@inginvestment.com
ted.paluszek@columbiamanagement.com
ted.scott@fandc.com
ted.shannon@janus.com
ted.sotir@gs.com
ted.tulpa@jpmchase.com
ted.white@fmr.com
ted@chandlerasset.com
ted@shenkmancapital.com
ted_andrews@scudder.com
ted_etlinger@agfg.com
ted_gekas@ssga.com
ted_harlan@americancentury.com
ted_jaeckel@ml.com
ted_knuckles@putnam.com
ted_magnani@ml.com
ted_moore@natcity.com
ted_robson@troweprice.com
ted_whitehead@elliottandpage.com
ted_wt_cheung@hkma.gov.hk
teddinger@federatedinv.com
teddins@deerfieldcapital.com
teddryden@northwesternmutual.com
teddytm@msn.com
tedeschl@strsoh.org
tedf@woodstockcorp.com
tedfarrell@bloomberg.net
tedoua@templeton.com
teemu.liikanen@sampo.fi
teerayak@bot.or.th
teerl@sph-spms.nl
tegan@bankofny.com
tegilal@repsolypf.com
tegreen5@bloomberg.net
tehkweechin@gic.com.sg
tehrani.m@mellon.com
tei.onaka@nationalcity.com
teija.buenting@cominvest-am.com
teijakourujarvi@gic.com.sg
teik.cheah@ap.ing.com
teik.cheah@ingim.com.sg
teimur.abasov@morganstanley.com

teimuraz.barbakadze@fandc.com
teis.knuthsen@seb.se
teizo.taya@boj.or.jp
tejas.m.patani@jpmorgan.com
tejiri@metzler.com
tekauerova.andrea@slsp.sk
telaird@hcsbnj.com
telder@payden-rygel.com
teleos@teleos.com
tellet@tcwgroup.com
tem4@ntrs.com
tembora_kardanov@cargill.com
temilade.oyeniyi@harrisbank.com
te-miyamoto@ja-kyosai.or.jp
tempac@lehman.com
temple.houston@prudential.com
templetonrio@bloomberg.net
templin@helaba-invest.de
temurray1@bloomberg.net
tenbroecka@aeltus.com
tendayi.kapfidze@bankofamerica.com
t-endo@nochubank.or.jp
teneisha.wilson@inginvestment.com
tengct@gic.com.sg
tenglish@standishmellon.com
tennille_william@jpmorgan.com
tenomoto2@bloomberg.net
teo.hiangboon@uobgroup.com
teo.monkean@uobgroup.com
teo.xuan.lin@icprc.com
teocgcynthia@ocbc.com.sg
teodoravuckovic@gic.com.sg
teofilo.bacungan@ers.state.tx.us
teofilo.del_prete@hsh-nordbank.com
teoman.kaplan@dzbank.de
teowanyin@gic.com.sg
tepper@bloomberg.net
terada.m@daiwa-am.co.jp
terahata-0fmf@jp.nomura.com
terakado_kazuhiko@mail.nikko.co.jp
terance.chen@jpmorgan.com
teranishi@nam.co.jp
teraoka.yasuo@daido-life.co.jp
terashima@daiwa-am.co.jp

terashima@daiwasbi.co.jp
terence.brennan@db.com
terence.chang@alliancebernstein.com
terence.cheng@ubs.com
terence.cordner@alliancebernstein.com
terence.dooley@nationalcity.com
terence.ip@hk.bdroma.com
terence.law@bnymellon.com
terence.nahar@rlam.co.uk
terence.p.dillon@bankofamerica.com
terence.sullivan@gecapital.com
terence.tanbh@uobgroup.com
terence.walls@jpmorgan.com
terence.wheat@prudential.com
terence.wong@pricoacapital.com
terence@unc.ae
terence_cuddihy@acml.com
terence_mark@westlb.com
terence_o'sullivan@hvbamericas.com
terence-cm.shiu@aig.com
terencephang@dbs.com
teresa.carelli@bancaintesa.it
teresa.cook@pnc.com
teresa.elston@pimco.com
teresa.freeley@pioneerinvest.com
teresa.g.bowlin@bankofamerica.com
teresa.g.jones@bankofamerica.com
teresa.guerrero@rbcdexia-is.es
teresa.kastl@disney.com
teresa.kochanek@genworth.com
teresa.kong@barclaysglobal.com
teresa.kudrle@criterion.com
teresa.moon@ffbc-oh.com
teresa.nielsen@ubs.com
teresa.sison@ge.com
teresa.susca@mpsgr.it
teresa.tan@barclaysglobal.com
teresa.thomas@selective.com
teresa.tupper@bbh.com
teresa.walter@gwl.com
teresa.wilkinson@gs.com
teresa.woods@fmr.com
teresa@mwvinvest.com
teresa_giacino@ml.com

teresa_poyner@dpimc.com
teresaang@dbs.com
teresam.perez@aiminvestments.com
teresamtorrey@travelers.com
terese.wilke@lazard.com
terese.zingg@pncadvisors.com
teri.carroll@ibtco.com
teri.martini@morganstanley.com
teri.ocampo@nrucfc.coop
terje.duus@fondsfinans.no
terje.iversen@klp.no
terje@statoil.com
ternes.kyle@principal.com
tero.rautasuo@okobank.com
terpstra.brian@principal.com
terr.conygham@morganstanley.com
terrance.choi@prudential.com
terrance.m.beaulieu@fmr.com
terrance.rebello@morganstanley.com
terraze@bloomberg.net
terrence.gray@db.com
terrence.ing@pimco.com
terrence.matthews@tdsecurities.com
terrence.moll@investecmail.com
terrence_connelly_jr@freddiemac.com
terrence_ellison@nylim.com
terrenceteo@fullerton.com.sg
teresa.tu@email.chinatrust.com.tw
terresed@vankampen.com
terri.campbell@lmginv.com
terri.jackson@avmltd.com
terri.jonesadvantus@advantuscapital.com
terri.krumnow@trs.state.tx.us
terri.mueller@pnc.com
terri.thomas@pnc.com
terri.wallace@pnc.com
terri.warren@sunlife.com
terri_hett@troweprice.com
terri_james@invesco.com
terri_magnani@ml.com
terri_warren@putnam.com
terri_wharton@troweprice.com
terri-ann.miller@ingclarion.com
terry.a.mccabe@aib.ie

terry.b.davis@state.tn.us
terry.bedford@raymondjames.com
terry.begley@wachovia.com
terry.bray@blackrock.com
terry.burns@53.com
terry.burns@greystone.ca
terry.chong@agf.com
terry.coleman@ppmamerica.com
terry.cooke@tudor.com
terry.daly@mackayshields.com
terry.duffy@lionhart.net
terry.dufrene@jpmorgan.com
terry.duggan@opcap.com
terry.ewing@resolutionasset.com
terry.fallon@rbccm.com
terry.frank@frostbank.com
terry.froggatt@jpmorgan.com
terry.goode@wellscap.com
terry.harris@trs.state.tx.us
terry.hutson@bt.com
terry.klebe@cooperindustries.com
terry.kung@fhlb-pgh.com
terry.lee@hkbankaustria.com
terry.lo@bms.com
terry.loughran@cnb.com
terry.ludwig.cvwb@statefarm.com
terry.mcbride@db.com
terry.nercessian@barclaysglobal.com
terry.o'brian@friendsis.com
terry.obrien@isisam.com
terry.pavlic@norcap.com
terry.pavlopoulos@csam.com
terry.savage@lazard.com
terry.shu@pioneerinvestments.com
terry.sloan@fafadvisors.com
terry.smith@ubs.com
terry.strange@pncbank.com
terry.tsui@sunlife.com
terry.wood@db.com
terry.wood@fandc.com
terry.wright@fhlbtopeka.com
terry_carr@mfcinvestments.com
terry_davis@troweprice.com
terry_foster@americancentury.com

terry_hults@acml.com
terry_ruppe@cargill.com
terrylim@gic.com.sg
terrymorgan@bloomberg.net
terryr@bradfordmarzec.com
teruhiko.hattori@db.com
teruhiko_tokuno@tr.mufg.jp
terui26698@nissay.co.jp
terunobu.kinoshita@ufj-partners.co.jp
teruyo.hiromatsu@shinseibank.com
tesha.winslow@suntrust.com
tesmith@wellington.com
tesoreria.gruppo@bancamarche.it
tesoreria@cajadeburgos.es
tesoreria@venetobanca.it
tesposito@mandtbank.com
tess.chi@jpmorgan.com
tess.strom@towerbrook.com
tessa.mondesir@aberdeen-asset.com
tessa.thostrup@aberdeen-asset.com
tessa.vanderburgh@fandc.com
test@chemical.co.jp
test@lehman.com
test@test.com
test01@handelsbanken.se
testanisa@bernstein.com
testing@123.com
testore@finmeccanica.it
te-suzuki@ja-kyosai.or.jp
tetdan@bloomberg.net
tetsu.itou@surugabank.co.jp
tetsu.kasuga@db.com
tetsuaki.kajitani@aig.com
tetsuhiro.toomata@shinseibank.com
tetsumasa_yamamoto@tr.mufg.jp
tetsuo.iwashita@schroders.com
tetsuo_akaike@aizawa.co.jp
tetsuo_yamashita@tr.mufg.co.jp
tetsuo_yamashita@tr.mufg.jp
tetsuomi.kawabuchi@axa.co.jp
tetsuro.hanajiri@bojny.com
tetsuro.kondo@pimco.com
tetsuro_suwa@tr.mufg.jp
tetsurou.oomura@nicos.co.jp

tetsushi.nagato@schroders.com
tetsuya.akutsu@mizuhocbus.com
tetsuya.hasegawa@ufj-partners.co.jp
tetsuya.kawagishi@mizuho-cb.co.jp
tetsuya.morimoto@mizuho-cb.co.jp
tetsuya_hikino@tr.mufg.jp
tetsuya_kuwabara@tr.mufg.jp
tetsuyoshi_kubo@yamaguchibank.co.jp
tetteh@fhlb-of.com
tetupei_kanehiro@am.sumitomolife.co.jp
teurquetil@bnpparibas.com
tevans@eatonvance.com
tevnin@ustrust.com
tewarip@bernstein.com
teychunmaw@bnm.gov.my
te-yoda@ja-kyosai.or.jp
tezan@egebank.com.tr
tf@teachersfcu.org
tf16@ntrs.com
tfahey@standishmellon.com
tfallon@rentec.com
tfamigletti@griffinasset.com
tfarcomeni@iccrea.bcc.it
tfares@chicagoequity.com
tfarm@bloomberg.net
tfarouki@perrycap.com
tfarren@loomissayles.com
tfaust@eatonvance.com
tfay@worldbank.org
tfaye@fftw.com
tfbourell@wellington.com
tfelker@bloomberg.net
tfennessey@btmna.com
tferguson@bokf.com
tfernandez@bpi-gruposantander.com
tferrazzo@bci.it
tferrer@bloomberg.net
tferris@caxton.com
tfidler@arielinvestments.com
tfinch@loomissayles.com
tfink@reamsasset.com
tfinke@dlbabson.com
tfinnegan@refco.com
tfinucane@loomissayles.com

tfisher@whitneybank.com
tfitzgerald@perrycap.com
tfitzherbert@bpmny.com
tfletcher@loomissayles.com
tfletcher@russell.com
tfoote@mandtbank.com
tford@bankofny.com
tfrangione@bankofny.com
tfranklin@aegonusa.com
tfranks@tiaa-cref.org
tfrench@fmausa.com
tfu@bocusa.com
tfuhs@aegonusa.com
t-fujii@nissay.co.jp
t-fujikawa@meijiyasuda.co.jp
t-fujimoto@yasudalifeny.com
tfukui@worldbank.org
tfukushima3@bloomberg.net
tfukutani@btmna.com
tfuller@angelogordon.com
tfung@bocusa.com
tfuruya@dl.dai-ichi-life.co.jp
t-furuya@taiyo-seimei.co.jp
tfussell@kanaly.com
tfutaoka@nochubank.or.jp
tfuzesi@apollocapital.com
tg@dl.dai-ichi-life.co.jp
tgaches@accor.fr
tgage@lincap.com
tgaglia@chubb.com
tgailun@essexinvest.com
tgal@lordabbett.com
tgalbraith@bear.com
tgallagher@isigrp.com
tgalloway@westernasset.com
tgalvin@ustrust.com
tgandolfo@ambac.com
tgannon@federatedinv.com
tgarciaf@notes.banesto.es
tgarvey@lmcm.com
tgately@loomissayles.com
tgaylord1@bloomberg.net
tgeorge@worldbank.org
tghadially@uss.co.uk

tghei@ford.com
tghorayeb@cyrilfinance.com
tgibbons@bankofny.com
tgilchrist@mfs.com
tgilling@rnt.com
tgiorgio@edc-see.ca
tglaessner@worldbank.org
tgleason@nb.com
tgmckinnon@wellington.com
tgn@capgroup.com
tgoepfert@vcallc.com
tgojani@leggmason.com
tgoodger@federatedinv.com
tgordinier@vmfcapital.com
tgore@babsoncapital.com
tgosheff@troweprice.com
tgoswam@frk.com
tgr@nbim.no
tgraf@standish.com
tgraff@cavcap.com
tgraffeo@blooomberg.net
tgrande@senecacapital.com
tgrant@clamericas.com
tgray@chittenden.com
tgray@fhlb-pgh.com
tgregory@standishmellon.com
tgrier@fhlbatl.com
tgs2@ntrs.com
tguilfoile@lycos.com
tgujer@pictet.com
tgunadi@eastwestbank.com
tgurr@pershing.com
tguylay@barbnet.com
th@ennismorefunds.com
th@premierassetmanagement.com
tha.sisopha@aberdeen-asset.com
tha@nationalbanken.dk
thaag@pilgrimfunds.com
thaarmann@loomissayles.com
thad.davis@bear.com
thad_paskell@bankone.com
thagihara@mtbcusa.com
thagino@pictet.com
t-hagiwara@tmam.co.jp

thagstrom@ssrm.com
thah03@handelsbanken.se
thahn@frk.com
thaiqu@wellsfargo.com
thais.carne@andbanc.com
thaiss@bloomberg.net
thalia_meehan@putnam.com
thall@fhlbsea.com
thalle@tcwgroup.com
thallen@pacificincome.com
tham@maybank.com.my
thamchiewkit@gic.com.sg
thammarm@bot.or.th
than09@handelsbanken.se
thanassis.tjavaras@citadelgroup.com
thane.bublitz@thrivent.com
thanh.p.nguyen@jpmorgan.com
thannafin@bloomberg.net
thant.han@cazenovecapital.com
thara@dl.dai-ichi-life.co.jp
thardt@wharton.upenn.edu
thardy@allmerica.com
tharithp@bot.or.th
tharrigan@amresco.com
tharrington@rockfound.org
tharris@blackrock.com
thart@fnni.com
thart@hbk.com
tharte@tiaa-cref.org
thartlage@aegonusa.com
thartzell@kanaly.com
tharuna@nochubank.or.jp
thasan@gscpartners.com
t-hashimoto@nochubank.or.jp
thasse@us.ca-indosuez.com
thastan@hcmlp.com
thathaway@brownadvisory.com
thathaway@metlife.com
thattori@nria.com
thaug@dow.com
thayalini.mohanavel@db.com
t-hayama@nissay.co.jp
thayase1@sompo-japan.co.jp
thayer.ep@tbcam.com

thayer.swallen@tudor.com
thayere@bloomberg.net
thayner@loomissayles.com
thb@capgroup.com
thb@danskecapital.com
thea.ivanisevic@bsibank.com
thea_williams@troweprice.com
thean.hweimei@uobgroup.com
theaton@metlife.com
thedden@newstaram.com
thedlund@turnerinvestments.com
thedora.zemek@axa-im.com
theduy.nguyen@sgam.com
theeraph@bot.or.th
thefriedster@bloomberg.net
the-hung.nguyen@socgen.com
theis.nygaard@nordea.com
thellesen@jyskebank.dk
thellmer@templeton.com
theltman@nb.com
thenry@troweprice.com
thensley@sarofim.com
theo.amacher@ubs.com
theo.de.kort@nl.abnamro.com
theo.gavrilos@nab.co.uk
theo.j.vandaalen@si.shell.com
theo.kempf@cominvest-am.com
theo.linnig@hvb.de
theo.maas@fipartners.com.au
theo.meder@bdl.lu
theo.s.hadiwidjaja@jpmorgan.com
theo.tillmann@blvk.ch
theod@snwsc.com
theodor.mueller@hypovereinsbank.de
theodore.dalberti@caam.com
theodore.drury@ubs.com
theodore.feury@gm.com
theodore.hoxmeier@minnesotamutual.com
theodore.lockwood@prudential.com
theodore.z.wyman@jpmorgan.com
theodore_kuck@acml.com
theodoros.alepis@cy.bankofcyprus.com
theodoros.gikos@allianz.gr
theofana.weinreich@allfonds.de

theokraan@bloomberg.net
theres.abrahamsson@nb.se
theresa.a.demaio@jpmorgan.com
theresa.boffa@citigroup.com
theresa.egan@omam.co.uk
theresa.fennell@wellscap.com
theresa.gusman@db.com
theresa.hamacher@pioneerinvest.com
theresa.han@ubs.com
theresa.hickman@ubs.com
theresa.liu@arcafondi.it
theresa.mann@midamericabank.com
theresa.martino@barcap.com
theresa.mcmanus@bnymellon.com
theresa.pope@alliancebernstein.com
theresa.ramko@mutualofamerica.com
theresa.shaughnessy@morganstanley.com
theresa.stone@jpfinancial.com
theresa.tran@sscims.com
theresa_buckland@newton.co.uk
theresa_costigan@standardlife.com
theresa_freiss@glenmede.com
theresa_m_bacon@key.com
theresa_maurer@ssga.com
theresa_meawad@fanniemae.com
theresa_pereira@ustrust.com
theresa_tipton-fletcher@victoryconnect.com
therese.bechet@jpmorgan.com
therese.collins@lu.abnamro.com
therese.johnsen@novartis.com
therese.karlsson@robur.se
therese.larsson@swedbankrobur.se
therese.metcalf@6thaveinvest.com
therese.niklasson@threadneedle.com
therese.oswald@tudor.com
therese.schwabe@sgcib.com
therese.vu@pimco.com
therese@bok.or.kr
therkil.petersen@fibimail.co.il
thet@danskeinvest.com
theysse@dsaco.com
thh.tr@adia.ae
thh@capgroup.com
thh@nbim.no

thhans@statoilhydro.com
thian.chew@gs.com
thias@bloomberg.net
thiaw.a@tbcam.com
thibaud.devitry@axa-im.com
thibaud.gogny-goubert@bnpparibas.com
thibaud.halewyck@ubs.com
thibaud.valette@lbb.de
thibault.amand@db.com
thibault.deletraz@dresdner-bank.ch
thibault.hautier@total.com
thibaut.declerck@bnpparibas.com
thibaut.federici@creditfoncier.fr
thibaut.ferret@axa-im.com
thibaut.pizenberg@asbai.com
thibaut.rutsaert@dexia-am.com
thibodeaub@aetna.com
thiebaud@bridport.ch
thiel.richard@commerzbank.com
thieme.d@tbcam.com
thien-bac.tu@credit-suisse.com
thierry.albrand@alcatel.fr
thierry.bechu@sgam.com
thierry.bensoussan@sgam.com
thierry.blais@labanquepostale-am.fr
thierry.bloch@dreyfusbank.ch
thierry.bochud@nestle.com
thierry.bourgain@ing-im.fr
thierry.boutin@aam.de
thierry.charlier@fortisinvestments.com
thierry.collard@sanpaoloam.lu
thierry.coste@caam.com
thierry.creno@bnpparibas.com
thierry.darmon@caam.com
thierry.demolder@riyadbank.com
thierry.deraeck@fortis.com
thierry.de-rycke@barep.com
thierry.deslarzes@bcge.ch
thierry.dufour@creditfoncier.fr
thierry.dumait@socgen.com
thierry.elias@nyc.nxbp.com
thierry.favre@bcv.ch
thierry.kammerer@lodh.com
thierry.lambert@bcv.ch

thierry.lambrechts@proximus.net
thierry.le-gall@bred.fr
thierry.levalois@exane.com
thierry.levrat@credit-suisse.com
thierry.logier@cail.lu
thierry.malka@bnpparibas.com
thierry.martinez@sgam.com
thierry.mirabel@sgam.com
thierry.misamer@frankfurt-trust.de
thierry.misson@citicorp.com
thierry.moulin@sgam.com
thierry.nardozi@sgam.com
thierry.ormiere@caam.com
thierry.plaine@caam.com
thierry.ralet@nestle.com
thierry.reymond@bcv.ch
thierry.rigaudiere@banque-bpsd.fr
thierry.rojat@bnpparibas.com
thierry.royer@usinor.com
thierry.sarles@cpr-am.fr
thierry.sebton@uk.calyon.com
thierry.serres@hsbcpb.com
thierry.simon@creditlyonnais.fr
thierry.soma@cfm.mc
thierry.taglione@uk.fid-intl.com
thierry.vidal@axa-im.com
thierry_iniguez@ssga.com
thierry_nardon@westlb.de
thierrydiana@bloomberg.net
thiery.borstlap@dexia-am.com
thiggins@payden-rygel.com
thiguchi@dl.dai-ichi-life.co.jp
thihien.nguyen-khac@nordea.com
thikida@sompo-japan.co.jp
t-hikino@taiyo-seimei.co.jp
thillairajah@fhlb-of.com
thilo.kusch@telekom.de
thilo.reichert@lbb.lu
thilo.rossberg@lbbw.de
thilo.schwiezer@commerzbankib.com
thilo.siekmann@commerzbank.com
thilo.theilen@telekom.de
thiltner@provbank.com
thines@princeton.edu

think@soros.com
thinnerskov@gr.dk
thinze@voyageur.net
thio.boonkiat@uobgroup.com
thipple@lordabbett.com
thirachp@bot.or.th
t-hirao@taiyo-seimei.co.jp
thirao@tudor.com
thirdpartyteam@mellon.com
thjomoe@statoil.com
thjr@danskebank.dk
thk@publicbank.com.my
thkim@jennison.com
thl@cgii.com
thlang@sierraglobal.com
tho.nguyen@db.com
tho@metlife.com
thoang@turnerinvestments.com
thoefakker@aegon.nl
thoelem@stifel.com
thoey@ofii.com
thoffmann@bloomberg.net
thogan@rwbaird.com
tholc@ocbc.com.sg
thollingworth@anchorcapital.com
tholoor.t@arig.com.bh
thom.gascoigne@ubs.com
thomas.a.klitbo@jyskebank.dk
thomas.adler@cominvest.de
thomas.aebli@juliusbaer.com
thomas.agus@cba.com.au
thomas.alamalhoda@bnpparibas.com
thomas.albrecht@csam.com
thomas.amrein@credit-suisse.com
thomas.andersson@brummer.se
thomas.andreas@bhf-bank.com
thomas.angermann@ubs.com
thomas.arendt@corealcredit.de
thomas.aust@ge.com
thomas.b.sheridan@dartmouth.edu
thomas.b.white@csam.com
thomas.bachmeier@blb.de
thomas.baechtold@juliusbaer.com
thomas.ballent@harrisbank.com

thomas.barrett@ubs.com
thomas.bauer@claridenleu.com
thomas.bauer@lbbw.de
thomas.bayerl@hsh-nordbank.co.uk
thomas.beckman@swedbank.com
thomas.bellone@wellsfargo.com
thomas.belsham@bankofengland.co.uk
thomas.benders@ing.com
thomas.benesch@ba-ca.com
thomas.bengtson@seb.se
thomas.bennett@morganstanley.com
thomas.berger@csam.com
thomas.berglund@if.se
thomas.bernard@lri.lu
thomas.berner@ubs.com
thomas.bernert@ingdirect.nl
thomas.berry@nuveen.com
thomas.besteher@hsh-nordbank.com
thomas.binz@bayermaterialscience.com
thomas.biscardi@blackrock.com
thomas.block@compassbnk.com
thomas.blondel@cardif.fr
thomas.blondin@fortisbank.com
thomas.blum@ikb.de
thomas.blum@schmidtbank.de
thomas.bobek@sparinvest.com
thomas.body@nordlb.lu
thomas.boger@db.com
thomas.borah@ubs.com
thomas.boss@hsh-nordbank.com
thomas.brady@drkw.com
thomas.branczyk@hsh-nordbank.co.uk
thomas.bremer@hypovereinsbank.de
thomas.brenier@lazard.fr
thomas.brenner@bayernlb.de
thomas.bretzger@hvb.de
thomas.broschek@lrp.de
thomas.brown@schwab.com
thomas.browne@opcap.com
thomas.bruckner@hypointernational.com
thomas.bruhin@zkb.ch
thomas.bucher@db.com
thomas.buell@moorecap.com
thomas.burghardt@fmr.com

thomas.buri@vontobel.ch
thomas.burian@ba-ca.com
thomas.burri@vontobel.ch
thomas.burroughs@barclaysglobal.com
thomas.byrne@gecapital.com
thomas.c.kaufmann@credit-suisse.com
thomas.caflisch@juliusbaer.com
thomas.callan@blackrock.com
thomas.chang@prudential.com
thomas.chellew@lloydstsb.co.uk
thomas.chidester@ge.com
thomas.cho@sl-am.com
thomas.christen@sarasin.ch
thomas.christian.schulz@dekabank.de
thomas.chu@db.com
thomas.cirino@fmr.com
thomas.cloutier@phxinv.com
thomas.cohrs@hvb.de
thomas.cole@ubs.com
thomas.collins@corporate.ge.com
thomas.colvin@wamu.net
thomas.combarel@dexiamfr-dexia.com
thomas.cotts@bailliegifford.com
thomas.coudert@axa-im.com
thomas.coughlin@fmr.com
thomas.coutts@bailliegifford.com
thomas.craven@aig.com
thomas.curtin@kofc.org
thomas.d.novak@chase.com
thomas.dachille@citigroup.com
thomas.dantonio@nyc.rabobank.c
thomas.delpiaz@wpginvest.com
thomas.demarco@fidelity.com
thomas.dempsey@glgpartners.com
thomas.deprez@dexia.be
thomas.dewner@db.com
thomas.didia@prudential.com
thomas.dieterle@lbbw.de
thomas.digenan@ubs.com
thomas.dillman@mutualofamerica.com
thomas.dissen@lloydstsb.co.uk
thomas.doerner@citigroup.com
thomas.dolan@abnamro.com
thomas.domenig@zkb.ch

thomas.donnelly@shinseibank.co.jp
thomas.downey@blackrock.com
thomas.dubach@rmf.ch
thomas.durlach@lrp.de
thomas.dzaack@bhf-bank.com
thomas.dzaack@deka.de
thomas.dzakowic@bmo.com
thomas.dzwil@lazard.com
thomas.ebben@thyssenkrupp.com
thomas.ebel@lbbw.de
thomas.ebeling@novartis.com
thomas.einramhof@erstebank.at
thomas.eitzen@seb.no
thomas.ekert@ssmb.com
thomas.ellis@nuveen.com
thomas.emmert@dzbank.de
thomas.etzel@bhf-bank.com
thomas.ewing@uk.fid-intl.com
thomas.faeh@claridenleu.com
thomas.fallon@fpconsult.gbank.com
thomas.fant@msdw.com
thomas.farina@db.com
thomas.farrell@boigm.com
thomas.fechner@kzvk.de
thomas.fedier@infidar.ch
thomas.fenlon@morganstanley.com
thomas.fennessey@uk.mufg.jp
thomas.feurer@zkb.ch
thomas.fichtinger@oenb.co.at
thomas.fink@sl-am.com
thomas.finkenzeller@pimco.com
thomas.fischer@blb.de
thomas.flaherty@aberdeen-asset.com
thomas.flannery@credit-suisse.com
thomas.flannery@csam.com
thomas.fleckenstein@cominvest-am.com
thomas.fletcher@fmr.com
thomas.flothen@bve.ch
thomas.fluegel@test.com
thomas.flury@ubs.com
thomas.fraenkel-thonet@uk.fid-intl.com
thomas.frame@morganstanley.com
thomas.frazier@global-infra.com
thomas.fredericks@us.rbcds.com

thomas.freeman@swib.state.wi.us
thomas.frei@claridenleu.com
thomas.frey@pasche.ch
thomas.friedrichs@commerzbank.com
thomas.frings@lri.lu
thomas.frischknecht@claridenleu.com
thomas.frost@cibc.co.uk
thomas.funk@juliusbaer.com
thomas.furey@us.hsbc.com
thomas.g.hauser@jpmorgan.com
thomas.gadenne@calyon.com
thomas.gaylord@columbiamanagement.com
thomas.geel@lgt.com
thomas.gehlen@dzi.lu
thomas.geier@helaba.de
thomas.geiser@sparkassenversicherung.de
thomas.gerber@cominvest-am.com
thomas.gerhardt@dws.com
thomas.germann@zkb.ch
thomas.giger@lgt.com
thomas.gilotte@caam.com
thomas.giquel@caam.com
thomas.girard@robecousa.com
thomas.gispert@commerzbankib.com
thomas.glynn@hyporealestate.com
thomas.goedel@lrp.de
thomas.goldthorpe@gs.com
thomas.gregg@schwab.com
thomas.gruenenfelder@juliusbaer.com
thomas.guetle@aam.de
thomas.gunderson1@fafadvisors.com
thomas.gurbach@nationalcity.com
thomas.gut@ubs.com
thomas.h.mulligan@jpmorgan.com
thomas.haag@ubs.com
thomas.hackl@bawag.com
thomas.haerter@swisscanto.ch
thomas.hammond@fmr.com
thomas.handte@cominvest-am.com
thomas.hansen@westernasset.com
thomas.hanzel@dresdner-bank.com
thomas.hartmann@blb.de
thomas.hasmann@pharma.novartis.com
thomas.hayes@citadelgroup.com

thomas.hayes@iac.com
thomas.heavron@thehartford.com
thomas.heckel@bnpparibas.com
thomas.heib@cominvest-am.com
thomas.heil@bhf-bank.com
thomas.heinrich@aam.de
thomas.henke@gs.com
thomas.henningsen@hsh-nordbank.com
thomas.henry@pncbank.com
thomas.hense@fmr.com
thomas.heppel@lodh.com
thomas.hermann@pncbank.com
thomas.herrmann@bw-bank.de
thomas.herrmann@credit-suisse.com
thomas.herzog@ubs.com
thomas.hesse@bertelsmann.de
thomas.hewett@morganstanley.com
thomas.hoare@chase.com
thomas.hochstrasser@juliusbaer.com
thomas.hoefer@db.com
thomas.hoefermann@nordlb.de
thomas.hoehenleiter@frankfurt-trust.de
thomas.hofer@schoellerbank.at
thomas.hogan@opcap.com
thomas.holl@blackrock.com
thomas.hoo@db.com
thomas.houghton@advantuscapital.com
thomas.humml@deka.de
thomas.hunziker@vontobel.ch
thomas.hutter@lgt.com
thomas.hynes@db.com
thomas.imhasly@csfs.com
thomas.inderwildi@efv.admin.ch
thomas.ineke@ubs.com
thomas.isler@sl-am.com
thomas.j.schmidt@schmidtbank.de
thomas.jackson@ingfunds.com
thomas.jalics@nationalcity.com
thomas.joekel@union-investment.de
thomas.johansen@fandc.com
thomas.jondeau@axa-im.com
thomas.jonk@statestreetnl.com
thomas.jost@postbank.de
thomas.jucker@credit-suisse.com

thomas.kallberg@gmam.com
thomas.kaltwasser@dzbank.de
thomas.karlsson@swedbankrobur.se
thomas.kasa@moorecap.com
thomas.kaufmann@yale.edu
thomas.keene@thehartford.com
thomas.keir@bapensions.com
thomas.keith@westlb.lu
thomas.keller@pop.lbbw.de
thomas.keller@rmf.ch
thomas.keller@zkb.ch
thomas.kellner@pioneerinvestments.at
thomas.kennedy@nwa.com
thomas.kennedy@thehartford.com
thomas.kertsos@fmr.com
thomas.kettern@dzbank.de
thomas.kiernan@pnc.com
thomas.kieselstein@union-panagora.de
thomas.kirchherr@ids.allianz.com
thomas.klein@kskbb.de
thomas.knigge@dbi.de
thomas.koerfgen@sebam.de
thomas.koerfgen@seb-invest.de
thomas.kolimago@blackrock.com
thomas.kollath@dzbank.de
thomas.kolle@allfonds.de
thomas.koller@dresdner-bank.com
thomas.konanz@vbl.de
thomas.kopkash@sscims.com
thomas.korhammer@rcm.at
thomas.korossy@kbcfp.com
thomas.kraus@bawag.com
thomas.kreitmeier@hvb.de
thomas.kressin@de.pimco.com
thomas.kronzer@ge.com
thomas.krotz@ids.allianz.com
thomas.kruemmel@ubs.com
thomas.krum@ch.abb.com
thomas.kuehn@lbb.de
thomas.kuhlmann@usbank.com
thomas.kundegraber@ba-ca.com
thomas.kursawe@hypovereinsbank.com
thomas.kurzmann@allianzgi.de
thomas.kwong@westernasset.com

thomas.lachmann@ui-gmbh.de
thomas.ladefoged@nordea.com
thomas.lally@ubsw.com
thomas.lammer@lukb.ch
thomas.lange@cominvest-am.com
thomas.langer@dresdner-bank.lu
thomas.lapeyre@caam.com
thomas.larkin@transamerica.com
thomas.larsson@sparbankenikarlshamn.se
thomas.layton@raymondjames.com
thomas.leah@citi.com
thomas.leidenberger@lbbw.de
thomas.leidenroth@credit-suisse.de
thomas.leitner@baloise.ch
thomas.leopold@allfonds-bkg.de
thomas.lestin@volvo.com
thomas.lettenberger@columbiamanagement.com
thomas.lettenberger@harrisbank.com
thomas.lewis@harrisbank.com
thomas.liebe@nordlb.de
thomas.liebi@claridenleu.com
thomas.lindquist@nordea.com
thomas.link@essenhyp.com
thomas.liskamm@dresdner-bank.com
thomas.liu@bis.org
thomas.locher@ubs.com
thomas.lonnerstam@danskebank.com
thomas.lonnerstam@seb.se
thomas.looschen@t-systems.com
thomas.lotterer@lbbw.de
thomas.lund@seb.co.uk
thomas.lusetti@vpbank.com
thomas.luthardt@commerzbank.com
thomas.lyon@tcw.com
thomas.m.hynes@db.com
thomas.m.jadlos@citigroup.com
thomas.m.le@jpmorgan.com
thomas.m.luddy@jpmorgan.com
thomas.maag@swissfirst.ch
thomas.machowski@morganstanley.com
thomas.maier@claridenleu.com
thomas.marek@postbank.de
thomas.marshall@transamerica.com
thomas.marty@mobi.ch

thomas.marx@aig.com
thomas.matter@swissfirst.ch
thomas.mauceri@mackayshields.com
thomas.maul@sachsenlb.de
thomas.maurer@vontobel.ch
thomas.mcconville@raymondjames.com
thomas.mcfarren@barclaysglobal.com
thomas.mckelvey@ubs.com
thomas.mckeon@dnbnor.com
thomas.mcnicholas@gecapital.com
thomas.meissner@weberbank.de
thomas.melcher@pnc.com
thomas.melvin@baring-asset.com
thomas.melvin@mackayshields.com
thomas.mertens@oppenheim.de
thomas.merz@postbank.de
thomas.middendorf@wbm-am.de
thomas.miele@ssmb.com
thomas.mielke@first-privat.de
thomas.miller@lazard.com
thomas.miller@westernasset.com
thomas.mills@invesco.com
thomas.minkowicz@janus.com
thomas.mittag@dresdner-bank.com
thomas.mockler@corporate.ge.com
thomas.monico@lazard.com
thomas.morck@bundesbank.de
thomas.murphy@bbh.com
thomas.musmanno@blackrock.com
thomas.n.davis@jpmorgan.com
thomas.neemann@lampebank.de
thomas.neidhardt@rzb.at
thomas.neisse@deka.de
thomas.nellen@zkb.ch
thomas.ng@ge.com
thomas.nieliwocki@gecapital.com
thomas.nienaber@moorecap.co.uk
thomas.nilsson@brummer.se
thomas.noack@westam.com
thomas.norrby@moorecap.com
thomas.nugent@bnymellon.com
thomas.nummer@adig.lu
thomas.nyegaard@fandc.com
thomas.obrien@depfa.com

thomas.obrien@pncbank.com
thomas.oconnor@wellsfargo.com
thomas.oehmler@huntington.com
thomas.o-keefe@db.com
thomas.olbrich@oppenheim.de
thomas.o'malley@nationalcity.com
thomas.oneil@ironoakadvisors.com
thomas.oposich@sparinvest.com
thomas.orourke@blackrock.com
thomas.orthen@de.rcm.com
thomas.oshea@augutus.co.uk
thomas.otbo@northseacapital.com
thomas.palmblad@puilaetco.com
thomas.paul@lbbw.de
thomas.pedersen@gs.com
thomas.perez@csam.com
thomas.pergande@aramea-ag.de
thomas.perrera@citigroup.com
thomas.petermann@juliusbaer.com
thomas.pethofer@gerling.de
thomas.petschnigg@db.com
thomas.philipp@hauck-aufhaeuser.de
thomas.picciochi@db.com
thomas.pietrobelli@barclayscapital.com
thomas.pohl@helaba.de
thomas.pohontsch@sachsenlb.de
thomas.policzer@oenb.at
thomas.poskin@pncbank.com
thomas.poullaouec@bnpparibas.com
thomas.pozios@cidatelgroup.com
thomas.prangley@ubs.com
thomas.preite@db.com
thomas.puetter@allianz.de
thomas.r.lebertre@jpmorgan.com
thomas.radinger@pioneerinvestments.com
thomas.rauch@ba-ca.com
thomas.reese@thehartford.com
thomas.rennemann@ubs.com
thomas.rentschler@bmwgroup.com
thomas.ridder@dzbank.de
thomas.ringkvist@ohman.se
thomas.riordan@us.hsbc.com
thomas.roglieri@prudential.com
thomas.rosenmayr@amg.co.at

thomas.rosmanitz@ba-ca.com
thomas.ruf@devif.de
thomas.russo@jpmorgan.com
thomas.rustici@ubs.com
thomas.ruthner@bawag.com
thomas.sabram@alliancebernstein.com
thomas.saladin@ubs.com
thomas.saltiel@lloydstsb.co.uk
thomas.salvia@rabobank.com
thomas.sandbulte@commercebank.com
thomas.sanford@moorecap.com
thomas.saulnier@lodh.com
thomas.schaad@sl-am.com
thomas.schaniel@credit-suisse.com
thomas.schatzmann@art-allianz.ch
thomas.schaufler@erstebank.at
thomas.schiess@cs.com
thomas.schirmer@ikb-cam.de
thomas.schmidlin@claridenleu.com
thomas.schmidt@cbve.com
thomas.schmidt@lbbw.de
thomas.schmiegel@devif.de
thomas.schopper@rzb.at
thomas.schreier@fafadvisors.com
thomas.schreiner@dzbank.de
thomas.schroe06@bhf-bank.com
thomas.schudel@claridenleu.com
thomas.schultz@dresdner-bank.lu
thomas.schumbert@dzbank.de
thomas.seifert@hvb.de
thomas.semadeni@lgt.com
thomas.seppi@db.com
thomas.seulnier@lodh.com
thomas.shine@bancaintesa.it
thomas.siedler@hvbeurope.com
thomas.siegel@hypointernational.com
thomas.simar@ingim.com
thomas.skill@helaba.de
thomas.skrapits@daiwausa.com
thomas.slater@bailliegifford.com
thomas.smith@bankofengland.co.uk
thomas.socha@alliancecapital.com
thomas.sommer@at.bacai.com
thomas.sorensen@nordea.com

thomas.soudan@db.com
thomas.soviero@fmr.com
thomas.spalding@nuveen.com
thomas.spiegel@daiwausa.com
thomas.spitz@ca-indosuez.com
thomas.sponholtz@barclaysglobal.com
thomas.sprey@allianzgi.de
thomas.staats@deutsche-hypo.de
thomas.stawicki@bbh.com
thomas.steffens@blackrock.com
thomas.steinemann@vontobel.ch
thomas.stengl@postbank.de
thomas.stephan@dit.de
thomas.stephens@citadelgroup.com
thomas.stocker@ubs.com
thomas.stockmann@postbank.lu
thomas.stoeckli@claridenleu.com
thomas.stoll@mbczh.ch
thomas.stollenwerk@db.com
thomas.stucki@hyposwiss.ch
thomas.stucki@snb.com
thomas.sturzenegger@juliusbaer.com
thomas.sumpster@glgpartners.com
thomas.swaney@morganstanley.com
thomas.sweeney@db.com
thomas.tan@barclayscapital.com
thomas.tangen@dnbnor.no
thomas.thieken@bayernlb.com
thomas.thirouin@labanquepostale-am.fr
thomas.tilse@cominvest-am.com
thomas.to@asia.bnpparibas.com
thomas.toerpe@associatedbank.com
thomas.tomchak@db.com
thomas.trauth@credit-suisse.com
thomas.troeger@dekabank.de
thomas.twiggs@citadelgroup.com
thomas.unterberger@claridenleu.com
thomas.uutala@micorp.com
thomas.v.wallace@morganstanley.com
thomas.vanck@db.com
thomas.van-der-meulen@ubs.com
thomas.vecchione@prudential.com
thomas.veillet@ubs.com
thomas.vestweber@credit-suisse.com

thomas.viola@ubs.com
thomas.vocke@lbbw.de
thomas.voges@allianzgi.com
thomas.vogg@ids.allianz.com
thomas.vonrohr@juliusbaer.com
thomas.vorlaufer@nl.abnamro.com
thomas.w.aust@citigroup.com
thomas.w.aust@jpmorgan.com
thomas.w.cotter@aibbny.ie
thomas.w.fiske@verizon.com
thomas.wacker@ubs.com
thomas.waehli@credit-suisse.com
thomas.walser@csam.com
thomas.walz@kskbb.de
thomas.wanger@llb.li
thomas.waters@bbh.com
thomas.watter@swisscanto.ch
thomas.weckemann@dresdner-bank.ch
thomas.weidmann@helaba.de
thomas.weigl@ids.allianz.com
thomas.werbinski@schwab.com
thomas.werkle@blb.de
thomas.werndl@dekabank.de
thomas.west@columbiamanagement.com
thomas.westerlund@nokia.com
thomas.westermann@ecb.int
thomas.wieneke@db.com
thomas.wiesner@hauck-aufhaeuser.de
thomas.wightman@ers.state.tx.us
thomas.wille@vpbank.com
thomas.williams@sscims.com
thomas.wilson@pncadvisors.com
thomas.winkler@abnamro.com
thomas.winterholler@wwk.de
thomas.wintertoller@bhf-bank.com
thomas.woelwer@ikb-cam.de
thomas.wollner@schmidtbank.de
thomas.wong@nylim.com
thomas.wren@mbna.com
thomas.x.buckingham@jpmorgan.com
thomas.x.charlet@jpmorgan.com
thomas.yeung@hk.caam.com
thomas.zbinden@swisscanto.ch
thomas.zengeler@ruv.de

thomas.zimmerer@dit.de
thomas.zollinger@ruedblass.ch
thomas.zorab@mbna.com
thomas.zottner@alliancebernstein.com
thomas.zwilling@aareal-bank.com
thomas@bessemer.com
thomas@hsaml.com
thomas@pimco.com
thomas_a_benson@bankone.com
thomas_a_lawler@fanniemae.com
thomas_appleton@ustrust.com
thomas_arrington@ustrust.com
thomas_ashton@ustrust.com
thomas_beevers@newton.co.uk
thomas_brennecke@ustrust.com
thomas_cahill@gmacm.com
thomas_chi@ml.com
thomas_connolly@ustrust.com
thomas_davis@conseco.com
thomas_distefano@ssga.com
thomas_dunn@ml.com
thomas_e_kirkenmeier@notes.ntrs.com
thomas_elliott@ml.com
thomas_esposito@hvbamericas.com
thomas_ewald@invesco.com
thomas_farmakis@swissre.com
thomas_flynn@freddiemac.com
thomas_fuqua@freddiemac.com
thomas_gaylord@ssga.com
thomas_girard@nylim.com
thomas_graf@swissre.com
thomas_guarini@ssga.com
thomas_h_loeffler@fleet.com
thomas_harner@troweprice.com
thomas_haubenstricker@nyl.com
thomas_i_poz@bankone.com
thomas_irwin@westlb.com
thomas_j_bebej@am.fcnbd.com
thomas_kayola@ssga.com
thomas_kelly@ssga.com
thomas_kennelly@ssga.com
thomas_knoff@nylim.com
thomas_lefebvre@dpimc.com
thomas_mann@bloomberg.net

thomas_mattinson@gmaccm.com
thomas_mcardle@nylim.com
thomas_mcdonagh@calpers.ca.gov
thomas_mcnulty@fleet.com
thomas_michel@swissre.com
thomas_moore@standardlife.com
thomas_mowat@hvbcreditadvisors.com
thomas_murdock@prusec.com
thomas_n_kovacevich@keybank.com
thomas_p_lynch@vanguard.com
thomas_perks@vanguard.com
thomas_phame@ml.com
thomas_piontek@freddiemac.com
thomas_rahman@standardlife.com
thomas_reh@westlb.de
thomas_rogowski@ustrust.com
thomas_rothenberger@swissre.com
thomas_rubbert@hvbamericas.com
thomas_schaub@swissre.com
thomas_schrebel@westlb.com
thomas_sculley@hvbamericas.com
thomas_sherry@ssga.com
thomas_spratt@troweprice.com
thomas_stolberg@ssga.com
thomas_telford@americancentury.com
thomas_uutala@victoryconnect.com
thomas_vaiana@americancentury.com
thomas_w_thaler@fleet.com
thomas_watson@troweprice.com
thomas_weigle@fanniemae.com
thomas_wong@invesco.com
thomasa@hp.com
thomas-c.boyle@db.com
thomas-g.winkler@telekom.de
thomasg@highbridge.com
thomas-georg.hasenboehler@ubs.com
thomas-gerhard.huber@ubs.com
thomas-j.davis@db.com
thomaslee@bankofny.com
thomasliao@cathaylife.com.tw
thomasm@mcm.com
thomas-markus.oesch@ubs.com
thomas-p.schuessler@dws.de
thomasread@chinatrustusa.com

thomass@jwseligman.com
thomas-t.butler@ubs.com
thomas-zd.mueller@ubs.com
thomaz@lycos.co.kr
thompson@daiwa-ny.com
thompson_astrid@gsb.stanford.edu
thompson_lynn@fsba.state.fl.us
thompss4@nationwide.com
thomsen.troy@principal.com
thomsent@columbiafunds.com
thomson.c.h.cheung@hsbcpb.com
thomson.scott@nomura-asset.com
thomy.zuend@rbscoutts.com
thon.huijser@rabobank.com
thone.gdovin@gwl.com
thong.nguyen@credit-suisse.com
thonychen@cmbchina.com
thor.skaret@seb.se
thorarinn.petursson@sedlabanki.is
thorben.hakanson@commerzbank.com
thorben.kremers@lbbw.de
thorben.luethge@dzbank.de
thorben.luethge@hsh-nordbank.com
thorben.sangkuhl@dghyp.de
thorkan@divinv.net
thorne.gregory@capmark.funb.com
thorne.gregory@funb.com
thornton.ma@mellon.com
thorre.sauer@commerzbankib.com
thorstein.vrolijk@rabobank.com
thorsteinn.jonsson@deutsche-hypo.de
thorsten.albrecht@devif.de
thorsten.balla@haspa.de
thorsten.becker@fmr.com
thorsten.dueser@csadvisorypartners.com
thorsten.engelmann@dws.com
thorsten.erbelding@graffenried-bank.ch
thorsten.guse@ruv.de
thorsten.heidt@commerzbank.com
thorsten.hock@zkb.ch
thorsten.hotz@apobank.de
thorsten.knoth@barcap.com
thorsten.koch@sebam.de
thorsten.komm@hsh-nordbank.com

thorsten.kraemer@lrp.de
thorsten.kuechler@deka.de
thorsten.kuechler@rahnbodmer.ch
thorsten.malter@deka.de
thorsten.mehltretter@bhf-bank.com
thorsten.muff@union-panagora.de
thorsten.nagel@db.com
thorsten.neumann@union-investment.de
thorsten.palinkas@mhcb.co.uk
thorsten.polleit@barcap.com
thorsten.rieper@hsh-nordbank.com
thorsten.ruehl@deka.de
thorsten.ruelle@drkw.com
thorsten.runde@amgam.de
thorsten.runde@hsbctrinkaus.de
thorsten.salmikeit@db.com
thorsten.schilling@sebam.de
thorsten.suder@thehartford.com
thorsten.urban@rentenbank.de
thorsten.weinelt@hvb.de
thorsten.winkelmann@allianzgi.de
thorsten.woelbern@ampegagerling.de
thorsten_kanzler@westlb.de
thoshino@sakura.co.uk
thosono@nts.ricoh.co.jp
thowanger@pershing.com
thowe@sfim.co.uk
thowes@bloomberg.net
thowey@loomissayles.com
thoye@unumprovident.com
thp@americancentury.com
thp@bankinvest.dk
thre02@handelsbanken.se
threlfall.r@tbcam.com
ths@bankinvest.dk
ths@ubp.ch
thsc@danskecapital.com
thschneider@bloomberg.net
thschneider@union-investment.de
thsung@kdb.co.kr
tht@bankinvest.dk
thuang@bear.com
thuang@essexinvest.com
thuang@hcmlp.com

thuber@troweprice.com
thudson@lordabbett.com
thuggins@eatonvance.com
thughes@bayharbour.com
thu-ha.chow@aberdeen-asset.com
thull@utsystem.edu
thunelius.j@dreyfus.com
thunt@eagleglobal.com
thunter@libertyview.com
thurlburt@lordabbett.com
thushara_therrien@fanniemae.com
thussain@us.mufg.jp
thutchinson@bloomberg.net
thutfilz@angelogordon.con
thu-uyen_nguyen@ml.com
thuy.cellini@pacificlife.com
thuy.doan@uk.bnpparibas.com
thuy.pham@pimco.com
thuyquynh.dang@barclayswealth.com
thv.na@adia.ae
thv@bankinvest.dk
thybo@tbgmc.com
thyett@fandc.co.uk
thyge@bloomberg.net
thymis.carolides@bnpparibas.com
tiago.miguel.santos@bancobpi.pt
tiago.requeijo@inginvestment.com
tiago.santos@cgd.pt
tian.mu@inginvestment.com
tian.q.chen@halbis.com
tiarra.webber@firstmidwest.com
tib@nbim.no
tibor.szikszai@barclaysglobal.com
t-ichibagase@taiyo-seimei.co.jp
tidweltj@oge.com
tiedwards@fdic.gov
tiemo.wesseling@bng.nl
tien.sanlucas@aiminvestments.com
tiend@bloomberg.net
tiendoe@gic.com.sg
tietz.rob@principal.com
tieu-my_nguyen@countrywide.com
tiffanie.wong@wellscap.com
tiffany.fleming@prudential.com

tiffany.hayden@tcw.com
tiffany.hewlin@alliancebernstein.com
tiffany.lam@ubs.com
tiffany.stallings@db.com
tiffany.tian@aig.com
tiffany.w.tai@dartmouth.edu
tiffany.ying@sgcib.com
tiffany.zahas@columbiamanagement.com
tiffany@caxtonrvh.com
tiffany_rockette@asc.aon.com
tifflin@stanford.edu
tifkuo1@bloomberg.net
tige.stading@fmr.com
tiger5@scsb.com.tw
tigeroptionusers@lehman.com
tihiro_uematu@am.sumitomolife.co.jp
tihowe@lehman.com
tiino@us.mufg.jp
tiki@uk.danskebank.com
tilak.silva@alliancebernstein.com
tilde.tosetti@capitalia-am.com
till.bechtolsheimer@ubs.com
till.heimlich@glgpartners.com
till.menges@bayernlb.de
till.schneider@bhf-bank.com
tillit.j@rothschild-cie.fr
tillmann.fabry@dekabank.de
tilly.steinbeck@swib.state.wi.us
tilmann.kuhfuss@hsh-nordbank.com
tilmann.kuhsuss@hsh-nordbank.com
tilo.andreas.wannow@frankfurt-trust.de
tilo.brauer@pioneerinvestments.com
tilsond@bloomberg.net
tilsonj1@nationwide.com
tim.abbott@highbridge.com
tim.adler@jpmorgan.com
tim.anderson@columbiamanagement.com
tim.antrobus@morganstanley.com
tim.ashley@bg-group.com
tim.bailey@citadelgroup.com
tim.bailey@jpmorgan.com
tim.ball@abnamro.com
tim.barber@huntington.com
tim.barker@morleyfm.com

tim.barker@rothschild.com.au
tim.beaven@lgim.co.uk
tim.bending@bbg.co.uk
tim.beyer@aiminvestments.com
tim.biggs@inginvestment.com
tim.breedon@lgim.co.uk
tim.brown@db.com
tim.bruenjes@db.com
tim.burge@allianzcornhill.co.uk
tim.butcher@swipartnership.co.uk
tim.callaghan@gartmore.com
tim.campbell@bailliegifford.com
tim.campion@aig.com
tim.carfi@ge.com
tim.cassels@sterlingsavings.com
tim.clemmey@ahliunited.com
tim.cohen@fmr.com
tim.cooke@credit-suisse.com
tim.covington@mortgage.wellsfargo.com
tim.craigen@threadneedle.co.uk
tim.crannis@gs.com
tim.curran@morgankeegan.com
tim.despain@halliburton.com
tim.dickson@swip.com
tim.dowd@baring-asset.com
tim.dowling@roggeglobal.com
tim.dulaney@do.treas.gov
tim.duncker@gs.com
tim.dunlop@gmacrfc.com
tim.edmonstone@btfinancialgroup.com
tim.ellerton@morganstanley.com
tim.everist@anz.com
tim.fahey@fmr.com
tim.fetten@prudential.com
tim.foley@pioneerinvest.com
tim.foord@barclaysglobal.com
tim.frankenheim@westam.com
tim.freuer-junghans@dws.com
tim.friebertshaeuser@db.com
tim.fritzenwalder@dbla.com
tim.geissler@rlb-noe.raiffeisen.at
tim.george@bailliegifford.com
tim.gill@citadelgroup.com
tim.gill@fmr.com

tim.gittos@exane.com
tim.gorle@ubs.com
tim.gough@hsbcam.com
tim.grant@aig.com
tim.haaf@de.pimco.com
tim.harenberg@db.com
tim.harris3@morleyfm.com
tim.harth@bbh.com
tim.hartshorn@fmr.com
tim.haywood@augustus.co.uk
tim.heaney@phxinv.com
tim.heffernan@fmr.com
tim.hennig@micorp.com
tim.hogan@fidelity.com
tim.hurst@lgim.co.uk
tim.huyck@fmr.com
tim.j.emmott@aib.ie
tim.jaenecke@ubs.com
tim.jaksland@nordea.com
tim.jarka@thehartford.com
tim.jones@trs.state.tx.us
tim.kelly@hcmny.com
tim.kerr@53.com
tim.keyes@gecas.com
tim.kitt@mortgage.wellsfargo.com
tim.kominiarek@ppmamerica.com
tim.l.musik@wellsfargo.com
tim.lange@henkel.com
tim.lemmon@wamu.net
tim.li@bankofamerica.com
tim.lindvall@aig.com
tim.lucas@morleyfm.com
tim.lueninghoener@commerzbankib.com
tim.m.cahill@aib.ie
tim.macdonald@hsbcam.com
tim.macek@ubsw.com
tim.madraimov@jpmorgan.com
tim.madsen@nordea.com
tim.mankus@wellsfargo.com
tim.mann@lgim.co.uk
tim.martin@blackrock.com
tim.mccarron@uk.fid-intl.com
tim.mccarthy@alliancebernstein.com
tim.mccaughey@nab.com.au

tim.mccrady@inginvestment.com
tim.mckenzie@glgpartners.com
tim.mcleod@barclaysglobal.com
tim.medland@glgpartners.com
tim.mills@nationwide.co.uk
tim.monahan@sunlife.com
tim.moore@aiminvestments.com
tim.morris@morganstanley.com
tim.mueller1@zkb.ch
tim.mulrennan@pioneerinvest.com
tim.nguyen@cpa.state.tx.us
tim.nierste@ihe.com
tim.norman@thrivent.com
tim.o'day@ny.frb.org
tim.o'dell@investecmail.com
tim.olijerhoek@nl.abnamro.com
tim.pearce@rbccm.com
tim.pickering@northernrock.co.uk
tim.pihl@wamu.net
tim.powell@4086.com
tim.pratt@wachovia.com
tim.rees@insightinvestment.com
tim.reynolds@ers.state.tx.us
tim.reynolds@usaa.com
tim.rovekamp@dexia.be
tim.russell@lazam.co.uk
tim.russell@usbank.com
tim.ryan.fmrco@fmr.com
tim.ryan@thehartford.com
tim.saigol@lloydstsb.co.uk
tim.salter@bis.org
tim.schmelzer@aareal-bank.com
tim.scholefield@swipartnership.co.uk
tim.segboer@bng.nl
tim.sexton@db.com
tim.shardman@fandc.com
tim.sheehan@fortisinvestments.com
tim.short@axaframlington.com
tim.skeet@dresdnerkb.com
tim.slotover@citigroup.com
tim.smith@axa-im.com
tim.smollen@dkrw.com
tim.soetens@philips.com
tim.spencer@barcap.com

tim.stephens@barcap.com
tim.stevenson@firstunion.com
tim.sundell@inginvestment.com
tim.sutton@rbccm.com
tim.swanson@evergreeninvestments.com
tim.swanson@nationalcity.com
tim.t.bennett@aib.ie
tim.tackett@midfirst.com
tim.tanner@morleyfm.com
tim.taylor@bankofengland.co.uk
tim.temple@sarasin.co.uk
tim.tomalin-reeves@db.com
tim.tookey@ltsb-finance.co.uk
tim.tucker@aig.com
tim.vanklaveren@ubs.com
tim.wartman@midstates.org
tim.webb@barclaysglobal.com
tim.wilhide@thehartford.com
tim.winstone@ubs.com
tim.withey@axa-im.com
tim.wittich@inginvestment.com
tim.wong@barclaysglobal.com
tim.wong@bmonb.com
tim.woods@lloydstsb.co.uk
tim.young@bankofengland.co.uk
tim.zelgert.q07p@statefarm.com
tim@bpviinc.com
tim@independentsector.org
tim@sandlercap.com
tim_aylott@blackrock.com
tim_bartosh@ctxmort.com
tim_bei@troweprice.com
tim_binks@capgroup.com
tim_brown@fanniemae.com
tim_coughlin@morganstanley.com
tim_edwards@mgic.com
tim_fitzgerald@dpimc.com
tim_garry@ssga.com
tim_gary@ssga.com
tim_gaudette@putnam.com
tim_gaudette@ssga.com
tim_holihen@mail.bankone.com
tim_i_murphy@acml.com
tim_jacobson@consecofinance.com

tim_jenkins@tigerfund.com
tim_lasham@invesco.com
tim_leach@ustrust.com
tim_lucas@newton.co.uk
tim_mahoney@ml.com
tim_miller@americancentury.com
tim_murphy@campbellsoup.com
tim_parker@troweprice.com
tim_reid@hsbcsecuritiesinc.com
tim_rice@sfmny.com
tim_richards@westlb.co.uk
tim_sai_louie@westlb.co.uk
tim_schmidt@freddiemac.com
tim_stark@capgroup.com
tim_thiebout@bankone.com
tim_w_bond@bankone.com
tim_wilson@newton.co.uk
tim_woolley@glenmede.com
tim1@bloomberg.net
timalb@bloomberg.net
timbrown@northwesternmutual.com
timbsi@bloomberg.net
timbul_budi@bi.go.id
timchilde@quilterjersey.com
timd@bpviinc.com
timea.gregorcsok@sl-am.ch
timfetter@eatonvance.com
timh@bgi-group.com
timhok@safeco.com
timhylton@sceptre.ca
timi_burgess@ntrs.com
timkellen@northwesternmutual.com
timkenny@nifa.org
timl@chgroup.com
timlee@gic.com.sg
timm.hoeynck@hsh-nordbank.com
timo.boehm@de.pimco.com
timo.kuerschner@bw-bank.de
timo.schild@deka.de
timo.seiler@lbbw.de
timon.lissel@wgz-bank.de
timos.daskalopoulos@csam.com
timothe.rauly@axa-im.com
timothee.malphettes@groupe-mma.fr

timothy.anderson@wachoviasec.com
timothy.andrew@wellsfargo.com
timothy.bacik@alliancebernstein.com
timothy.barrett@ibtco.com
timothy.batten@fmr.com
timothy.bias@imsi.com
timothy.bradshaw@gartmore.com
timothy.burger@umb.com
timothy.caffrey@thehartford.com
timothy.compan@nationalcity.com
timothy.corbett@thehartford.com
timothy.coyne@nationalcity.com
timothy.crandall@usbank.com
timothy.cronin@columbiamanagement.com
timothy.deegan@daiwausa.com
timothy.dorey@bmo.com
timothy.drinkall@morganstanley.com
timothy.foster@uk.fid-intl.com
timothy.gage@morganstanley.com
timothy.gleason@harrisbank.com
timothy.hanson@bmo.com
timothy.harth@prudential.com
timothy.hawkins@lmginv.com
timothy.hellmann@credit-suisse.com
timothy.holmes@national-city.com
timothy.horan@pioneerinvest.com
timothy.j.morris@jpmorgan.com
timothy.j.snyder@jpmorgan.com
timothy.jannetta@morganstanley.com
timothy.johnson@blackrock.com
timothy.johnson@ny.frb.org
timothy.k.y.tso@hsbcrepublic.com
timothy.keenan@barclayscapital.com
timothy.kleiman@deshaw.com
timothy.lambour@pncadvisors.com
timothy.leask@jpmorganfleming.com
timothy.leitch@jbsswift.com
timothy.ligowski@nyc.nxbp.com
timothy.lyons@citadelgroup.com
timothy.m.gamache@jpmorgan.com
timothy.m.johnson@co.hennepin.mn.us
timothy.m.shannon@jpmorgan.com
timothy.m.weber@columbiamanagement.com
timothy.mackin@nationalcity.com

timothy.macphail@wachovia.com
timothy.malloy@baring-asset.com
timothy.martin@bankofamerica.com
timothy.martin@nordlb.com
timothy.matson@ap.ing.com
timothy.mccabe@huntington.com
timothy.mcdonough@national-city.com
timothy.mckean@mhcb.co.uk
timothy.moss@alliancebernstein.com
timothy.mulrenan@pioneerinvest.com
timothy.murphy@janus.com
timothy.murray@barclaysglobal.com
timothy.nelson@fafadvisors.com
timothy.neumann@jpmorganfleming.com
timothy.noonan@blackrock.com
timothy.o'grady@pncadvisors.com
timothy.p.faselt@us.hsbc.com
timothy.parton@jpmorgan.com
timothy.pihl@chase.com
timothy.pynchon@pioneerinvest.com
timothy.rea@fandc.com
timothy.rezvan@blackrock.com
timothy.riddell@ubs.com
timothy.routledge@blackrock.com
timothy.s.brown@morganstanley.com
timothy.settel@lazard.com
timothy.shannon@morganstanley.com
timothy.stoll@abnamro.com
timothy.swenson@xlgroup.com
timothy.tan@bayernlb.de
timothy.taylor@morganstanley.com
timothy.tiani@rbsgc.com
timothy.veraska@morganstanley.com
timothy.walz@lbbwus.com
timothy.welch@barclaysglobal.com
timothy.white@mizuhocbus.com
timothy.whitehead@insightinvestment.com
timothy.wood@rbc.com
timothy.x.woods@jpmorgan.com
timothy.yanoti@ge.com
timothy_bitsberger@freddiemac.com
timothy_blair@notes.ntrs.com
timothy_browse@ml.com
timothy_codrington@putnam.com

timothy_cook@ssga.com
timothy_corbett@ssga.com
timothy_daggett@swissre.com
timothy_dillane@merck.com
timothy_e_kehoe@fleet.com
timothy_edmonstone@putnam.com
timothy_evnin@ustrust.com
timothy_ferguson@putnam.com
timothy_furbush@ssga.com
timothy_heller@freddiemac.com
timothy_j_conway@fleet.com
timothy_jacoutot@ml.com
timothy_lyons@putnam.com
timothy_reil@nylim.com
timothy_ryan@ssga.com
timothy_w_eisel@mail.bankone.com
timothys@bloomberg.net
timothystrickland@synovus.com
timothy-t.ryan@db.com
timothytan@dbs.com
timothyteo@gic.com.sg
timothyweir@wessex.co.uk
timstubbs@gic.com.sg
timu@pwmco.com
timw@treasury.state.az.us
tin.chan@pioneerinvest.com
tina.allen@threadneedle.co.uk
tina.cao@rabobank.com
tina.chen@barclaysglobal.com
tina.fendl@morganstanley.com
tina.forssgren@ubs.com
tina.heath@axa-im.com
tina.huang@email.chinatrust.com.tw
tina.jeffery-heath@axa-im.com
tina.jung@ge.com
tina.knecht@vontobel.ch
tina.long@truscocapital.com
tina.mortensen@nordea.com
tina.rogers@gartmore.com
tina.rosenkranz@helaba.de
tina.sadler@templeton.com
tina.schumacher@okobank.fi
tina.shaw@gibuk.com
tina.stumpf@dzbank.de

tina.suo@pimco.com
tina.swedenborghall@fortis.com
tina.tanaka-ishida@gwl.com
tina.thompson@mortgagefamily.com
tina.ventura@abbott.com
tina.wegmueller@baloise.ch
tina.zumer@ecb.int
tina_hsiao@mfcinvestments.com
tina_wang@scudder.com
tinachiu@sohu.com
tinalin@mail.cbc.gov.tw
tincherj@strsoh.org
tindallp@uk.ibm.com
tine.denorme@fortisinvestments.com
tineeck@fdic.gov
tineka.smart@jpmchase.com
tineke_frikkee@newton.co.uk
ting.chen@email.chinatrust.com.tw
ting.cui@dartmouth.edu
ting.so@barclaysglobal.com
ting_li@ssga.com
tinga8@singnet.com.sg
tingelsby@gscpartners.com
tinglei@wellsfargo.com
ting-ting_yu@freddiemac.com
tinguely@bordier.com
tingz@wharton.upenn.edu
tinh.tieu@ge.com
tinireen@aol.com
tinka.kleine@pggm.nl
tinnes@metlife.com
tino.petzold@sachsenlb.de
tino.sarantis@bsibank.com
tino.spina@dexia-bil.com
tino.tziotzios@vpbank.com
tino@fmr.com
tinomata@daiwasbi.co.jp
tintin@unionbankph.com
tioga326@msn.com
tiongguan@dbs.com
tiricia_mills@ustrust.com
t-irie@ikedabank.co.jp
tironi@bloomberg.net
tisch@bloomberg.net

tiseki@suntory.com
tisha.jackson@columbiamanagement.com
tisha_tyson@fanniemae.com
tishfield_marc@jpmorgan.com
t-ishihara@nochubank.or.jp
tishmael@tiaa-cref.org
titierni@bi.go.id
titilayo.udoh@mortgagefamily.com
tito.acosta@soros.com
titoli@buc.ch
titoli@capitalgest.it
titoli1@bloomberg.net
titschrivero@bloomberg.net
titus.liu@citadelgroup.com
titus.schnyder@zkb.ch
tivan.bovington@abrir.ch
tiw@statoil.com
tiwamoto@bloomberg.net
t-iwasa@pub.taisei.co.jp
tiya.walker@jpmorgan.com
tiziana.bocus@dbfm.it
tiziana.costa@alpitour.it
tiziana.nart@mail.alleanzaassicurazioni.i
tiziana.palladini@capitalia-am.com
tiziana.rizzati@pioneerinvest.it
tiziana.rossi@arcafondi.it
tiziano.bregagnollo@bancaakros.it
tiziano.brianza@ceresiobank.com
tiziano.fantozzi@bper.it
tizuta@wellington.com
tj.brannon@columbiamanagement.com
tj.hughes@morganstanley.com
tj.maher@evergreeninvestments.com
tj.vigliotta@lazard.com
tj@nationalbanken.dk
tj_brannon@ustrust.com
tj_kravits@bankone.com
tj1@ntrs.com
tj4@ntrs.com
tjab@bloomberg.net
tjabez@cpr-am.fr
tjackson@caxton.com
tjackson@hcmlp.com
tjacobs1@frk.com

tjacobson@lordabbett.com
tjacos@waddell.com
tjamme.klaren@ingim.com
tjane@wellington.com
tjard.westbroek@rabobank.com
tjaron@dkpartners.com
tjayne@wellington.com
tjb@columbus.com
tjbaur@greatsouthernbank.com
tjbrodeur@lmus.leggmason.com
tjbryant@statestreet.com
tjcasey@standishmellon.com
tjcoleman@wellington.com
tjeerd.van.cappelle@ingim.com
tjeerd.voskamp@threadneedle.co.uk
tjeert.keijzer@ingim.com
tjeffrey@ci.palm-desert.ca.us
tjemme.van.der.meer@nl.abnamro.com
tjenkins@pwmco.com
tjensen@allstate.com
tjerk.methorst@pggm.nl
tjester@bloomberg.net
tjian@mfs.com
tjiang@fhlbc.com
tjibbe.van.houten@ingin.com
tjin.ong.kwok@nordlb.com
tjjb@capgroup.com
tjkamerich@pepco.com
tjkennelly@bkb.com
tjkwon@kookminbank.com;tjkwon@bloomberg.net
tjmacdonald@statestreet.com
tjmccarthy@wellington.com
tjmccormack@wellington.com
tjmcglinn@uss.com
tjmeidhof@wellington.com
tjmillard@fhlbatl.com
tjmiller@waddell.com
tjn610@comcast.net
tjnam@bok.or.kr
tjo@nbim.no
tjohansen@bostonprobes.com
tjohn@princeton.edu
tjohnson@deerfieldcapital.com
tjohnson@denveria.com

tjohnson@wilmingtontrust.com
tjohnson63@cox.net
tjomme.dijkma@fandc.com
tjonasz@msfi.com
tjones@mfs.com
tjones8@bloomberg.net
tjordan@troweprice.com
tjosien@oddo.fr
tjt2@notes.ntrs.com
tjthomas@bloomberg.net
tjuarez@mailbox.lacity.org
tjudd@hhhinfo.org
tjudson@husic.com
tjum@samsung.co.kr
tjurevic@loomissayles.com
tjyoung@stephens.com
tk@carnegieam.dk
tkabisch@meag.com
tkadlec@paladininvestments.com
t-kaida@nissay.co.jp
tkamimura@wellington.com
tkamo@wellington.com
t-kanamaru@nochubank.or.jp
tkane@bankofny.com
tkaneko@perrycap.com
tkaniewski@munder.com
t-kato@nochubank.or.jp
tkatsumi@btmna.com
tkauss@williamblair.com
t-kawamoto@ioi-sonpo.co.jp
tkcho@bloomberg.net
tkeaney@bankofny.com
tkearney4@bloomberg.net
tkeffer@oppenheimerfunds.com
tkeitel@amfin.com
tkellenberger@aegonusa.com
tkelley@dlbabson.com
tkelley@loomissayles.com
tkellis@azoa.com
tkellner@fiduciarymgt.com
tkempner@dkpartners.com
tkendall@fsa.com
tkennedy@tribune.com
tkenny@munder.com

tkerns@rentec.com
t-kiang.tan@ubs-oconnor.com
tkieran@blackrock.com
tkihara@bloomberg.net
tkim@canyonpartners.com
tkimura@ifc.org
tkirchmaier@meag.com
tkisaka@wilmingtontrust.com
tkk@capgroup.com
tklee@mas.gov.sg
tklimes@caxton.com
tklingman@bloomberg.net
tkmiotek@chicagocapital.com
tkne@victoryconnect.com
tknight@aegonusa.com
tkniola@standishmellon.com
tknutson@voyageur.net
tko@lrc.ch
tkoba@dl.dai-ichi-life.co.jp
t-koba@nochubank.or.jp
tkoether@caxton.com
tkohata@tiaa-cref.org
tkolefas@tiaa-cref.org
tkono@dl.dai-ichi-life.co.jp
tkontos@alger.com
tkooyker@blenheiminv.com
tkotrec@transat.tm.fr
tkovalsky@bayharbour.com
tkp@paradigmasset.com
tkroeber@meag-ny.com
tkroutil@lkcm.com
tkrushman@acecapitalre.com
tkubo@nochubank.or.jp
tkuchler@hcmlp.com
tkulinski@invest.treas.state.mi.us
tkuo@ftci.com
tkurisu@aamcompany.com
tkurisu@williamblair.com
t-kuroda@nissay.co.jp
tkurtz@meag.com
tkushi@sompo-japan.co.jp
tkytoenen@pembacreditadvisers.com
t-l.kamann@federated.de
tl@cgii.com

tl@dsaco.com
tl_tsang@putnam.com
tl10@ntrs.com
tl337@cornell.edu
tl4236@meiji-life.co.jp
tlacraz@pictet.com
tlam@pictet.com
tlamar@bloomberg.net
tlamb@art-allianz.com
tlane@wescorp.org
tlangela@notes.banesto.es
tlanyi@templeton.com
tlar@nykredit.dk
tlarson@ftadvisors.com
tlau1@metlife.com
tlay@cdcixis-cm.com
tlbearman@delinvest.com
tlcancelarich@wellington.com
tleach@ustrust.com
tlee@nystrs.state.ny.us
tlee@wellington.com
tlefevre@wscapital.com
tlemkin@canyonpartners.com
tlenihan@metlife.com
tlennon2@metlife.com
tleone@tiaa-cref.org
tleonhard@meag.com
tlerchl@meag.com
tleturno@fhlbc.com
tlevering@wellington.com
tlewis@waddell.com
tlhansen@gr.dk
tli@babsoncapital.com
tlibassi@gscpartners.com
tlightcap@perrycap.com
tlindemann@bloomberg.net
tliston@humana.com
tlitt@perrycap.com
tlj@compassbnk.com
tljohnson@aegonusa.com
tlkaufman@statestreet.com
tllim@mas.gov.sg
tloh@perrycap.com
tlong@wellington.com

tlord@bear.com
tlpappas@wellington.com
tls@capgroup.com
tlt@tchinc.com
tlucifero@astoriafederal.com
tlunde2@bloomberg.net
tlusk@federatedinv.com
tluster@eatonvance.com
tly@nbim.no
tlyman@firstcitizensbank.com
tlynch12@bloomberg.net
tlyons@quadrantcapital.com
tm.yap@vtbeurope.com.sg
tmacklem@bank-banque-canada.ca
tmacrini@oppenheimerfunds.com
tmadden@federatedinv.com
tmadesclaire@groupama-am.fr
t-maeda@nissay.co.jp
tmaffia@tiaa-cref.org
tmaglia@kbw.com
tmagness@troweprice.com
tmaher@lordabbett.com
tmahon@nylim.com
tmajors@barbnet.com
t-makita@nochubank.or.jp
tmallman@cwhenderson.com
tmaloney@mfs.com
tman@danskebank.dk
tmandel@utendahl.com
tmangan@websterbank.com
tmanthe@aegonusa.com
tmanzi@standishmellon.com
tmarks@quantjock.net
tmartens@meag.com
tmarthaler@chicagocapital.com
tmartin@perrycap.com
tmarvel@ustrust.com
tmarzilli@standishmellon.com
tmason@co.la.ca.us
tmason@loomissayles.com
t-matsuzawa@mitsubishi-motors.co.jp
tmaxwell@martincurrie.com
tmaxwell@rwbaird.com
tmay@viningsparks.com

tmccarthy@rockco.com
tmccauley@fhlbatl.com
tmcclone@williamblair.com
tmcclure@state.tn.us
tmccorkell@seic.com
tmccormick@bankofny.com
tmccormick@williamblair.com
tmccoy@fhhlc.com
tmccubbin@asbcm.com
tmccullagh@martincurrie.com
tmcdonnell@babsoncapital.com
tmcevilly@lincap.com
tmcfaul@stwca.com
tmcgann@leggmason.com
tmcginnis@bloomberg.net
tmcglinch@voyageur.net
tmcgurkin@leggmason.com
tmckee@bloomberg.net
tmcmahon@westernasset.com
tmcmeekin3@gmail.com
tmctague@grneam.com
tmdargie@statestreet.com
tmeichl1@bloomberg.net
tmeirink@copera.org
tmelendez@mfs.com
tmelguiz@notes.banesto.es
tmelillo@fwg.com
tmengel@waddell.com
tmennie@stonebridgebank.com
tmeringoff@statestreet.com
tmerkle@steinroe.com
tmermagen@bloomberg.net
tmetzold@eatonvance.com
tmholzhauser@midamerican.com
tmilani@arborresearch.com
tmilazzo@hncbank.com
tmiller@clarkest.com
tmiller@fhlbatl.com
tmiller@osc.state.ny.us
tmiller1@frk.com
tmilovanov@angelogordon.com
tminami@btmna.com
tminnick@tswinvest.com
tminor@ubs.com

tmiot@lvmh.fr
tmiraglia@howeandrusling.com
tmitchell@federatedinv.com
tmitchell@provnet.com
tmitchell@snwsc.com
tmiyagawa@nissay.co.uk
tmizuno@jp.statestreet.com
tmm@capgroup.com
tmm@dodgeandcox.com
tmm@sitinvest.com
tmo@canyonpartners.com
tmobrien@delinvest.com
tmocarski@navispartners.com
tmoe@omega-advisors.com
tmoeller@union-investment.de
tmoi@statoil.com
tmolloy@hapoalimusa.com
tmomose@bloomberg.net
tmoore@caxton.com
tmoore@luminentcapital.com
tmoore@smithbreeden.com
tmorgan55@bloomberg.net
tmorimoto@nissay.co.uk
tmorris@keybanccm.com
tmorton@russell.com
tms.padoaschioppa@ecb.int
tms@dodgeandcox.com
tms2@ntrs.com
tmuccia@firstmanhattan.com
tmudie@munder.com
tmueller8@bloomberg.net
tmullen@allstate.com
tmuller@insinger.com
tmullig@ftci.com
tmulligan@eagle.rjf.com
tmullin1@bloomberg.net
tmulvaney@braeburncapital.com
tmurao@dia-lease.co.jp
tmurphy@congressasset.com
tmurphy@fwg.com
tmurphy@jefco.com
tmurphy01@bloomberg.net
tmurray@fdic.gov
tmusante@sunamerica.com

tmusto@silchester.com
tmyers@vmfcapital.com
tn@capgroup.com
t-nagaoka@nochubank.or.jp
tnak@bloomberg.net
tnakauchi@btm.co.uk
tnallasamy@westernasset.com
tnantell@csom.umn.edu
tnapholtz@allstate.com
tnapholz@allstate.com
tnappy@loews.com
tnau@hcmlp.com
tnavasardian@caxton.com
tndoyle@standishmellon.com
tneale@wilmingtontrust.com
t-negama@taiyo-seimei.co.jp
tnelson@frk.com
tnesbitt@evcap.bm
tnest@gsc.com
tnewlin@lnc.com
tng.kweelian@uobgroup.com
tnguyen@metlife.com
tnguyen@saybrook.net
tnhill@jhancock.com
tnicholson@bbandt.com
tnielsen@jyskeinvest.dk
tnielsen@lehman.com
tnixon@smithbreeden.com
tnmanning@wellington.com
tnnguyen@jhancock.com
tnobezawa1@sompo-japan.co.jp
tnobile@bankofny.com
tnocella@halcyonllc.com
tnocella@us.nomura.com
tnordstrom@fnni.com
tnpickering@wellington.com
tnutt@delinvest.com
tnw.tr@adia.ae
toa@nykredit.dk
toan.nguyen@wamu.net
tob@ingalls.net
toba@nam.co.jp
toback@ellington.com
tobe.epstein@corporate.ge.com

tobeconfirmed@ubs.com
tober@entergy.com
tober@meag.com
toberhaus@lordabbett.com
tobias.beck@dzbank.de
tobias.becker@rabobank.com
tobias.bettkober@credit-suisse.com
tobias.engel@aareal-bank.com
tobias.frei@oppenheim.ch
tobias.geyer@cominvest.de
tobias.grun@gartmore.com
tobias.halasz@sarasin.ch
tobias.hopp@fortis.lu
tobias.ilgen@westimmo.de
tobias.jerschke@kuehne-nagel.com
tobias.klein@first-private.de
tobias.kohls@dit.de
tobias.maier@ikb.de
tobias.merath@credit-suisse.com
tobias.neppl@commerzbank.com
tobias.prokesch@de.pimco.com
tobias.schmidt@feri.de
tobias.schulte@ubs.com
tobias.spaeti@db.com
tobias.spandri@de.pimco.com
tobias.stein@union-panagora.de
tobias.strelow@bayernlb.de
tobias.tolino@inginvestment.com
tobias.welo@fmr.com
tobias.widmer@juliusbaer.com
tobias.windecker@dit.de
tobias.windmeier@cominvest.de
tobias.windmeier@cominvest-am.com
tobias.wuertzl@credit-suisse.de
tobias.wyss@claridenleu.com
tobias.x.mensing@jpmorgan.com
tobias.zwimpfer@hyposwiss.ch
tobias_astor@blackrock.com
tobias_bucks@newton.co.uk
tobifi@bezeq.com
tobin.kim@clinton.com
tobin.thomas@nationalcity.com
tobin@bessemer.com
tobita.shigemi@sumitomo-rd.co.jp

tobl02@handelsbanken.se
tobrien@loomissayles.com
tobruns@bloomberg.net
tobryan@williamblair.com
tobul.g@fibi.co.il
toby.foord-kelcey@threadneedle.co.uk
toby.hayes@insightinvestment.com
toby.hudson@schroders.com
toby.lewis@fmr.com
toby.mansell@mondrian.com
toby.rackliff@uk.abnamro.com
toby.rome@rbccm.com
toby.ross@bailliegifford.com
toby.vaughan@fandc.com
toby.warburton@barclaysglobal.com
toby_baker@troweprice.com
toby_maczka@bankone.com
toby_markes@americancentury.com
toby_michaud@ssga.com
tocchiolini@mfs.com
tochiai@us.tr.mufg.jp
toconnor@armfinancial.com
tod.fairbanks@bms.com
tod.mc-kenna@ingim.com
tod.nasser@pacificlife.com
tod.vanname@fbfinance.com
toda@dl.dai-ichi-life.co.jp
todd.a.neils@wellsfargo.com
todd.adams@midstates.org
todd.barger@state.nm.us
todd.barker@citadelgroup.com
todd.barre@harrisbank.com
todd.bates@inginvestment.com
todd.beekman@fmr.com
todd.bocabella@blackrock.com
todd.brabazon@fmr.com
todd.buchner@credit-suisse.com
todd.burnside@blackrock.com
todd.chesterpal@pnc.com
todd.davis@fidelity.com
todd.dewberry@huntington.com
todd.edgar@tudor.com
todd.ehret@wpginvest.com
todd.fletcher@lehman.com

todd.fraser@schwab.com
todd.gjervold@citadelgroup.com
todd.glassman@fmr.com
todd.glick@citadelgroup.com
todd.gronski@ge.com
todd.hanssen@wamu.net
todd.harris@pnc.com
todd.healy@micorp.com
todd.herget@columbiamanagement.com
todd.herlihy@morganstanley.com
todd.houghton@bmonb.com
todd.humphreys@sscims.com
todd.hunter@wachovia.com
todd.hurtubise@blackrock.com
todd.huskinson@deshaw.com
todd.jablonski@csam.com
todd.jorgensen@himco.com
todd.kreitzman@ftnmidwest.com
todd.l@mellon.com
todd.leon@highbridge.com
todd.ludgate@swib.state.wi.us
todd.m.brown@jpmorganfleming.com
todd.m.lovell@morganstanley.com
todd.maddock@rocklandtrust.com
todd.marciniak@morganstanley.com
todd.mccallister@eagleasset.com
todd.meadow@dillonread.com
todd.mick@columbiamanagement.com
todd.murray@ge.com
todd.myers@americo.com
todd.petersen@prudential.com
todd.phin@highbridge.com
todd.prado@janus.com
todd.ragusa@ge.com
todd.rogers@sgcib.com
todd.schroeder@citadelgroup.com
todd.schubert@gecapital.com
todd.schwartz@usbank.com
todd.shirak@shenkmancapital.com
todd.smith@swib.state.wi.us
todd.snyder@putnam.com
todd.stitt@wachovia.com
todd.trapp@honeywell.com
todd.wood@ftnmidwest.com

todd.woodacre@bbh.com
todd@ardsley.com
todd@scm-lp.com
todd@stw.com
todd_bean@ssga.com
todd_block@gmacm.com
todd_brezinski@ssga.com
todd_buechs@nacm.com
todd_buesch@nacm.com
todd_cooper@swissre.com
todd_e_hoffman@keybank.com
todd_e_peterson@fanniemae.com
todd_fellerman@ustrust.com
todd_finkelstein@conning.com
todd_james@capgroup.com
todd_kennedy@ssga.com
todd_lines@freddiemac.com
todd_m_smith@ml.com
todd_macijauskas@conning.com
todd_parker@fanniemae.com
todd_parsons@elliottandpage.com
todd_peters@americancentury.com
todd_qed@yahoo.com
todd_smith@calpers.ca.gov
todd_stewart@nylim.com
todd_urbon@cargill.com
todd_wolter@nacm.com
todd-a.greenfield@ubs.com
toddagger@northwesternmutual.com
toddcheney@synovusmortgage.com
toddj@citysummit.com
toddjankowski@northwesternmutual.com
toddkuimjian@tagfolio.com
toddm@loopcap.com
toddp@pwmco.com
toddr@ruanecunniff.com
toddwisner@gmacm.com
todor.todorov@credit-suisse.com
todoroki_yoshitaka@dn.smbc.co.jp
todorov@apple.com
todryka@nationwide.com
tofi.lakhani@shenkmancapital.com
togashi@daiwa-am.co.jp
togiso@sompo-japan.co.jp

togorman@vaamllc.com
togrady@westernasset.com
toh.sweehuat@uobgroup.com
toh@nykredit.dk
tohallor@lordabbett.com
to-harada@ja-kyosai.or.jp
tohnakamura@bloomberg.net
t-ohno@kokusai.co.jp
toho08@handelsbanken.se
tohoport@nifty.com
tohpat@bloomberg.net
tohru_yuhara@mufg.jp
tohru-hashizume@am.mufg.jp
tohsengg@bnm.gov.my
toine.picokrie@ingim.com
toine.teulings@nibc.com
t-oishi@yasuda-life.co.jp
toishigawa20856@nissay.co.jp
toiw01@handelsbanken.se
tojima.m@mellon.com
tojo04@handelsbanken.se
tok.pr@adia.ae
tok@ntga.ntrs.com
tokaigolf@bloomberg.net
tokamoto4@sompo-japan.co.jp
tokes@allstate.com
toki_shinichi@mail.asahi-life.co.jp
toki-akitomo@mitsubishi-sec.co.jp
tokiko.shimizu@boj.or.jp
tokio_kondo@mitsui-seimei.co.jp
tokoro@daiwasbi.co.jp
toku_chen@ml.com
tokugin@bloomberg.net
tokuhara.m@daiwa-am.co.jp
tokunaga@nam.co.jp
tokuoka.shoichi@kokusai-am.co.jp
tokushima@nam.co.jp
tokushima02362@nissay.co.jp
tokyoprogramtrading@lehman.com
tol@bcmnet.nl
tolentino@bessemer.com
tolga.durmusoglu@isbank.com.tr
tolga.i.uzuner@jpmorgan.com
tolga.kirbay@fortis.com.tr

tolivierre@perrycap.com
tolle.groterud@telenor.com
tolloni.francesca@alitalia.it
tolsen@img-dsm.com
tom.a.ahern@chase.com
tom.abrams@columbiamanagement.com
tom.allen@fmr.com
tom.arthur@glgpartners.com
tom.attwood@icgplc.co.uk
tom.avazian@bankofamerica.com
tom.bartlam@icgplc.co.uk
tom.bastian@vankampen.com
tom.bauwens@gs.com
tom.billiard@pacificlife.com
tom.borer@wamu.net
tom.brofors@seb.se
tom.brooks@fmr.com
tom.brown@glgpartners.com
tom.burke@blackrock.com
tom.c.lynch@aib.ie
tom.calimano@pncbank.com
tom.cammack@trs.state.tx.us
tom.carr@lgim.co.uk
tom.carroll@aamcompany.com
tom.carroll@fmr.com
tom.casey@wamu.net
tom.cb.elliott@jpmorganfleming.com
tom.ceusters@dexia-us.com
tom.chang.hbw1@statefarm.com
tom.chistolini@fmr.com
tom.clark@fmglobal.com
tom.clark@raymondjames.com
tom.clarke@ubs.com
tom.coleman@moorecap.com
tom.cook@commerzbankib.com
tom.copeland@aegon.co.uk
tom.copper@threadneedle.co.uk
tom.crombie@aegon.co.uk
tom.cullen@blackrock.com
tom.cunningham@us.fortis.com
tom.dailey@calvertgroup.com
tom.davidson@osterweis.com
tom.day@sgcib.com
tom.demeyer@ingim.com

tom.denkler@aig.com
tom.denniston@citadelgroup.com
tom.dhaenens@fortis.com
tom.doyle@citadelgroup.com
tom.dutta@thrivent.com
tom.eich@lbbw.de
tom.elder@nomura-asset.co.uk
tom.finnegan@huntington.com
tom.franke@raymondjames.com
tom.galvin@columbiamanagement.com
tom.glynn@ilim.com
tom.grabenstatter@huntington.com
tom.graf@wachovia.com
tom.grogan@dzbank.ie
tom.hartung@sachsenlb.de
tom.hayes@boimail.com
tom.hedges@gartmore.com
tom.heineke@bayerninvest.de
tom.hickey@moorecap.co.uk
tom.hickey@moorecap.com
tom.hill@ubs.com
tom.holflod@nordea.com
tom.holland@abnamro.com
tom.hooper@aberdeen-asset.com
tom.howse@clarica.com
tom.huelin@aberdeen-asset.com
tom.hughes@db.com
tom.jackson@clinton.com
tom.jackson@ingfunds.com
tom.johannessen@drkw.com
tom.johnson@gwl.com
tom.johnson@harrisbank.com
tom.johnson@wachovia.com
tom.kellet@barclayscapital.com
tom.kendrat@pncbank.com
tom.kirke@omam.co.uk
tom.kotsopoulos@bmo.com
tom.kozlak@stpaul.com
tom.l.maginn@aib.ie
tom.lapointe@columbiamanagement.com
tom.lavin@fmr.com
tom.lazaridis@us.hsbc.com
tom.lee@rcbank.com
tom.lehto@aktia.fi

tom.lincoln@ge.com
tom.liu@prudential.com
tom.lofton@ost.state.or.us
tom.lund@klp.no
tom.lundsten@sampo.fi
tom.lyon@trs.state.tx.us
tom.mann@csam.com
tom.maughan@jpmorgan.com
tom.mayo@blackrock.com
tom.mcaleavy@citigroup.com
tom.mcconnell@edwardjones.com
tom.mccutchen@barclaysglobal.com
tom.mccuthen@barclaysglobal.com
tom.mceachin@utcpower.com
tom.mcgrane@pncbank.com
tom.mckissick@tcw.com
tom.mcutchen@barclaysglobal.com
tom.mead@firstar.com
tom.melvin@mackayshields.com
tom.miller@nycomptroller.com
tom.mondelaers@blackrock.com
tom.monsen@juliusbaer.com
tom.morrow@fluor.com
tom.murray@jpmorgan.com
tom.murray1@ge.com
tom.neary@gmacm.com
tom.nevin@opco.com
tom.nicholas@barclaysglobal.com
tom.oelrich@dzbank.de
tom.ogrady@cooperindustries.com
tom.okeefe@aig.com
tom.o'keeffe@aig.com
tom.olsson@dnbnor.com
tom.oneill@highbridge.com
tom.ormesher@bmonb.com
tom.otterbein@pimco.com
tom.palzewicz@usbank.com
tom.pantelleria@daiwausa.com
tom.parker@barclaysglobal.com
tom.pedersen@shinseibank.com
tom.pedulla@sunlife.com
tom.peters@rbccm.com
tom.potts@wellsfargo.com
tom.radwanski@prudential.com

tom.randolph@clamericas.com
tom.record@bailliegifford.com
tom.riordan@dreyfus.com
tom.roberts@ers.state.tx.us
tom.robertson@aegon.co.uk
tom.rowland@citadelgroup.com
tom.scanlan@lionhartusa.net
tom.schmitt@alliancebernstein.com
tom.schwartz@soros.com
tom.sciaranetti@ubs.com
tom.silvia@fmr.com
tom.sipp@gartmore.com
tom.slefinger@membersunited.org
tom.speir@wachovia.com
tom.sprague@fmr.com
tom.stein@firstunion.com
tom.stephens@barclaysglobal.com
tom.summerfield@gecapital.com
tom.sutcliffe@uk.fid-intl.com
tom.tao@moorecap.com
tom.terchek@prudential.com
tom.thyssens@fortis.com
tom.turney@boigm.com
tom.voglewede@inginvestment.com
tom.weiford@commercebank.com
tom.westerlund@fhlb-pgh.com
tom.westrup@clarica.com
tom.whyman@uk.fid-intl.com
tom.wilkins@cedarrockcapital.com
tom.wilkinson@gwl.com
tom.williams@dryden.com
tom.wills@morleyfm.com
tom.wurtz@wachovia.com
tom@apothcap.com
tom@ardsley.com
tom@eldorado.com
tom@gordian.co.uk
tom@halcyonllc.com
tom@havencapital.com
tom@incomeresearch.com
tom@sandlercap.com
tom@shenkmancapital.com
tom@stonehillcap.com
tom@unb.com

tom_angers@piadvisors.net
tom_baker@calpers.ca.gov
tom_chang@capgroup.com
tom_connelley@ssga.com
tom_conway@putnam.com
tom_costanzo@gmacm.com
tom_donne@bankone.com
tom_drake@canadalife.com
tom_ennis@vanguard.com
tom_favazza@ssga.com
tom_h_cartwright@bankone.com
tom_hagstrom@ssga.com
tom_huber@glenmede.com
tom_kamp@acml.com
tom_lobene@hp.com
tom_lodge@westlb.co.uk
tom_macmillan@cibcmellon.com
tom_motley@ssga.com
tom_muir@standardlife.com
tom_paap@deltalloyd.nl
tom_quinn@glenmede.com
tom_raeside@bankofscotland.co.uk
tom_schieber@den.invesco.com
tom_schlotzhauer@agfg.com
tom_serie@cargill.com
tom_sorell@glic.com
tom_sullivan@nacm.com
tom_williams@ntrs.com
toma.james@raymondjames.com
toma@scm-lp.com
toma@woodstockcorp.com
toma01@handelsbanken.se
tomaror@bernstein.com
tomas.cunnane@pioneeraltinvestments.com
tomas.garbaravicius@ecb.int
tomas.johansson@hsh-nordbank.co.uk
tomas.klevbo@inter-ikea.com
tomas.kristjansson@isb.is
tomas.lacko@hvb.de
tomas.makranci@robur.se
tomas.persson@alecta.com
tomas.pinto@gartmore.com
tomas.risbecker@robur.se
tomas.rydin@seb.se

tomas.tomasson@lazard.com
tomas.wiklander@seb.se
tomasheredia@invercaixa.es
tomaso.corsini@caamsgr.it
tomasz.grajewski@citigroup.com
tomasz.jakubczyk@bis.org
tomasz.malkowski@mail.nbp.pl
tomasz.mironczuk@bph.pl
tomasz.stadnik@csam.com
tomasz.sztuka@uk.nomura.com
tomaszp@bloomberg.net
tomaszw@bloomberg.net
to-matsumura@ja-kyosai.or.jp
tombillcook@yahoo.com
tomburton@tagfolio.com
tomcarroll@northwesternmutual.com
tomei@apple.com
tomh@mcm.com
tomi.einesalo@danskebank.com
tomimatsu@daiwasbi.co.jp
tomimura@nam.co.jp
tomin@bloomberg.net
tomin2@bloomberg.net
tomin4@bloomberg.net
tominaga.yoshikazu@daido-life.co.jp
tomioka@daiwasbi.co.jp
tomishima-miki@sc.mufg.jp
tomislav.a.segaric@jpmorgan.com
tomislav.goles@db.com
tomita@muis.com.hk
tomita@nam.co.jp
tomita@sin.nn-ja.or.jp
tomiyama-ysh@sumitomometals.co.jp
tomk@blenheiminv.com
toml@capgroup.com
tommaso.bonanata@juliusbaer.com
tommaso.mancuso@pioneeraltinvest.com
tommaso.milanese@fincantieri.it
tommaso.pavia@ersel.it
tommaso.perrone@bper.it
tommaso.sanzin@pioneerinvest.it
tommi.moilanen@bof.fi
tommy.bardong@alliancebernstein.com
tommy.chung@nationwide.co.uk

tommy.ekstrom@tele1europe.se
tommy.mueller@ubs.com
tommy.nguyen@pimco.com
tommy.pace@bbh.com
tommy.zovich@tudor.com
tommy_cheung@ssga.com
tommy_kriengprarthana@scudder.com
tomo_matsumoto@mitsui-seimei.co.jp
tomoaki.harada@mitsubishicorp.com
tomoaki-kota@am.mufg.jp
tomoharu_suzuki@mitsui-seimei.co.jp
tomohiro.kurosawa@mizuho-bk.co.jp
tomohiro.oka@mizuho-bk.co.jp
tomohiro.onodera@mizuho-cb.co.jp
tomohiro_kunisue@am.sumitomolife.co.jp
tomohiro_ochiai@mitsubishi-am.co.jp
tomohiro_ochiai@tr.mufg.jp
tomohiro_shibuya@mitsubishi-trust.co.jp
tomohiro_toyota@tr.mufg.jp
tomo-kat@nochubank.or.jp
tomokata.nakaoji@axa.co.jp
tomokazu.nakamura@mizuho-bk.co.jp
tomokazu.yoshida@axa.co.jp
tomokazu-kojima@am.mufg.jp
tomoko.iwakawa@uboc.com
tomoko.matsuda@axa.co.jp
tomoko.miyata.sd@kyocera.jp
tomoko.ohta@schroders.com
tomoko.tanaka@mizuhocbus.com
tomoko.watanabe@db.com
tomoko_bando@mail.toyota.co.jp
tomoko_hanazawa@putnam.com
tomomi.kihara@tokyostarbank.co.jp
tomomi.yoshioka@pimco.com
tomomitsu.yanaba@ufj-partners.co.jp
tomonaga_hama@am.sumitomolife.co.jp
tomonari_kadoumi@am.sumitomolife.co.jp
tomonobu-gotouda@am.mufg.jp
tomonori.sasaki@mizuho-cb.co.jp
tomonori.yuyama@boj.or.jp
tomoo_akiyama@mitsui-seimei.co.jp
tomoo_shimizu@tr.mufg.jp
tomoya_aoki@capgroup.com
tomoya_kinugasa@tr.mufg.jp

tomoyuki.kazaoka@mizuho-bk.co.jp
tomoyuki.mizohata@shinseibank.com
tomoyuki.nishikido@mizuho-bk.co.jp
tomoyuki.uchida@mizuho-bk.co.jp
tomoyuki_awano@tr.mufg.jp
tomriva@bloomberg.net
tomrstevenson@fidelityinternational.com
toms.silins@bank.lv
toms@wvimb.org
tomtull@ggiltd.com
tomura_shigetaka@dn.smbc.co.jp
tomvacek@stanford.edu
ton.bruijne@wavin.com
ton.kennedie@axa.be
ton.selier@meespierson.com
t-onaka@bloomberg.net
tone.varmann@orkla.no
tone@daiwa-am.co.jp
toner.m@bimcor.ca
tong.zhao@novartis.com
tong@templeton.com
tongai.kunorubwe@fmr.com
tongleong.t@maybank.com.my
tongli.han@pimco.com
tongli@cathaylife.com.tw
tonhaisers@fsgrhino.com
toni.afonso@de.pimco.com
toni.dzaja@lbbw.de
toni.jenson@threadneedle.co.uk
toni.lobo@cibc.ca
toni.roesti@csam.com
toni.s.helton@db.com
toni.tomasone@swissfirst.ch
toni.winghart@sl-am.com
toni_jackson@fanniemae.com
tonia.r.fischer@credit-suisse.com
tonnette_bufford@key.com
tonny.ririassa@ingim.com
tono@dl.dai-ichi-life.co.jp
tonoli@capitalgest.it
tonosima@dl.dai-ichi-life.co.jp
tony.a.m.eales@opc.shell.com
tony.allen@anz.com
tony.balestrieri@ppmamerica.com

tony.barone@checmail.com
tony.bauchet@axa-im.com
tony.blanchard@uk.bnpparibas.com
tony.botting@rbccm.com
tony.briney@tudor.com
tony.brown@suntrust.com
tony.bulcaen@bnpparibas.com
tony.burek@mbandt.com
tony.butera@cba.com.au
tony.butler@capmark.funb.com
tony.caccese@secumd.com
tony.cantwell@db.com
tony.carey@wachovia.com
tony.chacko@ge.com
tony.clarizio@pioneerinvest.com
tony.cowley@bbg.co.uk
tony.cty@hk.fortis.com
tony.daher@nationalcity.com
tony.decrescentiis@bmonb.com
tony.dickin@aberdeen-asset.com
tony.dunoyer@americas.bnpparibas.com
tony.duprez@sgam.com
tony.enebo@thrivent.com
tony.english@fcbw.com
tony.finding@mandg.co.uk
tony.foster@swipartnership.co.uk
tony.fout@harrisbank.com
tony.gallagher@moorecap.com
tony.gaunt@gs.com
tony.genua@agf.com
tony.gioulis@eu.nabgroup.com
tony.hamer@bankofamerica.com
tony.hubbard@blackrock.com
tony.hubbard@britannia.co.uk
tony.hui@us.schroders.com
tony.j.quinlan@marks-and-spencer.com
tony.jensen@threadneedle.co.uk
tony.johnson@morgankeegan.com
tony.kao@gm.com
tony.karlsson@ap1.se
tony.kauzlarich@ubs.com
tony.kearney@moorecap.com
tony.kemp@barclayscorporate.com
tony.ledergerber@wellscap.com

tony.lee@axa-im.com
tony.leggett@oechsle.com
tony.lepore@huntington.com
tony.lindstroem@sfs.siemens.de
tony.lockwood@axa-im.com
tony.macneary@hsbchalbis.com
tony.magnoli@thehartford.com
tony.marcello@ercgroup.com
tony.markwalder@juliusbaer.com
tony.massara@libertysavingsbank.com
tony.mather@swipartnership.co.uk
tony.maturo@standardlife.ca
tony.mcdonagh@mhcb.co.uk
tony.mcghee@gs.com
tony.mcghee@irvine.statestreet.com
tony.mcintyre@boiss.boi.ie
tony.morley@davy.ie
tony.oregan@aberdeen.com.au
tony.p.gargan@aib.ie
tony.p.irwin@anfis.co.uk
tony.patti@credit-suisse.com
tony.pazaitis@juliusbaer.com
tony.persson@alecta.com
tony.pierce@northernrock.co.uk
tony.piggott@hsh-nordbank.co.uk
tony.pizzi@pioneerinvest.com
tony.q.tran@jpmchase.com
tony.ririassa@ingim.com
tony.rizzo@smhl.com
tony.roesti@csam.com
tony.romero@pncbank.com
tony.rowland@morgankeegan.com
tony.sandhu@threadneedle.co.uk
tony.scrimali@bnlmail.com
tony.sevsek@bmonb.com
tony.shizari@ge.com
tony.smith@axa-im.com
tony.solway@bnpparibas.com
tony.spiers@norwich-union-life.co.uk
tony.su@alliancebernstein.com
tony.swindall@nationalcity.com
tony.t.farrell@aib.ie
tony.tita@na.natwestgfm.com
tony.trani@exchange.quick-reilly.com

tony.trinh@db.com
tony.versaci@gecapital.com
tony.whalley@swipartnership.co.uk
tony.wilkinson@db.com
tony.willis@lazard.com
tony.wong@invesco.com
tony.yao@janus.com
tony.yu@wamu.net
tony@moorecap.com
tony@stw.com
tony_altobelli@hp.com
tony_arnese@swissre.com
tony_baildon@westlb.co.jp
tony_beaulac@ssga.com
tony_borges@scudder.com
tony_boykin@ml.com
tony_elavia@nylim.com
tony_ho@capgroup.com
tony_hood@standardlife.com
tony_lo@calpers.ca.gov
tony_ruysdeperez@putnam.com
tony_scola@ssga.com
tony_semak@invesco.com
tony_silva@scotiacapital.com
tony_siytangco@symantec.com
tony_stenning@blackrock.com
tonya.gross@citadelgroup.com
tonya.joseph@wachovia.com
tonya.kiel@aiminvestments.com
tonya.l.vance@jpmorgan.com
tonya.sweeden.g3mz@statefarm.com
tonyarnolduser@company.com
tonyc@loopcap.com
tonychan07@bloomberg.net
tonyclark@halifax.co.uk
tonydoyle@bloomberg.net
tonym@argyle-investment.com
tonysmith@westpac.com.au
tony-w-a.andersson@ubs.com
tonyzhang@ftsfund.com
too@topdanmark.dk
t-oohori@taiyo-seimei.co.jp
took@bloomberg.net
tooleesoong@gic.com.sg

toors@deshaw.com
tooru.terasawa@mizuho-bk.co.jp
tootatcheng@gic.com.sg
tooten@ivymackenzie.com
topatigh@swisscap.com
topchung@bok.or.kr
topfund@bloomberg.net
topi.jokiranta@csplc.com
tor.borg@folksam.se
tor.mori@mitsui.com
tor.nygaard@abgsc.no
tor@omega-advisors.com
tor@ubp.ch
torai.tooru@daido-life.co.jp
toral.munshi@credit-suisse.com
toralfkuehn@helaba-invest.de
toratora@kawachi.zaq.ne.jp
torben.cattley@lgim.co.uk
torben.f@nordea.com
torben.jorgensen@tryg.dk
torben.madsen@nordea.lu
torben.nielsen@nib.int
torben.riedel@wwasset.de
torben.skodeberg@nordea.com
torbjorn.arenbo@alecta.com
torbjorn.hamnmark@dnb.se
torbjorn.kronblad@nordea.com
torbjorn.segerstedt@dnb.se
tord.andersson@dnb.se
tore.bertilsson@skf.com
tore.sirevaag@klp.no
toreilly@lincap.com
torgeir.storo@dnb.no
torgrim.roll@kap.norges-bank.no
torgrim.roll@klp.no
toriumi.yoshiko@nomura-asset.com
toriyama-s@marubeni.com
torleif.berg@spv.no
tornadma@cmcic-sdm.fr
tornellos@emigrant.com
tornos@bancozaragozano.es
toronia@bloomberg.com
torresmi@bloomberg.net
torrili@exchange.ml.com

torstein.moland@bedrift.telenor.no
torsten.achtmann@uk.fid-intl.com
torsten.beer@dws.com
torsten.gruber@wwasset.de
torsten.gruendel@cominvest-am.com
torsten.gyllensvard@afa.se
torsten.haas@db.com
torsten.haufe@hypovereinsbank.de
torsten.haufe@sarasin.ch
torsten.jasper@sparkasse-koelnbonn.de
torsten.johannsen@hsh-nordbank.com
torsten.kohrs@dlh.de
torsten.mietzner@sparkasse-koelnbonn.de
torsten.probst@wl-bank.de
torsten.reich@aam.de
torsten.schellscheidt@oppenheim.de
torsten.schuessler@bmw.de
torsten.seifert@dzbank.de
torsten.stilling@juliusbaer.com
torsten.strohrmann@db.com
torsten.vetter@neelmeyer.de
torsten.zenner@union-investment.de
torsten.zittlau@lbbw.de
tortp@bancsabadell.com
toru.lin@pimco.com
toru.oda@mizuho-bk.co.jp
toru.tokoyoda@boj.or.jp
toru.yamamoto@daiwausa.com
toru_imahori@tr.mufg.jp
toru_tabei@mitsubishi-trust.co.jp
toru_watanabe@tr.mufg.jp
toru1_matsuda@mitsubishi-trust.co.jp
torucrazy@yahoo.co.jp
tory.windisch@gs.com
tos@bankinvest.dk
tosato@bloomberg.net
tosca.lahpor@philips.com
toshiaki.kamijyou@boj.or.jp
toshiaki.mizuno@ufj-partners.co.jp
toshiaki.yukiue@shinseibank.com
toshiaki_fuse@tr.mufg.jp
toshiaki_ito@sec.orix.co.jp
toshiaki_kajiura@tr.mufg.jp
toshiaki_kimura@tr.mufg.jp

toshiaki_kobayashi@mitsubishi-trust.co.jp
toshiharu.yumoto@mizuho-cb.co.jp
toshihide.morita@db.com
toshihiko.ashizawa@sumitomocorpeurope.com
toshihiko.sekiya@mizuho-bk.co.jp
toshihiko_nishi@tr.mufg.jp
toshihiko_sakai@tr.mufg.jp
toshihiko_ubukata@mail.toyota.co.jp
toshihiro.ishikiriyama@gsk.com
toshihiro.iwamura@sumitomocorp.co.jp
toshihisa_itinose@am.sumitomolife.co.jp
toshikazu.nakagawa@mizuho-cb.co.jp
toshikazu.sasaki@boj.or.jp
toshiki.kakegawa@fi.fukoku-life.co.jp
toshio.idesawa@boj.or.jp
toshio.konishi@schroders.com
toshio.tsuiki@boj.or.jp
toshio_goto@tr.mufg.jp
toshio_shimizu@tr.mufg.jp
toshiro_ohchi@am.sumitomolife.co.jp
toshitaka_iinuma@tr.mufg.jp
toshiya.kambayashi@db.com
toshiya.kotake@sumitomocorp.co.jp
toshiya.nakahara@nmoc.co.jp
toshiya.owada@mhcb.co.uk
toshiyasu_goto@mitsui-seimei.co.jp
toshiyasu_shimizu@mitsui-seimei.co.jp
toshiyuki.abe@mizuho-cb.co.jp
toshiyuki.iwama@mizuho-bk.co.jp
toshiyuki.murakami@axa.co.jp
toshiyuki.murasawa@mitsubishicorp.com
toshiyuki_masaoka@mitsubishi-trust.co.jp
toshiyuki_mineo@mlgam.co.jp
toshiyuki_miwa@tr.mufg.jp
toshiyuki-kurabayashi@am.mufg.jp
toshiyuki-sato@am.mufg.jp
toshiyuki-takahashi@nochubank.or.jp
tosio_huzimura@am.sumitomolife.co.jp
tosio_kobayasi@am.sumitomolife.co.jp
tostlund@caxton.com
to-takekoshi@ja-kyosai.or.jp
tothchr@ml.com
tothd@nationwide.com
tothgm@bernstein.com

toto@kdb.co.kr
totosuharto@ptbni.com.sg
toubinc@mizrahi.co.il
toublan@wharton.upenn.edu
touficsehnaoui@temasek.com.sg
toukai-b4940041@jp.nomura.com
toushi@yamanashibank.co.jp
toutaio@agf.fr
tov@nbim.no
tov@nykredit.dk
towe03@handelsbanken.se
towens@websterbank.com
towerdoug@bloomberg.net
towers@westernasset.com
townsendjc@bernstein.com
toyoda@nam.co.jp
toyohiro.washio@mizuho-cb.co.jp
toyokazu.kaneko@barings.com
toyokuni.tanaka@axa.co.jp
toyomu.chihaya@mizuho-cb.co.jp
toyoshima@nam.co.jp
toyota.watanabe@mitsubishicorp.com
t-ozaki@nochubank.or.jp
tp@dodgeandcox.com
tpaccot@pictet.com
tpaff@farcap.com
tpalumbo@bloomberg.net
tpantas1@bloomberg.net
tpappas@wellington.com
tparker@hcmlp.com
tparliman@ustrust.com
tparson@frk.com
tpastorello@bloomberg.net
tpauwels@ofi-am.fr
tpayne@metlife.com
tpayne@millertabak.com
tpborger@intermarketcorp.net
tpeart@perrycap.com
tpease@exchange.ml.com
tpeckosh@dubuquebank.com
tpecore@frk.com
tpellegrino@fisbonds.com
tpelzel@hcmlp.com
tpereira@hcmlp.com

tperez5@bloomberg.net
tperkins@pwmco.com
tperman@bloomberg.net
tpetrov@lordabbett.com
tpettee@sunamerica.com
tpham@westernasset.com
tphilipp@stern.nyu.edu
tpiacentini@babsoncapital.com
tpiesko@metlife.com
tpmulroy@stifel.com
tpocholuk@mail.inext.fr
tpodlewski@templeton.com
tpollack@bbandt.com
tporcelli@ustrust.com
tporter@state.nd.us
tportig@hcm-ag.de
tpouschine@dsaco.com
tpowell@apolloic.com
tpowers@divinv.net
tpoyanr@ecap.com.sg
tpremer@pacificlife.com
tprentice@eudaimonia-invest.com
tprew@firststate.co.uk
tprice@bankofny.com
tprince@downeysavings.com
tprose@bankofny.com
tpshea@dlbabson.com
tpulver@angelogordon.com
tputman@alaskapermfund.com
tqiu-a@templeton.com
tquinn@bankcalumet.com
tquinn@ifsam.com
tqw4@ntrs.com
tr@bea.com
tr@tbb.com.hk
trabelsi@cbt.com
tracey.baldwin@lodh.com
tracey.cameron@fmr.com
tracey.dominick@fmr.com
tracey.ivey@morganstanley.com
tracey.johnstone@aberdeen-asset.com
tracey.jourdal@pimco.com
tracey.l.masterson@pjc.com
tracey.lander@omam.co.uk

tracey.nicholls@csam.com
tracey.ray@stpaul.com
tracey.smith@pncbank.com
tracey.telfer@uk.bnpparibas.com
tracey_killorn@standardlife.com
tracey_lovely@ci.richmond.ca.us
tracey_shahan@dell.com
traci.andress@aiminvestments.com
traci.l.manford@jpmorgan.com
traci@scmadv.com
tracie.ahern@soros.com
tracy.calev@alliancebernstein.com
tracy.cherrington@csam.com
tracy.chin@au.pimco.com
tracy.clark@barclaysglobal.com
tracy.e.williams@jpmorgan.com
tracy.eccles@thehartford.com
tracy.fu@db.com
tracy.knight@calvertgroup.com
tracy.lau@blackrock.com
tracy.lum@disney.com
tracy.mazzei@gm.com
tracy.mccullough@inginvestment.com
tracy.middleton@fandc.com
tracy.ossowski@blackrock.com
tracy.pridgen@fgic.com
tracy.pridgen@rabobank.com
tracy.reed@aberdeen-asset.com
tracy.rosson@alexanderkey.com
tracy.sanderson@cubist.com
tracy.shafer@calvert.com
tracy.small@axa-im.com
tracy.vonick@bwater.com
tracy.wb@mellon.com
tracy.wright@pioneerinvest.com
tracy_desjardins@scudder.com
tracy_li@capgroup.com
tracy_mazzei@gmaccm.com
tracy_rowohlt@ntrs.com
tracy_schuneible@freddiemac.com
tracy_sweeney@putnam.com
tracyc@mcm.com
tracylundberg@tagfolio.com
trade.queries@aberdeen-asset.com

trader@ikos.com.cy
tradetower@bloomberg.net
trading@myerberg.com
trading@penncapital.com
trading@pictet.com
trading@pkb.ch
trading@quantjock.net
trading@trigone.com
tradingcolor@pattersoncapital.com
tradingcy@ikos.com.cy
tradinggroup@rockco.com
tradingroom@us.bdroma.com
tradtke@deerfieldcapital.com
trae.willoughby@usaa.com
traeke@mfs.com
traeke@ofii.com
trafton.c@tbcam.com
trahanjeffreya@johndeere.com
trallen@russell.com
tram.bui@lazard.com
tram@cadence.com
trambev@eib.org
tran.nguyen@sscims.com
traney@mcmorgan.com
traney@westernasset.com
trang.dinh@glgpartners.com
tranquillo.capozzoli@bancaakros.it
transactions@opers.com
trascoll@cpr-am.fr
trath@bellmortgage.net
traudel.hasenstab@helaba.de
trault@groupe-casino.fr
trauth@bwk.de
trautmann@metro.de
travejr@swib.state.wi.us
traversa@psai.com
travis.brock@kochind.com
travis.burch@pnc.com
travis.cocke@trs.state.tx.us
travis.gracey@huntington.com
travis.hook@fafadvisors.com
travis.j.bates@columbiamanagement.com
travis.king@inginvestment.com
travis.rudnick@morganstanley.com

travis.schaftenaar@ubs.com
travis.sell@thrivent.com
travis.stevenson@blackrock.com
travis.vieth@edwardjones.com
travis.white@aig.com
tray@sra.state.md.us
traynors@fhlbsf.com
trc@nykredit.dk
treardon@standishmellon.com
treasa.simbeye@gmacrescap.com
trease@conocophillips.com
treasurer@sto.sc.gov
treasuries@avmltd.com
treasury.f@hauck-aufhaeuser.de
treasury.middleoffice@philips.com
treasury@bankleumiusa.com
treasury@crediteurop.lu
treasury@deutsche-hypo.de
treasury@gdbmacau.com
treasury@gordian.co.uk
treasury@hypo-ooe.at
treasury@hypovbg.at
treasury@nic.com.kw
treasury@robeco.com
treasuryinvestments@ashland.com
treasurymarketnews@pmintl.com
treasuryresearch@ceridian.com
treasurytop@bloomberg.net
trebeschi.giorgio@insedia.interbusiness.it
tredman@angloamerican.co.za
treed@backbayadvisors.com
tregeao@nationwide.com
tregelsb@kodak.com
trekatz@bloomberg.net
trelawny.williams@uk.fid-intl.com
tremblay@bessemer.com
trembry@magten.com
trena.hawthorne@huntington.com
trena_johnston@invesco.com
trent.larcombe@barclaysglobal.com
trent.redman@avmltd.com
trent.ward@citadelgroup.com
trent.williams@wamu.net
trent@apam.com

trentloh@gic.com.sg
treso@lamondiale.com
trevor.a.courtney@aib.ie
trevor.bailey@mhcb.co.uk
trevor.baxter@bankofengland.co.uk
trevor.carlin@rbc.com
trevor.chown@aberdeen-asset.com
trevor.cowan@boigm.com
trevor.cox@aig.com
trevor.dean@us.hsbc.com
trevor.greetham@uk.fid-intl.com
trevor.heap@europe.hypovereinsbank.com
trevor.j.cobbe@aibbny.ie
trevor.liang@pimco.com
trevor.meeks@uk.fid-intl.com
trevor.mundt@barcap.com
trevor.oliver@barclaysglobal.com
trevor.petch@insightinvestment.com
trevor.walker@sscims.com
trevor.warne@db.com
trevor.welsh@morleyfm.com
trevor.whelan@barclaysglobal.com
trevor.williams@rainierfunds.com
trevor.young@ibtco.com
trevor_denton@troweprice.com
trevor_gurwich@americancentury.com
trey.beck@deshaw.com
trey.harrison@4086.com
trey.stenersen@wachovia.com
trfinnerty@bremer.com
triblecj@bankofbermuda.com
tribs@bloomberg.net
tribunal@caixa-geral.pt
tricia.hacioglu@us.bnpparibas.com
tricia.harris@wachovia.com
tricia.ho@blackrock.com
tricia.mankoski@pncadvisors.com
tricia.mendoza@ubs.com
tricia.o'brien@edwardjones.com
tricia.shinden@sgcib.com
tricia.tumminello@nb.com
tricia_capal@nylim.com
trideep.bhattacharya@ubs.com
trider@payden-rygel.com

tridgway@bloomberg.net
trigo@farcap.com
trimania@aetna.com
trina.steinbach@wpginvest.com
trina.yates@ubs.com
trina_yeung@blackrock.com
trinh_nguyen@nylim.com
trini@bot.or.th
trini@nyl.com
triona.m.o'mahony@aib.ie
trip.lilly@pimco.com
trip.shepard@ubs.com
tripp.blum@bbh.com
trish.myers@truscocapital.com
trish.reopelle@swib.state.wi.us
trish@gries.com
trish_visintine@may-co.com
trisha.fitzpatrick@barclaysglobal.com
trisha.white@fmr.com
trish-delaney@dlfi.com
trishkwan@gic.com.sg
trishul@qifmanagement.com
tristan.allen@bbg.co.uk
tristan.blondel@bgpi.com
tristan.brenner@arnerbank.ch
tristan.hockin@uk.abnamro.com
tristan.larrue@bnpparibas.com
tristan.sones@agf.com
tristan_reid@capgroup.com
tristanm@fhlbsea.com
tritchey@sib.wa.gov
tritthart@meinlbank.com
trivan.mathur@cbve.com
trjv@bloomberg.net
trkevhan@bloomberg.net
trm@nbim.no
troberts@noonam.com
trobey@allmerica.com
trobinson@metlife.com
trock@cicny.com
trodwell@pictet.com
troetlin@aegonusa.com
trols1@bp.com
tromanow@bloomberg.net

tromero@troweprice.com
tron.r.wang@jpmorgan.com
tronberg@europeancredit.com
trond.hermansen@storebrand.com
trong-luu.truong@pharma.novartis.com
trose2@mn.rr.com
trosinsky@the-ark.com
trosky@pimco.com
tross@blenheiminv.com
trossano@bloomberg.net
trossmeier@munichre.com
trothe@bloomberg.net
trotte@bloomberg.net
trotteg@nationwide.com
trow@troweassociates.com
trowe@smithbreeden.com
trowland@whummer.com
trows@ebrd.com
troy.bracher@ibtco.com
troy.davis@halliburton.com
troy.deschaines@fmr.com
troy.ellis@inginvestment.com
troy.gerhardt@mutualofomaha.com
troy.gibbens@gmacrfc.com
troy.haines@wamu.net
troy.huff@usbank.com
troy.linton@pnc.com
troy.ludgood@wellsfargo.com
troy.mcmaster@6thaveinvest.com
troy.peterson@americo.com
troy.raby@funb.com
troy.wilson@bnymellon.com
troy.winslow@ibtco.com
troy_muniz@ntrs.com
troyb@washtenawmortgage.com
troybarnett@northwesternmutual.com
troygayle@westfieldgrp.com
troythompson@chevron.com
trs@bnihk.com
trs@capgroup.com
trs@ptbni.co.jp
trspmd03@bni.co.id
trtadita@noil.co.uk
trudie.rothery@threadneedle.co.uk

trudy.brands@ingim.com
trudy.pasman@ingim.com
truenorth.lee@samsung.com
truett.tate@lloydstsb.co.uk
trujillanojaime@bancsabadell.com
trukas.j@tbcam.com
truls.evensen@storebrand.com
truls.nergaard@dnbnor.no
trunkel@frk.com
truschel.je@tbcam.com
trusha.chokshi@morganstanley.com
trusling@howeandrusling.com
trussardi@bloomberg.net
trussell@cazenove.com
trust@krafteurope.com
truta@adamsexpress.com
tryan@oppenheimerfunds.com
trychlik@tudor.com
tryfo@scotiacapital.com
tryggvi.davidsson@isfba.is
trygve.toraasen@uk.fid-intl.com
trygve.young@dnb.no
ts@capgroup.com
ts103@ntrs.com
tsable@bearstearns.com
tsabu@bloomberg.net
tsacca@lordabbett.com
t-sagasaki@yasuda-life.co.jp
tsaimy@bankofbermuda.com
tsairi.kobi@discountbank.co.il
tsaito@hbk.com
t-saito@nissay.co.jp
tsakagawa@nochubank.or.jp
tsakelis@omegasec.gr
tsanchez@mfs.com
tsands@templeton.com
tsangalli@federatedinv.com
tsantiago@analyticasset.com
tsato@dlusa.com
tsaturn@refco.com
tsauermelch@seic.com
tsc@bankinvest.dk
tsc@capgroup.com
tscalise@tiaa-cref.org

tscerbo@opcap.com
tscherr@federatedinv.com
tschmidt@meag.com
tschmidt@metlife.com
tschneider@fbopcorp.com
tschulze@babsoncapital.com
tschuster@metlife.com
tschuster@roxcap.com
tscott@nb.com
tscott@templeton.com
tscott@ubs.com
tsd@dodgeandcox.com
tsder@uk.mufg.jp
tse@sitinvest.com
tsearles@lasers.state.la.us
tseay@mcdinvest.com
tse-ern.chia@glgpartners.com
tseidcheck@rwbaird.com
tseitz@piperjaffrey.com
tsekine445954@po.yasuda.co.jp
tself@fhlbc.com
tseno@ellington.com
tsenov.nikolai@dws.de
tsensing@fhlbatl.com
tserero@newstaram.com
tsettel@westernasset.com
tseveritt@wellington.com
tsf@nbim.no
tshafer@concordiafunds.com
tshasta@wellington.com
tsheehan@cainbrothers.com
t-shibata@ufjtrustbank.co.jp
tshimura@eatonvance.com
t-shimura@nochubank.or.jp
t-shioda@ikedabank.co.jp
tshipp@amfin.com
tshishido@bloomberg.net
tshively@ssm.com
tshrager@tweedy.com
tshushan@mfs.com
tsidorenko@bloomberg.net
tsikora2@bloomberg.net
tsilva1@bloomberg.net
tsinclai@invest.treas.state.mi.us

tsingh@hcmlp.com
ts-ishiad@taiyo-seimei.co.jp
tsk@gr.dk
tskeshi.sugaya@axa.co.jp
tskim@bankofny.com
tskipper@agfirst.com
ts-komoda@ja-kyosai.or.jp
tskramstad@wellmanage.com
tslight@westernasset.co.uk
tsmid@aegon.nl
tsmith@chittenden.com
tsmith@invest.treas.state.mi.us
tsmith@panagora.com
tsmith@ustrust.com
tsmith16@metlife.com
tsnedden@russell.com
tsnipe@babsoncapital.com
tso@us.mufg.jp
tsolano@tiaa-cref.org
tsolomon@congressasset.com
tsolomon@halcyonllc.com
tsomers@fmaadvisors.com
tsommerfeld@warburgpincus.com
tsoots@opers.org
tsp2@ntrs.com
tspaeth@spt.com
tspencer@martincurrie.com
tsprince@dbs.com
ts-sato@meijiyasuda.co.jp
tstakem@woodstockcorp.com
tstalker@westpac.com.au
tsteele@bartlett1898.com
tsteer@newstaram.com
tsteidle@cobank.com
tsteitz@opers.org
tstern@eatonvance.com
tstern@hcmlp.com
tsternberg@williamblair.com
tstevens@ambac.com
tstevens@denveria.com
tsteyer@faralloncapital.com
tstockton@metlife.com
tstolberg@loomissayles.com
tstoops@fhlbc.com

tstory@williamblair.com
tstress@aesb.net
tstrider@worldbank.org
tstringfellow@frostbank.com
tstrobach@qgcapital.com
tstrom@caxton.com
tstromstedt@apollolp.com
tstudds4@bloomberg.net
tsubokawa@ja-bank-fukui.or.jp
tsubota@sbcm.com
tsuchiya.takashi@daido-life.co.jp
tsuchiya@daiwa-am.co.jp
tsuchiya@daiwasbi.co.jp
tsuchiyama@nam.co.jp
tsuchizuka02999@nissay.co.jp
tsuda.soshi@kokusai-am.co.jp
tsuda@nam.co.jp
tsuda111@dl.dai-ichi-life.co.jp
tsugumasa_kojima@sakura.co.jp
tsuji@sumitomotrust.co.jp
tsuji_masanao@mail.asahi-life.co.jp
tsujino_hirohiko@yk.smbc.co.jp
tsukasa_yoshizaki@tr.mufg.jp
tsulliv@frk.com
tsullivan@ftci.com
tsullivan@williamblair.com
tsullivan6@bloomberg.net
tsun@princeton.edu
tsuna@dl.dai-ichi-life.co.jp
tsunemasa_tsukada@tr.mufg.jp
tsunemitsu.kosuge@surugabank.co.jp
tsung-ying.yang@fhlb-pgh.com
tsuno.h@daiwa-am.co.jp
tsurugas@nochubank.or.jp
tsurumi20491@nissay.co.jp
tsuruo.mitch@nomura-asset.com
tsutomu.iwasawa@baring-asset.com
tsutomu_kinoshita@tr.mufg.jp
tsutomu_kondo@mitsubishi-trust.co.jp
tsutomu_maeda@suntory.co.jp
tsutomu-horiuchi@mori.co.jp
tsutsui@bloomberg.net
tsutsui_shinichi@ve.smbc.co.jp
tsutsumi@nam.co.jp

tsuyoshi.matsumoto@ufj-partners.co.jp
tsuyoshi.shimizu@shinseibank.com
tsuyoshi.takara@bankofamerica.com
tsuyoshi_kodaka@tr.mufg.jp
tsuyuki@hby.dai-ichi-life.co.jp
tsvidler@ftci.com
tsw@capgroup.com
tswadling@bloomberg.net
tswaney@ofiinstitutional.com
tswaney@oppenheimerfunds.com
tswartz@chubb.com
tswift@bloomberg.net
tswingle@opers.org
tsycoff@bear.com
tsygl3@bloomberg.net
tsynnott@ustrust.com
tsz.lung.lau@citigroup.com
tszaro@lordabbett.com
tszczesny@bankofny.com
tt@bankinvest.dk
tt@cathaylife.com.tw
tt333@cornell.edu
t-tajima@nochubank.or.jp
t-takano@nochubank.or.jp
ttakase@nochubank.or.jp
ttalenda@massmutual.com
ttan@evcap.com.sg
ttaniura@ufjbgam.com
ttaogi@wooribank.com
ttatekawa@bloomberg.net
ttaylor@corusbank.com
ttaylor@offitbank.com
ttaylor@troweprice.com
ttc001@co.santa-cruz.ca.us
ttc003@co.santa-cruz.ca.us
ttdd@capgroup.com
t-teranishi@nochubank.or.jp
tteshima@mtbcny.com
ttewksbury@troweprice.com
tthangpijaigul@worldbank.org
ttheodore@avatar-associates.com
tthomas@corporateone.coop
tthome@pwmco.com
tthompson@newstaram.com

tthompson@reamsasset.com
tthomson@tswinvest.com
tthresher@bankofny.com
tti@bgbank.dk
ttimura@mcglinncap.com
ttint@westernasset.com
ttod@statoil.com
ttokita@bloomberg.net
ttomizzi2@bloomberg.net
ttoth@caxton.com
ttowers@nb.com
ttowery@waddell.com
ttownsel@invest.treas.state.mi.us
ttraber@wssc.dst.md.us
ttravers@ambac.com
ttravers@hcmlp.com
ttresigne1@bloomberg.net
ttrotter@rccl.com
ttruitt@deerfieldcapital.com
ttruitt@lkcm.com
tts@ntrs.com
ttsuji@daiwasbi.co.jp
ttsuyuzaki@us.mufg.jp
ttsyjm5@bloomberg.net
tuan.huynh@janus.com
tuantu.schmucker@allianz.de
tubben@lincap.com
tucci@pfdincome.com
tucd@chevron.com
tuck.hall@putnam.com
tuck.reed@suntrustmortgage.com
tucker.morrissey@blackrock.com
tucker.morrissey@inginvestment.com
tudell@ameritas.com
tudisco@bpintra.it
t-uemura@taiyo-seimei.co.jp
tu-fujii@meijiyasuda.co.jp
tugrul.kolad@pioneerinvestments.com
tugrul.ozbakan@teb.com.tr
tujazdowski@the-ark.com
tullio.grilli@bancaakros.it
tullio.lucca@sanpaoloimi.com
tullke.lndb@bloomberg.net
tulturi2@bok.or.kr

tumat@postbank.de
tumurd@wharton.upenn.edu
tuncay.cevher@soros.com
tunde.bey@blackrock.com
tune@bloomberg.net
tungsiewhoong@gic.com.sg
tuomas.inkinen@sampo.fi
tuomas.peltonen@ebc.int
turenchalkea@bernstein.com
turino.sl@mellon.com
turkovitsa@otpbank.hu
turner8@bloomberg.net
turnerb@bwbank.ie
turnerb@swcorp.org
turnert@mnb.hu
turpin.senou@caam.com
tursillo@loomissayles.com
turu-k@marubeni.co.jp
tus@capgroup.com
tushar_dayal@fanniemae.com
tushiki@sjam.co.jp
tusif.arif@uk.fid-intl.com
tuttle.le@tbcam.com
tuula.k.koskimaki@sampo.fi
tuzzolino.d@mellon.com
tv@gr.dk
tv44@cornell.edu
tvaill@bpbtc.com
tvandam@loomissayles.com
tvanderz@princeton.edu
tvanvuren@hollandcap.com
tvargha@meag.com
tvarkey@stonehill.nb.com
tveazey@metlife.com
tvezauskas@intesasanpaolo.us
tvh@jyskebank.dk
tvien@dlbabson.com
tvigna@westernasset.com
tvillaferra@hiberniabank.com
tvillanu@notes.banesto.es
tviola@pershing.com
tvispoli@chubb.com
tvl@dodgeandcox.com
tvm@nbim.no

tvo@statoil.com

tvolpe@nylim.com

tvr_rao@fanniemae.com

tw@capgroup.com

tw@fortressltd.com

tw227@cornell.edu

tw55@ntrs.com

twadap@swbell.net

twain@bloomberg.net

twalden@fultonfinancialadvisors.com

twalker@martincurrie.com

twalker@tde.org

twalklett@provnet.com

twallach@capitalcambridge.com

twallach@halcyonllc.com

twalsh@congressasset.com

twalsh@cubb.com

twalter@ofii.com

twalter@sunbankpa.com

twalters@smithbreeden.com

twan.franken@lodh.com

twana_cooper@vanguard.com

twang@worldbank.org

twania@bloomberg.net

twanna.cloyd@nationalcity.com

twarstler@invest.treas.state.mi.us

twashall@fbw.com

twaters@cazenove.com

twaugh@hbk.com

twbaxter@wellington.com

tweber@fultonfinancialadvisors.com

twegan@wellington.com

twendorff@litchfieldcapital.com

twerner@aegonusa.com

twesthus@perrycap.com

twestrup@ers.state.tx.us

twexman@sunamerica.com

tweyl@eatonvance.com

twf1@ntrs.com

twh@danskebank.com

twh@jwbristol.com

twhaling@westunionbank.com

twhasket@duke-energy.com

twhite@fmbonline.com

twicks@newstaram.com
twiese@troweprice.com
twilcher@hcmlp.com
twilcox@statestreet.com
twilkin@templeton.com
twilli@ftci.com
twilliams@wasatchadvisors.com
twillis@oppenheimerfunds.com
twilloughby@europeancredit.com
twilson@caxton.com
twinklmann@bloomberg.net
twinograd@metlife.com
twippman@sterlingpartner.us
twirkus@canyonpartners.com
twirth@chemungcanal.com
twitt@asglp.com
twleung@wellington.com
twm@nationalbanken.dk
twmanning@statestreet.com
twolfe@jennison.com
twong@bearmeasurisk.com
twong@senecacapital.com
twoo@loomissayles.com
twood@mfs.com
twoodhams@westernasset.co.uk
twoodhouse@seawardmgmt.com
twoodley@londonstockexchange.com
twoodmaska@bayernlbny.com
twozn@seoulbank.co.kr
twp@dodgeandcox.com
twright@pjc.com
tws@shinhan.com
twso@bochk.com
twt@capgroup.com
twt1@ntrs.com
twwchan@hkma.gov.hk
twyman@husic.com
ty.anderson@db.com
ty.wooldridge@gecapital.com
ty_miller@gmacm.com
tya@dodgeandcox.com
tyakuwa@us.tr.mufg.jp
tyamamiya@noil.co.uk
tyamamoto@skckny.com

t-yamane@taiyo-seimei.co.jp
t-yamashita@taiyo-seimei.co.jp
tyanagawa@mtildn.co.uk
tyanagis@nochubank.or.jp
tyano@nochubank.or.jp
tycho.van.wijk@ingim.com
tyhesha_harrington@ssga.com
tyisha.wolfe@statestreet.com
tyler.a.young@dartmouth.edu
tyler.blum@schwab.com
tyler.cook@eagleasset.com
tyler.dann@aiminvestments.com
tyler.gaylord@fmr.com
tyler.gentry@4086.com
tyler.h.patla@jpmorgan.com
tyler.hill@fmr.com
tyler.johnson@cooperindustries.com
tyler.lynch@micorp.com
tyler.mccarthy@us.bacai.com
tyler.pinkernell@bwater.com
tyler.platte@rainierfunds.com
tyler.sutherland@fmr.com
tyler.treat@genmills.com
tyler@adelphi-capital.com
tyler@nebomanagement.com
tyler_ratcliffe@swissre.com
tyler_smith@acml.com
tyler_w_johnson@dell.com
tyler_yuan@ssga.com
tylin@canyonpartners.com
tylyfe@knbank.co.kr
tyorke@refco.com
tyoseloff@dkpartners.com
tyoshinaga@nria.com
tyoun@lordabbett.com
tyoung@redstoneadv.com
tyra.lydon@aamcompany.com
tyrice_coates@freddiemac.com
tyron.eng@drkw.com
tyson.iravani@gcm.com
tzaldivar@bear.com
tzatko@babsoncapital.com
tzellmer@allstate.com
tzemek@newstaram.com

tzewai.yiu@bernstein.com
tzeyang@dbs.com
tzh@bloomberg.net
tzhao@princeton.edu
tzigantcheva_milena@fsba.state.fl.us
tzimmer@loomissayles.com
tzizzamia@refco.com
tzucker@thamesriver.co.uk
tzul@bloomberg.net
tzulung@kdb.co.kr
u.bernardini@bipielle.it
u.colombo@bipielle.it
u.duebendorfer@hsbc.guyerzeller.com
u.gormanns@bloomberg.net smtp
u.haibach@hsbc.guyerzeller.com
u.hermann@bvv-vers.de
u.kanda@noemail.com
u.mueller@ubz.ch
u.noetges@apoasset.de
u.reitz@frankfurt-trust.de
u22863cgak@bloomberg.net
uamsic@uobgroup.com
uandratschke@provinzial-online.de
ub24@cornell.edu
ubald.cloutier@lodh.com
ubcd@vanguard.com
uberner@bloomberg.net
ubidkar@blx.com
ubk@bloomberg.net
ubpce@bloomberg.net
ubr@danskebank.lu
ubsops@citco.com
ubukata-c@ga.toyo-eng.co.jp
uchida.masaaki@tepco.co.jp
uchida@daiwa-am.co.jp
uchida@nam.co.jp
uchida_hironori@sol.nichimen.co.jp
uchida226@dl.dai-ichi-life.co.jp
uchida8447@intra.cosmo-sec.co.jp
uchimura_nobuaki@mail.asahi-life.co.jp
udahl@alger.com
udaley@wisi.com
udara.fernando@citadelgroup.com
uday.p.shah@jpmorganfleming.com

uday.patnaik@gibuk.com
uden@bng.nl
udir@migdal-group.co.il
udit.mitra@morganstanley.com
udo.giegerich@omv.com
udo.goebel@dam.lu
udo.herschel@glgpartners.com
udo.klos@ui-gmbh.de
udo.meyer@vuw.de
udo.onwuachi@fgic.com
udo.reimann@dit.de
udo.riese@allianz.de
udo.rosendahl@dws.de
udo.schacht@nordlb.de
udo.schmidt-mohr@deka.de
udo.von.werne@zurich.com
udo_bodewig@westlb.de
udo_martinsohn@bayerischerueck.com
udou@dl.dai-ichi-life.co.jp
udyal@alger.com
uebepa.ffdb@bloomberg.net
uebrva@bloomberg.net
uecgto@bloomberg.net
uechve@bloomberg.net
ueda@e.u-tokyo.ac.jp
uehara@feo.fuji-ric.co.jp
uehara@nochubank.or.jp
uehira974@dl.dai-ichi-life.co.jp
ueli.buechi@mgb.ch
ueli.von.burg@zkb.ch
uematsu@daiwa-am.co.jp
uengler@tiaa-cref.org
ueno.tetsuo@daido-life.co.jp
ueno.y@daiwa-am.co.jp
ueno@daiwasbi.co.jp
ueno_masashige@ra.smbc.co.jp
ueshiman@dl.dai-ichi-life.co.jp
uesugi@daiwa-am.co.jp
ufr@danskecapital.com
ufrawley@imsi.com
ufugmann@bloomberg.net
ugantert@meag.com
uge@ceresiobank.com
ugo.bartolucci@ingdirect.it

ugo.ciliberti@morganstanley.com
ugo.debernardi@generaliproperties.com
ugo.domange@caam.com
ugo.ercolano@saras.it
ugo.renda@interbanca.it
ugosalia@loomissayles.com
ugur.guner@amd.com
ugxo@vanguard.com
uha@russell.com
uherold@metzler.com
uhoffman@tudor.com
uhryniak.d@mellon.com
ujsung@bloomberg.net
uk.research@aberdeen-asset.com
uk@bailliegifford.com
ukequity.fundmanagers@csam.com
ukteam@bankofengland.co.uk
ulah01@handelsbanken.se
ulbo@sek.se
ulbo03@handelsbanken.se
uleblebici@teb.com.tr
ulf.alexandersson@amfpension.se
ulf.arvidsson@amfpension.se
ulf.boden@sek.se
ulf.forsberg@amfpension.se
ulf.fuellgraf@deka.de
ulf.ghosh@wamu.net
ulf.johansson@sl-am.com
ulf.krumins@electrolux.se
ulf.lichtenberg@at.bacai.com
ulf.lindgren@sparbanken-nord.se
ulf.lindqvist@swedbank.com
ulf.noren@seb.se
ulf.plesmann@cominvest-am.com
ulf.schlenker@ubs.com
ulf.soderstrom@scania.com
ulf.steinborn@ag.man.de
ulf.stejmar@nordea.com
ulf@ibp.se
ulftos@carnegie.se
ulha@nykredit.dk
ulhas.shenoy@ubs.com
ull@danskecapital.com
ulla.fetzer@hsh-nordbank.com

ulla.hoyer@danskebank.dk
ulla.james@nokia.com
ulla.kauppinen@nb.se
ulla.peplinsky@activest.de
ulla.tarstrup@jyskeinvest.dk
ullrich.quenzer@commerzbank.com
ullum.sg@mellon.com
ulmueller@munichre.com
ulri02@handelsbanken.se
ulrica.slane-sens@ap3.se
ulrich.althoff@db.com
ulrich.brand@rwe.com
ulrich.braun@credit-suisse.com
ulrich.bruns@kfw.de
ulrich.ellerbeck@hsh-nordbank.com
ulrich.faupel@wmam.com
ulrich.gauss@allianz.de
ulrich.gerza@drkw.com
ulrich.geuss@postbank.de
ulrich.hejle@nordea.com
ulrich.jespersen@finansbanken.dk
ulrich.john@dekabank.de
ulrich.kaiser@credit-suisse.com
ulrich.kaltenbronn@jpmorganfleming.com
ulrich.katz@dit.de
ulrich.lind@allianzgi.de
ulrich.luthy@bcv.ch
ulrich.martensen@hsh-nordbank.com
ulrich.mattonet@blb.de
ulrich.niederer@ubs.com
ulrich.nowak@essenhyp.com
ulrich.nowak@postbank.de
ulrich.osswald@novartis.com
ulrich.ostholt@am.generali.com
ulrich.roth@credit-suisse.com
ulrich.scheppan@nordlb.de
ulrich.schulze@ruedblass.ch
ulrich.schulze-ueding@wgzbank.de
ulrich.seldeslachts@bmv.be
ulrich.sperber@ids.allianz.com
ulrich.sperl@ubs.com
ulrich.teutsch@cominvest.de
ulrich.vogel@lbb.de
ulrich.vogel@nordlb.lu

ulrich.vonauer@jpmorganfleming.com
ulrich.vornefeld@t-mobile.net
ulrich.walter@dzbank.de
ulrich.weiss@lbbw.de
ulrich.willeitner@dws.de
ulrich.zorn@deka.de
ulrich.zwanzger@db.com
ulrich_corbach@westlb.de
ulrieke.wendtland@hsh-nordbank.com
ulrik.frederiksen@nordea.com
ulrika.bagge@posten.se
ulrika.enhorning@swedbankrobur.se
ulrika.linden@robur.se
ulrika.lundgren@saab.se
ulrika.torell@alecta.com
ulrike.becker@frankfurt-trust.de
ulrike.benker@frankfurt-trust.de
ulrike.brocke@bayernlb.de
ulrike.gorny@ikb.de
ulrike.hasel@fidelity.de
ulrike.hoffmann-burchardi@tudor.com
ulrike.kaes@lbbwuk.com
ulrike.kaiserboing@lodh.com
ulrike.kastens@oppenheim.de
ulrike.katheder@dit.de
ulrike.kohlmann-kreutz@allianz.de
ulrike.kroener@vodafone.com
ulrike.kunz@bawag.com
ulrike.kunze@hvb.de
ulrike.loehr@db.com
ulrike.ryll@kfw.de
ulrike.scheef@lbbw.de
ulrike.serafini@kfw.de
ulrike.tatzber@rcm.at
ulrike.von_krosigk@novartis.com
ulriksenh@bloomberg.net
ulso04@handelsbanken.se
ulst06@handelsbanken.se
ultrayy@unitel.co.kr
ulucas@meag.com
ulysse.buonomo@bnpparibas.com
ulysses@moorecap.co.uk
uma_rajeshwar@glenmede.com
umair.tariq@nbad.com

umang.vithlani@morleyfm.com
umberto.brinatti@bancareale.it
umberto.celentano@pasche.ch
umberto.cirri@nestle.com
umberto.crespi@capitalia-am.com
umberto.orsenigo@db.com
umberto.vallarino@merloni.com
umeda@chuomitsui-spr.com.sg
umemoto@sun.com
umesh_mahajan@ml.com
umeuchi@nam.co.jp
umino@nam.co.jp
umit.cetkin@isbank.com.tr
umoran@bear.com
umpaii@bot.or.th
umut.utkan@finansbank.com.tr
un@known.com
una.m.kane@aibbny.ie
undereiner.js@mellon.com
underwoodm@bernstein.com
uneuhauss@ibuk.bankgesellschaft.de
unitt.david@ftci.ch
unknow@ntrs.com
unknowm@unknown.com
unknown@creditorrelations.com
unknown@email.com
unknown@mail.com
unknown@mediobanca.nl
unknown@mediocredito.nl
unknown@mediosim.nl
unknown@unknown.com
unknowns@unknown.com
unnati.patel@blackrock.com
uno@daiwa-am.co.jp
unon@sumitomotrust.co.jp
upallasch@union-investment.de
upatel@senecacapital.com
update@update.com
upkar.kambo@morleyfm.com
upuramsetti@delinvest.com
urangarajan@cicny.com
uranguma@wharton.upenn.edu
urbain.mbazoa@vontobel.ch
urban.angehrn@zurich.com

urban.bleisch@lgt.com
urban.eriksson@ap3.se
urban.larson@baring-asset.com
urban.persson@amfpension.se
urban_charles_t@cat.com
urd-ikari@nochubank.or.jp
ureber@pax.ch
uri.landesman@inginvestment.com
uri.miller@fmr.com
uri.ron@rbccm.com
uri.snir@bmo.com
urickheeram@fftw.com
urmas.wompa@jpmorgan.com
urquijo@dcmc.creditlyonnais.fr
urs.antonioli@ubs.com
urs.beck@zkb.ch
urs.beer@ubs.com
urs.bieri@vontobel.ch
urs.duss@schroders.com
urs.edward.blattmann@sunrise.ch
urs.eilinger@juliusbaer.com
urs.fischbach@zkb.ch
urs.gahler@rbscoutts.com
urs.gfeller@group.novartis.com
urs.gisiger@aig.com
urs.guthmann@credit-suisse.com
urs.haberthuer@csam.com
urs.hiller@csam.com
urs.j.gallmann@credit-suisse.com
urs.keller@ubs.com
urs.knuchel@vontobel.ch
urs.kunz@csam.com
urs.matsch@juliusbaer.com
urs.meili@commerzbank.ch
urs.meister@suva.ch
urs.pfister@bsibank.com
urs.pfister@rothschildbank.com
urs.ramseier@csam.com
urs.reiter@mbczh.ch
urs.schnueriger@ubs.com
urs.schubiger@ubs.com
urs.schwarz@cbve.com
urs.von-gunten@ubs.com
urs.wiesendanger@bkb.ch

urs.winiger@schroders.com
ursel.baumann@bankofengland.co.uk
urs-s.weber@ubs.com
ursula.bachmann@ecb.int
ursula.denzel@aam.de
ursula.elser@gz-bank.de
ursula.federsel@bawag.com
ursula.jahns@telekom.de
ursula.kluck@fm.nrw.de
ursula.neumann@credit-suisse.com
ursula.nitschke@ubs.com
ursula.oser@zkb.ch
ursula.prior@bhf-bank.com
ursula.radeke-pietsch@siemens.com
ursula.sahrhage@dekabank.de
ursula.speich@credit-suisse.com
ursula.vonsayn-wittgenstein@hypovereinsbank.de
ursula_brenner@dell.com
ursula_o_schaefer@fanniemae.com
ursula_o"donnell@fanniemae.com
uruze@garanti.com.tr
uscashdesk@levi.com
uschneider@meag.com
uschuh@union-investment.de
use.brueggendieck@csam.com
useifert@meag.com
user@company.com
usg@capgroup.com
usguest1@nomura-asset.com
ushah@metlife.com
ushathorat@rbi.org.in
ushma.mulji@uk.fid-intl.com
usman.x.naeem@jpmorgan.com
usr@hbk.com
usresearch@aberdeen-asset.com
usundermeier@metzler.com
uta.fehm@db.com
uta.kubis@ikb-cam.de
uta.sichhart@hvb.de
ute.bach@ikb-cam.de
ute.guendert@lbbw.de
ute.hering@db.com
ute.hildebrand@ids.allianz.com
ute.kaller@basf.com

ute.rehwald@apobank.de
ute.rohner@pharma.novartis.com
ute.rosen@lbbw.de
ute.rosen@union-investment.de
ute.schulthess@ca-suisse.com
ute.schweizer@axelspringer.de
ute.speidel@cominvest-am.com
ute.valerius@telekom.de
ute.wissing@ikb-cam.de
ute.wriedt@dghyp.de
ute.zeptner@ids.allianz.com
uto.shinohara@alliancebernstein.com
utorlach@groupe-ccr.com
utorresan@dow.com
uts@ubp.ch
utsumi.takayuki@kokusai-am.co.jp
utsunomiya@daiwasbi.co.jp
utter@db.com
uva@capgroup.com
uvonwietersheim@bayernlbny.com
uwe.bell@db.com
uwe.buertel@devif.de
uwe.ehrismann@allfonds-bkg.de
uwe.ehrismann@hypoinvest.at
uwe.flach@dzbank.de
uwe.flossmann@blb.de
uwe.fuiten@westam.com
uwe.guenther.2@claridenleu.com
uwe.jech@ib.bankgesellschaft.de
uwe.krause@apobank.de
uwe.krause@sachsenlb.ie
uwe.loose@commerzbank.com
uwe.metzinger@lbbw.de
uwe.nagel@postbank.de
uwe.neumann@credit-suisse.com
uwe.neumann@nordlb.de
uwe.neumann@oppenheim.de
uwe.nunn@lbbw.de
uwe.petzler@helaba.de
uwe.prasser@fortis.com
uwe.pyde@seb.de
uwe.roehrig@ubs.com
uwe.rossmannek@nordlb.de
uwe.sass@postbank.de

uwe.schertel@credit-suisse.de
uwe.schillhorn@ubs.com
uwe.schluetter@ba-ca.group-treasury.co.at
uwe.schwarz@seb.de
uwe.trackmann@dresdner-bank.com
uwe.treckmann@dresdner-bank.com
uwe.truppel@dresdner-bank.lu
uwe.voshage@bwinvest.de
uwe.wiedl@union-investment.de
uwe.zeidler@apobank.de
uwe_carl@swissre.com
uweeberhard_remy@swissre.com
u-wen.kok@barclaysglobal.com
uwezeissner@helaba-invest.de
uyen_nguyen@calpers.ca.gov
uyjung@hanabank.com
uyurday@canyonpartners.com
uzak@oppenheimerfunds.com
v.fiocco@fineco.it
v.folli@bipielle.it
v.j.ter.morsche@dnb.nl
v.jenkinsrhea@bsiifabanque.com
v.kishore@mitsubishi-trust.co.uk
v.lai@indoverbank.com
v.malasomma@promos.it
v.marcora@net.mediolanum.it
v.nimmalapudi@hermes.co.uk
v.nocton@bpsd.fr
v.ogliengo@barilla.it
v.rippa@bancodinapoli.it
v.sadarangani@lcfr.co.uk
v.seaman@wafra.com
v.tan@hermes.co.uk
v.van.der.sanden@robeco.nl
v.verberk@robeco.nl
v.villa@kairospartners.com
v_cooney@blackrock.com
v2@bloomberg.net
v9c@storebrand.com
vaban@nysif.com
vabrancaccio@delinvest.com
vacharya@westernasset.com
vachez.fabrizio@enel.it
vachiraa@bot.or.th

vadams@fido.com
vadams@us.mufg.jp
vader@cathaylife.com.tw
vadim.b.matyushkin@rzb.at
vadim.bagatouria@us.socgen.com
vadim.lipanov@hvb.de
vadim.mezrin@bbh.com
vadim.moroz@ubs.com
vadim.shteyn@colimbiamanagement.com
vadim.yasnov@pimco.com
vadims.zaicevs@bank.lv
vadjaraganian@mail.bancsabadell.es
vadym.sliusar@db.com
vafa.ahmadi@cpr-am.fr
vaga.bartalini@ing.ch
vagarwal@unigestion.com
vaia.tzokas@claridenleu.com
vaibhav.chauhan@gs.com
vaida.tautvaisaite@usbank.com
vaidheesh.krishnamurti@ge.com
vaifro.zullato@bancaakros.it
vairetti@bpintra.it
val.diggin@helaba.de
val.george@threadneedle.co.uk
val.glynn@statestreet.com
val.glytas@associatedbank.com
val.isayev@prudential.com
val_devassal@glenmede.com
valasis.vafiadis@robecoinvest.com
valata.dewalt@swib.state.wi.us
valbano@bloomberg.net
valcourt@bluewin.ch
valcourthere@bloomberg.net
valejand.lorca@grupobbva.com
valen.tsai@email.chinatrust.com.tw
valentijn.van.nieuwenhuijzen@ingim.com
valentin.burki@bcv.ch
valentin.fernandez@fonditel.es
valentin.schmid@nl.abnamro.com
valentin.vondermuehll@juliusbaer.com
valentin.yanev@dartmouth.edu
valentina.carluccio@bancaintesa.it
valentina.chen@morleyfm.com
valentina.karnjel@am.generali.com

valentina.maddalena@bancaditalia.it
valentina.salvini@saras.it
valentina.vanderdys@morganstanley.com
valentina.vicinanza@bancaakros.it
valentine.ainouz@caam.com
valentine.dsouza@bmo.com
valentine@braverstern.com
valentino.bidone@gestielle.it
valenzuelaj@bancsabadell.com
valerarafael@sabadellbancaprivada.com
valeri@capitalgest.it
valeria.aiudi@mediolanum.it
valeria.anzoino@caboto.it
valeria.caielli@intesasanpaolo.com
valeria.penco@capitalia-am.com
valeria.stefano@enel.it
valeria.zanon@bsibank.com
valerie.bardou@caam.com
valerie.beale@bbh.com
valerie.blot@sgam.com
valerie.bour@banque-france.fr
valerie.brown@bernstein.com
valerie.brown@bms.com
valerie.bureau@ca-assetmanagement.fr
valerie.cecchini@standardlife.ca
valerie.chevallier-chantepie@ceral.caisse-epargne.fr
valerie.cho@lazard.com
valerie.clay-bey@inginvestment.com
valerie.feggestad@peregrinecapital.com
valerie.friedholm@fmr.com
valerie.gay@pncbank.com
valerie.gobet@ing.ch
valerie.grivotet-masri@richemont.com
valerie.henon@bnpparibas.com
valerie.j.sill@usa.dupont.com
valerie.kibieta@belgacom.be
valerie.kuotsingjen@calyon.com
valerie.laloux@fortis.com
valerie.lemaigre@lodh.com
valerie.malter@jpmorganfleming.com
valerie.nannettedan@axa-im.com
valerie.nicolas@bnpparibas.com
valerie.noel@hsbcpb.com
valerie.oelhoffen@groupe-mma.fr

valerie.phillips@caam.com
valerie.piquard@ingpatrimoine.com
valerie.s.dahlman@wellsfargo.com
valerie.schneider@bbls.ch
valerie.schneitter@credit-suisse.com
valerie.schroeter@db.com
valerie.schroeter@dws.com
valerie.seror@caam.com
valerie.sussman@wachoviasec.com
valerie.teegardin@firstmidwest.com
valerie.verge@sgam.com
valerie.vigin@dexia.be
valerie_connolly@ustrust.com
valerie_michael@bnz.co.nz
valerio.piacentini@bpm.it
valerio.romano@bancaintesa.it
valerio.schmitz-esser@csam.com
valerio.zuccolo@bancaintesa.it
valeriy.petrov@hvb.de
valero.matriciani@sl-am.com
valery.amouroux@eurotunnel.com
valinda.arnett-patton@inginvestment.com
valladolid_michelle@jpmorgan.com
vallende@morganstanley.es
vallery.brown@protective.com
valli.srikanthapalan@alliancebernstein.com
valli@ellington.com
vallone.stefania@enel.it
valmai.jones@uk.fid-intl.com
valter.apostolo@bpm.it
valter.nosenzo@arcafondi.it
vambekar@invest.treas.state.mi.us
vamsi.raju@wachovia.com
vamsi_kommasani@fanniemae.com
van.dupuy@axa-im.com
van.eswara@fmr.com
van.krupper@gte.net
van.sayler@raymondjames.com
van@juliusbaer.com
van_banh@calpers.ca.gov
van_simmons@invesco.com
vanaporl@bot.or.th
vance.arnold@frostbank.com
vance.shaw@csfb.com

vancew@nationwide.com
vand@pggm.nl
vanda.alves.oliveira@bancobpi.pt
vandana.bhagat@fmr.com
vandenberg.mark@principal.com
vanderd@rabo-bank.com
vanderge@cmcic.fr
vandermeulen@bis.org
vanessa.a.cesario@bankofamerica.com
vanessa.answini@funb.com
vanessa.barata@hvb.de
vanessa.beck@union-investment.de
vanessa.brathwaite@ubs.com
vanessa.cosgrave@gs.com
vanessa.donegan@threadneedle.co.uk
vanessa.duchman@pnc.com
vanessa.galvan@columbiamanagement.com
vanessa.guez@framlington.co.uk
vanessa.hopwood@morganstanley.com
vanessa.king@novartis.com
vanessa.marom@chq.alstom.com
vanessa.moeske@lbbw.de
vanessa.scala@gartmore.com
vanessa.schaefer@saarlb.de
vanessa.schumack@westam.com
vanessa.shumack@westam.com
vanessa.simbalista@bcb.gov.br
vanessa.strauss@hyporealestate.de
vanessa.vanacker@morganstanley.com
vanessa.werthwein@l-bank.de
vanessa_dekker@troweprice.com
vanessa_moulin@fanniemae.com
vanessa_schlegel@fanniemae.com
vanessachan@hsbc.com.hk
vanessaharvey@gic.com.sg
vangelis.bratsikas@claridenleu.com
vangelis.bratsikas@juliusbaer.com
vangs@ctclife.com.tw
vanheel@uk.pimco.com
vani.gupta@cwcom.co.uk
vanina.babbini@bnpparibas.com
vanle@stanford.edu
vanmersbergen.kristin@principal.com
vannedea@ebrd.com

vanni.vecchini@gartmore.com
vanpraagh@atlanticinvestment.net
vanreeth@bloomberg.net
vantil.charles@axa-slim.co.uk
vanvoja@chevrontexaco.com
vanwoerkomdw@ensignpeak.org
vanya@wasatchadvisors.com
varanof@pfm.com
varanom@pfm.com
varcity.kariuki@jpmorgan.com
vardhana.pawaskar@morganstanley.com
vargasju@cmcic.fr
varinp@bot.or.th
varjanp@ms.com
varma_rohit@gsb.stanford.edu
varmas@nbd.com
varmstrong@metlife.com
varnold@bloomberg.net
varsay.sirleaf@wachovia.com
vartelasaj@aetna.com
varunmehta@northwesternmutual.com
vas.narasimhan@novartis.com
vas@ellington.com
vasant.mistry@concordiabus.com
vasantha@gartmore.com
vaseem@ikospartners.com
vashawn_cooper@putnam.com
vashik_vajner@blackrock.com
vasi@gestion.it
vasiliki.koutoupi@fgic.com
vasilios.simantirakis@ubs.com
vasiliou.b@dreyfus.com
vasilis.katsikiotis@genworth.com
vassili.kotlov@bms.com
vassilina.lapteva@richemont.com
vassilios.x.koulovassilopoulos@jpmorgan.com
vassos@ikos.com.cy
vasuvir@bot.or.th
vaugh-r@stifel.com
vavante@adb.org
vavena@bofa.com
vayoula.georgakopoulos@citadelgroup.com
vaysburd@deshaw.com
vb@bohler.co.uk

vbacheller@wellington.com
vbakshi@iberdrolausa.com
vbaliga@bear.com
vbalouzian@bony.com
vbaugh@opcap.com
vbenson@amica.com
vbertellotti@metlife.com
vbisaria@tva.gov
vbonte1@bloomberg.net
vbopp@oppenheimerfunds.com
vborue@caxton.com
vbosch@bloomberg.net
vboukhantsev@bloomberg.net
vbrady@presidiomanagement.com
vbudinger@westernasset.com
vbv@unionbankph.com
vbwarren@delinvest.com
vcao@tiaa-cref.org
vcapalbo@statestreet.com
vcara@pictet.com
vcasolo@credem.it
vcastro@isifunds.com
vchampion@generali.fr
vchang@nb.com
vchavez@westernasset.com
vchiu2@bloomberg.net
vchong@hcmlp.com
vchow@tudor.com
vcirulli@metlife.com
vcoleman@myprovident.com
vconti@bci.it
vcornelis@groupe-ccr.com
vcorrea@metlife.com
vcosta@aston-bond.com
vcurtis@opcap.com
vdarp@clinton.com
vdavid-robin@ufji.com
vdavisson@loomissayles.com
vdd@americancentury.com
vdelucia@bci.it
vdelucia@grneam.com
vderryberry@denveria.com
vdesai@metlife.com
vdeswal@bear.com

vdiaz@jefco.com
vdiehl@union-investment.de
vdivasta@jhancock.com
vdk@capgroup.com
vdunlop@invest.singer-friedlander.com
vecamp@bankofny.com
vedant.x.mehra@jpmorgan.com
vedran.rudelj@vontobel.ch
veehoo@bloomberg.net
veena_avadhanam@symantec.com
veeral.shah@us.bnpparibas.com
vegannae@wellington.com
vegard.benterud@nbim.no
veikko.kantola@bof.fi
veit.trunk@ids.allianz.com
vek@nbim.no
vekrishn@lehman.com
velasco@bloomberg.net
velascodj@aetna.com
velbert@princeton.edu
veleswarapu@oppenheimerfunds.com
vellanki_ramesh@jpmorgan.com
velma.brumfield@shell.com
velma_chang@ssga.com
velock_walter@jpmorgan.com
vendome.nauer@online.lu
vengel@shellus.com
venita.olson@alliancebernstein.com
venkat.badri@ubs.com
venkat.gorantla@ubs.com
venkat_gangisetty@fanniemae.com
venkatakrishnan_cs@jpmorgan.com
venkataramanaz@bernstein.com
venkatesh.devarajan@ge.com
venkatram@ellington.com
veno@jyskeinvest.dk
venture.quest@verizon.net
venu-madhav.bolisetty@db.com
ver003@maersk.com
vera.bergamaschi@meliorbanca.com
vera.bonte@am.generali.com
vera.colombo@enel.it
vera.dianova@claridenleu.com
vera.ho@wamu.net

vera.kaeppler@ubs.com
vera.kartseva@ingim.com
vera.kotlik@stanford.edu
vera.nikolova@electrolux.se
vera.rossi@morganstanley.com
vera.schubert@kfw.de
vera.stoeck@sparkasse-koelnbonn.de
vera.trindade@lodh.com
vera.vanert@tcw.com
vera_mcvey@hvbamericas.com
vera-02500@email.esunbank.com.tw
verband@nationwide.com
verdant.x.mehra@jpmorgan.com
veredice@finmeccanica.it
verena.gradwohl@rzb.at
verena.kamer@swissfirst.ch
verena.rothmaier@lbbw.de
verena.volpert@bertelsmann.de
verena_zollikofer@swissre.com
verena-jeanette.fister-rech.vf@bayer-ag.de
verena-van.well@db.com
veresi@mnb.hu
vereszkip@mnb.hu
verhalen@provinzial.com
verhoefm@rabo-bank.com
verity.criddle@tilney.com
verity.savage@jpmorgan.com
vernet@the-hague.sl.slb.com
vernon.barnes@icap.com
vernon.wright@mbna.com
vernon_bernardino@nacm.com
vernon_patterson@keybank.com
veron_tan@capgroup.com
verona@pimco.com
veronica.a.gilmartin@ssmb.com
veronica.amati@prudential.com
veronica.barbieri@henkel.com
veronica.bats@sgam.com
veronica.cobb@53.com
veronica.hairston@53.com
veronica.lopez-ibor@ubs.com
veronica.marino@bcb.gov.br
veronica.vasquez@tcw.com
veronica.yu@robur.se

veronica_ho@ssga.com
veronica_kuan@amcm.gov.mo
veronica_m_ferro@fleet.com
veronika.henkel@siemens.com
veronika.kuenzler@credit-suisse.com
veronika.landsgard@nordea.com
veronika.neubauer@de.pimco.com
veronika.posch@sparinvest.com
veronika.weisser@ubs.com
veronique.akoun@creditfoncier.fr
veronique.barenne@bnpparibas.com
veronique.brunel@cnp.fr
veronique.dimaria@dexia-bil.com
veronique.floxoli@bnpparibas.com
veronique.geronde@bnpparibas.com
veronique.hache@fortisinvestments.com
veronique.haefliger@bcv.ch
veronique.laffiteau@labanquepostale-am.fr
veronique.leroybouille@cnp.fr
veronique.limpens@axa.be
veronique.ormezzano@bnpparibas.com
veronique.rosier@labanquepostale-am.fr
versnel@vpv.nl
veruschka.tan@sscims.com
verushka.ramirez@bwater.com
vesa.hokkanen@okobank.com
vesa.nurminen@sampo-leonia.fi
vesta.m.foster@columbiamanagement.com
vetier@bridportjersey.net
veuhuan@dbs.com
vfaro@mdsass.com
vfernandez@sarofim.com
vfeygin1@bear.com
vfitzpatrick@bankofny.com
vfliorent@metlife.com
vfong@levi.com
vformery@bft.fr
vfradkin@metlife.com
vfrovich@lordabbett.com
vfuentes@pictet.com
vfumagalli@bloomberg.net
vgade@tudor.com
vgadon@groupama-am.fr
vgallagher@babsoncapital.com

vgallo@caxton.com
vgamberale@autostrade.it
vgeorgenes@loomissayles.com
vgomez@oddo.fr
vgor1@bloomberg.net
vgrimaldi@pictet.com
vgrzywna@groupama-am.fr
vgu@orixcm.com
vgulati@delinvest.com
vhachevincenot@ofi-am.fr
vhammond@ustrust.com
vhan@seic.com
vherman@wescorp.org
vhitchco@allstate.com
vhjohn@uswest.com
vhoutteville@firststate.co.uk
vhouxelle@bloomberg.com
vhoward@waddell.com
vhowland@mfs.com
via hedwig.vohrer@lbbw.de
viald@agf.fr
viame.chan@mizuho.com
viana.huie@soros.com
viannone@bankofny.com
viaud.m@mellon.com
vibeke.pentzen@dnbnor.no
vibiana.irvine@tcw.com
vic.hanson@mutualofomaha.com
vic.khaitan@db.com
vic_thompson@ssga.com
vicenciolito@gic.com.sg
vicente.alava-pons@dlh.de
vicente.ortueta@grupobbv.com
vicentemariasalud@bancsabadell.com
vich@ellington.com
vicken.kioumdjan@fortisbank.com
vicken.kioumjian@fortisbank.com
vicki.bryce@wellscap.com
vicki.bull@tcw.com
vicki.gedge@credit-suisse.com
vicki.rosenberg@jpmorganfleming.com
vicki_fuller@acml.com
vickie.chang@fareastnationalbank.com
vickie.detorre@pncbank.com

vickie.taylor@capgroup.com
vickie@cathaylife.com.tw
vickif@qualcomm.com
vicknesan@bloomberg.net
vickreb@vankampen.com
vickrum.chima@statestreet.com
vicky.eatwell@barclaysglobal.com
vicky.harriss@rlam.co.uk
vicky.parry@glgpartners.com
vicky.read@bankofengland.co.uk
vicky.simonds@csam.com
vicky.watson@swip.com
vicky.wu@wamu.net
vicky_frew@standardlife.com
vicky_hughes@acml.com
victoire.detrogoff@uk.fid-intl.com
victor.baghat@alliancebernstein.com
victor.barreras@firstbankpr.com
victor.bemmann@db.com
victor.bhagat@alliancebernstein.com
victor.cabral@pimco.com
victor.cheong@mizuhocbus.com
victor.chow@hp.com
victor.chu@morleyfm.com
victor.chu@westernasset.com
victor.cristobal@grupobbva.com
victor.diiorio@banca.mps.it
victor.donev@axa-im.com
victor.feliciano@bspr.com
victor.gauvin@sgcib.com
victor.kaelin@bbls.ch
victor.koh@bloomberg.net
victor.kolvites@aig.com
victor.lin@email.chinatrust.com.tw
victor.maccagnan@pncbank.com
victor.macein@bancoval.es
victor.oliveira@sebprivatebank.com
victor.pena@altria.com
victor.pina@gs.com
victor.rodriguez@csam.com
victor.rodriguez@inginvestment.com
victor.rozenblits@db.com
victor.s.henry@jpmorgan.com
victor.saratella@lmginv.com

victor.thay@fmr.com
victor.toro@db.com
victor.van.will@nibc.com
victor.wong@barclaysglobal.com
victor.wongky@uobgroup.com
victor.yang@genworth.com
victor_hong@westlb.com
victor_pa@freddiemac.com
victor_samoilovich@nylim.com
victoria.a.lowrie@jpmorgan.com
victoria.bloom@pacificlife.com
victoria.brown@aberdeen-asset.com
victoria.callcott@lodh.com
victoria.cannon@rlam.co.uk
victoria.chittock@barclayscapital.com
victoria.dehn@usbank.com
victoria.engwell@ubs.com
victoria.feldens@t-mobile.net
victoria.filkins@nationalcity.com
victoria.friend@augustus.co.uk
victoria.greenwood@lgim.co.uk
victoria.hamilton@glgpartners.com
victoria.hasler@rothschild.co.uk
victoria.houston@hcmny.com
victoria.jensen@insightinvestment.com
victoria.johnstone@lgim.co.uk
victoria.leggett@threadneedle.co.uk
victoria.m.paradis@jpmorganfleming.com
victoria.norman@threadneedle.co.uk
victoria.persey@glgpartners.com
victoria.port@threadneedle.co.uk
victoria.raucci@yale.edu
victoria.rock@citigroup.com
victoria.sharpe@barclayscapital.com
victoria.stewart@rlam.co.uk
victoria.thompson@citi.com
victoria.todd@baesystems.com
victoria.vonaretin@hvb.de
victoria.vonaretin@unicreditgroup.de
victoria.wang@email.chinatrust.com.tw
victoria.winckle@aberdeen-asset.com
victoria.wong@trs.state.tx.us
victoria_franklin@agfg.com
victoria_grant@ml.com

victoria_kagler@troweprice.com
victoria_metherell@prusec.com
victoriay.chin@aig.com
victorlai@dbs.com
victorma@pshk.com.hk
victortse@daiwa-am.com.hk
victory_lan_team@vanguard.com
vidhu.aggarwal@westernasset.com
vidmantas_pleta@swissre.com
vidtoriya.d.mikityanskaya@jpmorganfleming.com
vidulichbz@bernstein.com
vidur.goel@wgsl.com
vidur.sachdeva@inginvestment.com
vidya.rajappa@alliancebernstein.com
vidya.vasu-devan@gs.com
vidya_kadiyam@troweprice.com
vidya_krishnaswamy@ssga.com
vie.ming.tan@cibc.com.sg
vieker@mk-ag.de
vier@maerskoil.com
viglesia@ibercaja.es
vignir.sverrisson@glitnir.is
vijay.balakrishnan@nisanet.com
vijay.bhasin@wamu.net
vijay.chopra@db.com
vijay.chugh@morganstanley.com
vijay.katechia@sgcib.com
vijay.narayanan@fidelity.co.in
vijay.panday@klm.com
vijay.rao@barclaysglobal.com
vijay.s.chauhan@barclayscapital.com
vijay.sarathi@geind.ge.com
vijay.sharma@ubs.com
vijay.valabhadas@qatarbank.com
vijay_movva@freddiemac.com
vijaya.govindan@ubs.com
vijayaanand.karuppia@schwab.com
vijayalakshmi.rajendran@gs.com
vijayraina@rbi.org.in
vijesh.patel@uk.fid-intl.com
viju.joseph@morganstanley.com
vik.chopra@alliancebernstein.com
vik@nbim.no
vikas.chopra@swip.com

vikas.goyal@blackrock.com
vikas.mehta@ofheo.gov
vikas.sharma@bkb.ch
vikas.sharma@glgpartners.com
vikas.sharma@juliusbaer.com
vikas.singhal@stpaul.com
vikas.vijayan@adcb.com
vikas@mcm.com
vikas@nytimes.com
vikas_singhal@fanniemae.com
vikki.burr@glgpartners.com
vikki.hanges@westam.com
vikki.lindstrom@gs.com
vikram.chawda@inginvestment.com
vikram.dasgupta@citizensbank.com
vikram.j.kuriyan@columbiamanagement.com
vikram.kaura@ubs.com
vikram.modi@deshaw.com
vikram.raju@citigroup.com
vikram@bnm.gov.my
vikram_dhindsa@putnam.com
vikram_lunavat@blackrock.com
viktor.heese@apobank.de
viktor.pitrans@ing.com.au
viktor.schneider@ib.bankgesellschaft.de
viktor.turk@pioneeraltinvest.com
viktoria.beromelidze@ubs.com
viktoria.gerling@dekabank.de
viktoria.keuter@dzbank.de
viktoria_grinberg@acml.com
vilam@bancsabadell.com
ville.holma@sampopankki.fi
ville.rouvila@danskecapital.fi
ville.talasmaki@sampo.fi
vilnis.barons@bank.lv
vily.dardanes@ubs-oconnor.com
vim.tr@adia.ae
vimal_agarwal@freddiemac.com
vimal_jayaraj@ssga.com
vimontiel@gruposantander.com
vinashgopalakrishnan@temasek.com.sg
vinay.k.raj@hsbcgroup.com
vinay.kedia@morganstanley.com
vinay.sharma@westam.com

vinay.ved2@piercap.com
vinay_agarwal@putnam.com
vinay_sharma@westam.com
vinay_thapar@americancentury.com
vinayak.kanvinde@fmr.com
vince.borjas@bnymellon.com
vince.chen@tw.standardchartered.com
vince.dicarlo@db.com
vince.fiso@credit-suisse.com
vince.gubitosi@citadelgroup.com
vince.heneghan@sgcib.com
vince.rivers@fmr.com
vince.russo@micorp.com
vince.salvato@csam.com
vince@providencefunds.com
vince_hannity@bc.com
vincent.au@bapensions.com
vincent.aubras@dexia.com
vincent.baria@inginvestment.com
vincent.baron@dexia-am.com
vincent.berrada@axa-im.com
vincent.bourdarie@hk.ca-assetmanagement.com
vincent.bourgeois@hsbchalbis.com
vincent.boyer@uk.bnpparibas.com
vincent.breton@caam.com
vincent.caillon@calyon.com
vincent.chan@hk.forits.com
vincent.chun@aig.com
vincent.costa@inginvestment.com
vincent.couson@ubs.com
vincent.d.moye@fhlb-pgh.com
vincent.darpino@clinton.com
vincent.de_valliere@group.novartis.com
vincent.delfosse@ingim.com
vincent.demartel@axa-im.com
vincent.demartel@barclaysglobal.com
vincent.digby@boitib.com
vincent.dumontoy@barcap.com
vincent.dupont@alliancebernstein.com
vincent.durel@uk.fid-intl.com
vincent.duval@ubs.com
vincent.fannon@alliancebernstein.com
vincent.fea@db.com
vincent.fedelich@picardie.caisse-epargne.fr

vincent.ficca@eagleasset.com
vincent.fiorillo@tcw.com
vincent.flanagan@us.fortis.com
vincent.fleury@winterthur.com
vincent.fravel@sgam.com
vincent.georges@safra.lu
vincent.gigounon@fortisinvestments.com
vincent.gilles@ubs.com
vincent.godemel@axa-franceassurance.fr
vincent.grieco@csam.com
vincent.haderer@caam.com
vincent.huet@exane.com
vincent.juvyns@ingim.com
vincent.kester@ingim.com
vincent.kouch@lasalle.com
vincent.kouch@ubs.com
vincent.kravec@lazard.com
vincent.lagger@juliusbaer.com
vincent.laguerre@caam.com
vincent.laudati@citigroup.com
vincent.lauras@natixis.us
vincent.lecomte@fortis.com
vincent.legroux@banque-france.fr
vincent.le-meur@socgen.com
vincent.leung@hvbasia.com
vincent.liu@morganstanley.com
vincent.marcel@valeo.com
vincent.marioni@cnce.caisse-epargne.fr
vincent.masson@caam.com
vincent.matera@us.sgcib.com
vincent.matsui@swissre.com
vincent.matthijssen@fortisinvestments.com
vincent.megard@axa-im.com
vincent.mistretta@ubs.com
vincent.molinari@ugsl.com
vincent.montemaggiore@fmr.com
vincent.mooijer@nl.abnamro.com
vincent.mottier@bcv.ch
vincent.moy@wedbush.com
vincent.musumeci@japan.gartmore.com
vincent.palermo@prudential.com
vincent.pecoraro@nb.com
vincent.perrot@bnpparibas.com
vincent.petitpierre@givaudan.com

vincent.pons@csam.com
vincent.rappo@bnpparibas.com
vincent.regan@tilney.com
vincent.rufo@degroof.lu
vincent.salle@cardif.fr
vincent.salvato@pioneerinvestments.com
vincent.schirinzi@lloydsbank.ch
vincent.servan@bcv.ch
vincent.sneyers@dexia.be
vincent.solnik@axa-im.com
vincent.spinelli@jpmorgan.com
vincent.tedaldi@bbh.com
vincent.thebault@jp.ca-indosuez.com
vincent.tinant@ingim.com
vincent.torres@xlgroup.com
vincent.treillet@clf-dexia.com
vincent.tricomi@moorecap.com
vincent.van-steensel@ing.be
vincent.varca@wamu.net
vincent.vierhout@rabobank.com
vincent.wright@uk.bdroma.com
vincent.yee@schroders.com
vincent.zelenko@fmr.com
vincent.zhao@barclaysglobal.com
vincent@bok.or.kr
vincent@cathaysite.com.tw
vincent_barucq@carrefour.com
vincent_cuccaro@fleet.com
vincent_ingato@fujibank.co.jp
vincent_leung@hvbasia.com
vincent_lui@bochk.com
vincent_p_thornton@ssga.com
vincent_suen@ssga.com
vincent_ws_lee@hkma.gov.hk
vincent_yu@cathaylife.com.tw
vincent-0998@email.esunbank.com.tw
vincentb@fhlbsea.com
vincentchan@gic.com.sg
vincent-j.esposito@db.com
vincentn@wil.com
vincentngcc@wooribank.com
vincentsalerno@amalgamatedbank.com
vincentw@nbd.com
vincenzo.calia@claridenleu.com

vincenzo.cassino@bankofengland.co.uk
vincenzo.dangelo@degroof.be
vincenzo.ferrari@sede.estense.coop.it
vincenzo.grimaldi@am.generali.com
vincenzo.masellicampagna@saipem.eni.it
vincenzo.moramarco@pioneerinvestments.com
vincenzo.sorbara@am.generali.com
vincenzo.zappia@bancaintesa.it
vincy.yu@fenb-us.com
vineet.hemdev@morganstanley.com
vineet.theodore@bbh.com
vineet@origincm.com
vinfra@safeco.com
vinh.ho@lodh.com
vinh-tuan.ngo@carval.com
vinicius.silva@bcb.gov.br
vinit_patel@westlb.co.uk
vinita.rustagi@gecis.ge.com
vinnie.gade@tudor.com
vinnie.varca@ubsw.com
vinnie@tudor.com
vinny.a.butler@aib.ie
vinny.tucci@inginvestment.com
vinod.chandrashekaran@barclaysglobal.com
vinod.pedhambkar@ge.com
vinod.prashad@morganstanley.com
vinod.pujar@fmr.com
vinod.rajakumar@citadelgroup.com
vinod.sadasivam@nisanet.com
vinod.venkitachalam@gs.com
vinod_kushawaha@freddiemac.com
vinodh.nalluri@asbai.com
vinti.khanna@aig.com
vinzenz.nef@credit-suisse.com
viola.dunne@blackrock.com
viola.patock@de.pimco.com
violet.osterberg@pacificlife.com
violet.sohbm@uobgroup.com
vipin.ahuja@credit-suisse.com
vipin.narula@schroders.com
vipin_sahijwani@riggsbank.com
vipul.arora@ubs.com
vipul.kadakia@bmo.com
viral.patel@bernstein.com

virgenmina.nieves@citigroup.com
virginia.celebuski@prudential.com
virginia.gonzalez@db.com
virginia.keehan@morganstanley.com
virginia.porter@cwmsg.cwplc.com
virginia.stoops@pnc.com
virginiak@iadb.org
virginie.badozober@bnpparibas.com
virginie.boucher-ferte@db.com
virginie.cayatte@axa.com
virginie.dascenzio@degroof.lu
virginie.deboisseson@ing.ch
virginie.dedriche@bnpparibas.com
virginie.derue@axa-im.com
virginie.dessertenne@bnpparibas.com
virginie.deterck@sgam.com
virginie.jouhaud@cominvest-am.com
virginie.vermeersch@calyon.com
virginie.vuong@socgen.com
virginie@bnm.gov.my
virginie_blin@carrefour.com
virginio.nottola@capitalia-am.com
virginio_codegoni@bancosardegna.it
virgy.quist@deshaw.com
virinder.seth@jpmorgan.com
vironda.jeanjacques@sodexho-alliance.fr
virostek.jj@mellon.com
viru_raparthi@ml.com
virwin@bloomberg.net
vis.shankar@sg.standardchartered.com
visa.manninen@keva.fi
vish.acharya@blackrock.com
vish.khasarla@ubs.com
vishal.gupta@barclaysglobal.com
vishal.mahajan@4086.com
vishal.patel@barclaysglobal.com
vishal.sharma@lgim.co.uk
vishal.v.patel@ge.com
vishal.x.thakkar@jpmorgan.com
vishala.x.sri-pathma@jpmchase.com
visnic.m@mellon.com
visras@bot.or.th
visser81@bloomberg.net
vita.bates@protective.com

vita.padalino@protective.com
vita_lorraine@jpmorgan.com
vitalie.sajin@hvb.de
vitaliy.liberman@tcw.com
vitaly.chaika@nuveen.com
vitaly.fiks-cdg@db.com
vitaly.korchevsky@icomd.com
vitaly.n.kazakov@jpmorgan.com
vitaly.ushakov@fandc.com
vitaly.veksler@fmr.com
vitamarie.pike@corporate.ge.com
vito.courtney@fairchildsemi.com
vito.macchia@bpv.it
vito.petrolito@lodh.com
vito.romaniello@fondiaria-sai.it
vito.romaniello@fondiario-sai.it
vito.semeraro@hsbc.com
vito@sandlercap.com
vitor.hugo.pires@bpi.pt
vitor.palazzo@ubs.com
vitor.santos@fandc.com
vittnergg@aetna.com
vittof@bloomberg.net
vittorio.deluigi@mpsgr.it
vittorio.fegitz@rbc.com
vittorio.gaudio@mediolanum.it
vittorio.maggiolini@bancaintesa.it
vittorio.treichler@bsibank.com
vittorio_cornaro@ml.com
vittoriotreichler@bsibank.com
vitus.vonwil@zkb.ch
vivek.arora@ntrs.com
vivek.gupta@blackrock.com
vivek.jeswani@threadneedle.co.uk
vivek.k.shah@jpmorgan.com
vivek.sadanand@citadelgroup.com
vivek.shah@deshaw.com
vivek.sriram@jpmorgan.com
vivek_gandhi@putnam.com
vivenne_hsu@americancentury.com
vivian.brunner@tkb.ch
vivian.c.lin@jpmorgan.com
vivian.chen@csam.com
vivian.evans@saudibank.com

vivian.hairston@huntington.com
vivian.huxley@forester.co.uk
vivian.lee@alliancebernstein.com
vivian.lin@ubs.com
vivian.lubrano@fmr.com
vivian.truong@redwoodtrust.com
vivian.whiteley@usbank.com
vivian.wong@barclaysglobal.com
vivian.yelland@hsbcpb.com
vivian.yip@db.com
vivian@us.ibm.com
viviana.gisimundo@pioneerinvest.it
viviane.ting@hk.caam.com
vivianha99@scsb.com.tw
vivianlee@mas.gov.sg
vivian-pt.tsai@aig.com
viviantan@gic.com.sg
vivianyew@gic.com.sg
vivien.ronnebeck@btfinancialgroup.com
vivienlee@gic.com.sg
vivienne.blackwell@axa-im.com
vivienne.chia@ubs.com
vivienne.hsu@schwab.com
vivienne.zhao@dartmouth.edu
vivienne_ballico@invescoperpetual.co.uk
vivienne_rooney@bnz.co.nz
vivierpa@cin.cic.fr
viviku@cathaylife.com.tw
vjacobson@perrycap.com
vjadrikhinsky@kkb.kz
vjan@kempen.nl
vjhaveri@metlife.com
vjohnson@standishmellon.com
vk@capgroup.com
vkampe@sirachcap.com
vkatsikiotis@metlife.com
vkotlan@csas.cz
vksenloanfunds@vankampen.com
vkubica@nbs.sk
vkulkarni@unfcu.com
vkurella@hbk.com
vl@capgroup.com
vlad.byalik@bernstein.com
vlad.d.dobru@dartmouth.edu

vlad.kolpakov@bms.com
vlad.stavitskiy@wellsfargo.com
vlad.vladimirov@gmam.com
vlad@zelengora.com
vladamir.zelkov@tudor.com
vladik.shutoy@inginvestment.com
vladimir.arrieta@prudential.com
vladimir.cilli@dzbank.ie
vladimir.demine@ubs.com
vladimir.goloviznine@pggm.nl
vladimir.karlov@aig.com
vladimir.mrazek@cnb.cz
vladimir.novakovski@citadelgroup.com
vladimir.polhorsky@nbs.sk
vladimir.portnykh@barclayscapital.com
vladimir.sotskov@rabobank.com
vladimir.valenta@bankofamerica.com
vladimir_vladimirov@acml.com
vladimira.mircheva@gs.com
vladislav.vassiliev@db.com
vladislav_iordanov@acml.com
vladyzhets@babsoncapital.com
vlamb@lkcm.com
vlance@gestion.leven.com
vlannin@genre.com
vlaseros.vasilios@nbg.gr
vlb23@cornell.edu
vld@nbim.no
vledoux@groupe-ccr.com
vlee@rockco.com
vlee@templeton.com
vlee@waddell.com
vlehmann@arabbank.ch
vlipscom@ftci.com
vlosito@lortobco.com
vlt7@cornell.edu
vlubrano@loomissayles.com
vlui@hcmlp.com
vlui@muis.co.hk
vm36@ntrs.com
vmandre@fhlbdm.com
vmani@ifc.org
vmarghescu@worldbank.org
vmarks@ucm.utendahl.com

vmartine@banxico.org.mx
vmartinez@metlife.com
vmastr@nbg.gr
vmat@bloomberg.net
vmaultsby@aol.com
vmazza@fahnestock.com
vmcbride@lordabbett.com
vmdiamond@wellington.com
vmelashenko@lkcm.com
vmelendez@rockco.com
vmeschoulam@caxton.com
vmeyer@mnpower.com
vmg@bpi.pt
vmikulecky@csas.cz
vmilev@bloomberg.net
vmmartinez@nafin.gob.mx
vmohan@halcyonllc.com
vmoissin@princeton.edu
vmojica@blx.com
vmostrowski@delinvest.com
vmschwatka@leggmason.com
vmtrojan@wellington.com
vmurray48@bloomberg.net
vmurthy@wellington.com
vmuscolino@babsoncapital.com
vnagarajan@tiaa-cref.org
vnair@bernstein.com
vnalluri@lionsgatecap.com
vnatu@bloomberg.net
vnewman@groupeartemis.com
vnewman@pwmco.com
vnguyen@payden-rygel.com
vnikiforakis@allianz.gr
vocfra@bloomberg.net
vogel.p@tbcam.com
vogel@ellington.com
voicemail@am.com
voinich.vladimiro@alitalia.it
volantpa@cmcic.fr
volkan.gulen@fmr.com
volkan.kubali@mizuhocbus.com
volkanarslan@bloomberg.net
volker.amspach@postbank.de
volker.armspach@postbank.de

volker.beck@dit.de
volker.blau@acm-adam.de
volker.de.haan@ikb.de
volker.dosch@dws.com
volker.floegel@union-panagora.de
volker.heisig@deka.de
volker.hentschel@lbbw.de
volker.hergert@ib.bankgesellschaft.de
volker.hergert@lgt.com
volker.honisch@drkw.com
volker.honold@lbbw.de
volker.karioth@bayernlb.de
volker.kempf@dresdner-bank.com
volker.knoepfle@wgz-bank.de
volker.korella@dresdner-bank.com
volker.kunath@wuestenrot.de
volker.lenhard@dekabank.de
volker.marnet-islinger@cominvest-am.com
volker.neuhaus@allianz.de
volker.oerter@fm.nrw.de
volker.sachs@credit-suisse.com
volker.sarstedt@neelmeyer.de
volker.schieck@bundesbank.de
volker.schmidt@lri.lu
volker.schupp@dresdner-bank.com
volker.stoll@bw-bank.de
volker.varnholt@juliusbaer.com
volker.wehrle@vontobel.ch
volker.zaworka@ubs.com
volker_rheinfeld@westlb.de
volkmar.kriesch@vkb.de
volkmar.ritter@swisslife.ch
volodymyr_zdorovtsov@ssga.com
volpatti.tl@mellon.com
vols1@bloomberg.net
vonbeckumd@sph-spms.nl
vonbernewitz_glenn@jpmorgan.com
vonderluft.h@tbcam.com
vonnahme.eddie@principal.com
vorbeck@ui-gmbh.de
voshage@bwk.de
vosrjwde@hagemeyer.com
voss@tk.thyssenkrupp.com
vossa@rba.gov.au

vosse@jwseligman.com
voutlaw1@bloomberg.net
vp@capgroup.com
vpa@baupost.com
vpa@ntrs.com
vpacillo@bear.com
vpalumbo@caxton.com
vpande@caxton.com
vpanteri@bloomberg.net
vparameswaran@wilmingtontrust.com
vpatel@frk.com
vpb-weh@bloomberg.net
vpenfie@frk.com
vperruchoud@espiritosanto.com
vpetronio@juliusbaer.com
vpetrov@wellington.com
vpiazza@lordabbett.com
vpicinic@nb.com
vpickhardt@meag.com
vpitt@dow.com
vpogharian@hbk.com
vprice@europeancredit.com
vproviz@frk.com
vprudius@ifc.org
vpsaltis@alpha.gr
vpulidore@pressprich.com
vpulidore@refco.com
vquesada@cpr.fr
vraby@analyticasset.com
vrai@amtrust.com
vramirez@notes.banesto.es
vramos@finibanco.pt
vrana_michael@gsb.stanford.edu
vranos@ellington.com
vreddy@waddell.com
vreid@troweprice.com
vricci@dow.com
vriego@pacificincome.com
vroane@dow.com
vroberts@centex.com
vrohrer@ford.com
vrosenth@princeton.edu
vrossier@pictet.com
vroy@barclaysglobal.com

vrusso@howeandrusling.com
vrustaman@worldbank.org
vrvikas@wharton.upenn.edu
vryan@walterind.com
vs10@ntrs.com
vsamoilovich@tiaa-cref.org
vsantiago@blackrock.com
vscarola@barbnet.com
vschaff@fciadvisors.com
vschoett@verkehrsbank.de
vscialli@lordabbett.com
vscipioni@nb.com
vsegall@loomissayles.com
vsellecc@rnt.com
vsevolod.nefedov@nibc.com
vshah1@ftci.com
vshanho@frk.com
vshankaran@turnerinvestments.com
vshapsis@nylim.com
vshaw@dow.com
vshelton@smithgraham.com
vshinsky@dlbabson.com
vsilvester@sfim.co.uk
vsingh@isigrp.com
vsingh@wellington.com
vsmetana@jhancock.com
vsmith@ers.state.tx.us
vsmith@loomissayles.com
vsondhi@russell.com
vsoo@babsoncapital.com
vst@bpi.pt
vsteen@oddo.fr
vstorie@faralloncapital.com
vstrenk@lordabbett.com
vtagle@worldbank.org
vtanqueray@bloomberg.net
vtexter@meag.com
vtimpanelli@vcallc.com
vtirupattur@chubb.com
vtlux1@bloomberg.net
vto@nbim.no
vtran@metlife.com
vtran@payden-rygel.com
vtumminello@bancodisicilia.it

vuk.kalezic@lehman.com
vusal.najafov@gs.com
vv.m@hauck-aufhaeuser.de
vvairavamurthy@blackrock.com
vvarghese@clinton.com
vvarma@caxton.com
vvt1@ntrs.com
vwaddell@unumprovident.com
vwang@investcorp.com
vwarsen@metlife.com
vwd@vwd.org
vweber@secmut.com
vwhill2@yesbank.com
vwillard@bloomberg.net
vwisman@yorktraditionsbank.com
vwolflercalvo@bci.it
vxb6@pge.com
vyayant.jan@us.standardchartered.com
vyc3@cornell.edu
vza1@cornell.edu
vzanardi11@yahoo.com
vzeller@groupama-am.fr
vzhang@metlife.com
vzinna@fondianima.it
w.alessi@finter.ch
w.bethke@worldnet.att.net
w.bruce.vetter@pncbank.com
w.de.groot@robeco.nl
w.demel@frankfurt-trust.de
w.elsenburg@dnb.nl
w.h.pals@robeco.nl
w.hutmann@frankfurt-trust.de
w.isom@harrisbank.com
w.j.c.van.hekeren@robeco.nl
w.j.c.van.heteren@robeco.nl
w.kenney@shcm.co.uk
w.kwan@indoverbank.com
w.lambert@dresdner.com
w.lewi@robeco.nl
w.pate@easternbk.com
w.patrick.begg@huntington.com
w.patrick.flanigan@pnc.com
w.rehman@mwam.com
w.richard.jones@pncadvisors.com

w.rochette@fnysllc.com
w.rosingh@hermes.co.uk
w.runge@sozialbank.de
w.schapendonk@gbf.nl
w.schramade@robeco.nl
w.scott.telford@jpmorgan.com
w.taguchi@noemail.com
w.th.a.van.veen@dnb.nl
w.tisi@bimbank.it
w.valder@apoasset.de
w.van.schaik@robeco.nl
w.wiegel@vanlanschot.com
w.wuethrich@hsbc.guyerzeller.com
w.y.andrea.choi@dartmouth.edu
w_berglund@putnam.com
w_cadwallader@fairfax.ca
w_f_mellin@faralloncapital.com
w_lavelle@blackrock.com
w_robert_main@vanguard.com
w090689@bloomberg.net
waalgasam@riyadbank.com
waanglace@delinvest.com
wabusuud@kio.uk.com
wada@daiwa-am.co.jp
wada@nam.co.jp
wada-hisataka@mitsubishi-sec.co.jp
wadams@mfs.com
wade.pollard@cazenovecapital.com
wade.schwartz@tudor.com
wade.stinnette@wachovia.com
wade_slome@americancentury.com
wade_wescott@glenmede.com
wadew@loopcap.com
wadoyle@wellington.com
wadsworth.j@mellon.com
waelchli@bloomberg.net
wafawei@stanford.edu
wagnema@swib.state.wi.us
wagner@baupost.com
wagnerj@fnb-corp.com
wagners@fhlbsf.com
wahib.sadozai@glgpartners.com
wahid.chammas@janus.com
wah-yong.tan@sgam.com

wahyu_tl@bi.go.id
wai.chiang@prudential.com
wai.chiang@qmassociates.com
wai.chung@mbna.com
wai.lee@csam.com
wai.tong@agf.com
wai_mei_leong@scotiacapital.com
waihoongleong@dbs.com
waikin.choy@rbnz.govt.nz
wailocke@bnm.gov.my
waiman.leung@csam.com
wainwright.babb@de.pimco.com
wainwright.babb@nordlb.com
wai-shun.hung@db.com
waitak.wong@alliancebernstein.com
waiyeung@bankofny.com
wajihjoseph.accary@dexia-am.com
wak.ef@adia.ae
wak1@ntrs.com
wakako.sano@ufj-partners.co.jp
wakamiya.isao@kokusai-am.co.jp
wakasa.hitoshi@daido-life.co.jp
wakefield.tw@tbcam.com
wakeup@bloomberg.net
walaa.riad@fgb.ae
walbraikan@gic.com.kw
walden.thompkins@uk.abnamro.com
waleed.alghanim@lazard.com
walid.abdulkarim@national-city.com
walid.hached@innocap.com
walid.majdalani@nl.abnamro.com
walid_assaf@westlb.co.uk
walid_bacha@swissre.com
walid_kassem@ml.com
walid_khalfallah@acml.com
walker.john.m@principal.com
walker@acorncapitalmgt.com
walker@ellington.com
wallaby@bloomberg.net
wallace.chu@sgam.com
wallace.yu@db.com
wallace1@vankampen.com
wallack@bernstein.com
wallesch@tk.thyssenkrupp.com

wally.cisewski@black-river.com
wally.hoefer-neder@depfa.com
wally_cheung@ssga.com
wallyj@lamgmt.com
wallysmith@northwesternmutual.com
walmart-03573@email.esunbank.com.tw
walmeloo@aegon.nl
walo.meyer@cbve.com
walsford@bgcfx.com
walsh_barbara@jpmorgan.com
walshkm@bloomberg.net
walt.czaicki@commercebank.com
walt.ebner@bmo.com
walt.holman@db.com
walt.ruane@ge.com
walter.ambrogi@bancaintesa.co.uk
walter.apostolo@bpm.it
walter.azzurro@bancaprofilo.it
walter.barrett@robecoinvest.com
walter.benesch@oenb.co.at
walter.berchtold@credit-suisse.com
walter.beveridge@wellscap.com
walter.cegarra@clamericas.com
walter.chang@seagate.com
walter.dahms@lbb.de
walter.demel@rzb.at
walter.dewey@usbank.com
walter.di-egidio@ubs.com
walter.dolhare@wachovia.com
walter.donovan@fmr.com
walter.edelmann@ubs.com
walter.egger@hypotirol.at
walter.er@tbcam.com
walter.french@fafadvisors.com
walter.gehl@dlh.de
walter.goldoni@italease.it
walter.groll@dekabank.de
walter.h.colsman@columbiamanagement.com
walter.hausner@amg.co.at
walter.heil@db.com
walter.holick@dws.com
walter.hunnewell@pioneerinvest.com
walter.j.muller@bankofamerica.com
walter.josiah@aig.com

walter.kickenweitz@rzb.at
walter.kraushaar@dekabank.de
walter.liebe@oppenheim.de
walter.maynard@morganstanley.com
walter.mello@blackrock.com
walter.mitchell@credit-suisse.com
walter.notz@hvb.de
walter.owens@gecapital.com
walter.pharo@lrp.de
walter.pompliano@adcb.com
walter.reger@cbve.com
walter.reich@lionhart.net
walter.riddell@morganstanley.com
walter.roman@rahnbodmer.ch
walter.rossini@gestielle.it
walter.schabel@americas.paribas.com
walter.schepers@westam.com
walter.schmidt@postbank.de
walter.schmidt@wgzbank.ie
walter.schmitz-cording@dlh.de
walter.schulte-herbrueggen@helaba.de
walter.schultes@staedtische.co.at
walter.sevcik@oenb.co.at
walter.sperb@csam.com
walter.tate@columbiamanagement.com
walter.thoma@claridenleu.com
walter.thorman@morganstanley.com
walter.tsui@fmr.com
walter.van-meensel@ing.be
walter.vejdovsky@orange-ft.com
walter.vester@alliancebernstein.com
walter.w.vandevijver@si.shell.com
walter.wehrli@ubs.com
walter.wichert@juliusbaer.com
walter.windecker@dzbank.de
walter.windt@bawag.com
walter@gontarek.org
walter_bauman@fanniemae.com
walter_blasberg@conning.com
walter_cuje@ml.com
walter_goodwin@invesco.com
walter_hargrove@colonialbank.com
walter_hill@fanniemae.com
walter_j_henry@keybank.com

walter_k_kim@fanniemae.com
walter_l_burke@fleet.com
walter_o'connor@ml.com
walter_seibert@ustrust.com
walter_stock@ssga.com
walter7557@bloomberg.net
walteremilio.spanio@meliorbanca.com
walton_pearson@putnam.com
waltonm@wellscap.com
walworcb@oge.com
walzak@bloomberg.net
wambrosia@bankofny.com
wambrosio@bankofny.com
wanchong.kung@fafadvisors.com
wanda.wu@db.com
wanderson@fhlbi.com
wang.bo@icprc.com
wang.hoimin@bloomberg.net
wang.hoimin@uobgroup.com
wang.hui@icprc.com
wang.ping.jiao@icprc.com
wang.pu@icbc.com.cn
wang.qiang@icbcleasing.com
wang.rosa@dresdnerrcm.com.hk
wang.yaoqiang@icbcleasing.com
wang@structuredcredit.com
wang@vpv.nl
wanga@fhlbsf.com
wangbo@bocgroup.com
wanghailu@icbc.com.cn
wanghch@cmbchina.com
wangj@fhlbsf.com
wangj6@nationwide.com
wangsong@gtjas.com
wangtong@bloomberg.net
wangtun@icbc.com.cn
wangxia@abchina.com
wangyanboc@bloomberg.net
wangzeyu@bank-of-china.com
wanismail@gic.com.sg
wankup@maybank.com.my
wanochoi@bok.or.kr
wansun.park@lehman.com
waol@ntrs.com

ward.argust@gwl.com
ward.ian@aoins.com
ward.lievens@fortisbank.com
ward@aigfpc.com
ward_highstone@bankone.com
wardbrown@mfs.com
wardj@wellsfargo.com
wardwissner@msn.com
wareshmd@bloomberg.net
warga@uh.edu
warit@plaza-am.co.jp
warnera@strsoh.org
warnersd@bernstein.com
warnold@barbnet.com
warnold@jhancock.com
warrel1@delinvest.com
warren.ackerman@morganstanley.com
warren.andy@principal.com
warren.bates@aberdeen-asset.com
warren.chang@blackrock.com
warren.chou@pimco.com
warren.cole@moorecap.co.uk
warren.geiger@aig.com
warren.hastings@schroders.com
warren.hrung@ny.frb.org
warren.ladd@gs.com
warren.leonard@rbccm.com
warren.mccormick@hsbcib.com
warren.miller@inginvestment.com
warren.min@pimco.com
warren.n.vincent@us.hsbc.com
warren.seidel@us.bacai.com
warren.shaw@pncbank.com
warren.shirvell@mondrian.com
warren.stock@axa-im.com
warren.tennant@aiminvestments.com
warren.tong@rabobank.com
warren.touwen@glgpartners.com
warren.tucker@trs.state.tx.us
warren.w.yang@aexp.com
warren.wong@lazard.com
warren.zhang@nacm.com
warren.zhu@ubs.com
warren@uk.oechsle.com

warren_hymson@ml.com
warren_trepeta@calpers.ca.gov
warrenc@mcm.com
warrenhua@temasek.com.sg
warrens@bupa.com
warriner.debbi@pmlmail.com
warwicj@vankampen.com
warwickd@ebrd.com
wasan.alsaleh@aig.com
waseem.b.abourjeili@bankofamerica.com
washmore@impaccompanies.com
wasif.latif@usaa.com
wasim.afzal@rbccm.com
wassili.papas@union-investment.de
wassim.jomaa@qnb.com.qa
wassup@bloomberg.net
wasylnbpp@bloomberg.net
watabe.satoshi@kokusai-am.co.jp
watanabe.d@daiwa-am.co.jp
watanabe.hiroyuki@daido-life.co.jp
watanabe.kazu@daiwa-am.co.jp
watanabe.masayuki@kokusai-am.co.jp
watanabe.s@daiwa-am.co.jp
watanabe.w@daiwa-am.co.jp
watanabe.y@daiwa-am.co.jp
watanabe@daiwasbi.co.jp
watanabe_akiya@vb.smbc.co.jp
watanabe_tomonori@vb.smbc.co.jp
watanabe_tooru2@mail.nikko.co.jp
watanabe-a@marubeni.com
watanabe-y@marubeni.com
watarai.sawako@kokusai-am.co.jp
wataru.nishimura@barings.com
wataru.takahashi@boj.or.jp
wataru-fukumoto@am.mufg.jp
watayasu@dl.dai-ichi-life.co.jp
waters@bessemer.com
waters@fhlb-of.com
watkinsk@kochind.com
watson.rk@tbcam.com
watsonfl@bellsouth.net
watsonla@msn.com
watts.r@tbcam.com
waugh.dick@principal.com

wawalker@bloomberg.net
way.king@alliancebernstein.com
wayc2k@cathaylife.com.tw
wayne.archambo@blackrock.com
wayne.bi@inginvestment.com
wayne.burlingham@hsbcam.com
wayne.calvert@suntrust.com
wayne.collette@columbiamanagement.com
wayne.fitzgerald@columbiamanagement.com
wayne.forbes@inginvestment.com
wayne.foster@westlb.co.uk
wayne.gladen@uk.bacai.com
wayne.greathouse@atrs.state.ar.us
wayne.h.shaner@lmco.com
wayne.han@irvine.statestreet.com
wayne.hoffmann@gwl.com
wayne.hosang@tcw.com
wayne.king@ubsw.com
wayne.kircher@blackrock.com
wayne.klein@aig.com
wayne.koble@pncbank.com
wayne.lai@pimco.com
wayne.man@jpmchase.com
wayne.rosenwinkel@bankofamerica.com
wayne.speer@trs.state.tx.us
wayne.yu@citadelgroup.com
wayne.yu@email.chinatrust.com.tw
wayne@aigfpc.com
wayne_b_mclurkin@fanniemae.com
wayne_bruce@westpac.co.nz
wayne_dolly@mfcinvestments.com
wayne_oliver@acml.com
wayne_parrish@ssga.com
wayne_schwartz@freddiemac.com
wayne_sundquist@putnam.com
waynef@bloomberg.net
waynel@mcm.com
waynelyski@optonline.net
wazhma.noorzayee@dfafunds.com
wb@butlercapitalpartners.com
wb8@ntrs.com
wbaird@bankofny.com
wbarker@bankofcanada.ca
wbarratt@charles-stanley.co.uk

wbarrett@chicagoequity.com
wbean@federatedinv.com
wbenton@williamblair.com
wberkley@wrberkley.com
wbest768@aol.com
wblack@hcmlp.com
wbledau@ahb-ag.de
wboustead1@bloomberg.net
wbrady@presidiomanagement.com
wbreisch@jhancock.com
wbrigham@ustrust.com
wbrowne@tweedy.com
wbrundige@bbandt.com
wbs1@msn.com
wbuntrock@bft.fr
wbwelch@bankofny.com
wby@bloomberg.net
wc8@ntrs.com
wcalineur@maersk.com
wcallahan@dubuquebank.com
wcarpenter@lordabbett.com
wcc@eslinvest.com
wchambers@bloomberg.net
wchan@meag-ny.com
wchen@delinvest.com
wchen@oppenheimerfunds.com
wchen5@worldbank.org
wcheng4@bloomberg.net
wchester@denveria.com
wcheung@fftw.com
wchin@metlife.com
wchong@frk.com
wchu@faralloncapital.com
wchuang@templeton.com
wchun1@bloomberg.net
wchung@tiaa-cref.org
wcicio@hapoalimusa.com
wcl@jwbristol.com
wcleary@cantor.com
wcook@standishmellon.com
wcross@eatonvance.com
wd@gruss.co.uk
wd10@ntrs.com
wdahl@canyonpartners.com

wdailey@capis.com
wdalasio@tiaa-cref.org
wdavidson@alberto.com
wdavis@jhancock.com
wdawber@uk.tr.mufg.jp
wdb1@ntrs.com
wdelahunty@eatonvance.com
wdenehy1@bloomberg.net
wdgoldenthal@wellington.com
wdiffenbaugh@troweprice.com
wdiianni@wellington.com
wdnewby@bloomberg.net
wdong@metlife.com
wdonkor@worldbank.org
wdonovan@uss.com
wdouglas@mfs.com
wdowling@ibtco.com
wdroege@jhancock.com
wdunbar@bloomberg.net
wdunlap@ssrm.com
wdw@jwbristol.com
wdwyer@dlbabson.com
wdwyer@mandtbank.com
weaver@adamsexpress.com
weaverje@wellscap.com
web.content@first-franklin.com
webaker@us.ibm.com
weberm@ufji.com
webin.chuang@chinatrust.com.tw
webster.kiang@chinatrust.com.tw
webster.ray@protective.com
webster_trent@fsba.state.fl.us
websterh@bloomberg.net
websterhung@mail.cbc.gov.tw
wedewer@ui-gmbh.de
wee.tzeming@uobgroup.com
wee_mien_cheung@deltalloyd.nl
weeaining@gic.com.sg
weechye@dbs.com
weekee.chong@lbbwsg.com
wee-kuok_chieng@putnam.com
weeliat@dbs.com
weelinrong@gic.com.sg
weemeng@dbs.com

weemeng1@bloomberg.net
weeming.goh@schroders.com
weesoonyeong@dbs.com
weetiansin@gic.com.sg
weeyanhann@ocbc.com.sg
wegli@pictet.com
weh@ntrs.com
wehbe.r@tbcam.com
wehrly_ronald@jpmorgan.com
wei.guo@black-river.com
wei.he@bmo.com
wei.li@barclaysglobal.com
wei.shi@morganstanley.com
wei.sun@barep.com
wei.tan@schroders.com
wei.wu@wamu.net
wei.xei@morganstanley.com
wei.xiao.li@icprc.com
wei.xiao@fmr.com
wei_huang@piadvisors.net
wei106@mail.cbc.gov.tw
weibeld@atag.com
weichen.wang@email.chinatrust.com.tw
weichieh@dbs.com
weidenbach@bloomberg.net
weigelt@bloomberg.net
weihan@wharton.upenn.edu
weihuangwong@gic.com.sg
weihuaxu@wharton.upenn.edu
weijiang.gu@bankofamerica.com
weil_kimberly@jpmorgan.com
weilbachg@landeshauptstadt.de
wei-ling.liew@morganstanley.com
weimin_chang@ftsfund.com
weiner.m@mellon.com
weineraj@bernstein.com
weinstock@fhlb-of.com
weintraub.michael@nomura-asset.com
weiqun.zhou@jpmorgan.com
weirup.jed@principal.com
weiscaro@wellsfargo.com
weishuo.lai@prudential.com
weisowl4@aol.com
weitznerd@deshaw.com

weitzu.chao@eamil.chinatrust.com.tw
weizhang@gm.com
welch.j@tbcam.com
welchc@nationwide.com
weldonjc@wellsfargo.com
well3@bloomberg.net
wellerwu@bloomberg.net
wells.c@mellon.com
wells@bloomberg.net
wellsj@vankampen.com
welocke@statestreet.com
weltonwh@bankofbermuda.com
wem@capgroup.com
wema@pggm.nl
wen.wang@wpginvest.com
wenaril@bot.or.th
wenbo.zhou@inginvestments.com
wencheng.chen@ubs.com
wenchi.chen@email.chinatrust.com.tw
wendell_fuller@glic.com
wendellc@princeton.edu
wendi.mcparland@53.com
wendong.qu@pimco.com
wendy.a.willett@wellsfargo.com
wendy.agnew@ge.com
wendy.barker@tcw.com
wendy.beller@barclaysglobal.com
wendy.bruns@akzonobel.com
wendy.cogdell@csam.com
wendy.e.norman@bankamerica.com
wendy.e.norman@columbiamanagement.com
wendy.elwell@barclaysglobal.com
wendy.hay@aegon.co.uk
wendy.held@blackrock.com
wendy.j.gorman@bankofamerica.com
wendy.k.tsang@aexp.com
wendy.priest@aberdeen-asset.com
wendy.procops@db.com
wendy.rachuk@halliburton.com
wendy.rodriguez@pilkington.com
wendy.rosenfeld@rabobank.com
wendy.russell-hall@swipartnership.co.uk
wendy.s.wyatt@usa.dupont.com
wendy.sawchuk@inginvestment.com

wendy.schuler@acuity.com
wendy.scott@uk.bnpparibas.com
wendy.veelenturf@ingim.com
wendy.wong@ny.frb.org
wendy.yeoh@ing.com.my
wendy_ferguson@westlb.com
wendy_fletcher@mail.bankone.co
wendy_milacci@ml.com
wendychia@mas.gov.sg
wen-fu_wu@putnam.com
wenhong@temasek.com.sg
wenhuei.cheng@email.chinatrust.com.tw
wenjingzhou@dbs.com
wenjy@em.tsinghua.edu.cn
wenlee@cathaylife.com.tw
wen-lin.young@db.com
wenlo@smith-graham.com
wen-tse.tseng@alliancebernstein.com
wenwen.liao@henkel.com
wenwen.lindroth@pimco.com
werbey@ocwen.com
werickson@metlife.com
werner.bade@nordlb.de
werner.bartels@deka.de
werner.bauer@icn.siemens.de
werner.besenfelder@lbbw.de
werner.bieri@juliusbaer.com
werner.blank@aam.de
werner.bollier@vontobel.ch
werner.brockel@dekabank.de
werner.busch@hsh-nordbank.com
werner.buschor@lgt.com
werner.diekoetter@dgzbank.de
werner.eckert@sachsenlb.de
werner.eppacher@dws.com
werner.fey@frankfurt-trust.de
werner.goricki@feri.de
werner.hertzog@publica.ch
werner.hochrainer@raiffeisenbank.at
werner.hofmann@helaba.de
werner.hohl@pioneerinvestments.com
werner.holpp@vpbank.com
werner.huber@aam.ch
werner.huber@lampebank.de

werner.huerlimann@aigpb.com
werner.huysmans@fortisinvestments.com
werner.kolb@sachsenlb.de
werner.kraft@cominvest-am.com
werner.kram2@db.com
werner.langmaak@dghyp.de
werner.lorbach@sparkasse-koelnbonn.de
werner.lorentz@ahbr.de
werner.muehlemann@inginvestment.com
werner.mueller@ba-ca.group-treasury.co.at
werner.mueller@bayern-invest.de
werner.neumeier@hyporealestate.de
werner.oellerer@rlb-noe.raiffeisen.at
werner.richli@credit-suisse.com
werner.ruefenacht@ubs.com
werner.schmidt@pharma.novartis.com
werner.seeliger@lbbw.de
werner.serles@raiffeisenbank.at
werner.sohier@pggm.nl
werner.stanzl@inginvestment.com
werner.steffens@kfw.de
werner.vonbaum@hypovereinsbank.de
werner.wegmann@vontobel.ch
werner.wiedenbrig@erstebank.at
werner@dynexcapital.com
werner@kebcard.co.kr
wernerc@bloomberg.net
wernerlykowsky@helaba-invest.de
wernher.e.kielmann@ahbr.de
wertheim@us.calyon.com
wertpapierleihe@trinkaus.de
wes.bonewell@gmacrfc.com
wes.bonine@gmacrfc.com
wes.davis@wachovia.com
wes.murphy@pimco.com
wesbonewell@gic.com.sg
wesley.dearsley@blackrock.com
wesley.ferriman@lgim.co.uk
wesley.sparks@us.schroders.com
wesley.whiteman@prudential.com
wesley@mcm.com
wesley_clifton@swissre.com
wesley_mccoy@standardlife.com
west.fed@verizon.net

westb3@nationwide.com
westcott.andrew@principal.com
westerling@optimix.nl
westhyp3@cityweb.de
westobya@bernstein.com
weston.kasper@pimco.com
weston.t.dinsel@usa.dupont.com
westons@rba.gov.au
westr@strsoh.org
wetty@generali.nl
weversley@fhlbatl.com
wey.fook.hou@asia.ing.com
weyap@mas.gov.sg
weylanda@cmcic.fr
wf39@cornell.edu
wfan@lehman.com
wfeng@divinv.net
wferguson@tiaa-cref.org
wfh2@ntrs.com
wfkeelan@delinvest.com
wflynn@wellington.com
wflynt@frk.com
wfowler4@bloomberg.net
wfrazier2@bloomberg.net
wfrey@blackrock.com
wfurth@ubs.com
wfw@sitinvest.com
wfwanner@wellmanage.com
wgadsden@caxton.com
wgardiner@eatonvance.com
wgardner@metlife.com
wgcharcalis@the-ark.com
wgcromp@statestreet.com
wghazar@arabbankusa.com
wgilder1@bloomberg.net
wgofen@gofen.com
wgolie@oppenheimerfunds.com
wgoodrich@scmadv.com
wgowen@ubp.com
wgrady@allstate.com
wgueriri@bft.fr
wgust@anthemcapital.com
wgustafson@cornerstoneadvisers.com
wgzmarkets@bloomberg.net

wh.song@icbcasia.com
wh@cgii.com
wh@erstebank.com
wh_ng@johnsonmotor.com
whalas@bloomberg.net
whamilton@ssrm.com
whandrade@statestreet.com
wharrison@loews.com
whartford@bloomberg.net
whawkins@peabodyenergy.com
whawley@payden-rygel.com
whbivs@bloomberg.net
whchang@metlife.com
whdavid@the-ark.com
whe@tudor.com
whee@firststate.co.uk
wheeler.j@tbcam.com
wheindl@meag.com
whelan@aigfpc.com
whelann@ebrd.com
whenderson@blackrock.com
whessert@princeton.edu
whickey@anchorcapital.com
whicks@chubb.com
whill@caxton.com
whill@jhancock.com
whit.armstrong@hcmny.com
whitakw1@nationwide.com
white.derek@principal.com
whitea@tcwgroup.com
whiteal@wellscap.com
whiteford@bessemer.com
whiteg@vankampen.com
whitelawj@rba.gov.au
whitet@stifel.com
whitney.wright@blackrock.com
whitney@aeltus.com
whitney@roycenet.com
whitth@tdsec.co.uk
whmeyer@ifc.org
whooley.j@mellon.com
whopkins@templeton.com
whornby@century-bank.com
whowarth@foxasset.com

whparker@wellington.com
whreid@delinvest.com
whu@alum.mit.edu
whu@putnam.com
whuston@tudor.com
whwells@rowamcompanies.com
whyemeng@dbs.com
wia@nbim.no
wickp@jwseligman.com
wickwire@structuredcredit.com
widar.kirkeby@gjensidige.no
widich.jo@mellon.com
widmays@nationwide.com
wido.mina@ubs.com
wiebke.wanner-borchardt@tiaa-cref.org
wieboldt.ms@dreyfus.com
wiederkehr.juerg@rahnbodmer.ch
wiederkehr@bordier.com
wiedmer.hanspeter@bpk.ch
wiersel@spfbeheer.nl
wietze.reehoorn@nl.abnamro.com
wigbert.boehm@allianz.com
wikrann@bot.or.th
wilbur.chow@pimco.com
wilbur.matthews@aig.com
wilc@chevrontexaco.com
wilcox@bessemer.com
wilda.oberacker@dit.de
wildauer@nyc.apollolp.com
wildea1@nationwide.com
wildeboerschut@aegon.nl
wilderinke@frieslandbank.nl
wilenskygj@bernstein.com
wilfred.bakker@nl.abnamro.com
wilfred.chilangwa@fmr.com
wilfred.wong@westernasset.com
wilfredwee@gic.com.sg
wilfried.brandstetter@oberbank.at
wilfried.esten@sparkasse-krefeld.de
wilfried.hauck@allfonds-bkg.de
wilfried.wouters@dexia.de
wilhelm.gold@dit.de
wilhelm.heinrichs@allianzgi.de
wilhelm.holzer@ba-ca.com

wilhelm.schorn@dit.de
wilhelm.walke@citadelgroup.com
wilkens@btmsha.com.cn
wilkielai@bochk.com
wilkinsn@ubk-plc.com
wilkinson@aigfpc.com
will.bales@janus.com
will.carpmael@ubs-oconnor.com
will.chen@ap.ing.com
will.danoff@fmr.com
will.davis@nokia.com
will.fletcher-roberts@morleyfm.com
will.frazier@morgankeegan.com
will.graves@altria.com
will.haywood@boiuk.com
will.jacobsen@wellsfargo.com
will.jennings@eu.nabgroup.com
will.jordan@tcw.com
will.landers@blackrock.com
will.menne@omam.co.uk
will.morgan@gs.com
will.o'rielly@alexanderkey.com
will.sedden@db.com
will.seddon@fmr.com
will.tanaka@barclaysglobal.com
will.watts@morgankeegan.com
will@findlaypark.com
will_james@standardlife.com
will_white@centralbank.net
willard.c.butcher@chase.com
willd@scm-lp.com
willem.boeschoten@shell.com
willem.de.jong.iim@ingim.com
willem.j.g.van.dommelen@ingim.com
willem.klijnstra@fortisinvestments.com
willem.van.ruitenburg2@mail.ing.nl
willem.verhagen@ingim.com
willemien.rijsdijk@ingim.com
willem-jan.pelle@mn-services.nl
willemser@lotsoff.com
willenbacher@meinlbank.com
willesrb@ensignpeak.org
willial@vankampen.com
william.a.sellier@bankamerica.com

william.a.wider@us.hsbc.com
william.ackerman@fmr.com
william.ambrose@storebrand.no
william.amzand@pggm.nl
william.anderson@fortisinvestments.com
william.ballard@rbccm.com
william.barlow@dnb.se
william.barnes@barclaysglobal.com
william.barron@db.com
william.bartrem@mnco.com
william.bentley@prudential.com
william.bishop@bankofamerica.com
william.blair@swipartnership.co.uk
william.bogolin@bankofamerica.com
william.bonawitz@pncadvisors.com
william.bonnell@tres.bnc.ca
william.boyd@pnc.com
william.brilliant@global-infra.com
william.broderick@edwardjones.com
william.brown@fandc.co.uk
william.brown@ubs.com
william.brunet@bnpparibas.com
william.callihan@pnc.com
william.calvert@framlington.co.uk
william.campbell@nuveen.com
william.carr@ibtco.com
william.cevallos@pncbank.com
william.chamberlain@columbiamanagement.com
william.chao@prudential.com
william.chapman@grainger.com
william.chen@nacm.com
william.cheng@schroders.com
william.chipp@pimco.com
william.chong@us.hsbc.com
william.chu@hk.ca-assetmanagement.com
william.chung@tcbank.com.tw
william.claxtonsmith@insightinvestment.com
william.cussans@smith.williamson.co.uk
william.d.donnelly@db.com
william.davies@threadneedle.co.uk
william.deallaume@ubs.com
william.degale@blackrock.com
william.desmet@dexia-bil.com
william.devijlder@fortisinvestments.com

william.dewulf@gs.com
william.dickesheid@daiwausa.com
william.diianni@fmr.com
william.dinning@aegon.co.uk
william.dooley@aig.com
william.e.greene@aibbny.ie
william.e.oliver@columbiamanagement.com
william.ebsworth@fmr.com
william.edgar@gartmore.com
william.egli@ubs.com
william.eigen@hcmny.com
william.eskridge@firstcitizens.com
william.feeley@nationalcity.com
william.ferdinand@ustrust.com
william.ferri@ubs.com
william.finley@fortisinvestments.com
william.fish@drkw.com
william.fitzgerald@jpmorgan.com
william.flaherty@tudor.com
william.flanagan@barclaysglobal.com
william.fleury@ubs.com
william.francis@pncadvisors.com
william.frewen@threadneedle.co.uk
william.g.batz@fhlb-pgh.com
william.gilchrist@thehartford.com
william.goldthwait@columbiamanagement.com
william.gonser@daiwausa.com
william.gooch@morgankeegan.com
william.goodwin@axa-financial.com
william.gorman@pncbank.com
william.goykman@fhlbny.com
william.gutherie@nationalcity.com
william.h.jeffress@csam.com
william.hamlyn@citigroup.com
william.harrison@chase.com
william.hart@lionhartasia.net
william.healey@corporate.ge.com
william.hendricks@ge.com
william.higgins@prudential.com
william.higgins@towersperrin.com
william.higgins@uk.abnamro.com
william.hoagland@prudential.com
william.hochmuth@thrivent.com
william.holzer@lazard.com

william.howard@gs.com
william.hughes@barclays.co.uk
william.hunter@nb.com
william.irving@fmr.com
william.j.constantine@db.com
william.j.emptage@pjc.com
william.j.morgan@jpmorgan.com
william.j.wallace@columbiamanagement.com
william.johnson@sgcib.com
william.johnston@alliancebernstein.com
william.jones@gs.com
william.karcher@sanpaoloimi.com
william.keller@pncbank.com
william.king2@himco.com
william.kitchens@morgankeegan.com
william.klesser@valero.com
william.knight@pnc.com
william.kramer@fmr.com
william.krohn@chase.com
william.l.davis@db.com
william.l.kramer@jpmchase.com
william.l.smith@wamu.net
william.lam@ap.nxbp.com
william.lavelle@rocklandtrust.com
william.lawrence@morganstanley.com
william.leszinske@harrisbank.com
william.lissenden@db.com
william.list@fhlb-pgh.com
william.lock@morganstanley.com
william.logie@isisam.com
william.long@pncbank.com
william.lora@db.com
william.love@kodak.com
william.lowry@pnc.com
william.m.gardner@citigroup.com
william.maclay@fmr.com
william.magee@citadelgroup.com
william.magee@gecapital.com
william.mandaro@americas.bnpparibas.com
william.martin@ubs-oconnor.com
william.mathis@morgankeegan.com
william.mcandrews@abnamro.com
william.mccawley@morganstanley.com
william.mcculloch@hcmny.com

william.mcdonnell@nationalcity.com
william.mcmanus@prudential.com
william.meadon@flemings.com
william.meehling@harrisbank.com
william.mekrut@fmglobal.com
william.melrose@pncbank.com
william.mennonna@pioneerinvest.com
william.mercer@sunlife.com
william.merrill@schwab.com
william.merson@ny.invesco.com
william.mills2@aig.com
william.mok@morganstanley.com
william.moore@blackrock.com
william.morgan@chase.com
william.morrissey@fmr.com
william.natcher@nationalcity.com
william.nunez@credit-suisse.com
william.obrien@columbiamanagement.com
william.oconnor@micorp.com
william.odonnell@wachovia.com
william.oliver@morganstanley.com
william.oliver@umb.com
william.oneil@aiminvestments.com
william.oneill@ibtco.com
william.oplinger@alcoa.com
william.osborn@fhlbtopeka.com
william.palmer@harrisbank.com
william.parker@alliancebernstein.com
william.parry@himco.com
william.patterson@csam.com
william.peak@gs.com
william.peck@inginvestment.com
william.peishoff@columbiamanagement.com
william.perkins@alliancebernstein.com
william.plummer@alcoa.com
william.pompa@pimco.com
william.ponder@wachovia.com
william.potts@komag.com
william.pruett@fmr.com
william.quinones@westernasset.com
william.r.posch@wellsfargo.com
william.r.simmons@jpmorgan.com
william.redmond@state.tn.us
william.reese@umb.com

william.riley@barclaysglobal.com
william.roberts@prudential.com
william.roche@opco.com
william.russell@isisam.com
william.s.lacy@jpmchase.com
william.sandella@fmr.com
william.scazzero@moorecap.com
william.schaufler@moorecap.com
william.schenher@hp.com
william.schmidt@usbank.com
william.sebban@axa-im.com
william.shanley@fmr.com
william.shannon@nordea.com
william.sheffey@commercebank.com
william.sidford@alliancebernstein.com
william.stevens@wellscap.com
william.stivers@weyerhaeuser.com
william.straub@wachoviasec.com
william.stumpf@barclaysglobal.com
william.stutts@jpfinancial.com
william.sutcliffe@bailliegifford.com
william.t.tallman@jpmorgan.com
william.taylor@pioneerinvest.com
william.tung@moorecap.com
william.turner@prudential.com
william.turner@ridgeworth.com
william.vanharlowe@fmr.com
william.vanimpe@fortisag.be
william.veronda@ubs.com
william.wallis@augustus.co.uk
william.weng@ubs.com
william.whelan@fmr.com
william.wight@fmr.com
william.woo@pioneerinvestments.com
william.wrest@bankofamerica.com
william.yip@lazard.com
william.yurkovich@fhlb-pgh.com
william.zimmer@chicagoasset.com
william@incomeresearch.com
william_allen@victoryconnect.com
william_b_maag@fleet.com
william_black@fanniemae.com
william_blank@lnotes5.bankofny.com
william_boorman@freddiemac.com

william_boziuk@putnam.com
william_chow@ssga.com
william_cunningham@ssga.com
william_d_baird@vanguard.com
william_deroche@ssga.com
william_dodds@ustrust.com
william_e_rurode@fleet.com
william_erwin@freddiemac.com
william_folkard@gb.smbcgroup.com
william_gibbs@putnam.com
william_glasgow@ustrust.com
william_gould@putnam.com
william_graham@ustrust.com
william_h_schomburg_iii@fleet.com
william_hamilton@conning.com
william_hauser@america.hypovereinsbank.com
william_hazelton@putnam.com
william_iles@freddiemac.com
william_j_dennen@keybank.com
william_j_mccool@fleet.com
william_jurgelewicz@ssga.com
william_k_lynch@bankone.com
william_k_roberts@vanguard.com
william_kirby@prusec.com
william_lafferty@bankone.com
william_lam@invescoperpetual.co.uk
william_landes@putnam.com
william_lee@acml.com
william_lee@glic.com
william_liebler@conning.com
william_marshall@putnam.com
william_mckeever@ml.com
william_mehl@sfmny.com
william_nunez@ml.com
william_pope@ml.com
william_quinn@fanniemae.com
william_r_anderson@aon.com
william_r_schultz@fanniemae.com
william_schlag@keybank.com
william_schmitt@putnam.com
william_segal@fanniemae.com
william_shuttleworth@ldn.invesco.com
william_somers@troweprice.com
william_stenson@countrywide.com

william_sutherland@manulife.com
william_t_norris@bankone.com
william_tobey@scudder.com
william_w_smith@vanguard.com
william_wright@putnam.com
william-04034@email.esunbank.com.tw
william-04207@email.esunbank.com.tw
williambenjamin@hsbc.com
williamchung@cathaylife.com.tw
williamj@research.ge.com
williamklam@bankofny.com
williammak@daiwasbi.com.hk
williams.c4@mellon.com
williams.riveramontalban@axa-im.com
williams@willcap.com
williams_robert@jpmorgan.com
williamson.bw@tbcam.com
williamtan@dbs.com
williamwkman@hsbc.com.hk
williamyap@gic.com.sg
willibrord.berntsen@hsh-nordbank.com
willie.brown@4086.com
willie.chiang@conocophillips.com
willie.hartleyrussell@blackrock.com
willie.honeyball@sgcib.com
willie.quah@mailhec.net
willie@cthusa.com
willis@offitbank.com
willow_piersol@putnam.com
willow2@bloomberg.net
willy.blumenstein@isb.is
willy.friedmann@bundesbank.de
willy.hautle@zkb.ch
willy.lee@schroders.com
willy.moyson@fortisbank.com
willy.schmassmann@ubs.com
willy.wolfe@gmacbank.com
willy.wolfe@uboc.com
wilshinskygroup@ezaccess.net
wilson.au@ubs.com
wilson.gaitan@gmam.com
wilson.he@morganstanley.com
wilson.ho@sunlife.com
wilson.lin@ubs.com

wilson.liu@highbridge.com
wilson.mastrandrea@bnymellon.com
wilson.moore@wachovia.com
wilson.mui@db.com
wilson.rc@tbcam.com
wilson.wong@bloomberg.net
wilson.yang@creditsuisse.com
wilson_fong@calpers.ca.gov
wilsonp@domres.com
wilsonwang@temasek.com.sg
wilsonz@swcorp.org
wim.blommaert@ing.be
wim.boekema@barclayscapital.com
wim.brinkman@ingim.com
wim.dhaese@ingim.com
wim.kool@ingim.com
wim.kuyf@ingbank.com
wim.malyster@axa.be
wim.steemers@alliancebernstein.com
wim.thomas@shell.com
wim.v.dam@relan.nl
wim.vanhyfte@dexia-am.com
wim.veraar@ingim.com
wim.vermeir@dexia-am.com
wim.westerop@kempen.nl
wim_melyn@artesia.be
wimal.wijenayake@morganstanley.com
wimmelr@vankampen.com
win.neuger@aig.com
win.robbins@barclaysglobal.com
wineo_lam@amcm.gov.mo
winfield.bell@aetna.com
winfried.becker@oppenheim.de
winfried.freygang@bayernlb.de
winfried.gausselmann@trinkaus.de
winfried.kolln@dghyp.de
winfried.mittne@postbank.lu
winfried.reinke@ikb-cam.de
winfried.schiefelbein@bw-bank.de
wing.chan@credit-suisse.com
wing.chau@barcap.com
winie.d'alessandro@fnbchestercounty.com
wink.mora@rabobank.com
winkworthg@bloomberg.net

winnie.choi@alliancebernstein.com
winnie.chu@corporate.ge.com
winnie.kwan@capitalglobal.com
winnie.liu@tigerasiafund.com
winnie.man@aberdeen-asset.com
winnie.pun@blackrock.com
winnie.sze@rbccm.com
winnie.w.cheng@columbiamanagement.com
winnie_ian@amcm.gov.mo
winnie_pun@ssga.com
winnie_wy_kan@hkma.gov.hk
winnie0527@chinalife.com.tw
winniechu@dahsing.com
winsome@tcdrs.org
winson.chuang@tcbank.com.tw
winson.fong@sgam.com
winson.ho@rbcds.com
winsonb@gte.net
winssinger@adelphi-capital.com
winstar@bloomberg.net
winston.ouckama@db.com
winston.pun@wamu.net
winston.rains@bwater.com
winstonlu@bloomberg.net
winter@nbg.ibv.com
wintersb@vankampen.com
wipot.daowprakaimongkol@db.com
wiradharmap@ocbc.com
wirvine@eatonvance.com
wise.tami@principal.com
wisely.liu@email.chinatrust.com.tw
wisniews@wellscap.com
wispy@bloomberg.net
witcomb_gareth@jpmorgan.com
withamd@ubk.co.uk
witterschein.jj@mellon.com
wittyv@nuveen.com
witzkyc@corphq.utc.com
wiveka.burvall@danskebank.se
wiwanicki@metlife.com
wjachs@epo.org
wjc@tchinc.com
wjean-baptiste@mfs.com
wjf3@bloomberg.net

wjfoley@wellington.com
wjg@capgroup.com
wjhannigan@wellington.com
wjin@jhancock.com
wjmaniscalco@duke-energy.com
wjniemei@srpnet.com
wjohannesson@hellmanjordan.com
wjsulliv@princeton.edu
wjt@wmblair.com
wkarcher@intesasanpaolo.us
wkas@kempen.nl
wkasmc@bloomberg.net
wkchoi@kfb.co.kr
wkeeley@standishmellon.com
wkeyes@tcva.com
wkeyser@ftci.com
wkilcullen@westernasset.com
wkinsley@jhancock.com
wkirsten@union-investment.de
wkitchen@morgankeegan.com
wkoontz@loomissayles.com
wkp@capgroup.com
wkuan1@bloomberg.net
wkurtz@azoa.com
wkwong@blackrock.com
wl11@ntrs.com
wladkomh@wellsfargo.com
wlan@bloomberg.net
wlawlor@dsaco.com
wlayton@princeton.edu
wleamon@bayharbour.com
wlee@lordabbett.com
wlee@metlife.com
wlee@troweprice.com
wlee20@bloomberg.net
wleffi@ftci.com
wleinberger@unum.com
wlemberg@bankofny.com
wlenehan@farcap.com
wleonard@lordabbett.com
wli@vcallc.com
wli@wellington.com
wlickl@meag.com
wlin@delinvest.com

wlist@federatedinv.com
wllau@bochk.com
wlmao@statestreet.com
wlodarskis@vankampen.com
wlow@uss.co.uk
wlphua@mas.gov.sg
wlr@capgroup.com
wltan@mas.gov.sg
wlu@oppenheimerfunds.com
wlupoletti@trigon.com
wluzzo@onebeacon.com
wlwrightson@wellington.com
wlynch@buffalofunds.com
wlyons@bft.fr
wmachol@bear.com
wmack3@anfis.co.uk
wmaenner@pictet.com
wmagee@delinvest.com
wmahler@rwbaird.com
wmajdalani@investcorp.com
wmaloney@bloomberg.net
wmaloney@vcallc.com
wmanning@btmna.com
wmarkey@metlife.com
wmarsh@farmersnb.com
wmarsh@northsidebank.com
wmawhorter@allegiancecapital.com
wmazzafro@oppenheimerfunds.com
wmccleary1@bloomberg.net
wmcdaniel@opcap.com
wmcelroy@firstmanhattan.com
wmcfarla@blackrock.com
wmcmaster@scottstringfellow.com
wmcmullan@fhlbatl.com
wmcnamara@oppenheimerfunds.com
wmcquade@russell.com
wmcromwell@wellington.com
wmcvail@turnerinvestments.com
wmeier@zkblondon.co.uk
wmendes@bloomberg.net
wmenendez@lordabbett.com
wmiller@fhlbc.com
wmiller@ftci.com
wmiller@lmfunds.com

wmk@atalantasosnoff.com
wmkozdras@homeside.com
wmlaprise@gkst.com
wmogrodnick@wellington.com
wmoretti@metlife.com
wmorrill@brownadvisory.com
wmoy@deerfieldcapital.com
wmroehr@delinvest.com
wmtramirez@aol.com
wmueller@meag.com
wmuller@westernasset.com
wmuraydem@scsalliance.com
wmurayden@scsbank.com
wmurray@chicagoequity.com
wmurry@whitneybank.com
wnbooth@wellington.com
wneville@opers.org
wnoar@nacm.com
wnrivel@leggmason.com
wnuk_joseph@fsba.state.fl.us
wo2@storebrand.com
wobrien9@bloomberg.net
woconnor@allstate.com
wod@johcma.com
woeikyet@dbs.com
wohlfroa@strsoh.org
wojceich.hajduczyk@morganstanley.com
wojciech.mazurkiewicz@ba-ca.com
wojciech.mazurkiewicz@unicreditgrop.co.uk
wojciech.zawada@allianz.com
wojtek.lipinski@dzbank.de
wol.kolade@isisam.com
wolerju@cial.cic.fr
wolert@ymcanet.org
woleslagle@deshaw.com
wolf.delius@commerzbank.com
wolf.diederichs@pimco.com
wolf.j@mellon.com
wolf.raymer@jmfinn.com
wolf2@metro.de
wolfej@strsoh.org
wolfelde@hagemeyer.com
wolff@metro.de
wolfgang.bagusch@lampebank.de

wolfgang.bathis@ikb.de
wolfgang.bauer@pioneerinvestments.com
wolfgang.beynio@henkel.com
wolfgang.broetz@sgz-bank.de
wolfgang.buettgenbach@ksk-koeln.de
wolfgang.bufe@t-systems.com
wolfgang.buresch@bawagpsk.com
wolfgang.conze@lbbw.de
wolfgang.dahrmoeller@postbank.de
wolfgang.dietl@ids.allianz.com
wolfgang.ewig@postbank.de
wolfgang.fischer@rzb.at
wolfgang.fusek@krentschker.at
wolfgang.gehlen@bis.org
wolfgang.groth@essenhyp.com
wolfgang.gzuk@allfonds-bkg.de
wolfgang.hartmann@commerzbank.com
wolfgang.haunold@oenb.co.at
wolfgang.helmet@db.com
wolfgang.henrichs@dzbank.de
wolfgang.hofmann@erstebank.at
wolfgang.hofmann@group.novartis.com
wolfgang.huber@raiffeisenbank.at
wolfgang.j.marty@csam.com
wolfgang.jesinger@oppenheim.de
wolfgang.jurowski@cominvest-am.com
wolfgang.kernbach@ruv.de
wolfgang.kirsch@dzbank.de
wolfgang.kirschner@activest.de
wolfgang.kleedoerfer@hafm.de
wolfgang.klopfer@hypovereinsbank.de
wolfgang.koettner@saarlb.de
wolfgang.kostner@gs.com
wolfgang.kuhl@seb.de
wolfgang.kuhn@aberdeen-asset.com
wolfgang.lotze@sfs.siemens.de
wolfgang.matschek@rzb.at
wolfgang.matzen@nordlb.de
wolfgang.mayer@sparinvest.com
wolfgang.michael.roth@nordlb.de
wolfgang.mittermueller@hyporealestate.de
wolfgang.mueller31@telekom.de
wolfgang.munsche@oppenheim.de
wolfgang.peltz@hvbasia.com

wolfgang.posch@omv.com
wolfgang.puetz@dit.de
wolfgang.rattay@ba-ca.com
wolfgang.reichel@lv1871.de
wolfgang.reminger@dekabank.de
wolfgang.reuss@kfw.de
wolfgang.ruttenstorfer@omv.com
wolfgang.ryll@kfw.de
wolfgang.schopf@erstebank.at
wolfgang.stein@de.bosch.com
wolfgang.stemper@dexia-bil.com
wolfgang.strobel@hypovereinsbank.de
wolfgang.stuelb@wwasset.de
wolfgang.stuffer@hypovereinsbank.de
wolfgang.theis@dzbank.de
wolfgang.titz@lrp.de
wolfgang.weiss@lbb.de
wolfgang.wiefel@wuestenrot.de
wolfgang.wiehe@credit-suisse.com
wolfgang.zecha@cominvest.de
wolfgang.zemanek@sparinvest.com
wolfgang_lang@commerzbank.com
wolfgang_peltz@hvbamericas.com
wolfgang-wilhelm.kling@hvb.de
wolfj@deshaw.com
wolfmh@fhlbcin.com
wolfram.eichner@cominvest-am.com
wolgang.jakob@bkb.ch
wollom@nylim.com
wolters@bcmnet.nl
won.choi@mackayshields.com
won.lee@ge.com
wong.annderk@uobgroup.com
wong.kwongyew@uobgroup.com
wong.mei.ling@icprc.com
wong.soontong@uobgroup.com
wong2@sunlife.com
wongck@gic.com.sg
wongjans@bot.or.th
wongjs@publicbank.com.my
wongkak@abchina.com.hk
wongkcherbert@ocbc.com.sg
wongsiya.m@gototfb.com
wongsk@bernstein.com

wongvicky@bloomberg.net
wongwatp@bot.or.th
wonhk@kdb.co.kr
wonie.leong@alliancebernstein.com
wonil_lee@nacm.com
wonjae.choi@samsung.com
wonnieryu@kdb.co.kr
wonseok.x.choi@jpmorgan.com
woo.youngsong@us.standardchartered.com
woochul.ham@scfirstbank.com
wood_jr_kimgsley@jpmorgan.com
wood_steve@jpmorgan.com
woodl@anz.com
woods@fhlb-of.com
woodwar@nationwide.com
woody.k.m.chan@hsbc.com.hk
woody@bpviinc.com
woojung.park@wachovia.com
wook.heo@ingbank.com
wookim@princeton.edu
wooksdw@hanmail.net
woolbert@bwater.com
woolbert@penntrust.com
woolley@bessemer.com
woongek@dbs.com
woongp@princeton.edu
wootk@gic.com.sg
wootuckkan@gic.com.sg
wooyoung.cho@scfirstbank.com
woramonk@bot.or.th
worleym@strsoh.org
wosada@us.mufg.jp
woschenko@bloomberg.net
wouter.de.bever@achmea.nl
wouter.devriendt@fortisbank.com
wouter.koomen@klm.com
wouter.pelser@mn-services.nl
wouter.s.devries@si.shell.com
wouter.van.der.veen@nl.abnamro.com
wouter.weijand@fortisinvestments.com
wouterseaj@hagemeyer.com
woydich@debank.de
wozniakg@brinson.com
wp.173@dbv-winterthur.de

wp2@ntrs.com
wpace1@bloomberg.net
wpan562118@aol.com
wpatenaude@americansb.com
wpattison@aegonusa.com
wpaul@bloomberg.net
wpaulini@bloomberg.net
wpcho@dow.com
wpearson@browncapital.com
wpease@wilmingtontrust.com
wpeishan@mail.cbc.gov.tw
wphandel@hypo-ooe.at
wphillips@fhhlc.com
wpickett@ford.com
wpiel@opusinvestment.com
wpkelly@bankofny.com
wplei@bloomberg.net
wpmuller@nb.com
wpotter@ag-am.com
wprahl@lordabbett.com
wpressey@bpbtc.com
wps@capgroup.com
wpy@stanford.edu
wqlee@mas.gov.sg
wramette@bloomberg.net
wramsay@netbank.com
wreckmeyer@wellington.com
wreed@denveria.com
wreiners@cumberassoc.com
wreisner@carret.com
wrempel@copera.org
wren_york@scudder.com
wrhuff1@hotmail.com
wrhufftr@yahoo.com
wrickert@wescorp.org
wrigger@gannett.com
wrightd@bernstein.com
wrighte@bloomberg.net
wrobbie@xl.bm
wrobertson@guzman.com
wromary@us.nomura.com
wrose@hbk.com
wrow@eatonvance.com
wrutkoske@barbnet.com

ws.hong@hanabank.com
wsadler@lordabbett.com
wsadozai@bloomberg.net
wsalvage@bloomberg.net
wsample@perrycap.com
wschang@adb.org
wschmiedeska@metlife.com
wschoj@knbank.co.kr
wschouten@aegon.nl
wschramm@voyageur.net
wscully@putnam.com
wseery@art-allianz.com
wseibert@ustrust.com
wsexton@williamblair.com
wshare1@bloomberg.net
wshepard@oppenheimerfunds.com
wshepetin@tiaa-cref.org
wshieh@gsc.com
wshong@bok.or.kr
wsiats@rfc.com
wsiegler@union-investment.de
wsimpson@stephens.com
wsloneker@cambonds.com
wslover@fhlbi.com
wsmith@bocusa.com
wsmith@gcoelf.com
wsmoltino@rockco.com
wspeckert@bank-banque-canada.ca
wstegall@faralloncapital.com
wstephe@templeton.com
wstewart@fdic.gov
wstitzer@delinvest.com
wstrauss@oppenheimerfunds.com
wstuart@troweprice.com
wstubbings@ftadvisors.com
wsullivan@refco.com
wsuper@cisco.com
wtakacs@metlife.com
w-takeuchi@nochubank.or.jp
wtan@pictet.com
wtang@aseansec.og
wtatge@delinvest.com
wtawornt@wharton.upenn.edu
wtderosa@putnam.com

wteetsel@stonehillcap.com
wteng@jhancock.com
wtillman@earthstarbank.com
wting@pictet.com
wtownsend@denveria.com
wtrotman@summitbank.com
wtsai@mail.tbb.com.tw
wtsai@tiaa-cref.org
wtsang@hbk.com
wtseng@matrixassetadvisors.com
wtyler@invest.treas.state.mi.us
wu.lin@gene.com
wu.s@mellon.com
wu_thomas@jpmorgan.com
wuby.chang@email.chinatrust.com.tw
wucliris@ocbc.com.sg
wug@fhlbsf.com
wujie@temasek.com.sg
wula@jwseligman.com
wulf.bernotat@stinnes.de
wuquoqiang@abchina.com
wurwarg@apollorealestate.com
wusaibbrun@bloomberg.net
wusenlin@citicib.com.cn
wushuying@cathaylife.com.tw
wusl@jwseligman.com
wuxiyan@ftsfund.com
wuyang@citicib.com.cn
wvogel@omega-advisors.com
wvri@kempen.nl
wvxiang@frk.com
ww@martincurrie.com
ww242@cornell.edu
wwachtel@hcmlp.com
wwalbrun@vanliewtrust.com
wward@halcyonllc.com
wwb@dodgeandcox.com
wweibel@bloomberg.net
wweiner@babsoncapital.com
wwh@citicib.com.cn
wwhilden@brownadvisory.com
wwightman@seic.com
wwilkinson@tiaa-cref.org
wwindy@bloomberg.net

wwleong@mas.gov.sg
wwlynch@dcmiglobal.com
wwolfer@juliusbaer.com
wwong@nysif.com
wwong81@bloomberg.net
wwoo@jhancock.com
wwu@allstate.com
wxiong@princeton.edu
wycheng@mas.gov.sg
wyckb@rabo-bank.com
wydena@deshaw.com
wyee@calstrs.com
wyi@delinvest.com
wyin@hkma.gov.hk
wyman_chan@putnam.com
wyn.ellis@csam.com
wyndham_mh_leung@hkma.gov.hk
wynnid@tdsec.co.uk
wyoung@jhancock.com
wytse@bochk.com
wyun@ftci.com
wzang@hcmlp.com
wzantonucci@statestreet.com
wzbbl@rzb.at
wzbhse@rzb.at
wzbkih@bloomberg.net
wzblad@rzb-wien.raiffeisen.at
wzblwm@rzb.at
wzbpzf@bloomberg.net
wzbren@rzb.at
wzbscw@rzb.at
wzhu@gsc.com
wzink@panagora.com
wzkit@mas.gov.sg
x.chauderlot@abc-arbitrage.fr
x.chi@robeco.nl
x.gille@abc-arbitrage.com
x.liu@robeco.nl
x.nguyen@templeton.com
x6uonp@fanniemae.com
xaime.quiroga@invescoperpetual.co.uk
xanthopoulos@bloomberg.net
xaver.augustin@siemens.com
xavier.alsina@caixacatalunya.es

xavier.aublet@par.coflexip.fr
xavier.belligon@bnpparibas.com
xavier.burtschell@bnpparibas.com
xavier.clerebaut@ingim.com
xavier.cock@fortis.com
xavier.coste@bnpparibas.com
xavier.deschamps@lodh.com
xavier.frelat@bnpparibas.com
xavier.galiez@axa-im.com
xavier.garcia@bnpparibas.com
xavier.goss@blackrock.com
xavier.got@caam.com
xavier.gudefin@dlgpartners.com
xavier.hannaerts@puilaetco.com
xavier.hoche@axa-im.com
xavier.hovass@bnpparibas.com
xavier.lambert@cnp.fr
xavier.lefranc@ubs.com
xavier.marti@caixacatalunya.es
xavier.mathieu@bnpparibas.com
xavier.mazet@fortis.lu
xavier.mugnier@hapoalim.ch
xavier.robinson@dexia-am.com
xavier.roesle@lodh.com
xavier.sement@bnpparibas.com
xavier_langlois_d'estaintot@pechiney.com
xavier_nicolas@aviva.fr
xbernat@crediinvest.ad
xbmarvin@bloomberg.net
xc45@cornell.edu
xccobn@agf.be
xchang@lmus.leggmason.com
xchen@fhlbdm.com
xchen@perrycap.com
xchen@tiaa-cref.org
xchollet@pictet.com
xcornellac@creditandorra.ad
xcrank@leggmason.com
xdorca@bankpyme.es
xdornellas@groupe-ccr.com
xenia.loesch@ib.bankgesellschaft.de
xf26@cornell.edu
xgonzalc@cajamadrid.es
xgu@opers.org

xhoche@oddo.fr
xhoche@ofivalmo.fr
xhzhao@bloomberg.net
xiang.liu@blackrock.com
xiang_xie@freddiemac.com
xiangheng.liu@credit-suisse.com
xianghui@citicbank.com
xiangrong_jin@hkma.gov.hk
xiangronglu@icbc.com.cn
xiantang@princeton.edu
xianxin_zhao@ssga.com
xiao.ning@lehman.com
xiao.zhang@allianzhfp.com
xiaofeiy@bgi-group.com
xiaohai.liao@wamu.net
xiaohan.h.song@jpmorgan.com
xiaohu.zhou@cominvest-am.com
xiaojian@bloomberg.net
xiaojie.joe.shi@morganstanley.com
xiaojun@abchina.com.sg
xiaoli.dang@barclaysglobal.com
xiaoli.deng@morganstanley.com
xiaomeng.yang@csam.com
xiaoming.fan@prudential.com
xiaoping_xiong@freddiemac.com
xiaoqing.hu@ubs.com
xiaowei.li@barclaysglobal.com
xiaowei@icbc.com.cn
xiaowei_jiang@acml.com
xihua.chen@alliancebernstein.com
xin.li@icbc.com.cn
xin.li@inginvestment.com
xin.xiao.xia@icprc.com
xin.zhang@icbc.co.cn
xin.zhong@fmr.com
xin@omega-advisors.com
xin_fu@swissre.com
xin_zhao@freddiemac.com
xinchao_zhang@fanniemae.com
xing.wan@pimco.com
xinghu@princeton.edu
xinjia_liu@putnam.com
xinning.zhang@icbc.com.cn
xintian.lan@morganstanley.com

xinyi.li@bis.org
xj@icbc.com.cn
xjhuang@bocusa.com
xjx@citicib.com.cn
xktorza@oddo.fr
xl285@cornell.edu
xlazarus@cpr.fr
xlchen@blackrock.com
xliu@bocusa.com
xma@fhlbdm.com
xmeng@bloomberg.net
xmiao@hbk.com
xpetit@canal-plus.com
xqyuan@bloomberg.net
xsi@federatedinv.com
xsimler.westam@banquedorsay.fr
xtan@princeton.edu
xu.cheng@intel.com
xu.hui.shan@icprc.com
xu.wei@icbcleasing.com
xuan.tran@tcw.com
xuan.yong@deshaw.com
xudong.wang@citadelgroup.com
xue.wang@hk.fortis.com
xuebo.liu@ubs.com
xuehai.en@fmr.com
xueming.song@dws.de
xuenan@gic.com.sg
xueruidong@ftsfund.com
xuesong.zhao@morleyfm.com
xuesong_hu@ssga.com
xun.sun@usa.dupont.com
xurong@icbc.com.cn
xuwang@aegonusa.com
xuzhengguang2003@yahoo.co.uk
xvc@petercam.be
xwang@allegiancecapital.com
xwang@fhlbc.com
xwang@meag-ny.com
xwong@canyonpartners.com
xx@nordea.com
xx@xxx.com
xxia@wellington.com
xxu15@bloomberg.net

xxx@daiwasbi.co.jp
xxx@dodgeandcox.com
xxx@icbc.com.cn
xxx@meijiyasuda.co.jp
xxx@xxx.com
xxxx@xxx.com
xxxxxx@metlife.com
xye@aegonusa.com
xyli@bloomberg.net
xyz@lehman.com
xz277@cornell.edu
xzhang@helixlp.com
xzhang@tiaa-cref.org
xzhu@fhlbdm.com
y.abdoulaye@afdb.org
y.agemura@noemail.com
y.ando@ldn.tr.mufg.jp
y.bodson@bcee.lu
y.hanayama@aozorabank.co.jp
y.hassan@afdb.org
y.hayakawa@noemail.com
y.hijikata@aozorabank.co.jp
y.horimoto@jahs.or.jp
y.ikegami@noemail.com
y.inagaki@aozorabank.co.jp
y.inoue@jahs.or.jp
y.ishikawa@noemail.com
y.ishiko@noemail.com
y.iwamoto@noemail.com
y.j.steenbergen@robeco.nl
y.karachalios@hermes.co.uk
y.kashiwagi@aozorabank.co.jp
y.kawaguchi@plaza-am.co.jp
y.kita@noemail.com
y.kubota@noemail.com
y.kuroda@aozorabank.co.jp
y.maris@bi.go.id
y.matsukawa@noemail.com
y.matsuo@noemail.com
y.matsuta@noemail.com
y.mercado@fordfound.org
y.nicholas@fnysllc.com
y.niiro@noemail.com
y.nishio@aozorabank.co.jp

y.okabayashi@noemail.com
y.okada@noemail.com
y.okuda@hermes.co.uk
y.ozawa@noemail.com
y.qin@gbf.nl
y.shingai@noemail.com
y.sonobe@ny.tr.mufg.jp
y.sudo@mab.co.jp
y.takaike@noemail.com
y.tanaka@noemail.com
y.taya@noemail.com
y.tjitrosoebono@indoverbank.com
y.unten@noemail.com
y.w.bom@pensioenstork.nl
y.wada@noemail.com
y.yoshida@noemail.com
y_dezawa@daiwasbi.co.jp
y_murakami@nam.co.jp
y_nishikawa@nam.co.jp
y_ussia@bancourquijo.es
y1.hamada@aozorabank.co.jp
y1.matsuura@aozorabank.co.jp
y1.sugimoto@aozorabank.co.jp
y2_nakamura@nam.co.jp
y2ulxm@fanniemae.com
y6_tanaka@nam.co.jp
ya1-hayashi@meijiyasuda.co.jp
yaa.offeibea.tamakloe@jpmorgan.com
yab.tr@adia.ae
yab2@bloomberg.net
yabe@nam.co.jp
y-abiko@nissay.co.jp
yabing@bloomberg.net
yacine.benamida@caam.com
yacine.benhamida@caam.com
yacine.zarrouk@ca-suisse.com
yacine@princeton.edu
yacov.elinav@mailpoalin.co.il
yadams@unfcu.com
yael.kabla@clf-dexia.com
yael.stein@mailpoalim.co.il
yaffa.catalan@mailpoalim.co.il
yagi.takayuki@kokusai-am.co.jp
yagura663@dl.dai-ichi-life.co.jp

y-aigami@meijiyasuda.co.jp
yai-wan.y.wong@opc.shell.com
yak2@cornell.edu
yakakura@us.mufg.jp
y-akasaka@nissay.co.jp
yakun.li@novartis.com
yakymeti@ebrd.com
yalan.chang@email.chinatrust.com.tw
yaleyap@gic.com.sg
yal-hassawi@bloomberg.net
yalsanea@kpc.com.kw
yam.r@bloomberg.net
yamada@atlanticinvestment.net
yamada@daiwasbi.co.jp
yamada_yoshihiro@rk.smbc.co.jp
yamada316@dl.dai-ichi-life.co.jp
yamada-shige@marubeni.com
yamadat@dl.dai-ichi-life.co.jp
yamagami.daisuke@daido-life.co.jp
yamaguchi.h@daiwa-am.co.jp
yamaguchi@daiwa-am.co.jp
yamaguchi_takayasu@dd.smbc.co.jp
yamaguchino@sumitomotrust.co.jp
yamaguchi-tsunayoshi@sc.mufg.jp
yamagus@po2.jsf.co.jp
yamaji-h@marubeni.com
yamamoto.h@daiwa-am.co.jp
yamamoto.n@daiwa-am.co.jp
yamamoto.s@daiwa-am.co.jp
yamamoto@daiwasbi.co.jp
yamamoto@tmam.co.jp
yamamoto_taro@dn.smbc.co.jp
yamamoto02325@nissay.co.jp
yamamoto26597@nissay.co.jp
yamamotok@nochutb.co.jp
yamamura24512@nissay.co.jp
yamanaka@nam.co.jp
yamanoi@daiwa-am.co.jp
yamashit@dl.dai-ichi-life.co.jp
yamashita@boj.org.hk
yamashita_etsuko@yk.smbc.co.jp
yamashita-george@marubeni.com
yamauchi-0ft9@jp.nomura.com
yamay@morganstanley.com

yamazaki.shinichi@kokusai-am.co.jp
yamazaki@nam.co.jp
yami.baker@fmr.com
yan.du@barclaysglobal.com
yan.fan@dartmouth.edu
yan.ge@barclaysglobal.com
yan.jan@bankofamerica.com
yan.jin@columbiamanagement.com
yan.jun@icbcleasing.com
yan.lou@jpmorganfleming.com
yan.luo@usbank.com
yan.marcotte@lodh.com
yan.ming@nomura-asset.com
yan.rosa@lodh.com
yan.sun@fhlbboston.com
yan.tang@usbank.com
yan.vinokur@alliancebernstein.com
yan_haikal@bi.go.id
yan_pu@vanguard.com
yan_zilbering@vanguard.com
yana.posovsky@schwab.com
yana.shor@gm.com
yanagiha@tominbank.co.jp
yanagihara.dli@dial.pipex.com
yanamoto-h@marubeni.com
yanan@bloomberg.net
yang.chen@barclaysglobal.com
yang.gao@bailliegifford.com
yang.wang@ui-gmbh.de
yang.xiao@icbc.com.cn
yang-03550@email.esunbank.com.tw
yangefr@cmcic.fr
yangleechiun@gic.com.sg
yangmoo.hur@scfirstbank.com
yangsy@kookmin.co.kr
yangxiaotao@gtjas.com
yangyibo@citicbank.com
yangzhiming@bank-of-china.com
yani_lee@ustrust.com
yanief.l@mellonequity.com
yanira.leon@trs.state.tx.us
yankel.fernandez@wachovia.com
yanks@us.ibm.com
yanliguo@cmbchina.com

yann.ballet@airbus.fr
yann.corbino@bnpparibas.com
yann.cordier@axa-im.com
yann.couellan@axa-im.com
yann.didou@cnp.fr
yann.l.mitchell@aib.ie
yann.louarn@federalgestion.com
yann.mocellin@credit-suisse.com
yann.quatannens@bnpparibas.com
yann.rossier@bcv.ch
yann.thomas@socgen.com
yann@kdb.co.kr
yann_depin@ssga.com
yannick.gounon@banquedorsay.fr
yannick.guillot@labanquepostale-am.fr
yannick.leborgne@ap.nxbp.com
yannick.leserviget@axa-im.com
yannick.lopez@cpr-am.fr
yannick.mathieu@citadelgroup.com
yannick.ouaknine@bnpparibas.com
yannick.quenehen@caam.com
yannick_aron@putnam.com
yannig.pariset@banquedorsay.fr
yannis.matsis@uk.mizuho-sc.com
yannis@clintongrp.com
yano.teiji@daido-life.co.jp
yano@daiwasbi.co.jp
yansong.chen@jpmorgan.com
yanyan.lv@icbc.com.cn
yao.dong@icprc.com
yao@daiwa-am.co.jp
yaowang@princeton.edu
yap.chinyee@hk.nomura.com
yap_tk@ocbc.com.sg
yapan@wellington.com
yapsiaoteng@gic.com.sg
yapweiwei@gic.com.sg
yaqoubb@kia.gov.kw
yaranowicz@lordabbett.com
yared.woudneh@barclaysglobal.com
yarita@dl.dai-ichi-life.co.jp
yariv.miron@mailpoalim.co.uk
yariv@bloomberg.net
yarrowp@vankampen.com

yasemin.ersan@zkb.ch
yasemin.oktay@yapikredi.com.tr
yash.misra@daiwausa.com
yashiki@boj.co.uk
yashima@dl.dai-ichi-life.co.jp
yashoda.khandkar@fmr.com
yasin.sarfraz@hsbstrinkaus.de
yasin_benzawi@freddiemac.com
yasinleen@bloomberg.net
yasmin.jack@mackayshields.com
yasmin_kocur@nacm.com
yasmine.debray@caam.com
yasmine.malak@novartis.com
yassamine.abid@bnpparibas.com
yassar_ali@standardlife.com
yasser.al-mazyad@samba.com
yasser.mawji@glgpartners.com
yasser.talaat@hsbcpb.com
yassine.essiassi@sgam.com
yassine.laissaoui@db.com
yassir.benjelloun@bankofamerica.com
yastakeda@bloomberg.net
yasu@jp.oechsle.com
yasuaki.amatatsu@boj.or.jp
yasuaki-sumimoto@am.mufg.jp
yasuda@tmam.co.jp
yasuda-k@marubeni.com
yas-ueda@taiyo-seimei.co.jp
yasugi@bloomberg.net
yasuharu.kuse@tokyostarbank.co.jp
yasuharu_tsuru@mitsubishi-trust.co.jp
yasuharu-ikari@mitsubishi-am.co.jp
yasuhide.ogata@barclaysglobal.com
yasuhiko_fukuda@tr.mufg.jp
yasuhiko_imai@smbcgroup.com
yasuhiro.akiyama@prudential.com
yasuhiro.fujiki@shinseibank.com
yasuhiro.hisamura@meiji-life.co.jp
yasuhiro.imahori@ibjbank.co.jp
yasuhiro_fujibayashi@mitsubishi-trust.co.jp
yasuhiro_hara@tr.mufg.jp
yasuhiro_hotta@mitsubishi-trust.co.jp
yasuhiro_nonaka@am.sumitomolife.co.jp
yasuhiro_saitou@am.sumitomolife.co.jp

yasuhiro-tabei@am.mufg.jp
yasuhisa.nitta@mizuho-bk.co.jp
yasuhito_inukai@am.sumitomolife.co.jp
yasuhito_nakajima@sakura.co.jp
yasui@daiwa-am.co.jp
yasuji.onozuka@mizuho-cb.co.jp
yasu-kajiyama@nochubank.or.jp
yasuki.sagara@ufj-partners.co.jp
yasuko.inoue@tokyostarbank.co.jp
yasuko.nakamura@sgam.com
yasuko-tada@am.mufg.jp
yasumasa.nishi@mizuho-cb.co.jp
yasunari.furusawa@ufj-partners.co.jp
yasunori_murakami@am.sumitomolife.co.jp
yasunori_nishioka@mitsubishi-trust.co.jp
yasuo-sasai@am.mufg.jp
yasushi.inoue@partners.co.jp
yasushi_iwamoto@tr.mufg.jp
yasushia@dl.dai-ichi-life.co.jp
yasutaka_furuya@ufjbank.co.jp
yasutaka_kouti@am.sumitomolife.co.jp
yasutaka-inoue@am.mufg.jp
yasuto_miura@mitsubishi-trust.co.jp
yasutoshi.kaneko@ufj-partners.co.jp
yasutoyo.senda@tokyostarbank.co.jp
yasuyo_meisner@ssga.com
yasuyuki.fukuda@nomura-asset.co.uk
yasuyuki.kurimoto@mizuhocbus.com
yasuyuki.mochizuki@tokyostarbank.co.jp
yasuyuki.shibata@mizuho-bk.co.jp
yasuyuki.yamaji@mizuho-cb.co.jp
yasuyuki-ochi@am.mufg.jp
yatagai_tomoaki@yk.smbc.co.jp
yatagai-2ngk@jp.nomura.com
yati@bloomberg.net
yatsuhashi686@dl.dai-ichi-life.co.jp
yatsunami@nam.co.jp
yauhiro.nozaki@ufj-partners.co.jp
yavuz.arikan@cedarrockcapital.com
yawei_jin@fanniemae.com
yawlee@mail.cbc.gov.tw
ya-yamasato@ja-kyosai.or.jp
ya-yoda@ja-kyosai.or.jp
yayoi_ichigi@orix.co.jp

yazann.romahi@jpmorganfleming.com
yazhi_shen@troweprice.com
yazid.sabeg@c-s.fr
ybaekim@samsung.co.kr
ybaguindoc@westernasset.com
ybaumgartner@mcmorgan.com
ybierre@bloomberg.net
ybigeard@pictet.com
yblechner@dkpartners.com
yb-mmd@msa.biglobe.ne.jp
ybonzon@pictet.com
ybp2@cornell.edu
ybruggisser@pictet.com
ycb0142@bloomberg.net
ychan@ustrust.com
ychang@bear.com
ychaudhary@blackrock.com
ychen@investcorp.com
ycheungbtc@bochk.com
ychuah@stanford.edu
ychuang@fscey.gov.tw
yckim@hanvitbank.co.kr
yckwak@goodbank.com
ycok@keximasia.com.hk
yconnolly@farcap.com
ycramer@farcap.com
ycruz@mfcglobalus.com
yczhao@icbc.com.cn
yday@lehman.com
ydenisov@bloomberg.net
ydesjardins@sinopia.fr
ydj0611@hotmail.com
ydungen@spfbeheer.nl
yeadona@brinson.com
yeamansm@strsoh.org
yearty@bessemer.com
yearwood@ellington.com
yecan@citicbank.com
yecco_janice@fsba.state.fl.us
yechyn@temasek.com.sg
yedau.ogoundele@calyon.com
yeechung@ssfutures.com
yee-ng_constance@jpmorgan.com
yehuda_z@rad.co.il

yehy@dime.com
yeisen@bloomberg.net
yelena.ofengeym@jpmchase.com
yeltekin@hmc.harvard.edu
ye-mei.ling@db.com
yencheng@wharton.upenn.edu
yen-lan.chueh@northernrock.co.uk
yeo.weechye@dbs.com
yeockpatrick@ocbc.com.sg
yeohlamkeong@gic.com.sg
yeokeonghee@gic.com.sg
yeonhee.oh@inginvestment.com
yeonkyoung_kwon@acml.com
yeonyoung_kwon@acml.com
yeqing@citicib.com.cn
yeqiu@bocusa.com
yeshe_l_corona@putnam.com
yesim_tokat@vanguard.com
yesworthy@miffbank.com
yeunyongji@hanabank.com
yevgeniy.falkovich@westernasset.com
yevgeny.gelfand@blackrock.com
yewheng@temasek.com.sg
yeyos@yahoo.com
yf@citicib.com.cn
yfairouz@bloomberg.net
yfang@us.mufg.jp
yfbrogard@db.com
yfeng@aegonusa.com
yfujimoto@bloomberg.net
y-fujimoto@ikedabank.co.jp
yfung@templeton.com
yfuruya@us.mufg.jp
yg@dodgeandcox.com
ygarena@mfs.com
ygary@keb.co.kr
ygeyman@blackrock.com
ygoffinet@pictet.com
ygoldman@perrycap.com
ygolod@hbk.com
ygottmeier@pictet.com
ygrant@bear.com
ygrill@dkpartners.com
yhara@nochubank.or.jp

yharari@loews.com
y-hiasa@nochubank.or.jp
yhirai@dl.dai-ichi-life.co.jp
y-hiwatashi@ioi-sonpo.co.jp
yhj@kdb.co.kr
yholzhauer@russell.com
yhsu@metlife.com
yhwong@mas.gov.sg
yhyun@tiaa-cref.org
yi.gu@gs.com
yi.lijrsc@icbc.com.cn
yi.liu@morganstanley.com
yi.nok.chan@dartmouth.edu
yi.shi@dillonread.com
yi.wang@ohis.com
yi.x.chen@jpmchase.com
yi_liu@ml.com
yi_y_xu@ssga.com
yianna.tziovara@juliusbaer.com
yiannisa@anz.com
yi-chen.huang@shinseibank.com
yichou@bloomberg.net
yichun.shih@prufunds.com.tw
yi-chun_cheng@freddiemac.com
yifang.wang@chinatrust.com.tw
yifeng.yang@lordabbettchina.com
yifuwu@stanford.edu
yigao_liang@fanniemae.com
yihanf@princeton.edu
yijen.chen@email.chinatrust.com.tw
yikeda@ambac.com
yikeda@tiaa-cref.org
yik-ko_mo@hkma.gov.hk
yildiram@ebrd.com
yi-ling.lin@pimco.com
yilungc@mcm.com
yi-mei.lu@bms.com
yin.yong@icprc.com
yin_chan@swissre.com
yin_kon@ssga.com
yinan_wang@freddiemac.com
ying.e.chen@jpmchase.com
ying.hu@wellsfargo.com
ying.jiang@morleyfm.com

ying.qiu@inginvestment.com
ying.qiu@pimco.com
ying.timmermann@ppmamerica.com
ying.xiong@ge.com
ying.ying@morganstanley.com
ying_xu@fleet.com
yingchu.ni@blackrock.com
yingdai@bloomberg.net
yingho@princeton.edu
yinghui-1019@email.esunbank.com.tw
yingj@princeton.edu
yingli.zhu@inginvestment.com
yingnan.ma@slma.com
yingru_li@calpers.ca.gov
yingsheng_li@fanniemae.com
yingying.zheng@sg.pimco.com
yining_gu@ssga.com
yinoue@dlusa.com
yiota.chondrou@nbg.gr
yip.chris@sg.standardchartered.com
yip.sheekeen@uobgroup.com
yipaik@wooribank.com
yipyewtong@gic.com.sg
yiqun.jia@gmacrfc.com
yirong.li@credit-suisse.com
yishay.amon@teva.co.il
yishibashi@nissay.co.uk
y-itoh@nochubank.or.jp
yiwang@wellington.com
yixiong.chen@opco.com
yiy@vankampen.com
yiyu.chang@email.chinatrust.com.tw
yiyu@wellington.com
yizawa@nochubank.or.jp
yjae@earthlink.net
yjia@fhlbc.com
yjian@princeton.edu
yjiang@tiaa-cref.org
yjkim@kdb.co.kr
yjpack63@kbsar.co.kr
yjyoon@bok.or.kr
yjyoon55@bloomberg.net
yk.choi@hanabank.com
y-kajiya@nochubank.or.jp

ykalinov@lehman.com
ykamiya@sompo-japan.co.jp
ykawa@mtildn.co.uk
ykawai@nochubank.or.jp
ykeuter@aegon.nl
ykh102@bok.or.kr
ykikkawa608904@po.yasuda.co.jp
ykim@kfb.cokr
y-kiyotomo@taiyo-seimei.co.jp
ykk@seoulbank.net
ykkim71@kbstar.co.kr
y-kobayashi@nochubank.or.jp
ykobusinski@sinopia.fr
ykomat@ftci.com
ykonishi3@bloomberg.net
ykopeliovich@meag-ny.com
ykoudinov@tiaa-cref.org
ykramer@pictet.com
ykrhee@bok.or.kr
ykshin@koreaexim.go.kr
y-kubota@meijiyasuda.co.jp
ykunii@dl.dai-ichi-life.co.jp
y-kuribayashi@kokusai.co.jp
ykuroda1@sompo-japan.co.jp
ykurosawa@westernasset.com
ykuru@caxton.com
ykuru1@bloomberg.net
yl950121@samsung.co.kr
ylager@frk.com
ylanda.wilhite@harrisbank.com
ylandry@groupama-am.fr
ylau@chinatrustusa.com
ylee@kff.org
ylee3@bear.com
yleong@mas.gov.sg
yleung@perrycap.com
yli@statestreet.com
yliu@ambac.com
yliu@lehman.com
ylomakina@cicny.com
ylongoria@eagleglobal.com
ylou@pughcapital.com
ylu@wellington.com
ylw@cathaylife.com.tw

ymaeda@russell.com
ymarhic2@bloomberg.net
y-matsumoto@nochubank.or.jp
ymauron@pictet.com
ymbk2@bloomberg.net
ymbksec2@fancy.ocn.ne.jp
ymedovoy@lordabbett.com
ymiteva2@bloomberg.net
ymiura@tiaa-cref.org
ymiyata@dl.dai-ichi-life.co.jp
ymizuno@jp.statestreet.com
ymn0498@surugabank.co.jp
ymordacq@generali.fr
y-motoda@nochubank.or.jp
ymuscat@groupama-am.fr
ynagai@mooresvp.co.jp
ynakada@dl.dai-ichi-life.co.jp
ynakagawa@hanwaamerican.com
ynakahara1@sompo-japan.co.jp
y-nakano@ioi-sonpo.co.jp
yneto@cdcixis-cm.com
yng@fftw.com
ynishimiya@adb.org
ynmooi@bnm.gov.my
ynoburu@dl.dai-ichi-life.co.jp
ynwen@bloomberg.net
ynyuen@bochk.com
yo.shibuya@citigroup.com
yo3@ntrs.com
yoana_koleva@ml.com
yoann.belmere@uk.fid-intl.com
yoann.cohen@credit-agricole-sa.fr
yoann.malecot@marly-gestion.fr
yoav.shani@mailpoalim.co.il
yoav.tamir@wamu.net
yo-azuma@ja-kyosai.or.jp
yoda_koichiro@rk.smbc.co.jp
yoden@daiwa-am.co.jp
yoder_keith_d@cat.com
yoel_prasetyo@dell.com
yoelm@bloomberg.net
yoeuth_yen@putnam.com
yogukim@kbstar.com
yoh_nihei@tokaitokyo.co.jp

yohei_omichi@tr.mufg.jp
yohsuke.morikawa@lehman.com
yoichi.sannomiya@ubs.com
yoichi_kamata@mitsubishi-trust.co.jp
yoichi_kawaguchi@tr.mufg.jp
yoichiro.fukuro@axa.co.jp
yoichiro-higasa@am.mufg.jp
yoichiro-yasui@am.mufg.jp
y-oike@ioi-sonpo.co.jp
yo-ishii@ja-kyosai.or.jp
yoji.imafuku@mizuho-bk.co.jp
yoji_ueda@mitsubishi-trust.co.jp
yojiroku@iadb.org
yokabe@mitsuilifeny.com
yoke_har_ng@scotiacapital.com
yoko.katai@abnamro.com
yoko.kondo@barclaysglobal.com
yoko.muramatsu@ufj-partners.co.jp
yoko.nakayama@capitalworld.com
yoko.ohinata@mizuho-cb.co.jp
yoko.yoshimoto@baring-asset.com
yoko.yoshino@schroders.com
yokota_j@sol.nichimen.co.jp
yokotachi@shizuokabkny.com
yokouchi@daiwasbi.co.jp
yokoyama.kazuo@kokusai-am.co.jp
yokoyama@dl.dai-ichi-life.co.jp
yokoyama_makoto@mail.asahi-life.co.jp
yolanda.davidson@mbna.com
yolanda.fragliossi@highbridge.com
yolanda.strock@fmr.com
yolanda.taylor@fmr.com
yolanda.zamora@usaa.com
yolanda@mail.pscnet.com.tw
yolanda_s_green@fanniemae.com
yolandasparrow@tagfolio.com
yolande.collard@fortisbank.com
yon.ibrahim@blb.de
yo-nagashima@ja-kyosai.or.jp
yonatana@migdal-group.co.il
yoneda@nomail.com
yoneyama@daiwa-am.co.jp
yonezawa@nochubank.or.jp
yong.chang@alliancebernstein.com

yong.lu@citadelgroup.com
yong.lu@clinton.com
yong.xu@corporate.ge.com
yong.zhu@usa.dupont.com
yong_yao@vanguard.com
yong76@wooribank.com
yonghoi_koo@cargill.com
yonghooni@bok.or.kr
yong-jae.lee@samsung.com
yongjin_hou@fanniemae.com
yongjoon.jang@samsung.com
yongteck@temasek.com.sg
yon-ho.chong@uk.fid-intl.com
yoni.s@bloomberg.net
yonishi@nochubank.or.jp
yo-nishioka@ja-kyosai.or.jp
yonjae.kwon@bbandt.com
yonoda@gpnus.mizuho-cb.com
y-onoda@taiyo-seimei.co.jp
yoojeong.oh@aberdeen-asset.com
yo-okada@ja-kyosai.or.jp
yookan.lee@blackrock.com
yoon.auh@fmr.com
yoon_chang@westlb.com
yoon-chou.chong@aberdeen-asset.com.sg
yoongpin@temasek.com.sg
yooni246@kdb.co.kr
yoonju.hong@morganstanley.com
yoonsangkim@hanabank.com
yoonsoo.bae@scfirstbank.com
yoosawa7@sompo-japan.co.jp
yooskim@kdb.co.kr
yoosookhong@hanabank.com
yoosung@chb.co.kr
yootk@bot.or.th
yoram.carsenti@mailpoalim.co.il
yoram_dankner@america.hypovereinsbank.com
yoriko@dlusa.com
yorio_ota@tr.mufg.jp
york.deavers@barclaysglobal.com
york.lin@ers.state.tx.us
york.zucchi@oppenheim.de
york_lo@putnam.com
yosawa@lordabbett.com

yosef.yarom@bnhp.co.il
yosefl@bll.co.il
yoshi.makio@hvbeurope.com
yoshiaki.iba@mizuho-bk.co.jp
yoshiaki.kang@us.socgen.com
yoshiaki_hizuka@mitsui-seimei.co.jp
yoshiaki_oya@tr.mufg.jp
yoshichika_araki@yamaguchibank.co.jp
yoshida.s@daiwa-am.co.jp
yoshida-0gzn@jp.nomura.com
yoshida-h@daiwasbi.co.jp
yoshie.hashiyada@schroders.com
yoshie.miyauchi@shinseibank.com
yoshifumi_shirahama@tr.mufg.jp
yoshihara@daiwa-am.co.jp
yoshiharu_inoue@tr.mufg.jp
yoshihide_suzuki@mitsubishi-trust.co.jp
yoshihiko.asano@bankofamerica.com
yoshihiro.koitabashi@shinseibank.com
yoshihiro.takada-1@boj.or.jp
yoshihiro_hyakutome@smbcgroup.com
yoshihiro_ikeda@gb.smbcgroup.com
yoshihiro6902_yamashita@sonylife.co.jp
yoshihisa_okada@tr.mufg.jp
yoshihito_ichiguchi@tr.mufg.jp
yoshikazu.hiranaka@ufj-partners.co.jp
yoshikazu.tanaka@mizuhocbus.com
yoshi-ken@nochubank.or.jp
yoshiki.kano@morganstanley.com
yoshiki.kashimura@mizuho-bk.co.jp
yoshiki.kokubo@boj.or.jp
yoshiki.obayashi@shinseibank.com
yoshiki.ohmura@juliusbaer.com
yoshiki.takeda@alliancebernstein.com
yoshiki_nagata@putnam.com
yoshiki_nakamura@mitsui-seimei.co.jp
yoshiki_ueno@orix.co.jp
yoshiko.motoyama@cgii.com
yoshiko.saba@aam.de
yoshiko.shigesada@mizuho-cb.co.jp
yoshimasa.kato@db.com
yoshimasa_suzuki@mitsubishi-trust.co.jp
yoshimatsu_hitoshi@vp.smbc.co.jp
yoshimoto6121@intra.cosmo-sec.co.jp

yoshimura.n@daiwa-am.co.jp
yoshiniobu.onishi@uk.mufg.jp
yoshinobu-kanda@am.mufg.jp
yoshinori.kawamura@smbcgroup.com
yoshinori.tetsuda@mizuho-cb.co.jp
yoshinori_akakura@ufjbank.co.jp
yoshinori_ichikawa@yamaguchibank.co.jp
yoshinori_takano@tr.mufg.co.jp
yoshinori-kano@gm.shokochukin.go.jp
yoshinori-kanou@gm.shokochukin.go.jp
yoshio.ito@axa.co.jp
yoshio.sano@uk.mufg.jp
yoshio.shimizu@uk.standardchartered.com
yoshio_sato@sumitomolife.co.jp
yoshio_tominaga@tr.mufg.jp
yoshio-yamashita@nihonjishin.co.jp
yoshiro_mizukami@tr.mufg.jp
yoshitaka.satani@uk.mufg.jp
yoshitaka_ino@tr.mufg.jp
yoshitaka_nagano@tr.mufg.jp
yoshitaka_yamano@mitsui-seimei.co.jp
yoshitaka-tsurugi@fintec.co.jp
yoshitake.anzai@surugabank.co.jp
yoshiteru.nishimoto@credit-suisse.com
yoshiteru_ishikawa@suntory.co.jp
yoshito.takahashi@mizuho-cb.co.jp
yoshito@dl.dai-ichi-life.co.jp
yoshitomo_baba@am.sumitomolife.co.jp
yoshitsugu.x.yamamoto@jpmorgan.com
yoshiyuki.fukuda@boj.or.jp
yoshiyuki.kaneko@mizuho-cb.co.jp
yoshiyuki.suyama@marusan.co.jp
yoshiyuki_masuda@tr.mufg.jp
yoshiyuki_nagatomo@mitsubishi-trust.co.jp
yoshiyuki_nishi@ufjbank.co.jp
yoshiyuki_sato@mitsubishi-trust.co.jp
yoshiyuki_sato@tr.mufg.jp
yoshiyuki-sato@am.mufg.jp
yoshiyuki-teranaka@mito-sec.jp
yoshiyuki-tsuruoka@am.mufg.jp
yoshizawa@nam.co.jp
yosig@bll.co.il
yosihiro_gake@am.sumitomolife.co.jp
yosihisa_inoue@am.sumitomolife.co.jp

yosikazu@dl.dai-ichi-life.co.jp
yosikuni@boj.co.uk
yosimiti_takahasi@am.sumitomolife.co.jp
yosinobu_douzono@am.sumitomolife.co.jp
yosiomi_nanba@am.sumitomolife.co.jp
yosir@orl.co.il
yositeru_hata@am.sumitomolife.co.jp
yossi.hasson@nokia.com
yossi.levin@teva.co.il
yosts@jwseligman.com
yosuke@lehman.com
yosuke_hayakawa@mitsubishi-trust.co.jp
yosuke_kobayashi@tr.mufg.jp
yosuke-kushiki@am.mufg.jp
yotsukura@tmam.co.jp
yo-ueda@meijiyasuda.co.jp
youichi.ueno@boj.or.jp
youko.takeda@boj.or.jp
younes.benchlikha@socgen.com
young.cho@wellsfargo.com
young.hayes@janus.com
young.k.kwon@jpmorgan.com
young.yoo@blackrock.com
young_lee@invesco.com
youngjp@nationwide.com
youngju.lee@barclaysglobal.com
youngjun.yoon@oppenheim.de
young-kil.park@helvetia.ch
youngkim@bok.or.kr
youngroe.kim@schroders.com
youngseok@bok.or.kr
youngsuli@bok.or.kr
youngsun.choi@samsung.com
youngw.yoon@samsung.com
youngwha_park@ml.com
younis.al-turabi@gibbah.com
younsp@kdb.co.kr
youri.vorobiev@vontobel.ch
yousef.shokrai@lloydstsb.co.uk
youssef.azami@bnpparibas.com
youssef.benomar@jpmorgan.com
yousuf.abbasi@orix.com
yousuke.yasui@boj.or.jp
yousuke_mitomori@am.sumitomolife.co.jp

youyi.chen@chase.com
youyi.chen@wamu.net
yo-yagura@ja-kyosai.or.jp
y-ozaki@meijiyasuda.co.jp
yozaki2@bloomberg.net
yping@westernasset.com
ypmodak@wellington.com
ypoulou@pictet.com
yprakash@tiaa-cref.org
yqin@bocusa.com
yravai-mans@bloomberg.net
yreuven@leumi.ch
ys@nbim.no
ys9@ntrs.com
ysaadat@ifc.org
ysaba@mcleanbudden.com
y-saitou@ikedabank.co.jp
ysakuma@nochubank.or.jp
ysakurai@bci.it
ysamarasinghe@payden-rygel.com
ysasaki@caxton.com
yschan@europeancredit.com
ysharma@globeop.com
yshen@babsoncapital.com
yshen@metlife.com
yshi@meag-ny.com
yshields@sric.net
yshigeta063863@po.yasuda.co.jp
yshilo@bloomberg.net
y-shimizu@ja-kochishinren.or.jp
y-shimura@yasuda-life.co.jp
yshmuylovich@nbf-us.com
ysiew@axia-advisors.com
ysk@citicib.com.cn
yskim@seoulbank.net
yspark@bok.or.kr
yssim@mas.gov.sg
y-suga@meijiyasuda.co.jp
ysuganuma@uk.tr.mufg.jp
ysuzuki@pictet.com
ytakai@sompo-japan.co.jp
y-takara@nochubank.or.jp
y-takayama@nissay.co.jp
ytakezaki@perrycap.com

ytamir@russell.com
ytheis@bankofny.com
ythor@voyageur.net
yting@bloomberg.net
ytomballe@bloomberg.net
ytong@blackrock.com
ytrhee@netian.com
yturocy@nb.com
yu.he@jpmorgan.com
yu.li@rbccm.com
yu.lin@mail.tbb.com.tw
yu.yanagisawa@axa.co.jp
yuan.xin.pek@asia.ing.com
yuan_zhou@swissre.com
yuanbol@princeton.edu
yuanchang@compuserve.com
yuanchen@bloomberg.net
yuanfan_sun_branson@freddiemac.com
yuarima@dl.dai-ichi-life.co.jp
yuc@fhlbsf.com
yuc2@nationwide.com
yucek@tskb.com.tr
yuchan.li@fmr.com
yuching@scsb.com.tw
yud@stanford.edu
yuda@nochubank.or.jp
yudhveer.chaudhry@blackrock.com
yueh.ee-leen@aberdeen-asset.com
yuehan_liu@ssga.com
yuen.chan@fmr.com
yuen.lo@bapensions.com
yuendz@bernstein.com
yuenwan@gic.com.sg
yuer@fhlbsf.com
yuet.wong@asia.bnpparibas.com
yuet@bernstein.com
yuetling.sinfailam@sgam.co.uk
yufen.lee@email.chinatrust.com.tw
yuhei_nomura@mitsui-seimei.co.jp
yuhongl@princeton.edu
yui.takamatsu@shinseibank.com
yuichi.himeno@mail.mol.co.jp
yuichi.kawamoto@mizuho-bk.co.jp
yuichi.shigeno@bis.org

yuichi_ishii@mitsubishi-trust.co.jp
yuichi-muraki@am.mufg.jp
yuichiro.tawara@uk.mufg.jp
yuichiro_shioda@mec.co.jp
yuichi-sano@am.mufg.jp
yuji-maeda@am.mufg.jp
yujisasaki@nochubank.or.jp
yuji-sujino@am.mufg.jp
yujisuzuki@nochubank.or.jp
yuka.marosek@nacm.com
yuka.nakamura@schroders.com
yuka@meijiyasudany.com
yuka1979@dl.dai-ichi-life.co.jp
yukari.mio@db.com
yukari_sakai@tr.mufg.jp
yuki.matsumura@aig.com
yuki.mizunoe@mizuho-cb.co.jp
yukie-osagawa@am.mufg.jp
yukihiro_miyata@tr.mufg.jp
yukiji.konno@pimco.com
yukiko.kawano@schroders.com
yukiko.kurachi@boj.or.jp
yukiko.shishido@schroders.com
yukiko.suzuki@ufj-partners.co.jp
yukiko.tachibana@ntt-finance.co.jp
yukiko-sano@am.mufg.jp
yukimasa_araki@tr.mufg.jp
yukio.furukawa@mizuho-cb.co.jp
yukio.ikemura@mhcb.co.uk
yukio.miyazaki@mizuho-cb.co.jp
yukio_ichikawa@tr.mufg.jp
yukio_soma@mitsui-seimei.co.jp
yukio_tominaga@mlgam.co.jp
yukishige_koichi@takeda.co.jp
yuki-sogo@am.mufg.jp
yukji.konno@pimco.com
yuko.behan@mhcb.co.uk
yuko.girard@bob.hsbc.com
yuko.nobuhara@axa.co.jp
yuko.shirase@gecapital.com
yuko.sugano@jpmorgan.com
yuko.uchida@uk.btmeurope.com
yuko_hirayama@tr.mufg.jp
yuko_noda@mitsubishi-trust.co.jp

yukok@dl.dai-ichi-life.co.jp
yukou.hirai@mizuho-cb.co.jp
yuktai.chan@threadneedle.co.uk
yul.tobaly@hcmny.com
yulia.gilman@wachovia.com
yulia.kovyliaeva@uk.fid-intl.com
yulies.kanti@bni.co.id
yumi.igarashi@axa.co.jp
yumi.kikukawa@uk.mufg.jp
yumi.suzuki@boj.or.jp
yumi_yoshida@tr.mufg.jp
yumiko.kawahara@bankofamerica.com
yumiko.licznerski@mizuhocbus.com
yumiko_matsubara@putnam.com
yumiko_sai@putnam.com
yun.chen@alliancebernstein.com
yun.lan@usbank.com
yung.wu@americas.bnpparibas.com
yung-hsung@email.esunbank.com.tw
yung-shin_kung@ml.com
yunguang_li@capgroup.com
yunhongsong@wooribank.com
yu-nishikawa@am.mufg.jp
yunjc@pw.utc.com
yunkyung.kim@aig.com
yunn@bernstein.com
yun-sang_bae@freddiemac.com
yunsooo@hanabank.com
yunus.molla@ibtco.com
yunus.moola@ibtco.com
yun-young_lee@putnam.com
yuri.basile@gestielle.it
yuri.maeda@morganstanley.com
yuri.rios@blackrock.com
yuriy.melnikov@sgcib.com
yuriy_melnikov@scudder.com
yury.dubrovsky@lazard.com
yury.gruzglin@jpmorgan.com
yusef.elfiki@citadelgroup.com
yusof.shahreza@aberdeen-asset.com
yusof@bnm.gov.my
yusong@lehman.com
yusuf.bilgic@blb.de
yusuf.randera-rees@credit-suisse.com

yusuke.umeno@shinseibank.com
yusuke_fujishima@tr.mufg.jp
yusuke_fukui@mitsubishi-trust.co.jp
yusuke_mogami@tr.mufg.jp
yusuke_tanaka@tr.mufg.jp
yusuke-akashi@am.mufg.jp
yuta_kanno@mitsubishi-trust.co.jp
yutaka.hasegawa@sumitomotrust.co.jp
yutaka.hiraoka@mizuhocbus.com
yutaka.ishikawa@fundex.co.jp
yutaka.komori@tokyostarbank.co.jp
yutaka_arikawa@ho.rokinbank.or.jp
yutaka_kawakami@tr.mufg.jp
yutaka_matsukawa@mitsui-seimei.co.jp
y-utsumi@meiji-life.co.jp
yuu.harada@mizuho-cb.co.jp
yuuitirou_katou@am.sumitomolife.co.jp
yuuji.shimada@mizuho-bk.co.jp
yuuji.wakabayashi@fi.fukoku-life.co.jp
yuuji.yokobori@boj.or.jp
yuuji_sakurai@tokaitokyo.co.jp
yuuki.sakurai@fi.fukoku-life.co.jp
yuuki.shimizu@boj.or.jp
yuuko.ogawa@shinseibank.com
yuushi001@sekisui.jp
yuusuke.onodera@fi.fukoku-life.co.jp
yuusuke.ootsubo@boj.or.jp
yuusuke.oozeki@boj.or.jp
yuuya.oowada@mizuho-bk.co.jp
yuuya_kurihara@am.sumitomolife.co.jp
yuval@illi.co.il
yuvals@migdal-group.co.il
yuvaly@koor.com
yuvraj.narayan@lloydstsb.co.uk
yuxiaochen@abchina.com
yuya_saijo@tr.mufg.jp
yuzo.yamamoto@shinseibank.com
yuzo_konishiike@tr.mufg.jp
yuzuru-iwasaki@nochubank.or.jp
yvan.chevrette@bsibank.com
yvan.eble@helvetiapatria.ch
yvan.leclercq@pharma.novartis.com
yvan.mamalet@sgam.com
yvan.meier@claridenleu.com

yvan.mencattini@lodh.com
yvan.montmasson@lodh.com
yvan.roduit@lodh.com
yvan.staelens@dexia-am.com
yvertol@cmcic.fr
yves.bavre@dexia.be
yves.chappuis@bcv.ch
yves.cochez@degroof.be
yves.cornaz@hsbcpb.com
yves.covi@juliusbaer.com
yves.crausaz@bcv.ch
yves.de.brabandere@hsbcpb.com
yves.delaporte@lodh.com
yves.dujardin@hsbc.fr
yves.fournier@bnpgroup.com
yves.gallati@hsbcpb.com
yves.glaser@groupe-mma.fr
yves.gloor@lodh.com
yves.hastert@lloydsbank.ch
yves.hauser@credit-suisse.com
yves.hausmann@caam.com
yves.kaeppelin@caam.com
yves.kissenpfennig@ubs.com
yves.kupferschmid@ubs.com
yves.lacomble@ing.be
yves.landry@credit-suisse.com
yves.longchamp@ubs.com
yves.luescher@credit-suisse.com
yves.martin@csfs.com
yves.monnat@credit-suisse.com
yves.montandon@lodh.com
yves.oloui@fortisinvestments.com
yves.pazmandy@idbs.ch
yves.perrier@caam.com
yves.petit@creditlyonnais.fr
yves.pirlet@nbb.be
yves.raymond@pioneerinvest.com
yves.robert-charue@credit-suisse.com
yves.roquet@dexia-am.com
yves.trinquet@prudential.com
yves.vanlandeghem@fortisbank.com
yves.vanlendeghem@fortis.com
yves_bazin_de_jessy@lazard.fr
yves_deschenes@mail.schneider.fr

yvette.baudron@nyc.nxbp.com
yvette.d.barto@jpmchase.com
yvette.elliott@alliancebernstein.com
yvette.klevan@larzard.com
yvette.lam@asia.bnpparibas.com
yvette_becker@swissre.com
yvlu01@handelsbanken.se
yvon.antoni@bgl.lu
yvon.choi@hk.nomura.com
yvonne.ahn@dexia-am.com
yvonne.alston@norwich-union.co.uk
yvonne.barton@bg-int.com
yvonne.baumeler@credit-suisse.com
yvonne.christie@aegon.co.uk
yvonne.davenport-ruby@sixcontinents.com
yvonne.goetz@ubs.com
yvonne.jara@pimco.com
yvonne.kurkowski@vuw.com
yvonne.l.pop@dartmouth.edu
yvonne.lange@union-investment.de
yvonne.lauer@hypointernational.com
yvonne.lebowski@lbb.lu
yvonne.li@db.com
yvonne.longley@morganstanley.com
yvonne.lui@hsbc.com.hk
yvonne.mcgrann@insightinvestment.com
yvonne.pennock@aiminvestments.com
yvonne.provost@prudential.com
yvonne.quintero@westam.com
yvonne.sigrist@dexia.be
yvonne.siljelof@sebank.se
yvonne.so@wamu.net
yvonne.thomas@ubs.com
yvonne.tran@jpmorgan.com
yvonne.vogt@db.com
yvonne.wang@schroders.com
yvonne_garza@amdahl.com
yvonne_tai@ssga.com
yvonnetan@gic.com.sg
ywan@caxton.com
ywhittenberger@russell.com
yx36@cornell.edu
yxia@tiaa-cref.org
yxiong@aegonusa.com

yxu@federatedinv.com
yxu@smbc-cm.com
yxu@tiaa-cref.org
yxwang@wellington.com
yyamada@dl.dai-ichi-life.co.jp
y-yamada@nochubank.or.jp
yyamamoto@us.mufg.jp
y-yamaza@nochubank.or.jp
yyang@wellington.com
y-yasuda@nochubank.or.jp
yyc@clinton.com
yyeong@bankofny.com
yyevsyukova@calstrs.com
yylee@mas.gov.sg
y-yokoyama@taiyo-seimei.co.jp
yyoo@canyonpartners.com
yyoshida@jabankfukuoka.or.jp
y-yoshizawa@toyotrustbank.co.jp
yyousry@eab-online.com
yzerizef@russell.com
yzhang@smithbreeden.com
yzhong@blackrock.com
yzhu@frk.com
z.canter@fnysllc.com
z.jiang@robeco.nl
z.john.atanas@exxonmobil.com
z.t@axa.fr.com
z07779@email.chinatrust.com.tw
zabadal.juraj@slsp.sk
zac.bobolakis@ubs.com
zac@capgroup.com
zaccaro1@bloomberg.net
zach.chaudry@lgim.co.uk
zach.ingraham@bwater.com
zach.mecelis@glgpartners.com
zach.schroeder@ncmcapital.com
zach.wagner@bankofamerica.com
zach_peterson@freddiemac.com
zachary.alpern@blackrock.com
zachary.barton@bancaintesa.co.uk
zachary.berger@moorecap.com
zachary.bornstein@gs.com
zachary.carvell@erstebank.at
zachary.harl@bankofamerica.com

zachary.latif@tdsecurities.com
zachary.moore@barclaysglobal.com
zachary.stewart@morganstanley.com
zachary.tyler@wellsfargo.com
zachary.z.lim@dartmouth.edu
zachary.ziliak@ubs-oconnor.com
zachary_harrison@putnam.com
zachary_smith@freddiemac.com
zachbloom@northwesternmutual.com
zachia.mehdi@gartmore.com
zack.hocking@cis.co.uk
zack@moorecap.com
zack_z_li@fanniemae.com
zackery.sizemore@4086.com
zafar.i.rizvi@unb.ae
zafar.parker@resbank.co.za
zafarkhan@bloomberg.net
zaff@bnm.gov.my
zafkari@metlife.com
zafrin.rahman@alliancebernstein.com
zaheealwadiuser@company.com
zaheer@sfc-uk.com
zahid.mustafa@bankofamerica.com
zahid_abbasi@fanniemae.com
zahir.lalani@dfait-maeci.gc.ca
zahiye.yuksel@ubs.com
zahmed@westernasset.com
zahra.kassim-lakha@vendome.com
zaid.haider@genworth.com
zain.latif@hsbcib.com
zain.nizami@ubs.com
zainal@bi.go.id
zak.abideen@ge.com
zak@pauligroup.com
zak@ubp.ch
zaki.orbell@glgpartners.com
zaki.sabir@bailliegifford.com
zakia_andrews@vanguard.com
zaliha.morshidi@bialondon.co.uk
zama@dl.dai-ichi-life.co.jp
zaman_asif@gsb.stanford.edu
zami.salaria@ge.com
zammit.lf@mellon.com
zamoraantonio@bancourquijo.com

zancanella@bordier.com
zandraz@mcm.com
zane.rowe@coair.com
zani@bnm.gov.my
zaninahbuang@gic.com.sg
zantia@bankofcanada.ca
zapin@bloomberg.net
zaretsky@ellington.com
zarezov@vtb.ru
zaroogianm@vankampen.com
zarwanskim@aeltus.com
zatkalik.michal@slsp.sk
zawodskyc@bank-bgld.at
zayedalmansoori@adic.co.ae
zboustani@groupama-am.fr
zbrown@lordabbett.com
zc@bloomberg.net
zc@dartmouth.edu
zc17@cornell.edu
zchen@mas.gov.sg
zcowperthwaite@loomissayles.com
zdalloul@bloomberg.net
zdeen@fhlbc.com
zdemiri@leggmason.com
zdichynec@bloomberg.net
zdonovan@steinroe.com
zeba_ahmad@ustrust.com
zeev.lev@mailpoalim.co.il
zeevdani@bloomberg.net
zeevg@fibi.co.il
zeevn@bll.co.il
zeg@capgroup.com
zeidan1@bloomberg.net
zeitsch@dbs.com
zekany@adelphi-capital.com
zeki.aydemir@finansbank.com.tr
zelcah.farsijany@csam.com
zeljka.bosner@fmr.com
zeljko.korica@claridenleu.com
zeljko.tipuric@feri.de
zemeg@bpn.it
zemira.montemarano@ubs.com
zena.irving@inginvestment.com
zenah.shuhaiber@jpmorgan.com

zenaya.lndb@bloomberg.net
zennatan@gic.com.sg
zeno.staub@vontobel.ch
zenon.voyiatzis@ubs.com
zesa.gewertzman@gmam.com
zeuthen.r@tbcam.com
zev.halstuch@alliancebernstein.com
zeynep.korzay@lgim.co.uk
zfuchs@allstate.com
zgozali@dkpartners.com
zh.chenhy@intl.abocn.com
zh.chugq@intl.abocn.com
zh.guishan@intl.abocn.com
zh.lirsh@intl.abocn.com
zh.makai@intl.abocn.com
zh.wanghy@intl.abocn.com
zh.yanch@intl.abocn.com
zh.zhangh@intl.abocn.com
zh.zhangzhj@abocn.com
zh.zlu@intl.abocn.com
zh.zzg@intl.abocn.com
zhalpern@lordabbett.com
zhamel@tortoiseadvisors.com
zhan.liu@aig.com
zhan.yueping@icbccs.com.cn
zhang.jane@edgeassetmgt.com
zhangdm@citic.com
zhangguoxing@95599.sh.cn
zhanghaifeng@zj.icbc.com.cn
zhangjie@citicib.com.cn
zhangjy@bocgroup.com
zhangqiulin@citicbank.com
zhangwenjun2@cmbc.com.cn
zhangxiaowei@cmbchina.com
zhangyun@abchina.com
zhao.suo@icbc.com.cn
zhao.wang@ge.com
zhaochen@icbc.com.cn
zhaochuanxin@icbc.com.cn
zhaojingliang@citicib.com.cn
zhaomei@citicbank.com
zhaosheng_su@goam.de
zhaoxiaodong@ftsfund.com
zhaozhongming@sh.icbc.com.cn

zhbliu@intl.abocn.com
zhcy@intl.abocn.com
zhdb@intl.abocn.com
zhe.liu@dartmouth.edu
zhebin.qian@dartmouth.edu
zhen.x.li@jpmchase.com
zheng.x.wang@jpmchase.com
zheng_fang@jpmorgan.com
zhengx@tcwgroup.com
zhfm@intl.abocn.com
zhfz@intl.abocn.com
zhgndf@intl.abocn.com
zhhgf@intl.abocn.com
zhhrm@intl.abocn.com
zhiguohe@princeton.edu
zhihm@intl.abocn.com
zhijian@dbs.com
zhikai.xu@ingim.com
zhikai_chen@putnam.com
zhilun.pang@jpmorgan.com
zhipengw@ssf.gov.cn
zhitong_zhang@fanniemae.com
zhitong_zhang@troweprice.com
zhiwei.feng@barcap.com
zhixin_shu@newton.co.uk
zhliq@intl.abocn.com
zhliyj@intl.abocn.com
zhlqp@intl.abocn.com
zhlsq@intl.abocn.com
zhlxi@intl.abocn.com
zhlxt@hxb.com.cn
zhmlq@iintl.abocn.com
zhmw@hxb.com.cn
zhong.zheng@power.alstom.com
zhongwu.huang@wamu.net
zhou@ellington.com
zhou_y_liu@fanniemae.com
zhoucg@icbc.com.cn
zhouhongbo@citicbank.com
zhouj@deshaw.com
zhouli@gtjas.com
zhouqianjbcq@abchina.com
zhout@nationwide.com
zhouyunying@citicbank.com

zhpxd@intl.abocn.com
zhqm@intl.abocn.com
zhryspayeva@kkb.kz
zhsf@intl.abocn.com
zhsj@intl.abocn.com
zhtan@mas.gov.sg
zhu@jhancock.com
zhuanxin_ding@nacm.com
zhubing@abchina.com
zhuguoqing@ftsfund.com
zhuhong@citicib.com.cn
zhulei@dbs.com
zhulyjanet@ocbc.com.sg
zhussain@aegonusa.com
zhuweimin@gic.com.sg
zhuxianda@icbc.co.jp
zhuyang@citicib.com.cn
zhuz@nationwide.com
zhwgs@intl.abocn.com
zhwv@intl.abocn.com
zhwxue@intl.abocn.com
zhwzk@intl.abocn.com
zhzq@intl.abocn.com
zhzxf@intl.abocn.com
zi.jung@pncbank.com
zia_e_qasim@vanguard.com
ziad.azzam@juliusbaer.com
ziad.boustani@ubs.com
ziad.sawan@nbad.ae
zichong_wang@ssga.com
zidany@adic.ae
zierk@rentec.com
zifan.tang@barclaysglobal.com
zigantes@lloydadriatico.it
ziggy.stubelek@wachovia.com
zili_zhang@americancentury.com
ziliakj@nationwide.com
zilla.ford@rlam.co.uk
zilver@pimco.com
zimmermanr@sph-spms.nl
zimpelmann@rentenbank.de
zina.psiola@claridenleu.com
zineb.bouazzaoui@natixis.us
zinzaa@po2.jsf.co.jp

ziper@mizrahi.co.il
zipp@ellington.com
ziqbal@worldbank.org
zirmanb@jwseligman.com
zirong_zhang@fanniemae.com
zishan.cheema@aig.com
zitta.moncada@telekom.de
ziyoon@wooribank.com
ziyun_nakazima@am.sumitomolife.co.jp
ziyuniti_suzuki@am.sumitomolife.co.jp
zjs2@cornell.edu
zjwhjys@zj.icbc.com.cn
zjzhang@princeton.edu
zkarabell@alger-ny.com
zkecm@allstate.com
zkhaled@eab-online.com
zlarkin@wasatchadvisors.com
zlata.gagarina@csadvisorypartners.com
zlatko.martinic@barclaysglobal.com
zli@ellington.com
zmarzec@bradfordmarzec.com
zmccune@wamumortgage.com
zmian@allstate.com
zmiddleton@oaktreecap.com
zmjcmb@cmbchina.com
zneale@delinvest.com
znodal@ahorro.com
znonie@mtildn.co.uk
zoa.tr@adia.ae
zodwa.matsau@resbank.co.za
zoe.a.harbut@jpmorgan.com
zoe.chen@lazard.com
zoe.goodman@alliancebernstein.com
zoe.harber@glgpartners.com
zoe.matthews@db.com
zoe.oakman@morganstanley.com
zoe.von-streng@ubs.com
zoe.x.pye@jpmchase.com
zoe_kan@newton.co.uk
zoe_sy_cheung@hkma.gov.hk
zoemcke@babsoncapital.com
zoey.lin@fmr.com
zoila_serrano@acml.com
zoltan.koch@rcm.at

zoltan.pozsar@ny.frb.org
zoltan.szelyes@credit-suisse.com
zoom1220@kdb.co.kr
zoran.mitrovski@credit-suisse.com
zoran.vojvodic@agf.com
zoran_stanisljevic@ssga.com
zorrozoe@bloomberg.net
zouhair.bechchar@calyon.com
zouheir.bentamarout@dexia-am.com
zperry@dlbabson.com
zperry@frk.com
zqasim@wilmingtontrust.com
zraja@apicorp-arabia.com
zrivilla.madrid@sinvest.es
zrubinstein@hapoalimusa.com
zs@lpf.org.uk
zsanae_givens@capgroup.com
zshafran@waddell.com
zshao@bloomberg.net
zsofia@rrcol.com
zsolt.banky@bnpparibas.com
zsu@mail.notes.bank-of-china.com
zsummerscale@babsoncapital.com
zsuzsana_degia@ufjbank.co.jp
ztanaka@delinvest.com
ztananbaum@perrycap.com
ztsong@bloomberg.net
ztucker@caxton.com
zturnage@barrow.com
zubair.ghouse@dkib.com
zubeldia@bloomberg.net
zubin.kapadia@pimco.com
zubin.mogul@us.ing.com
zubin_alemo@fanniemae.com
zucca@eib.org
zuck@skba.com
zuhebs@microsoft.com
zulaga.l@mellon.com
zulauf.invest@spectraweb.ch
zulekha.lakhani@barcap.com
zulfadzlie@bnm.gov.my
zulfiqar.ali@prudential.com
zulfiqar@bnm.gov.my
zumaetj@towers.com

zuppoj@ferro.com
zurbruegg.daniel@pmintl.ch
zurich_otc@swissre.com
zuzana.buzzell@fmr.com
zuzana.hurych@chase.com
zuzana.patrakova@cnb.cz
zuzics@hmc.harvard.edu
zvi.shapiro@sscims.com
zwa@lrc.ch
zwang@luminentcapital.com
zweverink@bloomberg.net
zwoa@pggm.nl
zwojczakowsk@bloomberg.net
zwokczakowsk@bloomberg.net
zwydra@wscapital.com
zxiao@princeton.edu
zyap@princeton.edu
zyu@eatonvance.com
zzbertra@gic.com
zzeid@fnb.com.lb
zzhang@mail.notes.bank-of-china.com

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| ACCESS GROUP INC SERIES 2005-A | C/O ACCESS GROUP, INC. 5500 BRANDYWINE PARKWAY P.O. BOX 7430 ATTN: VICE PRESIDENT OF PORTFOLIO MANAGEMENT WILMINGTON DE 19803 |
| ACCESS GROUP INC SERIES 2005-A | C/O U.S. BANK, NATIONAL ASSOCIATION 425 WALNUT STREET, 6TH FLOOR MIL CN-OH-W6CT ATTN: CORPORATE TRUST SERVICES STUDENT LOAN GROUP CINCINNATI OH 45202 |
| ACCESS GROUP INC SERIES 2005-B | C/O DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET MS NYC60-2606 NEW YORK NY 10005 |
| ACCESS GROUP INC SERIES 2005-B | C/O ACCESS GROUP, INC. 5500 BRANDYWINE PARKWAY P.O. BOX 7430 ATTN: VICE PRESIDENT OF PORTFOLIO MANAGEMENT WILMINGTON DE 19803 |
| AIRLIE CDO I, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE CDO I, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO I (AVIV LCDO 2006-3), CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE LCDO I (AVIV LCDO 2006-3), LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO II | (PEBBLE CREEK 2007-1) CORP 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1) LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ALLIANCEBERNSTEIN L.P F/K/A ALLIANCE CAPITAL | MANAGEMENT L.P. ATTN: GENERAL COUNSEL OR CORPORATE EXEC. THE CORPORATION TRUST COMPANY 1209 ORANGE STREET 1209 ORANGE STREET WILMINGTON DE 19801 |
| ANA-DATA CONSULTING INC. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 112 THIRD STREET STAMFORD CT 06905-0420 |
| AVIV LCDO 2006-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AVIV LCDO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AVIV LCDO 2006-2, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AVIV LCDO 2006-2, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AXA ASSURANCES I.A.R.D. MUTUELLE | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 26, RUE DROUOT 75009, PARIS FRANCE |
| AXA ASSURANCES VIE MUTUELLE | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 26, RUE DROUOT 75009, PARIS FRANCE |
| AXA COURTAGE ASSURANCE MUTUELLE | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 26, RUE DROUOT 75009, PARIS FRANCE |
| AXA FINANCIAL, INC. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE THE CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON DE 19801 |
| AXA, S.A. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 25, AVENUE MATIGNON 75009, PARIS FRANCE |
| BALBOA CDO I, CORP. | C/O THE CORPORATION TRUST COMPANY ATTN: PRESIDENT RE: BALBOA CDO I, LTD. CORPORATE TRUST CENTER, 1209 ORANGE STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| BALBOA CDO I, LTD. | C/O QSPV LTD. ATTN: THE DIRECTORS P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BANK OF AMERICA NATIONAL ASSOCIATION | 100 NORTH TRYON STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC CHARLOTTE NC 28255 |
| BANK OF NEW YORK | ATTN: GENERAL COUNSEL OR CORPORATE EXECUTIVE ONE WALL STREET NEW YORK NY 10286 |

| Claim Name | Address Information |
|---|---|
| BANK OF NEW YORK MELLON NATIONAL ASSOCIATION | ATTN: GENERAL COUNSEL OR CORPORATE EXECUTIVE ONE WALL STREET NEW YORK NY 10286 |
| BELLE HAVEN ABS CDO 2005-1, LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| BELLE HAVEN ABS CDO 2005-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BELLE HAVEN ABS CDO 2006-1, LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| BELLE HAVEN ABS CDO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-7 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005- 11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-6 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-12 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-13 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-15 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-17 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LTD. | STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-4 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-7 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-8 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-9 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-13 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-15 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-17 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-19 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LTD. | KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-4 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-6 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-7 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-8 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-9 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-12 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-13 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BLUEBAY EUROPEAN CREDIT OPPORTUNITY FUND | C/O BLUEBAY ASSET MANAGEMENT PLC ATTN: SIMON SUTCLIFFE 77 GROSVENOR STREET LONDON W1K 3JR UNITED KINGDOM |
| BNY CORPORATE TRUSTEE SERVICES LIMITED | ONE CANADA SQUARE ATTN: GENERAL COUNSEL OR CORPORATE EXEC LONDON, E14 5AL UNITED KINGDOM |
| BNY CORPORATE TRUSTEE SERVICES LTD. | ATTN: GENERAL COUNSEL OR CORPORATE EXECUTIVE ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BROUSSARD & GAVAUDAN ASSET MANAGEMENT LP | ATTN: LEGAL DEPT 1 DOVER STREET LONDON 4LA UNITED KINGDOM |
| BROUSSARD & GAVAUDAN GESTION | 69 BOULEVARD HAUSSMANN 75008 PARIS FRANCE |
| CHADBOURNE & PARKE LLP | ATTN: DAVID LEMAY & CHRISTY RIVERA 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CHAPMAN AND CUTLER LLP | CRAIG PRICE, ESQ. COUNSEL TO U.S. BANK N.A., AS TRUSTEE & RACERS 2006-18-C SERIES TRUSTS & RACERS 2006-20-AT TRUST 330 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10017-5010 |
| CHAPMAN AND CUTLER LLP | JAMES E. SPIOTTO, ESQ., ANN E. ACKER, ESQ. FRANKLIN H. TOP, III, ESQ., JAMES HEISNER, ESQ. COUNSEL TO U.S. BANK N.A., AS TRUSTEE AND RACERS 2006-18-C SERIES TRUSTS & RACERS 2006-20-AT TRUST 111 WEST MONROE STREET CHICAGO IL 60603 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 60 WALL STREET MS NYC60-2606 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 60 WALL STREET MS NYC60-2606 NEW YORK NY 10005 |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS | ATTN: LEGAL DEPARTMENT OR CORP. EXECUTIVE 60 WALL STREET FRONT 1 NEW YORK NY 10005-2836 |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2005-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2008-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2008-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2008-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| EARTH THEBAULT INC. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 249 POMEROY ROAD PARSIPPANY NJ 07054 |
| EMORTGAGE LOGIC LLC | 9151 BOULEVARD 26 STE 400 N RICHLND HLS TX 76180-0901 |
| EXUM RIDGE CBO 2006-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-2, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-2, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-4, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-4, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-5, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-5, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2007-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-2, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2007-2, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| FIRST AMERICAN RESIDENTIAL | VALUE VIEW LLC LORRIE NEWBY 1 CORELOGIC DRIVE WESTLAKE TX 76262 |
| FIRST FRANKLIN MORTGAGE | LOAN TRUST 2006-FF8 C/O DEUTSCHE BANK NATIONAL TRUST COMPANY 1761 EAST SAINT ANDREW PLACE SANTA ANA CA 92705 |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | CORPORATION SERVICE COMPANY ATTN: GENERAL COUNSEL OR CORPORATE EXEC. 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| GAZPROMBANK MORTGAGE FUNDING 2 S.A. | ATTN: GENERAL COUNSEL OR CORPORATE EXECUTIVE 1, ALLEE SCHEFFER PO BOX 8 LUXEMBOURG L-2520 LUXEMBOURG |
| GAZPROMBANK MORTGAGE FUNDING 2. S.A. | C/O TMF MANAGEMENT (UK) LIMITED FOURTH FLOOR, ATLAS HOUSE 1 KING STREET LONDON |

| Claim Name | Address Information |
|---|---|
| GAZPROMBANK MORTGAGE FUNDING 2. S.A. | EC2V 8AU UNITED KINGDOM |
| GEMSTONE CDO VI CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| GEMSTONE CDO VI LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| GEORGESON INC. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 199 WATER STREET FLOOR 26 NEW YORK NY 10038-3560 |
| GEORGESON INC. | MATTHEW MOSNER CORPORATE COUNSEL 199 WATER STREET 26TH FLOOR NEW YORK NY 10038-3650 |
| GMAC MORTGAGE CORPORATION | CORPORATION SERVICE COMPANY ATTN: GENERAL COUNSEL OR CORPORATE EXEC. 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| GREENBAUM, ROWE, SMITH & DAVIS LLP | NANCY ISAACSON, ESQ. (BULLET COMMUNICATIONS) 75 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| GREYSTONE 2006-3 | C/O U.S. BANK NATIONAL ASSOCIATION ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| GREYSTONE CDO SERIES 2008-4 LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| GREYSTONE CDO SPC, FOR THE ACCOUNT OF | THE SERIES 2006-3 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| GREYSTONE CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2008-4 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HINSHAW & CULBERTSON LLP | (COUNSEL TO: GMAC MORTGAGE CORPORATION) ATTN: CONCEPCION A. MONTOYA 780 THIRD AVENUE, 4TH FLOOR NEW YORK NY 10017 |
| HINSHAW & CULBERTSON LLP | ATTN: CHARLES TATELBAUM (COUNSEL TO GMAC MORTGAGE) ONE EAST BROWARD BLVD, SUITE 1010 FORT LAUDERDALE FL 33301 |
| HINSHAW & CULBERTSON LLP | (COUNSEL TO: GMAC MORTGAGE CORPORATION) ATTN: ESPERANZA SEGARRA ONE EAST BROWARD BLVD, SUITE 1010 FORT LAUDERDALE FL 33301 |
| HYPOTHECA CAPITAL LLC | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 52 VANDERBUILT AVENUE SUITE 403 NEW YORK NY 10017-3874 |
| IMPAC CMB TRUST SERIES 2005-3 | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET ATTN: CORPORATE TRUST ADMINISTRATION WILMINGTON DE 19990-0001 |
| IMPAC CMB TRUST SERIES 2005-3 | C/O WELLS FARGO BANK, N.A. SIXTH AND MARQUETTE ATTN: CORPORATE TRUST SERVICES IMH ASSETS CORP., SERIES 2005-3 MINNEAPOLIS MN 55479-0113 |
| IMPAC CMB TRUST SERIES 2005-4 | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET ATTN: CORPORATE TRUST ADMINISTRATION WILMINGTON DE 19990-0001 |
| IMPAC CMB TRUST SERIES 2005-4 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2005-5 | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET ATTN: CORPORATE TRUST ADMINISTRATION WILMINGTON DE 19990-0001 |
| IMPAC CMB TRUST SERIES 2005-5 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2005-8 | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET ATTN: CORPORATE TRUST ADMINISTRATION WILMINGTON DE 19990-0001 |
| IMPAC CMB TRUST SERIES 2005-8 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2006-3 | C/O IMPAC SECURED ASSETS CORP. 1401 DOVE STREET ATTN: GENERAL COUNSEL NEWPORT BEACH CA 92660 |
| IMPAC CMB TRUST SERIES 2006-3 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| IMPAC SECURED ASSETS TRUST 2007-3 | C/O IMPAC SECURED ASSETS CORP. 1401 DOVE STREET ATTN: GENERAL COUNSEL NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| IMPAC SECURED ASSETS TRUST 2007-3 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| INTERFACE CABLE ASSEMBLIES | & SERVICES CORP. ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 42-19 23RD AVENUE LONG ISLAND CITY NY 11105 |
| JUPITER QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2004-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| JUPITER QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2004-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| LAKEVIEW 2007-4 | C/O U.S. BANK NATIONAL ASSOCIATION ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| LAKEVIEW CDP SPC FOR THE ACCOUNT OF | THE SERIES 2007-4 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| LIBERTY SQUARE CDO I, CORP. | 1209 ORANGE STREET ATTN: PRESIDENT RE: LIBERTY SQUARE CDO I, LIMITED ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| LIBERTY SQUARE CDO I, LTD. | QSPV LTD. P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH ST. ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LIBERTY SQUARE CDO II, CORP. | 1209 ORANGE STREET ATTN: PRESIDENT RE: LIBERTY SQUARE CDO I, LIMITED ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| LIBERTY SQUARE CDO II, LTD. | QSPV LTD. P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH ST. ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-5 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| MAPLES AND CALDER | P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| NIXON PEABODY LLP | DAVID H LEE, ESQ (COUNSEL TO DEUTSCHE BANK TRUST CO AMERICAS) 437 MADISON AVENUE NEW YORK NY 10022 |
| NIXON PEABODY, LLP | COUNSEL TO: DEUTSCHE BANK ATTN: CHRISTOPHER M. DESIDERIO, DAVID H. LEE 437 MADISON AVENUE NEW YORK NY 10022 |
| NIXON PEABODY, LLP | ATTN: AMANDA DARWIN, RICHARD C. PEDONE COUNSEL TO DEUTSCHE BANK NATIONAL TRUST COMPANY, 100 SUMMER STREET BOSTON MA 02110 |
| NIXON PEABODY, LLP | COUNSEL TO: DEUTSCHE BANK ATTN: AMANDA D. DARWIN RICHARD C. PEDONE 100 SUMMER STREET BOSTON MA 02110 |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2004-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2005-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2006-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2008-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT |

| Claim Name | Address Information |
| --- | --- |
| ONYX FUNDING LTD. | ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PEARL FINANCE PLC | AS ISSUER OF SERIES 2003-6 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| PEARL FINANCE PLC | AS ISSUER OF SERIES 2003-8 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| PEARL FINANCE PLC | AS ISSUER OF SERIES 2005-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| PEBBLE CREEK LCDO 2006-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| PEBBLE CREEK LCDO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2007-3, LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| PEBBLE CREEK LCDO 2007-3, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2003-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2003-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2003-4 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2005-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2005-2 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RACE POINT IV CLO, LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE, MARY STREET, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| RACERS 2005-10 | C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL STREET, 16TH FLOOR NEW YORK NY 10005 |
| RACERS 2005-10 | C/O U.S. BANK NATIONAL ASSOCIATION ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, MICHAEL J. VENDITTO COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LIMITED 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: MICHAEL J. VENDITTO, ESQ (COUNSEL TO THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOC.) 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: MICHAEL VENDITTO (COUNSEL TO THE BANK OF NEW YORK MELLON) 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, ESQ. (COUNSEL TO BANK OF NEW YORK MELLON & BNY CORPORATE TRUSTEE SERVICES LTD.) 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, ESQ. (COUNSEL TO THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOC.) 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2002-26 TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06- 1-I TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-II TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-III TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC |

| Claim Name | Address Information |
|---|---|
| RESTRUCTURED ASSET CERTIFICATES WITH | NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-I TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-II TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-III TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-20AT TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2004-2 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2004-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2006-5 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2007-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2008-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PUBLIC LIMITED CO, AS ISSUER OF THE S | C/O THE BANK OF NEW YORK ATTN: GENERAL COUNSEL OR CORPORATE EXECUTIVE ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PULIC LIMITED CO, AS ISSUER OF THE SE | C/O AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2004-4 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2004-12 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-4 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-10 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-11 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-2 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-10 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-11 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2007-5 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2007-7 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2007-9 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC | SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-6 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-7 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-8 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-9 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-10 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-11 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-12 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-13 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SCHIFF HARDIN LLP | COUNSEL TO: GEORGESON INC ATTN: MATHEW B. WEST 666 FIFTH AVENU NEW YORK NY 10103 |
| SEWARD KISSEL LLP | COUNSEL TO: LIBERTY SQUARE CDO, I. LTD AND LIBERTY SQUARE CDO, II, LTD ATTN: JACK YOSKOWITZ ONE BATTER PARK PLAZA NEW YORK NY 10004 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3), LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| SIDLEY AUSTIN LLP | MICHAEL G. BURKE, ESQ. (COUNSEL TO PRINCIPAL GLOBAL INVESTORS, EUROPE LIMITED) 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SIDLEY AUSTIN LLP | MARK B. BLOCKER, ESQ., JOEL S. FELDMAN, ESQ. & SIMONE R. CRUICKSHANK, ESQ. (COUNSEL TO PRINCIPAL GLOBAL INVESTORS,(EUROPE) LIMITED ONE SOUTH DEARBORN CHICAGO IL 60603 |
| STEWART LENDER SERVICES | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 1980 POST OAK BLVD SUITE 900 HOUSTON TX 77056 |
| STOWE CDO LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| STOWE CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2008-1 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| THE BANK OF NEW YORK MELLON CORPORATION | 1 WALL STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10286 |
| THE BANK OF NEW YORK MELLON TRUST CO. | NATIONAL ASSOCIATION 525 WILLIAM PENN PLACE, 7TH FLOOR ATTN: GLOBAL CORPORATE TRUST, CDO GROUP ATTN: GENERAL COUNSEL OR CORPORATE EXEC PITTSBURGH PA 15259 |
| THE BANK OF NEW YORK MELLON TRUST CO. | NATIONAL ASSOCIATION 601 TRAVIS STREET, 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC HOUSTON TX 77002 |
| THOMPSON COBURN LLP | MARK BOSSI, ESQ., ALLISON GRAVES, ESQ. ONE US BANK PLAZA SAINT LOUIS MO 63101 |
| TRADEWINDS II CDO SERIES 2006-1 LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| TRADEWINDS II CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2006-1 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| U.S. BANK NATIONAL ASSOCIATION | ONE FEDERAL STREET, 3RD FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC BOSTON MA 02110 |
| U.S. BANK NATIONAL ASSOCIATION | ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| WELLS FARGO BANK NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS ROAD ATTN: GENERAL COUNSEL OR CORPORATE EXEC COLUMBIA MD |

| Claim Name | Address Information |
|---|---|
| WELLS FARGO BANK NATIONAL ASSOCIATION | 21045 |
| WELLS FARGO NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WHITE MARLIN CDO 2007-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| WHITE MARLIN CDO 2007-1, LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| YOSS LLP | ATTN: FERNANDO MENDENEZ (COUNSEL TO GMAC MORTGAGE) 2525 PONCE DE LEON BLVD SUITE 400 MIAMI FL 33134 |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-6 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-8 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-9 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-15 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-17 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-18 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-19 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |

**Claim Name**                                    **Address Information**

Total Creditor count  249

| Claim Name | Address Information |
|---|---|
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS | ANTHONY W. CLARK, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE RODNEY SQUARE P.O. BOX 636 WILMINGTON DE 19899-0636 |
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS | AFLAC US AFLAC INCORPORATED 1932 WYNNTON RD. COLUMBUS GA 31999-0001 |
| AMERITAS LIFE INS. CORP. | DANIEL S. SHICK, ESQ. VICE PRESIDENT, ASSOCIATE GENERAL COUNSEL AMERITAS 1876 WAYCROSS RD. CINCINNATI OH 45240 |
| AMERITAS LIFE INS. CORP. | 5900 O. STREET LINCOLN NE 68506 |
| ANZ INVESTMENT BANK | 833 COLLINS STREET ANZ CENTRE, LEVEL 9 DOCKLANDS, MELBOURNE VIC 3008 AUSTRALIA |
| ANZ NOMINEES LIMITED | LEVEL 6 100 QUEEN STREET, MELBOURNE, VIC 3000 AUSTRALIA |
| ANZ NOMINEES LIMITED | ADRIAN KENNEDY, ESQ. CORPORATE LAWYER DISPUTE RESOLUTION GROUP AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED LEVEL 9A, 833 COLLINS STREET DOCKLANDS, VIC 3008 AUSTRALIA |
| ATLANTIC CENTRAL BANKERS BANK | 1400 MARKET STREET CAMP HILL PA 17011-4831 |
| ATLAS SPECIALTY INSURANCE LIMITED | (F/K/A AXIS SPECIALTY LTD. PIMCO HEDGE) CLAREDON HOUSE 2 CHURCH STREET 2 CHURCH STREET HAMILTON HM 11 BERMUDA |
| AXIS SPECIALTY LTD PIMCO HEDGE | CLAREDON HOUSE 2 CHURCH STREET HAMILTON HM 11 BERMUDA |
| BANCO CREDITO DEL PERU | C/O SHERMAN AND STERLING LLP 599 LEXIGTON AVE. ATTN:  ANDREW V. TENZER, ESQ. ATTN:  ANDREW V. TENZER, ESQ. NEW YORK NY 10522 |
| BANK OF CHINA | 410 MADISON AVENUE NEW YORK NY 10017 |
| BANK SINOPAC (F/K/A INTERNATIONAL BANK OF TAIPEI) | INTERNATIONAL BANK OF TAIPEI 26 NAN KING EAST ROAD SECTION 3 TAIPEI CITY 10411 TAIWAN, R.O.C. |
| BANK SINOPAC (F/K/A INTERNATIONAL BANK OF TAIPEI) | BERNARD J. COONEY, ESQ. LOWENSTEIN SANDLER PC 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BARCLAYS BANK PLC | C/O ROBINSON B. LACY, ESQ. SULLIVAN & CROMWELL LLP 125 BROAD STREET 125 BROAD STREET NEW YORK NY 10004 |
| BARCLAYS CAPITAL, INC. | ROBINSON B. LACY, ESQ. SULLIVAN & CROMWELL LLP 125 BROAD STREET NEW YORK NY 10004 |
| BARCLAYS CAPITAL, INC. | 745 SEVENTH AVE NEW YORK NY 10019 |
| BASIS CAPITAL PTY LIMITED | LEVEL 13, REGUS MACQUARIE HOUSE 167 MACQUARIE STREET SYDNEY, NSW 2000 AUSTRALIA |
| BENEFICIAL FINANCIAL GROUP | 150 SOCIAL HALL AVENUE SALT LAKE CITY UT 84136 |
| BERYL FINANCE LIMITED SERIES 2007-17 | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2007-18 | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET CAYMAN ISLANDS GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| BIG HORN CDO 2007-1-COLLATERAL | BIG HORN STRUCTURED FUNDING CDO 2007-1 MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1002 CAYMAN ISLANDS |
| BLUE CROSS BLUE SHIELD OF MICHIGAN FOUNDATION | 600 LAFAYETTE EAST SUITE 1929 DETROIT MI 48226 |
| BLUE HERON FUNDING II, INC. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING II, INC. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING IX, INC. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING IX, INC. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING V, INC. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING V, INC. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING VI, INC. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING VI, INC. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |

| Claim Name | Address Information |
|---|---|
| BLUE HERON FUNDING VII, INC. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING VII, INC. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BONNIE BURMAN | KATE M. BRADLEY, ESQ. BROUSE MCDOWELL 388 SOUTH MAIN STREET, SUITE 500 AKRON OH 44311-4407 |
| BONNIE BURMAN | 24086 DERRWOOD DRIVE AKRON OH 44333 |
| BRODERICK CDO 3, LTD. | WALKER HOUSE 87 MARY STREET GEORGE TOWN, GRAND CAYMAN GEORGE TOWN, GRAND CAYMAN CAYMAN ISLAN DS KY1-9002 CAYMAN ISLANDS |
| CAISSES D'EPARGNE PARTICIPATIONS, A | SOCIETE ANONYME 5 RUE MASSERAN ATTN: M. BERNARD COMOLET, CHAIRMAN PARIS 75007 FRANCE |
| CANADIAN IMPERIAL BANK OF COMMERCE | C/O BRIAN TRUST, ESQ. MAYER BROWN LLP 1675 BROADWAY 1675 BROADWAY NEW YORK NY 10019 |
| CANNINGTON FUNDING, LTD. | 281 TRESSER BLVD. TWO STAMFORD PLAZA, SUITE 1102 STAMFORD CT 06901 |
| CANNINGTON FUNDING, LTD. | DANIEL N. JOCELYN, ESQ. MCDERMOTT WILL & EMERY LLP 340 MADISON AVENUE NEW YORK NY 10173 |
| CHEYNE CLO INVESTMENTS I LTD. | JEFFREY BRONHEIM, ESQ. STOMOWAY HOUSE 13 CLEVELAND ROW LONDON SW1A 1DH GREAT BRITAIN |
| CHEYNE CLO INVESTMENTS I LTD. | CHEYNE CLO INVESTMENTS I LIMITED 5 HARBOURMASTER PLACE INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| CITICORP NOMINEES PTY LTD. | CITICORP NOMINEES PTY LIMITED GPO BOX 764G MELBOURNE, VIC 300 AUSTRALIA |
| CITICORP NOMINEES PTY LTD. | JEFFREY W. GETTLEMAN, ESQ. KIRKLAND & ELLIS LLP 300 NORTH LA SALLE STREET CHICAGO IL 60654 |
| CITIGROUP GLOBAL MARKETS, INC. | CITIGROUP GLOBAL MARKETS INC. 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS, INC. | ELIZABETH HAMMERMAN, ESQ. WILLIAM CLAREMAN, ESQ. PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITY OF PHILADELPHIA BOARD OF | PENSIONS AND RETIREMENT 2 PENN CENTER PLAZA, 16TH FLOOR ATTN: CHRIS MCDONOUGH, CHIEF INVESTMENT OFFICER PHILADELPHIA PA 19102 |
| CITY OF PHILADELPHIA PERS | C/O CHRIS MCDONOUGH 2 PENN CENTER PLAZA, 16TH FLOOR PHILADELPHIA PA 19102 |
| CITY OF PHILADELPHIA PERS | BENJAMIN J. HINERFELD, ESQ. DEPUTY CITY SOLICITOR PENSION & INVESTMENT UNIT CITY OF PHILADELPHIA LAW DEPARTMENT 1515 ARCH STREET, 17TH FLOOR PHILADELPHIA PA 19102 |
| CITY OF SOMERVILLE RETIREMENT SYSTEM | C/O MARY PHINNEY CITY HALL ANNEX 50 EVERGREEN AVE. 50 EVERGREEN AVE. SOMERVILLE MA 02145 |
| CLASS V FUNDING III, CORP. | BANK OF AMERICA, N.A. AS FORMER TRUSTEE C/O MICHAEL E. JOHNSON, ESQ. ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10016 |
| CLASS V FUNDING III, CORP. | C/O THE CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON DE 19801 |
| CLASS V FUNDING III, LTD. | C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE, QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET, CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| CLEARSTREAM BANKING SA | ATTN: JEFFREY TESSLER, CEO 42 AVENUE JF KENNEDY LUXEMBOURG L-1855 LUXEMBOURG |
| CONTINENTAL LIFE INSURANCE COMPANY | OF BRENTWOOD TENNESSEE DAVID B. ZOFFER, ESQ. 6620 WEST BROAD STREET, BUILDING 2 RICHMOND VA 23230 |
| CONTINENTAL LIFE INSURANCE COMPANY | OF BRENTWOOD, TENNESSEE ATTN: CHRISTOPHER M. OLSEN, PRESIDENT 101 CONTINENTAL PLACE BRENTWOOD TN 37027 |
| COOPERATIEVE CENTRALE RAIFFEISEN- | BOERENLEENBAK, B.A. 10 EXCHANGE PLACE, 16TH FLOOR JERSEY CITY NJ 07302 |
| COOPERATIEVE CENTRALE RAIFFEISEN- | BOERENLEENBAK, B.A. ROBERT GUTTMANN, ESQ. ZEICHNER ELLMAN & KRAUSE LLP 575 LEXINGTON AVENUE NEW YORK NY 10022 |
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBAK, | B.A. ATTN: DAVID DIETZ, CFO 245 PARK AVENUE NEW YORK NY 10167-3700 |
| COUNTRY LIFE INSURANCE COMPANY | 1701 N. TOWANDA AVENUE ATTN:  KURT F. BOCK BLOOMINGTON IL 61701-2057 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | (F/K/A CALYON NEW YORK) C/O ANDREW BROZMAN, ESQ. CLIFFORD CHANCE US LLP 31 W. 52ND STREET NEW YORK NY 10019 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | ATTN: JEAN FRANCOIS DEROCHE, SENIOR REGIONAL OFFICER 1301 AVENUE OF THE AMERICAS -15TH FLOOR NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| CUTWATER ASSET MANAGEMENT | (F/K/A MBIA CAPITAL MANAGEMENT) ATTN: CLIFFORD D. CORSO, CEO 113 KING STREET ARMONK NY 10504 |
| DEPPING 1999 INVESTMENT LIMITED PARTNERSHIP | HOLLACE TOPOL COHEN, ESQ. TROUTMAN & SANDERS LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| DEPPING 1999 INVESTMENT LIMITED PARTNERSHIP | DEPPING 1999 INVESTMENT LIMITED 3 FIXED MARGIN ATTN:  THOMAS DEPPING 5602 RAPIDBROOK KINGWOOD TX 77345-1922 |
| DEUTSCHE APOTHEKER-UND ARZTEBANK | RICHARD-OSKAR-MATTERN-STRABE 6 ATTN: GERHARD K. GIRNER, MANAGING MEMBER DUSSELDORF 40547 GERMANY |
| DEUTSCHE BANK AG, LONDON BRANCH | WINCHESTER HOUSE ATTN: COLIN GRASSIE, CEO 1 GREAT WINCHESTER STREET LONDON EC2N 2DB GREAT BRITAIN |
| DIADEM CITY CDO LIMITED | WALKERS SPV LIMITED WALKER HOUSE P.O. BOX 908 GT, GEORGE TOWN GRAND CAYMAN |
| DIVERSEY HARBOR ABS CDO, INC. | CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| DIVERSEY HARBOR ABS CDO, INC. | U.S. BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE C/O FRANKLIN H. TOP, III CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| DIVERSEY HARBOR ABS CDO, LTD. | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET 87 MARY STREET GRAND CAYMAN KY1-9001 CAYMAN ISLANDS |
| DIVERSEY HARBOR ABS CDO, LTD. | U.S. BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE C/O FRANKLIN H. TOP, III CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| EASTERN METROPOLITAN REGIONAL COUNCIL | ATTN: PETER B. SCHNEIDER 1ST FLOOR, ASCOT PLACE 226 GREAT EASTERN HWY BELMONT, WA 6104 AUSTRALIA |
| EDISON INTERNATIONAL | P.O. BOX 976 ROSMEAD CA 91770 |
| EDISON INTERNATIONAL | C/O VIVKI KAISER P.O. BOX 800 2244 WALNUT GROVE AVE. ROSEMEAD CA 91770 |
| ELLIOTT INTERNATIONAL, L.P. | C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1104 CAYMAN ISLANDS |
| EMBASSY & CO. | C/O U.S. BANK CORPORATE TRUSTEE SERVICES 60 LIVINGSTONE AVENUE ST. PAUL MN 55107 |
| ENSIGN PEAK ADVISORS | JUSTIN W. STARR, ESQ. KIRTON & MCCONKIE 1800 EAGLE GATE TOWER 60 EAST SOUTH TEMPLE P.O. BOX 45120 SALT LAKE CITY UT 84145 |
| ENSIGN PEAK ADVISORS INC. | ATTN; ROGER G. CLARK, PRESIDENT 50 E. NORTH TEMPLE 2WW SALT LAKE CITY UT 84150 |
| EUROAMERICA SEGUROS DE VIDA SA | AV. APOQUINDO 3885 PISO 19 LAS CONDES SANTIAGO CHILE |
| EUROCLEAR BANK SA/NV | BOULEVARD DU ROI ALBERT II 1 ATTN: TIM HOWELL, CEO BRUXELLES 1210 BELGIUM |
| FAR GLORY LIFE INSURANCE CO., LTD. | 200 KEELUNG ROAD, 18F, SEC 1 TAIPEI 11042 TAIWAN |
| FAXTOR HG 2007-1 CDO | DEUTSCHE BANK (CAYMAN) LIMITED P.O. BOX 1984, BOUNDARY HALL GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS KY1-1109 CAYMAN ISLANDS |
| FAXTOR HG 2007-1 CDO | CHRISTOPHER M. DESIDERIO, ESQ. NIXON PEABODY LLP 437 MADISON AVENUE NEW YORK NY 10022 |
| FIRST TRUST STRATEGIC HIGH INCOME I | 120 E. LIBERTY DR. ATTN: JAMES A. BOWEN, CEO WHEATON IL 60187 |
| FIRST TRUST STRATEGIC HIGH INCOME I | JEFFREY G. CLOSE, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| FIRST TRUST STRATEGIC HIGH INCOME II | 120 E. LIBERTY DR. ATTN: JAMES A. BOWEN, CEO WHEATON IL 60187 |
| FIRST TRUST STRATEGIC HIGH INCOME II | JEFFREY G. CLOSE, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| FIRST TRUST STRATEGIC HIGH INCOME III | 120 E. LIBERTY DR. ATTN: JAMES A. BOWEN, CEO WHEATON IL 60187 |
| FIRST TRUST STRATEGIC HIGH INCOME III | JEFFREY G. CLOSE, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| FORWARD FUNDS | CHRISTINE STANSBERY VP - COMPLIANCE FORWARD MANAGEMENT, LLC 101 CALIFORNIA STREET, SUITE 1600 SAN FRANCISCO CA 94111 |
| FORWARD FUNDS | C/O CT CORPORATION 1801 WEST BAY DRIVE NORTHWEST, SUITE 206 OLYMPIA WA 98501 |
| FORWARD INVESTMENT GRADE FIXED INCOME FUND | CHRISTINE STANSBERY VP - COMPLIANCE FORWARD MANAGEMENT, LLC 101 CALIFORNIA STREET, SUITE 1600 SAN FRANCISCO CA 94111 |
| FORWARD INVESTMENT GRADE FIXED INCOME | C/O CT CORPORATION 1801 WEST BAY DRIVE NORTHWEST, SUITE 206 OLYMPIA WA 98501 |

| Claim Name | Address Information |
|---|---|
| FUND | C/O CT CORPORATION 1801 WEST BAY DRIVE NORTHWEST, SUITE 206 OLYMPIA WA 98501 |
| FULTON STREET CDO CORP. | FULTON STREET CDO FUNDING CORP. C/O NATIONAL CORPORATE RESEARCH, LTD. 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| GARADEX INC. | C/O EDWARD A. SMITH, ESQ. VENABLE LLP ROCKEFELLER CENTER ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS, 25TH FLOOR NEW YORK NY 10020 |
| GARLAND INVESTMENT MANAGEMENT INC. | C/O BRIAN D. KOOSED, ESQ. K&L GATES LLP 599 LEXINGTON AVENUE 599 LEXINGTON AVENUE NEW YORK NY 10022-6030 |
| GATEX PROPERTIES INC. | C/O VENABLE LLP 1270 AVENUE OF THE AMERICAS ATTN: MARGALIT A. MOCHE, ESQ. ATTN: MARGALIT A. MOCHE, ESQ. NEW YORK NY 10020 |
| GATEX PROPERTIES INC. | EDWARD A. SMITH, ESQ. VENABLE LLP 1270 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| GENERAL SECURITY NATIONAL INSURANCE | ISRAEL SILVERMAN, ESQ. GENERAL SECURITY NATIONAL SECURITY COMPANY LAW DEPARTMENT ONE SEAPORT PLAZA 199 WATER STREET, SUITE 1200 NEW YORK NY 10038-3526 |
| GENERAL SECURITY NATIONAL INSURANCE | C/O NATIONAL CON-SERV, INC. 451 HUNGERFORD DRIVE, STE. 408 ROCKVILLE MD 20850 |
| GENWORTH LIFE AND ANNUITY INSURANCE CO. - LV SPIA | DAVID B. ZOFFER, ESQ. GENWORTH FINANCIAL DEPUTY GENERAL COUNSEL - LITIGATION 6620 WEST BROAD STREET, BUILDING 2 RICHMOND VA 23230 |
| GENWORTH LIFE AND ANNUITY INSURANCE CO. - LV SPIA | 6620 WEST BROAD STREET ATTN: PAMELA S. SCHUTZ, CEO RICHMOND VA 23230 |
| GENWORTH LIFE AND ANNUITY INSURANCE CO. - LV STISL | DAVID B. ZOFFER, ESQ. GENWORTH FINANCIAL DEPUTY GENERAL COUNSEL - LITIGATION 6620 WEST BROAD STREET, BUILDING 2 RICHMOND VA 23230 |
| GENWORTH LIFE AND ANNUITY INSURANCE CO. - LV STISL | 6620 WEST BROAD STREET ATTN: PAMELA S. SCHUTZ, CEO RICHMOND VA 23230 |
| GEOMETRIC ASSET FUNDING LTD. | C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| GLEN R. COPELAND | ASSISTANT VICE-PRESIDENT & SENIOR COUNSEL LAW DEPARTMENT SUN LIFE ASSURANCE COMPANY OF CANADA 150 KING STREET WEST, SUITE 1400 TORONTO ON M5H 1J9 CANADA |
| GOLDMAN SACHS INTERNATIONAL | 133 FLEET STREET ATTN: MICHAEL S. SHERWOOD, CO-CEO LONDON EC4A 2BB UNITED KINGDOM |
| GOLDMAN, SACHS & CO. | CARMINE D. BOCCUZZI, JR., ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006-1470 |
| GOLDMAN, SACHS & CO. | 200 WEST STREET ATTN: LLOYD C. BLANKFEIN, CEO NEW YORK NY 10282 |
| GORDON RAUSSER | 207 GIANNINI HALL, MC 3310 UNIVERSITY OF CALIFORNIA BERKELEY CA 94720-3310 |
| GORDON RAUSSER (DEFINED BENEFIT PENSION PLAN) | 207 GIANNINI HALL, MC 3310 UNIVERSITY OF CALIFORNIA BERKELEY CA 94720-3310 |
| GORDON RAUSSER (IRA) | 207 GIANNINI HALL, MC 3310 UNIVERSITY OF CALIFORNIA BERKELEY CA 94720-3310 |
| GRAND AVENUE CDO III | GRAND AVENUE CDO III, LTD. C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLAN KY1-1102 CAYMAN ISLANDS |
| GROUPE CAISSE D'EPARGNE | 50, AV PIERRE MENDES FRANCE ATTN: M. BERNARD COMOLET, CHAIRMAN PARIS 75013 FRANCE |
| GUOHUA LIFE INSURANCE CO. LTD. | SHANGHAI WORLD FINANCIAL CENTER NO.100, CENTURY AVE. PUDONG NEW AREA PUDONG NEW AREA SHANGHAI CHINA |
| HAVENROCK II LIMITED | 26 NEW STREET ST. HELIER, JERSEY JE2 3RA CHANNEL ISLANDS |
| HELIOS ADVANTAGE INCOME FUND INC. | (F/K/A RMK ADVANTAGE INCOME FUND, INC.) C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET, SUITE 1660 BALTIMORE MD 21202 |
| HELIOS HIGH INCOME FUND INC. | (F/K/A RMK HIGH INCOME FUND INC.) C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET, SUITE 1660 BALTIMORE MD 21202 |
| HELIOS MULTI-SECTOR HIGH INCOME FUND INC. | (F/K/A RMK MULTI-SECTOR HIGH INCOME FUND INC.) C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET, SUITE 1660 BALTIMORE MD 21202 |
| HELIOS STRATEGIC INCOME FUND INC. | (F/K/A RMK STRATEGIC INCOME FUND INC.) C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET, SUITE 1660 BALTIMORE MD 21202 |
| HHE PARTNERSHIP LP | 2700 DELK ROAD, SUITE 100 MARIETTA GA 30067 |
| HSBC ISSUER SERVICES COMMON DEPOSITORY | NOMINEE (UK) LIMITED 8 CANADA SQUARE ATTN: MICHAEL ANTHONY MCPOLIN, DIRECTOR |

| Claim Name | Address Information |
|---|---|
| HSBC ISSUER SERVICES COMMON DEPOSITORY | LONDON E14 5HQ UNITED KINGDOM |
| IHOR G. RAKOWSKY, ESQ. | DIRECTOR AND ASSOCIATE GENERAL COUNSEL CITI ALTERNATIVE INVESTMENTS 731 LEXINGTON AVENUE, 23RD FLOOR NEW YORK NY 10022 |
| IKB DEUTSCHE INDUSTRIEBANK AG | ATTN: GUNTHER BRAUNIG, CEO WILHELM-BOZKES-STRASSE 1 DUSSELDORF 40474 GERMANY |
| IKB DEUTSCHE INDUSTRIEBANK AG | RICHARD F. SCHWED, ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ILLINOIS MUNICIPAL RETIREMENT FUND | 2211 YORK ROAD, STE. 400 ATTN: GWEN HENRY, PRESIDENT OAK BROOK IL 60523-2337 |
| ILLINOIS MUNICIPAL RETIREMENT FUND | KATHLEEN O' BRIEN, ESQ. GENERAL COUNSEL 2211 YORK ROAD, SUITE 500 2211 YORK ROAD, SUITE 500 OAKBROOK IL 60523-2374 |
| ILLINOIS MUTUAL LIFE INSURANCE COMPANY | 300 SW ADAMS ATTN: MICHAEL A. MCCORD, PRESIDENT PEORIA IL 61634 |
| INTEGRA CANADIAN FIXED INCOME PLUS FUND | C/O INTEGRA CAPITAL QUEBEC CORPORATION 2020 WINSTON PARK SUITE 200 SUITE 200 OAKVILLE ON L6H 6X7 CANADA |
| J.P. MORGAN SECURITIES, LTD. | 120 LONDON WALL ATTN: CONNOR SHERRARD, EXECUTIVE DIRECTOR LONDON EC2Y 5ET UNITED KINGDOM |
| JA HOKKAIDO SHINREN | JA - HOKKAIDO SHINREN 1-1, KITA 4 JO-NISHI CHUO-KU, SAPPORO CITY HOKKAIDO 060-0004 JAPAN |
| JOHN T. UNGER, ESQ. | THE EDELMAN FINANCIAL GROUP (SMH CAPITAL ADVISORS) 600 TRAVIS STREET, SUITE 5800 HOUSTON TX 77002 |
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION | IAN BOCZKO, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019-6150 |
| JP MORGAN SECURITIES, L.L.C. | J.P. MORGAN SECURITIES L.L.C. C/O CT CORPORATION SYSTEM 111 EIGHTH AVENUE NEW YORK NY 10011 |
| JP MORGAN SECURITIES, L.L.C. | IAN BOCZKO, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019-6150 |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | 1111 POLARIS PARKWAY ATTN:  JAMES DIMON, CEO COLUMBUS OH 43240 |
| KLIO II FUNDING CORP. | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVE., SUITE 204 NEWARK DE 19711 |
| KLIO II FUNDING CORP. | U.S. BANK AS TRUSTEE FOR KLIO II FUNDING CORP. C/O FRANKLIN H. TOP, III CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| KLIO III FUNDING CORP. | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVE., SUITE 204 NEWARK DE 19711 |
| KLIO III FUNDING CORP. | U.S. BANK AS TRUSTEE FOR KLIO III FUNDING CORP. C/O FRANKLIN H. TOP, III CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| LANCER FUNDING II LTD. | LANCER FUNDING II, LTD. C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| LANCER FUNDING II, LLC | C/O NATIONAL CORPORATE RESEARCH, LTD. 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| LANCER FUNDING II, LLC | LASALLE BANK NATIONAL ASSOCIATION TRUSTEE FOR LANCER FUNDING II, LLC 540 WEST MADISON STREET, SUITE 500 CHICAGO IL 60661 |
| LIFEPLAN AUSTRALIA FRIENDLY SOCIETY LTD. | LEVEL 14 114 ALBERT ROAD ATTN: ROHAN MEAD, MANAGING DIRECTOR SOUTH MELBOURNE, VIC 3205 AUSTRALIA |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | 1300 SOUTH CLINTON ST ATTN: DENNIS R. GLASS, CEO* FORT WAYNE IN 46802 |
| LONG ISLAND INTERNATIONAL LIMITED | C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET UGLAND HOUSE, SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1104 CAYMAN ISLANDS |
| LONG ISLAND INTERNATIONAL LIMITED | ROBINSON B. LACY, ESQ. SULLIVAN & CROMWELL LLP 125 BROAD STREET NEW YORK NY 10004-2498 |
| LONGSHORE CDO FUNDING 2007-3, LTD. | DEUTSCHE BANK (CAYMAN) LIMITED P.O. BOX 1984 171 ELGIN AVE., BOUNDARY HALL, 171 ELGIN AVE., BOUNDARY HALL, CRICKET SQUARE GRAND CAYMAN, KY1-1104 CAYMAN ISLANDS |
| LORELEY FINANCING (JERSEY) NO. 15 LIMITED | LORELEY FINANCING (JERSEY) 15 LIMITED 26 NEW ST. ST. HELIER JERSEY JE2 3RA CHANNEL ISLANDS |
| LORELEY FINANCING (JERSEY) NO. 9 LIMITED | 26 NEW ST. ST. HELIER JERSEY JE2 3RA CHANNEL ISLANDS |
| MACQUARIE BANK LTD. O/A MACQUARIE | P/L ALTERNATIVE INVESTMENT A/C NO. 1 MARTIN PLACE ATTN: NICHOLAS MOORE, |

| Claim Name | Address Information |
|---|---|
| PRISIM | EXECUTIVE DIRECTOR SYDNEY, NSW 2000 AUSTRALIA |
| MAGNETAR CONSTELLATION FUND II LTD. | MAGNETAR CONSTELLATION FUND II, LTD. C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| MAGNETAR CONSTELLATION FUND II LTD. | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MAGNETAR CONSTELLATION MASTER FUND III LTD. | MAGNETAR CONSTELLATION MASTER FUND III, LTD. C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| MAGNETAR CONSTELLATION MASTER FUND III LTD. | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MAGNETAR CONSTELLATION MASTER FUND LTD. | MAGNETAR CONSTELLATION MASTER FUND, LTD. C/O CITCO FUND SERVICES (CAYMAN ISLANDS) LIMITED 89 NEXUS WAY, 2ND FLOOR CAMANA BAY P.O. BOX 31106 GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |
| MAGNETAR CONSTELLATION MASTER FUND LTD. | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MARINER LDC | C/O STUARTS CORPORATE SERVICES LTD. P.O. BOX 2510 4TH FLOOR, CAYMAN FINANCIAL CENTER 4TH FLOOR, CAYMAN FINANCIAL CENTER 36A DR. ROY'S DRIVE CAYMAN ISLANDS KY1-1105 CAYMAN ISLANDS |
| MARINER-TRICADIA CREDIT STRATEGIES | MASTER FUND, LTD. C/O STUARTS CORPORATE SERVICES LTD. P.O. BOX 2510 4TH FLOOR, CAYMAN FINANCIAL CENTER 36A DR. ROY'S DRIVE CAYMAN ISLANDS KY1-1105 CAYMAN ISLANDS |
| MARSH & MCLENNAN MASTER RETIREMENT TRUST | 1166 AVENUE OF THE AMERICAS ATTN: BRIAN DUPERREAULT, CEO NEW YORK NY 10036 |
| MASTER TRUST BANK OF JAPAN LTD. | MTBJ BLDG., 2-11-3 ATTN: TOSHIO KOYAMA, CHAIRMAN HAMAMATSUCHO, MINATO-KU TOKYO 105-8579 JAPAN |
| MELLON TRUST OF NEW ENGLAND, N.A., TRUSTEE FOR | SBC MASTER PENSION TRUST 201 WASHINGTON STREET ATTN: JAMES P. PALERMO, PRESIDENT* BOSTON MA 02108 |
| MERRILL LYNCH INTERNATIONAL GLOBAL EQUITY FINANCE | 5 CANADA SQUARE LONDON E14 5AQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL GLOBAL EQUITY FINANCE | C/O CT CORPORATION SYSTEM 111 EIGHTH AVENUE NEW YORK NY 10011 |
| MERRILL LYNCH INTERNATIONAL GLOBAL EQUITY FINANCE | MICHAEL E. JOHNSON, ESQ. ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10011 |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED | MICHAEL E. JOHNSON, ESQ. ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10011 |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED | C/O BANK OF AMERICA CORPORATION 100 N. TRYON STREET ATTN: SALLY L. KRAWCHECK, CEO CHARLOTTE NC 28255 |
| MERRILL LYNCH PIERCE FENNER & SMITH/FIXED INCOME | MICHAEL E. JOHNSON, ESQ. ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10011 |
| MERRILL LYNCH PIERCE FENNER & SMITH/FIXED INCOME | C/O BANK OF AMERICA CORPORATION 100 N. TRYON STREET CHARLOTTE NC 28255 |
| MICHIGAN CARPENTERS PENSION FUND | 6525 CENTURION DRIVE ATTN: BART CARRIGAN, CHAIRMAN LANSING MI 48917-9275 |
| MIZUHO INTERNATIONAL PLC | BRACKEN HOUSE ONE FRIDAY STREET LONDON EC4M 9JA UNITED KINGDOM |
| MKP VELA CBO LTD. | MKP VELA CBO LTD C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| MODERN WOODMEN OF AMERICA, INC. | PETER C. DOYLE, ESQ. MODERN WOODMEN OF AMERICA 1701 FIRST AVENUE ROCK ISLAND IL 61201 |
| MODERN WOODMEN OF AMERICA, INC. | 1701 FIRST AVENUE ATTN: W. KENNY MASSEY, CEO ROCK ISLAND IL 61201 |
| MONEYGRAM SECURITIES LLC | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| MONEYGRAM SECURITIES LLC | PHILLIP BOHL, ESQ. GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A. 500 IDS CENTER 80 SOUTH 8TH STREET MINNEAPOLIS MN 55402 |
| MONTROSE HARBOR CDO I, INC. | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |

| Claim Name | Address Information |
|---|---|
| MONTROSE HARBOR CDO I, INC. | U.S. BANK AS TRUSTEE FOR MONTROSE HARBOR CDO I, INC. C/O FRANKLIN H. TOP, III, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| MONTROSE HARBOR CDO I, LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| MONTROSE HARBOR CDO I, LTD. | U.S. BANK AS TRUSTEE FOR MONTROSE HARBOR CDO I, LTD. C/O FRANKLIN H. TOP, III, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| MORGAN STANLEY & CO. INCORPORATED | BRENDAN SNODGRASS, ESQ. VICE PRESIDENT, LEGAL AND COMPLIANCE DIVISION 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MORGAN STANLEY & CO. INCORPORATED | 1585 BROADWAY ATTN: STEVEN CRAWFORD, CFO NEW YORK NY 10036 |
| MULBERRY STREET CDO, LTD. | PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| NATIONAL NOMINEES LIMITED | 125 QUEEN STREET LEVEL 9, BNZ TOWER AUCKLAND 1030 NEW ZEALAND |
| NATIONWIDE LIFE INSURANCE COMPANY | C/O LINDA WONG, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NATIONWIDE LIFE INSURANCE COMPANY | JAMES HANEY, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NATIONWIDE LIFE INSURANCE COMPANY | A.N. ERIC HENRICKS, ESQ. OFFICE OF THE CHIEF LEGAL GOVERNANCE OFFICER ONE NATIONWIDE PLAZA COLUMBUS OH 43215 |
| NATIONWIDE LIFE INSURANCE COMPANY | C/O CT CORPORATION SYSTEM 1300 EAST NINTH STREET CLEVELAND OH 44114 |
| NATIONWIDE MUTUAL INSURANCE COMPANY | ONE NATIONWIDE PLAZA 1-35-204 ATTN: STEPHEN S. RASMUSSEN, CEO COLUMBUS OH 43215 |
| NATIONWIDE MUTUAL INSURANCE COMPANY | A.N. ERIC HENRICKS, ESQ. OFFICE OF THE CHIEF LEGAL GOVERNANCE OFFICER ONE NATIONWIDE PLAZA COLUMBUS OH 43215 |
| NATIONWIDE MUTUAL LIFE INSURANCE CO. | NATIONWIDE MUTUAL LIFE INSURANCE COMPANY C/O LINDA WONG, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NATIONWIDE MUTUAL LIFE INSURANCE CO. | JAMES HANEY, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NONGHYUP BANK (F/K/A KOREA'S NATIONAL | AGRICULTURAL COOPERATIVE FEDERATION) 75 CHUNGJEONG-RO 1 GA JUNG-GU, SEOUL 137-737 SOUTH KOREA |
| NONGHYUP BANK (F/K/A KOREA'S NATIONAL | AGRICULTURAL COOPERATIVE FEDERATION) ROXANNE TIZRAVESH, ESQ. DEBRA NEWMAN, ESQ. AKIN GUMP STRAUSS HAUER & FELD LLP ONE BRYANT PARK NEW YORK NY 10036 |
| OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM | C/O OHIO ATTORNEY GENERAL MIKE DEWINE 30 E. BROAD ST., 14TH FLOOR COLUMBUS OH 43215 |
| OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM | 2711 EAST TOWN STREET COLUMBUS OH 43215-4642 |
| OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM | NELSON ALEXANDER, ESQ. FROST BROWN TODD LLC 201 NORTH ILLINOIS STREET SUITE 1900 INDIANAPOLIS IN 46204-4236 |
| OHIO STATE UNIVERSITY | C/O GARY LEIMBACH RIVERWATCH TOWER, SUITE B 364 WEST LANE AVENUE 364 WEST LANE AVENUE COLUMBUS OH 43201-4340 |
| OMICRON INVESTMENT MANAGEMENT GMBH | (F/K/A UNIQA ALTERNATIVE INVESTMENTS GMBH) HOHENSTAUFENGASSE 10/5.OG 1010 VIENNA AUSTRIA |
| OMICRON INVESTMENT MANAGEMENT GMBH | (F/K/A UNIQA ALTERNATIVE INVESTMENTS GMBH) VINCENT J. ROLDAN, ESQ. DLA PIPER LLP (US)  1251 AVENUE OF THE AMERICAS NEW YORK NY 10020-1104 |
| OSDF, LTD. | P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PB CAPITAL CORPORATION | C/O JOHN R. ASHMEAD, ESQ. SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| PEREGRINE STRATEGIES TWO LTD. | P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PHOENIX HOME LIFE VARIABLE INSURANCE COMPANY | PHOENIX LIFE INSURANCE COMPANY ONE AMERICAN ROW P.O. BOX 5056 HARTFORD CT 06102-5056 |
| PHOENIX HOME LIFE VARIABLE INSURANCE COMPANY | JOSEPH TEDONE, ESQ. LAW DEPARTMENT, PHOENIX ONE AMERICAN ROW P.O. BOX 5056 HARTFORD CT 06102-5056 |
| PHOENIX LIFE INSURANCE COMPANY | ONE AMERICAN ROW P.O. BOX 5056 ATTN: PETER A. HOFMANN, PRESIDENT HARTFORD CT |

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| PHOENIX LIFE INSURANCE COMPANY | 06102-5056 |
| PHOENIX LIFE INSURANCE COMPANY | ONE AMERICAN ROW P.O. BOX 5056 ATTN: PETER A. HOFFMANN, PRESIDENT HARTFORD CT 06102-5056 |
| PINNACLE POINT FUNDING CORP. | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET 1209 ORANGE STREET WILMINGTON DE 19801 |
| PINNACLE POINT FUNDING LTD. | C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| PPL SERVICES CORPORATION MASTER TRUST | C/O THE BANK OF NEW YORK MELLON, NATIONAL ASSOCIATION AS TRUSTEE THE BANK OF NEW YORK MELLON CENTER, ROOM 0625 THE BANK OF NEW YORK MELLON CENTER, ROOM 0625 PITTSBURGH PA 15258-0001 |
| PRINCIPAL LIFE INSURANCE COMPANY | C/O CORPORATION SERVICE COMPANY 505 5TH AVENUE, SUITE 729 DES MOINES IA 50309 |
| PRINCIPAL LIFE INSURANCE COMPANY | JOEL S. FELDMAN, ESQ. SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| PUTNAM FIDUCIARY TRUST CO. | C/O JEFF WATCHES, NDS 1200 CROWN COLONY DR., 6TH FLOOR QUINCY MA 02169-2450 |
| PUTNAM FIDUCIARY TRUST CO. | 1200 CROWN COLONY DR., 6TH FLOOR ATTN: STEVEN D. KRICHMAR, PRESIDENT QUINCY MA 02169-2450 |
| PUTNAM STRUCTURED PRODUCT CDO 2002-1 LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| PUTNAM STRUCTURED PRODUCT CDO 2002-1 LTD. | U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE C/O FRANKLIN H. TOP, III, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| PUTNAM STRUCTURED PRODUCT CDO 2003-1 LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| PUTNAM STRUCTURED PRODUCT CDO 2003-1 LTD. | U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE C/O FRANKLIN H. TOP, III, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| RBS GLOBAL BANK & MARKETS | HENRY J. RICARDO, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6092 |
| RBS MORGANS LIMITED | LEVEL 29, 123 EAGLE STREET, GPO BOX 202 ATTN: JOHN HOURICAN, CEO BRISBANE, QLD 4000 AUSTRALIA |
| RBS MORGANS LIMITED | LEVEL 29, 123 EAGLE STREET, GPO BOX 202 ATTN: BRIAN SHEAHAN, MANAGING DIRECTOR BRISBANE, QLD 4000 AUSTRALIA |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | 2001 MARKET STREET, SUITE 1500 ATTN: LAWRENCE E. DAURELLE, PRESIDENT & DIRECTOR PHILADELPHIA PA 19103 |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | JOEL S. FELDMAN, ESQ. SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| RGA REINSURANCE CO. | DANIEL T. GLOWSKI, VICE PRESIDENT AND ASSISTANT GENERAL COUNSEL RGA REINSURANCE COMPANY 1370 TIMBERLAKE MANOR PARKWAY CHESTERFIELD MO 63017 |
| RGA REINSURANCE CO. | C/O CT CORPORATION SYSTEM 120 SOUTH CENTRAL AVENUE, SUITE 400 ATTN: DANIEL T. GLOWSKI, VP & ASST. GEN. COUNSEL CLAYTON MO 63105 |
| ROYAL BANCSHARES OF PENNSYLVANIA | JAMES L. GARRITY, JR., ESQ. MORGAN, LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY 10178-0060 |
| ROYAL BANCSHARES OF PENNSYLVANIA | 732 MONTGOMERY AVENUE ATTN: ROBERT R. TABAS, CEO NARBETH PA 19072 |
| SAFETY NATIONAL CASUALTY CORPORATION | SIMONE R. BONNET, ESQ. SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| SAFETY NATIONAL CASUALTY CORPORATION | 1832 SCHUETZ ROAD ATTN: MARK WILHELM, CEO ST. LOUIS MO 63146 |
| SBC MASTER PENSION TRUST | MELLON TRUST OF NEW ENGLAND, N.A., TRUSTEE FOR SBC MASTER PENSION TRUST 201 WASHINGTON STREET BOSTON MA 02108 |
| SBSI, INC. | C/O CSC ENTITY SERVICES, LLC 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| SCOR GLOBAL LIFE SE | 1 AVENUE DU GENERAL DE GAULLE, ATTN: DENIS KESSLER, CEO 433 935 558 R.C.S. NANTERRE PUTEAUX 92800 FRANCE |
| SCOR GLOBAL P&C SE | 1 AVENUE DU GENERAL DE GAULLE, ATTN: DENIS KESSLER, CEO 352 980 619 R.C.S. NANTERRE PUTEAUX 92800 FRANCE |
| SCOR REINSURANCE COMPANY | ONE SEAPORT PLAZA 199 WATER STREET, SUITE 2100 ATTN: HENRY KLECAN, JR., CEO |

| Claim Name | Address Information |
|---|---|
| SCOR REINSURANCE COMPANY | NEW YORK NY 10038 |
| SCOR SE | 5 AVENUE KLEBER ATTN: DENIS KESSLER, CEO PARIS CEDEX 16 75795 FRANCE |
| SECURITY BENEFIT LIFE INSURANCE CO. | KATHARINE L. MAYER, ESQ. MCCARTER & ENGLISH LLP RENAISSANCE CENTRE 405 N. KING STREET, 8TH FLOOR WILMINGTON DE 19801-3717 |
| SECURITY BENEFIT LIFE INSURANCE CO. | ONE SECURITY BENEFIT PLACE ATTN: KRIS A. ROBBINS, PRESIDENT TOPEKA KS 66636 |
| SENTINEL MANAGEMENT GROUP INC. | C/O ERIC A. BLOOM 650 DUNDEE ROAD, SUITE 460 NORTHBROOK IL 60062 |
| SHENANDOAH LIFE INSURANCE COMPANY | 2301 BRAMBLETON AVENUE SW ATTN: ROBERT W. CLARKE, PRESIDENT ROANOKE VA 24015 |
| SHENANDOAH LIFE INSURANCE COMPANY | PHILIP W. PARKER, ESQ. P.O. BOX 12847 ROANOKE VA 24029 |
| SHIELD SECURITIES, LTD. | CHANNEL ISLANDS JERSEY |
| SHIN KONG LIFE INSURANCE CO., LTD. | SHIN KONG LIFE TOWER 66 CHUNG-HSIAO WEST ROAD SECTION 1 TAIPEI TAIWAN |
| SHIN KONG LIFE INSURANCE CO., LTD. | 66 CHUNG HSIAO WEST ROAD, SECTION 1 TAIPEI TAIWAN, R.O.C. |
| SHINHAN BANK | C/O STEVEN M. PESNER, ESQ. DEBORAH NEWMAN, ESQ. ROXANNE TIZRAVESH, ESQ. AKIN GUMP STRAUSS HAUER & FELD LLP ONE BRYANT PARK NEW YORK NY 10036 |
| SILVER ELMS CDO PLC | 5 HARBOURMASTER PLACE IFSC DUBLIN 1 IRELAND |
| SILVER ELMS CDO PLC | CHRISTOPHER M. DESIDERIO, ESQ. NIXON PEABODY LLP 437 MADISON AVENUE NEW YORK NY 10022-7039 |
| SILVERMINE CAPITAL MANAGEMENT LLC | 281 TRESSER BOULEVARD FLOOR 11 ATTN: STEVEN KALIN, SENIOR PARTNER STAMFORD CT 06901-3209 |
| SIMONE R. BONNET, ESQ. | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| SMH CAPITAL ADVISORS | C/O RICK BERRY 3100 CHASE TOWER HOUSTON TX 77002 |
| SOCIETE GENERALE INVESTMENT | CORPORATION 1221 AVENUE OF AMERICAS ATTN: IGOR LITVAK, EXECUTIVE OFFICER AND CRAIG OVERLANDER, CEO NEW YORK NY 10020 |
| SOCIETE GENERALE INVESTMENT CORPORATION | C/O STEVEN WOLOWITZ, ESQ. MAYER BROWN LLP 1675 BROADWAY 1675 BROADWAY NEW YORK NY 10019 |
| STANDARD LIFE INSURANCE COMPANY OF INDIANA | C/O STEPHEN W. ROBERTSON, INDIANA INSURANCE COMMISSIONER 311 WEST WASHINGTON STREET, SUITE 300 311 WEST WASHINGTON STREET, SUITE 300 INDIANAPOLIS IN 46204-2787 |
| STANDARD LIFE INSURANCE COMPANY OF INDIANA | JOHN T. MURPHY, ESQ. ICE MILLER LLP,  ATTORNEY FOR STEPHEN W. ROBERTSON IN HIS ROLE  AS REHABILITATOR OF STANDARD LIFE INSURANCE CO., ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS IN 46282-0200 |
| STANTON ABS I P.L.C. | TRINITY HOUSE CHARLESTON ROAD RANELAGH, DUBLIN 6 IRELAND |
| STANTON ABS I P.L.C. | C/O BDO BEAUX LANE HOUSE MERCER STREET LOWER DUBLIN 2 IRELAND |
| STANTON CDO I LTD. | STANTON CDO I SA 9B, BOULEVARD PRINCE HENRI CP LUXEMBOURG 1724 LUXEMBOURG |
| STARLING STRATEGIES LTD. | P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GEORGE TOWN, GRAND CAYMAN KY1-1002 CAYMAN ISLANDS |
| STATE STREET CUSTODIAL SERVICES (IRELAND) LIMITED | 78 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| STICHTING SHELL PENSIOENFOND | SIR WINSTON CHURCHILLAAN 366H ATTN: BART VAN DER STEENSTRATEN, DIRECTOR RIJSWIJK ZH 2285SJ THE NETHERLANDS |
| STRUCTURED CREDIT AMERICA LTD | BRACKEN HOUSE ONE FRIDAY STREET LONDON EC4M 9JA UNITED KINGDOM |
| STRUCTURED CREDIT OPPORTUNITIES FUND | II, LP MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1004 CAYMAN ISLANDS |
| STRUCTURED CREDIT OPPORTUNITIES FUND II, LP | C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET UGLAND HOUSE, SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1004 CAYMAN ISLANDS |
| SUN LIFE ASSURANCE COMPANY OF CANADA | 150 KING STREET WEST, SUITE 1400 ATTN: DEAN A. CONNOR, CEO TORONTO ON M5H 1J9 CANADA |
| SUN LIFE FINANCIAL CANADA | 227 KING STREET SOUTH ATTN: KEVIN DOUGHERTY, PRESIDENT WATERLOO ON N2J 4C5 CANADA |
| SUN LIFE FINANCIAL CANADA | JEFFREY CEDRONE, SENIOR COUNSEL 1 SUN LIFE PARK WELLESLEY HILLS MA 02481 |
| SUSQUEHANNA BANK | ANDREW D. GOTTFRIED, ESQ. MORGAN, LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY 10178 |

| Claim Name | Address Information |
|---|---|
| SUSQUEHANNA BANK | C/O WILLIAM T. BEDEN, PRESIDENT 9E. MAIN STREET LITITZ PA 17543 |
| SUSQUEHANNA BANK | 1570 MANHEIM PIKE LANCASTER PA 17604-3300 |
| TAIWAN LIFE | 17 HSU CHANG STREET, 18TH FLOOR TAIPEI CITY TAIWAN, R.O.C. |
| TAIWAN LIFE | AMANDA J. GALLAGHER, ESQ. STERLING P.A. DARLING, JR., ESQ. LINKLATERS LLP 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| TERRY BURMAN | KATE M. BRADLEY, ESQ. BROUSE MCDOWELL 388 SOUTH MAIN STREET, SUITE 500 AKRON OH 44311-4407 |
| TERRY BURMAN | 24086 DERRWOOD DRIVE AKRON OH 44333 |
| TERWIN HOLDINGS LLC D/B/A THE | WINTER GROUP 45 ROCKEFELLER PLAZA, SUITE 420 NEW YORK NY 10111 |
| THE BANK OF FUKUOKA, LTD. | POSTAL CODE 810-0001 2-13-1 TENKIN CHUO-KU FUKUOKA-SHI, FUKUOKA 810-001 JAPAN |
| THE BANK OF FUKUOKA, LTD. | ONE LIBERT PLAZA 165 BROADWAY, 47TH FL. NEW YORK NY 10006 |
| THE DAEGU BANK, LTD. | 118 SU-SUNG-DONG 2 GA SU-SUNG-GU DAEGU SOUTH KOREA |
| THE DISPATCH PRINTING COMPANY | STEVEN W. TIGGES, ESQ. 3500 HUNTINGTON CENTER 41 SOUTH HIGH STREET COLUMBUS OH 43215 |
| THE DISPATCH PRINTING COMPANY | 34 S. 3RD STREET ATTN: MICHAEL J. FIORILE, PRESIDENT COLUMBUS OH 43215 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | LINCOLN NATIONAL LIFE INSURANCE COMPANY 1300 SOUTH CLINTON ST FORT WAYNE IN 46802 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | STEPHANIE FARABOW, ESQ. AVP AND SENIOR COUNSEL LINCOLN FINANCIAL GROUP 1300 SOUTH CLINTON ST FORT WAYNE IN 46802 |
| THE LIVERPOOL LIMITED PARTNERSHIP | C/O LIVERPOOL ASSOCIATES LIMITED CANON'S COURT, 22 VICTORIA SECRET HAMILTON HM12 BERMUDA |
| THE WINTER GROUP | C/O NEW YORK STATE, DEPARTMENT OF STATE DIVISION OF CORPORATIONS, STATE RECORDS AND UNIFORM COMMERCIAL CODE STATE RECORDS AND UNIFORM COMMERCIAL CODE 99 WASHINGTON AVENUE, 6TH FLOOR ALBANY NY 12231 |
| THE WINTER GROUP (F/K/A | TERWIN CAPITAL, LLC) C/O NEW YORK STATE, DEPARTMENT OF STATE DIVISION OF CORPORATIONS, STATE RECORDS AND UNIFORM COMMERCIAL CODE |
| TIERRA ALTA FUNDING I LTD. | TIERRA ALTA FUNDING I, LTD C/O MAPLES AND CALDER LIMITED P.O. BOX 309 UGLAND HOUSE SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1004 CAYMAN ISLANDS |
| TIERRA ALTA FUNDING I, CORP. | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| UBS AG LONDON BRANCH | VERENA BURHAND DAVID FLACK LEGAL & COMPLIANCE 1 FINSBURY AVENUE LONDON EC2M 2PP UNITED KINGDOM |
| UBS AG LONDON BRANCH | 1 FINSBURY AVENUE ATTN: JOHN CRYAN, CE LONDON EC2M 2PP UNITED KINGDOM |
| UBS FIXED INCOME | AESCHENVORSTADT 1 ATTN: JERKER JOHANSSON, CEO* BASEL 4051 SWITZERLAND |
| UBS FIXED INCOME | BAHNHOFSTRASSE 45 ATTN: JERKER JOHANSSON, CEO* ZURICH 8001 SWITZERLAND |
| UBS SECURITIES LLC | 677 WASHINGTON BLVD. ATTN: TERESA RESSELL, CEO STAMFORD CT 06901 |
| UBS SECURITIES LLC | JOSHUA DORCHAK, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022 |
| UNICREDIT BANK AG, LONDON BRANCH | MOOR HOUSE/120 LONDON WALL LONDON EC2Y 5ET UNITED KINGDOM |
| UNICREDIT BANK AG, LONDON BRANCH | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| UNION INVESTMENT INSTITUTIONAL GMBH | UNION INVESTMENT GROUP WIESENHUTTENSTR. 10, D-60329 FRANKFURT AM MAIN GERMANY |
| UNION INVESTMENT INSTITUTIONAL GMBH | WIESENHUTTENSTR. 10, D-60329 ATTN: THOMAS FLECK, MANAGING DIRECTOR FRANKFURT AM MAIN GERMANY |
| UNION INVESTMENT INSTITUTIONAL GMBH | WIESENHUTTENSTR. 10, D-60329 ATTN: NIKOLAUS SILLEM, MANAGING DIRECTOR FRANKFURT AM MAIN GERMANY |
| VANDERBILT CAPITAL ADVISORS HOLDINGS, LLC | C/O CT CORPORATION SYSTEM 111 EIGHTH AVENUE NEW YORK NY 10011 |
| WELLS FARGO BANK, NATIONAL | ASSOCIATION 101 NORTH PHILIPS AVENUE ATTN: JOHN STUMPF, CEO SIOUX FALLS SD 57104 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | KEVIN J. BIRON, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | CASEY B. HOWARD, ESQ. LOCKE LORD BISSELL & LIDDELL LLP THREE WORLD FINANCIAL CENTER NEW YORK NY 10251 |

| Claim Name | Address Information |
|---|---|
| WELLS FARGO SECURITIES, LLC | KEVIN J. BIRON, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| WELLS FARGO SECURITIES, LLC | 2711 CENTERVILLE ROAD, SUITE 400 ATTN: JOHN HULLAR, CEO WILMINGTON DE 19808 |
| WHITEHAWK CDO FUNDING 2004-1, LTD. | WHITEHAWK CDO FUNDING LTD. C/O MAPLESSF LIMITED BOUNDARY HALL, CRICKET SQUARE, 171 ELGIN AVENUE GEORGE TOWN, GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| WHITEHAWK CDO FUNDING, LLC | C/O NATIONAL CORPORATE RESEARCH, LTD. 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| ZAIS INVESTMENT GRADE LIMITED II | MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET, CAYMAN ISLANDS CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED II | BOUNDARY HALL, CRICKET SQUARE GEORGETOWN, GRAND CAYMAN CAYMAN ISLANDS KY11104 CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED V | MAPLESFS LIMITED PO BOX 1093 QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET, CAYMAN ISLANDS CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED V | BOUNDARY HALL, CRICKET SQUARE GEORGETOWN, GRAND CAYMAN CAYMAN ISLANDS KY11104 CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED VI | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET CAYMAN ISLANDS CAYMAN ISLANDS |

Total Creditor count  310

**LBH ADV668 6-29-12**

STANDARD CHARTERED BANK
ATTN: MARC CHAIT
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

**LBH ADV668 6-29-12**

STANDARD CHARTERED BANK KOREA
C/O STANDARD CHARTERED BANK
ATTN: MARC CHAIT
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

**LBH ADV043 6-29-12**

STEPHEN J. SHIMSHAK, ESQ.
PAUL, WEISS, RIFKAND, WHARTON & GARRISON
LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019

**LBH ADV043 6-29-12**

CLAUDIA HAMMERMAN, ESQ.
PAUL, WEISS, RIFKAND, WHARTON & GARRISON
LLP
1285 AVENUE OF THE AMERICAS
 NEW YORK, NEW YORK 10019

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS | ANTHONY W. CLARK, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE RODNEY SQUARE P.O. BOX 636 WILMINGTON DE 19899-0636 |
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS | AFLAC US AFLAC INCORPORATED 1932 WYNNTON RD. COLUMBUS GA 31999-0001 |
| AMERITAS LIFE INS. CORP. | DANIEL S. SHICK, ESQ. VICE PRESIDENT, ASSOCIATE GENERAL COUNSEL AMERITAS 1876 WAYCROSS RD. CINCINNATI OH 45240 |
| AMERITAS LIFE INS. CORP. | 5900 O. STREET LINCOLN NE 68506 |
| ANZ INVESTMENT BANK | 833 COLLINS STREET ANZ CENTRE, LEVEL 9 DOCKLANDS, MELBOURNE VIC 3008 AUSTRALIA |
| ANZ NOMINEES LIMITED | LEVEL 6 100 QUEEN STREET, MELBOURNE, VIC 3000 AUSTRALIA |
| ANZ NOMINEES LIMITED | ADRIAN KENNEDY, ESQ. CORPORATE LAWYER DISPUTE RESOLUTION GROUP AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED LEVEL 9A, 833 COLLINS STREET DOCKLANDS, VIC 3008 AUSTRALIA |
| ATLANTIC CENTRAL BANKERS BANK | 1400 MARKET STREET CAMP HILL PA 17011-4831 |
| ATLAS SPECIALTY INSURANCE LIMITED | (F/K/A AXIS SPECIALTY LTD. PIMCO HEDGE) CLAREDON HOUSE 2 CHURCH STREET 2 CHURCH STREET HAMILTON HM 11 BERMUDA |
| AXIS SPECIALTY LTD PIMCO HEDGE | CLAREDON HOUSE 2 CHURCH STREET HAMILTON HM 11 BERMUDA |
| BANCO CREDITO DEL PERU | C/O SHERMAN AND STERLING LLP 599 LEXIGTON AVE. ATTN:  ANDREW V. TENZER, ESQ. ATTN:  ANDREW V. TENZER, ESQ. NEW YORK NY 10522 |
| BANK OF CHINA | 410 MADISON AVENUE NEW YORK NY 10017 |
| BANK SINOPAC (F/K/A INTERNATIONAL BANK OF TAIPEI) | INTERNATIONAL BANK OF TAIPEI 26 NAN KING EAST ROAD SECTION 3 TAIPEI CITY 10411 TAIWAN, R.O.C. |
| BANK SINOPAC (F/K/A INTERNATIONAL BANK OF TAIPEI) | BERNARD J. COONEY, ESQ. LOWENSTEIN SANDLER PC 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BARCLAYS BANK PLC | C/O ROBINSON B. LACY, ESQ. SULLIVAN & CROMWELL LLP 125 BROAD STREET 125 BROAD STREET NEW YORK NY 10004 |
| BARCLAYS CAPITAL, INC. | ROBINSON B. LACY, ESQ. SULLIVAN & CROMWELL LLP 125 BROAD STREET NEW YORK NY 10004 |
| BARCLAYS CAPITAL, INC. | 745 SEVENTH AVE NEW YORK NY 10019 |
| BASIS CAPITAL PTY LIMITED | LEVEL 13, REGUS MACQUARIE HOUSE 167 MACQUARIE STREET SYDNEY, NSW 2000 AUSTRALIA |
| BENEFICIAL FINANCIAL GROUP | 150 SOCIAL HALL AVENUE SALT LAKE CITY UT 84136 |
| BERYL FINANCE LIMITED SERIES 2007-17 | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2007-18 | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET CAYMAN ISLANDS GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| BIG HORN CDO 2007-1-COLLATERAL | BIG HORN STRUCTURED FUNDING CDO 2007-1 MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1002 CAYMAN ISLANDS |
| BLUE CROSS BLUE SHIELD OF MICHIGAN FOUNDATION | 600 LAFAYETTE EAST SUITE 1929 DETROIT MI 48226 |
| BLUE HERON FUNDING II, INC. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING II, INC. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING IX, INC. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING IX, INC. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING V, INC. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING V, INC. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING VI, INC. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING VI, INC. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |

| Claim Name | Address Information |
|---|---|
| BLUE HERON FUNDING VII, INC. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING VII, INC. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BONNIE BURMAN | KATE M. BRADLEY, ESQ. BROUSE MCDOWELL 388 SOUTH MAIN STREET, SUITE 500 AKRON OH 44311-4407 |
| BONNIE BURMAN | 24086 DERRWOOD DRIVE AKRON OH 44333 |
| BRODERICK CDO 3, LTD. | WALKER HOUSE 87 MARY STREET GEORGE TOWN, GRAND CAYMAN GEORGE TOWN, GRAND CAYMAN CAYMAN ISLAN DS KY1-9002 CAYMAN ISLANDS |
| CAISSES D'EPARGNE PARTICIPATIONS, A | SOCIETE ANONYME 5 RUE MASSERAN ATTN: M. BERNARD COMOLET, CHAIRMAN PARIS 75007 FRANCE |
| CANADIAN IMPERIAL BANK OF COMMERCE | C/O BRIAN TRUST, ESQ. MAYER BROWN LLP 1675 BROADWAY 1675 BROADWAY NEW YORK NY 10019 |
| CANNINGTON FUNDING, LTD. | 281 TRESSER BLVD. TWO STAMFORD PLAZA, SUITE 1102 STAMFORD CT 06901 |
| CANNINGTON FUNDING, LTD. | DANIEL N. JOCELYN, ESQ. MCDERMOTT WILL & EMERY LLP 340 MADISON AVENUE NEW YORK NY 10173 |
| CHEYNE CLO INVESTMENTS I LTD. | JEFFREY BRONHEIM, ESQ. STOMOWAY HOUSE 13 CLEVELAND ROW LONDON SW1A 1DH GREAT BRITAIN |
| CHEYNE CLO INVESTMENTS I LTD. | CHEYNE CLO INVESTMENTS I LIMITED 5 HARBOURMASTER PLACE INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| CITICORP NOMINEES PTY LTD. | CITICORP NOMINEES PTY LIMITED GPO BOX 764G MELBOURNE, VIC 300 AUSTRALIA |
| CITICORP NOMINEES PTY LTD. | JEFFREY W. GETTLEMAN, ESQ. KIRKLAND & ELLIS LLP 300 NORTH LA SALLE STREET CHICAGO IL 60654 |
| CITIGROUP GLOBAL MARKETS, INC. | CITIGROUP GLOBAL MARKETS INC. 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS, INC. | ELIZABETH HAMMERMAN, ESQ. WILLIAM CLAREMAN, ESQ. PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITY OF PHILADELPHIA BOARD OF | PENSIONS AND RETIREMENT 2 PENN CENTER PLAZA, 16TH FLOOR ATTN: CHRIS MCDONOUGH, CHIEF INVESTMENT OFFICER PHILADELPHIA PA 19102 |
| CITY OF PHILADELPHIA PERS | C/O CHRIS MCDONOUGH 2 PENN CENTER PLAZA, 16TH FLOOR PHILADELPHIA PA 19102 |
| CITY OF PHILADELPHIA PERS | BENJAMIN J. HINERFELD, ESQ. DEPUTY CITY SOLICITOR PENSION & INVESTMENT UNIT CITY OF PHILADELPHIA LAW DEPARTMENT 1515 ARCH STREET, 17TH FLOOR PHILADELPHIA PA 19102 |
| CITY OF SOMERVILLE RETIREMENT SYSTEM | C/O MARY PHINNEY CITY HALL ANNEX 50 EVERGREEN AVE. 50 EVERGREEN AVE. SOMERVILLE MA 02145 |
| CLASS V FUNDING III, CORP. | BANK OF AMERICA, N.A. AS FORMER TRUSTEE C/O MICHAEL E. JOHNSON, ESQ. ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10016 |
| CLASS V FUNDING III, CORP. | C/O THE CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON DE 19801 |
| CLASS V FUNDING III, LTD. | C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE, QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET, CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| CLEARSTREAM BANKING SA | ATTN: JEFFREY TESSLER, CEO 42 AVENUE JF KENNEDY LUXEMBOURG L-1855 LUXEMBOURG |
| CONTINENTAL LIFE INSURANCE COMPANY | OF BRENTWOOD TENNESSEE DAVID B. ZOFFER, ESQ. 6620 WEST BROAD STREET, BUILDING 2 RICHMOND VA 23230 |
| CONTINENTAL LIFE INSURANCE COMPANY | OF BRENTWOOD, TENNESSEE ATTN: CHRISTOPHER M. OLSEN, PRESIDENT 101 CONTINENTAL PLACE BRENTWOOD TN 37027 |
| COOPERATIEVE CENTRALE RAIFFEISEN- | BOERENLEENBAK, B.A. 10 EXCHANGE PLACE, 16TH FLOOR JERSEY CITY NJ 07302 |
| COOPERATIEVE CENTRALE RAIFFEISEN- | BOERENLEENBAK, B.A. ROBERT GUTTMANN, ESQ. ZEICHNER ELLMAN & KRAUSE LLP 575 LEXINGTON AVENUE NEW YORK NY 10022 |
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBAK, | B.A. ATTN: DAVID DIETZ, CFO 245 PARK AVENUE NEW YORK NY 10167-3700 |
| COUNTRY LIFE INSURANCE COMPANY | 1701 N. TOWANDA AVENUE ATTN:  KURT F. BOCK BLOOMINGTON IL 61701-2057 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | (F/K/A CALYON NEW YORK) C/O ANDREW BROZMAN, ESQ. CLIFFORD CHANCE US LLP 31 W. 52ND STREET NEW YORK NY 10019 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | ATTN: JEAN FRANCOIS DEROCHE, SENIOR REGIONAL OFFICER 1301 AVENUE OF THE AMERICAS -15TH FLOOR NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| CUTWATER ASSET MANAGEMENT | (F/K/A MBIA CAPITAL MANAGEMENT) ATTN: CLIFFORD D. CORSO, CEO 113 KING STREET ARMONK NY 10504 |
| DEPPING 1999 INVESTMENT LIMITED PARTNERSHIP | HOLLACE TOPOL COHEN, ESQ. TROUTMAN & SANDERS LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| DEPPING 1999 INVESTMENT LIMITED PARTNERSHIP | DEPPING 1999 INVESTMENT LIMITED 3 FIXED MARGIN ATTN:  THOMAS DEPPING 5602 RAPIDBROOK KINGWOOD TX 77345-1922 |
| DEUTSCHE APOTHEKER-UND ARZTEBANK | RICHARD-OSKAR-MATTERN-STRABE 6 ATTN: GERHARD K. GIRNER, MANAGING MEMBER DUSSELDORF 40547 GERMANY |
| DEUTSCHE BANK AG, LONDON BRANCH | WINCHESTER HOUSE ATTN: COLIN GRASSIE, CEO 1 GREAT WINCHESTER STREET LONDON EC2N 2DB GREAT BRITAIN |
| DIADEM CITY CDO LIMITED | WALKERS SPV LIMITED WALKER HOUSE P.O. BOX 908 GT, GEORGE TOWN GRAND CAYMAN |
| DIVERSEY HARBOR ABS CDO, INC. | CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| DIVERSEY HARBOR ABS CDO, INC. | U.S. BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE C/O FRANKLIN H. TOP, III CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| DIVERSEY HARBOR ABS CDO, LTD. | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET 87 MARY STREET GRAND CAYMAN KY1-9001 CAYMAN ISLANDS |
| DIVERSEY HARBOR ABS CDO, LTD. | U.S. BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE C/O FRANKLIN H. TOP, III CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| EASTERN METROPOLITAN REGIONAL COUNCIL | ATTN: PETER B. SCHNEIDER 1ST FLOOR, ASCOT PLACE 226 GREAT EASTERN HWY BELMONT, WA 6104 AUSTRALIA |
| EDISON INTERNATIONAL | P.O. BOX 976 ROSMEAD CA 91770 |
| EDISON INTERNATIONAL | C/O VIVKI KAISER P.O. BOX 800 2244 WALNUT GROVE AVE. ROSEMEAD CA 91770 |
| ELLIOTT INTERNATIONAL, L.P. | C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1104 CAYMAN ISLANDS |
| EMBASSY & CO. | C/O U.S. BANK CORPORATE TRUSTEE SERVICES 60 LIVINGSTONE AVENUE ST. PAUL MN 55107 |
| ENSIGN PEAK ADVISORS | JUSTIN W. STARR, ESQ. KIRTON & MCCONKIE 1800 EAGLE GATE TOWER 60 EAST SOUTH TEMPLE P.O. BOX 45120 SALT LAKE CITY UT 84145 |
| ENSIGN PEAK ADVISORS INC. | ATTN; ROGER G. CLARK, PRESIDENT 50 E. NORTH TEMPLE 2WW SALT LAKE CITY UT 84150 |
| EUROAMERICA SEGUROS DE VIDA SA | AV. APOQUINDO 3885 PISO 19 LAS CONDES SANTIAGO CHILE |
| EUROCLEAR BANK SA/NV | BOULEVARD DU ROI ALBERT II 1 ATTN: TIM HOWELL, CEO BRUXELLES 1210 BELGIUM |
| FAR GLORY LIFE INSURANCE CO., LTD. | 200 KEELUNG ROAD, 18F, SEC 1 TAIPEI 11042 TAIWAN |
| FAXTOR HG 2007-1 CDO | DEUTSCHE BANK (CAYMAN) LIMITED P.O. BOX 1984, BOUNDARY HALL GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS KY1-1109 CAYMAN ISLANDS |
| FAXTOR HG 2007-1 CDO | CHRISTOPHER M. DESIDERIO, ESQ. NIXON PEABODY LLP 437 MADISON AVENUE NEW YORK NY 10022 |
| FIRST TRUST STRATEGIC HIGH INCOME I | 120 E. LIBERTY DR. ATTN: JAMES A. BOWEN, CEO WHEATON IL 60187 |
| FIRST TRUST STRATEGIC HIGH INCOME I | JEFFREY G. CLOSE, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| FIRST TRUST STRATEGIC HIGH INCOME II | 120 E. LIBERTY DR. ATTN: JAMES A. BOWEN, CEO WHEATON IL 60187 |
| FIRST TRUST STRATEGIC HIGH INCOME II | JEFFREY G. CLOSE, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| FIRST TRUST STRATEGIC HIGH INCOME III | 120 E. LIBERTY DR. ATTN: JAMES A. BOWEN, CEO WHEATON IL 60187 |
| FIRST TRUST STRATEGIC HIGH INCOME III | JEFFREY G. CLOSE, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| FORWARD FUNDS | CHRISTINE STANSBERY VP - COMPLIANCE FORWARD MANAGEMENT, LLC 101 CALIFORNIA STREET, SUITE 1600 SAN FRANCISCO CA 94111 |
| FORWARD FUNDS | C/O CT CORPORATION 1801 WEST BAY DRIVE NORTHWEST, SUITE 206 OLYMPIA WA 98501 |
| FORWARD INVESTMENT GRADE FIXED INCOME FUND | CHRISTINE STANSBERY VP - COMPLIANCE FORWARD MANAGEMENT, LLC 101 CALIFORNIA STREET, SUITE 1600 SAN FRANCISCO CA 94111 |
| FORWARD INVESTMENT GRADE FIXED INCOME | C/O CT CORPORATION 1801 WEST BAY DRIVE NORTHWEST, SUITE 206 OLYMPIA WA 98501 |

| Claim Name | Address Information |
|---|---|
| FUND | C/O CT CORPORATION 1801 WEST BAY DRIVE NORTHWEST, SUITE 206 OLYMPIA WA 98501 |
| FULTON STREET CDO CORP. | FULTON STREET CDO FUNDING CORP. C/O NATIONAL CORPORATE RESEARCH, LTD. 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| GARADEX INC. | C/O EDWARD A. SMITH, ESQ. VENABLE LLP ROCKEFELLER CENTER ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS, 25TH FLOOR NEW YORK NY 10020 |
| GARLAND INVESTMENT MANAGEMENT INC. | C/O BRIAN D. KOOSED, ESQ. K&L GATES LLP 599 LEXINGTON AVENUE 599 LEXINGTON AVENUE NEW YORK NY 10022-6030 |
| GATEX PROPERTIES INC. | C/O VENABLE LLP 1270 AVENUE OF THE AMERICAS ATTN: MARGALIT A. MOCHE, ESQ. ATTN: MARGALIT A. MOCHE, ESQ. NEW YORK NY 10020 |
| GATEX PROPERTIES INC. | EDWARD A. SMITH, ESQ. VENABLE LLP 1270 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| GENERAL SECURITY NATIONAL INSURANCE | ISRAEL SILVERMAN, ESQ. GENERAL SECURITY NATIONAL SECURITY COMPANY LAW DEPARTMENT ONE SEAPORT PLAZA 199 WATER STREET, SUITE 1200 NEW YORK NY 10038-3526 |
| GENERAL SECURITY NATIONAL INSURANCE | C/O NATIONAL CON-SERV, INC. 451 HUNGERFORD DRIVE, STE. 408 ROCKVILLE MD 20850 |
| GENWORTH LIFE AND ANNUITY INSURANCE CO. - LV SPIA | DAVID B. ZOFFER, ESQ. GENWORTH FINANCIAL DEPUTY GENERAL COUNSEL - LITIGATION 6620 WEST BROAD STREET, BUILDING 2 RICHMOND VA 23230 |
| GENWORTH LIFE AND ANNUITY INSURANCE CO. - LV SPIA | 6620 WEST BROAD STREET ATTN: PAMELA S. SCHUTZ, CEO RICHMOND VA 23230 |
| GENWORTH LIFE AND ANNUITY INSURANCE CO. - LV STISL | DAVID B. ZOFFER, ESQ. GENWORTH FINANCIAL DEPUTY GENERAL COUNSEL - LITIGATION 6620 WEST BROAD STREET, BUILDING 2 RICHMOND VA 23230 |
| GENWORTH LIFE AND ANNUITY INSURANCE CO. - LV STISL | 6620 WEST BROAD STREET ATTN: PAMELA S. SCHUTZ, CEO RICHMOND VA 23230 |
| GEOMETRIC ASSET FUNDING LTD. | C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| GLEN R. COPELAND | ASSISTANT VICE-PRESIDENT & SENIOR COUNSEL LAW DEPARTMENT SUN LIFE ASSURANCE COMPANY OF CANADA 150 KING STREET WEST, SUITE 1400 TORONTO ON M5H 1J9 CANADA |
| GOLDMAN SACHS INTERNATIONAL | 133 FLEET STREET ATTN: MICHAEL S. SHERWOOD, CO-CEO LONDON EC4A 2BB UNITED KINGDOM |
| GOLDMAN, SACHS & CO. | CARMINE D. BOCCUZZI, JR., ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006-1470 |
| GOLDMAN, SACHS & CO. | 200 WEST STREET ATTN: LLOYD C. BLANKFEIN, CEO NEW YORK NY 10282 |
| GORDON RAUSSER | 207 GIANNINI HALL, MC 3310 UNIVERSITY OF CALIFORNIA BERKELEY CA 94720-3310 |
| GORDON RAUSSER (DEFINED BENEFIT PENSION PLAN) | 207 GIANNINI HALL, MC 3310 UNIVERSITY OF CALIFORNIA BERKELEY CA 94720-3310 |
| GORDON RAUSSER (IRA) | 207 GIANNINI HALL, MC 3310 UNIVERSITY OF CALIFORNIA BERKELEY CA 94720-3310 |
| GRAND AVENUE CDO III | GRAND AVENUE CDO III, LTD. C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLAN KY1-1102 CAYMAN ISLANDS |
| GROUPE CAISSE D'EPARGNE | 50, AV PIERRE MENDES FRANCE ATTN: M. BERNARD COMOLET, CHAIRMAN PARIS 75013 FRANCE |
| GUOHUA LIFE INSURANCE CO. LTD. | SHANGHAI WORLD FINANCIAL CENTER NO.100, CENTURY AVE. PUDONG NEW AREA PUDONG NEW AREA SHANGHAI CHINA |
| HAVENROCK II LIMITED | 26 NEW STREET ST. HELIER, JERSEY JE2 3RA CHANNEL ISLANDS |
| HELIOS ADVANTAGE INCOME FUND INC. | (F/K/A RMK ADVANTAGE INCOME FUND, INC.) C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET, SUITE 1660 BALTIMORE MD 21202 |
| HELIOS HIGH INCOME FUND INC. | (F/K/A RMK HIGH INCOME FUND INC.) C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET, SUITE 1660 BALTIMORE MD 21202 |
| HELIOS MULTI-SECTOR HIGH INCOME FUND INC. | (F/K/A RMK MULTI-SECTOR HIGH INCOME FUND INC.) C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET, SUITE 1660 BALTIMORE MD 21202 |
| HELIOS STRATEGIC INCOME FUND INC. | (F/K/A RMK STRATEGIC INCOME FUND INC.) C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET, SUITE 1660 BALTIMORE MD 21202 |
| HHE PARTNERSHIP LP | 2700 DELK ROAD, SUITE 100 MARIETTA GA 30067 |
| HSBC ISSUER SERVICES COMMON DEPOSITORY | NOMINEE (UK) LIMITED 8 CANADA SQUARE ATTN: MICHAEL ANTHONY MCPOLIN, DIRECTOR |

| Claim Name | Address Information |
|---|---|
| HSBC ISSUER SERVICES COMMON DEPOSITORY | LONDON E14 5HQ UNITED KINGDOM |
| IHOR G. RAKOWSKY, ESQ. | DIRECTOR AND ASSOCIATE GENERAL COUNSEL CITI ALTERNATIVE INVESTMENTS 731 LEXINGTON AVENUE, 23RD FLOOR NEW YORK NY 10022 |
| IKB DEUTSCHE INDUSTRIEBANK AG | ATTN: GUNTHER BRAUNIG, CEO WILHELM-BOZKES-STRASSE 1 DUSSELDORF 40474 GERMANY |
| IKB DEUTSCHE INDUSTRIEBANK AG | RICHARD F. SCHWED, ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ILLINOIS MUNICIPAL RETIREMENT FUND | 2211 YORK ROAD, STE. 400 ATTN: GWEN HENRY, PRESIDENT OAK BROOK IL 60523-2337 |
| ILLINOIS MUNICIPAL RETIREMENT FUND | KATHLEEN O' BRIEN, ESQ. GENERAL COUNSEL 2211 YORK ROAD, SUITE 500 2211 YORK ROAD, SUITE 500 OAKBROOK IL 60523-2374 |
| ILLINOIS MUTUAL LIFE INSURANCE COMPANY | 300 SW ADAMS ATTN: MICHAEL A. MCCORD, PRESIDENT PEORIA IL 61634 |
| INTEGRA CANADIAN FIXED INCOME PLUS FUND | C/O INTEGRA CAPITAL QUEBEC CORPORATION 2020 WINSTON PARK SUITE 200 SUITE 200 OAKVILLE ON L6H 6X7 CANADA |
| J.P. MORGAN SECURITIES, LTD. | 120 LONDON WALL ATTN: CONNOR SHERRARD, EXECUTIVE DIRECTOR LONDON EC2Y 5ET UNITED KINGDOM |
| JA HOKKAIDO SHINREN | JA - HOKKAIDO SHINREN 1-1, KITA 4 JO-NISHI CHUO-KU, SAPPORO CITY HOKKAIDO 060-0004 JAPAN |
| JOHN T. UNGER, ESQ. | THE EDELMAN FINANCIAL GROUP (SMH CAPITAL ADVISORS) 600 TRAVIS STREET, SUITE 5800 HOUSTON TX 77002 |
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION | IAN BOCZKO, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019-6150 |
| JP MORGAN SECURITIES, L.L.C. | J.P. MORGAN SECURITIES L.L.C. C/O CT CORPORATION SYSTEM 111 EIGHTH AVENUE NEW YORK NY 10011 |
| JP MORGAN SECURITIES, L.L.C. | IAN BOCZKO, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019-6150 |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | 1111 POLARIS PARKWAY ATTN:  JAMES DIMON, CEO COLUMBUS OH 43240 |
| KLIO II FUNDING CORP. | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVE., SUITE 204 NEWARK DE 19711 |
| KLIO II FUNDING CORP. | U.S. BANK AS TRUSTEE FOR KLIO II FUNDING CORP. C/O FRANKLIN H. TOP, III CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| KLIO III FUNDING CORP. | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVE., SUITE 204 NEWARK DE 19711 |
| KLIO III FUNDING CORP. | U.S. BANK AS TRUSTEE FOR KLIO III FUNDING CORP. C/O FRANKLIN H. TOP, III CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| LANCER FUNDING II LTD. | LANCER FUNDING II, LTD. C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| LANCER FUNDING II, LLC | C/O NATIONAL CORPORATE RESEARCH, LTD. 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| LANCER FUNDING II, LLC | LASALLE BANK NATIONAL ASSOCIATION TRUSTEE FOR LANCER FUNDING II, LLC 540 WEST MADISON STREET, SUITE 500 CHICAGO IL 60661 |
| LIFEPLAN AUSTRALIA FRIENDLY SOCIETY LTD. | LEVEL 14 114 ALBERT ROAD ATTN: ROHAN MEAD, MANAGING DIRECTOR SOUTH MELBOURNE, VIC 3205 AUSTRALIA |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | 1300 SOUTH CLINTON ST ATTN: DENNIS R. GLASS, CEO* FORT WAYNE IN 46802 |
| LONG ISLAND INTERNATIONAL LIMITED | C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET UGLAND HOUSE, SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1104 CAYMAN ISLANDS |
| LONG ISLAND INTERNATIONAL LIMITED | ROBINSON B. LACY, ESQ. SULLIVAN & CROMWELL LLP 125 BROAD STREET NEW YORK NY 10004-2498 |
| LONGSHORE CDO FUNDING 2007-3, LTD. | DEUTSCHE BANK (CAYMAN) LIMITED P.O. BOX 1984 171 ELGIN AVE., BOUNDARY HALL, 171 ELGIN AVE., BOUNDARY HALL, CRICKET SQUARE GRAND CAYMAN, KY1-1104 CAYMAN ISLANDS |
| LORELEY FINANCING (JERSEY) NO. 15 LIMITED | LORELEY FINANCING (JERSEY) 15 LIMITED 26 NEW ST. ST. HELIER JERSEY JE2 3RA CHANNEL ISLANDS |
| LORELEY FINANCING (JERSEY) NO. 9 LIMITED | 26 NEW ST. ST. HELIER JERSEY JE2 3RA CHANNEL ISLANDS |
| MACQUARIE BANK LTD. O/A MACQUARIE | P/L ALTERNATIVE INVESTMENT A/C NO. 1 MARTIN PLACE ATTN: NICHOLAS MOORE, |

| Claim Name | Address Information |
|---|---|
| PRISIM | EXECUTIVE DIRECTOR SYDNEY, NSW 2000 AUSTRALIA |
| MAGNETAR CONSTELLATION FUND II LTD. | MAGNETAR CONSTELLATION FUND II, LTD. C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| MAGNETAR CONSTELLATION FUND II LTD. | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MAGNETAR CONSTELLATION MASTER FUND III LTD. | MAGNETAR CONSTELLATION MASTER FUND III, LTD. C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| MAGNETAR CONSTELLATION MASTER FUND III LTD. | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MAGNETAR CONSTELLATION MASTER FUND LTD. | MAGNETAR CONSTELLATION MASTER FUND, LTD. C/O CITCO FUND SERVICES (CAYMAN ISLANDS) LIMITED 89 NEXUS WAY, 2ND FLOOR CAMANA BAY P.O. BOX 31106 GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |
| MAGNETAR CONSTELLATION MASTER FUND LTD. | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MARINER LDC | C/O STUARTS CORPORATE SERVICES LTD. P.O. BOX 2510 4TH FLOOR, CAYMAN FINANCIAL CENTER 4TH FLOOR, CAYMAN FINANCIAL CENTER 36A DR. ROY'S DRIVE CAYMAN ISLANDS KY1-1105 CAYMAN ISLANDS |
| MARINER-TRICADIA CREDIT STRATEGIES | MASTER FUND, LTD. C/O STUARTS CORPORATE SERVICES LTD. P.O. BOX 2510 4TH FLOOR, CAYMAN FINANCIAL CENTER 36A DR. ROY'S DRIVE CAYMAN ISLANDS KY1-1105 CAYMAN ISLANDS |
| MARSH & MCLENNAN MASTER RETIREMENT TRUST | 1166 AVENUE OF THE AMERICAS ATTN: BRIAN DUPERREAULT, CEO NEW YORK NY 10036 |
| MASTER TRUST BANK OF JAPAN LTD. | MTBJ BLDG., 2-11-3 ATTN: TOSHIO KOYAMA, CHAIRMAN HAMAMATSUCHO, MINATO-KU TOKYO 105-8579 JAPAN |
| MELLON TRUST OF NEW ENGLAND, N.A., TRUSTEE FOR | SBC MASTER PENSION TRUST 201 WASHINGTON STREET ATTN: JAMES P. PALERMO, PRESIDENT* BOSTON MA 02108 |
| MERRILL LYNCH INTERNATIONAL GLOBAL EQUITY FINANCE | 5 CANADA SQUARE LONDON E14 5AQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL GLOBAL EQUITY FINANCE | C/O CT CORPORATION SYSTEM 111 EIGHTH AVENUE NEW YORK NY 10011 |
| MERRILL LYNCH INTERNATIONAL GLOBAL EQUITY FINANCE | MICHAEL E. JOHNSON, ESQ. ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10011 |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED | MICHAEL E. JOHNSON, ESQ. ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10011 |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED | C/O BANK OF AMERICA CORPORATION 100 N. TRYON STREET ATTN: SALLY L. KRAWCHECK, CEO CHARLOTTE NC 28255 |
| MERRILL LYNCH PIERCE FENNER & SMITH/FIXED INCOME | MICHAEL E. JOHNSON, ESQ. ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10011 |
| MERRILL LYNCH PIERCE FENNER & SMITH/FIXED INCOME | C/O BANK OF AMERICA CORPORATION 100 N. TRYON STREET CHARLOTTE NC 28255 |
| MICHIGAN CARPENTERS PENSION FUND | 6525 CENTURION DRIVE ATTN: BART CARRIGAN, CHAIRMAN LANSING MI 48917-9275 |
| MIZUHO INTERNATIONAL PLC | BRACKEN HOUSE ONE FRIDAY STREET LONDON EC4M 9JA UNITED KINGDOM |
| MKP VELA CBO LTD. | MKP VELA CBO LTD C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| MODERN WOODMEN OF AMERICA, INC. | PETER C. DOYLE, ESQ. MODERN WOODMEN OF AMERICA 1701 FIRST AVENUE ROCK ISLAND IL 61201 |
| MODERN WOODMEN OF AMERICA, INC. | 1701 FIRST AVENUE ATTN: W. KENNY MASSEY, CEO ROCK ISLAND IL 61201 |
| MONEYGRAM SECURITIES LLC | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| MONEYGRAM SECURITIES LLC | PHILLIP BOHL, ESQ. GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A. 500 IDS CENTER 80 SOUTH 8TH STREET MINNEAPOLIS MN 55402 |
| MONTROSE HARBOR CDO I, INC. | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |

| Claim Name | Address Information |
|---|---|
| MONTROSE HARBOR CDO I, INC. | U.S. BANK AS TRUSTEE FOR MONTROSE HARBOR CDO I, INC. C/O FRANKLIN H. TOP, III, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| MONTROSE HARBOR CDO I, LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| MONTROSE HARBOR CDO I, LTD. | U.S. BANK AS TRUSTEE FOR MONTROSE HARBOR CDO I, LTD. C/O FRANKLIN H. TOP, III, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| MORGAN STANLEY & CO. INCORPORATED | BRENDAN SNODGRASS, ESQ. VICE PRESIDENT, LEGAL AND COMPLIANCE DIVISION 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MORGAN STANLEY & CO. INCORPORATED | 1585 BROADWAY ATTN: STEVEN CRAWFORD, CFO NEW YORK NY 10036 |
| MULBERRY STREET CDO, LTD. | PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| NATIONAL NOMINEES LIMITED | 125 QUEEN STREET LEVEL 9, BNZ TOWER AUCKLAND 1030 NEW ZEALAND |
| NATIONWIDE LIFE INSURANCE COMPANY | C/O LINDA WONG, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NATIONWIDE LIFE INSURANCE COMPANY | JAMES HANEY, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NATIONWIDE LIFE INSURANCE COMPANY | A.N. ERIC HENRICKS, ESQ. OFFICE OF THE CHIEF LEGAL GOVERNANCE OFFICER ONE NATIONWIDE PLAZA COLUMBUS OH 43215 |
| NATIONWIDE LIFE INSURANCE COMPANY | C/O CT CORPORATION SYSTEM 1300 EAST NINTH STREET CLEVELAND OH 44114 |
| NATIONWIDE MUTUAL INSURANCE COMPANY | ONE NATIONWIDE PLAZA 1-35-204 ATTN: STEPHEN S. RASMUSSEN, CEO COLUMBUS OH 43215 |
| NATIONWIDE MUTUAL INSURANCE COMPANY | A.N. ERIC HENRICKS, ESQ. OFFICE OF THE CHIEF LEGAL GOVERNANCE OFFICER ONE NATIONWIDE PLAZA COLUMBUS OH 43215 |
| NATIONWIDE MUTUAL LIFE INSURANCE CO. | NATIONWIDE MUTUAL LIFE INSURANCE COMPANY C/O LINDA WONG, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NATIONWIDE MUTUAL LIFE INSURANCE CO. | JAMES HANEY, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NONGHYUP BANK (F/K/A KOREA'S NATIONAL | AGRICULTURAL COOPERATIVE FEDERATION) 75 CHUNGJEONG-RO 1 GA JUNG-GU, SEOUL 137-737 SOUTH KOREA |
| NONGHYUP BANK (F/K/A KOREA'S NATIONAL | AGRICULTURAL COOPERATIVE FEDERATION) ROXANNE TIZRAVESH, ESQ. DEBRA NEWMAN, ESQ. AKIN GUMP STRAUSS HAUER & FELD LLP ONE BRYANT PARK NEW YORK NY 10036 |
| OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM | C/O OHIO ATTORNEY GENERAL MIKE DEWINE 30 E. BROAD ST., 14TH FLOOR COLUMBUS OH 43215 |
| OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM | 2711 EAST TOWN STREET COLUMBUS OH 43215-4642 |
| OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM | NELSON ALEXANDER, ESQ. FROST BROWN TODD LLC 201 NORTH ILLINOIS STREET SUITE 1900 INDIANAPOLIS IN 46204-4236 |
| OHIO STATE UNIVERSITY | C/O GARY LEIMBACH RIVERWATCH TOWER, SUITE B 364 WEST LANE AVENUE 364 WEST LANE AVENUE COLUMBUS OH 43201-4340 |
| OMICRON INVESTMENT MANAGEMENT GMBH | (F/K/A UNIQA ALTERNATIVE INVESTMENTS GMBH) HOHENSTAUFENGASSE 10/5.OG 1010 VIENNA AUSTRIA |
| OMICRON INVESTMENT MANAGEMENT GMBH | (F/K/A UNIQA ALTERNATIVE INVESTMENTS GMBH) VINCENT J. ROLDAN, ESQ. DLA PIPER LLP (US)  1251 AVENUE OF THE AMERICAS NEW YORK NY 10020-1104 |
| OSDF, LTD. | P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PB CAPITAL CORPORATION | C/O JOHN R. ASHMEAD, ESQ. SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| PEREGRINE STRATEGIES TWO LTD. | P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PHOENIX HOME LIFE VARIABLE INSURANCE COMPANY | PHOENIX LIFE INSURANCE COMPANY ONE AMERICAN ROW P.O. BOX 5056 HARTFORD CT 06102-5056 |
| PHOENIX HOME LIFE VARIABLE INSURANCE COMPANY | JOSEPH TEDONE, ESQ. LAW DEPARTMENT, PHOENIX ONE AMERICAN ROW P.O. BOX 5056 HARTFORD CT 06102-5056 |
| PHOENIX LIFE INSURANCE COMPANY | ONE AMERICAN ROW P.O. BOX 5056 ATTN: PETER A. HOFMANN, PRESIDENT HARTFORD CT |

| Claim Name | Address Information |
|---|---|
| PHOENIX LIFE INSURANCE COMPANY | 06102-5056 |
| PHOENIX LIFE INSURANCE COMPANY | ONE AMERICAN ROW P.O. BOX 5056 ATTN: PETER A. HOFFMANN, PRESIDENT HARTFORD CT 06102-5056 |
| PINNACLE POINT FUNDING CORP. | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET 1209 ORANGE STREET WILMINGTON DE 19801 |
| PINNACLE POINT FUNDING LTD. | C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| PPL SERVICES CORPORATION MASTER TRUST | C/O THE BANK OF NEW YORK MELLON, NATIONAL ASSOCIATION AS TRUSTEE THE BANK OF NEW YORK MELLON CENTER, ROOM 0625 THE BANK OF NEW YORK MELLON CENTER, ROOM 0625 PITTSBURGH PA 15258-0001 |
| PRINCIPAL LIFE INSURANCE COMPANY | C/O CORPORATION SERVICE COMPANY 505 5TH AVENUE, SUITE 729 DES MOINES IA 50309 |
| PRINCIPAL LIFE INSURANCE COMPANY | JOEL S. FELDMAN, ESQ. SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| PUTNAM FIDUCIARY TRUST CO. | C/O JEFF WATCHES, NDS 1200 CROWN COLONY DR., 6TH FLOOR QUINCY MA 02169-2450 |
| PUTNAM FIDUCIARY TRUST CO. | 1200 CROWN COLONY DR., 6TH FLOOR ATTN: STEVEN D. KRICHMAR, PRESIDENT QUINCY MA 02169-2450 |
| PUTNAM STRUCTURED PRODUCT CDO 2002-1 LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| PUTNAM STRUCTURED PRODUCT CDO 2002-1 LTD. | U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE C/O FRANKLIN H. TOP, III, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| PUTNAM STRUCTURED PRODUCT CDO 2003-1 LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| PUTNAM STRUCTURED PRODUCT CDO 2003-1 LTD. | U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE C/O FRANKLIN H. TOP, III, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| RBS GLOBAL BANK & MARKETS | HENRY J. RICARDO, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6092 |
| RBS MORGANS LIMITED | LEVEL 29, 123 EAGLE STREET, GPO BOX 202 ATTN: JOHN HOURICAN, CEO BRISBANE, QLD 4000 AUSTRALIA |
| RBS MORGANS LIMITED | LEVEL 29, 123 EAGLE STREET, GPO BOX 202 ATTN: BRIAN SHEAHAN, MANAGING DIRECTOR BRISBANE, QLD 4000 AUSTRALIA |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | 2001 MARKET STREET, SUITE 1500 ATTN: LAWRENCE E. DAURELLE, PRESIDENT & DIRECTOR PHILADELPHIA PA 19103 |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | JOEL S. FELDMAN, ESQ. SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| RGA REINSURANCE CO. | DANIEL T. GLOWSKI, VICE PRESIDENT AND ASSISTANT GENERAL COUNSEL RGA REINSURANCE COMPANY 1370 TIMBERLAKE MANOR PARKWAY CHESTERFIELD MO 63017 |
| RGA REINSURANCE CO. | C/O CT CORPORATION SYSTEM 120 SOUTH CENTRAL AVENUE, SUITE 400 ATTN: DANIEL T. GLOWSKI, VP & ASST. GEN. COUNSEL CLAYTON MO 63105 |
| ROYAL BANCSHARES OF PENNSYLVANIA | JAMES L. GARRITY, JR., ESQ. MORGAN, LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY 10178-0060 |
| ROYAL BANCSHARES OF PENNSYLVANIA | 732 MONTGOMERY AVENUE ATTN: ROBERT R. TABAS, CEO NARBETH PA 19072 |
| SAFETY NATIONAL CASUALTY CORPORATION | SIMONE R. BONNET, ESQ. SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| SAFETY NATIONAL CASUALTY CORPORATION | 1832 SCHUETZ ROAD ATTN: MARK WILHELM, CEO ST. LOUIS MO 63146 |
| SBC MASTER PENSION TRUST | MELLON TRUST OF NEW ENGLAND, N.A., TRUSTEE FOR SBC MASTER PENSION TRUST 201 WASHINGTON STREET BOSTON MA 02108 |
| SBSI, INC. | C/O CSC ENTITY SERVICES, LLC 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| SCOR GLOBAL LIFE SE | 1 AVENUE DU GENERAL DE GAULLE, ATTN: DENIS KESSLER, CEO 433 935 558 R.C.S. NANTERRE PUTEAUX 92800 FRANCE |
| SCOR GLOBAL P&C SE | 1 AVENUE DU GENERAL DE GAULLE, ATTN: DENIS KESSLER, CEO 352 980 619 R.C.S. NANTERRE PUTEAUX 92800 FRANCE |
| SCOR REINSURANCE COMPANY | ONE SEAPORT PLAZA 199 WATER STREET, SUITE 2100 ATTN: HENRY KLECAN, JR., CEO |

| Claim Name | Address Information |
|---|---|
| SCOR REINSURANCE COMPANY | NEW YORK NY 10038 |
| SCOR SE | 5 AVENUE KLEBER ATTN: DENIS KESSLER, CEO PARIS CEDEX 16 75795 FRANCE |
| SECURITY BENEFIT LIFE INSURANCE CO. | KATHARINE L. MAYER, ESQ. MCCARTER & ENGLISH LLP RENAISSANCE CENTRE 405 N. KING STREET, 8TH FLOOR WILMINGTON DE 19801-3717 |
| SECURITY BENEFIT LIFE INSURANCE CO. | ONE SECURITY BENEFIT PLACE ATTN: KRIS A. ROBBINS, PRESIDENT TOPEKA KS 66636 |
| SENTINEL MANAGEMENT GROUP INC. | C/O ERIC A. BLOOM 650 DUNDEE ROAD, SUITE 460 NORTHBROOK IL 60062 |
| SHENANDOAH LIFE INSURANCE COMPANY | 2301 BRAMBLETON AVENUE SW ATTN: ROBERT W. CLARKE, PRESIDENT ROANOKE VA 24015 |
| SHENANDOAH LIFE INSURANCE COMPANY | PHILIP W. PARKER, ESQ. P.O. BOX 12847 ROANOKE VA 24029 |
| SHIELD SECURITIES, LTD. | CHANNEL ISLANDS JERSEY |
| SHIN KONG LIFE INSURANCE CO., LTD. | SHIN KONG LIFE TOWER 66 CHUNG-HSIAO WEST ROAD SECTION 1 TAIPEI TAIWAN |
| SHIN KONG LIFE INSURANCE CO., LTD. | 66 CHUNG HSIAO WEST ROAD, SECTION 1 TAIPEI TAIWAN, R.O.C. |
| SHINHAN BANK | C/O STEVEN M. PESNER, ESQ. DEBORAH NEWMAN, ESQ. ROXANNE TIZRAVESH, ESQ. AKIN GUMP STRAUSS HAUER & FELD LLP ONE BRYANT PARK NEW YORK NY 10036 |
| SILVER ELMS CDO PLC | 5 HARBOURMASTER PLACE IFSC DUBLIN 1 IRELAND |
| SILVER ELMS CDO PLC | CHRISTOPHER M. DESIDERIO, ESQ. NIXON PEABODY LLP 437 MADISON AVENUE NEW YORK NY 10022-7039 |
| SILVERMINE CAPITAL MANAGEMENT LLC | 281 TRESSER BOULEVARD FLOOR 11 ATTN: STEVEN KALIN, SENIOR PARTNER STAMFORD CT 06901-3209 |
| SIMONE R. BONNET, ESQ. | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| SMH CAPITAL ADVISORS | C/O RICK BERRY 3100 CHASE TOWER HOUSTON TX 77002 |
| SOCIETE GENERALE INVESTMENT | CORPORATION 1221 AVENUE OF AMERICAS ATTN: IGOR LITVAK, EXECUTIVE OFFICER AND CRAIG OVERLANDER, CEO NEW YORK NY 10020 |
| SOCIETE GENERALE INVESTMENT CORPORATION | C/O STEVEN WOLOWITZ, ESQ. MAYER BROWN LLP 1675 BROADWAY 1675 BROADWAY NEW YORK NY 10019 |
| STANDARD LIFE INSURANCE COMPANY OF INDIANA | C/O STEPHEN W. ROBERTSON, INDIANA INSURANCE COMMISSIONER 311 WEST WASHINGTON STREET, SUITE 300 311 WEST WASHINGTON STREET, SUITE 300 INDIANAPOLIS IN 46204-2787 |
| STANDARD LIFE INSURANCE COMPANY OF INDIANA | JOHN T. MURPHY, ESQ. ICE MILLER LLP,  ATTORNEY FOR STEPHEN W. ROBERTSON IN HIS ROLE  AS REHABILITATOR OF STANDARD LIFE INSURANCE CO., ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS IN 46282-0200 |
| STANTON ABS I P.L.C. | TRINITY HOUSE CHARLESTON ROAD RANELAGH, DUBLIN 6 IRELAND |
| STANTON ABS I P.L.C. | C/O BDO BEAUX LANE HOUSE MERCER STREET LOWER DUBLIN 2 IRELAND |
| STANTON CDO I LTD. | STANTON CDO I SA 9B, BOULEVARD PRINCE HENRI CP LUXEMBOURG 1724 LUXEMBOURG |
| STARLING STRATEGIES LTD. | P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GEORGE TOWN, GRAND CAYMAN KY1-1002 CAYMAN ISLANDS |
| STATE STREET CUSTODIAL SERVICES (IRELAND) LIMITED | 78 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| STICHTING SHELL PENSIOENFOND | SIR WINSTON CHURCHILLAAN 366H ATTN: BART VAN DER STEENSTRATEN, DIRECTOR RIJSWIJK ZH 2285SJ THE NETHERLANDS |
| STRUCTURED CREDIT AMERICA LTD | BRACKEN HOUSE ONE FRIDAY STREET LONDON EC4M 9JA UNITED KINGDOM |
| STRUCTURED CREDIT OPPORTUNITIES FUND | II, LP MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1004 CAYMAN ISLANDS |
| STRUCTURED CREDIT OPPORTUNITIES FUND II, LP | C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET UGLAND HOUSE, SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1004 CAYMAN ISLANDS |
| SUN LIFE ASSURANCE COMPANY OF CANADA | 150 KING STREET WEST, SUITE 1400 ATTN: DEAN A. CONNOR, CEO TORONTO ON M5H 1J9 CANADA |
| SUN LIFE FINANCIAL CANADA | 227 KING STREET SOUTH ATTN: KEVIN DOUGHERTY, PRESIDENT WATERLOO ON N2J 4C5 CANADA |
| SUN LIFE FINANCIAL CANADA | JEFFREY CEDRONE, SENIOR COUNSEL 1 SUN LIFE PARK WELLESLEY HILLS MA 02481 |
| SUSQUEHANNA BANK | ANDREW D. GOTTFRIED, ESQ. MORGAN, LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY 10178 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SUSQUEHANNA BANK | C/O WILLIAM T. BEDEN, PRESIDENT 9E. MAIN STREET LITITZ PA 17543 |
| SUSQUEHANNA BANK | 1570 MANHEIM PIKE LANCASTER PA 17604-3300 |
| TAIWAN LIFE | 17 HSU CHANG STREET, 18TH FLOOR TAIPEI CITY TAIWAN, R.O.C. |
| TAIWAN LIFE | AMANDA J. GALLAGHER, ESQ. STERLING P.A. DARLING, JR., ESQ. LINKLATERS LLP 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| TERRY BURMAN | KATE M. BRADLEY, ESQ. BROUSE MCDOWELL 388 SOUTH MAIN STREET, SUITE 500 AKRON OH 44311-4407 |
| TERRY BURMAN | 24086 DERRWOOD DRIVE AKRON OH 44333 |
| TERWIN HOLDINGS LLC D/B/A THE | WINTER GROUP 45 ROCKEFELLER PLAZA, SUITE 420 NEW YORK NY 10111 |
| THE BANK OF FUKUOKA, LTD. | POSTAL CODE 810-0001 2-13-1 TENKIN CHUO-KU FUKUOKA-SHI, FUKUOKA 810-001 JAPAN |
| THE BANK OF FUKUOKA, LTD. | ONE LIBERT PLAZA 165 BROADWAY, 47TH FL. NEW YORK NY 10006 |
| THE DAEGU BANK, LTD. | 118 SU-SUNG-DONG 2 GA SU-SUNG-GU DAEGU SOUTH KOREA |
| THE DISPATCH PRINTING COMPANY | STEVEN W. TIGGES, ESQ. 3500 HUNTINGTON CENTER 41 SOUTH HIGH STREET COLUMBUS OH 43215 |
| THE DISPATCH PRINTING COMPANY | 34 S. 3RD STREET ATTN: MICHAEL J. FIORILE, PRESIDENT COLUMBUS OH 43215 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | LINCOLN NATIONAL LIFE INSURANCE COMPANY 1300 SOUTH CLINTON ST FORT WAYNE IN 46802 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | STEPHANIE FARABOW, ESQ. AVP AND SENIOR COUNSEL LINCOLN FINANCIAL GROUP 1300 SOUTH CLINTON ST FORT WAYNE IN 46802 |
| THE LIVERPOOL LIMITED PARTNERSHIP | C/O LIVERPOOL ASSOCIATES LIMITED CANON'S COURT, 22 VICTORIA SECRET HAMILTON HM12 BERMUDA |
| THE WINTER GROUP | C/O NEW YORK STATE, DEPARTMENT OF STATE DIVISION OF CORPORATIONS, STATE RECORDS AND UNIFORM COMMERCIAL CODE STATE RECORDS AND UNIFORM COMMERCIAL CODE 99 WASHINGTON AVENUE, 6TH FLOOR ALBANY NY 12231 |
| THE WINTER GROUP (F/K/A | TERWIN CAPITAL, LLC) C/O NEW YORK STATE, DEPARTMENT OF STATE DIVISION OF CORPORATIONS, STATE RECORDS AND UNIFORM COMMERCIAL CODE |
| TIERRA ALTA FUNDING I LTD. | TIERRA ALTA FUNDING I, LTD C/O MAPLES AND CALDER LIMITED P.O. BOX 309 UGLAND HOUSE SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1004 CAYMAN ISLANDS |
| TIERRA ALTA FUNDING I, CORP. | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| UBS AG LONDON BRANCH | VERENA BURHAND DAVID FLACK LEGAL & COMPLIANCE 1 FINSBURY AVENUE LONDON EC2M 2PP UNITED KINGDOM |
| UBS AG LONDON BRANCH | 1 FINSBURY AVENUE ATTN: JOHN CRYAN, CE LONDON EC2M 2PP UNITED KINGDOM |
| UBS FIXED INCOME | AESCHENVORSTADT 1 ATTN: JERKER JOHANSSON, CEO* BASEL 4051 SWITZERLAND |
| UBS FIXED INCOME | BAHNHOFSTRASSE 45 ATTN: JERKER JOHANSSON, CEO* ZURICH 8001 SWITZERLAND |
| UBS SECURITIES LLC | 677 WASHINGTON BLVD. ATTN: TERESA RESSELL, CEO STAMFORD CT 06901 |
| UBS SECURITIES LLC | JOSHUA DORCHAK, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022 |
| UNICREDIT BANK AG, LONDON BRANCH | MOOR HOUSE/120 LONDON WALL LONDON EC2Y 5ET UNITED KINGDOM |
| UNICREDIT BANK AG, LONDON BRANCH | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| UNION INVESTMENT INSTITUTIONAL GMBH | UNION INVESTMENT GROUP WIESENHUTTENSTR. 10, D-60329 FRANKFURT AM MAIN GERMANY |
| UNION INVESTMENT INSTITUTIONAL GMBH | WIESENHUTTENSTR. 10, D-60329 ATTN: THOMAS FLECK, MANAGING DIRECTOR FRANKFURT AM MAIN GERMANY |
| UNION INVESTMENT INSTITUTIONAL GMBH | WIESENHUTTENSTR. 10, D-60329 ATTN: NIKOLAUS SILLEM, MANAGING DIRECTOR FRANKFURT AM MAIN GERMANY |
| VANDERBILT CAPITAL ADVISORS HOLDINGS, LLC | C/O CT CORPORATION SYSTEM 111 EIGHTH AVENUE NEW YORK NY 10011 |
| WELLS FARGO BANK, NATIONAL | ASSOCIATION 101 NORTH PHILIPS AVENUE ATTN: JOHN STUMPF, CEO SIOUX FALLS SD 57104 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | KEVIN J. BIRON, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | CASEY B. HOWARD, ESQ. LOCKE LORD BISSELL & LIDDELL LLP THREE WORLD FINANCIAL CENTER NEW YORK NY 10251 |

| Claim Name | Address Information |
|---|---|
| WELLS FARGO SECURITIES, LLC | KEVIN J. BIRON, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| WELLS FARGO SECURITIES, LLC | 2711 CENTERVILLE ROAD, SUITE 400 ATTN: JOHN HULLAR, CEO WILMINGTON DE 19808 |
| WHITEHAWK CDO FUNDING 2004-1, LTD. | WHITEHAWK CDO FUNDING LTD. C/O MAPLESSF LIMITED BOUNDARY HALL, CRICKET SQUARE, 171 ELGIN AVENUE GEORGE TOWN, GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| WHITEHAWK CDO FUNDING, LLC | C/O NATIONAL CORPORATE RESEARCH, LTD. 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| ZAIS INVESTMENT GRADE LIMITED II | MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET, CAYMAN ISLANDS CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED II | BOUNDARY HALL, CRICKET SQUARE GEORGETOWN, GRAND CAYMAN CAYMAN ISLANDS KY11104 CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED V | MAPLESFS LIMITED PO BOX 1093 QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET, CAYMAN ISLANDS CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED V | BOUNDARY HALL, CRICKET SQUARE GEORGETOWN, GRAND CAYMAN CAYMAN ISLANDS KY11104 CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED VI | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET CAYMAN ISLANDS CAYMAN ISLANDS |

**Total Creditor count  310**

| Claim Name | Address Information |
|---|---|
| 2004 SICON LTD GROUP DEFINED BENEFIT PENSION & DEA | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| 2004 SICON LTD GROUP DEFINED BENEFIT PENSION & DEA | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| 32 CAPITAL MASTER FUND SPC LTD., FOR AND ON BEHALF | PORTFOLIO, GLOBAL MARKET NEUTRAL SEGREGATED PORTFOLIO, WALKERS CORPORATE SERVICES LIMITED WALKER HOUSE 87 MARY STREET GEORGE TOWN KY1-9002 CAYMAN ISLANDS |
| 32 CAPITAL MASTER FUND SPC LTD., FOR AND ON BEHALF | BARCLAYS GLOBAL INVESTORS N.A. (LONDON BRANCH) MURRAY HOUSE 1 ROYAL MINT COURT LONDON EC3N 4HH UK |
| 3D CAPITAL FUND LTD, THE | WALKER HOUSE 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| 3D CAPITAL FUND LTD, THE | THE 3D CAPITAL FUND LTD. C/O BARCLAYS GLOBAL INVESTORS, N.A. 400 HOWARD ST. SAN FRANCISCO CA 94105 |
| 3D CAPITAL FUND LTD, THE | THE 3D CAPITAL FUND LTD. C/O BARCLAYS GLOBAL INVESTORS, N.A. 400 HOWARD ST. SAN FRANCISCO CA 94105 |
| 820 MANAGEMENT TRUST | ATTN: STEPHEN C. HEISZEK 201 MAIN STREET, SUITE 3200 FORT WORTH TX 76102 |
| 820 MANAGEMENT TRUST | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET SUITE 2400 FORT WORTH TX 76102 |
| AB SVENSK EXPORTKREDIT (PUBL) | ATTN: CHIEF FINANCIAL OFFICER P.O. BOX 16368 VASTRA TRADGARDSGATAN 11B STOCKHOLM SE 103 27 SWEDEN |
| AB SVENSK EXPORTKREDIT (PUBL) | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SEBASTIAN SPERBER CITY PLACE HOUSE 55 BASINGHALL STREET LONDON EC2V 5EH UNITED KINGDOM |
| AB SVENSK EXPORTKREDIT (PUBL) | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER ONE LIBERTY PLAZA NEW YORK NY 10006 |
| ABAXBANK S.P.A. | ATTN: SIMONA LOCATELLI CORSO MONFORETE, 34 MILANO 20122 ITALY |
| ABBEY NATIONAL TREASURY SERVICES PLC | ABBEY NATIONAL HOUSE 2 TRITON SQUARE REGENTS PLACE ATTN: HEAD OF OPERATIONS LONDON NW1 3AN UNITED KINGDOM |
| ABBEY NATIONAL TREASURY SERVICES PLC | ABBEY NATIONAL HOUSE ATTN: HEAD OF OPERATIONS 2 TRITON SQUARE REGENTS PLACE LONDON NW1 3AN UNITED KINGDOM |
| ABBEY NATIONAL TREASURY SERVICES PLC | ABBEY NATIONAL HOUSE 2 TRITON SQUARE REGENTS PLACE LONDON NW1 3AN UNITED KINGDOM |
| ABBEY NATIONAL TREASURY SERVICES PLC | O'MELVENY & MYERS LLP TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| ABBEY NATIONAL TREASURY SERVICES PLC | GERALD C. BENDER, ESQ. O'MELVENY & MEYERS LLP TIME SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| ABBEY NATIONAL TREASURY SERVICES PLC | GERALD C. BENDER, ESQ. O'MELVENY & MEYERS LLP TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| ABERDEEN GLOBAL II – | LONG DATED STERLING CREDIT FUND 2B, RUE ALBERT BORSCHETTE GRAND DUCHY OF LUXEMBOURG L-1246 LUXEMBOURG |
| ABERDEEN GLOBAL II – LONG DATED STERLING BOND FUND | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL IV – | CORE PLUS STERLING CREDIT FUND 2B, RUE ALBERT BORSCHETTE GRAND DUCHY OF LUXEMBOURG L-1246 LUXEMBOURG |
| ABERDEEN GLOBAL IV – | CORE PLUS INDEX LINKED BOND FUND 2B, RUE ALBERT BORSCHETTE GRAND DUCHY OF LUXEMBOURG L-1246 LUXEMBOURG |
| ABERDEEN GLOBAL V – | FIXED INCOME ALPHA FUND 2B, RUE ALBERT BORSCHETTE GRAND DUCHY OF LUXEMBOURG L-1246 LUXEMBOURG |
| ABERDEEN INVESTMENT FUNDS ICVC – | ABERDEEN CORPORATE BOND FUND ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABN AMRO BANK N.V. | ATTN: SOPHIE DUVILLIER, LEGAL DEPT/FINANCIAL MARKETS TEAM INTERNAL CODE: PAC AH2107 / J91-E1-05B FOPPINGADREEF 26 AMSTERDAM 1102 CX THE NETHERLANDS |
| ABN AMRO BANK N.V. | C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ABN AMRO BANK N.V. | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ABRAMS CAPITAL PARTNERS II LP | BINGHAM MCCUTCHEN LLP ATTN: CHRISTINE AYOTTE-BRENNAN ONE FEDERAL STREET BOSTON |

| Claim Name | Address Information |
|---|---|
| ABRAMS CAPITAL PARTNERS II LP | MA 02110 |
| ABRAMS CAPITAL PARTNERS II LP | C/O ABRAMS CAPITAL, LLC ATTN: BILL WALL 222 BERKELEY STREET, 22ND FLOOR BOSTON MA 02116 |
| ABSA BANK LIMITED | ATTN: PAUL CLIFTON 15 ALICE LANE SANDOWN SANDTON 2196 SOUTH AFRICA |
| ABSA BANK LIMITED | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| ABU DHABI INVESTMENT AUTHORITY - EMD (BLK TICKER: | C/O BLACKROCK FINANCIAL MANAGEMENT, INC., AS INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| ABU DHABI INVESTMENT AUTHORITY - EMD (BLK TICKER: | J. GREGORY MILMOE, ESQ / ANDREW M. THAU, ESQ SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOUR TIMES SQUARE NEW YORK NY 10036 |
| ACCESS GROUP, INC | 2005-A INTEREST RATE SWAP C/O GEOFFREY GOODMAN, ESQ FOLEY & LARDNER LLP 321 NORTH CLARK STREET, SUITE 2800 CHICAGO IL 60654 |
| ACCESS GROUP, INC | 2005-B INTEREST RATE SWAP C/O GEOFFREY S. GOODMAN, ESQ FOLEY & LARDNER LLP 321 NORTH CLARK STREET, SUITE 2800 CHICAGO IL 60654 |
| ACCESS GROUP, INC. | 2005-A INTEREST RATE SWAP C/O GEOFFREY S. GOODMAN, ESQ. FOLEY & LARDNER LLP 321 NORTH CLARK STREET, SUITE 2800 CHICAGO IL 60654 |
| ACM GLOBAL CREDIT - U.S. SUB-FUND | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ACM GLOBAL CREDIT - U.S. SUB-FUND | C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC | CARLOS ALVAREZ LATHAM & WATKINS 885 THIRD AVENUE, 3RD FLOOR NEW YORK NY 10022 |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC | ATTN: GERALD GRANT 375 MORRIS ROAD, PO BOX 90 WEST POINT PA 19486-0090 |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC | ATTN: GERALD GRANT, EXECUTIVE VICE PRESIDENT & CFO 375 MORRIS ROAD, PO BOX 90 WEST POINT PA 19486-0090 |
| ACUITY MASTER FUND LTD | ACUITY CAPITAL MANAGEMENT LLC 60 ARCH STREET, 2ND FLOOR GREENWICH CT 06830 |
| ACUITY MASTER FUND LTD | EDWARDS ANGELL PALMER & DODGE, LLP 750 PARK AVENUE NEW YORK NY 10022 |
| ADI LONG SHORT EUROPE | C/O ADI ALTERNATIVE INVESTMENTS 1 RUE VERNIER PARIS 75017 FRANCE |
| ADM CAPITAL A/C ADM GLADIUS FUND LIMITED | ATTN: AMY CHAN C/O ASIA DEBT MANAGEMENT HONG KONG LTD 1005-1008 ICBC TOWER, 3 GDN ROAD, CENTRAL, HONG KONG CHINA |
| ADM MACULUS FUND II L.P., THE | ATTN: CAROL LEUNG C/O ASIA DEBT MANAGEMENT HONG KONG LTD 1008 ICBC TOWER 3 GDN RD CENTRAL HONG KONG |
| ADM MACULUS FUND III L.P., THE | ATTN:CAROL LEUNG C/O ASIA DEBT MANAGEMENT HONG KONG LTD 1008 ICBC TOWER 3 GARDEN CENTRAL HONG KONG |
| ADVANCED SERIES TRUST, ON BEHALF OF THE AST ADVANC | PORTFOLIO, HEDGED INT'L BOND SLEEVE ATTN: M. SADIQ PESHIMAM PRUDENTIAL INVESTMENTS 100 MULBERRY STREET NEWARK NJ 07102 |
| ADVANCED SERIES TRUST, ON BEHALF OF THE AST ADVANC | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ADVENTIST HEALTH SYSTEM/SUNBELT, INC., ET AL | MICHAEL L. BERNSTEIN ARNOLD & PORTER LLP 555 TWELFTH STREET, N.W. WASHINGTON DC 20004-1206 |
| ADVENTIST HEALTH SYSTEM/SUNBELT, INC., ET AL | MICHAEL L. BERNSTERIN ARNOLD & PORTER LLP 555 TWELFTH STREET, N.W. WASHINGTON DC 20004-1206 |
| ADVENTIST HEALTH SYSTEM/SUNBELT, INC., ET AL | MARK BLOCK 900 HOPE WAY ALTAMONTE SPRINGS FL 32714 |
| AFCO CARGO PIT LLC | C/O AVIATION FACILITIES COMPANY, INC. PO BOX 16860 WASHINGTON DC 20041-6860 |
| AFTRA RETIREMENT FUNDS | 261 MADISON AVENUE, 7TH FLOOR NEW YORK NY 10016 |
| AG FINANCIAL PRODUCTS INC | C/O ALSTON & BIRD LLP ATTN: WILLIAM SUGDEN, ESQ 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| AGILENT TECHNOLOGIES UK LIMITED RETIREMENT BENEFIT | C/O AGILENT TECHNOLOGIES UK LIMITED SOUTH QUEENSFERRY ET30 9TG UNITED KINGDOM |
| AGOSTINI, EDWARD J. AND SYLVIA | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBLATT LLC 885  3RD AVE NEW YORK NY 10022 |
| AGOSTINI, EDWARD J. AND SYLVIA | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBALTT LLC 885  3RD AVE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| AGOSTINI, EDWARD J. AND SYLVIA | JTWROS 6365 COLLINS AVE., APT. 3603 MIAMI BEACH FL 33143 |
| AGRICULTURAL BANK OF CHINA LTD | ATTN: LI MING NO. 69 JIANGUOMEN NEI AVENUE DONGCHENG DIST BEIJING 100005 CHINA |
| AIG FINANCIAL PRODUCTS CORP | ATTENTION: CHIEF FINANCIAL OFFICER WITH COPY TO: GENERAL COUNSEL 50 DANBURY ROAD WILTON CT 06897 |
| AIG FINANCIAL PRODUCTS CORP | ATTN: CHIEF FINANCIAL OFFICER WITH COPY TO GENERAL COUNSEL 50 DANBURY ROAD WILTON CT 06897 |
| AIG FINANCIAL PRODUCTS CORP | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| AIG INTERNATIONAL INC. | C/O AIG FINANCIAL PRODUCTS CORP ATTN: CHIEF FINANCIAL OFFICER WITH COPY TO GENERAL COUNSEL 50 DANBURY ROAD WILTON CT 06897 |
| AIG INTERNATIONAL INC. | ATTN: CHIEF FINANCIAL OFFICER WITH COPY TO GENERAL COUNSEL C/O AIG FINANCIAL PRODUCTS CORP 50 DANBURY ROAD WILTON CT 06897 |
| AIG INTERNATIONAL INC. | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| AIG-FP STRUCTURED FINANCE (CAYMAN) LIMITED | ATTN: OFFICE OF GENERAL COUNSEL PO BOX 309GT UGLAND HOUSE SOUTH CHURCH STREET GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| AIG-FP STRUCTURED FINANCE (CAYMAN) LIMITED | AIG FINANCIAL PRODUCTS CORP ATTN: CHIEF FINANCIAL OFFICER WITH COPY TO GENERAL COUNSEL 50 DANBURY ROAD WILTON CT 06897 |
| AIG-FP STRUCTURED FINANCE (CAYMAN) LIMITED | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| AIRLIE CDO I, LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE CDO I, LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| AIRLIE CDO I, LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| AIRLIE LCDO I (AVIV LCDO 2006-3) LIMITED | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO I (AVIV LCDO 2006-3) LIMITED | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| AIRLIE LCDO I (AVIV LCDO 2006-3) LIMITED | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| AKANTHOS ARBITRAGE MASTER FUND, LP | C/O AKANTHOS CAPITAL MANAGEMENT, LLC 21700 OXNARD STREET, SUITE 1520 ATTENTION: MICHAEL KAO ATTENTION: JOSHUA NIP WOODLAND HILLS CA 91367 |
| ALEPPA FUNDING I LLC | C/O GLOBAL SECURITIZATION SERVICES, LLC 68 S SERVICE RD STE 120 MELVILLE NY 11747-2350 |
| ALEPPA FUNDING I LLC | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ALL NIPPON AIRWAYS CO., LTD. | 1-5-2 HIGASHI-SHIMBASHI MINATO-KU TOKYO  102-7133 JAPAN |
| ALLEGHENY COUNTY AIRPORT AUTHORITY, THE | C/O ERIC T. SMITH, ESQ. SCHNADER HARRISON SEGAL & LEWIS, LLP 120 FIFTH AVENUE, SUITE 2700 PITTSBURGH PA 15222 |
| ALLEGHENY COUNTY INDUSTRIAL DEVELOPMENT | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLEGHENY COUNTY INDUSTRIAL DEVELOPMENT | ATTN: MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLEGHENY COUNTY INDUSTRIAL DEVELOPMENT | AUTHORITY SENIOR HEALTH & HOUSING FACILITIES REVENUE REFUNDING BONDS (LONGWOOD AT OAKMONT, INC. PROJECT) SERIES 2001A & 2001B – THE BANK OF NEW YORK MELLON |

| Claim Name | Address Information |
|---|---|
| ALLEGHENY COUNTY INDUSTRIAL DEVELOPMENT | TRUST COMPANY, N.A. AS TRUSTEE – ATTN: BRIDGET SCHESSLER 525 WILLIAM PENN PLACE, 7TH FLOOR PITTSBURGH PA 15219 |
| ALLGEMEINE SPARKASSE OBEROSTERREICH BANKAKTIENGESE | ATTN: DR. ANTON MOISES LEGAL SUPPORT SPARKASSENPLATZ 2 4040 LINZ AUSTRIA |
| ALLGEMEINE SPARKASSE OBEROSTERREICH BANKAKTIENGESE | DAVID ELKIND, ESQ. ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| ALLIANCE & LEICESTER PLC | ATTN: GROUP TREASURER CARLTON PARK NARBOROUGH LEICESTER LE 19 0AL UNITED KINGDOM |
| ALLIANCE & LEICESTER PLC | GERALD C. BENDER, ESQ. O'MELVENY & MYERS LLP TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER | FIXED INCOME HIGH ALPHA PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE BERNSTEIN BOND FUND, INC. | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCE BERNSTEIN BOND FUND, INC. | ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE – | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE – | ALLIANCE BERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND I | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND I | ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE INVESTMENT MANAGEMENT LTD | P.O. BOX SS-19051 NASSAU BAHAMAS |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERI | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERI | ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERI | ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANZ GLOBAL INVESTORS (FRANCE) SA / AGF VITA PL | CASE POSTALE T 205 20, RUE LE PELETIER ATTN: RADIA KROURI, HEAD OF LEGAL DEPARTMENT PARIS CEDEX 09 75444 FRANCE |
| ALLIANZ GLOBAL INVESTORS FRANCE S.A., | ACTING ON BEHALF OF AND FOR THE ACCOUNT OF THE FUND AGF PIMCO AD GLOBAL BONDS ATTN: LEGAL DEPARTMENT 20 RUE LE PELETIER PARIS 75009 FRANCE |
| ALLIANZ GLOBAL INVESTORS FRANCE S.A., | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIANZ GLOBAL INVESTORS FRANCE SA ACTING ON BEHAL | PIMCO DT FUND CASE POSTALE T 205 ATTN:RADIA KROURI, HEAD OF LEGAL DEPARTMENT 20, RUE LE PELETIER PARIS CEDEX O9 75444 FRANCE |
| ALLIANZ GLOBAL INVESTORS FRANCE SA ACTING ON BEHAL | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIANZ GLOBAL INVESTORS FRANCE SA/AGF EFFICIO PLU | CASE POSTALE T 20520 20, RUE LE PELETIER ATTN: RADIA KROURI, HEAD OF LEGAL DEPARTMENT PARIS CEDEX 09 75444 FRANCE |
| ALLIANZ GLOBAL INVESTORS FRANCE SA/AGF EFFICIO PLU | ORRICK HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | FOR ACCT 551425 – ALLIANZ ALD SUB PIMCO DIREKT ATTN: VERENA SENNE SEIDLSTR.24-24A MUNICH 80335 GERMANY |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | FOR ACCT 551342 – DBI-OAD ATTN: VERENA SENNE SEIDLSTR. 24-24A MUNICH 80335 GERMANY |

| Claim Name | Address Information |
|---|---|
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | FOR ACCT 551368 – ALLIANZGI-FONDS SPTG 1 ATTN: VERENA SENNE SEIDLSTR. 24-24A MUNICH 80335 GERMANY |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | FOR ACCOUNT 2050 DBI FONDS DSPT A SEGMENT DSPT A4 ATTN: VERENA SENNE SEIDLSTR. 24-24A MUNICH 80335 GERMANY |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | FOR ACCOUNT 556245 – DBI FONDS NBP RENTEN ATTN: VERENA SENNE SEIDLSTR. 24-24A MUNICH 80335 GERMANY |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | FOR ACCOUNT 556096 – DBI-FONDS VBE-EM ATTN: VERENA SENNE SEIDLSTR. 24-24A MUNICH 80335 GERMANY |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | FOR ACCOUNT 551128 – ALLIANZGI-FONDS D300 SEGMENT DIMCA ATTN: VERENA SENNE SEIDLSTR. 24-24A MUNICH 80335 GERMANY |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | FOR ACCOUNT 521504 – PV-RD FOND ATTN: VERENA SENNE SEIDLSTR. 24-24A MUNICH 80335 GERMANY |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | FOR ACCOUNT 520144 – ALLIANZ VKRD PIMCO DIREKT ATTB: VERENA SENNE SEIDLSTR. 24-24A MUNICH 80335 GERMANY |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | FOR ACCOUNT 526417 – ALLIANZ SIN PIMCO ABS ATTN: VERENA SENNE SEIDLSTR. 24-24A MUNICH 80335 GERMANY |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | FOR ACCOUNT 550676 – DBI FONDS EBB ATTN: VERENA SENNE SEIDLSTR. 24-24A MUNICH 80335 GERMANY |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ., GARETH OLD, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCOESQ, GARETH OLD, ESQS 31 WEST 52ND STREET NEW YORK NY 10019 |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | CLIFFORD CHANCE US LLP ATTENTION: JENNIFER C. DEMARCO, ESQ., GARETH OLD, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | CLIFFORD CHANCE US LLP ATTN: JENNIER C DEMARCO, ESQ.,  GARETH OLD, ESQ. 31 WERT 52ND STREET NEW YORK NY 10019 |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | FOR ACCOUNT 8003– ALLIANZ COMMODITIES STRATEGY ATTN: VERENA SENNE 6A, ROUTE DE TREVES SENNINGERBERG 2633 LUXEMBOURG |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | FOR ACCOUNT 550002– ALLIANZ PIMCO EURO BOND TOTAL RETURN ATTN: VERENA SENNE 6A, ROUTE DE TREVES SENNINGERBERG 2633 LUXEMBOURG |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | FOR ACCOUNT 553001 – ALLIANZ PIMCO EURO BOND ATTN: VERENA SENNE 6A, ROUTE DE TREVES SENNINGERBERG 2633 LUXEMBOURG |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | FOR ACCOUNT 553020 – ALLIANZ PIMCO GLOBAL HIGH GRADE ATTN: VERENA SENNE 6A, ROUTE DE TREVES SENNINGERBERG 2633 LUXEMBOURG |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | FOR ACCOUNT 553053 – ALLIANZ PIMCO TREASURY EURO BOND PLUS 2011 ATTN: VERENA SENNE 6A, ROUTE DE TREVES SENNINGERBERG 2633 LUXEMBOURG |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | FOR ACCOUNT 553054– ALLIANZ PIMCO TREASURY EURO BOND PLUS 2013 ATTN: VERENA SENNE 6A, ROUTE DE TREVES SENNINGERBERG 2633 LUXEMBOURG |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | FOR ACCOUNT 553079 – ALLIANZ PIMCO EURO BOND REAL RETURN ATTN: VERENA SENNE 6A, ROUTE DE TREVES SENNINGERBERG 2633 LUXEMBOURG |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | FOR ACCOUNT 553090 – ALLIANZ PIMCO MONEY MARKET PLUS (EURO) ATTN: VERENA SENNE 6A, ROUTE DE TREVES SENNINGERBERG 2633 LUXEMBOURG |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | FOR ACCOUNT 553315 – ALLIANZ PIMCO TREASURY EURO BOND PLUS 2015 ATTN: VERENA SENNE 6A, ROUTE DE TREVES SENNINGERBERG 2633 LUXEMBOURG |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | FOR ACCOUNT 557040 – ALLIANZ PIMCO EURO STOCKSPLUS TOTAL RETURN ATTN: VERENA SENNE 6A, ROUTE DE TREVES SENNINGERBERG 2633 LUXEMBOURG |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C DEMARCO, ESQ., GARETH OLD, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ALLIANZ GROUP PENSION SCHEME, THE | C/O KEVIN COLLINS ALLIANZ HOUSE ELMPARK MERRION ROAD DUBLIN 4 IRELAND |
| ALLIANZ GROUP PENSION SCHEME, THE | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIANZ INVEST KAPITALANLAGEGESELLSCHAFT MBH FOR | "ALLIANZ INVEST 50" HIETZINGER KAI 101-105 VIENNA A-1130 AUSTRIA |

| Claim Name | Address Information |
|---|---|
| ALLIANZ INVEST KAPITALANLAGEGESELLSCHAFT MBH FOR | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIED IRISH BANKS, P.L.C. | ATTN: HELEN MORAN GLOBAL TREASURY – LEGAL SERVICES AIB INTERNATIONAL CENTRE IFSC, DUBLIN 1 IRELAND |
| ALLIED IRISH BANKS, P.L.C. | ALLEN & OVERY LLP ATTN: DAN GUYDER/LISA KRAIDIN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| ALPHA ASSET MANAGEMENT A.E.D.A.K. | ATTN: DENNIS MAGGANAS 12-14 PESMAZOGLOU STR. GR-105 64  ATHENS GREECE |
| ALPHA BANK A.E. | ATTN: PANTELIS SGARDELIS FINANCIAL MARKETS – GROUP PLANNING DIVISION 40 STADIOU STR. ATHENS GR-10252 GREECE |
| ALPHADYNE INTERNATIONAL MASTER FUND, LTD | C/O ALPHADYNE ASSET MANAGEMENT LLC ATTN:  PHILIPPE KHUONG-HUU 17 STATE STREET, 20TH FLOOR NEW YORK NY 10004 |
| ALTMA FUND SICAV P.L.C. IN RESPECT OF PARK GATE SU | NATIONAL BANK OF CANADA (GLOBAL LIMITED) ENFIELD HOUSE UPPER COLLYMORE ROCK ST-MICHAELS BB 14004 BARBADOS |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARDS KIBBE & ORBE LLP ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| AMBER FINANCE LIMITED | ATTN: DEAN GODWIN (RE 2001-2 SERIES) MOURANT & CO. LIMITED 22 GRENVILLE STREET ST HELIER, JERSEY JE4 8PX UNITED KINGDOM |
| AMBER FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY | ATTN: ERIC GIESLER AND MARLA LACEY 6000 WESTOWN PKWY STE 300 WDM IA 50266-7711 |
| AMERICAN MUNICIPAL POWER, INC. | SIDLEY AUSTIN LLP ATTN: MICHAEL G. BURKE, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019 |
| AMERICAN MUNICIPAL POWER, INC. | CHESTER WILLCOX & SAXBE LLP ATTN: J. ANTHONY KINGTON 65 E. STATE ST., SUITE 1000 COLUMBUS OH 43215-4213 |
| AMERICAN MUNICIPAL POWER, INC. | CHESTER WILCOX & SAXBE LLP ATTN: J. ANTHONY KINGTON 65 E. STATE ST., SUITE 1000 COLUMBUS OH 43215-4215 |
| AMERICAN MUNICIPAL POWER, INC. | F/K/A AMERICAN MUNICIPAL POWER-OHIO, INC. ATTN: MACK THOMPSON 1111 SCHROCK ROAD, SUITE 100 COLUMBUS OH 43229 |
| AMP CAPITAL INVESTORS LIMITED ON BEHALF OF FD | INTERNATIONAL BOND FUND 3 (103038) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL CHRISTCHURCH COURT 10-15 NEWGATE STREET ATTN: BENJAMIN ROBINSON LONDON EC1A 7HD UNITED KINGDOM |
| AMP CAPITAL INVESTORS LIMITED ON BEHALF OF FD | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| AMTD STRATEGIC CAPITAL LIMITED | ATTN: RUSKIN CHOW, SENIOR VP, BUSINESS DEVELOPMENT ROOM 2501-2053, 25/F WORLD TRADE CENTRE 280 GLOUCESTER ROAD, CAUSEWAY BAY HONG KONG |
| AMUNDI AGGREGATE MONDE | F/K/A CAAM AGGREGATE MONDE C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| AMUNDI CAPITAL VAR 20 USD | F/K/A CAAM INVEST VAR 20 USD C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| AMUNDI DYNARBITRAGE INTERNATIONAL | F/K/A CAAM DYNARBITRAGE INTERNATIONAL C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| AMUNDI DYNARBITRAGE VAR 8 | F/K/A CAAM DYNARBITRAGE VAR 8 C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| AMUNDI FUNDS ABSOLUTE VAR 2 (EUR) | F/K/A CAAM FUNDS ARBITRAGE VAR 2 GBP C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| AMUNDI FUNDS ABSOLUTE VOLATILITY WORLD EQUITIES | F/K/A CAAM FUNDS VOLATILITY WORLD EQUITIES C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |

| Claim Name | Address Information |
|---|---|
| AMUNDI GLOBAL EMERGENTS | F/K/A CAAM GLOBAL EMERGENTS C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| AMUNDI INTERINVEST – INTERNATIONAL DEBTS | F/K/A CAAM INTERINVEST – INTERNATIONAL DEBTS C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| AMUNDI SERENITE PEA | F/K/A CAAM MONETAIRE PEA C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| AN FORAS AISEANNA SAOTHAIR PENSION FUND | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| AN FORAS AISEANNA SAOTHAIR PENSION FUND | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE ADVISORS LLC ATTN: NANCY ZHAO 610 BROADWAY, 6TH FL NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE LTD | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANDOR TECHNOLOGY FUND, L.P. | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| ANDOR TECHNOLOGY FUND, L.P. | C/O ANDOR CAPITAL MANAGEMENT, INC. 4 INTERNATIONAL DR STE 190 PORT CHESTER NY 10573-1065 |
| ANDOR TECHNOLOGY OFFSHORE FUND, INC. | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| ANDOR TECHNOLOGY OFFSHORE FUND, INC. | ANDOR TECHOLOGY OFFSHORE FUND, INC. 4 INTERNATIONAL DR STE 100 RYE BROOK NY 10573-1065 |
| ANDOR TECHNOLOGY PERENNIAL FUND, L.P. | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| ANDORRA BANC AGRICOL REIG, S.A. | TRANSFEROR: GRANITE FINANCE LIMITED ATTN: JOSE MARIA ALFIN CALLE MANUEL CERQUEDA I ESCLAER, 6 ESCALDES ENGORDANY ANDORRA |
| ANDORRA BANC AGRICOL REIG, S.A. | TRANSFEROR: GRANITE FINANCE LIMITED ATTN: JOSE MARIA ALFIN CALLE MANUEL CERQUEDA I ESCALER, 6 ESCALDES – ENGORDANY PRINCIPAT D'ANDORRA |
| ANDORRA BANC AGRICOL REIG, S.A. | TRANSFEROR: GRANITE FINANCE LIMITED CALLE MANUEL CERQUEDA I ESCALER, 6 ESCALDES – ENGORDANY ESCALDES – ENGORDANY PRINCIPAT D'ANDORRA |
| ANGLO IRISH BANK CORPORATION PLC PENSION PLAN | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| ANGLO IRISH BANK CORPORATION PLC PENSION PLAN | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ANTHRACITE BALANCED COMPANY (R-26) LIMITED | TRANSFEROR: ECP INTERNATIONAL S.A. 89 NEXUS WAY CAMANA BAY ATTN: SCOTT DAKERS/ INDERJIT SINGH GRAND CAYMAN KY1-9007 CAYMAN ISLANDS |
| ANTHRACITE BALANCED COMPANY (R-26) LIMITED | ALEX ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANTHRACITE INVESTMENTS (CAYMAN) LIMITED | C/O HSBC HOUSE 68 WEST BAY ROAD GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| ANTHRACITE INVESTMENTS (CAYMAN) LIMITED | HSBC HOUSE 68 WEST BAY ROAD GEORGETOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| ANTHRACITE INVESTMENTS (CAYMAN) LIMITED | JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| ANTHRACITE INVESTMENTS (CAYMAN) LIMITED | JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52D STREET NEW YORK NY 10019 |
| ANTHRACITE INVESTMENTS (CAYMAN) LIMITED | JENNIDER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 18) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 18) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1 IRELAND |

| Claim Name | Address Information |
|---|---|
| (SERIES 19) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 19) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTOS DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 7) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 7) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 7) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC – SERIES 12 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC – SERIES 12 | BRONAGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC – SERIES 18 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC – SERIES 18 | BRONAGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC – SERIES 8 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC – SERIES 8 | BRONAGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC – SERIES 8 | BRONAHGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC – SERIES 9 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC – SERIES 9 | BRONAGH HARDIMAN MATHESON ORMSBY PRENCTCE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC – SERIES 9 | BRONAGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE RATED INVESTMENTS (CAYMAN) LIMITED | ATTN: THE DIRECTORS HSBC HOUSE, 68 WEST BAY ROAD PO BOX 1109 GT GRAND CAYMAN CAYMAN ISLANDS |
| ANTHRACITE RATED INVESTMENTS (CAYMAN) LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 USA |
| ANTHRACITE RATED INVESTMENTS (JERSEY) LTD | ATTN: THE DIRECTORS (RE SERIES 54) 22 GRENVILLE STREET, ST. HELIER JERSEY JE4 8PX UNITED KINGDOM |
| ANTHRACITE RATED INVESTMENTS (JERSEY) LTD | ATTN: THE DIRECTORS (RE SERIES 38) 22 GRENVILLE STREET, ST. HELIER JERSEY JE4 8PX UNITED KINGDOM |
| ANTHRACITE RATED INVESTMENTS (JERSEY) LTD | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ANTHRACITE REFERENCE COMPANY (12) LIMITED | ATTN: THE DIRECTORS HSBC HOUSE, 68 WEST BAY ROAD GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| ANTHRACITE REFERENCE COMPANY (12) LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| AOZORA BANK LTD | C/O KOKI YOSHIDA WORKOUT DIVISION 3-1, KUDAN-MINAMI I-CHOME, CHIYODA-KU TOKYO 102-8660 JAPAN |
| AOZORA BANK LTD | ALLEN & OVERY LLP C/O DANIEL GUYDER/LISA KRAIDIN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |

| Claim Name | Address Information |
|---|---|
| AOZORA BANK LTD | WILLIAM SUGDEN ALSTON & BIRD LLP ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| AOZORA BANK, LTD | C/O KOKI YOSHIDA WORKOUT DIVISION 3-1, KUDAN-MINAMI 1 CHOME, CHIYODA-KU TOKYO 102-8660 JAPAN |
| AOZORA BANK, LTD | ALLEN & OVERY LLP C/O DANIEL GUYDER/LISA KRAIDEN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| APOGEE FUND, LTD., THE | C/O SATELLITE ASSET MANAGEMENT, LP PO BOX 5136 NEW YORK NY 10185-5136 |
| APPLEBY TRUST (JERSEY) LIMITED | AS TRUSTEE OF THE DIAGEO NO. 2 EMPLOYEES' BENEFIT TRUST P. O. BOX 207 ST. HELIER JE1 1BD UNITED KINGDOM |
| APRIL M.A. REAL ESTATE AGENCY LTD | C/O TSHUVA GROUP 7, GIBOREI ISRAEL STREET P.O. BOX 8464, INDUSTRIAL ZONE SOUTH NETANYA ISRAEL |
| ARBERDEEN GLOBAL - EURO HIGH YIELD BOND FUND | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARBERDEEN GLOBAL II - EMERGING MARKETS FIXED INCOM | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARBERDEEN GLOBAL II - EURO CORPORATE BOND FUND | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARBERDEEN GLOBAL II - GLOBAL AGGREGATE BOND FUND | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARBERDEEN GLOBAL II - GLOBAL HIGH YIELD BOND FUND | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARBERDEEN GLOBAL II - INDEX LINKED BOND FUND | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARBERDEEN GLOBAL II - LONG DATED STERLING AGGREGAT | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARBERDEEN GLOBAL II - LONG DATED STERLING CREDIT F | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARBERDEEN GLOBAL II - STERLING AGGREGATED BOND FUN | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARBERDEEN GLOBAL II - STERLING CREDIT FUND | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARBERDEEN GLOBAL II-HIGH YIELD BOND FUND | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARBERDEEN GLOBAL II-LONG DATED STERLING BOND FUND | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARBERDEEN GLOBAL IV - CORE PLUS INDEX LINKED BOND | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARBERDEEN GLOBAL IV - CORE PLUS LONG DATED STERLIN | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARBERDEEN GLOBAL IV - CORE PLUS STERLING BOND FUND | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARBERDEEN GLOBAL IV - CORE PLUS STERLING CREDIT FU | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARBERDEEN GLOBAL V - FIXED INCOME ALPHA FUND | 2B, RUE ALBERT BORSCHETTE L- 1246 LUXEMBOURG LUXEMBOURG |
| ARCHDIOCESAN PENSION PLAN | C/O ART MONTEGARI, DIRECTOR 1011 FIRST AVENUE NEW YORK NY 10022 |
| ARCHDIOCESAN PENSION PLAN | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ARCUS ZENKEI FUND | 88 WOOD STREET LONDON EC2V 7RS UNITED KINGDOM |
| ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP | MARK BROUDE LATHAM & WATKINS LLP 885 THIRD AVE 3RD FLOOR NEW YORK NY 10022 |
| ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND LP | STATE STREET BANK ATTN: JONATHAN LONG 200 CLARENDON STREET, 6TH FLOOR BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| ARGOS PENSION SCHEME NOMINEES LIMITED AS | TRUSTEES OF THE ARGOS PENSION SCHEME 40 LONSDALE SQUARE LONDON N1 1EW UNITED KINGDOM |
| ARROWGRASS MASTER FUND LTD | C/O ARROWGRASS CAPITAL PARTNERS LLP ATTN: SWATI PATEL / DAMIEN HILL TOWER 42 25 OLD BROAD STREET LONDON EC2N 1HQ UNITED KINGDOM |
| ARSAGO ALTERNATIVE INVESTMENTS SPC FOR THE ACCOUNT | STIRT SEGREGATED PORTFOLIO, ONE OF ITS SEGREGATED PORTFOLIOS ATTN: DAN BEGHEGEANU C/O ARSAGO GROUP LIMMATQUUAI1/BELLVUE ZURICH CH-8001 SWITZERLAND |
| ARSAGO ALTERNATIVE INVESTMENTS SPC FOR THE ACCOUNT | HAMMONDS LLP ATTN: SAMRAD NAZER 7 DEVONSHIRE SQUARE LONDON EC2M 4YH UK |
| ARSAGO STRATEGIES SPC FOR THE ACCOUNT OF ARSAGO GL | OPPORTUNITIES MASTER SEGREGATED PORTFOLIO, ONE OF ITS SEGREGATED PORTFOLIOS ATTN: DAN BEGHEGEANU ARSAGO STRATEGIES, C/O ARSAGO GROUP LIMMATQUAI1/BELLEVUE ZURICH CH-8001 SWITZERLAND |
| ARSAGO STRATEGIES SPC FOR THE ACCOUNT OF ARSAGO GL | HAMMONDS LLP ATTN: SAMRAD NAZER 7 DEVONSHIRE SQUARE LONDON EC2M 4YH UK |
| ARSAGO STRATEGIES SPC FOR THE ACCOUNT OF PREMIUM C | SEGREGATED PORTFOLIO, ONE OF ITS SEGREGATED PORTFOLIOS ATTN: DAN BEGHEGEANU ARSAGO STRATEGIES C/O ARSAGO GROUP LIMMATQUAI1/BELLEVUE ZURICH CH-8001 SWITZERLAND |
| ARSAGO STRATEGIES SPC FOR THE ACCOUNT OF PREMIUM C | HAMMONDS LLP ATTN: SAMRAD NAZER 7 DEVONSHIRE SQUARE LONDON EC2M 4YH UK |
| ASA NEW YORK TAX ADVANTAGED FUND L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ASA NEW YORK TAX ADVANTAGED FUND L.P. | C/O ASA NEW YORK MANAGERS LLC ATTENTION: ROBERT D. ALBRIGHT JR. 601 CARLSON PARKWAY, SUITE 610 MINNETONKA MN 55305 |
| ASIAN CENTURY QUEST (QP), LP | C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| ASIAN CENTURY QUEST (QP), LP | STEVE ZANG ASIAN CENTURY QUEST (QP), LP C/O ASIAN CENTURY QUEST CAPITAL, LLC 152 WEST 57TH STREET 6TH FLOOR NEW YORK NY 10019 |
| ASIAN CENTURY QUEST FUND LP | C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| ASIAN CENTURY QUEST FUND LP | STEVE ZANG ASIAN CENTURY QUEST FUND LP C/O ASIAN CENTURY QUEST CAPITAL, LLC 152 WEST 57TH STREET 6TH FLOOR NEW YORK NY 10019 |
| ASIAN CENTURY QUEST OFFSHORE FUND LP | C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| ASIAN CENTURY QUEST OFFSHORE FUND LP | STEVE ZANG ASIAN CENTURY QUEST OFFSHORE FUND, LTD. C/O ASIAN CENTURY QUEST CAPITAL, LLC 152 WEST 57TH STREET 6TH FLOOR NEW YORK NY 10019 |
| ASIAN INFLATION RESPONSE FUND – (#4634) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE, UPPER HATCH STREET DUBLIN 2 IRELAND |
| ASIAN INFLATION RESPONSE FUND – (#4634) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ASPEN BELL, LIMITED | C/O DEUTSCHE BANK (CAYMAN) LIMITED P.O. BOX 1984 GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| ASPEN CREEK FINANCIAL ADVISORS, LLC | TRANSFEROR: HAIN CAPITAL GROUP, LLC ATTN: ROMULO GARZA, C/O CONSTELLATION CAPITAL MGMT LLC 70 E 55TH ST FL 24 NEW YORK NY 10022 |
| ASPEN LUCIAN, LIMITED | C/O DEUTSCHE BANK (CAYMAN) LIMITED ATTN DIRECTORS BOUNDARY HALL, CRICKET SQUARE PO BOX 1984 GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| ASPEN LUCIAN, LIMITED | SIDLEY AUSTIN LLP ATTN LEE S ATTANASIO AND ALEX R ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ASPEN NOAH, LIMITED | C/O DUETSCHE BANK (CAYMAN) LIMITED ATTN: DIRECTORS PO BOX 1984 GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| ASPEN NOAH, LIMITED | JEROME RANAWAKE AND RICH MERTL FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ASSET MANAGERS INTERNATIONAL LTD | C/O HARNEYS CORPORATE SERVICES LTD ATTN: CAROLYN HIRON CRAIGMUIR CHAMBERS P.O. BOX 71 ROAD TOWN, TORTOLA VIRGIN ISLANDS (BRITISH) |
| ASSICURAZIONI GENERALI S.P.A. | PIAZZA DUCA DEGLI ABRUZZI 2 ATTN: DOTT. ROBERTO SPERA, LEGAL COUNSEL TRIESTE 34132 ITALY |

| Claim Name | Address Information |
|---|---|
| ASSICURAZIONI GENERALI S.P.A. | ASSICURAZIONI GENERALI S.P.A. ATTN. MARCO BARTOLOMEI – HEAD OF LEGAL AND CORPORATE AFFAIRS GENERALI SGR S.P.A. VIA TRENTO 8 TRIESTE 34132 ITALY |
| ASTRAZENECA PENSIONS TRUSTEE LIMITED | 15 STANHOPE GATE LONDON WIK ILN UNITED KINGDOM |
| ASTRAZENECA PENSIONS TRUSTEE LIMITED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ATLANTIC INTERNATIONAL FINANCE LIMITED | BY THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED (AS ATTORNEY-IN-FACT) ATTN: ERIC CHENG, SENIOR TRANSACTION MANAGER LEVEL 30, HSBC MAIN BUILDING 1 QUEEN'S ROAD CENTRAL HONG KONG |
| ATOUT EUROLAND | C/O CREDIT AGRICOLE ASSET MANAGMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| ATOUT FRANCE | ATTN: MR. CHRISTIAN BOISSON & MR. JEAN-FRANCOIS POULNAIS C/O CREDIT AGRICOLE ASSET MANAGEMENT 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| ATTORNEYS' LIABILITY ASSURANCE SOCIETY (BERMUDA) L | C/O AUGUSTUS ASSET MANAGERS LIMITED C/O 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| ATTORNEYS' LIABILITY ASSURANCE SOCIETY, INC. | C/O RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| AURELIUS CAPITAL PARTNERS | C/O AURELIUS CAPITAL MANAGEMENT, LP 535 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10022 |
| AURELIUS INVESTMENT, LLC | TRANSFEROR: AURELIUS CAPITAL MASTER LTD. C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: PATRICK VANCE 535 MADISON AVE., 22ND FLOOR NEW YORK NY 10022 |
| AUSTIN CAPITAL SAFE HARBOR PORTABLE | SQUIRE, SANDERS & DEMPSEY L.L.P. C/O ANDREW SIMON & STEPHEN LERNER 221 E. FOURTH ST., STE. 2900 CINCINNATI OH 45202 |
| AUSTIN CAPITAL SAFE HARBOR PORTABLE | ALPHA OFFSHORE FUND ONE, LTD. ATTN: JASON ROTTINGER 5000 PLAZA ON THE LAKE BLVD., SUITE 250 AUSTIN TX 78746 |
| AVIV LCDO 2006-2, LIMITED | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| AVIV LCDO 2006-2, LIMITED | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| AVIV LCDO 2006-2, LIMITED | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| AXA BELGIUM | ATTN: LEGAL DEPARTMENT BRUSSELSTRAAT ANVERS-ANTWERP 45-2018 BELGIUM |
| AXA BELGIUM | STEPHANIE BROUSSARD/CHARLOTTE BRETTE AXA INVESTMENT MANAGERS PARIS LEGAL DEPARTMENT COEUR DEFENSE TOUR B LA DEFENSE 4 100 ESPLANADE DU GENERALE DE GAULLE PARIS LA DEFENSE CEDEX 92932 FRANCE |
| AXA FRANCE VIE | ATTN: LEGAL DEPARTMENT 26 RUE DROUOT PARIS 09 75009 FRANCE |
| AXA FRANCE VIE | AXA INVESTMENT MANAGERS PARIS ATTN: STEPHANIE BROUSSARD/CHARLOTTE BRETTE LEGAL DEPARTMENT COEUR DEFENSE TOUR B LA DEFENSE 4 100 ESPLANADE DU GENERAL DE GAULLE PARIS LA DEFENSE CEDEX 92932 FRANCE |
| AXA IM DEUTSCHLAND | AXA INVESTMENT MANAGERS PARIS ATTN: STEPHANIE BROUSSARD/CHARLOTTE BRETTE LEGAL DEPARTMENT COEUR DEFENSE TOUR B LA DEFENSE 4 100 ESLANADE DU GENERAL DE GAULLE PARIS LA DEFENSE CEDEX 92932 FRANCE |
| AXA IM DEUTSCHLAND | ACTING FOR THE ACCOUNT OF AXA EQUITY L ATTN: LEGAL DEPARTMENT INNERE KANALSTRASSE 95 KOLN 50823 GERMANY |
| AXA IM DEUTSCHLAND ACTING FOR THE ACCOUNT OF | AXA INVESTMENT MANAGERS PARIS ATTN: STEPHANIE BROUSSARD/CHARLOTTE BRETTE LEGAL DEPARTMENT COEUR DEFENSER TOUR B LA DEFENSER 4 100 ESPLANADE DU GENERAL DE GAULLE PARIS LA DEFENSE, CEDEX 92932 FRANCE |
| AXA IM DEUTSCHLAND ACTING FOR THE ACCOUNT OF | AXA EQUITY D – ATTN: LEGAL DEPARTMENT INNERE KANALSTRASSE 95 KOLN 50823 GERMANY |
| AXA IM DEUTSCHLAND GMBH FOR THE ACCOUNT OF | AXA INVESTMENT MANAGERS PARIS ATTN: STEPHANIE BROUSSARD/CHARLOTTE BRETTE LEGAL DEPARTMENT COEUR DEFENSE TOUR B LA DEFENSE 4 100 ESPLANADE DU GENERAL DE GAULLE PARIS LA DEFENSE, CEDEX 92932 FRANCE |
| AXA IM DEUTSCHLAND GMBH FOR THE ACCOUNT OF | WIN-FONDS ATTN: LEGAL DEPARTMENT INNERE KANALSTRASSE 95 KOLN 50823 GERMANY |
| AXA INSURANCE UK PLC | ATTN: LEGAL DEPARTMENT 5 OLD BROAD STREET LONDON DC2N 1AD UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| AXA INSURANCE UK PLC | AXA INVESTMENT MANAGERS GS ATTN: NATHALIE LOIR-STEGGALL/JOSIE TUBBS - LEGAL DEPARTMENT 7 NEWGATE STREET LONDON EC1A 7NX UNITED KINGDOM |
| AXA INTERLIFE S.P.A. | AXA IM PARIS ATTN: STEPHANIE BROUSSARD/CHARLOTTE BRETTE LEGAL DEPARTMENT COEUR DEFENSE TOUR B LA DEFENSE 4 100 ESPLANADE DU GENERAL DU GAULLE PARIS LA DEFENSE, CEDEX 92932 FRANCE |
| AXA INTERLIFE S.P.A. | ATTN: LEGAL DEPARTMENT VIA G LEOPARDI, 15 MILAN 20123 ITALY |
| AXA INVESTMENT MANAGERS PARIS | ACTING FOR AND ON BEHALF OF MATIGNON PROTECTION VIE ATTN: STEPHANIE BROUSSARD/CHARLOTTE BRETTE - LEGAL DEPARTMENT COEUER DEFENSE TOUR B LA DEFENSE 4 100 ESPLANADE DU GENERAL DE GAULLE PARIS LA DEFENSE CEDEX 92932 FRANCE |
| AXA INVESTMENT MANAGERS PARIS | ACTING FOR AND ON BEHALF OF MATIGNON PROTECTION COLLECTIVES ATTN: STEPHANIE BROUSSARD/CHARLOTTE BRETTE - LEGAL DEPARTMENT COEUR DEFENSE TOUR B LA DEFENSE 4 100 ESPLANADE DU GENERAL DE GAULLE PARIS LA DEFENSE CEDEX 92932 FRANCE |
| AXA INVESTMENT MANAGERS PARIS | ACTING FOR AND ON BEHALF OF MATIGNON TC ATTN: STEPHANIE BROUSSARD/CHARLOTTE BRETTE - LEGAL DEPARTMENT COEUR DEFENSE TOUR B LA DEFENSE 4 100 ESPLANADE DU GENERAL DE GAULLE PARIS LA DEFENSE CEDEX 92932 FRANCE |
| AXA S.A. | ATTN: LEGAL DEPARTMENT 21 AVENUE MATIGNON PARIS 75008 FRANCE |
| AXA S.A. | AXA INVESTMENT MANAGERS PARIS ATTN: STEPHANIE BROUSSARD/CHARLOTTE BRETTE LEGAL DEPARTMENT COEUR DEFENSE TOUR B LA DEFENSE 4 100 ESPLANADE DU GENERAL DE GAULE PARIS LA DEFENSE, CEDEX 92932 FRANCE |
| AXA SUN LIFE PLC | AXA IM GS LTD ATTN: NATHALIE LOIR-STEGGALL/JOSIE TUBBS LEGAL DEPARTMENT 7 NEWGATE STREET LONDON EC1A 7NX UNITED KINGDOM |
| AXA SUN LIFE PLC | ATTN: LEGAL DEPARTMENT 5 OLD BROAD STREET LONDON EC2N 1AD UNITED KINGDOM |
| AXA SUN LIFE PLC - SLPM | BY ALLIANCEBERNSTEIN L.P., AS INVESTMENT ADVISER 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| AXA WORLD FUNDS-SUB-FUND ALPHA CREDIT BONDS | AXA IM PARIS ATT STEPHANIE BROUSSARD/CHARLOTTE BRETTE LEGAL DEPARTMENT COEUR DEFENSE TOUT B LA DEFENSE 4 - 100 ESPLANADE DU GENEAL DE GAULLE PARIS LA DEFENSE CEDEX 92932 FRANCE |
| AXA WORLD FUNDS-SUB-FUND ALPHA CREDIT BONDS | REPRESENTED BY AXA FUND MANAGEMENT SA - ATT: GUY DAUGER - 21 BD GRAND DUCHESSE CHARLOTTE L-1331 LUXEMBOURG |
| BABCOCK INTERNATIONAL GROUP PENSION SCHEME | ATTENTION: S. BILLIALD 33 WIGMORE STREET LONDON WIU 1QX UNITED KINGDOM |
| BABCOCK INTERNATIONAL GROUP PENSION SCHEME | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BABCOCK PENSION TRUST LIMITED, THE, ACTING AS TRUS | INTERNATIONAL GROUP PLC GROUP PENSION SCHEME (103042) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL CHRISTCHURCH COURT 10-15 NEWGATE STREET ATTN: BENJAMIN ROBINSON LONDON EC1A 7HD UNITED KINGDOM |
| BABCOCK PENSION TRUST LIMITED, THE, ACTING AS TRUS | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BANCA AKROS S.P.A. | VIA EGINARDO, 29 MILAN 20149 ITALY |
| BANCA ALETTI & C. S.P.A. | VIA SANTO SPIRITO, 14 20121 MILANO ITALY |
| BANCA DI CREDITO POPOLARE SOCIETA COOPERATIVA PER | ATTN: CORSO V. EMANUELE TORRE DEL GRECO SCARL PALAZZO VALLELONGA 92/100 TORRE DEL GRECCO 80059 ITALY |
| BANCA DI CREDITO POPOLARE SOCIETA COOPERATIVA PER | THOMAS L. TISDALE TISDALE LAW OFFICES 10 SPRUCE STREET SOUTHPORT CT 06890 |
| BANCA FIDEURAM S.P.A | PIAZZALE GIULLO DOUHET, 31 ROMA 00163 ITALY |
| BANCA IMI SPA | ATTN: LEGAL DEPT P. GIORDANO DELL 'AMORE 3 MILANO 20121 ITALY |
| BANCA ITALEASE S.P.A | C/O LOVELLS STUDIO LEGALE ATTN: FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN 20123 ITALY |
| BANCA ITALEASE S.P.A | ANDREW B. ECKSTEIN BANCA ITALEASE S.P.A C/O BLANK ROME LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| BANCA MONTE DEI PASCHI DE SIENA S.P.A. | PIAZZA SALIMBENI,3 SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | F/K/A/ BANCA NAZIONALE DELL' AGRICOLTURA S.P.A. THEN BANCA ANTONVENETA S.P.A. PIAZZA SALIMBENI, 3 SIENA 53100 ITALY |

| Claim Name | Address Information |
|---|---|
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | PIAZZA SALIMBENI,3 SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | F/K/A/ BANCA NAZIONALE DELL' AGRICOLTURA S.P.A. THEN BANCA ANTONVENTA S.P.A. PIAZZA SALIMBENI, 3 SIENA 53100 ITALY |
| BANCA POPOLARE DE MILANO SOCIETA COOPERATIE A R.L. | ATTN: MARIA TERESA GUERRA — LEGAL DEPT PIAZZA F. MEDA, 4 MILAN 20121 ITALY |
| BANCA POPOLARE DELL'EMILIA ROMAGNA SOCIETA COOPERA | ATTN: UFFICIO CONSULENZE E VERTENZE LEGALI VIA SAN CARLO 8/20 MODENA 41100 ITALY |
| BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A R.L | ATTN: MARIA TERESA GUERRA, LEGAL DEPT PIAZZA F. MEDA, 4 MILAN 20121 ITALY |
| BANCA POPOLARE DI NOVARA SPA | F/K/A/ BANCA POPOLARE DI NOVARA S.C.A.R.L. UFFICIO SEGRETERIA SOCIETARIA VIA NEGRONI 12 NOVARA 28100 ITALY |
| BANCA PROFILO S.P.A. | CORSO ITALIA, 49 MILAN 20122 ITALY |
| BANCO BANIF, S.A. | ATTN: ROCIO LEDESMA / CARLOS DIAZ PASEO DE LA CASTELLANA 24 MADRID 28046 SPAIN |
| BANCO BANIF, S.A. | O'MELVENY & MYERS LLP ATTN: GERALD C BENDER TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | ATTN: IGNACIO OLLERO ATTN: ELENA PRIETO VIA DE LOS POBLADOS, 13 FLOOR 5TH MADRID 28033 SPAIN |
| BANCO BRADESCO S.A. | GRAND CAYMAN BRANCH C/O BAKER & MCKENZIE LLP ATTENTION: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| BANCO COOPERATIVO ESPANOL, S.A. | ATTN: CAPITAL MARKETS VIRGEN DE LOS PELIGROS, 4 MADRID 28013 SPAIN |
| BANCO COOPERATIVO ESPANOL, S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANCO FINANTIA INTERNATIONAL LIMITED | C/O BANCO FINANTIA INTERNATIONAL LIMITED HARBOUR PLACE, 4TH FLOOR 103 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BANCO FINANTIA INTERNATIONAL LIMITED | TRANSFEROR: BANCO FINANTIA S.A. ATTN: RICARDO CUOTO (LEGAL DEPARTMENT) RUA GENERAL FIRMINO MIGUEL, 5 — 1ST FLOOR LISBON 1600-00 PORTUGAL |
| BANCO FINANTIA INTERNATIONAL LIMITED | TRANSFEROR: BANCO FINANTIA S.A. ATTN: RICARDO COUTO (LEGAL DEPARTMENT) RUA GENERAL FIRMINO MIGUEL, 5 — 1ST FLOOR LISBON 1600-100 PORTUGAL |
| BANCO FINANTIA INTERNATIONAL LIMITED | TRANSFEROR: BANCO FINANTIA S.A. ATTN: RICARDO CUOTO (LEGAL DEPARTMENT) RUA GENERAL FIRMINO MIGUEL, 5 — 1ST FLOOR LISBON 1600-100 PORTUGAL |
| BANCO FINANTIA INTERNATIONAL LIMITED | VENABLE LLP ATTN: JORIAN ROSE 1270 AVENUE OF AMERICAS NEW YORK NY 10020 |
| BANCO ITAU BBA S.A. — NASSAU BRANCH | WEST BAY STREET P.O. BOX N-7788 NASSAU COMMONWEALTH OF THE BAHAMAS |
| BANCO ITAU BBA S.A. — NASSAU BRANCH | C/O MUNDOSTAR S.A. PLAZA INDEPENDENCIA 831 SUITES 707 AND 708 MONTEVIDEO CP 11.100 URUGUAY |
| BANCO ITAU BBA S.A. — NASSAU BRANCH | AZAM H. AZIZ SOLOMON J. NOH ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANCO MARE NOSTRUM, S.A. | F/K/A CAIXA D'ESTALVIS DEL PENEDES CALLE ALCALA 28 ATTN: TREASURY AND CAPITAL MARKETS DEPARTMENT MADRID 28014 SPAIN |
| BANCO MARE NOSTRUM, S.A. | F/K/A CAIXA D'ESTALVIS DEL PENEDES ATTN: TREASURY AND CAPITAL MARKETS DEPARTMENT CALLE ALCALA, 28 MADRID 28014 SPAIN |
| BANCO MARE NOSTRUM, S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANCO SANTANDER DE NEGOCIOS PORTUGAL SA | ATTN: LEGAL DEPARTMENT AV. ENG DUARTE PACHECO, AMOREIRAS TORRE 1-6 LISBON 1070-024 PORTUGAL |
| BANCO SANTANDER DE NEGOCIOS PORTUGAL SA | O'MELVENY & MYERS LLP ATTN: GERALD C BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| BANCO SANTANDER, S.A. | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO MULTIRENTABILIDAD, FL CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE MADRID SPAIN |
| BANCO SANTANDER, S.A. | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO SUPERSELECCION DIVIDENDO 2, FL CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA |

| Claim Name | Address Information |
|---|---|
| BANCO SANTANDER, S.A. | DEL MONTE MADRID SPAIN |
| BANCO SANTANDER, S.A. | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF SUPERFONDO EVOLUCION, FL CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE MADRID SPAIN |
| BANCO SANTANDER, S.A. | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C., ON BEHALF OF FONDO ANTICIPACION MODERADO 2, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER, S.A. | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.; ON BEHALF OF FONDO SUPERSELECCION ACCIONES 2, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER, S.A. | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO ANTICIPACION MODERADO, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER, S.A. | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C., ON BEHALF OF FONDO SANTANDER 150 ANIVERSARIO 2, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER, S.A. | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C., ON BEHALF OF FONDO ANTICIPACION CONSERVADOR 2, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO SANTANDER 150 ANIVERSARIO, F.I. CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE MADRID SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO ANTICIPACION CONSERVADOR, F.I. CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE MADRID SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C., ON BEHALF OF SANTANDER DECISION MODERADO, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF SANTANDER DECISION CONSERVADOR, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO SUPERSELECCION DIVIDENDO, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO VOTORANTIM S.A. NASSAU | C/O BANCO VOTORANTIM S.A. AV. ROQUE PETRONI JR N 999-14 ANDAR, CEP 04707-910 SAO PAULO BRAZIL |
| BANCO VOTORANTIM S.A. NASSAU | ARNOLD & PORTER LLP ATTN: CHARLES A. MALLOY 555 TWELTH STREET, N.W. WASHINGTON DC 20004 |
| BANK FOR INTERNATIONAL SETTLEMENTS FX DEPT | BANKING DEPARTMENT BANK FOR INTERNATIONAL SETTLEMENTS CENTRALBAHNPLATZ 2 BASEL 4002 SWITZERLAND |
| BANK INDONESIA | TOWER B, 10TH FLOOR J.I.M.H. THAMRIN NO.2 JAKARTA 10110 INDONESIA |
| BANK JULIUS BAER & CO. LTD. | BAHNOFSTRASSE 36 ZURICH 8001 SWITZERLAND |
| BANK LEUMI LE-ISRAEL B.M. | ATTN: PROF DANIEL TSIDDON, HEAD OF CAPITAL MARKETS DIVISION 35 YEHUDA HALEVI STREET TEL AVIV 65136 ISRAEL |

| Claim Name | Address Information |
|---|---|
| BANK LEUMI LE-ISRAEL B.M. | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| BANK OF ALAND PLC | ATTN: MALIN BELLANDER NYGATAN 2, PB 3 MARIEHAMN AX-22100 FINLAND |
| BANK OF AMERICA, N.A. | C/O FREDRIC SOSNICK NED S. SCHODECK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANK OF AMERICA, N.A. | TRANSFEROR: MULTI ASSET PLATFORM MASTER FUND SPC C/O BANK OF AMERICA MERRILL LYNCH, ATTN: GARY COHEN, RONALD TOROK BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANK OF AMERICA, N.A. | TRANSFEROR: INVESTEC FUNDS SERIES IV CAPITAL ACCUMULATOR FUND C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK ATTN: GARY COHEN, RONALD TOROK NEW YORK NY 10036 |
| BANK OF AMERICA, N.A. | TRANSFEROR: INVESTEC CAPITAL ACCUMULATOR TRUST LIMITED C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK ATTN: GARY COHEN, RONALD TOROK NEW YORK NY 10036 |
| BANK OF AMERICA, N.A. | TRANSFEROR: VICIS CAPITAL LLC, AS INVESTMENT MANAGER OF CALEDONIAN BANK & TRUST LTD., AS TRUSTEE OF VICIS CAPITAL MASTER SERIES TRUST, ACTING IN RESPECT OF VICIS CAPITAL MASTER FUND BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANK OF CHINA, NEW YORK | ATTN: CHEEDI CHEN AND XIAOYING HU PAYMENT REFERENCE: LBHI LOAN CLAIM 410 MADISON AVENUE NEW YORK NY 10017 |
| BANK OF CHINA, NEW YORK | ALLEN OVERY LLP ATTN: JONATHAN CHO AND LISA KRAIDIN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BANK OF CHINA, NEW YORK BRANCH | ATTN: CHEEDI CHEN AND XIAOYING HU PAYMENT REFERENCE: FX-LBSF CLAIM 410 MADISON AVENUE NEW YORK NY 10017 |
| BANK OF CHINA, NEW YORK BRANCH | ALLEN OVERY LLP ATTN: JONATHAN CHO AND LISA KRAIDIN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BANK OF ESTONIA | ESTONIA PST 13 TALLINN 15095 ESTONIA |
| BANK OF ESTONIA | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE STE 100 NEWPORT BEACH CA 92660 |
| BANK OF KOREA, THE | EXTERNAL MANAGEMENT TEAM, RESERVE MANAGEMENT DEPARTMENT 110, 3-GA, NAMDAEMUN-RO, JUNG-GU SEOUL KOREA, REPUBLIC OF |
| BANK OF KOREA, THE | PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BANK OF MONTREAL | ATTN: BARRY STRATTON 111 WEST MONROE STREET CHICAGO IL 60603 |
| BANK OF MONTREAL | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ESQ 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| BANK OF NEW YORK MELLON TRUST COMPANY NA, THE | ATTN: ERIC A. SCHAFFER REED SMITH REED SMITH CENTER 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| BANK OF NEW YORK MELLON TRUST COMPANY NA, THE | ATTN: ERIC A. SCHAFFER REED SMITH REED SMITH CENTRE 225 FIFTH AVE PITTSBURGH PA 15222 |
| BANK OF NEW YORK MELLON TRUST COMPANY NA, THE | AS TRUSTEE FOR MKP VELA CBO, LTD ATTN: SUEWAN JOHNSON 601 TRAVIS, 16TH FLOOR HOUSTON TX 77002 |
| BANK OF NEW YORK MELLON TRUST COMPANY, N.A., THE | REED SMITH LLP REED SMITH CENTRE ATTN: ERIC A. SCHAFFER 225 FIFTH AVENUE SUITE 1200 PITTSBURGH PA 15222 |
| BANK OF NEW YORK MELLON TRUST COMPANY, N.A., THE | REED SMITH LLP ATTN: ERIC A. SCHAFFER REED SMITH CENTRE 225 FIFTH AVENUE SUITE 1200 PITTSBURGH PA 15222 |
| BANK OF NEW YORK MELLON TRUST COMPANY, N.A., THE | ATTN: BRIDGET M. SCHESSLER, VICE PRESIDENT GLOBAL CORPORATE TRUST, DEFAULT ADMINISTRATION GROUP 525 WILLIAM PENN PLACE, 38TH FLOOR PITTSBURGH PA 15259 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | NA, AS TRUSTEE FOR THE MICHIGAN TOBACCO SETTLEMENT ASSET-BACKED BONDS SERIES 2007 ATTN: BRIDGET SCHESSLER 525 WILLIAM PENN PLACE PITTSBURGH PA 15219 |

| Claim Name | Address Information |
|---|---|
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | AS TRUSTEE FOR THE MICHIGAN TOBACCO SETTLEMENT ASSET-BACKED BONDS SERIES 2007 ATTN: BRIDGET SCHESSLER 525 WILLIAM PENN PLACE, 7TH FLOOR PITTSBURGH PA 15219 |
| BANK OF NEW YORK MELLON, THE | DEWEY & LEBOEUF LLP ATTN: EVAN KOSTER 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK OF NEW YORK MELLON, THE | IRENA GOLDSTEIN, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK OF NEW YORK MELLON, THE | ATTN: STEVE LAWLER 32 OLD SLIP, 15TH FLOOR NEW YORK NY 10286 |
| BANK OF NOVA SCOTIA, THE | BRADLEY TATE, LL.B. 40 KING STREET WEST SCOTIA PLAZA 8TH FLOOR TORONTO ON M5H 1H1 CANADA |
| BANK OF NOVA SCOTIA, THE | NATHAN F. COCO MCDERMOTT WILL & EMERY LLP 227 WEST MONROE STREET SUITE 4700 CHICAGO IL 60606-5096 |
| BANK OF SCOTLAND PLC | ATTN: OLIVER BASI 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| BANK OF SCOTLAND PLC | ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BANK SARASIN & CO LTD | C/O BAR & KARRER AG, ATTN: PETER HSU BRANDSCHENKESTRASSE 90 8027 ZURICH SWITZERLAND |
| BANK VONTOBEL AG | FRED FLURY DREIKONIGSTRASSE 37 ZURICH CH-8002 SWITERLAND |
| BANK VONTOBEL AG | ATTN: DR. RUDOLF REINHARD MUELLER DREIKONIGSTRASSE 37 CH-8022 ZURICH, SWITZERLAND ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | BINGHAM MCCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006 |
| BANKHAUS LAMPE KG | CREDITS & LOANS/ LEGAL COUNSEL JAGERHOFSTRASSE 10 DUSSELDORF 40479 GERMANY |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF | ALTAE EUROPA, F.I. F.K.A. GESMADRID, S.G.I.I.C., S.A. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 MADRID 28046 SPAIN |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF | ALTAE DEUDA SOBERANA CP, F.I. F.K.A. GESMADRID, S.G.I.I.C., S.A. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 MADRID 28046 SPAIN |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF | CAJA MADRID AFIANZA 5 AÑOS, F.I. F.K.A. GESMADRID, S.G.I.I.C., S.A. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 MADRID 28046 SPAIN |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF | CAJA MADRID CESTA INDICES GARANTIZADO, F.I. F.K.A. GESMADRID, S.G.I.I.C., S.A. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 MADRID 28046 SPAIN |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF | CAJA MADRID EUROPA TOP GARANTIZADO, F.I. F.K.A. GESMADRID, S.G.I.I.C., S.A. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 MADRID 28046 SPAIN |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF | BANKIA EVOLUCION VAR 6, F.I. F.K.A. GESMADRID, S.G.I.I.C., S.A. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 MADRID 28046 SPAIN |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF | DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANKINTER S.A. | ATTN: MR. INIGO GUERRA / MS. MARIANNE LEIJTE P DE LA CASTELLANA, 29 MADRID 28046 SPAIN |
| BANKINTER S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANKINTER, SA | TRANSFEROR: BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. ATTN: ANA ISABEL CASUSO ROMERO PASEO DE LA CASTELLANA 29 MADRID 28046 SPAIN |
| BANQUE AIG | OFFICE OF GENERAL COUNSEL 112 AVENUE KLEBER CS 31603 CEDEX 16 PARIS 75773 FRANCE |
| BANQUE AIG | ATTN: OFFICE OF GENERAL COUNSEL 112 AVENUE KLEBER CS 31603 CEDEX 16 PARIS 75773 FRANCE |
| BANQUE AIG | AIG FINANCIAL PRODUCTS CORP ATTN: CHIEF FINANCIAL OFFICER WITH COPY TO GENERAL COUNSEL 50 DANBURY ROAD WILTON CT 06897 |
| BANQUE AIG | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| BANQUE CANTONALE VAUDOISE | ATTN: MR. A. GIROD PO BOX 300 LAUSANNE CH 1001 SWITZERLAND |

| Claim Name | Address Information |
|---|---|
| BANQUE D'ORSAY | ATTN: MR. OLIVIER BOHM 21, RUE BALZAC PARIS 75008 FRANCE |
| BANQUE D'ORSAY | GIDE, LOYRETTE, NOUEL LLP ATTN: VANESSA TOLLIS, ESQ. 120 W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036 |
| BANQUE DE LUXEMBOURG | ATNN: BERNARD CHARPENTIER 14 BOULEVARD ROYAL LUXEMBOURG L-2449 LUXEMBOURG |
| BANQUE EDEL SNC | 5 AVENUE MARCEL DASSAULT TOULOUSE HAUTE GARONNE 31505 FRANCE |
| BANQUE EDEL SNC | JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANSABADELL VIDA, S.A. DE SECUROS Y REASEGUROS | C/O JAVIER VALLE ZURICH ESPANA VIA AUGUSTA 200 BARCELONA 08021 SPAIN |
| BANSABADELL VIDA, S.A. DE SECUROS Y REASEGUROS | MARY LYN DENIRO SURICH NY LEGAL 105 EAST 17TH STREET NEW YORK NY 10003 |
| BANSABADELL VIDA, S.A. DE SECUROS Y REASEGUROS | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BAR OF IRELAND RETIREMENT TRUST SCHEME - MANAGED F | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| BAR OF IRELAND RETIREMENT TRUST SCHEME - MANAGED F | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: EUROPEAN AERONAUTIC DEFENCE & SPACE CO (EADS) N.V. 1 CHURCHILL PLACE LONDON E14 5HP UNITED KINGDOM |
| BARCLAYS BANK PLC | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BARCLAYS BANK PLC | TRANSFEROR: DYNAMIC CREDIT OPPORTUNITIES II MASTER FUND, LTD 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: DEXIA CREDIT LOCAL 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: DEXIA KOMMUNALBANK DEUTSCHLAND AG 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | CREDIT RESTRUCTURING AND ADVISORY GROUP ATTN: DAVID SAWYER 200 PARK AVENUE NEW YORK NY 10166 |
| BARCLAYS CAPITAL SECURITIES LTD. | ATTN: CHRIS ALLEN 5 NORTH COLONNADE LONDON E14 4BB UNITED KINGDOM |
| BARCLAYS CAPITAL SECURITIES LTD. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA A NEW YORK NY 10006 |
| BARCLAYS GLOBAL INVESTORS ASCENT UK LONG CORPORATE | OF BARCLAYS GLOBAL INVESTORS ACTIVE SELECTION FUND (DUBLIN), J.P. MORGAN BANK (IRELAND) PLC, JP MORGAN HOUSE, INTERNATIONAL FINANCIAL CENTRE, DUBLIN 1, IRELAND C/O BARCLAYS GLOBAL INVESTORS LIMITED MURRAY HOUSE, 1 ROYAL MINT COURT LONDON EC3N 4HH UNITED KINGDOM |
| BARCLAYS GLOBAL INVESTORS FIXED INCOME GLOBALALPHA | BARCLAYS GLOBAL INVESTORS FIXED INCOME GLOBAL ALPHA FUNDS (DUBLIN) INVESTORS TRUST & CUSTODIAL SERVICES (IRELAND) LIMITED, BLOCK D IVEAGH COURT, HARCOURT ROAD, DUBLIN 2, IRELAND C/O BARCLAYS GLOBAL INVESTORS LIMITED MURRAY HOUSE, 1 ROYAL MINT COURT LONDON EC3N 4HH UNITED KINGDOM |
| BARCLAYS GLOBAL INVESTORS LIABILITY SOLUTIONS FUND | 2010-2014 FUND A SUB-FUND OF BARCLAYS GLOBAL INVESTORS LIABILITY SOLUTIONS FUNDS (DUBLIN) JP MORGAN BANK (IRELAND) PLC, JP MORGAN HOUSE INTERNATIONAL FINANCIAL CENTRE, DUBLIN 1, IRELAND, C/O BARCLAYS GLOBAL INVESTORS LIMITED MURRAY HOUSE, ROYAL MINT COURT LONDON EC3N 4HH UNITED KINGDOM |
| BARCLAYS WEALTH MANAGERS FRANCE SA | ATTN: M. ALIAN ZEITOUNI, MME ANA ALIX 183, AVENUR DAUMESNIL PARIS 75012 FRANCE |
| BARCLAYS WEALTH MANAGERS FRANCE SA | CLEARY, GOTTLIEB, STEEN, & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10019 |
| BARLOWORLD PENSION TRUST LIMITED | STATESMAN HOUSE STAFFERTON WAY MAIDENHEAD BERKSHIRE SL6 1AD UNITED KINGDOM |
| BARLOWORLD PENSION TRUST LIMITED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BARTON CREEK SENIOR LIVING CENTER, INC. | C/O DAVID M. BENNETT 1722 ROUTH ST., SUITE 1500 DALLAS TX 75201 |
| BARTON CREEK SENIOR LIVING CENTER, INC. | 2500 BARTON CREEK BLVD. AUSTIN TX 78735 |
| BASS, EDWARD | 201 MAIN STREET, SUITE 3100 FORT WORTH TX 76102 |
| BASS, EDWARD | CARL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT |

| Claim Name | Address Information |
|---|---|
| BASS, EDWARD | WORTH TX 76102 |
| BAUPOST LIMITED PARTNERSHIP 1983 A- 1 | C/O THE CAUPOST GROUP LLC ATTN: SCOTT STONE 10 ST. JAMES AVENUE, SUITE 2000 BOSTON MA 02116 |
| BAUPOST LIMITED PARTNERSHIP 1983 B- 1 | C/O THE CAUPOST GROUP LLC ATTN: SCOTT STONE 10 ST. JAMES AVENUE, SUITE 2000 BOSTON MA 02116 |
| BAUPOST LIMITED PARTNERSHIP 1983 C- 1 | C/O THE CAUPOST GROUP LLC ATTN: SCOTT STONE 10 ST. JAMES AVENUE, SUITE 2000 BOSTON MA 02116 |
| BAUPOST VALUE PARTNERS, L.P.-I | C/O THE BAUPOST GROUP, L.L.C. ATTN: SCOTT STONE 10 ST. JAMES AVENUE, SUITE 2000 BOSTON MA 02116 |
| BAUPOST VALUE PARTNERS, L.P.-II | C/O THE BAUPOST GROUP, L.L.C. ATTN: SCOTT STONE 10 ST. JAMES AVENUE, SUITE 2000 BOSTON MA 02116 |
| BAUPOST VALUE PARTNERS, L.P.-III | C/O THE BAUPOST GROUP, L.L.C. ATTN: SCOTT STONE 10 ST. JAMES AVENUE, SUITE 2000 BOSTON MA 02116 |
| BAXTER HEALTHCARE IRELAND RETIREMENT AND DEATH BEN | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| BAXTER HEALTHCARE IRELAND RETIREMENT AND DEATH BEN | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BAYERISCHE HYPO - UND VEREINSBANK AG | UNICREDIT MARKETS & INVESTMENT BANKING ATTN: PETER J C HANSEN / WIDO GANZ MCD1TC, TP ARABELLASTRASSE 12 MUNICH D-81925 GERMANY |
| BAYERISCHE HYPO - UND VEREINSBANK AG | CLIFFORD CHANCE US LLP ATTN: JENNIFER C DEMARCO  / JENNIFER B PREMISLER 31 WEST 52ND STREET NEW YORK NY 10019 |
| BAYERISCHE HYPO-UND VEREINSBANK AG | UNICREDIT MARKETS & INVESTMENT BANKING ARABELLASTRASSE 12 MUNICH D-81925 GERMANY |
| BAYERISCHE HYPO-UND VEREINSBANK AG | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & JENNIFER B. PREMISLER, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BAYERISCHE LANDESBANK | ATTN: HARALD GLOCKL FIRST VICE PRESIDENT BRIENNER STR. 18 MUNCHEN 80333 GERMANY |
| BAYERISCHE LANDESBANK | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: ELLEN HAYES & HARVEY DYCHIAO 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022 |
| BBK B.S.C | ATTN:MANAGER - INTERNATIONAL BANKING BBK PO BOX 597 MANAMA BAHRAIN |
| BBT FUND, L.P. | C/O BBT GENPAR LP ATTENTION: WILLIAM O. REIMANN 201 MAIN STREET, SUITE 3200 FORT WORTH TX 76102 |
| BBT FUND, L.P. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| BBT MASTER FUND, L.P. | F/K/A CAP FUND, L.P. C/O CAP GENPAR, L.P. ATTN: WILLIAM O. RIEMANN 201 MAIN STREET, SUITE 3200 FORT WORTH TX 76102 |
| BBT MASTER FUND, L.P. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| BEACH POINT STRATEGIC MASTER FUND, L.P. | F/K/A POST STRATEGIC MASTER FUND LP C/O BEACH POINT CAPITAL MANAGEMENT LP 1620 26TH STREET, SUITE 6000N SANTA MONICA CA 90404 |
| BEACH POINT STRATEGIC MASTER FUND, L.P. | F/K/A POST STRATEGIC MASTER FUND LP C/O BEACH POINT CAPITAL MANAGEMENT, LP ATTN: DOUG ROERIG 1620 26TH STREET, SUITE 6000N SANTA MONICA CA 90404 |
| BEACH POINT TOTAL RETURN MASTER FUND, L.P. | C/O BEACH POINT CAPITAL MANAGEMENT LP ATTN: DOUG ROERIG 11755 WILSHIRE BLVD., SUITE 1400 LOS ANGELES CA 90025 |
| BEACH POINT TOTAL RETURN MASTER FUND, L.P. | F/K/A POST TOTAL RETURN MASTER FUND LP C/O BEACH POINT CAPITAL MANAGEMENT LP 1620 26TH STREET, SUITE 6000N SANTA MONICA CA 90404 |
| BEACH POINT TOTAL RETURN MASTER FUND, L.P. | F/K/A POST TOTAL RETURN MASTER FUND LP C/O BEACH POINT CAPITAL MANAGEMENT LP ATTN: DOUG ROERIG 1620 26TH STREET, SUITE 6000N SANTA MONICA CA 90404 |
| BEAFORD INVESTMENTS LIMITED | JP MORGAN TRUST CO BAHAMAS LTD BAHAMAS FINANCIAL CENTER, 2ND FLOOR 2ND FLOOR SHIRLEY & CHARLOTTE STREETS P.O. BOX N-4899 ATTN: ANGELA WATSON NASSAU BAHAMAS |
| BEALE, LOUISE RITCHIE | CHARLES A. MALLOY, ESQ. ARNOLD & PORTER LLP 555 TWELFTH STREET, N.W. WASHINGTON DC 20004 |
| BEALE, LOUISE RITCHIE | CHARLES A. MALLOY ARNOLD & PORTER LLP 555 TWELFTH STREET WASHINGTON DC 20004 |

| Claim Name | Address Information |
|---|---|
| BEALE, LOUISE RITCHIE | 7102 MEADOW LANE CHEVY CHASE MD 20815 |
| BEAVER CREEK GLOBAL FUND SPC | QUEENSGATE HOUSE PO BOX 1234 GT GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BECTON DICKINSON PENSION SCHEME, THE | C/O BANK OF ITELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| BECTON DICKINSON PENSION SCHEME, THE | CLIFFORD  CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BEDFORDSHIRE PENSION FUND | COUNTY HALL CAULDWELL STREET BEDFORD MK42 9AP UNITED KINGDOM |
| BEINT, L.L.C. | REITLER KAILAS & ROSENBLATT LLC ATTN: LOUIS SMOOKLER 885 THIRD AVENUE, 20TH FL NEW YORK NY 10022 |
| BEINT, L.L.C. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC PO BOX 8342 NEW YORK NY 10150 |
| BELL ATLANTIC MASTER TRUST (100096) | C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| BELL ATLANTIC MASTER TRUST (100096) | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BERLIN-HANNOVERSCHE HYPOTHEKENBANK AG | BUDAPESTER STRASSE 1 BERLIN 10787 GERMANY |
| BERYL FINANCE  LIMITED 2005-14 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE  LIMITED 2005-14 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE  LIMITED SERIES 2007-7 | C/O BNY CORPORATE TRUSTEE SERVICES ATTN: SANJAY JOBANPUTRA GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE  LIMITED SERIES 2007-7 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 52 NEW YORK NY 10022 |
| BERYL FINANCE LIMITED | SERIES 2008-3 C/O BNY CORPORATE TRUSTEE SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES-DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHALE J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINANCE LIMITED 2005-11 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED 2005-11 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: SANJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: SANJAY JABONPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-10 | C/O BNY CORPORATE TRUSTEE SERVICES LIMITED ATTN:  SANJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-10 | C/O BONY CORPORATE TRUSTEE SERVICES LIMITED ATTN:  SANJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-10 | REED SMITH LLP ATTN; MICHAEL VENDITTO, ESQ. EMEA 70 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-11 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA- VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-11 | REED SMITH LLP 599 LEXINGTON AVE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-13 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT,GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2007-13 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-13 | REED SMITH LP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-14B | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-14B | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-7 | C/O BNY CORPORATE TRUST SERVICES ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-7 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-8 | BNY CORPORATE TRSUTEE SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-8 | BNY CORPORATE TRUSTEE SERVICES LIMITED GLOBAL CORPORATE TRUST SERCVIES - DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-8 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT C/O BNY CORPORATE TRUSTEE SERVICES GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-14 | C/O BNY COPROATE TRUSTEE SERVICES LIMITED ATTN:  SANAJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES-DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-14 | C/O BNY CORPORATE TRUSTEE SERVICES LIMITED ATTN: SANAJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-14 | REED SMITH LLP ATTN:  MICHAEL VENDITTO, ESQ. EMEA 71 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-14 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 71 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-3 | C/O BNY CORPORATE TRUSTEE SERVICES LIMITED ATTN:  SANAJAY JOBANPUTRA GLOBAL CORPOATE TRUST SERVICES - DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-3 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-6 | C/O BNY CORPORATE TRUSTEE SERVICES LIMITED ATTN:  SANAJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-6 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 65 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-7B | C/O BONY CORPORATE TRUST SERVICES LIMITED ATTN:  SANAJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-7B | C/O BNY CORPORATE TRUST SERVICES LIMITED ATTN:  SANJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES, DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-7B | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 66 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-7B | REED SMITH LLP ATTN:  MICHEAL J. VENDITTO, ESQ. EMEA 66 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BFT - BANQUE DE FINANCEMENT ET DE | ATTN: RAPHAELLE BACHELIER 11 AVENUE D'LENA PARIS 75116 FRANCE |

| Claim Name | Address Information |
|---|---|
| TRESORERIE | ATTN: RAPHAELLE BACHELIER 11 AVENUE D'LENA PARIS 75116 FRANCE |
| BFT GESTION ON BEHALF OF BFT VOL 2 | ATTN: RAPHAELLE BACHELIER 11 AVENUE D'LENA PARIS 75116 FRANCE |
| BFT GESTION ON BEHALF OF IENA OPPORTUNITIES INTERN | ATTN: RAPHAELLE BACHELIER 11 AVENUE D'LENA PARIS 75116 FRANCE |
| BG ENERGY MERCHANTS, LLC | DOUGLAS P. BARTNER & SOLOMON J. NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BG ENERGY MERCHANTS, LLC | ATTN: THOMAS A. SMITH, CHIEF COUNSEL BG GROUP PLACE 811 MAIN ST STE 3400 HOUSTON TX 77002 |
| BG ENERGY MERCHANTS, LLC | CHIEF COUNSEL THOMAS A. SMITH BG GROUP PLACE 811 MAIN ST STE 3400 HOUSTON TX 77002 |
| BG INTERNATIONAL LIMITED | C/O BG GROUP ATTN: NICK TYLER 100 THAMES VALLEY PARK READING, BERKSHIRE RGB 1PT U.K. UNITED KINGDOM |
| BG INTERNATIONAL LIMITED | C/O BG GROUP ATTN: NICK TYLER 100 THAMES VALLEY PARK READING BERKSHIRE RG6 1PT UNITED KINGDOM |
| BG INTERNATIONAL LIMITED | BG GROUP ATTN: REBECCA TOMALIN 100 THAMES VALLEY PARK READING BERKSHIRE RG6 1PT UNITED KINGDOM |
| BG INTERNATIONAL LIMITED | DOUGLAS P. BARTNER SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BGI EOS LIMITED, WALKERS CORPORATE SERVICES LIMITE | WALKER HOUSE 87 MARY STREET GEORGE TOWN KY1-9002 CAYMAN ISLANDS |
| BGI EOS LIMITED, WALKERS CORPORATE SERVICES LIMITE | BARCLAYS GLOBAL INVESTORS LIMITED MURRAY HOUSE 1 ROYAL MINT COURT LONDON EC3N 4HH UK |
| BGI FIXED INCOME GLOBAL ALPHA FUND LTD | WALKER HOUSE 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BGI FIXED INCOME GLOBAL ALPHA FUND LTD | ATTN: CHIP STEVENS WALKER HOUSE 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BGI FIXED INCOME GLOBAL ALPHA FUND LTD | C/O BARCLAYS GLOBAL INVESTORS, N.A. 400 HOWARD ST. SAN FRANCISCO CA 94105 |
| BGI FIXED INCOME GLOBAL ALPHA FUND LTD | C/O BARCLAYS GLOBAL INVESTOR, N.A. 400 HOWARD ST. SAN FRANCISCO CA 94105 |
| BGL BNP PARIBAS SA (FKA FORTIS BANQUE LUXEMBOURG S | BANQUE GENERALE DU LUXEMBOURG S.A.) ATTN: LAURA MOLENKAMP & NICHOLAS OGDEN 50 AVENUE J.F. KENNEDY LUXEMBOURG L-2951 LUXEMBOURG |
| BGL BNP PARIBAS SA (FKA FORTIS BANQUE LUXEMBOURG S | MAYER BROWN LLP ATTN: HOWARD S. BELTZER, ESQ. 1675 BROADWAY NEW YORK NY 10019 |
| BGL BNP PARIBAS SA (FKA FORTIS BANQUE LUXEMBOURG S | ATTN: RICHARD M. SKOLLER, ESQ. & KATHRYN B. QUINN 787 SEVENTH AVENUE NEW YORK NY 10019-6018 |
| BIAM EQUITY MUTUAL FUND | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| BIAM EQUITY MUTUAL FUND | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BIAM MANAGED MUTUAL FUND | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| BIAM MANAGED MUTUAL FUND | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BIAM PENSION SCHEME, ON BEHALF OF BIAM PENSION SCH | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| BIAM PENSION SCHEME, ON BEHALF OF BIAM PENSION SCH | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BKS CLAIMS LLC | TRANSFEROR: TIGER GLOBAL, L.P. C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| BKS CLAIMS LLC | TRANSFEROR: TIGER GLOBAL II LP C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| BKS CLAIMS LLC | TRANSFEROR: TIGER GLOBAL, LTD C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| BLACK ARBITRAGE OFFSHORE LTD | SIDLEY AUSTIN LLP ATTN: ALEX R. RIVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BLACK ARBITRAGE OFFSHORE LTD | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| BLACK ARBITRAGE OFFSHORE LTD | F/K/A BLACK DIAMOND ARBITRAGE OFFSHORE LDC C/O CARLSON CAPITAL, L.P. – ATTN: STEVE PULLY 2100 MCKINNEY AVENUE, 16TH FLOOR DALLAS TX 75201 |
| BLACK BEAR INVESTMENT FUND, LLC | NORMAN N. KINEL, ESQ DUVAL & STACHENFELD LLP 101 PARK AVE, 11TH FLOOR NEW YORK NY 10178 |
| BLACK BEAR INVESTMENT FUND, LLC | DUVAL & STACHENFELD LLP ATTN: NORMAN N. KINEL, ESQ. 101 PARK AVENUE, 11TH FLOOR NEW YORK NY 10178 |
| BLACK BEAR INVESTMENT FUND, LLC | C/O D. MATTHEW MIDDELTHON 831 FAIRFIELD ROAD ATLANTA GA 30327 |
| BLACK DIAMOND OFFSHORE LTD | SIDLEY AUSTIN LLP ATTN:  LEE S. ATTANASIO; ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BLACK DIAMOND OFFSHORE LTD | C/O CARLSON CAPITAL, LP ATTN: STEVE PULLY 2100 MCKINNEY AVENUE, 16TH FLOOR DALLAS TX 75201 |
| BLACKROCK FINANCIAL MANAGEMENT, INC, AS INVESTMENT | FOR US DOLLAR CORE BOND FUND (BLK TICKER: USDCORE) A SUB-FUND OF BLACKROCK GLOBAL FUNDS ATTN: GIANLUCA TESTI 33 KING WILLIAM STREET LONDON EC4R 9AS UNITED KINGDOM |
| BLACKROCK FINANCIAL MANAGEMENT, INC, AS INVESTMENT | SKADDEN ARPS SLATE MEAGHER & FLOM LLP J.GREGORY MILMOE, ESQ./ANDREW M. THAU, ESQ. FOUR TIMES SQUARE NEW YORK NY 10036 |
| BLACKROCK FINANCIAL MGMT (UK), LTD, AS INVESTMENT | FOR BLACK ROCK EUROPEAN TMT STRATEGIES (BLK TICKER: E_ETCFD,E_ETI) A SUB-FUND OF BLACKROCK STRATEGIC FUNDS ATTN: GIANLUCA TESTI 33 KING WILLIAM STREET LONDON EC4R 9AS UNITED KINGDOM |
| BLACKROCK FINANCIAL MGMT (UK), LTD, AS INVESTMENT | SKADDEN ARPS SLATE MEAGHER & FLOM LLP J.GREGORY MILMOE, ESQ./ANDREW M. THAU, ESQ. FOUR TIMES SQUARE NEW YORK NY 10036 |
| BLUE ANGEL CLAIMS LLC | TRANSFEROR: KRAUS PARTNER INVESTMENT SOLUTIONS AG ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS LLC | TRANSFEROR: CONFEDERACION ESPANOLA DE CAJAS DE AHORROS (CECA) ATTN: ANTHONY YOSELOFF 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND LP | 280 PARK AVENUE, 5TH FLOOR EAST ATTN: YI SHU NEW YORK NY 10017 |
| BLUEBAY EUROPEAN CREDIT OPPORTUNITY FUND | C/O BLUEBAY ASSET MANAGEMENT PLC ATTN: SIMON SUTCLIFFE 77 GROSVENOR STREET LONDON W1K 3JR UNITED KINGDOM |
| BLUEBAY EUROPEAN CREDIT OPPORTUNITY FUND | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| BMW (UK) TRUSTEES LIMITED | ATTN: BARRY BETTS CANTON LANE HAMS HALL COLESHILL WARWICKSHIRE B46 1GB UNITED KINGDOM |
| BMW (UK) TRUSTEES LIMITED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BNP PARIBAS | ATTN: KATHRYN B. QUINN AND RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK NY 10019-6018 |
| BNP PARIBAS ASSET MANAGEMENT SAS | F/K/A FORTIS INVESTMENT MANAGEMENT FRANCE BNPP IP BELGIUM LEGAL OTC TEAM ATTN: GREET RAMAUT ACI: 1YB1A 55 RUE DU PROGRES BRUSSELS 1210 BELGIUM |
| BNP PARIBAS ASSET MANAGEMENT SAS | DOUGLAS O. BARTNER, ESQ. & SOLOMON J. NOH ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BNP PARIBAS FIN'AMS | C/O BNP PARIBAS ATTN: JAMES GOODALL & RICHARD M. SKOLLER 787 SEVENTH AVE NEW YORK NY 10019-6018 |
| BNP PARIBAS INVESTMENT PARTNERS BELGIUM NV/SA | F/K/A FORTIS INVESTMENT MANAGEMENT BELGIUM N.V/S.A BNPP IP BELGIUM LEGAL OTC TEAM ATTN: GREET RAMAUT ACI: 1YB1A 55 RUE DU PROGRES BRUSSELS 1210 BELGIUM |
| BNP PARIBAS INVESTMENT PARTNERS BELGIUM NV/SA | DOUGLAS O. BARTNER, ESQ. & SOLOMON J. NOH ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BNP PARIBAS INVESTMENT PARTNERS LUXEMBURG SA | F/K/A FORTIS INVESTMENT MANAGEMENT LUXEMBOURG S.A. BNPP IP BELGIUM LEGAL OTC TEAM ATTN: GREET RAMAUT ACI: 1YB1A 55 DU PROGRES BRUSSELS 1210 BELGIUM |
| BNP PARIBAS INVESTMENT PARTNERS LUXEMBURG SA | DOUGLAS O. BARTNER, ESQ. & SOLOMON J. NOH ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BNP PARIBAS WEALTH MANAGEMENT | ATTN: SERGE FORTI & RICARDO SANCHEZ-MORENO 20 COLLYER QUAY # 18-01 TUNG CENTRE 049319 SINGAPORE |

| Claim Name | Address Information |
|---|---|
| BOARD OF GOVERNORS OF THE UNIV. OF NORTH CAROLINA | 300 SOUTH BUILDING CB#1000 CHAPEL HILL NC 27599-1000 |
| BOARD OF THE PENSION PROTECTION FUND, THE | C/O FIELD FISHER WATERHOUSE LLP REF: EAM/EJA 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| BOARD OF THE PENSION PROTECTION FUND, THE | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BOARD OF TRUSTEES FOR THE MARYLAND STATE RETIREMEN | ATTN: MIKE RUETZ 120 EAST BALTIMORE STREET, 16TH FLOOR BALTIMORE MD 21202 |
| BOARD OF TRUSTEES FOR THE MARYLAND STATE RETIREMEN | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BOARD OF TRUSTEES OF THE NATIONAL PROVIDENT FUND, | ATTN: CHIEF EXECUTIVE, ALAN LANGFORD LEVEL 12, THE TODD BUILDING 95 CUSTOMHOUSE QUAY PO BOX 3390 WELLINGTON NEW ZEALAND |
| BOARD OF TRUSTEES OF THE NATIONAL PROVIDENT FUND, | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BOC PENSIONS LIMITED ACTING AS TRUSTEE OF THE BOC | INVESTMENT FUND (100314) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL CHRISTCHURCH COURT 10-15 NEWGATE STREET ATTN: BENJAMIN ROBINSON LONDON EC1A 7HD UNITED KINGDOM |
| BOC PENSIONS LIMITED ACTING AS TRUSTEE OF THE BOC | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BOEHRINGER INGELHEIM | ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC SION HALL 56 VICTORIA EMBANKMENT LONDON EC4Y 0DZ UNITED KINGDOM |
| BOEHRINGER INGELHEIM | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TR | C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TR | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TR | MICHAEL P. O'BRIEN WINSTON & STRAWN LLP 35 W. WACKER DRIVE CHICAGO IL 60601 |
| BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TR | C/O THE BOEING COMPANY ATTN: LISA HAAG 100 N. RIVERSIDE, MC5003-3015 CHICAGO IL 60606-1596 |
| BOUSSARD & GAVAUDAN FUND PLC | TRANSFEROR: SARK MASTER FUND LIMITED C/O BOUSSARD & GAVAUDAN ASSET MGMT LP; ATTN: LEGAL/COMPLIANCE CALDER HOUSE, 1 DOVER STREET LONDON W1S 4LA UNITED KINGDOM |
| BPCE | F/K/A CAISSES D'EPARGNE PARTICIPATIONS ATTN: NICOLAS DUHAMEL 50, AVENUE PIERRE MENDES FRANCE 75201 PARIS CEDEX 13 FRANCE |
| BPCE | ATTN: NICOLAS DUHAMEL 50 AVENUE PIERRE MENDES FRANCE PARIS CEDEX 13 75201 FRANCE |
| BPCE | VANESSA TOLLIS, ESQ. GIDE LOYRETTE NOUEL LLP 120 W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036 |
| BRADFORD & BINGLEY PLC | P.O. BOX 88 CROFT ROAD, CROSSFLATTS BINGLEY WEST YORKSHIRE BD16 2UA UNITED KINGDOM |
| BRED BANQUE POPULAIRE | 18, QUAI DE LA RAPEE 75604 - PARIS CEDEX 12 ATTN: HERVE THIOLLET ATTN:: XAVIER BRISSET FRANCE |
| BRETHREN VILLAGE | KATHRYN D. SALLIE, ESQ RHOADA & SIMON LLP ONE S. MARKET SQ, 12TH FL PO BOX 1146 HARRISBURG PA 17108-1146 |
| BRETHREN VILLAGE | 3001 LITITZ PIKE LANCASTER PA 17606 |
| BRETTON NOTCH ASSOCIATES, L.L.C. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| BREVAN HOWARD ASIA MASTER FUND LIMITED | C/O BREVAN HOWARD ASSET MANAGEMENT LLP 55 BAKER STREET LONDON W1U 8EW UNITED KINGDOM |
| BREVAN HOWARD EMERGING MARKETS STRATEGIES MASTER F | C/O BREVAN HOWARD ASSET MANAGEMENT LLP 55 BAKER STREET LONDON W1U 8EW UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| BREVAN HOWARD EQUITY STRATEGIES MASTER FUND LIMITE | C/O BREVAN HOWARD ASSET MANAGEMENT LLP 55 BAKER STREET LONDON W1U 8EW UNITED KINGDOM |
| BREVAN HOWARD STRATEGIC OPPORTUNITIES FUND LIMITED | C/O BREVAN HOWARD ASSET MANAGEMENT LLP 55 BAKER STREET LONDON W1U 8EW UNITED KINGDOM |
| BRIGADE LEVERAGED CAPITAL STRUCTURES FUND LTD | STEVEN P. VINCENT 53 FOREST AVE STE 202 OLD GREENWICH CT 06870-1537 |
| BRIGADE LEVERAGED CAPITAL STRUCTURES FUND LTD | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| BRIGADE LEVERAGED CAPITAL STRUCTURES FUND LTD | C/O SEWARD & KISSEL LLP ATTNL JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| BRITANNIA BUILDING SOCIETY PENSION SCHEME | J. ROGERS BRITANNIA HOUSE CHEADLE ROAD LEEK STAFFORDSHIRE ST13 5R6 UNITED KINGDOM |
| BRK/A INVESTORS, L.L.C. | ATTN : JOHN H. FANT 201 MAIN STREET SUITE 300 FORT WORTH TX 76102 |
| BRK/A INVESTORS, L.L.C. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| BRM GROUP LTD. | ATTN: AVI BASHER GOLAN STREET ONE BAREKET BUILDING PO BOX 215 AIRPORT CITY 70100 ISRAEL |
| BRM GROUP LTD. | ATTN: AVI BASHER GOLAN STREET ONE BAREKAT BUILDING PO BOX 215 AIRPORT CITY 7100 ISRAEL |
| BRM GROUP LTD. | C/O MORRISON & FOERSTER LLP ATTN: NORMAN S. ROSENBAUM 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRM GROUP LTD. | C/O MORRISON & FOSTER LLP ATTN:BARBARA R. MENDELSON 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRM GROUP LTD. | C/O MORRISON & FOERSTER LLP ATTN: BARBARA R. MENDELSON 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BROAD MARKET XL HOLDINGS LTD (IN OFFICIAL LIQUIDAT | ATTN: RICHARD FOGERTY ZOLFO COOPER PO BOX 1102 4TH FLOOR BUILDING 3 CAYMAN FINANCIAL CENTRE GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| BROAD PEAK MASTER FUND LTD. | C/O BROAD PEAK INVESTMENT ADVISORS PTE LTD ATTN: MICHAEL MOORE CENTENNIAL TOWER #26-02 3 TEMASEK AVE 039190 SINGAPORE |
| BROAD PEAK MASTER FUND LTD. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, DAVID A. SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| BROOKDALE GLBL OPPTY FUND | C/O WEISS ASSET MANAGEMENT, LLC 222 BERKELEY STREET, 16TH FLOOR BOSTON MA 02116 |
| BROOKDALE INTL PRTNRS LP | C/O WEISS ASSET MANAGEMENT LP 222 BERKELEY STREET, 16TH FLOOR BOSTON MA 02116 |
| BROWN THOMAS GROUP STAFF PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| BROWN THOMAS GROUP STAFF PENSION SCHEME | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BT INSTITUTIONAL HEDGED GLOBAL BOND FUND | PRINCIPAL GLOBAL INVESTORS, LLC ATTN: DEBRA EPP 801 GRAND AVENUE DES MOINES IA 50392 |
| BUCKEYE TOBACCO SETTLEMENT FINANCING AUTHORITY, TH | C/O THE OFFICE OF BUDGET AND MANAGEMENT ATTN: KURT KAUFFMAN, ASSISTANT SECRETARY 30 EAST BROAD ST., 34TH FLOOR COLUMBUS OH 43215 |
| BUCKEYE TOBACCO SETTLEMENT FINANCING AUTHORITY, TH | SQUIRE, SANDERS & DEMPSEY LLP ATTN: GREGORY STYPE 41 SOUTH HIGH STREET, SUITE 2000 COLUMBUS OH 43215 |
| BUNTING FAMILY LLCII LIMITED LIABILITY CO., THE | BUNTING MANAGEMENT GROUP, 217 INTERNATIONAL CIRCLE HUNT VALLEY MD 21030 |
| BURLINGTON LOAN MANAGEMENT LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BURLINGTON LOAN MANAGEMENT LIMITED | TRANSFEROR: CANTOR FITZGERALD SECURITIES C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET NEW YORK NY 10022 |
| C.A.O.G.A. | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| C.A.O.G.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, |

| Claim Name | Address Information |
|---|---|
| C.A.O.G.A. | ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| C.M. LIFE INSURANCE COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| C.M. LIFE INSURANCE COMPANY | C/O MASSACHUSETTS MUTAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD MA 01115 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A. R. L. | ATTN: MR. GORDON E. C. BURROWS VIA ELEONORA DUSE 53 ROME 00197 ITALY |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A. R. L. | KING & SPALDING LLP ATTN: JEFFREY LIVINGSTON & GEROGE B. SOUTH III 1185 AVENUE FO THE AMERICAS NEW YORK NY 10036 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A. R. L. | KING & SPALDING LLP ATTN: JEFFREY LIVINGSTON, GEORGE B. SOUTH III 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: FOREST HILLS TRADING, LTD C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: EAC PARTNERS MASTER FUND LTD. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BANKERS LIFE AND CASUALTY COMPANY C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CONSECO LIFE INSURANCE COMPANY C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CONSECO INSURANCE COMPANY C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: WASHINGTON NATIONAL INSURANCE COMPANY C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: B Y PARTNERS, L.P. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BRAHMAN C.P.F. PARTNERS LP C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BRAHMAN INVESTMENTS I (SPV), LTD. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BRAHMAN INVESTMENTS II (SPV), LTD. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER FUND LTD C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: AHORRO CORPORACION FINANCIERA S.V. S.A. C/O CARVAL INVESTORS UK LTD KNOWLE HILL PARK FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. | TRANSFEROR: CASAM ADI CB ARBITRAGE FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. | TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LTD, A BER C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. | TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: ALADDIN RELATIVE VALUE CREDIT MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: LAPLACE FUND EQUITIES LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: SMOLANSKY FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD C/O CARVAL INVESTORS UK |

| Claim Name | Address Information |
|---|---|
| (UK) | LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: GALILEO FUND LIMITED (FORMERLY MAN GALILEO ARBITRAGE LIMIT C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: WATERSTONE MARKET NEUTRAL MAC 51 LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: CONCORDIA MAC 29 LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: PIONEER EUROPE MAC 70 LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: ROTHORN FUND LIMITED (FORMERLY MAN MAC ROTHORN 6A LIMITED) C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: AM INTERNATIONAL E MAC 63 LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: MAJESTIC FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: EMPIRICURVE FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: QUINLAN PRIVATE EUROPEAN STRATEGIC PROPERTY FUND LP C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: DEPFA BANK PLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: JMG CAPITAL PARTNERS LP C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: DEUTSCHE PFANDBRIEFBANK AG C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: GOOD STEWARD TRADING COMPANY SPC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CAR VAL INVESTORS UK LIMITED KNOLE HILL PARK FAIRMILE LANE SURREY KT11 2PD UNITED KINGDOM |
| CAAM FUNDS LDI GILT PLUS GBP | C/O CREDIT AGRICOLE ASSET MANAGMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| CAAM FUNDS LDI INDEX LINKED PLUS GBP | C/O CREDIT AGRICOLE ASSET MANAGMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| CACEIS BANK LUXEMBOURG | SECRETARIAT GENERAL 5 ALLEE SCHEFFER LUXEMBOURG L-2520 LUXEMBOURG |
| CAISSE FEDERALE DU CREDIT MUTUEL DE | MAINE ANJOU ET BASSE NORMANDIE ATTN: OLIVER VIRY 43 BOULEVARD VOLNEY LAVEL CEDEX 9 53083 FRANCE |
| CAISSE FEDERALE DU CREDIT MUTUEL DE | DOUGLAS P. BARTNER, ESQ. SUSAN A. FENNESSEY, ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| CAISSE REGIONALE | SERVICE INGENIERIE FINANCIERE ET TRESORERIE ATTN: PHILIPPE GAILLARD (& CLIFFORD CHANCE US LLP) RUE D'EPAGNAC, BP 21 SOYAUX 16 800 FRANCE |
| CAISSE REGIONALE | CLIFFORD CHANCE US LLP ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CAIXA D'ESTALVIS DE TARRAGONA | ATTN:DTO. CONTROL FINANCIERO Y CONTABLE CIAXA TARRAGONNA PLAZA IMPERIAL TARRACO 6 TARRAGONNA 43005 SPAIN |
| CAIXA PENEDES PENSIONS E.G.F.P, S.A. | ACTING ON BEHALF OF PENEDES PENSIO 1 ATTN: DANIEL ZAPLANA & JOSE MANUEL SANCHEZ, & LAURA DE LA FUENTE RAMBLA NOSTRA SENYORA, 2-4, 80720 VILAFRANCA DEL PENEDES BARCELONA SPAIN |
| CAIXA PENEDES PENSIONS E.G.F.P, S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| CAJA DE AHORROS DE GALICIA | ATTN:BACK OFFICE DEPARTMENT. MR. CESAR TORIBIO C/ SERRANO 41, 4 PTA. MADRID 28001 SPAIN |
| CAJA DE AHORROS DE SALAMANCA Y SORIA | ATTN: MS. ELENA MERINO / MS. ELENA COLLADO CALLE VILLAMAGNA 6, 3*PLANTA MADRID 28001 SPAIN |
| CAJA DE AHORROS DE SALAMANCA Y SORIA | ATTN: MS. ELENA MERINO / MS. ELENA COLLADO CALLE JULIAN CAMARILLO 29 B, 4A PLANTA MADRID 28037 SPAIN |
| CAJA DE AHORROS DE SALAMANCA Y SORIA | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CAJA DE AHORROS DE VALENCIA, CASTELLON Y ALICANTE | ATTN: MIGUEL ANGEL RECUENCO GOMECELLO / JUAN MARIA LLATAS SERRANO EDIFICIO SOROLLA, 3A PLANTA PINTOR SOROLLA, 8 VALENCIA 46002 SPAIN |
| CAJA DE AHORROS DE VALENCIA, CASTELLON Y ALICANTE | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CAJA DE AHORROS DEL MEDITERRANEO | ATTN: MR. SALVADOR IBIZA BEVIA AVENIDA OSCAR ESPIA, 37 MADRID 03007 SPAIN |
| CAJA DE AHORROS DEL MEDITERRANEO | CLIFFORD CHANCE US LLP ATTN: DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID | ATTN: MRS. CARLOTA DE VERA TOQUERO / MR. ROBERTO GONZALEZ PASEO DE LA CASTELLANA, 189 MADRID 28046 SPAIN |
| CAJA DE AHORROS Y MONTE DE PIEDAD DE MADRID | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CALIFORNIA DEPARTMENT OF WATER RESOURCES | ATTN: JAMES K. OPENSHAW, SENIOR STAFF COUNSEL CALIFORNIA ENERGY RESOURCES SCHEDULING PO BOX 219001 3310 EL CAMINO AVENUE, SUITE 120 SACRAMENTO CA 95821-9001 |
| CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION | JONATHAN GUY ORRICK HERRINGTON & SUTCLIFFE LLP COLUMBIA CENTER 1152 15TH STREET, N.W. WASHINGTON DC 20005 |
| CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION | C/O DANIEL J. SHONKWILER, ASSISTANT GENERAL COUNSEL 151 BLUE RAVINE ROAD FOLSOM CA 95630 |
| CALIFORNIA WINERY WORKERS PENSION PLAN TRUST FUND | ATTN: RAPHAEL SHANNON, ESQ. MCCARTHY JOHNSON & MILLER LC 595 MARKET STREET, SUITE 2200 SAN FRANCISCO CA 94105 |
| CANADA LIFE ASSURANCE (IRELAND) LTD, ON BEHALF OF | GROSS C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| CANADA LIFE ASSURANCE (IRELAND) LTD, ON BEHALF OF | NET C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| CANADA LIFE ASSURANCE (IRELAND) LTD, ON BEHALF OF | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CANCER RESEARCH UK | PO BOX 123 61 LINCOLN'S INN FIELDS LONDON WC2A 3PX UNITED KINGDOM |
| CANYON BALANCED MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON BALANCED MASTER FUND, LTD. | C/O CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR ATTN: JONATHAN KAPLAN, JOHN PLAGA LOS ANGELES CA 90067 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S ATTANASIOM ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | LEE S. ATTANSIO AND ALEX R. ROVIRA SDILEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | ATTN: JONATHAN KAPLAN ATTN: JOHN PLAGA C/O CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANSIO, ALEX R. ROVIRA 787 SEVENTH AVUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | C/O CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR ATTN: JONATHAN KAPLAN, JOHN PLAGA LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION FUND, L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND, L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND, L.P. | C/O NATIONAL CORPORATE RESEARCH 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| CANYON VALUE REALIZATION FUND, L.P. | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CAPITAL VENTURES INTERNATIONAL | C/O SUSQUEHANNA ADVISORS GROUP, INC. 401 CITY AVENUE, SUITE 220 BALA CYNWYD PA 19004 |
| CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | C/O CAPSTONE HOLDINGS GROUP, LLC 7 WORLD TRADE CENTER – ATTN: JEREMY HECKERLING 250 GREENWICH STREET, 30TH FLOOR NEW YORK NY 10007 |
| CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | CADWALADER, WICKERSHAM & TAFT LLP ATTN: JAMES MCDONNELL ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CARDINAL INVESTMENT SUB I, L.P. | ATTN: JOHN H. FANT 201 MAIN STREET SUITE 3100 FORT WORTH TX 76102 |
| CARDINAL INVESTMENT SUB I, L.P. | ERIN MCDANIEL C/O OHIM SERVICES 201 MAIN STREET, SUITE 1000 FORT WORTH TX 76102 |
| CARLYLE CREDIT PARTNERS MASTER FUND | C/O CARLYLE INVESTMENT MANAGEMENT LLC ATTN: MATT STANCZUK 520 MADISON AVENUE, 41ST FLOOR NEW YORK NY 10019 |
| CARLYLE CREDIT PARTNERS MASTER FUND | DEBEVOISE & PLIMPTON LLP ATTN:  MICHAEL  WILES 919 THIRD AVENUE NEW YORK NY 10022 |
| CASAM CAAM EQUITY MARKET NEUTRAL FUND LIMITED (F/K | EQUITY QUANT FUND), A COMPANY ORGANIZED UNDER THE LAWS OF IRELAND C/O CREDIT AGRICOLE STRUCTURED ASSET MANANGEMENT SA ATTN: LEGAL DEPARTMENT 91-93 BOULEVARD PASTEUR PARIS 75710 FRANCE |
| CASAM CAAM EQUITY MARKET NEUTRAL FUND LIMITED (F/K | C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ADVISERS LLC ATTN: DANIEL J. RAYMAN 1301 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10019 |
| CASAM CAAM EQUITY MARKET NEUTRAL FUND LIMITED (F/K | KATTEN MUCHIN ROSENMAN LLP ATTN: LANCE A. ZINMAN, ESQ. 525 WEST MONROE STREET CHICAGO IL 60661 |
| CASAM GLG EUROPEAN EQUITY MARKET NEUTRAL FUND LIMI | INCORPORATED UNDER THE LAWS OF THE CAYMAN ISLANDS C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT SA ATTN: LEGAL DEPARTMENT 91-93 BOULEVARD PASTEUR PARIS 75710 FRANCE |
| CASAM GLG EUROPEAN EQUITY MARKET NEUTRAL FUND LIMI | C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ADVISERS LLC ATTN: DANIEL J. RAYMAN 1301 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10019 |
| CASAM GLG EUROPEAN EQUITY MARKET NEUTRAL FUND LIMI | KATTEN MUCHIN ROSENMAN LLP ATTN: LANCE A. ZINMAN, ESQ. 525 WEST MONROE STREET CHICAGO IL 60661 |
| CASAM GLG EUROPEAN LONG-SHORT FUND LIMITED, A COMP | UNDER THE LAWS OF THE CAYMAN ISLANDS C/O CREDIT AGRICOLE STRUCTURED ASSET MANEGEMENT SA ATTN: LEGAL DEPARTMENT 91-93 BOULEVARD PASTEUR PARIS 75710 FRANCE |
| CASAM GLG EUROPEAN LONG-SHORT FUND LIMITED, A COMP | CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ADVISERS LLC ATTN: DANIEL J. RAYMAN 1301 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10019 |
| CASAM GLG EUROPEAN LONG-SHORT FUND LIMITED, A COMP | KATTEN MUCHIN ROSENMAN LLP ATTN: LANCE A. ZINMAN 525 WEST MONROE STREET CHICAGO IL 60661 |
| CASCADE INVESTMENT, L.L.C. | ATTN: LAURIE SMILEY, GENERAL COUNSEL 2365 CARILLON POINT KIRKLAND WA 98033 |
| CASPIAN CAPITAL PARTNERS L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN CAPITAL PARTNERS LP | C/O MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| CASPIAN CAPITAL PARTNERS LP | JOHN KETLY MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVE. HARRISON NY 10528 |

| Claim Name | Address Information |
|---|---|
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC 767 FIFTH AVENUE NEW YORK NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC 767 FIFTH AVENUE NEW YORK NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASPIAN SOLITUDE MASTER FUND, L.P. | TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC 767 FIFTH AVENUE NEW YORK NY 10153 |
| CATHAY UNITED BANK | 2F, NO 7 SONG REN RD. TAIPEI TAIWAN, PROVINCE OF CHINA |
| CATHAY UNITED BANK | 2F, NO. 7 SONG REN RD. TAIPEI TAIWAN, R.O.C. |
| CATHAY UNITED BANK | DAVID W. PARHAM BAKER & MCKENZIE LLP 2300 TRAMMELL CROW CENTER 2001 ROSS AVENUE DALLAS TX 75201 |
| CATHOLIC HEALTHCARE WEST | ATTN: JEAN W. HAM, DIRECTOR OF DEBT MANAGEMENT 185 BERRY STREET, SUITE 300 SAN FRANCISCO CA 94107 |
| CAXTON INTERNATIONAL LIMITED | C/O CAXTON ASSOCIATES LP ATTN: SCOTT BERNSTEIN, SENIOR VICE PRESIDENT PRINCETON PLAZA BUILDING 2 731 ALEXANDER ROAD PRINCETON NJ 08540 |
| CAXTON INTERNATIONAL LIMITED | AZAM H. AZIZ ESQ. & SOLOMON J. NOH ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| CBARB, A SEGREGATED ACCOUNT OF | GEODE CAPITAL MASTER FUND LTD ATTN: LISA LAMPERT, GENERAL COUNSEL ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON MA 02109 |
| CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTE | ATTN: OFFICE OF GENERAL COUNSEL ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON MA 02109 |
| CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTE | ATTN: JEFFREY MILLER ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON MA 02109 |
| CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTE | LISA LAMPERT GENERAL COUNSEL GEODE CAPITAL MANAGEMENT LP ONE SPARTAN WAY MERRIMACK NH 03054 |
| CBW LLC | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION ATTN: AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119 |
| CBW LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORKD FINANCIAL CENTER NEW YORK NY 10281 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: SCHRODER ALTERNATIVE SOLUTIONS ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CCR ASSET MANAGEMENT (FORMELLY CCR GESTION) | ATTN: FLORENCE ROBERT/ MARIA EUGENIA GOULART - SECRETARIAT GENERAL 44 RUE WASHINGTON PARIS 75008 FRANCE |
| CEBFT RUSSELL MULTI-MANAGER BOND FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| CEBFT RUSSELL MULTI-MANAGER BOND FUND | 1301 2ND AVE FL 18 SEATTLE WA 98101-3814 |
| CEDAR DKR HOLDING FUND LTD | C/O DKR OASIS MANAGEMENT COMPANY LP ATTN: SHERIF ELMAZI 1281 EAST MAIN STREET, 3RD FLOOR STAMFORD CT 06902 |
| CEDAR DKR HOLDING FUND LTD | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. | TRANSFEROR: SCHRODER ALTERNATIVE SOLUTIONS ATTN: LAUREN GRAINER 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152 |
| CENTRICA ENERGY LTD | F/K/A ACCORD ENERGY LIMITED ATTN: CE GENERAL COUNSEL MILLSTREAM EAST MAIDENHEAD ROAD WINDSOR, BERKSHIRE SL4 5GD UNITED KINGDOM |
| CENTROBANCA - BANCA DI CREDITO FINANZIARIO E MOBIL | ATTN: DR. MARCO FISCHETTI CORSO EUROPA, 20 MILANO 20122 ITALY |
| CENTROBANCA-BANCA DI CREDITO FINANZIARIO E MOBILIA | ATTN: DR. MARCO FISCHETTI CORSO EUROPA, 20 MILANO 20122 ITALY |
| CERBERUS INTERNATIONAL, LTD. | C/O LOWENSTEIN SANDLER PC ATTN: ROBERT G. MINION, ESQ & RICHARD BERNSTEIN, ESQ. 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10020 |
| CERBERUS INTERNATIONAL, LTD. | C/O LOWENSTEIN SANDLER PC 1251 AVENUE OF THE AMERICAS, 18TH FLOOR ATTN: ROBERT G. MINION, ESQ. RICHARD BERNSTEIN, ESQ. NEW YORK NY 10020 |

| Claim Name | Address Information |
|---|---|
| CESKA SPORITELNA, A.S. | ATTN: STEFAN ELEK LEGAL SERVICES & COMPLIANCE OLBRACHTOVA 1926/62 140 00 PRAHA 4 CZECH REPUBLIC |
| CESKA SPORITELNA, A.S. | ROPES & GRAY LLP ATTN: DAVID ELKIND, ESQ. 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| CHAHINE SPECIALIZED INVESTMENT FUND | C/O J. CHAHINE CAPITAL 43 AVENUE MONTEREY L-2163 – LUXEMBOURG LUXEMBOURG |
| CHAMPLIN CLO LTD. | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| CHAMPLIN CLO LTD. | CHAMPLAIN CLO LTD. C/O INVESCO SENIOR SECURED MANAGEMENT, INC. ATTN: BENJAMIN GRUDER 1166 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| CHAMPLIN CLO LTD. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGG S. JUBIN, ESQ. 700 SIXTH STREET N.W. WASHINGTON DC 20004 |
| CHARITABLE TRUST OF THE JESUIT FATHERS MAIN FUND | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| CHARITABLE TRUST OF THE JESUIT FATHERS MAIN FUND | CLIFFORD CHANCE LLP ATTN: JENNIFER C. DEMARCO ATTN: DAVID A. SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| CHARITABLE TRUST OF THE JESUIT FATHERS RATHFARNHAM | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| CHARITABLE TRUST OF THE JESUIT FATHERS RATHFARNHAM | CLIFFORD CHANCE LLP ATTN: JENNIFER C. DEMARCO ATTN: DAVID A. SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: GPS NEW EQUITY FUND (CAYMAN) LTD MAIL CODE NY1-A436 ONE CHASE MANHATTAN PLAZA FLOOR 26 ATTN: SUSAN MCNAMARA NEW YORK NY 10005 |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: ING BANK A.S. ATTN: SUSAN MCNAMARA MAIL CODE NY 1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| CHATHAM ASSET HIGH YIELD MASTER FUND LTD. | C/O CHATHAM ASSET MANAGEMENT, LLC ATTN: JAMES V. RUGGERIO, JR. 26 MAIN STREET, SUITE 204 CHATHAM NJ 07928 |
| CHATHAM ASSET HIGH YIELD MASTER FUND LTD. | CHATHAM ASSET HIGH YIELD FUND, LTD. C/O CHATHAM ASSET MANAGEMENT, LLC ATTN: JAMES V. RUGGERIO, JR. 26 MAIN STREET, SUITE 204 CHATHAM NJ 07928 |
| CHATHAM ASSET HIGH YIELD MASTER FUND LTD. | C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| CHATTANOOGA-HAMILTON COUNTY HOSPITAL AUTHORITY | KING & SPALDING LLP ATTN: JOHN F ISBELL 1180 PEACHTREE STREET, N.E. ATLANTA GA 30309 |
| CHATTANOOGA-HAMILTON COUNTY HOSPITAL AUTHORITY | KING & SPALDING LLP ATTN: JOHN F ISBELL 1180 PEACHTREET STREET, N.E. ATLANTA GA 30309 |
| CHAUNY, S.A. | RINCON 487-OF 601 MONTEVIDEO 110000 URUGUAY |
| CHESAPEAKE PARTNERS LIMITED PARTNERSHIP | C/O CP MANAGEMENT LLC 2800 QUARRY LAKE DRIVE, SUITE 300 ATTENTION: AARON LEVINOFF BALTIMORE MD 21209 |
| CHESAPEAKE PARTNERS MASTER FUND, LTD. | C/O CP MANAGEMENT LLC 2800 QUARRY LAKE DRIVE, SUITE 300 ATTENTION: AARON LEVINOFF BALTIMORE MD 21209 |
| CHINA CITIC BANK CORPORATION LIMITED | BLOCK C, FUHUA MANSION CHAOYANGMENBEI DAJIE, DONGECHENG, BEIJIING 100027 CHINA |
| CHINA CITIC BANK CORPORATION LIMITED | BLOCK C, FUHUA MANSION CHAOYANGMENBEI DAJE DONGCHENG BEIJING 100027 CHINA |
| CHINA CONSTRUCTION BANK CORPORATION | FINANCIAL MARKETS DEPARTMENT ATTN: LI JIN, DEPUTY SENIOR MANAGER NO. 25 FINANCE STREET BEIJING 100032 CHINA |
| CHINA DEVELOPMENT BANK CORPORATION | NO.29, FUCHENGMENWAI STREET XICHENG DISTRICT ATTN: MS. ZHAO JIAXING, LAW AFFAIRS DEPT. BEIJING CHINA |
| CHINA DEVELOPMENT BANK CORPORATION | ATTN: MS. LIU XIAOXI, OPERATION OFFICER NO.29 FUCHENGMENWAI STREET, XICHENG DISTRICT BEIJING P.R. CHINA |
| CHINA DEVELOPMENT BANK CORPORATION | ALLEN OVERY LLP ATTN: JONATHAN CHO AND LISA KRAIDIN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| CHINA DEVELOPMENT INDUSTRIAL BANK | ATTN: OPERATIONS DEPARTMENT ROZANNA MAO, NANCY LAI, AND ALVIE CHUANG 125 NANKING EAST ROAD, SECTION 5 TAIPEI 10504 REPUBLIC OF CHINA (TAIWAN) |
| CHINA DEVELOPMENT INDUSTRIAL BANK | C/O JAMES SULLIVAN, ESQ. MOSES & SINGER LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| CHINA MERCHANTS BANK C O., LIMITED | ATTN: WANG HAOCHUAN, TREASURY DEPARTMENT CHINA MERCHANTS BANK TOWER, NO.7088 |

| Claim Name | Address Information |
|---|---|
| CHINA MERCHANTS BANK C O., LIMITED | SHENNAN BOULEVARD SHENZHEN 518040 CHINA |
| CHINA MERCHANTS BANK C O., LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO/ SARA M. TAPINEKIS 31 WEST 52ND STREET NEW YORK NY 10019 |
| CHINA MINSHENG BANKING CORP., LTD | FINANCIAL MARKETS DEPARTMENT ATTN: MR. WU WEI, GENERAL MANAGER OF TRADING CENTER, FINANCIAL MARKETS DEPARTMENT 8TH FLOOR, NO. 2 FUXINGMEN NEI DA JIE XICHENG DISTRICT, BEIJING 100031 BEIJING 100031 CHINA |
| CHINA MINSHENG BANKING CORP., LTD | FINANCIAL MARKETS DEPARTMENT ATTN: MR. WU WEI, GENERAL MANAGER OF TRADING CENTER, FINANCIAL MARKETS DEPARTMENT 8TH FLOOR, NO. 2, FUXINGMEN NEI DA JIE XICHENG DISTRICT, BEIJING 100031 BEIJING 100031 CHINA |
| CHINATRUST COMMERCIAL BANK | ATTN: GRACE WU 16F., NO. 3, SUNG SHOU ROAD TAIPEI CITY 110 TAIWAN, PROVINCE OF CHINA |
| CHINATRUST COMMERCIAL BANK | C/O MORRISON & FOERSTER LLP ATTN: KAREN OSTAD 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| CI INVESTMENTS INC., AS A MANAGER FOR | SKYLON GLOBAL YIELD FUND LIMITED – SERIES A UNITS 2 QUEEN ST. EAST 20TH FLOOR TORONTO ON M5C 3G7 CANADA |
| CIBA UK PENSION TRUST LTD | CHARTER WAY MACCLESFIELD CHESHIRE SK10 2NX UNITED KINGDOM |
| CIBA UK PENSION TRUST LTD | CHARTER WAY MACCLESFIELD CHESHIRE SK10 ZNX UNITED KINGDOM |
| CIBA UK PENSION TRUST LTD | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| CIBA UK PENSION TRUST LTD | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| CIFG SERVICES INC., | AS TRUSTEE OF NEW GENERATION FUNDING TRUST 38 ATTN: BRIAN WHALEY 825 THIRD AVENUE NEW YORK NY 10022 |
| CIFG SERVICES INC., | 850  3RD  AVE  FL 10 NEW YORK NY 10022-7221 |
| CIFG SERVICES INC., | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | ATTN: BRIAN WHALEY 825 THIRD AVENUE NEW YORK NY 10022 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | 850  3RD  AVE  FL 10 NEW YORK NY 10022-7221 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | 850  3RD  AVE  FL 10 NEW YORK NY 10022-7221 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | 850 3RD AVE FL 10 NEW YORK NY 10022-7221 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | 850 3RD AVE FL 10 NEW YORK NY 10022-7221 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GEGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIFG SERVIES, INC., AS TRUSTEE OF NEW GENERATION F | 850  3RD  AVE  FL 10 NEW YORK NY 10022-7221 |
| CIFG SERVIES, INC., AS TRUSTEE OF NEW GENERATION F | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIRENE FINANCE S.R.L | C/O SECURITISATION SERVICES S.P.A ATTN: PAOLO PERUZZETTO VIA V. ALFIERI, 1 |

| Claim Name | Address Information |
|---|---|
| CIRENE FINANCE S.R.L | CONEGLIANO (TV 31015 ITALY |
| CIRENE FINANCE S.R.L | KLESTADT & WINTERS, LLP C/O JOHN E. JURELLER, JR 570 SEVENTH AVE FL 17 NEW YORK NY 10018-1624 |
| CIRRUS MASTER LIMITED | C/O CAPITAL FUND MANAGEMENT SA / MARTIN TORNQVIST 6 BD HAUSSMANN PARIS 75009 FRANCE |
| CIRRUS MASTER LIMITED | KATTEN MUCHIN ROSENMAN LLP ATTN: MARILYN S. OKOSHI, ESQ. 575 MADISON AVENUE NEW YORK NY 10022 |
| CITADEL EQUITY FUND LTD. | C/O CITADEL INVESTMENT GROUP LLC ATTN: SHELLANE M QUINN 131 SOUTH DEARBORN STREET CHICAGO IL 60603 |
| CITADEL EQUITY FUND LTD. | C/O CITADEL INVESTMENT GROUP L.L.C. ATTN: SHELLANE QUINN 131 SOUTH DEARBORN ST CHICAGO IL 60603 |
| CITI CANYON LTD. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITI CANYON LTD. | C/O CITIGROUP ALTERNATIVE INVESTMENTS LLC ATTN: RAY NOLTE 55 EAST 59TH STREET, 10TH FLOOR NEW YORK NY 10022 |
| CITI SWAPCO INC | ATTN: EDWARD G TURAN 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013-2375 |
| CITI SWAPCO INC | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK JAPAN LTD. | ATTN: YOSHITO HIRATA CITIGROUP CENTER, 3-14, HIGASHI-SHINAGAWA 2-CHOME, SHINAGAWA-KU TOKYO 140-8639 JAPAN |
| CITIBANK JAPAN LTD. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK KOREA INC. | ATTN: YOUNG-SUN KIM CITIBANK BUILDING, 39, DA-DONG, CHUNG-KU SEOUL 100-180 KOREA, REPUBLIC OF |
| CITIBANK KOREA INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK, N.A. | TRANSFEROR: CITIBANK KOREA INC. ATTN: NIGEL KEMP CITIGROUP CENTRE, CANADA SQUARE CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIBANK, N.A. | ATTN: EDWARD G TURAN 388 GREENWICH STREET NEW YORK NY 10013-2375 |
| CITIBANK, N.A. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIBANK, N.A. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP ENERGY, INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP ENERGY, INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JOHN BORIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP ENERGY, INC. | ATTN: JOHN BORIN 2800 POST OAK BLVD, SUITE 500 HOUSTON TX 77056 |
| CITIGROUP FINANCIAL PRODUCTS INC | ATTN: EDWARD G. TURAN 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC | ATTN: EDWARD G. TURAN 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013-2375 |
| CITIGROUP FINANCIAL PRODUCTS INC | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP GLOBAL MARKETS LTD | ATTENTION: JULIA ELLIOTT CITIGROUP CENTRE, CANADA SQUARE CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS LTD | JULIA ELLIOTT CITIGROUP CENTRE, CANADA SQUARE CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS LTD | DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP INC., AND ITS SUBSIDIARIES AND AFFILLIAT | ATTENTION: EDWARD G TURAN 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP INC., AND ITS SUBSIDIARIES AND AFFILLIAT | DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITY UNIVERSITY OF HONG KONG | FINANCE OFFICE 83 TAT CHEE AVENUE HONG KONG CHINA |

| Claim Name | Address Information |
|---|---|
| CITY UNIVERSITY OF HONG KONG | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| CLOSE GLOBAL FUNDS LIMITED | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| CLOSE GLOBAL FUNDS LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO / DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CLOSE INVESTMENTS PORTFOLIO PLC – | LONG DATED STERLING CREDIT FUND C/O CLOSE ASSET MANAGEMENT LIMITED 10 EXCHANGE SQUARE, PRIMROSE STREET LONDON EC2A 2BY UNITED KINGDOM |
| CNP ASSURANCES | DIRECTION DES INVESTISSEMENTS ATTN: ANTOINE FROMENTEZE 4 PLACE RAOUL DAUTRY PARIS CEDEX 15 75716 FRANCE |
| CO-OPERATIVE BANK P.L.C., THE | F/K/A BRITANNIA BUILDING SOCIETY ATTN: DAVE MCCARTHY BRITANNIA HOUSE CHEADLE ROAD LEAK ST13 5RG UNITED KINGDOM |
| COAL STAFF SUPERANNIATION SCHEME TRUSTEES LIMITED | OF THE BRITISH COAL STAFF SUPERANNUATION SCHEME (103285) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL CHRISTCHURCH COURT 10-15 NEWGATE STREET ATTN: BENJAMIN ROBINSON LONDON EC1A 7HD UNITED KINGDOM |
| COAL STAFF SUPERANNIATION SCHEME TRUSTEES LIMITED | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COAL STAFF SUPERANNUATION SCHEME TRUSTEES | LIMITED ACTING AS TRUSTEE OF THE BRITISH COAL STAFF SUPERANNUATION SCHEME (100808) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT, 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| COAL STAFF SUPERANNUATION SCHEME TRUSTEES | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COF ASSET TRUST 11/11 | GOLDMAN, SACHS & CO. ATTN: NEENA REDDY 200 WEST STREET NEW YORK NY 10282 |
| COF ASSET TRUST 11/11 | TRANSFEROR: GOLDMAN SACHS CREDIT OPPORTUNITES 2008 MASTER FUND LP C/O BNY MELLON TRUST OF DELAWARE 100 WHITE CLAY CENTER, SUITE 102 NEWARK DE 19711 |
| COF SPV 11/11, LTD. | TRANSFEROR: GOLDMAN SACHS CREDIT OPPORTUNITES 2008 MASTER FUND LP C/O WALKERS CORPORATE SERVICES LIMITED WALKER HOUSE 87 MARY STREET GEORGE TOWN KY1-9005 GRAND CAYMAN |
| COF SPV 11/11, LTD. | GOLDMAN, SACHS & CO. ATTN: NEENA REDDY 200 WEST STREET NEW YORK NY 10282 |
| COIF SPV 3/11, LTD. | TRANSFEROR: GOLDMAN SACHS CREDIT OPPORTUNITIES INSTIUTIONAL 2008 FUND L.P.; C/O WALKERS NOMINEES LIMITED 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9001 CAYMAN ISLANDS |
| COIF SPV 3/11, LTD. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| COLISEE RE (F/K/A AXA RE) | ATTN: LEGAL DEPARTMENT 40 RUE DU COLISEE PARIS 75008 FRANCE |
| COLISEE RE (F/K/A AXA RE) | AXA INVESTMENT MANAGERS PARIS ATTN: STEPHANIE BROUSSARD/CHARLOTTE BRETTE LEGAL DEPARTMENT COEUR DEFENSE TOUR B LA DEFENSE 4 100 ESPLANADE DU GENERAL DE GAULLE PARIS LA DEFENSE, CEDEX 92932 FRANCE |
| COLONIAL BANCGROUP, INC., THE | C/O KEVIN T. O'HALLORAN, CHAPTER 11 TRUSTEE P.O. BOX 723307 ATLANTA GA 31139 |
| COMAC CAPITAL LLP | ATTN: MALCOLM BUTLER REGENT GATE 56-58 CIONDUIT STREET LONDON W1S 2YZ UNITED KINGDOM |
| COMMERZBANK AG | ATTN: GROUP INTENSIVE CARE INTENSIVE CARE CORPORATES INTERNATIONAL KAISERSTRASSE 16 FRANKFURT 60261 GERMANY |
| COMMERZBANK AG – GROUP INTENSIVE CARE | INTENSIVE CARE CORPORATES INTERNATIONAL ATTN: JOACHIM BALLERSTAEDT, KAISERSTRASSE 16 FRANKFURT AM MAIN 60261 GERMANY |
| COMMERZBANK AG – GROUP INTENSIVE CARE | COMMERZBANK AG – LEGAL DEPARTMENT ATTN: AMELIA GIBBONS P.O. BOX 52715, 30 GRESHAM STREET LONDON EC2P 2XY UNITED KINGDOM |
| COMMERZBANK AG – GROUP INTENSIVE CARE | LEGAL DEPARTMENT ATTN: RAJ JANSARI 30 GRESHAM STREET LONDON EC2P 7PG UNITED KINGDOM |
| COMMERZBANK AG – GROUP INTENSIVE CARE | HAHN & HESSEN LLP ATTN: JEFFREY L. SCHWARTZ 488 MADISON AVENUE NEW YORK NY 10022 |
| COMMERZBANK AG – GROUP INTENSIVE CARE | COMMERZBANK AG, NEW YORK BRANCH – LEGAL DEPARTMENT ATTN: STEVEN TROYER 2 WORLD FINANCIAL CENTER NEW YORK NY 10281-1050 |

| Claim Name | Address Information |
|---|---|
| COMMERZBANK AG – GROUP INTENSIVE CARE | NEW YORK BRANCH LEGAL DEPARTMENT ATTN: STEVEN TROYER 2 WORLD FINANCIAL CENTER NEW YORK NY 10281-1050 |
| COMMODITY REAL RETURN STRATEGY FUND (4600) | PIMCO LUXEMBOURG TRUST ATTN: TOM RICE 2-8 AVENUE CHARLES DE GAULLE L-7653 LUXEMBOURG |
| COMMODITY REAL RETURN STRATEGY FUND (4600) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| COMMONWEALTH BANK OF AUSTRALIA | LEVEL 1, 120 PITT STREET ATTN: EXECUTIVE MANAGER, GLOBAL MARKETS DOCUMENTATION SYDNEY NSW 1155 AUSTRALIA |
| COMMONWEALTH BANK OF AUSTRALIA | ATTN: EXECUTIVE MANAGER, GLOBAL MARKETS DOCUMENTATION LEVEL 1, 120 PITT STREET SYDNEY 1155 AUSTRALIA |
| COMMONWEALTH BANK OF AUSTRALIA | WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| COMMONWEALTH BANK OF AUSTRALIA | WHITE & CASE LLP ATTN: ABRAHAM L. ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| COMMONWEALTH BANK OFFICERS SUPERANNUATION CORPORAT | AS TRUSTEE FOR THE OFFICERS SUPERANNUATION CORP FUND (103254) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL CHRISTCHURCH COURT 10-15 NEWGATE STREET ATTN: BENJAMIN ROBINSON LONDON EC1A 7HD UNITED KINGDOM |
| COMMONWEALTH BANK OFFICERS SUPERANNUATION CORPORAT | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COMMONWEALTH BANK OFFICERS SUPPERANNUATION | CORPORATION PTY. LIMITED LEVEL 9, 48 MARTIN PLACE SYDNEY NSW 2000 AUSTRALIA |
| COMMONWEALTH OF MASSACHUSETTS | ATTN: COLIN MACNAUGHT, ASST. TREASURER FOR DEBT MANAGEMENT OFFICE OF THE STATE TREASURER TIMOTHY P. CAHILL ONE ASHBURTON PLACE 12TH FLOOR BOSTON MA 02108 |
| COMMONWEALTH OF VIRGINIA TOBACCO SETTLEMENT FINANC | C/O SHAWN R. FOX MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK NY 10105 |
| COMP HOLDINGS INCORPORATED | CERVACERIA POLAR C.A. 2 DA AV. DE LOS CORTIJOS DE LOURDES EDIF. CENTRO EMPRESARIAL POLAR CARACAS VENEZUELA |
| COMPAGNIE D'INVESTISSEMENTS DE PARIS S.A.S | ATTN: MARIE-FRANÇOISE WALBAUM C/O BNP PARIBAS 3 RUE D'ANTIN PARIS CEDEX 02 75078 FRANCE |
| CONGREGATION OF THE SISTERS OF MERCY – SOUTHERN PR | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| CONGREGATION OF THE SISTERS OF MERCY – SOUTHERN PR | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO / DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF FOOTBRIDGE LIM | ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF MKM LONGBOAT M | FUND LTD. ATTN ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF MKM LONGBOAT M | KATTEN MUCHIN ROSENMAN LLP ATTN NOAH HELLER 575 MADISON AVENUE NEW YORK NY 10022 |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER QU | VALUE FUNDS, ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | AS ASSIGNEE OF TEMPO MASTER FUND LP ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: INVESTCORP SILVERBACK ARBITRAGE MASTER FUND LIMITED ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: YORVIK PARTNERS LLP ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: LONDON DIVERSIFIED FUND LIMITED ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: SC LOWY FINANCIAL (HK) LIMITED ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: LYXOR ASSET MANAGEMENT S.A. ATTN: ALISA MUMOLA 411 WEST PUTNAM AVE., STE 425 GREENWICH CT 06830 |

| Claim Name | Address Information |
|---|---|
| CONTRARIAN FUNDS, LLC | TRANSFEROR: LYXOR ASSET MANAGEMENT S.A. ATTN: ALISA MUMOLA 411 WEST PUTMAN AVE., STE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF FORTRINN VOLA | (FORMERLY KNOWN AS MKM LONGBOAT VOLATILITY STRATEGIES FUND LTD.)) ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF GANHARA MASTE | ATTN ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF GANHARA MASTE | KATTEN MUCHIN ROSENMAN LLP ATTN NOAH HELLER 575 MADISON AVENUE NEW YORK NY 10022 |
| CONVEX MASTER FUND LTD | ALFARO ABOGADOS ATTN: SOLEDAD MATTEOZZI, ATTORNEY IN FACT 150 EAST 58TH STREET,20TH FLOOR NEW YORK NY 10155 |
| CONVEX MASTER FUND LTD | ALFARO ABOGADOS ATT: SOLEDAD MATTEOZZI, ATTORNEY IN FACT 150 EAST 58TH STREET,20TH FLOOR NEW YORK NY 10155 |
| CONVEXITY CAPITAL MASTER FUND L.P. | C/O CONVEXITY CAPITAL MANAGEMENT LP ATTN: LEGAL COUNSEL 200 CLARENDON STREET, 57TH FLOOR BOSTON MA 02116 |
| CONWAY HOSPITAL, INC. | C/O ANDREW J. WHITE JR. HAYNSWORTH SINKLER BOYD, P.A. P.O. BOX 2048 GREENVILLE SC 29602 |
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEEN BANK B | INTERNATIONAL") ATTN: FEDOR DE KONING, GLOBAL SPECIAL ASSET MANAGEMEN PO BOX 17100 (UG 13-014) UTRECHT HG-3500 NETHERLANDS |
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK BA | INTERNATIONAL") ATTN: FEDOR DE KONING, GLOBAL SPECIAL ASSET MANAGEMENT PO BOX 17100 (UG 13-014) UTRECHT HG-3500 NETHERLANDS |
| CORBIERE LIMITED | TRANSFEROR: IAB LIMITED ATTN: ELIZABETH DENMAN, DIRECTOR CLARENDON HOUSE 2 CHURCH STREET HAMILTON HM 11 BERMUDA |
| COREPLUS BOND FUND B | C/O BARCLAYS GLOBAL INVESTORS, N.A 400 HOWARD ST SAN FRANCISCO CA 94105 |
| CORK EXAMINER PENSION SCHEME, THE | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| CORK EXAMINER PENSION SCHEME, THE | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| COUNTY OF LAKE, OHIO | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| COUNTY OF LAKE, OHIO | HOSPITAL FACILITIES VARIABLE RATE REVENUE BONDS SERIES 2002 THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS TRUSTEE ATTN: BRIDGET SCHESSLER 525 WILLIAM PENN PLACE, 7TH FLOOR PITTSBURG PA 15258 |
| COUNTY OF LAKE, OHIO | HOSPITAL FACILITIES VARIABLE RATE REVENUE BONDS SERIES 2002 THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS TRUSTEE BRIDGET SCHESSLER 525 WILLIAM PENN PLACE, 7TH FLOOR PITTSBURG PA 15258 |
| CPMG, INC. | PILLSBURY WINTHROP SHAW PITTMAN, LLP ATTN: GIANNI DIMOS, ESQ. 1540 BROADWAY NEW YORK NY 10036 |
| CPMG, INC. | PILLSBURY WINTHROP SHAW PITTMAN, LLP ATTN: PATRICK POTTER, ESQ. 2300 N STREET, N.W. WASHINGTON DC 20037 |
| CPMG, INC., AS PIM TO GEORGE KAISER | PILLSBURY WINTHROP SHAW PITTMAN, LLP ATTN: GIANNI DIMOS, ESQ. 1540 BROADWAY NEW YORK NY 10036 |
| CPMG, INC., AS PIM TO GEORGE KAISER | FAMILY FOUNDATION - PATRICK POTTER, ESQ. PILLSBURY WINTHROP SHAW PITTMAN, LLP 2300 N STREET, N.W. WASHINGTON DC 20037 |
| CPV/CAP COOP PERSONALVERSICHERUNG | HARALD SIEWERT LEITER FINANZANLAGEN DORNACHERSTR. 156 POSTFACH 2550 4002 BASEL SWITZERLAND |
| CR FIRENZE GESTION INERNATIONALE S.A. ACTING AS MA | LUX FUND - GLOBAL CREDIT BOND PORTFOLIO (103232) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL CHRISTCHURCH COURT 10-15 NEWGATE STREET ATTN: BENJAMIN ROBINSON LONDON EC1A 7HD UNITED KINGDOM |
| CR FIRENZE GESTION INERNATIONALE S.A. ACTING AS MA | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CRC CREDIT FUND LTD | MATTHEW CAVANAGH, GENERAL COUNSEL C/O _ CHRISTOFFERSON, ROB & COMPANY (UK) LLP 38 QUEEN ANNE'S GATE LONDON SW1H 9AB ENGLAND |
| CRC CREDIT FUND LTD | C/O CHRISTOFFERSON, ROBB & COMPANY, LLC ATTN: RICHARD ROBB 720 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| CRC CREDIT FUND LTD | BRACEWELL & GIULIANI LLP ATTN: JENNIFER FELDSHER AND ADAM M. ADLER 1251 AVENUE OF THE AMERICAS, 49TH FLOOR NEW YORK NY 10020 |
| CREDICAN, C.A. | TRANSFEROR: BANCO CANARIAS C/O CHADBOURNE & PARKE LLP ATTN: DENNISE CALDERON-BARRERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CREDICAN, C.A. | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | ATTN: EMMANUEL MERCIER 9 QUAL DU PRESIDENT PAUL DOUMER COURBEVOIE 92400 FRANCE |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | CLIFFORD CHANCE US LLP ATTN: ANDREW BROZMAN/SARA M. TAPINEKIS 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | ATTN: RICHARD CARLSON 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK (FKA | ATTN: SOPHIE WALDBERG-BILLHOUET 9 QUAI DU PRESIDENT PAUL DOUMER COURBEVOIE 92400 FRANCE |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK (FKA | ANDREW BROZMAN, ESQ/ SARA TAPINEKIS, ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT ANDORRA, S.A. | ATTN:JOSEPH-ARSENI RAMONEDA AVENIDA MERITXELL 80, EDIF. B – 5A PLANTA ANDORRA LA VELLA ANDORRA SPAIN |
| CREDIT ANDORRA, S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT COOPERATIF | ATTN: PATRICK PRUD'HOMME 72 AVENUE DE LA LIBERTE NANTERRE 92002 FRANCE |
| CREDIT COOPERATIF | JENNIFER C. DEMARCO AND DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT DU NORD | LEO PALMIERI CREDIT DU NORD LEGAL DEPARTMENT (DEPARTEMENT JURIDIQUE) 59 BOULEVARD HAUSSMANN PARIS 75008 FRANCE |
| CREDIT DU NORD | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| CREDIT EUROPE BANK NV | ATTN: RUSSELL WELSH F/K/A FINANSBANK HOLLAND NV KARSPELDREEF 6A 1101 CJ AMSTERDAM NETHERLANDS |
| CREDIT PROTECTION TRUST 207 | C/O FINANCIAL SECURITY ASSURANCE INC ATTN: JAMES MICHENER, GENERAL COUNSEL 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | DEWEY & LEBOEUF LLP ATTENTION:IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | DOWEY & LEBOEUF LLP ATTENTION: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | C/O FINANCIAL SECURITY ASSURANCE INC. ATTENTION: JAMES MICHENER, GENERAL COUNSEL 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 283 | C/O FINANCIAL SECURITY ASSURANCE INC ATTN: JAMES MICHENER, GENERAL COUNSEL 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 283 | DEWEY & LEBOEUF LLP ATTENTION: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF  THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 283 | C/O FINANCIAL SECURITY ASSURANCE INC. ATTENTION: JAMES MICHENER, GENERAL COUNSEL 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 283 | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN, ESQ 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA 825 EIGHTH AVENUE |

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE | NEW YORK NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL ATTN: GIL GOLAN ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL ATTN: GIL GOLAN 11 MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE ASSET MANAGEMENT FUNDS AG | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE ASSET MANAGEMENT FUNDS AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 8TH AVE NEW YORK NY 10019 |
| CREDIT SUISSE ASSET MANAGEMENT FUNDS AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE CANDLEWOOD SPECIAL SITUATIONS MASTER | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE CANDLEWOOD SPECIAL SITUATIONS MASTER | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 8TH AVE NEW YORK NY 10019 |
| CREDIT SUISSE CANDLEWOOD SPECIAL SITUATIONS MASTER | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE CAPITAL LLC | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE CAPITAL LLC | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE CAPITAL LLC | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE INTERNATIONAL | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE INTERNATIONAL | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE INTERNATIONAL | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: CREDIT SUISSE ENERGY LLC ATTN: PAUL GILMORE, ESQ. ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: CITADEL EQUITY FUND LTD. ATTN: ASHWINEE SAWH 11 MADISON AVENUE, 2ND FLOOR NEW YORK NY 10010 |
| CREDIT SUISSE LOAN FUNDING LLC | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE SECURITIES (EUROPE) LIMITED | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE SECURITIES (EUROPE) LIMITED | CRAVATH SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE SECURITIES (EUROPE) LIMITED | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDITO EMILIANO SPA | ENZO ALBANO VIA CHE GUEVARA 4 REGGIO EMILIA 4210 ITALY |
| CREDITO EMILIANO SPA | VIA EMILIA S. PIETRO 4 REGGIO EMILIA 42100 ITALY |
| CVF LUX MASTER S.A.R.L | TRANSFEROR: BARCLAYS BANK PLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: BANCA INTESA INFRASTRUTTURE SVILUPPO SPA C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: HAWAI 2 FUND C/O CARVAL INVESTORS UK LTD KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: HAWAI 2 PEA FUND C/O CARVAL INVESTORS UK LTD KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: UBS AG, LONDON BRANCH C/O CARVAL INVESTORS UK LTD. KNOWLE HILL PARK FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: BARCLAYS BANK PLC C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE |

| Claim Name | Address Information |
|---|---|
| CVF LUX MASTER S.A.R.L. | JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: HAWAII PEA FUND C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIRMILE LANE, COBHAM SURREY KT112PD UNITED KINGDOM |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: HAWAII FUND C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIRMILE LANE, COBHAM SURREY KT112PD UNITED KINGDOM |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: LEVEL GLOBAL OVERSEAS MASTER FUND, LTD. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT112PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S. A. R. L. | C/O CARVAL INVESTORS UK, LIMITED ATTN: MATT HIGBEE KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L | ATTN: DAVID SHORT C/O CARLVAL INVESTORS U.K. LTD. KOWLE HILL PARK – FAIRMILE LANE COBHAM – SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | MAYER BROWN LLP ATTN: RICK HYMAN 1675 BROADWAY NEW YORK NY 10019 |
| CVI GVF (LUX) MASTER S.A.R.L. | JACK S. MCMURRAY CANADIAN IMPERIAL BANK OF COMMERCE 199 BAY STREET, 6TH FLOOR TORONTO ON M5L 1A2 CANADA |
| CVI GVF (LUX) MASTER S.A.R.L. | JACK S. MCMURRAY CANADIAN IMPERIAL BANK OF COMMERCE 199 BAY STR, 6TH FLOOR TORONTO ON M5L 1A2 CANADA |
| CVI GVF (LUX) MASTER S.A.R.L. | CANADIAN IMPERIAL BANK OF COMMERCE ATTN: JACK S. MCMURRAY 199 BAY STREET, 6TH FLOOR TORONTO ON M5L 1A2 CANADA |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC 11-13 BOULEVARD DE LA FOIRE LUXEMBOURG L-1528 LUXEMBOURG |
| CVI GVF (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LTD ATTN: DAVID SHORT KNOWLE HILL PARK – FAIRMILE LAND COBHAM-SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LTD ATTN: DAVID SHORT KNOWLE HILL PARK – FAIRMILE LANE COBHAM-SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS U.K. LTD ATTN: DAVID SHORT KOWLE HILL PARK – FAIRMILE LANE COBHAM – SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER MUNICIPAL FUND LTD C/O CARVAL INVESTORS UK LIMITED ATTN: ANNMARIE JACOBSEN KNOWLE HILL PARK FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER CONVERTIBLE BONDS AND DERIVATIVES FUND LTD C/O CARVAL INVESTORS UK LTD ATTN: ANNMARIE JACOBSEN KNOWLE HILL PARK FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER FIXED INCOME RELATIVE VALUE FUND LTD. C/O CARVAL INVESTORS UK LTD ATTN: ANNMARIE JACOBSEN KNOWLE HILL PARK FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER EMERGING MARKETS CREDIT FUND LTD. C/O CARVAL INVESTORS UK LTD ATTN: ANNMARIE JACOBSEN KNOWLE HILL PARK FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER GLOBAL EQUITY FUND LTD. C/O CARVAL INVESTORS UK LTD ATTN: ANNMARIE JACOBSEN KNOWLE HILL PARK FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER EMERGING MARKETS CREDIT FUND LTD. C/O CARVAL INVESTORS UK LTD ATTN: ANNMARIE JACOBSEN KNOWLE HILL PARK, COBHAM FAIRMILE LANE SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: POND VIEW CREDIT (MASTER), L.P. C/O CARVAL INVESTORS UK LTD. ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: LISPENARD STREET CREDIT (MASTER) LTD. C/O CARVAL INVESTORS UK LTD ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: STAPLE STREET AVIATION (MASTER) LP C/O CARVAL INVESTORS UK LTD |

| Claim Name | Address Information |
|---|---|
| CVI GVF (LUX) MASTER S.A.R.L. | ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER EMERGING MARKETS CREDIT FUND LTD. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: BLUE MOUNTAIN EQUITY ALTERNATIVES MASTER FUND LP C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT KNOWLE HILL PARK FAIRMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED/ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: BNP PARIBAS GESTION CB-CDS C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: UBS AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS DIRECTIONAL OPPORTUNITIES MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS CAPITAL STRUCTURE ARBITRAGE MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS CONVERTIBLE AND QUANTITATIVE STRATEGIES MASTER FUND LIMITED; C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS ABS MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS ASIA MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: DAVID SHORT C/O CARVAL INVESTORS UK LTD. KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: COAST FUND L.P., THE C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | RICK HYMAN MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| CVI GVF (LUX) MASTER S.A.R.L. | MAYOR BROWN LLP ATTN: RICK HYMAN 1675 BROADWAY NEW YORK NY 10019 |
| CVI GVF (LUX) MASTERS S.A.R.L. | TRANSFEROR: STAPLE STREET AVIATION (MASTER) LP C/O CARVAL INVESTORS UK LTD. ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF LUXEMBOURG FOURTEEN S.A.R.L. | TRANSFEROR: VISIONGAIN CHINA ABSOLUTE RETURN MASTER FUND C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT112PD UNITED KINGDOM |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: AXA LIFE LTD C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: KOMMUNINVEST I SVERIGE AB C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: ALLIANZ RISK TRANSFER AG (FORMERLY ALLIANZ RISK TRANSFER) C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |

| Claim Name | Address Information |
| --- | --- |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: BRE BANK SA C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK SURREY KT11 2PD UNITED KINGDOM |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ MBS 31 NEW YORK NY 10022 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | THE BANK OF NEW YORK MELLON, AS CAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK NY 10286 |
| CYRUS EUROPE MASTER FUND, LTD | 399 PARK AVENUE 39TH FLOOR DAVID MILICH NEW YORK NY 10022 |
| CYRUS EUROPE MASTER FUND, LTD | RANAN WELL, ESQ BINGHAM MCCUTCHEN LLP 2020 K STREET NW WASHINGTON DC 20006 |
| CYRUS OPPORTUNITIES MASTER FUND II., LTD. | 399 PARK AVENUE, 39TH FLOOR DAVID MILICH NEW YORK NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II., LTD. | RANAN WELL, ESQ BINGHAM MCCUTCHEN LLP 2020 K STREET NW WASHINGTON DC 20006 |
| D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, LTD. | C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| DAI-ICHI LIFE INSURANCE COMPANY, LIMITED THE | 13-1, YURAKUCHO 1 - CHOUME CHIYODA-KU, TOKYO 100-8411 JAPAN |
| DAI-ICHI LIFE INSURANCE COMPANY, LIMITED THE | DEWEY & LEBOEUF LLP ATTN: IRENA M GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| DAIWA SECURITIES CAPITAL MARKETS CO. LTD. | ATTENTION: GLOBAL MARKETS ADMINISTRATION DEPT. 27TH FLOOR, GRAN TOKYO NORTH TOWER 9-1, MARUNOUCHI 1-CHOME, CHIYODA-KU TOKYO 100-6753 JAPAN |
| DAIWA/SCHRODER SPECIAL FUND SERIES - SCHRODER INDE | PROTECTION FUND (INDIAN EQUITY) (AUD) 2007 - 03 THROUGH ITS TRUSTEES G.A.S. (CAYAMAN) LIMITED C/O SCHRODER INVESTMENT MANAGEMENT LIMITED ATTN: LEGAL DEPARTMENT/CHRISTIAN CANO 31 GRESHAM STREET LONDON EC2V 7QA UNITED KINGDOM |
| DAME LUXEMBOURG SARL | C/O THEVENOT & PERDEREAU 131, BOULEVARD MALESHERBES PARIS 75017 FRANCE |
| DARTA SAVINGS LIFE ASSURANCE LIMITED | ATTN: JOHN FINNEGAN HIBERIAN HOUSE HADDINGTON ROAD DUBLIN IRELAND |
| DAVID KEMPNER INTERNATIONAL ACQUISITION PARTNERS, | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: OLAITAN SENBANJO, LEGAL COUNSEL 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| DAVID KEMPNER INTERNATIONAL ACQUISITION PARTNERS, | DONNA PARISI, ESQ. & KALIN VELEV ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: OLAITAN SENBANJO, LEGAL COUNSEL 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP | DONNA PARISI, ESQ. & KALIN VELEV ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTERNAT | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: OLAITAN SENBANJO, LEGAL COUNSEL 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTERNAT | DONNA PARISI, ESQ. & KALIN VELEV ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DAVIDSON KEMPNER INTERNATIONAL LTD. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: OLAITAN SENBANJO, LEGAL COUNSEL 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| DAVIDSON KEMPNER INTERNATIONAL LTD. | DONNA PARISI, ESQ. & KALIN VELEV ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DAVIDSON KEMPNER PARTNERS | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: OLAITAN SENBANJO, LEGAL COUNSEL 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| DAVIDSON KEMPNER PARTNERS | DONNA PARISI, ESQ. & KALIN VELEV ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DB TRUSTEE SERVICES LIMITED AS | TRUSTEE OF THE DB (UK) PENSION SCHEME WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DB TRUSTEE SERVICES LIMITED AS | TRUSTEE OF THE DB (UK) PENSION SCHEME WINCHESTER HOUSE 1 GRAET WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DBS BANK LTD (FKA THE DEVELOPMENT BANK OF SINGAPOR | ATTN: DEBBIE LAM/ LAWRENCE CHAN TREASURY & MARKETS-LEGAL/BUSINESS MANAGEMENT & SUPPORT #34-00 DBS BUILDING TOWER TWO 6 SHENTON WAY SINGAPORE 068809 SINGAPORE |
| DCI UMBRELLA FUND PLC - DCI MASTER FUND ONE | DIAMOND MCCARTHY LLP ATTN: HOWARD D. RESSLER, ESQ. 620 EIGTH AVE NEW YORK NY 10018 |

| Claim Name | Address Information |
|---|---|
| DCI UMBRELLA FUND PLC – DCI MASTER FUND ONE | ATTN:KATHERYN WHEADON DCI UMBRELLA FUND PLC C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET, SUITE 250 SAN FRANCISCO CA 94105 |
| DCI UMBRELLA FUND PLC – DCI MASTER FUND THREE | DIAMOND MCCARTHY LLP ATTN: HOWARD D. RESSLER, ESQ. 620 EIGTH AVE NEW YORK NY 10018 |
| DCI UMBRELLA FUND PLC – DCI MASTER FUND THREE | ATTN:KATHERYN WHEADON DCI UMBRELLA FUND PLC C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET, SUITE 250 SAN FRANCISCO CA 94105 |
| DE LA RUE PENSION TRUSTEE LIMITED ACTING AS TRUSTE | RUE PENSION SCHEME (103125) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL CHRISTCHURCH COURT 10-15 NEWGATE STREET ATTN: BENJAMIN ROBINSON LONDON EC1A 7HD UNITED KINGDOM |
| DE LA RUE PENSION TRUSTEE LIMITED ACTING AS TRUSTE | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. | SPECIAL FUND MGMT. SERVICES LLC ATTENTION: JUSTIN LONGLEY 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| DEEPHAVEN INTERNATIONAL VOLATILITY STRATEGIES TRAD | C/O SPECIALTY FUND MANAGEMENT SERVICES LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| DEEPHAVEN INTL. CONVERTIBLE TRADING LTD. | SPECIAL FUND MGMT. SERVICES LLC ATTENTION: JUSTIN LONGLEY 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| DEEPHAVEN RELATIVE VALUE EQUITY TRADING LTD. | C/O SPECIALTY FUND MANAGEMENT SERVICES LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| DEKABANK DEUTSCHE GIROZENTRALE | ATTN: ANDREAS BINDER MAINZER LANDSTRASSE 16 FRANKFURT AM MAIN 60325 GERMANY |
| DEL MAR MASTER FUND LTD. | C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| DELAWARE RIVER PORT AUTHORITY | ATTN: ANDREW B. ECKSTEIN C/O BLANK ROME LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| DELAWARE RIVER PORT AUTHORITY | ATTN: JAMES WHITE ONE PORT CENTER, 8TH FLOOR TWO RIVERSIDE DRIVE P.O BOX 1949 CAMDEN NJ 08101-1949 |
| DELRANG HOLDINGS LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| DEPFA ACS BANK | ATTN: JOAN DOYLE, LEGAL DEPT 1 COMMONS STREET IFSC DUBLIN 1 IRELAND |
| DEPFA ACS BANK | LEGAL DEPARTMENT ATTN: JOAN DOYLE 1 COMMONS STREET DUBLIN 1 IRELAND |
| DEPFA ACS BANK | NO 1 COMMONS STREET ATTN: JOHN DOYLE, LEGAL DEPT DUBLIN 1 IRELAND |
| DEPFA BANK PLC | LEGAL DEPARTMENT ATTN: JOAN DOYLE 1 COMMONS STREET DUBLIN 1 IRELAND |
| DEPFA BANK PLC | RANIERO D'AVERSA, JR., ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| DEPFA BANK PLC | THOMAS J. WELSH, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 400 CAPITOL MALL – SUITE 3000 SACRAMENTO CA 95814 |
| DESOTO COUNTY PARTNERS LP | 348 ENTERPRISE DR VALDOSTA GA 31601-5169 |
| DEUSTSCHE BANK NATIONAL TRUST COMPANY | TRUSTEE, GRANTOR TRUSTEE, CORRIDOR TRUSTEE AND SWAP TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 C/O RICHARD C PEDONE, ESQ/ AMANDA D DARWIN, ESQ. NIXON PEABODY LLP / 100 SUMMER STREET BOSTON MA 02110 |
| DEUSTSCHE BANK NATIONAL TRUST COMPANY | TRUSTEE, GRANTOR TRUSTEE, CORRIDOR TRUSTEE AND SWAP TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 C/O RICHARD C PEDONE, ESQ/AMANDA DARWIN, ESQ. NIXON PEABODY LLP - 100 SUMMER STREET BOSTON MA 02110 |
| DEUSTSCHE BANK NATIONAL TRUST COMPANY | ATTN: INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14-IN06AE MELISSA ROSSITER, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK (UK) PENSION SCHEME – STAFF | DB TRUSTEE SERVICE LTD WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG | ATTN: IRA WURCEL, ESQ. 60 WALL STREET, 28TH FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG | ATTN: IRA WURCEL, ESQ. 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG | ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN:  JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK AG | JOSHUA DORCHAK, ESQ. BINGHAM MCCUTCHEN LLP 2020 K STREET, NW NEW YORK NY 10022 |

| Claim Name | Address Information |
| --- | --- |
| DEUTSCHE BANK AG | JOSHUA DORCHAK BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK AG | IRA WURCEL, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| DEUTSCHE BANK AG LONDON BRANCH | TRANSFEROR: ALCATEL-LUCENT ATTN: MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: ALEXANDER M. KRAEMER AND MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB ENGLAND |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SK SECURITIES CO., LTD DEUTSCHE BANK AG, HONG KONG BRANCH JACK TSAI/ CHRISTOPHER WONG 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANCO DE ORO UNIBANK, INC. DEUTSCHE BANK AG, HONG KONG BRANCH ATTN: JACK TSAI 60/F INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GOODMORNING SHINHAN SECURITIES CO.,LTD., N/K/A SHINHAN INVESTMENT CORPORATION; ATTN: JACK TSAI/UDAI BAJAJ DEUTSCHE BANK AG, HONG KONG BRANCH LEVEL 60, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | CONOR MCGOVERN 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | WINCHESTER HOUSE ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | WINCHESTER HOUSE ATTN: ALEXANDER M. KRAEMER AND MICHAEL SUTTON 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON AND ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DEUTSCHE LUFTHANSA AG ATTN: MICHAEL SUTTON, PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SWISS RE FINANCIAL PRODUCTS CORPORATION ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DEUTSCHE HYPOTHEKENBANK (ACTIEN-GESELLSCHAT) ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: EUROHYPO AG ATTN; MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT FONCIER DE FRANCE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DUSSELDORFER HYPOTHEKENBANK AG ATTN: ALEXANDER KRAEMER/KELLY WHISTANCE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOCIETE DES AUTOROUTES PARIS-RHIN-RHONE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AREA - SOCIETE DES AUTOROUTES RHONE ALPES ATTN: MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATION 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDON |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: O'CONNOR GLOBAL CONVERTIBLE ARBITRAGE MASTER LIMITED ATTN: MATTHEW WEINSTEIN C/O DEUTSCHE BANK SECURITIES INC 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: O'CONNOR GLOBAL CONVERTIBLE ARBITRAGE II MASTER LIMITED ATTN: |

| Claim Name | Address Information |
|------------|---------------------|
| DEUTSCHE BANK AG, LONDON BRANCH | MATTHEW WEINSTEIN C/O DEUTSCHE BANK SECURITIES INC. 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: FRONTPOINT RELATIVE VALUE OPPORTUNITIES FUND LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | BINGHAM MCCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SWISS REINSURANCE COMPANY LTD ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CAPULA GLOBAL RELATIVE VALUE MASTER FUND LIMITED ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS TRUSTEE OF S ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: MARSHALL WACE CORE FUND LIMITED ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: 3I GROUP PLC ATTN: MICHAEL SUTTON/PHILIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SEGESPAR FINANCE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CLIKEO 3 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CLIKEO ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DRAKKAR 30.04.2012 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DRAKKAR JUILLET 2011 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: FILTREO CLIC ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: PROTEIN 2 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: PULSIA 2 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VENDOME QUINTUPLE OPPORTUNITE VI ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VENDOME QUINTUPLE OPPORTUNITE VIII ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: PRACTIS 09.09 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SEMERIA MONDE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: WHITEBOX CONVERTIBLE ARBITRAGE PARTNERS, LP ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST, THE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST, THE PRINCIPAL GLOBAL INVESTORS, LLC CURRENCY ACCOUNT 087839 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAB MARKET CYCLES (MASTER) FUND LIMITED ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK EUROPE GMBH BELGIUM BRANCH | TRANSFEROR: DEUTSCHE BANK NV ATTN: DIETRICH VREVEN AVENUE MARNIX/MARNIXLAAN 13-15 BRUSSELS 1000 BELGIUM |
| DEUTSCHE BANK NATIONAL TRUST CO. AS INDENTURE TRUS | TRUSTEE C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS INDENTURE TRUS | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: INDYMAC HOME EQUITY LOAN TRUST 2004-2 - IN04H3 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE WITH R | RESPECT TO THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 ASSET-BACKED CERTIFICATES, SERIES 2006-8 C/O RICHARD C. PEDONE, AMANDA D. DARWIN NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE WITH R | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8-GC06Z8 MELISSA WILMAN, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE, GRANT | CORRIDOR TRUSTEE AND SWAP TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE, GRANT | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 - IN06AE 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2005-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2005-5 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2005-4, COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-4 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-10 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2005-4, COLLATERIZED ASSET-BACKED BONDS, SERIES 2005-4 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET0 BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-5 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-4 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-4 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2003-11 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS SUPPLEMENTAL INTEREST TRUST TRUSTEE RELATING TO THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 ASSET BACKED CERTIFICATES SERIES 2006-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS TRUSTEE WITH RESPECT TO THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8-GC06Z8 ASSET BACKED CERTIFICATES, SERIES 2006-8 C/O RICHARD C. |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY | PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: INDYMAC HOME EQUITY LOAN TRUST 2004-2 – IN04H3 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2005-8 – IM0508 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2005-5 – IM0505 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2005-4 – IM0504 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2004-10 – IM0410 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2004-8 – IM0408 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | DEUTSCHE BANK NATIONAL TRUST COMPANY. DARWIN, ESQ. ATTN: IMPAC CMB TRUST SERIES 2004-8 – IM0408 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2004-5 – IM0405 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2004-4 – IM0404 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2003-11 – IM0311 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 – GC06Z8 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE AN | INTEREST TRUSTEE OF RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A15 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE AN | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: RESIDENTIAL ASSET SECURITIZATION TRUST 1761 EAST ST. ANDREWS PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE AN | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A15 – IN0615 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, | CORRIDOR TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, | CORRIDOR TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8 – IN06A8 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, | DEUTSCHE BANK NATIONAL TRUST COMPANY. DARWIN, ESQ. ATTN: INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8 – IN06A8 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK SECURITIES INC. | TRANSFEROR: HANK'S LIVING TRUST ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK SECURITIES INC. | TRANSFEROR: KILROY REALTY, L.P. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O MOSES & SINGER LLP THE CHRYSLER BUILDING 405 LEXINGTON AVENUE ATTN: ALAN KOLOD AND KENT KOLBIG NEW YORK NY 10174-1299 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | AS TRUSTEE OF GEMSTONE CDO VI C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | AS TRUSTEE AND GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS,INC SERIES 2006-QO8 MORTGAGE ASSET – BACKED PASS THROUGH CERTIFICATES C/O RICHARD D. PEDONE, ESQ AND AMANDA D. DARWIN, ESQ. 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: CDO BUSINESS UNIT – GEMSTONE CDO VI 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS | MELISSA WILMAN DEUTSCHE BANK TRUST COMPANY AMERICAS RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-Q08-RF0608 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC., SERIES 2006-QO9 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | DEUTSCHE TRUST COMPANY AMERICAS ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO9 – RF06O9 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | DEUTSCHE BANK TRUST COMPANY AMERICAS ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 – RF06O8 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-Q08 – RF06O8 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF | DEUTSCHE BANK TRUST COMPANY AMERICAS ATTN: JENNA KAUFMAN, DIRECTOR 60 WALL STREET, 26TH FLOOR MAIL STOP NYC60-2606 NEW YORK NY 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF | DEUTSCHE BANK TRUST COMPANY AMERICAS ATTN: JENNA KAUFMANN, DIRECTOR 60 WALL STREET, 26TH FLOOR MAIL STOP NYC60-2606 NEW YORK NY 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF | SERIES 2005-A, PRIVATE STUDENT LOAN ASSET BACKED FLOATING RATE NOTES C/O RICHARD C. PEDONE, AMANDA D. DARWIN NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C PEDONE, ESQ/AMANDA DARWIN, ESQ. NIXON PEABODY LLP – 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C PEDONE, ESQ/AMANDA DARWIN, ESQ. NIXON PEABODY LLP – 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC SERIES 2006-QO9 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C PEDONE, ESQ/AMANDA DARWIN, ESQ. NIXON PEABODY LLP – 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2008-QO9 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C PEDONE, ESQ/AMANDA DARWIN, ESQ. NIXON PEABODY LLP – 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-Q08-RF0608 MELISSA ROSSITER, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-Q08-RF0608 MELISSA ROSSITER, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO9-RF0609 MELISSA ROSSITER, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | ATTN: RESIDENTIAL ACCREDIT LOAN, INC. SERIES 2006-O9-RF0609 MELISSA ROSSITER, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY, TRUSTEE, GRANTOR TRUS | SWAP TRUSTEE OF INDY MAC INDX MORTGAGE LOAD TRUST 2006-AR14 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY, TRUSTEE, GRANTOR TRUS | DEUTSCHE BANK NATIONAL TRUST COMPANY. DARWIN, ESQ. ATTN: INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 – IN06AE 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE POSTBANK AG | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERSTEIN, ESQ. 12, RUE DE TILSITT PARIS 75008 FRANCE |
| DEUTSCHE POSTBANK AG | ATTN: HANS-RENE BODEN KENNEDYALLEE 62-70 BONN 53175 GERMANY |
| DEUTSCHE POSTBANK AG | ATTN: TRANSACTION MGMT CAPITAL MARKETS KENNEDYALLEE 62-70 BONN D-53175 GERMANY |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE POSTBANK AG | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| DEUTSCHE TELEKOM AG | TR4 - JUERGEN KISTNER FRIEDRICH-EBERT-ALLEE-140 BONN 53113 GERMANY |
| DEXIA ASSET MANAGEMENT | (THE "INVESTMENT MANAGER") IN ITS CAPACITY OF REP. OF DEXIA 6 M ATTN: PIERRE GUILLAUME VEAUX WASHINGTON PLAZA 40 RUE WASHINGTON PARIS 75008 FRANCE |
| DEXIA ASSET MANAGEMENT | (THE "INVESTMENT MANAGER") IN ITS CAPACITY OF REP. OF DEXIA EMERGING DEBT ARBITRAGE ATTN: PIERRE GUILLAUME VEAUX WASHINGTON PLAZA 40 RUE WASHINGTON PARIS 75008 FRANCE |
| DEXIA BANK BELGIUM S.A. | ATTN: KARINE DRIESEN (IN-HOUSE COUNSEL) BOULEVARD PACHECO, 44 BRUSSELS 1000 BELGIUM |
| DEXIA BANK BELGIUM S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & SARAH N. CAMPBELL, ESQ. 31 W. 52ND STREET NEW YORK NY 10019 |
| DEXIA CREDIOP S.P.A | ATTN: EDOARDO BARATELLA VIA VENTI SETTEMBRE, 30 ROME 00187 ITALY |
| DEXIA CREDIT LOCAL | TOUR DEXIA ATTN: VIRGINIE GUERIN-BAECHELEN, LEGAL DEPARTMENT 1 PASSERELLE DES REFLETS, LA DEFENSE 2, TSA 92202 LA DEFENSE CEDEX 92919 FRANCE |
| DEXIA CREDIT LOCAL | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & SARAH N. CAMPBELL, ESQ. 31 W. 52ND STREET NEW YORK NY 10019 |
| DEXIA KOMMUNALKREDIT BANK AG | ATTN: PIERRE VEROT FISCHHOF 3 VIENNA 1010 AUSTRIA |
| DEXIA KOMMUNALKREDIT BANK AG | JENNIFER DEMARCO/ SARAH CAMPBELL CLIFFORD CHANCE US LLP 31 W. 52ND STREET NEW YORK NY 10019 |
| DEXIA TREASURY MANAGEMENT | F/K/A DEXIA MONEY 3M ATTN: PIERRE-GUILLAUME VEAUX WASHINGTON PLAZA 40 RUE WASHINGTON PARIS 75008 FRANCE |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDEN, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT,GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ES. NEW YORK NY 10022 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MIACHEL J. VENDITTO NEW YORK NY 10022 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHALE J. VENDIITO, ESQ. NEW YORK NY 10022 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | REED SMITH, LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST LONDON E15 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | SIDLEY AUSTIN LLP ATTN: JOHN A. MCGRATH/MARC D. WASSERMANN WOOLGATE EXCHANGE 25 BASINGHALL STREET LONDON 3C2V 5HA ENGLAND |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL ENGLAND |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED |

| Claim Name | Address Information |
|---|---|
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E15 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 UNITED STATES |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | SIDLEY AUSTIN LLP ATTN: ALEX R. ROVIRA, ANDREW P.PROPPS 787 SEVENTH AVENUE NEW YORK NY 10019 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 207- | C/O THE BANK OF NEW YORK MELLON – LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 207- | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMONDBACK MASTER FUND, LTD. | C/O DIAMONDBACK ADVISORS CT, LLC ATTN: J.R. LEDERER ONE LANDMARK SQ. STAMFORD CT 06901 |
| DIPL.-WI.-ING. DR. GEREON FRIEDERES | PORZELLANGASSE 32 VIENNA 1090 AUSTRIA |
| DISCOVERY GLOBAL CITIZENS MASTER FUND LTD | JOHN FAGAN DISCOVERY GLOBAL CITIZENS MASTER FUND, LTD. C/O DISCOVERY GLOBAL CITIZENS CAPITAL PARTNERS LLC 20 MARSHALL STREET SOUTH NORWALK CT 06854 |
| DISCOVERY GLOBAL CITIZENS MASTER FUND LTD | C/O SEWARD & KISSEL LLP ATTN: ARLENE R ALVES ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| DISCOVERY GLOBAL OPPORTUNITY MASTER FUND | JOHN FAGAN DISCOVERY GLOBAL OPPORTUNITY MASTER FUND C/O DISCOVERY CAPITAL MANAGEMENT, LLC 20 MARSHALL STREET SOUTH NORWALK CT 06854 |
| DISCOVERY GLOBAL OPPORTUNITY MASTER FUND | C/O SEWARD & KISSEL LLP ATTN: ARLENE R ALVES, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| DIVERSIFIED CREDIT INVESTMENTS LLC FAO GIC PTE LTD | C/O DIAMOND MCCARTHY LLP ATTN: HOWARD D RESSLER, ESQ 620 EIGHTH AVE NEW YORK NY 10018 |
| DIVERSIFIED CREDIT INVESTMENTS LLC FAO GIC PTE LTD | C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET, SUITE 250 SAN FRANCISCO CA 94105 |
| DKR CAPITAL PARTNERS L.P. | TRANSFEROR: DKR IBEX HOLDING FUND LTD. ATTN: NAN SWAN 1281 EAST MAIN STREET STAMFORD CT 06902 |
| DKR SOUNDSHORE OASIS HOLDING FUND LTD | C/O DKR OASIS MANAGEMENT COMPANY LP ATTN: SHERIF ELMAZI 1281 EAST MAIN STREET, 3RD FLOOR STAMFORD CT 06902 |
| DKR SOUNDSHORE OASIS HOLDING FUND LTD | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| DNB NOR BANK ASA | ATTN: INGRID DE LA FOREST NO-0021 OSLO NORWAY |
| DNB NOR BANK ASA | WHITE & CASE LLP ATTN: RICHARD GRAHAM 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DOLPHINSU CAPITAL LLC | TRANSFEROR: UBS AG, STAMFORD BRANCH C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| DOMINICAN SISTERS REGIONAL FUND MANAGED PORTFOLIO | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| DOMINICAN SISTERS REGIONAL FUND MANAGED PORTFOLIO | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| DONGBU SECURITIES CO., LTD. | 36-5, YEOUIDO-DONG YEONGDEUNGPO-GU SEOUL 150-886 KOREA, REPUBLIC OF |
| DOUBLE BLACK DIAMOND OFFSHORE LTD | SIDLEY AUSTIN LLP ATTN: ALEX R. RIVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| DOUBLE BLACK DIAMOND OFFSHORE LTD | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| DOUBLE BLACK DIAMOND OFFSHORE LTD | F/K/A DOUBLE BLACK DIAMOND OFFSHORE LDC C/O CARLSON CAPITAL, L.P. – ATTN: |

| Claim Name | Address Information |
|---|---|
| DOUBLE BLACK DIAMOND OFFSHORE LTD | STEVE PULLY 2100 MCKINNEY AVENUE, 16TH FLOOR DALLAS TX 75201 |
| DOVER MASTER FUND II, L.P. | TRANSFEROR: ITALMOBILIARE S.P.A. C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| DOW CORNING CORPORATION | KIRKLAND & ELLIS LLP ATTN: LEONARD KLINGBAUM, CLEMENT LEE PETER TSAO 601 LEXINGTON AVE NEW YORK NY 10022 |
| DOW CORNING CORPORATION | KIRKLAND & ELLIS LLP ATTN: CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| DOW CORNING CORPORATION | ATTN: ANGELA COLE 2200 W SALZBURG RD., MAIL # C01232 AUBURN MI 48611 |
| DOW CORNING CORPORATION | ATTN: ANGELA COLE 2200 W. SALZBURG ROAD MAIL # CO1232 MIDLAND MI 48686-0994 |
| DOWNTOWN REDEVELOPMENT AUTHORITY | PO BOX 1995 VANCOUVER WA 98668-1995 |
| DR. H.C. TSCHIRA BETEILIGUNGS GMBH & CO. KG | HAARMANN PARTNERSCHAFTGESELLSCHAFT DR. CHRISTOPH SCHMITT NEUE MAINZER STRASSE 75 FRANKFURT A. M. D-600311 GERMANY |
| DR. H.C. TSCHIRA BETEILIGUNGS GMBH & CO. KG | PINSENT MASONS LLP MR. RICHARD WILLIAMS CITY POINT ONE ROPEMAKER STREET LONDON EC2Y 9AH UNITED KINGDOM |
| DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD | C/O DRAWBRIDGE GLOBAL MACRO ADVISORS LLC ATTN: GENERAL COUNSEL 1345 AVENUE OF THE AMERICAS 47TH FLOOR NEW YORK NY 10105 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT | SUZUKA INKA 100 SE 2ND STREET SUITE 2610 MIAMI FL 33131 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT | PKMF INKA 100 SE 2ND STREET SUITE 2610 MIAMI FL 33131 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT | TID RENTEN 100 SE 2ND STREET SUITE 2610 MIAMI FL 33131 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT | INKA GL 1 RENTEN 100 SE 2ND STREET SUITE 2610 MIAMI FL 33131 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT | PRV INKA 100 SE 2ND STREET SUITE 2610 MIAMI FL 33131 |
| DS SMITH PENSION TRUSTEES LIMITED, | CAROLINE FORSYTH DS SMITH PLC. 2 KINGS COURT, WILLIE SNAITH RD. SUFFOLK NEWMARKET CB8 7SG UNITED KINGDOM |
| DS SMITH PENSION TRUSTEES LIMITED, | AS TRUSTEE OF THE DS SMITH GROUP PENSION SCHEME DS SMITH PLC, BEECH HOUSE, WHITEBROOK PARK 68 LOWER COOKHAM ROAD, MAIDENHEAD BERKSHIRE SL6 8XY UNITED KINGDOM |
| DS SMITH PENSION TRUSTEES LIMITED, | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| DUMFRIES AND GALLOWAY COUNCIL PENSION SCHEME | CARRUTHER HOUSE ENGLISH STREET DUMFRIES DG1 2HP UNITED KINGDOM |
| DUPONT CAPITAL MANAGEMENT | DEWEY & LEBOEUF LLP ATTN: EILEEN BANNON, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| DUPONT CAPITAL MANAGEMENT | ATTN: ROBIN P. SACHS DELAWARE CORPORATE CENTER ONE RIGHTER PARKWAY, SUITE 3200 WILMINGTON DE 19803 |
| DWS GLOBAL BOND FUND, INC | C/O J CHRISTOPHER JACKSON 280 PARK AVENUE NEW YORK NY 10017 |
| DYLAN CREEK, L.L.C. | TRANSFEROR: UBS AG, STAMFORD BRANCH C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | ATTN: STEPHAN ROST D-60265 FRANKFURT AM MAIN FEDERAL REPUBLIC OF GERMANY GERMANY |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | FRANCIS HEALY STROOCK & STROOCK & LAVAN, LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| E-CAPITAL PROFITS LIMITED | C/O BAKER & MCKENZIE ATTN: IRA REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| E-CAPITAL PROFITS LIMITED | C/O BAKER & MCKENZIE 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| E.ON AG | ATTN: DR. PATRICK WOLFF E.ON PLATZ 1 DUSSELDORF 40479 GERMANY |
| E.ON AG | MICHAEL H. TORKIN ESQ. & SOLOMON J. NOH ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| E.ON UK PLC | ATTN: JON CORNELIUS WESTWOOD WAY WESTWOOD BUSINESS PARK COVENTRY CV4 8LG UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| E.ON UK PLC | C/O E.ON ENERGY SOLUTIONS WESTWOOD WAY WESTWOOD BUSINESS PARK COVENTRY CV4 8LG UNITED KINGDOM |
| E.ON UK PLC | BRIAN RANCE AND HARVEY DYCHIAO FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| E.ON UK PLC | FRESHFIELDS BRUCKHAUS DERINGER US LLP BRIAN RANCE & DAVID RUSSO 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| EAGLEPICHER MASTER TRUST - US LONG DURATION FIXED | (103641) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| EAGLEPICHER MASTER TRUST - US LONG DURATION FIXED | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| EAGLEROCK INSTITUTIONAL PARTNERS LP | 505 PARK AVE FL 2 NEW YORK NY 10022-9334 |
| EAGLEROCK INSTITUTIONAL PARTNERS, LP | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| EAGLEROCK INSTITUTIONAL PARTNERS, LP | ATTN: NADER TAVAKOLI C/O EAGLEROCK CAPITAL MANAGEMENT, L.L.C. 505 PARK AVE FL 2 NEW YORK NY 10022-9334 |
| EAGLEROCK MASTER FUND LP | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| EAGLEROCK MASTER FUND LP | ATTN: NADER TAVAKOLI C/O EAGLEROCK CAPITAL MANAGEMENT, L.L.C. 24 WEST 40TH ST., 10TH FL. NEW YORK NY 10022-9334 |
| EAGLEROCK MASTER FUND LP | 505 PARK AVE FL 2 NEW YORK NY 10022-9334 |
| EAST BAY MUNICIPAL UTILITY DISTRICT | ATTN: GARY BREAUX, DIRECTOR OF FINANCE 375 ELEVENTH STREET, MS 801 OAKLAND CA 94607 |
| EAST BAY MUNICIPAL UTILITY DISTRICT | 375 ELEVENTH STREET, MS 801 ATTN: GARY BREAUX, DIRECTOR OF FINANCE OAKLAND CA 94607 |
| EBS BUILDING SOCIETY - MANAGEMENT PENSION FUND | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| EBS BUILDING SOCIETY - MANAGEMENT PENSION FUND | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO / DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| EBS BUILDING SOCIETY - SENIOR MANAGEMENT PENSION F | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| EBS BUILDING SOCIETY - SENIOR MANAGEMENT PENSION F | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO / DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| EBS BUILDING SOCIETY - STAFF PENSION FUND | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| EBS BUILDING SOCIETY - STAFF PENSION FUND | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ED AGOSTINI LIVING TRUST DTD 5/12/2000 | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBLATT LLC 885  3RD AVE NEW YORK NY 10022 |
| ED AGOSTINI LIVING TRUST DTD 5/12/2000 | 6365 COLLINS AVE., APT. 3603 MIAMI BEACH FL 33143 |
| EFG EUROBANK ERGASIAS SA | ATTN: FOKION KARAVIAS 8 OTHONOS STREET ATHENS 105 57 GREECE |
| EFG EUROBANK ERGASIAS SA | C/O K&L GATES LLP ATTN: JEFFREY N. RICH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| EFG HELLAS PLC | C/O K&L GATES LLP ATTN: JEFFREY N. RICH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| EIRCOM SUPERANNUATION FUND | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| EIRCOM SUPERANNUATION FUND | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO / DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC. | C/O SHAD ROBINSON HALEY & OLSON, P.C. 510 N. VALLEY MILLS DR., STE. 600 WACO TX 76710 |
| ELEXON CLEAR LIMITED | ATTN MARTIN WILES C/O LOGICA EPFAL (UK) LIMITED 7TH FL, KINGS PLACE 90 YORK WAY LONDON N1 9AG UNITED KINGDOM |
| ELIM PARK BAPTIST HOME, INC., THE | C/O SHARYN B. ZUCH, WIGGIN AND DANA LLP 185 ASYLUM ST., CITYPLACE I HARTFORD |

| Claim Name | Address Information |
|---|---|
| ELIM PARK BAPTIST HOME, INC., THE | CT 06103 |
| ELIM PARK BAPTIST HOME, INC., THE | ATTN: ZELL GASTON 140 COOK HILL ROAD CHESHIRE CT 06410 |
| ELLA E.M. BROWN CHARITABLE CIRLCLE | D/B/A OAKLAWN HOSPITAL 200 N. MADISON MARSHALL MI 49068 |
| ELLA E.M. BROWN CHARITABLE CIRLCLE | ELLA E.M. BROWN CHARITABLE CIRCLE ANDREW L. WOOL KATTEN MUCHIN ROSENMAN LLP 525 W. MONROE STREET CHICAGO IL 60661 |
| ELLIOTT ASSOCIATES LP | C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES LP | TRANSFEROR: AUTONOMY ROCHEVERA ONE LIMITED C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES LP | TRANSFEROR: AUTONOMY MASTER FUND LIMITED C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES LP | TRANSFEROR: ADI GLOBAL OPPORTUNITY SP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES LP | MICHAEL STEPHAN ELLIOTT ASSOCIATES, LP 40 WEST 57TH STREET, 4TH FLOOR NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BREVAN HOWARD MASTER FUND LIMITED C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ARTRADIS BARRACUDA FUND C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ARTRADIS VOLATILITY OPPORTUNITIES FUND C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: AB2 FUND C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ARTRADIS RUSSIAN OPPORTUNITIES FUND C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BANCO SANTANDER, S.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BANCO ESPIRITO SANTO DE INVESTIMENTO SA C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: UNITED STATES DEBT RECOVERY V, LP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: NWI EXPLORER GLOBAL MASTER FUND LTD C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: NWI EMERGING MARKET FIXED INCOME MASTER FUND LTD C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: FONDAZIONE ENASARCO C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI CONVEX ABSOLU C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |

| Claim Name | Address Information |
| --- | --- |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI CONSEIL C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: OFI ASSET MANAGEMENT C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: OVAL CIBLE ABSOLU C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI CREDIT OPPORTUNITIES C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI CONVERT ABSOLU C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI ARBITRAGES ABSOLU C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI CREDIT ARB ABSOLU C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI HIGH YIELD C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI RISK ARB ABSOLU C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI CONVEX C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI SITUATIONS SPECIALES C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI EXPLORASIA C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. C/O ELLIOTT MANAGEMENT CORPORATION 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK NY 10019-4001 |
| ELLIOTT ASSOCIATES, L.P. | KLEINBERG KAPLAN WOLFF & COHEN, P.C. ATTN: MATTHW J. GOLD, MARY KUAN 55 FIFTH AVENUE NEW YORK NY 10176 |
| ELLIOTT ASSOCIATES, L.P. | KLEINBERG KAPLAN WOLFF & COHEN, P.C. ATTN: MATTHEW J. GOLD, MARY KUAN 551 FIFTH AVENUE NEW YORK NY 10176 |
| ELLIOTT ASSOCIATES, LP | TRANSFEROR: UBS AG, STAMFORD BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLSWORTH PARTNERS, LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| EMD INVEST F.M.B.A. | C/O NYKREDIT PORTEFOLJE ADMINISTRATION A/S OTTO MOENSTEDS PLADS 9 DK-1780 COPENHAGEN V DENMARK |
| EMD INVEST F.M.B.A. | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| EMF-NL 2008-1 B.V. | ATTN: THE MANAGING DIRECTOR FREDERIK ROESKESTRAAT 123 AMSTERDAM 1076EE NETHERLANDS |
| EMF-NL 2008-2 B.V. | ATTN: THE MANAGING DIRECTOR FREDERIK ROESKESTRAAT 123 AMSTERDAM 1076EE NETHERLANDS |
| EMF-NL PRIME 2008-A B.V. | ATTN: THE MANAGING DIRECTOR FREDERIK ROESKESTRAAT 123 AMSTERDAM 1076EE NETHERLANDS |
| EMF-UK 2008-1 PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK |

| Claim Name | Address Information |
|---|---|
| EMF-UK 2008-1 PLC | FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| EMI GROUP PENSION TRUSTEES LTD. | 27 WRIGHTS LANE LONDON W8 5SW UNITED KINGDOM |
| EMI GROUP PENSION TRUSTEES LTD. | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| EMI PENSION TRUST (IRELAND) LIMITED | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| EMI PENSION TRUST (IRELAND) LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| EMPYREAN CAPITAL OVERSEAS FUND, LTD | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE AND MICHAEL GREENE 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| EMPYREAN CAPITAL OVERSEAS FUND, LTD | C/O EMPYREAN CAPITAL PARTNERS LP ATTN: ANTHONY HYNES 10250 CONSTELLATION BOULEVARD, SUITE 2950 LOS ANGELES CA 90067 |
| EMRO FINANCE IRELAND LTD | AIB INTERNATIONAL CENTRE WEST BLOCK IFSC DUBLIN 1 IRELAND |
| ENCANA OIL & GAS PARTNERSHIP | ATTN DAVID THORN 1800 855 2ND ST., S.W. CALGARY AB T2P 4S5 CANADA |
| ENCANA OIL & GAS PARTNERSHIP | ATTN DAVID THORN 1800 855 2ND ST., S.W. CALGARY AB T2P 4Z5 CANADA |
| ENCANA OIL & GAS PARTNERSHIP | FRANCIS J. LAWALL PEPPER HAMILTON LLP 3000 TWO LOGAN SQUARE PHILADELPHIA PA 19333 |
| EOP FUNDING MASTER, LTD. | TRANSFEROR: ELLINGTON OVERSEAS PARTNERS, LTD. C/O ELLINGTON MANAGEMENT GROUP, LLC 53 FOREST AVENUE OLD GREENWICH CT 06870 |
| EQUATOR INVESTMENT FUNDS ICVC – | GLOBAL INVESTMENT GRADE BOND FUND 4TH FLOOR 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM |
| EQUITY TRUSTEES LIMITED ATF PIMCO EXTENDED MARKETS | HARVEY H. KALMAN LEVEL 2, 575 BOURKE STREET MELBOURE, VIC 3000 AUSTRALIA |
| EQUITY TRUSTEES LIMITED ATF PIMCO EXTENDED MARKETS | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED ATF PIMCO GLOBAL BOND FUND | HARVEY H KALMAN LEVEL 2, 575 BOURKE STREET MELBOURE, VIC 3000 AUSTRALIA |
| EQUITY TRUSTEES LIMITED ATF PIMCO GLOBAL BOND FUND | KEVIN BRAODWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED ATF PIMCO GLOBAL REAL RETU | HARVEY H. KALMAN LEVEL 2, 575 BOURKE STREET MELBOURE, VIC 3000 AUSTRALIA |
| EQUITY TRUSTEES LIMITED ATF PIMCO GLOBAL REAL RETU | KEVIN BRAODWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ERSTE BANK HUNGARY NYRT | FKA ERSTE BANK HUNGARY RT ATTN: ANNA NEMETH DR NEPFURDO U. 24-26 H-1138 BUDAPEST HUNGARY |
| ERSTE BANK HUNGARY NYRT | DAVID ELKIND, ESQ. ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| ERSTE GROUP BANK AG | F/K/A ERSTE BANK DER OESTERREICHISCHEN SPARKASSEN AG ATTN: CONRAD SCHULLER, HEAD OF CREDIT RISK MANAGEMENT MARKETS GRABEN 21 AT01960787 1010 VIENNA AUSTRIA |
| ERSTE GROUP BANK AG | ROPES & GRAY LLP ATTN: DAVID ELKIND, ESQ. 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| ERSTE GROUP BANK AG (F/K/A ERSTE BANK DER OESTERRE | AG) ATTN: CONRAD SCHULLER, HEAD OF CREDIT RISK MANAGEMENT MARKETS GRABEN 21 AT01960787 1010 VIENNA AUSTRIA |
| ERSTE GROUP BANK AG (F/K/A ERSTE BANK DER OESTERRE | ERSTE GROUP BANK AG (F/K/A ERSTE BANK DER OESTERREICHISCHEN SPARKASSEN AG) ROPES & GRAY LLP ATTN: DAVID ELKIND, ESQ 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| ESKATON PROPERTIES, INCORPORATED | 5105 MANZANITA AVENUE CARMICHAEL CA 95608 |
| ESTATE OF ERNEST E. STEMPEL | L. MICHAEL MURPHY, CO-EXECUTOR SOMERSET HOUSE 6 SALT KETTLE ROAD PAGET BERMUDA |
| ESTATE OF ERNEST E. STEMPEL | ATTN: DIANA BROOKS BERGUIST, CO-EXECUTOR FLAMINGO NO. 3 GRASMERE ROAD PEMBROKE HM05 BERMUDA |
| ESTATE OF ERNEST E. STEMPEL | MCDERMOTT WILL & EMERY LLP ATTN: HENRY CHRISTENSEN III 340 MADISON AVENUE NEW YORK NY 10173-1922 |

| Claim Name | Address Information |
|---|---|
| ESTATE OF ERNEST E. STEMPEL | MCDERMOTT WILL & EMERY LLP ATTN: GARY O. RAVERT 340 MADISON AVENUE NEW YORK NY 10173-1922 |
| ESTATE OF ERNEST E. STEMPEL | MCDERMOTT WILL & EMERY LLP ATTN: HENRY CHRISTERNSEN III 340 MADISON AVENUE NEW YORK NY 10173-1922 |
| ESTELLE PEABODY MEMORIAL HOME OF THE SYNOD OF LINC | PRESBYTERIAN CHURCH (USA), THE C/O KATZ & KORIN PC CHRISTINE K. JACOBSON 334 NORTH SENATE AVE INDIANAPOLIS IN 46204 |
| ESTELLE PEABODY MEMORIAL HOME OF THE SYNOD OF LINC | PRESBYTERIAN CHURCH (USA), THE C/O KATZ & KORIN PC ATTN: CHRISTINE K. JACOBSON 334 NORTH SENATE AVE INDIANAPOLIS IN 46204 |
| ETON PARK FUND, LP | C/O ETON PARK CAPITAL MANAGEMENT, LP ATTN: DAVID ZALTA 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK FUND, LP | CADWALADER WICKERSHAM & TAFT LLP ATN: ETON PARK CLAIMS GROUP-WENDY KANE ONE FINANCIAL CENTER NEW YORK NY 10281 |
| ETON PARK FUND, LP | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE FINANCIAL CENTER NEW YORK NY 10281 |
| ETON PARK MASTER FUND, LTD. | C/O ETON PARK CAPITAL MANAGEMENT, LP ATTN: DAVID ZALTA 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK MASTER FUND, LTD. | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE FINANCIAL CENTER NEW YORK NY 10281 |
| ETON PARK MASTER FUND, LTD. | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| EUGENE INVESTMENT & SECURITIES CO., LTD | 23-9, YUIDO-DONG YUNGDEUNGPO-GU SEOUL 150-710 KOREA, REPUBLIC OF |
| EURIZON CAPITAL SA ACTING AS MNGT COMPANY FOR NIS | 12 AVENUE DE LA LIBERTE L-1930 LUXEMBOURG LUXEMBOURG |
| EURIZON EASY FUND VALORE EQUILIBRIO | C/O EURIZON CAPITAL SGR SPA PIAZZALE CADORNA, 3 MILAN 20123 ITALY |
| EURIZON STAR FUND EURO BOND | C/O EURIZON CAPITAL SGR SPA PIAZZALE CADORNA, 3 MILANO 20123 ITALY |
| EURO BOND FUND - (#1691) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |
| EURO BOND FUND - (#1691) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| EURO REAL RETURN FUND - (#4694) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE, UPPER HATCH STREET DUBLIN 2 IRELAND |
| EURO REAL RETURN FUND - (#4694) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| EURO STOCKSPLUS TR FUND | PIMCO LUXEMBOURG TRUST ATTN: TOM RICE 2-8 AVE CHARLES DE GAULLE L-7653 LUXEMBOURG |
| EUROHYPO AG | ATTN: LEGAL DEPT. HELFMANN-PARK 5 ESCHBORN 65760 GERMANY |
| EUROHYPO AG | ATTN: OLIVER SCHOEPP HELFMANN-PARK 5 ESCHBORN 65760 GERMANY |
| EUROHYPO EUROPAISCHE HYPOTHEKENBANK S.A. | AIRPORT CENTER 5, RUE HEIENHAFF SENNINGERBERG 1736 LUXEMBOURG |
| EUROSAIL 2006 4NP-PLC | REED SMITH LLP ATTN: TAMARA BOX THE BROADGATE TOWER 20 PRIMROSE STREET LONDON EC2A 2RS UNITED KINGDOM |
| EUROSAIL 2006 4NP-PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| EUROSAIL UK 2007 1NC PLC | REED SMITH LLP ATTN: TAMARA BOX THE BROADGATE TOWER 20 PRIMROSE STREET LONDON EC2A 2RS UNITED KINGDOM |
| EUROSAIL UK 2007 1NC PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| EUROSAIL-NL 2007-1 B.V. | ATTN: THE MANAGING DIRECTOR FREDERIK ROESKESTRAAT 123 AMSTERDAM 1076EE NETHERLANDS |
| EUROSAIL-NL 2007-2 B.V. | ATTN: THE MANAGING DIRECTOR FREDERIK ROESKESTRAAT 123 AMSTERDAM 1076EE NETHERLANDS |
| EUROSAIL-UK 2007-3BL PLC | REED SMITH LLP ATTN: TAMARA BOX THE BROADGATE TOWER 20 PRIMROSE STREET LONDON EC2A 2RS UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| EUROSAIL-UK 2007-3BL PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| EUROSAIL-UK 2007-4BL PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| EUROSTOCKPLUSTM TOTAL RETURN FUND - (#3680) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE, UPPER HATCH STREET DUBLIN 2 IRELAND |
| EUROSTOCKPLUSTM TOTAL RETURN FUND - (#3680) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EVERGREEN CORE PLUS BOND FUND | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| EVERGREEN CORE PLUS BOND FUND | C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC ATTN: CATHY KENNEDY 200 BERKLEY STREET BOSTON MA 02116 |
| EVERGREEN GLOBAL DIVIDEND OPPORTUNITY FUND | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| EVERGREEN GLOBAL DIVIDEND OPPORTUNITY FUND | C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC ATTN: CATHY KENNEDY 200 BERKLEY STREET BOSTON MA 02116 |
| EVOLUTION MASTER FUND LTD. SPC. | SEGREGATED PORTFOLIO M C/O RICHARD CHISHOLM 2425 OLYMPIC BLVD., SUITE 120 E SANTA MONICA CA 90404 |
| EXUM RIDGE CBO 2006-1 LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-1 LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| EXUM RIDGE CBO 2006-1 LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| EXUM RIDGE CBO 2006-2 LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-2 LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| EXUM RIDGE CBO 2006-2 LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| EXUM RIDGE CBO 2006-4 LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-4 LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. MARK ELLENBERG, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| EXUM RIDGE CBO 2006-4 LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET NW WASHINGTON DC 20001 |
| EXUM RIDGE CBO 2006-4, LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| EXUM RIDGE CBO 2006-5 LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-5 LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| EXUM RIDGE CBO 2006-5 LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| EXUM RIDGE CBO 2007-1, LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-1, LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| EXUM RIDGE CBO 2007-1, LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| EXUM RIDGE CBO 2007-2, LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-2, LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL |

| Claim Name | Address Information |
|---|---|
| EXUM RIDGE CBO 2007-2, LTD | CENTER NEW YORK NY 10281 |
| EXUM RIDGE CBO 2007-2, LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| EXXONMOBIL GAS MARKETING EUROPE LIMITED | C/O BONNIE MACDOUGAL KISTLER PEPPER HAMILTON LLP 400 BERWYN PARK, 899 KASSATT RD BERWYN PA 19312 |
| EXXONMOBIL GAS MARKETINGEUROPE LIMITED (LNG) | C/O BONNIE MACDOUGAL KISTLER PEPPER HAMILTON LLP 400 BERWYN PARK BERWYN PA 19312 |
| F.F. THOMPSON FOUNDATION INC, THE | ATTN:CHIEF FINANCIAL OFFICER C/O FREDERICK FERRIS THOMPSON HOSPITAL 350 PARRISH STREET CANANDAIGUA NY 14424 |
| FAR EASTERN INTERNATIONAL BANK | YU, CHAN & YEUNG, SOLICITORS RM 1505 TUNG NING BUILDING NO. 2 HILLIER STREET SHEUNG WAN HONG KONG |
| FAR EASTERN INTERNATIONAL BANK | 26/F, NO. 207, SEC 2, TUN HWA S RD 10602 TAIPEI TAIWAN, PROVINCE OF CHINA |
| FAR EASTERN INTERNATIONAL BANK | 26/F, NO. 207, SEC 2, TUN HWA S RD TUN HWA S. RD TAIPEI TAIWAN, PROVINCE OF CHINA |
| FAREPLAY ENERGY LIMITED PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| FAREPLAY ENERGY LIMITED PENSION SCHEME | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FATA ASSICURAZIONI DANNI S.P.A. | VIA URBANA 169/A ATTN: DOTT. PAOLA FERRANTE – HEAD OF GENERAL SECRETARIAT ROME 00184 ITALY |
| FATA ASSICURAZIONI DANNI S.P.A. | ATTN. MARCO BARTOLOMEI – HEAD OF LEGAL AND CORPORATE AFFAIRS GENERALI SGR S.P.A. VIA TRENTO 8 TRIESTE 34132 ITALY |
| FATAI INVESTMENT LIMITED | CLIFFORD CHANCE ATTN: PAGET DARE BRYAN AND ALEX CHEUNG 28/F, JARDINE HOUSE ONE CONNAUGHT PLACE, CENTRAL HONG KONG |
| FATAI INVESTMENT LIMITED | ATTN: MR. TIMON LIU FATAI INVESTMENT LTD C/O P.O. BOX 210, 1ST FLOOR, NO.1 THE MEWS, ANN STREET, ST. HELIER, JERSEY JE4 8SY UNITED KINGDOM |
| FATAI INVESTMENT LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER DEMARCO AND DAVID SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| FCP INDOSUEZ BONDS | F/K/A INDOSUEZ OBLIMONDE C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| FEDERAL HOME LOAN BANK OF DES MOINES | ATTN: AARON B. LEE 801 WALNUT STREET, SUITE 200 DES MOINES IA 50309 |
| FEDERAL HOME LOAN BANK OF NEW YORK | KATTEN MUCHIN ROSENMAN LLP ATTN: JEFF J. FRIEDMAN 575 MADISON AVENUE NEW YORK NY 10022 |
| FEDERAL HOME LOAN BANK OF NEW YORK | ATTN: PATRICK A. MORGAN, CFO 101 PARK AVENUE, 5TH FLOOR NEW YORK NY 10178-0599 |
| FFI FUND LTD. | D. ROSS MARTIN ROPES & GRAY LLP ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| FFI FUND LTD. | BRACEBRIDGE CAPITAL, LLC ATTN: JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| FFI FUND LTD. | D. ROSS MARTIN 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| FFTW MULTI-STRATEGY ALPHA FUND | C/O FISCHER FRANCIS TREES & WATTS, INC. ATTN: ROBIN S. MEISTER 200 PARK AVENUE, 46TH FLOOR NEW YORK NY 10166 |
| FINAF SPA | ATTN:EMANUELE CAMPAGNIOLI, DIRETTORE INVESTIMENTI FINANZIARI VIA AMELIA, 70 ROMA 181 ITALY |
| FINANSBANK A.S. | C/O BAKER & MCKENZIE LLP ATTN: JOSEPH SAMET & IRA A. REID 1114 AVE OF THE AMERICAS NEW YORK NY 10036 |
| FINECOBANK SPA | ATTN: ROBERTO FINESCHI PIAZZA DURANTE 11 MILAN 20131 ITALY |
| FINMECCANICA S.P.A. | PIAZZA MONTE GRAPPA 4 ROME 00195 ITALY |
| FIRST CHOICE POWER, LP | C/O LOWENSTEIN SANDLEER PC ATTN: S. JASON TEELE 65 LIVIGSTON AVENUE ROSELAND NJ 07068 |
| FIRST CHOICE POWER, LP | LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10022 |
| FIRSTRAND BANK LIMITED | ANDREW STUART FIRSTRAND BANK LIMITED C/O RAND MERCHANT BANK 1 MERCHANT PLACE CORNER FREDMAN DRIVE & RIVONIA ROAD PO BOX 786273 SANDTON 2146 SOUTH AFRICA |
| FIRSTRAND BANK LIMITED | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW |

| Claim Name | Address Information |
|---|---|
| FIRSTRAND BANK LIMITED | YORK NY 10004-1485 |
| FIVE STARS S.A. | ATTN: MARINA PADALINO BOULEVARD DU PRINCE HENRI 19-21 GRAND DUCHY OF LUXEMBOURG LUXEMBOURG L-1724 LUXEMBOURG |
| FIXED INCOME SHARES: SERIES R (# 2090) | ATTN: BRIAN SHLISSEL 1345 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK NY 10105 |
| FLORIDA POWER & LIGHT COMPANY | C/O RACHEL BUDKE, ESQ. 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| FLORIDA POWER & LIGHT COMPANY | ATTN: RACHEL BUDKE, ESQ. 700 UNIVERSE BOULEVARD JUNO BEACH FL 33408 |
| FONDAZIONE CASSA DI RISPARMIO DI PARDOVA E ROVIGO | ATTN: LUISA TERZI FONDAZIONE CASSA DI RISPARMIO DI PADOVA E ROVIGO P.ZZA DUOMO 15 PADOVA 35141 ITALY |
| FONDS COMMUN DE PLACEMENT EPARCOURT | REPRESENTED BY NATIXIS ASSET MANAGEMENT ATTN: LEGAL DEPARTMENT (DIRECTION JURIDIQUE) 21, QUAI D'AUSTERLITZ 75634 PARIS CEDEX 13 FRANCE |
| FONDS COMMUN DE PLACEMENT FUZEOR | REPRESENTED BY NATIXIS ASSET MANAGEMENT ATTN: LEGAL DEPARTMENT (DIRECTION JURIDIQUE) 21, QUAI D'AUSTERLITZ 75634 PARIS CEDEX 13 FRANCE |
| FONDS COMMUN DE PLACEMENT ODEIS 2007 PRINTEMPS | REPRESENTED BY NATIXIS ASSET MANAGEMENT ATTN: LEGAL DEPARTMENT (DIRECTION JURIDIQUE) 21, QUAI D'AUSTERLITZ 75634 PARIS CEDEX 13 FRANCE |
| FORTIS BANK NV/SA | ANNMERIE JUNG AND PHILIP STEEGMANS MONTAGNE DE PARC, 3 BRUSSELS BELGIUM |
| FORTIS BANK NV/SA | MONTAGNE DU PARC, 3 ATTN HILDE VAN VERRE & MARC GALLET BRUSSELS BELGIUM |
| FORTIS BANK NV/SA | ATTN: HILDE VAN VERRE/REGINE OUYANG MONTAGNE DU PARC, 3 BRUSSELS BELGIUM |
| FORTIS BANK NV/SA | HOWARD S. BELTZER, ESQ. MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| FORTIS BANK NV/SA | RICHARD M. SKOLLER, ESQ. & KATHRYN B. QUINN BNP PARIBAS 787 SEVENTH AVENUE NEW YORK NY 10019-6018 |
| FORTIS BANK NV/SA | BNP PARIBAS ATTN: RICHARD M. SKOLLER, ESQ. & KATHRYN B. QUINN 787 SEVENTH AVENUE NEW YORK NY 10019-6018 |
| FORTIS BANK NV/SA | BNP PARIBAS ATTN: RICAHRD M. SKOLLER, ESQ & KATHRYN B QUINN 787 SEVENTH AVENUE NEW YORK NY 10019-6018 |
| FORTIS BANK NV/SA | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 1201 F. ST. N.W. SUITE 1100 WASHINGTON DC 20004 |
| FORTRESS VALUE RECOVERY FUND I LLC | (F/K/A D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, LLC) (F/K/A D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P.) ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| FOSTER, LADY ELENA | C/O MICHAEL SIMKINS LLP LYNTON HOUSE 7-12 TAVISTOCK SQUARE LONDON WC1H 9LT UNITED KINGDOM |
| FOUNDATION FOR SOCIAL ENTREPRENEURS, THE, ACTING A | MILLENIUM AWARDS TRUST (100665) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL CHRISTCHURCH COURT 10-15 NEWGATE STREET ATTN: BENJAMIN ROBINSON LONDON EC1A 7HD UNITED KINGDOM |
| FOUNDATION FOR SOCIAL ENTREPRENEURS, THE, ACTING A | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| FPL ENERGY POWER MARKETING, LLC F/K/A | FPL ENERGY POWER MARKETING, INC ATTN: CONTRACTS/LEGAL FPL POWER MARKETING, INC. C/O RACHEL BUDKE, ESQ. 700 UNIVERSE BLVD. JUNO BEACH FL 33408 |
| FPL ENERGY POWER MARKETING, LLC F/K/A | FPL ENERGY POWER MARKETING, INC. C/O RACHEL BUDKE, ESQ. 700 UNIVERSE BLVD. JUNO BEACH FL 33408 |
| FRANCISCAN ORDER OF IRELAND | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| FRANCISCAN ORDER OF IRELAND | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FREDERICK FERRIS THOMPSON HOSPITAL, THE | ATTN: CHIEF FINANCIAL OFFICER C/O FREDERICK FERRIS THOMPSON HOSPITAL 350 PARRISH STREET CANANDAIGUA NY 14424 |
| FSC ASIA INVESTMENT LTD (FORMERLY KNOWN AS FIRST T | YU, CHAN & YEUNG SOLICITORS ROOM 1505 TUNG NING BUILDING NO. 2 HILLIER STREET SHEUNG WAN HONG KONG |
| FSC ASIA INVESTMENT LTD (FORMERLY KNOWN AS FIRST T | 7TH FLOOR, NO. 29, SEC 1 AN-HO ROAD TAIPEI TAIWAN, PROVINCE OF CHINA |
| FSP INVEST F.M.B.A. | AMALIEGADE 27 KOBENHAVN 1256 DENMARK |
| FULLERTON DRIVE CDO LIMITED | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. GLOBAL 4B NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| FULLERTON DRIVE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| FYI FUND LTD. | C/O BRACEBRIDGE CAPITAL, LLC ATTN: MR. JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| FYI FUND LTD. | D. ROSS MARTIN 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| GA FUND L BOND ACTIVE WORLD TP (SICAN) | 50 AVENUE J.F. KENNEDY LUXEMBOURG L 2951 LUXEMBOURG |
| GA FUND L BOND ACTIVE WORLD TP (SICAN) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| GALLAHER (DUBLIN) LIMITED PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| GALLAHER (DUBLIN) LIMITED PENSION SCHEME | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GAM ABSOLUTE RETURN MASTER FUND | F/K/A AUGUSTUS ABSOLUTE RETURN MASTER FUND C/O RICHARD CHULL, LEGAL COUNSEL AUGUSTUS ASSET MANGERS LIMITED 12 ST. JAMES' PLACE LONDON SW1A 1NX UNITED KINGDOM |
| GAM EUROPEAN EQUITY HEDGE INC. | C/O GAVIN KATTAR 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| GAM EUROPEAN SMALL CAP HEDGE INVESTMENTS INC. | C/O GAVIN KATTAR 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| GENERALI INVESTMENTS FRANCE | SIMMONS & SIMMONS CAPITAL MARKETS DEPARTMENT ATTN: ARNAULD ACHARD, LOUMA HAFFAR, SARAH POYNTON 5 BOULEVARD DE LA MADELEINE PARIS 75001 FRANCE |
| GENERALI INVESTMENTS FRANCE | GENERALI AIRD C/O GENERALI INVESTMENTS FRANCE ATTN: BRUNO SERVANT 7, BOULEVARD HAUSSMAN PARIS CEDEX 09 75309 FRANCE |
| GENERALI INVESTMENTS FRANCE | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| GENERALI INVESTMENTS SICAV | ATTN. MARCO BARTOLOMEI – HEAD OF LEGAL AND CORPORATE AFFAIRS GENERALI SGR S.P.A. VIA TRENTO 8 TRIESTO 34132 ITALY |
| GENERALI INVESTMENTS SICAV | ATTN. MARCO BARTOLOMEI – HEAD OF LEGAL AND CORPORATE AFFAIRS GENERALI SGR S.P.A. VIA TRENTO 8 TRIESTE 34132 ITALY |
| GENERALI INVESTMENTS SICAV | IN RELATION TO ABSOLUTE RETURN GLOBAL MACRO STRATEGIES SUB-FUND 5 ALLEE SCHEFFER L-2520 LUXEMBOURG ATTN: DOTT. EUGERIO ROMANO-OFFICER LUXEMBOURG |
| GENERALI INVESTMENTS SICAV | (IN RELATION TO ABSOLUTE RETURN HYBRID CREDIT STRATEGIES SUB-FUND) 5 ALLEE SCHEFFER L-2520 LUXEMBOURG ATTN: DOTT. EUGERIO ROMANO-OFFICER LUXEMBOURG |
| GENERALI PERSONENVERSICHERUNGEN AG | FRESHFIELDS BRUCKHAUS DERINGER VIA DEI GIARDINI 7 ATTN: MARIO ORTU AND IVANA STJEPOVIC MILAN 20121 ITALY |
| GENERALI PERSONENVERSICHERUNGEN AG | ATTN: MARCO BARTOLOMEI HEAD OF LEGAL & CORPORATE AFFAIRS GENERALI SGR S.P.A VIA TRENTO 8 TRIESTE 34132 ITALY |
| GENERALI PERSONENVERSICHERUNGEN AG | ATTN: THOMAS MARTY SOODMATTENSTRASSE 10 ADLISWIL 1 CH-8134 SWITZERLAND |
| GENERALI VIE | SIMMONS & SIMMONS CAPITAL MARKETS GROUP ATTN: ARNAULD ACHARD, LOUMA HAFFAR, SARAH POYNTON 5 BOULEVARD DE LA MADELEINE PARIS 75001 FRANCE |
| GENERALI VIE | C/O GENERALI INVESTMENTS FRANCE ATTN: BRUNO SERVANT 7, BOULEVARD HAUSSMAN PARIS CEDEX 09 75309 FRANCE |
| GENERALI VIE | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| GENERTEL S.P.A. | VIA MACHIAVELLI 4 ATTN: DOTT GIOVANNI PILATO – HEAD OF ADMINISTRATION DEPT. TRIESTE 34132 ITALY |
| GENERTEL S.P.A. | ATTN. MARCO BARTOLOMEI – HEAD OF LEGAL AND CORPORATE AFFAIRS GENERALI SGR S.P.A. VIA TRENTO 8 TRIESTE 34132 ITALY |
| GENRE PARTNERS, L.P. | ATTN JOHN H. FANT 201 MAIN STREET SUITE 3100 FORT WORTH TX 76102 |
| GENRE PARTNERS, L.P. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| GERALD B. CRAMER REV. TRUST | C/O GOM CAPITAL 707 WESTCHESTER AVE, STE 405 WEST HARRISON NY 10604 |
| GESTORA DE FONDOS DEL MEDITERRANEO, S.G.I.I.C., S. | SALVADOR IBIZA BEVIA CAJA DE AHORROS DEL MEDITERRANEO AVENIDA OSCAR ESPLA, 37 ALICANTE 03007 SPAIN |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GESTORA DE FONDOS DEL MEDITERRANEO, S.G.I.I.C., S. | ATTN: MR. SALVADOR IBIZA BEVIA AVENIDA DE ELCHE, 178 CENTRO ADMINISTRATIVO, PLANTA 2 A ALICANTE 03008 SPAIN |
| GESTORA DE FONDOS DEL MEDITERRANEO, S.G.I.I.C., S. | JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| GIANTS STADIUM LLC | ATTN: CHRISTINE PROCOPS MEADOWLANDS SPORTS COMPLEX 50 STATE ROUTE 120 EAST RUTHERFORD NJ 07073 |
| GILA RIVER POWER, L.P. | DEWEY & LEBOEUF LLP ATTN: EVAN KOSTER, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| GILA RIVER POWER, L.P. | C/O ENTEGRA POWER GROUP LLC ATTN: JERRY COFFEY 100 S. ASHLEY DRIVE, SUITE 1400 TAMPA FL 33602 |
| GLAXOSMITHKLINE FINANCE PLC | ATTN: AMANDA BRADLEY, ASSISTANT TREASURER – INTERNATIONAL 980 GREAT WEST ROAD BRENTFORD MIDDLESEX TW8 9GS UNITED KINGDOM |
| GLAXOSMITHKLINE FINANCE PLC | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GLG ALPHA SELECT FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG ALPHA SELECT FUND | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG EMERGING MARKETS FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG EMERGING MARKETS FUND | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG EUROPEAN LONG-SHORT FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG EUROPEAN LONG-SHORT FUND | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG EUROPEAN OPPORTUNITY FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON ST LONDON W1J 5HB UNITED KINGDOM |
| GLG EUROPEAN OPPORTUNITY FUND | DAVID LEMAY/CHRISTY RIVERA CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG EVENT DRIVEN FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON ST LONDON W1J 5HB UNITED KINGDOM |
| GLG EVENT DRIVEN FUND | DAVID LEMAY/CHRISTY RIVERA CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG FINANCIALS FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG FINANCIALS FUND | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG GLOBAL UTILITIES FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG GLOBAL UTILITIES FUND | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG INVESTMENTS PLC: SUB-FUND GLG CONVERTIBLE UCIT | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON ST LONDON W1J 5HB UNITED KINGDOM |
| GLG INVESTMENTS PLC: SUB-FUND GLG CONVERTIBLE UCIT | DAVID LEMAY/CHRISTY RIVERA CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG JAPANESE LONG-SHORT FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG JAPANESE LONG-SHORT FUND | CHADBOURNE & PARK LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG MARKET NEUTRAL FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG MARKET NEUTRAL FUND | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 |

| Claim Name | Address Information |
|---|---|
| GLG MARKET NEUTRAL FUND | ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG NORTH AMERICAN OPPORTUNITY FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG NORTH AMERICAN OPPORTUNITY FUND | CHADBOURNE & PARK LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG PARTNERS (CAYMAN) LTD. | TRANSFEROR: GLG ABSOLUTE RETURN BOND FUND C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG PARTNERS (CAYMAN) LTD. | CHADBOURNE & PARKE LLP ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG TECHNOLOGY FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG TECHNOLOGY FUND | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLITNIR BANKI HF | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ABIGAIL CLARK, ESQ. 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| GLITNIR BANKI HF | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALAN W. KORNBERG, ABIGAIL CLARK 1285 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| GLOBAL BOND EX-US FUND (#3684) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |
| GLOBAL BOND EX-US FUND (#3684) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| GLOBAL BOND FUND (#699) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |
| GLOBAL BOND FUND (#699) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| GLOBAL INVESTMENT GRADE CREDIT FUND (#3683) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |
| GLOBAL INVESTMENT GRADE CREDIT FUND (#3683) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| GLOBAL REAL RETURN FUND (#3693) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |
| GLOBAL REAL RETURN FUND (#3693) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| GLOBAL SHORT-TERM PORTFOLIO (#3762) | PIMCO OFFSHORE PORTFOLIOS ATTN: RICHARD LEBRUN WALKER HOUSE, 87 MARY STREET GEORGE TOWN CAYMAN ISLANDS |
| GLOBAL SHORT-TERM PORTFOLIO (#3762) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| GMAM GROUP PENSION TRUST I | FOR THE ACCOUNT OF GLOBAL INFLATION INDEX LINKED BONDS, ACC# GFI-145 C/O PROMARK INVESTMENT ADVISORS, INC. 767 FIFTH AVENUE, 16TH FLOOR NEW YORK NY 10153 |
| GMAM GROUP PENSION TRUST I | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| GMAM INVESTMENT FUNDS TRUST -FOR THE ACCOUNT OF PR | CLIFFORD CHANCE US LLP JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GMAM INVESTMENT FUNDS TRUST -FOR THE ACCOUNT OF PR | TACTICAL ASSET ALLOCATION FUND - ACCT NO 3037020140 C/O PROMARK INVESTMENT ADVISORS, INC. ATTN: MARK SZYCHER 767 FIFTH AVENUE NEW YORK NY 10153 |
| GMB PENSION TRUSTEE COMPANY LIMITED | AS TRUSTEE OF THE GMB 1961PENSION FUND ATTN: ALLAN WYLIE 22-24 WORPLE ROAD LONDON SW19 4DD UNITED KINGDOM |
| GMB PENSION TRUSTEE COMPANY LIMITED | SIDLEY AUSTIN LLP ATTN: LEE ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GMB PENSION TRUSTEE COMPANY LIMITED | SIDLEY AUSTIN LLP ATTN: ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GMO EMERGING COUNTRY DEBT, L.P. | C/O GRANTHAM, MAYO, VAN OTTERLOO & CO. LLC ATTN: GREGORY POTTLE 40 ROWES WHARF BOSTON MA 02110 |
| GMO EMERGING COUNTRY LOCAL DEBT | C/O GRANTHAM, MAYO VAN OTTERLOO & CO. LLC ATTN: GREGORY POTTLE 40 ROWES WHARF |

| Claim Name | Address Information |
|---|---|
| INVESTMENT FUND | BOSTON MA 02110 |
| GOAL LINE PARTNERS, LLC | GIANTS STADIUM LLC C/O SULLIVAN & CROMWELL LLP ATTN: MATTHEW SCHWARTZ; BRUCE CLARK 125 BROAD STREET NEW YORK NY 10004 |
| GOAL LINE PARTNERS, LLC | TRANSFEROR: BANK OF AMERICA, N.A. C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| GOLDEN MOON CAPITAL CORPORATION | CITCO BUILDING, WICKHAMS CAY P.O. BOX 662 ROAD TOWN, TORTOLA VIRGIN ISLANDS (BRITISH) |
| GOLDEN MOON CAPITAL CORPORATION | KLESTADT & WINTERS, LLP JOHN E. JURELLER, JR. 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK NY 10018-1624 |
| GOLDEN MOON CAPITAL CORPORATION | KLESTADT & WINTERS LLP 570 FASHION AVE FL 17 NEW YORK NY 10018-1624 |
| GOLDEN MOON CAPITAL CORPORATION | JOHN E. JURELLER, JR KLESTADT & WINTERS, LLP 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK NY 10018-6314 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ORRICK HERRINGTON & SUTCLIFFE LLP ATTN: THOMAS MITCHELL THE ORRICK BUILDING 405 HOWARD STREET SAN FRANCISCO CA 94105-2669 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: KAREN FINN, AUTHORIZED REPRESENTATIVE 915 L STREET, 9TH FLOOR SACRAMENTO CA 95814 |
| GOLDMAN SACHS & CO. PROFIT | ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. PROFIT | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GOLDMAN SACHS CATASTROPHE RISK PREMIUM OPPORTUNITI | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS CATASTROPHE RISK PREMIUM OPPORTUNITI | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS DYNAMIC RISK MASTER FUND OFFSHORE LT | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS DYNAMIC RISK MASTER FUND OFFSHORE LT | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND | DAVID AMAN CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND | CLEARY GORRLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ ONE LIBERY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS EURO CORE LIQUIDITY FUND | (100342) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS EURO CORE LIQUIDITY FUND | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS FOUNDATION, THE | (105002) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS FOUNDATION, THE | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS FUNDS – GOLDMAN SACHS EURO FIXED INC | (103106) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS FUNDS – GOLDMAN SACHS EURO FIXED INC | (103105) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS FUNDS – GOLDMAN SACHS EURO FIXED INC | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS FUNDS SICAV – GOLDMAN SACHS GLOBAL C | PORTFOLIO (HEDGED) (103234) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS FUNDS SICAV – GOLDMAN SACHS GLOBAL C | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS FUNDS SICAV – GOLDMAN SACHS GLOBAL L | PLUS II PORTFOLIO (103133) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS FUNDS SICAV – GOLDMAN SACHS GLOBAL L | PLUS I PORTFOLIO (103131) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS FUNDS SICAV – GOLDMAN SACHS GLOBAL L | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS FUNDS SICAV – GS GLOBAL CURRENCY POR | C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS FUNDS SICAV – GS GLOBAL CURRENCY POR | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL ALPHA DYNAMIC RISK FUND LLC | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL ALPHA DYNAMIC RISK FUND LLC | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS GLOBAL ALPHA FUND L.P. | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL ALPHA FUND LP | DAVID AMAN CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL ALPHA FUND LP | CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA DAVID AMAN, ESQ NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL ALPHA FUND LP | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS GLOBAL ALPHA FUND PLC | DAVID AMAN ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL ALPHA FUND PLC | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS GLOBAL CURRENCY FUND | (100050) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS GLOBAL CURRENCY FUND | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL CURRENCY FUND – DOLLAR PLUS | (100057) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS GLOBAL CURRENCY FUND – DOLLAR PLUS | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL CURRENCY FUND – EURO PLUS | (100058) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS GLOBAL CURRENCY FUND – EURO PLUS | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND LLC | DAVID AMAN CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND LLC | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND OFFSHORE, | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND OFFSHORE, | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND, LLC | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GSIP MASTER COMPANY (IRELAND) LIMITE | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GSIP MASTER COMPANY (IRELAND) LIMITE | C/O GS INVESTMENT STRATEGIES, LLC ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS INTERNATIONAL | ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS INTERNATIONAL | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER ESQ ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS INTERNATIONAL BANK | GOLDMAN SACHS INTERNATIONAL BANK, SEOUL BRANCH ATTN: JIN-U JANG, BRANCH MANAGER 21ST FLOOR, HUNGKUK LIFE INSURANCE BUILDING 226 SHIN MUN RO 1 GA CHONG RO-GU SEOUL 110-786 KOREA |
| GOLDMAN SACHS INTERNATIONAL BANK | ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS INTERNATIONAL BANK | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS INVESTMENT PARTNERS MASTER FUND, L.P | DAVID AMAN, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS INVESTMENT PARTNERS MASTER FUND, L.P | C/O GS INVESTMENT STRATEGIES, LLC ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS INVESTMENT UNIT TRUST – GOLDMAN SACH | FUND # 1 (103048) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS INVESTMENT UNIT TRUST – GOLDMAN SACH | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: TUDOR GLOBAL EMERGING MARKETS PORTFOLI ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PROGRAMMA DINAMICO S.P.A. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: FEDERAL FINANCE GESTION ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: FRONTPOINT COPIA ENERGY HORIZONS FUND ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: FRONTPOINT UTILITY AND ENERGY FUND, L. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: FRONTPOINT VOLATILIY OPPORTUNITIES FUN ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: VISIUM LONG BIAS FUND LP C/O GOLDMAN, SACHS & CO. ; ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: VISIUM BALANCED FUND LP C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLP ATTN:MANAGING CLERK ONE WORLD CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLP MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS LLC | NY 10281-1003 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. ATTN: DENNIS M. LAFFERTY 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: INTESA SANPAOLO SPA ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | JOHN R ASHMEAD JUSTIN SHEARER SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10002 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | JOHN R ASHMEAD JUSTIN SHEARER SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 LP | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 LP | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE LP | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE LP | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE, L. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES FUND L | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES FUND L | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES OFFSHO | DAVID AMAN ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES OFFSHO | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS QUANTITATIVE STRATEGIES | DAVID AMAN CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS QUANTITATIVE STRATEGIES | DAVID AMAN, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS QUANTITATIVE STRATEGIES | 200 WEST ST ONE NEW YORK PLAZA NEW YORK NY 10282-2198 |
| GOLDMAN SACHS QUANTITATIVE STRATEGIES EMERGING MAR | DAVID AMAN CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS QUANTITATIVE STRATEGIES EMERGING MAR | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS TRUST – GOLDMAN SACHS CORE PLUS FIXE | C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL    (103172) ATTN: BENJAMIN ROBINSON CHRISTCOURT COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS TRUST – GOLDMAN SACHS CORE PLUS FIXE | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS TRUST COMPANY N.A., THE | ACTING AS TRUSTEE OF GOLDMAN SACHS COLLECTIVE TRUST FIXED INCOME FUNDS – LONG |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS TRUST COMPANY N.A., THE | DURATION PLUS FIXED INCOME FUND (103195) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON., CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS TRUST COMPANY N.A., THE | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOODELL LOVING TRUST | ATTN: MS. PATRICIA GOODELL 3204 OLD MIDLAND RD KLAMATH FALLS OR 97603 |
| GOODELL LOVING TRUST | 3204 OLD MIDLAND RD KLAMATH FALLS OR 97603 |
| GORDEL HOLDINGS LIMITED | C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| GORDEL HOLDINGS LIMITED | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GOVERNMENT EMPLOYEES SUPERANNUATION BOARD | ATTN: ALAN CHAPPEL LEVEL 4, CENTRAL PARK 152 ST GEORGE'S TERRACE PERTH 6000 AUSTRALIA |
| GOVERNMENT OF ISRAEL ON BEHALF OF THE STATE OF ISR | MINISTRY OF FINANCE ATTN: GIL COHEN, DIRECTOR OF GLOBAL DEPT CAPITAL MARKETS AND FOREIGN CURRENCY TRANSACTIONS 1 KAPLAN STREET JERUSALEM 91131 ISRAEL |
| GOVERNMENT OF SINGAPORE INVESTMENT CORP. PTE LTD | 168 ROBINSON ROAD ATTN: DAWN TEE #37-01 CAPITAL TOWER 68912 SINGAPORE |
| GOVERNMENT OF SINGAPORE INVESTMENT CORP. PTE LTD | SIDLEY AUSTIN LLP ATTN: MICHAEL G. BURKE, ESQ. 787 SEVENTH AVE NEW YORK NY 10019 |
| GOVERNMENT OF THE REPUBLIC OF SINGAPORE, | AS REPRESENTED BY THE BOARD OF TRUSTEES OF THE SAVER-PREMIUM FUND ATTN: MR. THOMAS KOH MINDOF BUILDING, 303 BOMBAK DRIVE, #B1-13 669645 SINGAPORE |
| GOVERNMENT OF THE REPUBLIC OF SINGAPORE, | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE, | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE, | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE, | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO / DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GPF (THAILAND) INVESTMENT FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| GPF (THAILAND) INVESTMENT FUND | C/O ELIOTT COHEN 1301 2ND AVE FL 18 SEATTLE WA 98101-3814 |
| GPS NEW EQUITY FUND (CAYMAN) LTD | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO/ ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GPS NEW EQUITY FUND (CAYMAN) LTD | PMB 175 11693 SAN VICENTE BLVD LOS ANGELES CA 90049-5105 |
| GRANITE FINANCE LIMITED | ATTN:  THE DIRECTORS HSBC HOUSE, 68 WEST BAY ROAD GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| GRANITE FINANCE LIMITED | HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGETOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| GRANITE FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN:  JENNIFER C. DEMARCO, DAVID A SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GRANITE FINANCE LIMITED | JENNIFER C. DEMARCO & DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| GRD 3 | C/O CREDIT AGRICOLE ASSET MANAGMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| GRD 5 | C/O CREDIT AGRICOLE ASSET MANAGMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| GREEN T G2 FUND LIMITED | CHRISTON BURROWS GREEN T G2 FUND LIMITED C/O CAXTON EUROPE ASSET MANAGEMENT LIMITED 40 BERKELEY SQUARE LONDON W1J 5AL UNITED KINGDOM |
| GREEN T G2 FUND LIMITED | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW |

| Claim Name | Address Information |
|---|---|
| GREEN T G2 FUND LIMITED | YORK NY 10004-1485 |
| GREENCORE GROUP PENSION SCHEME, THE | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| GREENCORE GROUP PENSION SCHEME, THE | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GROUPAMA ASSET MANAGEMENT ON BEHALF OF GROUPAMA GA | TRANSFEROR: GROUPAMA ASSET MANAGEMENT GIDE LOYRETTE NOUEL LLP ATTN: VANESSA TOLLIS, ESQ. 120 WEST 45TH ST, 19FL NEW YORK NY 10036 |
| GROUPE INDUSTRIEL MARCEL DASSAULT SAS | 9 ROND-POINT DES CHAMPS-ELYSEES-MARCEL DASSAULT PARIS 75008 FRANCE |
| GROUPE INDUSTRIEL MARCEL DASSAULT SAS | CAROLE FIQUEMONT 9 ROND-POINT DES CHAMPS-ELYSEES-MARCEL DASSAULT PARIS 75008 FRANCE |
| GROUPE INDUSTRIEL MARCEL DASSAULT SAS | WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| GRUSS ARBITRAGE MASTER FUND, LTD | TRANSFEROR: GRUSS ARBITRAGE MASTER FUND (ENHANCED), LTD. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, THIRD FLOOR NEW YORK NY 10065 |
| GRUSS ARBITRAGE MASTER FUND, LTD. | DEBORAH S. TUCHMAN & ANDREW M. THAU SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQ. NEW YORK NY 10036 |
| GRUSS ARBITRAGE MASTER FUND, LTD. | C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, THIRD FLOOR NEW YORK NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, LP ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD | DEBORAH S. TUCHMAN & ANDREW M. THAU SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQ. NEW YORK NY 10036 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD | C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, THIRD FLOOR NEW YORK NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK NY 10065 |
| GSA CAPITAL INTERNATIONAL MASTER FUND LIMITED | C/O GSA CAPITAL PARTNERS LLP, FIRST FLOOR 11 BERKELEY STREET ATTN: CHRIS HULLIN LONDON WIJ 8DS UNITED KINGDOM |
| GUADELETE INVESTMENTS SARL | ATTN: DANIEL JANE (ON BEHLAF OF ALCANJANE S.A.R.L.), PHILIPPE TOUSSAINT & ERIC MAGRINI AS DIRECTORS OF GUADELETE INVESTMENTS OF SARL 22, RUE JEAN-PIERRE BRASSEUR L-1258 LUXEMBOURG, G.D. LUXEMBOURG LUXEMBOURG |
| GUADELETE INVESTMENTS SARL | MICHAEL JOHN ANDREW JERVIS PRICEWATERHOUSECOOPERS LLP PLUMTREE COURT LONDON EAHT UNITED KINGDOM UNITED KINGDOM |
| GUADELETE INVESTMENTS SARL | TITIA HOLTZ AND ELIZABETH DOWD LINKLATERS LLP 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: THOMAS MITCHELL THE ORICK BUILDING 405 HOWARD STREET SAN FRANCISCO CA 94105-2669 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | CHIEF DEPUTY ATTY GENERAL PHILLIP TYDINGCO OFFICE OF THE ATTORNEY GENERAL OF GUAM 287 WEST O'BRIEN DRIVE HAGATNA GU 96910 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: ANTHONY BLAZ, ADMINISTRATOR 590 S. MARINE CORPS DRIVE, SUITE 511 ITC BUILDING TAMUNING GU 96913 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: ANTHONY C. BLAZ ADMINISTRATOR OF THE GUAM ECONOMIC DEVELOPMENT AUTHORITY 590 S. MARINE CORPS DRIVE, SUITE 511 ITC BUILDING TAMUNING GU 96913 |
| GUIDANCE ENHANCED GREEN TERRAIN LLC | 500 DELAWARE AVENUE, SUITE 720 WILMINGTON DE 19801 |
| GUIDANCE ENHANCED GREEN TERRAIN LLC | 500 DELAWARE AVENUE #720 WILMINGTON DE 19801 |
| GYPSUM OPERATIVE PENSION FUND | C/O BANK OF ITELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| GYPSUM OPERATIVE PENSION FUND | CLIFFORD  CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GYPSUM STAFF PENSION | C/O BANK OF ITELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| GYPSUM STAFF PENSION | CLIFFORD  CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| HALBIS US CREDIT ALPHA MASTER FUND, LTD | C/O HALBIS CAPITAL MANAGEMENT (USA) ATTN: JAMES CURTIS 452 FIFTH AVENUE NEW |

| Claim Name | Address Information |
|---|---|
| HALBIS US CREDIT ALPHA MASTER FUND, LTD | YORK NY 10018 |
| HALBIS US CREDIT ALPHA MASTER FUND, LTD | ANDREW DOVE ALLEN & OVERY LLP 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE 8TH FLOOR NEW YORK NY 10022 |
| HALEWOOD COMPANY LIMITED | COLIN LAM 38/F, DLAT A, TOWER 1 2 BOWEN ROAD HONG KONG |
| HALEWOOD COMPANY LIMITED | PAGET DARE BRYAN/ ALEX CHEUNG CLIFFORD CHANCE 28/F, JARDINE PLACE ONE CONNAUGHT PLACE, CENTRAL HONG KONG |
| HALEWOOD COMPANY LIMITED | ATTN: COLIN LAM C/O MOSSACK FONSECA & CO (BVI) LTD PO BOX 3136 ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH) |
| HALEWOOD COMPANY LIMITED | JENNIFER DEMARCO/ SARAH CAMPBELL CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| HAMADA SHOKAI CO. LD | ATTN: YOSHIKI SHIMONO 7-12 1-CHOME FUKAEKITA HIGASHINARI-KU OSAKA 537-0001 JAPAN |
| HANA BANK / WOORI CREDIT SUISSE ASSET | MANAGEMENT CO., LTD. ATTN: MR. SANGWOO PARK 17TH FL. KT BUILDING 28-2 YOIDO-DONG YOUNG DEUNG PO-GU, SEOUL KOREA, REPUBLIC OF |
| HANA BANK AS TRUSTEE AND MY ASSET INVESTMENT MANAG | INVESTMENT MANAGER FOR MY DUEL STAR DERIVATIVES FUND D-1 25-5 YOIDO DONG YOUNGDEUNGPO-GU SEOUL 150-708 KOREA, REPUBLIC OF |
| HANG SENG BANK LIMITED | ATTN: JULIAN CHEUNG/ PHILIP LEUNG TREASURY & INVESTMENT SERVICES OPERATIONS DEPARTMENT LEVEL 16, DES VOEUX ROAD CENTRAL HONG KONG |
| HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD. | C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE GLASS 450 PARK AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND | C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE GLASS 450 PARK AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| HARPEN IMMOBILIEN GMBH & CO. KG | F/K/A H2001/ PHIN GMBH AND CO. KG ATTN: KONSTANZE HATTING, CFO D-VOBKUHLE 38 DORTMUND 44141 GERMANY |
| HARPEN IMMOBILIEN GMBH & CO. KG | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| HARRISON PASTURES, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS ATTN: PHILIP WELLS NEW YORK NY 10036-8704 |
| HARRY C. MOORE TRUST DATED MAY 19, 1986 | C/O MARSHALL & ILSLEY TRUST COMPANY N.A. AS CUSTODIAN ATTN: GAYLE ROBINSON, GENERAL COUNSEL 111 EAST KILBOURN AVENUE, SUITE 200 MILWAUKEE WI 53202 |
| HARTFORD LIFE & ANNUITY INSURANCE COMPANY | SIDLEY AUSTIN LLP ATTN: ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| HARTFORD LIFE & ANNUITY INSURANCE COMPANY | SIDLEY AUSTIN LLP ATTN: LEE ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| HARTFORD LIFE & ANNUITY INSURANCE COMPANY | C/O INVESTMENT LAW DEPARTMENT HARTFOLD INVESTMENT MANAGEMENT COMPANY ATTN: DOUG FISKE 55 FARMINGTON AVE. HARTFORD CT 06105 |
| HARTFORD LIFE & ANNUITY INSURANCE COMPANY | C/O INVESTMENT LAW DEPARTMENT – HARTFORD INVESTMENT MANAGEMENT COMPANY ATTN: HELDER PEREIRA 55 FARMINGTON AVE. HARTFORD CT 06105 |
| HARTFORD LIFE INSURANCE COMPANY | SIDLEY AUSTIN LLP ATTN: ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| HARTFORD LIFE INSURANCE COMPANY | SIDLEY AUSTIN LLP ATTN: LEE ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| HARTFORD LIFE INSURANCE COMPANY | C/O INVESTMENT LAW DEPARTMENT HARTFORD INVESTMENT MANAGEMENT COMPANY ATTN: DOUG FISKE 55 FRAMINGTON AVE. HARTFORD CT 06105 |
| HARTFORD LIFE INSURANCE COMPANY | C/O INVESTMENT LAW DEPARTMENT – HARTFORD INVESTMENT MANAGEMENT COMPANY ATTN: HELDER PEREIRA 55 FARMINGTON AVE. HARTFORD CT 06105 |
| HAVENS PARTNERS, LP | 600 LEXINGTON AVENUE NEW YORK NY 10022 |
| HB INSTITUTIONAL LIMITED PARTNERSHIP | C/O THE BAUPOST GROUP, L.L.C. ATTN: SCOTT STONE 10 ST. JAMES AVENUE, SUITE 2000 BOSTON MA 02116 |
| HBK INVESTMENTS, L.P., AS COLLATERAL MANAGER ON BE | VI LTD. HUNTON & WILLIAMS LLP RIVERFRONT PLAZA, EAST TOWER ATTN: JR SMITH, ESQ. 951 E. BYRD STREET RICHMOND VA 23219-4074 |
| HBK MASTER FUND L.P. | HUNTON & WILLIAMS LLP RIVERFRONT PLAZA, EAST TOWER ATTN: JR SMITH, ESQ 951 E. BYRD STREET RICHMOND VA 23219-4074 |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: |

| Claim Name | Address Information |
| --- | --- |
| HBK MASTER FUND L.P. | LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HCM/Z SPECIAL OPPORTUNITIES  LLC | C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| HEALTH SUPER PTY LTS ACTING AS TRUSTEE OF THE HEAL | (103206) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL CHRISTCHURCH COURT 10-15 NEWGATE STREET ATTN: BENJAMIN ROBINSON LONDON EC1A 7HD UNITED KINGDOM |
| HEALTH SUPER PTY LTS ACTING AS TRUSTEE OF THE HEAL | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| HEART OF LA DEFENSE SAS | C/O THEVENOT & PERDEREAU 131, BOULEVARD MALESHERBES PARIS 75017 FRANCE |
| HENDERSON GLOBAL EQUITY MULTI-STRATEGY MASTER FUND | C/O HENDERSON ALTERNATIVE INVESTMENT ADVISOR LIMITED ATTENTION: GRAHAM FOGGIN 201 BISHOPSGATE LONDON EC2M 3AE UNITED KINGDOM |
| HENDERSON GLOBAL EQUITY MULTI-STRATEGY MASTER FUND | BINGHAM MCCUTCHEN LLP ATTN: CHRISTINE AYOTTE-BRENNAN, ESQ. ONE FEDERAL STREET BOSTON MA 02110-1726 |
| HENDERSON GLOBAL FIXED INCOME ABSOLUTE RETURN FUND | C/O HENDERSON ALTERNATIVE INVESTMENT ADVISOR LIMITED ATTN: GRAHAM FOGGIN 201 BISHOPSGATE LONDON EC2M 3AE UNITED KINGDOM |
| HENDERSON GLOBAL FIXED INCOME ABSOLUTE RETURN FUND | BINGHAM MCCUTCHEN LLP ATTN: CHRISTINE AYOTTE-BRENNAN, ESQ. ONE FEDERAL STREET BOSTON MA 02110-1726 |
| HENDERSON HORIZON FUND - ABSOLUTE RETURN FIXED INC | C/O HENDERSON GLOBAL INVESTORS ATTENTION: GRAHAM FOGGIN 201 BISHOPSGATE LONDON EC2M 3AE UNITED KINGDOM |
| HENDERSON HORIZON FUND - ABSOLUTE RETURN FIXED INC | BINGHAM MCCUTCHEN LLP ATTN: CHRISTINE AYOTTE-BRENNAN, ESQ. ONE FEDERAL STREET BOSTON MA 02110-1726 |
| HENDERSON NORTH AMERICAN EQUITY MULTI-STRAGEY MAST | C/O HENDERSON ALTERNATIVE INVESTMENT ADVISOR LIMITED ATTN: GRAHAM FOGGIN 201 BISHOPSGATE LONDON EC2M 3AE UNITED KINGDOM |
| HENDERSON NORTH AMERICAN EQUITY MULTI-STRAGEY MAST | BINGHAM MCCUTCHEN LLP ATTN: CHRISTINE AYOTTE- BRENNAN, ESQ. ONE FEDERAL STREET BOSTON MA 02110-1726 |
| HENDERSON STRATEGIC INVESTMENT FUNDS IN RESPECT OF | ALPHA FUND C/O HENDERSON INVESTMENT FUNDS LIMITED ATTN: GRAHAM FROGGIN 201 BISHOPSGATE LONDON EC2M 3AE UNITED KINGDOM |
| HENDERSON STRATEGIC INVESTMENT FUNDS IN RESPECT OF | BINGHAM MCCUTCHEN LLP ATTN: CHRISTINE AYOTTE-BRENNAN BOSTON MA 02110 |
| HESS CORPORATION | 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HESS ENERGY TRADING COMPANY LLC | 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HEWLETT-PACKARD LTD RETIREMENT BENEFITS PLAN | C/O MARK GEE MERCER LTD 1 VICTORIA STREET BRISTOL BS1 6AA UNITED KINGDOM |
| HEWLETT-PACKARD LTD RETIREMENT BENEFITS PLAN | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVING BRAODWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| HFF I, LLC | 205 LEXINGTON AVE FL 8 NEW YORK NY 10016-6020 |
| HFF I, LLC | KATTEN MUCHIN ROSENMAN LLP ATTN: JEFF J. FRIEDMAN 575 MADISON AVENUE NEW YORK NY 10022 |
| HFF I, LLC | GARY RINDNER, ESQ. PMB RM132 230 PARK AVE RM 1000 NEW YORK NY 10169-1099 |
| HFF V, LLC | 205 LEXINGTON AVE FL 8 NEW YORK NY 10016-6020 |
| HFF V, LLC | GARY RINDNER, ESQ. 205 LEXINGTON AVE FL 8 NEW YORK NY 10016-6020 |
| HFF V, LLC | KATTEN MUCHIN ROSENMAN LLP ATTN: JEFF J. FRIEDMAN 575 MADISON AVENUE NEW YORK NY 10022 |
| HICKOK PLACE, LLC | TRANSFEROR: CARIMONTE HOLDING S.P.A. C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP | MAPLES CORPORATE SERVICES LIMITED PO BOX 309 UGLAND HOUSE GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP | HIGHBRIDGE CAPITAL MANAGEMENT, LLC ATTN: MALDA HIBRI 40 WEST 57TH STREET, 33RD FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: MATTHEW KLEIN, ESQ C/O HIGHBRIDGE CAPITAL MANAGEMENT, LLC 40 WEST 57TH STREET, 32ND FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP | BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689 |

| Claim Name | Address Information |
|---|---|
| HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP | MAPLES CORPORATE SERVICES LIMITED PO BOX 309, UGLAND HOUSE GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP | THE CAYMAN CORPORATE CENTRE, 4TH FLOOR, 27 HOSPITAL ROAD GEORGE TOWN GRAND CAYMAN KY1-1109 CAYMAN ISLANDS |
| HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP | HIGHBRIDGE CAPITAL MANAGEMENT LLC ATTN MALDA HIBRI 9 W 57 ST 27 FL NEW YORK NY 10019 |
| HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP | WATCHELL LIPTON ROSEN & KATZ ATTN  HAROLD S NOVIKOFF & KATHRYN GETTLES-ATWA ESQS 51 W 52 ST NEW YORK NY 10019 |
| HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: MATTHEW KLEIN, ESQ. C/O HIGHBRIDGE CAPITAL MANAGEMENT, LLC 40 WEST 57TH STREET, 32ND FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP | HIGHBRIDGE CAPITAL MANAGEMENT LLC 40 W 57TH ST #32 NEW YORK NY 10019-4001 |
| HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP | BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689 |
| HIGHBRIDGE INTERNATIONAL LLC | MAPLES CORPORATE SERVICES LIMITED PO BOX 309 UGLAND HOUSE GRAND CAYMAN KY1-1104 CAYMAN ISLAND |
| HIGHBRIDGE INTERNATIONAL LLC | MAPLES CORPORATE SERVICES LIMITED PO BOX 309 UGLAND HOUSE GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| HIGHBRIDGE INTERNATIONAL LLC | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: MATTHEW KLEIN, ESQ. C/O HIGHBRIDGE CAPITAL MANAGEMENT, LLC 40 WEST 57TH STREET, 32ND FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE INTERNATIONAL LLC | ATTN: MATTHEW KLEIN 40 WEST 57TH STREET, 32ND FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE INTERNATIONAL LLC | BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH/R. JEFFERY BLACK 399 PARK AVENUE NEW YORK NY 10022 |
| HIGHBRIDGE INTERNATIONAL, LLC | MAPLES CORPORATE SERVICES LIMITED 27 HOSPITAL ROAD- 4TH FLOOR GEORGE TOWN GRAND CAYMAN KY1-1109 CAYMAN ISLANDS |
| HIGHBRIDGE INTERNATIONAL, LLC | HIGHBRIDGE CAPITAL MANAGEMENT, LLC ATTN: MALDA HIBRI 40 WEST 57TH STREET - 33RD FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE INTERNATIONAL, LLC | BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689 |
| HIGHBRIDGE STATISTICALLY ENHANCED EQUITY MASTER FU | MAPLES CORPORATE SERVICES LIMITED PO BOX 309, UGLAND HOUSE GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| HIGHBRIDGE STATISTICALLY ENHANCED EQUITY MASTER FU | HIGHBRIDGE CAPITAL MANAGEMENT LLC ATTN MALDA HIBRI 9 W 57 ST 27 FL NEW YORK NY 10019 |
| HIGHBRIDGE STATISTICALLY ENHANCED EQUITY MASTER FU | WATCHELL LIPTON ROSEN & KATZ ATTN  HAROLD S NOVIKOFF & KATHRYN GETTLES-ATWA ESQS 51 W 52 ST NEW YORK NY 10019 |
| HIGHBRIDGE STATISTICALLY ENHANCED EQUITY MASTER FU | BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689 |
| HJSI DEVONSHIRE, LLC | C/O HJ SIMS INVESTMENTS, LLC 3530 POST ROAD, SUITE 301 SOUTHPORT CT 06890 |
| HOLY GHOST FATHERS TRUST FOR ELDERLY & INFIRM, THE | C/O BANK OF ITELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| HOLY GHOST FATHERS TRUST FOR ELDERLY & INFIRM, THE | CLIFFORD  CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| HONG KONG POLYTECHNIC UNIVERSITY, THE | 11/F LI KA SHING TOWER (FINANCE OFFICE) HUNG HOM, KOWLOON HONG KONG |
| HONG LEONG BANK BERHAD | C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVE OF THE AMERICAS NEW YORK NY 10036 |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, | ATTN: VIVIENNE CHAN, LEGAL ADVISER LEVEL 37, HSBC MAIN BUILDING NO. 1 QUEEN'S ROAD CENTRAL HONG KONG CHINA |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, | ATTN: ERIC CHENG, SENIOR TRANSACTION MANAGER LEVEL 30, HSBC MAIN BUILDING, 1 QUEEN'S ROAD CENTRAL HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, | HSBC BANK PLC ATTN: MARTIN HOLCOMBE 8 CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| HOOVER (1987) PENSION SCHEME, THE | ATTN: BARRY HAWKINS PENTREBACH ROAD, PENTREBACH MERTHYR TYDFIL MID GLAMORGAN CF48 4TU UNITED KINGDOM |
| HOOVER (1987) PENSION SCHEME, THE | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| HORIZON II INTERNATIONAL LIMITED | HSBC HOUSE 68 WEST BAY ROAD PO BOX 1109 GT GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LIMITED | HSBC BANK USA, NATIONAL ASSOCIATION CORPORATE TRUST & LOAN AGENCY ATTN: SANDRA E. HORWITZ 452 5TH AVENUE NEW YORK NY 10018 |
| HORIZON II INTERNATIONAL LIMITED | HSBC BANK USA, NATIONAL ASSOCIATION CORPORATE TRUST & LOAN AGENCY ATTN: SANDRA E. HORWITZ 452 5TH AVENUE NEW YORK NY 10018-2706 |
| HORIZON II INTERNATIONAL LIMITED | HSBC BANK USA, NATIONAL ASSOCIATION CORPORATE TRUST & LOAN ASSOCIATION ATTN: SANDRA E. HORWITZ 452 5TH AVENUE NEW YORK NY 10018-2706 |
| HORIZON II INTERNATIONAL LIMITED | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| HORIZON II INTERNATIONAL LIMITED | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, CHRISTY RIVERA, ESQS. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| HORIZON II INTERNATIONAL LIMITED | CHADBOURNE & PARL LLP ATTN: DAVID LEMAY, CHRISTY RIVERAS, ESQS. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| HSBC BANK PENSION TRUST (UK) LIMITED ACTING AS TRU | OF THE HSBC BANK (UK) PENSION SCHEME (103196) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL CHRISTCHURCH COURT 10-15 NEWGATE STREET ATTN: BENJAMIN ROBINSON LONDON EC1A 7HD UNITED KINGDOM |
| HSBC BANK PENSION TRUST (UK) LIMITED ACTING AS TRU | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| HSBC BANK PLC | C/O MARTIN HOLCOMBE/ROSS MACKENZIE 8 CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | ATTN: MARTIN HOLCOMBE/ROSS MACKENZIE 8 CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK USA, NA AS TTEE FOR LEHMAN MORTGAGE TRUS | PASS-THROUGH CERTIFICATES SERIES 2006-6 SUPPLEMENTAL INTEREST TRUST CTLA-STRUCTURED FINANCE ATTN: CHI LE 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NA AS TTEE FOR LEHMAN MORTGAGE TRUS | TINA MOSS, ESQ PYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NA, AS TRUSTEE FOR LEHMAN MORTGAGE | PASS THROUGH CERTIFICATES SERIES 2006-7 SUPPLEMENTAL INTEREST TRUST CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NA, AS TRUSTEE FOR LEHMAN MORTGAGE | C/O PRYOR CASHMAN LLP ATTN: TINA N MOSS, ESQ 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NATIONAL ASSOCIATION | AS TRUSTEE CORPORATE TRUST & LOAN AGENCY ATTN: ROBERT A. CONRAD 452  5TH AVENUE NEW YORK NY 10018-2706 |
| HSBC BANK USA, NATIONAL ASSOCIATION | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| HSBC BANK USA, NATIONAL ASSOCIATION | ATTN: ANNE M. PETERSON ONE HSBC CENTER, 27TH FLOOR BUFFALO NY 14203 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | SERIES 2000-A CTLA- STRUCTURED FINANCE ATTN: CHI S. LEE 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | SERIES 2000-A CTLA-STRUCTURED FINANCE ATTN: CHI S LE 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-7 SUPPLEMENTAL INTEREST TRUST CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6 SUPPLEMENTAL INTEREST TRUST CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | ASSET CERTIFICATES WITH ENHANCED RETURNS SERIES 2001-13-C CTLA STRUCTURED FINANCE ATTN: CHI S. LE 10 EAST 40TH STREET 14TH FLOOR NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | PRYOR CASHMAN LLP ATTN: TINA N. MOSS, ESQ 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | TINA N. MOSS PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | TINA N. MOSS PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | PRYOR CASHMAN LLP ATTN: TINA N. MOSS, ESQ 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK, USA, NA AS TTEE FOR RESTRUCTURED ASSET | WITH ENHANCED RETURNS SERIES 2000-19-C-HLT CTLA- STRUCTURED FINANCE ATTN: CHI LE 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK, USA, NA AS TTEE FOR RESTRUCTURED ASSET | TINA MOSS, ESQ PYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC FINANCIAL PRODUCTS (FRANCE) SNC | ATTN: FLORENCE LEPICARD 103, AVENUE DES CHAMPS-ELYSEES PARIS 75008 FRANCE |
| HSBC FINANCIAL PRODUCTS (FRANCE) SNC | ATTN: MARTIN HOLCOMBE 8 CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HSBC FRANCE | FLORENCE LEPICARD 103 AVE DES CHAMPES-ELYSEES PARIS 75008 FRANCE |
| HSBC FRANCE | ATTN: FLORENCE LEPICARD 103, AVENUE DES CHAMPS-ELYSEES PARIS 75008 FRANCE |
| HSBC FRANCE | ATTN: MARTIN HOLCOMBE 8 CANADA SQUARE LONDON EI4 5HQ UNITED KINGDOM |
| HSBC FRANCE | ATTN: MARTIN HOLCOMBE 8 CANADA SQUARE LONDON EL4 5HQ UNITED KINGDOM |
| HSBC PRIVATE BANK (SUISSE) SA | ATTN: CHRISTINE LYNCH/YVES CAREL, LEGAL DEPARTMENT QUAI GENERAL-GUISAN 2 PO BOX 3580 GENEVA 3 CH – 1211 SWITZERLAND |
| HSBC TRUSTEE (C.I.) LIMITED | ATTN: IAN GRAHAM, SENIOR MANAGER, CORPORATE SERVICES P. O. BOX 88 1 GRENVILLE STREET ST. HELIER JE4 9PF UNITED KINGDOM |
| HSBC TRUSTEE (C.I.) LIMITED | IN ITS CAPACITY AS TRUSTEE IN RELATION TO THE ISSUE OF THE QUARTZ SERIES 2001-2 EUR24,211,000 ZERO COUPON FUND-LINKED PRINCIPAL PROTECTED NOTES DUE 2009 (ISIN:XS0132498493) BY QUARTZ FINANCE LIMITED ATTN: JACKI F. BRAID P.O BOX 88, 1 GRENVILLE STREET ST HELIER JERSEY JE49PF UNITED KINGDOM |
| HUA AN INTERNATIONAL BALANCED FUND | TRANSFEROR: ANTHRACITE BALANCED COMPANY (46) LIMITED HUA AN FUND MANAGEMENT CO LTD ATTN: ZHANG HAIMO 2F, NEW SHANGHAI INTERNATIONAL TOWER 360 SOUTH PUDONG ROAD SHANGHAI 200120 PR CHINA |
| HUA AN INTERNATIONAL BALANCED FUND | TRANSFEROR: ANTHRACITE INVESTMENTS (CAYMAN) LIMITED C/O HUA AN FUND MANAGEMENT CO LTD. ATTN. ZHANG HAIMO 2F, NEW SHANGHAI INTERNATIONAL TOWER 360 SOUTH PUDONG ROAD SHANGHAI  200120 CHINA |
| HUA AN INTERNATIONAL BALANCED FUND | TRANSFEROR: ANTHRACITE BALANCED COMPANY (46) LIMITED HUA AN FUND MANAGEMENT CO LTD / ZHANG HAIMO 2F, NEW SHANGHAI INTERNATIONAL TOWER 360 SOUTH PUDONG ROAD SHANGHAI 200120 CHINA |
| HURLEY, STEPHEN NASH | C/O PETER J. HALEY 1 POST OFFICE SQ FL 30 BOSTON MA 02109-2106 |
| HURLEY, STEPHEN NASH | 1 POST OFFICE SQ FL 30 BOSTON MA 02109-2106 |
| IBERDROLA RENEWABLES ENERGIES USA, LTD | ATTN: CREDIT MANAGER C/O CREDIT & RISK MANAGEMENT 1125 NW COUCH PORTLAND OR 97209 |
| IBERDROLA RENEWABLES ENERGIES USA, LTD., AS ASSIGN | RENEWABLES, INC. C/O CREDIT & RISK MANAGEMENT ATTN: CREDIT MANAGER 1125 NW COUCH PORTLAND OR 97209 |
| IBERDROLA RENEWABLES, INC. F/K/A PPM ENERGY, INC. | ATTN: CREDIT MANAGER C/O CREDIT & RISK MANAGEMENT 1125 NW COUCH PORTLAND OR 97209 |
| IBTS FINANCIAL (HK) LIMITED | SUITE 1308B-10 TOWER 1 LIPPO CENTRE ATTN: TENG WAN-CHUN 89 QUEENSWAY HONG KONG |
| IBTS FINANCIAL (HK) LIMITED | YU, CHAN & YEUNG SOLICITORS RM 1505 TUNG NING BUILDING NO. 2 HILLIER STREET SHEUNG WAN HONG KONG |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON, SUTCLIFFE, LLP ATTN: LORRAINE MCGOWEN 51 WEST 52ND STREET NEW YORK NY 10019 |
| ICCREA BANCA S.P.A. | ALYSSA ENGLUND ORRICK, HERRINGTON & SUTCLIFFE LLP 666 FIFTH AVENUE NEW YORK NY 10103 |
| ICCREA BANCA S.P.A. | ALYSSA ENGLUND, ESQ ORRICK HERRINGTON & SUTCLIFFE LLP 666 FIFTH AVENUE NEW |

| Claim Name | Address Information |
|---|---|
| ICCREA BANCA S.P.A. | YORK NY 10103 |
| ICICI BANK LIMITED | ATTN:MR. N.S. KANNAN, CFO ICICI BANK TOWERS BANDRA KURLA COMPLEX MUMBAI 400 051 INDIA |
| ICL PENSION TRUST LTD ACTING AS TRUSTEE OF THE | ICL COMMON INVESTMENT FUND (103186) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL CHRISTCHURCH COURT 10-15 NEWGATE STREET ATTN: BENJAMIN ROBINSON LONDON EC1A 7HD UNITED KINGDOM |
| ICL PENSION TRUST LTD ACTING AS TRUSTEE OF THE | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| ICM BUSINESS TRUST C/O IONIC CAPITAL MANAGEMENT LL | 366 MADISON AVENUE, 9TH FLOOR JOHN RICHARDSON, GENERAL COUNSEL NEW YORK NY 10017 |
| ICM BUSINESS TRUST C/O IONIC CAPITAL MANAGEMENT LL | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| ICONIX BRAND GROUP, INC. | ATT: ANDREW TARSHIS, GENERAL COUNSEL 1450 BROADWAY, 4TH FLOOR NEW YORK NY 10018 |
| ICONIX BRAND GROUP, INC. | C/O BLANK ROME LLP ATTN: A. ECKSTEIN 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| ICONIX BRAND GROUP,INC. | ATTN : ANDREW TARSHIS, GENERAL COUNCEL 1450 BROADWAY, 4TH FLOOR NEW YORK NY 10018 |
| IKB DEUTSCHE INDUSTRIEBANK AG | TOBIAS MAIER WILHELM-BOTZKES-STRASSE 1 DUSSELDORF 40474 GERMANY |
| IKB DEUTSCHE INDUSTRIEBANK AG | WILHELM-BOTZKES-STRABE 1 DUSSELDORF 40474 GERMANY |
| IKB DEUTSCHE INDUSTRIEBANK AG | C/O MICHAEL H. TORKIN SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| IKB INTERNATIONAL SA | ATTN: WOLFGANG GUTH 12, RUE ERASME L-1486 LUXEMBOURG |
| IKB INTERNATIONAL SA | 12, RUE ERASME L-1486 LUXEMBOURG |
| IKB INTERNATIONAL SA | LOWENSTEIN SANDLER PC ATTN: CHRISTINE S. BOYLE 65 LIVINGSTON AVENUE ROSELAND NY 07068 |
| IKOS EUROPE LIMITED | 1 LACOVOU TOMBAZI STREET 201 VASHIOTIS BUSINESS CENTRE LIMASSOL 3107 CYPRUS |
| IKOS EUROPE LIMITED | JAMES O MOORE 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| INA ASSITALIA S.P.A. | ATTN: DOTT. OMELLA CHIARENZA-OFFICER OF GENERAL SECRETARIAT VIA BISSOLATI 23 ROME 00187 ITALY |
| INA ASSITALIA S.P.A. | MARCO BARTOLOMEI, HEAD OF LEGAL AND CORPORATE AFFAIRS GENERALI SGR S.P.A. VIA TRENTO 8 TRIESTE 34132 ITALY |
| INDEPENDENT NEWSPAPERS MANAGEMENT SERVICES CONTRIB | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| INDEPENDENT NEWSPAPERS MANAGEMENT SERVICES CONTRIB | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ 31 WEST 52ND STREET NEW YORK NY 10019 |
| INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND | 101 PARK AVENUE ATTN: ROBERT MENDELSON, MORGAN, LEWIS & BOCKIUS LLP NEW YORK NY 10178 |
| INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND | C/O BRIAN ARMSTRONG, ACCOUNTING MANAGER ZENITH ADMINISTRATORS P.O. BOX 421789 INDIANAPOLIS IN 46242-1789 |
| INDIANA STATE TEACHERS' RETIREMENT FUND | 1 N CAPITOL AVE STE 1 INDIANAPOLIS IN 46204-2014 |
| INDIANA STATE TEACHERS' RETIREMENT FUND | JAY JAFFE BAKER & DANIELS LLP 600 E 96TH STREET, SUITE 600 INDIANAPOLIS IN 46240 |
| INDIANA STATE TEACHERS' RETIREMENT FUND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| INDOCAM FLAMME | C/O CREDIT AGRICOLE ASSET MANAGMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| INDOSUEZ GLOBAL VAR | C/O CREDIT AGRICOLE ASSET MANAGMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| ING AM INTERFINANCE SERVICES B V | ATTN: A.C. DO CARMO PRINSES BEATRIXLAAN 15, 2595 AK THE HAGUE NETHERLANDS |
| ING AM INTERFINANCE SERVICES B V | ING BANK N.V. ATTN: M.J.S.J. MULLER LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM 1102 MG THE NETHERLANDS |
| ING AM INTERFINANCE SERVICES B V | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ 31 WEST 52ND STREET NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| ING BANK N.V. | ATTN: M.J.S.J. MULLER LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM 1102 MG NETHERLANDS |
| ING BANK N.V. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING BANK N.V. | CLIFFORD CHANCE US LLP ATTN: JENNIFFER C. DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING BANK N.V. | JENNIFER C. DEMARCO, ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING BANK N.V., FRANKFURT BRANCH | HAHNSTRASSE 49 FRANKFURT AM MAIN 60528 GERMANY |
| ING BELGIUM N.W./S.A. | ATTN: C. WYCKMANS MARNIXLAAN 24 BRUSSELS 1000 BELGIUM |
| ING BELGIUM N.W./S.A. | ING BANK N.V. ATTN: MR. M.J.S.J. MULLER LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM MG 1102 THE NETHERLANDS |
| ING BELGIUM N.W./S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO SARAH N. CAMPBELL 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING BELGIUM S.A./N.V. | ATTN: C. WYCKMANS MARNIXLAAN 24 BRUSSELS 1000 BELGIUM |
| ING BELGIUM S.A./N.V. | ING BANK N.V. ATTN: M.J.S.J. MULLER LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM 1102 MG THE NETHERLANDS |
| ING BELGIUM S.A./N.V. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING CAPITAL MARKETS LLC | ING BANK N.V. ATTN: M.J.S.J MULLER LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM 1102 MG THE NETHERLANDS |
| ING CAPITAL MARKETS LLC | ATTN: J. CLEMENT 1325 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ING CAPITAL MARKETS LLC | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING LIFE INSURANCE & ANNUITY COMPANY | ING BANK N.V. ATTN: M.J.S.J. MULLER LOCATION CODE: AMP F 04.044 BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| ING LIFE INSURANCE & ANNUITY COMPANY | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO,ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING LIFE INSURANCE & ANNUITY COMPANY | C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| ING LIFE INSURANCE AND ANNUITY COMPANY | JENNIFER C. DEMARCO AND SARAH CAMPBELL CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING LIFE INSURANCE AND ANNUITY COMPANY | C.O ING INVESTMENT MANAGEMENT LLC ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| ING USA ANNUITY & LIFE INSURANCE COMPANY | M.J.S.J. MULLER ING BANK N.V. LOCATION: AMP F 04.044 BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| ING USA ANNUITY & LIFE INSURANCE COMPANY | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING USA ANNUITY & LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| ING USA ANNUITY AND LIFE INSURANCE COMPANY | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & SARAH N. CAMPBELL, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING USA ANNUITY AND LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT CO. ATTN:  GERALD LINS, GEN. COUNS., ARMOND APONTE, VP AND COUNS. 230 PARK AVENUE NEW YORK NY 10169 |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF INSIGHT LDI SOLUTIONS PLUS A/C AF355 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF CLERICAL MEDICAL MANAGEMENT FUNDS LTD A/C SF501 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF INSIGHT LDI SOLUTIONS PLUSPLC A/C AF340 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) | ACTING AS AGENT ON BEHALF OF INSIGHT LDI SOLUTIONS PLUS PLC A/C AF325 |

| Claim Name | Address Information |
|---|---|
| LIMITED, | (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF ICL PENSION TRUST LIMITED IN RESPECT OF ICL COMMON INVESTMENT FUND (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF INSIGHT LDI SOLUTIONS PLUS PLC A/C AF345 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF INSIGHT LDI PLUS PLC A/C AF350 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF INSIGHT LDI SOLUTIONS PLUS PLC A/C AF315 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF INSIGHT LDI SOLUTIONS PLUS PLC A/C AF330 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF INSIGHT LDI SOLUTIONS PLUS PLC A/C AF310 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF INSIGHT LDI SOLUTIONS PLUS PLC A/C AF320 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF INSIGHT LDI SOLUTIONS PLUS PLC A/C AF335 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF INSIGHT LDI SOLUTIONS PLUS PLC A/C IHYBF (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF THE TTEES OF SERCO PENSION AND LIFE ASSURANCE AS TTEES OF THE SERCO PENSION & LIFE ASSURANCE SCHEME ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF THE BOARD OF THE PENSION PROTECTION FUND (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF CLERICAL MEDICAL MANAGEMENT FUNDS LTD A/C SF502 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N AHZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF BRADFORD & BINGLEY PENSIONS LIMITED AS TTEESS OF THE BRADFORD & BINGLEY STAFF PENSION SCHEME (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N AHZ UNITED KINGDOM |
| INTEGRATED CORE STRATEGIES (EUROPE) S.A.R.L. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| INTEGRATED CORE STRATEGIES (EUROPE) S.A.R.L. | ATTN: GENERAL COUNSEL 666 FIFTH AVENUE, 8TH FLOOR NEW YORK NY 10103 |
| INTEL CORPORATION | RANAN WELL BINGHAM MCCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006 |
| INTEL CORPORATION | ATTN: DIRECTOR OF CORPORATE AFFAIRS 2200 MISSION COLLEGE BOULEVARD LEGAL DEP. M/S SC4-203 SANTA CLARA CA 95054 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORR, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | DOUGLAS B. ROSNER, ESQ GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & | ATTN: NIRMALIJIT SINGH PAUL 1818 H STREET N.W. MSN MC7-706 WASHINGTON DC 20433 |

| Claim Name | Address Information |
|---|---|
| DEVELOPMEN | ATTN: NIRMALIJIT SINGH PAUL 1818 H STREET N.W. MSN MC7-706 WASHINGTON DC 20433 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | THE STAFF RETIREMENT PLAN AND TRUST C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON DC 20433 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | EMPLOYMENT BENEFITS PLAN C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON DC 20433 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | RETIRED STAFF BENEFITS PLAN AND TRUST C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON DC 20433 |
| INTERNATIONAL EQUITY INDEX FUND III ACCREDITED LLL | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| INTERNATIONAL EQUITY INDEX FUND III ACCREDITED LLL | INTERNATIONAL EQUITY INDEX FUND III ACCREDITED, L.L.L.P. 6501 E BELLEVIEW AVE, SUITE 400 ENGELWOOD CO 80111 |
| INTERNATIONAL FINANCE CORPORATION | ATTN: VP, FINANCE AND TREASURER 2121 PENNSYLVANIA AVE NW WASHINGTON DC 20433 |
| INTERPOLIS PENSIOENEN GLOBAL HIGH YIELD POOL | C/O BLUEBAY ASSET MANAGEMENT PLC ATTN: SIMON SUTCLIFFE 77 GROSVENOR STREET LONDON W1K 3JR UNITED KINGDOM |
| INTERPOLIS PENSIOENEN GLOBAL HIGH YIELD POOL | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| INTERWIND CORP. F/K/A SKYPOWER CORP. | ATTN: SHAYA M. BERGER C/O DICKSTEIN SHAPIRO LLP 1633 BROADWAY NEW YORK NY 10036 |
| INTRALOT S.A. | ATTN: CHRIS MISTRIOTIS 64, KIFISSIAS AVE. & 3, PREMETIS STR. ATHENS 15 125 GREECE |
| INVESCO VAN KAMPEN EQUITY AND INCOME FUND | TRANSFEROR: VAN KAMPEN EQUITY AND INCOME FUND C/O INVESCO, LTD; STRADLEY RONON STEVENS & YOUNG, LLP PAUL A. PATTERSON, ESQ. & JULIE M. MURPHY, ESQ. 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103 |
| INVESCO VAN KAMPEN EQUITY AND INCOME FUND | INVESCO MANAGEMENT GROUP, INC. ASSISTANT GENERAL COUNSEL ATTN: STEPHEN R RIMES, BENITA DRYDEN 11 GREENWAY PLAZA, SUITE 2500 HOUSTON TX 77046 |
| INVESTCORP INTERLACHEN MULTI-STRATEGY MASTER FUND | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| IONIC CAPITAL MASTER FUND LTD C/O IONIC CAPITAL MA | 366 MADISON AVE., 9TH FLOOR JOHN RICHARDSON, GENERAL COUNSEL NEW YORK NY 10017 |
| IONIC CAPITAL MASTER FUND LTD C/O IONIC CAPITAL MA | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| IPAC | C/O JAMES MURRAY 30/225 GEORGE STREET SYDNEY NSW 2000 AUSTRALIA |
| IRISH BISCUITS LIMITED PENSION & DEATH BENEFIT PLA | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| IRISH BISCUITS LIMITED PENSION & DEATH BENEFIT PLA | CLIFFORD CHANCE LLP ATTN: JENNIFER C. DEMARCO ATTN: DAVID A. SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| IRISH LIFE & PERMANENT PLC | CUSTOM HOUSE PLAZA 4 IFSC DUBLIN 1 IRELAND |
| IRISH LIFE & PERMANENT PLC | N. LYNN HIESTAND & ANDREW M. THAU SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOUR TIMES SQUARE NEW YORK NY 10036 |
| IRISH TIMES LIMITED PENSION & LIFE ASSURANCE PLAN | MANAGEMENT, THE C/O BANK OF ITELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| IRISH TIMES LIMITED PENSION & LIFE ASSURANCE PLAN | CLIFFORD  CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| IRONBOUND CAPITAL MGMT LPA/C IRONBOUND PARTNERS LP | ATTN:BRIAN A. SATTINGER, CFO IRONBOUND PARTNERS LP C/O IRONBOUND CAPITAL MANAGEMENT LP 902 CARNEGIE CENTER, SUITE 300 NEW JERSEY NJ 08540 |
| IRONBOUND CAPITAL MGMT LPA/C IRONBOUND PARTNERS OV | ATTN:BRIAN A. SATTINGER, CFO IRONBOUND PARTNERS OVERSEAS LTD. C/O IRONBOUND CAPITAL MANAGEMENT LP 902 CARNEGIE CENTER, SUITE 300 PRINCETON NJ 08540 |
| ITALEASE FINANCE S.P.A. | C/O LOVELLS STUDIO LEGALE ATTN: MR. FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN 20123 ITALY |
| ITALEASE FINANCE S.P.A. | C/O BLANK ROME LLP ATTN: ANDREW B ECKSTEIN 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| ITV PENSION SCHEME LIMITED ACTING AS TRUSTEE OF TH | ITV PENSION SCHEME (103124) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL CHRISTCHURCH COURT 10-15 NEWGATE STREET ATTN: BENJAMIN ROBINSON LONDON EC1A |

| Claim Name | Address Information |
|---|---|
| ITV PENSION SCHEME LIMITED ACTING AS TRUSTEE OF TH | 7HD UNITED KINGDOM |
| ITV PENSION SCHEME LIMITED ACTING AS TRUSTEE OF TH | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| IXWORTH LIMITED | SIXTY CIRCULAR ROAD, 2ND FLOOR DOUGLAS IM1 1SA UNITED KINGDOM |
| J SAINSBURY COMMON INVESTMENT FUND | 33 HOLBORN LONDON EC1N 2HT UNITED KINGDOM |
| J SAINSBURY COMMON INVESTMENT FUND | PACIFIC INVESTMENT MANAGEMENT COPMANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| J SAINSBURY COMMON INVESTMENT FUND LTD, AS TRUSTEE | PENSION & DEATH BENEFIT AND EXECUTIVE PENSION SCHEMES (100958) C/O GOLDMAN SACHS ASSET MANAGEMENT ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| J SAINSBURY COMMON INVESTMENT FUND LTD, AS TRUSTEE | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| J.P. MORGAN BANK DUBLIN PLC (FORMERLY BEAR STEARNS | C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| J.P. MORGAN INTERNATIONAL BANK LIMITED | HAROLD S. NOVIKOFF, ESQ. KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WETS 52ND STREET NEW YORK NY 10019 |
| J.P. MORGAN INTERNATIONAL BANK LIMITED | KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| J.P. MORGAN INTERNATIONAL BANK LIMITED | C/O JPMORGAN CHASE BANK, N.A. ATTENTION: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| J.P. MORGAN MARKETS LIMITED | HAROLD S. NOVIKOFF, ESQ. KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WETS 52ND STREET NEW YORK NY 10019 |
| J.P. MORGAN MARKETS LIMITED | KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| J.P. MORGAN MARKETS LIMITED | C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| J.P. MORGAN MARKETS LIMITED | ATTENTION: KEVIN C. KELLEY, ESQ. C/O JPMORGAN CHASE BANK, N.A. 245 PARK AVE 12TH FLOOR NEW YORK NY 10167 |
| J.P. MORGAN SECURITIES LTD. | HAROLD S. NOVIKOFF, ESQ. KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| J.P. MORGAN SECURITIES LTD. | KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| J.P. MORGAN SECURITIES LTD. | C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| J.P. MORGAN VENTURES ENERGY CORPORATION | HAROLD S. NOVIKOFF, ESQ. KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| J.P. MORGAN VENTURES ENERGY CORPORATION | KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| J.P. MORGAN VENTURES ENERGY CORPORATION | C/O JPMORGAN CHASE BANK, N.A. ATTENTION: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| J.P. MORGAN VENTURES ENERGY CORPORATION | C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JANA MASTER FUND, LTD | ATTN: CHARLES PENNER 767 FIFTH AVENUE, 8TH FLOOR NEW YORK NY 10153 |
| JAPAN HOUSING FINANCE AGENCY | MARKET OPERATIONS DEPARTMENT 1-4-10, KOURAKU, BUNKYO-KU TOKYO 112-8570 JAPAN |
| JAPAN TRUSTEE SERVICES BANK, LTD. | DOMESTIC SECURITIES DEPARTMENT 8-11, HARUMI 1-CHOME, CHOU-KU TOKYO JAPAN |
| JAPAN TRUSTEE SERVICES BANK, LTD. | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JATRALEE CAPITAL LLC | TRANSFEROR: YORVIK PARTNERS LLP C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| JB EMERGING MARKETS MASTER HEDGE FUND | C/- RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES' PLACE LONDON SW1A 1NX UNITED KINGDOM |
| JB GLOBAL RATES MASTER HEDGE FUND | C/- RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES' PLACE LONDON SW1A 1NX UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| JC BAMFORD LIFEPLAN | JC BAMFORD EXCAVATORS LTD ROCESTER, STAFFORDSHIRE ST145JP UNITED KINGDOM |
| JENNERS POND | C/O SIMPSON SENIOR SERVICES ATTN: JAMES J. KONIZEWSKI, CHIEF FINANCIAL OFFICER 150 MONUMENT ROAD SUITE 105 BALA CYNWYD PA 19004-1725 |
| JENNERS POND | ATTN: CHIEF FINANCIAL OFFICER C/O SIMPSON SENIOR SERVICES 150 MONUMENT ROAD, SUITE 105 BALA CYNWYD PA 19004-1725 |
| JENNERS POND | JAMES J. KONISZEWSKI, CFO C/O SIMPSON SENIOR SERVICES 150 MONUMENT ROAD, SUITE 105 BALA CYNWYD PA 19004-1725 |
| JIH SUN INTERNATIONAL BANK | MICHAEL YEN, CANDICE LEE, TSAI PEI CHIEH & NINA HUANG 9F, NO. 85 SEC. 2, NANJING E. RD. ZHONGSHAN DIST. TAIPEI CITY 104, TAIWAN R.O.C. |
| JIH SUN INTERNATIONAL BANK | MORRISON & FOERSTER LLP 1290 AVENUE OF THE AMERICAS ATTN: KAREN OSTAD NEW YORK NY 10104 |
| JOHN HANCOCK FUNDS II GLOBAL BOND FUND | GORDON PERRY, ESQ K&L GATES LLP STATE STREET FINANCIAL CENTER ONE LINCOLN STREET BOSTON MA 02111 |
| JOHN HANCOCK FUNDS II GLOBAL BOND FUND | C/O STEVE STUNNERBERG- ASSISTANT VP & SENIOR COUNSEL JOHN HANCOCK FUNDS 601 CONGRESS STREET BOSTON MA 02210 |
| JOHN HANCOCK FUNDS II REAL RETURN BOND FUND | GORDON PERRY, ESQ K&L GATES LLP STATE STREET FINANCIAL CENTER ONE LINCOLN STREET BOSTON MA 02111 |
| JOHN HANCOCK FUNDS II REAL RETURN BOND FUND | C/O STEVE SUNNERBERG JOHN HANCOCK FUNDS 601 CONGRESS STREET BOSTON MA 02210 |
| JOHN HANCOCK TRUST GLOBAL BOND TRUST | GOLDEN PERRY, ESQ K&L GATES LLP STATE STREET FINANCIAL CENTER ONE LINCOLN STREET BOSTON MA 02111 |
| JOHN HANCOCK TRUST GLOBAL BOND TRUST | C/O STEVE SUNNERBERG-ASSISTANT VP & COUNSEL JOHN HANCOCK FUNDS 601 CONGRESS STREET BOSTON MA 02210 |
| JOHN, TAN LYE THIAM | B288A BUKIT BATOK ST. 25 #15-228 SINGAPORE 650288 SINGAPORE |
| JOHO FUND, LTD | C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| JOHO FUND, LTD | TIMOTHY K. MCMANUS JOHO FUND, LTD. C/O JOHO CAPITAL, LLC 55 EAST 59TH STREET NEW YORK NY 10022 |
| JOHO PARTNERS, L.P. | C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| JOHO PARTNERS, L.P. | TIMOTHY K. MCMANUS JOHO PARTNERS, L.P. C/O JOHO CAPITAL, LLC 55 EAST 59TH STREET NEW YORK NY 10022 |
| JP MORGAN CHASE 401(K) SAVINGS PLAN (609343) | C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| JP MORGAN CHASE 401(K) SAVINGS PLAN (609343) | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| JPMORGAN CHASE BANK, N.A. | HAROLD S. NOVIKOFF, ESQ. KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, N.A. | KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, N.A. | HAROLD S. NOVIKOFF, ESQ. KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WETS 52ND STREET NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, N.A. | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ., KATHRYN GETTIES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, N.A. | ATTENTION: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JPMORGAN CHASE BANK, N.A. | C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JPMORGAN CHASE BANK, N.A. | ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JPMORGAN SECURITIES JAPAN CO., LTD. | C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JR MOORE, LP | C/O MOORE CAPITAL MANAGEMENT, LP ATTN: JAMES DANZA, 52ND FLOOR 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| JUDSON | ATTN:  HONG CHAE 2181 AMBLESIDE DRIVE CLEVELAND OH 44106 |

| Claim Name | Address Information |
|---|---|
| JUDSON | ATTN: TIM BEAUREGARD 2181 AMBLESIDE DRIVE CLEVELAND OH 44106 |
| JULIUS BAER BDB GLOBAL BOND | C/O CREDIT AGRICOLE ASSET MANAGMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| JULIUS BAER DIVERSIFIED FIXED INCOME MASTER HEDGE | C/- RICHARD CULL, LEGAL COUNSEL AUGUST ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| JULIUS BAER MULTIBOND SICAV - LOCAL EMERGING BOND | C/O RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| JULIUS BAER MULTIBOND SICAV- JULIUS BAER ABSOLUTE | PLUS C/- RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES' PLACE LONDON SW1A 1NX UNITED KINGDOM |
| JULIUS BAER MULTIBOND SICAV- JULIUS BAER ABSOLUTE | PLUS C/- RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES' PLACE LONDON SW1A 1NX UNITED KINGDOM |
| JULIUS BAER MULTIBOND SICAV- JULIUS BAER DOLLAR BO | C/- RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| JULIUS BAER MULTIBOND SICAV- JULIUS BAER TOTAL RET | C/- RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| JULIUS BAER SICAV- LOCAL EMERGING BOND FUND | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| JUPITER QUARTZ FINANCE PLC 2004-2 CLASS A | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| JUPITER QUARTZ FINANCE PLC 2004-2 CLASS A | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| JUPITER QUARTZ FINANCE PLC 2004-2 CLASS B | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| JUPITER QUARTZ FINANCE PLC 2004-2 CLASS B | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| JUPITER QUARTZ FINANCE PUBLIC LIMITED COMPANY SERI | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| JUPITER QUARTZ FINANCE PUBLIC LIMITED COMPANY SERI | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| JUPITER QUARTZ FINANCE PUBLIC LIMITED COMPANY SERI | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| JUPITER QUARTZ FINANCE PUBLIC LIMITED COMPANY SERI | REED SMITH LLP ATTN: MICHAEL J. VENDITTO 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| JUPITER QUARTZ FINANCE PUBLIC LIMITED COMPANY SERI | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| K&H BANK ZRT. | ATTN: LEGAL DEPARTMENT VIGADO TER 1. BUDAPEST H-1051 HUNGARY |
| KA FINANZ AG | FRESHFIELDS BRUCKHAUS DERINGER LLP SEILERGASSE 16 DR. FRIEDRICH JERGITSCH VIENNA 1010 AUSTRIA |
| KA FINANZ AG | F/K/A KOMMUNALKREDIT INTERNATIONAL BANK LTD TURKENSTRASSE 9 VIENNA 1092 AUSTRIA |
| KANTATSU CO. LTD. | 1150-23 KATAOKA ATTN: KEIJU AKUTSU, DIRECTOR/PRESIDENT YAITA-SHI, TOCKIGI-KEN 329-1571 JAPAN |
| KANTATSU CO. LTD. | HOLLAND & KNIGHT ATTN: BARBRA R. PARLIN 31 WEST 52ND STREET NEW YORK NY 10019 |
| KAUPTHING BANK HF | ATTN: THORUNN HELGA THORDARDOTTIR, LEGAL COUNSEL BORGARTUN 19 REYKJAVIK ICELAND |
| KAUPTHING BANK HF | ATTN: THORUNN HELGA THORDARDOTTIR BORGARTUN 19 REYKJAVIK ICELAND |
| KAUPTHING BANK HF | NIXON PEABODY LLP ATTN: RICHARD C. PEDONE, ESQ 100 SUMMER STREET BOSTON MA 02110 |
| KBC BANK NV | ATTN: BCB - FINANCIAL INSTITUTIONS 2 HAVENLAAN 1080 BRUSSELS |

| Claim Name | Address Information |
|---|---|
| KBC BANK NV | (SINT-JANS-MOLENBEEK) BELGIUM |
| KBC BANK NV | ATTN: BCB - FINANCIAL INSTITUTIONS 2 HAVENLAAN BRUSSELS (SINT-JANS-MOLENBEEK) 1080 BELGIUM |
| KBC DIVERSIFIED FUND, A SEGREGATED PORTFOLIO | OF KBC ALTERNATIVE INVESTMENT MANAGEMENT LIMITED ATTN: LEGAL DEPARTMENT 111 OLD BROAD STREET LONDON EC2N 1AL UNITED KINGDOM |
| KELUSA MASTER FUND, LTD | C/O SEWARD & KISSEL ATTN: ARLENE R. ALVES, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| KENDALL FAMILY INVESTMENTS, LLC | 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | MANDEL, KATZ & BROSNAN LLP ATTN: KARA KATZ THE LAW BUILDING, 210 ROUTE 303 VALLEY COTTAGE NY 10989 |
| KINGDOM OF BELGIUM (THE) | ATTN: LEGAL DEPARTMENT FEDERAL PUBLIC SERVICE FINANCE - TREASURY - DEBT AGENCY 30 AVENUE DES ARTS BRUSSELS B - 1040 BELGIUM |
| KINGS RIVER LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| KINGS RIVER LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| KLAUS TSCHIRA STIFTUNG GGMBH | HAARMANN PARTNERSHAFTSGESELLSCHAFT DR. CHRISTOPH SCHMITT NEUE MAINZER STRASSE 75 FRANKFURT A. M. D-60311 GERMANY |
| KLAUS TSCHIRA STIFTUNG GGMBH | MR. RICHARD WILLIAMS PINSENT MASONS LLP CITY POINT ONE ROPEMAKER STREET LONDON EC2Y 9AH UNITED KINGDOM |
| KN ASSET MANAGEMENT CO. | ATTN:  GOICHI ENDO 6-10-1, ROPPONGI MINATO-KU, TOKYO 106-6120 JAPAN |
| KN ASSET MANAGEMENT CO. | DIAMOND MCCARTHY LLP ATTN: STEPHEN T. LODEN, ESQ. 909 FANNIN, SUITE 1500 HOUSTON TX 77010 |
| KOOKMIN BANK AS TRUSTEE AND SAMSUNG INVESTMENT TRU | LIMITED AS INVESTMENT MANAGER FOR SAMSUNG 2 STAR 2 Y DERIVATIVES FUND 16-1 6/F SAMSUNG LIFE INSURANCE YOUIDO BUILDING 36-1 YOUIDO-DONG, YOUNGDEUNGPO-GU SEOUL KOREA, REPUBLIC OF |
| KOOKMIN BANK AS TRUSTEE AND UBS HANA ASSET MANAGEM | (FKADACHAN INVESTMENT TRUST MANAGEMENT CO, LTD) AS INVESTMENT MANAGER FOR DAEHAN KEPCO-KOOKMIN BANK EQUITY LINKED DERIVATIVES FUND 1 27-3, YOIDO DONG, YOUNGDEUNGPO-GU SEOUL 150-705 KOREA, REPUBLIC OF |
| KOOKMIN BANK AS TRUSTEE AND UBS HANA ASSET MANAGEM | (FKADACHAN INVESTMENT TRUST MANAGEMENT CO, LTD) AS INVESTMENT MANAGER FOR DAEHAN IBK-SAMSUNG HEAVY INDUSTRY EQUITY LINKED DERIVATIVES FUND 1 27-3, YOIDO DONG, YOUNGDEUNGPO-GU SEOUL 150-705 KOREA, REPUBLIC OF |
| KOREA INVESTMENT CORPORATION | 16F SEOUL FINANCE CENTER 84 TAEPYUNGRO 1-GA CHUNG-GU, SEOUL 100-768 KOREA, REPUBLIC OF |
| KOREA INVESTMENT CORPORATION | ATTN: SEUNGHWAN LEE 16TH FLOOR, SEOUL FINANCE CENTER 84 TAEPYUNGRO 1-GA, CHUNG-GU SEOUL 100768 KOREA, REPUBLIC OF |
| KOREA INVESTMENT CORPORATION (ENHANCED PASSIVE GLO | PLUS PORTFOLIO) (103225) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| KOREA INVESTMENT CORPORATION (ENHANCED PASSIVE GLO | PORTFOLIO) (103199/123199) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| KOREA INVESTMENT CORPORATION (ENHANCED PASSIVE GLO | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| KRESGE FOUNDATION, THE | ATTN: ELIZABETH A. GOLDSBERRY 3215 W. BIG BEAVER ROAD TROY MI 48084 |
| KROGER CO MASTER RETIREMENT TRUST | C/O THE KROGER CO. ATTN: CINDY HOLMES 1014 VINE STREET CINCINATTI OH 45202 |
| KROGER CO MASTER RETIREMENT TRUST | C/O THE KROGER CO ATTENTION CINDY HOLMES 1014 VINE STREET CINCINATTI OH 45202 |
| KSC AFFORDABLE HOUSING INVESTMENT FUND LLC | C/O BRET H. REED, JR, A LAW CORPORATION 621 ACACIA AVENUE CORONA DEL MAR CA 92625 |
| KSC AFFORDABLE HOUSING INVESTMENT FUND LLC | ALAN BOGOMILSKY KSC AFFORDABLE HOUSING INVESTMENT FUND, LLC 550 CALIFORNIA AVENUE, SUITE 330 PALO ALTO CA 94306 |

| Claim Name | Address Information |
| --- | --- |
| KT CORPORATION | JEONGJA-DONG 206, BUNDANG-GU, SEONGNAM-SI, GYEONG-GI-DO SEOUL KOREA, REPUBLIC OF |
| KT CORPORATION | 206 JEONGIA-DONG BUNDANG-GU SEONGNAM-SI GYEONGGI KOREA, REPUBLIC OF |
| KYOBO SECURITIES CO. LTD | ATTN: WAN SEOK LEE - CHIEF RISK OFFICER KYOBO SECURITIES BUILDING 26-4 YEOUIDO-DONG YEONGDEUNGPO-GU SEOUL 150-737 KOREA, REPUBLIC OF |
| LA BANQUE POSTALE ASSET MANAGEMENT | ON BEHALF OF LBPAM ACTIONS EUROPE MONDE, AS SUCCESSOR TO LBPAM PROFIL 100 34, RUE DE LA FEDERATION PARIS 75015 FRANCE |
| LA BANQUE POSTALE ASSET MANAGEMENT | ON BEHALF OF LBPAM ACTIONS 80, AS SUCCESSOR TO LBPAM PROFIL 80 PEA 34, RUE DE LA FEDERATION PARIS 75015 FRANCE |
| LA BANQUE POSTALE ASSET MANAGEMENT | ON BEHALF OF LBPAM PROFIL 80 34, RUE DE LA FEDERATION PARIS 75015 FRANCE |
| LA BANQUE POSTALE ASSET MANAGEMENT | ON BAHALF OF LBPAM ALTERNA 10 34, RUE DE LA FEDERATION PARIS 75015 FRANCE |
| LA BANQUE POSTALE ASSET MANAGEMENT | ON BEHALF OF TONI ACTIONS 100 34, RUE DE LA FEDERATION PARIS 75015 FRANCE |
| LA BANQUE POSTALE ASSET MANAGEMENT | ON BEHALF OF LBPAM PROFIL 50 34, RUE DE LA FEDERATION PARIS 75015 FRANCE |
| LA BANQUE POSTALE ASSET MANAGEMENT | ON BEHALF OF LBPAM PROFIL 15 34, RUE DE LA FEDERATION PARIS 75015 FRANCE |
| LA BANQUE POSTALE ASSET MANAGEMENT | ON BEHALF OF LBPAM ACTIONS PACIFIQUE 34, RUE DE LA FEDERATION PARIS 75015 FRANCE |
| LA BANQUE POSTALE ASSET MANAGEMENT | GIDE LOYRETTE NOUEL LLP ATTN: VANESSA TOLLIS, ESQ. 120 W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036 |
| LA BANQUE POSTALE ASSET MANAGEMENT | GIDE LOYRETTE NOEUL LLP ATTN: VANESSA TOLLIS, ESQ. 120 W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036 |
| LAGAN PARTNERS, LLC | TRANSFEROR: UBS AG C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| LAND ROVER PENSION TRUSTEES LIMITED | AS TRUSTEE OF THE LAND ROVER PENSION SCHEME BLOCK 33 SOLIHULL B92 8NW UNITED KINGDOM |
| LAND ROVER PENSION TRUSTEES LIMITED AS TRUSTEE OF | LAND ROVER PESION SCHEME BLOCK 33 SOLIHULL B92 8NW UNITED KINGDOM |
| LAND TRANSPORT AUTHORITY | ATTN: ALICE TAN GUONG KHIM NO. 1 HAMPSHIRE ROAD 219428 SINGAPORE |
| LANDESBANK BADEN-WURTTEM-BERG | FORMERLY LANDESBANK RHEINLAND-PFALZ GIROZ ATTN: LEGAL DEPARTMENT 1150/H AMHAUPTBAHNHOF 2 STUTTGART 70173 GERMANY |
| LANDESBANK BADEN-WURTTEM-BERG | DOUGLAS P. BARTNER, ESQ. SUSAN A. FENNESSEY, ESQ. ROBERT FAGIOLA, ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LANDESBANK BADEN-WURTTEMBERG | ATTN: DR. ANDREAS KINZELBACH 4018/H LEGAL TEAM AM HAUPTBAHNHOF 2 STUTTGART 70173 GERMANY |
| LANDESBANK BADEN-WURTTEMBERG | C/O DOUGLAS P. BARTNER, ESQ. SUSAN A. FENNESSEY, ESQ. ROBERT W. FAGIOLA SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LANDESBANK BADEN-WURTTEMBERG | C/O DOUGLAS P. BARTNER, ESQ. SUSAN A. FENNESSEY, ESQ. ROBERT W FAGIOLA, ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LANDESBANK BERLIN AG (FKA BANKGESELLSCHAFT BERLIN | CORPORATE DEVELOPMENT AND LEGAL LEGAL- CAPITAL MARKETS, LBB-RK2 ALEXANDERPLATZ 2 10178 BERLIN GERMANY |
| LANDESBANK HESSEN-THURINGEN GIROZENTRALE | ATTN: FLORIAN JOSEPH/ UDO KOLPIN BONIFACIUSTRASSE 16 ERFURT 99084 GERMANY |
| LANDESBANK SAAR (FORMELY KNOWN AS LANDESBANK SAAR | URSULINENSTRASSE 2 ATTN: THOMAS KURTZEMANN; BACK OFFICE SAARBRUECKEN 66111 GERMANY |
| LANSDOWNE EUROPEAN EQUITY FUND LIMITED | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| LANSDOWNE GLOBAL FINANCIALS FUND LIMITED | C/O LANSDOWNE PARTNERS LIMITED ATTN: SUZANNA NUTTON 15 DAVIES STREET LONDON W1K3AG UNITED KINGDOM |
| LANSDOWNE GLOBAL FINANCIALS FUND LIMITED | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| LANSDOWNE GLOBAL FINANCIALS FUND LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| LANSDOWNE UK EQUITY FUND LIMITED | C/O LANSDOWNE PARTNERS LIMITED ATTN: SUZANNA NUTTON 15 DAVIES STREET LONDON W1K 3AG UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| LANSDOWNE UK EQUITY FUND LIMITED | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| LANSDOWNE UK EQUITY FUND LP | C/O LANSDOWNE PARTNERS LIMTED ATTN: SUZANNA NUTTON 15 DAVIES STREET LONDON WIK 3AG UNITED KINGDOM |
| LANSDOWNE UK EQUITY FUND LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| LATAJ GROUP LLC | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| LAURION CAPITAL MASTER FUND LTD. | ATTN: BENJAMIN SMITH C/O LAURION CAPITAL MANAGEMENT LP 360 MADISON AVE RM 1900 NEW YORK NY 10017-7140 |
| LB PERU TRUST II, SERIES 1998-A | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LB PERU TRUST II, SERIES 1998-A | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LB PERU TRUST II, SERIES 1998-A | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP ATTN: STUART ROTHENBERG, VP 101 BARCLAY STREET NEW YORK NY 10286 |
| LB PERU TRUST II, SERIES 1998-A | ATTN: STUART ROTHENBERG, VP C/O THE BANK OF NEW YORK MELLON DEFUALT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| LBCCO-1 L.L.C. | ATTN: JEFFREY R KATZ C/O ROPES & GRAY LLP 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| LBCCO-1 L.L.C. | ROPES & GRAY LLP 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| LBCCO-1, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| LBMB CAPITAL PARTNERS V CAYMAN AIV I L.P. | PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| LBMB CAPITAL PARTNERS V CAYMAN AIV I L.P. | C/O TRILANTIC CAPITAL MANAGEMENT LLC ATTN: CHARLES AYRES 399 PARK AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| LBMB FUND (B) CAYMAN AIV I L.P. | PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| LBMB FUND (B) CAYMAN AIV I L.P. | C/O TRILANTIC CAPITAL MANAGEMENT LLC ATTN: CHARLES AYRES 399 PARK AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| LBMB FUND CAYMAN AIV I L.P. | PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| LBMB FUND CAYMAN AIV I L.P. | C/O TRILANTIC CAPITAL MANAGEMENT LLC ATTN: CHARLES AYRES 399 PARK AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| LBMB PARTNERS CAYMAN AIV I L.P. | PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| LBMB PARTNERS CAYMAN AIV I L.P. | C/O TRILANTIC CAPITAL MANAGEMENT LLC ATTN: CHARLES AYRES 399 PARK AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| LCL ACTIONS EURO (EX-SICAV 5000) | C/O CREDIT AGRICOLE ASSET MANAGMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| LCL ACTIONS FRANCE | C/O CREDIT AGRICOLE ASSET MANAGMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| LCL OBLIGATIONS MONDE | C/O CREDIT AGRICOLE ASSET MANAGMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| LCL OBLIGATIONS MONDE | C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| LDVF1 FIP SARL | C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| LDVF1 MAIN FIP SARL | C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| LEGAL & GENERAL ASSURANCE SOCIETY | ONE, COLEMAN STREET LONDON EC2R 5AA UNITED KINGDOM |
| LEGAL AND GENERAL PENSIONS LIMITED | ONE, COLEMAN STREET LONDON EC2R 5AA UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| LEHMAN BROTHER REAL ESTATE PARTNERS III, L.P. | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHER REAL ESTATE PARTNERS III, L.P. | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHER REAL ESTATE PARTNERS III, L.P. | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS BANKHAUS AG I INS | TRANSFEROR: GRANITE FINANCE LIMITED C/O CMS HASCHE SIGLE BARCKHAUSSTRASSE 12-16 FRANKFURT AM MAIN 60325 GERMANY |
| LEHMAN BROTHERS BANKHAUS AG I INS. | TRANSFEROR: GRANITE FINANCE LIMITED ATTN: DR. JOACHIM KAETZLER C/O CMS HASCHE SIGLE BARCKHAUSSTRASSE 12-16 FRANKFURT AM MAIN 60325 GERMANY |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 LL | C/O DEUTSCHE BANK (CAYMAN), LTD ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 LL | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 LL | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 LL | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| LEHMAN BROTHERS COMMODITIES SERVICES INC. | BY SCHRODER INVESTMENT MANAGEMENT LIMITED C/O ROPES & GRAY LLP ATTN: PETER L. WELSH PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: J.P. MORGAN MARKETS LIMITED ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | TRANSFEROR: IBM PERSONAL PENSION PLAN TRUST ATTN: DANIEL ERMANN 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHWOOD MONTPARNASSE SAS | FORMERLY MERIDIEN MONTPARNASSE SAS 19 RUE DU COMMANDANT MOUCHOTTE . 75014 FRANCE |
| LEHWOOD MONTPARNASSE SAS | NICOLA BATTEN STARMAN UK SERVICES COMPANY LIMITED HESKETH HOUSE, 43-45 PORTMAN SQUARE LONDON W1H 6HN UNITED KINGDOM |
| LEHWOOD MONTPARNASSE SAS | JEROME RANAWAKE & HARVEY DYCHIAO FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022 |
| LEOFOROS B.V. | OLYMPIC PLAZA FRED. ROESKESTRAAT 123-I, 1076 EE AMSTERDAM NETHERLANDS |
| LEOFOROS B.V. | PATRICK QUILL, ESQ. ASHURST LLP TIMES SQUARE TOWER NEW YORK NY 10036 |
| LEOFOROS BV | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| LEOFOROS BV | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 1 NEW YORK NY 10022 |
| LEXINGTON INSURANCE COMPANY | ATTN: GENERAL COUNSEL 175 WATER STREET, 18TH FLOOR NEW YORK NY 10038 |
| LEXINGTON INSURANCE COMPANY | ATTN: GENERAL COUNSEL 175 WEST STREET, 18TH FLOOR NEW YORK NY 10038 |
| LEXINGTON INSURANCE COMPANY | CHADBOURNE & PARKE LLP ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| LEXINGTON INSURANCE COMPANY | C/O AIG ASSET MANAGEMENT ATTN: OZZIE BAYAZITOGLU, ESQ. 2929 ALLEN PARKWAY, A36-01 HOUSTON TX 77019 |
| LGT CAPITAL INVEST (SC3) LIMITED | C/O BLUEBAY ASSET MANAGEMENT PLC ATTN: SIMON SUTCLIFFE 77 GROSVENOR STREET LONDON W1K 3JR UNITED KINGDOM |
| LGT CAPITAL INVEST (SC3) LIMITED | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| LIBERTY HARBOR MASTER FUND I LP | DAVID AMAN CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| LIBERTY HARBOR MASTER FUND I LP | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| LIBERTY HARBOR MASTER FUND I LP | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW |

| Claim Name | Address Information |
|---|---|
| LIBERTY HARBOR MASTER FUND I LP | YORK NY 10282 |
| LIBERTY HARBOR MASTER FUND I, L.P. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| LIBRA CDO LIMITED, BY BANK OF AMERICA, NA AS SUCCE | J. WILLIAM BOONE, ESQ ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| LIBRA CDO LIMITED, BY BANK OF AMERICA, NA AS SUCCE | LASALLE BANK NATIONAL ASSOCIATION, AS TTEE ATTN: VANESSA DANNER 135 SOUTH LASALLE STREET MAIL CODE IL4-135-15-11 CHICAGO IL 60603 |
| LIFETIME GROUP RETIREMENT & DEATH BENEFIT | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| LIFETIME GROUP RETIREMENT & DEATH BENEFIT | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO ATTN:  DAVID A. SULLIVAN 310 WEST 52ND STREET NEW YORK NY 10019 |
| LILY POND CURRENCY MASTER FUND LTD. | C/O LILY POND CAPITAL MANAGEMENT LLC ATTN: GLEN CARNES 450 PARK AVENUE NEW YORK NY 10022 |
| LILY POND CURRENCY PLUS MASTER FUND LTD. | C/O LILY POND CAPITAL MANAGEMENT LLC ATTN: GLEN CARNES 450 PARK AVENUE NEW YORK NY 10022 |
| LILY POND CURRENCY PLUS MSTRFUND LTD | ATTN:GLEN CARNES LILY POND CURRENCY PLUS MASTER FUND, LTD. C/O LILY POND CAPITAL MANAGEMENT LLC 450 PARK AVENUE, STE 2103 NEW YORK NY 10022 |
| LILY POND MASTER FUND LTD | C/O LILY POND CAPITAL MANAGEMENT LLC, GLEN CARNES 450 PARK AVENUE, SUITE 2103 NEW YORK NY 10022 |
| LILY POND MASTER FUND LTD | C/O LILY POND CAPITAL MANAGEMENT LLC, GLEN CARNES 450 PARK AVE STE 1901 NEW YORK NY 10022-2686 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, THE | C/O DELAWARE INVESTMENTS 2005 MARKET STREET ATTN: MICHAEL DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL PHILADELPHIA PA 19103-7094 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, THE | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| LINCORE LIMITED | C/O BAKER & MCKENZIE ATTN: IRA REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LION CITY CDO LIMITED SERIES 2006-01 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA- VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| LION CITY CDO LIMITED SERIES 2006-01 | C/O THE BANK OF NEW YORK MELLON – LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| LION CITY CDO LIMITED SERIES 2006-01 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| LION CITY CDO LIMITED SERIES 2006-01 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LION CITY CDO LIMITED SERIES 2006-2 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA- VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| LION CITY CDO LIMITED SERIES 2006-2 | REED SMITH LLP ATTN: MICHAEL J. JENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LION CITY CDO LIMITED SERIES 2006-2 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| LION CITY CDO LIMITED SERIES 2006-3 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LION CITY CDO LIMITED- SERIES 2006-3 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA- VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| LION CITY CDO LIMITED- SERIES 2006-3 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J VENDITTO, ESQ NEW YORK NY 10022 |
| LLOYDS REGISTER | 71 FENCHURCH STREET LONDON EC3M 4BS UNITED KINGDOM |
| LLOYDS TSB BANK PLC | ATTN: VIVEK PRASHAR 10 GRESHAM STREET LONDON EC2V 7AE UNITED KINGDOM |
| LLOYDS TSB BANK PLC | ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LLOYDS TSB BANK PLC | ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA SIDLEY AUSTIN 787 SEVENTH AVENUE NEW |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LLOYDS TSB BANK PLC | YORK NY 10019 |
| LM MOORE, LP | C/O MOORE CAPITAL MANAGEMENT LP ATTN: JAMES DANZA, 52ND FLOOR 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LMA SPC FOR AND ON BEHALF OF MAP 35 SEGREGATED POR | SIDLEY AUSTIN LLP ATTN:  LEE S. ATTANASIO AND ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LMA SPC FOR AND ON BEHALF OF MAP 35 SEGREGATED POR | C/O LIGHTHOUSE INVESTMENT PARTNERS ATTN: DAVID POLLOK 3801 PGA BLVD, SUITE 500 PALM BEACH GARDENS FL 33410 |
| LMA SPC FOR AND ON BEHALF OF MAP 42 SEGREGATED POR | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LMA SPC FOR AND ON BEHALF OF MAP 42 SEGREGATED POR | C/O LIGHTHOUSE INVESTMENT PARTNERS ATTN: DAVID POLLOK 3801 PGA BLVD, SUITE 500 PALM BEACH GARDENS FL 33410 |
| LMA SPC FOR AND ON BEHALF OF MAP 89 SEGREGATED POR | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| LMA SPC FOR AND ON BEHALF OF MAP 89 SEGREGATED POR | TRANSFEROR: GOLDMAN SACHS LIP CREDIT OPPORTUNITIES 2008 FUND L.P. ATTN: ROB SWAN 3801 PGA BOULEVARD, SUITE 500 PALM BEACH GARDENS FL 33410 |
| LMA SPC ON BEHALF OF MAP P | SIDLEY AUSTIN LLP ATTN:  LEE S. ATTANASIO AND ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LMA SPC ON BEHALF OF MAP P | C/O LIGHTHOUSE INVESTMENT PARTNERS ATTN: DAVID POLLOK 3801 PGA BLVD, SUITE 500 PALM BEACH GARDENS FL 33410 |
| LOEB ARBITRAGE B FUND LP | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB ARBITRAGE B FUND LP | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB ARBITRAGE FUND | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB ARBITRAGE FUND | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB OFFSHORE B FUND LTD. | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB OFFSHORE B FUND LTD. | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB OFFSHORE FUND LTD. | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB OFFSHORE FUND LTD. | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LONG ISLAND POWER AUTHORITY | ATTN: STEPHEN CLARKE 333 EARLE OVINGTON BLVD. UNIONDALE NY 11553 |
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND | TRANSFEROR: EBN BANCO DE NEGOCIOS S.A ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND LP | TRANSFEROR: SOLUTIONS FOR WEALTH SPC (BETA)GROWTH SEGREGATED PORTFOLIO ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| LOOMIS STREET, L.L.C. | TRANSFEROR: GSEF AL NAWRAS (CAYMAN) LIMITED C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| LOUIS L. GONDA TRUST | C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: JOHN P. SCHMITT, ESQ. 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| LOVELY QUEEN CO, LTD | 2-5 KANO KOTOBUKI-CHO GIFU-CITY GIFU 500-8535 JAPAN |
| LUFTANSA TECHNIK AIRMOTIVE IRELAND RETIREMENT & DE | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| LUFTANSA TECHNIK AIRMOTIVE IRELAND RETIREMENT & DE | CLIFFORD  CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| LUTHERAN HILLSIDE VILLAGE, INC. | ATTN: KARL E. HOLDERIE THE STOLAR PARTNERSHI, LLP 911 WASHINGTON AVE. 7TH FLOOR ST. LOUIS MO 63101 |
| LUTHERAN HILLSIDE VILLAGE, INC. | C/O LUTHERAN SENIOR SERVICES 1150 HANLEY INDUSTRIAL COURT BRENTWOOD MO 63144 |
| LUTHERAN SENIOR SERVICES | KARL E. HOLDERLE THE SOLAR PARTNERSHIP 911 WASHINGTON AVE., 7TH FLOOR SAINT |

| Claim Name | Address Information |
|---|---|
| LUTHERAN SENIOR SERVICES | LOUIS MO 63101 |
| LUTHERAN SENIOR SERVICES | 1150 HANLEY INDUSTRIAL COURT BRENTWOOD MO 63144 |
| LYDIAN OVERSEAS PARTNERS MASTER FUND LTD | TRANSFEROR: LYDIAN SPV OFFSHORE LTD. C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880 |
| LYDIAN SPV LIMITED | TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD. C/O LYDIAN ASSET MANAGEMENT L.P. 495 POST ROAD EAST WESTPORT CT 06880 |
| LYXOR ASSET MANAGEMENT S.A. | AS SUB-MANAGER OF THE LYXOR/SABRE STYLE ARBITRAGE FUND LIMITED ATTN: EMILIEN SIMOES TOURS SOCIETE GENERALE 17 COURS VALMY PARIS – LA DEFENSE CEDEX 92987 FRANCE |
| LYXOR ASSET MANAGEMENT S.A. | AS SUB-MANAGER OF THE LYXOR/JULIUS BAER GLOBAL RATES HEDGE FUND LTD ATTN: EMILIEN SIMOES TOURS SOCIETE GENERALE 17 COURS VALMY PARIS – LA DEFENSE CEDEX 92987 FRANCE |
| LYXOR ASSET MANAGEMENT S.A. | AS SUB-MANAGER OF THE LYXOR/GLG PAN EUROPEAN EQUITY FUND LIMITED ATTN: EMILIEN SIMOES TOURS SOCIETE GENERALE 17 COURS VALMY PARIS – LA DEFENSE CEDEX 92987 FRANCE |
| LYXOR ASSET MANAGEMENT S.A. | AS SUB-MANAGER OF THE LYXOR/CANYO VALUE REALIZATION FUND LIMITED ATTN: EMILIEN SIMOES TOURS SOCIETE GENERALE 17 COURS VALMY PARIS – LA DEFENSE CEDEX 92987 FRANCE |
| LYXOR ASSET MANAGEMENT S.A. | AS SUB-MANAGER OF THE LYXOR/TOMAHAWK FUND LIMITED ATTN: EMILIEN SIMOES TOURS SOCIETE GENERALE 17 COURS VALMY PARIS – LA DEFENSE CEDEX 92987 FRANCE |
| LYXOR ASSET MANAGEMENT S.A. | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| LYXOR ASSET MANAGEMENT S.A., | AS SUB-MANAGER OF THE LYXOR/CENTAURUS EVENT DRIVEN FUND LIMITED ATTN: EMILIEN SIMOES TOURS SOCIETE GENERALE – 17 COURS VALMY PARIS – LA DEFENSE CEDEX 92987 FRANCE |
| LYXOR ASSET MANAGEMENT S.A., | MAYOR BROWN LLP ATT: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| LYXOR ASSET MANAGEMENT, S.A. ON BEHALF OF INVESTSS | ATTN: BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| LYXOR ASSET MANAGEMENT, S.A. ON BEHALF OF INVESTSS | ATTN: CAROL MORRISON C/O SOCIETE GENERALE 1221 AVENUE OF AMERICAS NEW YORK NY 10020 |
| M.H. DAVIDSON & CO. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: OLAITAN SENBANJO, LEGAL COUNSEL 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| M.H. DAVIDSON & CO. | DONNA PARISI, ESQ. & KALIN VELEV ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MA GLAS LIMITED | C/O DEUTSCHE BANK (CAYMAN) LIMITED ATTN: DIRECTORS PO BOX 1984 GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| MACMILLIN, BRAD | CHIEF FINANCIAL OFFICER SYMPHONY TECHNOLOGY GROUP 2475 HANOVER STREET PALO ALTO CA 94304 |
| MACQUARIE BANK LIMITED | ATTN: EXECUTIVE DIRECTOR, LEGAL RISK MANAGEMENT TREASURY AND COMMODITIES GROUP NO. 1 MARTIN PLACE SYDNEY NSW 2000 AUSTRALIA |
| MAGNETAR CAPITAL MASTER FUND LTD | STROOCK & STROOCK & LAVAN LLP ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CAPITAL MASTER FUND LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CAPITAL MASTER FUND LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | STROOCK & STROOCK & LAVAN 180 MAIDEN LANE ATTN: CLAUDE SZYFER NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION FUND III,  LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION FUND III,  LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND II LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |

| Claim Name | Address Information |
|---|---|
| MAGNETAR CONSTELLATION MASTER FUND II LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND III LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION MASTER FUND III LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND LTD | STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE ATTN: CLAUDE SZYFER NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION MASTER FUND LTD | MAGNETAR CAPITAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND, LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR STRUCTURED CREDIT FUND LP | STROOCK & STROOCK & LAVAN LLP ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR STRUCTURED CREDIT FUND LP | C/O MAGNETAR FINANCIAL LLC ATTN: SUSAN FURMAN 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAJESTIC FUND LIMITED | C/O MAN INVESTMENTS LIMITED ATTN: KIRSTEN ROGERS / MARGO JENSEN SUGAR QUAY, LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |
| MAJESTIC FUND LIMITED | JEROME RANAWAKE AND HELEN JONES FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| MALAYAN BANKING BERHAD | ROTTENBERG LIPMAN RICH, P.C. ATTN: THOMAS CHASE 369 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| MALAYAN BANKING BERHAD | 400 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| MALAYAN BANKING BERHAD | 400 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022-4406 |
| MAP 502, A SUB-TRUST OF LMA IRELAND | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MAP 502, A SUB-TRUST OF LMA IRELAND | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF MAP V SEGREGATED PORTFOLIO ROBERT SWAN; LIGHTHOUSE INVESTMENT PARTNERS LLC 3801 PGA BLVD, SUITE 500 PALM BEACH GARDENS FL 33410 |
| MARANATHA BAPTIST BIBLE COLLEGE | ATTN: MARK STEVENS 745 WEST MAIN STREET WATERTOWN WI 53094 |
| MARBLE ARCH RESIDENTIAL SECURITISATION NO. 4 PLC | REED SMITH LLP ATTN: TAMARA BOX THE BROADGATE TOWER 20 PRIMROSE STREET LONDON EC2A 2RS UNITED KINGDOM |
| MARBLE ARCH RESIDENTIAL SECURITISATION NO. 4 PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| MARBLE BAR ASSET MANAGEMENT LLP | TIM KUSCHILL MARBLE BAR ASSET MANAGEMENT LLP 11-12 ST. JAMES SQUARE LONDON SW1 Y4LB ENGLAND |
| MARBLE BAR ASSET MANAGEMENT LLP | C/O SEWARD & KISSEL LLP ATTN: LAURIE BINDER ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| MARBLE FINANCE LIMITED | C/O HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGE TOWN GRAND CAYMAN KY1- 1102 CAYMAN ISLANDS |
| MARBLE FINANCE LIMITED | HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGETOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| MARBLE FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ., DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| MARBLE FINANCE LIMITED | JENNIFER C. DEMARCO & DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| MARINER LDC | TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC 767 FIFTH AVENUE NEW YORK NY 10153 |
| MARINER LDC | ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| MARINER LDC | JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARINER OPPORTUNITIES FUND LP | ATTN:JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| MARINER OPPORTUNITIES FUND LP | JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY |

| Claim Name | Address Information |
|---|---|
| MARINER OPPORTUNITIES FUND LP | 10528 |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD | JAMES E. MCKEE C/O TRICADIA CAPITAL MANAGEMENT, LLC 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017 |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD | C/O MARINER INVESTMENT GROUP, LLC ATTN: JOHN KELTY 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARKS & SPENCER PENSION TRUST LIMITED | (103123) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL CHRISTCHURCH COURT 10-15 NEWGATE STREET ATTN: BENJAMIN ROBINSON LONDON EC1A 7HD UNITED KINGDOM |
| MARKS & SPENCER PENSION TRUST LIMITED | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY | C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. ATTN: COLLEEN A. MURPHY, ESQ. ONE FINANCIAL CENTER BOSTON MA 02111 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE | COMPANY O/B/O ITS FPD ALPHA BACKED NOTES SEPARATE ACCOUNT 1 ATTENTION: MICHELE KUNITZ 1500 MAIN STREET, TS28 SPRINGFIELD MA 01115 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVE NEW YORK NY 10022-4689 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | STEVEN LOZNER BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD MA 01115 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | O/B/O ITS FPD ALPHA BACKED NOTES SEPARATE ACCOUNT 1 ATTN: MICHELE KUNITZ 1500 MAIN STREET, TS28 SPRINGFIELD MA 01115 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY OBO | STEVEN LOZNER BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY OBO | FPD ALPHA-BACKED NOTES SEPARATE ACCOUNT 1 ATTN: MICHELE KUNITZ 1500 MAIN STREET, TS28 SPRINGFIELD MA 01115 |
| MASSACHUSETTS STATE COLLEGE BUILDING AUTHORITY | MINTZ LEVIN ATTN: JACQUELYN CANNATA ONE FINANCIAL CENTER BOSTON MA 02111 |
| MASSACHUSETTS STATE COLLEGE BUILDING AUTHORITY | ATTN: EDWARD ADELMAN 253 SUMMER ST STE 300 BOSTON MA 02210-1114 |
| MASSACHUSETTS WATER RESOURCES AUTHORITY | 100 FIRST AVENUE CHARLESTOWN NAVY YARD BLDG 39 BOSTON MA 02129 |
| MAZZATTA, MARK & MCHUGH-MAZATTA, MICHELLE | LAWRENCE P. EAGEL BRAGAR WEXLER EAGEL & SQUIRE, PC 885 THIRD AVE SUITE 3040 NEW YORK NY 10022 |
| MEAG MUNICH ERGO ASSET MANAGEMENT GMBH FOR AND ON | BEHALF OF MUNECHENER RUECKVERSICHERUNGS-GESELLSCHAFT AKTIENGESELLSCHAFT IN MUENCHEN C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| MEDAMERICA HEALTH SYSTEMS EMPLOYEE RETIREMENT PLAN | MORGAN, LEWIS & BOCKIUS LLP ATTN: ROBERT MENDELSON 101 PARK AVENUE NEW YORK NY 10178 |
| MEDAMERICA HEALTH SYSTEMS EMPLOYEE RETIREMENT PLAN | C/O PREMIER HEALTH PARTNERS ATTN: KATHY HAUSER, TREASURY MANAGER 40 WEST FOURTH STREET, SUITE 2110 DAYTON OH 45402 |
| MEDICAL CENTER OF THE ROCKIES | 2315 E. HARMONY ROAD SUITE 200 ATTN: STEVE ELLSWORTH FORT COLLINS CO 80528 |
| MEDIOBANCA - BANCA KI CREDITO FINANZIARIO S.P.A | PIAZZETTA E. CUCCIA, 1 MILAN 20121 ITALY |
| MEGA INTERNATIONAL COMMERCIAL BANK CO LTD. | 9F, 100, CHI-LIN ROAD TAIPEI TAIWAN, ROC |
| MEGA INTERNATIONAL COMMERCIAL BANK CO., LTD. | 9F, NO. 100, CHI-LIN ROAD TAIPEI CITY 104 TAIWAN, ROC |
| MEISTER, ROBERT A. | STEVEN LOZNER BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| MEISTER, ROBERT A. | 101 SEMINOLE AVENUE PALM BEACH FL 33480 |
| MERCER GLOBAL INVESTMENTS EUROPE LTD | MARCH HOUSE 25-28 ADELAIDE ROAD DUBLIN 2 IRELAND |
| MERCER GLOBAL INVESTMENTS EUROPE LTD | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| MERILL LYNCH GLOBAL SELECTS PORTFOLIOS PLC FOR AND | EMERGING MARKET DEBT PORTFOLIO I ATTN: MICHAEL ACKER 1700 MERRILL LYNCH DRIVE PENNINGTON NJ 08534 |
| MERRILL LYNCH GLOBAL SELECTS PORTFOLIOS PLC FOR AND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| MERLE CHASE LLC | TRANSFEROR: GPS INCOME FUND (CAYMAN) LTD ATTN: MATTHEW ROTHFLEISCH & PETER SMITH 711 5TH AVENUE NEW YORK NY 10022 |
| MERRICK PLACE, L.L.C. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| MERRILL LYNCH CAPITAL SERVICES, INC. | C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH CAPITAL SERVICES, INC. | ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS LLC | TRANSFEROR: WHARTON ASIAN SPECIAL OPPORTUNITIES COMPANY 1 LIMITED ATTN: GARY S. COHEN AND RON TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER – 3RD FL ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS LLC | TRANSFEROR: WHARTON ASIAN ARBITRAGE FUND I, A SUB-FUND OF WHARTON ASIAN ARBITRAGE FUND; ATTN: GARY S. COHEN AND RON TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER – 3RD FL ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: SHORT CREDIT MASTER FUND L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY COHEN, RONALD TOROK BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: GENFINA SCRL (FORMERLY KNOWN AS GENFINA SA) C/O BANK OF AMERICA MERRILL LYNCH; ATTN: GARY COHEN, RONALD TOROK BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: STRAUMUR-BURDARAS INVESTMENT BANK HF ATTN: JEFFREY BENESH AND RONALD TOROK BANK OF AMERICA TOWER – 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DAVIDE CAMPARI-MILANO S.P.A. ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER– 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: UNITED OVERSEAS BANK LIMITED ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER-3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: UNITED OVERSEAS BANK LIMITED (UOB) ATTN: JEFFERY BENESH AND RON TOROK BANK OF AMERICAS-3RD FLOOR ONE BRYAN PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: GARY S. COHEN BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: GARY S. COHEN BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | C/O CADWALADER WICKERSHAM & TAFT LLP ATTN: JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH INTERNATIONAL | ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL BANK LIMITED | C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH INTERNATIONAL BANK LIMITED | ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH JAPAN FINANCE CO, LTD | TRANSFEROR: CYBERAGENT FX, INC. C/O MERRILL LYNCH CREDIT PRODUCTS LLC ATTN: GARY S. COHEN, JEFF BENESH, RON TOROK BANK OF AMERICA TOWER 3RD FLOOR 1 BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH JAPAN FINANCE CO. LTD | TRANSFEROR: MAXIS CORPORATION C/O MERRILL LYNCH CREDIT PRODUCTS LLC, ATTN: G. |

| Claim Name | Address Information |
|---|---|
| MERRILL LYNCH JAPAN FINANCE CO. LTD | COHEN, J. BENESH BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK NEW YORK NY 10038 |
| MERRILL LYNCH JAPAN FINANCE CO., LTD. | TRANSFEROR: KAWASAKI HEAVY INDUSTRIES, LTD. C/O MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: GARY S. COHEN / JEFF BENESH / RON TOROK BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PART NEW YORK NY 10036 |
| MERRILL LYNCH JAPAN FINANCE CO., LTD. | TRANSFEROR: KAGOME CO., LTD C/O MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: GARY S. COHEN, JEFF BENESH, RON TOROK BANK OF AMERICA TOWER 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |
| METAL BOX PENSION TRUSTEES LIMITED | C/O CROWN PACKAGING UK PLC PERRY WOOD WALK WORCESTER WR5 1EG UNITED KINGDOM |
| METAL BOX PENSION TRUSTEES LIMITED | C/O XAFINITY PAYMASTER ATTN: CATHY ASTON, UK PENSIONS MANAGER WILDWOOD DRIVE WORCESTER WR5 2QX UNITED KINGDOM |
| METAL BOX PENSION TRUSTEES LIMITED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| METLIFE ASSURANCE LIMITED | 15 BEDFORD STREET LONDON WC2E 9HE UNITED KINGDOM |
| METLIFE ASSURANCE LIMITED | TODD LURIE, ESQ. C/O METLIFE INVESTMENTS – LEGAL DEPT. P.O BOX 1902 10 PARK AVENUE MORRISTOWN NJ 07962 |
| METROPOLITAN CAPITAL ADVISORS INTERNATIONAL, LTD | ATTN: DORA VARDIS 660 MADISON AVE 18TH FL NEW YORK NY 10065 |
| METROPOLITAN CAPITAL ADVISORS, L.P. | ATTN: DORA VARDIS 660 MADISON AVE 18TH FL NEW YORK NY 10065 |
| METROPOLITAN LIFE INSURANCE COMPANY ON BEHALF OF I | METROPOLITAN LIFE INSURANCE COMPANY ON BEHALF OF ITS SEPARATE ACCOUNT #389 10 PARK AVENUE, P.O. BOX 1902 MORRISTOWN NJ 07962 |
| METROPOLITAN LIFE INSURANCE COMPANY ON BEHALF OF I | NO. 389 1 METLIFE PLAZA 27-01 QUEENS PLAZA NORTH LONG ISLAND CITY NY 11101 |
| MGM INTERNATIONAL ASSURANCE LTD | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| MGM INTERNATIONAL ASSURANCE LTD | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO ATTN:  DAVID A. SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| MICHIGAN DEPARTMENT OF ATTORNEY GENERAL | ATTN: JENNIFER M. JACKSON ASSISTANT ATTORNEY GENERAL STATE OPERATIONS DIVISION P.O. BOX 30754 LANSING MI 48909 |
| MICHIGAN TOBACCO SETTLEMENT FINANCE AUTHORITY | PO BOX 30754 LANSING MI 48909 |
| MIDFIRST BANK | ATTN: LEGAL DEPARTMENT 501 N.W. GRAND BLVD. OKLAHOMA CITY OK 73118 |
| MIDLAND NATIONAL LIFE INSURANCE COMPANY | C/O GUGGENHEIM PARTNERS ASSET MANAGEMENT, INC. ATTN: ROY CORR 100 WILSHIRE BOULEVARD, 5TH FLOOR SANTA MONICA CA 90401 |
| MILLENNIUM PARTNERS, L.P. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MILLENNIUM PARTNERS, L.P. | ATTN: GENERAL COUNSEL 666 FIFTH AVENUE, 8TH FLOOR NEW YORK NY 10103 |
| MINCH NORTON EMPLOYEE BENEFIT PLAN | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| MINCH NORTON EMPLOYEE BENEFIT PLAN | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO ATTN:  DAVID A. SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| MINISTRY OF ECONOMY AND FINANCE OF THE REPUBLIC OF | C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| MINISTRY OF ECONOMY AND FINANCE OF THE REPUBLIC OF | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| MINNESOTA STATE BOARD OF INVESTMENT | C/O ASSISTANT ATTORNEY GENERAL JEREMEY D EIDEN OFFICE OF THE MINNESOTA ATTORNEY GENERAL 445 MINNESOTA STREET, SUITE 900 SAINT PAUL MN 55101-2127 |
| MINNESOTA STATE BOARD OF INVESTMENT | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| MIRAE ASSET SECURITIES CO., LTD | EAST TOWER 15F, MIRAE ASSET CENTER 1 67 SUHA-DONG, JUNG-GU SEOUL 100-210 KOREA, REPUBLIC OF |
| MIRAE ASSET SECURITIES CO., LTD | KELLEY DRYE & WARREN LLP 101 PARK AVENUE ATTN: BENJAMIN BLAUSTEIN, ESQ. NEW YORK NY 10178 |
| MISSOURI LOCAL GOVERNMENT | EMPLOYEES RETIREMENT SYSTEM P.O. BOX 1665 JEFFERSON CITY MO 65102 |
| MISSOURI LOCAL GOVERNMENT | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT |

| Claim Name | Address Information |
|---|---|
| MISSOURI LOCAL GOVERNMENT | CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| MITSUBISHI UFJ SECURITIES HOLDINGS CO., LTD. | ATTN: MS. HISAKO KUBO & MS. KUMIKO MORITO; LEGAL GROUP, MGMT PLANNING MEJIRODAI BLDG 3-29-20 MEJIRODAI BUNKYO-KU TOKYO 112-8688 JAPAN |
| MITSUBISHI UFJ SECURITIES HOLDINGS CO., LTD. | MORRISON & FOERSTER LLP ATTN: LARREN M. NASHELSKY, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MITSUBISHI UFJ SECURITIES INTERNATIONAL PLC | LEGAL DEPARTMENT ATTN: RICHARD HOUSE, ESQ. HEAD OF LEGAL, CORPORATE AND PUBLIC AFFAIRS GEORGINA DAVIDSON, HEAD OF MASTER AGREEMENTS, LEGAL, CORPORATE AND PUBLIC AFFAIRS ROPEMAKER PLACE, 25 ROPEMAKER STREET LONDON EC2Y 9AJ UNITED KINGDOM |
| MITSUBISHI UFJ TRUST AND BANKING CORP. | ATTN: DERIVATIVES DOCUMENTATION ADMINISTRATION GLOBAL MARKETS BUS. UNIT 4-5 MARUNOUCHI, 1-CHOME CHIYODA-KU TOKYO 100-8212 JAPAN |
| MITSUBISHI UFJ TRUST AND BANKING CORPORATION | ATTN: DERIVATIVES DOCUMENTATION ADMIN GLOBAL MARKETS BUSINESS UNIT MITSUBISHI UFJ TRUST AND BANKING CORPORATION 4-5, MARUNOUCHI, 1-CHOME CHIYODA-KU TOKYO 100-8212 JAPAN |
| MITSUI & CO. COMMODITY RISK MANAGEMENT LIMITED | F/K/A MITSUI & CO. ENERGY RISK MANAGEMENT LTD. ATTN: MASAYUKI MINEGISHI 200 PARK AVENUE, 31ST FLOOR NEW YORK NY 10166 |
| MIZRAHI TEFAHOT BANK LTD | 7 JABOTINSKY ST RAMAT GAN 52136 ISRAEL |
| MIZRAHI TEFAHOT BANK LTD | MIZRAHI TEFAHOT BANK LIMITED 7 JABOTINSKY ST RAMAT GAN 52136 ISRAEL |
| MIZRAHI TEFAHOT BANK, LTD | ATTN: IRENE GRUBER, LEGAL DIVISION 7 JABOTINSKY STREET RAMAT GAN 52136 ISRAEL |
| MIZRAHI TEFAHOT BANK, LTD | STEVEN G. TEPPER ARNOLD & PORTER LLP 399 PARK AVE, 34TH FLOOR NEW YORK NY 10022 |
| MIZUHO CAPITAL MARKETS CORPORATION | ATTN: DOUGLAS FRANKEL, GENERAL COUNSEL 1440 BROADWAY NEW YORK NY 10018 |
| MIZUHO CAPITAL MARKETS CORPORATION | SZYFER, CLAUDE G. STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| MIZUHO INTERNATIONAL PLC | ATTN: HEAD OR LEGAL BRACKEN HOUSE, ONE FRIDAY STREET LONDON EC4M 9JA UNITED KINGDOM |
| MIZUHO SECURITIES CO LTD | ATTN: LEGAL DEPT OTEMACHI FIRST SQUARE 1-5-1, OTEMACHI CHIYODA-KU, TOKYO 100-0004 JAPAN |
| MLC INVESTMENTS LIMITED | 105-153 MILLER STREET ATTN: SCOTT WALKER NORTH SYDNEY NSW 2000 AUSTRALIA |
| MLC INVESTMENTS LIMITED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| MONTES DE PIEDAD Y CAJA DE AHORROS DE RONDA, CADIZ | ANTEQUERA N.K.A: UNICAJA BANCO S.A. ATTN: PABLO GONZALEZ MARTIN & JORGER JUAN MARTA VAZQUEZ C/CABALLERO DE GRACIA, 26 PLANTA 3 MADRID 28013 SPAIN |
| MONTES DE PIEDAD Y CAJA DE AHORROS DE RONDA, CADIZ | CLIFFORD CHANCE, S.L. ATTN: MR. LUIS BELART PASEO DE LA CASTELLANA, 110 MADRID 28046 SPAIN |
| MONTES DE PIEDAD Y CAJA DE AHORROS DE RONDA, CADIZ | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| MONTREAL TRUST COMPANY OF CANADA, AS TRUSTEE FOR F | MANAGER, CORPORATE TRUST DEPT. 100 UNIVERSITY AVENUE 9TH FLOOR, NORTH TOWER TORONTO ON M5J 2Y1 CANADA |
| MONTREAL TRUST COMPANY OF CANADA, AS TRUSTEE FOR F | NATHAN F. COCO MCDERMOTT WILL & EMERY LLP 27 WEST MONROE STREET SUITE 4700 CHICAGO IL 60606-5096 |
| MONTREAL TRUST COMPANY, AS TRUSTEE FOR FLATROCK TR | MANAGER, CORPORATE TRUST DEPT. 100 UNIVERSITY AVENUE 9TH FLOOR, NORTH TOWER TORONTO ON M5J 2Y1 CANADA |
| MONTREAL TRUST COMPANY, AS TRUSTEE FOR FLATROCK TR | NATHAN F. COCO MCDERMOTT WILL & EMERY LLP 227 WEST MONROE STREET SUITE 4700 CHICAGO IL 60606-5096 |
| MOORE GLOBAL FIXED INCOME FUND (MASTER) LP | C/O MOORE CAPITAL MANAGEMENT, LP ATTN: JAMES DANZA, 52ND FLOOR 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MOORE MACRO FUND, LP | C/O MOORE CAPITAL MANAGEMENT, LP ATTN JAMES DANZA, 52ND FLOOR 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MOORE MACRO MARKETS FUND (MASTER) LP | C/O MOORE CAPITAL MANAGEMENT, LP ATTN: JAMES DANZA, 52ND FLOOR 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | (FORMERLY KNOWN AS MORGAN STANLEY & CO. INTERNATIONAL LIMITED) 20 CABOT SQUARE CANARY WHARF LONDON E11 4QW UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY & CO. INTERNATIONAL PLC | (FKA MORGAN STANLEY & CO. INTERNATIONAL LTD) ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | C/O MORGAN STANLEY & CO. INCORPORATED ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | ATTN: CHIEF LEGAL OFFICER MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MORGAN STANLEY & CO. INCORPORATED 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP MORGAN STANLEY & CO. INTERNATIONAL PLC 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | HOWARD HAWKINS, ESQ CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MARK ELLENBERG, ESQ CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, NW WASHINGTON DC 20001 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MARK C. ELLENBERG, ESQ. CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN BOND FUND | CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN BOND FUND | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN FIXED INCO | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN FIXED INCO | STRADLEY RONON STEVENS & YOUNG LLP ATTN: PAUL A PATTERSON ESQ / JULIE M MURPHY ESQ 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN FIXED INCO | INVESCO LEGAL DEPARTMENT ATTN: BENITA DRYDEN / STEVEN RIMES 11 GREENWAY PLAZA, SUITE 2500 HOUSTON TX 77046 |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: CFCM LOIRE-ATLANTIQUE & CENTRE-QUEST ATTN: BRIAN CRIPPS 20 BANK STREET, CANARY WHARF, FLOOR 02 LONDON E14 4AD UNITED KINGDOM |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: CREDIT INDUSTRIEL ET COMMERCIAL ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON E14 4AD UNITED KINGDOM |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: CM-CIC ASSET MANAGEMENT ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON E14 4AD UNITED KINGDOM |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: BANQUE FEDERATIVE DU CREDIT MUTUEL ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON E14 4AD UNITED KINGDOM |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES LLC | ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036 |
| MORGAN STANLEY CAPITAL SERVICES LLC | MORGAN STANLEY CAPITAL SERVICES INC. ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES LLC | ATTN: HOWARD R. HAWKINS, ESQ. CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| MORGAN STANLEY CREDIT PRODUCTS JAPAN CO, LTD | TRANSFEROR: MITSUBISHI UFJ SECURITIES HOLDINGS CO., LTD. ATTN:  KIKUKO ITOH/KUMIKO TAKIGUCHI YEBISU GARDEN PLACE TOWER 4-20-3 EBISU, SHIBUYA-KU TOKYO 150-6008 JAPAN |
| MORGAN STANLEY MORTGAGE SERVICING LIMITED | ATTN: PATRICK SCIARRONE 25 CABOT SQUARE CANARY WAHRF, FL. 5 LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY MORTGAGE SERVICING LIMITED | ATTN: PATRICK SCIARRONE 25 CABOT SQUARE, CANARY WHARF, FL. 5 LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY MORTGAGE SERVICING LIMITED | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| MORGAN STANLEY MORTGAGE SERVICING LIMITED | ATTN: BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| MORGAN STANLEY SENIOR FUNDING INC | TRANSFEROR: VISIUM BALANCED OFFSHOREFUND LTD 1585 BROADWAY NEW YORK NY 10036 |

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: CIBC BANK AND TRUST COMPANY (CAYMAN) LIMITED, AS TRUSTEE OF THE HITACHI MASTER FUND - P GLOBAL BOND MASTER FUND 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: VISIUM LONG BIAS OFFSHOREFUND LTD 1585 BROADWAY NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORTGAGE FUNDING 2008 1-PLC | REED SMITH LLP ATTN: TAMARA BOX THE BROADGATE TOWER 20 PRIMROSE STREET LONDON EC2A 2RS UNITED KINGDOM |
| MORTGAGE FUNDING 2008 1-PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| MOTOR INSURERS' BUREAU OF HONG KONG | LEVEL 28, THREE PACIFIC PLACE 1 QUEEN'S ROAD EAST HONG KONG |
| MOTOR INSURERS' BUREAU OF HONG KONG | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| MT. WILSON CLO II LTD | C/O WESTERN ASSET MANAGEMENT COMPANY 385 E COLORADO BLVD PASADENA CA 91101 |
| MTR CORPORATION LIMITED PROVIDENT FUND SCHEME | 22/F, MTR HEADQUARTERS BUILDING, TELFORD PLAZA KOWLOON BAY, KOWLOON HONG KONG |
| MTR CORPORATION LIMITED RETIREMENT SCHEME | 22/F, MTR HEADQUARTERS BUILDING, TELFORD PLAZA KOWLOON BAY, KOWLOON HONG KONG |
| MUNCHENER HYPOTHEKEN EG | C/O ALSTON & BIRD LLP ATTN: WILLIAM SUGDEN, ESQ 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| MUNICIPAL CORRECTIONS FINANCE LP | ALVAREZ & MARSAL ATTN: MICHAEL RIOS 1271 AVENUE OF AMERICAS, 39TH FLOOR NEW YORK NY 10020 |
| MUNICIPAL CORRECTIONS FINANCE LP | ATTN: DONOVAN HICKS 5565 BANKERS AVENUE BATON ROUGE LA 70808 |
| MUNICIPALITY FINANCE PLC | ATTN: LEGAL COUNSEL MATTI KANERVA P.O. BOX 744 ANTINKATU 3C, 5TH FLOOR 00101 HELSINKI FINLAND |
| MUNICIPALITY FINANCE PLC | MIKKO OJALA PELTONEN, RUOKONEN & ITAINEN LTD, ATTORNEYS AT LAW FABIANINKATU 23 HELSINKI 00130 FINLAND |
| MUNICIPALITY FINANCE PLC | JORDAN A. WISHNEW MORRISON FOERSTER LLP 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| NATIONAL AUSTRALIA BANK LIMITED | ATTN: PATRICK RYAN 245 PARK AVENUE FLOOR 28 NEW YORK NY 10167 |
| NATIONAL AUSTRALIA BANK LIMITED | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ESQ 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| NATIONAL BANK OF CANADA | ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL QC H3B 4L2 CANADA |
| NATIONAL BANK OF CANADA | MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| NATIONAL CITY BANK | PENELOPE CHRISTOPHOROU CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| NATIONAL CITY BANK | C/O PNC BANK, NATIONAL ASSOCIATION ATTN: HEATHER JORGENSON ONE PNC PLAZA 249 FIFTH AVENUE, 9TH FLOOR PITTSBURGH PA 15222 |
| NATIONAL IRISH BANK PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| NATIONAL IRISH BANK PENSION SCHEME | ATTN: ENDA MCMAHON ATTN: KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| NATIONAL IRISH BANK PENSION SCHEME | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST (ACT | CURRENCY STRATEGY) (103637) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST (ACT | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| NATIONWIDE LIFE INSURANCE COMPANY (INC) | ATTENTION: NATIONWIDE INVESTMENTS - DERIVATIVES ONE NATIONWIDE PLAZA COLOMBUS OH 43215 |
| NATIXIS | ATTN: THOMAS G. SHARPE 9 WEST 57TH STREET, 15TH FLOOR NEW YORK NY 10019 |
| NATIXIS FINANCIAL PRODUCTS INC | ATTN: THOMAS G. SHARPE 9 WEST 57TH STREET, 15TH FLOOR NEW YORK NY 10019 |
| NATIXIS FINANCIAL PRODUCTS INC | ATTN: THOMAS SHARPE 9 WEST 57TH STREET, 15TH FLOOR NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| NESTLE IN THE USA PENSION TRUST | C/O NESTLE RETIREMENT INVESTMENTS ATTN: KARIN BRODBECK 777 W. PUTNAM AVENUE GREENWICH CT 06830 |
| NEW IRELAND SUPERANNUATION FUND | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| NEW IRELAND SUPERANNUATION FUND | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY | NIXON PEABODY LLP ATTN: ELIZABETH M. COLUMBO, ESQ. 437 MADISON AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY | ATTN: MAUREEN BABIS, EXECUTIVE DIRECTOR 110 WILLIAM STREET NEW YORK NY 10038 |
| NEW YORK CITY MUNICIPAL WATER FINANCE AUTHORITY | ATTN: THOMAS PAOLICELLI, EXECUTIVE DIRECTOR 75 PARK PLACE NEW YORK NY 10007 |
| NEW YORK CITY MUNICIPAL WATER FINANCE AUTHORITY | ORRICK, HERRINGTON, SUTCLIFFE, LLP ATTN: LORRAINE MCGOWEN 51 WEST 52ND STREET NEW YORK NY 10019 |
| NEWS AMERICA INCORPORATED | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| NEWS AMERICA INCORPORATED | C/O RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| NEWTONVILLE PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| NEXEN MARKETING | ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY AB T2P 3P7 CANADA |
| NEXEN MARKETING | TRANSFEROR: NEXEN MARKETING SINGAPORE PTELTD ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY AB T2P 3P7 CANADA |
| NEXEN MARKETING | TRANSFEROR: NEXEN ENERGY MARKETING EUROPE LIMITED ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY AB T2P 3P7 CANADA |
| NEXGEN CAPITAL LIMITED | ATTN: CLAIRE CUNNEEN, LEGAL DEPARTMENT ORMONDE HOUSE 12 LOWER LEESON STREET DUBLIN 2 IRELAND |
| NEXGEN CAPITAL LIMITED | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO; ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD | C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD | NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD C/O NEXSTAR CAPITAL PARTNERS, LLC ATTN: KRISTEN HAMRAHI 780 THIRD AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD | C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD | KIRSTEN HAMRAHI NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD. C/O NEXSTAR CAPITAL PARTNERS, LLC 780 THIRD AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| NOMURA INTERNATIONAL PLC | ATTN: ROBERT EVELEIGH 1 ANGEL LANE LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | DOUGLAS P BARTNER / SOLOMON J. NOH SHERMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| NOMURA INTERNATIONAL PLC | ROBERT PIASIO NOMURA INTERNATIONAL PLC 2 WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| NOMURA SECURITIES CO. LTD. | C/O HIROAKI USUI; TRANSACTION LEGAL DEPT URBANNET OTEMACHI BUILDING 2-2-2 OTEMACHI, CHIYODA-KU TOKYO 100-8130 JAPAN |
| NOMURA SECURITIES CO. LTD. | DOUGLAS P BARTNER / SOLOMON J NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| NOMURA SECURITIES CO., LTD. | TRANSFEROR: ASAHI MUTUAL LIFE INSURANCE CO. FINANCIAL PRODUCT DEPARTMENT 2-2-2, OTEMACHI, CHIYODAKU TOKYO JAPAN |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | ATTN: SUSANNE KOLDEWEY ATTN: DR. SASCHA LOTZE FRIEDRICHSWALL 10 HANNOVER 30159 GERMANY |
| NORDEA BANK AB | ATTN: MARIA KRONSTROM SMALANDSGATAN 17 STOCKHOLM SE-105 71 SWEDEN |

| Claim Name | Address Information |
|---|---|
| NORDEA BANK AB | STROOCK & STROOCK & LAVAN LLP ATTN: ANDREW DENATALE, ESQ. 180 MAIDEN LANE NEW YORK NY 10038 |
| NORDEA BANK AB (PUBL) | ATTN: MARIA KRONSTROM SMALANDSGATAN 17 STOCKHOLM SE-105 71 SWEDEN |
| NORDEA BANK AB (PUBL) | ANDREW P. DENATALE, ESQ. STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| NORDEA BANK FINLAND PLC | ATTN: MARIA KRONSTROM SMALANDSGATAN 17 STOCKHOLM SE-105 71 SWEDEN |
| NORDEA BANK FINLAND PLC | SMALANDSGATAN 17 ATTN: MARIA KRONSTROM STOCKHOLM SE-105 71 SWEDEN |
| NORDEA BANK FINLAND PLC | STROOCK & STROOCK & LAVAN LLP ATTN: ANDREW DENATALE, ESQ 180 MAIDEN LANE NEW YORK NY 10038 |
| NORDEA BANK FINLAND PLC | STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE ATTN: ANDREW DENATALE, ESQ. NEW YORK NY 10038 |
| NORDEA BANK FINLAND PLC (PUBL) | ATTN: MARIA KRONSTROM SMALANDSGATAN 17 STOCKHOLM SE-105 71 SWEDEN |
| NORDEA BANK FINLAND PLC (PUBL) | ANDREW P. DENATALE, ESQ. STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| NORTH AMERICAN COMPANY FOR LIFE & HEALTH INSURANCE | C/O GUGGENHEIM PARTNERS ASSET MANAGEMENT, INC. ATTN: ROY CORR 100 WILSHIRE BOULEVARD, 5TH FLOOR SANTA MONICA CA 90401 |
| NORTHERN TRUST FUND SERVICES (IRELAND) LTD ON BEHA | STRATEGY FUND, GLOBAL BOND SUB-FUND (103644) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| NORTHERN TRUST FUND SERVICES (IRELAND) LTD ON BEHA | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| NORTHSIDE GUARANTY, LLC | ONE OVERTON PARK, SUITE 400 3625 CUMBERLAND BOULEVARD ATLANTA GA 30339 |
| NRC PARTNERS, L.P. | ATTN: JOHN H. FANT 201 MAIN STREET SUITE 3100 FORT WORTH TX 76102 |
| NRC PARTNERS, L.P. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| NRW.BANK | ATTN: DR. TORSTEN FREUND, LEGAL DEPARTMENT KAVALLERIESTRASSE 22 40213 DUSSELDORF GERMANY DUSSELDORF 40213 GERMANY |
| NRW.BANK | MICHAEL H. TORKIN ESQ. SOLOMAN J. NOH ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVE. NEW YORK NY 10022 |
| NTGI-QM COLLECTIVE DAILY ALL COUNTRY WORLD | INDEX EX-US EQUITY FUND-LENDING ATTN: DIEDRE ROWAN 50 S. LASALLE ST., (C-4) CHICAGO IL 60603 |
| NUI GALWAY PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| NUI GALWAY PENSION SCHEME | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO / DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| NUVEEN GLOBAL GOVERNMENT ENHANCED INCOME FUND | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN GLOBAL GOVERNMENT ENHANCED INCOME FUND | C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY - GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| NUVEEN INTERNATIONAL INCOME MANAGED ACCOUNTS PORTF | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN INTERNATIONAL INCOME MANAGED ACCOUNTS PORTF | C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY - GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| NUVEEN MULTI-STRATEGY INCOME FUND | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN MULTI-STRATEGY INCOME FUND | C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY - GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| NUVEEN SHORT DURATION BOND FUND | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W. WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN SHORT DURATION BOND FUND | C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY - GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| O'CONNOR GLOBAL FUNDAMENTAL MARKET NEUTRAL LONG/SH | C/O UBS FUND SERVICES (CAYMAN) LTD. UBS HOUSE 227 ELGIN AVENUE PO BOX 852 GEORGE TOWN GRAND CAYMAN KY1-1103 CAYMAN ISLANDS |
| O'CONNOR GLOBAL FUNDAMENTAL MARKET NEUTRAL LONG/SH | UBS O'CONNOR LLC ATTN: NICOLE TORTAROLO 299 PARK AVENUE NEW YORK NY 10171 |
| O'CONNOR GLOBAL MULTI-STRATEGY ALPHA | C/O UBS FUND SERVICES (CAYMAN) LTD, UBS HOUSE 227 ELGIN AVENUE P.O. BOX 852 |

| Claim Name | Address Information |
|---|---|
| MASTER LIMITE | GEORGE TOWN KY1-1103 CAYMAN ISLANDS |
| O'CONNOR GLOBAL MULTI-STRATEGY ALPHA MASTER LIMITE | ATTN: NICOLE TORTAROLO UBS O'CONNOR LLC 299 PARK AVENUE NEW YORK NY 10171 |
| O.M.I. PROVINCIAL ACCOUNT | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| O.M.I. PROVINCIAL ACCOUNT | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| OAK HILL SECURITIES FUND II LP | C/O OAK HILL ADVISORS, L.P. 1114 AVENUE OF THE AMERICAS, 27TH FLOOR NEW YORK NY 10036 |
| OAK HILL SECURITIES FUND II LP | OAK HILL ADVISORS, L.P. 201 MAIN STREET, SUITE 1250 FORT WORTH TX 76112 |
| OAK HILL SECURITIES FUND LP | OAK HILL SECURITIES FUND, L.P. C/O OAK HILL ADVISORS, L.P. 1114 AVENUE OF THE AMERICAS, 27TH FLOOR NEW YORK NY 10036 |
| OAK HILL SECURITIES FUND LP | OAK HILL ADVISORS, L.P. ATTN: SCOTT KRASE 201 MAIN STREET, SUITE 1250 FORT WORTH TX 76102 |
| OAKTREE HUNTINGTON INVESTMENT FUND, L.P. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL), L.P. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017 |
| OAKTREE OPPORTUNITIES FUND VIII, L.P. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017 |
| OC/SD MEZZ 1 LLC | KIRKLAND & ELLIS LLP ATTN: EDWARD O SASSOWER & SCOTT J. GORDON 601 LEXINGTON AVE NEW YORK NY 10022 |
| OC/SD MEZZ 1 LLC | C/O ARCHSTONE ATTN: ARIEL AMIR 9200 EAT PANORAM CIRCLE, SUITE 400 ENGLEWOOD CO 80112 |
| OCH-ZIFF CAPITAL STRUCTURE ARBITRAGE | MASTER FUND, LTD. C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OCH-ZIFF CAPITAL STRUCTURE ARBITRAGE | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| OCM OPPORTUNITIES FUND VIIB (PARALLEL), L.P. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P. | ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, L.P. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017 |
| OCTAVIAN MULTISTRATEGY SPC - SYSTEMATIC CURRENCY S | C/- RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| OFID - OPEC FUND FOR INTERNATIONAL DEVELOPMENT | PARKRING 8 VIENNA 1010 AUSTRIA |
| OFID - OPEC FUND FOR INTERNATIONAL DEVELOPMENT | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| OLD LANE FINANCIAL PRODUCTS, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS ATTN: DOUGLAS R. DAVIS NEW YORK NY 10019-6064 |
| OLD LANE FINANCIAL PRODUCTS, L.P. | ATTN: MILLIE KIM 399 PARK AVENUE, 7TH FLOOR NEW YORK NY 10022 |
| OLIFANT FUND, LTD. | C/O BRACEBRIDGE CAPITAL, LLC ATTN: MR. JOHN SPINNEY 500 BOYLSTON STREET, 17TH |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| OLIFANT FUND, LTD. | FLOOR BOSTON MA 02116 |
| OLIFANT FUND, LTD. | D. ROSS MARTIN 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| OLIFANT FUND, LTD. | D. ROSS MARTIN ROPES AND GRAY LLP 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| ONTARIO TEACHERS' PENSION PLAN BOARD | ATTN: JEFF DAVIS 5650 YONGE STREET SUITE 500 TORONTO ON M2M 4H5 CANADA |
| ONTARIO TEACHERS' PENSION PLAN BOARD | SHEARMAN & STERLING LLP SOLOMON J. NOH 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ONYX FINANCE LIMITED | ATTN: DEAN GODWIN (RE 2001-1 SERIES) MOURANT & CO. LIMITED 22 GRENVILLE STREET ST. HELIER, JERSEY JE4 8PX UNITED KINGDOM |
| ONYX FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ONYX FUNDING LIMITED -SERIES 2006-1 | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ONYX FUNDING LIMITED -SERIES 2006-1 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ORE HILL HUB FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O ORE HILL PARTNERS LLC ATTN: KATE SINOPOLI 650 FIFTH AVENUE NEW YORK NY 10019 |
| ORE HILL HUB FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O GLG ORE HILL LLC 650 FIFTH AVE., 9TH FLOOR NEW YORK NY 10019 |
| OZ ASIA MASTER FUND, LTD. | C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ ASIA MASTER FUND, LTD. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| OZ ASIA MASTER FUND, LTD. | C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ EUROPE MASTER FUND, LTD. | C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ EUROPE MASTER FUND, LTD. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| OZ EUROPE MASTER FUND, LTD. | C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ GLOBAL SPECIAL INVESTMENTS | MASTER FUND, LP C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ GLOBAL SPECIAL INVESTMENTS | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| OZ MASTER FUND, LTD | C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ MASTER FUND, LTD. | C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ MASTER FUND, LTD. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PACIFIC INVESTMENT MANAGEMENT COMPANY LLC | ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC LIFE FUNDS | PL INFLATION MANAGED FUND 700 NEWPORT CENTER DR NEWPORT BEACH CA 92660 |
| PACIFIC LIFE FUNDS | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC LIFE INSURANCE COMPANY | BY ALLIANCEBERNSTEIN L.P., AS INVESTMENT ADVISER 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| PACIFIC LIFE INSURANCE COMPANY | 700 NEWPORT CENTER DR NEWPORT BEACH CA 92660-6397 |
| PACIFIC SELECT FUND | INFLATION MANAGED PORTFOLIO 700 NEWPORT CENTER DR NEWPORT BEACH CA 92660 |
| PACIFIC SELECT FUND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFICCORP RETIREMENT PLAN | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| PACIFICCORP RETIREMENT PLAN | C/O RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| PALOMA INDUSTRIES NOGATA PLANT LTD | HIDEHIKO SUZUKI CLIFFORD CHANCE LAW OFFICE (GAIKOKUHO KYODO JIGYO) AKASAKA TAMEIKE TOWER, 6TH FLOOR, 2-17-7, AKASAKA, MINATO-KU TOKYO 107-0052 JAPAN |
| PALOMA INDUSTRIES NOGATA PLANT LTD | C/O AUTUMN D. HIGHSMITH 2323 VICTORY AVE., STE 700 DALLAS TX 75219-7673 |
| PAPILLON, MARIE J. | 16426 NE 31ST AVENUE NORTH MIAMI BEACH FL |
| PAPILLON, MARIE J. | MCDERMOTT WILL & EMERY LLP ATTN: NATHAN F. COCO, CHARLES E. LEVIN 227 WEST MONROE STREET SUITE 4700 CHICAGO IL 60606-5096 |
| PAR-FOUR MASTER FUND LTD | EDWARD LABRENZ PAR-FOUR MASTER FUND, LTD. C/O PAR-FOUR INVESTMENT MANAGEMENT, LLC 50 TICE BOULEVARD WOODCLIFF LAKE NJ 07677 |
| PAR-FOUR MASTER FUND LTD | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| PARIS PRIME COMMERCIAL REAL ESTATE FCC | A FRENCH FONDS COMMUN DE CREANCES REPRESENTED BY EUROTITRISATION C/O GIDE LOYRETTE LLP ATTN: VANESSA TOLLIS, ESQ. 120 W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036 |
| PARIS, FRANK M. | C/O STEVEN JAKUBOWSKI THE COLEMAN LAW FIRM 77 WEST WACKER DRIVE SUITE 4800 CHICAGO IL 60601 |
| PARKCENTRAL GLOBAL HUB LIMITED | ATTN: CHARLES THRESH, JAMES BENNETT, PETER LOGIE C/O KPMG ADVISORY LIMITED CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM 08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | LEH CRED NUM: 1000197052 C/O KPMG ADVISORY LIMITED ATTENTION: CHARLES THRESH CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM 08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | JAMES BENNETT LEH CRED NUM: 1000197052 C/O KPMG ADVISORY LIMITED CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | PETER LOGIE LEH CRED NUM: 1000197052 C/O KPMG ADVISORY LIMITED CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | DEBEVOISE & PLIMPTON LLP ATTN: RICHARD F. HAHN, BRYAN R. KAPLAN 919 THIRD AVENUE NEW YORK NY 10022 |
| PARKCENTRAL GLOBAL HUB LIMITED | RICHARD F. HAHN DEBEVOISE & PLIMPTON LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| PARKCENTRAL GLOBAL HUB LIMITED | BRYAN R. KAPLAN DEBEVOISE & PLIMPTON LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| PARKING AUTHORITY OF THE CITY OF HAWTHORNE, CA | ATTN: JAG PATHIRANA 4455 WEST 16TH STREET HAWTHORNE CA 90250 |
| PARKING AUTHORITY OF THE CITY OF HAWTHORNE, CA | MARK GORTON, ESQ. MCDONOUGH HOLLAND & ALLEN PC 500 CAPITOL MALL, 18TH FLOOR SACRAMENTO CA 95814 |
| PARS ASPIRE FUND - (#4817) | ATTN: TOM RICE 49, AVENUE J.F. KENNEDY L-1855 LUXEMBOURG LUXEMBOURG |
| PARS ASPIRE FUND - (#4817) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE SUITE 100 ATTN: KEVIN BROADWATER NEWPORT BEACH CA 92660 |
| PAUL HAMLYN FOUNDATION | 18 QUEEN ANNE'S GATE LONDON SWIH 9AA UNITED KINGDOM |
| PAUL HAMLYN FOUNDATION | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD | TRANSFEROR: SHINYOUNG SECURITIES CO., LTD. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION C/O PAULSON & CO LTD 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 1251 AVENUE OF AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PB INSTITUTIONAL LIMITED PARTNERSHIP | C/O THE BAUPOST GROUP LLC ATTN: SCOTT STONE 10 ST. JAMES AVENUE, SUITE 2000 BOSTON MA 02116 |
| PEARL ASSURANCE LIMITED | C/O HENDERSON GLOBAL INVESTORS LIMITED ATTN: GRAHAM FOGGIN 201 BISHOPSGATE LONDON EC2M 3AE UNITED KINGDOM |
| PEARL ASSURANCE LIMITED | BINGHAM MCCUTCHEN LLP ATTN: CHRISTINE AYOTTE-BRENNAN BOSTON MA 02110 |
| PEARL FINANCE PLC - SERIES 2003-8 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA- VP, GLOBAL CORP TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| PEARL FINANCE PLC - SERIES 2003-8 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED |

| Claim Name | Address Information |
|---|---|
| PEARL FINANCE PLC – SERIES 2003-8 | KINGDOM |
| PEARL FINANCE PLC – SERIES 2003-8 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| PEARL FINANCE PLC – SERIES 2003-8 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 134 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PEBBLE CREEK LCDO 2006-1 LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2006-1 LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. MARK ELLENBERG, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| PEBBLE CREEK LCDO 2006-1 LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| PEBBLE CREEK LCDO 2006-1 LTD | CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET MARK ELLENBERG, ESQ. WASHINGTON DC 20001 |
| PEBBLE CREEK LCDO 2006-1 LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| PEBBLE CREEK LCDO 2007-3, LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2007-3, LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. MARK ELLENBERG, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| PEBBLE CREEK LCDO 2007-3, LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET, NW WASHINGTON DC 20001 |
| PEBBLE CREEK LCDO 2007-3, LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET NW WASHINGTON DC 20004 |
| PENN MUTUAL LIFE INSURANCE COMPANY | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PENN MUTUAL LIFE INSURANCE COMPANY | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PENN MUTUAL LIFE INSURANCE COMPANY | ATTN: JOSHUA MYERS 600 DRESHER ROAD, C1A HORSHAM PA 19044 |
| PENN VIRGINIA CORPORATION | THREE RADNOR CORPORATE CENTER, SUITE 300 100 MATSONFORD ROAD RADNOR PA 19087 |
| PENSION ASSET COMMITTEE OF TWIN CITIES HOSPITALS – | 101 PARK AVENUE ATTN: ROBERT MENDELSON, MORGAN, LEWIS & BOCKIUS LLP NEW YORK NY 10178 |
| PENSION ASSET COMMITTEE OF TWIN CITIES HOSPITALS – | ASSOCIATION PENSION PLAN, C/O SUSAN SLOCUM 3001 METRO DRIVE # 500 BLOOMINGTON MN 55425 |
| PENSION FUND OF THE CHRISTIAN CHURCH (DISCIPLES OF | ATTN: DAVID STONE 130 EAST WASHINGTON STREET INDIANAPOLIS IN 46204 |
| PENSION RESERVES INVESTMENT TRUST | ATTN: STANLEY MAVROMATES 84 STATE STREET SUITE 250 BOSTON MA 02109 |
| PENSIONSKASSE UNILEVER SCHWEIZ | EMIL SOLIVA, RENSION FUND MANAGER FRAND WIDEMEIJER, MEMBER BOARD OF TRUSTEES HINTERBERGSTRASSE 28, PO BOX 5364 6330  CHAM SWITZERLAND |
| PEOPLE'S BANK OF CHINA | C/O STATE ADMINISTRATION OF FOREIGN EXCHANGE ATTN: MS. WAN TONGJUN & MR. CUI HAILIANG 3/F PING'AN MANSION 23 JINRONG STREET, XICHENG DISTRICT BEIJING 100140 CHINA |
| PERRY PARTNERS INTERNATIONAL, INC | C/O PERRY CORP ATTN: MICHAEL NEUS 767 FIFTH AVENUE 19TH FLOOR NEW YORK NY 10153 |
| PERRY PARTNERS LP | ATTN: MICHAEL NEUS 767 FIFTH AVENUE 19TH FLOOR NEW YORK NY 10153 |
| PERRY PRINCIPALS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O PERRY CAPITAL, L.L.C. ATTN: AARON ZELIG 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153 |
| PGL PENSION SCHEME | 1 WYTHALL GREEN WAY WYTHALL, BIRMINGHAM B47 6WG UNITED KINGDOM |
| PGL PENSION SCHEME | IGNIS INVESTMENT SERVICES LIMITED LEGAL DEPT. ATTN: COLIN HAY 50 BOTHWELL STREET GLASGOW G2 6HR UNITED KINGDOM |
| PGL PENSION SCHEME | JAMES O. MOORE 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PHARO MASTER FUND, LTD | ATTN: JEFF HANLON 1370 AVENUE OF THE AMERICAS SUITE 2603 NEW YORK NY 10019 |
| PHARO MASTER FUND, LTD | KATTEN MUCHIN ROSENMAN LLP ATTN: MARILYN SELBY OKOSHI 575 MADISON AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| PHILIPPINE AIRLINES, INC. | ATTN: MICHAEL TAN, AVP TREASURY 5TH FLOOR PNB FINANCIAL CENTER PRES. DIOSDADO P. MACAPAGAL AVE. CCP COMPLEX PASAY CITY 1200 PHILIPPINES |
| PHILIPS PENSION TRUSTEES LTD, | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PHILIPS PENSION TRUSTEES LTD, | AS TRUSTEE OF THE PHILIPS PENSION FUND C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| PHOENIX 2002-1 LIMITED | C/O THE BANK OF NEW YORK MELLON GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP ATTN: SANJAY JOBANPUTRA ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| PHOENIX 2002-1 LIMITED | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PHOENIX 2002-2 LIMITED | C/O THE BANK OF NEW YORK MELLON GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP ATTN: SANJAY JOBANPUTRA ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| PHOENIX 2002-2 LIMITED | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PHOENIX F1 | NEUBRANDENBURGSTRASSE S.A.R.L ATTN: COLIN BLACKMORE JER REAL ESTATE ADVISORS (UK) LTD. CLARGES HOUSE, CLARGES STREET LONDON W1J 8AD UNITED KINGDOM |
| PHOENIX F1 | MICHAEL H. TORKIN ESQ. & NED S. SCHODEK ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PILSUDSKI FUND LIMITED (FORMERLY MAC PILSUDSKI 20A | C/O MAN INVESTMENTS LIMITED ATTN: KIRSTEN ROGERS & MARGO JENSEN SUGAR QUAY, LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |
| PILSUDSKI FUND LIMITED (FORMERLY MAC PILSUDSKI 20A | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE AND GAVIN WOODS 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| PIMCO ABSOLUTE RETURN STRATEGY II CAYMAN UNIT TRUS | ATTN: RICHARD LEBRUN BUTTERFIELD HOUSE FORT STREET, P.O. BOX 2330 SUITE 100 GEORGETOWN CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY II CAYMAN UNIT TRUS | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY II MASTER FUND LDC | ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY II MASTER FUND LDC | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY III - (#4803) | ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY III - (#4803) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY IV EFUND - (#4899) | PIMCO OFFSHORE FUNDS ATTN: RICHARD LEBRUN 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY IV EFUND - (#4899) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY IV IDF LLC (#3994) | ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGETOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY IV IDF LLC (#3994) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY IV MASTER FUND LDC | ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGETOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY IV MASTER FUND LDC | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY V (#4825) | ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY V (#4825) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY V ALPHA FUND - (#49 | PIMCO OFFSHORE FUNDS ATTN: RICHARD LEBRUN 87 MARY STREET, GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY V ALPHA FUND - (#49 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 MEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| PIMCO BERMUDA FOREIGN LOW DURATION FUND – (#2742) | PIMCO BERMUDA TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO BERMUDA FOREIGN LOW DURATION FUND – (#2742) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA GLOBAL AGGREGATE EX-JAPAN BOND FUND | PIMCO BERMUDA TRUST III ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO BERMUDA GLOBAL AGGREGATE EX-JAPAN BOND FUND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA GLOBAL BOND EX-JAPAN FUND – (# 3738) | PIMCO BERMUDA TRUST IV ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO BERMUDA GLOBAL BOND EX-JAPAN FUND – (# 3738) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA GLOBAL HIGH YIELD STRATEGY FUND  (#3 | PIMCO BERMUDA TRUST IV ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO BERMUDA GLOBAL HIGH YIELD STRATEGY FUND  (#3 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA LIBOR PLUS FUND (M) – (#2739) | PIMCO BERMUDA TRUST II ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO BERMUDA LIBOR PLUS FUND (M) – (#2739) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA US LOW DURATION FUND– (2741) | PIMCO BERMUDA TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL AGGREGATE BOND FUND –(#2733) | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL AGGREGATE BOND FUND –(#2733) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN (YEN-HEDGED | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN (YEN-HEDGED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN BOND FUND – | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN BOND FUND – | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN INCOME FUND | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN INCOME FUND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN YEN-HEDGED | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 SUITE 100 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN YEN-HEDGED | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET PO BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN YEN-HEDGED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN YEN-HEDGED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL EX-JAPAN (YEN-HEDGED) BOND FUN | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL EX-JAPAN (YEN-HEDGED) BOND FUN | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL EX-JAPAN BOND (#2730) | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL EX-JAPAN BOND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT |

| Claim Name | Address Information |
|---|---|
| (#2730) | CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL HIGH INCOME FUND (#2764) | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL HIGH INCOME FUND (#2764) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTRAL DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL LIBOR PLUS (U. S. DOLLAR- HEDG | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P. O. BOX 2330 GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL LIBOR PLUS (U. S. DOLLAR- HEDG | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL MULTIPLE REAL RETURN FUND – (# | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL MULTIPLE REAL RETURN FUND – (# | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO COMMODITYREALRETURN STRATEGY FUND – (#731) | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO COMMODITYREALRETURN STRATEGY FUND – (#731) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO COMMODITYREALRETURN STRATEGY PORTFOLIO – (#6 | PIMCO VARIABLE INSURANCE TRUST ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO COMMODITYREALRETURN STRATEGY PORTFOLIO – (#6 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO EMERGING MARKETS BOND FUND (#771) | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO EMERGING MARKETS BOND FUND (#771) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO EMERGING MARKETS BOND FUND (M) – (#2737) | PIMCO BERMUDA TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET PO BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO EMERGING MARKETS BOND FUND (M) – (#2737) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO EMERGING MARKETS BOND PORTFOLIO – (#688) | PIMCO VARIABLE INSURANCE TRUST ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO EMERGING MARKETS BOND PORTFOLIO – (#688) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FOREIGN BOND FUND (U.S. DOLLAR-HEDGED) – (#7 | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO FOREIGN BOND FUND (U.S. DOLLAR-HEDGED) – (#7 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FOREIGN BOND FUND (UNHEDGED) – (#719) | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO FOREIGN BOND FUND (UNHEDGED) – (#719) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL BOND FUND (UNHEDGED) (#775) | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL BOND FUND (UNHEDGED) (#775) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL BOND FUND (US DOLLAR-HEDGED) (#785) | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL BOND FUND (US DOLLAR-HEDGED) (#785) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL BOND PORTFOLIO (UNHEDGED) – (# 2680) | PIMCO VARIABLE INSURANCE TRUST ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL BOND PORTFOLIO (UNHEDGED) – (# 2680) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL BOND STRATEGY FUND – | PIMCO BERMUDA TRUST IV ATTN: SCOTT CARNACHAN BUTTERFIEDL HOUSE FORT STREET |

| Claim Name | Address Information |
|---|---|
| (#3751) | P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO GLOBAL BOND STRATEGY FUND – (#3751) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL STOCKS PLUS & INCOME FUND (# 429) | ATTN: LAWRENCE G. ALTADONNA, TREASURER 1633 BROADWAY, 41ST FLOOR NEW YORK NY 10019 |
| PIMCO REAL ESTATE REAL RETURN STRATEGY FUND (#788) | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO REAL ESTATE REAL RETURN STRATEGY FUND (#788) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO REAL RETURN FUND – (# 795) | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO REAL RETURN FUND – (# 795) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO REAL RETURN PORTFOLIO – (#691) | PIMCO VARIABLE INSURANCE TRUST ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO REAL RETURN PORTFOLIO – (#691) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO REAL RETURN TRUST – (#6031) | PIMCO COLLECTIVE INVESTMENT TRUST P.O. BOX 52129 PHOENIX AZ 85072 |
| PIMCO REAL RETURN TRUST – (#6031) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN:  KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PINEY BRANCH PARK INC | ROBIN E. KELLER, ESQ. 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| PINEY BRANCH PARK INC | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| PINEY BRANCH PARK INC. | LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| PINEY BRANCH PARK INC. | C/O QVT FINANCIAL LP 1177 AVENUE OF THE AMERICAS, 9TH FL NEW YORK NY 10036 |
| PING EXCEPTIONAL VALUE MASTER FUND L.P. | ATTN: AMBROSE PAXSON 28 WEST 44TH STREET, 15TH FLOOR NEW YORK NY 10036 |
| PING EXCEPTIONAL VALUE MASTER FUND L.P. | KEVIN SCANLAN DECHERT LLP 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PINNACLE AMERICAN CORE PLUS BOND FUND | CHRISTINE DE LIMA, SCOTIA CAPITAL INC. 40 KING STREET WEST, 16TH FLOOR TORONTO ON M5H 1H1 CANADA |
| PINNACLE AMERICAN CORE PLUS BOND FUND | ROBERT MENDELSON MORGAN LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY 10178 |
| PIONEER FUNDS- US RESEARCH FUND | F/K/A PIONEER FUNDS- US EQUITY 130/30 C/O PIONEER INVESTMENT MANAGEMENT, INC ATTN: LEGAL DEPARTMENT SKIP NAUMNIK & ELLIOTT DOBIN, ESQ 60 STATE STREET, 13TH FLOOR BOSTON MA 02109 |
| PIONEER FUNDS- US RESEARCH FUND | CHRISTINE BRENNAN BINGHAM MCCUTCHEN LLP ONE FEDERAL STREET BOSTON MA 02110 |
| PJ CARROLL & CO LTD PENSION PLAN FOR SALARY & FACT | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| PJ CARROLL & CO LTD PENSION PLAN FOR SALARY & FACT | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| PJM INTERCONNECTION, LLC | SCHNADER HARRISON SEGAL & LEWIS LLP C/O NICHOLAS J. LEPORE, III 1600 MARKET STREET, SUITE 3600 PHILADELPHIA PA 19103 |
| PJM INTERCONNECTION, LLC | C/O NICHOLAS J. LEPORE, III SCHNADER HARRISON SEGAL & LEWIS LLP 1600 MARKET STREET, STE 3600 PHILADELPHIA PA 19103 |
| PMT CREDIT OPPORTUNITIES FUND LTD | TRANSFEROR: BARCLAYS BANK PLC C/O GLG ORE HILL LLC 650 FIFTH AVE., 9TH FLOOR NEW YORK NY 10019 |
| PMT CREDIT OPPORTUNITIES FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O ORE HILL PARTNERS LLC ATTN: KATE SINOPOLI 650 FIFTH AVENUE NEW YORK NY 10019 |
| POLARIS INVESTMENT SA | POLARIS FUND GED GLOBAL BOND TOTAL REF. III ATTN: FRANCESCO GENTILONI SKVERI, MANAGING DIRECTOR 5, ALLEE SCHEFFER L-2520 LUXEMBOURG |
| POLARIS INVESTMENT SA | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| POLLYSON INTERNATIONAL LIMITED | CLIFFORD CHANCE ATTN: PAGET DARE BRYAN AND ALEX CHEUNG 28/F, JARDINE HOUSE ONE CONNAUGHT PLACE, CENTRAL HONG KONG |
| POLLYSON INTERNATIONAL LIMITED | ATTN: MR. TIMON LIU C/O PO BOX 210, 1ST FLOOR, NO. 1 THE MEWS ANN STREET, ST. HELIER, JERSEY CHANNEL ISLANDS JE4 8SY UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| POLLYSON INTERNATIONAL LIMITED | ATTN: MR. TIMON LIU C/O PO BOX 210, 1ST FLOOR, NO. 1 MEWS ANN STREET, ST. HELIER, JERSEY CHANNEL ISLANDS JE4 8SY UNITED KINGDOM |
| POLLYSON INTERNATIONAL LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER DEMARCO AND DAVID SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| PORT OF TACOMA | EUNICE RIM K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PORT OF TACOMA | C/O K&L GATES LLP ATTN: DAVID C NEU, ESQ. 925 FOURTH AVENUE SUITE 2900 SEATTLE WA 98104 |
| POSILLIPO FINANCE II S. R. L. | C/O SIMMONS & SIMMONS ATTN: MICHEAL DODSON VIA DI SAN BASILIO ROME 00187 ITALY |
| POSILLIPO FINANCE II S. R. L. | C/O SIMMONS & SIMMONS ATTN: MICHEAL DODSON VIA DI SAN BASILIO ROME 00187 ITALY |
| POSILLIPO FINANCE II S. R. L. | VIA ELEONORA DUSE 53 ROME 00197 ITALY |
| POSILLIPO FINANCE II S. R. L. | C/O BALNK ROME LLP ATTN: ANDREW ECKSTEIN THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| POSILLIPO FINANCE II S. R. L. | C/O BLANK ROME LLP ATTN: ANDREW ECKSTEIN THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| POSILLIPO FINANCE II S.R.L. | CLIFFORD CHANCE US LLP ATTENTION: JENNIFER B. PREMISLER 31 WEST 52ND STREET NEW YORK NY 10019-6131 |
| POSILLIPO FINANCE S. R. L. | SIMMONS & SIMMONS ATTN: MICHAEL DIDSON VIA DI SAN BASILIO 72 ROME 00187 ITALY |
| POSILLIPO FINANCE S. R. L. | VIA GUSTAVO FARA 35 MILAN 20124 ITALY |
| POSILLIPO FINANCE S. R. L. | C/O BLANK ROME ATTN: ANDREW ECKSTEIN THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| POTOMAC RIVER CAPITAL MASTER FUND, L.P. | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| POTOMAC RIVER CAPITAL MASTER FUND, L.P. | C/O POTOMAC RIVER CAPITAL LLC 1750 K STREET, NW SUITE 1200 WASHINGTON DC 20006 |
| POUDRE VALLEY HEALTH CARE INC | ATTN: STEVE ELLSWORTH 2315 E. HARMONY ROAD SUITE 200 FORT COLLINS CO 80528 |
| POWER SECTOR ASSETS AND LIABILITIES MGMT. CORP. | JOHN YEAP PINSENT MASONS 50TH FLOOR, CENTRAL PLAZA 18 HARBOUR ROAD HONG KONG SAR HONG KONG |
| POWER SECTOR ASSETS AND LIABILITIES MGMT. CORP. | TRANSFEROR: NATIONAL POWER CORPORATION ATTN: PRESIDENT AND CEO 7TH FLOOR BANKMER BUILDING 6756 AYALA AVENUE MAKATI CITY 1226 PHILIPPINES |
| PP OPPORTUNITIES LTD | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PP OPPORTUNITIES LTD | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION C/O PAULSON & CO. INC. 900 THIRD AVENUE NEW YORK NY 10022 |
| PREFERRED RESIDENTIAL SECURITIES 06-1 PLC | REED SMITH LLP ATTN: TAMARA BOX THE BROADGATE TOWER 20 PRIMROSE STREET LONDON EC2A 2RS UNITED KINGDOM |
| PREFERRED RESIDENTIAL SECURITIES 06-1 PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER 6 BROAD STREET-5TH FLOOR LONDON EC2M 7JH UNITED KINGDOM |
| PREFERRED RESIDENTIAL SECURITIES 06-1 PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| PREMIER HEALTH PARTNERS OPERATING INVESTMENT PROGR | MORGAN, LEWIS & BOCKIUS LLP ATTN: ROBERT MENDELSON 101 PARK AVENUE NEW YORK NY 10178 |
| PREMIER HEALTH PARTNERS OPERATING INVESTMENT PROGR | PREMIER HEALTH PARTNERS ATTN: KATHY HAUSER, TREASURY MANAGER 40 WEST FOURTH STREET, SUITE 2110 DAYTON OH 45402 |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | ATTN: KATHRYN MURTAGH, CHIEF COMPLIANCE OFFICER, HARVARD MANAGEMENT 600 ATLANTIC AVENUE BOSTON MA 02210 |
| PRIMONE INC. | PRIMWEST 210-212, ROUTE DE JUSSY PRESINGE 1243 SWITZERLAND |
| PRIMONE INC. | AKARA BULDING, 24 DE CASTRO STREET WICKHAMS CAY I, ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH) |
| PRIMUS CLO I LTD | C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-2002 CAYMAN ISLANDS |
| PRIMUS CLO I LTD | PRIMUS ASSET MGMT. 360 MADISON AVE., 23RD FL NEW YORK NY 10017 |
| PRINCIPAL LIFE INSURANCE COMPANY | ATTN: DEBRA EPP (G-34-W23) 711 HIGH STREET DES MOINES IA 50392-0301 |
| PROMARK INVESTMENTS TRUSTEES LIMITED | GRIFFIN HOUSE (UK1-100-020) OSBORNE ROAD LUTON LUI 3YT UNITED KINGDOM |
| PROMARK INVESTMENTS TRUSTEES LIMITED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT |

| Claim Name | Address Information |
|---|---|
| PROMARK INVESTMENTS TRUSTEES LIMITED | CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PROTECTIVE LIFE INSURANCE CO, INC | JAYNA LAMAR 1901 6TH AVENUE NO. STE 2400 BIRMINGHAM AL 35203 |
| PROVENDOR LIQUIDITY LLC | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. ATTN: MICHAEL STEPHAN/ROBERT RYAN C/O ELLIOTT MANAGEMENT CORPORATION 40 WEST 57TH STREET NEW YORK NY 10019 |
| PROVINCE OF BRITISH COLUMBIA | ATTN: MANAGER, OPS, DEBT MGMT, 620 SUPERIOR STREET, 2ND FLOOR VICTORIA BC V8V 1X4 CANADA |
| PROVINCE OF BRITISH COLUMBIA | DOUGLAS P. BARTNER SOLOMON J. NOH ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PSEG ENERGY RESOURCES & TRADE LLC | ATTN: SUZANNE M. KLAR, ESQ. 80 PARK PLAZA, T5D NEWARK NJ 07101 |
| PSEG INC. MASTER RETIREMENT TRUST | ATTN: PETER CARUSO 80 PARK PLAZA T6B NEWARK NJ 07102 |
| PUBLIC POWER GENERATION AGENCY | ATTN: MR. KEVIN GADEN MUNICIPAL ENERGY AGENCY OF NEBRASKA 1111 "O" STREET, SUITE 200 LINCOLN NE 68508-3614 |
| PUMICE INVESTMENTS (NETHERLANDS) B.V. | ATTN: THE MANAGING DIRECTOR (RE 2001-3 SERIES) PARNASSUSTOREN, LOCATELLIKADE 1, 1076 AZ AMSTERDAM P.O. BOX 75215 AMSTERDAM 1070 AE NETHERLANDS |
| PUMICE INVESTMENTS (NETHERLANDS) B.V. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| PVHA/SIMS VENTURES, LLC | 40 A1A N. SUITE 110 PONTE VERDA BEACH FL 32082 |
| PWSZECHNA KASA OSZCZEDNOSCI BANK POLSKI SPOLKA AKC | UL. PULAWSKA 15 WARSAW 12 00- 975 POLAND |
| PYXIS ABS CDO 2007-1 LTD, BY BANK OF AMERICA, NA A | J. WILLIAM BOONE, ESQ ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| PYXIS ABS CDO 2007-1 LTD, BY BANK OF AMERICA, NA A | MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TTEE ATTN: VANESSA DANNER 135 SOUTH LASALLE STREET MAIL CODE IL4-135-15-11 CHICAGO IL 60603 |
| PYXIS FINANCE LIMITED | C/O HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGE TOWN GRAND CAYMAN KY1- 1102 CAYMAN ISLANDS |
| PYXIS FINANCE LIMITED | ATTN: THE DIRECTORS HSBC HOUSE, 68 WEST BAY ROAD GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PYXIS FINANCE LIMITED | BY HSBC TRUSTEE (C. I.) LIMITED (AS ATTORNEY) ATTN: IAN GRAHAM, SENIOR MANAGER, CORPORATE SERVICES P. O. BOX 88 1 GRENVILLE STREET ST. HELIER JE4 9PF UNITED KINGDOM |
| PYXIS FINANCE LIMITED | BY HSBC TRUSTEE (C. I.) LIMITED (AS ATTORNEY) ATTN: IAN GRAHAM, SENIOR MANAGER, CORPORATE SERVICES P. O. BOX 88 1 GRENVILLE STREET, ST. HELIER, JERSEY JE4 9PF UNITED KINGDOM |
| PYXIS FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, DAVID A SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| PYXIS FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ., DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| Q-BLK ALPHA TRANSPORT TRUST - GLOBAL BOND FUND | J. GREGORY MILMOE, ESQ. & ANDREW THAU, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQ., NEW YORK NY 10036 |
| Q-BLK ALPHA TRANSPORT TRUST - GLOBAL BOND FUND | J. GREGORY MILMOE, ESQ. & ANDREW THAU, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036 |
| Q-BLK ALPHA TRANSPORT TRUST - GLOBAL BOND FUND | C/O BLACKROCK FINANCIAL MANAGEMENT, INC., ATTN: LARRY GAIL, ESQ. & MARIE BENDER, ESQ 601 UNION STREET, 56TH FLOOR SEATTLE WA 98101 |
| Q-BLK ALPHA TRANSPORT TRUST - GLOBAL BOND FUND | ATTN: LARRY GAIL, ESQ. & MARIE BENDER, ESQ. C/O BLACKROCK FINANCIAL MANAGEMENT, INC 601 UNION STREET, 56TH FLOOR SEATTLE WA 98101 |
| QFR MASTER VICTORIA FUND, L.P. | 1 BRYANT PARK #37 489 FIFTH AVENUE, 31ST FLOOR NEW YORK NY 10036-6728 |
| QIC DIVERSIFIED FIXED INTEREST FUND NO. 1 | C/O BLUEBAY ASSET MANAGEMENT PLC ATTN: SIMON SUTCLIFFE 77 GROSVENOR STREET LONDON W1K 3JR UNITED KINGDOM |
| QIC DIVERSIFIED FIXED INTEREST FUND NO. 1 | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| QIC LIMITED, F/K/A QUEENSLAND INVESTMENT CORPORATI | AS TRUSTEE FOR THE QIC ACTIVE CURRENCY TRUST ATTN: GENERAL COUNSEL LEVEL 5, CENTRAL PLAZA TWO, 66 EAGLE STREET BRISBANE, QUEENSLAND 4000 AUSTRALIA |
| QIC LIMITED, F/K/A QUEENSLAND | AS TRUSTEE FOR THE QIC DIVERSIFIED FIXED INTEREST FUND NO. 1 ATTN: GENERAL |

| Claim Name | Address Information |
|---|---|
| INVESTMENT CORPORATI | COUNSEL LEVEL 5, CENTRAL PLAZA TWO, 66 EAGLE STREET BRISBANE, QUEENSLAND 4000 AUSTRALIA |
| QUANTUM PARTNERS LP. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| QUANTUM PARTNERS LP. | C/O SOROS FUND MANAGEMENT LLC ATTN: JAY SCHOENFARBER 888 SEVENTH AVENUE, 31ST FLOOR NEW YORK NY 10106 |
| QUANTUM PARTNERS LP. | JAY SCHOENFARBER SOROS FUND MANAGEMENT LLC 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10106 |
| QUARTZ FINANCE LIMITED | ATTN: DEAN GODWIN (RE 2001-1 SERIES) MOURANT & CO. LIMITED 22 GREENVILLE STREET ST. HELIER, JERSEY JE4 8PX UNITED KINGDOM |
| QUARTZ FINANCE LIMITED | ATTN: DEAN GOODWIN (RE 2001-2 SERIES) MOURANT & CO. LIMITED 22 GREENVILLE STREET ST. HELIER, JERSEY JE4 8PX UNITED KINGDOM |
| QUARTZ FINANCE LIMITED | ATTN: DEAN GODWIN (RE 2001-3 SERIES) MOURANT & CO. LIMITED 22 GREENVILLE STREET ST. HELIER, JERSEY JE4 8PX UNITED KINGDOM |
| QUARTZ FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| QUARTZ FINANCE PLC - SERIES 2003-3 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PLC - SERIES 2003-3 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 147 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| QUARTZ FINANCE PLC - SERIES 2003-4 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PLC - SERIES 2003-4 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 148 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| QUARTZ FINANCE PLC - SERIES 2005-1A | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PLC - SERIES 2005-1A | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 151 NEW YORK NY 10022 |
| QUARTZ FINANCE PLC - SERIES 2005-1B | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PLC - SERIES 2005-1B | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 152 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| QUARTZ FINANCE PLC - SERIES 2005-2 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PLC - SERIES 2005-2 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 153 NEW YORK NY 10022 |
| QUARTZ FINANCE PUBLIC LIMITED COMPANY | SERIES 2003-1 ELDON STREET B ATTN: SANJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES-DEFUALT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PUBLIC LIMITED COMPANY | SERIES 2003-1 ELDON STREET A ATTN: SANJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES-DEFUALT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PUBLIC LIMITED COMPANY | ATTN: MICHAEL J. LENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| QUARTZ FINANCE PUBLIC LIMITED COMPANY | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| QUARTZ FINANCE PUBLIC LIMITED COMPANY | ATTN: MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| QUEENSLAND INVESTMENT CORPORATION AS | INTEREST FUND NO 1 (103250) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL |

| Claim Name | Address Information |
| --- | --- |
| TRUSTEE OF QI | CHRISTCHURCH COURT 10-15 NEWGATE STREET ATTN: BENJAMIN ROBINSON LONDON EC1A 7HD UNITED KINGDOM |
| QUEENSLAND INVESTMENT CORPORATION AS TRUSTEE OF QI | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| QUINTESSENCE FUND LP | ROBIN E. KELLER, ESQ. LOVELLS LLP 590 MADISON AVE, 7TH FLOOR NEW YORK NY 10022 |
| QUINTESSENCE FUND LP | LOVELLS LLP ATTN: ROBIN E. KELLER, ESQ. 590 MADISON AVENUE, 7TH FLOOR NEW YORK NY 10022 |
| QUINTESSENCE FUND LP | LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| QUINTESSENCE FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| QVT FUND LP | ROBIN E. KELLER, ESQ. LOVELLS LLP 590 MADISON AVE, 7TH FLOOR NEW YORK NY 10022 |
| QVT FUND LP | LOVELLS LLP ATTN: ROBIN E. KELLER, ESQ. 590 MADISON AVE, 7TH FL NEW YORK NY 10022 |
| QVT FUND LP | LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| QVT FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10035 |
| QVT FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| R2 INVESTMENTS, LDC | C/O AMALGAMATED GADGET, L.P. 301 COMMERCE STREET, SUITE 3200 FORT WORTH TX 76102-4140 |
| RABOBANK NEDERLAND, NEW YORK BRANCH | HUNTON & WILLIAMS LLP RIVERFRONT PLAZA, EAST TOWER ATTN: JR SMITH, ESQ 951 E. BYRD STREET RICHMOND VA 23219-4074 |
| RAIFFEISEN BANK RT | ATTN: MRS ZSUZSANNA VARGE BIRONE RAIFFEISEN BANK ZRT 6 AKADEMIA U BUDAPEST H-1054 HUNGARY |
| RAIFFEISENLANDESBANK NIEDEROSTERREICH-WIEN AG | ATTN: LEGAL DEPARTMENT 1020 WIEN, FRIEDRICH-WILHELM-RAIFFEISEN-PLATZ 1 VIENNA AUSTRIA |
| RAILWAYS PENSION TRUSTEE COMPANY LIMITED | 2ND FLOOR, CAMOMILE COURT 23 CAMOMILE STREET LONDON EC3A 7LL UNITED KINGDOM |
| RAMIUS CONVERTIBLE ARBITRAGE MASTER FUND, LTD | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ANDREW K. GLENN, ESQ. 1633 BROADWAY NEW YORK NY 10019 |
| RAMIUS CONVERTIBLE ARBITRAGE MASTER FUND, LTD | F/K/A RCG LATITUDE MASTER FUND LTD C/O RAMIUS LLC ATTN: OWEN LITTMAN 599 LEXINGTON AVE NEW YORK NY 10022 |
| RAMIUS ENTERPRISE MASTER FUND LTD, FKA RCG ENTERPR | ANDREW K. GLENN, ESQ. KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY NEW YORK NY 10019 |
| RAMIUS ENTERPRISE MASTER FUND LTD, FKA RCG ENTERPR | C/O RAMIUS LLC ATTN: OWEN LITTMAN 599 LEXINGTON AVE NEW YORK NY 10022 |
| RBC ASSET MANAGEMENT INC. | ATTN: EMILY JELICH, ASST GENERAL COUNSEL 14TH FLOOR, NORTH TOWER 200 BAY STREET, ROYAL BANK PLAZA RBC LAW GROUP TORONTO ON M5J 2J5 CANADA |
| RBC DEXIA INVESTOR SERVICES TRUST | AS TRUSTEE FOR RBC CANADIAN MASTER TRUST PO BOX 7500, STATION A TORONTO ON MSW 1P9 CANADA |
| RBC DEXIA INVESTOR SERVICES TRUST | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| RCG PB, LTD | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ANDREW K. GLENN, ESQ. 1633 BROADWAY NEW YORK NY 10019 |
| RCG PB, LTD | C/O RAMIUS LLC ATTN: OWEN LITTMAN 599 LEXINGTON AVE NEW YORK NY 10022 |
| REALCLUB HOLDINGS LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O RICHARDS KIBBE & ORBE LLP ATTN:MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| REALCLUB HOLDINGS LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| REDWOOD MASTER FUND, LTD. | C/O REDWOOD CAPITAL MANAGEMENT, LLC 910 SYLVAN AVENUE, SUITE 130 ENGLEWOOD CLIFFS NJ 07632 |
| REDWOOD MASTER FUND, LTD. | C/O SEWARD & KISSEL LLP ATTN: LAURIE R. BINDER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10017 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| REID STREET RETIREMENT GLOBAL BOND FUND | C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON EC4Y ODZ UK |
| REID STREET RETIREMENT GLOBAL BOND FUND | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| RELIANT ENERGY SERVICES, INC N/K/A RRI, INC | C/O LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| RELIASTAR LIFE INSURANCE COMPANY | M.J.S.J. MULLER ING BANK NV LOCATIONCODE AMP F 04.044 BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| RELIASTAR LIFE INSURANCE COMPANY | JENNIFER C DEMARCO ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| RELIASTAR LIFE INSURANCE COMPANY | JENIFER C. DEMARCO ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| RELIASTAR LIFE INSURANCE COMPANY | JENNIFER C. DEMARCO AND SARAH CAMPBELL CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| RELIASTAR LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| RELIASTAR LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| RELIASTAR LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC ATTN: ARMAND APONTE NEW YORK NY 10169 |
| RELIASTAR LIFE INSURANCE COMPANY OF NEW YORK | M.J.S.J. MULLER ING BANK NV LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| RELIASTAR LIFE INSURANCE COMPANY OF NEW YORK | JENNIFER C. DEMARCO, ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| RELIASTAR LIFE INSURANCE COMPANY OF NEW YORK | C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| REPUBLIC OF PORTUGAL, ACTING THROUGH INSTITUTO DE | E DO DREDITO PUBLICO IP ATTN: DAVID DYKHOUSE C/O PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| RESTRUCTURED ASSET CERTIFICATES | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. (CONTROL NO. D&T 26) 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RESTRUCTURED ASSET CERTIFICATES | REED SMITH LLP ATTN :MICHAEL J. VENDITTO D&T 51 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RESTRUCTURED ASSET CERTIFICATES | WITH ENHANCED RETURNS, SERIES 2002-10-TR TRUST C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| RESTRUCTURED ASSET CERTIFICATES | WITH ENHANCED RETURNS, SERIES 1998-I-P TRUST C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| RESTRUCTURED ASSET CERTIFICATES WITH | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. D&T 52 NEW YORK NY 10022 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2002-26 TRUST C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP ATTN: STUART ROTHENBERG 101 BARCLAY STREET NEW YORK NY 10286 |
| RESTRUCTURED ASSET SECURITIES | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. D&T 52 NEW YORK NY 10022 |
| RESTRUCTURED ASSET SECURITIES | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. D&T 53 NEW YORK NY 10022 |
| RESTRUCTURED ASSET SECURITIES | WITH ENHANCED RETURNS, SERIES 2002-26 TRUST C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP ATTN: STUART ROTHERNBERG 101 BARCLAY STREET, 8W NEW YORK NY 10286 |
| RESTRUCTURED ASSET SECURITIES WITH ENHANCED | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL# D&T 55 NEW YORK NY 10022 |
| RESTRUCTURED ASSET SECURITIES WITH ENHANCED | RETURNS, SERIES 2002-20 C TRUST C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP ATTN: STUART ROTHENBERG 101 BARCLAY STREET, 8 WEST NEW YORK NY 10286 |
| RETIREMENT HOUSING FOUNDATION, ET AL. | ATTN: FRANK ROSSELLO, CFO/VP OF FINANCE 911 N. STUDEBAKER RD. LONG BEACH CA 90815-4900 |

| Claim Name | Address Information |
|---|---|
| RGM TRADING INTERNATIONAL LIMITED C/O RGM ADVISORS | RGM TRADING INTERNATIONAL LIMITED HOGUET NEWMAN REGAL & KENNEY LLP JOSH RIEVMAN, ESQ 10 EAST 40TH STREET NEW YORK NY 10016 |
| RGM TRADING INTERNATIONAL LIMITED C/O RGM ADVISORS | 221 W 6TH STREET, SUITE 1600 AUSTIN TX 78701 |
| RIC II PLC THE GLOBAL BOND (EURO HEDGED) FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RIC MULTISTRATEGY BOND FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RIC MULTISTRATEGY BOND FUND | 1301 2ND AVE FL 18 SEATTLE WA 98101-3814 |
| RIC-OMIGSA GLOBAL BOND FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RIC-OMIGSA GLOBAL BOND FUND | 1301 2ND AVE FL 18 SEATTLE WA 98101-3814 |
| RIC-OMIGSA GLOBAL MONEY MARKET FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RIC-OMIGSA GLOBAL MONEY MARKET FUND | 1301 2ND AVE FL 18 SEATTLE WA 98101-3814 |
| RIF CORE BOND FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RIF CORE BOND FUND | 1301 2ND AVE FL 18 SEATTLE WA 98101-3814 |
| RIML RUSSELL INTERNATIONAL BOND FUND – $A HEDGED | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RIML RUSSELL INTERNATIONAL BOND FUND – $A HEDGED | 1301 2ND AVE FL 18 SEATTLE WA 98101-3814 |
| RIO TINTO PENSION 2009 TRUSTEES LIMITED ACTING AS | RIO TINTO 2009 PENSION FUND 2 EASTBOURNE TERRACE LONDON W2 6LG UNITED KINGDOM |
| RIO TINTO PENSION 2009 TRUSTEES LIMITED ACTING AS | RIO TINTO PENSION FUND 2 EASTBOURNE TERRACE LONDON W2 6LG UNITED KINGDOM |
| ROBECO FIXED INCOME STRATEGIES SPC, RESPECT OF SEG | ATTN: A KLEP & M STOFFERS COOLSINGEL 120 AG ROTTERDAM 3011 NETHERLANDS |
| ROBERT A SCHOELLHORN TRUST | 77 WEST WACKER DRIVE, SUITE 4800 ATTN: STEVEN JAKUBOWSKI CHICAGO IL 60601-1812 |
| ROBERT STOCKDALE | C/O NSK PENSION NSK EUROPE LTD BELMONT PLACE, BELMONT ROAD MAIDENHEAD BERKSHIRE SL6 6BT UNITED KINGDOM |
| ROBERT STOCKDALE | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ROCKVIEW TRADING, LTD | C/O ROCKVIEW MANAGEMENT LLC METRO CENTER ONE STATION PLACE STAMFORD CT 06902 |
| ROCKVIEW TRADING, LTD | JAMES MOORE DECHERT LLP 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| ROSE, WALTER E. | C/O ARI H. JAFFE KOHRMAN JACKSON & KRANTZ, PLL ONE CLEVELAND CENTER, 20TH FLOOR 1375 E. 9TH STREET CLEVELAND OH 44114 |
| ROSE, WALTER E. | C/O ARI H. JAFFE KOHRMAN JACKSON & KRANTZ PLL ONE CLEVELAND CENTER, 20TH FLOOR 1375 E. 9TH STREET CLEVELAND OH 44114-1793 |
| ROSS FINANCIAL CORPORATION | C/O DART MANAGEMENT LIMITED P. O. BOX 31363, 45 MARKET STREET, SUITE 3211, ATTN: MARK VANDEVELDE, CFA, DIRECTOR CAMANA BAY GRAND CAYMAN KY1-1206 CAYMAN ISLANDS |
| ROYAL BANK OF CANADA | ATTN: EMILY JELICH, ASST. GENERAL COUNSEL 14TH FLOOR NORTH TOWER 200 BAY STREET, ROYAL BANK PLAZA RBC LAW GROUP TORONTO ON M5J 2J5 CANADA |
| ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: PMA PROSPECT FUND ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06910 |
| ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: DIVERSIFIED ASIAN STRATEGIES FUND ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06910 |
| ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: PMA KORYO FUND ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06910 |
| ROYAL BANK OF SCOTLAND PLC | RICHARDS KIBBE & ORBE ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ROYAL BANK OF SCOTLAND PLC | ROCHARDS KIBBE & ORBE ATTNL MANAGING CLERK 1 WORLD FINANCIAL CENTER NEW YORK |

| Claim Name | Address Information |
|---|---|
| ROYAL BANK OF SCOTLAND PLC | NY 10281 |
| ROYAL BANK OF SCOTLAND PLC, THE | C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND PLC, THE | TRANSFEROR: VINCI S.A. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND PLC, THE | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| ROYAL BANK OF SCOTLAND PLC, THE | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ROYAL BANK OF SCOTLAND PLC, THE | IRENA GOLDSTEIN DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: FINANTIA SECURITIES LIMTIED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: FINANTIA SECURITIES LIMITED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL CHARTER PROPERTIES - EAST, INC. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ROYAL CHARTER PROPERTIES - EAST, INC. | ATTN: MARK E. LARMORE 525 EAST 68TH STREET NEW YORK NY 10021 |
| ROYAL CITY OF DUBLIN HOSPITAL TRUST | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| ROYAL CITY OF DUBLIN HOSPITAL TRUST | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| RR INVESTMENT CO LTD | C/O SNR DENTON SAM J. ALBERTS 1301 K STREET, NW WASHINGTON DC 20005 |
| RTE RESEAU DE TRANSPORT D'ELECTRICITE | ATTN: ELISA EA 2054, BOULEVARD ANATOLE FRANCE SAINT - DENIS CEDEX 93206 FRANCE |
| RTE RESEAU DE TRANSPORT D'ELECTRICITE | DAVID NEIER WINSTON & STRAWN LLP 200 PARK AVENUE NEW YORK NY 10166 |
| RUBY FINANCE PLC - SERIES 2003-4 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2003-4 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 154 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC - SERIES 2005-IA16 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2005-IA16 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 172 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC - SERIES 2006-2 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2006-2 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE EMEA 174 NEW YORK NY 10022 |
| RUBY FINANCE PLC SERIES 2007-2 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC SERIES 2007-2 | ATTN: MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC SERIES 2007-2 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC SERIES 2007-3 | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC SERIES 2007-3 | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| RUBY FINANCE PLC SERIES 2007-3 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC SERIES 2007-7 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE PLC SERIES 2007-7 | OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC SERIES 2007-7 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC SERIES 2008-1 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CORPORATE TRUST LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC SERIES 2008-1 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC- SERIES 2006-2 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC- SERIES 2006-2 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC- SERIES 2006-3 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC- SERIES 2006-3 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 559 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC- SERIES 2006-3 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUST BELT HOLDINGS II, LTD. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALICE BELISLE EATON 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| RUST BELT HOLDINGS II, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH PO BOX 8155 NEW YORK NY 10150 |
| RUST BELT HOLDINGS III, LTD. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALICE BELISLE EATON 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| RUST BELT HOLDINGS III, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH PO BOX 8155 NEW YORK NY 10150 |
| RUT THE INTERNATIONAL BOND FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| SABMILLER PLC | ATTN: JONATHAN GAY, GROUP TREASURY COUNSEL SABMILLER HOUSE CHURCH STREET WEST WOKING SURREY GU21 6HS UNITED KINGDOM |
| SABMILLER PLC | LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| SABRE FUND MANAGEMENT LIMIA/C SABRE ENHANCED FUND | ATTN: MELISSA HILL SABRE FUND MANAGEMENT LIMITED, 14 BUCKINGHAM GATE LONDON SW1E 6LB UNITED KINGDOM |
| SABRE FUND MANAGEMENT LIMIA/C SABRE STYLE ARB LIQ | ATTN: MELISSA HILL SABRE FUND MANAGEMENT LIMITED, 14 BUCKINGHAM GATE LONDON SW1E 6LB UNITED KINGDOM |
| SAC CAPITAL ASSOCIATES, LLC | ATTN: PETER NUSSBAUM 72 CUMMINGS POINT ROAD STAMFORD CT 06902 |
| SAC CAPITAL ASSOCIATES, LLC | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SAC GLOBAL INVESTMENTS LP | ATTN: PETER NUSSBAUM 72 CUMMINGS POINT ROAD STAMFORD CT 06902 |
| SAC GLOBAL INVESTMENTS LP | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SACAMANO PARTNERS, L.L.C. | TRANSFEROR: BLUECREST CAPITAL INTERNATIONAL MASTER FUND LIMITED C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SACAMANO PARTNERS, L.L.C. | TRANSFEROR: BLUECREST EMERGING MARKETS MASTER FUND LIMITED C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SACAMANO PARTNERS, L.L.C. | TRANSFEROR: BLUECREST STRATEGIC LIMITED C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SAGAMORE CLO, LTD. | C/O MAPLES FINANCE LIMITED ATTN: JOSEPH ROTONDO, INVESCO SENIOR SECURED MANAGEMENT, INC AS COLLATERAL MANAGER P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| SAGAMORE CLO, LTD. | C/O INVESCO SENIOR SECURED MANAGEMENT, INC. ATTN: BENJAMIN GRUDER 1166 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SAGAMORE CLO, LTD. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGG S. JUBIN, ESQ. 700 SIXTH STREET N.W. WASHINGTON DC 20004 |
| SAINT JOSEPH'S UNIVERSITY | C/O MICHAEL J. CORDONE, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| SALT RIVER PIMA MARICOPA INDIAN COMMUNITY | ROBERT MENDELSON, MORGAN LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY 10178 |
| SALT RIVER PIMA MARICOPA INDIAN COMMUNITY | C/O ANTHONY FARESE, TREASURER OFFICE OF THE TREASURER, SRP-MIC 10,005 EAST OSBORN ROAD SCOTTSDALE AZ 85256 |
| SALVATION ARMY, THE | A NEW YORK RELIGIOUS & CHARITABLE CORPORATION 440 WEST NYACK ROAD P.O. BOX C-435 WEST NYACK NY 10994 |
| SAMBA FINANCIAL GROUP | ATTN: GOOLAN H. LAHER PO BOX 833 RIYADH 11421 SAUDI ARABIA |
| SAMBA FINANCIAL GROUP | SHEARMAN & STERLING LLP AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAMPO BANK PLC | C/O DMLEGAL (REG: 4676) DANSKE BANK A/S ATTN: HANNE OLESEN HOLMENS KANAL 2-12 COPENHAGEN DK-1092 DENMARK |
| SAMPO BANK PLC | EDWARD A. SMITH VENABLE LLP COUNSEL TO SAMPO BANK PLC 1270 AVENUE OF AMERICAS, 25TH FL. NEW YORK NY 10020 |
| SAMSUNG LIFE INSURANCE CO., LTD. | ATTN: PAUL H. JANG, SENIOR COUNSEL LEGAL DEPARTMENT, 26TH FLOOR 150, TAEPYUNGRO 2-GA JUNG-GU SEOUL 100-716 KOREA, REPUBLIC OF |
| SAMSUNG LIFE INSURANCE CO., LTD. | SHEARMAN & STERLING LLP AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAN DIEGO COUNTY EMPLOYEE RETIREMENT SYSTEMS | C/O BEN T. CAUGHEY ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS IN 46282-0200 |
| SAN DIEGO COUNTY EMPLOYEE RETIREMENT SYSTEMS | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| SANFORD C. BERNSTEIN FUND II, INC. - | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SANFORD C. BERNSTEIN FUND II, INC. - | BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORFTOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| SANFORD C. BERNSTEIN FUND, INC. - | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SANFORD C. BERNSTEIN FUND, INC. - | INTERMEDIATE DURATION PORFTOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| SANKATY CREDIT OPPORTUNITIES III LP | ATTN JEFFREY B HAWKINS 111 HUNTINGTON AVENUE BOSTON MA 02199 |
| SANKATY CREDIT OPPORTUNITIES, L.P. | ATTN: MARK I. BANE, ESQ. ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SANKATY CREDIT OPPORTUNITIES, L.P. | ATTN: JEFFREY B. HAWKINS JOHN HANCOCK TOWER 200 CLARENDON STREET BOSTON MA 02116 |
| SANKATY CREDIT OPPORTUNITIES, L.P. | ATTN: ALFRED O. ROSE, ESQ. ROPES & GRAY LLP PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199 |
| SANKATY SPECIAL SITUATIONS I, L.P. | ATTN: MARK I. BANE, ESQ. ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SANKATY SPECIAL SITUATIONS I, L.P. | ATTN: JEFFREY B. HAWKINS JOHN HANCOCK TOWER 200 CLARENDON STREET BOSTON MA 02116 |
| SANKATY SPECIAL SITUATIONS I, L.P. | ATTN: ALFRED O. ROSE, ESQ. ROPES & GRAY LLP PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199 |
| SANMINA-SCI CORPORATION | PACHULSKI STANG ZIEHL & JONES LLP ATTN: JEFFREY N. POMERANTZ, ESQ. 10100 SANTA MONICA BLVD., SUITE 1100 LOS ANGELES CA 90067 |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. | ON BEHALF OF FONDO SUPERSELECCION DIVIDENDO, FI ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID SPAIN |
| SANTANDER ASSET MANAGEMENT, S.A. | ON BEHALF OF FONDO ANTICIPACION CONSERVADOR 2, F.I. ATTN: ANTONIO FAZ ESCANO & |

| Claim Name | Address Information |
|---|---|
| S.G.I.I.C. | MARIA ESPERANZA MONTE CARRASCO CUIDAD GRUPO SANTANDER.; AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660. BOADILLA DEL MONTE MADRID SPAIN |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. | O'MELVENY & MYERS LLP ATTN: GERALD C BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| SAPHIR FINANCE COMPANY LIMITED SERIES 2005-1 CLASS | ATTN: SANJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES- DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE COMPANY LIMITED SERIES 2005-1 CLASS | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-02A1 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-02A1 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE EMEA 207 NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-02A2 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-02A2 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE EMEA 208 NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-02B1 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-02B1 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE EMEA 209 NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-10 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-10 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE EMEA 204 NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-3 CLASS A1 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-3 CLASS A1 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-3 CLASS A1 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 213 NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-O2B1 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-O2B1 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE EMEA 209 NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2007-5 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2007-5 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 223 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2007-9 | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2007-9 | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2007-9 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. CONTROL: EMEA 225 599 LEXINGTON |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC - SERIES 2007-9 | AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC- SERIES 2008-1 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC- SERIES 2008-1 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC COMPANY LIMITED SERIES 2004- | ATTN: SANAJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES- DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC COMPANY LIMITED SERIES 2004- | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC COMPANY LIMITED SERIES 2005- | ATTN: SANJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES- DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC COMPANY LIMITED SERIES 2005- | ATTN: MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2005- 3C C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH GLOBAL CORPORATE TRUST ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2005-3B C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2005-3B C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL COPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2006-02A2 C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH GLOBAL CORPORATE TRUST ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2004-4 ATTN: SANAJAY JOBANPUTRA C/O BNY CORPORATE TRUSTEE SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES- DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2004-12 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES- DEFAULT GROUP ONE CANADO SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 238 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | ATTN: MICAHEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY - SERIES 200 | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY - SERIES 200 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. CONTROL: EMEA 239 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2005- | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2005- | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SARATOGA CLO I, LTD. | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| SARATOGA CLO I, LTD. | C/O INVESCO SENIOR SECURED MANAGEMENT, INC. ATTN: BENJAMIN GRUDER 1166 AVENUE |

| Claim Name | Address Information |
|---|---|
| SARATOGA CLO I, LTD. | OF THE AMERICAS NEW YORK NY 10036 |
| SARATOGA CLO I, LTD. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGG S. JUBIN, ESQ. 700 SIXTH STREET, N.W. WASHINGTON DC 20004 |
| SATELLITE CONVERTIBLE ARBITRAGE MASTER FUND, LTD. | C/O SATELLITE ASSET MANAGEMENT, LP PO BOX 5136 NEW YORK NY 10185-5136 |
| SATELLITE FUND II, L.P. | C/O SATELLITE ADVISORS, L.L.C. PO BOX 5136 NEW YORK NY 10185-5136 |
| SATELLITE FUND IV, LP | C/O SATELLITE ADVISORS, LLC PO BOX 5136 NEW YORK NY 10185-5136 |
| SATELLITE OVERSEAS FUND IX, LTD | C/O SATELLITE ASSET MANAGEMENT, LP PO BOX 5136 NEW YORK NY 10185-5136 |
| SATELLITE OVERSEAS FUND V, LTD | C/O SATELLITE ASSET MANAGEMENT, LP PO BOX 5136 NEW YORK NY 10185-5136 |
| SATELLITE OVERSEAS FUND VI, LTD | C/O SATELLITE ASSET MANAGEMENT, LP PO BOX 5136 NEW YORK NY 10185-5136 |
| SATELLITE OVERSEAS FUND VIII, LTD | C/O SATELLITE ASSET MANAGEMENT, LP PO BOX 5136 NEW YORK NY 10185-5136 |
| SATELLITE OVERSEAS FUND, LTD | C/O SATELLITE ASSET MANAGEMENT, LP PO BOX 5136 NEW YORK NY 10185-5136 |
| SATER, ADEL & LAYLA AL BALUSHI | HOUSE 246, ROAD 2507, BLOCK 225 BAHRAIN |
| SAUDI ARABIAN MONETARY AGENCY | PO BOX 2992 AL MAATHER ROAD RIYADH 11169 SAUDI ARABIA |
| SAUDI ARABIAN MONETARY AGENCY | C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON EC4Y ODZ UK |
| SAUDI ARABIAN MONETARY AGENCY | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| SAXO BANK A/S | ATTN: THOMAS JULIAN GRAVERS PHILIP HEYMANS ALLE 14 HELLERUP 2900 DENMARK |
| SAXO BANK A/S | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SCHRODER INTERNATIONAL SELECTION FUND ABSOLUTE RET | C/O SCHRODER INVESTMENT MANAGEMENT LIMITED ATTN: LEGAL DEPARTMENT/CHRISTIAN CANO 31 GRESHAM STREET LONDON EC2V 7QA UNITED KINGDOM |
| SCHRODER INTERNATIONAL SELECTION FUND STRATEGIC CR | C/O SCHRODER INVESTMENT MANAGEMENT LIMITED ATTN: LEGAL DEPARTMENT/ CHRISTIAN CANO 31 GRESHAM STREET LONDON EC2V 7QA UNITED KINGDOM |
| SCHRODER INVESTMENT MANAGEMENT COMPANY LIMITED | C/O SCHRODER INVESTMENT MANAGEMENT LIMITED ATTN: LEGAL DEPARTMENT/ CHRITIAN CANO 31 GRESHAM STREET LONDON EC2V 7QA UNITED KINGDOM |
| SCHRODER INVESTMENT MANAGEMENT LIMITED | ON BEHALF OF SCHRODER ALTERNATIVE SOLUTIONS C/O ROPES & GRAY LLP ATTN: PETER L. WELSH PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SCHRODER STRATEGIC BOND FUND | C/O SCHRODER INVESTMENT MANAGEMENT LIMITED ATTN: LEGAL DEPARTMENT/CHRISTIAN CANO 31 GRESHAM STREET LONDON EC2V 7QA UNITED KINGDOM |
| SCI GOUVION SAINT CYR | 81 BOULEVARD SAINT CYR PARIS 75017 FRANCE |
| SCI GOUVION SAINT CYR | NICOLA BATTEN STARMAN UK SERVICES COMPANY LIMITED HESKETH HOUSE, 43-45 PORTMAN SQUARE LONDON W1H 6HN UNITED KINGDOM |
| SCOGGIN CAPITAL MANAGEMENT, LP II | C/O SCOGGIN CAPITAL MANAGEMENT ATTN: NICOLE KRAMER 660 MADISON AVENUE, 20TH FL. NEW YORK NY 10065 |
| SCOGGIN INTERNATIONAL FUND, LTD. | C/O SCOGGIN CAPITAL MANAGEMENT ATTN: NICOLE KRAMER 660 MADISON AVENUE, 20TH FLOOR NEW YORK NY 10065 |
| SCOTIABANK (IRELAND) LIMITED | TONY O'BRIEN I.F.S.C. HOUSE CUSTOM HOUSE QUAY DUBLIN 1 IRELAND |
| SCOTIABANK (IRELAND) LIMITED | NATHAN F. COCO MCDERMOTT WILL & EMERY LLP 227 WEST MONROE STREET SUITE 4700 CHICAGO IL 60606-5096 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | M.J.S.J. MULLER ING BANK NV LOCATIONCODE AMP F 04.044 BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | JENNIFER C DEMARCO ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | JENNIFER C DEMARCO CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| SERENGETI LYCAON MM L.P. | TRANSFEROR: MP BANK HF C/O SERENGETI ASSET MGMT LP; ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI LYCAON MM L.P. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW |

| Claim Name | Address Information |
|---|---|
| SERENGETI LYCAON MM L.P. | YORK NY 10281 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: MP BANK HF C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY; 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OVERSEAS LTD. C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY; 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY; 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SERENGETI OPPORTUNITIES PARTNERS LP | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES PARTNERS LP | RICHARDS KIBBE & ORBE LLP ATTN:  MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| SERENGETI OPPORTUNITIES PARTNERS, LP | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OVERSEAS MM L.P. | TRANSFEROR: SERENGETI OVERSEAS LTD. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED | ATTN: RICHARD OLLIVER P.O. BOX 78 18 THE ESPLANADE ST HELIER JE4 8RT JERSEY CHANNEL ISLANDS |
| SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED | ATT: RICHARD OLLIVER P.O. BOX 78 18 THE ESPLANADE ST HELIER JE4 8RT JERSEY CHANNEL ISLANDS |
| SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED | MAYER BROWN LLP ATT: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| SHANTI ASSET MANAGEMENT | 4, RUE SAINT-FLORENTIN PARIS 78001 FRANCE |
| SHANTI ASSET MANAGEMENT | C/O STEVEN SCHWARTZ WINSTON & STRAWN LLP 200 PARK AVENUE NEW YORK NY 10166 |
| SHELL PENSIONS TRUST LIMITED IN ITS CAPACITY AS TR | THE SHELL CONTRIBUTORY PENSION FUND C/O SHELL ASSET MANAGEMENT COMPANY, B.V. ATTN: TJALLING WIERSMA P.O. BOX 575 THE HAGUE CN 2501 THE NETHERLANDS |
| SHELL PENSIONS TRUST LIMITED IN ITS CAPACITY AS TR | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| SHIEH, PETER | HEAD OF TREASURY AND LOAN ADMINISTRATION HONG KONG HOUSING SOCIETY 29TH FLOOR, WORLD TRADE CENTER, 280 GLOUCESTER ROAD, CAUSEWAY BAY HONG KONG |
| SHINSEI BANK, LIMITED | ATTN: HAJIME KASATANI 4-3, NIHONBASHI-MUROMACHI 2-CHOME OPERATIONS SERVICES DIVISION CHUO-KU, TOKYO 103-8303 JAPAN |
| SHINSEI BANK, LIMITED | ATTN: HAJIME KASATANI 4-3, NIHONBASHI-MUROMACHI 2-CHOME OPERATIONS SERVICES DIVISON CHUO-KU, TOKYO 103-8303 JAPAN |
| SHINSEI BANK, LIMITED | VINSON & ELKINS LLP DOV KLEINER, ESQ. (BK 44600) 666 FIFTH AVENUE, 26TH FLOOR NEW YORK NY 10103 |
| SHINSEI BANK, LIMITED | VINSON & ELKINS LLP DOV KLEINER, ESQ. (BK 4600) 666 FIFTH AVENUE, 26TH FLOOR NEW YORK NY 10103 |
| SHK ASIA DYNAMIC HOLDINGS LTD | ATTN: MR. CHRISTOPHE LEE SHK FUND MANAGEMENT LIMITED 121FL, CITIC TOWER 1 TIM MEI AVENUE CENTRAL HONG KONG |
| SID R. BASS MANAGEMENT TRUST | ATTN: WILLIAM O. REIMANN 201 MAIN STREET SUITE 3200 FORT WORTH TX 76102 |
| SID R. BASS MANAGEMENT TRUST | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| SIG ENERGY, LLLP | 401 CITY AVENUE SUITE 220 BALA CYNWYD PA 19004 |
| SILVER POINT CAPITAL FUND, L.P. | C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER TWO GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |

| Claim Name | Address Information |
|---|---|
| SILVER POINT CAPITAL OFFSHORE FUND, LTD. | C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER TWO GREENWICH PALZA, 1ST FLOOR GREENWICH CT 06830 |
| SIMPSON MEADOWS | ANDREW B. ECKSTEIN, ESQ. BLANK ROME LLP THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| SIMPSON MEADOWS | ATTN: JAMES J. KONISZEWSKI - CFO C/O SIMPSON SENIOR SERVICES 150 MONUMENT ROAD, SUITE 105 BALA CYNWYD PA 19004 |
| SIMPSON MEADOWS | ATTN: JAMES J. KONISZEWSKI, CFO C/O SIMPSON SENIOR SERVICES 150 MONUMENT ROAD, SUITE 105 BALA CYNMYD PA 19004 |
| SIRIUS INTERNATIONAL LIMITED | C/O AZABU INTERNATIONAL INC. SENGOKUYAMA ANNEX 215 TORANOMON MINATO-KU TOKYO 105-0001 JAPAN |
| SISTEMA UNIVERSITARIO ANA G. MENDEZ, INCORPORADO | ATTN: ADA L. SOLA-FERNANDEZ PO BOX 21345 SAN JUAN PR 00928-1345 |
| SISTERS OF CHARITY | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| SISTERS OF CHARITY | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| SJL MOORE, LTD. | C/O MOORE CAPITAL MANAGEMENT, LP ATTN: JAMES DANZA, 52ND FLOOR 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) | ATTN: HELENE HELLNERS S-106 40 STOCKHOLM SWEDEN |
| SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) | SIDLEY AUSTIN LLP LEE S. ATTANASIO ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SMC CREDIT OPPORTUNITIES FUND, LTD | TRANSFEROR: GOLDMAN SACHS SMC CREDIT OPPORTUNITIES 2008 FUND, L.P. ATTN: GREGORY P. HO SPRING MOUNTAIN CAPITAL, LP 65 EAST 55TH STREET, 33RD FLOOR NEW YORK NY 10022 |
| SMITH BREEDEN ALPHA STRATEGIES MASTER LTD | C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST., SUITE 301 DURHAM NC 27701 |
| SMITH BREEDEN ALPHA STRATEGIES MASTER LTD | BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST., SUITE 301 DURHAM NC 27701 |
| SMITH BREEDEN INVESTMENT GRADE CORE BOND MASTER LT | C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST., SUITE 301 DURHAM NC 27701 |
| SMITH BREEDEN INVESTMENT GRADE CORE BOND MASTER LT | BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST. SUITE 301 DURHAM NC 27701 |
| SMITHKLINE BEECHAM CORPORATION | CLEARY, GOTTLIEB, STEEN & HAMILTON LLP ATTN: MICHEAL D. DAYAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| SMITHKLINE BEECHAM CORPORATION | ATTN: WILLIAM J. MOSHER, ESQ. VICE PRESIDENT AND SECRETARY ONE FRANKLIN PLAZA (FP2355) 200 N. 16TH STREET PHILADELPHIA PA 19102 |
| SMOLANSKY FUND LIMITED | C/O MAN INVESTMENTS LIMITED ATTN: KIRSTEN ROGERS / MARGO JENSEN SUGAR QUAY, LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |
| SMOLANSKY FUND LIMITED | JEROME RANAWAKE AND HELEN JONES FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| SMURFIT KAPPA ACQUISITIONS | F/K/A JSG ACQUISTITIONS F/K/A MDCP ACQUISITIONS I ATTN: BRENDAN GLYNN BEECH HILL CLONSKEAGH DUBLIN 4 IRELAND |
| SMURFIT KAPPA ACQUISITIONS | KIRKLAND & ELLIS LLP ATTN: SCOTT J. GORDON, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| SO CAL UNITED FOOD & COMMERCIAL WORKERS | UNIONS & FOOD EMPLOYERS 6425 KATELLA AVENUE CYPRESS CA 90630 |
| SOCIETE GENERALE | MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| SOCIETE GENERALE | ATTN: CAROL MORRISON 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SOCIETE GENERALE, AS SUCESSOR IN INTEREST | MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| SOCIETE GENERALE, AS SUCESSOR IN INTEREST | TO SOCIETE GENERALE ASSET MANAGEMENT BANQUE ATTN: CAROL MORRISON 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SOCIETY OF AFRICAN MISSIONS (SMA) | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |

| Claim Name | Address Information |
|---|---|
| SOCIETY OF AFRICAN MISSIONS (SMA) | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| SOLA LTD. | C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: RYAN ROLFERT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLA LTD. | MARK SHERRILL SUTHERLAND ASBILL & RENNIN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |
| SOLAR INVESTMENT GRADE CBO I, LTD | KRISTI FEINZIG SUN CAPITAL ADVISERS LLC AS COLLATERAL MANAGER ONE SUN LIFE EXECUTIVE PARK SC 1311 WELLESLEY MA 02481 |
| SOLAR INVESTMENT GRADE CBO I, LTD | THE BANK OF NEW YORK TRUST COMPANY, AS TRUSTEE ATTN: GLOBAL CORPORATE TRUST-SOLAR INVESTMENT GRADE CBO I, LTD 601 TRAVIS, 16TH FLOOR HOUSTON TX 77002 |
| SOLAR INVESTMENT GRADE CBO II, LTD | KRISTI FEINZIG SUN CAPITAL ADVISERS LLC AS COLLATERAL MANAGER ONE SUN LIFE EXECUTIVE PARK SC 1311 WELLESLEY MA 02481 |
| SOLAR INVESTMENT GRADE CBO II, LTD | KRISTI FEINZIG SUN CAPITAL ADVISER LLC AS COLLATERAL MANAGER ONE SUN LIFE EXECUTIVE PARK SC 1311 WELLESLEY MA 02481 |
| SOLAR INVESTMENT GRADE CBO II, LTD | THE BANK OF NEW YORK TRUST COMPANY, AS TRUSTEE ATTN: GLOBAL CORPORATE TRUST - SOLAR INVESTMENT GRADE CBO II, LTD 601 TRAVIS, 16TH FLOOR HOUSTON TX 77002 |
| SOUTH AFRICA RESERVE BANK | (100007) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL CHRISTCHURCH COURT 10-15 NEWGATE STREET ATTN: BENJAMIN ROBINSON LONDON EC1A 7HD UNITED KINGDOM |
| SOUTH AFRICA RESERVE BANK | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| SOUTH AFRICAN RESERVE BANK | PO BOX 427 PRETORIA 0001 SOUTH AFRICA |
| SOUTHERN PACIFIC SECURITIES 05-1 PLC | REED SMITH LLP ATTN: TAMARA BOX THE BROADGATE TOWER 20 PRIMROSE STREET LONDON EC2A 2RS UNITED KINGDOM |
| SOUTHERN PACIFIC SECURITIES 05-1 PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| SOVEREIGN BANK | 75 STATE STREET MAI-SST-04-01 BOSTON MA 02109 |
| SOVEREIGN BANK | 75 STATE STREET, MA1-SST-04-01 BOSTON MA 02109 |
| SPARKASSE AACHEN | ATTN: MR. JOSEF BORRMANN LEGAL DEPARTMENT FREIDRICH-WILHELM-PLATZ 1-4 AACHEN 52059 GERMANY |
| SPARKASSE AACHEN | RECHTSABTEILUNG ATTN: JOSEF BORRMANN FRIEDRICH-WILHELM-PLATZ 1-4 AACHEN 52062 GERMANY |
| SPARKASSE PFORZHEIM CALW | ANSTALT DES OEFFENTILCHEN RECHTS ATTN: MR. MICHAEL TRAUTHWEIN POSTSTRABE 3 PFORZHEIM DE-75172 GERMANY |
| SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL | POINT CAPITAL OFFSHORE FUND, LTD AS SUCCESSOR TO ROUND TABLE GLOBAL MULTI-STRATEGY MASTER FUND, LTD ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: CENTRAL EUROPEAN MEDIA ENTERPRISES LTD. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP, ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: ALLIANCE LAUNDRY SYSTEMS LLC AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP; ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: SOLENT CREDIT OPPORTUNITIES MASTER FUND AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: DEPFA BANK PLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS, SILVER POINT CAPITAL LP 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |

| Claim Name | Address Information |
|---|---|
| SPCP GROUP, L.L.C. | TRANSFEROR: TPG CREDIT STRATEGIES FUND, L.P. ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: ALLIANCE LAUNDRY SYSTEMS LLC ATTN: ADAM J. DEPANFILIS SILVER POINT CAPITAL, LP 660 STEAMBOAD ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | ALLEN AND OVERY ATTN: VICTOR WAINGORT 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | DAY PITNEY LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | ROPES & GRAY LLP ATTN: MARC HIRSCHFIELD, ESQ. 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| SPCP GROUP, L.L.C. | INTER-AMERICAN DEVELOPMENT BANK ATTN: SOREN ELBECH 1300 NEW YORK AVENUE WASHINGTON DC 20577 |
| SPCP GROUP, LLC | TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: ADAM DEPANFILIS 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, LLC | ANDREWS KURTH LLP ATTN:DAVID HOYT 450 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| SPCP GROUP, LLC, AS AGENT FOR SILVER POINT CAPITAL | TRANSFEROR: ALPSTAR EUROPEAN CREDIT OPPORTUNITY MASTER FUND LTD SILVER POINT CAPITAL OFFSHORE FUND, LTD C/O SPCP GROUP, LLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, LLC, AS AGENT FOR SILVER POINT CAPITAL | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| SPIRE MASTER FUND LTD. | C/O TOWER RESEARCH CAPITOL LLC 377 BROADWAY, 11TH FLOOR NEW YORK NY 10013 |
| SPOKANE PUBLIC FACILITIES DISTRICT | C/O JANE PEARSON FOSTER PEPPER PLLC 1111 THIRD AVENUE, SUITE 3400 SEATTLE WA 98101-3299 |
| SRI FUND, L.P. | C/O SRI GENPAR, L.P. ATTN: WILLIAM O. REIMANN 201 MAIN STREET, SUITE 3200 FORT WORTH TX 76102 |
| SRI FUND, L.P. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| SRM GLOBAL MASTER FUND LIMITED PARTNERSHIP | CLIFFORD CHANCE ATTN: DAVID STEINBURG 10 UPPER BANK STREET LONDON E14 5JJ ENGLAND (UNITED KINGDOM) |
| SRM GLOBAL MASTER FUND LIMITED PARTNERSHIP | C/O SRM ADVISERS (LONDON) LLP ATTN: IAN BARCLAY 3 CADOGAN GATE LONDON SW1X 0AS UNITED KINGDOM |
| SRM GLOBAL MASTER FUND LIMITED PARTNERSHIP | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO ATTN: JENNIFER B. PREMISLER 31 WEST 52ND STREET NEW YORK NY 10019 |
| ST JOSEPHS UNIVERSITY | C/O MICHAEL J. CORDONE STRADLEY RONON STEVENS & YOUNG LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| ST. JOHN OF GOD ORDER - IRISH PROVINCE | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| ST. JOHN OF GOD ORDER - IRISH PROVINCE | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| STACY FLIER | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STACY FLIER | AUTHORIZED SIGNATORY ON BEHALF OF ENLIGHTENMENT PARTNERS CTC CONSULTING, LLC 4380 SW MACADAM, SUITE 490 PORTLAND OR 97239 |
| STACY FLIER | AUTHORIZED SIGNATORY ON BEHALF OF LONGUE VUE PARTNERS CTC CONSULTING, LLC 4380 SW MACADAM, SUITE 490 PORTLAND OR 97239 |
| STANDARD BANK PLC | TRANSFEROR: EM OPPORTUNITIES BOND FUND, INC. 20 GRESHAM STREET LONDON EC2V 7JE |

| Claim Name | Address Information |
|---|---|
| STANDARD BANK PLC | UNITED KINGDOM |
| STANDARD BANK PLC | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET REF; EAM/EJA LONDON EC3N 2AA UNITED KINGDOM |
| STANDARD BANK PLC | C/O FIELD FISHER WATERHOUSE LLP REF: EAM/EJA 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| STANDARD BANK PLC | C/O FIELD FISHER WATERHOUSE LLP REF: EAM/EJA ATTN: TRISTAN SOCAS 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| STANDARD CHARTERED FIRST BANK AS TRUSTEE AND | HI ASSET MANAGEMENT CO. LTD. (FKA CJ ASSET MANAGEMENT CO, LTD) AS INVESTMENT MANAGER FOR CJ 2 STAR SD CLIQUET PRIVATE DERIVATIVES TRUST 22 11/F HI INVESTMENT SECURITIES BUILDING 25-15 YOUIDO-DONG, YOUNGDEUNGPO-GU SEOUL 150-878 KOREA, REPUBLIC OF |
| STARK CRITERION MASTER FUND LTD | ATTN: MARTHA TSUCHIHASHI C/O STARK CRITERION MANAGEMENT LLC 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STARK MASTER FUND LTD. | C/O STARK OFFSHORE MANAGEMENT, LLC ATTENTION: JUSTIN LONGLEY 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STATE BOARD OF ADMINISTRATION OF FLORIDA (103233) | C/O GOLDMAN SACHS ASSEST MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| STATE BOARD OF ADMINISTRATION OF FLORIDA (103233) | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| STATE OF LOUISIANA, DEPARTMENT OF TREASURY | TOBACCO SETTLEMENT FINANCING CORPORATION C/O LOUISIANA DEPARTMENT OF JUSTICE BENJAMIN A. HUXEN II, ASST ATTORNEY GENERAL P.O. BOX 94005 BATON ROUGE LA 70804-9005 |
| STATE OF OREGON | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STATE OF OREGON | C/O CAROLYN G. WADE DEPARTMENT OF JUSTICE 1162 COURT STREET NE SALEM OR 97301 |
| STATE STREET BANK AND TRUST COMPANY | STEVEN LOZNER BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022 |
| STATE STREET BANK AND TRUST COMPANY | AS CUSTODIAN FOR THE PUBLIC SCHOOL RETIREMENT SYSTEM OF MISSOURI ATTN: KEVIN COURTNEY 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET CAYMAN TRUST COMPANY, LTD. TTEE OF GL | CAYMAN UNIT TRUST, IN RESPECT OF ITS SERIES TRUST, PACIFIC LIBOR ALPHA CAYMAN UNIT TRUST 45 MARKET STEET, STE 3206A GARDENIA COURT CAMANA BAY KY1 1205 CAYMAN ISLANDS |
| STATE STREET CAYMAN TRUST COMPANY, LTD. TTEE OF GL | CAYMAN UNIT TRUST, IN RESPECT OF ITS SUB-TRUST GMT LIBOR ALPHA CAYMAN UNIT TRUST (103001) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT, 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| STATE STREET CAYMAN TRUST COMPANY, LTD. TTEE OF GL | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| STATE STREET CAYMAN TRUST COMPANY, LTD. TTEE OF GL | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STATE UNIVERSITIES RETIREMENT SYSTEM | ATTN: DANIEL ALLEN, CHIEF INVESTMENT OFFICER 1901 FOX DRIVE CHAMPAIGN IL 61820 |
| STEVEN G. HOLDER LIVING TRUST | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE MEDIA P | C/O BLUEBAY ASSET MANAGEMENT PLC ATTN: SIMON SUTCLIFFE 77 GROSVENOR STREET LONDON W1K 3JR UNITED KINGDOM |
| STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE MEDIA P | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE METALEK | C/O BLUEBAY ASSET MANAGEMENT PLC ATTN: SIMON SUTCLIFFE 77 GROSVENOR STREET LONDON W1K 3JR UNITED KINGDOM |
| STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE METALEK | DAVID LEMAY, ESQ. & CHRISTY RIVERA CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| STICHTING BEWAARDER ZORGFONDS UVIT | DE RUYTERKADE 6-I AMSTERDAM 1013 AA NETHERLANDS |
| STICHTING BEWAARDER ZORGFONDS UVIT | P.O. BOX 5040 ARNHEM 6802 THE NETHERLANDS |
| STICHTING BEWAARDER ZORGFONDS UVIT | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| STICHTING BEWAARDER ZORGFONDS UVIT | CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING CUSTODY ROBECO INSTITUTIONAL | C/O MOSES & SINGER LLP ATTN: ALAN KOLOD/KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174-1299 |
| STICHTING DOW PENSIOENFONDS | HERBERT H. DOWWEG 5 HOEK 4542 NM NETHERLANDS |
| STICHTING DOW PENSIOENFONDS | ANNE MARIE P. KELLEY DILWORTH PAXSON LLP 457 HADDONFIELD ROAD SUITE 700 CHERRY HILL NJ 08002 |
| STICHTING DOW PENSIOENFONDS | KATHLEEN L. MAXWELL SR. PARALEGAL, CORPORATE & FINANCIAL LAW THE DOW CHEMICAL COMPANY 2030 DOW CENTER MIDLAND MI 48674 |
| STICHTING DOW PENSIOENFONDS | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING GEMEENSCHAPPELYK BELEGGINGSFONDS FNV | NARITAWEG 10 AMSTERDAM 1043 BX NETHERLANDS |
| STICHTING PENSIOENFONDS APOTHEKERS | C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON EC4Y ODZ UK |
| STICHTING PENSIOENFONDS APOTHEKERS | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 0210-3333 |
| STICHTING PENSIOENFONDS CAMPINA | HOUTTUINLAAN 4 3447 GM WOERDEN NETHERLANDS |
| STICHTING PENSIOENFONDS CAMPINA | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 02660 |
| STICHTING PENSIOENFONDS CORPORATE EXPRESS | PO BOX 23456 AMSTERDAM-ZUIDOOST DZ 1100 NETHERLANDS |
| STICHTING PENSIOENFONDS CORPORATE EXPRESS | PO BOX 23456 AMSTERDAM-ZUIDOOST 1100 DZ NETHERLANDS |
| STICHTING PENSIOENFONDS DE ENCI | C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON EC4Y ODZ UK |
| STICHTING PENSIOENFONDS DE ENCI | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| STICHTING PENSIOENFONDS GRONTMY | TAV W.J.M. BERNDSEN POSTBUS 203 AE DE BILT 3730 NETHERLANDS |
| STICHTING PENSIOENFONDS SDB | PO BOX 120 BEILEN AC 9410 NETHERLANDS |
| STICHTING PENSIOENFONDS SDB | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING SHELL PENSIOENFONDS | C/O SHELL ASSET MANAGEMENT COMPANY, B.B. ATTN: TJALLING WIERSMA P.O. BOX 575 THE HAGUE CN 2501 THE NETHERLANDS |
| STICHTING SHELL PENSIOENFONDS | C/O SHELL ASSET MANAGEMENT COMPANY, B.V. ATTN: TJALLING WIERSMA P.O. BOX 575 THE HAGUE CN 2501 THE NETHERLANDS |
| STICHTING SHELL PENSIOENFONDS | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| STONE HARBOR INVESTMENT FUNDS PLC | C/O STONE HARBOR INVESTMENT PARTNERS LP 31 WEST 52ND STREET, 16TH FLOOR NEW YORK NY 10012 |
| STONEHILL INSTITUTIONAL PARTNERS LP | C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK, ESQ. 885 THIRD AVE., 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: CVI GVF (LUX) MASTER SARL C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: CVI GVF (LUX) MASTER S.A.E.L. C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL MASTER FUND, LTD. | TRANSFEROR: RADCLIFFE SPC, LTD., ON BEHALF OF THE CLASS A SEGREGATED PORTFOLIO; C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL OFFSHORE PARTNERS LIMITED | C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK, ESQ. 885 THIRD AVE., 30TH FLOOR NEW YORK NY 10022 |
| STRATEGIC VALUE MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO, AMY SIM 100 WEST PUTNAM AVENUE GREENWICH CT 06380 |
| STRUCTURED CREDIT OPPORTUNITIES FUND II | JAMES E. MCKEE C/O TRICADIA CAPITAL MANAGEMENT LLC 780 THIRD AVENUE, 29TH |

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Claim Name | Address Information |
|------------|---------------------|
| LP | FLOOR NEW YORK NY 10017 |
| STRUCTURED CREDIT OPPORTUNITIES FUND II LP | C/O MARINER INVESTMENT GROUP, INC. ATTN: JOHN KELTY 500 MAMARONECK AVENUE HARRISON NY 10528 |
| STRUCTURED CREDIT OPPORTUNITIES FUND II LP | C/O MARINER INVESTMENT GROUP, LLC ATTN: JOHN KELTY 500 MAMARONECK AVENUE HARRISON NY 10528 |
| SUCCESSAL GROUP LLC | TRANSFEROR: CCP QUANTITATIVE MASTER FUND LIMITED C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SUMITOMO MITSUI BANKING CORPORATION | MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| SUMITOMO MITSUI BANKING CORPORATION | ATTN: SCOTT DIAMOND, LEGAL 277 PARK AVENUE, 6TH FLOOR NEW YORK NY 10172-0601 |
| SUMITOMO TRUST & BANKING CO., LTD., THE | TOSHIO SAKUDO THE SUMITOMO TRUST & BANKING CO., LTD. GRAN-TOKYO SOUTH TOWER 9-2 MARUNOUCHI 1-CHOME CHIYODA-KU TOKYO 100-6611 JAPAN |
| SUMITOMO TRUST & BANKING CO., LTD., THE | TOSHIO SAKUDO THE SUMITOMO TRUST & BANKING CO., LTD GRAN-TOKYO, SOUTH TOWER 9-2, MARUNOUCHI 1-CHOME CHIYODA-KU TOKYO 100-6611 JAPANA |
| SUMITOMO TRUST & BANKING CO., LTD., THE | C/O SEWARD & KISSEL LLP ATTN: RONALD L COHEN ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| SUMITOMO TRUST & BANKING CO., LTD., THE | C/O SEWARD & KISSEL LLP RONALD L COHEN, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| SUMITOMO TRUST & BANKING CO., LTD., THE | MASAYA YAMASHIRO., BRUCE A. ORTWINE, ESQ. THE SUMITOMO TRUST & BANKING CO., LTD 527 MADISON AVENUE NEW YORK NY 10022 |
| SUMMIT ACADEMY | ATTN: BRIAN BEAUDRIE 30494 OLMSTEAD, BUILDING B FLAT ROCK MI 48134 |
| SUN HUNG KAI INVESTMENT SERVICES LIMITED | ATTN: MS SYLVIA LAU 42/F THE LEE GARDENS 33 HYSAN AVE CAUSEWAY BAY HONG KONG CHINA |
| SUN HUNG KAI INVESTMENT SERVICES LIMITED | ATTN: MS. SYLVIA LAU 42/F THE LEE GARDENS 33 HYSAN AVE CAUSEWAY BAY HONG KONG |
| SUN HUNG KAI INVESTMENT SERVICES LIMITED | ATTN: SYLVIA LAU 42/F THE LEE GARDENS 33 HYSAN AVE CAUSEWAY BAY HONG KONG HONG KONG |
| SUN HUNG KAI INVESTMENT SERVICES LIMITED | ATTN: MS. SYLVIA LAU 42/F THE LEE GARDENS 33 HYSAN AVE CAUSEWAY BAY HONG KONG HONG KONG |
| SUN HUNG KAI INVESTMENT SERVICES LIMITED | ATTN: SYLVIA LAU 42/F, THE LEE GARDENS 33 HYSAN AVENUE CAUSEWAY BAY HONG KONG |
| SUN HUNG KAI INVESTMENT SERVICES LIMITED | MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| SUN LIFE ASSURANCE SOCIETY PLC | AXA IM GS LTD ATTN: NATHALIE LOIR-STEGGALL/JOSIE TUBBS LEGAL DEPARTMENT 7 NEWGATE STREET LONDON EC1A 7NX UNITED KINGDOM |
| SUN LIFE ASSURANCE SOCIETY PLC | ATTN: LEGAL DEPARTMENT 5 OLD BROAD STREET LONDON EC2N 1AD UNITED KINGDOM |
| SUNAMERICA LIFE INSURANCE COMPANY | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| SUNAMERICA LIFE INSURANCE COMPANY | LEGAL DEPARTMENT 1 SUNAMERICA CENTER, 37TH FLOOR ATTN: ALISON CHEN LOS ANGELES CA 90067 |
| SUNAMERICA LIFE INSURANCE COMPANY | 21650 OXNARD STREET, 6TH FLOOR ATTN: STEWART POLAKOV SENIOR VICE PRESIDENT & CONTROLLER MAIL STOP 6-9 WOODLAND HILLS CA 91367 |
| SUNAMERICA LIFE INSURANCE COMPANY | 21650 OXNARD STREET, 6TH FLOOR ATN: STEWART POLAKOV SENIOR VICE PRESIDENT & CONTROLLER MAIL STOP 6-9 WOODLAND HILLS CA 91367 |
| SUNKEN LEDGE, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SUNRISE PARTNERS LIMITED PARTNERSHIP | ATTN: MICHAEL BERNER TWO AMERICAN LANE GREENWICH CT 06836-2571 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 7A) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 7B) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GROUP 7C) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL |

| Claim Name | Address Information |
|---|---|
| SUNSET PARK CDO LIMITED SPC | NO. GLOBAL 7C) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GROUP 8A) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 8A) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 8B) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. GLOBAL 19 NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | FOR THE ACCOUNT OF THE SERIS 2004-1 SEGREGATE PORTFOLIO C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNSET PARK CDO LIMITED SPC | FOR THE ACCOUNT OF THE SERIS 2004-4 SEGREGATE PORTFOLIO C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNSET PARK CDO LIMITED SPC | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNTRUST BANK | DAVID BLOOM, ESQ. FIRST VP AND GENERAL COUNSEL SUNTRUST BANKS, INC. 303 PEACHTREE STREET 36TH FLOOR ATLANTA GA 30308 |
| SUNTRUST BANK | SUNTRUST BANKS, INC ATTN: DAVID BLOOM, ESQ, FIRST VP AND ASSOCIATE GENERAL COUNSEL 303 PEACHTREET STREET, 36TH FLOOR ATLANTA GA 30308 |
| SUNTRUST BANK | ATTN: FRED D. WOOLF, DIRECTOR FINANCIAL RISK MANAGEMENT OPERATIONS 3333 PEACH TREE STREET, N.E. MAILCODE GA-ATL-3913 ATLANTA GA 30326 |
| SUNTRUST BANK | ATTN: FRED D. WOOLF, DIRECTOR FINANCIAL RISK MANAGEMENT OPERATIONS MAIL CODE GA-ATL-3913 3333 PEACHTREE STREET, N.E. ATLANTA GA 30326 |
| SUPER CASPIAN CAYMAN FUND LIMITED | TRANSFEROR: CASPIAN ALPHA CREDIT FUND, L.P. ATTN: SUSAN LANCASTER C/O CASPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528 |
| SUPER CASPIAN CAYMAN FUND LIMITED | TRANSFEROR: CASPIAN ALPHA CREDIT FUND, L.P. ATTN: SUSAN LANCASTER C/O CAPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528 |
| SUPER CASPIAN CAYMAN FUND LIMITED | TRANSFEROR: CASPIAN ALPHA LONG CREDIT FUND, L.P. ATTN: SUSAN LANCASTER C/O CASPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528 |
| SUPERANNUATION FUNDS MANAGEMENT CORPORATION OF SOU | ATTN: MIKE GRDOSIC, INVESTMENT MANAGER GPO BOX 2639 ADELAIDE 5001 AUSTRALIA |
| SUPERANNUATION FUNDS MANAGEMENT CORPORATION OF SOU | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| SUPERIOR ENERGY SERVICES INC | ATTN: WILLIAM B. MASTERS 1105 PETERS ROAD HARVEY LA 70058 |
| SUTTER HEALTH- EDEN ACCOUNT | C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON EC4Y ODZ UK |
| SUTTER HEALTH- EDEN ACCOUNT | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| SVMF 48, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS LLC ATTN: MARC SILEO / AMY SIM 100 WEST PUTNAM AVE GREENWICH CT 06830 |
| SWEARENGEN PLACE, L.L.C. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ROPES & GRAY LLP ATTN: LISA RAGOSTA PRUDENTIAL TOWER, 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SWEDBANK AB (PUBL) | MR. JOHAN STENBERG, MR. CLAS BURENIUS SWEDBANK AB (PUBL) STOCKHOLM SE-105 34 SWEDEN |
| SWEDBANK AB (PUBL) | CLAUDE D. MONTGOMERY, ESQ. SALANS LLP 620 FIFTH AVENUE NEW YORK NY 10020 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | C/O ALLY FINANCIAL INC. ATTN: STEPHEN VAN DOLSEN 1185 AVENUE OF THE AMERICAS, 2ND FLOOR NEW YORK NY 10036 |
| SWISS RE FINANCIAL PRODUCTS CORPORATION | TRANSFEROR: SR GGI MASTER MA, LTD. C/O SWISS RE SERVICES LIMITED 30 ST. MARY AXE ATTN: NICHOLAS RAYMOND LONDON EC3A 8EP UNITED KINGDOM |
| SWISS REINSURANCE COMPANY LTD | ATTN:  PETER M. WYLER AND NICK RAYMOND MYTHENQUAI 50/60 ZURICH 8022 SWITZERLAND |
| SWISS REINSURANCE COMPANY LTD | CLIFFORD CHANCE US LLP ATTN:  JENNIFER C. DEMARCO, DAVID A. SULLIVAN, ESQ. 31 |

| Claim Name | Address Information |
|---|---|
| SWISS REINSURANCE COMPANY LTD | WEST 52ND STREET NEW YORK NY 10019 |
| SYLVIA AGOSTINI LIVING TRUST DTD 5/12/2000 | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBLATT LLC 885  3RD AVE NEW YORK NY 10022 |
| SYLVIA AGOSTINI LIVING TRUST DTD 5/12/2000 | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBALTT LLC 885  3RD AVE NEW YORK NY 10022 |
| SYLVIA AGOSTINI LIVING TRUST DTD 5/12/2000 | 6365 COLLINS AVE., APT 3603 MIAMI BEACH FL 33143 |
| T ASIA L HOLDINGS, LTD. | WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| T ASIA L HOLDINGS, LTD. | TRANSFEROR: TIGER ASIA FUND LP C/O TIGER ASIA MANAGEMENT LLC ATTN: PATRICK HALLIGAN 101 PARK AVENUE NEW YORK NY 10128 |
| TACONIC CAPITAL PARTNERS 1.5 LP | ATTN: CAROL LEE TACONIC CAPITAL PARTNERS 1.5 LP C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND, L.P. | ATTN: CAROL F. LEE, GENERAL COUNSEL C/O TACONIC CAPITAL ADVISORS L.P. 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| TAISHIN INTERNATIONAL BANK | ADELINE JAI 12F., 118 REN-AI RD., SEC. 4, DA-AN DISTRICT TAIPEI 106 TAIWAN |
| TAISHIN INTERNATIONAL BANK | C/O MORRISON & FOERSTER LLO KAREN OSTAD 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| TAKAMIYA CO. LTD | 1-1 MAEDA KIGYO DANCHI YAHATAM HIGASHI-KU KITAKYUSHU-CITY FUKUOKA 805-8539 JAPAN |
| TAO L HOLDINGS, LTD. | WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| TAO L HOLDINGS, LTD. | TRANSFEROR: TIGER ASIA OVERSEAS FUND LTD. C/O TIGER ASIA MANAGEMENT LLC ATTN: PATRICK HALLIGAN 101 PARK AVENUE NEW YORK NY 10128 |
| TATE LYLE GROUP PENSION SCHEME | BY ALLIANCEBERNSTEIN L.P., AS INVESTMENT ADVISER 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| TAVARES SQUARE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 9A) NEW YORK NY 10022 |
| TAVARES SQUARE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 9B) NEW YORK NY 10022 |
| TAVARES SQUARE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINSTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| TAYLOR CREEK LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTRO NO. GLOBAL 10) NEW YORK NY 10022 |
| TAYLOR CREEK LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 10) NEW YORK NY 10022 |
| TAYLOR CREEK LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| TD NORDIQUE, INC. | C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK NY 10105 |
| TEACHER'S RETIREMENT SYSTEM OF LOUISIANA | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| TEACHERS RETIREMENT SYSTEM OF THE STATE OF ILLINOI | ATTN: TASSI MATON DIRECTOR OF INVESTMENT OPERATIONS 2815 WEST WASHINGTON STREET SPRINGFIELD IL 62702 |
| TEB PORTFOY YONETEMI AS | F/K/A FORTIS PORTFOY YONETIMI BNPP IP BELGIUM LEGAL OTC TEAM ATTN: GREET RAMAUT ACI: 1YB1A 55 RUE DU PROGRES BRUSSELS 1210 BELGIUM |
| TEB PORTFOY YONETEMI AS | DOUGLAS O. BARTNER, ESQ. & SOLOMON J. NOH ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TECOMARA N.V. | C/O HSBC SECURITIES SERVICES (BERMUDA) LIMITED, AS MANAGING DIRECTOR 6 FRONT STREET HAMILTON HM 11 BERMUDA |
| TECOMARA N.V. | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| TEH BANK OF NEW YORK MELLON, TRUSTEE | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK |

| Claim Name | Address Information |
|---|---|
| FOR CREDITOR | NY 10022 |
| TEH BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR | STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK NY 10286 |
| TELEFONICA, S.A. | ATTN: CARLOS JIMENEZ ZATO / BELEN SOTOCA REDONDO DISTRITO C, EDIFICIO CENTRAL PLANTA 3 RONDA DE LA COMUNICACIONS MADRID 28050 SPAIN |
| TELSTRA SUPER PTY LTD | AS TRUSTEE OF TELSTRA SUPERANNUATION SCHEME LEVEL 8, 215 SPRING STREET MELBOURNE VIC 3000 AUSTRALIA |
| TELSTRA SUPER PTY LTD | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| TEMPO VOLATILITY MASTER FUND L.P. | C/O JD CAPITAL MANAGEMENT LLC 2 GREENWICH PLAZA, 2ND FLOOR ATTN: DONALD MCCARTHY GREENWICH CT 06830 |
| TENOR OPPORTUNITY MASTER FUND, LTD. | ATTN: RAVI PATEL TENOR CAPITAL MANAGEMENT COMPANY LP 1180 AVENUE OF THE AMERICAS, SUITE 1940 NEW YORK NY 10036 |
| TENOR OPPORTUNITY MASTER FUND, LTD. | ATTN: RAVI PATEL 1180 AVENUE OF THE AMERICAS, SUITE 1940 NEW YORK NY 10036 |
| TEWKSBURY INVESTMENT FUND LTD | SIDLEY AUSTIN LLP ATTN LEE S ATTANASIO AND ALEX R ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| TEWKSBURY INVESTMENT FUND LTD | C/O STEVENS CAPITAL MANAGEMENT LP ATTN MICHAEL ALFANO 201 KING OF PRUSSIA ROAD SUITE 400 WAYNE PA 19087 |
| THE BANK OF NEW YORK MELLON, AS TRUSTEE | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVE CONTROL NO. MBS 94 NEW YORK NY 10022 |
| THE BANK OF NEW YORK MELLON, AS TRUSTEE | REED SMITH LLP ATTN: MICHAEL J VENDITTO, ESQ 599 LEXINGTON AVE MBS 35 B NEW YORK NY 10022 |
| THE BANK OF NEW YORK MELLON, AS TRUSTEE | REED SMITH LLP ATTN: MICHAEL J VENDITTO, ESQ 599 LEXINGTON AVE MBS 33 NEW YORK NY 10022 |
| THE BANK OF NEW YORK MELLON, AS TRUSTEE | STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK NY 10286 |
| THE BANK OF NEW YORK MELLON, AS TRUSTEE | STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-6 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK NY 10286 |
| THE LIVERPOOL LIMITED PARTNERSHIP | TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| THE MORNINGSIDE MINISTRIES FOUNDATION, INC. | ATTN: JOAN DIXON, VICE-PRESIDENT OF FINANCE 700 BABCOCK ROAD SAN ANTONIO TX 78201 |
| THE ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: MARATHON GLOBAL EQUITY MASTER FUND, LTD. ATTN: FRANCESCA SENA 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| THE ROYAL BANK OF SCOTLAND PLC | TRANSFEROR: CASTLE MARKET HOLDINGS LIMITED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06901 |
| THE ROYAL BANK OF SCOTLAND PLC | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THE ROYAL BANK OF SCOTLAND PLC | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THE TARGET PORTFOLIO TRUST, ON BEHALF OF THE INT'L | ATTN: M. SADIQ PESHIMAM PRUDENTIAL INVESTMENTS 100 MULBERRY STREET NEWARK NJ 07102 |
| THE TARGET PORTFOLIO TRUST, ON BEHALF OF THE INT'L | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| THE TRUSTEES OF THE JAGUAR PENSION PLAN | BLOCK 33 SOLIHULL LONDON B92 8NW UNITED KINGDOM |
| THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND LP | C/O SEWARD & KISSEL LLP ATTN: ARLENE R ALVES ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND LP | SARAH S. KELLEHER, ESQ. THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND, L.P. C/O THIRD AVENUE MANAGEMENT LLC 622 THIRD AVENUE, 32ND FLOOR NEW YORK NY 10017 |
| THREADNEEDLE MANAGEMENT LUXEMBOURG SA ON BEHALF OF | EMERGING MARKET LOW DURATION PORTFOLIO ATTN: HEAD OF LEGAL C/O 60TH ST. MARY AXE LONDON EC3A 8JQ UNITED KINGDOM |
| TINDALL, SIMON & CAROLINE | 31 LONSDALE ROAD, BARNES LONDON SW13 9JP UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| TM-LB CLAIMS VEHICLE LTD | ARGONAUT HOUSE ATTN: MICHAEL COLLINS, DIRECTOR 5 PARK ROAD HAMILTION HM 09 BERMUDA |
| TM-LB CLAIMS VEHICLE LTD | JEROME RANAWAKE AND GAVIN WOODS FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TM-LB CLAIMS VEHICLE LTD | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE & GAVIN WOODS 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022 |
| TM-LB VEHICLE LTD | ARGONAUT HOUSE ATTN: MICHAEL COLLINS, DIRECTOR 5 PARK ROAD HAMILTION HM 09 BERMUDA |
| TM-LB VEHICLE LTD | JEROME RANAWAKE AND GAVIN WOODS FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TOB CAPITAL LP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| TOB CAPITAL LP | ATTN: EDWARD SUN 399 PARK AVENUE, 7TH FLOOR NEW YORK NY 10022 |
| TOBACCO SETTLEMENT FINANCING CORPORATION | GERALDINE PONTO GIBBONS P.C. COUNSEL TO TOBACCO SETTLEMENT FINANCING CORP ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| TOBACCO SETTLEMENT FINANCING CORPORATION | GIBBONS P.C. ATTN: GERALDINE PONTO, ESQ., COUNSEL TO TOBACCO SETTLEMENT FINANCING CORPORATION ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| TOBACCO SETTLEMENT FINANCING CORPORATION | CRED. NUMBER 1000193252 ATTN: NANCY FELDMAN 50 WEST STATE STREET 5TH FLOOR TRENTON NJ 08625 |
| TOBACCO SETTLEMENT FINANCING CORPORATION | C/O K & L GATES LLP ATTN: ROBERT N. MICHAELSON, ESQ., EUNICE RIM, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TODAKA MINING CO., LTD. | 6-7 GONOMOTO-MACHI TSUKUMI CITY OITA PREF JAPAN |
| TOKIO MARINE & NICHIDO FIRE INS. CO, LTD | ATTN: FIXED INCOME GROUP, INVESTMENT DEPARTMENT I 6-4 SANBANCHO CHIYODA-KU TOKYO 102-8014 JAPAN |
| TOLLIVER PLACE LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| TOMAR TRUST | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| TOMAR TRUST | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO / DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| TOPAZ FINANCE LIMITED SERIES 2005-1 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN:  SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| TOPAZ FINANCE LIMITED SERIES 2005-1 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 240 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TOPAZ FINANCE LIMITED SERIES 2005-2 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN:  SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| TOPAZ FINANCE LIMITED SERIES 2005-2 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 241 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TORONTO-DOMINION BANK, THE | C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK NY 10105 |
| TOTAL PRODUCE IRELAND PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| TOTAL PRODUCE IRELAND PENSION SCHEME | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| TOTENS SPAREBANK | POSTBOKS 34 LENA 2851 NORWAY |
| TRANSAMERICA PIMCO REAL RETURN TIPS, | A SERIES OF TRANSAMERICA FUNDS C/O DENNIS P. GALLAGHER, VICE PRESIDENT GENERAL COUNSEL & SECRETARY 570 CARILLON PARKWAY SAINT PETERSBURG FL 33716 |
| TREMBLANT PARTNERS LP | JEROME RANAWAKE AND GAVIN WOODS FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TREMBLANT PARTNERS LP | C/O TREMBLANT CAPITAL GROUP ATTN: LEGAL & COMPLIANCE 767 FIFTH AVENUE, FLOOR 12A NEW YORK NY 10153 |
| TREMBLANT PARTNERS LTD. | JEROME RANAWAKE AND GAVIN WOODS FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 |

| Claim Name | Address Information |
| --- | --- |
| TREMBLANT PARTNERS LTD. | MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TREMBLANT PARTNERS LTD. | C/O TREMBLANT CAPITAL GROUP ATTN: LEGAL & COMPLIANCE 767 FIFTH AVENUE, FLOOR 12A NEW YORK NY 10153 |
| TRIBRIDGE AF 1 LTD | ATTN:EUGENE KIM TRIBRIDGE AF 1 LTD C/O TRIBRIDGE INVESTMENT PARTNERS LTD 2202 TOWER 2 LIPPO CENTRE 89 QUEENSWAY, HONG KONG HONG KONG |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER | C/O TRICADIA CAPITAL MANAGEMENT LLC ATTN: JAMES E. MCKEE 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017 |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER | C/O MARINER INVESTMENT GROUP, INC. ATTN: JOHN KELTY 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| TRILANTIC CAPITAL PARTNERS FUND III CAYMAN ROLLOVE | PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| TRILANTIC CAPITAL PARTNERS FUND III CAYMAN ROLLOVE | C/O TRILANTIC CAPITAL MANAGEMENT LLC ATTNL CHARLES AYRES 399 PARK AVENUE 15TH FLOOR NEW YORK NY 10022 |
| TRILANTIC CAPITAL PARTNERS IV (EUROPE) L.P. | LAURENCE MCNAIRN HERITAGE HALL, LE MARCHANT STREET PO BOX 225 ST PETER PORT GUEMSEY GY1 4HY UNITED KINGDOM |
| TRILANTIC CAPITAL PARTNERS IV (EUROPE) L.P. | PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| TRUSTEES EXECUTORS LIMITED | ATTENTION: LUIZA MORAN PO BOX 3222 WELLINGTON NEW ZEALAND |
| TRUSTEES EXECUTORS LIMITED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF HOSPITAL AUTHORITY PROVIDENT FUND SCHE | TRUSTEE FOR HOSPITAL AUTHORITY PROVIDENT FUND SCHEME (103025) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL CHRISTCHURCH COURT 10-15 NEWGATE STREET ATTN: BENJAMIN ROBINSON LONDON EC1A 7HD UNITED KINGDOM |
| TRUSTEES OF THE 3M PENSION AND LIFE ASSURANCE SCHE | 3M CENTRE, CAIN ROAD BRACKNELL RG12 8HT UNITED KINGDOM |
| TRUSTEES OF THE JAGUAR PENSION PLAN, THE | BLOCK 33 SOLIHULL LONDON B92 8NW UNITED KINGDOM |
| TRUSTEES OF THE PARLIAMENTARY CONTRIBUTORY PENSION | HOUSE OF COMMONS 7 MILLBANK LONDON SW1A UNITED KINGDOM |
| TRUSTEES OF THE PARLIAMENTARY CONTRIBUTORY PENSION | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE ROLLS-ROYCE ANCILLARY BENEFIT PLAN | C/O MR. D N COLCLOUGH ROLLS - ROYCE PLC JUBILLE HOUSE (JH-19) PO BOX 31 DERBY DF2A885 UNITED KINGDOM |
| TRUSTEES OF THE SCOTIA GAS NETWORKS PENSION SCHEME | C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL CHRISTCHURCH COURT 10-15 NEWGATE STREET ATTN: BENJAMIN ROBINSON LONDON EC1A 7HD UNITED KINGDOM |
| TRUSTEES OF THE SCOTIA GAS NETWORKS PENSION SCHEME | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| TRUSTEES OF THE SERCO PENSION AND LIFE ASSURANCE S | C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENHAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE COURT LONDON EC1A 7HD UNITED KINGDOM |
| TRUSTEES OF THE SERCO PENSION AND LIFE ASSURANCE S | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| TRUSTEES OF THE TATE AND | LYLE GROUP PENSION SCHEME THAMES SUGAR REFINERY FACTORY ROAD LONDON E16 2EW UNITED KINGDOM |
| TRUSTEES OF THE TYCO UK PENSION | COMMON INEVSTMENT FUND (103066) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL CHRISTCHURCH COURT 10-15 NEWGATE STREET ATTN: BENJAMIN ROBINSON LONDON EC1A 7HD UNITED KINGDOM |
| TRUSTEES OF THE TYCO UK PENSION | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| TRUSTEES OF THE VIRIDIAN GROUP PENSION SCHEME | 120 MALONE ROAD BELFAST BT9 5HT UNITED KINGDOM |
| TRUSTEES OF THE VIVENDI UNIVERSAL PENSION SCHEME | C/O BOB FOLLEY, SENIOR CONSULTANT, TTEE GOVERNANCE SERVICES JARDINE LLOYD THOMPSON 6 CRUTCHED FRIARS LONDON EC3N 2PH UNITED KINGDOM |
| TRUSTEES OF THE VIVENDI UNIVERSAL | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840N NEWPORT CENTER |

| Claim Name | Address Information |
|---|---|
| PENSION SCHEME | DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES, OF THE NEI COMMON INVESTMENT FUND, THE | C/O MR D N COLCLOUGH ROLLS-ROYCE PLC JUBILEE HOUSE (JH-19) PO BOX 31 DERBY DE24 8BJ UNITED KINGDOM |
| TSO LLC | TRANSFEROR: YORVIK PARTNERS LLP C/O ASHURST LLP ATTN: PATRICIA SEDDON 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036 |
| TSO LLC | TRANSFEROR: YORVIK PARNTERS LLP C/O ASHURST LLP ATTN: PATRICIA SEDDON 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036 |
| TSO LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| TSS FUND LTD. | C/O TIKEHAU INVESTMENT MANAGEMENT S.A.S. ATTN: BRUNO DE PAMPELONNE 29 RUE DE MIROMESNIL PARIS 75008 FRANCE |
| TSS FUND LTD. | SIDLEY AUSTIN LLP ATTN: ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| TSS FUND LTD. | SIDLEY AUSTIN LLP ATTN: LEE ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| TUDOR BVI GLOBAL PORTFOLIO L.P., THE | TUDOR INVESTMENT CORPORATION, PROCESS AGENT ATTN: STEPHEN N. WALDMAN 1275 KING ST. GREENWICH CT 06831 |
| TUDOR BVI GLOBAL PORTFOLIO L.P., THE | SHEARMAN & STERLING LLP AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TUDOR FAMILY FUND II LLC | TUDOR INVESTMENT CORPORATION, PROCESS AGENT ATTN: STEPHEN N. WALDMAN 1275 KING ST. GREENWICH CT 06831 |
| TUDOR FAMILY FUND II LLC | SHEARMAN & STERLING LLP AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TUDOR PROPRIETARY TRADING, L.L.C. | TUDOR INVESTMENT CORPORATION, PROCESS AGENT ATTN: STEPHEN N. WALDMAN 1275 KING ST. GREENWICH CT 06831 |
| TUDOR PROPRIETARY TRADING, L.L.C. | SHEARMAN & STERLING LLP AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TURK DIS TICARET BANKASI (AKA FORTIS BANK TURKEY) | FORTIS BANK NV/SA ANNMERIE JUNG AND PHILIP STEEGMANS MONTAGNE DE PARC, 3 BRUSSELS BELGIUM |
| TURK DIS TICARET BANKASI (AKA FORTIS BANK TURKEY) | YILDIZ POSTA CAD, NO: 5434353 GAYRETTEPE TURKEY |
| TURK DIS TICARET BANKASI (AKA FORTIS BANK TURKEY) | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 1201 F. ST. N.W. SUITE 1100 WASHINGTON DC 20004 |
| TURKIYE SINAI KALKINMA BANKASI AS | ATTN: KORHAN AKLAR MECLISI MEBUSAN CAD. 81 FINDIKLI 34427 ISTANBUL TURKEY |
| TURKIYE SINAI KALKINMA BANKASI AS | CLIFFORD CHANCE 31 W 52ND STREET NEW YORK NY 10019 |
| TWO SIGMA HORIZON PORTFOLIO, LLC | C/O TWO SIGMA INVESTMENTS, LLC ATTN: MICHAEL MARINIC 379 WEST BROADWAY, 5TH FLOOR NEW YORK NY 10012 |
| TYCO ELECTRONICS CORPORATION AS SPONSOR FOR TYCO E | BENEFIT PLANS MASTER FUND JING YANG, CAPITAL PLANNING 1050 WESTLAKES DRIVE BERWYN PA 19312 |
| TYKHE FUND LTD | ATTN: MICHAEL COLLINS ARGONAUT HOUSE 5 PARK ROAD HAMILTON HM 09 BERMUDA |
| TYKHE FUND LTD | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE & GAVIN WOODS 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022 |
| U.S. BANK NATIONAL ASSOCIATION | TIMOTHY PILLAR U.S. BANK CORPORATE TRUST SERVICES ED-MN-WS1D 60 LIVINGSTON AVENUE ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | TIMOTHY PILLAR, VP EP-MN-WS1D 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | TIMOTHY PILLAR, VP EP-MN-WS1D 60 LIVINGSTON AVENUE SAINT PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | TRANSFEROR: BANK OF AMERICA, NA, AS TRUSTEE & DERIVATIVES AGENT ATTN: WAYNE MILLER CORPORATE TRUST SERVICES 540 WEST MADISON STREET, SUITE 1840 CHICAGO IL 60661 |

| Claim Name | Address Information |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | ATTN: TIMOTHY PILLAR, VICE PRESIDENT US BANK CORPORATE TRUST SERVICES, ED-MN-WS1D 60 LIVINGSTON AVENUE ST PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | ATTN: PAMELA WIEDER, VP US BANK CORPORATE TRUST SERVICES, ED-MN-WS1D 60 LIVINGSTON AVENUE ST PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| UBS AG | ATTN: BERT FUQUA, ESQ. 677 WASHINGTON BLVD. STAMFORD CT 06901 |
| UBS AG | BINGHAM MCCUTCHEN LLP ATTN: JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC. ACTING | PACE SELECT ADVISORS TRUST RE UBS PACE ALTERNATIVE STRATEGIES INVESTMENTS PORTFOLIO (103224) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURC COURT, 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC. ACTING | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| UBS SECURITIES JAPAN CO., LTD. | TRANSFEROR: UBS SECURITIES JAPAN, LTD ATTN: KAZUYA ICHIKAWA/MARIE MIYAZAWA OTEMACHI FIRST SQUARE 5-1, OTEMACHI 1-CHOME CHIYODA-KU TOKYO 100-0004 JAPAN |
| UK CORPORATE BOND FUND - (# 4692) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |
| UK CORPORATE BOND FUND - (# 4692) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| UK STERLING COREPLUS FUND (#3681) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |
| UK STERLING COREPLUS FUND (#3681) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| UK STERLING INFLATION-LINKED FUND - (#3689) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE, UPPER HATCH STREET DUBLIN 2 IRELAND |
| UK STERLING INFLATION-LINKED FUND - (#3689) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| UK STERLING INVESTMENT GRADE CREDIT FUND (#4690) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |
| UK STERLING INVESTMENT GRADE CREDIT FUND (#4690) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| UK STERLING LONG AVERAGE DURATION FUND - (#4683) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE, UPPER HATCH STREET DUBLIN 2 IRELAND |
| UK STERLING LONG AVERAGE DURATION FUND - (#4683) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| UNICREDIT S.P.A. | VIA ALESSANDRO SPECCHI 16 00186 ROME ITALY |
| UNION OF PRESENTATION SRS (C) COMMON INVESTMENT FU | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| UNION OF PRESENTATION SRS (C) COMMON INVESTMENT FU | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| UNIONE DI BANCHE ITALIANE SCPA | AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO 24121 ITALY |
| UNIONE DI BANCHE ITALIANE SCPA | AREA AFFARI LEGALI E CONTENZIOSO PIAZZA VITTORIO VENETO, 8 BERGAMO 24121 ITALY |
| UNITED ARAB EMIRATES GENERAL PENSION AND | SOCIAL SECURITY AUTHORITY PO BOX 47000 CARREFOUR/TOYOTA GARAGE AIRPORT ROAD ABU DHABI UNITED ARAB EMIRATES |
| UNITED COMPANY | TEITELBAUM & BASKIN, LLP ATTN: JAY TEITELBAUM, ESQ. 1 BARKER AVENUE, 3RD FLOOR WHITE PLAINS NY 10601 |
| UNITED COMPANY | LEACH TRAVELL BRITT PC ATTN: LAWRENCE KATZ 8270 GREENSBORO DRIVE, SUITE 1050 MCLEAN VA 22102 |
| UNITED COMPANY | LEACH TRAVELL BRITT PC ATTN: LAWRENCE A. KATZ 8270 GREENSBORO DRIVE, SUITE 1050 MCLEAN VA 22102 |
| UNITED COMPANY | ATTN: LOIS A. CLARK / BRIAN D. SULLIVAN 1005 GLENWAY AVENUE BRISTOL VA 24201 |

| Claim Name | Address Information |
|---|---|
| UNITED COMPANY, THE | TEITELBAUM & BASKIN, LLP ATTN: JAY TEITELBAUM, ESQ. 1 BARKER AVENUE, 3RD FLOOR WHITE PLAINS NY 10601 |
| UNITED COMPANY, THE | LEACH TRAVELL BRITT PC ATTN: LAWRENCE A. KATZ, ESQ. 8270 GREENSBORO DRIVE, SUITE 1050 MCLEAN VA 22102 |
| UNITED COMPANY, THE | THE UNITED COMPANY 1005 GLENWAY AVENUE BRISTOL VA 24201 |
| UNIVERSAL INVESTMENTGESELLSCHAFT | BRM-UNIVERSAL-FUNDS ERLENSTRASSE 2 FRANKFURT 60325 GERMANY |
| UNIVERSAL-INVESTMENT-GESELLSCHAFT MBH A/C 550845 | ATTN: LEGAL AND COMPLIANCE DEPARTMENT AM HAUPTBAHNHOF 18 FRANKFURT AM MAIN 60329 GERMANY |
| UNIVERSAL-INVESTMENT-GESELLSCHAFT MBH A/C 550845 | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ, GARETH OLD, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| UNIVERSITY OF TEXAS, THE, INVESTMENT MANAGEMENT CO | ATTN: ANNA CECILIA GONZALEZ, GENERAL COUNSEL AND CCO 401 CONGRESS AVENUE, SUITE 2800 AUSTIN TX 78701 |
| UNIVERSITY OF TEXAS, THE, INVESTMENT MANAGEMENT CO | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| URUGRAIN S.A. | LEONARD A. BUDYONNY, ESQ. URUGRAIN S.A. C/O LOUIS DREYFUS CORPORATION 40 DANBURY ROAD WILTON CT 06897 |
| URUGRAIN S.A. | C/O SEWARD & KISSEL LLP ATTN: RONALD L COHEN ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| VENOCO, INC. | RUBIN, PAUL ESQ. HERRICK, GEINSTEIN LLP 2 PARK AVENUE NEW YORK NY 10016 |
| VENOCO, INC. | RUBIN, PAUL ESQ. HERICK, FEINSTEIN, LLP 2 PARK AVENUE NEW YORK NY 10016 |
| VENOCO, INC. | TERRY L. ANDERSON, ESQ. GENERAL COUNSEL 6267 CARPINTERIA AVENUE CARPINTERIA CA 93013 |
| VERIZON MASTER SAVINGS TRUST | C/O VERIZON INVESTMENT MGMT. CORP. 1 VERIZON WAY BASKING RIDGE NJ 07920 |
| VERIZON MASTER SAVINGS TRUST | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| VERIZON VEBA PARTNERSHIP FUNDAMENTAL CURRENCY OVER | (105064) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| VERIZON VEBA PARTNERSHIP FUNDAMENTAL CURRENCY OVER | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| VERMONT PENSION INVESTMENT COMMITTEE | C/O BETH PEARCE 109 STATE STREET, 4TH FLOOR PAVILION BUILDING MONTPELIER VT 05602 |
| VGE III PORTFOLIO LTD. | ATTN: ERIC KOMITEE, COUNSEL 55 RAILROAD AVE. GREENWICH CT 06830 |
| VICKERS GROUP PENSION TRUSTEES LTD. | C/O MR D N COLCLOUGH ROLLS - ROYCE PLC JUBILEE HOUSE (JH-19) PO BOX 31 DERBY DE24 8BJ UNITED KINGDOM |
| VICKERS PENSION TRUSTEES LIMITED AS TRUSTEE OF | THE VICKERS GROUP PENSION SCHEME C/O ROSS CERAMICS LIMITED DERBY ROAD DENBY DE5 8NX UNITED KINGDOM |
| VICKERS PENSION TRUSTEES LTD AS TRUSTEE OF THE | VICKER GROUP PENSION SCHEME C/O ROSS CERAMICS LTD DERBY ROAD DENBY DE5 8NX UNITED KINGDOM |
| VIKING GLOBAL EQUITIES II LP | ATTN: ERIC KOMITEE, COUNSEL 55 RAILROAD AVE. GREENWICH CT 06830 |
| VIKING GLOBAL EQUITIES LP | ATTN: ERIC KOMITEE, COUNSEL 55 RAILROAD AVE. GREENWICH CT 06830 |
| VITTORIA FUND - ACQ, L.P. | C/O SEWARD & KISSEL LLP ATTN: LAURIE R. BINDER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| VITTORIA FUND - T, L.P. | C/O KYLIN MANAGEMENT LLC ATTN: PAUL GUGGENHEIMER 366 MADISON AVE, 16TH FLOOR NEW YORK NY 10017 |
| VITTORIA FUND - T, L.P. | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN JEROME RANAWAKE & GAVIN WOODS 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022 |
| VONWIN CAPITAL MANAGEMENT, L.P. | TRANSFEROR: BUTTERFIELD TRUST (BERMUDA) LIMITED, AS TRUSTEE ON BEHALF OF HFR EM ADVANTAGE MASTER TRUST 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |
| VOX PLACE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL N. GOLBAL 12A) NEW YORK NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|------------|---------------------|
| VOX PLACE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 12A) NEW YORK NY 10022 |
| VOX PLACE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 12B) NEW YORK NY 10022 |
| VOX PLACE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO 599 LEXINGTON AVENUE (CONGROL NO. GLOBAL 12B) NEW YORK NY 10022 |
| VOX PLACE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINSTRATION GROUP 101 BARCLAY STREET, 21ST FLOOR ATTN: DAVID M. KERR NEW YORK NY 10286 |
| VOX PLACE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP ATTN: DAVID M. KERR 101 BARCLAY STREET; 21ST FLOOR NEW YORK NY 10286 |
| VOX PLACE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINSTRATION GROUP ATTN: DAVID M. KERR 101 BARCLAY STREET, 21ST FLOOR NEW YORK NY 10286 |
| VR GLOBAL PARTNERS,LP | ATTN: PETER CLATEMAN C/O VR ADVISORY SERVICES (USA) LLC 400 MADISON AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| WACHOVIA BANK, NATIONAL ASSOCIATION | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| WACHOVIA BANK, NATIONAL ASSOCIATION | 301 SOUTH COLLEGE STREET CHARLOTTE NC 28288 |
| WACHOVIA BANK, NATIONAL ASSOCIATION | ATTN: REBECCA HENDERSON 301 SOUTH COLLEGE STREET, SUITE 3000 MAC D1053-300 CHARLOTTE NC 28288 |
| WALLACE, JASON J. | HOLLACE T. COHEN, ESQ. TROUTMAN SANDERS, LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| WALLACE, JASON J. | TROUTMAN SANDERS, LLP ATTN: HOLLACE T. COHEN, ESQ. 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| WALLACE, JASON J. | 400 DOHENY ROAD BEVERLY HILLS CA 90210 |
| WALT DISNEY CO MASTER RETIREMENT PLAN, THE | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1982 385 E. COLORADO BLVD PASADENA CA 91101 |
| WALT DISNEY CO. MASTER RETIREMENT PLAN, THE | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1982 385 E. COLORADO BLVD. PASADENA CA 91101 |
| WALT DISNEY COMPANY, THE | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| WALT DISNEY COMPANY, THE | IRENA GOLDSTEIN DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| WALT DISNEY COMPANY, THE | ATTN: IRENA GOLDSTEIN DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| WALT DISNEY COMPANY, THE | ATTN: ALEC M. LIPKIND 77 WEST 66TH ST 15TH FLOOR NEW YORK NY 10023 |
| WALT DISNEY COMPANY, THE | ATTN: ALEC M. LIPKIND, VICE PRESIDENT, COUNSEL 77 WEST 66TH STREET, 15 FLOOR NEW YORK NY 10023 |
| WARWICKSHIRE HOLDINGS LLC | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION 40 WEST 57TH STREET NEW YORK NY 10019 |
| WARWICKSHIRE HOLDINGS LLC | TRANSFEROR: UBS AG, STAMFORD BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| WASHINGTON STATE PLUMBING AND PIPEFITTING | ROBERT MENDELSON, MORGAN, LEWIS * BOCKIUS LLP 101 PARK AVE NEW YORK NY 10178 |
| WASHINGTON STATE PLUMBING AND PIPEFITTING | INDUSTRY PENSION PLAN C/O JERI TRICE, ZENITH AMINISTRATORS 201 QUEEN ANNE AVENUE NORTH, SUITE 100 SEATTLE WA 98109-4896 |
| WASHINGTON STATE TOBACCO SETTLEMENT AUTHORITY | C/O K&L GATES LLP ATTN: MARC L. BARRECA, ESQ 925 FOURTH AVENUE, SUITE 2900 SEATTLE WA 98104 |
| WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN; LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. | C/O WATERSTONE CAPITAL MANAGEMENT, L.P. 2 CARLSON PARKWAY, SUITE 260 ATTN: KURT PETERSON PLYMOUTH MN 55447 |
| WELLMONT HEALTH SYSTEM | C/O TRUMAN ESMOND, CFO 1905 AMERICAN WAY KINGSPORT TN 37660 |
| WELLS FARGO & COMPANY | JEFFREY A. RONSENTHAL, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY |

| Claim Name | Address Information |
|---|---|
| WELLS FARGO & COMPANY | PLAZA NEW YORK NY 10006 |
| WELLS FARGO & COMPANY | MADLYN GLEICH PRIMOFF, ESQ. KAYE SCHOLER LLP 445 PARK AVENUE NEW YORK NY 10022-3598 |
| WELLS FARGO & COMPANY | ATTN: ERIC F. JOHNSON 550 CALIFORNIA STREET, 14TH FLOOR SAN FRANCISCO CA 94104 |
| WELLS FARGO BANK, NA | FAEGRE & BENSON LLP ATTN:  MICHAEL M. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004- 20 ATTN: MARY SOHLBERG MAC N9311- 161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | JEFFREY A. RONSENTHAL, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | MADLYN GLEICH PRIMOFF, ESQ. KAYE SCHOLER LLP 445 PARK AVENUE NEW YORK NY 10022-3598 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O DAVID WARD MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | AS INDENTURE TRUSTEE C/O MINTZ LEVIN ATTN: DANIEL S. BLECK, ESQ ONE FINANCIAL CENTER BOSTON MA 02111 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | AS TRUSTEE FOR THE SUPPLEMENTAL INTEREST TRUST FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-1 ATTN: MARY SOHLBERG 625 MARQUETTE AVENUE, MAC N9311-161 MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | LOCKE LORD BISSELL & LIDDELL, LLP C/O PAUL KJELSBERG 600 TRAVIS STREET, SUITE 3200 HOUSTON TX 77002 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | LOCKE LORD BISSELL & LIDDELL LLP C/O PAUL KJELSBERG 600 TRAVIS STREET, SUITE 3200 HOUTON TX 77002 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | ATTN: ERIC F. JOHNSON 550 CALIFORNIA STREET, 14TH FLOOR SAN FRANCISCO CA 94104 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | TRUSTEE FOR THE SUPPLEMENTAL INTEREST TRUST FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-1 ATTN: MARY SOHLBERG 625 MARQUETTE AVENUE, MAC N9311-161 MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS INDENTU | C/O MINTZ LEVIN ATTN: DANIEL S. BLECK ONE FINANCIAL CENTER BOSTON MA 02111 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | C/O MICHAEL F. DOTY FAEGRE & BENSON LLP 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | CAPACITY AS TRUSTEE FOR THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004-20 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO SECURITIES INTERNATIONAL | (F/K/A WACHOVIA SECURITIES INTERNATIONAL LIMITED) 1 PLANTATION PLACE 30 FENCHURCH STREET LONDON EC3M 3BD UNITED KINGDOM |
| WELLS FARGO SECURITIES INTERNATIONAL | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| WELLS FARGO SECURITIES INTERNATIONAL | ATTN: REBECCA HENDERSON 301 SOUTH COLLEGE STREET, SUITE 3000 MAC D 1053-300 CHARLOTTE NC 28288 |
| WESTERNBANK PUERTO RICO | C/O WILLIAM M SILVERMAN & PETER FELDMAN OTTERBOURG STEINDLER HOUSTON & ROSEN 230 PARK AVENUE NEW YORK NY 10169 |
| WESTLB AG | ATTN: LEGAL DEPARTMENT, 51 FLOOR 7 WORLD TRADE CENTER 250 GREENWICH AVENUE NEW YORK NY 10007 |
| WESTLB AG | 250 GREENWICH ST FL 50 NEW YORK NY 10007-2111 |
| WESTLB AG | ATTN: LEGAL DEPARTMENT 250 GREENWICH ST NEW YORK NY 10007-2140 |
| WESTLB AG | WEST LB AG, NEW YORK BRANCH 250 GREENWICH ST NEW YORK NY 10007-2140 |
| WESTLB AG | MARC C. ELLENBERG, ESQ. CADWALADER, WICKERSHAM & TAFT 1201 F. STREET, N.W. WASHINGTON DC 20004 |
| WESTLB AG | CADWALADER, WICKERSHAM & TAFT ATTN: MARC. C. ELLENBERG, ESQ. 1201 F. STREET, |

| Claim Name | Address Information |
|---|---|
| WESTLB AG | N.W. WASHINGTON DC 20004 |
| WESTPAC BANKING CORPORATION | ATTN: CHIEF OPERATING OFFICER 575 FIFTH AVENUE, 39TH FLOOR NEW YORK NY 10017 |
| WESTPAC BANKING CORPORATION | CHARLES BERRY ARNOLD & PORTER LLP 399 PARK AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| WESTPAC BANKING CORPORATION | ARNOLD & PORTER LLP ATTN: CHARLES G. BERRY 399 PARK AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| WGZ BANK AG, WESTDEUTSCHE GENOSSENSCHAFTS- ZENTRAL | BEREICH RECHT/ LEGAL DEPARTMENT ATTN: CHRISTIANE SCHMITZ LUDWIG- ERHARD- ALLEE 20 DUSSELDORF D- 40227 GERMANY |
| WGZ BANK AG, WESTDEUTSCHE GENOSSENSCHAFTS- ZENTRAL | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| WH2005/NIAM III EAST HOLDING OY (FORMERLY KNOWN AS | VEHICLE NO. 66 OY) BOX 52 HELSINKI 00101 FINLAND |
| WH2005/NIAM III EAST HOLDING OY (FORMERLY KNOWN AS | ATTENTION: SETH GROSSHANDLER, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| WHITE MARLIN CDO 2007-1 LIMITED | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| WHITE MARLIN CDO 2007-1 LIMITED | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| WHITE MARLIN CDO 2007-1 LIMITED | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| WHITECREST PARTNERS, L.P. | BINGHAM MCCUTCHEN LLP ATTN: CHRISTINE AYOTTE-BRENNAN ONE FEDERAL STREET BOSTON MA 02110 |
| WHITECREST PARTNERS, L.P. | C/O ABRAMS CAPITAL, LLC ATTN: BILL WALL 222 BERKELEY STREET, 22ND FLOOR BOSTON MA 02116 |
| WILLIAM AND FLORA HEWLETT FOUNDATION, THE | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| WILLIAM AND FLORA HEWLETT FOUNDATION, THE | 2121 SAND HILL RD. MENLO PARK CA 94061 |
| WILLIAMS GAS MARKETING INC. | ATTN: RANDALL O'NEAL, MANAGER LOSS RECOVERY DEPT. ONE WILLIAMS CENTER MD # 50-4 TULSA OK 74102 |
| WILMAR TRADING PTE. LTD. | BAKER & MCKENZIE, WONG & LEOW ATTN: LEE KIAT SENG MILLENIA TOWER, #27-01 1 TEMASEK AVENUE 039192 SINGAPORE |
| WILMAR TRADING PTE. LTD. | ATTENTION: COLIN TAN 56 NEIL ROAD 088830 SINGAPORE |
| WILMAR TRADING PTE. LTD. | BAKER & MCKENZIE LLP ATTN: LAWRENCE P. VONCKX 130 EAST RANDOLPH DRIVE, SUITE 3600 CHICAGO IL 60601 |
| WILSHIRE INSTITUTIONAL MASTER FUND II SPC - WILSHI | TRANSFEROR: BARCLAYS BANK PLC INTERNATIONAL SEGREGATED PORTFOLIO C/O GLG ORE HILL LLC 650 FIFTH AVE., 9TH FLOOR NEW YORK NY 10019 |
| WILSHIRE INSTITUTIONAL MASTER FUND II SPC-WILSHIRE | INTERNATIONAL SEGREGATED PORTFOLIO TRANSFEROR: ORE HILL HUB FUND LTD. C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS 650 FIFTH AVE, 9TH FLOOR NEW YORK NY 10019 |
| WINCENT INVESTMENT LIMITED | CLIFFORD CHANCE ATTN: PAGET DARE BRYAN AND ALEX CHEUNG 28/F, JARDINE HOUSE ONE CONNAUGHT PLACE, CENTRAL HONG KONG |
| WINCENT INVESTMENT LIMITED | ATTN: MR. TIMON LIU C/O P.O. BOX 210, 1ST FLOOR, NO.1 THE MEWS, ANN STREET, ST. HELIER, JERSEY, CHANNEL ISLANDS JE4 8SY UNITED KINGDOM |
| WINCENT INVESTMENT LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER DEMARCO AND DAVID SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| WINCHESTER MEDICAL CENTER, INC. | C/O KEVIN DOWNES MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK NY 10105 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | TMF MANAGEMENT LUXEMBOURG S.A. PO BOX 8 GRAND DUCHY OF LUXEMBOURG L-2010 LUXEMBOURG |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: FREDERIC LAHAYE PO BOX 8 GRAND DUCHY OF LUXEMBOURG L-2010 LUXEMBOURG |
| WINDERMERE PRIVATE PLACEMENT I S.A. | C/O TMF MANAGEMENT LUXEMBOURG S.A. ATTN: FREDERIC LAHAYE 1 ALLEE SCHEFFER LUXEMBOURG L-2520 LUXEMBOURG |

| Claim Name | Address Information |
|---|---|
| WINDERMERE PRIVATE PLACEMENT I S.A. | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOX ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| WINDERMERE PRIVATE PLACEMENT I S.A. | JULIANA OLIVEIRA, JOSHUA FRIEDMAN KRAMER LEVIN NAFTALIS & FRANKEL LLP 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WINDERMERE XII FCT, A FRENCH FONDS COMMUN DE TITRI | REPRESENTED BY EUROTITRISATION 41 RUE DE DELIZY PANTIN 93500 FRANCE |
| WINDERMERE XII FCT, A FRENCH FONDS COMMUN DE TITRI | GIDE LOYRETTE NOUEL LLP ATTN: VANESSA TOLLIS, ESQ 120W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036 |
| WINNITEX INVESTMENT COMPANY LIMITED | WINNITEX INVESTMENT COMPANY LIMITED UNITS 1-5, 6A#AMPER7A, 36/F.,CABLE TV TOWER HONG KONG |
| WINNITEX INVESTMENT COMPANY LIMITED | ATTN: BRIAN CHAN, CHIEF FINANCIAL OFFICER UNITS 1-5, 36TH FLOOR CABLE TV TOWER 9 HOI SHING ROAD TSUEN WAN, N.T. HONG KONG |
| WOLTERS KLUWER N.V. | ATTN: MR. FOLKERT VAN BREUGEL, LEGAL COUNSEL ZUIDPOOLSINGEL 2 P.O. BOX 1030 2400 BA ALPHEN A/D RIJN NETHERLANDS |
| WOLVERINE CONVERTIBLE ARBITRAGE FUND | TRADING LTD ATTN: KEN NADEL 175 W. JACKSON BLVD, SUITE 200 CHICAGO IL 60604 |
| WOO HAY TONG INVESTMENT LTD. | C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON EC4Y ODZ UK |
| WOO HAY TONG INVESTMENT LTD. | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| WOORI 2 STAR DERIVATIVES FUND KH-3 | MR. SANGWOO PARK/WOORI ASSET MANAGEMENT 23-8 YOIDO-DONG YOUNGDEUNGPO-GU SEOUL 150-876 KOREA, REPUBLIC OF |
| WOORI 2 STAR DERIVATIVES FUND KW-8 | MR. SANGWOO PARK/WOORI ASSET MANAGEMENT 23-8 YOIDO-DONG YOUNGDEUNGPO-GU SEOUL 150-876 KOREA, REPUBLIC OF |
| WORKCOVER CORPORATION OF SOUTH AUSTRALIA | ATTN: ALISTAIR MACKAY 100 WAYMOUTH STREET ADEBAIDE 5000 AUSTRALIA |
| WORKCOVER CORPORATION OF SOUTH AUSTRALIA | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| WUESTENROT HYPOTHEKENBANK AKTIENGESELLSCHAFT PFANDB | HOHENZOLLERNSTR. 46 LUDWIGSBURG 71638 GERMANY |
| WUESTENROT HYPOTHEKENBANK AKTIENGESELLSCHAFT PFANDB | WUESTENROT HYPOTHEKEN BANK AG HOHENZOLLERNSTR 46 LUDWIGSBURG 71638 GERMANY |
| XEROX (IRELAND) LIMITED PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| XEROX (IRELAND) LIMITED PENSION SCHEME | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO / DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| XEROX PENSIONS LTD (FOR XEROX PENSION SCHEME) | ATTN: RON HITCHINS 20-24 TEMPLE END HIGH WYCOMBE BUCKINGHAMSHIRE HP13 5DR UNITED KINGDOM |
| YB INSTITUTIONAL LIMITED PARTNERSHIP | C/O THE BAUPOST GROUP LLC ATTN:SCOTT STONE 10 ST. JAMES STREET, SUITE 2000 BOSTON MA 02116 |
| YIELD STRATEGIES FUND I L.P. | 2029 CENTURY PARK E STE 2010 2049 CENTURY PARK EAST, SUITE 330 LOS ANGELES CA 90067-2929 |
| YIELD STRATEGIES FUND II L.P. | 2029 CENTURY PARK E STE 2010 2049 CENTURY PARK EAST, SUITE 330 LOS ANGELES CA 90067-2929 |
| YORK ASIAN OPPORTUNITIES MASTER FUND, L.P. | C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CAPITAL MANAGEMENT, L.P. | C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CAPITAL MANAGEMENT, LP | TRANSFEROR: AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED ATTN: LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK GLOBAL FINANCE BDH LLC | TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 5TH AVE., 17TH FL NEW YORK NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O YORK CAPITAL MGT; ATTN:LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK GLOBAL VALUE PARTNERS, L.P. | C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| YORK GLOBAL VALUE PARTNERS, L.P. | YORK NY 10153 |
| YORK HOSPITAL PA | ATTN: SENIOR VP FINANCE/CFO 45 MONUMENT ROAD, SUITE 200 YORK PA 17403 |
| YORK HOSPITAL PA | 45 MONUMENT RD STE 200 YORK PA 17403 |
| YORK INVESTMENT LIMITED | C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK SELECT UNIT TRUST | C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK SELECT, L.P. | C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YPSO FRANCE SAS | ATTN: JULIEN ELMALEH 10, RUE ALBERT EINSTEIN – CHAMPS-SUR-MARNE 77437 MARNE LA VALLEE CEDEX 2 FRANCE |
| YPSO FRANCE SAS | RICHARD PERKS AND RICH MERTL FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| YUGEN KAISHA CHISEN | TRANSFEROR: NOMURA SECURITIES CO. LTD. FUJI BUILDING 10F 3-2-3, MARUNOUCHI CHIYODA-KU TOKYO JAPAN |
| YUGEN KAISHA CHISEN | TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. FUJI BUILDING 10F 3-2-3, MARUNOUCHI CHIYODA-KU TOKYO JAPAN |
| ZACISDAMAN, L.L.C. | ATTN: MARC HAUSER TWO NORTH RIVERSIDE PLAZA SUITE 600 CHICAGO IL 60606 |
| ZAIS OPPORTUNITY MASTER FUND, LTD | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZAMA INTERNATIONAL LIMITED | CLIFFORD CHANCE ATTN: PAGET DARE BRYAN AND ALEX CHEUNG 28/F, JARDINE HOUSE ONE CONNAUGHT PLACE, CENTRAL HONG KONG |
| ZAMA INTERNATIONAL LIMITED | ATTN: MR. TIMON LIU C/O PO BOX 210, 1ST FLOOR, NO. 1 THE MEWS ANN STREET, ST. HELIER, JERSEY CHANNEL ISLANDS JE4 8SY UNITED KINGDOM |
| ZAMA INTERNATIONAL LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER DEMARCO AND DAVID SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| ZEPHYR FUND LIMITED | C/O MAN INVESTMENTS LIMITED ATTN: KIRSTEN ROGERS/ MARGO JENSEN SUGUAR QUAY LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |
| ZEPHYR FUND LIMITED | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE AND GAVIN WOODS 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ZEPHYR RECOVERY 2004-1 LP | C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY 2004-1 LP | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY 2004-1 LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY 2004-2 LP | C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY 2004-2 LP | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY 2004-2 LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY 2004-2 LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY 2004-3 LP | C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY 2004-3 LP | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY 2004-3 LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY 2004-3 LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY II-A LP | DEUTSCHE BANK (CAYMAN), LTD ELIZABETHAN SQUARE PO BOX 1984 GT GRAND CAYMAN |

| Claim Name | Address Information |
|---|---|
| ZEPHYR RECOVERY II-A LP | CAYMAN ISLANDS |
| ZEPHYR RECOVERY II-A LP | C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY II-A LP | ZAIS GROUP, LLC ATTN: RUSSELL PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY II-A LP | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY II-A LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY II-B LP | DEUTSCHE BANK (CAYMAN), LTD ELIZABETH SQUARE PO BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY II-B LP | ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY II-B LP | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY II-B LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY II-C | ZEPHYR RECOVERY II-C LP C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY II-C | ZEPHYR RECOVERY II-C LP C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY II-C | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZIRCON FINANCE LIMITED SERIES 2007-1 TANCHE B | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-1 TANCHE B | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-1 TRANCHE A | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-1 TRANCHE A | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-1 TRANCHE B | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-1 TRANCHE B | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-17 | ATTN: SANAJAY JOBANPUTRA C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-17 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-17 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-9A | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-9A | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-9B | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-9B | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED- SERIES 2007-3 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON -LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED- SERIES 2007-3 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK |

| Claim Name | Address Information |
| --- | --- |
| ZIRCON FINANCE LIMITED- SERIES 2007-3 | NY 10022 |
| ZURCHER KANTONALBANK | ATTN: ESTHER KUONI & ROGER BACHMANN BAHNHOFSTRASSE 9 ZURICH CH-8001 SWITZERLAND |
| ZURCHER KANTONALBANK | MICHAEL J. CANNING & ANTHONY BOCCANFUSO ARNOLD & PORTER LLP 399 PARK AVE 34TH FLOOR NEW YORK NY 10022 |
| ZWINGER OPCO 6 BV | C/O WHITEHALL MANAGEMENT SERVICES BV ATTN: GERARD MEIJESSEN, MANAGING DIRECTOR D-TOWER 11TH FLOOR STRAWINSKYLANN 1161 AMSTERDAM 1077 NETHERLANDS |
| ZWINGER OPCO 6 BV | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| ZWINGER OPCO 6BV | C/O WHITEHALL MANAGEMENT SERVICES BV ATTN: GERARD MEIJSSEN, MANAGING DIRECTOR D-TOWER 11TH FLOOR STRAWINSKYLAAN 1161 AMSTERDAM 1077 XX NETHERLANDS |
| ZWINGER OPCO 6BV | CLEARLY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |

**Total Creditor count  3671**