GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Milwaukee, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re                                            :   Chapter 11
                                                 :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,     :   Case No. 08-13555 (JMP)
                                                 :
                              Debtors.           :   (Jointly Administered)
                                                 x
-------------------------------------------------------------

**STIPULATION BETWEEN MCKENNA LONG & ALDRIDGE LLP
AND THE FEE COMMITTEE REGARDING THE
NINTH INTERIM APPLICATION OF MCKENNA LONG & ALDRIDGE LLP,
SPECIAL COUNSEL TO THE DEBTORS,
FOR COMPENSATION AND EXPENSES
<u>FOR THE PERIOD JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011</u>**

**TO:   THE HONORABLE JAMES M. PECK
        U.S. BANKRUPTCY JUDGE**

WHEREAS, on December 14, 2011, McKenna Long & Aldridge LLP ("McKenna Long") filed the *Ninth Application of McKenna Long & Aldridge LLP for Allowance of Interim Compensation and Reimbursement of Expenses* (the "Ninth Fee Application") [Docket No. 23328] seeking interim fees in the amount of $106,759.50 for professional services rendered and reimbursement of out-of-pocket expenses in the amount of $11,398.24;

WHEREAS, McKenna Long regularly has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "Fee Committee") has reviewed the Ninth Application, issued a Confidential Letter Report on February 17, 2012, and entered into a dialogue with McKenna Long regarding this application; and

WHEREAS, as a result of this dialogue, McKenna Long has agreed to accept the Fee Committee's proposed disallowance of fees in the amount of $5,000 for professional services rendered.

## STIPULATION

NOW, THEREFORE, the Fee Committee and McKenna Long hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving McKenna Long's request for interim compensation and reimbursement of expenses in the reduced amount of $101,759.50 in fees and $11,398.24 in expenses for the period from June 1, 2011 through September 30, 2011, and directing the Debtors to pay any such amounts not previously paid to McKenna Long.

[Signature page follows]

Dated: Madison, Wisconsin
   July 3, 2012

              GODFREY & KAHN, S.C.

           By:   /s/ *Katherine Stadler*
              Katherine Stadler
              GODFREY & KAHN, S.C.
              One East Main Street, Suite 500
              Madison, WI 53703
              Telephone: (608) 257-3911
              Facsimile: (608) 257-0609
              E-mail: kstadler@gklaw.com

              *Attorneys for Fee Committee*

Dated: New York, New York
   June 25, 2012

              MCKENNA LONG & ALDRIDGE LLP

           By:   /s/ *Christopher F. Graham*
              Christopher F. Graham
              MCKENNA LONG & ALDRIDGE LLP
              230 Park Avenue
              New York NY 10169
              Telephone: (212) 922-1800
              Facsimile: (212) 922-1819
              E-mail: cgraham@mckennalong.com

Dated: Atlanta, Georgia
   June 25, 2012

              MCKENNA LONG & ALDRIDGE LLP

           By:   /s/ *Alison Elko Franklin*
              Alison Elko Franklin
              MCKENNA LONG & ALDRIDGE LLP
              303 Peachtree St., N.E., Suite 5300
              Atlanta, GA 30308
              Telephone: (404) 527-4000
              Facsimile: (404) 527-4198
              E-mail: afranklin@mckennalong.com

Dated: Madison, Wisconsin
   June ___, 2012

          GODFREY & KAHN, S.C.

By: _____
   Katherine Stadler
   GODFREY & KAHN, S.C.
   One East Main Street, Suite 500
   Madison, WI 53703
   Telephone: (608) 257-3911
   Facsimile: (608) 257-0609
   E-mail: kstadler@gklaw.com

*Attorneys for Fee Committee*

Dated: New York, New York
   June 25, 2012

          MCKENNA LONG & ALDRIDGE LLP

By: /s/ Christopher F. Graham
   Christopher F. Graham
   MCKENNA LONG & ALDRIDGE LLP
   230 Park Avenue
   New York NY 10169
   Telephone: (212) 922-1800
   Facsimile: (212) 922-1819
   E-mail: cgraham@mckennalong.com

Dated: Atlanta, Georgia
   June 25, 2012

          MCKENNA LONG & ALDRIDGE LLP

By: _____
   Alison Elko Franklin
   MCKENNA LONG & ALDRIDGE LLP
   303 Peachtree St., N.E., Suite 5300
   Atlanta, GA 30308
   Telephone: (404) 527-4000
   Facsimile: (404) 527-4198
   E-mail: afranklin@mckennalong.com

Dated: Madison, Wisconsin
~~June~~ 3, 2012
July

By: /s/ Katherine Stadler

Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for Fee Committee*

Dated: New York, New York
June 25, 2012

MCKENNA LONG & ALDRIDGE LLP

By: _____

Christopher F. Graham
MCKENNA LONG & ALDRIDGE LLP
230 Park Avenue
New York NY 10169
Telephone: (212) 922-1800
Facsimile: (212) 922-1819
E-mail: cgraham@mckennalong.com

Dated: Atlanta, Georgia
June 25, 2012

MCKENNA LONG & ALDRIDGE LLP

By: /s/ Alison Elko Franklin

Alison Elko Franklin
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree St., N.E., Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198
E-mail: afranklin@mckennalong.com