GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198

Carla O. Andres (*Pro Hac Vice*)

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

| | x | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | x | |

------------------------------------------------------------

**STIPULATION BETWEEN LOCKE LORD LLP AND THE FEE COMMITTEE
REGARDING THE SECOND INTERIM APPLICATION OF LOCKE LORD LLP,
SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011**

TO: THE HONORABLE JAMES M. PECK
U.S. BANKRUPTCY JUDGE

WHEREAS, on December 13, 2011, Locke Lord LLP ("Locke Lord") filed the *Second Interim Application for the Ninth Interim Application Period of Locke Lord LLP for Compensation and Reimbursement of Expenses* (the "Second Fee Application") [Docket No. 23279] seeking interim fees in the amount of $224,224.40 for professional services rendered and reimbursement of out-of-pocket expenses in the amount of $27,092.51;

WHEREAS, Locke Lord has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "Fee Committee") has reviewed the Second Fee Application and issued a Confidential Letter Report on February 21, 2012;

WHEREAS, Locke Lord has agreed to accept the Fee Committee's proposal of a reduction in the amount of $3,298.18 for Locke Lord's out-of-pocket expense reimbursement request and a reduction of $1,368.50 for professional services rendered; and

WHEREAS, notwithstanding this Stipulation, the Second Fee Application remains subject to notice, an opportunity for a hearing, and Court approval under Rule 2016 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 330, 331.

## STIPULATION

NOW, THEREFORE, the Fee Committee and Locke Lord hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving Locke Lord's request for interim compensation and reimbursement of expenses in the amount of $222,855.90 in fees and the reduced amount of $23,794.33 in expenses.

*[Signature Page Follows]*

2

Dated: Milwaukee, Wisconsin
June 28, 2012

                            GODFREY & KAHN, S.C.

By:     /s/ *Carla O. Andres*
       Carla O. Andres
       GODFREY & KAHN, S.C.
       780 North Water Street
       Milwaukee, Wisconsin 53202
       Telephone: (414) 273-3500
       Facsimile: (414) 273-5198
       E-mail: candres@gklaw.com

*Attorneys for the Fee Committee*

LOCKE LORD LLP

By:     /s/ *Robert Mowrey*
       Robert Mowrey
       Locke Lord LLP
       2200 Ross Avenue, Suite 2200
       Dallas, Texas 75201
       Telephone: 214-740-8000
       Facsimile: 214-740-8800
       E-mail: rmowrey@lockelord.com

8100274_1

Dated: Milwaukee, Wisconsin
June 28, 2012

GODFREY & KAHN, S.C.

By: _____
Carla O. Andres
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198
E-mail: candres@gklaw.com

*Attorneys for the Fee Committee*

LOCKE LORD LLP

By: _____
Robert Mowrey
Locke Lord LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: 214-740-8000
Facsimile: 214-740-8800
E-mail: rmowrey@lockelord.com

8100274_1

3