**THE THREE HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF THE THREE HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT LEHMAN BROTHERS HOLDINGS INC.'S COUNSEL, ERIC D. KASENETZ, AT 212-310-8737.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
-------------------------------------------------------------------x

**NOTICE OF HEARING ON THREE HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

     **PLEASE TAKE NOTICE** that on July 9, 2012, Lehman Brothers Holdings Inc.

("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third

Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for

certain entities in the in the above-referenced chapter 11 cases, filed the three hundred twenty-fourth omnibus objection to claims (the "Three Hundred Twenty-Fourth Omnibus Objection to Claims"), and that a hearing (the "Hearing") to consider the Three Hundred Twenty-Fourth Omnibus Objection to Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **August 23, 2012 at 10:00 a.m. (prevailing Eastern Time),** or as soon thereafter as counsel may be heard.

    **PLEASE TAKE FURTHER NOTICE** that any responses to the Three Hundred Twenty-Fourth Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for LBHI and certain of its affiliates, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); and (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.); so as to be so filed and

2

received by no later than **August 9, 2012 at 4:00 p.m. (prevailing Eastern Time)** (the

"Response Deadline").

   **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Three Hundred Twenty-Fourth Omnibus Objection to Claims or any

claim set forth thereon, the Plan Administrator may, on or after the Response Deadline, submit to

the Bankruptcy Court an order substantially in the form of the proposed order annexed to the

Three Hundred Twenty-Fourth Omnibus Objection to Claims, which order may be entered with

no further notice or opportunity to be heard offered to any party.

Dated: July 9, 2012
   New York, New York

        /s/ Robert J. Lemons   
        Robert J. Lemons

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Lehman Brothers Holdings Inc.
        and Certain of Its Affiliates

US_ACTIVE:\44039043\3\58399.0008

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                   :        Chapter 11 Case No.
                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :   **08-13555 (JMP)**
                                        :
            Debtors.                    :        **(Jointly Administered)**
-------------------------------------------------------------------x

**THREE HUNDRED TWENTY-FOURTH OMNIBUS**
**OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

---

**THIS THREE HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION
TO CLAIMS SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED
PROOFS OF CLAIM.  PARTIES RECEIVING THIS THREE HUNDRED
TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS SHOULD
REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S)
AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION
AND/OR THE EXHIBIT ATTACHED THERETO TO DETERMINE
WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT
LEHMAN BROTHERS HOLDINGS INC.'S COUNSEL,
ERIC D. KASENETZ, AT 212-310-8737.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan

Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers

Holdings Inc. and Its Affiliated Debtors (the "Plan") for the entities in the above referenced

chapter 11 cases (collectively, the "Chapter 11 Estates"), respectfully represents as follows:

### Relief Requested

1.      The Plan Administrator files this three hundred twenty-fourth omnibus

objection to claims (the "Three Hundred Twenty-Fourth Omnibus Objection to Claims"),

pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim filed

in these chapter 11 cases (the "Procedures Order") [ECF No. 6664], seeking disallowance and

expungement, in whole or in part, of the claims listed on Exhibit A annexed hereto.

2.      The Plan Administrator has examined each proof of claim identified on

Exhibit A (collectively, the "No Liability Claims") and has determined that, in each case as

identified more specifically on Exhibit A, either (i) the applicable Chapter 11 Estate against

which the claim is asserted has no liability for any part of the claim, or (ii) the applicable Chapter

11 Estate has no liability for a portion of the claim.  The Plan Administrator, therefore, requests

the No Liability Claims be disallowed and expunged to the extent set forth on Exhibit A.

3.      The Plan Administrator reserves all rights to object on any other basis to

any No Liability Claim as to which the Court does not grant the relief requested herein as well as

to the portion of any No Liability Claim that is not the subject of this Objection.

US_ACTIVE:\44039043\3\58399.0008

## Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.      Commencing on September 15, 2008, and periodically thereafter, LBHI

and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the

Bankruptcy Code.  The chapter 11 cases have been consolidated for procedural purposes only

and are being jointly administered pursuant to Bankruptcy Rule 1015(b).

6.      On January 14, 2010, the Court entered the Procedures Order, which

authorizes the filing of omnibus objections to no more than 500 claims at a time, on various

grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set

forth in the Procedures Order.

7.      On December 6, 2011, the Court entered an order confirming the Plan

[ECF No. 23023].  The Plan became effective on March 6, 2012 (the "Effective Date").

Pursuant to the Plan, the Plan Administrator is authorized to interpose and prosecute objections

to claims filed against the Chapter 11 Estates.

## The No Liability Claims Should Be Disallowed and Expunged

8.      As a result of its review of the claims filed on the claims register in these

chapter 11 cases and maintained by the Court-appointed claims agent, the Plan Administrator has

identified the No Liability Claims as claims for which the Chapter 11 Estate against which the

claim is filed does not have any liability, in whole or in part.

9.      A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

3

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000). Moreover, section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).

10. The Plan Administrator has evaluated the transactions underlying the No Liability Claims and the books and records of the Chapter 11 Estates. The No Liability Claims are asserted against Chapter 11 Estates that are not liable on any grounds for such claims to the extent set forth on Exhibit A. As described further on Exhibit A, the No Liability Claims do not set forth any legal justification for asserting a claim, in whole or in part, against the applicable Chapter 11 Estates.

11. The Effective Date has occurred and distributions began on April 17, 2012. If the No Liability Claims remain on the claims register in the filed amount, the potential exists for recoveries by parties who do not hold valid claims against the Chapter 11 Estates. Accordingly, the Plan Administrator respectfully requests that the Court disallow and expunge the No Liability Claims to the extent set forth on Exhibit A attached hereto.

