UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Ref. Docket No. 28650 |

------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 3, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
9th day of July, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 28650_Aff 07-03-12.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   STICHTING ROSENSTOCK HUESSY
              T.A.V. D. KOERS
              WILHELMINAPARK 28/29
              HAARLEM 2012 KC NETHERLANDS

Additional:

Transferee:   STICHTING THE IAMEX VALUE FOUNDATION
              ATTN: MR. J. KAPTEIN
              KEIZERSGRACHT 268
              AMSTERDAM 1016 EV THE NETHERLANDS

**Your transfer** of claim #  62712   is defective for the reason(s) checked below:

Amount On Transfer Agreement Does Not Match

Docket Number 28650              Date 06/14/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 3, 2012.

**EXHIBIT B**

```
TIME: 11:19:57                              LEHMAN BROTHERS HOLDING INC.                                                        PAGE:    1
DATE: 07/03/12                                     CREDITOR LISTING

Name                              Address
STICHTING ROSENSTOCK HUESSY       T.A.V. D. KOERS WILHELMINAPARK 28/29 HAARLEM  2012 KC NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION  ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS


Total Number of Records Printed        2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC