WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF DEBTORS' TWO HUNDRED AND SEVENTH OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases is withdrawing without prejudice the Debtors' Two Hundred and Seventh Omnibus Objection to Claims **solely as to the claims listed on Exhibit A attached hereto.**

2

The Plan Administrator reserves its right to object to the claims listed on Exhibit A on any grounds in the future.

Dated: July 9, 2012
      New York, New York

                                                /s/ Robert J. Lemons
                                                Robert J. Lemons

                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                Telephone:  (212) 310-8000
                                                Facsimile:   (212) 310-8007

                                                Attorneys for Lehman Brothers Holdings Inc.
                                                and Certain of its Affiliates

US_ACTIVE:\44048150\1\58399.0003

## **Exhibit A**

| Claimant | Claim Nos. |
|---|---|
| Louise Green | 24266 and 14391 |