UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                             :     Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :     08-13555 (JMP)
                                                                  :     (Jointly Administered)
            Debtors.                                              :
                                                                  :
------------------------------------------------------------------x     Ref. Docket Nos. 28536, 28540,
                                                                        28631, 28672, 28898, 29104, 29109,
                                                                        29110, 29135, 29136, 29144, 29150,
                                                                        29153, 29155, 29159, 29172, 29173

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 5, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
9th day of July, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 28536, 28540, 28631...29159, 29172, 29173_AFF_07-05-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CANTOR FITZGERALD & CO.
      TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P.
      ATTN: NATHAN PLOTKIN
      110 EAST 59TH STREET
      NEW YORK NY 10022
```

Please note that your claim # 55744-12 in the above referenced case and in the amount of $53,838,540.00 allowed at $45,454,363.75   has been transferred **(unless previously expunged by court order)**

```
LBVN HOLDINGS, L.L.C.                          LBVN HOLDINGS, L.L.C.
TRANSFEROR: CANTOR FITZGERALD & CO.            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
P.O. BOX 1641                                  ATTN: ANDREW N. ROSENBERG
NEW YORK NY 10150                              1285 AVENUE OF THE AMERICAS
                                               NEW YORK NY 10019-6064
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 29150   in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/05/2012                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 5, 2012.

# EXHIBIT B

```
TIME: 11:30:04                                    LEHMAN BROTHERS HOLDING INC.                                                        PAGE:    1
DATE: 07/05/12                                         CREDITOR LISTING

Name                                              Address
ARCA VITA S.P.A.                                  TRANSFEROR: SAPHIR FINANCE PUBLIC LIMITED COMPANY ATTN: LUCA FIORINA / ANTONIO VACCARINO VIA SAN MARCO 48 VERONA 37138 ITALY
BANK JULIUS BAER & CO. LTD.                       TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH 8010 SWITZERLAND
BARCLAYS BANK PLC                                 ATTN: ANTHONY VITELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: HSBC PRIVATE BANK (UK) LIMITED ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CANTOR FITZGERALD & CO.                           TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022
CANTOR FITZGERALD & CO.                           TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022
CLARIDEN LEU LTD                                  ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CLARIDEN LEU LTD                                  CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
                                                  RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
EFG BANK AG                                       GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166
EFG BANK AG                                       BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND
FIR TREE CAPITAL OPPORTUNITY MASTER               TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS ATTN: STEPHEN SCARPULLA 505 FIFTH AVE 23RD FL NEW YORK NY 10017
FUND, L.P.
FIR TREE VALUE MASTER FUND, L.P.                  WILLKIE FARR & GALLAGHER LLP ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ. (COUNSEL TO FIR TREE VALUE MASTER FUND, L.P. AND
                                                  FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.) 787 SEVENTH AVENUE NEW YORK NY 10019-6099
FIR TREE VALUE MASTER FUND, L.P.                  TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS ATTN: STEPHEN SCARPULLA 505 FIFTH AVE 23RD FL NEW YORK NY 10017
HSBC PRIVATE BANK (SUISSE) SA                     ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3  1211 SWITZERLAND
HSBC PRIVATE BANK (UK) LIMITED                    FAO: CHIEF RISK OFFICER 78 ST JAMES'S STREET LONDON SW1A 1JB UNITED KINGDOM
JAGER, J.H.J.                                     RENDELIAARSBOS 31 EDE  6718HS NETHERLANDS
LBVN HOLDINGS, L.L.C.                             PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
LBVN HOLDINGS, L.L.C.                             TRANSFEROR: CANTOR FITZGERALD & CO. P.O. BOX 1641 NEW YORK NY 10150
LOMBARD ODIER & CIE                               TRANSFEROR: CREDIT SUISSE 11, RUE DE LA CORRATERIE GENEVA  1211 SWITZERLAND
LYDIAN OVERSEAS PARTNERS MASTER FUND LTD          TRANSFEROR: LYDIAN SPV LIMITED C/O LYDIAN ASSET MANAGEMENT L.P. 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN OVERSEAS PARTNERS MASTER FUND LTD          TRANSFEROR: LYDIAN SPV OFFSHORE LTD. C/O LYDIAN ASSET MANAGEMENT LP 495 POST ROAD EAST WESTPORT CT 06880
LYDIAN SPV LIMITED                                TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD. C/O LYDIAN ASSET MANAGEMENT L.P. 495 POST ROAD EAST WESTPORT CT 06880
MARSHGATE INVESTMENTS, LLC                        TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
MONARCH MASTER FUNDING LTD                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O MONARCH ALTERNATIVE CAPITAL LP ATTN:  MICHAEL GILLIN
                                                  535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
NOTENSTEIN PRIVATBANK AG                          CLARIDEN LEU LTD BOHL 17 ST. GALLEN  CH-9004 SWITZERLAND
PAULSON CREDIT OPPORTUNITIES MASTER LTD.          TRANSFEROR: ARCA VITA S.P.A. C/O PAULSON & CO. INC 1251 AVE. OF THE AMERICAS, 50TH FL NEW YORK NY 10020
PP OPPORTUNITES LTD.                              TRANSFEROR: ARCA VITA S.P.A. C/O PAULSON & CO. INC 1251 AVE. OF THE AMERICAS, 50TH FL NEW YORK NY 10020
RBS SECURITIES                                    TRANSFEROR: TEJAS SECURITIES GROUP, INC. 600 WASHINGTON BLVD. STAMFORD CT 06901
STICHTING THE IAMEX VALUE FOUNDATION              JAGER, J.H.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
TEJAS SECURITIES GROUP, INC.                      TRANSFEROR: IBS TURNAROUND FUND (QP) (A LIMITED PARTNERSHIP) 8226 BEE CAVES RD AUSTIN TX 78746
TEJAS SECURITIES GROUP, INC.                      TRANSFEROR: THE IBS OPPORTUNITY FUND (BVI) LTD 8226 BEE CAVES RD AUSTIN TX 78746
TEJAS SECURITIES GROUP, INC.                      TRANSFEROR: THE IBS TURNAROUND FUND, LP 8226 BEE CAVES RD AUSTIN TX 78746
UBS AG                                            TRANSFEROR: EFG BANK AG ATTN: HUGO KOLLER DEPT O5GC BAHNHOFSTRASSE 45 ZURICH   CH-8001 SWITZERLAND


Total Number of Records Printed                    38
```