UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                            :    (Jointly Administered)
                    Debtors.                :
                                            :
-----------------------------------------------------------------x    Ref. Docket No. 28823

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 5, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
9th day of July, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 28823_Aff 07-05-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:    EFG BANK AB
               PO BOX 55963
               STOKCHOLM S-102 16 SWEDEN

Additional:

Transferee:    SVENSKA HANDELSBANKEN AB (PUBL)
               ATTN: UH KOPING-HOGGARD, GENERAL COUNSEL
               CENTRALA JURISTAVDELNINGEN
               STOCKHOLM S-106 70 SWEDEN

**Your transfer** of claim #    42530    is defective for the reason(s) checked below:

Expunged By Court Order

Docket Number 28823              Date 06/18/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 5, 2012.

# EXHIBIT B

```
TIME: 11:30:39                          LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 07/05/12                              CREDITOR LISTING

Name                        Address
EFG BANK AB                 PO BOX 55963 STOKCHOLM  S-102 16 SWEDEN
SVENSKA HANDELSBANKEN AB (PUBL)  ATTN: UH KOPING-HOGGARD, GENERAL COUNSEL CENTRALA JURISTAVDELNINGEN STOCKHOLM  S-106 70 SWEDEN

Total Number of Records Printed   2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC