```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,                           :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
                 Debtors.                                        :
                                                                 :
-----------------------------------------------------------------x   Ref. Docket Nos. 28616, 29098,
                                                                     29103, 29107, 29137, 29139, 29140,
                                                                     29166, 29167, 29181, 29184, 29185
```

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 6, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
9th day of July, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                             | Chapter 11 Case No.
                                                  |
LEHMAN BROTHERS HOLDINGS INC., et al.,            | 08-13555 (JMP)
                                                  |
                      Debtors.                    | (Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   GOLDMAN SACHS LENDING PARTNERS LLC
          TRANSFEROR: SOCIETE GENERALE
          ATTN: RICK CANONICO
          30 HUDSON STREET, 5TH FLOOR
          JERSEY CITY NJ 07302

Please note that your claim # 15921-24 in the above referenced case and in the amount of
       $263,827.75    allowed at $235,000.00    has been transferred **(unless previously expunged by court order)**

          PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO
          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
          C/O WATERSTONJE CAPITAL MANAGEMENT, LP
          ATTENTION: VINCENT CONLEY
          2 CARLSON PARKWAY, SUITE 260
          PLYMOUTH MN 55447

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 29185    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/06/2012                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on   July 6, 2012.

# EXHIBIT B

```
TIME: 14:51:27                                          LEHMAN BROTHERS HOLDING INC.                                                 PAGE:  1
DATE: 07/06/12                                                CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANK OF PANHSIN | SIDLEY AUSTIN LLP ATTN: ANDREW PROPPS, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BANK OF PANHSIN | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) 27F 68 XIANMIN BLVD., SEC. 2 NEW TAIPEI CITY TAIWAN  REPUBLIC OF CHINA |
| CAPITAL PARTNERS SECURITIES CO., LTD | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: FUMIO KOJIMA ASAHI BUILDING, 6TH FLOOR 3-12-2 NIHONBASHI, CHUO-KU TOKYO  103-0027 JAPAN |
| EFG BANK AB (PUBL) | P.O. BOX 55963 STOCKHOLM  S-102 16 SWEDEN |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOCIETE GENERALE ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) | ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON  E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) | PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON  EC4A 4HT UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) | LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| NOTENSTEIN PRIVATBANK AG | TRANSFEROR: UBS AG BOHL 17 ST. GALLEN  CH-9004 SWITZERLAND |
| NOTENSTEIN PRIVATBANK AG | TRANSFEROR: WEGELIN & CO BOHL 17 ST. GALLEN  CH-9004 SWITZERLAND |
| PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONJE CAPITAL MANAGEMENT, LP ATTENTION: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| SKANDIABANKEN AB (PUBL) | TRANSFEROR: EFG BANK AB (PUBL) SVEAU 44 STOCKHOLM  S-106 55 SWEDEN |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND |
| UBS AG, LONDON BRANCH | TRANSFEROR: CAPITAL PARTNERS SECURITIES CO., LTD ATTN: KAZUYA ICHIKAWA AND MARIE MIYAZAWA (TOKYO) 1 FINSBURY AVENUE LONDON  EC2M 2PP UNITED KINGDOM |
| WATERSTONE MF FUND, LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTENTION: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WATERSTONE MKT NEUTRAL MASTER FUND, LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTENTION: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WEGELIN & CO | TRANSFEROR: UBS AG PRIVATBANKIERS BOHL 17 ST GALLEN  CH-9004 SWITZERLAND |

Total Number of Records Printed    18

EPIQ BANKRUPTCY SOLUTIONS, LLC