BROWN RUDNICK LLP
STEVEN L. LEVINE
PETER J.M. DECLERCQ
ONE FINANCIAL CENTER
BOSTON, MA 02111
TELEPHONE: (617) 856-8200
FAX: (617) 856-8201

*Counsel to the Lehman Brothers*
*Treasury B.V. Noteholders Identified Herein*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings, Inc., *et al.*, | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors | |

## AFFIDAVIT OF SERVICE

STATE OF MASSACHUSETTS  )
                        ) ss.:
COUNTY OF SUFFOLK       )

Allison M. Savage being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Boston, Massachusetts.

On July 5th and 6th, 2012, I caused to be served a true copy of the *Application of the Ad Hoc Group of Holders of Notes Issued by Lehman Brothers Treasury Co. B.V. and Guaranteed by Lehman Brothers Holdings, Inc., Pursuant to 11 U.S.C. § 503(B) for Allowance Of Administrative Expenses For Counsel's Services Incurred In Making A Substantial Contribution In These Chapter 11 Cases* [Docket No. 29222]; and *Declaration of Steven B. Levine in Support of the Application of the Ad Hoc Group of Holders of Notes Issued by Lehman Brothers Treasury Co. B.V. and Guaranteed by Lehman Brothers Holdings, Inc., Pursuant to 11 U.S.C. § 503(B)*

*for Allowance Of Administrative Expenses For Counsel's Services Incurred In Making A Substantial Contribution In These Chapter 11 Cases* [Docket No. 29223] in this proceeding, upon the parties set forth below and in the manner specified:

| **Federal Express on July 5, 2012:**<br>The Honorable James M. Peck<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>Alexander Hamilton Customs House<br>One Bowling Green<br>New York, New York 10004 | **Facsimile, Federal Express and Electronic Mail on July 5, 2012:**<br>Office of the United States Trustee for Region 2<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attention: Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq.<br>and Andrea B. Schwartz, Esq.<br>Fax: (212) 668-2255 |
|---|---|
| **Federal Express on July 6, 2012:**<br>Internal Revenue Service<br>Special Procedures Branch<br>Attn: District Director<br>290 Broadway<br>New York, NY 10007<br>Fax: (212) 436-1931 | **Electronic Mail (with detailed time entries) on July 5, 2012:**<br>ddunne@milbank.com;<br>andrea.b.schwartz@usdoj.gov;<br>harvey.miller@weil.com; lori.fife@weil.com;<br>alfredo.perez@weil.com; kstadler@gklaw.com;<br>and bwilliam@gklaw.com<br><br>**Electronic Mail (without detailed time entries) on July 5, 2012:**<br>Parties listed on Exhibit A attached. |

_____
Allison M. Savage

Sworn to before me this
10th day of July, 2012

_____
Notary Public

2

**EMAIL DISTRIBUTION LISTS (parts 1-15)**

**Lehman Brothers Holding Master Service List (part 1)**
aaaronson@dilworthlaw.com; aalfonso@willkie.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com; adam.brezine@hro.com; adarwin@nixonpeabody.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com; aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com; agold@herrick.com; ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com; ; alum@ftportfolios.com; amarder@msek.com; AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com; anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; aostrow@beckerglynn.com; apo@stevenslee.com; aquale@sidley.com; araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashaffer@mayerbrown.com; ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; aunger@sidley.com; austin.bankruptcy@publicans.com; avenes@whitecase.com; azylberberg@whitecase.com; bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com;

**Lehman Brothers Holding Master Service List (part 2)**
bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com; bdk@schlamstone.com; ; bguiney@pbwt.com; bill.freeman@pillsburylaw.com; bkmail@prommis.com; bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com; Brian.Corey@greentreecreditsolutions.com; ; ; broy@rltlawfirm.com; btrust@mayerbrown.com; ; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; bzabarauskas@crowell.com; cahn@clm.com; calbert@reitlerlaw.com; canelas@pursuitpartners.com; carol.weinerlevy@bingham.com; cbelisle@wfw.com; cbelmonte@ssbb.com; cbrotstein@bm.net; cgoldstein@stcwlaw.com; chammerman@paulweiss.com; chardman@klestadt.com; charles@filardi-law.com; charles_malloy@aporter.com; ; chipford@parkerpoe.com; chris.donoho@lovells.com; christopher.schueller@bipc.com; clarkb@sullcrom.com; clynch@reedsmith.com; cmontgomery@salans.com; cohenr@sewkis.com; cp@stevenslee.com; cpappas@dilworthlaw.com; craig.goldblatt@wilmerhale.com; crmomjian@attorneygeneral.gov; cs@stevenslee.com; csalomon@beckerglynn.com; cschreiber@winston.com; cshore@whitecase.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com;

