**Hearing Date:** August 15, 2012 at 10:00 A.M. EST
                                                      **Objection Deadline:** August 8, 2012 at 4:00 PM EST

Duncan E. Barber *(Pro Hac Vice Motion Pending)* (Colo. Bar No. 16768)
Steven T. Mulligan (Colo. Bar # 19901)
4582 S. Ulster St. Pkwy., Suite 1650
Denver, CO  80237
Phone:  720-488-0220
Fax:  720-488-7711
Email:  dbarber@bsblawyers.com
Email:  smulligan@bsblawyers.com

Attorneys for Movants

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

In re:

LEHMAN BROTHERS HOLDINGS
INC. and LB ROSE RANCH LLC
      :
           Debtors.           :

Chapter 11

Case No. 08-13555 (JMP)
(Jointly Administered)

---------------------------------------------------------------

**EIGHTH NOTICE OF ADJOURNMENT OF HEARING OF MOTION FOR RELIEF**
**FROM THE AUTOMATIC STAY**

     PLEASE TAKE NOTICE that the hearing to consider *Motion for Relief from the Automatic Stay* (the "Motion") (Docket No. 23097), previously scheduled for July 18, 2012, **has been adjourned to August 15, 2012 at 10:00 a.m. (ET)**, before the Honorable James M. Peck, Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court").

224413

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion (i) must be in writing; (ii) shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Bankruptcy Court; (iii) be filed in accordance with General Order M-242 of the Bankruptcy Court, which can be found at www.nysb.uscourts.gov; (iv) shall set forth the name of the objecting party and the basis for the objection and specific grounds therefore; (v) shall be filed with the Clerk of the Bankruptcy Court (with a courtesy copy delivered directly to the Chambers of the Honorable James M. Peck), together with the proof of service thereof; and (vi) shall be served in a manner so as to actually be received by Bieging Shapiro and Barber LLP, Attorneys for Movants,[1] 4582 S. Ulster Street Parkway, Suite 1650, Denver, Colorado 80237 (Attn: Duncan E. Barber) not later than **4:00 p.m. (ET) on August 8, 2012.**

PLEASE TAKE FURTHER NOTICE that if you fail to file and serve a timely response to the Motion in accordance with the above requirements, the Bankruptcy Court may grant the relief requested in the Motion without further notice or hearing.

Dated: July 10, 2012,
      Denver, Colorado

BIEGING SHAPIRO & BARBER LLP

By:   /s/ Steven T. Mulligan
     Duncan E. Barber, #16768
     Steven T. Mulligan, #19901
4582 South Ulster St. Parkway, Suite 1650
Denver, CO  80237
Tel:  (720) 488-0220; Fax:  (720) 488-7711
E-mail dbarber@bsblawyers.com

Attorneys for Movant

---

[1] The Movants are Ironbridge Homes, LLC, Ironbridge Mountain Cottages, LLC, and Ironbridge Aspen Collection, LLC (collectively, the "Ironbridge Movants"), as well as Ironbridge Management LLC, Dirk Gosda, Hansen Construction, Inc., and Steven A. Hansen (collectively with the Ironbridge Movants, the "Movants").