UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                     Debtors.                                  :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 29239-29241

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 6, 2012, I caused to be served the following:

   a) "Lehman Brothers Special Financing Inc. Working Group's Application For Entry Of An Order, Pursuant To 11 U.S.C. §§ 503(B)(3)(D) And 503(B)(4) For Allowance And Reimbursement Of Reasonable Professional Fees And Actual, Necessary Expenses In Making A Substantial Contribution In These Cases," dated July 5, 2012 [Docket No. 29239],

   b) "Notice Of Application Of Goldman Sachs Bank USA And Goldman Sachs International For Entry Of An Order Pursuant To 11 U.S.C. §§ 503(B)(3)(D) And 503(B)(4) For Allowance And Reimbursement Of Reasonable Professional Fees In Making A Substantial Contribution In These Cases," dated July 5, 2012, to which was attached the "Application Of Goldman Sachs Bank USA And Goldman Sachs International For Entry Of An Order Pursuant To 11 U.S.C. §§ 503(B)(3)(D) And 503(B)(4) For Allowance And Reimbursement Of Reasonable Professional Fees In Making A Substantial Contribution In These Cases," dated July 5, 2012  [Docket No. 29240], and

   c) "Declaration Of Thomas J. Moloney," dated July 5, 2012  [Docket No. 29241],

by causing true and correct copies to be:

   i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

    iii.    copied to CD and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                             Genevieve Uzamere

Sworn to before me this
____ day of July, 2012

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

# EXHIBIT A

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | ashmead@sewkis.com | christopher.schueller@bipc.com |
| aalfonso@willkie.com | asnow@ssbb.com | clarkb@sullcrom.com |
| abeaumont@fklaw.com | aunger@sidley.com | clynch@reedsmith.com |
| abraunstein@riemerlaw.com | austin.bankruptcy@publicans.com | cmontgomery@salans.com |
| acaton@kramerlevin.com | avenes@whitecase.com | cohenr@sewkis.com |
| acker@chapman.com | azylberberg@whitecase.com | colea@gtlaw.com |
| adam.brezine@hro.com | bankr@zuckerman.com | cp@stevenslee.com |
| adarwin@nixonpeabody.com | bankruptcy@goodwin.com | cpappas@dilworthlaw.com |
| adiamond@diamondmccarthy.com | bankruptcy@morrisoncohen.com | craig.goldblatt@wilmerhale.com |
| aeckstein@blankrome.com | bankruptcy@ntexas-attorneys.com | crmomjian@attorneygeneral.gov |
| aentwistle@entwistle-law.com | bankruptcymatters@us.nomura.com | cs@stevenslee.com |
| afriedman@irell.com | barbra.parlin@hklaw.com | csalomon@beckerglynn.com |
| agbanknewyork@ag.tn.gov | bbisignani@postschell.com | cschreiber@winston.com |
| aglenn@kasowitz.com | bcarlson@co.sanmateo.ca.us | cshore@whitecase.com |
| agold@herrick.com | bdk@schlamstone.com | cshulman@sheppardmullin.com |
| agoldstein@tnsj-law.com | bguiney@pbwt.com | ctatelbaum@adorno.com |
| ahammer@freebornpeters.com | bill.freeman@pillsburylaw.com | cwalsh@mayerbrown.com |
| aisenberg@saul.com | bkmail@prommis.com | cward@polsinelli.com |
| akantesaria@oppenheimerfunds.com | bmanne@tuckerlaw.com | cweber@ebg-law.com |
| akolod@mosessinger.com | bmiller@mofo.com | cweiss@ingramllp.com |
| akornikova@lcbf.com | boneill@kramerlevin.com | dallas.bankruptcy@publicans.com |
| alum@ftportfolios.com | brian.corey@greentreecreditsolutions.com | daniel.guyder@allenovery.com |
| amarder@msek.com | brosenblum@jonesday.com | dave.davis@isgria.com |
| amartin@sheppardmullin.com | broy@rltlawfirm.com | david.bennett@tklaw.com |
| amcmullen@boultcummings.com | bruce.wright@sutherland.com | david.crichlow@pillsburylaw.com |
| amenard@tishmanspeyer.com | bstrickland@wtplaw.com | david.heller@lw.com |
| anann@foley.com | btrust@mayerbrown.com | david.powlen@btlaw.com |
| andrew.brozman@cliffordchance.com | bturk@tishmanspeyer.com | david.seligman@kirkland.com |
| andrew.lourie@kobrekim.com | bwolfe@sheppardmullin.com | davids@blbglaw.com |
| angelich.george@arentfox.com | bzabarauskas@crowell.com | davidwheeler@mvalaw.com |
| ann.reynaud@shell.com | cahn@clm.com | dbalog@intersil.com |
| anthony_boccanfuso@aporter.com | calbert@reitlerlaw.com | dbarber@bsblawyers.com |
| aoberry@bermanesq.com | canelas@pursuitpartners.com | dbaumstein@whitecase.com |
| aostrow@beckerglynn.com | carol.weinerlevy@bingham.com | dbesikof@loeb.com |
| apo@stevenslee.com | cbelisle@wfw.com | dcimo@gjb-law.com |
| aquale@sidley.com | cbelmonte@ssbb.com | dcoffino@cov.com |
| araboy@cov.com | cbrotstein@bm.net | dcrapo@gibbonslaw.com |
| arahl@reedsmith.com | cdesiderio@nixonpeabody.com | ddavis@paulweiss.com |
| arheaume@riemerlaw.com | cgoldstein@stcwlaw.com | ddrebsky@nixonpeabody.com |
| arlbank@pbfcm.com | chammerman@paulweiss.com | ddunne@milbank.com |
| arosenblatt@chadbourne.com | chardman@klestadt.com | deggermann@kramerlevin.com |
| arthur.rosenberg@hklaw.com | charles@filardi-law.com | deggert@freebornpeters.com |
| arwolf@wlrk.com | charles_malloy@aporter.com | demetra.liggins@tklaw.com |
| aseuffert@lawpost-nyc.com | chipford@parkerpoe.com | dfelder@orrick.com |
| ashaffer@mayerbrown.com | chris.donoho@lovells.com | dflanigan@polsinelli.com |

