UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                          :
                                                
LEHMAN BROTHERS HOLDINGS, INC., et al.,         :    Chapter 11
                                                
              Debtors.                          :    Case No. 08-13555 (JMP)
                                                
                                                :    (Jointly Administered)
                                                
                                                :    NOTICE OF CHANGE OF ADDRESS
                                                
                                                :
                                                
                                                :
                                                
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that effective July 16, 2012, the law firm of Wilmer Cutler Pickering Hale and Dorr LLP will be relocating to 7 World Trade Center, New York, New York 10007.  All facsimile and telephone numbers will remain the same.

PLEASE TAKE FURTHER NOTICE that all future correspondence, notices, pleadings and other documents should be directed to the address listed above.

Dated: New York, New York
       _____, 2012

                                WILMER CUTLER PICKERING HALE
                                  AND DORR LLP

                                /s/ Philip D. Anker
                                Philip D. Anker
                                7 World Trade Center
                                New York, NY 10036
                                (212) 230-8800

US1DOCS 7373039v1

(212) 230-8888 (fax)

*Counsel for Värde Partners, L.P.*

US1DOCS 7373039v1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                             :
                                                   :
LEHMAN BROTHERS HOLDINGS, INC., et    Chapter 11
al.,                                               :
                                                   Case No. 08-13555 (JMP)
           Debtors.                    :
                                                   (Jointly Administered)
                                                   :
                                                   CERTIFICATE OF SERVICE
                                                   :
                                                   :
                                                   :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The undersigned hereby certifies that, on this __ of July 2012, a true and correct copy of

the *Notice of Change of Address* was served electronically upon all Filing Users using the

Court's CM/ECF system.


Dated: New York, New York
          _____, 2012

                                                      WILMER CUTLER PICKERING HALE
                                                       AND DORR LLP

                                                       /s/ Philip D. Anker
                                                       Philip D. Anker
                                                       7 World Trade Center
                                                       New York, NY 10036
                                                       (212) 230-8800
                                                       (212) 230-8888 (fax)

                                                       *Counsel for Värde Partners, L.P.*

US1DOCS 7373039v1

US1DOCS 7373039v1