HEARING DATE AND TIME: July 19, 2012 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: July 6, 2012 at 4:00 p.m. (Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons, Esq.

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

### NOTICE OF AMENDMENT TO EXHIBIT A TO THE THREE HUNDRED SIXTEENTH OMNIBUS OBJECTION TO CLAIMS (REDUCE AND ALLOW CLAIMS)

**PLEASE TAKE NOTICE** that, on June 4, 2012, Lehman Brothers Holdings Inc.

("<u>LBHI</u>"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of

Lehman Brothers Holdings Inc. and Its Affiliated Debtors, filed the Three Hundred Sixteenth

Omnibus Objection to Claims [1] (the "<u>Objection</u>") [ECF No. 28439], which included <u>Exhibit A</u>,

identifying all claims subject to the Objection and the amounts that LBHI is seeking to reduce and

allow.  In order to correct certain errors contained in <u>Exhibit A</u> to the Objection, <u>Exhibit 1</u> attached

hereto shall amend and replace <u>Exhibit A</u> in its entirety.  Attached hereto as <u>Exhibit 2</u> is a blackline

comparing <u>Exhibit A</u> and <u>Exhibit 1</u>.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Sixteenth Omnibus Objection to Claims.

**PLEASE TAKE FURTHER NOTICE** that notice of the amendment to <u>Exhibit A</u>

will be served on (i) the U.S. Trustee, (ii) the Securities and Exchange Commission, (iii) the

Internal Revenue Service, (iv) the United States Attorney for the Southern District of New York,

(iv) the claimants listed on <u>Exhibit A</u>, and (v) all other parties entitled to notice in accordance with

the procedures set forth in the second amended order entered on June 17, 2010 governing case

management and administrative procedures for the above referenced cases [ECF No. 9635].

Dated: New York, New York
      July 11, 2012

<u>/s/ Robert J. Lemons</u>
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

US_ACTIVE:\44048946\1\58399.0008

# EXHIBIT 1

US_ACTIVE:\44048946\1\58399.0008

**LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 316: EXHIBIT A - CLAIMS TO REDUCE & ALLOW**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 1 | BHATTAL, JASJIT S. | 24332 | 09/21/2009 | Lehman Brothers Holdings Inc. | Priority Unsecured | $10,950.00* Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $3,145,498.00 |
| | | | | | Subtotal | $10,950.00* | | | |
| 2 | DAVIS POLK & WARDWELL LLP ATTN: THOMAS OGDEN, ESQ 450 LEXINGTON AVENUE NEW YORK, NY 10017 | 18978 | 09/18/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $79,345.04 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $79,345.04 |
| 3 | DENTON SALES & VINCENT 5 AVENUE PERCIER PARIS, 75008 FRANCE | 2288 | 01/30/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $10,586.33* | Lehman Brothers Commodity Services Inc. | Unsecured | $10,586.33 |
| 4 | GOLDFARB, DAVID | 3103 | 02/27/2009 | Lehman Brothers Holdings Inc. | Unsecured | $17,500,000.00 | Lehman Brothers Holdings Inc. | Unsecured | $2,943,264.00 |
| 5 | GREGORY, JOSEPH | 4646[1] | 05/29/2009 | Lehman Brothers Holdings Inc. | Priority | $700,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $6,771,326.00 |
| 6 | JANULIS, THEODORE P. | 30603 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $16,781,475.00* | Lehman Brothers Holdings Inc. | Unsecured | $2,862,865.00 |
| 7 | LESSING, STEPHEN M. | 29091 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $5,637,916.86 |

---

[1] Claim No. 4646 asserts a priority claim in the amount of "$700,000 times 25 years."

**LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 316: EXHIBIT A - CLAIMS TO REDUCE & ALLOW**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | LIBERTY HAMPSHIRE COMPANY, LLC, THE ATTN: OPERATIONS DEPARTMENT 227 WEST MONROE STREET, SUITE 4900 CHICAGO, IL 60606 | 17891 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $73,903.41* | Lehman Brothers Special Financing Inc. | Unsecured | $73,903.41 |
| 9 | LINKLATERS LLP ATTN: KAREN O'SHEA & LILY YUEN 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 21531 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $86,307.20* | Lehman Brothers Holdings Inc. | Unsecured | $86,307.20 |
| 10 | MCDADE, HERBERT H., III | 30536 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $2,945,697.00 |
| 11 | MCGEE, HUGH | 31081[2] | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $2,401,738.00 |

[2] All of the portions of Claim 31081 are subject to the Three Hundred Sixteenth Omnibus Objection to Claims except for the portion of Claim 31081 relating to deferred compensation in the form of restricted stock units, which shall remain active on the claims register, subject to the Plan Administrator's right to object in the future.

