WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
**In re**  :  **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :  **08-13555 (JMP)**
: 
Debtors.  :  **(Jointly Administered)**
: 
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE TWO HUNDRED**
**NINETY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (INVALID**
**OR NO BLOCKING NUMBER LPS CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Two Hundred Ninety-Seventh

Omnibus Objection to Claims (Invalid or No Blocking Number LPS Claims) [ECF No. 27868]

that was scheduled for July 19, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been**

**adjourned, solely as to the claims listed on Exhibit A attached hereto, to a date**

08-13555-mg    Doc 29344    Filed 07/11/12    Entered 07/11/12 15:40:58    Main Document
Pg 2 of 3

**to be determined**.

Dated: July 11, 2012
      New York, New York

                                      /s/ Jacqueline Marcus
                                      Jacqueline Marcus

                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone:  (212) 310-8000
                                      Facsimile:   (212) 310-8007

                                      Attorneys for Lehman Brothers Holdings Inc.
                                      and Certain of Its Affiliates

2

# Exhibit A

## Adjourned Claims:

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 |
| SAFRA NATIONAL BANK OF NEW YORK AS CUSTODIAN FOR ITS CLIENTS | 4703 |