**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— x

In re:                                                         :         Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*        :         Case No. 08-13555 (JMP)

Debtors.                                 :

———————————————————————— x

**ORDER (I) RESOLVING THE FEE COMMITTEE'S NOTICE OF OBJECTION
TO THE MONTHLY STATEMENT FOR THE MONTH OF NOVEMBER 2011
SUBMITTED BY WOLLMUTH MAHER & DEUTSCH LLP, AS SPECIAL
COUNSEL TO THE DEBTORS, AND (II) REINSTATING THE ELIGIBILITY
AND DIRECTING PAYMENT OF MONTHLY COMPENSATION AMOUNTS
UNDER THE MONTHLY STATEMENT IN ACCORDANCE WITH THE FOURTH
AMENDED ORDER PURSUANT TO SECTIONS 105(A) AND 331 OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULE 2016(A) ESTABLISHING
PROCEDURES FOR INTERIM MONTHLY COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF PROFESSIONALS**

WHEREAS Wollmuth Maher & Deutsch LLP (the "Firm"), as special litigation counsel

for Lehman Brothers Holdings, Inc. ("LBHI") and its affiliated debtors (each a "Debtor" and

collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Cases") pursuant to the

order entered by this Court on October 28, 2010 [Doc. No. 12406] approving the Firm's

retention *nunc pro tunc* to September 9, 2010, served a monthly statement for fees and expenses

incurred by the Firm for the month of November 2011 (the "Monthly Statement") pursuant to the

Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and

Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and

Reimbursement of Expenses of Professionals dated April 14, 2011 [Doc. No. 15997] (the

"Compensation Order");

WHEREAS the fee committee (the "Fee Committee") appointed in the Cases served a notice of objection (the "Notice of Objection") to the Monthly Statement pursuant to the Compensation Order and the Amended Fee Protocol annexed to the Order Amending the Fee Protocol [Doc. No. 15998] (the "Fee Protocol"), which Notice of Objection objected to payment of monthly compensation amounts under the Monthly Statement, on the basis of the Firm's alleged material noncompliance with the Compensation Order;

WHEREAS the Firm has addressed the deficiencies the Fee Committee identified and the Fee Committee has withdrawn the Notice of Objection and consented to reinstating the eligibility and permitting payment of monthly compensation amounts under the Monthly Statement pursuant to the Compensation Order, the Fee Protocol and this Order;

WHEREAS the Firm served a copy of the proposed order and the accompanying notice of presentment filed in connection with this Order on all the Notice Parties (as defined in the Compensation Order) and service of which satisfies the notice requirement set forth in paragraph (g) of the Compensation Order concerning resolution and withdrawal of a Notice of Objection to Fee Statement (as defined in the Compensation Order);

**IT IS HEREBY**

ORDERED that the Notice of Objection is withdrawn and resolved; and it is further

ORDERED that the Firm is eligible and shall receive payment of monthly compensation amounts under the Monthly Statement promptly following entry of this Order in accordance with the Compensation Order and the Fee Protocol; and it is further

ORDERED that this Order is without prejudice to the right of the Fee Committee, or any member, to object or otherwise respond to any of the Firm's pending or forthcoming Interim Fee Applications or final compensation requests in the Cases; and it is further

2

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.


Dated: New York, New York
       July 12, 2012

                                      _s/ James M. Peck_____
                                      HONORABLE  JAMES M. PECK
                                      UNITED STATES BANKRUPTCY JUDGE