WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                            :    **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                                                 :
                   Debtors.                               :    **(Jointly Administered)**
                                                                 :
                                                                 :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF**
**THREE HUNDRED FIFTH OMNIBUS OBJECTION TO**
**CLAIMS (DUPLICATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing its Three Hundred Fifth Omnibus Objection to Claims (Duplicative Claims) [ECF No. 28412] **solely as to the claim listed on Exhibit A attached hereto**.  The Plan Administrator reserves its rights to

object to the claim listed on <u>Exhibit A</u> on any grounds in the future.

Dated: July 12, 2012
      New York, New York

                                              <u>/s/ Robert J. Lemons</u>
                                              Robert J. Lemons

                                              WEIL, GOTSHAL & MANGES LLP
                                              767 Fifth Avenue
                                              New York, New York 10153
                                              Telephone: (212) 310-8000
                                              Facsimile: (212) 310-8007

                                              Attorneys for Lehman Brothers Holdings Inc.
                                              and Certain of Its Affiliates

US_ACTIVE:\44050108\2\58399.0011

# Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| MARIA MALEVRI AND GEORGIOS ADAMANTOPOULOS C/O J.P. MORGAN (SUISSE) SA | 25132 |