## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of July, 2012, a copy of the foregoing Opposition by Atlantic County Utilities Authority to the Debtors' Three Hundred Eleventh Omnibus Objection to Claims (No Liability Derivatives Claims) was mailed via first-class, postage prepaid to the following parties:

Attorneys for the Debtors
Attn: Robert L. Lemons, Esq. and Lee J. Goldberg, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

The Office of the United States Trustee for Region 2
Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

By: /s/ Andrew B. Eckstein
Andrew B. Eckstein