**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                  :

In re                            :        **Chapter 11 Case No.**
                                    :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :       **08-13555 (JMP)**
                                    :

           Debtors.              :        **(Jointly Administered)**
                                    :

-------------------------------------------------------------------------x  **Ref. Docket Nos. 29292-29297 &**
                                              **29299**

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK  )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 9, 2012, I caused to be served the following:

    a)  "Notice Of Hearing On Three Hundred Twentieth Omnibus Objection To Claims (No Liability LB Rose Ranch LLC Claims)," dated July 9, 2012, to which was attached the "Three Hundred Twentieth Omnibus Objection To Claims (No Liability LB Rose Ranch LLC Claims)," dated July 9. 2012 [Docket No. 29292], (the "320th Omnibus NOH"),

    b)  "Notice Of Hearing On Three Hundred Twenty-First Omnibus Objection To Claims (Amended And Superseded Claims)," dated July 9, 2012, to which was attached the "Three Hundred Twenty-First Omnibus Objection To Claims (Amended And Superseded Claims)," dated July 9, 2012 [Docket No. 29293], (the "321st Omnibus NOH"),

    c)  "Notice Of Hearing On Three Hundred Twenty-Second Omnibus Objection To Claims (Duplicative Claims)," dated July 9, 2012, to which was attached the "Three Hundred Twenty-Second Omnibus Objection To Claims (Duplicative Claims)," dated July 9, 2012 [Docket No. 29294], (the "322nd Omnibus NOH"),

    d)  "Notice Of Hearing On Three Hundred Twenty-Third Omnibus Objection To Claims (Late-Filed Claims)" dated July 9, 2012, to which was attached the "Three Hundred Twenty-Third Omnibus Objection To Claims (Late-Filed Claims)," dated July 9, 2012 [Docket No. 29295], (the "323rd Omnibus NOH"),

    e)  "Notice Of Hearing On Three Hundred Twenty Fourth Omnibus Objection To Claims (No Liability Claims)," dated July 9, 2012, to which was attached the "Three Hundred

Twenty-Fourth Omnibus Objection To Claims (No Liability Claims)," dated July 9, 2012 [Docket No. 29296], (the "324th Omnibus NOH"),

f) "Notice Of Hearing On Three Hundred Twenty-Fifth Omnibus Objection To Claims (Reduce And Allow Claims)," dated July 9, 2012, to which was attached the "Three Hundred Twenty-Fifth Omnibus Objection To Claims (Reduce And Allow Claims)," dated July 9, 2012 [Docket No. 29297], (the "325th Omnibus NOH"), and

g) "Notice Of Withdrawal Of Debtors' Two Hundred And Seventh Omnibus Objection To Claims (To Reclassify Proofs Of Claim As Equity Interests)," dated July 9, 2012 [Docket No. 29299], (the "207th Omnibus NOW"),

by causing true and correct copies of the:

i. 320th Omnibus NOH, 321st Omnibus NOH, 322nd Omnibus NOH, 323rd Omnibus NOH, 324th Omnibus NOH, 325th Omnibus NOH, and 207th Omnibus NOW, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii. 320th Omnibus NOH, 321st Omnibus NOH, 322nd Omnibus NOH, 323rd Omnibus NOH, 324th Omnibus NOH, 325th Omnibus NOH, and 207th Omnibus NOW, to be delivered via facsimile to those parties listed on the annexed Exhibit B,

iii. 320th Omnibus NOH, 321st Omnibus NOH, 322nd Omnibus NOH, 323rd Omnibus NOH, 324th Omnibus NOH, 325th Omnibus NOH, and 207th Omnibus NOW, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

iv. 320th Omnibus NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D,

v. 321st Omnibus NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E,

vi. 322nd Omnibus NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit F,

vii. 323rd Omnibus NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit G,

viii. 324th Omnibus NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit H,

ix. 325th Omnibus NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit I, and

x. 207th Omnibus NOW, to be enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit J.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Genevieve Uzamere

Sworn to before me this
___ day of July, 2012

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

-3-

**EXHIBIT A**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
anann@foley.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com

ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com

christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com

dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com

enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com

israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com

jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com

jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lmarinuzzi@mofo.com

lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdahlman@kayescholer.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com

mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com

newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com

richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rrigolosi@smsm.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

steven@blbglaw.com

sehlers@armstrongteasdale.com

seichel@crowell.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

streusand@streusandlandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

tgoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

thomas_noguerola@calpers.ca.gov

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

ukreppel@whitecase.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

yuwatoko@mofo.com

**EXHIBIT B**

| Fax | Name |
|---|---|
| 12126682255 | UST-DAVIS,GASPA,SCHW |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT D

| Claim Name | Address Information |
|---|---|
| A-1 HEATING & COOLING, INC. | 2342 AIRPORT ROAD RIFLE CO 81650 |
| ALTITUDE LANDSCAPE | P.O. BOX 1882 EDWARDS CO 81632 |
| CONDON, RICHARD & KNOX, ROSEMARY | MS. ROSEMARY KNOX PO BOX 2084 BASALT CO 81621 |
| DZ TRUCKING INC | 11694 COUNTY RD. 320 RIFLE CO 81650 |
| HINDMAN, ROGER C. | 120 PIONEER COURT CARBONDALE CO 81623 |
| INSULVAIL, LLC | P.O. BOX 2888 VAIL CO 81658 |
| TORRES | MS. CECILIA HERNANDEZ 0015 WILD ROSE COURT GLENWOOD SPRINGS CO 81601 |
| TORRES | MS CECELIA HERNANDEZ MAYA CONSTRUCTION INC 586 HWY 133, #50 CARBONDALE CO 81623 |
| YOUNG, KAY M. | PO BOX 1464 GLENWOOD SPRINGS CO 81601 |

**Total Creditor count  9**

**EXHIBIT E**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE, GRANT | CORRIDOR TRUSTEE AND SWAP TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE, GRANT | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 - IN06AE 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | AS TRUSTEE AND GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS,INC SERIES 2006-QO8 MORTGAGE ASSET - BACKED PASS THROUGH CERTIFICATES C/O RICHARD D. PEDONE, ESQ AND AMANDA D. DARWIN, ESQ. 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | MELISSA WILMAN DEUTSCHE BANK TRUST COMPANY AMERICAS RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-Q08-RF0608 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO9 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | DEUTSCHE TRUST COMPANY AMERICAS ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO9 - RF06O9 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | DEUTSCHE BANK TRUST COMPANY AMERICAS ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 - RF06O8 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY, TRUSTEE, GRANTOR TRUS | SWAP TRUSTEE OF INDY MAC INDX MORTGAGE LOAD TRUST 2006-AR14 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY, TRUSTEE, GRANTOR TRUS | DEUTSCHE BANK NATIONAL TRUST COMPANY. DARWIN, ESQ. ATTN: INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 - IN06AE 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DWS COMMUNICATIONS FUND, INC. | C/O J. CHISTOPHER JACKSON 280 PARK AVENUE NEW YORK NY 10017 |
| MARCH, ILDFONSO LACASTA | CL MANILA 51 1-2 BARCELONA 08034 SPAIN |
| MOSS, STEPHEN | P.O. BOX 400, DEPT. LBHI BRONXVILLE NY 10708-0400 |
| REGAN, DAVID T. | 11609 SHAVEN ROCK PLACE RALEIGH NC 27613 |

Total Creditor count  14

# EXHIBIT F

| Claim Name | Address Information |
|---|---|
| CAPOZZOLI, ANTHONY | 17 EVERGREEN CIR PRINCETON NJ 085404027 |
| FINANCIAL SERVICES COMPENSATION SCHEME LIMITED, TH | FAO: JAMES DARBYSHIRE 7TH FLOOR, LLOYDS CHAMBERS 1 PORTSOKEN STREET LONDON E1 8BN UNITED KINGDOM |
| LAW OFFICE OF HOWARD GOLDMAN LLC | 475 PARK AVENUE SOUTH 28TH FL NEW YORK NY 10016 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINIS | ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINIS | PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINIS | LINKLATERS LLP ATTN: TITIA HOLTZ & KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ROTH, ELLEN | EBERLESTR. 56 AUGSBURG 86157 GERMANY |

