# EXHIBIT B

**Fee Summary of Professionals Providing Services**

**SUMMARY OF RATES, HOURS, AND FEES FOR SERVICES RENDERED DURING FINAL FEE APPLICATION PERIOD**

| Name of Professional | Title and Office | Year Admitted | Billing Rate(s) | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Christopher F. Graham | Partner, New York | 1983 | $785.00<br>$760.00<br>$725.00<br>$700.00 | 65.00<br>261.10<br>101.00<br>35.30 | $51,025.00<br>$198,436.00<br>$73,225.00<br>$24,710.00 |
| Mark S. Kaufman | Partner, Atlanta | 1973 | $675.00<br>$650.00<br>$600.00<br>$570.00 | 30.80<br>581.20<br>1476.50<br>286.80 | $20,790.00<br>$377,780.00<br>$885,900.00<br>$163,476.00 |
| John G. Aldridge | Partner, Atlanta | 1968 | $625.00 | 0.50 | $312.50 |
| William L. Floyd | Senior Counsel, Atlanta | 1965 | $595.00 | 0.30 | $178.50 |
| Patrick M. McGeehan | Partner, Atlanta | 1983 | $550.00<br>$525.00 | 2.80<br>134.30 | $1,540.00<br>$70,507.50 |
| Charles D. Weiss | Partner, Atlanta | 1989 | $550.00<br>$525.00<br>$475.00<br>$450.00 | 7.70<br>78.50<br>271.80<br>105.50 | $4,235.00<br>$41,212.50<br>$129,105.00<br>$47,475.00 |
| Gary W. Marsh | Partner, Atlanta | 1985 | $525.00<br>$500.00<br>$475.00<br>$450.00 | 3.00<br>17.20<br>119.30<br>54.00 | $1,575.00<br>$8,600.00<br>$56,667.50<br>$24,300.00 |
| Donald M. Etheridge | Partner, Atlanta | 1996 | $520.00<br>$495.00 | 3.00<br>2.90 | $1,560.00<br>$1,435.50 |
| Paul C. Hurdle, III | Partner, Washington | 1977 | $500.00<br>$475.00<br>$470.00 | 47.50<br>16.30<br>7.00 | $23,750.00<br>$7,742.50<br>$3,290.00 |
| Alan F. Kaufman | Partner, New York | 2000 | $475.00<br>$450.00<br>$400.00 | 206.20<br>311.40<br>105.20 | $97,945.00<br>$138,365.00<br>$42,080.00 |
| James D. Levine | Partner, Atlanta | 1982 | $460.00 | 4.20 | $1,932.00 |
| Henry F. Sewell | Partner, Atlanta | 1986 | $460.00<br>$440.00 | 28.50<br>13.80 | $13,110.00<br>$6,072.00 |
| Jason M. Silverman | Associate, Washington | 2001 | $460.00 | 0.90 | $414.00 |
| Matthew James | Associate, Atlanta | 2004 | $305.00<br>$230.00 | 6.30<br>10.90 | $1,921.50<br>$2,507.00 |

| Name of Professional | Title and Office | Year Admitted | Billing Rate(s) | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Brian Olasov | Managing Director, Atlanta | N/A | $450.00 | 19.20 | $8,640.00 |
| Laurence R. Phillips | Partner, San Diego | 1997 | $450.00<br>$430.00 | 2.70<br>2.90 | $1,215.00<br>$1,247.00 |
| Gerald Walling | Counsel, Atlanta | 1972 | $445.00<br>$430.00<br>$410.00<br>$395.00 | 30.30<br>282.20<br>745.50<br>77.70 | $13,483.50<br>$120,234.00<br>$305,860.00<br>$30,691.50 |
| B. Summer Chandler | Partner, Atlanta | 2001 | $435.00<br>$400.00<br>$355.00<br>$340.00 | 3.50<br>89.90<br>1006.70<br>182.90 | $1,522.50<br>$35,721.50<br>$357,378.50<br>$62,186.00 |
| Katherine M. Lewis | Partner, Atlanta | 2000 | $430.00<br>$400.00<br>$380.00 | 9.40<br>78.70<br>37.00 | $4,042.00<br>$31,480.00<br>$14,060.00 |
| David A. Geiger | Partner, Atlanta | 1998 | $425.00<br>$395.00<br>$375.00 | 50.80<br>649.20<br>136.40 | $21,590.00<br>$256,434.00<br>$51,150.00 |
| Thomas D. Hall | Senior Counsel, Atlanta | 1983 | $425.00 | 3.60 | $1,530.00 |
| Jill C. Kuhn | Associate, Atlanta | 1999 | $425.00<br>$400.00 | 54.50<br>293.70 | $23,162.50<br>$117,480.00 |
| J. David Larsen | Partner, Los Angeles | 1997 | $425.00 | 6.40 | $2,720.00 |
| Jane Moffat | Associate, Washington | 2007 | $425.00 | 4.10 | $1,742.50 |
| James W. Culbreth | Counsel, Atlanta | 1974 | $420.00<br>$405.00 | 21.30<br>2.60 | $8,946.00<br>$1,053.00 |
| Jessica H. Mayes | Associate, New York | 2009 | $415.00<br>$350.00 | 10.40<br>36.50 | $4,316.00<br>$12,775.00 |
| Rebecca Tingey | Associate, New York | 2007 | $410.00<br>$390.00 | 78.60<br>128.50 | $32,226.00<br>$50,115.00 |
| Alison M. Elko | Associate, Atlanta | 2003 | $375.00<br>$335.00<br>$305.00<br>$255.00 | 249.60<br>419.20<br>509.80<br>79.00 | $93,912.50<br>$140,432.00<br>$155,489.00<br>$20,145.00 |
| Jess A. Pinkerton | Partner, Atlanta | 1997 | $400.00 | 0.30 | $120.00 |
| Timothy J. Plunkett | Associate, New York | 2007 | $390.00<br>$365.00 | 205.80<br>17.60 | $80,262.00<br>$6,424.00 |

