# EXHIBIT C

## Summary of Hours and Fees for Final Fee Application Period

| **Legend** | **Client** | **Matter** | **Description** | **Hours** | **Fees** |
|---|---|---|---|---|---|
| 1 | 30837 | 0001 | Kontrabecki in NY Bankruptcy Action | 5959.6 | $2,466,739.00 |
| 2 | 30837 | 0002 | Bankruptcy Employment Matters | 1628.4 | $556,498.00 |
| 3 | 30837 | 0003 | AZ 72 LLC | 3079.9 | $1,208,423.00 |
| 4 | 30837 | 0004 | VCC Project | 140.4 | $54,671.00 |
| 5 | 30837 | 0005 | Walker Square/Riverbend Loan Restructuring | 822.6 | $342,024.50 |
| 6 | 04406 | 0113 | Plaza at Turtle Creek Loans | 210.3 | $84,714.00 |
| 7 | 04406 | 0189 | Petroleum Realty | 21.1 | $8,596.50 |
| 8 | 04406 | 0191 | Alliance PJ | 143.2 | $57,766.50 |
| 9 | 04406 | 0200 | Montecito Crossings | 2.3 | $810.50 |
| 10 | 04406 | 0204 | North Beach Plantation | 6.9 | $3,070.00 |
| 11 | 04406 | 0205 | EB Developers, Inc. | 533.3 | $185,270.50 |
| 12 | 04406 | 0222 | Middle Mountain 156 LLC | 1715.8 | $687,844.50 |
| 13 | 04406 | 0223 | Laurel Cove Loan Administration | 17.7 | $7,139.00 |
| 14 | 04406 | 0227 | San Diego Project | 7.9 | $4,628.00 |
| 15 | 04406 | 0228 | Long Beach Project | 6.3 | $3,812.50 |
| 16 | 04406 | 0229 | Oakland Project | 15.2 | $9,677.00 |
| 17 | 04406 | 0232 | 222 Broadway | 1.0 | $520.00 |

| Legend | Client | Matter | Description | Hours | Fees |
|---|---|---|---|---|---|
| 18 | 04406 | 0238 | Telluride Foreclosure | 332.0 | $112,213.50 |
| 19 | 03165 | 0073 | Karim Alibhai | 9.4 | $3,394.00 |
| | | | TOTALS | 14653.3 | $5,797,812.00 |

2