# EXHIBIT D

## Summary of Expenses for Final Fee Application Period

| Expense Category | Total |
|---|---:|
| Computerized Legal Research (Lexis and Westlaw) | $60,380.89 |
| Courier and Express Mail | $12,650.40 |
| Filing/Court/Witness Fees | $155,623.59 |
| Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $150,686.08 |
| Long Distance Telephone | $7,934.76 |
| Photocopy and Reproduction Charges (In-House) ($0.10 per copy) | $16,415.40 |
| Postage | $102.23 |
| Travel (Airline and Train Travel) | $24,972.22 |
| Travel (Hotels) | $17,251.33 |
| Travel (Local Transportation) | $3,275.40 |
| Travel (Meals) | $5,512.39 |
| Travel (Parking) | $717.70 |
| **TOTAL** | $455,522.39 |