**EXHIBIT E**

## SUMMARY OF AMOUNTS REQUESTED AND AMOUNTS AWARDED BY INTERIM COMPENSATION PERIOD

| Period Covered | Requested | | Awarded | | Agreed Upon Reduction | | Subject to Negotiations | |
|---|---|---|---|---|---|---|---|---|
| | *Fees* | *Expenses* | *Fees* | *Expenses* | *Fees* | *Expenses* | *Fees* | *Expenses* |
| First 9/15/08-1/31/09 | $631,156.00 | $35,620.22 | $631,156.00 | $35,620.22 | $0.00 | $0.00 | $0.00 | $0.00 |
| Second 2/1/09-5/31/09 | $1,456,763.00 | $148,190.23 | $1,348,522.74 | $148,190.23 | To Be Determined | To Be Determined | $108,229.26 | $0.00 |
| Third 6/1/09-9/30/09 | $922,873.50 | $85,072.99 | $871,970.23 | $85,072.99 | To Be Determined | To Be Determined | $50,903.27 | $0.00 |
| Fourth 10/1/09-1/31/10 | $813,049.00 | $92,211.99 | $764,215.24 | $61,307.24 | To Be Determined | To Be Determined | $48,833.76 | $30,904.75 |
| Fifth 2/1/10-5/31/10 | $612,775.50 | $24,983.20 | To Be Determined | To Be Determined | To Be Determined | To Be Determined | $122,555.10 | $0.00 |
| Sixth 6/1/10-9/30/10 | $460,318.50 | $25,608.10 | $445,318.50 | $25,289.71 | $15,000.00 | $318.30 | $0.00 | $0.00 |
| Seventh 10/1/10-1/31/11 | $525,313.50 | $25,892.87 | $518,560.50 | $25,424.93 | $6,753.00 | $467.94 | $0.00 | $0.00 |
| Eighth 2/1/11-5/31/11 | $249,123.00 | $7,008.50 | $246,123.00 | $7,008.50 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| Ninth 6/1/11-9/30/11 | $106,759.50 | $11,398.24 | To Be Determined | To Be Determined | $5,000.00 | $0.00 | $0.00 | $0.00 |
| Tenth 10/1/11-3/6/12 | $35,417.00 | $1,200.99 | To Be Determined | To Be Determined | To Be Determined | To Be Determined | $26,300.20 | $825.20 |
| Additional Fees and Expenses[1] | $7,500.00 | $5,000.00 | To Be Determined | To Be Determined | To Be Determined | To Be Determined | $7,500.00 | $5,000.00 |
| **Final Total** | **$5,821,048.50** | **$462,187.33** | **$4,927,625.71** | **$399,312.06** | **$29,753.00** | **$786.24** | **$364,321.59** | **$36,729.95** |

---

[1] McKenna seeks additional fees in the amount of $7,500.00 that were incurred after the effective date in resolving outstanding issues with respect to interim fee applications and preparing the tenth interim and final fee applications. McKenna also seeks $5,000.00 as reimbursement for expenses that were inadvertently excluded from previous interim fee applications because, among other things, the expenses were processed after the interim fee period and therefore not included in the application for that particular period, as well as expenses that were incurred after the effective date.