UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,                        :    08-13555 (JMP)
                                                              :
                            Debtors.                          :    (Jointly Administered)
                                                              :
------------------------------------------------------------- x

**AFFIRMATION OF CLAIMANT TAL LEV ARI, IN OPPOSITION TO DEBTORS' 319th OMNIBUS OBJECTION (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS) DATED JUNE 4, 2012**

Tal Lev Ari affirms under penalties of perjury as follows:

1. I was employed by Lehman Brothers from 1st September 2001 through 30th September 2008. Lehman Brothers' terminated my employment on 30th September 2008. The reason for the dismissal was that due to the company's insolvency I have been made redundant due to economic, technical and organizational reasons.

2. For each year between 2003 and 2008 Lehman Brothers issued to me an "RSU Agreement", which documented that a portion of my compensation was withheld for payment in the future. Pursuant to the RSU Agreements, I recognized that I was contractually obligated to avoid engaging in any "Detrimental Activity" and that I had other ongoing contract obligations under these Agreements. *See, e.g.*, Debtors' Omnibus Reply to Responses to Debtors' 118th, 130th, 131st, 133d, 134th, 135th, 176th & 207th Omnibus Objections, Dec. 15, 2011, at pp. 65-68 (RSU Agreement for 2004).

3. After my entry into the RSU Agreements, including after the termination of my employment, I continued to perform all of those contractual obligations.

4. Attached hereto as Exhibit 1 is the original Proof of Claim that I filed in connection with my contract rights under the CSA Agreements. This initial Claim was assigned Claim No. 65858.

5. On the attached Exhibit 1, all of the typed information was contained in the form when Debtors provided it to me. I added my phone number, email address, the amount of the claim, $178,077.26 (based on an "Executive Compensation Summary" provided by Lehman Brothers, which I attached), and my signature and date. All of these documents are attached with Exhibit 1, together with Debtors' acknowledgement of receipt of the proof of claim. I also added a description under Basis for Claim: "CSAs – deferred compensation for services performed".

6. The practice followed each year by Lehman Brothers was to provide a form stating the bonus to which I was entitled for the year, and describing the portion of the bonus that was to be reserved by Lehman Brothers pursuant to the CSA Agreement for that year

7. I never paid tax on the portion of any bonus reserved under the CSA Agreements. My understanding is that Lehman Brothers was entitled to a business expense deduction for the amount of this portion of the bonus, but only at the time that it was actually paid.

8. The economic substance of the CSA Agreements to me was that a portion of the bonus that had been declared for me was held back, and would be paid to me only after passage of five years, during which I was subject to ongoing contractual obligations. At no time did Lehman suggest that I had ever failed to perform any of these contractual obligations, the breach of which could result in rescission of my bonus. However, under the terms of the CSA Agreements, Lehman Brothers was not required to pay me anything from this reserved bonus, and in fact Lehman Brothers did not pay me anything, until five years after we entered into that CSA Agreement.

2

9. Even after vesting I was not permitted to draw down on the shares until five years after the date of the CSA Agreement. During this entire time my right to draw down on the shares was contingent on my continued performance of contract obligations.

_____
Signature

TAL LEV ARI
Printed Name

Affirmed under penalties of perjury
on this ____ day of July____, 2012

_____
Notary Public

RICHARD J. SCHAGER, JR.
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SC4834248
Qualified in Kings County
My Commission Expires March 30, 20__

3

# EXHIBIT 1

# PROOF OF CLAIM

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al. Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
| LEHMAN BROTHERS HOLDINGS, INC. | 08-13555 (JMP) |

UNIQUE IDENTIFICATION NUMBER: 555330940

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000065858

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH (MERGE2.DBF,SCHED_NO) SCHEDULE #: 555330940*****
TAL, LEV ARI
FLAT 15
1 PARKHILL ROAD
LONDON NW3 2YJ
UNITED KINGDOM

+44-7881970346    alonandtal@gmail.com
Telephone number:    Email Address:

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

NOTICE OF SCHEDULED CLAIM:
Your Claim is scheduled by the indicated Debtor as:

SCHEDULE G - EXECUTORY CONTRACT OR UNEXPIRED LEASE

DESCRIPTION:
RESTRICTED STOCK UNIT AGREEMENT

1. Amount of Claim as of Date Case Filed: $ **178,073.26**

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. Basis for Claim: **CSAS - DEFERRED COMPENSATION FOR SERVICES PERFORMED**
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: _____
Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☑ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$ **10,950**

