UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :     Chapter 11 Cases
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.** *et al.*,        :     08-13555 (JMP)
                                                   :
                    Debtors.        :     Jointly Administered
---------------------------------------------------------------x

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR CREDICAN, C.A.

Upon consideration of the Motion to Withdraw as Counsel for Credican, C.A. (the "Motion") filed by Chadbourne & Parke LLP pursuant to Rule 2090-1(e) of the Local Bankruptcy Rules for the Southern District of New York; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the Second Amended Case Management Order entered June 17, 2010 governing case management and administrative procedures [Docket No. 9635]; and no objection having been filed by the objection deadline of July 11, 2012; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED, that the Motion is granted.

It is further ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this order.

Dated:   New York, New York
         July 16, 2012

                                                 *s/ James M. Peck*
                                            HONORABLE JAMES M. PECK
                                            UNITED STATES BANKRUPTCY JUDGE