STAMELL & SCHAGER, LLP
One Liberty Plaza, 35th Floor
New York, NY 10006-1404
Telephone: (212) 566-4047
Facsimile: (212) 566-4061
Email: schager@ssnyc.com
Richard J. Schager, Jr.

*Attorneys for Claimant(s)*
*Michael K. McCully, Michael Mullen, et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              :
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,                        :    08-13555 (JMP)
                                                              :
                                        Debtors.              :    (Jointly Administered)
                                                              :
------------------------------------------------------------- x

**SUPPLEMENT TO RESPONSES OF MICHAEL K. MCCULLY, MICHAEL J. MULLEN, ET AL., IN OPPOSITION TO DEBTORS' 313th OMNIBUS OBJECTIONS TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS), ON BEHALF OF CLAIMANTS JOHN DMUCHOWSKI, SANDRA HAHN-COLBERT, JEFFREY WECKER AND TIMOTHY WILKINSON**

This Supplement to the Statement of Opposition to the Debtors' 313th Omnibus **Objection** is submitted on behalf of Claimants John Dmuchowski, Sandra Hahn-Colbert, Jeffrey Wecker and Timothy Wilkinson. Each of the Claimants is submitting a supporting affidavit, filed as an Exhibit to this Opposition. Claimant Wilkinson already appeared and Claimants Dmuchowski, Hahn-Colbert and Wecker have been added to the list of Claimants shown as Exhibit A to the original Responses in Opposition to Debtors' 313th Omnibus Objection, Doc. 29254. A revised list of Claimants is attached hereto as [Revised] Exhibit A.

Under cover of this Supplement Claimants Dmuchowski, Hahn-Colbert and Wecker hereby submit their Affirmations in Support of the Response in Opposition of Claimants Michael K. McCully and Michael J. Mullen, et al., Doc. 29254, filed on July 6, 2012.  Mr. Wilkinson hereby submits his Affirmation re-executed in a more legible form than he was able to provide to his counsel on July 6, 2012.

On July 12, 2012, Debtors filed and served a Notice of Adjournment of the date set for hearing on the 313th Omnibus Objection from July 19, 2012 to August 23, 2012.  As a consequence of this 35-day adjournment, Debtors suffer no prejudice from this submission on behalf of Claimants Dmuchowski, Hahn-Colbert, Wecker and Wilkinson 10 days after the original filing date set forth in the 313th Omnibus Objection.

Respectfully submitted,

By:_____/s/_____
Richard J. Schager, Jr., Esq.
STAMELL & SCHAGER LLP
One Liberty Plaza, 35th Floor
New York, New York 10006-1404
Telephone:  (212) 566-4057
Facsimile:   (212) 566-4061
schager@ssnyc.com

July 16, 2012

# [REVISED] EXHIBIT A

### SUPPLEMENT TO RESPONSES OF MICHAEL K. McCULLY, MICHAEL J. MULLEN, ET AL., IN OPPOSITION TO DEBTORS 313th OMNIBUS OBJECTION, (OPPOSITION TO DOCKET 28433)

| CLAIMANTS | CLAIM NOS. |
|---|---|
| BIRASCHI, PAOLA | 34980 |
| BREWER, KAREN | 11297 |
| BROADBENT, WILLIAM | 65126 |
| COLLIER, MICHAEL | 11588 |
| D'AMADEO, JOSEPH | 19076 |
| DE JESUS, NESTOR | 34492 |
| DMUCHOWSKI, JOHN | 33401 |
| ENGEL, STEVEN | 15255 |
| GOLDBERG, LOUISE | 19518 |
| GRAVES, ADRIAN | 24498 |
| HAHN-COLBERT, SANDRA | 39728 |
| HOWARD, NICHOLAS | 28279 |
| KING, HARRIET CHAN | 34546 |
| LEWIS, SARAH | 8812 |
| McCULLY, MICHAEL | 65949 |
| McGEE, HUGH | 31081 |
| MULLEN, MICHAEL | 27599 |
| NEVILLE, IAN | 31678 |
| OLIVIER, HELMUT | 14855 |

3

| **CLAIMANTS** | **CLAIM NOS.** |
|---|---|
| PATTERSON, MARTIN | 16289 |
| SANTODOMINGO, ALVARO | 19947 |
| SEWARD, BRIAN | 11590 |
| SHAPIRO, ROSS | 31374 |
| SMITH, MARGARET | 11054 |
| SNELLING, STEPHEN | 8813 |
| WARD, PETER | 9915 |
| WECKER, JEFFREY | 29718 |
| WILKINSON, TIMOTHY | 34829 |