UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :    08-13555 (JMP)
                                                               :
                              Debtors.                         :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

### AFFIRMATION OF CLAIMANT JOHN J. DMUCHOWSKI, IN OPPOSITION TO DEBTORS' 313th OMNIBUS OBJECTION (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS) DATED JUNE 4, 2012

John J. Dmuchowski affirms under penalties of perjury as follows:

1.      Upon information and belief, I was employed by Lehman Brothers (through numerous mergers and name changes) from 1982 through 2008. Lehman Brothers terminated my employment on 9/2008 and I was rehired by Barclays.

2.      Upon the termination of my employment, Lehman Brothers assured me that my termination was an "involuntary termination without cause" as that phrase is defined in the "RSU Agreements" between Lehman Brothers and employees.

3.      Upon information and belief, I executed a separation and release agreement and satisfied the "Release Requirement" set forth in the RSU Agreement.

4.      Pursuant to the RSU Agreements, I recognized that I was contractually obligated to avoid engaging in any "Detrimental Activity" and that I had other ongoing contract obligations under these Agreements. *See, e.g.*, Debtors' Dec. 15 Omnibus Reply at pp. 65-68 (RSU Agreement for 2004).

5. After my entry into the RSU Agreements, including after the termination of my employment, I continued to perform all of those contractual obligations.

6. Attached hereto as Exhibit 1 is the original Proof of Claim that I filed in connection with my contract rights under the RSU Agreements. This Claim was assigned Claim No. 34401.

7. I was provided with this Proof of Claim form by Debtors. In the form provided, Debtors had largely completed the form, including inserting the caption, a bar code, supplying my name and address, and describing the Scheduled Claim as an "Executory Contract or Unexpired Lease." Debtors also provided the "Description" as a claim under a "Restricted Stock Unit Agreement."

8. On the attached Exhibit 1, all of the typed information was contained in the form when Debtors provided it to me. I added only my phone number, email address, the amount of the claim, $5,069.83 (based on an "Executive Compensation Summary" provided by Lehman Brothers, which I attached), and my signature and date. All of these documents are attached with Exhibit 1, together with Debtors' acknowledgement of receipt of the proof of claim.

9. The practice followed each year by Lehman Brothers was to provide a form stating the bonus to which I was entitled for the year, and describing the portion of the bonus that was to be reserved by Lehman Brothers pursuant to the RSU Agreement for that year.

10. I never paid tax on the portion of any bonus reserved under the RSU Agreements. For prior years, not at issue here, after my interests vested and I was permitted to draw down on my RSU account, Lehman Brothers would retain a portion in cash to pay the federal withholding tax, and then would use the balance to provide me with Lehman Brothers shares. The entire amount of the bonus was treated as ordinary income to me and was taxed at ordinary income

rates. My understanding is that Lehman Brothers was entitled to a business expense deduction for the amount of this portion of the bonus, but only at the time that it was actually paid.

11. The economic substance of the RSU Agreements to me was that a portion of the bonus that had been declared for me was held back, and would be paid to me only after passage of five years, during which I was subject to ongoing contractual obligations. At no time did Lehman suggest that I had ever failed to perform any of these contractual obligations, the breach of which could result in rescission of my bonus. However, under the terms of the RSU Agreements, Lehman Brothers was not required to pay me anything from this reserved bonus, and in fact Lehman Brothers did not pay me anything, until five years after we entered into that RSU Agreement.

12. Even after vesting I was not permitted to draw down on the shares until five years after the date of the RSU Agreement. During this entire time my right to draw down on the shares was contingent on my continued performance of contract obligations. Even after I was terminated without cause, my right to draw down on the shares depended upon my continued observance of certain contract obligations.

[signature]
Signature

John J. Dmuchowski
Printed Name

Dated: July 16, 2012

# EXHIBIT 1

EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

epiq
SYSTEMS



MAILID *** 0004892701 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000081327 ****

DMUCHOWSKI, JOHN J
86 WINCHESTER DRIVE
EAST WINDSOR, NJ 08520

December 02, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH  To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | NO DEBTOR ASSERTED BY CREDITOR |
| Case Number: | NO CASEZ99 |
| Creditor: | DMUCHOWSKI, JOHN J |
| Date Received: | 09/23/2009 |
| Claim Number: | 34401 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, access codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name, etc.

