UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :    08-13555 (JMP)
                                                               :
                                        Debtors.               :    (Jointly Administered)
                                                               :
-------------------------------------------------------------- x

**AFFIRMATION OF CLAIMANT TIMOTHY WILKINSON, IN OPPOSITION TO DEBTORS' 313th OMNIBUS OBJECTION (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS) DATED JUNE 4, 2012**

Timothy Wilkinson affirms under penalties of perjury as follows:

1. I was employed by Lehman Brothers from April 2002 through October 2008. Lehman Brothers terminated my employment in October 2008 through bankruptcy.

2. Upon the termination of my employment, Lehman Brothers did nothing to dissuade me of the understanding that I had not done anything that compromised my entitlement under the CSA Agreement.

3. Pursuant to the CSA Agreements, I recognized that I was contractually obligated to avoid engaging in my "Detrimental Activity" and that I had other ongoing contract obligations under these Agreements.

4. After the termination of my employment, I continued to perform all of these contractual obligations.

5. Attached hereto as Exhibit 1 is the original Proof of Claim that I filed in connection with my contract rights under the CSA Agreements. This initial Claim was assigned Claim No. 34829.

6. The practice followed each year by Lehman Brothers was to provide a form stating the bonus to which I was entitled for the year, and describing the portion of the bonus that was to be reserved by Lehman Brothers pursuant to the CSA Agreement for that year.

7. I never paid tax on the portion of any bonus reserved under the CSA Agreements. For prior years, not at issue here, after my interests vested and I was permitted to draw down on my CSA account, Lehman Brothers would retain a portion in cash to pay the income tax, and then would use the balance to provide me with Lehman Brothers shares. The entire amount of the bonus was treated as ordinary income to me and was taxed at ordinary income rates. My understanding is that Lehman Brothers was entitled to a business expense deduction for the amount of this portion of the bonus, but only at the time that it was actually paid.

8. The economic substance of the CSA Agreements to me was that a portion of the bonus that had been declared for me was held back, and would be paid to me only after passage of five years, during which I was subject to ongoing contractual obligations. At no time did Lehman suggest that I had ever failed to perform any of these contractual obligations, the breach of which could result in rescission of my bonus. However, under the terms of the CSA Agreements, Lehman Brothers was not required to pay me anything from this reserved bonus, and in fact Lehman Brothers did not pay me anything, until five years after we entered into that CSA Agreement.

9. Stock options issued to me by Lehman Brothers did not work in this way. Upon the grant, I received a security in the form of the stock option. The option provided me with the right to buy LBH shares at a fixed price, the exercise price. While a period of time passed before the option vested, upon vesting I could exercise the option by paying the exercise price, and I

2

would receive LBH shares. No comparable security was issued to me under the CSA Agreement.

10. I did not pay tax on the option when issued. Upon exercise of the option I understand I would have been axed on the difference between the current market price of the LBH shares at the time of exercise and the exercise price.

Affirmed under penalties of perjury on this 13th day of July, 2012

_____
Timothy Wilkinson

Sworn to before me
this 13th day of July, 2012

_____
NOTARY PUBLIC

RICHARD J. SCHAGER, JR.
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SC4834248
Qualified in Kings County
My Commission Expires March 30, 20__

3

# EXHIBIT 1

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**PROOF OF CLAIM**

In Re: Lehman Brothers Holdings Inc., et al.,
Debtors.

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

Name of Debtor Against Which Claim is Held:
LEHMAN BROTHERS HOLDINGS, INC.
Case No. of Debtor: 08-13555 (JMP)

UNIQUE IDENTIFICATION NUMBER: 3153538210

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., et al.
08-13555 (JMP)                0000034829

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (MERGED OR SCHED. NO SCHEDULE #: 5555338210******
TIMOTHY B. WILKINSON

Telephone number:            Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

NOTICE OF SCHEDULED CLAIM:
Your Claim is scheduled by the indicated Debtor as:

SCHEDULE E/G - EXECUTORY CONTRACT OR UNEXPIRED LEASE

DESCRIPTION:
RESTRICTED STOCK UNIT AGREEMENT

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:            Email Address:

1. Amount of Claim as of Date Case Filed: $ **1,543,425.91**
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

   ☐ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☐ Check this box if all or part of your claim is based on a Guarantee.*

   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.

2. Basis for Claim: **CSA (renumeration) held by Lehman for me**
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____   Annual Interest Rate: _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____   Basis for perfection: _____
   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

   Amount entitled to priority:
   $_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
   (See instruction #6 on reverse side.)

