UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
In re:                                                            :    Chapter 11
                                                                  :    Case No.: 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                      :
                                                                  :    (Jointly Administered)
                                    Debtors.                      :
------------------------------------------------------------------X
In re:                                                            :
                                                                  :
**LEHMAN BROTHERS INC.**,                                         :
                                                                  :    Case No. 08-01420 (JMP) (SIPA)
                                    Debtor.                       :
------------------------------------------------------------------X

**ORDER DENYING JPMORGAN'S MOTION TO STRIKE PORTIONS
OF OBJECTION TO PROOFS OF CLAIM NO. 66462 AGAINST
LEHMAN BROTHERS HOLDINGS INC. AND NO. 4939 AGAINST
LEHMAN BROTHERS INC. REGARDING TRIPARTY REPO-RELATED LOSSES**

**WHEREAS**, Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee" and, together with the Debtors, the "Objectors"), filed the *Objection to Portions of Proofs of Claim No. 66462 Against Lehman Brothers Holdings Inc. and No. 4939 Against Lehman Brothers Inc. of JPMorgan Chase Bank, N.A. Regarding Triparty Repo-Related Losses* on August 31, 2011 (the "Objection");

**WHEREAS,** JPMorgan Chase Bank, N.A. ("JPMorgan") filed the *Response of JPMorgan Chase Bank, N.A. to Objection to Proofs of Claim No. 66462 Against Lehman Brothers Holdings Inc. and No. 4939 Against Lehman Brothers Inc. Regarding Triparty Repo-Related Losses* on November 15, 2011;

-2-

**WHEREAS,** JPMorgan filed a motion to strike certain portions of the Objection (the "Motion to Strike") on February 24, 2012;

**WHEREAS,** this Court has considered the Motion to Strike together with all supporting and opposing briefs, declarations, exhibits, and the oral argument heard on April 26, 2012; and

**WHEREAS,** this Court issued a *Memorandum Decision Denying Motion to Strike Certain Objections to Claim of JPMorgan Chase Bank, N.A. Based on Triparty Repo-Related Losses* (the "Memorandum Decision") on July 3, 2012;

**IT IS HEREBY ORDERED** that for the reasons stated in the Memorandum Decision, the Motion to Strike is denied, without prejudice.

Dated:   New York, New York
         July 16, 2012

                                  *s/ James M. Peck*
                                  HONORABLE JAMES M. PECK
                                  UNITED STATES BANKRUPTCY JUDGE