UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
In re:                                                             :   Chapter 11
                                                                   :   Case No. 08-13555(JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   (Jointly Administered)
                                                                   :
                    Debtors.                                       :   <u>CERTIFICATE OF
                                                                   :   SERVICE</u>
------------------------------------------------------------------ X

I, Brendan Cyr, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 13th day of July 2012, the Notice of Lehman Brothers Special Financing Inc. Working Group's Application for Entry of an Order, Pursuant to 11 U.S.C. §§503(b)(3)(D) and 503(b)(4) for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution in these Cases was served by Federal Express and by hand, as indicated, upon:

**BY FEDERAL EXPRESS**

Brady C. Williamson, Esq.
Katherine Stadler, Esq.
Godrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, Wisconsin  53703

**BY HAND**

John Suckow
William Fox
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, NY  10020

Harvey Miller, Esq.
Richard P. Krasnow, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Tracy Hope Davis, Esq.
Elisabetta G. Gasparini, Esq.
Andrea B. Schwartz, Esq.
Office of the US Trustee
for the Southern District of New York
33 Whitehall Street, 22nd Floor
New York, New York 10004

2. This service was made by assistant managing clerks of this firm under my general supervision.

Dated: New York, New York
July 16, 2012

_____
Brendan Cyr