WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re**                                            :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
Debtors.                        :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

### CORRECTED NOTICE OF ADJOURNMENT
### *SINE DIE* OF THE THREE HUNDRED FOURTEENTH
### OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)

**PLEASE TAKE NOTICE** that the hearing to consider the Three Hundred Fourteenth Objection to Claims (late-filed claims) [ECF No. 28435] that was scheduled for July 19, 2012, at 10:00 a.m. (Prevailing Easter Time), **has been adjourned to a date to be determined**.

Dated:  July 16, 2012
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and certain of its affiliates

US_ACTIVE:\44052112\1\58399.0011