WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
:
**In re**                                                              :     **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :     **08-13555 (JMP)**
:
               Debtors.                                    :     **(Jointly Administered)**
:
:
-------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT *SINE DIE* OF
### THREE HUNDRED ELEVENTH OMNIBUS OBJECTION TO CLAIMS
### (NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Eleventh Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for July 19, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to a date to be determined** (the "Hearing"). Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases, will provide notice of the new date and time of the Hearing by (a) filing a notice of hearing with the Court and (b) serving the same upon (i) the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) each claimant listed on Exhibit A; and (vi) all other parties entitled to notice in accordance with the

procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [ECF No. 9635].

Dated: July 16, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 38 | 17108 | 29170 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 38 | 17109 | 29170 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 15 | 17110 | 29170 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 15 | 17111 | 29170 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 16 | 17112 | 29170 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 16 | 17145 | 29170 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 39 | 17146 | 29170 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 39 | 17147 | 29170 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 83 | 17148 | 29170 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 83 | 17149 | 29170 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 37 | 17150 | 29170 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 37 | 17151 | 29170 |

| **Claimant Name** | **Claim Number** | **Claimant Response ECF No.** |
|---|---|---|
| STATE OF LOUISIANA, DEPARTMENT OF TREASURY, TOBACCO SETTLEMENT FINANCING CORPORATION | 42907 | 29216 |
| STATE OF LOUISIANA, DEPARTMENT OF TREASURY, TOBACCO SETTLEMENT FINANCING CORPORATION | 42908 | 29216 |
| U.S. BANK NATIONAL ASSOCIATION | 31059 | 29391 |
| U.S. BANK NATIONAL ASSOCIATION | 31060 | 29392 |