CT
a Wolters Kluwer business

CT
111 Eighth Avenue
13th Floor
New York, NY 10011

212.894.8960 tel



03, 2012

Jacqueline Marcus
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

Re: In Re: Lehman Brothers Holdings Inc., et al., Dfts. // To: Merrill Lynch International Global Equity Finance

Case No. 0813555JMP

Dear Sir/Madam:

We are herewith returning the Notice(s), Motion(s), Order(s), Exhibit(s) which we received regarding the above captioned matter.

Merrill Lynch International Global Equity Finance is not listed on our records or on the records of the State of NY.

Very truly yours,

Christopher Tilton
Service of Process Head

Log# 520804425

cc: Southern District of New York - U.S. Bankruptcy Court
One Bowling Green,
New York, NY 10004