**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
866 414 2350 toll free
www.ctcorporation.com

July 05, 2012

Epiq Bankruptcy Solutions, LLC
PO Box 4470,
Suite 150,
Beaverton, OR  97076

Re:  Lehman Brothers Holdings Inc., et al., Debtors // To: Liberty Square CDO II, Corp.

Case No.  0813555(JMP)

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for Liberty Square CDO II, Corp.

Liberty Square CDO II, Corp. is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Scott LaScala
Section Head Process

Log# 520805434



RECEIVED

JUL - 9 2012

U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

cc:  Southern District of New York - U.S. Bankruptcy Court
     Alexander Hamilton Custom House,
     One Bowling Green,
     New York, NY  10004-1408