Barry J. O'Brien
22 Meadowbrook Road
Short Hills, NJ 07078
(973) 376-8241

June 30, 2012

Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004

RE:   Barry J. O'Brien
      Case Number 08-13555
      Omnibus Objection 318
      Claim # 31941
      Claim Amount: $19,410

Honorable James M. Peck:

Please note that Barry J. O'Brien objects to the 318th Omnibus Objection to Claims to disallow and expunge my claim which was filed on September 22, 2009. The claim relates to investments in three of the Lehman Brothers Private Equity Capital Partners Funds, the investment vehicles for Lehman Brothers employees.

It is my understanding that the Capital Partners Funds are separate legal entities from Lehman Brothers Holdings Inc ("LBHI"), Lehman Brothers Inc. or any of the other Lehman entities that have either filed chapter 11 cases or been the subject of similar proceedings in the U.S. or in certain foreign countries.

The Capital Partners Funds are not included as part of any of these filings or proceedings. Although the assets owned by the partnerships are segregated from the assets of LBHI, assets in a few funds – most notably, MLP Opportunity Capital Partners L.P., and to a lesser extent, CDO Capital Partners L.P. and European Mezzanine Capital Partners, L.P. and their affiliated vehicles – have been affected by the chapter 11 and other proceedings to varying degrees.

Please let the claimant know if you require any additional information.

Thank you.

Sincerely,

*[signature]*

Barry J. O'Brien

RECEIVED
JUL - 5 2012
U.S. BANKRUPTCY COURT, SDNY
JMP

[illegible]