# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

**Peter Gruenberger**
212-310-8555
peter.gruenberger@weil.com

July 17, 2012

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Re: **ADR Procedures Order Dated 9/17/09 ("Order")**
    **Thirty-second Status Report**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the thirty-second) to the Court pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. Debtors will file this report on the docket in advance of the July 18, 2012 omnibus hearing.

In the just-ended 30-day period, Debtors served two additional ADR Notices in Tier I. When added to the total Notices served in Tier Two, the total number of Notices served is now 250. During the immediately past reporting period, Debtors achieved settlements with counterparties in two ADR matters, one as a result of mediation. Upon closing of such settlements, Debtors will have received an aggregate total of $1,164,213,824 new dollars for the Debtors' estates. Settlements have been achieved in 206 ADR matters involving 228 counterparties.

Honorable James M. Peck  
July 17, 2012  
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 79 ADR matters that have reached the mediation stage and have been concluded, 75 have been settled in mediation. Only four mediations have terminated without settlement. Seven additional mediations have been scheduled to commence on the following dates: August 22, 28 and 28; September 11 and 25; October 4; and November 6, 2012.

Respectfully submitted,

Peter Gruenberger  
WEIL, GOTSHAL & MANGES LLP  
Attorneys for Debtors  
and Debtors in Possession

PG:mp

cc: Jacob Esher, Esq.  
    James Freund, Esq.  
    David Geronemus, Esq.  
    Ralph Mabey, Esq.  
    David Cohen, Esq.  
    (all cc's via E-mail)