**CT**
a Wolters Kluwer business

CT
111 Eighth Avenue
13th Floor
New York, NY 10011

212.894.8960 tel

July 03, 2012

William A. Maher
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Re:  Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc., Pltf. vs. Bank of America National Association, et al., Dfts. To: Merrill Lynch International Global Equity Finance

Case No.  0813555JMP

Dear Sir/Madam:

We are herewith returning the Notice(s), Memorandum(s), Table(s), Exhibit(s) which we received regarding the above captioned matter.

Merrill Lynch International Private Finance Limited is not listed on our records or on the records of the State of NY.

Very truly yours,


Christopher Tilton
Service of Process Head

Log# 520804330

cc: Southern District of New York - U.S. Bankruptcy Court
    One Bowling Green,
    New York, NY  10004



RECEIVED
JUL -9 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK