UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In Re:                                                                          Case No.   08-13555 (JMP)

**LEHMAN BROTHERS HOLDINGS INC.,**
*et al.*,
                                      Debtor.
---------------------------------------------------------X

## REQUEST TO BE REMOVED FROM ELECTRONIC NOTICING

**Robert R. Leinwand**, a partner in the firm of **Robinson Brog Leinwand Greene Genovese & Gluck P.C.**, hereby requests that the following email addresses be eliminated from the electronic notice procedures of the Clerk's office.

        **Robert R. Leinwand**
        rrl@robinsonbrog.com ; rleinwand@yahoo.com

**Robert M. Sasloff**, of counsel to the firm of **Robinson Brog Leinwand Greene Genovese & Gluck P.C.**, hereby requests that the following email addresses be eliminated from the electronic notice procedures of the Clerk's office.

        **Robert M. Sasloff**
        rms@robinsonbrog.com

**Dated:** New York, New York
          July 17, 2012

| ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C. | ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C. |
|---|---|
| By/S/Robert R. Leinwand | By:/S/Robert M. Sasloff |
| **Robert R. Leinwand** | **Robert M. Sasloff** |
| 875 Third Avenue, 9th Floor | 875 Third Avenue, 9th Floor |
| New York, New York 10022 | New York, New York 10022 |
| Tel. No.: 212-603-6300 | Tel. No.: 212-603-6300 |

0583371