**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Tel: 212-705-7000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    Case No. 08-13555 (JMP)
                                                :
                    Debtors.                    :    **CERTIFICATE OF SERVICE**
                                                :
-----------------------------------------------------------x

David Marcus, an attorney admitted to this Court, hereby certifies under penalty of perjury that on July 16th, 2012 I caused Deutsche Bank AG's Response to the Two Hundred Ninety-Ninth Omnibus Claim Objection to Claim No. 26969 to be served via the Court's Electronic Case Filing system and on July 17th 2012, by hand delivery on the following:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attention: Jacqueline Marcus, Esq.
           Mark Bernstein, Esq.

Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004
Attention: Tracy Hope Davis, Esq.
           Elisabetta Gasparini, Esq.
           Andrea B. Schwartz, Esq

                                                          /s/ David Marcus
                                                          David Marcus

A/72692058.1