B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT

### Southern District Of New York

In re Lehman Brothers Holdings Inc.,                    Case No. 08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| TCA Event Investments S.a.r.l. | Deutsche Bank AG, London Branch |
| Name and Address where notices to transferee should be sent:<br><br>TCA Event Investments S.a.r.l.<br>c/o Taconic Capital Advisors LP<br>450 Park Avenue, 8th Floor<br>NY, NY 10022<br>Attention : Elizabeth Keeley<br>Phone: 212 209-3119<br>e-mail: ekeeley@taconiccap.com | Court Claim # (if known): 15317<br><br>Amount of Claim: US$1,434,591.00 of a total amount of US$16,163,665.07 specified on the Court Claim<br><br>Date Claim Filed: 17 September 2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date: 16 July 2012

Transferee        **Kelly Hampaul**
                 **Principal**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**(2) Evidence of Transfer of Claim**

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Deutsche Bank AG, London Branch ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to TCA Event Investments S.a.r.l. ("Purchaser") its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of US$1,434,591.00 under a guarantee from Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 15317) filed by Duesseldorfer Hypothekenbank AG with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.    Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 16ᵗ day of July 2012.

TCA EVENT INVESTMENTS S.A.R.L.
By: Taconic Capital Advisors L.P., acting as special proxyholder

By: _____

Name:    **Kelly Hampaul**
         **Principal**

Title:

DEUTSCHE BANK AG, LONDON BRANCH

By: _____

Name:    Philipp Roever
         Vice President

Title:

By: _____

Name:    Michael Sutton
         Managing Director

Title: