B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>TCA EVENT INVESTMENTS S.A.R.L.</u><br>Name of Transferee | <u>BARCLAYS BANK PLC</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>21954</u><br>Amount of Claim as Filed: <u>$69,891,531.14</u><br>Amount of Claim Transferred: <u>$2,329,717.70</u><br>Date Claim Filed: <u>9/21/09</u><br>Debtor: <u>Lehman Brothers Holdings Inc.</u> |

TCA Event Investments S.a.r.l.
c/o Taconic Capital Advisors LP
450 Park Avenue, 8th Floor
New York, NY 10022
Attention: Alexandra Grigos
Phone: 212 209-3125
Fax: 212-209-3189
Email: agrigos@taconiccap.com

Phone:_____
Last Four Digits of Acct #: _____

Phone:_____
Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

733792v.1 9999/00999

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

TCA Event Investments S.a.r.l.

By: Taconic Capital Advisors L.P., acting as special proxyholder

By: _____     Date: _____
    Name of Transferee/Transferee's Agent

**Kelly Hampaul**
**Principal**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

733792v.1 9999/00999