**CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

### NOTICE OF FURTHER ADJOURNMENT OF PLAN ADMINISTRATOR'S OBJECTION TO CLAIM OF AIG GLOBAL SERVICES, INC. F/K/A AIG TECHNOLOGIES, INC. (CLAIM NO. 66918)

**PLEASE TAKE NOTICE** that the hearing on the Plan Administrator's Objection to Claim of AIG Global Services, Inc. f/k/a AIG Technologies, Inc. (Claim No. 66918) (the "Objection"), that was scheduled for July 19, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to August 23, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further

12613334

adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: July 17, 2012
      New York, New York

                               **CURTIS, MALLET-PREVOST,**
                                **COLT & MOSLE LLP**

                            By: */s/ L. P. Harrison 3rd*
                                L. P. Harrison 3rd
                                Cindi Eilbott Giglio
                        101 Park Avenue
                        New York, New York 10178-0061
                        (212) 696-6000

                        *Counsel for Lehman Brothers Holdings Inc.*