**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------------x | | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | (Jointly Administered) |
| ------------------------------------------------------------------x | | |

**NOTICE OF ADJOURNMENT *SINE DIE* OF DEBTORS'
TWO HUNDRED THIRTY-SIXTH OMNIBUS OBJECTION
TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)**

       **PLEASE TAKE NOTICE** that the hearing on Debtors' Two Hundred Thirty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) (the "Objection"), that was scheduled for July 19, 2012, at 10:00 a.m. (Prevailing Eastern Time) with respect to the proofs of claim identified on **Exhibit A** attached hereto **has been adjourned to a date to be determined.**

-2-

**PLEASE TAKE FURTHER NOTICE** that the deadline to respond to the Objection with respect to each proof of claim has been extended to **August 9, 2012 at 4:00 p.m. (Prevailing Eastern Time)**.

Dated: July 17, 2012
      New York, New York

**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**

By: __/s/ L. P. Harrison 3rd__
    L. P. Harrison 3rd
    Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.*

11699183

# EXHIBIT A

## Adjourned Claims:

| Claimant | Claim Number |
|---|---|
| European Aeronautic Defence & Space Company EADS N.V.<br><br>Transferees:<br>Barclays Bank PLC; Ore Hill Hub Fund Ltd.; PMT Credit Opportunities Fund Ltd.; Wilshire Institutional Master Fund II SPC | 15365 |
| Programma Dinamico S.p.A.<br><br>Transferee:<br>Goldman Sachs Lending Partners LLC | 18658 |
| Programma Dinamico S.p.A.<br><br>Transferee:<br>Goldman Sachs Lending Partners LLC | 19274 |

11699183