B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.　　　Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TCA OPPORTUNITY INVESTMENTS S.A.R.L. | BARCLAYS BANK PLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

TCA Opportunity Investments S.a.r.l.
c/o Taconic Capital Advisors LP
450 Park Avenue, 8th Floor
New York, NY 10022
Attention: Alexandra Grigos
Phone: 212 209-3125
Fax: 212-209-3189
Email: agrigos@taconiccap.com

Court Claim # (if known): 21954
Amount of Claim as Filed: $69,891,531.14
Amount of Claim Transferred: $20,967,459.34
Date Claim Filed: 9/21/09
Debtor: Lehman Brothers Holdings Inc.

Phone:_____
Last Four Digits of Acct #: _____

Phone:_____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

733794v.1 9999/00999

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

TCA Opportunity Investments S.a.r.l.

By: Taconic Capital Advisors L.P., acting as special proxyholder

By: _____    Date: _____
Name of Transferee/Transferee's Agent

**Kelly Hampaul**
**Principal**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

733794v.1 9999/00999