**CURTIS, MALLET-PREVOST,
   COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re                                                     : | Chapter 11 Case No. |
|                                                                  : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  : | **08-13555 (JMP)** |
|                                                                  : | |
| Debtors.                                          : | (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF FURTHER ADJOURNMENT OF THE TWO HUNDRED
EIGHTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing on the Two Hundred Eightieth Omnibus Objection to Claims (No Liability Claims) (the "Objection"), that was scheduled for July 19, 2012, at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned, solely as to the claim listed on Exhibit A attached hereto, to August 23, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such

12614708

Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: July 17, 2012
      New York, New York

                                    **CURTIS, MALLET-PREVOST,**
                                      **COLT & MOSLE LLP**

By: */s/ L. P. Harrison 3rd*
      L. P. Harrison 3rd
      Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.*

-2-

12614708

# EXHIBIT A

## Adjourned Claim

| Claimant | Claim Number |
|---|---|
| Brookfield Properties One WFC Co. LLC | 30077 |

12614708