```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,                           :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
                       Debtors.                                  :
                                                                 :
-----------------------------------------------------------------x   Ref. Docket Nos. 28596, 28597,
                                                                     29103, 29188, 29202, 29205, 29206,
                                                                     29209, 29213, 29214
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 9, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
17th day of July, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 29463    Filed 07/17/12    Entered 07/17/12 16:24:52    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DEITSCHE SECURITIES INC.
      TRANSFEROR: SATO PHARMACEUTICAL CO., LTD.
      SANNO PARK TOWER 2-11-1 NAGATACHO
      CHIYODA-KU, TOKYO
      100-6171
      JAPAN
```

Please note that your claim # 58083 in the above referenced case and in the amount of
    $14,302,500.00   allowed at $14,132,234.89        has been transferred **(unless previously expunged by court order)**

```
      DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: DEITSCHE SECURITIES INC.
      ATTENTION: MICHAEL SUTTON
      WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
      LONDON EC2N 2DB
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 29206       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/09/2012                      Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 9, 2012.

# EXHIBIT B

```
TIME: 16:12:52                                                                                                          PAGE:   1
DATE: 07/09/12                              LEHMAN BROTHERS HOLDING INC.
                                                 CREDITOR LISTING
```

| Name | Address |
|---|---|
| AHORRO CORPORACION FINANCIERA, S.V., S.A. | ATTN: FRANCISCO COLOMO/BLANCA RIVILLA PASEO DE LA CASTELLANA, 89, 10TH FLOOR MADRID 28046 SPAIN |
| AHORRO CORPORACION FINANCIERA, S.V., S.A. | JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| BPCE | F/K/A CAISSES D'EPARGNE PARTICIPATIONS ATTN: NICOLAS DUHAMEL 50, AVENUE PIERRE MENDES FRANCE 75201 PARIS CEDEX 13 FRANCE |
| BPCE | VANESSA TOLLIS, ESQ. GIDE LOYRETTE NOUEL LLP 120 W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036 |
| CVF LUX MASTER SARL | TRANSFEROR: AHORRO CORPORACION FINANCIERA, S.V., S.A. C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| DEITSCHE SECURITIES INC. | TRANSFEROR: SATO PHARMACEUTICAL CO., LTD. SANNO PARK TOWER 2-11-1 NAGATACHO CHIYODA-KU, TOKYO 100-6171 JAPAN |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DEITSCHE SECURITIES INC. ATTENTION: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LANDESBANK BERLIN AG (FKA BANKGESELLSCHAFT BERLIN AG) C/O DEUTSCHE BANK SECURITIES, INC. 60 WALL ST., 3RD FLOOR ATTN: MATTHEW WEINSTEIN NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LANDESBANK BERLIN AG (FKA BANKGESELLSCHAFT BERLIN AG) C/O DEUTSCHE BANK SECURITIES, INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC STERLING HATHAWAY EMPYREAN CAPITALPARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOCIETE GENERALE ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HAIN CAPITAL HOLDINGS, LTD | TRANSFEROR: VLASIC INVESTMENTS, L.L.C. ATTN: GANNA LIBERCHUK 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: BPCE C/O NOMURA AMERICAS ATTN: PAMELA OH 2 WORLD FINANCIAL CENTER BUILDING 2, FLOOR 21 NEW YORK NY 10281 |
| NOTENSTEIN PRIVATBANK AG | TRANSFEROR: WEGELIN & CO, PRIVATBANKIERS BOHL 17 ST. GALLEN CH-9004 SWITZERLAND |
| SATO PHARMACEUTICAL CO., LTD. | TRANSFEROR: BERYL FINANCE LIMITED SERIES 2008-1 1-5-27 MOTO-AKASAKA MINATO-KU TOKYO 107-0051 JAPAN |
| VLASIC INVESTMENTS, L.L.C. | GREGORY M. RYAN BODMAN PLC 6TH FL. AT FORD FIELD 1901 ST. ANTOINE STREET DETROIT MI 48226 |
| VLASIC INVESTMENTS, L.L.C. | C/O MICHAEL A. VLASIC 38710 NORTH WOODWARD SUITE 100 BLOOMFIELD HILLS MI 48304 |
| WEGELIN & CO, PRIVATBANKIERS | BOHL 17 ST. GALLEN 9004 SWITZERLAND |

Total Number of Records Printed    20

EPIQ BANKRUPTCY SOLUTIONS, LLC