UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                    Debtors.                                     :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket No. 28659, 28665,
                                                                      28683, 29182, 29183, 29186

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 9, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          /s/ Lauren Rodriguez
                                                          Lauren Rodriguez

Sworn to before me this
17th day of July, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfers 28659, 28665, 28683, 29182, 29183, 29186_Aff 07-09-12.doc

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   DOPPENBERG, A.F.J.
              FERGUUTGAARDE 7
              APELDOORN 7329 BG NETHERLANDS

Additional:

Transferee:   MR. J. KAPTEIN
              STICHTING THE IAMAX VALUE FOUNDATION
              KEIZERSGRACHT 268
              AMSTERDAM 1016 EV NETHERLANDS

**Your transfer   of claim #   64419   is defective for the reason(s) checked below:**

Expunged By Court Order

Docket Number 28665            Date 06/14/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 9, 2012.

# EXHIBIT B

```
TIME: 16:13:41                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE: 1
DATE: 07/09/12                                                CREDITOR LISTING

Name                                    Address
DOPPENBERG, A.F.J.                      FERGUUTGAARDE 7 APELDOORN  7329 BG NETHERLANDS
GOLDMAN SACHS LENDING PARTNERS LLC      TRANSFEROR: SOCIETE GENERALE ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HEIJLTJES, M.J.F.                       HAAGBEUKSTRAAT 3 NIJMEGEN  6523 GK NETHERLANDS
MR. J. KAPTEIN                          STICHTING THE IAMAX VALUE FOUNDATION KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
MR. J. KAPTEIN                          STICHTING THE IAMEX VALUE FOUNDATION KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
SCHRADER, A.M.                          PASTEL 32 CAPELLE A/D IJSSEL  2907 ZD NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION    ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
VINCENT CONLEY                          C/O WATERSTONE CAPITAL MANAGEMENT, LP 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447

Total Number of Records Printed       8
```

EPIQ BANKRUPTCY SOLUTIONS, LLC