STAMELL & SCHAGER, LLP
One Liberty Plaza, 35th Floor
New York, NY 10006-1404
Telephone: (212) 566-4047
Facsimile: (212) 566-4061
Email: schager@ssnyc.com
Richard J. Schager, Jr.

*Attorneys for Claimant(s)*
*Michael K. McCully, Michael Mullen, et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :    08-13555 (JMP)
                                                               :
                        Debtors.                               :    (Jointly Administered)
                                                               :
-------------------------------------------------------------- x

**SECOND SUPPLEMENT TO RESPONSES OF MICHAEL K. MCCULLY, MICHAEL J. MULLEN, ET AL., IN OPPOSITION TO DEBTORS' 313th OMNIBUS OBJECTIONS TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS), ON BEHALF OF CLAIMANTS PATRICIA M. LUKEN AND MICHAEL J. PETRUCELLI**

This Second Supplement to the Statement of Opposition to the Debtors' 313th **Omnibus Objection** is submitted on behalf of Claimants Patricia M. Luken and Michael J. Petrucelli. Each of the Claimants is submitting a supporting affidavit, filed as an Exhibit to this Opposition and each has been added to the list of Claimants shown as Exhibit A to the original Responses in Opposition to Debtors' 313th Omnibus Objection, Doc. 29254. A revised list of Claimants is attached hereto as [Second Revised] Exhibit A.

Under cover of this Supplement Claimants Luken and Petrucelli hereby submit their Affirmations in Support of the Response in Opposition of Claimants Michael K. McCully and Michael J. Mullen, et al., Doc. 29254, filed on July 6, 2012.

On July 12, 2012, Debtors filed and served a Notice of Adjournment of the date set for hearing on the 313th Omnibus Objection from July 19, 2012 to August 23, 2012. As a consequence of this 35-day adjournment, Debtors suffer no prejudice from this submission on behalf of Claimants Luken and Petrucelli 11 days after the original filing date set forth in the 313th Omnibus Objection.

Respectfully submitted,

By: _____
Richard J. Schager, Jr.
STAMELL & SCHAGER LLP
One Liberty Plaza, 35th Floor
New York, New York 10006-1404
Telephone: (212) 566-4057
Facsimile: (212) 566-4061
schager@ssnyc.com

July 17, 2012

# [SECOND REVISED] EXHIBIT A

SUPPLEMENT TO RESPONSES OF MICHAEL K. McCULLY,
MICHAEL J. MULLEN, ET AL., IN OPPOSITION TO
DEBTORS 313th OMNIBUS OBJECTION,
(OPPOSITION TO DOCKET 28433)

| CLAIMANTS | CLAIM NOS. |
|---|---|
| BIRASCHI, PAOLA | 34980 |
| BREWER, KAREN | 11297 |
| BROADBENT, WILLIAM | 65126 |
| COLLIER, MICHAEL | 11588 |
| D'AMADEO, JOSEPH | 19076 |
| DE JESUS, NESTOR | 34492 |
| DMUCHOWSKI, JOHN | 33401 |
| ENGEL, STEVEN | 15255 |
| GOLDBERG, LOUISE | 19518 |
| GRAVES, ADRIAN | 24498 |
| HAHN-COLBERT, SANDRA | 39728 |
| HOWARD, NICHOLAS | 28279 |
| KING, HARRIET CHAN | 34546 |
| LEWIS, SARAH | 8812 |
| LUKEN, PATRICIA | 22763 |
| McCULLY, MICHAEL | 65949 |
| McGEE, HUGH | 31081 |
| MULLEN, MICHAEL | 27599 |
| NEVILLE, IAN | 31678 |

| CLAIMANTS | CLAIM NOS. |
|---|---|
| OLIVIER, HELMUT | 14855 |
| PATTERSON, MARTIN | 16289 |
| PETRUCELLI, MICHAEL | 5770 |
| SANTODOMINGO, ALVARO | 19947 |
| SEWARD, BRIAN | 11590 |
| SHAPIRO, ROSS | 31374 |
| SMITH, MARGARET | 11054 |
| SNELLING, STEPHEN | 8813 |
| WARD, PETER | 9915 |
| WECKER, JEFFREY | 29718 |
| WILKINSON, TIMOTHY | 34829 |