UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                                Debtors.                         :
                                                                 :
------------------------------------------------------------------x    Ref. Docket Nos. 28959, 29103,
                                                                       29178, 29203, 29204, 29243, 29245,
                                                                       29246, 29248, 29249, 29251-29253,
                                                                       29261, 29270, 29274

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 10, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
17th day of July, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 29468    Filed 07/17/12    Entered 07/17/12 17:29:20    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                            |
In re                                       |   Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |   08-13555 (JMP)
                                            |
                                            |   (Jointly Administered)
          Debtors.                          |
                                            |
_____ |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  CITIGROUP FINANCIAL PRODUCTS, INC.                        CITIGROUP FINANCIAL PRODUCTS, INC.
          TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
          ATTN: ROHIT BANSAL                                        ATTN: DOUGLAS R. DAVIS
          390 GREENWICH STREET, 4TH FLOOR                           1285 AVENUE OF THE AMERICAS
          NEW YORK NY 10013                                         NEW YORK NY 10019
```

Please note that your claim # 17423 in the above referenced case and in the amount of
       $111,150,054.02   allowed at $76,000,000.00        has been transferred **(unless previously expunged by court order)**

```
          EMPYREAN INVESTMENTS, LLC
          TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC.
          STERLING HATHAWAY
          EMPYREAN CAPITAL PARTNERS, LP
          10250 CONSTELLATION BLVD., STE 2950
          LOS ANGELES CA 90067
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 29270      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/10/2012                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 10, 2012.

**EXHIBIT B**

```
TIME: 12:45:57                                              LEHMAN BROTHERS HOLDING INC.                                                           PAGE:   1
DATE: 07/10/12                                                    CREDITOR LISTING

Name                                            Address
B-PRIVATSTIFTUNG                                KARL GEERCKEN ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10016
B-PRIVATSTIFTUNG                                FUHRICHGASSE 6 WIEN   1010 AUSTRIA
BANCA DEL PIEMONTE CON UNICO SOCIO              (ON BEHALF OF ITS CLIENTS) FAO: ILARIA SICA VIA CERNAIA, 7 TORINO   10121 ITALY
 S.P.A.
BANCA DI CREDITO COOPERATIVO DI ALBA,           ATTN: MR. MARIO MUSSO CORSO ITALIA, 4 ALBA (CUNEO)   12051 ITALY
 LANGHE E ROERO S.C.
BANCA FIDEURAM S.P.A.                           TRANSFEROR: SANTANDER PRIVATE BANKING SPA, AS AGENT ATTN: EMANUELE CASTRO LEGAL DEPARTMENT P.LE G. DOUHET 31 ROMA   00143 ITALY
BANCA ZARATTINI & CO SA                         TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: COMPLIANCE AND BACK OFFICE DEPT. VIA PRETORIO 1 LUGANO   6904 SWITZERLAND
BANCO DI CREDITO P. AZZOAGLIO S.P.A.            TRANSFEROR: BANCA DEL PIEMONTE CON UNICO SOCIO S.P.A. 17 VIA A. DORIA CEVA (CN)   12073 ITALY
CAPITAL PARTNERS SECURITIES CO., LTD            TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: FUMIO KOJIMA ASAHI BUILDING, 6TH FLOOR 3-12-2 NIHONBASHI, CHUO-KU TOKYO   103-0027 JAPAN
CASSA LOMBARDA S.P.A.                           VIA A MANZONI 12/16 MILANO   20121 ITALY
CITIGROUP FINANCIAL PRODUCTS, INC.              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.              TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CREDITO PRIVATO COMMERCIALE SA                  VIA ZURIGO 46 LUGANO   6901 SWITZERLAND
ELLIOTT ASSOCIATES, L.P.                        TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                     TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
EMPYREAN INVESTMENTS, LLC                       TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950
                                                LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                       TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950
                                                LOST ANGELES CA 90067
MERRILL LYNCH INTERNATIONAL                     TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. ATTN: JAMES RUSSELL 2 KING EDWARD STREET
                                                LONDON   EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL                     TRANSFEROR: CASSA LOMBARDA S.P.A. ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON   EC1A 1HQ UNITED KINGDOM
NOTENSTEIN PRIVATBANK AG                        TRANSFEROR: WEGELIN & CO BOHL 17 ST. GALLEN   CH-9004 SWITZERLAND
NOTENSTEIN PRIVATBANK AG                        TRANSFEROR: WEGELIN & CO. BOHL 17 ST. GALLEN   CH-9004 SWITZERLAND
SANTANDER PRIVATE BANKING SPA, AS AGENT         DLA PIPER SPAIN S.L. ATTN: MARIA SEGIMON, ESQ. PASEO DE LA CASTELLANA, 35-2 MADRID   28046 SPAIN
SANTANDER PRIVATE BANKING SPA, AS AGENT         ATTN: SERENA ROVERI VIA SENATO 28 20121 MILANO   ITALY
SANTANDER PRIVATE BANKING SPA, AS AGENT         DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
UBS AG, LONDON BRANCH                           TRANSFEROR: CAPITAL PARTNERS SECURITIES CO., LTD ATTN: KAZUYA ICHIKAWA AND MARIE MIYAZAWA (TOKYO) 1 FINSBURY AVENUE
                                                LONDON   EC2M 2PP UNITED KINGDOM
WEGELIN & CO                                    TRANSFEROR: CREDIT SUISSE PRIVATBANKIERS BOHL 17 ST GALLEN   CH-9004 SWITZERLAND
WEGELIN & CO.                                   TRANSFEROR: CLARIDEN LEU LTD PRIVATBANKIERS BOHL 17 ST. GALLEN   CH-9004 SWITZERLAND
WEGELIN & CO.                                   TRANSFEROR: CREDIT SUISSE PRIVATBANKIERS BOHL 17 ST. GALLEN   CH-9004 SWITZERLAND
YORVIK PARTNERS LLP                             TRANSFEROR: B-PRIVATSTIFTUNG 11 IRONMONGER LANE LONDON   EC2V 8EY UNITED KINGDOM


Total Number of Records Printed      28                                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```