**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------------x    **Ref. Docket Nos. 29342, 29344-29346**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 11, 2012, I caused to be served the following:

    a)  "Notice of Amendment to Exhibit A to the Three Hundred Sixteenth Omnibus Objection to Claims (Reduce and Allow Claims)," dated July 11, 2012 [Docket No. 29342], (the "Notice of Amendment"),

    b)  "Notice of Adjournment of the Two Hundred Ninety-Seventh Omnibus Objection to Claims (Invalid or No Blocking Number LPS Claims) Solely as to Certain Claims," dated July 11, 2012 [Docket No. 29344], (the "NOA 297th Omnibus"),

    c)  "Notice of Adjournment of the Three Hundred Sixth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated July 11, 2012 [Docket No. 29345], (the "NOA 306th Omnibus"), and

    d)  "Notice of Withdrawal of the Three Hundred Twenty-Fourth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated July 11, 2012 [Docket No. 29346], (the "NOW 324th Omnibus"),

by causing true and correct copies of the following:

   i.    Notice of Amendment, NOA 297th Omnibus, NOA 306th Omnibus and  to be NOW 324th Omnibus, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

   ii.   Notice of Amendment, NOA 297th Omnibus, NOA 306th Omnibus and  to be NOW 324th Omnibus, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>,

   iii.   Notice of Amendment, NOA 297th Omnibus, NOA 306th Omnibus and  to be NOW 324th Omnibus, to be delivered via facsimile to the party listed on the annexed <u>Exhibit C</u>,

   iv.   Notice of Amendment, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the party listed on the annexed <u>Exhibit D</u>,

   v.    NOA 297th Omnibus, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit E</u>,

   vi.   NOA 306th Omnibus, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit F</u>, and

   vii.   NOW 324th Omnibus, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ *Konstantina Haidopoulos*</u>
Konstantina Haidopoulos

Sworn to before me this
12th day of July, 2012
<u>/s/ *Cassandra Murray*</u>
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

## Email Addresses

| | |
|---|---|
| aaaronson@dilworthlaw.com | arosenblatt@chadbourne.com |
| aalfonso@willkie.com | arthur.rosenberg@hklaw.com |
| abeaumont@fklaw.com | arwolf@wlrk.com |
| abraunstein@riemerlaw.com | aseuffert@lawpost-nyc.com |
| acaton@kramerlevin.com | ashaffer@mayerbrown.com |
| acker@chapman.com | ashmead@sewkis.com |
| adam.brezine@hro.com | asnow@ssbb.com |
| adarwin@nixonpeabody.com | aunger@sidley.com |
| adiamond@diamondmccarthy.com | austin.bankruptcy@publicans.com |
| aeckstein@blankrome.com | avenes@whitecase.com |
| aentwistle@entwistle-law.com | azylberberg@whitecase.com |
| afriedman@irell.com | bankr@zuckerman.com |
| agbanknewyork@ag.tn.gov | bankruptcy@goodwin.com |
| aglenn@kasowitz.com | bankruptcy@morrisoncohen.com |
| agold@herrick.com | bankruptcy@ntexas-attorneys.com |
| agoldstein@tnsj-law.com | bankruptcymatters@us.nomura.com |
| ahammer@freebornpeters.com | barbra.parlin@hklaw.com |
| aisenberg@saul.com | bbisignani@postschell.com |
| akantesaria@oppenheimerfunds.com | bcarlson@co.sanmateo.ca.us |
| akolod@mosessinger.com | bdk@schlamstone.com |
| akornikova@lcbf.com | bguiney@pbwt.com |
| alum@ftportfolios.com | bill.freeman@pillsburylaw.com |
| amarder@msek.com | bkmail@prommis.com |
| amartin@sheppardmullin.com | bmanne@tuckerlaw.com |
| amcmullen@boultcummings.com | bmiller@mofo.com |
| amenard@tishmanspeyer.com | boneill@kramerlevin.com |
| anann@foley.com | brian.corey@greentreecreditsolutions.com |
| andrew.brozman@cliffordchance.com | brosenblum@jonesday.com |
| andrew.lourie@kobrekim.com | broy@rltlawfirm.com |
| angelich.george@arentfox.com | bruce.wright@sutherland.com |
| ann.reynaud@shell.com | bstrickland@wtplaw.com |
| anthony_boccanfuso@aporter.com | btrust@mayerbrown.com |
| aoberry@bermanesq.com | bturk@tishmanspeyer.com |
| aostrow@beckerglynn.com | bwolfe@sheppardmullin.com |
| apo@stevenslee.com | bzabarauskas@crowell.com |
| aquale@sidley.com | cahn@clm.com |
| araboy@cov.com | calbert@reitlerlaw.com |
| arahl@reedsmith.com | canelas@pursuitpartners.com |
| arheaume@riemerlaw.com | carol.weinerlevy@bingham.com |
| arlbank@pbfcm.com | cbelisle@wfw.com |
| | cbelmonte@ssbb.com |

cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
colea@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com

dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com

dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com

gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com

jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com

jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kjarashow@fklaw.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kpiper@steptoe.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krosen@lowenstein.com

kuehn@bragarwexler.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

landon@streusandlandon.com

lapeterson@foley.com

lathompson@co.sanmateo.ca.us

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lgotko@fklaw.com

lgranfield@cgsh.com

lhandelsman@stroock.com

linda.boyle@twtelecom.com

lisa.ewart@wilmerhale.com

lisa.kraidin@allenovery.com

ljkotler@duanemorris.com

lkatz@ltblaw.com

lmarinuzzi@mofo.com

lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

loizides@loizides.com

lromansic@steptoe.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lsilverstein@potteranderson.com

lubell@hugheshubbard.com

lwhidden@salans.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@sc.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.ellenberg@cwt.com

mark.sherrill@sutherland.com

martin.davis@ots.treas.gov

marvin.clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

max.polonsky@skadden.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mberman@nixonpeabody.com

mbienenstock@dl.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mccombst@sullcrom.com

mcordone@stradley.com

mcto@debevoise.com

mcyganowski@oshr.com

mdahlman@kayescholer.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com

newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com

6

rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com

schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
steven@blbglaw.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com

wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

| **Fax** | **Name** |
|---|---|
| 12126682255 | UST-DAVIS,GASPA,SCHW |

**EXHIBIT D**

LESSING, STEPHEN M.
C/O NUEBERT, PEPE, MONTEITH P.C.
ATTN: MARK I. FISHMAN, ESQ.
195 CHURCH STREET, 13TH FLOOR
NEW HAVEN, CT 06510

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| SAFRA NATIONAL BANK OF NEW YORK | AS CUSTODIAN FOR ITS CLIENTS ATTN: FRANK WANZOR 546 FIFTH AVENUE NEW YORK NY 10036 |

**Total Creditor count  3**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| CONTRARIAN FUNDS, LLC | TRANSFEROR: NATIONAL ECONOMIC RESEARCH ASSOCIATES ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| FEDOR & FEDOR | 54 CRAFTSMAN VIEW DR ASHVILLE NC 28804-8813 |

**Total Creditor count  2**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| A-1 HEATING & COOLING, INC. | 2342 AIRPORT ROAD RIFLE CO 81650 |
| ALTITUDE LANDSCAPE | P.O. BOX 1882 EDWARDS CO 81632 |
| DZ TRUCKING INC | 11694 COUNTY RD. 320 RIFLE CO 81650 |
| INSULVAIL, LLC | P.O. BOX 2888 VAIL CO 81658 |
| TORRES | MS. CECILIA HERNANDEZ 0015 WILD ROSE COURT GLENWOOD SPRINGS CO 81601 |
| TORRES | MS CECELIA HERNANDEZ MAYA CONSTRUCTION INC 586 HWY 133, #50 CARBONDALE CO 81623 |

**Total Creditor count  6**