WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
: 
**In re**                                                          :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                       :    **08-13555 (JMP)**
:
           Debtors.                                  :    **(Jointly Administered)**
:
--------------------------------------------------------------------x
:
**In re**                                                          :
:    **Case No.**
**LEHMAN BROTHERS INC.,**                                          :
:    **08-01420 (JMP) (SIPA)**
           Debtor.                                   :
:
--------------------------------------------------------------------x

US_ACTIVE:\44049876\8\58399.0011

# NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR
# THE FIFTY-FIRST OMNIBUS HEARING ON JULY 18, 2012 AT 10:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

### I.   UNCONTESTED MATTER:

1.   Motion of Lehman Brothers Holdings Inc. to Modify Certain Existing Claims Orders **[ECF No. 29193]**

   Response Deadline:   July 11, 2012 at 4:00 p.m.

   Responses Received:  None.

   Related Document:

   A.   Notice of Filing of Revised Proposed Order **[ECF No. 29476]**

   Status:  This matter is going forward.

### II.   CONTESTED MATTERS:

2.   Joint Motion of Lehman Brothers Holdings Inc. and Litigation Subcommittee of Creditors' Committee to Extend Stay of Avoidance Actions **[ECF No. 29163]**

   Response Deadline:   July 11, 2012 at 4:00 p.m.

   Responses Received:

   A.   Objection of U.S. Bank National Association, as Trustee **[ECF No. 29343]**

   B.   Statement and Reservation of Rights of Liquidators of Lehman Brothers Australia Limited **[ECF No. 29341]**

   C.   Amended Statement and Reservation of Liquidators of Lehman Brothers Australia Limited **[ECF No. 29399]**

   Related Documents:

   D.   Omnibus Reply in Support of Joint Motion **[ECF No. 29409]**

   E.   Declaration of Lawrence Brandman in Support of Joint Motion **[ECF No. 29417]**

   Status:  This matter is going forward.

US_ACTIVE:\44049876\8\58399.0011

**SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS**

III. **UNCONTESTED FEE APPLICATION:**

   3.   Ninth Application for Interim Professional Compensation for Hughes Hubbard & Reed LLP **[ECF No. 5099]**

   Response Deadline:   July 6, 2012 at 4:00 p.m.

   Response Received:

   A.   Recommendation of SIPC in Support of the Ninth Application of Counsel for Interim Compensation and Reimbursement of Expenses **[ECF No. 5144]**

   Related Documents:

   B.   Notice of Hearing **[ECF No. 5100]**

   C.   Notice of Adjournment of Hearing **[ECF No. 5119]**

   Status:  This matter is going forward.

IV. **ADVERSARY PROCEEDING:**

   4.   Lehman Brothers Special Financing Inc. v. Bank of America National Association, *et al*. **[Adversary Proceeding No. 10-03547]**

   **Motion to Amend First Amended Complaint**

   Related Documents:

   A.   Second Amended Complaint **[ECF No. 237]**

   B.   Motion to Amend First Amended Complaint (renamed and originally filed under ECF No. 237) **[ECF No. 238]**

   C.   Revised Proposed Order **[ECF No. 294]**

   D.   Statement *to* Correct Record of Service and Exhibit E to Declaration of Adam M. Bialek in Connection with LBSF's Motion to Amend First Amended Complaint **[ECF No. 295]**

   Objections and Responses Resolved by Revised Proposed Order:

   E.   Limited Objection and Reservation of Rights of Susquehana Bank and SBSI, Inc. to LBSF's Motion to Amend First Amended Complaint **[ECF No. 247]**

F.     Limited Objection and Reservation of Rights of Deutsche Apotheker Und Arztebank to LBSF's Motion to Amend First Amended Complaint **[ECF No. 248]**

G.     Limited Objection and Reservation of Rights of Royal Bancshares of Pennsylvania, Inc. to LBSF's Motion to Amend First Amended Complaint **[ECF No. 252]**

H.     Illinois Mutual Life Insurance Company's Objection to LBSF's Motion to Amend First Amended Complaint **[ECF No. 260]**

       i. Stipulation of Dismissal Without Prejudice **[ECF No. 292]**

I.     Objection of U.S. Bank National Association, as Trustee, to LBSF's Motion to Amend First Amended Complaint **[ECF No. 262]**

       i. Objection Withdrawn **[ECF No. 297]**

J.     Reservation of Rights and Response of American Family Life Assurance Company of Columbus to LBSF's Motion to Amend First Amended Complaint **[ECF No. 264]**

K.     Limited Objection and Reservation of Rights of Nationwide Life Insurance Company and Nationwide Mutual Life Insurance Co. to LBSF's Motion to Amend First Amended Complaint **[ECF No. 267]**

