B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **LEHMAN BROTHERS HOLDINGS INC.,**                                    Case No. **08-13555**

## NOTICE OF **PARTIAL** TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **INCORE BANK AG** | **LIQUIDITY SOLUTIONS, INC.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): **44887**
Amount of Claim: **$8,920.43**
Date Claim Filed: **10/23/2009**

Incore Bank AG
Swiss Banking Services
Dreikonigstrasse 8
Zurich, 8022
Switzerland

Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/Jeffrey Caress                                       Date:  7/17/2012
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**3253526**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **LEHMAN BROTHERS HOLDINGS INC.,**　　　　　Case No. **08-13555**

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **44887** (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **7/17/2012**.

| | |
|---|---|
| **INCORE BANK AG** | **LIQUIDITY SOLUTIONS, INC.** |
| Name of Alleged Transferee | Name of Transferor |
| | |
| Address of Alleged Transferee: | Address of Transferor: |
| **Incore Bank AG** | **One University Plaza, Suite 312** |
| **Swiss Banking Services** | **Hackensack, NJ 07601** |
| **Dreikonigstrasse 8** | |
| **Zurich, 8022** | |
| **Switzerland** | |

**~~DEADLINE TO OBJECT TO TRANSFER~~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**CLERK OF THE COURT**

**3253526**

## TRANSFER NOTICE

Liquidity Solutions, Inc. ("Assignor"), transfers and assigns unto INCORE BANK AG, with an address at Swiss Banking Services, Dreikonigstrasse 8, Zurich, 8022 Switzerland, Its Successors And Assigns ("Assignee"), its right, title and interest in, to and under the Claim of Assignor against Lehman Brothers Holdings Inc. (the "Debtor"), claim number 44887 <u>in the aggregate amount of $8,920.43, representing partial amount of this claim of Assignor</u> pending against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 08-13555.

IN WITNESS WHEREOF, Assignor has signed below as of the __17th__ day of __July__ 2012.

LIQUIDITY SOLUTIONS, INC.

_____
(Signature)
Jeffrey Caress
Authorized Signatory

3253526