UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                       :     Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :     08-13555 (JMP)
                                                            :
                        Debtors.                            :     (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Commercial Paper, Inc. (08-13900) |
| Creditor Name and Address: | CIT CLO I LTD<br>c/o The CIT Group/Commercial Services, Inc.<br>11 West 42nd Street, 12th Floor<br>New York, New York 10036 |
| Claim Number (if known): | 12413 |
| Date Claim Filed: | 9/14/2009 |
| Total Amount of Claim Filed: | $0 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

CIT CLO I LTD.

By: CIT ASSET MANAGEMENT LLC,
       AS COLLATERAL MANAGER

| Signature: *[signed]* | Title: E.V.P. |
|---|---|
| Printed Name: ROGER M BURNS | Dated: 7/18/12 |

US_ACTIVE:¥43326298¥01¥58399.0003