WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| **In re** | : | **Chapter 11** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **Case No. 08-13555 (JMP)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |

-----------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR CLAIMS HEARING ON JULY 19, 2012 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable, James
M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling
Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

1.    Debtors' One Hundred Fifty-Sixth Omnibus Objection to Claims (No Liability
Derivatives Claims) **[ECF No. 17469]**

Response Deadline:    July 6, 2011 at 4:00 p.m.

Related Documents:

A.    Order Granting Debtors' One Hundred Fifty-Sixth Omnibus
Objection to Claims (No Liability Derivatives Claims) **[ECF No.
18703]**

Resolved Response:

B.    Response of U.S. Bank National Association, as Trustee **[ECF No.
18438]**

<u>Status</u>:  This matter is going forward on an uncontested basis solely with respect to the Response of U.S. Bank National Association, as Trustee.

2.    Debtors' Two Hundred Thirteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20102]**

<u>Response Deadline</u>:    November 11, 2011 at 4:00 pm.

<u>Related Document</u>:

      A.    Reply of Lehman Brothers Holdings Inc. **[ECF No. 27540]**

<u>Status</u>:  This matter is going forward on an uncontested basis with respect to the claims on <u>Exhibit 1</u>.  The hearing on the objection to the claims identified on <u>Exhibit 2</u> has been adjourned to August 23, 2012 at 10:00 a.m.

3.    Debtors' Two Hundred Fourteenth Omnibus Objection to Disallow And Expunge Certain Filed Proofs of Claim **[ECF No. 20103]**

<u>Response Deadline</u>:    November 11, 2011 at 4:00 pm.

<u>Related Document</u>:

      A.    Reply of Lehman Brothers Holdings Inc. **[ECF No. 27541]**

<u>Status</u>:  This matter is going forward on an uncontested basis with respect to the claims on <u>Exhibit 3</u>.  The hearing on the objection to the claims identified on <u>Exhibit 4</u> has been adjourned to August 23, 2012 at 10:00 a.m.

4.    Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20104]**

<u>Response Deadline</u>:    November 11, 2011 at 4:00 pm.

<u>Related Document</u>:

      A.    Reply of Lehman Brothers Holdings Inc. **[ECF No. 27542]**

<u>Status</u>:  This matter is going forward on an uncontested basis with respect to the claims on <u>Exhibit 5</u>.  The hearing on the objection to the claims identified on <u>Exhibit 6</u> has been adjourned to August 23, 2012 at 10:00 a.m.

5.    Debtors' Two Hundred Sixteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20105]**

<u>Response Deadline</u>:    November 11, 2011 at 4:00 pm.

Related Document:

      A.    Reply of Lehman Brothers Holdings Inc. **[ECF No. 27543]**

Status:  This matter is going forward on an uncontested basis with respect to the claims on Exhibit 7.  The hearing on the objection to the claims identified on Exhibit 8 has been adjourned to August 23, 2012 at 10:00 a.m.

6.    Three Hundred Sixteenth Omnibus Objection to Claims (Reduce and Allow Claims) **[ECF No. 28439]**

Response Deadline:    July 6, 2012 at 4:00 p.m.

Resolved Response:

      A.    Objection of Jeffrey Vanderbeek to Motion of Plan Administrator to Modify Claim **[ECF No. 29348]**

Related Document:

      B.    Notice of Amendment to Exhibit A to the Three Hundred Sixteenth Omnibus Objection to Claims (Reduce And Allow Claims) **[ECF No. 29342]**

Status:  This matter is proceeding on an uncontested basis with respect to all claims.

## II.    CONTESTED MATTERS:

7.    Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 11307]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Responses Received:

      A.    Response of Yu Chun Kwan **[ECF No. 12107]**

      B.    Response of Lam Ying Choi & Yeung So Fan **[ECF No. 11944]**

      C.    Response of Chau Kam Man & Chiang Wai Man Vivian **[ECF No. 11945]**

      D.    Response of Ie She Hoen & Tan Tjiang Moy **[ECF No. 11947]**

      E.    Response of Wong Yee Wan & Poon Kai Hung **[ECF No. 11955]**

    F.      Response of Yam Chak Hong Henry **[ECF No. 11973]**

Related Document:

    G.      Omnibus Reply to Certain Responses to Debtors' Forty-Second and Forty-Third Omnibus Objections to Claims **[ECF No. 29443]**

Status:  This matter is going forward on a contested basis solely as to the above Responses.

