CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)
James Heiser (JH-3660)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

*Attorneys for BMO Harris Bank National Association,
as successor to Marshall & Ilsley Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE NO. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF PROOF OF CLAIM OF BMO HARRIS BANK NATIONAL ASSOCIATION, AS SUCCESSOR TO MARSHALL & ILSLEY TRUST, FILED AGAINST LEHMAN BROTHERS HOLDINGS, INC. (CLAIM NUMBER 68097)**

**PLEASE TAKE NOTICE** that BMO Harris Bank National Association, as successor to Marshall & Ilsley Trust (*"BMO"*), by and through its counsel, Chapman and Cutler LLP, hereby withdraws, WITH PREJUDICE, its Proof of Claim Number **68097**, filed against Lehman Brothers Holdings Inc. **(Case No. 08-13555)**. Claim Number 32522 was originally filed on September 22, 2009. Claim Number 68097, filed on April 23, 2012, amended and restated

Claim Number 32522.  BMO previously withdrew Claim Number 32522, and hereby similarly withdraws Claim Number 68097.

No other claim of BMO, in any capacity, shall be affected hereby, and BMO reserves the right to amend this withdrawal in the event of any administrative error, including but not limited to inaccurate claim numbers.

Dated:  July 18, 2012

                                              Respectfully submitted,

                                              BMO HARRIS BANK NATIONAL ASSOCIATION,
                                              AS SUCCESSOR TO MARSHALL & ILSLEY TRUST

                                              By:/s/ Craig M. Price
                                                       One of Its Attorneys

James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)
James Heiser (JH 3660)
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
Telephone:  (312) 845-3000

Craig M. Price (CP 9039)
CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York  10017-5010
Telephone:  (212) 655-6000