UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                            :

In re                                 :     **Chapter 11 Case No.**
                                            :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :     **08-13555 (JMP)**
                                            :     **(Jointly Administered)**

                 Debtors.          :
                                            :

------------------------------------------------------------------------x   **Ref. Docket Nos. 29180, 29212,**
                                               **29242, 29244, 29250, 29276, 29277**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                           ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 11, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Lauren Rodriguez*
                                             Lauren Rodriguez

Sworn to before me this
18th day of July, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                                          |        Chapter 11 Case No.
                                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,                         |        08-13555 (JMP)
                                                               |
                                                               |        (Jointly Administered)
                        Debtors.                               |
_____

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CREDIT SUISSE                                             CREDIT SUISSE
     ATTN: ALLEN GAGE                                          CRAVATH, SWAINE & MOORE LLP
     1 MADISON AVE                                             ATTN: RICHARD LEVIN
     NEW YORK NY 10010                                         WORLDWIDE PLAZA
                                                               825 EIGHTH AVENUE
                                                               NEW YORK NY 10019

Please note that your claim # 555829-48 in the above referenced case and in the amount of
        $0.00  allowed at $71,363.41        has been transferred **(unless previously expunged by court order)**

          LUZERNER KANTONALBANK AG
          TRANSFEROR: CREDIT SUISSE
          RECHTSDIENST & COMPLIANCE
          PILATUSSTRASSE 12
          POSTFACH
          LUZURN   6002
          SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 29250        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/11/2012                                       Vito Genna, Clerk of Court


                                                       /s/ Lauren Rodriguez
                                                       _____
                                                       By: Epiq Bankruptcy Solutions, LLC
                                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 11, 2012.

# EXHIBIT B

```
TIME: 16:05:33                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 07/11/12                                        CREDITOR LISTING

Name                                    Address
BANCA CARIGE S.P.A.                     TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: LUCA AMELOTTI VIA CASSA DI RISPARMIO 15 GENOVA  16123 ITALY
BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. VIA SAN CARLO 8/20 MODENA, 41100 ITALY
  COOP.
BANCA POPOLARE DI MILANO SOCIETA        ATTN: MARIA TERESA GUERRA, LEGAL DEPT PIAZZA F. MEDA, 4 MILAN  20121 ITALY
  COOPERATIVE A.R.L.
BANK HAPOALIM (SWITZERLAND) LTD.        ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER STOCKERSTRASSE 33 ZURICH  CH-8002 SWITZERLAND
BANK HAPOALIM (SWITZERLAND) LTD.        PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CASSA DI RISPARMIO DI RAVENNA S.P.A.    TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: CLAUDIO PULAZZI PIAZZA GARIBALDI 6 RAVENNA   ITALY
CASSA DI RISPARMIO DI RAVENNA S.P.A.    TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. PIAZZA GARIBALDI 6 RAVENNA   ITALY
CREDIT SUISSE                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                           CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                           RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDITO EMILIANO S.P.A.                 ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA, S. PIETRO, 4 REGGIO EMILIA  42100 ITALY
CREDITO EMILIANO S.P.A.                 ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA  42121 ITALY
LUZERNER KANTONALBANK AG                TRANSFEROR: CREDIT SUISSE RECHTSDIENST & COMPLIANCE PILATUSSTRASSE 12 POSTFACH LUZURN  6002 SWITZERLAND
UBS AG                                  ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
UBS AG                                  TRANSFEROR: BANK HAPOALIM (SWITZERLAND) LTD. BAHNHOFSTRASSE 45 ZURICH  8001 SWITZERLAND
WEBANK S.P.A.                           TRANSFEROR: BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. ATTN: LUCIA CAGNAZZO VIA MASSAUA, 4 MILANO  20146 ITALY


Total Number of Records Printed         16
```

EPIQ BANKRUPTCY SOLUTIONS, LLC