UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :    (Jointly Administered)
                        Debtors.                               :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 29009, 29303-
                                                                    29311, 29313

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 12, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
Sworn to before me this                        Lauren Rodriguez
18th day of July, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                           |
In re                                      |    Chapter 11 Case No.
                                           |
                                           |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,     |
                                           |    (Jointly Administered)
                                           |
            Debtors.                       |
                                           |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:  DEUTSCHE BANK AG, LONDON BRANCH
              TRANSFEROR: REGIMENT CAPITAL LTD.
              C/O DEUTSCHE BANK SECURITIES INC.
              ATTN: RICH VICHAIDITH
              60 WALL STREET, 3RD FLOOR
              NEW YORK NY 10005

Please note that your claim # 21720-01 in the above referenced case and in the amount of
         $606,239.60   allowed at $478,000.00         has been transferred **(unless previously expunged by court order)**

              PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO
              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
              ATTN: VINCENT CONLEY
              C/O WATERSTONE CAPITAL MANAGEMENT, LP
              2 CARLSON PARKWAY, SUITE 260
              PLYMOUTH MN 55447

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 29305     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/12/2012                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 12, 2012.

**EXHIBIT B**

```
TIME: 17:29:55                                                                                                                    PAGE:  1
DATE: 07/12/12
                                              LEHMAN BROTHERS HOLDING INC.
                                                    CREDITOR LISTING

Name                                          Address
BARCLAYS BANK PLC                             TRANSFEROR: FARGLORY LIFE INSURANCE CO LTD 745 SEVENTH AVENUE NEW YORK NY 10019
BSOF MASTER FUND L.P.                         TRANSFEROR: BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: GREG GEILING 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND L.P.                         GREG GEILING BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND L.P.                         TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ. 623 FIFTH AVENUE, 29TH FLOOR
                                              NEW YORK NY 10022
CAPITAL PARTNERS SECURITIES CO., LTD          TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: FUMIO KOJIMA ASAHI BUILDING, 6TH FLOOR 3-12-2 NIHONBASHI, CHUO-KU TOKYO 103-0027 JAPAN
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: REGIMENT CAPITAL LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
FARGLORY LIFE INSURANCE CO LTD                TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) 18 FL NO 200 KEELUNG RD SEC 1 TAIPEI 110 TAIWAN
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
MORGAN STANLEY CREDIT PRODUCTS JAPAN CO,      TRANSFEROR: MITSUBISHI UFJ SECURITIES HOLDINGS CO., LTD. ATTN: KIKUKO ITOH/KUMIKO TAKIGUCHI YEBISU GARDEN PLACE TOWER 4-20-3
LTD                                           EBISU, SHIBUYA-KU TOKYO 150-6008 JAPAN
MORGAN STANLEY SENIOR FUNDING, INC.           RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK (BANKRUPTCY) ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.           TRANSFEROR: MORGAN STANLEY CREDIT PRODUCTS JAPAN CO, LTD ATTN: JOSH RAWLINS 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
PRIME CAPITAL MASTER SPC, GOT WAT MAC         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: VINCENT CONLEY C/O WATERSTONE CAPITAL MANAGEMENT, LP 2 CARLSON PARKWAY, SUITE 260
SEGREGATED PORTFOLIO                          PLYMOUTH MN 55447
PRIME CAPITAL MASTER SPC, GOT WAT MAC         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
SEGREGATED PORTFOLIO                          PLYMOUTH MN 55447
UBS AG, LONDON BRANCH                         TRANSFEROR: CAPITAL PARTNERS SECURITIES CO., LTD ATTN: KAZUYA ICHIKAWA AND MARIE MIYAZAWA (TOKYO) 1 FINSBURY AVENUE
                                              LONDON EC2M 2PP UNITED KINGDOM
WATERSTONE MARKET NEUTRAL MASTER FUND,        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
LTD.                                          PLYMOUTH MN 55447
WATERSTONE MF FUND, LTD                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: VINCENT CONLEY C/O WATERSTONE CAPITAL MANAGEMENT, LP 2 CARLSON PARKWAY, SUITE 260
                                              PLYMOUTH MN 55447
WATERSTONE MF FUND, LTD.                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
                                              PLYMOUTH MN 55447

Total Number of Records Printed        17
```

EPIQ BANKRUPTCY SOLUTIONS, LLC