UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                :   08-13555 (JMP)
                                                            :   (Jointly Administered)
                  Debtors.                                  :
                                                            :
-----------------------------------------------------------------x   Ref. Docket Nos. 29182, 29183,
                                                                29186

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 12, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
18th day of July, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

```
Transferor:   GOLDMAN SACHS LENDING PARTNERS LLC
              TRANSFEROR: SOCIETE GENERALE
              ATTN: RICK CANONICO
              30 HUDSON STREET, 5TH FLOOR
              JERSEY CITY NJ 07302


Additional:




Transferee:   PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO
              C/O WATERSTONE CAPITAL MANAGEMENT, LP
              ATTN: VINCENT CONLEY
              2 CARLSON PARKWAY, SUITE 260
              PLYMOUTH MN 55447
```

**Your transfer** of claim #    15922    is defective for the reason(s) checked below:

Previously Transferred

Docket Number 29186                    Date 07/03/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 12, 2012.

**EXHIBIT B**

```
TIME: 17:29:03                                          LEHMAN BROTHERS HOLDING INC.                                                            PAGE:   1
DATE: 07/12/12                                               CREDITOR LISTING

Name                                              Address
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: SOCIETE GENERALE ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
PRIME CAPITAL MASTER SPC, GOT WAT MAC             C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
  SEGREGATED PORTFOLIO
WATERSTONE MARKET NEUTRAL MASTER FUND             C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE MF FUND, LTD                           C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE MF FUND, LTD                           C/O WATERSTONE CAPITAL MANAGEMENT, LP; ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447


Total Number of Records Printed    5
```