WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
**In re**  :  **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :  **08-13555 (JMP)**
:
Debtors.  :  **(Jointly Administered)**
:
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' TWO HUNDRED FOURTEENTH**
**OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE**
**CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred Fourteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that was scheduled for July 19, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to August 23, 2012 at 10 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: July 18, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

# Exhibit A

## Adjourned Claims:

| Respondent | Claim No. |
|---|---|
| Banque Populaire Cote d' Azur | 37175 |
| Grace Sin Yu Fung | 36560 |
| Lionel Dardo Occhinone | 47474 |
| Ip Lam Sang & Tse Siu Mui | 45386 |
| UBS AG [Response filed by Nikesh Daryani, Neelam Daryani, Parasram Daryani, and Vikas Daryani, as beneficial holders] | 36634, 36639 |
| Klaus Peter Sauer | 34579 |
| Adventist Union Limited | 40232 |
| Atil Birol | 10985 |
| Sylvia Garcia Pastori | 36815 |
| Juan Enrique Llovet Garcia | 36808 |
| Maria Dolores Llovet Garcia | 36810 |
| Maria Isabel Llovet Garcia | 36806 |
| Jaun Enrique Llovet Rubio | 36809 |
| Maria Dolores Llovet Garcia | 36807 |
| Alberto Borrino | 41133 |
| Eduardo Rafael Schiariti | 36819 |
| Amr Samir Mohamed Zaki Abdel Kader | 36674 |
| Middle East Shipping | 44060 |
| Wong Hung Ying | 43442 |
| Margarita Roldos | 36818 |
| Margarita Michelini | 36811 |
| Jorge Roldos | 36814 |
| Carolina de Baeremaecker | 36813 |
| Mirta Bessio | 47444 |
| Daniel Nemoy | 36817 |
| Tak Chung J, Tong Yuk Kwan | 47294 |
| Lung Wing Man Virginia | 47296 |
| Fernando Martin Anchorena | 55675 |
| Wilhelm Kraemer | 41222 |
| Wing Lung Bank LTD on behalf of Timy Lam Yik Ping & Elaine Li Yuet Ling | 45202 |
| A Cheung Fan Kit Ling | 41254 |
| Lin Wen Yen and Lin-Chou Chiang Hua | 41316 |
| Rosa Te Chen | 40968 |
| Caridad and Allen Antonio Tan | 45610 |
| Charles and Patty Tu | 55003 |
| Bloomingdale's Int Vent Ltd. | 45086 |
| Buoyang Hill Corporation | 45682 |

3

| Respondent | Claim No. |
|---|---|
| Peter And Rose Chan | 41639 |
| China Unique Holdings Ltd | 40813 |
| Chiphar Corporation | 40814 |
| Lee, Tsu-Shiu And Lee, Yen Shu Meei | 42343 |
| Luminance Ventures Ltd | 40810 |
| Matrix Control | 40812 |
| Mm2275 Co. Ltd. | 40397 |
| Pinky Limited | 42614 |
| Ridgecrest Holdings Ltd | 46589 |
| Bambang/ Lau Ha Chun Sugiarto | 36650 |
| Suwang-Sun Co Ltd | 40811 |
| Yetti Ltd. | 40541 |
| Shyh-An Su and Shiouw-Chin Su Luo | 40346 |
| Manuel Avelino Ornelas | 43259 |
| Rafael Alonso Vertiz | 47459 |

US_ACTIVE:\43901555\8\58399.0008