WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                                           :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (JMP)**
:
Debtors.                                                       :    **(Jointly Administered)**
:
---------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS' TWO HUNDRED FIFTEENTH OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that was scheduled for July 19, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to August 23, 2012 at 10 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

US_ACTIVE:\43901565\8\58399.0008

The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: July 18, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

## Exhibit A

## Adjourned Claims:

| Respondent | Claim No. |
|---|---|
| Lloyds TSB Bank plc (Geneva Branch) | 55515; 55517 |
| Lamita Jabbour | 56189 |
| Alberto Bension and Zulema Mallo | 47495 |
| Andres Bension Hallo | 47496 |
| Jamie H. Murcia | 67453 |
| Alejandro Diego Duarte | 61645 |
| Rosa Maria Calzada Rebolledo & Claudia Elena Sharpe Calzada | 56936 |
| Ernesto Javier Almada Gonzalez & Ana Maria Gomez Mundo | 51285 |
| Francisco Orozco Covarrubias | 51092 |
| Monica Diaz Clark | 49486 |
| Alicia Gonzalez, Ruben Garcia Conzalez, & Enrique G. Garcia | 51597 |
| Octavio Velasco Ruvalcaba, Margarita Sevilla, & Octavio Velasco Sevilla | 50683 |
| Hector Castellanos Ramirez & Lillian Frank de Castellanos | 50682 |
| Ethela M. Guzman Aldana | 51091 |
| Gerardo Armando Vidrio Chavez | 56046 |
| Gerardo Armando Vidrio Chavez | 57713 |
| Jaime Hernandez Gallego & Regina Hernandez Tercero | 50393 |
| Tahra Holdings | 57049 |
| Ma. De La Paz Gomez Flores, Ma. Del Refugio Gomez Flores, Salvador Gomez Flores | 56949 |
| Herminia Castaneda Sanroman & Silvia H. Ramirez Castaneda | 50842 |
| David Jesus Alpizar Carrillo & Marissa Navarrete Sierra | 49481 |
| Jose Francisco D'Luna Canton, Veronica V. D'Luna Ascencio, Cynthia P. D'Luna Ascencio, Liliana Ascencio De Luna, Jacqueline I. D'Luna Ascencio | 65592 |
| Patricia De Guadalupe Paramo & Jose Ma De Los Angeles Oliveros | 65675 |
| Georgina Margarita Gonzalez | 49490 |
| Jose Ricardo Alcala Luna, Ana Maria Ocampo Flores | 56480 |
| Janus Systems S.A. | 55211 |
| Antonia Briceno Vargas & Patricia De La R. De Brinceno | 49488 |
| Josefina Flores Ochoa & Sergio Leal Flores | 64860, 64859, 64861 |
| Eduardo Camerena Padilla, Ma De La Luz Camarena Padilla | 56943 |
| Rosa Evelia Camarena Padilla & Ma De La Luz Camarena Padilla | 56944, 56945 |
| Socorro Camarena Padilla & Ma De La Luz Camarena Padilla | 56942 |
| Ana Maria Preciat de Menendez | 51128 |
| Gregorio Blasco Martin & Natividad Martinez Farcia | 60503 |

3

| Respondent | Claim No. |
|---|---|
| Antonio Walker Touche Irma Olvera De Walker | 50394 |
| Joaquim Armindo Santos Gradim | 61429 |
| Jorge Saez Concepcion | 60501 |
| Tactics Limited | 54791 |
| Charles and Patty Tu | 55003 |

US_ACTIVE:\43901565\8\58399.0008