WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
**In re**                                                                                   :  **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                 :  **08-13555 (JMP)**
:
Debtors.                                                                        :  **(Jointly Administered)**
:
------------------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT
### OF DEBTORS' TWO HUNDRED SIXTEENTH
### OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE
### CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred Sixteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that was scheduled for July 19, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to August 23, 2012 at 10 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: July 18, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

## Exhibit A

## Adjourned Claims:

| Respondent | Claim No. |
|---|---|
| Bank of Valletta plc | 58114 |
| HSBC Private Bank (Suisse) SA [Response filed by Wong Chin Pang Alex, a beneficial holder] | 56671 |
| Banque Privee Edmond de Rothschild S.A. | 46890 |
| Banqu Safdie SA | 65272 |
| S. Feij | 63000 |
| Nikesh Daryani, Neelam Daryani, Parasram Daryani, Vikas Daryani | 59233 |

US_ACTIVE:\43901578\8\58399.0008