**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,                            :   08-13555 (JMP)
                                                                  :
            Debtors.                                              :   (Jointly Administered)
                                                                  :
------------------------------------------------------------------x   Ref. Docket Nos. 29443 & 29477
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 17, 2012, I caused to be served the following:

   a) "Omnibus Reply to Certain Responses to Debtors' Forty-Second and Forty-Third Omnibus Objections to Claims (Late-Filed Lehman Programs Securities Claims)," dated July 17, 2012, [Docket No. 29443], (the "Omnibus Reply"), and

   b) "Notice of Adjournment of the Two Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claim," dated July 17, 2012 [Docket No. 29477], (the "299th Omnibus NOA"), and

   by causing true and correct copies of the:

   i. Omnibus Reply and 299th Omnibus NOA, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii. Omnibus Reply and 299th Omnibus NOA, to be delivered via facsimile to the party listed on the annexed Exhibit B,

   iii. Omnibus Reply and 299th Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

   iv. Omnibus Reply, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D, and

  v. 299th Omnibus NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit E</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                _____
                Kerry O'Neil

Sworn to before me this
18th day of July, 2012

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | aunger@sidley.com | clynch@reedsmith.com |
| aalfonso@willkie.com | austin.bankruptcy@publicans.com | cmontgomery@salans.com |
| abeaumont@fklaw.com | avenes@whitecase.com | cohen@sewkis.com |
| abraunstein@riemerlaw.com | azylberberg@whitecase.com | colea@gtlaw.com |
| acaton@kramerlevin.com | bankr@zuckerman.com | cp@stevenslee.com |
| acker@chapman.com | bankruptcy@goodwin.com | cpappas@dilworthlaw.com |
| adam.brezine@hro.com | bankruptcy@morrisoncohen.com | craig.goldblatt@wilmerhale.com |
| adarwin@nixonpeabody.com | bankruptcy@ntexas-attorneys.com | crmomjian@attorneygeneral.gov |
| adiamond@diamondmccarthy.com | bankruptcymatters@us.nomura.com | cs@stevenslee.com |
| aeckstein@blankrome.com | barbra.parlin@hklaw.com | csalomon@beckerglynn.com |
| aentwistle@entwistle-law.com | bbisignani@postschell.com | cschreiber@winston.com |
| afriedman@irell.com | bcarlson@co.sanmateo.ca.us | cshore@whitecase.com |
| agbanknewyork@ag.tn.gov | bdk@schlamstone.com | cshulman@sheppardmullin.com |
| aglenn@kasowitz.com | bguiney@pbwt.com | ctatelbaum@adorno.com |
| agold@herrick.com | bill.freeman@pillsburylaw.com | cwalsh@mayerbrown.com |
| agoldstein@tnsj-law.com | bkmail@prommis.com | cward@polsinelli.com |
| aisenberg@saul.com | bmanne@tuckerlaw.com | cweber@ebg-law.com |
| akantesaria@oppenheimerfunds.com | bmiller@mofo.com | cweiss@ingramllp.com |
| akolod@mosessinger.com | boneill@kramerlevin.com | dallas.bankruptcy@publicans.com |
| akornikova@lcbf.com | brian.corey@greentreecreditsolutions.com | daniel.guyder@allenovery.com |
| alum@ftportfolios.com | brosenblum@jonesday.com | dave.davis@isgria.com |
| amarder@msek.com | broy@rltlawfirm.com | david.bennett@tklaw.com |
| amartin@sheppardmullin.com | bruce.wright@sutherland.com | david.crichlow@pillsburylaw.com |
| amcmullen@boultcummings.com | bstrickland@wtplaw.com | david.heller@lw.com |
| amenard@tishmanspeyer.com | btrust@mayerbrown.com | david.powlen@btlaw.com |
| anann@foley.com | bturk@tishmanspeyer.com | david.seligman@kirkland.com |
| andrew.brozman@cliffordchance.com | bwolfe@sheppardmullin.com | davids@blbglaw.com |
| andrew.lourie@kobrekim.com | bzabarauskas@crowell.com | davidwheeler@mvalaw.com |
| angelich.george@arentfox.com | cahn@clm.com | dbalog@intersil.com |
| ann.reynaud@shell.com | calbert@reitlerlaw.com | dbarber@bsblawyers.com |
| anthony_boccanfuso@aporter.com | canelas@pursuitpartners.com | dbaumstein@whitecase.com |
| aoberry@bermanesq.com | carol.weinerlevy@bingham.com | dbesikof@loeb.com |
| aostrow@beckerglynn.com | cbelisle@wfw.com | dcimo@gjb-law.com |
| apo@stevenslee.com | cbelmonte@ssbb.com | dcoffino@cov.com |
| aquale@sidley.com | cbrotstein@bm.net | dcrapo@gibbonslaw.com |
| arahl@reedsmith.com | cdesiderio@nixonpeabody.com | ddavis@paulweiss.com |
| arheaume@riemerlaw.com | cgoldstein@stcwlaw.com | ddrebsky@nixonpeabody.com |
| arlbank@pbfcm.com | chammerman@paulweiss.com | ddunne@milbank.com |
| arosenblatt@chadbourne.com | chardman@klestadt.com | deggermann@kramerlevin.com |
| arthur.rosenberg@hklaw.com | charles@filardi-law.com | deggert@freebornpeters.com |
| arwolf@wlrk.com | charles_malloy@aporter.com | demetra.liggins@tklaw.com |
| aseuffert@lawpost-nyc.com | chipford@parkerpoe.com | dfelder@orrick.com |
| ashaffer@mayerbrown.com | chris.donoho@lovells.com | dflanigan@polsinelli.com |
| ashmead@sewkis.com | christopher.schueller@bipc.com | dgrimes@reedsmith.com |
| asnow@ssbb.com | clarkb@sullcrom.com | dhayes@mcguirewoods.com |

