# Exhibit 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 317: EXHIBIT 1 - NO LIABILITY LBL EMPLOYEE CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | GREENWAY, LISA K<br>161 WATLING STREET<br>PARK ST VILLAGE<br>ST ALBANS,   AL2 2NZ<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 16285 | $93,876.00 | No Liability - LBL Employee |
| 2 | MARNEY, LESLEY N<br>POPLAR GRANGE<br>48 CLERKE DRIVE KEMSLEY<br>KENT<br>SITTINGBOURNE,   ME102RY<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/14/2009 | 12047 | $166,115.00 | No Liability - LBL Employee |
| 3 | REINBACHER, RENE<br>STEINPLEISER STR. 59<br>ZWICKAU, SN  08060<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 32236 | $139,774.00* | No Liability - LBL Employee |
| 4 | SAUNDERS, MARK A.<br>140 BEECHWOOD AVENUE<br>ST ALBANS, HERTS,   AL1 4XY<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/16/2009 | 14396 | $84,000.00 | No Liability - LBL Employee |
| 5 | WEST, DAVID<br>45 LEICESTER ROAD<br>WANSTEAD<br>LONDON,   E112DW<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 15205 | $138,598.70 | No Liability - LBL Employee |
| | | | | | TOTAL | $622,363.70 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# Exhibit 2

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 317: EXHIBIT 2 - NO LIABILITY LBL EMPLOYEE CLAIMS - ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | GREZO, CHARLOTTE BRERETON<br>26 HURON ROAD<br>TOOTING<br>LONDON, GT LON, SW17 8RB<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/15/2009 | 12755 | $1,175,570.00 | No Liability - LBL Employee |
| | | | | | TOTAL | $1,175,570.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts