## Exhibit 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 311: EXHIBIT 1 – NO LIABILITY DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | CHAPTER 11 ESTATE | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: GOOD STEWARD TRADING COMPANY SPC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/14/2009 | 12027 | $21,763.90 | No Liability Claim - Derivative |
| 2 | CVI GVF (LUX) MASTERS S.A.R.L. TRANSFEROR: STAPLE STREET AVIATION (MASTER) LP C/O CARVAL INVESTORS UK LTD. ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE SURREY, KT11 2PD UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13751 | $9,932.00 | No Liability Claim - Derivative |
| 3 | CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: STAPLE STREET AVIATION (MASTER) LP C/O CARVAL INVESTORS UK LTD ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE SURREY, KT11 2PD UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/16/2009 | 13752 | $9,932.00 | No Liability Claim - Derivative |
| 4 | INTRALOT S.A. ATTN: CHRIS MISTRIOTIS 64, KIFISSIAS AVE. & 3, PREMETIS STR. ATHENS, 15 125 GREECE | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27536 | $73,000.00* | No Liability Claim - Derivative |
| 5 | MARANATHA BAPTIST BIBLE COLLEGE ATTN: MARK STEVENS 745 WEST MAIN STREET WATERTOWN, WI 53094 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24623 | Undetermined | No Liability Claim - Derivative |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 311: EXHIBIT 1 – NO LIABILITY DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | CHAPTER 11 ESTATE | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | MARANATHA BAPTIST BIBLE COLLEGE ATTN: MARK STEVENS 745 WEST MAIN STREET WATERTOWN, WI 53094 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24624 | Undetermined | No Liability Claim - Derivative |
| 7 | PARKING AUTHORITY OF THE CITY OF HAWTHORNE, CA ATTN: JAG PATHIRANA 4455 WEST 16TH STREET HAWTHORNE, CA 90250 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/16/2009 | 13890 | Undetermined | No Liability Claim - Derivative |
| 8 | SUPERIOR ENERGY SERVICES INC ATTN: WILLIAM B. MASTERS 1105 PETERS ROAD HARVEY, LA 70058 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 31962 | Undetermined | No Liability Claim - Derivative |
| 9 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31028 | Undetermined | No Liability Claim - Derivative |
| | | | | | TOTAL | $114,627.90 | |

# Exhibit 2

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 311: EXHIBIT 2 – NO LIABILITY DERIVATIVES CLAIMS - ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | CHAPTER 11 ESTATE | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 38 ATTN: BRIAN WHALEY 825 THIRD AVENUE NEW YORK, NY 10022 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17108 | $182,062.50* | No Liability Claim - Derivative |
| 2 | CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 38 ATTN: BRIAN WHALEY 825 THIRD AVENUE NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17109 | $182,062.50* | No Liability Claim - Derivative |
| 3 | CIFG SERVICES, INC., 850 3RD AVE FL 10 NEW YORK, NY 10022-7221 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17110 | $12,214.32* | No Liability Claim - Derivative |
| 4 | CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 15 850 3RD AVE FL 10 NEW YORK, NY 10022-7221 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17111 | $12,214.32* | No Liability Claim - Derivative |
| 5 | CIFG SERVIES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 16 850 3RD AVE FL 10 NEW YORK, NY 10022-7221 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17112 | $9,379.29* | No Liability Claim - Derivative |
| 6 | CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 16 850 3RD AVE FL 10 NEW YORK, NY 10022-7221 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17145 | $9,379.29* | No Liability Claim - Derivative |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 311: EXHIBIT 2 – NO LIABILITY DERIVATIVES CLAIMS - ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | CHAPTER 11 ESTATE | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 39 850 3RD AVE FL 10 NEW YORK, NY 10022-7221 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17146 | $165,875.00* | No Liability Claim - Derivative |
| 8 | CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 39 850 3RD AVE FL 10 NEW YORK, NY 10022-7221 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17147 | $165,878.00* | No Liability Claim - Derivative |
| 9 | CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 83 850 3RD AVE FL 10 NEW YORK, NY 10022-7221 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17148 | $151,999.99* | No Liability Claim - Derivative |
| 10 | CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 83 850 3RD AVE FL 10 NEW YORK, NY 10022-7221 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17149 | $151,999.99* | No Liability Claim - Derivative |
| 11 | CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 37 ATTN: BRIAN WHALEY 825 THIRD AVENUE NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17150 | $25,582.25* | No Liability Claim - Derivative |
| 12 | CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION FUNDING TRUST 37 ATTN: BRIAN WHALEY 825 THIRD AVENUE NEW YORK, NY 10022 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17151 | $25,582.25* | No Liability Claim - Derivative |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 311: EXHIBIT 2 – NO LIABILITY DERIVATIVES CLAIMS - ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | CHAPTER 11 ESTATE | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | STATE OF LOUISIANA, DEPARTMENT OF TREASURY TOBACCO SETTLEMENT FINANCING CORPORATION C/O LOUISIANA DEPARTMENT OF JUSTICE BENJAMIN A. HUXEN II, ASST ATTORNEY GENERAL P.O. BOX 94005 BATON ROUGE, LA 70804-9005 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/21/2009 | 42907 | $10,000,000.00 | No Liability Claim - Derivative |
| 14 | STATE OF LOUISIANA, DEPARTMENT OF TREASURY TOBACCO SETTLEMENT FINANCING CORPORATION C/O LOUISIANA DEPARTMENT OF JUSTICE BENJAMIN A. HUXEN II, ASST ATTORNEY GENERAL P.O. BOX 94005 BATON ROUGE, LA 70804-9005 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 42908 | $10,000,000.00 | No Liability Claim - Derivative |
| 15 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31059 | Undetermined | No Liability Claim - Derivative |
| 16 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31060 | Undetermined | No Liability Claim - Derivative |
| | | | | TOTAL | | $21,094,229.70 | |