# Exhibit 1

**LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 308: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BECKER, DAVID A. | 28301 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $229,349.90 | Lehman Brothers Holdings Inc. | Unsecured | $186,704.57 |
| 2 | BIEBER, SANDER M. AND LINDA E. ROSENZWEIG<br>3217 FARMINGTON DRIVE<br>CHEVY CHASE, MD 20815 | 15385 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $100,883.52 |
| 3 | CASE, JOHN<br>153 DOSORIS LANE<br>GLEN COVE, NY 11542 | 16248 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $168,139.20 |
| 4 | ESTATE OF HAROLD SNYDER<br>555 MADISON AVE STE 1302<br>NEW YORK, NY 10022-3406 | 18629 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $388,209.90 | Lehman Brothers Holdings Inc. | Unsecured | $313,259.57 |
| 5 | LANGER INVESTMENT PARTNERS<br>5144 E. PALOMINO ROAD<br>PHOENIX, AZ 85018 | 15406 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $168,139.20 |
| 6 | LESLIE STEPPEL WEISBROD TRUST DTD 6/27/1990<br>369 WHIPPOORWILL ROAD<br>CHAPPAQUA, NY 10514 | 19325 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $160,501.90 | Lehman Brothers Holdings Inc. | Unsecured | $130,658.17 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 308: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | LESLIE STEPPEL WEISBROD TRUST DTD 6/27/1990<br>369 WHIPPOORWILL ROAD<br>CHAPPAQUA, NY 10514 | 19378 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $114,778.00 | Lehman Brothers Holdings Inc. | Unsecured | $88,588.50 |
| 8 | LIGHTEN, WILLIAM E. | 28231 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $183,307.80* | Lehman Brothers Holdings Inc. | Unsecured | $149,223.54 |
| 9 | MCGEE III, HUGH E | 31078 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $229,349.90 | Lehman Brothers Holdings Inc. | Unsecured | $186,704.57 |
| 10 | MCGEE, HUGH | 31079 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $133,484.00 | Lehman Brothers Holdings Inc. | Unsecured | $101,244.00 |
| 11 | SHEHADI, FREDERICK S. JR.<br>4000 GULFSHORE BLVD N. # 300<br>NAPLES, FL 34103-3428 | 15756 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $81,986.40 | Lehman Brothers Holdings Inc. | Unsecured | $63,277.50 |
| 12 | SNYDER, BERYL<br>555 MADISON AVE STE 1302<br>NEW YORK, NY 10022-3106 | 18631 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $155,197.90 | Lehman Brothers Holdings Inc. | Unsecured | $125,233.77 |
| 13 | SNYDER, BRIAN<br>555 MADISON AVE STE 1302<br>NEW YORK, NY 10022-3406 | 18630 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $155,197.90 | Lehman Brothers Holdings Inc. | Unsecured | $125,233.77 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 308: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 14 | SNYDER, JAY<br>555 MADISON AVE STE 1302<br>NEW YORK, NY 10022-3406 | 18651 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $155,197.90 | Lehman Brothers Holdings Inc. | Unsecured | $125,233.77 |
| 15 | TELLING, DR. FRED W<br>2068 COUNTRY CLUB DRIVE<br>PORT ORANGE, FL 32128<br><br>TRANSFERRED TO:<br>TELLING, DR. FRED W<br>2068 COUNTRY CLUB DRIVE<br>PORT ORANGE, FL 32128<br><br>TRANSFERRED TO:<br>TELLING, DR. FRED W<br>2068 COUNTRY CLUB DRIVE<br>PORT ORANGE, FL 32128 | 3962 | 04/27/2009 | Lehman Brothers Holdings Inc. | Unsecured | $196,760.15 | Lehman Brothers Holdings Inc. | Unsecured | $151,866.00 |
| 16 | VLASIC INVESTMENTS, L.L.C.<br>C/O MICHAEL A. VLASIC<br>38710 NORTH WOODWARD SUITE 100<br>BLOOMFIELD HILLS, MI 48304 | 16331 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $517,591.90 | Lehman Brothers Holdings Inc. | Unsecured | $439,076.75 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 308: EXHIBIT 1 - PROOFS OF CLAIM TO BE REDUCED AND ALLOWED**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 17 | WARD, KEVIN A. (ID 4000001738) C/O MARK E. LEIPOLD GOULD & RATNER LLP 222 N. LASALLE ST., STE 800 CHICAGO, IL 60601 | 40502 | 10/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $91,653.90 | Lehman Brothers Holdings Inc. | Unsecured | $74,611.77 |
| 18 | WECKER, JEFFREY | 29718[1] | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $74,611.77 |
| | | | | | TOTAL | $2,792,567.45 | | TOTAL | $2,772,689.94 |

---

[1] Only the portion of Claim 29718 relating to the security identified by ISIN 52520W143 is subject to the Three Hundred Eighth Omnibus Objection to Claims. All other claim components that are not already expunged may remain active on the claims register, subject to the Plan Administrator's rights to object to any remaining portions of Claim 29718.