# Exhibit 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 305: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | BANK OF EAST ASIA LTD ATTN:CORPORATE LENDING #AMPER SYNDICATION DEPT THE BANK OF E ASIA, LTD 18/F, BANK OF E ASIA BLDG 10 DES VOEUX RD<br><br>HONG KONG | 09/11/2009 | 08-13555 (JMP) | 11500 | $90,000,000.00 | GFA I LLC TRANSFEROR: GOLDMAN, SACHS & CO. C/O ASHURST LLP, ATTN: AMANDA GOEHRING TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036<br><br>TRANSFERRED TO: LEHMAN BROTHERS SPECIAL FINANCING INC. C/O WILLIAM J. FOX TRANSFEROR: BERYL FINANCE LIMITED SERIES 2005-4 LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK, NY 10020 | 10/30/2009 | 08-13555 (JMP) | 58094 | $50,436,511.60 |
| | | | | | | GFA I LLC TRANSFEROR: GOLDMAN, SACHS & CO. C/O ASHURST LLP, ATTN: AMANDA GOEHRING TIME SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 10/30/2009 | 08-13555 (JMP) | 58091 | $40,041,066.67 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 305: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 2 | LEHMAN BROTHERS JAPAN INC TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ROPPONGI HILLS MORI TOWER 37F ATTENTION: MASAKI KANEHYO 6-10-1 ROPPONGI, MINATO-KU TOKYO, 106-6137, | 11/02/2009 | 08-13555 (JMP) | 62783[1] | $19,243,076.00 | LEHMAN BROTHERS JAPAN INC. ATTN: KUMIKO KATO, JULIE GREENALL-OTA ROPPONGI HILLS MORI TOWER, 6-10-1 ROPPONGI, MINATO-KU TOKYO, 106-6137 JAPAN | 10/29/2009 | 08-13555 (JMP) | 55723 | $4,790,391.00 |
| | | | | TOTAL | $109,243,076.00 | | | | | |

---

[1] Claim 62783 is being expunged solely with respect to the $19,243,076.00 portion of the claim that is owned by Lehman Brothers Japan Inc. The remaining portion of Claim 62783 is not being expunged pursuant to this Objection and is not affected by this Objection. All rights with respect to the remaining portion of Claim 62783 are reserved.

\* - Indicates claim contains unliquidated and/or undetermined amounts