# Exhibit 1

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 71: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

|   | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ICCREA BANCA SPA ATTN: CA LEGAL DEPARTMENT AVV. CLAUDIO CALASCIBETTA VIA LUCREZIA ROMANA 41/47 ROMA, 00178 ITALY | 17171 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $11,744,450.25* | Lehman Brothers Holdings Inc. | Unsecured | $11,425,461.07 |
| 2 | ICCREA BANCA SPA ATTN: CA LEGAL DEPARTMENT AVV. CLAUDIO CALASCIBETTA VIA LUCREZIA ROMANA 41/47 ROMA, 00178 ITALY | 17172 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $11,744,450.25* | Lehman Brothers Special Financing Inc. | Unsecured | $11,444,652.82 |
|   |   |   |   |   | TOTAL | $23,488,900.50 |   | TOTAL | $22,870,113.89 |

\* - Indicates claim contains unliquidated and/or undetermined amounts