UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                     :    Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                          :
                    Debtors.                       :    (Jointly Administered)
------------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING DEBTORS' ONE HUNDRED FIFTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)

Upon the one hundred fifty-sixth omnibus objection to claims, dated June 7, 2011 (the "One Hundred Fifty-Sixth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking disallowance and expungement of the No Liability Derivatives Claims on the grounds that they assert claims for which the Debtors have no liability, all as more fully described in the One Hundred Fifty-Sixth Omnibus Objection to Claims; and due and proper notice of the One Hundred Fifty-Sixth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the One Hundred Fifty-Sixth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [ECF No. 9635]; upon the resolution

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Fifty-Sixth Omnibus Objection to Claims.

of the *Response of U.S. Bank National Association, as Trustee* [ECF No. 18438]; and the Court having found and determined that the relief sought in the One Hundred Fifty-Sixth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the One Hundred Fifty-Sixth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the One Hundred Fifty-Sixth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each claim listed on Exhibit 1 annexed hereto is hereby modified and allowed in the amount that is set forth on Exhibit 1 under the column heading *"Modified Amount"*; *provided that*, the holder of the claims set forth on Exhibit 1 may not receive a recovery on account of a claim based on (i) a derivatives contract and (ii) a guarantee relating to that derivatives contract that in the aggregate is greater than the applicable *"Modified Amount"*; and it is further

ORDERED that (i) the *"Modified Amount"* sets forth the total amount due to the claimant under, in respect of, or related to the applicable derivatives contract and (ii) the claims listed on Exhibit 1 annexed hereto shall represent the sole right of the claimant to any distributions from the applicable Debtor under, in respect of, or related to the applicable derivatives contract; and it is further

ORDERED that this Order supersedes all previous orders regarding the claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the One Hundred

Fifty-Sixth Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed hereto, and (ii) any claim listed on <u>Exhibit A</u> annexed to the One Hundred Fifty-Sixth Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed to the *Order Granting Debtors' One Hundred Fifty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims)* [ECF No. 18703]; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: July 19, 2012
       New York, New York

                                        /S/ James M. Peck
                                        UNITED STATES BANKRUPTCY JUDGE