# Exhibit 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 156: EXHIBIT 1 – NO LIABILITY DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 32916 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $9,378.33* | $20,150.85 |
| 2 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 32917 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $9,378.33* | $20,150.85 |
| 3 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 32920 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $9,378.33* | $20,150.85 |
| 4 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 32921 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $9,378.33* | $20,150.85 |
| 5 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 32934 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $9,378.33* | $18,169.50 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 156: EXHIBIT 1 – NO LIABILITY DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 6 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 32935 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $9,378.33* | $18,169.50 |
| 7 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 32960 | 09/22/2009 | Lehman Brothers Financial Products Inc. | Unsecured | $3,126.11* | $6,716.90 |
| 8 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 32986 | 09/22/2009 | Lehman Brothers Financial Products Inc. | Unsecured | $3,126.11* | $6,716.90 |
| 9 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 32987 | 09/22/2009 | Lehman Brothers Financial Products Inc. | Unsecured | $3,126.11* | $6,716.90 |
| 10 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 32993 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $9,378.33* | $20,150.85 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 156: EXHIBIT 1 – NO LIABILITY DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 11 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 32994 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $9,378.33* | $20,150.85 |
| | | | | | TOTAL | $84,404.97 | TOTAL $177,394.85 |