# Exhibit 1

08-13555-mg   Doc 29542-1   Filed 07/19/12   Entered 07/19/12 14:43:18   Exhibit
Pg 1 of 3

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 215: EXHIBIT 1 – RECLASSIFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BANCO PASTOR, S.A. ONE BISCAYNE TOWER 2 SOUTH BISCAYNE BOULEVARD SUITE 1620 MIAMI, FL 33131 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/25/2011 | 67376 | $246,750.00 |
| 2 | BANCO PASTOR ATTN: GUILLERMO REAL RODRIGUEZ DE LEGISIMA CANTON PEQUENO N. 1, 6 PLANTA A CORUNA, 15003 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58983 | $100,000.00* |
| 3 | BANCO ITAU EUROPA LUXEMBOURG S.A 29, AVENUE DE LA PORTE NEUVE LUXEMBOURG, L-2227 LUXEMBOURG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57537 | $1,980,000.00 |
| 4 | BANCO ITAU EUROPA LUXEMBOURG S.A 29, AVENUE DE LA PORTE NEUVE LUXEMBOURG, L-2227 LUXEMBOURG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/19/2011 | 67497 | $170,412.00 |
| 5 | LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: KRISHNA KRIPA INC. SALDUBA BUILDING 3RD FLOOR, EAST 53 STREET OBARRIO URBANIZATION PANAMA CITY, PANAMA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55506 | $203,948.33* |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 215: EXHIBIT 1 – RECLASSIFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 6 | LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF:<br>RICAZA INVESTMENTS LTD.<br>RG HODGE PLAZA, 2ND FLOOR<br>UPPER MAIN STREET, WICKHAMS CAY 1<br>ROAD TOWN, TORTOLA,<br>VIRGIN ISLANDS (BRITISH) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55508 | $203,948.33* |
| 7 | LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF:<br>EVER BLESSED HOLDING INV<br>ROAD TOWN<br>PASEA ESTATE<br>TORTOLA,<br>VIRGIN ISLANDS (BRITISH) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55516 | $1,334,746.58* |
| 8 | SALAME, SOAUD<br>C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>ATTN: DAVID J. MARK<br>1633 BROADWAY<br>NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/04/2011 | 67350 | $100,000.00 |
| | | | | | TOTAL | $4,339,805.24 |

\* - Indicates claim contains unliquidated and/or undetermined amounts