# Exhibit 1

# LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 316: EXHIBIT 1 - CLAIMS TO REDUCE & ALLOW

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BHATTAL, JASJIT S. | 24332 | 09/21/2009 | Lehman Brothers Holdings Inc. | Priority Unsecured | $10,950.00* Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $3,420,778.00 |
| | | | | | Subtotal | $10,950.00* | | | |
| 2 | DAVIS POLK & WARDWELL LLP ATTN: THOMAS OGDEN, ESQ 450 LEXINGTON AVENUE NEW YORK, NY 10017 | 18978 | 09/18/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $79,345.04* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $79,345.04 |
| 3 | DENTON SALES & VINCENT 5 AVENUE PERCIER PARIS, 75008 FRANCE | 2288 | 01/30/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $10,586.33* | Lehman Brothers Commodity Services Inc. | Unsecured | $10,586.33 |
| 4 | GOLDFARB, DAVID | 3103 | 02/27/2009 | Lehman Brothers Holdings Inc. | Unsecured | $17,500,000.00 | Lehman Brothers Holdings Inc. | Unsecured | $3,207,605.00 |
| 5 | GREGORY, JOSEPH | 4646[1] | 05/29/2009 | Lehman Brothers Holdings Inc. | Priority | $700,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $7,184,369.00 |
| 6 | JANULIS, THEODORE P. | 30603 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $16,781,475.00* | Lehman Brothers Holdings Inc. | Unsecured | $3,149,281.00 |
| 7 | LESSING, STEPHEN M. | 29091 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $5,991,681.86 |

---

[1] Claim No. 4646 asserts a priority claim in the amount of "$700,000 times 25 years."

* - Indicates claim contains unliquidated and/or undetermined amounts

# LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 316: EXHIBIT 1 - CLAIMS TO REDUCE & ALLOW

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | LIBERTY HAMPSHIRE COMPANY, LLC, THE ATTN: OPERATIONS DEPARTMENT 227 WEST MONROE STREET, SUITE 4900 CHICAGO, IL 60606 | 17891 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $73,903.41* | Lehman Brothers Special Financing Inc. | Unsecured | $73,903.41 |
| 9 | LINKLATERS LLP ATTN: KAREN O'SHEA & LILY YUEN 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 21531 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $86,307.20* | Lehman Brothers Holdings Inc. | Unsecured | $86,307.20 |
| 10 | MCDADE, HERBERT H., III | 30536 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $3,244,522.00 |
| 11 | MCGEE, HUGH | 31081[2] | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $2,644,272.00 |

---

[2] All of the portions of Claim 31081 are subject to the Three Hundred Sixteenth Omnibus Objection to Claims except for the portion of Claim 31081 relating to deferred compensation in the form of restricted stock units, which shall remain active on the claims register, subject to the Plan Administrator's right to object in the future.

# LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 316: EXHIBIT 1 - CLAIMS TO REDUCE & ALLOW

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 12 | MIZUHO CORPORATE BANK, LIMITED<br>6-7, NIHONBASHI KABUTOCHO, CHUO-KU<br>ATTN: MASAYA NAKAFUJI<br>TOKYO, 103-0026<br>JAPAN<br><br>TRANSFERRED TO:<br>DEUTSCHE BANK AG, TOKYO BRANCH<br>TRANSFEROR: MIZUHO CORPORATE BANK, LIMITED<br>ATTN: IKUO KODAMA<br>SANNO PARK TOWER, 11-1 NAGATA-CHO 2CHOME, CHIYODA-KU<br>TOKYO, 100-6170<br>JAPAN | 12701 | 09/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $81,650,432.30* | Lehman Brothers Holdings Inc. | Unsecured | $88,331,476.00 |
| 13 | NAGIOFF, ROGER B. | 23682 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $1,324,239.00 |
| 14 | RICHARDS KIBBE & ORBE LLP<br>ONE WORLD FINANCIAL CENTER<br>KENNETH E WERNER, ESQ<br>NEW YORK, NY 10281 | 15311 | 09/17/2009 | Lehman Commercial Paper Inc. | Unsecured | $76,127.46* | Lehman Commercial Paper Inc. | Unsecured | $76,127.46 |
| 15 | TRANSFERRED TO:<br>MAT INVESTORS LLC<br>CHARLES MOXLEY<br>1170 5TH AVE, #12B<br>NEW YORK, NY 10029 | 19200 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $8,850,038.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 316: EXHIBIT 1 - CLAIMS TO REDUCE & ALLOW

|    | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|----|------|---------|------------|-----------------|-------|--------|-----------------|-------|--------|
| 16 | SVENSKA HANDELSBANKEN AB (PUBL) ATTN: MARK CLEARY, DEPUTY GENERAL MANAGER, NEW YORK BRANCH 875 THIRD AVENUE, 4TH FLOOR NEW YORK, NY 10022-7218<br><br>TRANSFERRED TO: SVENSKA HANDELSBANKEN AB (PUBL) ATTN: MARK CLEARY, DEPUTY GENERAL MANAGER, NEW YORK BRANCH 875 THIRD AVENUE, 4TH FLOOR NEW YORK, NY 10022-7218<br><br>TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: SVENSKA HANDELSBANKEN AB (PUBL) C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005<br><br>TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: SVENSKA HANDELSBANKEN AB (PUBL) C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | 4922 | 06/19/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | $55,953,934.99<br>$0.00<br><br>$55,953,934.99 | Lehman Brothers Holdings Inc. | Unsecured | $814,056.44 |

# LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 316: EXHIBIT 1 - CLAIMS TO REDUCE & ALLOW

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 17 | VANDERBEEK, JEFFREY | 16478 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $61,133,734.00 | Lehman Brothers Holdings Inc. | Unsecured | $3,493,896.00 |
| | | | | | TOTAL | $234,056,795.73 | | TOTAL | $131,982,483.74 |

\* - Indicates claim contains unliquidated and/or undetermined amounts