# Exhibit 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED CHAPTER 11 ESTATE | CLASS | AMOUNT | MODIFIED CHAPTER 11 ESTATE | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CSP II USIS HOLDINGS L.P. C/O THE CARLYLE GROUP ATTN: J. BECZAK 520 MADISON AVENUE, 39TH FLOOR NEW YORK, NY 10022 | 16198 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,574,529.52 | Lehman Brothers Holdings Inc. | Unsecured | $707,852.00 |
| 2 | CSP II USIS HOLDINGS L.P. C/O THE CARLYLE GROUP ATTN: J. BECZAK 520 MADISON AVENUE, 39TH FLOOR NEW YORK, NY 10022 | 16199 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,574,529.52 | Lehman Brothers Special Financing Inc. | Unsecured | $707,852.00 |
| | | | | | TOTAL | $3,149,059.04 | | TOTAL | $1,415,704.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts