# Exhibit 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 299: EXHIBIT 1 – NO LIABILITY CLAIMS

| | Name of Claimant | Case Number | DEBTOR NAME | Claim # | Claim Amount | Reason for Proposed Disallowance | Basis for No Liability |
|---|---|---|---|---|---|---|---|
| 1 | AON CONSULTING<br>ATTN: JESSICA SMITH<br>1100 REYNOLDS BLVD.<br>WINSTON SALEM, NC 27105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 7017 | $283,667.50 | No Liability Claim | Claim 7017 identifies Lehman Brothers Inc., a domestic affiliate of the Debtors that is not a Debtor in these jointly administered chapter 11 cases, as the entity liable under the claim. |
| 2 | BG BAU BERUFSGENOSSENSCHAFT DER BAUWIRTSCHAFT<br>LORISTRASSE 8<br>MUNICH, 80335<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 44522 | $372,607.96 | No Liability Claim | Claim 44522 asserts a claim based on LBHI's purported guarantee of a deposit contract between claimant and Lehman Brothers Bankhaus AG. The claimant does not provide any basis or support for the guarantee claim and LBHI does not have any liability for the underlying contract. Furthermore, Claim 44522 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 3 | DEUTSCHE BANK AG, LONDON BRANCH<br>ATTN: MICHAEL SUTTON AND ALEXANDER KRAEMER<br>1 GREAT WINCHESTER STREET<br>LONDON, EC2N 2DB<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 17754 | Undetermined | No Liability Claim | The security underlying the portion of Claim 17754 relating to CUSIP 524908EC0 has matured and prepetition LBHI satisfied all obligations on such security. The remaining portion of Claim 17754 is not being expunged pursuant to this Objection and is not affected by this Objection. All rights with respect to the remaining portion of Claim 17754 are reserved. |
| | | | | TOTAL | $656,275.46 | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts