# Exhibit 1

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 307: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ENERGIE BADEN-WURTTEMBERG AG<br>ATTN: MICHAEL RUMMER<br>DURLACHER ALLEE 93<br>KARLSRUHE, D-76131<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29904 | Undetermined | Insufficient Documentation Claim |
| 2 | HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS SERIES 2001-13-C<br>CTLA STRUCTURED FINANCE<br>ATTN: CHI S. LE<br>10 EAST 40TH ST 14TH FLOOR<br>NEW YORK, NY 10016 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28788 | Undetermined | Insufficient Documentation Claim |
| 3 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS SERIES 2001-13-C<br>CTLA STRUCTURED FINANCE<br>ATTN: CHI S. LE<br>10 EAST 40TH STREET 14TH FLOOR<br>NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28787 | Undetermined | Insufficient Documentation Claim |
| 4 | LEVACHAMIS S.A.<br>VICTOR LEVY<br>AV. ANACOANA # 35 (CARIB)<br>APTO. 14<br>SANTO DOMINGO,<br>DOMINICAN REPUBLIC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/10/2008 | 583 | $65,540.16 | Insufficient Documentation Claim |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 307: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | TURING FOUNDATION<br>C/O PATTERSON BELKNAP WEBB & TYLER LLP<br>ATTN: DANIEL A. LOWENTHAL<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6710 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30604 | Undetermined | Insufficient Documentation Claim |
| 6 | WESTSANT AG<br>C/O PATTERSON BELKNAP WEBB & TYLER LLP<br>ATTN: DANIEL A. LOWENTHAL<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6710 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30625 | Undetermined | Insufficient Documentation Claim |
|   |   |   |   |   | TOTAL | $65,540.16 |   |