# Exhibit 1

08-13555-mg   Doc 29549-1   Filed 07/19/12   Entered 07/19/12 15:02:28   Exhibit
Pg 1 of 4

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 310: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED CHAPTER 11 ESTATE | CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | ATTORNEYS' LIABILITY ASSURANCE SOCIETY (BERMUDA) LTD. C/O AUGUSTUS ASSET MANAGERS LIMITED C/O 12 ST. JAMES'S PLACE LONDON, SW1A 1NX UNITED KINGDOM | 22985 | 09/21/2009 | Lehman Brothers Commercial Corporation | Unsecured | $350,569.00 | $276,701.00 |
| 2 | BROAD MARKET XL HOLDINGS LTD (IN OFFICIAL LIQUIDATION) ATTN: RICHARD FOGERTY ZOLFO COOPER PO BOX 1102 4TH FLOOR GRAND CAYMAN, KY1-1102 CAYMAN ISLANDS | 36937 | 10/07/2009 | Lehman Brothers Holdings Inc. | Unsecured | $30,432,793.37* | $19,500,000.00 |
| 3 | BROAD MARKET XL HOLDINGS LTD (IN OFFICIAL LIQUIDATION) ATTN: RICHARD FOGERTY ZOLFO COOPER PO BOX 1102 4TH FLOOR GRAND CAYMAN, KY1-1102 CAYMAN ISLANDS | 36938 | 10/07/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $30,432,793.37* | $19,500,000.00 |
| 4 | CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: POND VIEW CREDIT (MASTER), L.P. C/O CARVAL INVESTORS UK LTD ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE SURREY, KT11 2PD UNITED KINGDOM | 13312 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,883,480.00 | $1,321,425.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 310: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED CHAPTER 11 ESTATE | CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 5 | CVI GVF (LUX) MASTER S.A.R.L. TRANSFEROR: LISPENARD STREET CREDIT (MASTER) LTD. C/O CARVAL INVESTORS UK LTD. ATTN: DAVID SHORT KNOWLE HILL PARK, FAIRMILE LANE SURREY, KT11 2PD UNITED KINGDOM | 13758 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $9,722,840.00 | $5,250,000.00 |
| 6 | JULIUS BAER SICAV- LOCAL EMERGING BOND FUND C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON, SW1A 1NX UNITED KINGDOM | 22990 | 09/21/2009 | Lehman Brothers Commercial Corporation | Unsecured | $17,684,225.00 | $15,526,971.00 |
| 7 | NEWS AMERICA INCORPORATED C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON, SW1A 1NX UNITED KINGDOM | 22987 | 09/21/2009 | Lehman Brothers Commercial Corporation | Unsecured | $522,631.00 | $441,840.00 |
| 8 | PACIFICCORP RETIREMENT PLAN C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON, SW1A 1NX UNITED KINGDOM | 22988 | 09/21/2009 | Lehman Brothers Commercial Corporation | Unsecured | $476,828.00 | $376,018.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 310: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED CHAPTER 11 ESTATE | CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 9 | PEOPLE'S BANK OF CHINA<br>C/O STATE ADMINISTRATION OF FOREIGN EXCHANGE<br>ATTN: MS. WAN TONGJUN & MR. CUI HAILIANG<br>3/F PING'AN MANSION<br>23 JINRONG STREET, XICHENG DISTRICT<br>BEIJING, 100140<br>CHINA | 12479 | 09/14/2009 | Lehman Brothers Commercial Corporation | Unsecured | $156,376,856.00 | $14,773,829.00 |
| | | | | | TOTAL | $248,883,015.74 | $76,966,784.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts