# Exhibit 1

**OMNIBUS OBJECTION 318: EXHIBIT 1 - PARTNERSHIP CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL FILED CLAIM AMOUNT | TOTAL CLAIM DOLLARS SUBJECT TO OBJECTION | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | ARTICLE 7TH TRUST U/W/O SHERMAN R. LEWIS, JR. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 19084 | $3,279.00 | $3,279.00 | NONE |
| 2 | ARTICLE 7TH TRUST U/W/O SHERMAN R. LEWIS, JR. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 19085 | $37,232.00 | $37,232.00 | NONE |
| 3 | ARTICLE 7TH TRUST U/W/O SHERMAN R. LEWIS, JR. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 19086 | $16,858.00 | $16,858.00 | NONE |
| 4 | ARTICLE 7TH TRUST U/W/O SHERMAN R. LEWIS, JR. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 19088 | $9,703.00 | $9,703.00 | NONE |
| 5 | ARTICLE 7TH TRUST U/W/O SHERMAN R. LEWIS, JR. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 19089 | $962.00 | $962.00 | NONE |
| 6 | BAKER, BRIDGET L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31642 | Undetermined | Undetermined | Undetermined |
| 7 | BERKENFELD, STEVEN L | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 16258 | $1,348,079.00 | $1,348,079.00 | NONE |
| 8 | CIMAGLIA, ANTHONY M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/5/2009 | 7382 | $9,539.00 | $9,539.00 | NONE |
| 9 | COPELAND, JOHN W. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 32744 | $206,758.00 | $206,758.00 | NONE |
| 10 | EINHORN, HOWARD G., III | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 44705 | $9,586.00 | $9,586.00 | NONE |
| 11 | FLANNERY, JOSEPH J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 5/29/2009 | 4642 | $1,271,636.67 | $197,180.00 | $1,074,456.67 |
| 12 | GABBAY, MARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/10/2009 | 11078 | $859,761.00 | $859,761.00 | NONE |
| 13 | GOODMAN, JEFFREY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30464 | $403,609.40 | $403,609.40 | NONE |
| 14 | HANSELL, PETER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 14747 | $3,252,616.06 | $475,438.00 | $2,777,178.06 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 318: EXHIBIT 1 - PARTNERSHIP CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL FILED CLAIM AMOUNT | TOTAL CLAIM DOLLARS SUBJECT TO OBJECTION | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 15 | HAYAT, CLAUDE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 21344 | $159,918.00 | $159,918.00 | NONE |
| 16 | HENRY, EMIL W. JR. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 5/29/2009 | 4654 | Undetermined | Undetermined | NONE |
| 17 | HOY, ROBERT J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 28227 | $65,000.00* | $65,000.00 | NONE |
| 18 | KENNEY, ARTHUR J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/15/2009 | 40526 | $174,237.93 | $174,237.93 | NONE |
| 19 | MEJEAN, PAUL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 23867 | $962.00 | $962.00 | NONE |
| 20 | MEJEAN, PAUL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 23868 | $3,274.00 | $3,274.00 | NONE |
| 21 | MIDDAGH, ROY G. | 08-13905 (JMP) | CES Aviation LLC | 8/5/2009 | 7409 | $8,971.90 | $8,971.90 | NONE |
| 22 | MIKULICH, RAYMOND C. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 23842 | Undetermined | Undetermined | NONE |
| 23 | MIKULICH, RAYMOND C. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 23846 | Undetermined | Undetermined | NONE |
| 24 | MIKULICH, RAYMOND C. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 23847 | Undetermined | Undetermined | NONE |
| 25 | MIKULICH, RAYMOND C. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 23848 | Undetermined | Undetermined | NONE |
| 26 | MONELLO, MARIO A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/19/2009 | 19644 | $7,325.00 | $7,325.00 | NONE |
| 27 | MURPHY, PAT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 17259 | $3,045.00 | $3,045.00 | NONE |
| 28 | NINEHAM, STEWART K. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/26/2009 | 1951 | $1,091,529.50 | $204,643.00 | $886,886.50 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 318: EXHIBIT 1 - PARTNERSHIP CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL FILED CLAIM AMOUNT | TOTAL CLAIM DOLLARS SUBJECT TO OBJECTION | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 29 | PETERSEN, JACK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30343 | $156,918.00 | $156,918.00 | NONE |
| 30 | PUSKULDJIAN, PAUL A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 7/22/2009 | 5856 | $7,820.00 | $7,820.00 | NONE |
| 31 | ROSEN, LEONARD G. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 33577 | $126,804.63 | $126,804.63 | NONE |
| 32 | STIGUM, ERIK P | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/4/2009 | 10432 | $14,000.00 | $14,000.00 | NONE |
| 33 | TOSCANI, EDOARDO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 25357 | $4,593,111.00 | $52,771.00 | $4,540,340.00 |
| 34 | VARNI, DAMIAN M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/25/2009 | 9358 | $300,000.00 | $300,000.00 | NONE |
| 35 | WALLACE, WILLIAM A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/16/2009 | 13738 | $1,250.00 | $1,250.00 | NONE |
| 36 | WALSH, MARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 29624 | Undetermined | Undetermined | Undetermined |
| 37 | WARD, PETER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/31/2009 | 9915 | $1,966,452.39 | $88,152.00 | $1,878,300.00 |
| 38 | WECKER, JEFFREY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 29718 | Undetermined | Undetermined | Undetermined |
| 39 | WEHRLE, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 15152 | $1,424,406.77 | $1,424,406.77 | NONE |
| 40 | WINFREY, GRANTHAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/3/2009 | 10211 | $750,000.00 | $750,000.00 | NONE |
| 41 | WRIGHT, T S | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 25605 | Undetermined | Undetermined | Undetermined |
| | | | | | TOTAL | $18,284,645.25 | $7,127,483.63 | $11,157,161.23 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# Exhibit 2

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 318: EXHIBIT 2 – ADJOURNED PARTNERSHIP CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL FILED CLAIM AMOUNT | TOTAL CLAIM DOLLARS SUBJECT TO OBJECTION | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | MONAHAN, BRIAN W. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 6/1/2009 | 4706 | $500,000.00 | $500,000.00 | NONE |
| 2 | MOORE, CHARLES C. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 34234 | $10,780,803.79 | $8,852,036.67 | $1,928,767.12 |
| 3 | O'BRIEN, BARRY J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31941 | $19,410.00 | $19,410.00 | NONE |
| 4 | PARK, EDWARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 34235 | $10,780,803.79 | $8,852,036.67 | $1,928,767.12 |
| | | | | | TOTAL | $22,081,017.58 | $18,223,483.34 | $3,857,534.24 |

\* - Indicates claim contains unliquidated and/or undetermined amounts