# Exhibit 1

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 312: EXHIBIT 1 – NO LIABILITY CLAIMS

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance | Notes |
|---|---|---|---|---|
| EXCALIBUR FUNDING NO. 1 PLC<br>C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED<br>ATTN: MARTIN MCDERMOTT/MARK FILER<br>THIRD FLOOR<br>1 KING'S ARMS YARD<br>LONDON, EC2R 7AF<br>UNITED KINGDOM | 28809 | Undetermined | No Liability Claim | No liability pursuant to Clause 2.3(a)(ii) of the settlement agreement. |
| EXCALIBUR FUNDING NO. 1 PLC<br>C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED<br>ATTN: MARTIN MCDERMOTT/MARK FILER<br>THIRD FLOOR<br>1 KING'S ARMS YARD<br>LONDON, EC2R 7AF<br>UNITED KINGDOM | 28810 | Undetermined | No Liability Claim | No liability pursuant to Clause 2.3(a)(ii) of the settlement agreement. |
| EXCALIBUR FUNDING NO. 1 PLC<br>C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED<br>ATTN: MARTIN MCDERMOTT/MARK FILER<br>THIRD FLOOR<br>1 KING'S ARMS YARD<br>LONDON, EC2R 7AF<br>UNITED KINGDOM | 28838 | Undetermined | No Liability Claim | No liability pursuant to Clause 2.3(a)(ii) of the settlement agreement. |

LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 312: EXHIBIT 1 – NO LIABILITY CLAIMS

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance | Notes |
|---|---|---|---|---|
| EXCALIBUR FUNDING NO. 1 PLC<br>C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED<br>ATTN: MARTIN MCDERMOTT/MARK FILER<br>THIRD FLOOR<br>1 KING'S ARMS YARD<br>LONDON, EC2R 7AF<br>UNITED KINGDOM | 28839 | Undetermined | No Liability Claim | No liability pursuant to Clause 2.3(a)(ii) of the settlement agreement. |
| EXCALIBUR FUNDING NO. 1 PLC<br>C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED<br>ATTN: MARTIN MCDERMOTT/MARK FILER<br>THIRD FLOOR<br>1 KING'S ARMS YARD<br>LONDON, EC2R 7AF<br>UNITED KINGDOM | 28840 | Undetermined | No Liability Claim | No liability pursuant to Clause 2.3(a)(ii) of the settlement agreement. |
| EXCALIBUR FUNDING NO. 1 PLC<br>C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED<br>ATTN: MARTIN MCDERMOTT/MARK FILER<br>THIRD FLOOR<br>1 KING'S ARMS YARD<br>LONDON, EC2R 7AF<br>UNITED KINGDOM | 28841 | Undetermined | No Liability Claim | No liability pursuant to Clause 2.3(a)(ii) of the settlement agreement. |

**LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 312: EXHIBIT 1 – NO LIABILITY CLAIMS

| Name of Claimant | Claim Number | Claim Amount | Reason for Disallowance | Notes |
|---|---|---|---|---|
| EXCALIBUR FUNDING NO. 1 PLC<br>C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED<br>ATTN: MARTIN MCDERMOTT/MARK FILER<br>THIRD FLOOR<br>1 KING'S ARMS YARD<br>LONDON, EC2R 7AF<br>UNITED KINGDOM | 28842 | Undetermined | No Liability Claim | No liability pursuant to Clause 2.3(a)(ii) of the settlement agreement. |
| EXCALIBUR FUNDING NO. 1 PLC<br>C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED<br>ATTN: MARTIN MCDERMOTT/MARK FILER<br>THIRD FLOOR<br>1 KING'S ARMS YARD<br>LONDON, EC2R 7AF<br>UNITED KINGDOM | 28843 | Undetermined | No Liability Claim | No liability pursuant to Clause 2.3(a)(ii) of the settlement agreement. |
| EXCALIBUR FUNDING NO. 1 PLC<br>C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED<br>ATTN: MARTIN MCDERMOTT/MARK FILER<br>THIRD FLOOR<br>1 KING'S ARMS YARD<br>LONDON, EC2R 7AF<br>UNITED KINGDOM | 28844 | Undetermined | No Liability Claim | No liability pursuant to Clause 2.3(a)(ii) of the settlement agreement. |
| | TOTAL | $0.00 | | |