# Exhibit 1

08-13555-mg    Doc 29553-1    Filed 07/19/12    Entered 07/19/12 15:09:17    Exhibit
Pg 1 of 5

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 306: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | BASIS FOR NO LIABILITY |
|---|---|---|---|---|---|---|
| 1 | ACI WORLDWIDE (MA)<br>6060 COVENTRY DRIVE<br>ELKHORN, NE 68022-6482 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 24961 | $223,464.37 | Claim 24961 identifies Lehman Brothers Bank FSB (now known as Aurora Bank FSB), a non-Debtor entity, as the entity liable under the claim. |
| 2 | ACTIV FINANCIAL SYSTEMS, INC.*<br>125 SOUTH WACKER DRIVE, SUITE 2325<br>CHICAGO, IL 60606 | | Lehman No Case Asserted/All Cases Asserted | 6085 | $30,850.75 | Claim 6085 is based on a transaction between claimant and Lehman Brothers Inc. LBHI has no liability to claimant relative to such transaction. |
| 3 | AMM'S LIMOUSINE SERVICE, INC.<br>4320 DI PAOLO CENTER<br>GLENVIEW, IL 60025-5201 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 4701 | $4,790.99 | Claim 4701 is based on a transaction between claimant and Lehman Brothers Inc. LBHI has no liability to claimant relative to such transaction. |
| 4 | CHIMNEY ROCK WINERY LLC<br>MICHAEL BRAGA<br>5350 SILVERADO TRAIL<br>NAPA, CA 94559 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 582 | $8,072.00 | Claim 582 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant relative to such transaction or transactions. |
| 5 | CIBER, INC<br>6363 S FIDDLERS GREEN CIR STE 1400<br>ENGLEWOOD, CO 801115024 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 7080 | $1,395.73 | Claim 7080 identifies Aurora Loan Services, Inc. (now known as Aurora Loan Services, LLC), a non-Debtor entity, as the entity liable under the claim. |
| 6 | CLAREN ROAD CREDIT MASTER FUND, LTD<br>C/O SEWARD & KISSEL LLP<br>ATTN: JUSTIN SHEARER, ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004-1485 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 33474 | $10,410,000.00 | Claim 33474 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 7 | DAVIS LANDSCAPING, LTD.<br>ASHLEY WILSON<br>VALLEYCREST COMPANIES<br>24151 VENTURA BLVD<br>CALABASAS, CA 91302 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 4740 | $15,000.00 | Claim 4740 is based on a transaction or transactions between claimant and a non-Debtor entity. LBHI has no liability to claimant relative to such transaction or transactions. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 306: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | BASIS FOR NO LIABILITY |
|---|---|---|---|---|---|---|
| 8 | ENERGY SERVICES GROUP INC<br>PO BOX 545<br>ROCKLAND, MA 02370 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 6645 | $89,125.00 | Claim 6645 identifies Lehman Power Services LLC, a non-Debtor entity, as the entity liable under the claim. |
| 9 | FOUR SEASONS SILICON VALLEY<br>ATTN: EVA HAKOVA, ASST. DIR OF FINANCE<br>2050 UNIVERSITY AVENUE<br>PALO ALTO, CA 94303 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 6164 | $40,549.46 | Claim 6164 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant relative to such transaction or transactions. |
| 10 | GELBER GROUP, LLC<br>ATTN: ACCOUNTING DEPT.<br>141 W. JACKSON BLVD., STE. 2100A<br>CHICAGO, IL 60604 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3159 | $158,622.95 | Claim 3159 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant relative to such transaction or transactions. |
| 11 | GEOTEXT TRANSLATIONS, INC.<br>259 W 30TH STREET, 17TH FLOOR<br>NEW YORK, NY 10001 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1336 | $44,778.59 | Claim 1336 is based on a transaction or transactions between claimant and LBAYK. LBHI has no liability to claimant relative to such transaction or transactions. |
| 12 | HAYNSWORTH SINKLER BOYD P.A.<br>STANLEY H. MCGUFFIN, ESQ.<br>PO BOX 11889<br>COLUMBIA, SC 29201 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 4203 | $31,969.90 | Claim 4203 is based on a transaction or transactions between claimant and an entity other than LBHI. LBHI has no liability to claimant relative to such transaction or transactions. |
| 13 | INCONIT CORPORATION<br>1162 CAMINO VALLECITO<br>LAFAYETTE, CA 94549 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 76 | $43,444.29 | Claim 76 identifies Lehman Brothers Inc., a domestic affiliate of the Debtors that is not a Debtor in these jointly administered chapter 11 cases, as the entity liable under the claim. |
