# Exhibit 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 228: EXHIBIT 1 – NO LIABILITY DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD, MA 01115 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23642 | $9,213,965.00* | No Liability Claim - Derivative |
| | | | | | TOTAL | $9,213,965.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# Exhibit 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 228: EXHIBIT 2 – NO LIABILITY DERIVATIVES CLAIMS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CERBERUS INTERNATIONAL, LTD.<br>C/O LOWENSTEIN SANDLER PC<br>ATTN: ROBERT G. MINION, ESQ &<br>RICHARD BERNSTEIN, ESQ.<br>1251 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10020 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25006 | $4,066,161.48* | No Liability Claim - Derivative |
| 2 | CERBERUS INTERNATIONAL, LTD.<br>C/O LOWENSTEIN SANDLER PC<br>1251 AVENUE OF THE AMERICAS, 18TH FLOOR<br>ATTN: ROBERT G. MINION, ESQ.<br>RICHARD BERNSTEIN, ESQ.<br>NEW YORK, NY 10020 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25009 | $4,066,161.48* | No Liability Claim – Derivative |
| 3 | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY<br>ATTN: MICHELE KUNITZ<br>1500 MAIN STREET TS28<br>SPRINGFIELD, MA 01115 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23643 | $9,192,195.00* | No Liability Claim - Derivative |
| | | | | | TOTAL | $17,324,517.96 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts