# Exhibit 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 214: EXHIBIT 1 – RECLASSIFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BEMO SAL<br>C/O SAMIH SAADEH<br>BANQUE BEMO SAL<br>IMMEUBLE ESSELLY 7TH FLOOR RIAD EL SOLH SQ<br>PO BOX 11-7048<br>BEYROUTH,<br>LEBANON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13115 | $110,000.00 |
| 2 | BEMO SAL<br>C/O SAMIH SAADEH<br>BANQUE BEMO SAL<br>IMMEUBLE ESSELLY 7TH FLOOR RIAD EL SOLH SQ<br>PO BOX 11-7048<br>BEYROUTH,<br>LEBANON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13118 | $550,000.00 |
| 3 | JAIN, RAJIV & RIPPAN<br>10 JALAN BESAR<br>B1-39, SIM LIM TOWER<br>SINGAPORE, 208787<br>SINGAPORE | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6161 | $245,000.00 |
| 4 | KWOK, YUEN SUM & MA, MICHAEL LEUNG WU<br>7C MARINE VIEW<br>DISCOVERY BAY<br>LANTAU ISLAND N.T.,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 46847 | $120,000.00 |
| 5 | PRIMAX INTERNATIONAL INVESTMENTS LTD.<br>RM-1725, 17/FL, STAR HOUSE, 3 SALISBURY ROAD<br>TSIM SHA TSUI, KOWLOON,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/15/2009 | 40370 | $86,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 214: EXHIBIT 1 – RECLASSIFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 6 | SURPLUS LINK LIMITED<br>ROOM 1705-8, 17/F, ST. GEORGE'S BUILDING<br>2 ICE HOUSE STREET<br>CENTRAL,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 37507 | $400,000.00 |
| 7 | WANG, TSAI HSIANG<br>3F, NO.6, LANE 153<br>SONGREN ROAD<br>SINYI DISTRICT<br>TAIPEI CITY, 110<br>TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/05/2009 | 36470 | $100,000.00 |
| | | | | | TOTAL | $1,611,000.00 |