# Exhibit 1

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 95: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | LINC-REDONDO BEACH SENIORS, INC. C/O PENELOPE PARMES, ESQ. RUTAN & TUCKER, LLP 611 ANTON BOULEVARD, FOURTEENTH FLOOR COSTA MESA, CA 92626 | 4651 | 05/29/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | Undetermined | Lehman Brothers Derivative Products Inc. | Unsecured | $125,000.00 |
| | | | | | TOTAL | $0.00 | | TOTAL | $125,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts