# Exhibit 1

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 63: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED CHAPTER 11 ESTATE | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CHAPTER 11 ESTATE | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TELECOM ITALIA FINANCE SA SIEGE SOCIAL ATTN: ANTONIO SICA, DIRECTOR 12, RUE EUGENE RUPPERT L-2453 LUXEMBOURG, B.P. 872, L-2018 LUXEMBOURG | 15366 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $35,752,789.99* | Lehman Brothers Special Financing Inc. | Unsecured | $35,696,077.01 |
| 2 | TELECOM ITALIA FINANCE SA SIEGE SOCIAL ATTN: ANTONIO SICA, DIRECTOR 12, RUE EUGENE RUPPERT L-2453 LUXEMBOURG, B.P. 872, L-2018 LUXEMBOURG | 15368 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $35,752,789.99* | Lehman Brothers Holdings Inc. | Unsecured | $35,590,272.35 |
| | | | | | TOTAL | $71,505,579.98 | | TOTAL | $71,286,349.36 |