# Exhibit 1

**OMNIBUS OBJECTION 315: EXHIBIT 1 - EMPLOYMENT-RELATED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BAKER, BRIDGET L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31642 | Undetermined | None | Undetermined | Undetermined |
| 2 | BHUTANI, SARABJIT S. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/28/2009 | 9634 | $2,879,070.04 | $396,353.98 | None | $2,482,716.06 |
| 3 | CAMPBELL, ROBERT H | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/7/2009 | 7596 | $1,109,942.27 * | $769,184.27 | None | $340,758.00 |
| 4 | CHAMBERLAIN, DANIELLE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 29542 | $57,500.00 | $20,000.00 | $7,500.00 | $30,000.00 |
| 5 | CHANG, ALFREDO Y. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 29576 | $130,965.20 | None | $6,500.00 | $124,465.20 |
| 6 | CHISHOLM, RUPERT F. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27571 | $10,950.00 * | Undetermined | None | $10,950.00 |
| 7 | CONTI, ANGELA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30350 | $8,000.00 * | $8,000.00 | None | Undetermined |
| 8 | D'AMADEO, JOSEPH G | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 19076 | $7,483,695.80 | $195,962.92 | None | $7,287,732.88 |
| 9 | DELLARUSSO, RICHARD J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/28/2009 | 2112 | $219,545.52 | $106,668.97 | None | $112,876.55 |
| 10 | DEWAN, JOAN M | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 7/20/2009 | 5675 | $22,789.76 | $15,048.76 | None | $7,741.00 |
| 11 | DISABATO, KENNETH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30411 | $6,000.00 * | $6,000.00 | None | Undetermined |
| 12 | FENNELL, CAROLE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 26580 | Undetermined | None | Undetermined | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
## OMNIBUS OBJECTION 315: EXHIBIT 1 - EMPLOYMENT-RELATED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|---|
| 13 | FLANNERY, JOSEPH J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 5/29/2009 | 4642 | $1,271,636.67 | $1,074,456.67 | None | $197,180.00 |
| 14 | GHOSH, SHINJIT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 28650 | Undetermined | Undetermined | None | Undetermined |
| 15 | GIESE, JOHN T. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 34212 | $4,925.00 | $4,000.00 | None | $925.00 |
| 16 | GOLDBERG, DANIEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 18188 | $14,068.31 | $9,192.31 | None | $4,876.00 |
| 17 | GOLLIN, MARK D. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 15134 | $792,128.00 | $242,128.00 | $50,000.00 | $500,000.00 |
| 18 | HABER, SANFORD A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22132 | $183,350.85 * | $60,000.00 | None | $123,350.85 |
| 19 | HAHN-COLBERT, SANDRA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/24/2009 | 34726 | $750,000.00 | $750,000.00 | None | None |
| 20 | ICASIANO, SERAFIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27948 | $5,445.46 | $2,788.46 | None | $2,657.00 |
| 21 | KAMENOFF, NICK N | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 24883 | $8,829.66 | $3,482.60 | None | $5,347.06 |
| 22 | KLINGER, JEFFREY M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 7/27/2009 | 6256 | $500,000.00 | $364,077.06 | None | $135,922.94 |
| 23 | KRASNOPOLSKY, DAVID | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27297 | $25,832.18 | $10,596.18 | None | $15,236.00 |
| 24 | KUN, WILLIAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 1395 | $58,058.46 * | $58,058.46 | None | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 315: EXHIBIT 1 - EMPLOYMENT-RELATED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|---|
| 25 | LARIT, KEITH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 28275 | $408,328.42 | $194,528.82 | None | $213,799.60 |
| 26 | LOPRETE, BECKY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27356 | $11,806.00 | $4,375.00 | None | $7,431.00 |
| 27 | LOZANO, ROSA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27359 | $6,802.81 | $4,179.81 | None | $2,623.00 |
| 28 | MARTYN, LYNETTE | 08-13905 (JMP) | CES Aviation LLC | 9/16/2009 | 13351 | $100,000.00 * | $100,000.00 | None | Undetermined |
| 29 | MONAHAN, MARIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/23/2009 | 34563 | $5,450.00 | None | $5,450.00 | None |
| 30 | MULLEN, MICHAEL J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27599 | $354,417.72 | $196,206.67 | None | $158,211.05 |
| 31 | NINEHAM, STEWART K. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/26/2009 | 1951 | $1,091,529.50 | $886,886.50 | None | $204,643.00 |
| 32 | PATEL, SHAILY B. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 26133 | $714.80 | $232.80 | None | $482.00 |
| 33 | PENCU, RALUCA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31420 | $110,000.00 | $82,000.00 | $5,000.00 | $23,000.00 |
| 34 | PRANAITIS, JEFFREY D. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/16/2009 | 13891 | $2,093,269.00 * | $2,093,269.00 | None | Undetermined |
| 35 | PRESTON, GERAINT N | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/19/2009 | 19576 | $203,600.00 | $118,223.00 | None | $85,377.00 |
| 36 | RAHMAN, MOHAMMED M | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30740 | $21,251.00 | $4,000.00 | None | $17,251.00 |

## OMNIBUS OBJECTION 315: EXHIBIT 1 - EMPLOYMENT-RELATED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|---|
| 37 | RODRIGUEZ, NANCY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 1392 | $1,741.75 * | $1,741.75 | None | Undetermined |
| 38 | RODRIGUEZ, NANCY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22265 | $1,119.16 * | $1,119.16 | None | Undetermined |
| 39 | ROSS, MEREDITH H | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/19/2009 | 19588 | $10,000.00 * | $10,000.00 | None | Undetermined |
| 40 | RUSSELL, MARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31225 | $2,422,363.00 | $300,957.00 | None | $2,121,406.00 |
| 41 | SHEK-FREEDMAN, ADA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27357 | $2,247.00 | $1,442.00 | None | $805.00 |
| 42 | SHLIMON, MICHELLE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 34213 | $5,675.00 | $4,000.00 | None | $1,675.00 |
| 43 | SINN, ADAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 24655 | $6,101,200.00 | $6,000,000.00 | None | $101,200.00 |
| 44 | SIU, RICHARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30364 | $88,757.17 | $2,522.17 | None | $86,235.00 |
| 45 | STEINBERG, DARRYL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31185 | $456,825.00 | $111,538.00 | None | $345,287.00 |
| 46 | TAM, JACKSON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30444 | $4,526.92 * | $4,526.92 | None | Undetermined |
| 47 | TAYLOR, CHRISTOPHER C | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/24/2009 | 34879 | $28,888.89 | $28,888.89 | None | None |
| 48 | WALESCH, JAY E | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 23899 | $80,258.46 | $68,908.00 | $6,533.46 | $4,817.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 315: EXHIBIT 1 - EMPLOYMENT-RELATED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|---|
| 49 | WALSH, MARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 29624 | Undetermined | Undetermined | Undetermined | Undetermined |
| 50 | WATERS, ANDREW THOMAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/19/2009 | 19623 | $4,617.16 | $3,453.16 | None | $1,164.00 |
| 51 | WRIGHT, T S | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 25605 | $350,000.00 * | $350,000.00 | None | Undetermined |
| 52 | YOSHIMURA, ROBIN K. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30552 | $160,689.00 | $66,689.00 | None | $94,000.00 |
| | | | | | TOTAL | $29,668,810.94 | $14,735,686.29 | $80,983.46 | $14,852,141.19 |

\* - Indicates claim contains unliquidated and/or undetermined amounts