**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,** : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------x Ref. Docket No. 29431

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 16, 2012, I caused to be served the "Notice of Withdrawal of Three Hundred Thirtieth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claim," dated July 16, 2012 [Docket No. 29431], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.  delivered via facsimile to the party listed on the annexed Exhibit B,

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C, and

    iv.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Genevieve Uzamere

Sworn to before me this
___ day of July, 2012

_____
Notary Public

```
PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014
```

**EXHIBIT A**

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | aunger@sidley.com | clynch@reedsmith.com |
| aalfonso@willkie.com | austin.bankruptcy@publicans.com | cmontgomery@salans.com |
| abeaumont@fklaw.com | avenes@whitecase.com | cohen@sewkis.com |
| abraunstein@riemerlaw.com | azylberger@whitecase.com | colea@gtlaw.com |
| acaton@kramerlevin.com | bankr@zuckerman.com | cp@stevenslee.com |
| acker@chapman.com | bankruptcy@goodwin.com | cpappas@dilworthlaw.com |
| adam.brezine@hro.com | bankruptcy@morrisoncohen.com | craig.goldblatt@wilmerhale.com |
| adarwin@nixonpeabody.com | bankruptcy@ntexas-attorneys.com | crmomjian@attorneygeneral.gov |
| adiamond@diamondmccarthy.com | bankruptcymatters@us.nomura.com | cs@stevenslee.com |
| aeckstein@blankrome.com | barbra.parlin@hklaw.com | csalomon@beckerglynn.com |
| aentwistle@entwistle-law.com | bbisignani@postschell.com | cschreiber@winston.com |
| afriedman@irell.com | bcarlson@co.sanmateo.ca.us | cshore@whitecase.com |
| agbanknewyork@ag.tn.gov | bdk@schlamstone.com | cshulman@sheppardmullin.com |
| aglenn@kasowitz.com | bguiney@pbwt.com | ctatelbaum@adorno.com |
| agold@herrick.com | bill.freeman@pillsburylaw.com | cwalsh@mayerbrown.com |
| agoldstein@tnsj-law.com | bkmail@prommis.com | cward@polsinelli.com |
| aisenberg@saul.com | bmanne@tuckerlaw.com | cweber@ebg-law.com |
| akantesaria@oppenheimerfunds.com | bmiller@mofo.com | cweiss@ingramllp.com |
| akolod@mosessinger.com | boneill@kramerlevin.com | dallas.bankruptcy@publicans.com |
| akornikova@lcbf.com | brian.corey@greentreecreditsolutions.com | daniel.guyder@allenovery.com |
| alum@ftportfolios.com | brosenblum@jonesday.com | dave.davis@isgria.com |
| amarder@msek.com | broy@rltlawfirm.com | david.bennett@tklaw.com |
| amartin@sheppardmullin.com | bruce.wright@sutherland.com | david.crichlow@pillsburylaw.com |
| amcmullen@boultcummings.com | bstrickland@wtplaw.com | david.heller@lw.com |
| amenard@tishmanspeyer.com | btrust@mayerbrown.com | david.powlen@btlaw.com |
| anann@foley.com | bturk@tishmanspeyer.com | david.seligman@kirkland.com |
| andrew.brozman@cliffordchance.com | bwolfe@sheppardmullin.com | davids@blbglaw.com |
| andrew.lourie@kobrekim.com | bzabarauskas@crowell.com | davidwheeler@mvalaw.com |
| angelich.george@arentfox.com | cahn@clm.com | dbalog@intersil.com |
| ann.reynaud@shell.com | calbert@reitlerlaw.com | dbarber@bsblawyers.com |
| anthony_boccanfuso@aporter.com | canelas@pursuitpartners.com | dbaumstein@whitecase.com |
| aoberry@bermanesq.com | carol.weinerlevy@bingham.com | dbesikof@loeb.com |
| aostrow@beckerglynn.com | cbelisle@wfw.com | dcimo@gjb-law.com |
| apo@stevenslee.com | cbelmonte@ssbb.com | dcoffino@cov.com |
| aquale@sidley.com | cbrotstein@bm.net | dcrapo@gibbonslaw.com |
| arahl@reedsmith.com | cdesiderio@nixonpeabody.com | ddavis@paulweiss.com |
| arheaume@riemerlaw.com | cgoldstein@stcwlaw.com | ddrebsky@nixonpeabody.com |
| arlbank@pbfcm.com | chammerman@paulweiss.com | ddunne@milbank.com |
| arosenblatt@chadbourne.com | chardman@klestadt.com | deggermann@kramerlevin.com |
| arthur.rosenberg@hklaw.com | charles@filardi-law.com | deggert@freebornpeters.com |
| arwolf@wlrk.com | charles_malloy@aporter.com | demetra.liggins@tklaw.com |
| aseuffert@lawpost-nyc.com | chipford@parkerpoe.com | dfelder@orrick.com |
| ashaffer@mayerbrown.com | chris.donoho@lovells.com | dflanigan@polsinelli.com |
| ashmead@sewkis.com | christopher.schueller@bipc.com | dgrimes@reedsmith.com |
| asnow@ssbb.com | clarkb@sullcrom.com | dhayes@mcguirewoods.com |

