B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

| **Bank of America, N.A.** | **Asset Managers International Ltd.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:

Court Claim #: <u>194940</u>
Amount of Claim: <u>$18,237,199.55 (as of</u>
<u>petition date)</u>
Date Claim Filed: <u>9/18/09</u>
Debtor: <u>Lehman Brothers Holdings, Inc.</u>

**Bank of America, N.A.**
**Bank of America Tower, 3rd Floor**
**One Bryant Park**
**New York, NY 10036**

Phone: <u>646-855-7450</u>
Facsimile: <u>646-736-5233</u>

Name and Address where transferee payments should be sent (if different from above):

Phone: _____

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____      Date: 7/16/12
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Asset Managers International Ltd.

      Asset Managers International Ltd., a company organized under the laws of the British Virgin Islands, with offices located at Craigmuir Chambers, P.O. Box 71, Road Town, Tortola, British Virgin Islands ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Bank of America, N.A., its successors and assigns, with offices located at Bank of America Tower, 3rd Floor, One Bryant Park, New York, NY 10036 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates), docketed as Claim No. 19490 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

      Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

      IN WITNESS WHEREOF, dated as of the 16th day of July, 2012.

ASSET MANAGERS INTERNATIONAL LTD.
By: Bank of America, N.A., acting as Attorney for
Asset Managers International Ltd. under a power of
attorney granted on July 16, 2012

WITNESS:

Name: JEFF BENESH
Title: ASSOCIATE

By: _____
Name: RONALD TOROK
Title: DIRECTOR

Acting as Attorney for Asset Managers International Ltd.

BANK OF AMERICA, N.A.

WITNESS:

Name: JEFF BENESH
Title: ASSOCIATE

By: _____
Name: RONALD TOROK
Title: DIRECTOR