Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Credit Suisse AG, Singapore Branch
**Name of Transferee**

Credit Suisse AG (formerly Clariden Leu Ltd)
**Name of Transferor**

Name and Address where notices to transferee should be sent:

Credit Suisse AG, Singapore Branch
One Raffles Link
Unit 05-02
Singapore 039393

Court Claim # (if known): 55813
Date Claim Filed: October 29, 2009
Amount of Claim: US$ 50,000
Portion of Claim Transferred (see Schedule I): US$ 50,000 of XS0325369725

Phone: +65 6306 8006
Last Four Digits of Acct #: ‒

Phone: +65 6306 8006
Last Four Digits of Acct. #: ‒

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____16 July 2012_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

_____
Authorised Signatory Johnny Liu
Title: Vice President

_____
/ Alvin Chiam
Authorised Signatory
Title: Assistant Vice President

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Credit Suisse AG, Singapore Branch | Credit Suisse AG (formerly Clariden Leu Ltd) |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Credit Suisse AG, Singapore Branch
One Raffles Link
Unit 05-02
Singapore 039393

Court Claim # (if known): 55813
Date Claim Filed: October 29, 2009
Amount of Claim: 50 Units
Portion of Claim Transferred (see Schedule I): 50 Units of XS0335352877

Phone: +65 6306 8006
Last Four Digits of Acct #: _--_

Phone: +65 6306 8006
Last Four Digits of Acct. #: _--_

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____16 July 2012_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

_Johnny Liu_
Authorised Signatory
Title: Vice President

_Alvin Chiam_
Authorised Signatory
Title: Assistant Vice President

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG (formerly Clariden Leu Ltd)** ("Transferor") unconditionally and irrevocably transferred to **Credit Suisse Singapore Branch** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **(Claim No. 55813)** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON JULY 16, 2012.

**Credit Suisse AG (formerly Clariden Leu Ltd)**

By: _____
Name: Ares Bianchi
Title:   Assistant Vice President

By: _____
Name: Ali Sarhan
Title:   Assistant Vice President

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0325369725 | 55813 | October 29, 2009 | LEHMAN BROTHERS SECURITIES NV | USD 50'000 |
| XS0335352877 | 55813 | October 29, 2009 | LEHMAN BROTHERS TREASURY BV | 50 |