B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et. al.,                    Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CenturyLink, Inc. Defined Benefit Master Trust              Embarq Master Retirement Trust
Name of Transferee                                                                Name of Transferor

Name and Address where notices to transferee           Court Claim # (if known): 18605
should be sent:                                                                   Amount of Claim: $310,695.85
                                                                                                 Date Claim Filed: Sept. 21, 2009
CenturyLink, Inc. Defined Benefit Master Trust
1801 California Street, Suite 3800
Denver, CO 80202

Phone:                                                                                      Phone:
Last Four Digits of Acct #: ____                                         Last Four Digits of Acct #: ____

Name and Address where transferee payments
should be sent (if different from above):

Phone: ____
Last Four Digits of Acct #: ____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CenturyLink, Inc. Defined Benefit Master Trust

By: /s/ [signature]                                                               Date: July 18, 2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

AMR-338064-v1                                                                                                        80-40395262

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Embarq Master Retirement Trust

DATE OF TRANSFER OF CLAIM: July 18, 2012

Embarq Master Retirement Trust, a pension trust with offices located at 5454 W. 110th Street, Overland Park, Kansas ("Seller"), for mutual promises received, does hereby certify that as of July 18, 2012, it has unconditionally and irrevocably sold, conveyed, transferred, granted and assigned to CenturyLink, Inc. Defined Benefit Master Trust, an employee benefit plan with offices located at 1801 California Street, Suite 3800, Denver, Colorado ("Buyer"), its successors and assigns, all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $310,695.85, docketed as Claim No. 18605 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

CENTURYLINK, INC. DEFINED BENEFIT MASTER TRUST

By: _____
Name:
Title:

EMBARQ MASTER RETIREMENT TRUST

By: _____
Name:
Title: