WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

**FINAL QUARTERLY REPORT PURSUANT TO ORDER PURSUANT TO
SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY
RULES 3007 AND 9019(b) APPROVING SETTLEMENT PROCEDURES**

Pursuant to the Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) Approving Settlement Procedures, entered on March 31, 2010 [ECF No. 7936] (the "Initial Order"),[1] the Court granted Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases authority to settle certain prepetition claims in accordance with the procedures set forth in the Initial Order. On July 18, 2012, the Court entered an Order Modifying Certain Existing Claims Orders [ECF No. 29505] (the "Modified Order"), which, among other things, set forth claim settlement procedures superseding the procedures contained in the Initial Order. Under the Modified Order, LBHI is no longer required to file reports with the Court detailing claims settled pursuant to the claim settlement procedures set forth therein.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Initial Order.

LBHI hereby files this final report of all settlements entered into prior to entry of the Modified Order, during the period April 1, 2012 to and including July 17, 2012, pursuant to the Settlement Procedures set forth in the Initial Order, annexed hereto as Exhibit A.

Dated: July 20, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

2

**Exhibit A**
**(Report)**

US_ACTIVE:\44056211\1\58399.0003

Claim Settlements Report for the Period April 1, 2012 - July 17, 2012

| Claimant | Claim # | Type of Claim | Filed Claim Amount | | Claim Settlement Amount | Priority of Claim Settlement Amount | Date |
|---|---|---|---|---|---|---|---|
| D.E. SHAW LAMINAR PORTFOLIOS, L.L.C. | 21836 | General Unsecured | $2,421,693.00 | * | $913,157.09 | General Unsecured | 4/12/2012 |
| D.E. SHAW LAMINAR PORTFOLIOS, L.L.C. | 21840 | General Unsecured | $1,362,202.00 | * | $513,650.86 | General Unsecured | 4/12/2012 |
| BAYERISCHE LANDESBANK | 67810 | General Unsecured | $14,447,841.71 | * | $3,777,697.24 | General Unsecured | 4/27/2012 |
| BAYERISCHE LANDESBANK | 19962 | General Unsecured | $651,291.08 | * | Withdrawn | Withdrawn | 4/27/2012 |
| DEUTSCHE BANK AG | 27351 | General Unsecured | $524,878.12 | * | $257,756.85 | General Unsecured | 5/3/2012 |
| COLORADO LOCAL GOVERNMENT LIQUID ASSET TRUST (""COLOTRUST"") | 13023 | General Unsecured | $5,000,000.00 | * | $4,989,930.51 | General Unsecured | 5/8/2012 |
| COLORADO LOCAL GOVERNMENT LIQUID ASSET TRUST (""COLOTRUST"") | 68040 | General Unsecured | $4,989,930.51 | | Withdrawn | Withdrawn | 5/8/2012 |
| SG FINANCE, INC. | 26226 | General Unsecured | $3,162,343.75 | * | $10,000.00 | General Unsecured | 5/14/2012 |
| SCULPTOR HOLDINGS II S.A.R.L. | 5233 | General Unsecured | $2,175,976.00 | * | $1,947,960.00 | General Unsecured | 5/15/2012 |
| SAN GABRIEL CLO I LTD. | 33203 | General Unsecured | $377,500.00 | | $67,500.00 | General Unsecured | 5/18/2012 |
| SIERRA CLO II LTD. | 33204 | General Unsecured | $342,500.00 | | $82,500.00 | General Unsecured | 5/18/2012 |
| SHASTA CLO I LTD. | 33205 | General Unsecured | $342,500.00 | | $82,500.00 | General Unsecured | 5/18/2012 |
| CARGILL FINANCIAL SERVICES INTERNATIONAL, INC. | 18972 | General Unsecured | $67,618.26 | | $59,165.98 | General Unsecured | 6/14/2012 |
| ARROWOOD INDEMNITY COMPANY | 2076 | Secured | $272,238.00 | | $27,000.00 | Secured | 6/26/2012 |
| MICROSOFT CORPORATION/ MICROSOFT ENTERPRISE SERVICES | 25692 | General Unsecured | $244,111.91 | | $238,984.16 | General Unsecured | 6/27/2012 |
| GREENFIELD'S OTP LLC | 6550 | 503(b)(9) | $900,000.00 | | $100,000.00 | General Unsecured | 6/27/2012 |
| ACUMEN FUND INC. | 18761 | General Unsecured | $465,950.00 | | $278,500.00 | General Unsecured | 6/28/2012 |
| BANK OF NEW YORK MELLON, THE | 28707 | General Unsecured | $462,479.56 | | $462,479.56 | General Unsecured | 7/1/2012 |
| WINDELS MARX LANE & MITTENDORF LLP | 27223 | General Unsecured | $2,305,922.69 | | $1,488,821.41 | General Unsecured | 7/11/2012 |
| APPLEBY | 4795 | General Unsecured | $343,227.51 | | $84,459.29 | General Unsecured | 7/11/2012 |

* This Claimant has filed their claim either as unliquidated, or has asserted an unliquidated amount in addition to the quantified claims.