UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                    Debtors.                       :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIMS

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>Attn: Suzanne Lovett |
| Claim Numbers (if known): | 26934, 26935, 26936, 26937, 26938, 26939, 26940, 26941, 26942, 26943, 26944, 26945, 26946, 26947, 26948, 26949, 26950, 26951, 26952 |
| Date Claims Filed: | September 22, 2009 |
| Total Amount of Each Claim Filed: | $2,300,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title: Partner |
| Printed Name: Jay M. Goffman | Dated: July 19, 2012 |



FILED / RECEIVED
JUL 20 2012
EPIQ BANKRUPTCY SOLUTIONS, LLC