UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
                                                                    :
In re:                                                              :    Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS, INC., et al.                              :    08-13555 (JMP)
                                          Debtors.                  :
                                                                    :    (Jointly Administered)
------------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF CLAIM
## FILED BY GLITNIR HF. (FORMERLY KNOWN AS GLITNIR BANKI HF.)

**PLEASE TAKE NOTICE** that Glitnir hf. ("Glitnir") (formerly known as Glitnir banki hf.) hereby withdraws Proof of Claim 27419 (the "Claim") filed against Lehman Brothers Holdings Inc. (the "Debtor") pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. In addition to withdrawing the Claim, Glitnir hereby authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor. The details of the Claim are as follows:

| Debtor Name and Case Number | Creditor Name and Address | Claim Number to be Withdrawn | Date Claim Filed |
|---|---|---|---|
| Lehman Brothers Holdings Inc. 08-13555 (JMP) | Glitnir hf. (formerly known as Glitnir banki hf.) Sóltún 26, 108 Reykjavík Iceland | 27419 | 09/22/09 |

The filing of this notice of withdrawal shall have no effect on any other proof of claim filed by Glitnir against the Debtor or its affiliates.

Dated: New York, New York  
       May 30, 2012

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:    /s/ ALAN W. KORNBERG  
      Alan W. Kornberg  
      (A Member of the Firm)  
      Abigail Clark  
      1285 Avenue of the Americas  
      New York, New York 10019-6064  
      Telephone: (212) 373-3000  
      Facsimile: (212) 757-3990

*Attorneys for the Foreign Representative of Glitnir hf.*