Gianni, Origoni, Grippo, Cappelli & Partners
Via delle Quattro Fontane, 20
00184 Rome
Tel: +39-06478751
Fax: +39-064871101
Special Counsel to Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT SOUTHERN
DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
**In re**

|  |  |
|---|---|
|  | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | **08-13555 (JMP)** |
| **Debtors** | **(Jointly Administered)** |

_____x

**SUMMARY STATEMENT FOR FIRST AND FINAL APPLICATION OF
GIANNI, ORIGONI, GRIPPO, CAPPELLI & PARTNERS, AS 327(e) SPECIAL COUNSEL
TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE AND
PAYMENT OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD FROM JULY 1, 2010 TO MARCH 5, 2012**

| | |
|---|---|
| Name of Applicant: | Gianni, Origoni, Grippo, Cappelli & Partners |
| Role in Case: | Special Counsel to Debtors and Debtors in Possession |

1

Date of Retention:  July 1, 2010

Period for Which Compensation and Reimbursement are Sought: from July 1, 2010 to
March 5, 2012

Amount of Professional Fees Sought as Actual, Reasonable, and Necessary: $ 229,364.62
(being the equivalent amount of Euro  182,180.00 at the exchange rate of 1.259 quoted by
the International Monetary Fund on June 29, 2012.

| | |
|---|---|
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $12,761.00 (Euro 10,135.82) |
| Total Amount Sought: | $242,125.62 (Euro 192,315.82) |
| Payments received in accordance with Ordinary Course Professional Order on account of fees prior to retention pursuant to Special Counsel Order: | $928,850.00 |
| Payments received in accordance with Ordinary Course Professional Order on account of expenses prior to retention pursuant to Special Counsel Order: | $19,473.00 |
| This is a: | First and final Fee Application |
| Prior Applications: | None |
| Aggregate Amount Paid to Date: | $0 |

## SUMMARY OF TIME CHARGES AND HOURLY RATES BY PROFESSIONAL
## FOR PERIOD FROM JULY 1, 2010 TO MARCH 5, 2012 ("Compensation Period")

Below is a list of each individual at Gianni, Origoni, Grippo, Cappelli & Partners who has performed work during the Compensation Period, on behalf of the Debtors, the position of each such individual in the Firm, the year of admittance to practice of each individual, his or her hourly billing rate, the aggregate time expended by each individual during the Compensation Period, and the amount of Gianni, Origoni, Grippo, Cappelli & Partners fees attributable to each individual during the Compensation Period.

| Name of Professional & Title | Year Admitted to Practice | Year Admitted to Italian Bar | Billing Rate in Euro | Total Hours Billed | Fee Total in Euro | Fee Totals in USD |
|---|---|---|---|---|---|---|
| VENTO | 1979 | 1984 | 440 | 48,40 | 21.296,00 | 26.811,66 |
| VENTO | 1979 | 1984 | 450 | 123,30 | 55.485,00 | 69.855,62 |
| VENTO | 1979 | 1984 | 460 | 92,40 | 42.504,00 | 53.512,54 |
| DI PAOLO ANTONIO | 2008 | 2011 | 150 | 60,90 | 9.135,00 | 11.500,97 |
| DI PAOLO ANTONIO | 2008 | 2011 | 200 | 81,40 | 16.280,00 | 20.496,52 |
| DI PAOLO ANTONIO | 2008 | 2011 | 250 | 72,40 | 18.100,00 | 22.787,90 |
| BULGARINI | 2010 | | 100 | 7,00 | 700,00 | 881,30 |
| D'AVOLIO | 2004 | 2007 | 250 | 27,50 | 6.875,00 | 8.655,63 |
| OCCORSIO | 2011 | | 150 | 16,50 | 2.475,00 | 3.116,03 |
| TURELLA | 2010 | | 150 | 8,20 | 1.230,00 | 1.548,57 |
| ZACCAGNINI | 1995 | 1998 | 450 | 15,50 | 6.975,00 | 8.781,53 |
| ZANELLATO | 2004 | 2007 | 250 | 4,50 | 1.125,00 | 1.416,38 |
| TIME CHARGES TOTAL | | | | 558,00 | 182.180,00 | 229.364,62 |

Total Professional Hours: 558
Total Hours: 558
Total Fee Amount: USD 229.364,62
Blended Rate: USD 411.04

Gianni, Origoni, Grippo, Cappelli & Partners
Via delle Quattro Fontane, 20
00184 Rome, Italy
Tel: +39-06478751
Fax: +39-064871101

Special Counsel to Debtors and Debtors in
Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al,* | **08-13555 (JMP)** |
| **Debtors.** | • |
| | • **(Jointly Administered)** |

---------------------------- ----- ----X

### FIRST AND FINAL APPLICATION OF
### GIANNI, ORIGONI, GRIPPO, CAPPELLI & PARTNERS, AS 327(e) SPECIAL COUNSEL
### TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE AND
### PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES FOR THE PERIOD
### FROM JULY 1, 2010 TO MARCH 5, 2012

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

Gianni, Origoni, Grippo, Cappelli & Partners ("GOGCP" or "Firm"), special counsel

for Lehman Brothers Holdings Inc. and its affiliated debtors in the above-captioned

chapter 11 cases (collectively, the "Debtors"), submits this First and Final Fee

Application (the "Application") seeking (a) allowance of compensation for

professional services rendered by GOGCP to the Debtors, and (b) reimbursement of

actual and necessary charges and disbursements incurred by GOGCP in the rendition

of required professional services on behalf of the Debtors, in each case for the period

from July 1, 2010 through March 5, 2012 (the "Compensation Period") pursuant to

4

Section 330(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines"), General Order M-151, Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases (the "Local Guidelines"). In support of this Application, GOGCP respectfully represents as follows:

### Jurisdiction and Venue

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

4.      Commencing on September 15, 2008 and periodically thereafter (as applicable, the "Commencement Date"), Lehman Brothers Holdings Inc. ("LBHI") and the other Debtors commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code. The Debtors' chapter 11 cases were consolidated for procedural purposes only and were being jointly administered pursuant to Bankruptcy Rule 1015(b). The Debtors were authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.      On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

6.      On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI"). A trustee appointed under SIPA is administering LBI's estate. On January

5

19, 2009, the U.S. Trustee appointed an examiner (the "Examiner") and on January 20, 2009, the Court approved the U.S. Trustee's appointment of the Examiner.

7.        On May 26, 2009, the Court appointed a fee committee (the "Fee Committee"), and approved a protocol to govern the review and payment of fees and reimbursement of expenses of professionals retained by the Debtors' estates (the "Fee Protocol"). Pursuant to the Fee Protocol, on August 3, 2008, the Fee Committee submitted its Fee Committee Report pertaining to the first interim fee applications of all retained professionals, which provides, inter alia, additional guidelines regarding compensation procedures for professionals retained in these cases (the "Fee Committee Guidelines").

8.        On March 6, 2012, the Debtors confirmed the Modified Third Amended Joint Chapter 11 Plan (the "Plan"). Initial distributions under the Plan were made in April 2012 to creditors in the amount of $22.5 billion.

## Retention of GOGCP

9.        On February 3, 2012, the Debtors filed their application pursuant to section 327(e) of title 11 of the Bankruptcy Code, Rule 2014(a) of the Bankruptcy Rules, and Rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), for authorization to employ and retain GOGCP as special counsel to the Debtors, effective *nunc pro tunc* to July 1, 2010 (the "Engagement Date") with respect to the Representative Matters, as defined later herein.

10.        The above special counsel application to the Court to employ and retain GOGCP dated February 3, 2012 [Docket No. 24936] ("Special Counsel Application"), indicated that, as of the date of the Special Counsel Application, the Debtors had paid GOGCP approximately $ 948,323.00 for services rendered through June 30, 2010. It was further indicated that GOGCP had informed the Debtors that, from July 1, 2010 through December 31, 2011, GOGCP accrued and unbilled approximately $ 329,206.00 in fees in connection with necessary services rendered on behalf of the Debtors. See paragraph 13. The Special Counsel Application therefore submitted that GOGCP's fees with respect to

the Representative Matters already exceeded the $1 million cap for Ordinary Course Professionals (the "OCP Cap") and that the Debtors anticipated continuing to utilize GOGCP's services in connection with the Representative Matters for the remainder of these chapter 11 cases. See paragraph 14.

11.    It should be noted that, because the Retention Order of GOGCP (as later defined) was entered on February 24, 2012, prior to submitting this Application GOGCP has refrained from submitting interim fee applications seeking interim compensation for services rendered to the Debtors during the Compensation Period in connection with the Representative Matters. GOGCP has also refrained from invoicing Debtors for such services, except only for a statement in the amount of Euro 16,291.80 ($ 20,511.00 at applicable rate of exchange) which GOGCP issued on November 28, 2011. To date, such statement has remained unpaid. However, GOGCP was recently indicated by the relevant contact person within the Debtors' organization that payment of such statement can still be made by Debtors on the basis of GOGCP's previous retention as Ordinary Course Professional because, with such payment, the OCP Cap would not be exceeded. Thus, by this Application GOGCP is not seeking payment of the said still unpaid statement.

12.    On February 24, 2012, the Court entered the Order Pursuant to Section 327(e) of the Bankruptcy Code Authorizing the Employment and Retention of GOGCP as Special Counsel to the Debtors, *nunc pro tunc* to the Engagement Date [Docket No. 25727] (the "Retention Order"). A copy of the Retention Order is annexed hereto as Exhibit A.

13.    Pursuant to the Retention Order, GOGCP has been retained to continue its engagement as local counsel in Italy, acting as attorney in the following matters: (i) representing and advising Lehman Brothers Derivative Products Inc. ("LBDP") in a civil proceeding before the Rome Civil Court with respect to derivatives related matters; (ii) representing and advising Lehman Brothers Special Financing Inc. ("LBSF") in a special proceeding before the Rome Civil Court, "*accertamento tecnico preventivo ai fini della composizione della lite*" ("ATP"), concerning the determination of amounts LBSF asserts it holds in credit as settlement amount paid by the Republic of Italy in connection with

early termination of a derivative swap; and (iii) advising certain Debtors with respect to a limited number of other matters generally consisting of transactions aimed at liquidating physical assets or receivables of said Debtors located in Italy (collectively, the "Representative Matters"). In the Representative Matters, GOGCP has maintained close contact with and provided advice to professionals in the London, Paris and Milan offices of Alvarez & Marsal, the Debtors' Chief Restructuring Officer, and to Weil, Gotshal and Manges LLP ("WGM"), the Debtors' general bankruptcy counsel.

### Relief Requested

14.    Prefixed to this Application is the cover sheet required by the UST Guidelines, which includes a schedule setting forth the names of all GOGCP professionals who have performed services for which compensation is sought, the person's position in the Firm, and the year each lawyer was first admitted to practice law. In addition, the schedule sets forth for each person (a) the hourly rate during the Compensation Period, (b) the total hours billed during the Compensation Period, and (c) the total compensation for such hours. The rate for each of the individuals listed in the before mentioned cover sheet is equal to the billing rate for such individuals time for similar services to clients in connection with other similar matters. GOGCP believes that these rates are equal to or less than the rates charged by professionals with similar experience.

15.    By this Application and pursuant to section 330(a) of the Bankruptcy Code and Bankruptcy Rule 2016, GOGCP requests an allowance of $229.364,62 (Euro 182,180.00) for final compensation for professional services performed and $12,761.00 (Euro 10,135.82) for reimbursement of actual and necessary expenses incurred for the Debtors during the Compensation Period (aggregate amount of $242,125.62 (Euro 192,315.82). The Debtors have incurred fees of $229.364,62 (Euro  182,180.00) for services rendered over 558 hours by GOGCP during the Compensation Period, resulting in a blended hourly rate of approximately $411.04 (Euro 326.48).

16.    GOGCP has annexed to this Application: (i) as Exhibit B, a copy of the invoices for the Compensation Period. Attached to each invoice are (a) a description

of the project for which services were rendered as well as a descriptive summary of such services, (b) the relevant daily time records listing the name of the individual performing the services, the date on which the services were performed, the amount of time spent performing the services, the fees associated with such services, and (c) a schedule specifying the categories of expenses for which GOGCP is seeking reimbursement and the total amount for each such expense category; (ii) as Exhibit C, an overall summary of the expenses incurred in rendering services to the Debtors during the Compensation Period.

17.    The services performed and expenses incurred by GOGCP during the Compensation Period were provided only on behalf of and rendered a benefit to Debtors.

18.    Annexed hereto, as Exhibit D, is the certification of Cesare Vento, Partner of GOGCP, with respect to compliance with the Local Guidelines.

**The Requested Compensation and Reimbursement Should be Allowed**

19.    "*Reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses*" may be allowed to professionals retained pursuant to section 327 of the Bankruptcy Code. 11 U.S.C. § 330(a)(1); *In re Value City Holdings, Inc.*, 436 B.R. 300, 304 (Bankr. S.D.N.Y. 2010) ("*Under the Bankruptcy Code, a debtor or a committee may seek court approval to 'employ one or more . . . professional persons' to assist in the administration of its estate. These professionals may then seek compensation in accordance with the standards set forth in section 330(a) of the Bankruptcy Code.*" (quoting 11 U.S.C. §§ 327(a), 328(a), 1103(a))).

20.    Section 330(a)(3)(A) further provides the following standards for the Court's review of a fee application. In particular, in determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including:

(a) the time spent on such services;

(b) the rates charges for such services;

9

(c) whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of a case under this title;

(d) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

(e) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title. 11 U.S.C. 330(a)(3)(A).

21.    GOGCP respectfully submits that it has satisfied the requirements for the allowance of the compensation and reimbursement of expenses sought herein. The services it rendered were beneficial to the Debtors' estate and were performed efficiently, economically and effectively and in a manner commensurate with the complexity, importance and nature of the problems, issues and tasks involved in the Representative Matters. Moreover, the Firm's request for compensation is reasonable in light of the nature, extent, and value of its services to the Debtors, and also because it is based on the customary compensation charged by comparably skilled practitioners. Accordingly, approval of the compensation for professional services sought herein is warranted.

22.    A summary of specific work GOGCP performed for the Debtors on the Representative Matters is as follows:

**(a) LBSF vs. the Republic of Italy, Ministry of Economy and Finance ("MEF")**

This case originated from MEF's termination of a swap transaction with LBSF. MEF notified LBSF that it obtained quotes from market makers on the asserted early termination date (May 29, 2009). Based on such quotes, MEF calculated the Settlement Amount to be equal to Euro 5,870,328.52 and paid such amount to LBSF. LBSF disagreed with the method of calculation. According to LBSF's traders, the Settlement Amount should have been greater by an amount of at least Euro 5 million.

