UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                      :    Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :    08-13555 (JMP)
                                                           :
                         Debtors.                          :    (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | AEO Management Co.<br>Attn: Neil Bulman<br>77 Hot Metal Street<br>Pittsburgh, PA 15203-2382 |
| Claim Number (if known): | 28550 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | $61,462.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: VP |
|---|---|
| Printed Name: C. Bulman Jr | Dated: 7-23-12 |

US_ACTIVE:\44055110\1\58399.0011