Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for Massachusetts Mutual Life Insurance
Company and C.M. Life Insurance Company*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11
                                                                :
LEHMAN BROTHERS HOLDINGS INC.,                                  :    Case No. 08-13555 (JMP)
                                                                :
Debtor.                                                         :    (Jointly Administered)
                                                                :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIMS

PLEASE TAKE NOTICE that, through their undersigned counsel, Massachusetts Mutual Life Insurance Company hereby withdraws proofs of claim 23640, 23642, 42899, and 42901, and C.M. Life Insurance Company hereby withdraws proof of claim 23644; and that the claims register maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated:  July 24, 2012                          **BINGHAM MCCUTCHEN LLP**
        New York, New York

                                               By: /s/ Joshua Dorchak
                                                   Joshua Dorchak
                                                   joshua.dorchak@bingham.com
                                                   399 Park Avenue
                                                   New York, New York 10022
                                                   (212) 705-7000

                                                   *Attorneys for Massachusetts Mutual Life
                                                   Insurance Company and
                                                   C.M. Life Insurance Company*

A/75043966.1