**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re                                                                   :          **Chapter 11 Case No.**
                                                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :          **08-13555 (JMP)**
                                                                         :
                                                   Debtors.         :          **(Jointly Administered)**
--------------------------------------------------------------------x

**SECOND SUPPLEMENTAL ORDER GRANTING DEBTORS' ONE HUNDRED**
**EIGHTY NINTH OBJECTION TO CLAIMS (NO LIABILITY REPO CLAIMS)**

Upon the one hundred eighty ninth omnibus objection to claims, dated

September 12, 2011 (the "Debtors' One Hundred Eighty Ninth Omnibus Objection to

Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-

referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), pursuant to section 502 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure, and this

Court's order approving procedures for the filing of omnibus objections to proofs of

claim [Docket No. 6664], seeking disallowance and expungement of the No Liability

Repo Claims on the basis that the Debtors have no liability for such claims, all as more

fully described in the Debtors' One Hundred Eighty Ninth Omnibus Objection to Claims;

and due and proper notice of the Debtors' One Hundred Eighty Ninth Omnibus Objection

to Claims having been provided, and it appearing that no other or further notice need be

provided; and the Court having found and determined that the relief sought in the

Debtors' One Hundred Eighty Ninth Omnibus Objection to Claims is in the best interests

of the Debtors, their estates, creditors, and all parties in interest and that the legal and

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Debtors' One Hundred
Eighty Ninth Omnibus Objection to Claims.

factual bases set forth in the Debtors' One Hundred Eighty Ninth Omnibus Objection to

Claims establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Debtors' One Hundred Eighty

Ninth Omnibus Objection to Claims is granted to the extent provided herein; and it is

further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, Claim

No. 3136 of Highland Credit Strategies Master Fund L.P. is disallowed and expunged in

its entirety with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: July 24, 2012
     New York, New York

                /S/ James M. Peck
                UNITED STATES BANKRUPTCY JUDGE

2