# Exhibit 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 216: EXHIBIT 1 – RECLASSIFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | AMOUNT TO BE RECLASSIFIED |
|---|---|---|---|---|---|---|
| 1 | ANDORRA BANC AGRICOL REIG, S.A. (""ANDBANC"") C/ MANUEL CERQUEDA ESCALER, 6 ESCALDES-ENORDANY, ANDORRA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63849[1] | $2,239,600.00 |
| 2 | LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: OMNAMO NARAYANAYA HOLDINGS LTD RH HODGE PLAZA , 2ND FLOOR UPPER MAIN STREET, WICKHAMS CAY 1 ROAD TOWN, TORTOLA, VIRGIN ISLANDS (BRITISH) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55502 | $2,939,497.39* |
| | | | | | TOTAL | $5,179,097.39 |

---

[1] Lehman Brothers Holdings Inc. has agreed that it shall not further object to the portion(s) of the claim number 63849 of Andorra Banc Agricol Reig, S.A. that are reclassified pursuant to this Order.