# Exhibit 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 213: EXHIBIT 1 – RECLASSIFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BANCO PASTOR<br>ATTN: GUILLERMO REAL RODRIGUEZ DE LEGISIMA<br>CANTON PEQUENO N.1, 6 PLANTA<br>A CORUNA, 15003<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58985 | $266,344.10* |
| 2 | HALEBY, HENRY MANZANO<br>CURICO 18<br>OFICINA 501<br>SANTIAGO,<br>CHILE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36737 | $200,000.00 |
| 3 | LECUE SALCEDO, JOSE<br>BARO CASERIO LARRAZABAL, 3-1 DRCHA<br>BILBAO - VIZCAYA, 48007<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55068 | $25,471.80 |
| 4 | LEISSE, FRITZ<br>HUETTEBRAUCK 13<br>WINTERBERG, 59955<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/05/2009 | 36479 | $21,354.00 |
| 5 | LEISSE, JOHANNA<br>GOETHE STRASSE 16<br>WINTERBERG, 59955<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/05/2009 | 36481 | $42,708.00 |
| 6 | RIBEIRO VAZ, LUIS MIGUEL SILVEIRA<br>HERDADE MATA DUQUE LT 51 CCI 119<br>SANTO ESTEVAO BENAVENTE, 2130-124<br>PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/05/2009 | 36305 | $72,479.63 |
| 7 | STANKOWEIT, MARIUS<br>SENTRUPER HOHE 10<br>MUNSTER, 48149<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/30/2009 | 35620 | $34,166.00 |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 213: EXHIBIT 1 – RECLASSIFIED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 8 | STANKOWEIT, PHILIP<br>SENTRUPER HOHE 10<br>MUNSTER, 48149<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/02/2009 | 36103 | $14,235.00 |
| | | | | | TOTAL | $676,758.53 |