
RECEIVED
JUL 16 2012
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Reference No: 38860

我存人葉秀英有債券完事債券
三張 (一) 件 2,000 磅 (H.K.D)
     (二) 件 500 磅 (H.K.D)
     (三) 件 500 磅 (H.K.D)

於 mar-June 2012. 期間
才被到] 香港渣打銀行編先之電工員
從 418-205600 39 派達靈之帳戶
共三次 (一) 24,481.19 (USD)
       (二) 105-8.280.26 (H.K.D)
       (三) 5.97.11   (H.K.D)

發港打能特經理謝律之在本月
(二) 取日 於美國
派遣以上之職員再有健康派豐
甘願做服件遺派豐
即健跟债派遣
於消有來的受害事方而尽力管理
因本人身无另符 (82葉) 參

敬 謝 z

債券持有人 葉秀英敬上
16-7-2012.