From: Ms YEUNG YIP SAU YING
G/F 79-85 HILL ROAD
SHEK TONG TSUI
HONG KONG

To: United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York NY 10004-1408
U.S.A.

BY AIR MAIL
航 PAR AVION 空

10004814415