# Exhibit 1

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 42: EXHIBIT 1 – LATE-FILED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CHAU KAM MAN & CHIANG WAI MAN VIVIAN<br>17A HILLTOP<br>60 CLOUD VIEW ROAD<br>NORTH POINT,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64973 | $100,000.00* | Late-Filed Lehman Programs Securities Claim |
| 2 | IE SHE HOEN & TAN TJIANG MOY<br>FLAT C-2, 17/F, BLK C, WILSHIRE TOWER<br>200 TIN HAU TEMPLE ROAD<br>,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64974 | $100,000.00* | Late-Filed Lehman Programs Securities Claim |
| 3 | LAM YING CHOI & YEUNG SO FAN<br>12B, BLOCK 1, FLORA GARDEN<br>7 CHUN FAI ROAD<br>,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64972 | $142,430.00* | Late-Filed Lehman Programs Securities Claim |
| 4 | WONG YEE WAN & POON KAI HUNG<br>FLAT E, 8/F, BLK 1<br>POK FU LAM GDNS<br>POK FU LAM<br>,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64977 | $100,000.00* | Late-Filed Lehman Programs Securities Claim |
| 5 | YAM CHAK HONG HENRY<br>FLAT A, 17/F, HIBISCUS COURT<br>WORLD-WIDE GARDENS<br>7 LUNG PAK ST.<br>SHATIN,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64978 | $150,000.00* | Late-Filed Lehman Programs Securities Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 42: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | YU CHUN KWAN RM 808 8/F BLK H LUK YEUNG SUN CHUEN TSUEN WAN, NEW TERRITORIES, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64971 | $171,000.00* | Late-Filed Lehman Programs Securities Claim |
| | | | | | TOTAL | $763,430.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts