# Exhibit 1

**IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 43: EXHIBIT 1 – LATE-FILED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | WONG TAK KEUNG & LAM SAU LING 8/F, 93D BROADWAY, MEI FOO SUN CHUEN KOWLOON, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64975 | $153,000.00* | Late-Filed Lehman Programs Securities Claim |
| 2 | WOO SET WAH & CHUI FUNG MING SANDRA 11D, LILY COURT 9 LUNG PAK ST WORLD-WIDE GARDENS SHATIN, NT, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64976 | $150,000.00* | Late-Filed Lehman Programs Securities Claim |
| | | | | | TOTAL | $303,000.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1