PILLSBURY WINTHROP SHAW PITTMAN LLP
Samuel S. Cavior, Esq.
Nickolas J. Karavolas, Esq.
1540 Broadway
New York, New York  10036
Telephone: (212) 858-1000
Facsimile:  (212) 858-1500

*Counsel for Union Bank, N.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.* | ) | **Case No. 08-13555 (JMP)** |
| | ) | |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtors.** | ) | |

-----------------------------------------------------------x

## AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Pillsbury Winthrop Shaw Pittman LLP, counsel to Union Bank, N.A. (f/k/a Union Bank of California, N.A.), hereby amends its prior *Notice of Appearance and Request for Notice and Service of Papers* filed on September 30, 2008 (Dkt. No. 447) and requests that all future notices of all events relevant to the above-referenced bankruptcy and copies of all future pleadings or documents filed in relation to the above-referenced bankruptcy case, including all pleadings or noticed required to be served on any party pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

601769224v1

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Samuel S. Cavior, Esq.
Nickolas J. Karavolas, Esq.
1540 Broadway
New York, NY 10036-4039
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
E-mail: samuel.cavior@pillsburylaw.com
E-mail: nickolas.karavolas@pillsburylaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices in connection with any application, motion, petition, pleading, request, complaint, demand, and brief, whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile, e-mail, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive (1) any right to have final orders in core matters entered only after *de novo* review by a District Judge, (2) any right to trial by jury in any proceeding so triable in this case or any other case, controversy, or proceeding related to this case, (3) any right to have the District Court withdraw the reference in any matter, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

601769224v1

Dated: July 16, 2012
       New York, New York

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: ___/s/ *Nickolas J. Karavolas*___
Nickolas J. Karavolas
Samuel S. Cavior
1540 Broadway
New York, NY 10036-4039
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
nickolas.karavolas@pillsburylaw.com
samuel.cavior@pillsburylaw.com

*Counsel for Union Bank, N.A.*