## Notice

12. No trustee has been appointed in these chapter 11 cases. The Plan Administrator has served notice of this Three Hundred Twenty-Fourth Omnibus Objection to Claims on (i) the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) each claimant listed on Exhibit A; and (vi) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June

4

17, 2010 governing case management and administrative procedures for these cases [ECF No.

9635]. The Plan Administrator submits that no other or further notice need be provided.

13.     No previous request for the relief sought herein has been made by the Plan

Administrator or the Chapter 11 Estates to this or any other Court.

WHEREFORE the Plan Administrator respectfully requests that the Court grant

the relief requested herein and such other and further relief as is just.

Dated: July 9, 2012
     New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

US_ACTIVE:\44039043\3\58399.0008

# EXHIBIT A

US_ACTIVE:\44039043\3\58399.0008

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | A-1 HEATING & COOLING, INC. 2342 AIRPORT ROAD RIFLE, CO 81650 | 09-10560 (JMP) | LB Rose Ranch LLC | 09/21/2009 | 25112 | $56,531.00 | The Debtors' records reflect that Claim 25112 is based on a transaction or transactions between claimant and IronBridge Homes, LLC or an affiliate of IronBridge Homes, LLC.  LB Rose Ranch has no liability to claimant relative to such transaction or transactions. |
| 2 | ABM INDUSTRIES, INC. C/O MICHAEL S. KIM KOBRE & KIM LLP 800 THIRD AVENUE NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30594 | $104,916,575.52* | The Debtors' records reflect that Claim 30594 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 3 | ADKINS MATCHETT & TOY LTD 23-25 SPRING STREET SUITE 204B OSSINING, NY 10562 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11341 | $83,728.96 | The Debtors' records reflect that Claim 11341 is based on a transaction or transactions between claimant and one or more non-Debtor entities.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 4 | ALTITUDE LANDSCAPE P.O. BOX 1882 EDWARDS, CO 81632 | 09-10560 (JMP) | LB Rose Ranch LLC | 09/21/2009 | 24627 | $16,539.00 | The Debtors' records reflect that Claim 24627 is based on a transaction or transactions between claimant and IronBridge Homes, LLC or an affiliate of IronBridge Homes, LLC.  LB Rose Ranch has no liability to claimant relative to such transaction or transactions. |
| 5 | ALUMINUM CORPORATION OF CHINA OVERSEAS HOLDINGS LIMITED, CHALCO TOWER 20TH FLOOR, 62 NORT XIZHIMEN STREET, HAIDIAN DISTRICT BEIJING, 100082 CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29427 | $14,000,000.00 | The Debtors' records reflect that Claim 29427 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC. BECKET AND LEE LLP ATTORNEYS/AGENT FOR CREDITOR POB 3001 MALVERN, PA 19355-0701 | 09-17505 (JMP) | LB Preferred Somerset LLC | 01/20/2010 | 66146 | $561.00 | The claimant does not provide any basis or support to identify LB Preferred Somerset LLC as the entity liable for the transaction or transactions set forth in the claim. |
| 7 | AMERICAN FRIENDS OF LONDON BUSINESS SCHOOL REGENT'S PARK LONDON, NW1 4SA UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/04/2009 | 10353 | $1,724,018.00 | Charitable pledges are only enforceable as binding obligations "when accepted by the charity by incurring liability in reliance thereon." *See I. & I. Holding Corp. v. Gainsburg*, 276 N.Y. 427, 433-434 (N.Y. 1938). Here, section 13 of the Memorandum of Understanding ("MOU") attached to Claim 10353 provides that claimant "will not rely, and will not permit any donee" to rely on the MOU.  The MOU is therefore not a binding obligation of LBHI. |
| 8 | ARAG KRANKENVERSICHERUNGS-AG ATTN: MR. GREGOR JOHN HOLLERITHSTRABE 11 MUNICH, D-81829 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15469 | $380,419.35* | Claim 15469 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 9 | AVATAR NEW YORK, LLC 40 WORTH ST., # 1219 NEW YORK, NY 10013 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/26/2009 | 4548 | $5,750.00 | The Debtors' records reflect that Claim 4548 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 10 | BANK HANDLOWY W WARSZAWIE SA ATTN: SLAWOMIR SIKORA WARSZAWIE 16 WARSZAWA, 00-923 POLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28555 | Undetermined* | Claim 28555 was filed as a protective claim, and the claimant has not identified any obligations for which LBHI is liable. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | BARUCH COLLEGE 17 LEXINGTON AVE. BOX 293 NEW YORK, NY 27707 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7068 | $41,000.00 | The agreement to provide charitable donation to claimant was never executed and therefore is not a binding obligation of LBHI. |
| 12 | BAYRISCHE BEARMTEN LEBENSVERSICHERUNG A.G. ATTN: STEFAN FORSTER, LEGAL DEPARTMENT THOMAS-DEHLER-STRASSE 25 MUNICH, 81737 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15520 | $294,840.00 | Claim 15520 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 13 | BERLINER WOHN-UND GESCHAFTSHAUS GMBH BEWOGE DIRCKSENSTRASSE 38 10178 BERLIN  GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/11/2009 | 11574 | $120,499.95 | Claim 11574 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 14 | BOBMAR ENT. CORP. 2 EXECUTIVE DR. #715 FORT LEE, NJ 07024 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/24/2009 | 3948 | $38,890.00 | The Debtors' records reflect that Claim 3948 is based on a transaction or transactions between claimant, on the one hand, and Lehman Brothers Inc., a non-Debtor entity, and/or Lehman Brothers Bank FSB (now known as Aurora Bank FSB), also a non-Debtor entity, on the other hand.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 15 | BORIS, LADD A. 125 W. 96TH STREET # 3A NEW YORK, NY 10025 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/06/2009 | 7509 | $900.00 | The Debtors' records reflect that Claim 7509 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | BORKEN, KREIS BURLOER STR. 93 BORKEN, 46322 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/24/2009 | 9237 | $200,779.63 | Claim 9237 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 17 | CALIFORNIA PUBLIC SECURITIES ASSOCIATION PO BOX 2531 C/O MICHELLE HANNIGAN SAN FRANCISCO, CA 94126 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6197 | $28,723.19 | The Debtors' records reflect that Claim 6197 is based on a transaction or transactions between claimant, on the one hand, and Lehman Brothers Inc., a non-Debtor entity, and/or Neuberger Berman Group LLC, also a non-Debtor entity, on the other hand. LBHI has no liability to claimant relative to such transaction or transactions. |