**Lehman Brothers Holding Master Service List (part 3)**

cwalsh@mayerbrown.com; cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com; dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com; dave.davis@isgria.com; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com; david.heller@lw.com; david.seligman@kirkland.com; davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com; dbarber@bsblawyers.com; dbaumstein@whitecase.com; dbesikof@loeb.com; dcimo@gjb-law.com; ; dcoffino@cov.com; dcrapo@gibbonslaw.com; ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; ddunne@milbank.com; deggermann@kramerlevin.com; deggert@freebornpeters.com; demetra.liggins@tklaw.com; ; dfelder@orrick.com; dflanigan@polsinelli.com; dgrimes@reedsmith.com; dhayes@mcguirewoods.com; dheffer@foley.com; diconzam@gtlaw.com; djoseph@stradley.com; dkleiner@velaw.com; dkozusko@willkie.com; dlemay@chadbourne.com; dlipke@vedderprice.com; dludman@brownconnery.com; dmcguire@winston.com; dmurray@jenner.com; dneier@winston.com; dodonnell@milbank.com; dove.michelle@dorsey.com; dowd.mary@arentfox.com; DPiazza@HodgsonRuss.com; draelson@fisherbrothers.com;

**Lehman Brothers Holding Master Service List (part 4)**
dravin@wolffsamson.com; drose@pryorcashman.com; drosenzweig@fulbright.com; drosner@goulstonstorrs.com; drosner@kasowitz.com; dshemano@pwkllp.com; dspelfogel@foley.com; dtatge@ebglaw.com; dwdykhouse@pbwt.com; dwildes@stroock.com; dworkman@bakerlaw.com; easmith@venable.com; echang@steinlubin.com; ecohen@russell.com; ; efleck@milbank.com; efriedman@friedumspring.com; egeekie@schiffhardin.com; eglas@mccarter.com; ehollander@whitecase.com; ekbergc@lanepowell.com; elevin@lowenstein.com; eli.mattioli@klgates.com; ellen.halstead@cwt.com; eobrien@sbchlaw.com; eschaffer@reedsmith.com; eschwartz@contrariancapital.com; esmith@dl.com; ezujkowski@emmetmarvin.com; ezweig@optonline.net; fbp@ppgms.com; ; ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; ; francois.janson@hklaw.com; ; fsosnick@shearman.com; fyates@sonnenschein.com; gabriel.delvirginia@verizon.net; gbray@milbank.com; ; geraci@thalergertler.com; ggitomer@mkbattorneys.com; giddens@hugheshubbard.com; gkaden@goulstonstorrs.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com; ;

**Lehman Brothers Holding Master Service List (part 5)**
gspilsbury@jsslaw.com; guzzi@whitecase.com; harrisjm@michigan.gov; ; harveystrickon@paulhastings.com; hbeltzer@mayerbrown.com; heim.steve@dorsey.com; heiser@chapman.com; ; hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com; hseife@chadbourne.com; hsnovikoff@wlrk.com; icatto@kirkland.com; igoldstein@dl.com; ilevee@lowenstein.com; info2@normandyhill.com; ira.herman@tklaw.com; isgreene@hhlaw.com; israel.dahan@cwt.com; iva.uroic@dechert.com; ; jacobsonn@sec.gov; jacqueline.marcus@weil.com; ; james.mcclammy@dpw.com; james.sprayregen@kirkland.com; jamestecce@quinnemanuel.com; jamie.nelson@dubaiic.com; jar@outtengolden.com; jason.jurgens@cwt.com;

jay.hurst@oag.state.tx.us; jay@kleinsolomon.com; Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com; jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-law.com; jchristian@tobinlaw.com; Jdrucker@coleschotz.com; jdyas@halperinlaw.net;; jeannette.boot@wilmerhale.com; jeff.wittig@coair.com; jeffrey.sabin@bingham.com; jeldredge@velaw.com; jen.premisler@cliffordchance.com; jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com;