| | | |
|---|---|---|
| dgrimes@reedsmith.com | enkaplan@kaplanlandau.com | israel.dahan@cwt.com |
| dhayes@mcguirewoods.com | eobrien@sbchlaw.com | iva.uroic@dechert.com |
| dheffer@foley.com | erin.mautner@bingham.com | jacobsonn@sec.gov |
| diconzam@gtlaw.com | eschaffer@reedsmith.com | james.mcclammy@dpw.com |
| djoseph@stradley.com | eschwartz@contrariancapital.com | james.sprayregen@kirkland.com |
| dkleiner@velaw.com | esmith@dl.com | jamestecce@quinnemanuel.com |
| dkozusko@willkie.com | etillinghast@sheppardmullin.com | jamie.nelson@dubaiic.com |
| dlemay@chadbourne.com | ezujkowski@emmetmarvin.com | jar@outtengolden.com |
| dlipke@vedderprice.com | ezweig@optonline.net | jason.jurgens@cwt.com |
| dludman@brownconnery.com | fbp@ppgms.com | jay.hurst@oag.state.tx.us |
| dmcguire@winston.com | ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| dmurray@jenner.com | fhyman@mayerbrown.com | jbecker@wilmingtontrust.com |
| dneier@winston.com | foont@foontlaw.com | jbeemer@entwistle-law.com |
| dodonnell@milbank.com | francois.janson@hklaw.com | jbeiers@co.sanmateo.ca.us |
| dove.michelle@dorsey.com | fsosnick@shearman.com | jbird@polsinelli.com |
| dowd.mary@arentfox.com | fyates@sonnenschein.com | jbromley@cgsh.com |
| dpegno@dpklaw.com | gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| draelson@fisherbrothers.com | gbray@milbank.com | jchristian@tobinlaw.com |
| dravin@wolffsamson.com | geraci@thalergertler.com | jdoran@haslaw.com |
| drose@pryorcashman.com | ggitomer@mkbattorneys.com | jdrucker@coleschotz.com |
| drosenzweig@fulbright.com | ggoodman@foley.com | jdyas@halperinlaw.net |
| drosner@goulstonstorrs.com | giddens@hugheshubbard.com | jean-david.barnea@usdoj.gov |
| drosner@kasowitz.com | gkaden@goulstonstorrs.com | jeanites@whiteandwilliams.com |
| dshaffer@wtplaw.com | glenn.siegel@dechert.com | jeannette.boot@wilmerhale.com |
| dshemano@pwkllp.com | gmoss@riemerlaw.com | jeff.wittig@coair.com |
| dspelfogel@foley.com | gravert@ravertpllc.com | jeffery.black@bingham.com |
| dtatge@ebglaw.com | gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| dtheising@harrisonmoberly.com | guzzi@whitecase.com | jeldredge@velaw.com |
| dwdykhouse@pbwt.com | harrisjm@michigan.gov | jen.premisler@cliffordchance.com |
| dwildes@stroock.com | harveystrickon@paulhastings.com | jennifer.demarco@cliffordchance.com |
| dworkman@bakerlaw.com | hbeltzer@mayerbrown.com | jennifer.gore@shell.com |
| easmith@venable.com | heim.steve@dorsey.com | jeremy.eiden@ag.state.mn.us |
| echang@steinlubin.com | heiser@chapman.com | jfalgowski@reedsmith.com |
| ecohen@russell.com | hollace.cohen@troutmansanders.com | jflaxer@golenbock.com |
| efleck@milbank.com | holsen@stroock.com | jfox@joefoxlaw.com |
| efriedman@fklaw.com | howard.hawkins@cwt.com | jfreeberg@wfw.com |
| efriedman@friedumspring.com | hseife@chadbourne.com | jg5786@att.com |
| egeekie@schiffhardin.com | hsnovikoff@wlrk.com | jgenovese@gjb-law.com |
| eglas@mccarter.com | hsteel@brownrudnick.com | jguy@orrick.com |
| ehollander@whitecase.com | icatto@mwe.com | jherzog@gklaw.com |
| ekbergc@lanepowell.com | igoldstein@dl.com | jhiggins@fdlaw.com |
| elevin@lowenstein.com | ilevee@lowenstein.com | jhorgan@phxa.com |
| eli.mattioli@klgates.com | info2@normandyhill.com | jhuggett@margolisedelstein.com |
| ellen.halstead@cwt.com | ira.herman@tklaw.com | jim@atkinslawfirm.com |
| emerberg@mayerbrown.com | isgreene@hhlaw.com | jjoyce@dresslerpeters.com |