* - Indicates claim contains unliquidated and/or undetermined amounts

### LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 316: EXHIBIT A - CLAIMS TO REDUCE & ALLOW

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 12 | MIZUHO CORPORATE BANK, LIMITED 6-7, NIHONBASHI KABUTOCHO, CHUO-KU ATTN: MASAYA NAKAFUJI TOKYO, 103-0026 JAPAN<br><br>TRANSFERRED TO: DEUTSCHE BANK AG, TOKYO BRANCH TRANSFEROR: MIZUHO CORPORATE BANK, LIMITED ATTN: IKUO KODAMA SANNO PARK TOWER, 11-1 NAGATA-CHO 2CHOME, CHIYODA-KU TOKYO, 100-6170 JAPAN | 12701 | 09/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $81,650,432.30* | Lehman Brothers Holdings Inc. | Unsecured | $88,331,476.00 |
| 13 | NAGIOFF, ROGER B. | 23682 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $1,172,468.00 |
| 14 | RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER KENNETH E WERNER, ESQ NEW YORK, NY 10281 | 15311 | 09/17/2009 | Lehman Commercial Paper Inc. | Unsecured | $76,127.46* | Lehman Commercial Paper Inc. | Unsecured | $76,127.46 |
| 15 | TRANSFERRED TO: MAT INVESTORS LLC CHARLES MOXLEY 1170 5TH AVE, #12B NEW YORK, NY 10029 | 19200 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $8,476,913.00 |

**LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 316: EXHIBIT A - CLAIMS TO REDUCE & ALLOW**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 16 | SVENSKA HANDELSBANKEN AB (PUBL) | 4922 | 06/19/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured | $55,953,934.99 $0.00 | Lehman Brothers Holdings Inc. | Unsecured | $814,056.44 |
| | ATTN: MARK CLEARY, DEPUTY GENERAL MANAGER, NEW YORK BRANCH 875 THIRD AVENUE, 4TH FLOOR NEW YORK, NY 10022-7218 | | | | Subtotal | $55,953,934.99 | | | |
| | TRANSFERRED TO: SVENSKA HANDELSBANKEN AB (PUBL) ATTN: MARK CLEARY, DEPUTY GENERAL MANAGER, NEW YORK BRANCH 875 THIRD AVENUE, 4TH FLOOR NEW YORK, NY 10022-7218 | | | | | | | | |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: SVENSKA HANDELSBANKEN AB (PUBL) C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | | | | | | | | |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: SVENSKA HANDELSBANKEN AB (PUBL) C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | | | | | | | | |

## LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 316: EXHIBIT A - CLAIMS TO REDUCE & ALLOW

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 17 | VANDERBEEK, JEFFREY | 16478 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $61,133,734.00 | Lehman Brothers Holdings Inc. | Unsecured | $3,203,232.00 |
| | | | | | TOTAL | $234,056,795.73 | | TOTAL | $129,032,719.74 |

# EXHIBIT 2

**LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 316: EXHIBIT A - CLAIMS TO REDUCE & ALLOW**

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ASSERTED | | | MODIFIED | |
| 1 | BHATTAL, JASJIT S. | 24332 | 09/21/2009 | Lehman Brothers Holdings Inc. | Priority Unsecured | $10,950.00* Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $3,145,498.00 |
| | | | | | Subtotal | $10,950.00* | | | |
| 2 | DAVIS POLK & WARDWELL LLP ATTN: THOMAS OGDEN, ESQ 450 LEXINGTON AVENUE NEW YORK, NY 10017 | 18978 | 09/18/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $79,345.04 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $79,345.04 |
| 3 | DENTON SALES & VINCENT 5 AVENUE PERCIER PARIS, 75008 FRANCE | 2288 | 01/30/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $10,586.33 | Lehman Brothers Commodity Services Inc. | Unsecured | $10,586.33 |
| 4 | GOLDFARB, DAVID | 3103 | 02/27/2009 | Lehman Brothers Holdings Inc. | Unsecured | $17,500,000.00 | Lehman Brothers Holdings Inc. | Unsecured | $2,943,264.00 |
| 5 | GREGORY, JOSEPH | 4646[1] | 05/29/2009 | Lehman Brothers Holdings Inc. | Priority | $700,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $6,771,326.00 |
| 6 | JANULIS, THEODORE P. | 30603 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $16,781,475.00* | Lehman Brothers Holdings Inc. | Unsecured | $2,862,865.00 |
| 7 | LESSING, STEPHEN M. | 29091[2] | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | ~~$5,637,916.86~~ ~~$4,890,398.00~~ |

---

[1] Claim No. 4646 asserts a priority claim in the amount of "$700,000 times 25 years."

# LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 316: EXHIBIT A - CLAIMS TO REDUCE & ALLOW

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | LIBERTY HAMPSHIRE COMPANY, LLC, THE ATTN: OPERATIONS DEPARTMENT 227 WEST MONROE STREET, SUITE 4900 CHICAGO, IL 60606 | 17891 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $73,903.41* | Lehman Brothers Special Financing Inc. | Unsecured | $73,903.41 |
| 9 | LINKLATERS LLP ATTN: KAREN O'SHEA & LILY YUEN 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 21531 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $86,307.20* | Lehman Brothers Holdings Inc. | Unsecured | $86,307.20 |
| 10 | MCDADE, HERBERT H., III | 30536 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $2,945,697.00 |
| 11 | MCGEE, HUGH | 31081[3] | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $2,401,738.00 |

[2] All of the portions of Claim 29091 are subject to the Three Hundred Sixteenth Omnibus Objection to Claims except for the portion of Claim 29091 relating to the D.E. Shaw Oculus Fund Warrants, which shall remain active on the claims register, subject to the Plan Administrator's right to object in the future.

[3] All of the portions of Claim 31081 are subject to the Three Hundred Sixteenth Omnibus Objection to Claims except for the portion of Claim 31081 relating to deferred compensation in the form of restricted stock units, which shall remain active on the claims register, subject to the Plan Administrator's right to object in the future.

**LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 316: EXHIBIT A - CLAIMS TO REDUCE & ALLOW**

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **ASSERTED** | | | **MODIFIED** | |
| 12 | MIZUHO CORPORATE BANK, LIMITED 6-7, NIHONBASHI KABUTOCHO, CHUO-KU ATTN: MASAYA NAKAFUJI TOKYO, 103-0026 JAPAN TRANSFERRED TO: DEUTSCHE BANK AG, TOKYO BRANCH TRANSFEROR: MIZUHO CORPORATE BANK, LIMITED ATTN: IKUO KODAMA SANNO PARK TOWER, 11-1 NAGATA-CHO 2CHOME, CHIYODA-KU TOKYO, 100-6170 JAPAN | 12701 | 09/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $81,650,432.30* | Lehman Brothers Holdings Inc. | Unsecured | $88,331,476.00 |
| 13 | NAGIOFF, ROGER B. | 23682 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $1,172,468.00 |
| 14 | RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER KENNETH E WERNER, ESQ NEW YORK, NY 10281 | 15311 | 09/17/2009 | Lehman Commercial Paper Inc. | Unsecured | $76,127.46* | Lehman Commercial Paper Inc. | Unsecured | $76,127.46 |
| 15 | TRANSFERRED TO: MAT INVESTORS LLC CHARLES MOXLEY 1170 5TH AVE, #12B NEW YORK, NY 10029 | 19200 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $8,476,913.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 3 of 5

**LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 316: EXHIBIT A - CLAIMS TO REDUCE & ALLOW**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 16 | SVENSKA HANDELSBANKEN AB (PUBL) | 4922 | 06/19/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured | $55,953,934.99 $0.00 | Lehman Brothers Holdings Inc. | Unsecured | $814,056.44 |
| | ATTN: MARK CLEARY, DEPUTY GENERAL MANAGER, NEW YORK BRANCH 875 THIRD AVENUE, 4TH FLOOR NEW YORK, NY 10022-7218 | | | | Subtotal | $55,953,934.99 | | | |
| | TRANSFERRED TO: SVENSKA HANDELSBANKEN AB (PUBL) ATTN: MARK CLEARY, DEPUTY GENERAL MANAGER, NEW YORK BRANCH 875 THIRD AVENUE, 4TH FLOOR NEW YORK, NY 10022-7218 | | | | | | | | |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: SVENSKA HANDELSBANKEN AB (PUBL) C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | | | | | | | | |
| | TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: SVENSKA HANDELSBANKEN AB (PUBL) C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | | | | | | | | |

## LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 316: EXHIBIT A - CLAIMS TO REDUCE & ALLOW

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **ASSERTED** | | | **MODIFIED** | |
| 17 | VANDERBEEK, JEFFREY | 16478 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $61,133,734.00 | Lehman Brothers Holdings Inc. | Unsecured | $3,203,232.00 |
| | | | | | **TOTAL** | $234,056,795.73 | | **TOTAL** | ~~$129,032,719.70~~ ~~$128,285,200.88~~ |