Total Creditor count  7

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| ALTMANN, WOLFGANG | WURTTEMBERGER STR. 8 HILPOLTSTEIN 91161 GERMANY |
| CAUSER, ANDRONIKI | 78 W CYPRESS ST. PHOENIX AZ 85003 |
| CONWAY HOSPITAL, INC. | C/O ANDREW J. WHITE JR. HAYNSWORTH SINKLER BOYD, P.A. P.O. BOX 2048 GREENVILLE SC 29602 |
| DOW CORNING CORPORATION | KIRKLAND & ELLIS LLP ATTN: LEONARD KLINGBAUM, CLEMENT LEE PETER TSAO 601 LEXINGTON AVE NEW YORK NY 10022 |
| DOW CORNING CORPORATION | KIRKLAND & ELLIS LLP ATTN: CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| DOW CORNING CORPORATION | ATTN: ANGELA COLE 2200 W SALZBURG RD., MAIL # C01232 AUBURN MI 48611 |
| DOW CORNING CORPORATION | ATTN: ANGELA COLE 2200 W. SALZBURG ROAD MAIL # CO1232 MIDLAND MI 48686-0994 |
| HENRY, CECIL AREND | 12304 SANDSTON COURT LAUREL MD 20708 |
| LAZAR, MURRAY & RODLEY | P.O. BOX 307 SMITHTOWN NY 11787-0307 |
| MEHTA, JYOTSNA H. | 2851 TANGELO COURT PLEASANTON CA 94588 |
| O'BRIEN, JESSICA A. | 440 WEST 24TH STREET APT 5D NEW YORK NY 10011 |
| PLONKA, KLAUS | AUF DER LEIE 4 BAD BERLEBURG 57319 GERMANY |
| SANCHEZ, PEDRO, JR. | 50 LAWRENCE AVE. WATSONVILLE CA 95076 |
| TREPOVICHT, JACQUELINE | 4500 LIPSCOMB ST PALM BAY FL 32905 |