| Name of Professional | Title and Office | Year Admitted | Billing Rate(s) | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Samantha Rein | Associate, Atlanta | 2000 | $365.00 | 3.30 | $1,204.50 |
| Megan B. Hoffman | Associate, Washington | 2007 | $350.00 | 197.40 | $69,090.00 |
| Douglas Flaum | Associate, Atlanta | 2006 | $335.00<br>$305.00<br>$255.00 | 57.90<br>476.50<br>61.60 | $19,366.50<br>$145,332.50<br>$15,708.00 |
| David Gordon | Associate, Atlanta | 2006 | $320.00<br>$285.00<br>$255.00 | 104.00<br>1116.70<br>222.70 | $33,280.00<br>$318,259.50<br>$56,788.50 |
| Amanda Leech | Associate, Atlanta | 2006 | $320.00 | 0.30 | $96.00 |
| Peter Yoxall | Associate, Atlanta | 2007 | $320.00<br>$235.00 | 5.00<br>10.20 | $1,600.00<br>$2,397.00 |
| Ian Byrnside | Associate, Atlanta | 2008 | $315.00<br>$285.00 | 51.60<br>92.10 | $16,254.00<br>$26,248.50 |
| Leah D. Jackson | Associate, Atlanta | 2005 | $305.00 | 38.00 | $11,590.00 |
| James H. Ludlam | Associate, Atlanta | 2002 | $305.00 | 55.60 | $16,931.00 |
| Scott Manning | Associate, Atlanta | 2007 | $305.00 | 0.20 | $61.00 |
| S. Elizabeth Hall | Associate, Atlanta | 2005 | $290.00 | 0.10 | $29.00 |
| Britney J. Willhite | Associate, Los Angeles | 2007 | $290.00 | 0.80 | $232.00 |
| Sharice V. Owens | Associate, Atlanta | 2006 | $285.00 | 50.60 | $14,421.00 |
| Amanda Redick | Associate, Atlanta | 2006 | $285.00 | 155.20 | $44,232.00 |
| Suneel C. Gupta | Associate, Atlanta | 2006 | $195.00 | 0.90 | $175.50 |
| Adam Linkner | Summer Associate, Atlanta | N/A | $225.00 | 39.20 | $8,820.00 |
| Theron Mclarty | Summer Associate, Atlanta | N/A | $225.00 | 7.60 | $1,710.00 |
| | | Professionals: | Blended Rate: $425.93 | Total Hours: 12670.70 | Total Fees: $5,396,787.50 |