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

Date: **25/11/09**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

FOR COURT USE ONLY

FILED / RECEIVED

DEC 0 7 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Tal Lev Ari
ex Lehman Brothers employee
Claimant ID: 555330940

Backup calculations are attached for full years Total compensation statements). Amount for July 2008 was calculated based on information provided by HR

| | USD Grant Price | USD Market Price at Time of Grant | Units Granted | Dividend Equivalent | Value of Units | Value of Dividends | Total Claim |
|---|---|---|---|---|---|---|---|
| 9/12/2004 | $64.37 | $85.80 | 32.93 | 1.46 | $2,825.39 | $125.27 | $2,950.66 |
| 11/30/2005 | $94.50 | $126.00 | 190.48 | 7.045 | $24,000.48 | $887.67 | $24,888.15 |
| 08/12/2006 | $57.77 | $77.03 | 806.21 | 23.85 | $62,102.36 | $1,837.17 | $63,939.52 |
| 07/12/2007 | $47.60 | $63.47 | 1159.67 | 23.87 | $73,604.25 | $1,515.03 | $75,119.28 |
| 01/07/2008 | $20.96 | $20.96 | 526.72 | 6.66 | $11,040.05 | $139.59 | $11,179.64 |
| Total | | | | | | | $178,077.26 |

No. of units granted in 2004 and 2005 was doubled at a later stage to reflect stock split.

*Tal Lev Ari* (signature)

ALL TERMS REMAIN SUBJECT TO THE RULING OF THE U.S. BANKRUPTCY COURT***

# LEHMAN BROTHERS
## Executive Compensation Summary
### Tal Lev Ari

Employee ID: 10212452

| | | AWARD UNITS* | | | | | |
|---|---|---|---|---|---|---|---|
| Grant Date | Plan Description | Units Granted | Dividend Equivalents | Units Vested** | Units Unvested | Units Outstanding | Units Forfeited | Units Not Forfeited |
| December 09, 2004 | 2004 Firmwide Principal | 49.40 = 65.80 2.22 | | 51.62 | 0.00 | 51.62 | 0.00 | 51.62 |
| December 09, 2004 | 2004 Firmwide Discount | 16.46 | 0.70 | 0.00 | 17.16 | 17.16 | 0.00 | 17.16 |
| November 30, 2005 | 2005 Firmwide Principal | 285.72 = 580.96 10.49 | | 286.21 | 0.00 | 296.21 | 0.00 | 296.21 |
| November 30, 2005 | 2005 Firmwide Discount | 95.24 | 3.60 | 0.00 | 98.84 | 98.84 | 0.00 | 98.84 |
| December 08, 2006 | 2006 Firmwide Principal | 804.66 = 806.21 17.90 | | 0.00 | 622.56 | 622.56 | 0.00 | 622.56 |
| December 08, 2006 | 2006 Firmwide Discount | 201.55 | 5.95 | 0.00 | 207.50 | 207.50 | 0.00 | 207.50 |
| December 07, 2007 | 2007 Firmwide Principal | 869.75 = 1,159.67 17.92 | | 0.00 | 887.67 | 887.67 | 0.00 | 887.67 |
| December 07, 2007 | 2007 Firmwide Discount | 289.92 | 5.85 | 0.00 | 295.87 | 295.87 | 0.00 | 295.87 |
| July 01, 2008 | July 2008 CSA | 526.72 | 6.66 | 0.00 | 533.38 | 533.38 | 0.00 | 533.38 |
| | | | | | | 3,010.81 | 0.00 | 3,010.81 |

(handwritten annotations: "1st split", "2nd split")

*Award Units are those equity-based awards other than stock options, i.e. Restricted Stock Units, Conditional Equity Awards or Contingent Stock Awards, as applicable.

**Units Vested refers to that portion of the award that has become vested and/or subject to limited conditions, as determined under the applicable plan documents.

***AS A RESULT OF LEHMAN BROTHERS HOLDINGS INC.'S BANKRUPTCY FILING, THE TREATMENT OF ALL OUTSTANDING EQUITY AWARDS REMAIN SUBJECT TO SUCH PROCEEDING IN THE U.S. BANKRUPTCY COURT.