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

EPIQ BANKRUPTCY SOLUTIONS, LLC



Personal Award Summary

Page 1 of 1

## LEHMAN BROTHERS | LehmanLive

Data as of August 31, 2008

### AWARD UNITS[1] OUTSTANDING

10019337 John J. Dmuchowski

| Grant Date | Description | Grant Price | Grant Value[2] | Restriction Ends | Units Granted | Dividend Equivalents | Units Delivered | Units Vested[3] | Units Outstanding | Market Value at $0.192* |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/2008 | July 2008 RSU | $20.9600 | $166 | 11/30/2011 | 7.90 | 0.09 | 0.00 | 0.00 | 7.99 | $2 |
| 12/07/2007 | 2007 Firmwide Principal | $47.6000 | $621 | 11/30/2012 | 13.04 | 0.27 | 0.00 | 0.00 | 13.31 | $3 |
| 12/07/2007 | 2007 Firmwide Discount | $47.6000 | $207 | 11/30/2012 | 4.35 | 0.05 | 0.00 | 0.00 | 4.40 | $1 |
| 12/08/2006 | 2006 Firmwide Principal | $57.7700 | $632 | 11/30/2011 | 10.94 | 0.32 | 0.00 | 0.00 | 11.26 | $2 |
| 12/08/2006 | 2006 Firmwide Discount | $57.7700 | $210 | 11/30/2011 | 3.64 | 0.05 | 0.00 | 0.00 | 3.69 | $1 |
| 11/30/2005 | 2005 Firmwide Principal | $47.2500 | $535 | 11/30/2010 | 11.32 | 0.42 | 0.00 | 11.74 | 11.74 | $2 |
| 11/30/2005 | 2005 Firmwide Discount | $47.2500 | $178 | 11/30/2010 | 3.76 | 0.05 | 0.00 | 0.00 | 3.81 | $1 |
| 12/09/2004 | 2004 Firmwide Principal | $32.1750 | $530 | 11/30/2009 | 16.48 | 0.73 | 0.00 | 17.21 | 17.21 | $3 |
| 12/09/2004 | 2004 Firmwide Discount | $32.1750 | $177 | 11/30/2009 | 5.50 | 0.10 | 0.00 | 0.00 | 5.60 | $1 |
| 12/10/2003 | 2003 Firmwide Principal | $26.7700 | $501 | 11/30/2008 | 18.70 | 1.02 | 0.00 | 19.72 | 19.72 | $4 |
| 12/10/2003 | 2003 Firmwide Discount | $26.7700 | $167 | 11/30/2008 | 6.24 | 0.15 | 0.00 | 0.00 | 6.39 | $1 |
| Total | | | $3,924 | | 101.87 | 3.25 | 0.00 | 48.67 | 105.12 | $21 |
| Total Equity | | | | | | | | | | $21 |

* Market value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated stock price. The intrinsic value of stock options is calculated by multiplying the number of options outstanding by the difference between the indicated stock price and the option exercise price. Please note that the current market price is based on a delayed 20 minutes feed from Reuters. (09:39 AM EDT on September 21 2009)

[1] Award Units are those equity-based awards other than stock options, i.e. Restricted Stock Units, Conditional Equity Awards or Contingent Stock Awards, as applicable.
[2] Grant Value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated grant price.
[3] Units Vested refers to that portion of the award that has become vested and/or subject to limited conditions, as determined under the applicable plan documents.

http://my.lehman.com/HRS/equityaward/westinghouse.do

9/21/2009

| FMV | UNITS Granted | UNITS PRICE | TOTAL VALUE |
|---|---|---|---|
| 7/1/2008 | 7.9 | 20.96 | 165.58 |
| 12/7/2007 | 13.04 | 63.47 | 827.65 |
| 12/7/2007 | 4.35 | 63.47 | 276.09 |
| 12/8/2006 | 10.94 | 77.03 | 842.71 |
| 12/8/2006 | 3.64 | 77.03 | 280.39 |
| 11/30/2005 | 11.32 | 61.08 | 691.43 |
| 11/30/2005 | 3.76 | 61.08 | 229.66 |
| 12/9/2004 | 16.48 | 41.27 | 680.13 |
| 12/9/2004 | 5.5 | 41.27 | 226.99 |
| 12/10/2003 | 18.7 | 34.05 | 636.74 |
| 12/10/2003 | 6.24 | 34.05 | 212.47 |
|  | 101.87 |  | 5,069.83 |