7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

FILED / RECEIVED
SEP 24 2009

Date: **14 Sept '09**
Signature: **T.B.W.**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# LEHMAN BROTHERS

**LEHMAN BROTHERS**
2005 Total Compensation Statement
**CONFIDENTIAL**

Employee: Wilkinson, Timothy B
Division: FID
Hire Date: 04/29/2002

Stock Program: SVP
Employee Id: 90000776

## COMPENSATION HISTORY

| Compensation Type | Current - 2005 |
|---|---|
| Paid Salary | $ 249,446 |
| 2005 Bonus Payment | $ - |
| 2004 Second Installment | $ 265,257 |
| **Total Compensation** | **$ 514,703** |

## EQUITY SUMMARY in USD

| | Equity Component | Market Price | Grant Price | Shares |
|---|---|---|---|---|
| Total CSAs | $ 65,440.54 | $ 126.00 | $ 94.50 | 692.49 |

Your equity award was calculated based on compensation of $514,703, where total compensation includes salary, bonus and other forms of eligible compensation.

All terms and conditions of equity awards, including those relating to vesting and forfeiture, are subject to controlling plan documents, including the FY 2005 equity award agreements (expected to be finalized in early 2006), the Employee Incentive Plan and related Prospectus.

## PAYMENT SCHEDULE

| | | |
|---|---|---|
| 2005 Bonus Payment | $ | - |
| 2004 Second Installment | $ | 265,257 |
| Less CSAs | $ | (65,441) |
| Total Cash Payment (Before Taxes) | $ | 199,816 |
| Total Cash Payment (Before Taxes) | £ | 108,141 |

Payable on or about January 31, 2006, in accordance with the terms of the Letter Agreement (Local Currency)

## ANNUAL SALARY

Effective Fiscal Year 2006, your annual base salary will be as follows:

Current Annual Salary  £  135,000

---

* This summary is provided for informational purposes only. Your compensation, including your notional "2005 performance bonus", is subject to the terms and conditions of your letter agreement dated November 1, 2005 (the "Letter Agreement").

** Your bonus for 2005 is equal to the "First Installment" of your notional "2005 Performance Bonus," per the Letter Agreement.

Note: Except to the extent otherwise provided in your Letter Agreement: (1) all bonus awards and equity awards are contingent on your being employed on the scheduled bonus award date (on or about January 31, 2006) and not having given or received notice of employment termination before that date; (2) if you are not employed on January 31, 2006 or you have given or received notice of employment termination before that date, you will not be eligible to receive a bonus awards (including any special awards) or any equity award for fiscal year 2005.

If you have any additional questions regarding your compensation or personal data, please contact your divisional HR representative.

If you have any questions regarding your equity award, please contact the Compensation Department at (212) 526-8346.

16-Dec-05

# LEHMAN BROTHERS
## 2004 Total Compensation Statement
### CONFIDENTIAL

Employee: Wilkinson, Timothy  
Division: Fixed Income Division  
Hire Date: August 1, 1995  

From: A Morton  
Stock Program: SVP  
Employee Id: 90000776

## COMPENSATION HISTORY

| Compensation Type | Current - 2004 USD | Current - 2004 GBP |
|---|---|---|
| Paid Salary | $244,654 | 135,000 |
| 2004 First Installment | $279,119 | 154,018 |
| Total Compensation | $523,773 | 289,018 |

## EQUITY SUMMARY In USD

| Equity Component | | Market Price | Grant Price | Shares |
|---|---|---|---|---|
| Total CSAs | $67,254.40 | 85.80 | 64.35 | 1,045.13 |

Your equity award was calculated based on compensation of $523,773, where total compensation includes salary, bonus and other forms of eligible compensation.

All terms and conditions of equity awards, including those relating to vesting and forfeiture, are subject to controlling plan documents, including the FY 2004 equity award agreements (expected to be finalized in early 2005), the Employee Incentive Plan and related Prospectus.

## PAYMENT SCHEDULE

| | USD | GBP |
|---|---|---|
| 2004 First Installment | $279,119 | 154,018 |
| Less CSAs | ($67,254) | (37,111) |
| Total Cash Payment (Before Taxes) | $211,865 | 116,907 |

Payable on or about January 31, 2005, in accordance with the terms of the Letter Agreement

## ANNUAL SALARY
Effective Fiscal Year 2005, your annual base salary will be as follows:

Current Annual Salary   135,000 GBP

---

* This summary is provided for informational purposes only. Your compensation, including your notional "2004 performance bonus", is subject to the terms and conditions of your letter agreement dated November 30, 2004 (the "Letter Agreement").
** Your bonus for 2004 is equal to the "First Installment" of your notional "Performance Bonus," per the Letter Agreement.

Note: Except to the extent otherwise provided in your Letter Agreement, all bonus awards and equity awards are contingent on your being employed on the scheduled bonus award date (on or about January 31, 2005) and not having given or received notice of employment termination before that date. If you are not employed on January 31, 2005 or you have given or received notice of employment termination before that date, you will not be eligible to receive a bonus awards (including any special awards) or any equity award for fiscal year 2004.