L.     Limited Objection and Reservation of Rights of Standard Life Insurance Co. of Indiana to LBSF's Motion to Amend First Amended Complaint **[ECF No. 268]**

       i. Stipulation **[ECF No. 290]**

M.     RGA Reinsurance Company's Corrected Objection to LBSF's Motion to Amend First Amended Complaint **[ECF No. 279]**

<u>Unresolved Objection</u>:

N.     Objection of the Dispatch Printing Company to LBSF's Motion to Amend First Amended Complaint **[ECF No. 266]**

O.     Objection of the Dispatch Printing Company to the Proposed Order Granting Lehman Brothers Special Financing Inc.'s Motion **[ECF No. 299]**

<u>Response Deadline</u>:     July 11, 2012 at 4:00 p.m.

    Status:  The Revised Proposed Order [ECF No. 294] is going forward on a contested basis solely as to the unresolved objection by Dispatch Printing Company [ECF No. 299] to the Revised Proposed Order.  The Revised Proposed Order is going forward on an uncontested basis as to all resolved objections and responses and as to all other parties.  The unresolved objection by Dispatch Printing Company [ECF No. 266] to the Motion to Amend First Amended Complaint is adjourned to August 15, 2012 at 2:00 p.m.

## V.    ADJOURNED MATTERS:

### A.    Lehman Brothers Holdings Inc.

5.    Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[ECF No. 11513]**

    Response Deadline:    February 9, 2011 at 4:00 p.m.

    Responses Received:

        A.    Debtors' Objection **[ECF No. 14398]**

        B.    Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[ECF No. 14462]**

    Related Documents:

        C.    Affidavit of Michael E. Busch, Esq. in Support of Motion **[ECF No. 11514]**

        D.    Declaration of Christopher Milenkevich in Support of Debtors' Objection **[ECF No. 14454]**

    Status:  This matter has been adjourned to August 15, 2012 at 10:00 a.m.

6.    Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004 **[ECF No. 16016]**

    Response Deadline:    May 11, 2011 at 4:00 p.m.

    Responses Received:

        A.    Debtors' Objection **[ECF No. 16680]**

        B.    Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[ECF No. 16683]**

    Related Documents:  None.

    Status:  This matter has been adjourned to August 15, 2012 at 10:00 a.m.

7. Amended Motion of Ironbridge Homes, LLC, et al. for Relief from the Automatic Stay **[ECF No. 23551]**

   Response Deadline:    August 8, 2012 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:    None.

   Status: This matter has been adjourned to August 15, 2012 at 10:00 a.m.

B. **Adversary Proceeding**

8. Belmont Park Investments Pty Ltd, *et al.* v. Lehman Brothers Special Financing Inc. **[Adversary Proceeding No. 12-01045]**

   **Motion to Stay Adversary Proceeding**

   A.  Motion of Lehman Brothers Special Financing Inc.. to Stay Adversary Proceeding **[ECF No. 8]**

   Related Documents:    None.

   Status: This matter has been adjourned *sine die*.

C. **Lehman Brothers Inc.**

9. Motion of Elliott Management Corporation For an Order, Pursuant to 15 U.S.C. §§ 78fff-1(B), 78fff-2(B) and 78fff-2(C)(1) and 11 U.S.C. § 105(A), (I) Determining the Method of Distribution on Customer Claims and (II) Directing an Initial Distribution on Allowed Customer Claims **[ECF No. 5129]**

   Response Deadline:    August 8, 2012 at 4:00 p.m.

   Response Received To Date:

   A.  Limited Objection by Barclays Capital Inc.  **[ECF No. 5156]**

   Related Document:

   B.  Amended Notice of Adjournment of Hearing **[ECF No. 5155]**

   Status: This matter has been adjourned to August 15, 2012 at 10:00 a.m.

10. Cardinal Investment Sub I, L.P. and Oak Hill Strategic Partners, L.P.'s Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates **[ECF No. 4634]**

<u>Response Deadline</u>:    August 8, 2012 at 4:00 p.m.

<u>Responses Received</u>:  None.

<u>Related Documents</u>:

    A.    Declaration of Luke A. Barefoot in Support of Movant's Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of its Affiliates **[ECF No. 4635]**

    B.    Notices of Adjournment **[ECF Nos. 4663, 4759, 4824, 4892, 4946, 5017, 5066, 5108, 5132]**

<u>Status</u>:  This matter has been adjourned to August 15, 2012 at 10:00 a.m.

Dated: July 17, 2012
     New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: July 17, 2012
     New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.

7