8.    Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[ECF No. 11308]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Responses Received:

    A.      Response of Wong Tak Keung & Lam Sau Ling **[ECF No. 11954]**

    B.      Response of Woo Set Wah & Chui Fung Ming Sandra **[ECF No. 11971]**

Related Document:

    C.      Omnibus Reply to Certain Responses to Debtors' Forty-Second and Forty-Third Omnibus Objections to Claims **[ECF No. 29443]**

Status:  This matter is going forward on a contested basis solely as to the above Responses.

9.    Debtors' One Hundred Eighty-Ninth Omnibus Objection to Claims (No Liability Repo Claims) **[ECF No. 19870]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Response Received:

    A.      Highland Credit Strategies Master Fund, L.P.'s Response **[ECF No. 22051]**

Related Documents:

    B.      Reply of Lehman Brothers Holdings Inc. **[ECF No. 26500]**

    C.      Declaration of Thomas Rogers in Support of Reply of Lehman Brothers Holdings Inc. **[ECF No. 27535]**

      D.      Order Granting Debtors' One Hundred Eighty-Ninth Objection to Claims (No Liability Repo Claims) **[ECF No. 21372]**

      E.      Supplemental Order Granting Debtors' One Hundred Eighty-Ninth Omnibus Objection to Claims (No Liability Repo Claims) **[ECF No. 28401]**

Status:  This matter is going forward on a contested basis solely as to the Objection to the claim of Highland Credit Strategies Master Fund, L.P.

## III.    ADJOURNED MATTERS:

10.    Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 14492]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Response:

      A.      Response of Deutsche Bank National Trust Company **[ECF No. 17879]**

Related Documents:

      B.      Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 14502]**

      C.      Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Claim Nos. 16353 and 16389 **[ECF No. 25371]**

      D.      Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Certain Claims **[ECF No. 26901]**

Status:  The hearing on the objection to the claims identified on Exhibit 9 has been adjourned to August 23, 2012 at 10:00 a.m.

11.    Debtors' One Hundred Twenty Fifth Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 16079]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Adjourned Response:

      A.      Response of Wilmington Trust Company **[ECF No. 17886]**

Related Document:

        B.      Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 16080]**

Status:  The hearing on the objection to the claims identified above has been adjourned to August 23, 2012 at 10:00 a.m.

12.    Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16865]**

Response Deadline:   June 15, 2011 at 4:00 p.m.

Status:  The hearing for Claim Nos. 12589 and 12590 has been adjourned to August 23, 2012.

13.    Two Hundred Ninety-Seventh Omnibus Objection to Claims (Invalid or No Blocking Number LPS Claims) **[ECF No. 27868]**

Response Deadline:   June 14, 2012 at 4:00 p.m.

Adjourned Response:

        A.      Response of Cabinet Kinesitherapie **[ECF No. 28637]**

Related Documents:

        B.      Notice of Adjournment of the Two Hundred Ninety-Seventh Omnibus Objection to Claims (Invalid or No Blocking Number LPS Claims) Solely as to Certain Claims **[ECF No. 28874]**

        C.      Notice of Adjournment of the Two Hundred Ninety-Seventh Omnibus Objection to Claims (Invalid or No Blocking Number LPS Claims) Solely as to Certain Claim **[ECF No. 28928]**

        D.      Order Granting Two Hundred Ninety-Seventh Omnibus Objection to Claims (Invalid or No Blocking Number LPS Claims) **[ECF No. 29126**]

        E.      Notice of Adjournment of the Two Hundred Ninety-Seventh Omnibus Objection to Claims (Invalid or No Blocking Number LPS Claims) Solely as to Certain Claims [**ECF No. 29344**]

Status:  The hearing on the Objection to claim nos. 4703 of Safra National Bank of New York as Custodian for Its Clients, 19647 of Cabinet Kinesitherapie, and 55404 of Citibank Privatkunden AG & Co. KGAA has been adjourned *sine die*.

14.    Three Hundred Thirteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [**ECF Nos. 28433, 29279**]

Response Deadline:    July 6, 2012 at 4:00 p.m.