| | | |
|---|---|---|
| dheffer@foley.com | eschaffer@reedsmith.com | james.heaney@lawdeb.com |
| diconzam@gtlaw.com | eschwartz@contrariancapital.com | james.mcclammy@dpw.com |
| djoseph@stradley.com | esmith@dl.com | james.sprayregen@kirkland.com |
| dkleiner@velaw.com | etillinghast@sheppardmullin.com | jamestecce@quinnemanuel.com |
| dkozusko@willkie.com | ezujkowski@emmetmarvin.com | jamie.nelson@dubaiic.com |
| dlemay@chadbourne.com | ezweig@optonline.net | jar@outtengolden.com |
| dlipke@vedderprice.com | fbp@ppgms.com | jason.jurgens@cwt.com |
| dludman@brownconnery.com | ffm@bostonbusinesslaw.com | jay.hurst@oag.state.tx.us |
| dmcguire@winston.com | fhyman@mayerbrown.com | jay@kleinsolomon.com |
| dmurray@jenner.com | foont@foontlaw.com | jbecker@wilmingtontrust.com |
| dneier@winston.com | francois.janson@hklaw.com | jbeemer@entwistle-law.com |
| dodonnell@milbank.com | fsosnick@shearman.com | jbeiers@co.sanmateo.ca.us |
| dove.michelle@dorsey.com | fyates@sonnenschein.com | jbird@polsinelli.com |
| dpegno@dpklaw.com | gabriel.delvirginia@verizon.net | jbromley@cgsh.com |
| draelson@fisherbrothers.com | gbray@milbank.com | jcarberry@cl-law.com |
| dravin@wolffsamson.com | geraci@thalergertler.com | jchristian@tobinlaw.com |
| drose@pryorcashman.com | ggitomer@mkbattorneys.com | jdoran@haslaw.com |
| drosenzweig@fulbright.com | ggoodman@foley.com | jdrucker@coleschotz.com |
| drosner@goulstonstorrs.com | giddens@hugheshubbard.com | jdyas@halperinlaw.net |
| drosner@kasowitz.com | gkaden@goulstonstorrs.com | jean-david.barnea@usdoj.gov |
| dshaffer@wtplaw.com | glenn.siegel@dechert.com | jeanites@whiteandwilliams.com |
| dshemano@pwkllp.com | gmoss@riemerlaw.com | jeannette.boot@wilmerhale.com |
| dspelfogel@foley.com | gravert@ravertpllc.com | jeff.wittig@coair.com |
| dtatge@ebglaw.com | gspilsbury@jsslaw.com | jeffery.black@bingham.com |
| dtheising@harrisonmoberly.com | guzzi@whitecase.com | jeffrey.sabin@bingham.com |
| dwdykhouse@pbwt.com | harrisjm@michigan.gov | jeldredge@velaw.com |
| dwildes@stroock.com | harveystrickon@paulhastings.com | jen.premisler@cliffordchance.com |
| dworkman@bakerlaw.com | hbeltzer@mayerbrown.com | jennifer.demarco@cliffordchance.com |
| easmith@venable.com | heim.steve@dorsey.com | jennifer.gore@shell.com |
| echang@steinlubin.com | heiser@chapman.com | jeremy.eiden@ag.state.mn.us |
| ecohen@russell.com | hollace.cohen@troutmansanders.com | jfalgowski@reedsmith.com |
| efleck@milbank.com | holsen@stroock.com | jflaxer@golenbock.com |
| efriedman@fklaw.com | howard.hawkins@cwt.com | jfox@joefoxlaw.com |
| efriedman@friedumspring.com | hseife@chadbourne.com | jfreeberg@wfw.com |
| egeekie@schiffhardin.com | hsnovikoff@wlrk.com | jg5786@att.com |
| eglas@mccarter.com | hsteel@brownrudnick.com | jgenovese@gjb-law.com |
| ehollander@whitecase.com | icatto@mwe.com | jguy@orrick.com |
| ekbergc@lanepowell.com | igoldstein@dl.com | jherzog@gklaw.com |
| elevin@lowenstein.com | ilevee@lowenstein.com | jhiggins@fdlaw.com |
| eli.mattioli@klgates.com | info2@normandyhill.com | jhorgan@phxa.com |
| ellen.halstead@cwt.com | ira.herman@tklaw.com | jhuggett@margolisedelstein.com |
| emerberg@mayerbrown.com | isgreene@hhlaw.com | jim@atkinslawfirm.com |
| enkaplan@kaplanlandau.com | israel.dahan@cwt.com | jjoyce@dresslerpeters.com |
| eobrien@sbchlaw.com | iva.uroic@dechert.com | jjtancredi@daypitney.com |
| erin.mautner@bingham.com | jacobsonn@sec.gov | jjureller@klestadt.com |