| 14 | LAW OFFICES OF FRANCES C. BERGER<br>225 BROADWAY STE 1610<br>NEW YORK, NY 10007-3760 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3780 | $57,288.20 | Claim 3780 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant relative to such transaction or transactions. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 306: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | BASIS FOR NO LIABILITY |
|---|---|---|---|---|---|---|
| 15 | LONDON BUSINESS SCHOOL TRADING COMPANY L REGENT'S PARK LONDON, NW1 4SA UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10354 | $84,614.40 | Claim 10354 identifies Lehman Brothers Holdings Plc, a foreign affiliate of the Debtors that is not Debtor in these jointly administered chapter 11 cases, as the entity liable under the claim. |
| 16 | LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION 433 METAIRIE ROAD, SUITE 600 METAIRIE, LA 70005 | | Lehman No Case Asserted/All Cases Asserted | 36856 | $2,587,212.95 | Claim 36856 identifies Lehman Re Ltd, a foreign affiliate of the Debtors that is not Debtor in these jointly administered chapter 11 cases, as the entity liable under the claim. |
| 17 | MAINE, JOHN DAVENPORT 63 WEST SHORE ROAD BELVEDERE, CA 94920 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3553 | $99,922.55 | Claim 3553 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant relative to such transaction or transactions. |
| 18 | MICHIGAN TOBACCO SETTLEMENT FINANCE AUTHORITY PO BOX 30754 LANSING, MI 48909 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 14803 | $4,772,320.00 | Claim 14803 asserts a claim based on that certain reserve fund agreement. The claimant is not a signatory of or a party to that certain reserve fund agreement, and as such, LBSF is not liable to the claimant under the agreement. |
| 19 | MICHIGAN TOBACCO SETTLEMENT FINANCE AUTHORITY PO BOX 30754 LANSING, MI 48909 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 14804 | $4,772,320.00 | Claim 14804 asserts a claim based on that certain reserve fund agreement. The claimant is not a signatory of or a party to that certain reserve fund agreement, and as such, LBHI is not liable to the claimant under the agreement. |
| 20 | MITSUI COMPANY 14-32 AKASAKA 2 CHOME MINATO-KU TOKYO, 107-0052 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 67195 | $6,880.00 | Claim 67195 identifies Lehman Re Ltd, a foreign affiliate of the Debtors that is not a Debtor in these jointly administered chapter 11 cases, as the entity liable under the claim. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 306: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | BASIS FOR NO LIABILITY |
|---|---|---|---|---|---|---|
| 21 | NETALYTICS<br>C/O ISDA<br>360 MADISON AVENUE, 16TH FLOOR<br>NEW YORK, NY 10017 | | Lehman No Case Asserted/All Cases Asserted | 18220 | $33,000.00 | Claim 18220 identifies Lehman Brothers Inc., a domestic affiliate of the Debtors that is not a Debtor in these jointly administered chapter 11 cases, as the entity liable under the claim. |
| 22 | PELLERANO & HERRERA<br>J F KENNEDY 4TH FLOOR<br>SANTO DOMINGO<br>APARTADO POSTAL 20682 DOM,<br>DOMINICAN REPUBLIC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11083 | $31,461.08 | Claim 11083 is based on a transaction or transactions between claimant and an entity other than LBHI. LBHI has no liability to claimant relative to such transaction or transactions. |
| 23 | RIGHT MANAGEMENT, INC.<br>ATTN: PRINCE ALTEE THOMAS, ESQ.<br>FOX ROTHSCHILD LLP<br>200 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 5504 | $79,200.00 | Claim 5504 identifies Lehman Brothers Inc., a domestic affiliate of the Debtors that is not a Debtor in these jointly administered chapter 11 cases, as the entity liable under the claim. |
| 24 | TARRYTOWN HOUSE<br>49 EAST SUNNYSIDE LANE<br>PO BOX 222<br>TARRYTOWN, NY 10591 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9559 | $50,711.49 | Claim 9559 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant relative to such transaction or transactions. |
| 25 | VIEIRA DE ALMEIDA & ASSOCIADOS<br>MOURINHO DE SILVEIRA 10<br>LISBON, 125-0167<br>PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 6188 | $31,695.75 | Claim 6188 identifies Lehman Brothers International (Europe), a foreign affiliate of the Debtors that is not Debtor in these jointly administered chapter 11 cases, as the entity liable under the claim. |
| 26 | WINNING MIND, LLC<br>1010 UNIVERSITY AVE., #265<br>SAN DIEGO, CA 92103 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1428 | $20,695.62 | Claim 1428 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant relative to such transaction or transactions. |
| | | | | TOTAL | $23,729,386.07 | |