| | | |
|---|---|---|
| dheffer@foley.com | eschaffer@reedsmith.com | james.heaney@lawdeb.com |
| diconzam@gtlaw.com | eschwartz@contrariancapital.com | james.mcclammy@dpw.com |
| djoseph@stradley.com | esmith@dl.com | james.sprayregen@kirkland.com |
| dkleiner@velaw.com | etillinghast@sheppardmullin.com | jamestecce@quinnemanuel.com |
| dkozusko@willkie.com | ezujkowski@emmetmarvin.com | jamie.nelson@dubaiic.com |
| dlemay@chadbourne.com | ezweig@optonline.net | jar@outtengolden.com |
| dlipke@vedderprice.com | fbp@ppgms.com | jason.jurgens@cwt.com |
| dludman@brownconnery.com | ffm@bostonbusinesslaw.com | jay.hurst@oag.state.tx.us |
| dmcguire@winston.com | fhyman@mayerbrown.com | jay@kleinsolomon.com |
| dmurray@jenner.com | foont@foontlaw.com | jbecker@wilmingtontrust.com |
| dneier@winston.com | francois.janson@hklaw.com | jbeemer@entwistle-law.com |
| dodonnell@milbank.com | fsosnick@shearman.com | jbeiers@co.sanmateo.ca.us |
| dove.michelle@dorsey.com | fyates@sonnenschein.com | jbird@polsinelli.com |
| dpegno@dpklaw.com | gabriel.delvirginia@verizon.net | jbromley@cgsh.com |
| draelson@fisherbrothers.com | gbray@milbank.com | jcarberry@cl-law.com |
| dravin@wolffsamson.com | geraci@thalergertler.com | jchristian@tobinlaw.com |
| drose@pryorcashman.com | ggitomer@mkbattorneys.com | jdoran@haslaw.com |
| drosenzweig@fulbright.com | ggoodman@foley.com | jdrucker@coleschotz.com |
| drosner@goulstonstorrs.com | giddens@hugheshubbard.com | jdyas@halperinlaw.net |
| drosner@kasowitz.com | gkaden@goulstonstorrs.com | jean-david.barnea@usdoj.gov |
| dshaffer@wtplaw.com | glenn.siegel@dechert.com | jeanites@whiteandwilliams.com |
| dshemano@pwkllp.com | gmoss@riemerlaw.com | jeannette.boot@wilmerhale.com |
| dspelfogel@foley.com | gravert@ravertpllc.com | jeff.wittig@coair.com |
| dtatge@ebglaw.com | gspilsbury@jsslaw.com | jeffery.black@bingham.com |
| dtheising@harrisonmoberly.com | guzzi@whitecase.com | jeffrey.sabin@bingham.com |
| dwdykhouse@pbwt.com | harrisjm@michigan.gov | jeldredge@velaw.com |
| dwildes@stroock.com | harveystrickon@paulhastings.com | jen.premisler@cliffordchance.com |
| dworkman@bakerlaw.com | hbeltzer@mayerbrown.com | jennifer.demarco@cliffordchance.com |
| easmith@venable.com | heim.steve@dorsey.com | jennifer.gore@shell.com |
| echang@steinlubin.com | heiser@chapman.com | jeremy.eiden@ag.state.mn.us |
| ecohen@russell.com | hollace.cohen@troutmansanders.com | jfalgowski@reedsmith.com |
| efleck@milbank.com | holsen@stroock.com | jflaxer@golenbock.com |
| efriedman@fklaw.com | howard.hawkins@cwt.com | jfox@joefoxlaw.com |
| efriedman@friedumspring.com | hseife@chadbourne.com | jfreeberg@wfw.com |
| egeekie@schiffhardin.com | hsnovikoff@wlrk.com | jg5786@att.com |
| eglas@mccarter.com | hsteel@brownrudnick.com | jgenovese@gjb-law.com |
| ehollander@whitecase.com | icatto@mwe.com | jguy@orrick.com |
| ekbergc@lanepowell.com | igoldstein@dl.com | jherzog@gklaw.com |
| elevin@lowenstein.com | ilevee@lowenstein.com | jhiggins@fdlaw.com |
| eli.mattioli@klgates.com | info2@normandyhill.com | jhorgan@phxa.com |
| ellen.halstead@cwt.com | ira.herman@tklaw.com | jhuggett@margolisedelstein.com |
| emerberg@mayerbrown.com | isgreene@hhlaw.com | jim@atkinslawfirm.com |
| enkaplan@kaplanlandau.com | israel.dahan@cwt.com | jjoyce@dresslerpeters.com |
| eobrien@sbchlaw.com | iva.uroic@dechert.com | jjtancredi@daypitney.com |
| erin.mautner@bingham.com | jacobsonn@sec.gov | jjureller@klestadt.com |