Commencing on July 1st, 2010, GOGCP was called to assist in efforts to reach an amicable solution which LBSF had previously initiated. As such efforts did not succeed,

10

GOGCP then advised on the possibility to resort to a special proceeding in front of the Tribunal of Rome, the ATP. An ATP essentially involves the appointment by the Court of an expert ("CTU") whose powers are limited to review the technical aspects of a dispute, attempt to cause the parties to settle and, eventually, file a report to the Court describing the development of the procedure and his/her conclusions on the parties' technical contentions ("CTU Report"). In addition to counsel, the parties in an ATP proceeding typically are assisted by their own experts of the technical matter at stake. As the LBSF/MEF dispute essentially revolved around the calculation of the Settlement Amount, resorting to an ATP was the proper course of action. GOGCP:

- assisted LBSF in selecting an Italian firm (Fermat) specializing in advising the Judiciary on derivatives and other structured finance products;
- participated in numerous teleconferences in which legal staff and trading operators of Lehman and Alvarez & Marsal in the U.S., U.K. and France participated, as well as members of Fermat, aimed at enabling the latter to prepare its initial report about various methodologies to calculate the Settlement Amount;
- reviewed Fermat's initial report, which was required to be filed with the Court to initiate ATP;
- drafted, finalized and filed LBSF's application to the Court to have a CTU appointed, including the specific questions to be addressed by the Court to the CTU with respect to the dispute;
- participated to a hearing of December 15, 2010 for discussion and finalization of the questions addressed to the CTU;
- reviewed the defensive brief filed by MEF for the hearing of December 15, 2010, questioning LBSF's application and producing documents originating from the market makers indicating dates and time of the quotes obtained by MEF;

- assisted and coordinated the Fermat advisors in connection with their participation at various meetings held at the CTU's private offices for discussion of a variety of matters to be addressed in the CTU Report;

- directly participated in one of the said meetings, held on October 17, 2011;

- assisted Fermat in the preparation of a number of interim explanatory notes, requested by the CTU while the activities for preparation of the final version of the CTU Report progressed;

- discussed, drafted and finalized a supplemental application to the Court seeking enlargement of the questions addressed to the CTU aimed at obtaining an order directing MEF to disclose the amount received from a new financial institution that replaced LBSF as a result of a replacement transaction MEF admitted to have entered into;

- took part in a hearing on November 14, 2011 where such supplemental application was discussed;

- reviewed a draft final CTU Report circulated by the CTU in advance of the deadline set by the judge for filing of such report (March 13, 2012);

- assisted Fermat in developing and preparing its technical remarks and objections to the said draft report to be submitted to the CTU;

- researched, drafted and finalized legal remarks and objections to the said draft report to be submitted to the CTU;

- throughout the Compensation Period, took part in numerous teleconferences in which both Fermat's experts and Lehman's contact persons overviewing the case (Ms. Moriconi, Mr. Onillon, Ms. Lee, Ms. Chormanski, Mr. Joshi, Ms. Pisante, Mr. Petrusewicz, Mr. Johnson) participated;

- exchanged numerous emails and correspondence with Fermat and Lehman's contact persons;

- coordinated English translations of the technical documents prepared by an outside professional organization (the CTU's working language was Italian).

**(b) LBDP vs. MEF**

This case originated from LBDP's early termination (with effect as of September 23, 2008) of two swap transactions with MEF. Following such early termination, LBDP calculated the settlement amount as of September 29, 2008 in USD 37,639,059.21 and asked payment thereof from MEF. MEF objected on the ground that the notice of early termination was received by it one business day later than the term prescribed in a certain provision set out in the Schedule to the ISDA Master governing the trades between the parties. Later (October 2008), MEF sent its own early termination notice. MEF calculated the settlement amount as of 11/01/08 in USD 15,725,231.31, and paid such amount to LBDP. The dispute thus revolves around which of the two different early termination dates contended for by the parties is correct. With the assistance and representation of GOGCP, on September 24, 2009 LBDP filed a complaint with the Tribunal of Rome, seeking an award for the settlement amount as at September 29, 2008, less the amount previously received from MEF. In the period covered by the invoice included in this Application (November 1, 2011 to March 5, 2012), GOGCP rendered the following services in connection with the case:

- reviewed briefs with previous parties arguments, prepared for and attended a hearing before the Tribunal of Rome on November 17, 2011 for the so-called conclusive oral statements of the parties;
- in the period between November 18, 2011 and January 16, 2012 (deadline for the parties' filing of the so-called conclusive briefs) worked on reviewing all the documentary evidences previously filed by the parties, drafting and finalizing LBDP's conclusive brief, including previous preparation of an English translation thereof for perusal by and discussion with Lehman's contact persons overviewing the case (Ms. Moriconi, Ms. Joshi, Ms. Lee and Ms. Chormanski).
- in the period between January 17, 2012 and February 6, 2012 (deadline for each party's filing its so-called reply brief to the other party's conclusive brief), worked

13

on researching procedural issues connected with the fact that MEF failed to file its conclusive brief by the January 16, 2012 deadline, developed strategic arguments to be included in LBDP's reply brief with respect thereto, drafted and finalized LBDP's reply brief including previous preparation of an English translation for perusal by and discussion with Lehman's contact persons;

- prepared English translation of a brief filed by MEF within the February 6, 2012 deadline;

- exchanged numerous emails and conducted several teleconferences with Lehman's contact persons with respect to all of the above.

## c) Italian securities regulation issue relating to Debtors' Joint Chapter 11 Plan (the "Plan")

GOGCP was asked to provide advice with respect to the treatment of the Plan under Italian securities regulation.

By way of historical background, it should be noted that, when Italian holders of securities involved in a chapter 11 plan were more than 100 in number, the implementation of any such chapter 11 plan required the registration with CONSOB (the Italian securities regulator); see, e.g., the General Motors plan in 2011.

Based on a newly enacted piece of legislation, GOGCP was able to negotiate with CONSOB an exemption for the Plan. It was the first time such new piece of legislation was applied in Italy in connection with a solicitation launched by a non-Italian resident company.

The approach to CONSOB was shared with Allen & Overy, counsel to the Italian Banking Association. GOGCP's work involved primarily teleconferences and one meeting at CONSOB's offices;

## d) Project Fortezza

On or about 16 May 2006, Lehman Commercial Paper Inc, UK Branch, ("LCPI") granted

to Fortezza S. à r. l. ("Fortezza") a EUR 200,000,000 facility pursuant to the terms and conditions of a note purchase facility agreement (the "NPA"), originally entered into between, *inter alia*, LCPI, Fortezza and Lehman Brothers International Europe as agent.

The obligations of Fortezza were secured by certain security documents, some of which were governed by Italian law (the "Italian Security Documents").

The NPA was subsequently amended by the relevant parties from time to time.

On 23 November 2010, the facility under the NPA was fully and unconditionally repaid by Fortezza in favour of LCPI. As a consequence, the pledges granted by Fortezza under the Italian Security Documents were released by LCPI.

In this context, GOGCP's activities involved:

- the review and negotiation of the prepayment notice (prepared by Orrick, legal counsel to Fortezza) in relation to the prepayment;
- the review and negotiation of the release letter (prepared by Orrick) in connection with the Italian Security Documents;
- the review and negotiation of the comfort documents to be provided by Fortezza to LCPI in connection with the release of the Italian Security Documents;
- throughout the reference period, taking part in numerous teleconferences and exchange of correspondence with Orrick Italy (legal counsel to Fortezza), Weil Gotshal (legal counsel to LCPI as to matters of English law), Kleyr Grasso Associes (legal counsel to LCPI as to matters of Luxembourg law) and LCPI in relation to the above.

### Statements of GOGCP Pursuant to Bankruptcy Rule 2016(a)

23.    Except as otherwise indicated in paragraph 11 above, GOGCP has not submitted any statements during the Compensation Period. GOGCP submits hereby all relevant statements.

24.    No agreement or understanding exists between the Firm and any other

person for the sharing of compensation, except as allowed by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016 with respect to the sharing of compensation between and among partners of GOGCP. No action prohibited by Section 504 of the Bankruptcy Code has been, or will be, made by GOGCP. See the Affidavit of Cesare Vento dated February 2, 2012, annexed hereto as Exhibit E.

25.    All of the services for which compensation is sought in this Application were rendered at the request of, and solely on behalf of, the Debtors, and not at the request of, or on behalf of, any other person or entity.

**Notice**

26.    Notice of this First and Final Application and its exhibits will be given to (a) the Debtors; (b) counsel to the Debtors; (e) the U.S. Trustee; (d) counsel to the Creditors' Committee; and (e) the Fee Committee. GOGCP respectfully submits that no other or further notice is required.

WHEREFORE, GOGCP respectfully request that the Court enter an order: (a) allowing compensation of $229,364.62 (Euro   182,180.00) to GOGCP for professional services rendered as special counsel for the Debtors during the Compensation Period, plus reimbursement of actual and necessary expenses incurred in the sum of $12,761.00 (Euro 10,135.82), in connection with GOGCP's services during the Compensation Period; (b) authorizing and directing the Debtors to pay to GOGCP any and all unpaid amounts for the Compensation Period in the total amount of $242,125.62 (Euro 192,315.82); and (c) granting to GOGCP such other and further relief as the Court may deem proper.

Signature page to **FIRST AND FINAL APPLICATION OF GIANNI, ORIGONI, GRIPPO, CAPPELLI & PARTNERS, AS 327(e) SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 10, 2010 TO MARCH 5, 2012**

Dated: July 23, 2012

Gianni, Origoni, Grippo, Cappelli & Partners
Via delle Quattro Fontane, 20
00184 Rome
Tel: +39-06478751
Fax: +39-064871101

/s/ Cesare Vento

Cesare Vento

**Exhibit A**

**RETENTION ORDER**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                             :        **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*      :        **08-13555 (JMP)**
                                                                  :
                                          Debtors.          :        **(Jointly Administered)**
                                                                  :
------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' APPLICATION PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION TO MODIFY THE PROCEDURES FOR COMPENSATING AND REIMBURSING GIANNI, ORIGONI, GRIPPO, CAPPELLI & PARTNERS, AS SPECIAL COUNSEL TO THE DEBTORS, EFFECTIVE JULY 1, 2010

Upon consideration of the application, dated February 3, 2012 (the "Application"),[1] of

Lehman Brothers Holdings Inc. and together with its affiliated debtors in the above-captioned

chapter 11 cases, as debtors-in-possession (together, the "Debtors"), pursuant to section 327(e)

of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014(a) of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for authorization to modify the

procedures for compensating and reimbursing Gianni, Origoni, Grippo, Cappelli & Partners

("Gianni Origoni") as special counsel to the Debtors, effective July 1, 2010; and upon the

affidavit of Cesare Vento, sworn to on February 2, 2012 (the "Vento Affidavit"), filed in support

of the Application and attached thereto as Exhibit A; and the Court being satisfied, based on the

representations made in the Application and the Vento Affidavit, that Gianni Origoni represents

no interest adverse to the Debtors or the Debtors' estates with respect to the matters upon which

it is to be engaged, under section 327(e) of the Bankruptcy Code as modified by section 1107(b);

and the Court having jurisdiction to consider the Application and the relief requested therein in

---

[1] Capitalized terms that are used but not defined in this order have the meanings ascribed to them in the Application.

accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided in accordance with the procedures set forth in the second amended order entered June 17, 2010, governing case management and administrative procedures, [ECF No. 9635], to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) Gianni Origoni and (vii) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Application is in the best interests of the Debtors, their estates and their creditors, and all parties in interest and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is approved as set forth herein; and it is further

ORDERED that pursuant to section 327(e) of the Bankruptcy Code, the Debtors are hereby authorized to employ and retain Gianni Origoni as special counsel, effective July 1, 2010, on the terms set forth in the Application and this order, for the Representative Matters identified in the Application and in accordance with Gianni Origoni's customary rates in effect from time to time and its disbursement policies; and it is further

ORDERED that Gianni Origoni shall, solely with respect to fees and expenses to be paid to Gianni Origoni for services rendered as of July 1, 2010, apply for compensation and reimbursement of expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and orders of the Court, guidelines established by the U.S. Trustee, and such other procedures that have been or may be fixed by order of this Court, including but not limited to the Court's Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals, [ECF No. 15997], the Court's Order Amending the Fee Protocol, [ECF No. 15998], and General Order M-389; and it is further

ORDERED that to the extent this Order is inconsistent with the Application, this Order shall govern; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: New York, New York
February 24, 2012

___s/ James M. Peck_____
UNITED STATES BANKRUPTCY JUDGE

Exhibit B

INVOICE

Gianni, Origoni, Grippo, Cappelli & Partners
Via delle Quattro Fontane 20, 00184 Roma
T +39 06 478751 F +39 06 4871101

Rome, June 29, 2012

Lehman Brothers Holdings Inc.
Accounts Payable
45th Floor
1271 Avenue of the Americas
New York, NY 10020
U.S.A.

Dear Sirs,

Please find attached hereto our notice of invoice for legal advice and assistance
rendered by our firm from July 1, 2010 through March 5, 2012 on the LBSF vs. MEF
proceeding for ATP, as per the enclosed description and daily breakdown.

We would be grateful if payment of the indicated total amount were made by wire
transfer in accordance with the bank instructions indicated hereinbelow:

Credito Emiliano
Rome Branch - Via del Tritone, 97/98, 00187 Rome
Account n. 4444
ABI code 03032 - CAB code 03201 - Cin Code D
IBAN code IT89D 03032 03201 01 000000 4444
SWIFT Code BAC RIT 21318

Yours faithfully,

Cesare Vento

Gianni, Origoni, Grippo, Cappelli & Partners
Via delle Quattro Fontane 20, 00184 Roma
T +39 06 478751 F +39 06 4871101

Rome, June 29, 2012

Lehman Brothers Holdings Inc.
Accounts Payable
45th Floor
1271 Avenue of the Americas
New York, NY 10020

NOTICE OF INVOICE
Our Reference n. A10877

Fees and disbursements for legal advice and assistance rendered by our firm from July
1, 2010 through March 5, 2012 on the LBSF vs. MEF proceeding for ATP, as per the
enclosed description and daily breakdown.

| | | | |
|---|---|---|---|
| Fees | (€ 99,878.00 @ 1€ = $ 1.259) | US $ | 125,746.40 |
| Disbursements | (€ 9,453.63 @ 1€ = $ 1.259) | US $ | 11,902.12 |
| TOTAL AMOUNT TO BE PAID | | US $ | 137,648.52 |

Not subject to V.A.T. as compensation for services rendered to a non-EU resident according to
Article 7 and following D.P.R. 26.10.1972 No. 633.

Please note that this document is not a formal invoice. The formal invoice will be issued upon
receipt of the total amount indicated above.