| 18 | CF CLAIMS LLC TRANSFEROR: MOSKOWITZ & AUSTIN LLC ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/13/2009 | 3770 | $3,080.00 | The Debtors' records reflect that Claim 3770 has already been satisfied by payments made to the claimant prior to September 15, 2008 (the "Commencement Date"). |
| 19 | CHESAPEAKE ENTERPRISES, INC. ATTN: MR. SCOTT W REED 1215 19TH STREET NW-3RD FLOOR WASHINGTON, DC 20036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/21/2008 | 851 | $10,000.00 | The Debtors' records reflect that Claim 851 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant relative to such transaction or transactions. |
| 20 | CHICAGO LAND REFRESHMENTS 10100 W. FRANKLIN AVENUE FRANKLIN PARK, IL 60131 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/20/2009 | 5769 | $11,474.49 | The Debtors' records reflect that Claim 5769 is based on a transaction or transactions between claimant and non-Debtor entity or entities. LBHI has no liability to claimant relative to such transaction or transactions. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | CIMARRON CORPORATION OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13163 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders.  The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 22 | CIMARRON CORPORATION OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13191 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders.  The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 23 | COMVERSE TECHNOLOGY, INC. 810 SEVENTH AVENUE NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30597 | $230,816,466.15* | The Debtors' records reflect that Claim 30597 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 24 | CONTINENTAL CAPITAL MARKETS SA AVENUE REVERDIL 8 NYON, 1260 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14302 | $117,872.00 | Claim 14302 identifies Lehman Brothers Inc., a domestic affiliate of the Debtors that is not a Debtor in these jointly administered chapter 11 cases, as the entity liable under the claim. |
| 25 | DEACONS 5/F ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL HONG KONG, NA CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/31/2009 | 9783 | $4,123.00 | Claim 9783 identifies Lehman Brothers International Europe, a foreign affiliate of the Debtors that is not a Debtor in these jointly administered chapter 11 cases, as the entity liable under the claim. |
| 26 | DEGEWO AKTIENGESELLSCHAFT POTSDAMER STR. 60 BERLIN, 10785 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/12/2009 | 8058 | $195,635.21 | Claim 8058 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 27 | DEMIZIO,LINDA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15819 | $2,101.32 | Claim 15819 appears to be based on amounts that claimant withdrew from the Lehman Brothers Savings Plan. LBHI has no liability relative to such withdrawal. |
| 28 | DFS DEUTSCHE FLUGSICHERUNG GMBH C/O DR. THOMAS MULLER AM DFS CAMPUS 10 LANGEN, D-63225 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/31/2009 | 6917 | $1,347,938.90 | Claim 6917 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 29 | DUISBURGER VEISORGUSELLCH UND VERKEHRSAGESELLSCHEFT MBH C/O SIMMONS & SIMMONS ATTN: REGINA RATH MESSETURM FRANKFURT, 60308 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/06/2009 | 5136 | $396,075.86 | Claim 5136 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 30 | DZ TRUCKING INC<br>11694 COUNTY RD. 320<br>RIFLE, CO 81650 | 09-10560 (JMP) | LB Rose Ranch LLC | 09/22/2009 | 31370 | $12,917.46 | The Debtors' records reflect that this claim is based on a transaction or transactions between claimant and IronBridge Homes, LLC or an affiliate of IronBridge Homes, LLC.  LB Rose Ranch has no liability to claimant relative to such transaction or transactions. |
| 31 | ECD INSIGHT LTD<br>8-9  NEW STREET<br>LONDON, EC2M 4TP<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/13/2009 | 8129 | $3,470.00 | The Debtors' records reflect that Claim 8129 is based on a transaction or transactions between claimant and non-Debtor entity or entities.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 32 | EMPIRE STATE CARPENTERS PENSION PLAN<br>C/O MANNING-NAPIER ADVISORS INC<br>ATTN: KIM BAXTER<br>290 WOODCLIFF DR<br>FAIRPORT, NY 14450 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34521 | $105,000.00 | Claim 34521 appears to be filed by a bondholder or former bondholder.  Claimant does not identify the CUSIP's associated with the bonds.  However, it appears that the bonds are included on, and, therefore, the claim is duplicative of, Claim 10082 of Wilmington Trust Company, as Indenture Trustee.  To the extent Claim 34521 is based on trading losses incurred by the claimant as a result of the sale of the bonds, LBHI is not liable to the claimant for such losses and claimant cannot recover from LBHI. |
| 33 | FINDLAY RSI<br>1210 DISTRIBUTION WAY<br>VISTA, CA 920818816 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 19834 | $362,735.42 | The Debtors' records reflect that Claim 19834 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 34 | FRECHEN, STADT<br>JOHANN-SCHMITZ-PLATZ 1-3<br>FRECHEN, D-50226<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15508 | $103,964.85 | Claim 15508 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 35 | GALAXY 1 COMMUNICATIONS 4611 S. UNIVERSITY DRIVE #454 FORT LAUDERDALE, FL 33328 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12473 | $6,066.24 | The Debtors' records reflect that Claim 12473 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant relative to such transaction or transactions. |
| 36 | GALEN TECHNOLOGY SOLUTIONS INC ATTN ROBERT GRANGER 55 BROADWAY #801 NEW YORK, NY 100063008 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2008 | 411 | $13,050.00 | The Debtors' records reflect that Claim 411 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant relative to such transaction or transactions. |
| 37 | GENGLER, THOMAS, JR. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27405 | $400,000.00 | Claim 27405 is based on an employee award program. The Debtors' records reflect that claimant was not an LBHI employee. LBHI is therefore not the entity liable under the claim. |
| 38 | GLOBAL RESEARCH DISTRIBUTION 19 WEST 21ST STREET - SUITE 402 NEW YORK, NY 10010 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/03/2008 | 89 | $443,489.08 | Claim 89 identifies non-Debtor entity or entities as the entity or entities liable under the claim. |
| 39 | GREENTREE GAZETTE, INC., THE 609 DATURA ST WEST PALM BCH, FL 33401-5309 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/03/2008 | 1190 | $16,600.00 | Claim 1190 identifies a non-Debtor entity as the entity liable under the claim. |