**Lehman Brothers Holding Master Service List (part 6)**
jeremy.eiden@state.mn.us; jessica.fink@cwt.com; jfalgowski@reedsmith.com; jflaxer@golenbock.com; jfox@joefoxlaw.com; jfreeberg@wfw.com; jg5786@att.com; ; jgenovese@gjb-law.com; jguy@orrick.com; jherzog@gklaw.com; jhiggins@fdlaw.com; jhorgan@phxa.com; jhuggett@margolisedelstein.com; ; jim@atkinslawfirm.com; jjoyce@dresslerpeters.com; jjtancredi@daypitney.com; jjureller@klestadt.com; jkehoe@sbtklaw.com; jlamar@maynardcooper.com; jlawlor@wmd-law.com; jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com; ; jlovi@steptoe.com; jlscott@reedsmith.com; jmaddock@mcguirewoods.com; jmazermarino@msek.com; jmcginley@wilmingtontrust.com; jmelko@gardere.com; jmerva@fult.com; jmmurphy@stradley.com; jmr@msf-law.com; john.monaghan@hklaw.com; john.rapisardi@cwt.com; ; jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov; joshua.dorchak@bingham.com; ; jowolf@law.nyc.gov; joy.mathias@dubaiic.com; JPintarelli@mofo.com; jpintarelli@mofo.com; jporter@entwistle-law.com; jprol@lowenstein.com; jrabinowitz@rltlawfirm.com;

**Lehman Brothers Holding Master Service List (part 7)**
jrsmith@hunton.com; jschwartz@hahnhessen.com; jsheerin@mcguirewoods.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jstoll@mayerbrown.com; ; jtimko@shutts.com; jtougas@mayerbrown.com; judy.morse@crowedunlevy.com; jwallack@goulstonstorrs.com; jwang@sipc.org; jwcohen@daypitney.com; jweiss@gibsondunn.com; jwest@velaw.com; jwh@njlawfirm.com; ; ; karen.wagner@dpw.com; KDWBankruptcyDepartment@kelleydrye.com; keith.simon@lw.com; Ken.Coleman@allenovery.com; ken.higman@hp.com; kgwynne@reedsmith.com; kiplok@hugheshubbard.com; kkelly@ebglaw.com; klyman@irell.com; kmayer@mccarter.com; kobak@hugheshubbard.com; korr@orrick.com; ; kovskyd@pepperlaw.com; ; kpiper@steptoe.com; kressk@pepperlaw.com; KReynolds@mklawnyc.com; krosen@lowenstein.com; kuehn@bragarwexler.com; kurt.mayr@bgllp.com; lacyr@sullcrom.com; Landon@StreusandLandon.com; lawallf@pepperlaw.com; lberkoff@moritthock.com; Lee.Stremba@troutmansanders.com; lgranfield@cgsh.com; lhandelsman@stroock.com; linda.boyle@twtelecom.com; lisa.ewart@wilmerhale.com; lisa.kraidin@allenovery.com; LJKotler@duanemorris.com;

**Lehman Brothers Holding Master Service List (part 8)**
lmarinuzzi@mofo.com; Lmay@coleschotz.com; lmcgowen@orrick.com; lml@ppgms.com; ; lnashelsky@mofo.com; loizides@loizides.com; lori.fife@weil.com;

-3-

lromansic@steptoe.com; lscarcella@farrellfritz.com; lschweitzer@cgsh.com; ; lubell@hugheshubbard.com; lwhidden@salans.com; mabrams@willkie.com; MAOFILING@CGSH.COM; ; margolin@hugheshubbard.com; mark.deveno@bingham.com; mark.ellenberg@cwt.com; mark.houle@pillsburylaw.com; mark.sherrill@sutherland.com; martin.davis@ots.treas.gov; Marvin.Clements@ag.tn.gov; matthew.klepper@dlapiper.com; ; mbenner@tishmanspeyer.com; mberman@nixonpeabody.com; mbienenstock@dl.com; mbossi@thompsoncoburn.com; mcademartori@sheppardmullin.com; mcordone@stradley.com; mcto@debevoise.com; mdorval@stradley.com; meltzere@pepperlaw.com; metkin@lowenstein.com; mfeldman@willkie.com; mgordon@briggs.com; mgreger@allenmatkins.com; ; mhopkins@cov.com; michael.frege@cms-hs.com; michael.kim@kobrekim.com; millee12@nationwide.com; miller@taftlaw.com; mimi.m.wong@irscounsel.treas.gov; mitchell.ayer@tklaw.com; mjacobs@pryorcashman.com; mjedelman@vedderprice.com; MJR1@westchestergov.com;