| | | |
|---|---|---|
| jjtancredi@daypitney.com | jwang@sipc.org | lmay@coleschotz.com |
| jjureller@klestadt.com | jwcohen@daypitney.com | lmcgowen@orrick.com |
| jkehoe@btkmc.com | jweiss@gibsondunn.com | lml@ppgms.com |
| jlamar@maynardcooper.com | jwest@velaw.com | lnashelsky@mofo.com |
| jlawlor@wmd-law.com | jwh@njlawfirm.com | loizides@loizides.com |
| jlee@foley.com | kanema@formanlaw.com | lromansic@steptoe.com |
| jlevitin@cahill.com | karen.wagner@dpw.com | lscarcella@farrellfritz.com |
| jlipson@crockerkuno.com | kdwbankruptcydepartment@kelleydrye.com | lschweitzer@cgsh.com |
| jlovi@steptoe.com | keckhardt@hunton.com | lsilverstein@potteranderson.com |
| jlscott@reedsmith.com | keith.simon@lw.com | lubell@hugheshubbard.com |
| jmaddock@mcguirewoods.com | ken.coleman@allenovery.com | lwhidden@salans.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | mabrams@willkie.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | maofiling@cgsh.com |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | marc.chait@sc.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | margolin@hugheshubbard.com |
| jmerva@fult.com | kjarashow@fklaw.com | mark.bane@ropesgray.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.deveno@bingham.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.ellenberg@cwt.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.sherrill@sutherland.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | martin.davis@ots.treas.gov |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | marvin.clements@ag.tn.gov |
| jorbach@hahnhessen.com | korr@orrick.com | matt@willaw.com |
| joseph.cordaro@usdoj.gov | kovskyd@pepperlaw.com | matthew.klepper@dlapiper.com |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | maustin@orrick.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | max.polonsky@skadden.com |
| jowolf@law.nyc.gov | kreynolds@mklawnyc.com | mbenner@tishmanspeyer.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | mberman@nixonpeabody.com |
| jpintarelli@mofo.com | kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mbienenstock@dl.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mbloemsma@mhjur.com |
| jrabinowitz@rltlawfirm.com | landon@streusandlandon.com | mbossi@thompsoncoburn.com |
| jrsmith@hunton.com | lapeterson@foley.com | mcademartori@sheppardmullin.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mccombst@sullcrom.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mcordone@stradley.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com | mcto@debevoise.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mcyganowski@oshr.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mdahlman@kayescholer.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | mdorval@stradley.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | melorod@gtlaw.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | meltzere@pepperlaw.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | metkin@lowenstein.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | mfeldman@willkie.com |
| jvail@ssrl.com | lkatz@ltblaw.com | mgordon@briggs.com |
| jwallack@goulstonstorrs.com | lmarinuzzi@mofo.com | mgreger@allenmatkins.com |