**Total Creditor count  14**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| A-1 HEATING & COOLING, INC. | 2342 AIRPORT ROAD RIFLE CO 81650 |
| ABM INDUSTRIES, INC. | C/O MICHAEL S. KIM KOBRE & KIM LLP 800 THIRD AVENUE NEW YORK NY 10022 |
| ADKINS MATCHETT & TOY LTD | 23-25 SPRING STREET SUITE 204B OSSINING NY 10562 |
| ALTITUDE LANDSCAPE | P.O. BOX 1882 EDWARDS CO 81632 |
| ALUMINUM CORPORATION OF CHINA OVERSEAS HOLDINGS LI | 20TH FLOOR, 62 NORT XIZHIMEN STREET, HAIDIAN DISTRICT BEIJING 100082 CHINA |
| ALUMINUM CORPORATION OF CHINA OVERSEAS HOLDINGS LI | PORZIO, BROMBERG & NEWMAN, P.C. ATTN: CHRISTOPHER F. VAN ELK 156 WEST 56TH STREET NEW YORK NY 10019 |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC. | BECKET AND LEE LLP ATTORNEYS/AGENT FOR CREDITOR POB 3001 MALVERN PA 19355-0701 |
| AMERICAN FRIENDS OF LONDON | BUSINESS SCHOOL REGENT'S PARK LONDON NW1 4SA UNITED KINGDOM |
| ARAG KRANKENVERSICHERUNGS-AG | ATTN: MR. GREGOR JOHN HOLLERITHSTRABE 11 MUNICH D-81829 GERMANY |
| AVATAR NEW YORK, LLC | 40 WORTH ST., # 1219 NEW YORK NY 10013 |
| BANK HANDLOWY W WARSZAWIE SA | ATTN: SLAWOMIR SIKORA WARSZAWIE 16 WARSZAWA 00-923 POLAND |
| BANK HANDLOWY W WARSZAWIE SA | DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| BANK HANDLOWY W WARSZAWIE SA | SALANS LLP AATN: LEE P. WHIDDEN AND PAUL C. GUNTHER 620 FIFTH AVENUE NEW YORK NY 10020 |
| BARUCH COLLEGE | 17 LEXINGTON AVE. BOX 293 NEW YORK NY 27707 |
| BAYRISCHE BEARMTEN LEBENSVERSICHERUNG A.G. | ATTN: STEFAN FORSTER, LEGAL DEPARTMENT THOMAS-DEHLER-STRASSE 25 MUNICH 81737 GERMANY |
| BERLINER WOHN-UND GESCHAFTSHAUS GMBH BEWOGE | DIRCKSENSTRASSE 38 10178 BERLIN GERMANY |
| BOBMAR ENT. CORP. | 2 EXECUTIVE DR. #715 FORT LEE NJ 07024 |
| BORIS, LADD A. | 125 W. 96TH STREET # 3A NEW YORK NY 10025 |
| BORKEN, KREIS | BURLOER STR. 93 BORKEN 46322 GERMANY |
| CALIFORNIA PUBLIC SECURITIES ASSOCIATION | PO BOX 2531 C/O MICHELLE HANNIGAN SAN FRANCISCO CA 94126 |
| CF CLAIMS LLC | TRANSFEROR: MOSKOWITZ & AUSTIN LLC ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK NY 10105 |
| CHESAPEAKE ENTERPRISES, INC. | ATTN:  MR. SCOTT W REED 1215 19TH STREET NW-3RD FLOOR WASHINGTON DC 20036 |
| CHICAGO LAND REFRESHMENTS | 10100 W. FRANKLIN AVENUE FRANKLIN PARK IL 60131 |
| CIMARRON CORPORATION | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK NY 10019 |
| COMVERSE TECHNOLOGY, INC. | 810 SEVENTH AVENUE NEW YORK NY 10019 |
| COMVERSE TECHNOLOGY, INC. | MICHAEL S. KIM, ESQ. KOBRE & KIM LLP 800 THIRD AVENUE NEW YORK NY 10022 |