3

| Name of Professional | Title and Office | Year Admitted | Billing Rate(s) | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Carol S. Wagner | Paralegal, Washington | N/A | $255.00 | 7.20 | $1,836.00 |
| Karen Johnson | Paralegal, Washington | N/A | $255.00 | 12.50 | $3,187.50 |
| Wendy Armstrong | Paralegal, DC | N/A | $250.00 | 15.10 | $3,775.00 |
| Hillard T. Moore | Litigation Support Manager, Washington | N/A | $250.00<br>$225.00 | 3.90<br>26.50 | $645.00<br>$5,962.50 |
| Angela King | Paralegal, Washington | N/A | $245.00 | 12.70 | $3,111.50 |
| Valerie T. Lam | Paralegal, Washington | N/A | $240.00 | 6.10 | $1,464.00 |
| Ann Pearson | Paralegal, Atlanta | N/A | $240.00<br>$225.00 | 50.40<br>1.10 | $12,096.00<br>$247.50 |
| Fran L. Russell | Paralegal, Atlanta | N/A | $240.00<br>$225.00 | 105.30<br>499.10 | $25,272.00<br>$112,297.50 |
| LaTandra D. Williams | Litigation Support Analyst, Atlanta | N/A | $240.00<br>$170.00<br>$160.00<br>$155.00 | 6.00<br>18.20<br>23.70<br>43.00 | $1,440.00<br>$3,094.00<br>$3,792.00<br>$6,764.00 |
| Robert M. Gee | Paralegal, New York | N/A | $235.00<br>$225.00<br>$210.00<br>$200.00 | 45.50<br>194.50<br>10.70<br>4.30 | $10,692.50<br>$43,762.50<br>$2,247.00<br>$860.00 |
| Bruce S. Markowitz | Director of Litigation Support, Washington | N/A | $235.00 | 1.20 | $282.00 |
| Jan E. Reed | Paralegal, Atlanta | N/A | $225.00<br>$215.00 | 102.60<br>232.20 | $23,085.00<br>$49,923.00 |
| Michelle S. Grycner | Paralegal, San Diego | N/A | $215.00 | 143.40 | $30,831.00 |
| Kimberly M. Bookout | Paralegal, Atlanta | N/A | $215.00 | 2.90 | $623.50 |
| Janet L. Tobin | Paralegal, Atlanta | N/A | $210.00<br>$200.00 | 36.20<br>104.40 | $7,602.00<br>$20,880.00 |
| Sue Plunkett | Paralegal, Atlanta | N/A | $210.00<br>$195.00<br>$185.00 | 15.20<br>44.70<br>3.00 | $3,192.00<br>$9,094.50<br>$555.00 |

4

| Name of Professional | Title and Office | Year Admitted | Billing Rate(s) | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Inghe Francois | Paralegal, Atlanta | N/A | $205.00<br>$190.00 | 10.50<br>2.70 | $2,152.50<br>$513.00 |
| Joyce Miller | Paralegal, Atlanta | N/A | $195.00 | 1.10 | $214.50 |
| Christine Everheart | Litigation Support Specialist, San Diego | N/A | $190.00<br>$180.00 | 3.30<br>3.40 | $627.00<br>$612.00 |
| Lashaunda M. Stafford | Paralegal, Atlanta | N/A | $185.00<br>$170.00 | 40.80<br>13.70 | $7,548.00<br>$2,329.00 |
| Cindy Adams | Research Librarian, Atlanta | N/A | $180.00 | 0.70 | $126.00 |
| Lou Ellen Runyan | Research Librarian, Atlanta | N/A | $180.00 | 2.00 | $360.00 |
| Elisa R. Woods | Research Librarian, Atlanta | N/A | $175.00 | 1.30 | $227.50 |
| Shay K. Burdette | Paralegal, Atlanta | N/A | $175.00 | 47.60 | $8,330.00 |
| Nan E. Morgan | Paralegal, Atlanta | N/A | $170.00 | 13.70 | $2,329.00 |
| Ken Berton | Paralegal, DC | N/A | $165.00 | 1.60 | $264.00 |
| Erik W. Bolte | Litigation Support Analyst, Washington | N/A | $165.00<br>$160.00<br>$155.00 | 6.30<br>1.20<br>1.40 | $1,039.50<br>$192.00<br>$222.00 |
| Sansanee Sermprungsuk | Research Librarian, Atlanta | N/A | $145.00<br>$140.00 | 3.20<br>0.80 | $464.00<br>$112.00 |
| Douglas T. Malerba | Research Librarian, Washington | N/A | $130.00 | 2.00 | $260.00 |
| Laura B. Neubauer | Paralegal, Atlanta | N/A | $125.00 | 46.90 | $5,862.50 |
| Sarah E. Cundiff (Sarah E. Forshee) | Paralegal, Atlanta | N/A | $85.00 | 1.10 | $93.50 |
| | **Paraprofessionals:** | | | **Total Hours: 1976.90** | **Total Fees: $422,492.50** |

5

| Name of Professional | Title and Office | Year Admitted | Billing Rate(s) | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| | **Total for Professionals and Paraprofessionals:** | | | **Total Hours: 14647.60** | **Total Fees: $5,819,280.00** |