Data as of September 12, 2008

## LEHMAN BROTHERS

PRIVATE AND CONFIDENTIAL

2007 TOTAL COMPENSATION STATEMENT

TO: Tal Lev Ari                                                             ID       10212452
DEPT: FID : 29875 - European Real Estate
FROM: C Webster
DATE: December 13, 2007

Please find below the details of your 2007 Total Compensation and any year-end awards:

**Total Compensation Summary**

|  | GBP | USD |
|---|---|---|
| Paid Salary | ▬▬▬ | ▬▬▬ |
| Total Bonus | ▬▬▬ | ▬▬▬ |
| Total Compensation | ▬▬▬ | ▬▬▬ |
| Total Bonus | ▬▬▬ | ▬▬▬ |
| Total Equity Award | 27,771 | 55,200 |
| Net Bonus Award | ▬▬▬ | ▬▬▬ |

**Equity Award Detail**

| Equity Type | USD Award Value | USD Mkt Price | USD Grant Price | No. of Units |
|---|---|---|---|---|
| CSAs | 55,200 | 63.47 | 47.60 | 1,159.67 |
| Total Equity Award | 55,200 | | | |

Your total Contingent Stock Award (CSAs) is based on a Total Compensation of USD 500,000.

When awarding the CSA award Lehman Brothers Holdings Inc has applied a discount of 25% to the market price of $ 63.47. CSAs are subject to restrictions until 30 November 2012; they cannot be sold, traded or pledged before then.

A full summary of all your outstanding CSA Awards (including your 2007 Award) will be available on LehmanLive, keyword "equityaward", during the first quarter of 2008. All terms and conditions of the CSA Awards are subject to the controlling plan documents, including the FY 2007 equity award agreements (expected to be finalised in early 2008), the 2005 Stock Incentive Plan and related Prospectus.

**Salary**

Your salary has increased to GBP ▬▬▬ with effect from 1 December 2007.

**Additional Information**

All terms and conditions of your employment remain unchanged.

To be eligible for your 2007 bonus award you must be employed by Lehman Brothers at, and not under notice either given or received prior to, 31 January 2008.

# LEHMAN BROTHERS

## Notes to your 2007 Bonus Award Payslip

**STRICTLY PRIVATE AND CONFIDENTIAL**

| | | | |
|---|---|---|---|
| To: | Tal Lev Ari | Global ID: | 10212452 |
| Dept: | FID - 29875 - European Real Estate | Payroll: | 070-U |
| Payroll No. | 0173426 | | |
| From: | European Human Resources | Payment Date: | 31st January 2008 |

### Items on the Payslip

| | GBP | USD |
|---|---|---|
| Bonus '07 | [redacted] | [redacted] |
| **PAYSLIP TOTAL** | [redacted] | [redacted] |

### Items NOT shown on the Payslip

| | GBP | USD |
|---|---|---|
| CSAs | 27,771.18 | 55,200.11 |
| SUBTOTAL | 27,771.18 | 55,200.11 |
| TOTAL 2007 BONUS | [redacted] | [redacted] |

**Additional Information**

**Bonus '07:**

Your cash bonus award is taxed via PAYE and will be included in your 2007/8 year-end P60 form.

**CSA Award:**

This represents the Contingent Stock Award ("CSAs") value made under the relevant 2007 plan. A full summary showing all your outstanding awards, together with details of the vesting periods will be available to view on LehmanLive, keyword "equityaward", during the first quarter 2008. All terms and conditions of the CSA Awards are subject to the controlling plan documents, including the FY 2007 equity award agreements (expected to be finalised in early 2008), the 2005 Stock Incentive Plan and related Prospectus

You are advised to keep this document for future reference                                              January 2008

# LEHMAN BROTHERS

PRIVATE AND CONFIDENTIAL

## 2006 TOTAL COMPENSATION STATEMENT

TO: Tal Lev Ari   10212452

DEPT: FID : 29875 - European Real Estate

FROM: J Blakemore

DATE: December 13 2006

Please find below the details of your 2006 Total Compensation and any year-end awards:

**Total Compensation Summary**

|  | GBP | USD |
|---|---|---|
| Paid Salary | ▬▬ | ▬▬ |
| Total Bonus | ▬▬ | ▬▬ |
| **Total Compensation** | ▬▬ | ▬▬ |
| Total Bonus | ▬▬ | ▬▬ |
| (Total Equity Award) | 25,677 | 46,575 |
| Net Bonus Award | ▬▬ | ▬▬ |

**Equity Award Detail**

| Equity Type | USD Award Value | USD Mkt Price | USD Grant Price | No. of Units |
|---|---|---|---|---|
| CSAs | 46,575 | 77.03 | 57.77 | 806.21 |
| **Total Equity Award** | 46,575 | | | |

Your total CSA Award is based on a Total Compensation of USD 450,000.