If you have any additional questions regarding your compensation or personal data, please contact your divisional HR representative.
If you have any questions regarding your equity award, please contact the Compensation Department at (212) 526-8346.

20-Dec-04

# LEHMAN BROTHERS

## Notes to your 2007 Bonus Award Payslip

**STRICTLY PRIVATE AND CONFIDENTIAL**

| | | | |
|---|---|---|---|
| To: | Timothy Wilkinson | Global ID: | 90000776 |
| Dept: | FID - 43639 - Rates Prop-Trading | Payroll: | 070-U |
| Payroll No. | 0172040 | | |
| From: | European Human Resources | Payment Date: | 31st January 2008 |

**Items on the Payslip**

| | GBP |
|---|---|
| Bonus '07 | 628,414.63 |
| **PAYSLIP TOTAL** | **628,414.63** |

**Items NOT shown on the Payslip**

| | |
|---|---|
| CSAs | 644,178.66 |
| Bonus '07 Advance 2nd Instalment | 469,197.77 |
| **SUBTOTAL** | **1,113,376.43** |
| **TOTAL 2007 BONUS** | **1,741,791.06** |

---

**Additional Information**

**Bonus '07:**

Your cash bonus award is taxed via PAYE and will be included in your 2007/8 year-end P60 form.

**CSA Award:**

This represents the Contingent Stock Award ("CSAs") value made under the relevant 2007 plan. A full summary showing all your outstanding awards, together with details of the vesting periods will be available to view on LehmanLive, keyword "equityaward", during the first quarter 2008. All terms and conditions of the CSA Awards are subject to the controlling plan documents, including the FY 2007 equity award agreements (expected to be finalised in early 2008), the 2005 Stock Incentive Plan and related Prospectus.

**Bonus '06 2nd Instalment:**

You will also receive the 2006 Bonus 2nd Instalment of GBP 126,165.41 (USD equivalent 250,776.00)

---

You are advised to keep this document for future reference.    January 2008

# LEHMAN BROTHERS

**LEHMAN BROTHERS**
2006 Total Compensation Statement
**CONFIDENTIAL**

Employee: Wilkinson, Timothy D
Division: FID
Hire Date: 04/29/2002

Stock Program: SVP
Employee Id: 90000776

## COMPENSATION HISTORY

| Compensation Type | | Current - 2006 |
|---|---|---|
| Paid Salary | $ | 244,876 |
| 2006 First Installment | $ | 507,453 |
| Total Compensation | $ | 752,329 |

## EQUITY SUMMARY in USD

| | Equity Component | Market Price | Grant Price | Shares |
|---|---|---|---|---|
| Total CSAs | $ 130,312.25 | $ 77.03 | $ 57.77 | 2,255.71 |

Your equity award was calculated based on compensation of $752,329, where "total compensation" includes salary, bonus and other forms of eligible compensation.

All terms and conditions of equity awards, including those relating to vesting and forfeiture, are subject to controlling plan documents, including the FY 2006 equity award agreements (expected to be finalized in early 2007), the Employee Incentive Plan and related Prospectus.

## PAYMENT SCHEDULE

| | | | |
|---|---|---|---|
| 2006 First Installment | $ | 507,453 | |
| Less CSAs | $ | (130,312) | |
| Total Cash Payment (Before Taxes) | $ | 377,141 | Payable on or about January 31, 2007, in accordance with the terms of the Letter Agreement |
| Total Cash Payment (Before Taxes) | £ | 207,911 | (Local Currency) |

## ANNUAL SALARY

Effective Fiscal Year 2007, your annual base salary will be as follows:

Current Annual Salary   £   135,000

---

* This summary is provided for informational purposes only. Your compensation, including your notional "2006 performance bonus", is subject to the terms and conditions of your letter agreement dated January 16, 2006 (the "Letter Agreement").

** Your bonus for 2006 is equal to the "First Installment" of your notional "2006 Performance Bonus," per the Letter Agreement.

Note: Except to the extent otherwise provided in your Letter Agreement: (1) all bonus awards and equity awards are contingent on your being employed on the scheduled bonus award date (on or about January 31, 2007) and not having given or received notice of employment termination before that date; (2) if you are not employed on January 31, 2007 or you have given or received notice of employment termination before that date, you will not be eligible to receive a bonus awards (including any special awards) or any equity award for fiscal year 2006.

If you have any additional questions regarding your compensation or personal data, please contact your divisional HR representative.

If you have any questions regarding your equity award, please contact the Compensation Department at (212) 526-8346.

14-Dec-06