Adjourned Response:

A.    Claim Nos. 65949, 27599, 34559: First Response to Motion [**ECF No. 29254**] and Joinder [**ECF No. 29279**]

Related Documents:

B.    Motion Pursuant to Fed R. Bankr. P. 7023 to Certify a Class of RSU and CSA Claimants, Appoint Class Counsel and Class Representatives, and Approve the Form and Manner of Notice to Class Members [**ECF No. 29256**] and Joinder to Class Certification Motion [**ECF No. 29279**]

C.    Notice of Amendment to Exhibit A to the Three Hundred Thirteenth Omnibus Objection to Claims (To Reclassify Proofs of Claims as Equity Interests) [**ECF No. 29279**]

Status:  This matter is adjourned to August 23, 2012 at 10:00 a.m.

15.    Debtors' Three Hundred Fourteenth Omnibus Objection to Claims (Late-Filed Claims) [**ECF No. 28435**]

Response Deadline:    July 13, 2012 at 4:00 p.m.

Response Received:

A.    Joint Response of Claimants to Debtors' 314th Omnibus Objection and Cross-Motion to Consolidate [**ECF No. 29389**]

Status:  This matter is not going forward.  The hearing on the objection has been adjourned *sine die*.

16.    Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. [**ECF No. 20087**]

Response Deadline:    October 17, 2011 at 4:00 p.m.

Adjourned Response:

A.    Response of Syncora Guarantee, Inc. [**ECF No. 20915**]

Related Documents:    None.

Status:  The hearing on the objection to the claim identified above has been adjourned to August 23, 2012 at 10:00 a.m.

17.    Debtors' Objection to Proof of Claim No. 58912 Filed by Citibank, N.A., London Branch **[ECF No. 27862]**

Response Deadline:    June 13, 2012 at 4:00 p.m.

Adjourned Response:  None.

Related Documents:    None.

Status:  The hearing on the objection to the claim identified above has been adjourned to August 23, 2012 at 10:00 a.m.

18.    Debtors' Objection to Proof of Claim No. 67735 Filed by Citigroup Global Markets, Inc. **[ECF No. 27863]**

Response Deadline:    June 13, 2012 at 4:00 p.m.

Adjourned Response:  None.

Related Documents:    None.

Status:  The hearing on the objection to the claim identified above has been adjourned to August 23, 2012 at 10:00 a.m.

Dated:  July 18, 2012
        New York, New York

                                /s/ Robert J. Lemons
                                Robert J. Lemons
                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone:  (212) 310-8000
                                Facsimile:  (212) 310-8007

                                Attorneys for Lehman Brothers Holdings Inc.
                                 and Certain of Its Affiliates

<u>Exhibit 1</u>

(**<u>Two Hundred Thirteenth</u>** Omnibus Objection to Disallow
and Expunge Certain Filed Proofs of Claim [ECF No. 20102] - Resolved Responses)

| CLAIMANT | CLAIM NO. |
|---|---|
| BANCO PASTOR,  ATTN: GUILLERMO REAL RODRIGUEZ DE LEGISIMA | 58985 |
| HALEBY, HENRY MANZANO | 36737 |
| LECUE SALCEDO, JOSE | 55068 |
| LEISSE, FRITZ | 36479 |
| LEISSE, JOHANNA | 36481 |
| RIBEIRO VAZ, LUIS MIGUEL SILVEIRA | 36305 |
| STANKOWEIT, MARIUS | 35620 |
| STANKOWEIT, PHILIP | 36103 |

<u>Exhibit 2</u>

(**<u>Two Hundred Thirteenth</u>** Omnibus Objection to Disallow
and Expunge Certain Filed Proofs of Claim [ECF No. 20102] - Adjourned Responses)

| CLAIMANT | CLAIM NO. |
|---|---|
| DOTSON INVESTMENT | 47035 |
| BANQUE POPULAIRE COTE D' AZUR | 37176 |
| ANDRES LINUESA SANCHEZ | 42390 |
| ENRIQUE VILLAGRASA MARTINEZ | 41489 |
| MRS. S.A.B. VON ROOY | 54549 |
| A.VAN WOENSEL | 52186 |
| FRANK COLE | 37020 |
| ISABEL MARIA YARNOZ DIEZ | 37668 |
| CLARA DIEZ EZCURRA | 37672 |
| HEINZ-JOACHIM ELBE | 24466 |
| MARIA AGUEDA MATEOS ESCUDERO | 46683 |
| BLAS PEREZ GARCIA | 57034 |
| ZEELAND INTERNATIONAL LIMITED | 37379 |
| FORLER CHANTAL CATHERINE | 43231 |
| GONZALO PEREZ DE GUZMAN SAN ROMAN | 50562 |
| JIMENEZ CASADO, MARIA DEL CARMEN | 41120 |
| JIMENEZ CASADO, SANTIAGO | 41121 |
| MARIA PILAR BARNUEVO VIGIL DE QUNINONES | 44436 |
| GESTION PARTICIPATIVA XXI, S.L. | 50526 |
| GENEVIEVE MARIE DEVERD | 47323 |
| INTERNATIONAL DOMESTIC BALANCED FUND | 51600 |
| FERNANDO MARTIN ANCHORENA | 55675 |