| | | |
|---|---|---|
| jkehoe@btkmc.com | jweiss@gibsondunn.com | lml@ppgms.com |
| jlamar@maynardcooper.com | jwest@velaw.com | lnashelsky@mofo.com |
| jlawlor@wmd-law.com | jwh@njlawfirm.com | loizides@loizides.com |
| jlee@foley.com | kanema@formanlaw.com | lromansic@steptoe.com |
| jlevitin@cahill.com | karen.wagner@dpw.com | lscarcella@farrellfritz.com |
| jlipson@crockerkuno.com | kdwbankruptcydepartment@kelleydrye.com | lschweitzer@cgsh.com |
| jlovi@steptoe.com | keckhardt@hunton.com | lsilverstein@potteranderson.com |
| jlscott@reedsmith.com | keith.simon@lw.com | lubell@hugheshubbard.com |
| jmaddock@mcguirewoods.com | ken.coleman@allenovery.com | lwhidden@salans.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | mabrams@willkie.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | maofiling@cgsh.com |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | marc.chait@sc.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | margolin@hugheshubbard.com |
| jmerva@fult.com | kjarashow@fklaw.com | mark.bane@ropesgray.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.deveno@bingham.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.ellenberg@cwt.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.sherrill@sutherland.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | martin.davis@ots.treas.gov |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | marvin.clements@ag.tn.gov |
| jorbach@hahnhessen.com | korr@orrick.com | matt@willaw.com |
| joseph.cordaro@usdoj.gov | kovskyd@pepperlaw.com | matthew.klepper@dlapiper.com |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | maustin@orrick.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | max.polonsky@skadden.com |
| jowolf@law.nyc.gov | kreynolds@mklawnyc.com | mbenner@tishmanspeyer.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | mberman@nixonpeabody.com |
| jpintarelli@mofo.com | kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mbienenstock@dl.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mbloemsma@mhjur.com |
| jrabinowitz@rltlawfirm.com | landon@streusandlandon.com | mbossi@thompsoncoburn.com |
| jrsmith@hunton.com | lapeterson@foley.com | mcademartori@sheppardmullin.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mccombst@sullcrom.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mcordone@stradley.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com | mcto@debevoise.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mcyganowski@oshr.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mdorval@stradley.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | melorod@gtlaw.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | meltzere@pepperlaw.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | metkin@lowenstein.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | mfeldman@willkie.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | mgordon@briggs.com |
| jvail@ssrl.com | lkatz@ltblaw.com | mgreger@allenmatkins.com |
| jwallack@goulstonstorrs.com | lmarinuzzi@mofo.com | mh1@mccallaraymer.com |
| jwang@sipc.org | lmay@coleschotz.com | mhopkins@cov.com |
| jwcohen@daypitney.com | lmcgowen@orrick.com | michael.frege@cms-hs.com |