| | | |
|---|---|---|
| jkehoe@btkmc.com | jweiss@gibsondunn.com | lml@ppgms.com |
| jlamar@maynardcooper.com | jwest@velaw.com | lnashelsky@mofo.com |
| jlawlor@wmd-law.com | jwh@njlawfirm.com | loizides@loizides.com |
| jlee@foley.com | kanema@formanlaw.com | lromansic@steptoe.com |
| jlevitin@cahill.com | karen.wagner@dpw.com | lscarcella@farrellfritz.com |
| jlipson@crockerkuno.com | kdwbankruptcydepartment@kelleydrye.com | lschweitzer@cgsh.com |
| jlovi@steptoe.com | keckhardt@hunton.com | lsilverstein@potteranderson.com |
| jlscott@reedsmith.com | keith.simon@lw.com | lubell@hugheshubbard.com |
| jmaddock@mcguirewoods.com | ken.coleman@allenovery.com | lwhidden@salans.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | mabrams@willkie.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | maofiling@cgsh.com |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | marc.chait@sc.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | margolin@hugheshubbard.com |
| jmerva@fult.com | kjarashow@fklaw.com | mark.bane@ropesgray.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.deveno@bingham.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.ellenberg@cwt.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.sherrill@sutherland.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | martin.davis@ots.treas.gov |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | marvin.clements@ag.tn.gov |
| jorbach@hahnhessen.com | korr@orrick.com | matt@willaw.com |
| joseph.cordaro@usdoj.gov | kovskyd@pepperlaw.com | matthew.klepper@dlapiper.com |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | maustin@orrick.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | max.polonsky@skadden.com |
| jowolf@law.nyc.gov | kreynolds@mklawnyc.com | mbenner@tishmanspeyer.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | mberman@nixonpeabody.com |
| jpintarelli@mofo.com | kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mbienenstock@dl.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mbloemsma@mhjur.com |
| jrabinowitz@rltlawfirm.com | landon@streusandlandon.com | mbossi@thompsoncoburn.com |
| jrsmith@hunton.com | lapeterson@foley.com | mcademartori@sheppardmullin.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mccombst@sullcrom.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mcordone@stradley.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com | mcto@debevoise.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mcyganowski@oshr.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mdorval@stradley.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | melorod@gtlaw.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | meltzere@pepperlaw.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | metkin@lowenstein.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | mfeldman@willkie.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | mgordon@briggs.com |
| jvail@ssrl.com | lkatz@ltblaw.com | mgreger@allenmatkins.com |
| jwallack@goulstonstorrs.com | lmarinuzzi@mofo.com | mh1@mccallaraymer.com |
| jwang@sipc.org | lmay@coleschotz.com | mhopkins@cov.com |
| jwcohen@daypitney.com | lmcgowen@orrick.com | michael.frege@cms-hs.com |