Please note that our bank details are: "Studio Legale Gianni, Origoni, Grippo, Cappelli & Partners"
Checking account number 4444 c/o Credito Emiliano - Ag. A - Via del Tritone, 97/98, 00187 Rome
ABI code 03032 - CAB code 03201 - CIN Code D, S.W.I.F.T. BAC RIT 21318
IBAN code IT89D 03032 03201 01 000000 4444

V.A.T. Code Number 01535691008 - Tax Code Number 06351520587

Milano 20121, Piazza Belgioioso 2 - Bologna 40123, Via Massimo D'Azeglio 25 - Padova 35121, Piazza Eremitani 18
Torino 10128, Corso Vittorio Emanuele II 83 - Abu Dhabi, Sheikha Fatima Building, P.O. Box 42790 - Bruxelles B-1050, 184 Avenue Molière
London EC2R 7AS, 6-8 Tokenhouse Yard - New York N.Y. 10019, 75 Rockefeller Plaza, 18th Floor

ATTACHMENT TO GOGCP NOTICE OF INVOICE N.A10877

EXPENSES SUMMARY FOR THE PERIOD FROM JULY 1, 2010
THROUGH MARCH  5, 2012

| | |
|---|---:|
| Telephone | 765.60 |
| Teleconference charges | 1,863.00 |
| Fax | |
| Photocopies | 117.17 |
| Postage | |
| Court stamp dutes | 416.36 |
| Courier | |
| Outside translator fees | 5,681.00 |
| Court filing fees | 610.50 |
| **Total Expenses Requested** | **9,453.63** |

**Attachment to GOGCP notice of invoice n. A10877**

**Description of the activities rendered by GOGCP in relation to LBSF vs. the Republic of Italy, Ministry of Economy and Finance ("MEF") throughout March 5, 2012.**

This case originated from MEF's termination of a swap transaction with LBSF. MEF notified LBSF that it obtained quotes from market makers on the asserted early termination date (May 29, 2009). Based on such quotes, MEF calculated the Settlement Amount to be equal to Euro 5.870.328,52 and paid such amount to LBSF. LBSF disagreed with the method of calculation. According to LBSF's traders, the Settlement Amount should have been greater by an amount of at least Euro 5 million.

Commencing on July 1st, 2010, GOGCP was called to assist in efforts to reach an amicable solution which LBSF had previously initiated. As such efforts did not succeed, GOGCP then advised on the possibility to resort to a special proceeding in front of the Tribunal of Rome, the ATP. An ATP essentially involves the appointment by the Court of an expert ("CTU") whose powers are limited to review the technical aspects of a dispute, attempt to cause the parties to settle and, eventually, file a report to the Court describing the development of the procedure and his/her conclusions on the parties' technical contentions ("CTU Report"). In addition to counsel, the parties in an ATP proceeding typically are assisted by their own experts of the technical matter at stake. As the LBSF/MEF dispute essentially revolved around the calculation of the Settlement Amount, resorting to an ATP was the proper course of action. GOGCP:

- assisted LBSF in selecting an Italian firm (Fermat) specializing in advising the Judiciary on derivatives and other structured finance products;
- participated in numerous teleconferences in which legal staff and trading operators of Lehman and Alvarez & Marsal in the U.S., U.K. and France participated, as well as members of Fermat, aimed at enabling the latter to prepare its initial report about various methodologies to calculate the Settlement Amount;
- reviewed Fermat's initial report, which was required to be filed with the Court to initiate ATP;
- drafted, finalized and filed LBSF's application to the Court to have a CTU appointed, including the specific questions to be addressed by the Court to the CTU with respect to the dispute;

- participated to a hearing of December 15, 2010 for discussion and finalization of the questions addressed to the CTU;

- reviewed the defensive brief filed by MEF for the hearing of December 15, 2010, questioning LBSF's application and producing documents originating from the market makers indicating dates and time of the quotes obtained by MEF;

- assisted and coordinated the Fermat advisors in connection with their participation at various meetings held at the CTU's private offices for discussion of a variety of matters to be addressed in the CTU Report;

- directly participated in one of the said meetings, held on October 17, 2011;

- assisted Fermat in the preparation of a number of interim explanatory notes, requested by the CTU while the activities for preparation of the final version of CTU Report progressed;

- discussed, drafted and finalized a supplemental application to the Court seeking enlargement of the questions addressed to the CTU aimed at obtaining an order directing MEF to disclose the amount received from a new financial institution that replaced LBSF as a result of a replacement transaction MEF admitted to have entered into;

- took part in a hearing on November 14, 2011 where such supplemental application was discussed;

- reviewed a draft final CTU Report circulated by the CTU in advance of the deadline set by the judge for filing of such report (March 13, 2012);

- assisted Fermat in developing and preparing its technical remarks and objections to the said draft report to be submitted to the CTU;

- researched, drafted and finalized legal remarks and objections to the said draft report to be submitted to the CTU;

- throughout the Compensation Period, took part in numerous teleconferences in which both Fermat's experts and Lehman's contact persons overviewing the case (Ms. Moriconi, Mr. Onillon, Ms. Lee, Ms. Chormanski, Mr. Joshi, Ms. Pisante, Mr. Petrusewicz, Mr. Johnson) participated;

- exchanged numerous emails and correspondence with Fermat and Lehman's contact persons;

- coordinated English translations of the technical documents prepared by an outside professional organization (the CTU's working language was Italian) with respect to all of the above.



Analitico Ore lavorate

**12989 LEHMAN BROTHERS HOLDINGS INC.**
**34057 LEHMAN BROTHERS HOLDINGS INC. - LBSF R.I.**
da 01/07/2010 a 05/03/2012

| Avvocato | Data | Practice area | descrizione | tariffa oraria | Valore Ore | Ore |
|---|---|---|---|---|---|---|
| BULGARINI | 07/10/2010 | LI | LITIGATION | TRANSLATION CORRESPONDENCE | 100,00 | 500,00 | 5, |
| BULGARINI | 28/10/2010 | LI | LITIGATION | TRANSLATION CORRESPONDENCE | 100,00 | 200,00 | 2, |
| **BULGARINI** | | | | | **100,00** | **700,00** | **7,** |
| DI PAOLO ANTONIO | 02/08/2010 | LI | LITIGATION | LETTER TO REPUBLIC RELATING TO DOUBLE COUNTING ERROR OF AMOUNTS ACCRUED IN VALUATION STATEMENT | 150,00 | 300,00 | 2, |
| DI PAOLO ANTONIO | 03/08/2010 | LI | LITIGATION | LBSF: LETTER TO REPUBLIC OF ITALY (DOUBLE COUNTING ERROR ACCRUED INTEREST) | 150,00 | 300,00 | 2, |
| DI PAOLO ANTONIO | 04/08/2010 | LI | LITIGATION | LBSF LETTER TO REPUBLIC ON DOUBLE COUNTING ERROR IN VALUATION STATEMENT | 150,00 | 375,00 | 2, |
| DI PAOLO ANTONIO | 05/08/2010 | LI | LITIGATION | LBSF: LETTER TO REPUBLIC, COMPLAINT (ATP) | 150,00 | 675,00 | 4, |
| DI PAOLO ANTONIO | 06/08/2010 | LI | LITIGATION | TRANSLATION LETTER TO REPUBLIC | 150,00 | 150,00 | 1, |
| DI PAOLO ANTONIO | 09/08/2010 | LI | LITIGATION | LBSF: COMPLAINT (ATP), CALL MATTEO CARRADORI, EMAILS | 150,00 | 600,00 | 4, |
| DI PAOLO ANTONIO | 11/08/2010 | LI | LITIGATION | LBSF: COMPLAINT (ATP) | 150,00 | 300,00 | 2, |
| DI PAOLO ANTONIO | 08/09/2010 | LI | LITIGATION | DRAFT COMPLAINT EX SECTION 696 BIS ITALIAN CODE OF CIVIL PROCEDURE | 150,00 | 300,00 | 2, |
| DI PAOLO ANTONIO | 15/09/2010 | LI | LITIGATION | DRAFT COMPLAINT EX SECTION 696 BIS ITALIAN CODE OF CIVIL PROCEDURE | 150,00 | 375,00 | 2, |
| DI PAOLO ANTONIO | 27/09/2010 | LI | LITIGATION | DRAFT COMPLAINT EX SECTION 696 BIS ITALIAN CODE OF CIVIL PROCEDURE AND TRANSLATION ANNEXES | 150,00 | 675,00 | 4, |
| DI PAOLO ANTONIO | 28/09/2010 | LI | LITIGATION | DRAFT COMPLAINT EX SECTION 696 BIS ITALIAN CODE OF CIVIL PROCEDURE | 150,00 | 450,00 | 3, |
| DI PAOLO ANTONIO | 30/09/2010 | LI | LITIGATION | DRAFT COMPLAINT AND TRANSLATION ANNEXES | 150,00 | 600,00 | 4, |
| DI PAOLO ANTONIO | 01/10/2010 | LI | LITIGATION | DRAFT COMPLAINT | 150,00 | 555,00 | 3, |
| DI PAOLO ANTONIO | 05/10/2010 | LI | LITIGATION | POWER OF ATTORNEY - AMENDMENTS TO COMPLAINT | 150,00 | 525,00 | 3, |
| DI PAOLO ANTONIO | 06/10/2010 | LI | LITIGATION | TRANSLATION ANNEXES | 150,00 | 375,00 | 2, |
| DI PAOLO ANTONIO | 07/10/2010 | LI | LITIGATION | TRANSLATION ANNEXES | 150,00 | 150,00 | 1, |

GIANNI · ORIGONI
GRIPPO · CAPPELLI
& PARTNERS

GIANNI ORIGONI GRIPPO CAPPELLI PARTNERS

**Analitico Ore lavorate**

**12989 LEHMAN BROTHERS HOLDINGS INC.**
**34057 LEHMAN BROTHERS HOLDINGS INC. - LBSF R.I.**
da 01/07/2010 a 05/03/2012

| Avvocato | Data | Practice area | descrizione | tariffa oraria | Valore Ore | Ore |
|---|---|---|---|---|---|---|
| DI PAOLO ANTONIO | 12/10/2010 LI | LITIGATION | AMENDMENT COMPLAINT | 150,00 | 300,00 | 2, |
| DI PAOLO ANTONIO | 18/10/2010 LI | LITIGATION | INTERNAL MEETING FOR REVIEWIEW COMPLAINT ATP | 150,00 | 180,00 | 1, |
| DI PAOLO ANTONIO | 19/10/2010 LI | LITIGATION | TRANSLATION SCHEDULE ISDA MASTER | 150,00 | 375,00 | 2, |
| DI PAOLO ANTONIO | 25/10/2010 LI | LITIGATION | REVIEW TRANSLATION ISDA MASTER | 150,00 | 225,00 | 1,50 |
| DI PAOLO ANTONIO | 03/11/2010 LI | LITIGATION | AMEND COMPLAINT - REVIEW TRANSLATION - ANNEXES | 150,00 | 300,00 | 2, |
| DI PAOLO ANTONIO | 04/11/2010 LI | LITIGATION | SWORN TRANSLATION, INTERNAL MEETING, AMEND COMPLAINT CALL CARRADORI | 150,00 | 600,00 | 4, |
| DI PAOLO ANTONIO | 17/12/2010 LI | LITIGATION | REVIEW BRIEF AND DOCUMENTATION FILED BY REPUBLIC, EMAIL MARIE PISANTE ON ARGUMENTS MADE BY REPUBLIC | 150,00 | 450,00 |  |
| DI PAOLO ANTONIO | 05/01/2011 LI | LITIGATION | EMAIL MARIE PISANTE | 200,00 | 40,00 | 0, |
| DI PAOLO ANTONIO | 07/01/2011 LI | LITIGATION | EMAIL MARIE PISANTE | 200,00 | 60,00 | 0, |
| DI PAOLO ANTONIO | 11/01/2011 LI | LITIGATION | CONFERENCE CALL VALUATION TEAM, FERMAT | 200,00 | 200,00 | 1, |
| DI PAOLO ANTONIO | 18/01/2011 LI | LITIGATION | CALL FERMAT, CALL LAMLLOC | 200,00 | 300,00 | 1, |
| DI PAOLO ANTONIO | 26/01/2011 LI | LITIGATION | READ EMAILS MINUTES 1ST MEETING WITH COURT APPOINTED EXPERT | 200,00 | 40,00 | 0, |
| DI PAOLO ANTONIO | 01/02/2011 LI | LITIGATION | CONFERENCE CALL LBSF, FERMAT | 200,00 | 200,00 | 1, |
| DI PAOLO ANTONIO | 05/04/2011 LI | LITIGATION | CALL ALESSANDRA MORICONI, EMAIL FERMAT | 200,00 | 120,00 | 0, |
| DI PAOLO ANTONIO | 06/04/2011 LI | LITIGATION | EMAIL ALESSANDRA MORICONI | 200,00 | 20,00 | 0, |
| DI PAOLO ANTONIO | 07/04/2011 LI | LITIGATION | EMAIL ALESSANDRA MORICONI | 200,00 | 20,00 | 0, |
| DI PAOLO ANTONIO | 05/05/2011 LI | LITIGATION | EMAIL FERMAT | 200,00 | 20,00 | 0, |
| DI PAOLO ANTONIO | 13/06/2011 LI | LITIGATION | EMAIL MATTEO CARRADORI, CALL ALESSANDRA MORICONI | 200,00 | 40,00 | 0, |
| DI PAOLO ANTONIO | 04/07/2011 LI | LITIGATION | EMAIL ON NEXT STEPS OF THE PROCEEDING, INTERNAL MEETING | 200,00 | 300,00 | 1 |
| DI PAOLO ANTONIO | 18/07/2011 LI | LITIGATION | CALL MATTEO CARRADORI, C. VENTO, EMAIL | 200,00 | 320,00 | 1 |