| 40 | GRYPHON INVESTIGATIONS, LTD ONE NORTH BROADWAY, SUITE 602 WHITE PLAINS, NY 10601 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/16/2009 | 3367 | $2,985.11 | The Debtors' records reflect that Claim 3367 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant relative to such transaction or transactions. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 41 | GUZMAN, JUAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/26/2008 | 1449 | $5,600.00 | Claim 1449 is based on unpaid wages. Claimant does not provide any support to identify any liability of LBHI with respect to any unpaid wages. Furthermore, the Debtors' records reflect that claimant was not owed any severance or unpaid wages upon completion of employment at LBHI. |
| 42 | HO ZIMMAN INC 152 THE LYNNWAY LYNN, MA 01902 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/28/2009 | 9673 | $10,059.75 | The Debtors' records reflect that Claim 9673 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 43 | HOSPITAL FOR SPECIAL SURGERY CONSTANCE B. MARGOLIN, ESQ., SENIOR VICE PRESIDENT 535 EAST 70TH STREET NEW YORK, NY 10021 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/14/2009 | 4338 | $600,000.00 | Charitable pledges are only enforceable as binding obligations "when accepted by the charity by incurring liability in reliance thereon." *See I. & I. Holding Corp. v. Gainsburg*, 276 N.Y. 427, 433–434 (N.Y. 1938).   Claimant has not demonstrated reliance on LBHI's pledge.  Therefore the pledge is not a binding obligation of LBHI. |
| 44 | HUMAN CAPITAL SOURCE, INC. 8321 PINOTAGE COURT SAN JOSE, CA 95135 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6470 | $10,500.00 | Claim 6470 identifies Lehman Brothers Inc., a domestic affiliate of the Debtors that is not a Debtor in these jointly administered chapter 11 cases, as the entity liable under the claim. |
| 45 | HUNTER, E. MICHAEL 15 CRESTWOOD LANE SUMMIT, NJ 07901 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/16/2009 | 65978 | $28,585.58 | The Debtors' records reflect that Claim 65978 is based on a transaction or transactions between claimant and Lehman Brothers International Europe. LBHI has no liability to claimant relative to such transaction or transactions. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 46 | INFOSPACE, INC., A DELAWARE CORPORATION DOUG BALOG, GENERAL COUNSEL INTERSIL CORPORATION 1650 ROBERT J. CONLAN BOULEVARD, NE, MS 62B198 PALM BAY, FL 32905 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 33185 | Undetermined* | The Debtors' records reflect that Claim 33185 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 47 | INSTITUTE FOR FINANCIAL MARKETS 2001 PENNSYLVANIA AVE., NW, SUITE 600 WASHINGTON, DC 20006 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 06/19/2009 | 4913 | $42,370.00 | The Debtors' records reflect that Claim 4913 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 48 | INSULVAIL, LLC P.O. BOX 2888 VAIL, CO 81658 | 09-10560 (JMP) | **LB Rose Ranch LLC** | 08/17/2009 | 8597 | $289.90 | The Debtors' records reflect that this claim is based on a transaction or transactions between claimant and IronBridge Homes, LLC or an affiliate of IronBridge Homes, LLC.  LB Rose Ranch has no liability to claimant relative to such transaction or transactions. |
| 49 | INSULVAIL, LLC P.O. BOX 2888 VAIL, CO 81658 | 09-10560 (JMP) | **LB Rose Ranch LLC** | 08/17/2009 | 8598 | $289.90 | The Debtors' records reflect that this claim is based on a transaction or transactions between claimant and IronBridge Homes, LLC or an affiliate of IronBridge Homes, LLC.  LB Rose Ranch has no liability to claimant relative to such transaction or transactions. |
| 50 | INSULVAIL, LLC P.O. BOX 2888 VAIL, CO 81658 | 09-10560 (JMP) | **LB Rose Ranch LLC** | 08/17/2009 | 8599 | $289.90 | The Debtors' records reflect that this claim is based on a transaction or transactions between claimant and IronBridge Homes, LLC or an affiliate of IronBridge Homes, LLC.  LB Rose Ranch has no liability to claimant relative to such transaction or transactions. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 51 | INSULVAIL, LLC P.O. BOX 2888 VAIL, CO 81658 | 09-10560 (JMP) | LB Rose Ranch LLC | 08/17/2009 | 8600 | $289.90 | The Debtors' records reflect that this claim is based on a transaction or transactions between claimant and IronBridge Homes, LLC or an affiliate of IronBridge Homes, LLC.  LB Rose Ranch has no liability to claimant relative to such transaction or transactions. |
| 52 | INSULVAIL, LLC P.O. BOX 2888 VAIL, CO 81658 | 09-10560 (JMP) | LB Rose Ranch LLC | 08/17/2009 | 8601 | $289.90 | The Debtors' records reflect that this claim is based on a transaction or transactions between claimant and IronBridge Homes, LLC or an affiliate of IronBridge Homes, LLC.  LB Rose Ranch has no liability to claimant relative to such transaction or transactions. |
| 53 | INSULVAIL, LLC P.O. BOX 2888 VAIL, CO 81658 | 09-10560 (JMP) | LB Rose Ranch LLC | 08/17/2009 | 8602 | $289.90 | The Debtors' records reflect that this claim is based on a transaction or transactions between claimant and IronBridge Homes, LLC or an affiliate of IronBridge Homes, LLC.  LB Rose Ranch has no liability to claimant relative to such transaction or transactions. |
| 54 | INSULVAIL, LLC P.O. BOX 2888 VAIL, CO 81658 | 09-10560 (JMP) | LB Rose Ranch LLC | 08/17/2009 | 8604 | $289.90 | The Debtors' records reflect that this claim is based on a transaction or transactions between claimant and IronBridge Homes, LLC or an affiliate of IronBridge Homes, LLC.  LB Rose Ranch has no liability to claimant relative to such transaction or transactions. |
| 55 | INSULVAIL, LLC P.O. BOX 2888 VAIL, CO 81658 | 09-10560 (JMP) | LB Rose Ranch LLC | 08/17/2009 | 8605 | $289.90 | The Debtors' records reflect that this claim is based on a transaction or transactions between claimant and IronBridge Homes, LLC or an affiliate of IronBridge Homes, LLC.  LB Rose Ranch has no liability to claimant relative to such transaction or transactions. |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 56 | INTERLINE BRANDS, INC. DBA WILMAR BANKRUPTCY 801 WEST BAY STREET JACKSONVILLE, FL 32204 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 01/12/2009 | 1720 | $10,211.46 | **Claim 1720 identifies "Ravenwood Apts," a non-Debtor entity, as the entity liable under the claim.** |
| 57 | INTERNATIONAL PAPER COMPANY INTERNATIONAL PAPER COMPANY INTERNATIONAL PAPER PLAZA STAMFORD, CT 06921 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 08/06/2009 | 7562 | $6,440.37 | **Claim 7562 is based on services provided post-petition and for which payment has already been made in full.** |