**Lehman Brothers Holding Master Service List (part 9)**
mkjaer@winston.com; mlahaie@akingump.com; MLandman@lcbf.com; mlynch2@travelers.com; mmendez@hunton.com; mmooney@deilylawfirm.com; mmorreale@us.mufg.jp; ; mneier@ibolaw.com; monica.lawless@brookfieldproperties.com; ; mprimoff@kayescholer.com; mpucillo@bermanesq.com; mrosenthal@gibsondunn.com; mruetzel@whitecase.com; mschimel@sju.edu; mshiner@tuckerlaw.com; msiegel@brownrudnick.com; mspeiser@stroock.com; mstamer@akingump.com; mvenditto@reedsmith.com; mwarren@mtb.com; ncoco@mwe.com; neal.mann@oag.state.ny.us; ned.schodek@shearman.com; newyork@sec.gov; ; Nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com; nlepore@schnader.com; notice@bkcylaw.com; oipress@travelers.com; ; paronzon@milbank.com; patrick.oh@freshfields.com; paul.turner@sutherland.com; pbattista@gjb-law.com; pbosswick@ssbb.com; pdublin@akingump.com; peisenberg@lockelord.com; peter.gilhuly@lw.com; peter.macdonald@wilmerhale.com; peter.simmons@friedfrank.com; peter@bankrupt.com; pfeldman@oshr.com; phayden@mcguirewoods.com; pmaxcy@sonnenschein.com; ppascuzzi@ffwplaw.com; ppatterson@stradley.com; psp@njlawfirm.com;

**Lehman Brothers Holding Master Service List (part 10)**
ptrostle@jenner.com; ; r.stahl@stahlzelloe.com; raj.madan@bingham.com; rajohnson@akingump.com; ramona.neal@hp.com; ranjit.mather@bnymellon.com; rbeacher@pryorcashman.com; ; rbyman@jenner.com; rdaversa@orrick.com; relgidely@gjb-law.com; rfleischer@pryorcashman.com; rfrankel@orrick.com; rfriedman@silvermanacampora.com; rgmason@wlrk.com; rgraham@whitecase.com; rgraham@whitecase.com; rhett.campbell@tklaw.com; ; richard.krasnow@weil.com; richard.lear@hklaw.com; richard.levy@lw.com; richard.tisdale@friedfrank.com; ritkin@steptoe.com; RJones@BoultCummings.com; RLevin@cravath.com; rmatzat@hahnhessen.com; rnetzer@willkie.com; ; robert.bailey@bnymellon.com;

robert.dombroff@bingham.com; robert.henoch@kobrekim.com; robert.malone@dbr.com; Robert.yalen@usdoj.gov; robertdakis@quinnemanuel.com; Robin.Keller@Lovells.com; ronald.silverman@bingham.com; rqureshi@reedsmith.com; rreid@sheppardmullin.com; rroupinian@outtengolden.com; rrussell@andrewskurth.com; rterenzi@stcwlaw.com; ; russj4478@aol.com; rwasserman@cftc.gov; rwyron@orrick.com; s.minehan@aozorabank.co.jp; sabin.willett@bingham.com; sabramowitz@velaw.com;

**Lehman Brothers Holding Master Service List  (part 11)**
sagolden@hhlaw.com; Sally.Henry@skadden.com; sandyscafaria@eaton.com; Sara.Tapinekis@cliffordchance.com; ; scargill@lowenstein.com; schannej@pepperlaw.com; Schepis@pursuitpartners.com; schnabel.eric@dorsey.com; schristianson@buchalter.com; schwartzmatthew@sullcrom.com; scottshelley@quinnemanuel.com; scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov; sehlers@armstrongteasdale.com; sfelderstein@ffwplaw.com; sfineman@lchb.com; sfox@mcguirewoods.com; sgordon@cahill.com; sgubner@ebg-law.com; ; shannon.nagle@friedfrank.com; sharbeck@sipc.org; shari.leventhal@ny.frb.org; ; sidorsky@butzel.com; slerner@ssd.com; slevine@brownrudnick.com; SLoden@DiamondMcCarthy.com; smayerson@ssd.com; smillman@stroock.com; smulligan@bsblawyers.com; snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com; splatzer@platzerlaw.com; ; SRee@lcbf.com; sselbst@herrick.com; sshimshak@paulweiss.com; steele@lowenstein.com; stephen.cowan@dlapiper.com; steve.ginther@dor.mo.gov; steven.troyer@commerzbank.com; steven.wilamowsky@bingham.com; Streusand@StreusandLandon.com; ; susheelkirpalani@quinnemanuel.com; swolowitz@mayerbrown.com; szuch@wiggin.com;