| | | |
|---|---|---|
| mh1@mccallaraymer.com | newyork@sec.gov | richard.tisdale@friedfrank.com |
| mhopkins@cov.com | nfurman@scottwoodcapital.com | richard@rwmaplc.com |
| michael.frege@cms-hs.com | nherman@morganlewis.com | ritkin@steptoe.com |
| michael.kelly@monarchlp.com | nissay_10259-0154@mhmjapan.com | rjones@boultcummings.com |
| michael.kim@kobrekim.com | nlepore@schnader.com | rleek@hodgsonruss.com |
| michael.mccrory@btlaw.com | notice@bkcylaw.com | rlevin@cravath.com |
| michael.reilly@bingham.com | oipress@travelers.com | rmatzat@hahnhessen.com |
| millee12@nationwide.com | otccorpactions@finra.org | rmcneill@potteranderson.com |
| miller@taftlaw.com | paronzon@milbank.com | rnetzer@willkie.com |
| mimi.m.wong@irscounsel.treas.gov | patrick.oh@freshfields.com | robert.bailey@bnymellon.com |
| mitchell.ayer@tklaw.com | paul.turner@sutherland.com | robert.dombroff@bingham.com |
| mjacobs@pryorcashman.com | pbattista@gjb-law.com | robert.henoch@kobrekim.com |
| mjedelman@vedderprice.com | pbosswick@ssbb.com | robert.malone@dbr.com |
| mjr1@westchestergov.com | pdublin@akingump.com | robert.yalen@usdoj.gov |
| mkjaer@winston.com | peisenberg@lockelord.com | robertdakis@quinnemanuel.com |
| mlahaie@akingump.com | peter.gilhuly@lw.com | robin.keller@lovells.com |
| mlandman@lcbf.com | peter.macdonald@wilmerhale.com | roger@rnagioff.com |
| mlichtenstein@crowell.com | peter.simmons@friedfrank.com | ronald.silverman@bingham.com |
| mlynch2@travelers.com | peter@bankrupt.com | ross.martin@ropesgray.com |
| mmendez@hunton.com | pfeldman@oshr.com | rqureshi@reedsmith.com |
| mmooney@deilylawfirm.com | phayden@mcguirewoods.com | rrainer@wmd-law.com |
| mmorreale@us.mufg.jp | pmaxcy@sonnenschein.com | rreid@sheppardmullin.com |
| mneier@ibolaw.com | ppascuzzi@ffwplaw.com | rrigolosi@smsm.com |
| monica.lawless@brookfieldproperties.com | ppatterson@stradley.com | rroupinian@outtengolden.com |
| mpage@kelleydrye.com | psp@njlawfirm.com | rrussell@andrewskurth.com |
| mparry@mosessinger.com | ptrain-gutierrez@kaplanlandau.com | rterenzi@stcwlaw.com |
| mpomerantz@julienandschlesinger.com | ptrostle@jenner.com | russj4478@aol.com |
| mprimoff@kayescholer.com | r.stahl@stahlzelloe.com | rwasserman@cftc.gov |
| mpucillo@bermanesq.com | raj.madan@bingham.com | rwyron@orrick.com |
| mrosenthal@gibsondunn.com | ramona.neal@hp.com | s.minehan@aozorabank.co.jp |
| mruetzel@whitecase.com | ranjit.mather@bnymellon.com | sabin.willett@bingham.com |
| mschimel@sju.edu | raul.alcantar@ropesgray.com | sabramowitz@velaw.com |
| mschlesinger@julienandschlesinger.com | rbeacher@pryorcashman.com | sabvanrooy@hotmail.com |
| msegarra@mayerbrown.com | rbyman@jenner.com | sagolden@hhlaw.com |
| mshiner@tuckerlaw.com | rdaversa@orrick.com | sally.henry@skadden.com |
| msiegel@brownrudnick.com | relgidely@gjb-law.com | sandyscafaria@eaton.com |
| msolow@kayescholer.com | rfleischer@pryorcashman.com | sara.tapinekis@cliffordchance.com |
| mspeiser@stroock.com | rfrankel@orrick.com | scargill@lowenstein.com |
| mstamer@akingump.com | rfriedman@silvermanacampora.com | schannej@pepperlaw.com |
| mvenditto@reedsmith.com | rgmason@wlrk.com | schepis@pursuitpartners.com |
| mwarren@mtb.com | rgraham@whitecase.com | schnabel.eric@dorsey.com |
| ncoco@mwe.com | rhett.campbell@tklaw.com | schristianson@buchalter.com |
| neal.mann@oag.state.ny.us | richard.fingard@newedge.com | schwartzmatthew@sullcrom.com |
| ned.schodek@shearman.com | richard.lear@hklaw.com | scottshelley@quinnemanuel.com |
| neilberger@teamtogut.com | richard.levy@lw.com | scousins@armstrongteasdale.com |