| CONTINENTAL CAPITAL MARKETS SA | AVENUE REVERDIL 8 NYON 1260 SWITZERLAND |
| DEACONS | 5/F ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL HONG KONG NA CHINA |
| DEGEWO AKTIENGESELLSCHAFT | POTSDAMER STR. 60 BERLIN 10785 GERMANY |
| DEMIZIO,LINDA | 727 NORTH BURGHER AVE STATEN ISLAND NY 10310 |
| DFS DEUTSCHE FLUGSICHERUNG GMBH | C/O DR. THOMAS MULLER AM DFS CAMPUS 10 LANGEN D-63225 GERMANY |
| DUISBURGER VEISORGUSELLCH UND VERKEHRSAGESELLSCHEF | C/O SIMMONS & SIMMONS ATTN: REGINA RATH MESSETURM FRANKFURT 60308 GERMANY |
| DZ TRUCKING INC | 11694 COUNTY RD. 320 RIFLE CO 81650 |
| ECD INSIGHT LTD | 8-9  NEW STREET LONDON EC2M 4TP UNITED KINGDOM |
| EMPIRE STATE CARPENTERS PENSION PLAN | C/O MANNING-NAPIER ADVISORS INC ATTN: KIM BAXTER 290 WOODCLIFF DR FAIRPORT NY 14450 |
| FINDLAY RSI | 1210 DISTRIBUTION WAY VISTA CA 920818816 |
| FRECHEN, STADT | JOHANN-SCHMITZ-PLATZ 1-3 FRECHEN D-50226 GERMANY |
| GALAXY 1 COMMUNICATIONS | 4611 S. UNIVERSITY DRIVE #454 FORT LAUDERDALE FL 33328 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| GALEN TECHNOLOGY SOLUTIONS INC | ATTN ROBERT GRANGER 55 BROADWAY #801 NEW YORK NY 100063008 |
| GENGLER, THOMAS, JR. | 18 WADSWORTH ROAD GLEN ROCK NJ 07452 |
| GLOBAL RESEARCH DISTRIBUTION | 19 WEST 21ST STREET – SUITE 402 NEW YORK NY 10010 |
| GREENTREE GAZETTE, INC., THE | 609 DATURA ST WEST PALM BCH FL 33401-5309 |
| GRYPHON INVESTIGATIONS, LTD | ONE NORTH BROADWAY, SUITE 602 WHITE PLAINS NY 10601 |
| GUZMAN, JUAN | 9384 WILTSHIRE DR HGHLNDS RANCH CO 80130-3736 |
| HO ZIMMAN INC | 152 THE LYNNWAY LYNN MA 01902 |
| HOSPITAL FOR SPECIAL SURGERY | CONSTANCE B. MARGOLIN, ESQ., SENIOR VICE PRESIDENT 535 EAST 70TH STREET NEW YORK NY 10021 |
| HUMAN CAPITAL SOURCE, INC. | 8321 PINOTAGE COURT SAN JOSE CA 95135 |
| HUNTER, E. MICHAEL | 15 CRESTWOOD LANE SUMMIT NJ 07901 |
| INFOSPACE, INC., A DELAWARE CORPORATION | EPSTEIN BECKER & GREEN, P.C. ATTN: WENDY G. MARCARI ESQ. 250 PARK AVENUE NEW YORK NY 10177 |
| INFOSPACE, INC., A DELAWARE CORPORATION | DAVID TATGE EPSTEIN BECKER GREEN 1227 25TH STREET, NW WASHINGTON DC 20037 |
| INFOSPACE, INC., A DELAWARE CORPORATION | DOUG BALOG, GENERAL COUNSEL INTERSIL CORPORATION 1650 ROBERT J. CONLAN BOULEVARD, NE, MS 62B198 PALM BAY FL 32905 |
| INSTITUTE FOR FINANCIAL MARKETS | 2001 PENNSYLVANIA AVE., NW, SUITE 600 WASHINGTON DC 20006 |
| INSULVAIL, LLC | P.O. BOX 2888 VAIL CO 81658 |
| INTERLINE BRANDS, INC. DBA WILMAR | BANKRUPTCY 801 WEST BAY STREET JACKSONVILLE FL 32204 |