When awarding the CSA award the Firm has applied a discount of 25% to the market price of $ 77.03. CSAs are subject to restrictions until 30 November 2011; they cannot be sold, traded or pledged before then.

A full summary of all your outstanding CSA Awards (including your 2006 Award) will be available on LehmanLive, keyword "equityaward", during the first quarter of 2007. All terms and conditions of the CSA Awards are subject to the controlling plan documents.

**Base Salary**

Your base salary has increased to GBP ▬▬ with effect from 1 December 2006.

**Additional Information**

All terms and conditions of your employment remain unchanged.

Entitlement to your 2006 Awards are contingent on you being employed by Lehman Brothers at, and not under notice either given or received prior to, 31 January 2007.

# LEHMAN BROTHERS

PRIVATE AND CONFIDENTIAL

2005 TOTAL COMPENSATION STATEMENT

TO: Tal Lev Ari                                                                                                             10212452
DEPT: FID : 29875 - European Real Estate
FROM: P Hansell
DATE: December 14 2005

Please find below the details of your 2005 Total Compensation and any year-end awards:

**Total Compensation Summary**

|  | GBP | USD |
|---|---|---|
| Paid Salary | ▅▅▅ | ▅▅▅ |
| Total Bonus | ▅▅▅ | ▅▅▅ |
| Total Compensation | ▅▅▅ | ▅,000 |
| Total Bonus | ▅▅▅ | ▅▅▅ |
| Total Equity Award | 9,742 | 18,000 |
| Net Bonus Award | ▅▅▅ | ▅▅▅ |

**Equity Award Detail**

| Equity Type | USD Award Value | USD Mkt Price | USD Grant Price | No. of Units |
|---|---|---|---|---|
| CSAs | 18,000 | 126.00 | 94.50 | 190.48 |
| Total Equity Award | 18,000 | | | |

Your total CSA Award is based on a Total Compensation of USD 300,000.

When awarding the CSA award the Firm has applied a discount of 25% to the market price of $ 126.00. CSAs are subject to restrictions until 30 November 2010, they cannot be sold, traded or pledged before then.

A full summary of all your outstanding CSA Awards (including your 2005 Award) will be available on LehmanLive, keyword "equityaward", during the first quarter of 2006. All terms and conditions of the CSA Awards are subject to the controlling plan documents.

**Base Salary**

Your base salary has increased to GBP ▅▅▅ with effect from 1 December 2005. You will receive this increase with your January pay retroactive to December 2005.

**Additional Information**

All terms and conditions of your employment with the Company remain unchanged.

Entitlement to your 2005 Awards are contingent on you being employed by Lehman Brothers at, and not under notice either given or received prior to, 31 January 2006.

# LEHMAN BROTHERS

## Notes to your 2005 Bonus Award Payslip

**STRICTLY PRIVATE AND CONFIDENTIAL**

| | | | |
|---|---|---|---|
| To: | Tal Lev Ari | Global ID: | 10212452 |
| Dept: | FID - 29875 - European Real Estate | Payroll: | 070-U |
| Payroll No. | 173426 | | |
| From: | European Human Resources | Payment Date: | 31st January 2006 |

### Items on the Payslip

| | GBP | USD |
|---|---|---|
| Bonus '05 | ~~redacted~~ | ~~redacted~~ |
| **PAYSLIP TOTAL** | ~~redacted~~ | ~~redacted~~ |

### Items NOT shown on the Payslip

| | GBP | USD |
|---|---|---|
| (CSAs) | 9,741.62 | 18,000.03 |
| **SUBTOTAL** | ~~redacted~~ | ~~redacted~~ |
| **TOTAL 2005 BONUS** | ~~redacted~~ | ~~redacted~~ |

---

**Additional Information**

**Bonus '05:**
Your cash bonus award is taxed via PAYE and will be included in your 2005/6 year-end P60 form.

**CSA Award:**
This represents the Contingent Stock Award ("CSAs") value made under the relevant 2005 plan. A full summary showing all your outstanding awards, together with details of the vesting periods will be available to view on LehmanLive, keyword "equityaward", during the first quarter 2006.