Exhibit 3

(**<u>Two Hundred Fourteenth</u>** Omnibus Objection to Disallow
and Expunge Certain Filed Proofs of Claim [ECF No. 20103] - Resolved Responses)

| CLAIMANT | CLAIM NO. |
|---|---|
| BEMO SAL C/O SAMIH SAADEH | 13115 |
| BEMO SAL C/O SAMIH SAADEH | 13118 |
| JAIN, RAJIV & RIPPAN | 6161 |
| KWOK, YUEN SUM & MA, MICHAEL LEUNG WU | 46847 |
| PRIMAX INTERNATIONAL INVESTMENTS LTD. | 40370 |
| SURPLUS LINK LIMITED | 37507 |
| WANG, TSAI HSIANG | 36470 |

<u>Exhibit 4</u>

(**<u>Two Hundred Fourteenth</u>** Omnibus Objection to Disallow
and Expunge Certain Filed Proofs of Claim [ECF No. 20103] - Adjourned Responses)

| CLAIMANT | CLAIM NO. |
|---|---|
| BANQUE POPULAIRE COTE D' AZUR | 37175 |
| GRACE SIN YU FUNG | 36560 |
| LIONEL DARDO OCCHINONE | 47474 |
| IP LAM SANG & TSE SIU MUI | 45386 |
| UBS AG [RESPONSE FILED BY NIKESH DARYANI, NEELAM DARYANI, PARASRAM DARYANI, AND VIKAS DARYANI, AS BENEFICIAL HOLDERS] | 36634, 36639 |
| KLAUS PETER SAUER | 34579 |
| ADVENTIST UNION LIMITED | 40232 |
| ATIL BIROL | 10985 |
| SYLVIA GARCIA PASTORI | 36815 |
| JUAN ENRIQUE LLOVET GARCIA | 36808 |
| MARIA DOLORES LLOVET GARCIA | 36810 |
| MARIA ISABEL LLOVET GARCIA | 36806 |
| JAUN ENRIQUE LLOVET RUBIO | 36809 |
| MARIA DOLORES LLOVET GARCIA | 36807 |
| ALBERTO BORRINO | 41133 |
| EDUARDO RAFAEL SCHIARITI | 36819 |
| AMR SAMIR MOHAMED ZAKI ABDEL KADER | 36674 |
| MIDDLE EAST SHIPPING | 44060 |
| WONG HUNG YING | 43442 |
| MARGARITA ROLDOS | 36818 |
| MARGARITA MICHELINI | 36811 |

| CLAIMANT | CLAIM NO. |
|---|---|
| JORGE ROLDOS | 36814 |
| CAROLINA DE BAEREMAECKER | 36813 |
| MIRTA BESSIO | 47444 |
| DANIEL NEMOY | 36817 |
| TAK CHUNG J, TONG YUK KWAN | 47294 |
| LUNG WING MAN VIRGINIA | 47296 |
| FERNANDO MARTIN ANCHORENA | 55675 |
| WILHELM KRAEMER | 41222 |
| WING LUNG BANK LTD ON BEHALF OF TIMY LAM YIK PING & ELAINE LI YUET LING | 45202 |
| A CHEUNG FAN KIT LING | 41254 |
| LIN WEN YEN AND LIN-CHOU CHIANG HUA | 41316 |
| ROSA TE CHEN | 40968 |
| CARIDAD AND ALLEN ANTONIO TAN | 45610 |
| CHARLES AND PATTY TU | 55003 |
| BLOOMINGDALE'S INT VENT LTD. | 45086 |
| BUOYANG HILL CORPORATION | 45682 |
| PETER AND ROSE CHAN | 41639 |
| CHINA UNIQUE HOLDINGS LTD | 40813 |
| CHIPHAR CORPORATION | 40814 |
| LEE, TSU-SHIU AND LEE, YEN SHU MEEI | 42343 |
| LUMINANCE VENTURES LTD | 40810 |
| MATRIX CONTROL | 40812 |

| CLAIMANT | CLAIM NO. |
|---|---|
| MM2275 CO. LTD. | 40397 |
| PINKY LIMITED | 42614 |
| RIDGECREST HOLDINGS LTD | 46589 |
| BAMBANG/ LAU HA CHUN SUGIARTO | 36650 |
| SUWANG-SUN CO LTD | 40811 |
| YETTI LTD. | 40541 |
| SHYH-AN SU AND SHIOUW-CHIN SU LUO | 40346 |
| MANUEL AVELINO ORNELAS | 43259 |
| RAFAEL ALONSO VERTIZ | 47459 |