| | | |
|---|---|---|
| michael.kelly@monarchlp.com | nlepore@schnader.com | rleek@hodgsonruss.com |
| michael.kim@kobrekim.com | notice@bkcylaw.com | rlevin@cravath.com |
| michael.mccrory@btlaw.com | oipress@travelers.com | rmatzat@hahnhessen.com |
| michael.reilly@bingham.com | otccorpactions@finra.org | rmcneill@potteranderson.com |
| millee12@nationwide.com | paronzon@milbank.com | rnetzer@willkie.com |
| miller@taftlaw.com | patrick.oh@freshfields.com | robert.bailey@bnymellon.com |
| mimi.m.wong@irscounsel.treas.gov | paul.turner@sutherland.com | robert.dombroff@bingham.com |
| mitchell.ayer@tklaw.com | pbattista@gjb-law.com | robert.henoch@kobrekim.com |
| mjedelman@vedderprice.com | pbosswick@ssbb.com | robert.malone@dbr.com |
| mjr1@westchestergov.com | pdublin@akingump.com | robert.yalen@usdoj.gov |
| mkjaer@winston.com | peisenberg@lockelord.com | robin.keller@lovells.com |
| mlahaie@akingump.com | peter.gilhuly@lw.com | roger@rnagioff.com |
| mlandman@lcbf.com | peter.macdonald@wilmerhale.com | ronald.silverman@bingham.com |
| mlichtenstein@crowell.com | peter.simmons@friedfrank.com | ross.martin@ropesgray.com |
| mlynch2@travelers.com | peter@bankrupt.com | rqureshi@reedsmith.com |
| mmendez@hunton.com | pfeldman@oshr.com | rrainer@wmd-law.com |
| mmooney@deilylawfirm.com | phayden@mcguirewoods.com | rreid@sheppardmullin.com |
| mmorreale@us.mufg.jp | pmaxcy@sonnenschein.com | rroupinian@outtengolden.com |
| mneier@ibolaw.com | ppascuzzi@ffwplaw.com | rrussell@andrewskurth.com |
| monica.lawless@brookfieldproperties.com | ppatterson@stradley.com | rterenzi@stcwlaw.com |
| mpage@kelleydrye.com | psp@njlawfirm.com | russj4478@aol.com |
| mparry@mosessinger.com | ptrain-gutierrez@kaplanlandau.com | rwasserman@cftc.gov |
| mpomerantz@julienandschlesinger.com | ptrostle@jenner.com | rwyron@orrick.com |
| mprimoff@kayescholer.com | r.stahl@stahlzelloe.com | s.minehan@aozorabank.co.jp |
| mpucillo@bermanesq.com | raj.madan@bingham.com | sabin.willett@bingham.com |
| mrosenthal@gibsondunn.com | ramona.neal@hp.com | sabramowitz@velaw.com |
| mruetzel@whitecase.com | ranjit.mather@bnymellon.com | sabvanrooy@hotmail.com |
| mschimel@sju.edu | raul.alcantar@ropesgray.com | sagolden@hhlaw.com |
| mschlesinger@julienandschlesinger.com | rbeacher@pryorcashman.com | sally.henry@skadden.com |
| msegarra@mayerbrown.com | rbyman@jenner.com | sandyscafaria@eaton.com |
| mshiner@tuckerlaw.com | rdaversa@orrick.com | sara.tapinekis@cliffordchance.com |
| msiegel@brownrudnick.com | relgidely@gjb-law.com | scargill@lowenstein.com |
| msolow@kayescholer.com | rfleischer@pryorcashman.com | schannej@pepperlaw.com |
| mspeiser@stroock.com | rfrankel@orrick.com | schepis@pursuitpartners.com |
| mstamer@akingump.com | rfriedman@silvermanacampora.com | schnabel.eric@dorsey.com |
| mvenditto@reedsmith.com | rgmason@wlrk.com | schristianson@buchalter.com |
| mwarren@mtb.com | rgraham@whitecase.com | schwartzmatthew@sullcrom.com |
| ncoco@mwe.com | rhett.campbell@tklaw.com | scottshelley@quinnemanuel.com |
| neal.mann@oag.state.ny.us | richard.fingard@newedge.com | scousins@armstrongteasdale.com |
| ned.schodek@shearman.com | richard.lear@hklaw.com | sdnyecf@dor.mo.gov |
| neilberger@teamtogut.com | richard.levy@lw.com | steven@blbglaw.com |
| newyork@sec.gov | richard.tisdale@friedfrank.com | sehlers@armstrongteasdale.com |
| nfurman@scottwoodcapital.com | richard@rwmaplc.com | seichel@crowell.com |
| nherman@morganlewis.com | ritkin@steptoe.com | sfelderstein@ffwplaw.com |
| nissay_10259-0154@mhmjapan.com | rjones@boultcummings.com | sfineman@lchb.com |

sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com

thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

# EXHIBIT B

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: TRACY HOPE DAVIS, ESQ.; ELISABETTA G. GASPARINI, ESQ.
AND ANDREA B. SCHWARTZ, ESQ.
**FAX: (212) 668-2255**

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT D

| Claim Name | Address Information |
|---|---|
| CHAU KAM MAN & CHIANG WAI MAN VIVIAN | 17A HILLTOP 60 CLOUD VIEW ROAD NORTH POINT HONG KONG |
| IE SHE HOEN & TAN TJIANG MOY | ROOM 1001, TUNG NING BUILDING 249-253 DES VOEUX ROAD CENTRAL HONG KONG |
| LAM YING CHOI & YEUNG SO FAN | 12B, BLOCK 1, FLORA GARDEN 7 CHUN FAI ROAD HONG KONG |
| WONG TAK KEUNG & LAM SAU LING | 8/F, 93D BROADWAY, MEI FOO SUN CHUEN KOWLOON HONG KONG |
| WONG YEE WAN & POON KAI HUNG | FLAT E, 8/F, BLK 1 POK FU LAM GDNS POK FU LAM HONG KONG |
| WOO SET WAH & CHUI FUNG MING SANDRA | 11D, LILY COURT 9 LUNG PAK ST WORLD-WIDE GARDENS SHATIN, NT HONG KONG |
| YAM CHAK HONG HENRY | FLAT A, 17/F, HIBISCUS COURT WORLD-WIDE GARDENS 7 LUNG PAK ST. SHATIN HONG KONG |
| YU CHUN KWAN | RM 808 8/F BLK H LUK YEUNG SUN CHUEN TSUEN WAN, NEW TERRITORIES HONG KONG |

**Total Creditor count  8**

**EXHIBIT E**

Pg 16 of 16

DEUTSCHE BANK
ATTN: CHIP GOODRICH, ESQ.
60 WALL STREET
NEW YORK, NY 10005-2858