| | | |
|---|---|---|
| michael.kelly@monarchlp.com | nlepore@schnader.com | rleek@hodgsonruss.com |
| michael.kim@kobrekim.com | notice@bkcylaw.com | rlevin@cravath.com |
| michael.mccrory@btlaw.com | oipress@travelers.com | rmatzat@hahnhessen.com |
| michael.reilly@bingham.com | otccorpactions@finra.org | rmcneill@potteranderson.com |
| millee12@nationwide.com | paronzon@milbank.com | rnetzer@willkie.com |
| miller@taftlaw.com | patrick.oh@freshfields.com | robert.bailey@bnymellon.com |
| mimi.m.wong@irscounsel.treas.gov | paul.turner@sutherland.com | robert.dombroff@bingham.com |
| mitchell.ayer@tklaw.com | pbattista@gjb-law.com | robert.henoch@kobrekim.com |
| mjedelman@vedderprice.com | pbosswick@ssbb.com | robert.malone@dbr.com |
| mjr1@westchestergov.com | pdublin@akingump.com | robert.yalen@usdoj.gov |
| mkjaer@winston.com | peisenberg@lockelord.com | robin.keller@lovells.com |
| mlahaie@akingump.com | peter.gilhuly@lw.com | roger@rnagioff.com |
| mlandman@lcbf.com | peter.macdonald@wilmerhale.com | ronald.silverman@bingham.com |
| mlichtenstein@crowell.com | peter.simmons@friedfrank.com | ross.martin@ropesgray.com |
| mlynch2@travelers.com | peter@bankrupt.com | rqureshi@reedsmith.com |
| mmendez@hunton.com | pfeldman@oshr.com | rrainer@wmd-law.com |
| mmooney@deilylawfirm.com | phayden@mcguirewoods.com | rreid@sheppardmullin.com |
| mmorreale@us.mufg.jp | pmaxcy@sonnenschein.com | rroupinian@outtengolden.com |
| mneier@ibolaw.com | ppascuzzi@ffwplaw.com | rrussell@andrewskurth.com |
| monica.lawless@brookfieldproperties.com | ppatterson@stradley.com | rterenzi@stcwlaw.com |
| mpage@kelleydrye.com | psp@njlawfirm.com | russj4478@aol.com |
| mparry@mosessinger.com | ptrain-gutierrez@kaplanlandau.com | rwasserman@cftc.gov |
| mpomerantz@julienandschlesinger.com | ptrostle@jenner.com | rwyron@orrick.com |
| mprimoff@kayescholer.com | r.stahl@stahlzelloe.com | s.minehan@aozorabank.co.jp |
| mpucillo@bermanesq.com | raj.madan@bingham.com | sabin.willett@bingham.com |
| mrosenthal@gibsondunn.com | ramona.neal@hp.com | sabramowitz@velaw.com |
| mruetzel@whitecase.com | ranjit.mather@bnymellon.com | sabvanrooy@hotmail.com |
| mschimel@sju.edu | raul.alcantar@ropesgray.com | sagolden@hhlaw.com |
| mschlesinger@julienandschlesinger.com | rbeacher@pryorcashman.com | sally.henry@skadden.com |
| msegarra@mayerbrown.com | rbyman@jenner.com | sandyscafaria@eaton.com |
| mshiner@tuckerlaw.com | rdaversa@orrick.com | sara.tapinekis@cliffordchance.com |
| msiegel@brownrudnick.com | relgidely@gjb-law.com | scargill@lowenstein.com |
| msolow@kayescholer.com | rfleischer@pryorcashman.com | schannej@pepperlaw.com |
| mspeiser@stroock.com | rfrankel@orrick.com | schepis@pursuitpartners.com |
| mstamer@akingump.com | rfriedman@silvermanacampora.com | schnabel.eric@dorsey.com |
| mvenditto@reedsmith.com | rgmason@wlrk.com | schristianson@buchalter.com |
| mwarren@mtb.com | rgraham@whitecase.com | schwartzmatthew@sullcrom.com |
| ncoco@mwe.com | rhett.campbell@tklaw.com | scottshelley@quinnemanuel.com |
| neal.mann@oag.state.ny.us | richard.fingard@newedge.com | scousins@armstrongteasdale.com |
| ned.schodek@shearman.com | richard.lear@hklaw.com | sdnyecf@dor.mo.gov |
| neilberger@teamtogut.com | richard.levy@lw.com | steven@blbglaw.com |
| newyork@sec.gov | richard.tisdale@friedfrank.com | sehlers@armstrongteasdale.com |
| nfurman@scottwoodcapital.com | richard@rwmaplc.com | seichel@crowell.com |
| nherman@morganlewis.com | ritkin@steptoe.com | sfelderstein@ffwplaw.com |
| nissay_10259-0154@mhmjapan.com | rjones@boultcummings.com | sfineman@lchb.com |