GIANNI ORIGONI GRIPPO CAPPELLI PARTNERS

**Analitico Ore lavorate**

**12989 LEHMAN BROTHERS HOLDINGS INC.**
**34057 LEHMAN BROTHERS HOLDINGS INC. - LBSF R.I.**
da 01/07/2010 a 05/03/2012

| Avvocato | Data | Practice area | descrizione | tariffa oraria | Valore Ore | Ore |
|---|---|---|---|---|---|---|
| DI PAOLO ANTONIO | 20/07/2011 LI | LITIGATION | READ MINUTES COURT APPOINTED EXPERT, DRAFT MEMORANDUM ON LEGAL ISSUES ABOUT CALCULATION OF SETTLEMENT AMOUNT | 200,00 | 400,00 | 2 |
| DI PAOLO ANTONIO | 21/07/2011 LI | LITIGATION | RIDER 2ND BRIEF FERMAT (LEGAL ISSUES ON ISDA MASTER AND CALCULATION OF SETTLEMENT AMOUNT) | 200,00 | 400,00 | 2 |
| DI PAOLO ANTONIO | 27/07/2011 LI | LITIGATION | EMAIL MATTEO CARRADORI (CALCULATION SETTLEMENT AMOUNT) | 200,00 | 300,00 | 1 |
| DI PAOLO ANTONIO | 22/08/2011 LI | LITIGATION | REVIEW 3RD BRIEF FERMAT | 200,00 | 500,00 | 2 |
| DI PAOLO ANTONIO | 29/08/2011 LI | LITIGATION | CALL III ON 3RD BRIEF FERMAT | 200,00 | 440,00 | 2 |
| DI PAOLO ANTONIO | 09/09/2011 LI | LITIGATION | REVIEW BRIEF FILED BY MEF. EMAIL ALESSANDRA MORICONI STATUS ATP | 200,00 | 400,00 | 2 |
| DI PAOLO ANTONIO | 15/09/2011 LI | LITIGATION | CALL ALESSANDRA MORICONI; CALL C. VENTO, M. CARRADORI, EMAIL ALESSANDRA MORICONI | 200,00 | 200,00 | 1 |
| DI PAOLO ANTONIO | 22/09/2011 LI | LITIGATION | CALL ALESSANDRA MORICONI, EMAIL FERMAT | 200,00 | 200,00 | 1 |
| DI PAOLO ANTONIO | 28/09/2011 LI | LITIGATION | CONFERENCE CALL ON MARKET QUOTATION AND NEXT STEPS | 200,00 | 460,00 | 2 |
| DI PAOLO ANTONIO | 29/09/2011 LI | LITIGATION | REVIEW BRIEFS IN ORDER TO ASSESS POSSIBILITY TO RAISE AN ARGUMENT BASED ON NON REASONABLENESS OF THE QUOTATIONS OBTAINED | 200,00 | 200,00 | 1 |
| DI PAOLO ANTONIO | 30/09/2011 LI | LITIGATION | EMAIL SUMMARY MEETINGS WITH COURT APPOINTED EXPER T AND POSSIBILITY TO RAISE AN ARGUMENT BASED ON NON REASONABLENESS OF THE QUOTATIONS OBTAINED | 200,00 | 600,00 | 3 |
| DI PAOLO ANTONIO | 02/12/2011 LI | LITIGATION | READ EMAIL CTU MARCELLI, INTERNAL MEETING, EMAIL CARRADORI, CALL C. VENTO | 200,00 | 600,00 | 3 |
| DI PAOLO ANTONIO | 05/12/2011 LI | LITIGATION | READ ORDER OF THE COURT | 200,00 | 200,00 | 1 |
| DI PAOLO ANTONIO | 29/12/2011 LI | LITIGATION | VERIFY TERMS TO FILE COURT APPOINTED EXPERT REPORT | 200,00 | 140,00 | 1 |
| DI PAOLO ANTONIO | 03/02/2012 LI | LITIGATION | CALL FERMAT, EMAIL JOSHI TEJAL | 250,00 | 625,00 | 2 |
| DI PAOLO ANTONIO | 10/02/2012 LI | LITIGATION | EMAIL TEJAL - SEVERAL FOLLOW UP | 250,00 | 450,00 | 1 |
| DI PAOLO ANTONIO | 13/02/2012 LI | LITIGATION | TRANSLATION BRIEF FILED BY REPUBLIC | 250,00 | 750,00 | 3 |

GIANNI ORIGONI GRIPPO CAPPELLI & PARTNERS

**Analitico Ore lavorate**

**12989 LEHMAN BROTHERS HOLDINGS INC.**
**34057 LEHMAN BROTHERS HOLDINGS INC. - LBSF R.I.**
da 01/07/2010 a 05/03/2012

| Avvocato | Data | Practice area | | descrizione | tariffa oraria | Valore Ore | Ore |
|---|---|---|---|---|---|---|---|
| DI PAOLO ANTONIO | 16/02/2012 | LI | LITIGATION | REVIEW LEGAL CONSIDERATION DRAFT REPORT, EMAIL JOSHI TEJAL | 250,00 | 750,00 | 3, |
| DI PAOLO ANTONIO | 17/02/2012 | LI | LITIGATION | EMAIL TRANSLATION, CALL CARRADORI, VERIFY TERMS CONSIDERATIONS ON DRAFT REPORT, CALL ONILLON, EMAIL ALANNA LEE | 250,00 | 575,00 | 2,3 |
| DI PAOLO ANTONIO | 21/02/2012 | LI | LITIGATION | AMENDMENT TO LEGAL CONSIDERATIONS ON CTU REPORT | 250,00 | 700,00 | 2, |
| DI PAOLO ANTONIO | 22/02/2012 | LI | LITIGATION | EMAIL MATTEO CARRADORI, AMENDMENT TO LEGAL CONSIDERATIONS  CTU REPORT | 250,00 | 475,00 | 1, |
| DI PAOLO ANTONIO | 28/02/2012 | LI | LITIGATION | AMENDMENT TO LEGAL CONSIDERATIONS  CTU REPORT | 250,00 | 700,00 | 2, |
| DI PAOLO ANTONIO | 02/03/2012 | LI | LITIGATION | AMENDMENT TO LEGAL CONSIDERATIONS  CTU REPORT, CALL FERMAT | 250,00 | 1.000,00 | 4, |
| DI PAOLO ANTONIO | 02/03/2012 | LI | LITIGATION | CALL FERMAT (SEVERAL) | 250,00 | 350,00 | 1, |
| DI PAOLO ANTONIO | 05/03/2012 | LI | LITIGATION | EMAIL ALANNA LEE | 250,00 | 50,00 | 0, |
| **DI PAOLO ANTONIO** | | | | | 190,16 | 22.280,00 | 120, |
| VENTO | 01/07/2010 | LI | LITIGATION | EMAIL AND CALL CARRADORI | 440,00 | 308,00 | 0, |
| VENTO | 02/07/2010 | LI | LITIGATION | REVIEW FIRST-DRAFT FERMAT REPORT | 440,00 | 968,00 | 2, |
| VENTO | 06/07/2010 | LI | LITIGATION | LBSF-CALL MORICONI-REVIEW FERMAT BRIEF-MAIL TO DI PAOLO | 440,00 | 264,00 | 0, |
| VENTO | 07/07/2010 | LI | LITIGATION | REVIEW FERMAT-REPORT TELECONF.-MORIC.-FERMAT | 440,00 | 1.056,00 | 2, |
| VENTO | 08/07/2010 | LI | LITIGATION | CALL LUDOVICA | 440,00 | 176,00 | 0, |
| VENTO | 09/07/2010 | LI | LITIGATION | REVIEW NEW QUESTIONS FOR FERMAT LUDO-VARIOUS CALLS CARRADORI | 440,00 | 1.584,00 | 3, |
| VENTO | 12/07/2010 | LI | LITIGATION | CHANGES NEW QUESTIONS TO FERMAT-CALL LUDOVICA | 440,00 | 1.056,00 | 2, |
| VENTO | 16/07/2010 | LI | LITIGATION | MAIL TO CARRADORI-REVIEW-CALLS | 440,00 | 528,00 | 1, |
| VENTO | 19/07/2010 | LI | LITIGATION | MAIL FROM CARRADORI-CALL CLARIFICATIONS | 440,00 | 748,00 | 1, |
| VENTO | 20/07/2010 | LI | LITIGATION | REVIEW NEW DRAFT  FERMAT | 440,00 | 616,00 | 1, |
| VENTO | 22/07/2010 | LI | LITIGATION | MAIL TO MORICONI-SUMMARY OF FERMAT-REPORT AT LUDOVICA-CALLS CARRADORI | 440,00 | 660,00 | 1, |
| VENTO | 23/07/2010 | LI | LITIGATION | MAIL FROM CARRADORI RE:TRANSLATION | 440,00 | 88,00 | 0, |
| VENTO | 26/07/2010 | LI | LITIGATION | MAIL FROM JOHNSON-CORRECTIONS-MAIL FROM GAMBA | 440,00 | 132,00 | 0,5 |
| VENTO | 03/08/2010 | LI | LITIGATION | REVIEW FERMAT-REPORT-INSTRUCTIONS TO LUDOVICA | 440,00 | 704,00 | 1,60 |



**Analitico Ore lavorate**

**12989 LEHMAN BROTHERS HOLDINGS INC.**
**34057 LEHMAN BROTHERS HOLDINGS INC. - LBSF R.I.**
da 01/07/2010 a 05/03/2012

| Avvocato | Data | Practice area | descrizione | tariffa oraria | Valore Ore | Ore |
|---|---|---|---|---|---|---|
| VENTO | 05/08/2010 LI | LITIGATION | REVIEW LAST LETTER REPUBLIC. CALL LUDOVICA | 440,00 | 1.012,00 | 2, |
| VENTO | 06/08/2010 LI | LITIGATION | MAIL TO MORICONI-REVIEW DOUBTS ON AMOUNTS-INSTRUCTION LUDOVICA-CARRADORI | 440,00 | 220,00 | 0, |
| VENTO | 10/08/2010 LI | LITIGATION | OK TO LUDOVICA X LETTER | 440,00 | 44,00 | 0,1 |
| VENTO | 13/09/2010 LI | LITIGATION | MAIL FROM MORICONI-LETTER ITALIAN TREASURY-DENIAL | 440,00 | 176,00 | 0, |
| VENTO | 27/09/2010 LI | LITIGATION | MAIL TO LUDOVICA, MORICONI | 440,00 | 88,00 | 0 |
| VENTO | 30/09/2010 LI | LITIGATION | REVIEW FINAL DRAFT ATP CLAIM | 440,00 | 1.408,00 | 3, |
| VENTO | 01/10/2010 LI | LITIGATION | REVIEW FINAL DRAFT ATP CLAIM | 440,00 | 1.056,00 | 2, |
| VENTO | 04/10/2010 LI | LITIGATION | REVIEW COMMENTS (INTERNAL) | 440,00 | 220,00 | 0, |
| VENTO | 05/10/2010 LI | LITIGATION | ACTIVITES FOR POWER OF ATTORNEY | 440,00 | 132,00 | 0, |
| VENTO | 07/10/2010 LI | LITIGATION | MAIL FROM CLIENT RE POWER OF ATTORNEY | 440,00 | 88,00 | 0, |
| VENTO | 11/10/2010 LI | LITIGATION | ADDITIONAL CONTACTS FOR POWER OF ATTORNEY | 440,00 | 88,00 | 0, |
| VENTO | 12/10/2010 LI | LITIGATION | INTERNAL FOR REVIEW ATP CLAIM-REVIEW | 440,00 | 1.540,00 | 3, |
| VENTO | 13/10/2010 LI | LITIGATION | ADDITIONAL MINOR REVIEW CLAIM | 440,00 | 440,00 | 1 |
| VENTO | 03/11/2010 LI | LITIGATION | WORKED ON PETITION FOR ATP | 440,00 | 704,00 | 1, |
| VENTO | 04/11/2010 LI | LITIGATION | WORKED ON PETITION FOR ATP | 440,00 | 1.452,00 | 3, |
| VENTO | 05/11/2010 LI | LITIGATION | COMMUNICATION FROM CHANCERY | 440,00 | 88,00 | 0, |
| VENTO | 15/11/2010 LI | LITIGATION | MEMO FROM CHANCERY RE SCHEDUL. 12/15 HEARING | 440,00 | 132,00 | 0, |
| VENTO | 18/11/2010 LI | LITIGATION | MAIL TO CLIENT RE DEC. 15 HEARING-MAIL TO , CALLS FERMAT-MAIL FROM PISANTE | 440,00 | 572,00 | 1, |
| VENTO | 19/11/2010 LI | LITIGATION | CALL CARRADORI, BENINI-MAIL TO , MAIL FROM PISANTE | 440,00 | 396,00 | 0, |
| VENTO | 24/11/2010 LI | LITIGATION | MAIL FROM PISANTE X 3-CONTACT FERMAT | 440,00 | 132,00 | 0, |
| VENTO | 06/12/2010 LI | LITIGATION | CALL FERMAT X 2 X HEARING 12/15 | 440,00 | 220,00 | 0, |
| VENTO | 07/12/2010 LI | LITIGATION | CALLS FERMAT X HEARING 12/15 | 440,00 | 176,00 | 0, |
| VENTO | 15/12/2010 LI | LITIGATION | HEARING FOR CTU-FOLLOW UP-MAIL TO PISANTE | 440,00 | 1.540,00 | 3, |
| VENTO | 16/12/2010 LI | LITIGATION | MAIL FROM PISANTE | 440,00 | 44,00 | 0, |
| VENTO | 17/12/2010 LI | LITIGATION | REVIEW MAIL PISANTE-LUDOVICA | 440,00 | 88,00 | 0, |
| VENTO | 20/12/2010 LI | LITIGATION | CALL LUDOVICA | 440,00 | 132,00 | 0, |
| VENTO | 06/01/2011 LI | LITIGATION | SEVERAL CALLS, MAILS PISANTE X UPDATE | 450,00 | 900,00 | 2, |
| VENTO | 07/01/2011 LI | LITIGATION | REVIEW MAILS PISANTE, LUDOVICA | 450,00 | 540,00 | 1, |
| VENTO | 11/01/2011 LI | LITIGATION | CALL MARIE+TRADERS+FERMAT RE COURT EXPERT (CTU)-ARGUMENTS | 450,00 | 900,00 | 2,00 |