| 58 | INTERSIL EUROPE SARL, A SWISS CORPORATION DOUG BALOG, GENERAL COUNSEL INTERSIL CORPORATION 1650 ROBERT J. CONLAN BOULEVARD, NE, MS 62B198 PALM BAY, FL 32905 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 32150 | Undetermined* | **The Debtors' records reflect that Claim 32150 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions.** |
| 59 | INTERSIL HOLDING GMBH, A SWISS CORPORATION DOUG BALOG, GENERAL COUNSEL INTERSIL CORPORATION 1650 ROBERT J. CONLAN BOULEVARD, NE, MS 62B198 PALM BAY, FL 32905 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 32149 | Undetermined* | **The Debtors' records reflect that Claim 32149 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions.** |
| 60 | INTERSIL INVESTMENT COMPANY, A DELAWARE CORPORATION DOUG BALOG, GENERAL COUNSEL INTERSIL CORPORATION 1650 ROBERT J. CONLAN BOULEVARD, NE, MS 62B198 PALM BAY, FL 32905 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 32151 | Undetermined* | **The Debtors' records reflect that Claim 32151 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions.** |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 61 | KBC BANK NV ATTN: DIANE GRIMMIG, GENERAL COUNSEL 1177 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11055 | $50,069,152.77 | Claim 11055 is based on letters of credit that have expired and for which no fees, expense or other amounts are owed by LBHI. |
| 62 | KLEINKNECHT ELECTRIC COMPANY, INC. MR. SEAN OWEN 252 W. 37TH ST, 9TH FLOOR NEW YORK, NY 10018 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16138 | $13,848.51 | The Debtors' records reflect that Claim 16138 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 63 | KNIGHT ELECTRICAL SERVICES CORP. 599 11TH AVE FL 7 NEW YORK, NY 10036-2110 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/28/2009 | 4624 | $5,500.00 | The Debtors' records reflect that Claim 4624 is based on a transaction or transactions between claimant and a non-Debtor entity.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 64 | KOREA MONEY BROKERAGE CORPORATION YOUNG POONG BLDG 33 13TH FLOOR SEORIN DONG CHONGRO KU SEOUL, KOREA, REPUBLIC OF | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/14/2009 | 12063 | $5,161.00 | The Debtors' records reflect that Claim 12063 is based on a contract between claimant and Lehman Brothers International Europe, a foreign affiliate of the Debtors that is not a Debtor in these chapter 11 cases.  LBSF has no liability to claimant relative to such contract. |
| 65 | LANDESHAUPTSTADT DUSSELDORF STADTENTWASSERUNGSBETRIEB AUF'M HENNEKAMP 47 40225 DUSSELDORF GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13454 | $311,371.31 | Claim 13454 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 66 | LE MEURICE 228 RUE DE RIVOLI CEDEX 01 PARIS, 75001 FRANCE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/18/2009 | 8633 | $7,662.70 | Claim 8633 identifies Lehman Brothers Ltd., a foreign affiliate of the Debtors that is not a Debtor in these jointly administered chapter 11 cases, as the entity liable under the claim. |
| 67 | LEAPFROG ENTERPRISES, INC. C/O ROBERT L. EISENBACH III COOLEY GODWARD KRONISH LLP 101 CALIFORNIA STREET, 5TH FLOOR SAN FRANCISCO, CA 94111-5800 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30530 | $14,000,000.00* | The Debtors' records reflect that Claim 30530 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 68 | LIGHTEN, WILLIAM E. 48 WELLINGTON AVE. NEW ROCHELLE, NY 10804 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28230 | $400,000.00* | The Debtors' records reflect that Claim 28230 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 69 | LONDON FINANCIAL STUDIES 34 CURLEW STREET BUTLERS WHARF LONDON, SE1 2ND UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30570 | $14,232.20 | The Debtors' records reflect that Claim 30570 identifies Lehman Brothers Ltd., a foreign affiliate of the Debtors that is not a Debtor in these jointly administered chapter 11 cases, as the entity liable under the claim. |
| 70 | LOVELLS LLP ATTN: MATTHEW MORRIS, ESQ. 875 3RD AVE LBBY 1 NEW YORK, NY 10022-7222 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20284 | $39,577.05* | Claim 20284 indicates that it is based on services performed by claimant for a non-Debtor affiliate of the Debtors. LBHI has no liability to claimant relative to such services. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 71 | MANPOWER SERVICES (HONG KONG) LIMITED SUITES 501-502A, 5/F., ASIAN HOUSE, 1 HENNESSY ROAD WANACHAI, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/06/2009 | 7513 | $10,436.15 | The Debtors' records reflect that Claim 7513 is based on a transaction or transactions between claimant and a non-Debtor entity. LBHI has no liability to claimant relative to such transaction or transactions. |
| 72 | MAPLES FINANCE LIMITED CHRISTOPHER WATLER PO BOX 1093, QUEENSGATE HOUSE GRAND CAYMAN, KY1-1102 CAYMAN ISLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2131 | $18,000.00 | Claim 2131 identifies non-Debtor entity or entities as the entity or entities liable under the claim. |
| 73 | MAPLES FINANCE LIMITED CHRISTOPHER WATLER PO BOX 1093, QUEENSGATE HOUSE GRAND CAYMAN, KY1-1102 CAYMAN ISLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2274 | $23,463.82 | Claim 2274 identifies non-Debtor entity or entities as the entity or entities liable under the claim. |
| 74 | MARSH USA INC. ATTN: CRAIG PADOVER 121 RIVER STREET, 11TH FLOOR HOBOKEN, NJ 07030 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/17/2009 | 8537 | $1,386,002.21 | Claim 8537 is based on amounts allegedly due by LBHI to certain insurance companies (the "Insurance Companies"). Claimant is not the proper party to collect amounts allegedly due under the relevant insurance contracts. Moreover, the Insurance Companies have filed claims against LBHI asserting that they are owed more than $1 million pursuant to the same contracts that are the subject of this claim. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 75 | MICHAEL PAGE INTERNATIONAL DO BRASIL RUA FUNCHAL ANDAR 375-7 ANDAR 04551-060 SAO PAULO BRASIL, BRAZIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/30/2009 | 6767 | $74,505.76 | The Debtors' records reflect that Claim 6767 is based on a transaction or transactions between claimant and a non-Debtor entity.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 76 | NEW YORK PUBLIC LIBRARY 476 FIFTH AVENUE, ROOM 76 NEW YORK, NY 10018-2788 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/31/2009 | 6828 | $25,000.00 | Charitable pledges are only enforceable as binding obligations "when accepted by the charity by incurring liability in reliance thereon." _See I. & I. Holding Corp. v. Gainsburg_,  276 N.Y. 427, 433-434 (N.Y. 1938).  Claimant has not demonstrated reliance on LBHI's pledge.  Therefore the pledge is not a binding obligation of LBHI. |