**Lehman Brothers Holding Master Service List (part 12)**
tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tduffy@andersonkill.com; teresa.oxford@invescoaim.com; TGoren@mofo.com; thaler@thalergertler.com; thomas.califano@dlapiper.com; ; Thomas_Noguerola@calpers.ca.gov; timothy.brink@dlapiper.com; timothy.palmer@bipc.com; tjfreedman@pbnlaw.com; tkarcher@dl.com; tkiriakos@mayerbrown.com; tlauria@whitecase.com; tmacwright@whitecase.com; ; tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov; tony.davis@bakerbotts.com; tslome@msek.com; ttracy@crockerkuno.com; twheeler@lowenstein.com; ukreppel@whitecase.com; ; Villa@StreusandLandon.com; vmilione@nixonpeabody.com; vrubinstein@loeb.com; walter.stuart@freshfields.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com; wbenzija@halperinlaw.net; wcurchack@loeb.com; wfoster@milbank.com; william.m.goldman@dlapiper.com; wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; wk@pwlawyers.com; ; wsilverm@oshr.com; wswearingen@llf-law.com; wtaylor@mccarter.com; wzoberman@bermanesq.com; yamashiro@sumitomotrust.co.jp; YUwatoko@mofo.com; cshore@whitecase.com;

**Lehman Brothers Holding Master Service List (part 13)**

etillinghast@sheppardmullin.com; tdewey@dpklaw.com; dpegno@dpklaw.com; jeanites@whiteandwilliams.com; jsullivan@mosessinger.com; neilberger@teamtogut.com; sskelly@teamtogut.com; mccombst@sullcrom.com; bstrickland@wtplaw.com; dshaffer@wtplaw.com; Michael.kelly@monarchlp.com; colea@gtlaw.com; melorod@gtlaw.com; Richard@rwmaplc.com; jnm@mccallaraymer.com; Michael.reilly@bingham.com; Joshua.dorchak@bingham.com; erin.mautner@bingham.com; efriedman@fklaw.com; wweintraub@fklaw.com; abeaumont@fklaw.com; jshenwick@gmail.com; mdahlman@kayescholer.com; mlichtenstein@crowell.com; seichel@crowell.com; rrigolosi@smsm.com; akolod@mosessinger.com; mparry@mosessinger.com; kkolbig@mosessinger.com; lsilverstein@potteranderson.com; rmcneill@potteranderson.com; jdoran@haslaw.com; akornikova@lcbf.com; jnadritch@olshanlaw.com; hbeltzer@mayerbrown.com; cwalsh@mayerbrown.com; wmarcari@ebglaw.com; slerman@ebglaw.com; dtatge@ebglaw.com; scargill@lowenstein.com;

**New Distribution List - Lehman Brothers Holding Master Service List (part 14)**

agoldstein@tnsj-law.com; akantesaria@oppenheimerfunds.com; amartin@sheppardmullin.com; anann@foley.com; bankruptcy@ntexas-attorneys.com; bcarlson@co.sanmateo.ca.us; bhinerfeld@sbtklaw.com; bruce.wright@sutherland.com; cdesiderio@nixonpeabody.com; david.powlen@btlaw.com; dtheising@harrisonmoberly.com; emerberg@mayerbrown.com; foont@foontlaw.com; ggoodman@foley.com; gravert@ravertpllc.com; jbeiers@co.sanmateo.ca.us; jeffrey.black@bingham.com; jmakower@tnsj-law.com; jteitelbaum@tblawllp.com; jvail@ssrl.com; kanema@formanlaw.com; keckhardt@hunton.com; kerry.moynihan@hro.com; kjarashow@fklaw.com; klynch@formanlaw.com; krodriguez@allenmatkins.com; lapeterson@foley.com; lathompson@co.sanmateo.ca.us; lgotko@fklaw.com; lkatz@ltblaw.com; marc.chait@sc.com; mark.bane@ropesgray.com; matt@willaw.com; maustin@orrick.com; mbloemsma@mhjur.com; mcyganowski@oshr.com; mh1@mccallaraymer.com; michael.mccrory@btlaw.com; mpage@kelleydrye.com; mpomerantz@julienandschlesinger.com; mschlesinger@julienandschlesinger.com; msolow@kayescholer.com; msteel@brownrudnick.com; nlevine@akingump.com; otccorpactions@finra.org;

**New Distribution List - Lehman Brothers Holding Master Service List (part 15)**

raul.alcantar@ropesgray.com; richard.fingard@newedgegroup.com; rleek@hodgsonruss.com; robert.lemons@weil.com; roger@rnagioff.com; ross.martin@ropesgray.com; rrainer@wmd-law.com; sabvanrooy@hotmail.com; schannej@pepperlaw.com; sschultz@akingump.com; sstarr@starrandstarr.com; steven.usdin@flastergreenberg.com; steven@blbglaw.com; sweyl@haslaw.com; tim.desieno@bingham.com; tmarrion@haslaw.com; wchen@tnsj-law.com; wdase@fzwz.com; wmaher@wmd-law.com; wmckenna@foley.com