| | | |
|---|---|---|
| sdnyecf@dor.mo.gov | tdewey@dpklaw.com | wzoberman@bermanesq.com |
| steven@blbglaw.com | tduffy@andersonkill.com | yamashiro@sumitomotrust.co.jp |
| sehlers@armstrongteasdale.com | teresa.oxford@invescoaim.com | yuwatoko@mofo.com |
| seichel@crowell.com | tgoren@mofo.com | |
| sfelderstein@ffwplaw.com | thaler@thalergertler.com | |
| sfineman@lchb.com | thomas.califano@dlapiper.com | |
| sfox@mcguirewoods.com | thomas_noguerola@calpers.ca.gov | |
| sgordon@cahill.com | tim.desieno@bingham.com | |
| sgubner@ebg-law.com | timothy.brink@dlapiper.com | |
| shannon.nagle@friedfrank.com | timothy.palmer@bipc.com | |
| sharbeck@sipc.org | tjfreedman@pbnlaw.com | |
| shari.leventhal@ny.frb.org | tkarcher@dl.com | |
| shgross5@yahoo.com | tkiriakos@mayerbrown.com | |
| sidorsky@butzel.com | tlauria@whitecase.com | |
| slerman@ebglaw.com | tmacwright@whitecase.com | |
| slerner@ssd.com | tmarrion@haslaw.com | |
| slevine@brownrudnick.com | tnixon@gklaw.com | |
| sloden@diamondmccarthy.com | toby.r.rosenberg@irscounsel.treas.gov | |
| smayerson@ssd.com | tony.davis@bakerbotts.com | |
| smillman@stroock.com | tslome@msek.com | |
| smulligan@bsblawyers.com | ttracy@crockerkuno.com | |
| snewman@katskykorins.com | twheeler@lowenstein.com | |
| sory@fdlaw.com | ukreppel@whitecase.com | |
| spiotto@chapman.com | villa@streusandlandon.com | |
| splatzer@platzerlaw.com | vmilione@nixonpeabody.com | |
| sree@lcbf.com | vrubinstein@loeb.com | |
| sschultz@akingump.com | walter.stuart@freshfields.com | |
| sselbst@herrick.com | wanda.goodloe@cbre.com | |
| sshimshak@paulweiss.com | wballaine@lcbf.com | |
| sskelly@teamtogut.com | wbenzija@halperinlaw.net | |
| sstarr@starrandstarr.com | wchen@tnsj-law.com | |
| steele@lowenstein.com | wcurchack@loeb.com | |
| stephen.cowan@dlapiper.com | wdase@fzwz.com | |
| steve.ginther@dor.mo.gov | wfoster@milbank.com | |
| steven.troyer@commerzbank.com | william.m.goldman@dlapiper.com | |
| steven.usdin@flastergreenberg.com | wiltenburg@hugheshubbard.com | |
| steven.wilamowsky@bingham.com | wisotska@pepperlaw.com | |
| streusand@streusandlandon.com | wk@pwlawyers.com | |
| susheelkirpalani@quinnemanuel.com | wmaher@wmd-law.com | |
| sweyl@haslaw.com | wmarcari@ebglaw.com | |
| swolowitz@mayerbrown.com | wmckenna@foley.com | |
| szuch@wiggin.com | wsilverm@oshr.com | |
| tannweiler@greerherz.com | wswearingen@llf-law.com | |
| tarbit@cftc.gov | wtaylor@mccarter.com | |
| tbrock@ssbb.com | wweintraub@fklaw.com | |

**Additional Parties**
harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
robert.lemons@weil.com

**EXHIBIT B**

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005
ATTN: DENNIS F. DUNNE, ESQ., DENNIS O'DONNELL,
ESQ., AND EVAN R. FLECK, ESQ.,

WEIL GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153
ATTN: RICHARD P. KRASNOW, ESQ., LORI R. FIFE, ESQ., ROBERT J. LEMONS, ESQ., AND JACQUELINE MARCUS, ESQ.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004-1408