| INTERNATIONAL PAPER COMPANY | INTERNATIONAL PAPER COMPANY INTERNATIONAL PAPER PLAZA STAMFORD CT 06921 |
| INTERSIL EUROPE SARL, A SWISS CORPORATION | DAVID TATGE EPSTEIN BECKER GREEN 1227 25TH STREET, NW WASHINGTON DC 20037 |
| INTERSIL EUROPE SARL, A SWISS CORPORATION | DOUG BALOG, GENERAL COUNSEL INTERSIL CORPORATION 1650 ROBERT J. CONLAN BOULEVARD, NE, MS 62B198 PALM BAY FL 32905 |
| INTERSIL HOLDING GMBH, A SWISS CORPORATION | DAVID TATGE EPSTEIN BECKER GREEN 1227 25TH STREET, NW WASHINGTON DC 20037 |
| INTERSIL HOLDING GMBH, A SWISS CORPORATION | DOUG BALOG, GENERAL COUNSEL INTERSIL CORPORATION 1650 ROBERT J. CONLAN BOULEVARD, NE, MS 62B198 PALM BAY FL 32905 |
| INTERSIL INVESTMENT COMPANY, A DELAWARE CORPORATIO | 103 FOULK ROAD, SUITE 202 WILMINGTON DE 19803 |
| INTERSIL INVESTMENT COMPANY, A DELAWARE CORPORATIO | DAVID TATGE EPSTEIN BECKER GREEN 1227 25TH STREET, NW WASHINGTON DC 20037 |
| INTERSIL INVESTMENT COMPANY, A DELAWARE CORPORATIO | DOUG BALOG, GENERAL COUNSEL INTERSIL CORPORATION 1650 ROBERT J. CONLAN BOULEVARD, NE, MS 62B198 PALM BAY FL 32905 |
| KBC BANK NV | ATTN: DIANE GRIMMIG, GENERAL COUNSEL 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KLEINKNECHT ELECTRIC COMPANY, INC. | MR. SEAN OWEN 252 W. 37TH ST, 9TH FLOOR NEW YORK NY 10018 |
| KNIGHT ELECTRICAL SERVICES CORP. | 599 11TH AVE FL 7 NEW YORK NY 10036-2110 |
| KOREA MONEY BROKERAGE CORPORATION | YOUNG POONG BLDG 33 13TH FLOOR SEORIN DONG CHONGRO KU SEOUL KOREA, REPUBLIC OF |
| LANDESHAUPTSTADT DUSSELDORF | STADTENTWASSERUNGSBETRIEB AUF'M HENNEKAMP 47 40225 DUSSELDORF GERMANY |
| LE MEURICE | 228 RUE DE RIVOLI CEDEX 01 PARIS 75001 FRANCE |
| LEAPFROG ENTERPRISES, INC. | C/O ROBERT L. EISENBACH III COOLEY GODWARD KRONISH LLP 101 CALIFORNIA STREET, 5TH FLOOR SAN FRANCISCO CA 94111-5800 |
| LIGHTEN, WILLIAM E. | 48 WELLINGTON AVE. NEW ROCHELLE NY 10804 |
| LONDON FINANCIAL STUDIES | 34 CURLEW STREET BUTLERS WHARF LONDON SE1 2ND UNITED KINGDOM |
| LOVELLS LLP | ATTN: MATTHEW MORRIS, ESQ. 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| MANPOWER SERVICES (HONG KONG) LIMITED | SUITES 501-502A, 5/F., ASIAN HOUSE, 1 HENNESSY ROAD WANACHAI HONG KONG |
| MAPLES FINANCE LIMITED | CHRISTOPHER WATLER PO BOX 1093, QUEENSGATE HOUSE GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| MARSH USA INC. | ATTN: CRAIG PADOVER 121 RIVER STREET, 11TH FLOOR HOBOKEN NJ 07030 |
| MICHAEL PAGE INTERNATIONAL DO BRASIL | RUA FUNCHAL ANDAR 375-7 ANDAR 04551-060 SAO PAULO BRASIL BRAZIL |