---

You are advised to keep this document for future reference                                   January 2006

# LEHMAN BROTHERS

### PRIVATE AND CONFIDENTIAL
### 2004 TOTAL COMPENSATION STATEMENT

TO:     Tal Lev Ari                                                                                                10212452

DEPT:   FID : 29875 - European Real Estate

FROM:   J Blakemore

DATE:   December 15, 2004

Please find below the details of your 2004 Total Compensation and any year-end awards:

**Total Compensation Summary**

|  | GBP | USD |
|---|---|---|
| Paid Salary | ▬▬ | ▬▬ |
| Total Bonus | ▬▬ | ▬▬ |
| **Total Compensation** | ▬▬ | ▬▬ |
| Total Bonus | ▬▬ | ▬▬ |
| Total Equity Award | 1,169 | 2,119 |
| Bonus Advance | ▬▬ | ▬▬ |
| Net Bonus Award | ▬▬ | ▬▬ |

**Equity Award Detail**

| Equity Type | USD Award Value | USD Mkt Price | USD Grant Price | No. of Units |
|---|---|---|---|---|
| CSAs | 2,119 | 85.80 | 64.35 | 32.93 |
| **Total Equity Award** | 2,119 | | | |

Your total CSA Award is based on a Total Compensation of USD 101,989.

When awarding the CSA award the Firm has applied a discount of 25% to the market price of $ 85.80. CSAs are subject to restrictions until 30 November 2009, they cannot be sold, traded or pledged before then.

A full summary of all your outstanding CSA Awards (including your 2004 Award) will be available on LehmanLive, keyword "equityaward", during the second quarter of 2005. All terms and conditions of the CSA Awards are subject to the controlling plan documents.

**Base Salary**

Your base salary has increased to GBP ▬▬▬ with effect from 1st December 2004. You will receive this increase with your January pay along with arrears for December.

**Additional Information**

All terms and conditions of your employment with the Company remain unchanged.

Entitlement to your 2004 Awards are contingent on you being employed by Lehman Brothers at, and not under notice either given or received prior to, 31 January 2005.

## Notes to your 2004 Bonus Award Payslip

**STRICTLY PRIVATE AND CONFIDENTIAL**

| | | | |
|---|---|---|---|
| To: | Tal Lev Ari | Global ID: | 10212452 |
| Dept: | FID- 29875- European Real Estate | Payroll: | 070-U |
| Payroll No. | 0173426 | | |
| From: | European Human Resources | Payment Date: | 31st January 2005 |

**Items on the Payslip**

| | GBP | USD |
|---|---|---|
| Bonus '04 | ▇▇▇▇▇ | ▇▇▇▇▇ |
| **PAYSLIP TOTAL** | ▇▇▇▇▇ | ▇▇▇▇▇ |

**Items NOT shown on the Payslip**

| | GBP | USD |
|---|---|---|
| (CSAs) | 1,169.46 | 2,119.36 |
| Bonus Advance | ▇▇▇▇▇ | ▇▇▇▇▇ |
| **SUBTOTAL** | ▇▇▇▇▇ | ▇▇▇▇▇ |
| **TOTAL 2004 BONUS** | ▇▇▇▇▇ | ▇▇▇▇▇ |

**Additional Information**

**Bonus '04:**
Your cash bonus award is taxed via PAYE and will be included in your 2004/5 year-end P60 form.

**CSA Award:**
This represents the Contingent Stock Award ("CSAs") value made under the relevant 2004 plan. A full summary showing all your outstanding awards, together with details of the vesting periods will be available to view on LehmanLive, keyword "equityaward", during the second quarter 2005.

You are advised to keep this document for future reference          January 2005

25 November 2009

To:
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O.Box 5076
New York, NY 10150-5076

Dear Sir/Madam,

### Re: Proof of Claim

Attached please find a signed Proof of Claim form and supporting documents.

I am aware that the last date for submitting proof of claims was 22 September 2009, however I was initially advised that all claims relating to my employment are being processed automatically through HR with no further action required on my end. I have now checked the Filed Claims section on the website and have learnt that my CSAs which are deferred compensation were not included in my claim.

I understand that this is because my employment claims relate to the European entity that I was employed by whereas CSAs are to be claimed separately from the US parent company.

I therefore hope that you will be able to process my additional claim for CSAs.

Best regards,
Tal Lev-Ari



To: Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

RECEIVED
DEC 07 2009