Exhibit 5

(**Two Hundred Fifteenth** Omnibus Objection to Disallow
and Expunge Certain Filed Proofs of Claim **[ECF No. 20104]** - Resolved Responses)

| CLAIMANT | CLAIM NO. |
|---|---|
| BANCO PASTOR, S.A. | 67376 |
| BANCO PASTOR,  ATTN: GUILLERMO REAL RODRIGUEZ DE LEGISIMA | 58983 |
| BANCO ITAU EUROPA LUXEMBOURG S.A | 57537 |
| BANCO ITAU EUROPA LUXEMBOURG S.A | 67497 |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: KRISHNA KRIPA INC., SALDUBA BUILDING | 55506 |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: RICAZA INVESTMENTS LTD. | 55508 |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: EVER BLESSED HOLDING INV | 55516 |

Exhibit 6

(**Two Hundred Fifteenth** Omnibus Objection to Disallow
and Expunge Certain Filed Proofs of Claim **[ECF No. 20104]** - Adjourned Responses)

| CLAIMANT | CLAIM NO. |
|---|---|
| BANCO ITAU EUROPA LUXEMBOURG S.A. | 67497 |
| LLOYDS TSB BANK PLC (GENEVA BRANCH) | 55515; 55517 |
| LAMITA JABBOUR | 56189 |
| SOUAD SALAME | 67350 |
| ALBERTO BENSION AND ZULEMA MALLO | 47495 |
| ANDRES BENSION HALLO | 47496 |
| JAMIE H. MURCIA | 67453 |
| ALEJANDRO DIEGO DUARTE | 61645 |
| ROSA MARIA CALZADA REBOLLEDO & CLAUDIA ELENA SHARPE CALZADA | 56936 |
| ERNESTO JAVIER ALMADA GONZALEZ & ANA MARIA GOMEZ MUNDO | 51285 |
| FRANCISCO OROZCO COVARRUBIAS | 51092 |
| MONICA DIAZ CLARK | 49486 |
| ALICIA GONZALEZ, RUBEN GARCIA CONZALEZ, & ENRIQUE G. GARCIA | 51597 |
| OCTAVIO VELASCO RUVALCABA, MARGARITA SEVILLA, & OCTAVIO VELASCO SEVILLA | 50683 |
| HECTOR CASTELLANOS RAMIREZ & LILLIAN FRANK DE CASTELLANOS | 50682 |
| ETHELA M. GUZMAN ALDANA | 51091 |
| GERARDO ARMANDO VIDRIO CHAVEZ | 56046 |
| GERARDO ARMANDO VIDRIO CHAVEZ | 57713 |
| JAIME HERNANDEZ GALLEGO & REGINA HERNANDEZ TERCERO | 50393 |

| CLAIMANT | CLAIM NO. |
|---|---|
| TAHRA HOLDINGS | 57049 |
| MA. DE LA PAZ GOMEZ FLORES, MA. DEL REFUGIO GOMEZ FLORES, SALVADOR GOMEZ FLORES | 56949 |
| HERMINIA CASTANEDA SANROMAN & SILVIA H. RAMIREZ CASTANEDA | 50842 |
| DAVID JESUS ALPIZAR CARRILLO & MARISSA NAVARRETE SIERRA | 49481 |
| JOSE FRANCISCO D'LUNA CANTON, VERONICA V. D'LUNA ASCENCIO, CYNTHIA P. D'LUNA ASCENCIO, LILIANA ASCENCIO DE LUNA, JACQUELINE I. D'LUNA ASCENCIO | 65592 |
| PATRICIA DE GUADALUPE PARAMO & JOSE MA DE LOS ANGELES OLIVEROS | 65675 |
| GEORGINA MARGARITA GONZALEZ | 49490 |
| JOSE RICARDO ALCALA LUNA, ANA MARIA OCAMPO FLORES | 56480 |
| JANUS SYSTEMS S.A. | 55211 |
| ANTONIA BRICENO VARGAS & PATRICIA DE LA R. DE BRINCENO | 49488 |
| JOSEFINA FLORES OCHOA & SERGIO LEAL FLORES | 64860, 64859, 64861 |
| EDUARDO CAMERENA PADILLA, MA DE LA LUZ CAMARENA PADILLA | 56943 |
| ROSA EVELIA CAMARENA PADILLA & MA DE LA LUZ CAMARENA PADILLA | 56944, 56945 |
| SOCORRO CAMARENA PADILLA & MA DE LA LUZ CAMARENA PADILLA | 56942 |
| ANA MARIA PRECIAT DE MENENDEZ | 51128 |
| GREGORIO BLASCO MARTIN & NATIVIDAD MARTINEZ FARCIA | 60503 |