| | |
|---|---|
| sfox@mcguirewoods.com | thomas_noguerola@calpers.ca.gov |
| sgordon@cahill.com | tim.desieno@bingham.com |
| sgubner@ebg-law.com | timothy.brink@dlapiper.com |
| shannon.nagle@friedfrank.com | timothy.palmer@bipc.com |
| sharbeck@sipc.org | tjfreedman@pbnlaw.com |
| shari.leventhal@ny.frb.org | tkarcher@dl.com |
| shgross5@yahoo.com | tkiriakos@mayerbrown.com |
| sidorsky@butzel.com | tlauria@whitecase.com |
| slerman@ebglaw.com | tmacwright@whitecase.com |
| slerner@ssd.com | tmarrion@haslaw.com |
| slevine@brownrudnick.com | tnixon@gklaw.com |
| sloden@diamondmccarthy.com | toby.r.rosenberg@irscounsel.treas.gov |
| smayerson@ssd.com | tomwelsh@orrick.com |
| smillman@stroock.com | tony.davis@bakerbotts.com |
| smulligan@bsblawyers.com | tslome@msek.com |
| snewman@katskykorins.com | ttracy@crockerkuno.com |
| sory@fdlaw.com | twheeler@lowenstein.com |
| spiotto@chapman.com | ukreppel@whitecase.com |
| splatzer@platzerlaw.com | villa@streusandlandon.com |
| sree@lcbf.com | vmilione@nixonpeabody.com |
| sschultz@akingump.com | vrubinstein@loeb.com |
| sselbst@herrick.com | walter.stuart@freshfields.com |
| sshimshak@paulweiss.com | wanda.goodloe@cbre.com |
| sskelly@teamtogut.com | wballaine@lcbf.com |
| sstarr@starrandstarr.com | wbenzija@halperinlaw.net |
| steele@lowenstein.com | wchen@tnsj-law.com |
| stephen.cowan@dlapiper.com | wcurchack@loeb.com |
| steve.ginther@dor.mo.gov | wdase@fzwz.com |
| steven.troyer@commerzbank.com | wfoster@milbank.com |
| steven.usdin@flastergreenberg.com | william.m.goldman@dlapiper.com |
| steven.wilamowsky@bingham.com | wiltenburg@hugheshubbard.com |
| streusand@streusandlandon.com | wisotska@pepperlaw.com |
| susheelkirpalani@quinnemanuel.com | wk@pwlawyers.com |
| sweyl@haslaw.com | wmaher@wmd-law.com |
| swolowitz@mayerbrown.com | wmarcari@ebglaw.com |
| szuch@wiggin.com | wmckenna@foley.com |
| tannweiler@greerherz.com | wsilverm@oshr.com |
| tarbit@cftc.gov | wswearingen@llf-law.com |
| tbrock@ssbb.com | wtaylor@mccarter.com |
| tdewey@dpklaw.com | wweintraub@fklaw.com |
| tduffy@andersonkill.com | wzoberman@bermanesq.com |
| teresa.oxford@invescoaim.com | yamashiro@sumitomotrust.co.jp |
| tgoren@mofo.com | yuwatoko@mofo.com |
| thaler@thalergertler.com | |
| thomas.califano@dlapiper.com | |

**EXHIBIT B**

| Fax | Name |
|---|---|
| 12126682255 | UST-DAVIS,GASPA,SCHW |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

KAYE SCHOLER LLP
ATTN: MARILEE P. DAHLMAN
425 PARK AVENUE
NEW YORK, NY 10022

PRYOR CASHMAN LLP
ATTN: MARK JACOBS
410 PARK AVENUE
NEW YORK, NY 10022

NORMANDY HILL CAPITAL LP
ATTN: MATTHEW A. CANTOR, ESQ.
150 EAST 52ND STREET, 10TH FLOOR
NEW YORK, NY 10022

COVINGTON & BURLING LLP
ATTN: A RABOY
THE NEW YORK TIMES BUILDING
NEW YORK, NY 10018

KLESTADT & WINTERS, LLP
ATTN: CARRIE V. HARDMAN
292 MADISON AVENUE, 17TH FLOOR
NEW YORK, NY 10017

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677

LOWENSTEIN SANDLER PC
ATTN: ERIN S. LEVIN, ESQ.
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022

QUINN EMANUEL URQUHART & SULLIVAN, LLP
ATTN: ROBERT DAKIS
51 MADISON AVE, 22ND FLOOR
NEW YORK, NY 10010

**EXHIBIT D**

*LBH NOW_OMNI 130 7-16-12*                                              *LBH NOW_OMNI 130 7-16-12*

| | |
|---|---|
| ZURCHER KANTONALBANK | MICHAEL J. CANNING & ANTHONY BOCCANFUSO |
| ATTN: ESTHER KUONI & ROGER BACHMANN | ARNOLD & PORTER LLP |
| BAHNHOFSTRASSE 9 | 399 PARK AVE |
| ZURICH    CH-8001 | 34TH FLOOR |
| SWITZERLAND | NEW YORK, NY 10022 |