GIANNI ORIGONI GRIPPO CAPPELLI & PARTNERS

**Analitico Ore lavorate**

**12989 LEHMAN BROTHERS HOLDINGS INC.**
**34057 LEHMAN BROTHERS HOLDINGS INC. - LBSF R.I.**
da 01/07/2010 a 05/03/2012

| Avvocato | Data | Practice area | descrizione | tariffa oraria | Valore Ore | Ore |
|---|---|---|---|---|---|---|
| VENTO | 12/01/2011 | LITIGATION | CALL PISANTE X 2 | 450,00 | 270,00 | 0,60 |
| VENTO | 17/01/2011 | LITIGATION | MAIL FROM GAMBA-REVIEW-MAILS FOR TELECONF | 450,00 | 270,00 | 0,60 |
| VENTO | 18/01/2011 | LITIGATION | TELECONFERENCE ALL PARTIES RE CTU DEVELOPMENT | 450,00 | 900,00 | 2,00 |
| VENTO | 18/01/2011 | LITIGATION | CALL FERMAT | 450,00 | 900,00 | 2,00 |
| VENTO | 20/01/2011 | LITIGATION | CALLS CTU X MEETING | 450,00 | 180,00 | 0,40 |
| VENTO | 21/01/2011 | LITIGATION | CALLS CORRADORI X MEETING CTU | 450,00 | 450,00 | 1,00 |
| VENTO | 26/01/2011 | LITIGATION | MAIL TO, MAIL FROM CARRADORI UPDATE CTU | 450,00 | 135,00 | 0,30 |
| VENTO | 27/01/2011 | LITIGATION | MAIL TO CARRADORI-PISANTE UPDATE-SEVERAL MAILS X TELECONF | 450,00 | 270,00 | 0,60 |
| VENTO | 31/01/2011 | LITIGATION | MAIL TO PISANTE-CALL CARRADORI | 450,00 | 180,00 | 0,40 |
| VENTO | 01/02/2011 | LITIGATION | TELECONF ALL PARTIES-FOLLOW UP | 450,00 | 630,00 | 1,40 |
| VENTO | 07/02/2011 | LITIGATION | SEVERAL ACTIVIT. X INVOICE CTU | 450,00 | 135,00 | 0,30 |
| VENTO | 17/02/2011 | LITIGATION | VARIOUS FOR COMPENSATION CTU | 450,00 | 270,00 | 0,60 |
| VENTO | 03/03/2011 | LITIGATION | MAIL FROM, MAIL TO MARCELLI (CTU) | 450,00 | 90,00 | 0,20 |
| VENTO | 04/03/2011 | LITIGATION | MAIL TO MRCELLI X INVOICE | 450,00 | 90,00 | 0,20 |
| VENTO | 14/03/2011 | LITIGATION | SOLLECITO PISANTE X CTU | 450,00 | 135,00 | 0,30 |
| VENTO | 05/04/2011 | LITIGATION | MAIL FROM LUDOVICA X UPDATE MORICONI-MAILS VARIE | 450,00 | 135,00 | 0,30 |
| VENTO | 06/04/2011 | LITIGATION | OTHER CONTACTS FOR CTU | 450,00 | 180,00 | 0,40 |
| VENTO | 03/05/2011 | LITIGATION | CALL BENINI X CTU-MORICONI | 450,00 | 225,00 | 0,50 |
| VENTO | 04/05/2011 | LITIGATION | MAIL FROM BENINI-VARIE | 450,00 | 180,00 | 0,40 |
| VENTO | 05/05/2011 | LITIGATION | MAIL FROM MORICONI X 2 | 450,00 | 90,00 | 0,20 |
| VENTO | 10/05/2011 | LITIGATION | ADDITIONAL CONTACTS FERMAT | 450,00 | 90,00 | 0,20 |
| VENTO | 07/06/2011 | LITIGATION | CALL LUDO X UPDATE MORICONI-REVIEW BRIEF FERMAT | 450,00 | 405,00 | 0,90 |
| VENTO | 24/06/2011 | LITIGATION | MAIL FROM FERMAT-DRAFT NOTE TO CTU, CALLS | 450,00 | 900,00 | 2,00 |
| VENTO | 04/07/2011 | LITIGATION | LUDOVICA-MAIL TO ALE MORICONI.-STEPS PROCEDURE | 450,00 | 315,00 | 0,70 |
| VENTO | 12/07/2011 | LITIGATION | MEETING WITH CTU-MEMO FROM CARRADORI | 450,00 | 900,00 | 2,00 |
| VENTO | 14/07/2011 | LITIGATION | MAIL FROM MORICONI-CALL MORICONI-CALL LUDO-MAIL TO EXPERT - STUDY | 450,00 | 675,00 | 1,50 |
| VENTO | 15/07/2011 | LITIGATION | MAIL FROM CORRADORI | 450,00 | 90,00 | 0,20 |
| VENTO | 18/07/2011 | LITIGATION | REVIEW MAIL TO CARRADORI-STUDY | 450,00 | 135,00 | 0,30 |
| VENTO | 21/07/2011 | LITIGATION | STUDY ISSUE REASONABLE RESULTS WITH LUDOVICA | 450,00 | 225,00 | 0,50 |



**Analitico Ore lavorate**

12989 LEHMAN BROTHERS HOLDINGS INC.
34057 LEHMAN BROTHERS HOLDINGS INC. - LBSF R.I.
da 01/07/2010 a 05/03/2012

| Avvocato | Data | Practice area | descrizione | tariffa oraria | Valore Ore | Ore |
|---|---|---|---|---|---|---|
| VENTO | 27/07/2011 | LI | LITIGATION | REVIEW SUMMARY LUDOVICA-REVIEW MAIL FROM CARRADORI | 450,00 | 360,00 | 0, |
| VENTO | 01/08/2011 | LI | LITIGATION | CONTACTS FERMAT | 450,00 | 225,00 | 0, |
| VENTO | 04/08/2011 | LI | LITIGATION | REVIEW OF STATUS FOR POSSIBLE MEETING WITH MARCELLI AFTER HOLIDAY | 450,00 | 1.305,00 | 2,90 |
| VENTO | 29/08/2011 | LI | LITIGATION | CALL CARRADORI AND OTHERS  ON LAST BRIEF | 450,00 | 900,00 | 2, |
| VENTO | 08/09/2011 | LI | LITIGATION | UPDATE MORICONI/LUDOVICA | 450,00 | 270,00 | 0, |
| VENTO | 09/09/2011 | LI | LITIGATION | UPDATE-CGN-REVIEW | 450,00 | 180,00 | 0, |
| VENTO | 15/09/2011 | LI | LITIGATION | MAIL FROM CARRADORI-CALL LUDOVICA RE REPLACEMENT TRANSACTION | 450,00 | 225,00 | 0, |
| VENTO | 22/09/2011 | LI | LITIGATION | CALL LUDOVICA RE INPUT FM ALESSANDRA ON REPLACEMENT WIND FALL | 450,00 | 180,00 | 0,40 |
| VENTO | 23/09/2011 | LI | LITIGATION | CALL LUDOVICA, MAIL TO FERMAT | 450,00 | 450,00 | 1, |
| VENTO | 26/09/2011 | LI | LITIGATION | CALLS FROM FERMAT | 450,00 | 135,00 | 0, |
| VENTO | 28/09/2011 | LI | LITIGATION | CALL FERMAT FOR STRATEGY WINDFALL FROM REPLACEMENT TRANSACTION | 450,00 | 900,00 | 2, |
| VENTO | 29/09/2011 | LI | LITIGATION | CALL LUDOVICA RE INFO PER ALESSANDRA-RESEARCH FOR BRIEF TO CTU | 450,00 | 450,00 | 1, |
| VENTO | 30/09/2011 | LI | LITIGATION | STUDIO, CALL LUDOVICA-MAIL FROM, MAIL TO  FERMAT-RESEARCH | 450,00 | 855,00 | 1, |
| VENTO | 07/10/2011 | LI | LITIGATION | MAIL FROM CARRADURI-MAIL TO  MORICONI | 450,00 | 270,00 | 0, |
| VENTO | 10/10/2011 | LI | LITIGATION | MAIL FROM MORICONI-CALL FERMAT | 450,00 | 405,00 | 0, |
| VENTO | 11/10/2011 | LI | LITIGATION | REVIEW CALIFORNIA PRECEDENT-MAIL FROM, CALL MORICONI-DRAFT STATEMENT MEETING | 450,00 | 1.575,00 | 3, |
| VENTO | 12/10/2011 | LI | LITIGATION | CALL MORICONI-RE CONFIDENTIALITY OF MEDIATION-REDRAFT BRIEF TO CTU | 450,00 | 270,00 | 0, |
| VENTO | 13/10/2011 | LI | LITIGATION | CALL MORICONI-NEW DRAFT BRIEF TO CTU | 450,00 | 1.035,00 | 2, |
| VENTO | 14/10/2011 | LI | LITIGATION | CALL FERMAT FOR CTU MEETING OF 10/17-REVIEW BRIEF TO CTU-OTHER NOTES | 450,00 | 1.485,00 | 3, |
| VENTO | 17/10/2011 | LI | LITIGATION | MEETING CTU | 450,00 | 1.350,00 | 3, |
| VENTO | 18/10/2011 | LI | LITIGATION | MAIL FROM CARRADORI-REVIEW MINUTES-MEETING BENINI | 450,00 | 720,00 | 1, |
| VENTO | 19/10/2011 | LI | LITIGATION | MAIL FROM CARRADORI-TERM FOR CTU'S REPORT | 450,00 | 90,00 | 0,20 |

GIANNI ORIGONI GRIPPO CAPPELLI & PARTNERS



GIANNI ORIGONI
GRIPPO CAPPELLI
& PARTNERS

**Analitico Ore lavorate**

**12989 LEHMAN BROTHERS HOLDINGS INC.**
**34057 LEHMAN BROTHERS HOLDINGS INC. - LBSF R.I.**
da 01/07/2010 a 05/03/2012

| Avvocato | Data | Practice area | descrizione | tariffa oraria | Valore Ore | Ore |
|---|---|---|---|---|---|---|
| VENTO | 20/10/2011 | LI LITIGATION | STUDYING APPLICATION TO JUDGE TO EXTEND CTU | 450,00 | 810,00 | 1 |
| VENTO | 21/10/2011 | LI LITIGATION | STUDYING-CALL FERMAT | 450,00 | 810,00 | 1 |
| VENTO | 25/10/2011 | LI LITIGATION | CALL FERMAT X FOLLOW UP CTU-MAIL FROM MORICONI | 450,00 | 450,00 | 1 |
| VENTO | 26/10/2011 | LI LITIGATION | CALL FERMAT-DRAFT APPLICATION TO JUDGE | 450,00 | 900,00 | 2 |
| VENTO | 27/10/2011 | LI LITIGATION | FINISH APPLICATION JUDGE-CALL FERMAT | 450,00 | 1.350,00 | 3,00 |
| VENTO | 28/10/2011 | LI LITIGATION | OTHER CALLS FERMAT | 450,00 | 315,00 | 0 |
| VENTO | 03/11/2011 | LI LITIGATION | MAIL FROM CHANCERY RE:NOV 14 HEARING-MAILS FERMAT | 450,00 | 360,00 | 0 |
| VENTO | 08/11/2011 | LI LITIGATION | REVIEW NEW APPLICATION TO JUDGE-MAIL TO MORICONI | 450,00 | 1.350,00 | 3 |
| VENTO | 09/11/2011 | LI LITIGATION | REVIEW SUPPLEMENTAL BRIEF CARRADORI, MAIL TO FERMAT | 450,00 | 1.215,00 | 2 |
| VENTO | 14/11/2011 | LI LITIGATION | HEARING COURT-CALL MORICONI | 450,00 | 1.800,00 | |
| VENTO | 15/11/2011 | LI LITIGATION | FOLLOW UP CONTACTS FERMAT RE:ADDITIONAL MEMO TO CTU | 450,00 | 1.035,00 | 2 |
| VENTO | 25/11/2011 | LI LITIGATION | MAIL FROM CARRADORI | 450,00 | 180,00 | 0 |
| VENTO | 28/11/2011 | LI LITIGATION | UPDATE CARRADORI | 450,00 | 405,00 | 0 |
| VENTO | 29/11/2011 | LI LITIGATION | CALLS MORICONI RE:POTENTIAL COUNTERCLAIM-REPUBLIC | 450,00 | 720,00 | 1 |
| VENTO | 02/12/2011 | LI LITIGATION | REVIEW MAIL MARCELLI, CALL CARRADORI | 450,00 | 225,00 | 0 |
| VENTO | 05/12/2011 | LI LITIGATION | MAIL FROM CHANCERY, CALL, MAIL TO MORICONI | 450,00 | 900,00 | 2 |
| VENTO | 12/01/2012 | LI LITIGATION | MAIL FROM CARRADORI-REVIEW REQUESTS FROM MARCELLI | 460,00 | 644,00 | 1 |
| VENTO | 13/01/2012 | LI LITIGATION | MAIL FROM CARRADORI RE TERMS - CALLS FERMAT | 460,00 | 598,00 | 1 |
| VENTO | 02/02/2012 | LI LITIGATION | MAILS X CALL FERMAT | 460,00 | 92,00 | 0 |
| VENTO | 03/02/2012 | LI LITIGATION | TELECONF FERMAT X REMARKS CTU-REVIEW REPORT | 460,00 | 1.380,00 | 3,00 |
| VENTO | 10/02/2012 | LI LITIGATION | MAIL TO TEJAL, ALANNA AND OTHERS RE CTU'S REPORT, REVIEW REPORT | 460,00 | 1.610,00 | 3 |
| VENTO | 14/02/2012 | LI LITIGATION | DRAFT LEGAL REMARKS TO CTU'S REPORT | 460,00 | 1.380,00 | 3 |
| VENTO | 15/02/2012 | LI LITIGATION | WORKED ON LEGAL REMARKS TO CTU | 460,00 | 1.610,00 | 3 |
| VENTO | 16/02/2012 | LI LITIGATION | REVIEW MAIL TO CLIENT RE COST OF FUNDING CERTIFICATE-MAIL FROM ALANNA | 460,00 | 322,00 | 0 |
| VENTO | 16/02/2012 | LI LITIGATION | VARIOUS FOR TRANSLATION CTU REPORT | 460,00 | 322,00 | 0 |
| VENTO | 17/02/2012 | LI LITIGATION | VARIOUS REVIEW FOR REMARKS | 460,00 | 414,00 | 0,90 |

GIANNI ORIGONI GRIPPO CAPPELLI PARTNERS

Analitico Ore lavorate

**12989 LEHMAN BROTHERS HOLDINGS INC.**
**34057 LEHMAN BROTHERS HOLDINGS INC. - LBSF R.I.**
da 01/07/2010 a 05/03/2012

| Avvocato | Data | Practice area | descrizione | tariffa oraria | Valore Ore | Ore |
|---|---|---|---|---|---|---|
| VENTO | 20/02/2012 LI | LITIGATION | REMARKS TO CTU | 460,00 | 276,00 | 0 |
| VENTO | 21/02/2012 LI | LITIGATION | REVIEW FERMAT REMARKS-MAIL FROM CHORMANSKI | 460,00 | 1.288,00 | 2 |
| VENTO | 22/02/2012 LI | LITIGATION | MAIL FROM ALANNA, CALLS-REVIEW, ETC | 460,00 | 414,00 | 0 |
| VENTO | 23/02/2012 LI | LITIGATION | SEVERAL MAILS-CALL FERMAT TO DISCUSS REMARKS TO CTU-REVIEW TRANSL. REPORT | 460,00 | 1.610,00 | 3 |
| VENTO | 24/02/2012 LI | LITIGATION | CALL ALANNA, JOANNE-UPDATE-REVIEW LEGAL REMARKS TO CTU | 460,00 | 1.518,00 | 3 |
| VENTO | 27/02/2012 LI | LITIGATION | WORKED ON REMARKS | 460,00 | 322,00 | 0 |
| VENTO | 28/02/2012 LI | LITIGATION | CALL ALANNA, ONILLON, FERMAT-VARIOUS WITH LUDOVICA | 460,00 | 1.150,00 | 2 |
| VENTO | 01/03/2012 LI | LITIGATION | LB'S COMMENTS TO CTU REPORT-SEVERAL CALLS FERMAT | 460,00 | 1.104,00 | |
| VENTO | 02/03/2012 LI | LITIGATION | FINAL REMARKS TO CTU-SEVERAL CALLS FERMAT | 460,00 | 1.380,00 | 3 |
| VENTO | 05/03/2012 LI | LITIGATION | REVIEW TRANSLATIONS | 460,00 | 138,00 | |
| VENTO | | | | 448,46 | 76.898,00 | 1 |
| | | | TOTALE GENERALE | | 99.878,00 | 298 |

Gianni, Origoni, Grippo, Cappelli & Partners
Via delle Quattro Fontane 20, 00184 Roma
T +39 06 478751 F +39 06 4871101

Rome, June 29,  2012

Lehman Brothers Holdings Inc.
Accounts Payable
45th Floor
1271 Avenue of the Americas
New York, NY 10020
U.S.A.