| 77 | NIELSEN COMPANY, THE (US), LLC F/K/A AC NIELSEN (US), INC. DIANA STURGEON, SR. MGR. BILLING 150 N MARTINGALE SCHAUMBURG, IL 60173 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2008 | 114 | $160,860.98 | The Debtors' records reflect that Claim 114 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 78 | PARAMOUNT PRO PRINTING CORPORATION 30 JOURNAL SQUARE (P.O. BOX 6639) JERSEY CITY, NJ 07306 | | Lehman No Case Asserted/All Cases Asserted | 09/26/2008 | 41 | $26,577.66 | The Debtors' records reflect that Claim 41 is based on a transaction or transactions between claimant, on the one hand, and Lehman Brothers Inc., a non-Debtor entity, and/or Neuberger Berman Group LLC, also a non-Debtor entity, on the other hand.  The Debtors have no liability to claimant relative to such transaction or transactions. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 79 | RAMADAN, ZAKY S. | | Lehman No Case Asserted/All Cases Asserted | 09/19/2009 | 19520 | $11,000.00 | The Debtors' records reflect that claimant was employed by LBHI through December 31, 2011. Claimant received full severance and bonus following completion of employment with LBHI. No liability is owed to claimant. |
| 80 | REALOGIC ANALYTICS, INC. ATTN SALVATORE CALDARONE, CEO 230 W MONROE ST. SUITE 1000 CHICAGO, IL 60606 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/02/2008 | 77 | $70,282.13 | The Debtors' records reflect that Claim 77 is based on a transaction or transactions between claimant and REPE, a non-Debtor entity. LBHI has no liability to claimant relative to such transaction or transactions. |
| 81 | ROBERTO BAZZONI ONLUS (UK) PIONEER GLOBAL INCESTMENTS LIMITED 123 BUCKINGHAM PALACE ROAD VICTORIA LONDON, SW1W 9SL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/31/2009 | 6894 | $70,000.00 | Charitable pledges are only enforceable as binding obligations "when accepted by the charity by incurring liability in reliance thereon." *See I. & I. Holding Corp. v. Gainsburg*, 276 N.Y. 427, 433-434 (N.Y. 1938). Claimant has not demonstrated reliance on LBHI's pledge. Therefore the pledge is not a binding obligation of LBHI. |
| 82 | SEVEN BRIDGES GOLF CLUB C/O DAVID NOVICK, ESQ. WILLIAM HARRIS INVESTORS, INC. 191 N. WACKER DR., SUITE 1500 CHICAGO, IL 60606 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/02/2009 | 3143 | $2,390.40 | The Debtors' records reflect that Claim 3143 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant relative to such transaction or transactions. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 83 | SHAPIRO, MADELINE L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28276 | $105,057.69 | A portion of Claim 28276, in the amount of $105,057.69, is based on severance and notice pay. The Debtors' records reflect that claimant is currently an employee of LBHI and, therefore, is not entitled to severance and notice pay. The remaining portion of Claim 28276 is not being expunged pursuant to this Objection and is not affected by this Objection. All rights with respect to the remaining portion of Claim 28276 are reserved. |
| 84 | SIERRA LIQUIDITY FUND, LLC TRANSFEROR: US INFORMATION SYSTEMS INC. 2699 WHITE RD., SUITE # 255 IRVINE, CA 92614 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/17/2009 | 5533 | $22,325.25 | The Debtors' records reflect that Claim 5533 relates to a contract that was assigned to Barclays Capital Inc. ("Barclays") and for which Barclays assumed liability. |
| 85 | SMITHSONIAN INSTITUTION 1000 JEFFERSON DR., S.W. WASHINGTON, DC 20560 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22770 | $75,000.00 | Charitable pledges are only enforceable as binding obligations "when accepted by the charity by incurring liability in reliance thereon." *See I. & I. Holding Corp. v. Gainsburg*, 276 N.Y. 427, 433-434 (N.Y. 1938). Claimant has not demonstrated reliance on LBHI's pledge. Therefore the pledge is not a binding obligation of LBHI. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 86 | SOUTHWESTERN REFINING COMPANY INC OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13164 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 87 | SOUTHWESTERN REFINING COMPANY INC OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13192 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 88 | SPONSORS FOR EDUCATIONAL OPPORTUNITY ATTN: GREG SMITH 55 EXCHANGE PLACE, SUITE 600 NEW YORK, NY 10005-3303 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27990 | $340,000.00 | Charitable pledges are only enforceable as binding obligations "when accepted by the charity by incurring liability in reliance thereon." *See I. & I. Holding Corp. v. Gainsburg*, 276 N.Y. 427, 433-434 (N.Y. 1938).  Claimant has not demonstrated reliance on LBHI's pledge.  Therefore the pledge is not a binding obligation of LBHI. |
| 89 | STADT ESCHBORN RATHAUSPLATZ 36 ESCHBORN, 65760 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/24/2009 | 9278 | $1,485,990.00 | Claim 9278 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 90 | STADT SCHWAEBISCH HALL ATTN: MR. UWE GOETZELMANN AM MARKT 4 SCHWAEBISCH HALL, DE-74523 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27015 | $54,343.76* | Claim 27015 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 91 | STATE STREET BANK AND TRUST COMPANY ATTN: DEENA C. ETHRIDGE 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15851 | $127,961.00* | The Debtors' records reflect that Claim 15851 relates to a contract that was assigned to Barclays Capital Inc. ("Barclays") and for which Barclays assumed liability. |
| 92 | STUART C. IRBY CO. D/B/A IRBY ELECTRICAL DIST. OF THE CITY OF JACKSON/STATE OF MS DAVID B. POGRUND - STONE POGRUND & KOREY 1 EAST WACKER DRIVE, SUITE 2610 CHICAGO, IL 60601 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/26/2009 | 2005 | $18,158.62 | Claim 2005 indicates that it is based on a transaction or transactions between claimant and JWH Joliet LLC.  LBHI has no liability to claimant relative to such transaction or transactions |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 93 | TAKE CARE EMPLOYER SOLUTIONS, LLC F/K/A CHD MERIDIAN HEALTHCARE 161 WASHINGTON ST STE 1400 CONSHOHOCKEN, PA 19428-2055 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25495 | $472,432.48 | The Debtors' records reflect that Claim 25495 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 94 | TEKSYSTEMS, INC. 7437 RACE RD. ATTN: RICH RODGERS HANOVER, MD 21076 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 1383 | $1,360.64 | Claim 1383 identifies Lehman Brothers Inc., a domestic affiliate of the Debtors that is not a Debtor in these jointly administered chapter 11 cases, as the entity liable under the claim. |