| Claim Name | Address Information |
| --- | --- |
| NEW YORK PUBLIC LIBRARY | GENERAL COUNSEL'S OFFICE - ROOM 76 5TH AVENUE & 42ND STREET NEW YORK NY 10018 |
| NEW YORK PUBLIC LIBRARY | 476 FIFTH AVENUE, ROOM 76 NEW YORK NY 10018-2788 |
| NIELSEN COMPANY, THE (US), LLC | F/K/A AC NIELSEN (US), INC. DIANA STURGEON, SR. MGR. BILLING 150 N MARTINGALE SCHAUMBURG IL 60173 |
| PARAMOUNT PRO PRINTING CORPORATION | 30 JOURNAL SQUARE (P.O. BOX 6639) JERSEY CITY NJ 07306 |
| RAMADAN, ZAKY S. | 10460 QUEENS BLVD APT 11B FOREST HILLS NY 11375-7324 |
| REALOGIC ANALYTICS, INC. | ATTN SALVATORE CALDARONE, CEO 230 W MONROE ST. SUITE 1000 CHICAGO IL 60606 |
| ROBERTO BAZZONI ONLUS (UK) | PIONEER GLOBAL INCESTMENTS LIMITED 123 BUCKINGHAM PALACE ROAD VICTORIA LONDON SW1W 9SL UNITED KINGDOM |
| SEVEN BRIDGES GOLF CLUB | C/O DAVID NOVICK, ESQ. WILLIAM HARRIS INVESTORS, INC. 191 N. WACKER DR., SUITE 1500 CHICAGO IL 60606 |
| SHAPIRO, MADELINE L. | 4-07 MORLOT AVE FAIR LAWN NJ 07410 |
| SIERRA LIQUIDITY FUND, LLC | TRANSFEROR: US INFORMATION SYSTEMS INC. 2699 WHITE RD., SUITE # 255 IRVINE CA 92614 |
| SMITHSONIAN INSTITUTION | OFFICE OF GENERAL COUNSEL ATTN: DANIEL J. PAISLEY P.O. BOX 23286 WASHINGTON DC 20026-3286 |
| SMITHSONIAN INSTITUTION | 1000 JEFFERSON DR., S.W. WASHINGTON DC 20560 |
| SOUTHWESTERN REFINING COMPANY INC | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK NY 10019 |
| SPONSORS FOR EDUCATIONAL OPPORTUNITY | ATTN: GREG SMITH 55 EXCHANGE PLACE, SUITE 600 NEW YORK NY 10005-3303 |
| SPONSORS FOR EDUCATIONAL OPPORTUNITY | DEWEY & LEBOEUF LLP ATTN: JUDY G.Z. LIU SAMUEL S. KOHN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| STADT ESCHBORN | CLIFFORD CHANCE RE: STADT ESCHBORN ATTN: DR. FRANK SCHOLDERER MAINZER LANDSTRASSE 46 FRANKFURT AM MAIN 60325 GERMANY |
| STADT ESCHBORN | RATHAUSPLATZ 36 ESCHBORN 65760 GERMANY |
| STADT SCHWAEBISCH HALL | ATTN: MR. UWE GOETZELMANN AM MARKT 4 SCHWAEBISCH HALL DE-74523 GERMANY |
| STATE STREET BANK AND TRUST COMPANY | ATTN: DEENA C. ETHRIDGE 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STUART C. IRBY CO. D/B/A IRBY ELECTRICAL | DIST. OF THE CITY OF JACKSON/STATE OF MS DAVID B. POGRUND - STONE POGRUND & KOREY 1 EAST WACKER DRIVE, SUITE 2610 CHICAGO IL 60601 |
| TAKE CARE EMPLOYER SOLUTIONS, LLC | F/K/A CHD MERIDIAN HEALTHCARE 161 WASHINGTON ST STE 1400 CONSHOHOCKEN PA 19428-2055 |
| TEKSYSTEMS, INC. | 7437 RACE RD. ATTN: RICH RODGERS HANOVER MD 21076 |
| TORRES | MS. CECILIA HERNANDEZ 0015 WILD ROSE COURT GLENWOOD SPRINGS CO 81601 |
| TORRES | MS CECELIA HERNANDEZ MAYA CONSTRUCTION INC 586 HWY 133, #50 CARBONDALE CO 81623 |
| TRANSWORLD DRILLING COMPANY | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK NY 10019 |
| TRIANGLE REFINERIES INC | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK NY 10019 |
| TRIPLE S MINERALS RESOURCES CORP | (F/K/A KERR-MCGEE MINERALS RESOURCES CORP OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK NY 10019 |
| TRIPLE S MINERALS RESOURCES CORPORATION (F/K/A KER | RESOURCE CORP.) OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX, INC. ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY NEW YORK NY 10019 |
| TRIPLE S REFINING CORP F/K/A KERR-MCGEE REFINING C | OFFICIAL COMMITTE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK NY 10019 |
| TRIPLE S, INC. | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| TRIPLE S, INC. | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. ET AL. C/O KASOWITZ, BENSION, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK NY 10019 |
| TRONOX FINANCE CORP. | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK NY 10019 |
| TRONOX FINANCE CORP. | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. ET AL C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK NY 10019 |
| TRONOX HOLDINGS INC. (F/K/A KERR-MCGEE HOLDINGS IN | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK NY 10019 |
| TRONOX HOLDINGS INC. FKA KERR-MEGEE HOLDINGS INC. | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK NY 10019 |
| TRONOX INCORPORATED | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK NY 10019 |
| TRONOX INCORPORATED | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK NY 10019 |
| TRONOX INCORPORATED ET AL. | ATTN: MICHAEL J. FOSTER, VICE PRESIDENT 3301 NW 150TH ST OKLAHOMA CITY OK 73134-2009 |
| TRONOX LLC (F/K/A KERR-MCGEE CHEMICAL LLC) | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK NY 10019 |
| TRONOX LLC (F/K/A KERR-MCGEE CHEMICAL LLC) | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. ET AL. C/O KASOWITZ, BENSON, TORRES 7 FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK NY 10019 |
| TRONOX PIGMENTS (SAVANNAH) (F/K/A KERR-MCGEE PIGME | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK NY 10019 |
| TRONOX PIGMENTS (SAVANNAH) FKA KERR-MCGEE PIGMENTS | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK NY 10019 |
| TRONOX WORLDWIDE LLC (F/K/A KERR-MCGEE CHEMICAL WO | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK NY 10019 |
| TRONOX WORLDWIDE LLC F/K/A KERR-MCGEE CHEMICAL WOR | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK NY 10019 |
| UNITED TELEPHONE CO. OF THE WEST | (NEBRASKA) PO BOX 7971 SHAWNEE MISSION KS 66207-0971 |
| UNIVERSITY OF CHICAGO, THE | RONALD J. SCHILLER ALUMNI RELATIONS & DEVELOPMENT 5801 SOUTH ELLIS AVENUE, 4TH FLOOR CHICAGO IL 60637 |
| WHEATLAND ENTERPRISES, INC. DBA | OVERLAND LIMOUSINE SERVICE P.O. BOX 8263 SHAWNEE MISSION KS 66208 |
| XICOR, LLC, A DELAWARE LIMITED LIABILITY COMPANY | DAVID TATGE EPSTEIN BECKER GREEN 1227 25TH STREET, NW WASHINGTON DC 20037 |
| XICOR, LLC, A DELAWARE LIMITED LIABILITY COMPANY | DOUG BALOG, GENERAL COUNSEL INTERSIL CORPORATION 150 ROBERT J. CONLAN BOULEVARD, NE, MS 62B198 PALM BAY FL 32905 |
| XICOR, LLC, A DELAWARE LIMITED LIABILITY COMPANY | 1001 MURPHY RANCH ROAD MILIPITAS CA 95035 |