| CLAIMANT | CLAIM NO. |
|---|---|
| ANTONIO WALKER TOUCHE IRMA OLVERA DE WALKER | 50394 |
| JOAQUIM ARMINDO SANTOS GRADIM | 61429 |
| JORGE SAEZ CONCEPCION | 60501 |
| TACTICS LIMITED | 54791 |
| CHARLES AND PATTY TU | 55003 |

<u>Exhibit 7</u>

(**<u>Two Hundred Sixteenth</u>** Omnibus Objection to Disallow
and Expunge Certain Filed Proofs of Claim [ECF No. 20105] – Resolved Responses)

| CLAIMANT | CLAIM NO. |
|---|---|
| ANDORRA BANC AGRICOL REIG, S.S. (""ANDBANC"") | 63849 |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: OMNAMO NARAYANAYA HOLDINGS LTD | 55502 |

Exhibit 8

(**Two Hundred Sixteenth** Omnibus Objection to Disallow
and Expunge Certain Filed Proofs of Claim [ECF No. 20105] – Adjourned Responses)

| CLAIMANT | CLAIM NO. |
|---|---|
| BANK OF VALLETTA PLC | 58114 |
| HSBC PRIVATE BANK (SUISSE) SA [RESPONSE FILED BY WONG CHIN PANG ALEX, A BENEFICIAL HOLDER] | 56671 |
| BANQUE PRIVEE EDMOND DE ROTHSCHILD S.A. | 46890 |
| BANQU SAFDIE SA | 65272 |
| S. FEIJ | 63000 |
| NIKESH DARYANI, NEELAM DARYANI, PARASRAM DARYANI, VIKAS DARYANI | 59233 |

<u>Exhibit 8</u>

(**<u>Ninety-Seventh</u>** Omnibus Objection to Claims
(Insufficient Documentation) [ECF No. 14492] – Adjourned Responses)

| Claimant Name | Claim Number |
|---|---|
| Bank of America, National Association, successor by merger to LaSalle Bank, N.A. | 25648 |
| U.S. Bank National Association, and U.S. Bank National Association as Trustee Transferor: Bank of America, National Association[1] | 15989, 15992, 15993, 15994, 15995, 15996, 16357, 16358, 16359, 16361, 16363, 16367, 16378, 16380, 16381, 16383, 16387, 16388, 16416, 16418, 24349, 24582, 25654 |
| U.S. Bank National Association Transferor: Bank of America, National Association[2] | 15981, 15983, 15984, 15985, 15986, 15987, 15988, 15997, 15998, 16349, 16351, 16352, 16354, 16355, 16356, 16360, 16362, 16364, 16365, 16366, 16368, 16369, 16370, 16371, 16372, 16374, 16375, 16376, 16384, 16385, 16386, 16390, 16391, 16393, 16394, 16395, 16396, 16397, 16398, 16399, 16415, 16417, 16419, 16420, 16421, 16422, 16423, 16424, 16425, 16426, 16427, 16428 |
| Deutsche Bank, National Trust Company, as Trustee | 18542 |
| Wilmington Trust Company[3] | 16382 |

---

[1] Claims transferred by Bank of America National Association to U.S. Bank National Association and U.S. Bank National Association, as Trustee pursuant to Transfer of Claims Other Than for Security filed June 20, 2011 [Docket No. 17904].

[2] Claims transferred by Bank of America National Association to U.S. Bank National Association pursuant to Transfer of Claims Other Than for Security filed October 11, 2011 [Docket No. 20739].

[3] Claim transferred by Bank of America National Association to Wilmington Trust Company pursuant to Transfer of Claim Other Than for Security filed December 13, 2011 [Docket No. 23280].