Dear Sirs,

Please find attached hereto our notice of invoice for legal advice and assistance
rendered by our firm from November 1, 2011 through March 5, 2012 on the LBDP vs.
MEF Litigation, as per the enclosed description and daily breakdown.

We would be grateful if payment of the indicated total amount were made by wire
transfer in accordance with the bank instructions indicated hereinbelow:

Credito Emiliano
Rome Branch - Via del Tritone, 97/98, 00187 Rome
Account n. 4444
ABI code 03032 - CAB code 03201 - Cin Code D
IBAN code IT89D 03032 03201 01 000000 4444
SWIFT Code BAC RIT 21318

Yours faithfully,

Cesare Vento

Milano 20121, Piazza Belgioioso 2  -  Bologna 40123, Via Massimo D'Azeglio 25  -  Padova 35121, Piazza Eremitani 18
Torino 10128, Corso Vittorio Emanuele II 83  -  Abu Dhabi, Sheikha Fatima Building, P.O. Box 42790  -  Bruxelles B-1050, 184 Avenue Molière
London EC2R 7AS, 6-8 Tokenhouse Yard  -  New York N.Y. 10019, 75 Rockefeller Plaza, 18th Floor

Gianni, Origoni, Grippo, Cappelli & Partners
Via delle Quattro Fontane 20, 00184 Roma
T +39 06 478751 F +39 06 4871101

Rome, June 29, 2012

Lehman Brothers Holdings Inc.
Accounts Payable
45th Floor
1271 Avenue of the Americas
New York, NY 10020

NOTICE OF INVOICE
Our Reference n. A10876

Fees and disbursements for legal advice and assistance rendered by our firm from
November 1, 2011 through March 5, 2012 on the LBDP vs. MEF Litigation, as per the
enclosed description and daily breakdown.

| Fees | (€ 68,232.00 @ 1€ = $ 1.259) | US $ | 85,904.09 |
|------|------------------------------|------|-----------|
| Disbursements | (€ 414.41 @ 1€ = $ 1.259) | US $ | 521.74 |
| | | | |
| TOTAL AMOUNT TO BE PAID | | US $ | 86,425.83 |

Not subject to V.A.T. as compensation for services rendered to a non-EU resident according to
Article 7 and following D.P.R. 26.10.1972 No. 633.

Please note that this document is not a formal invoice. The formal invoice will be issued upon
receipt of the total amount indicated above.

Please note that our bank details are: "Studio Legale Gianni, Origoni, Grippo, Cappelli & Partners"
Checking account number 4444 c/o Credito Emiliano - Ag. A - Via del Tritone, 97/98, 00187 Rome
ABI code 03032 - CAB code 03201 - CIN Code D, S.W.I.F.T. BAC RIT 21318
IBAN code IT89D 03032 03201 01 000000 4444

V.A.T. Code Number 01535691008 - Tax Code Number 06351520587

Milano 20121, Piazza Belgioioso 2 - Bologna 40123, Via Massimo D'Azeglio 25 - Padova 35121, Piazza Eremitani 18
Torino 10128, Corso Vittorio Emanuele II 83 - Abu Dhabi, Sheikha Fatima Building, P.O. Box 42790 - Bruxelles B-1050, 184 Avenue Molière
London EC2R 7AS, 6-8 Tokenhouse Yard - New York N.Y. 10019, 75 Rockefeller Plaza, 18th Floor

ATTACHMENT TO GOGCP NOTICE OF INVOICE N.A10876

EXPENSES SUMMARY FOR THE PERIOD FROM NOVEMBER 1,
2011 THROUGH MARCH  5, 2012

| | |
|---|---|
| Telephone | 121.80 |
| Teleconference charges | 212.03 |
| Fax | |
| Photocopies | 45.71 |
| Postage | 4.00 |
| Court stamp dutes | |
| Courier | 30.87 |
| Translation Fees | |
| **Total Expenses Requested €** | **414.41** |

**Attachment to GOGCP notice of invoice n. A10876**

**Description of the activities rendered by GOGCP in relation to LBDP vs. MEF throughout March 5, 2012**

This case originated from LBDP's early termination (with effect as of September 29, 2008) of two swap transactions with MEF. Following such early termination, LBDP calculated the settlement amount as of 09/29/08 in USD 37.639.059,21 and asked payment thereof from MEF. MEF objected on the ground that the notice of early termination was received by it one business day later than the term prescribed in a certain provision set out in the Schedule to the ISDA Master governing the trades between the parties. Later (October 2008), MEF sent its own early termination notice. MEF calculated the settlement amount as of 11/01/08 in USD 15.725.231,31, and paid such amount to LBDP. The dispute thus revolves around which of the two different early termination dates contended for by the parties is correct. With the assistance and representation of GOGCP, on September 24, 2009 LBDP filed a complaint with the Tribunal of Rome, seeking an award for the settlement amount as at September 29, 2008, less the amount previously received from MEF. In the period covered by the invoice included in this Application (November 1, 2011 to March 5, 2012), GOGCP rendered the following services in connection with the case:

- reviewed briefs with previous parties arguments, prepared for and attended a hearing before the Tribunal of Rome on November 17, 2011 for the so-called conclusive oral statements of the parties;

- in the period between November 18, 2011 and January 16, 2012 (deadline for the parties' filing of the so-called conclusive briefs) worked on reviewing all the documentary evidences previously filed by the parties, drafting and finalizing LBDP's conclusive brief, including previous preparation of an English translation thereof  for perusal by and discussion with Lehman's contact persons overviewing the case (Ms. Moriconi, Ms. Joshi, Ms. Lee and Ms. Chormanski).

- in the period between January 17, 2012 and February 6, 2012 (deadline for each party's filing its so-called reply brief to the other party's conclusive brief), worked on researching procedural issues connected with the fact that MEF failed to file its conclusive brief by the

January 16, 2012 deadline, developed strategic arguments to be included in LBDP's reply brief with respect thereto, drafted and finalized LBDP's reply brief including previous preparation of an English translation for perusal by and discussion with Lehman's contact persons;

- prepared English translation of a brief filed by MEF within the February 6, 2012 deadline;
- exchanged numerous emails and conducted several teleconferences with Lehman's contact persons with respect to all of the above.

GIANNI ORIGONI GRIPPO CAPPELLI PARTNERS

Analitico Ore da fatturare

**12808 ALVAREZ AND MARSAL ITALIA S.R.L.**
**29797 ALVAREZ AND MARSAL ITALIA S.R.L. - LEHMAN**
da 01/11/2011 a 05/03/2012

| Avvocato | Data | Practice area | descrizione | tariffa oraria | Valore Ore | Ore |
|---|---|---|---|---|---|---|
| PAOLO ANTONIO | 28/11/2011 LI | LITIGATION, ARBITR. | REVIEW JUDICIAL DOCUMENTS LITIGATION LBDP/REP OF ITALY, IN VIEW OF THE DRAFT OF THE CONCLUSIVE BRIEF | 200,00 | 440,00 | 2,20 |
| PAOLO ANTONIO | 29/11/2011 LI | LITIGATION, ARBITR. | REVIEW JUDICIAL DOCUMENTS LBDP/REP OF ITALY IN VIEW OF DRAFT, CONCLUSIVE BRIEF | 200,00 | 620,00 | 3,10 |
| PAOLO ANTONIO | 30/11/2011 LI | LITIGATION, ARBITR. | REVIEW JUDICIAL DOCUMENTS AND DRAFT CONCLUSIVE BRIEF | 200,00 | 760,00 | 3,80 |
| PAOLO ANTONIO | 02/12/2011 LI | LITIGATION, ARBITR. | RESEARCH FOR CONCLUSIVE BRIEF | 200,00 | 340,00 | 1,70 |
| PAOLO ANTONIO | 06/12/2011 LI | LITIGATION, ARBITR. | CONCLUSIVE BRIEF LBDP | 200,00 | 440,00 | 2,20 |
| PAOLO ANTONIO | 10/12/2011 LI | LITIGATION, ARBITR. | CONCLUSIVE BRIEF LBDP/MEF | 200,00 | 1.300,00 | 6,50 |
| PAOLO ANTONIO | 12/12/2011 LI | LITIGATION, ARBITR. | CONCLUSIVE BRIEF LBDP/MEF | 200,00 | 980,00 | 4,90 |
| PAOLO ANTONIO | 14/12/2011 LI | LITIGATION, ARBITR. | CONCLUSIVE BRIEF LBDP, INTERNAL MEETING C. VENTO | 200,00 | 780,00 | 3,90 |
| PAOLO ANTONIO | 15/12/2011 LI | LITIGATION, ARBITR. | CONCLUSIVE BRIEF LBDP | 200,00 | 1.000,00 | 5,00 |
| PAOLO ANTONIO | 16/12/2011 LI | LITIGATION, ARBITR. | CONCLUSIVE BRIEF LBDP | 200,00 | 760,00 | 3,80 |
| PAOLO ANTONIO | 19/12/2011 LI | LITIGATION, ARBITR. | CONCLUSIVE BRIEF | 200,00 | 880,00 | 4,40 |
| PAOLO ANTONIO | 20/12/2011 LI | LITIGATION, ARBITR. | CONCLUSIVE BRIEF LBDP | 200,00 | 800,00 | 4,00 |
| PAOLO ANTONIO | 30/12/2011 LI | LITIGATION, ARBITR. | CONCLUSIVE BRIEF LBDP | 200,00 | 460,00 | 2,30 |
| PAOLO ANTONIO | 04/01/2012 LI | LITIGATION, ARBITR. | TRANSLATIONCONCLUSIVE BRIEF LBDP | 250,00 | 750,00 | 3,00 |
| PAOLO ANTONIO | 05/01/2012 LI | LITIGATION, ARBITR. | RESEARCH CONDITION SUBSEQUENT SECTION 1360 ITALIAN CIVIL CODE | 250,00 | 1.000,00 | 4,00 |
| PAOLO ANTONIO | 08/01/2012 LI | LITIGATION, ARBITR. | CONCLUSIVE BRIEF LBDP | 250,00 | 1.500,00 | 6,00 |
| PAOLO ANTONIO | 08/01/2012 LI | LITIGATION, ARBITR. | TRANSLATION BRIEF REPUBLIC | 250,00 | 750,00 | 3,00 |
| PAOLO ANTONIO | 09/01/2012 LI | LITIGATION, ARBITR. | CONCLUSIVE BRIEF LBDP | 250,00 | 550,00 | 2,20 |
| PAOLO ANTONIO | 11/01/2012 LI | LITIGATION, ARBITR. | EMAIL TEJAL JOSHI, RE CONCLUSIVE BRIEF AND STATUS PROCEEDING, CHANGES TO FINAL BRIEF | 250,00 | 700,00 | 2,80 |
| PAOLO ANTONIO | 12/01/2012 LI | LITIGATION, ARBITR. | AMEND CONCLUSIVE BRIEF | 250,00 | 1.125,00 | 4,50 |
| PAOLO ANTONIO | 13/01/2012 LI | LITIGATION, ARBITR. | CONCLUSIVE BRIEF | 250,00 | 450,00 | 1,80 |
| PAOLO ANTONIO | 13/01/2012 LI | LITIGATION, ARBITR. | CONCLUSIVE BRIEF LBDP | 250,00 | 875,00 | 3,50 |
| PAOLO ANTONIO | 18/01/2012 LI | LITIGATION, ARBITR. | REVIEWPRECEDENTI ON DEFENDANT'S FAILURE TO FILE CONCLUSIVE BRIEF | 250,00 | 550,00 | 2,20 |
| PAOLO ANTONIO | 23/01/2012 LI | LITIGATION, ARBITR. | REPLY BRIEF LBDP | 250,00 | 975,00 | 3,90 |

GIANNI ORIGONI
GRUPPO CAPPELLI
PARTNERS

analitico Ore da fatturare

**12808 ALVAREZ AND MARSAL ITALIA S.R.L.**
**29797 ALVAREZ AND MARSAL ITALIA S.R.L. - LEHMAN**
**da 01/11/2011 a 05/03/2012**

| Avvocato | Data | Practice area | descrizione | tariffa oraria | Valore Ore | Ore |
|---|---|---|---|---|---|---|
| PAOLO ANTONIO | 27/01/2012 LI | LITIGATION, ARBITR. | TRANSLATIONREPLY BRIEF | 250,00 | 700,00 | 2,80 |
| PAOLO ANTONIO | 30/01/2012 LI | LITIGATION, ARBITR. | TRANSLATIONREPLY BRIEF | 250,00 | 750,00 | 3,00 |
| PAOLO ANTONIO | 07/02/2012 LI | LITIGATION, ARBITR. | EMAIL JOSHI TEJAL, TRANSLATION COUNTERBRIEF OF REPUBBLICA | 250,00 | 1.000,00 | 4,00 |
| **PAOLO ANTONIO** | | | | **225,93** | **21.235,00** | **94,50** |
| CORSIO | 02/01/2012 LI | LITIGATION, ARBITR. | TRANSLATION CONCLUSIVE BRIEF | 150,00 | 975,00 | 6,50 |
| CORSIO | 03/01/2012 LI | LITIGATION, ARBITR. | TRANSLATION CONCLUSIVE BRIEF | 150,00 | 540,00 | 3,60 |
| ORSIO | 04/01/2012 LI | LITIGATION, ARBITR. | TRANSLATION CONCLUSIVE BRIEF | 150,00 | 570,00 | 3,80 |
| ORSIO | 05/01/2012 LI | LITIGATION, ARBITR. | REVIEW TRANSLATION, FINALIZE | 150,00 | 390,00 | 2,60 |
| **CORSIO** | | | | **150,00** | **2.475,00** | **16,50** |
| RRELLA | 09/01/2012 LI | LITIGATION, ARBITR. | RESEARCH CONDITION SUBSEQUENT AND INFORMATION OBLIGATION | 150,00 | 375,00 | 2,50 |
| RRELLA | 10/01/2012 LI | LITIGATION, ARBITR. | RESEARCH CONDITION SUBSEQUENT | 150,00 | 495,00 | 3,30 |
| RRELLA | 11/01/2012 LI | LITIGATION, ARBITR. | REPORTING RE RESEARCH | 150,00 | 360,00 | 2,40 |
| **RRELLA** | | | | **150,00** | **1.230,00** | **8,20** |
| NTO | 07/11/2011 LI | LITIGATION, ARBITR. | MAIL FROM, MAIL TO MORICONI RE: NOV 17 HEARING | 450,00 | 225,00 | 0,50 |
| NTO | 15/11/2011 LI | LITIGATION, ARBITR. | REVIEW PREVIOUS ARGUMENTS, BRIEFS FOR 11/17 HEARING | 450,00 | 1.890,00 | 4,20 |
| NTO | 16/11/2011 LI | LITIGATION, ARBITR. | REVIEW PREVIOUS ARGUMENTS, BRIEFS FOR 11/17 HEARING | 450,00 | 1.035,00 | 2,30 |
| NTO | 17/11/2011 LI | LITIGATION, ARBITR. | PREPARATION, COURT HEARING | 450,00 | 2.340,00 | 5,20 |
| NTO | 22/11/2011 LI | LITIGATION, ARBITR. | REVIEW NOTES FROM HEARING | 450,00 | 270,00 | 0,60 |
| NTO | 24/11/2011 LI | LITIGATION, ARBITR. | CONCLUSIVE BRIEF: OUTLINE | 450,00 | 495,00 | 1,10 |
| NTO | 28/11/2011 LI | LITIGATION, ARBITR. | REVIEW ALL DOCUMENTS, IN VIEW OF PREPARATION OF FINAL BRIEF | 450,00 | 990,00 | 2,20 |
| NTO | 29/11/2011 LI | LITIGATION, ARBITR. | ASSIGNEMENT TO DI PAOLO FOR CONCLUSIVE BRIEF | 450,00 | 360,00 | 0,80 |
| NTO | 07/12/2011 LI | LITIGATION, ARBITR. | WORKED ON REVIEW FOR CONCLUSIVE BRIEF | 450,00 | 1.260,00 | 2,80 |