| 95 | TORRES MS. CECILIA HERNANDEZ 0015 WILD ROSE COURT GLENWOOD SPRINGS, CO 81601 | 09-10560 (JMP) | LB Rose Ranch LLC | 09/16/2009 | 13409 | $35,818.00 | The Debtors' records reflect that this claim is based on a transaction or transactions between claimant and IronBridge Homes, LLC or an affiliate of IronBridge Homes, LLC.  LB Rose Ranch has no liability to claimant relative to such transaction or transactions. |
| 96 | TRANSWORLD DRILLING COMPANY OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13162 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders.  The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 97 | TRANSWORLD DRILLING COMPANY OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13193 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 98 | TRIANGLE REFINERIES INC OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13161 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 99 | TRIANGLE REFINERIES INC OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13194 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 100 | TRIPLE S MINERALS RESOURCES CORP (F/K/A KERR-MCGEE MINERALS RESOURCES CORP OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13160 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 101 | TRIPLE S MINERALS RESOURCES CORPORATION (F/K/A KERR-MCGEE MINERALS RESOURCE CORP.) OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX, INC. ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13195 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 102 | TRIPLE S REFINING CORP F/K/A KERR-MCGEE REFINING CORP OFFICIAL COMMITTE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13159 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 103 | TRIPLE S REFINING CORP F/K/A KERR-MCGEE REFINING CORP OFFICIAL COMMITTE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13196 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 104 | TRIPLE S, INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13187 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 105 | TRIPLE S, INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. ET AL. C/O KASOWITZ, BENSION, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13197 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 106 | TRONOX FINANCE CORP. OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13186 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 107 | TRONOX FINANCE CORP. OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. ET AL C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13198 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders.  The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 108 | TRONOX HOLDINGS INC. (F/K/A KERR-MCGEE HOLDINGS INC.) OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13199 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders.  The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 109 | TRONOX HOLDINGS INC. FKA KERR-MEGEE HOLDINGS INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13185 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 110 | TRONOX INCORPORATED OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13183 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 111 | TRONOX INCORPORATED OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13188 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 112 | TRONOX INCORPORATED ET AL. ATTN: MICHAEL J. FOSTER, VICE PRESIDENT 3301 NW 150TH ST OKLAHOMA CITY, OK 73134-2009 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29767 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 113 | TRONOX LLC (F/K/A KERR-MCGEE CHEMICAL LLC) OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/16/2009 | 13181 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 114 | TRONOX LLC (F/K/A KERR-MCGEE CHEMICAL LLC) OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. ET AL. C/O KASOWITZ, BENSON, TORRES 7 FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13900 (JMP) | **Lehman Commercial Paper Inc.** | 09/16/2009 | 13190 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 115 | **TRONOX PIGMENTS (SAVANNAH) (F/K/A KERR-MCGEE PIGMENTS (SAVANNAH)) OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019** | 08-13900 (JMP) | **Lehman Commercial Paper Inc.** | 09/16/2009 | 13200 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 116 | **TRONOX PIGMENTS (SAVANNAH) FKA KERR-MCGEE PIGMENTS (SAVANNAH) OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019** | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/16/2009 | 13184 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 117 | TRONOX WORLDWIDE LLC (F/K/A KERR-MCGEE CHEMICAL WORLDWIDE LLC) OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13189 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 118 | TRONOX WORLDWIDE LLC F/K/A KERR-MCGEE CHEMICAL WORLDWIDE LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13182 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 119 | UNITED TELEPHONE CO. OF THE WEST (NEBRASKA) PO BOX 7971 SHAWNEE MISSION, KS 66207-0971 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/20/2008 | 821 | $8,859.66 | The Debtors' records reflect that Claim 821 is based on a transaction or transactions for which all invoices were paid in full prior to September 15, 2008 (the "Commencement Date"). |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 120 | UNIVERSITY OF CHICAGO, THE RONALD J. SCHILLER ALUMNI RELATIONS & DEVELOPMENT 5801 SOUTH ELLIS AVENUE, 4TH FLOOR CHICAGO, IL 60637 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/20/2009 | 1819 | $600,000.00 | Under Illinois law a promise to donate money is only enforceable if the charitable organization incurs liability in reliance on the promise.  Claimant has not demonstrated that it incurred liabilities in reliance on LBHI's charitable pledge.  See *In re Wheeler's Estate*, 1 N.E.2d 425, 431 (Ill. App. Ct. 1936).  In addition, section 14 of the agreement attached to Claim 1819 limits Claimant's remedy to removal of public recognition of LBHI's gift. LBHI therefore has no liability to Claimant. |
| 121 | WHEATLAND ENTERPRISES, INC. DBA OVERLAND LIMOUSINE SERVICE P.O. BOX 8263 SHAWNEE MISSION, KS 66208 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2008 | 1436 | $5,949.25 | The Debtors' records reflect that Claim 1436 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 122 | XICOR, LLC, A DELAWARE LIMITED LIABILITY COMPANY DOUG BALOG, GENERAL COUNSEL INTERSIL CORPORATION 150 ROBERT J. CONLAN BOULEVARD, NE, MS 62B198 PALM BAY, FL 32905 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32152 | Undetermined* | The Debtors' records reflect that Claim 32152 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| | | | | | TOTAL | $427,100,168.05 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