Total Creditor count  126

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| APPALOOSA INVESTMENT L.P.1 | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| APPALOOSA INVESTMENT L.P.1 | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| BANC OF AMERICA SECURITIES LIMITED | ATTN: SIMON ORR 5 CANADA SQUARE LONDON 514 5AQ UNITED KINGDOM |
| BANC OF AMERICA SECURITIES LIMITED | CADWALADER, WICKERSHAM & TAFT LLP ATTN: JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| BANK OF CHINA, NEW YORK BRANCH | ATTN: CHEEDI CHEN AND XIAOYING HU PAYMENT REFERENCE: LBHI LOAN CLAIM 410 MADISON AVENUE NEW YORK NY 10017 |
| BANK OF CHINA, NEW YORK BRANCH | ALLEN OVERY LLP ATTN: JONATHAN CHO AND LISA KRAIDIN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| CHICAGO HISTORICAL SOCIETY | GARY JOHNSON CHICAGO HISTORY MUSEUM 1601 N. CLARK CHICAGO IL 60614 |
| COMPUTERSHARE HONG KONG INVESTOR SERVICES LIMITED | ATTN: NG YIP CHING JING 46/F HOPEWELL CENTRE 183 QUEEN'S ROAD EAST WANCHAI HONG KONG |
| DECISION ECONOMICS, INC. | ONE BOSTON PLACE, SUITE 1650 ATTN:  EDWARD MUSMON BOSTON MA 02108 |
| HANG SENG INDEXES COMPANY LIMITED | (FORMERLY KNOWN AS HSI SERVICES LMITED) AND HANG SENG DATA SERVICES LIMITED 83 DES VOEUX ROAD CENTRAL HONG KONG |
| HEWLETT-PACKARD COMPANY | ATTN: KEN HIGMAN 12610 PARK PLAZA DR #100 CERRITOS CA 90703-9361 |
| MERRILL LYNCH CAPITAL SERVICES INC | ATTN: FREDERICK MORRIS ONE BRYANT PARK, 3RD FLOOR NEW YORK NY 10036 |
| MERRILL LYNCH CAPITAL SERVICES INC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MERRILL LYNCH CAPITAL SERVICES, INC. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN : CLAIRE MONGELARD 1133 AVENUE OF AMERICAS, 42ND FLOOR NEW YORK NY 10036 |
| MERRILL LYNCH CAPITAL SERVICES, INC. | MICHAEL WILSON HUNTON & WILLIAMS LLP RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD STREET RICHMOND VA 23219 |
| PALOMINO FUND LIMITED | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O APPALOOSA INVESTMENT L.P.1 ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| PALOMINO FUND LIMITED | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. INC. ATTN: DANIEL KAMENSKY 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020 |
| SILLS CUMMIS & GROSS P.C. | ATTN: SIMON KIMMELMAN, ESQ. 650 COLLEGE ROAD EAST PRINCETON NJ 08540 |
| SILLS CUMMIS & GROSS P.C. | LEHMAN BROTHERS, INC. ATTN : MR. WILLIAM OLSHAN ESQ. SENIOR VICE PRESIDENT 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| STONE LION PORTFOLIO LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O STONE LION CAPITAL PARTNERS LP 461 5TH AVE, 14TH FL NEW YORK NY 10017 |
| THOROUGHBRED FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O APPALOOSA INVESTMENT L.P.1 ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| THOROUGHBRED FUND L.P. | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THOROUGHBRED MASTER LIMITED | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O APPALOOSA INVESTMENT L.P.1 ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| THOROUGHBRED MASTER LIMITED | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |

**Total Creditor count  25**

**EXHIBIT J**

**LBH NOW_OMNI207_ 7-9-12**

GREEN, LOUISE
44 EAST AVENUE
MIDDLETOWN, NY  10940