GIANNI·ORIGONI GRIPPO·CAPPELLI PARTNERS

**Analitico Ore da fatturare**

**12808 ALVAREZ AND MARSAL ITALIA S.R.L.**
**29797 ALVAREZ AND MARSAL ITALIA S.R.L. - LEHMAN**
**da 01/11/2011 a 05/03/2012**

| Avvocato | Data | Practice area | descrizione | tariffa oraria | Valore Ore | Ore |
|---|---|---|---|---|---|---|
| VENTO | 09/12/2011 LI | LITIGATION, ARBITR. | REVIEW FOR CONCLUSIVE BRIEF-REVIEW-CALL WITH LUDOVICA | 450,00 | 720,00 | 1,60 |
| VENTO | 12/12/2011 LI | LITIGATION, ARBITR. | WORKED ON REVIEW | 450,00 | 585,00 | 1,30 |
| VENTO | 13/12/2011 LI | LITIGATION, ARBITR. | WORKED ON REVIEW-MAIL FROM MORICONI-DISCUSSION | 450,00 | 945,00 | 2,10 |
| VENTO | 14/12/2011 LI | LITIGATION, ARBITR. | REVIEW DESCOVERY MATERIALS | 450,00 | 405,00 | 0,90 |
| VENTO | 15/12/2011 LI | LITIGATION, ARBITR. | REVIEW-MAIL TO MORICONI | 450,00 | 405,00 | 0,90 |
| VENTO | 19/12/2011 LI | LITIGATION, ARBITR. | REVIEW DISCOVERY MATERIALS-REVIEW DRAFT | 450,00 | 1.170,00 | 2,60 |
| VENTO | 20/12/2011 LI | LITIGATION, ARBITR. | REVIEW DRAFT CONCLUSIVE BRIEF | 450,00 | 225,00 | 0,50 |
| VENTO | 21/12/2011 LI | LITIGATION, ARBITR. | REVIEW DRAFT CONCLUSIVE BRIEF | 450,00 | 1.305,00 | 2,90 |
| VENTO | 23/12/2011 LI | LITIGATION, ARBITR. | REVIEW MINUTES OF HEARINGS | 450,00 | 135,00 | 0,30 |
| VENTO | 27/12/2011 LI | LITIGATION, ARBITR. | WORKED ON TRANSLATION FOR CLIENT | 450,00 | 450,00 | 1,00 |
| VENTO | 29/12/2011 LI | LITIGATION, ARBITR. | WORKED ON BRIEF | 450,00 | 1.350,00 | 3,00 |
| VENTO | 30/12/2011 LI | LITIGATION, ARBITR. | WORKED ON BRIEF | 450,00 | 675,00 | 1,50 |
| VENTO | 01/01/2012 LI | LITIGATION, ARBITR. | ORGANIZE TRANSLATION CONCLUSIVE BRIEF-CALLS | 450,00 | 276,00 | 0,60 |
| VENTO | 04/01/2012 LI | LITIGATION, ARBITR. | TRANSLATION CONCLUSIVE BRIEF (REVIEW)+CONTACT CHORMANSKI, JOSHI, LEE | 460,00 | 1.840,00 | 4,00 |
| VENTO | 05/01/2012 LI | LITIGATION, ARBITR. | STUDY FOR CONCLUSIVE BRIEF | 460,00 | 599,00 | 1,30 |
| VENTO | 09/01/2012 LI | LITIGATION, ARBITR. | FINALIZE CONCLUSIVE BRIEF | 460,00 | 1.564,00 | 3,40 |
| VENTO | 10/01/2012 LI | LITIGATION, ARBITR. | FINALIZE CONCLUSIVE BRIEF-MAIL FROM TEJAL RE EICKBUSH | 460,00 | 1.932,00 | 4,20 |
| VENTO | 11/01/2012 LI | LITIGATION, ARBITR. | MAIL TO TEJAL RE EICKBUSH DEPOSITION-STUDY SECOND PART | 460,00 | 736,00 | 1,60 |
| VENTO | 12/01/2012 LI | LITIGATION, ARBITR. | REFINE CONCLUSIVE BRIEF | 460,00 | 690,00 | 1,50 |
| VENTO | 13/01/2012 LI | LITIGATION, ARBITR. | REFINE CONCLUSIVE BRIEF | 460,00 | 920,00 | 2,00 |
| VENTO | 14/01/2012 LI | LITIGATION, ARBITR. | FINALIZE CONCLUSIVE BRIEF FOR FILING | 460,00 | 690,00 | 1,50 |
| VENTO | 17/01/2012 LI | LITIGATION, ARBITR. | RESEARCH RE REPUBLIC'S FAILURE TO FILE CONCLUSIVE BRIEF | 460,00 | 920,00 | 2,00 |
| VENTO | 18/01/2012 LI | LITIGATION, ARBITR. | RESEARCH REPUBLIC'S FAILURE TO FILE CONCLUSIVE BRIEF | 460,00 | 828,00 | 1,80 |
| VENTO | 20/01/2012 LI | LITIGATION, ARBITR. | MAIL TO TEJAL-REPORT ON REP'S FAILURE TO FILE-RESEARCH | 460,00 | 782,00 | 1,70 |
| VENTO | 23/01/2012 LI | LITIGATION, ARBITR. | WORKED ON OBJECTIONS TO COURT | 460,00 | 1.564,00 | 3,40 |
| VENTO | 24/01/2012 LI | LITIGATION, ARBITR. | WORKED ON REPLY BRIEF | 460,00 | 1.104,00 | 2,40 |

GIANNI ORIGONI GRIPPO CAPPELLI PARTNERS

Analitico Ore da fatturare

**12808  ALVAREZ AND MARSAL ITALIA S.R.L.**
**29797  ALVAREZ AND MARSAL ITALIA S.R.L. - LEHMAN**
**da 01/11/2011 a 05/03/2012**

| Avvocato | Data | Practice area | descrizione | tariffa oraria | Valore Ore | Ore |
|---|---|---|---|---|---|---|
| NTO | 25/01/2012 LI | LITIGATION, ARBITR. | REVIEW REPLY BRIEF-VARIOUS | 460,00 | 736,00 | 1,60 |
| NTO | 27/01/2012 LI | LITIGATION, ARBITR. | REVIEW ENGLISH VERSION REPLY BRIEF | 460,00 | 920,00 | 2,00 |
| NTO | 29/01/2012 LI | LITIGATION, ARBITR. | REVIEW TRANSLATION REPLY BRIEF | 460,00 | 598,00 | 1,30 |
| NTO | 30/01/2012 LI | LITIGATION, ARBITR. | REVIEW TRANSLATION REPLY BRIEF -MAIL TO TEJAL | 460,00 | 598,00 | 1,30 |
| NTO | 31/01/2012 LI | LITIGATION, ARBITR. | MAIL FROM CLIENT-VARIOUS FOR AFFIDAVIT-MAIL FROM, MAIL TO TEJAL POSSIBLE BANKRUPTCY STATUTE IMPLICATIONS | 460,00 | 736,00 | 1,60 |
| NTO | 01/02/2012 LI | LITIGATION, ARBITR. | REVIEW ISSUE OF NO CONCLUSIVE BRIEF OF REPUBLIC | 460,00 | 322,00 | 0,70 |
| NTO | 02/02/2012 LI | LITIGATION, ARBITR. | SWEARING AFFIDAVIT-MAIL FROM, MAIL TO JOSHI AND OTHERS | 460,00 | 966,00 | 2,10 |
| VENTO | 03/02/2012 LI | LITIGATION, ARBITR. | MAIL FROM, MAIL TO, MAIL FROM TEJAL RE 76 ITALIAN ACT-FINALIZE LAST REPLY | 460,00 | 2.760,00 | 6,00 |
| NTO | 06/02/2012 LI | LITIGATION, ARBITR. | ADDITIONAL REVIEW LAST REPLY BRIEF | 460,00 | 1.380,00 | 3,00 |
| TO | 07/02/2012 LI | LITIGATION, ARBITR. | EXAMINATION REPLY BRIEF REPUBLIC-MAIL TO TEJAL | 460,00 | 1.472,00 | 3,20 |
| **NTO** | | | | **455,33** | **42.167,00** | **92,50** |
| NNELLATO | 02/01/2012 LI | LITIGATION, ARBITR. | TRANSLATION CONCLUSIVE BRIEF; INTERNAL MEETING | 250,00 | 1.125,00 | 4,50 |
| **NNELLATO** | | | | **250,00** | **1.125,00** | **4,50** |
| **TOTALE GENERALE** | | | | | **1.125,00** | **4,50** |
| | | | | | **68.232,00** | **216,20** |

Gianni, Origoni, Grippo, Cappelli & Partners
Via delle Quattro Fontane 20, 00184 Roma
T +39 06 478751 F +39 06 4871101

Rome, June 29, 2012

Lehman Brothers Holdings Inc.
Accounts Payable
45th Floor
1271 Avenue of the Americas
New York, NY 10020
U.S.A.

Dear Sirs,

Please find attached hereto our notice of invoice for legal advice and assistance
rendered by our firm from November 3, 2010 through March 5, 2012 on The Fortezza
project, as per the enclosed description and daily breakdown.

We would be grateful if payment of the indicated total amount were made by wire
transfer in accordance with the bank instructions indicated hereinbelow:

Credito Emiliano
Rome Branch - Via del Tritone, 97/98, 00187 Rome
Account n. 4444
ABI code 03032 - CAB code 03201 - Cin Code D
IBAN code IT89D 03032 03201 01 000000 4444
SWIFT Code BAC RIT 21318

Yours faithfully,

Cesare Vento

Milano 20121, Piazza Belgioioso 2  -  Bologna 40123, Via Massimo D'Azeglio 25  -  Padova 35121, Piazza Eremitani 18
Torino 10128, Corso Vittorio Emanuele II 83  -  Abu Dhabi, Sheikha Fatima Building, P.O. Box 42790  -  Bruxelles B-1050, 184 Avenue Molière
London EC2R 7AS, 6-8 Tokenhouse Yard  -  New York N.Y. 10019, 75 Rockefeller Plaza, 19th Floor

Gianni, Origoni, Grippo, Cappelli & Partners
Via delle Quattro Fontane 20, 00184 Roma
T +39 06 478751 F +39 06 4871101

Rome, June 29, 2012

Lehman Brothers Holdings Inc.
Accounts Payable
45th Floor
1271 Avenue of the Americas
New York, NY 10020

NOTICE OF INVOICE
Our Reference n. A10878

Fees and disbursements for legal advice and assistance rendered by our firm from
November 3, 2010 through March 5, 2012 on The Fortezza project, as per the enclosed
description and daily breakdown.

| Fees | (€ 7,095.00 @ 1€ = $ 1.259) | US $ | 8,932.61 |
|------|------------------------------|------|----------|
| Disbursements | (€ 88.06 @ 1€ = $ 1.259) | US $ | 110.86 |
| TOTAL AMOUNT TO BE PAID | | US $ | 9,043.47 |

Not subject to V.A.T. as compensation for services rendered to a non-EU resident according to
Article 7 and following D.P.R. 26.10.1972 No. 633.

Please note that this document is not a formal invoice. The formal invoice will be issued upon
receipt of the total amount indicated above.

Please note that our bank details are: "Studio Legale Gianni, Origoni, Grippo, Cappelli & Partners"
Checking account number 4444 c/o Credito Emiliano - Ag. A - Via del Tritone, 97/98, 00187 Rome
ABI code 03032 - CAB code 03201 - CIN Code D, S.W.I.F.T. BAC RIT 21318
IBAN code IT89D 03032 03201 01 000000 4444

V.A.T. Code Number 01535691008 - Tax Code Number 06351520587

Milano 20121, Piazza Belgioioso 2 - Bologna 40123, Via Massimo D'Azeglio 25 - Padova 35121, Piazza Eremitani 18
Torino 10128, Corso Vittorio Emanuele II 83 - Abu Dhabi, Sheikha Fatima Building, P.O. Box 42790 - Bruxelles B-1050, 184 Avenue Molière
London EC2R 7AS, 6-8 Tokenhouse Yard - New York N.Y. 10019, 75 Rockefeller Plaza, 18th Floor

ATTACHMENT TO GOGCP NOTICE OF INVOICE N.A10878

EXPENSES SUMMARY FOR THE PERIOD FROM NOVEMBER 3,
2010 THROUGH MARCH  5, 2012

| | |
|---|---|
| Telephone | 72.00 |
| Teleconference charges | |
| Fax | 4.90 |
| Photocopies | 2.45 |
| Postage | 1.81 |
| Court stamp dutes | |
| Courier | 6.90 |
| Translation Fees | |
| **Total Expenses Requested** | **88.06** |

## Attachment to GOGCP notice of invoice n. A10878

**Description of the activities rendered by GOGCP in relation to Project Fortezza throughout March 5, 2012**

On or about 16 May 2006, Lehman Commercial Paper Inc, UK Branch, ("LCPI") granted to Fortezza S. à r. l. ("Fortezza") a EUR 200,000,000 facility pursuant to the terms and conditions of a note purchase facility agreement (the "NPA"), originally entered into between, *inter alia*, LCPI, Fortezza and Lehman Brothers International Europe as agent.

The obligations of Fortezza were secured by certain security documents, some of which were governed by Italian law (the "Italian Security Documents").

The NPA was subsequently amended by the relevant parties from time to time.