----------------------------------------------------------------x

### ORDER GRANTING THE THREE HUNDRED TWENTY-<br>FOURTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the three hundred twenty-fourth omnibus objection to claims, dated July 9,

2012 (the "Three Hundred Twenty-Fourth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan

of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-

referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to section 502(b)

of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules

of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance

and expungement of the No Liability Claims to the extent that they assert claims for which the

applicable Chapter 11 Estates do not have any liability, all as more fully described in the Three

Hundred Twenty-Fourth Omnibus Objection to Claims; and due and proper notice of the Three

Hundred Twenty-Fourth Omnibus Objection to Claims having been provided, and it appearing

that no other or further notice need be provided; and the Court having found and determined that

the relief sought in the Three Hundred Twenty-Fourth Omnibus Objection to Claims is in the

best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Twenty-Fourth Omnibus Objection to Claims.

legal and factual bases set forth in the Three Hundred Twenty-Fourth Omnibus Objection to

Claims establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefore, it is

> ORDERED that the relief requested in the Three Hundred Twenty-Fourth

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

> ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "No Liability Claims") are disallowed and

expunged, with prejudice, to the extent set forth therein; and it is further

> ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Three

Hundred Twenty-Fourth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed

hereto and (ii) the portion of any No Liability Claim that is not the subject of the Three Hundred

Twenty-Fourth Omnibus Objection to Claims; and it is further

> ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
      New York, New York

 

                          _____
                          UNITED STATES BANKRUPTCY JUDGE

US_ACTIVE:\44039043\3\58399.0008