On 23 November 2010, the facility under the NPA was fully and unconditionally repaid by Fortezza in favour of LCPI. As a consequence, the pledges granted by Fortezza under the Italian Security Documents were released by LCPI.

In this context, GOGCP activities involved:

- the review and negotiation of the prepayment notice (prepared by Orrick, legal counsel to Fortezza) in relation to the prepayment;
- the review and negotiation of the release letter (prepared by Orrick) in connection with the Italian Security Documents;
- the review and negotiation of the comfort documents to be provided by Fortezza to LCPI in connection with the release of the Italian Security Documents;
- throughout the reference period, taking part in numerous teleconferences and exchange of correspondence with Orrick Italy (legal counsel to Fortezza), Weil Gotshal (legal counsel to LCPI as to matters of English law), Kleyr Grasso Associes (legal counsel to LCPI as to matters of Luxembourg law) and LCPI in relation to the above.

GIANNI ORIGONI GRIPPO CAPPELLI PARTNERS

**Analitico Ore da fatturare**

**12989 LEHMAN BROTHERS HOLDINGS INC.**
**34062 LEHMAN BROTHERS HOLDINGS INC. - FORTEZZA**
da03/11/2010 a 05/03/2012

| Avvocato | Data | | Practice area | descrizione | tariffa oraria | Valore Ore | Ore |
|---|---|---|---|---|---|---|---|
| D'AVOLIO | 03/11/2010 | BF | BANKING, FINANCE | REQUEST OF ASSISTANCE FROM KEN SCHIFF (WEIL) REV LEGAL DOCUMENTATION-LOAN AGREEMENT-EXISTING SECURITY DOC. | 250,00 | 500,00 | 2, |
| D'AVOLIO | 05/11/2010 | BF | BANKING, FINANCE | CW ORRICK-MF/MT WEIL/LEHMAN-DF COMFORT DOCUMENTS ENG | 250,00 | 500,00 | 2, |
| D'AVOLIO | 05/11/2010 | BF | BANKING, FINANCE | REV LEGAL DOCUMENTS | 250,00 | 250,00 | 1, |
| D'AVOLIO | 09/11/2010 | BF | BANKING, FINANCE | REV PREPAYMENT NOTICE-CW ORRICK REF: RELEASE OF SECURITIES | 250,00 | 500,00 | 2, |
| D'AVOLIO | 12/11/2010 | BF | BANKING, FINANCE | REV PLEDGE RELEASE LETTER-REV COMFORT DOCUMENTS | 250,00 | 500,00 | 2, |
| D'AVOLIO | 12/11/2010 | CM | CAPITAL MARKETS | REV PREPAYMENT NOTICE LETTER-MF/MT WEIL/LEHMAN/ORRICK/KCKG | 250,00 | 500,00 | 2, |
| D'AVOLIO | 15/11/2010 | BF | BANKING, FINANCE | REV LIST OF COMFORT DOCUMENTS-RELEASE LETTER | 250,00 | 625,00 | 2, |
| D'AVOLIO | 15/11/2010 | BF | BANKING, FINANCE | MF/MT LEHMAN/WEIL/KCKG/ORRICK | 250,00 | 250,00 | 1, |
| D'AVOLIO | 16/11/2010 | BF | BANKING, FINANCE | DRAFT SUMMARY OF ITALIAN RELEASE LETTER-MF/MT LEHMAN/WEIL/KCKG | 250,00 | 750,00 | 3, |
| D'AVOLIO | 17/11/2010 | BF | BANKING, FINANCE | REV LIST OF COMFORT DOCUMENTS/ITALIAN RELEASE LETTER | 250,00 | 375,00 | 1, |
| D'AVOLIO | 17/11/2010 | BF | BANKING, FINANCE | PREPAYMENT NOTICE-MF/MT/CW WEIL-ORRICK-LEHMAN | 250,00 | 375,00 | 1, |
| D'AVOLIO | 19/11/2010 | BF | BANKING, FINANCE | REV LIST OF COMFORT DOCUMENTS/MF/MT/CW WEIL-ORRICK-LEHMAN | 250,00 | 500,00 | 2, |
| D'AVOLIO | 23/11/2010 | BF | BANKING, FINANCE | FORTEZZA-MF/MT WEIL/LEHMAN/ORRICK/KCKG RELEASE OF ITALIAN PLEDGES | 250,00 | 1.250,00 | 5, |
| **D'AVOLIO** | | | | | **250,00** | **6.875,00** | **27,** |
| VENTO | 03/11/2010 | LI | LITIGATION | MF D'AVOLIO FOLLOW UP WORK | 440,00 | 132,00 | 0, |
| VENTO | 24/11/2010 | LI | LITIGATION | MF, MT D'AVOLIO | 440,00 | 88,00 | 0, |
| **VENTO** | | | | | **440,00** | **220,00** | **0,** |
| | | | | **TOTALE GENERALE** | | **7.095,00** | **28,** |

Gianni, Origoni, Grippo, Cappelli & Partners
Via delle Quattro Fontane 20, 00184 Roma
T +39 06 478751 F +39 06 4871101

Rome, June 29, 2012

Lehman Brothers Holdings Inc.
Accounts Payable
45th Floor
1271 Avenue of the Americas
New York, NY 10020
U.S.A.

Dear Sirs,

Please find attached hereto our notice of invoice for legal advice and assistance
rendered by our firm from June 15, 2011 through March 5, 2012 on the solicitation to
accept a Chapter 11 plan in Italy, as per the enclosed description and daily breakdown.

We would be grateful if payment of the indicated total amount were made by wire
transfer in accordance with the bank instructions indicated hereinbelow:

Credito Emiliano
Rome Branch - Via del Tritone, 97/98, 00187 Rome
Account n. 4444
ABI code 03032 - CAB code 03201 - Cin Code D
IBAN code IT89D 03032 03201 01 000000 4444
SWIFT Code BAC RIT 21318

Yours faithfully,

Cesare Vento

Gianni, Origoni, Grippo, Cappelli & Partners
Via delle Quattro Fontane 20, 00184 Roma
T +39 06 478751 F +39 06 4871101

Rome, June 29, 2012

Lehman Brothers Holdings Inc.
Accounts Payable
45th Floor
1271 Avenue of the Americas
New York, NY 10020

NOTICE OF INVOICE
Our Reference n. A10879

Fees and disbursements for legal advice and assistance rendered by our firm from June
15, 2011 through March 5, 2012 on the solicitation to accept a Chapter 11 plan in Italy,
as per the enclosed description and daily breakdown.

| | | | |
|---|---|---|---|
| Fees | (€ 6,975.00 @ 1€ = $ 1.259) | US $ | 8,781.53 |
| Disbursements | (€ 180.00 @ 1€ = $ 1.259) | US $ | 226.62 |
| TOTAL AMOUNT TO BE PAID | | US $ | 9,008.15 |

Not subject to V.A.T. as compensation for services rendered to a non-EU resident according to
Article 7 and following D.P.R. 26.10.1972 No. 633.

Please note that this document is not a formal invoice. The formal invoice will be issued upon
receipt of the total amount indicated above.

Please note that our bank details are: "Studio Legale Gianni, Origoni, Grippo, Cappelli & Partners"
Checking account number 4444 c/o Credito Emiliano - Ag. A - Via del Tritone, 97/98, 00187 Rome
ABI code 03032 - CAB code 03201 - CIN Code D, S.W.I.F.T. BAC RIT 21318
IBAN code IT89D 03032 03201 01 000000 4444

V.A.T. Code Number 01535691008 - Tax Code Number 06351520587

Milano 20121, Piazza Belgioioso 2  -  Bologna 40123, Via Massimo D'Azeglio 25  -  Padova 35121, Piazza Eremitani 18
Torino 10128, Corso Vittorio Emanuele II 83  -  Abu Dhabi, Sheikha Fatima Building, P.O. Box 42790  -  Bruxelles B-1050, 184 Avenue Molière
London EC2R 7AS, 6-8 Tokenhouse Yard  -  New York N.Y. 10019, 75 Rockefeller Plaza, 18th Floor

ATTACHMENT TO GOGCP NOTICE OF INVOICE N.A10879

EXPENSES SUMMARY FOR THE PERIOD FROM JUNE 15, 2011
THROUGH MARCH  5, 2012

| | |
|---|---|
| Telephone | 180.00 |
| Teleconference charges | |
| Fax | |
| Photocopies | |
| Postage | |
| Court stamp dutes | |
| Courier | |
| Translation Fees | |
| **Total Expenses Requested €** | **180.00** |

**Attachment to GOGCP notice of invoice A10879**

**Description of the activities rendered by GOGCP in relation to Italian securities regulation issue relating to Debtors' Joint Chapter 11 Plan (the "Plan") throughout March 5, 2012.**

GOGCP was asked to provide advice with respect to the treatment of the Plan under Italian securities regulation.

By way of historical background, it should be noted that, when Italian holders of securities involved in a chapter 11 plan were more than 100 in number, the implementation of any such chapter 11 plan required the registration with CONSOB (the Italian securities regulator); see, e.g., the General Motors plan in 2011.

Based on a newly enacted piece of legislation, GOGCP was able to negotiate with CONSOB an exemption for the Plan. It was the first time such new piece of legislation was applied in Italy in connection with a solicitation launched by a non-Italian resident company.

The approach to CONSOB was shared with Allen & Overy, counsel to the Italian Banking Association. GOGCP's work involved primarily teleconferences and one meeting at CONSOB's offices.

Analitico Ore da fatturare

GIANNI ORIGONI
GRIPPO CAPPELLI
PARTNERS

**12989 LEHMAN BROTHERS HOLDINGS INC.**
**37342 LEHMAN BROTHERS HOLDINGS INC. - PLAN**
**da 15/06/2011 a 05/03/2012**

| Avvocato | Data | Practice area | descrizione | tariffa oraria | Valore Ore | Ore |
|---|---|---|---|---|---|---|
| ZACCAGNINI | 15/06/2011 | CM | CAPITAL MARKETS | CONFERENCE WITH CONSOB RE:REGULATORY TREATMENT UNDER LAW OF THE SOLICITATION IN ITALY UNDER THE CHAPTER 11 PLAN | 450,00 | 1.125,00 | 2,50 |
| ZACCAGNINI | 30/06/2011 | CM | CAPITAL MARKETS | MEETING WITH CONSOB RE:REGULATORY TREATMENT UNDER ITALIAN LAW OF THE SOLICITATION IN ITALY UNDER THE CAHPTER 11 PLAN | 450,00 | 1.125,00 | 2,50 |
| ZACCAGNINI | 11/07/2011 | CM | CAPITAL MARKETS | CONFERENCE WITH A&O AS LEGAL ADVISOR TO THE ITALIAN BANKS | 450,00 | 1.485,00 | 3,30 |
| ZACCAGNINI | 25/07/2011 | CM | CAPITAL MARKETS | MEETING WITH A&O AS COUNSEL TO ABI | 450,00 | 1.350,00 | 3,00 |
| ZACCAGNINI | 02/08/2011 | CM | CAPITAL MARKETS | RESEARCH AND ANALYSIS ON REGULATORY TREATMENT IN ITALY OF SOLICITATION OF PLAN APPROVAL, IN LIGHT OF THE NEW CONSOB RULE | 450,00 | 1.080,00 | 2,40 |
| ZACCAGNINI | 10/08/2011 | CM | CAPITAL MARKETS | SEVERAL CONFERENCES WITH CLIENT | 450,00 | 810,00 | 1,80 |
| **ZACCAGNINI** | | | | | **6.975,00** | **15,50** |
| | | | **TOTALE GENERALE** | **450,00** | **6.975,00** | **15,50** |

**Exhibit C**

**EXPENSES**

**EXPENSES SUMMARY FOR THE PERIOD THROUGH MARCH 5, 2012**

| | |
|---|---|
| Telephone | 287.74 |
| Teleconference charges | 63.00 |
| Fax | 4.90 |
| Photocopies | 25.33 |
| Postage | 422.17 |
| Courier | 37.77 |
| Outside Translation Fees | 5,681.00 |
| Court Filing Fees | 610.50 |
| **TOTAL EXPENSES REQUESTED** | **7,132.41** |

**Exhibit D**

**CERTIFICATION OF CESARE VENTO**

Gianni, Origoni, Grippo, Cappelli & Partners
Via delle Quattro Fontane, 20
00184 Rome
Tel: +39-06478751
Fax: +39-064871101
Special Counsel to Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT SOUTHERN
DISTRICT OF NEW YORK
————————————————————————————-x

In re

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*

Debtors.

————————————————————————————-x

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**CERTIFICATION UNDER GUIDELINES
FOR FEES AND DISBURSEMENTS FOR PROFESSINALS IN RESPECT OF
FIRST AND FINAL APPLICATION OF GIANNI, ORIGONI, GRIPPO, CAPPELLI & PARTNERS
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS 327(e) SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JULY 1ST,
2010 TO MARCH 5, 2012**

I, Cesare Vento, certify as follows:

1. I am a partner in the law firm of Gianni, Origoni, Grippo, Cappelli & Partners

("GOGCP"). I submit this certification with respect to the First and Final Application (the

"Application") of GOGCP, special counsel for the debtors in possession in the above-captioned

cases (the "Debtors"), for allowance of compensation for professional services rendered, and

reimbursement of actual and necessary expenses incurred, for the period from July 1st, 2010 to

March 5, 2012 (the "Compensation Period").

2. I make this certification in accordance with General Order M-151, the Amended

Guidelines for Fees and Disbursements for Professionals in Southern District of New York

Bankruptcy Cases, adopted by the United States Bankruptcy Court for the Southern District of New

York on April 19, 1995 (the "Local Guidelines").

3.      In connection therewith, I hereby certify that:

(a) I have read the Application;

(b)  to the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Application fall within the Local Guidelines;

(c)  the fees and disbursements sought are billed at rates customarily employed by GOGCP and generally accepted by GOGCP's clients; and

(d)  in providing a reimbursable service, GOGCP does not make a profit on that service, whether the service is performed by GOGCP in house or through a third party.

4. I certify that, except as noted in paragraph 11 of the Application, prior to submitting the Application, GOGCP has not issued any statements for services rendered to the Debtors during the Compensation Period. GOGCP has refrained from issuing statements due to the fact that the Court entered the Order Pursuant to Section 327(e) of the Bankruptcy Code Authorizing the Employment and Retention of GOGCP as Special Counsel to the Debtors on February 24, 2012, i.e. ten days before the expiration of the Compensation Period.

Dated: July 23, 2012                                 Respectfully submitted,

                                                     /s/ Cesare Vento

                                                     Cesare Vento
                                                     Gianni, Origoni, Grippo, Cappelli & Partners
                                                     Via delle Quattro Fontane, 20
                                                     00184 Rome
                                                     Tel: +39-06478751
                                                     Fax: +39-064871101
                                                     Special Counsel to Debtors and Debtors in Possession