UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                           :

In re                                     :       Chapter 11 Case No.
                                             :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :       08-13555 (JMP)
                                             :

             Debtors.                     :       (Jointly Administered)
                                             :

-------------------------------------------------------------------x   Ref. Docket Nos. 29461, 29462,
                                                                29473, 29476 & 29478

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK     )
                               ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1.   I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On July 17, 2012, I caused to be served the following:

    a)   "Notice of Withdrawal of the Three Hundred Eighteenth Omnibus Objection to Claims (Partnership Claims) as to Certain Claim," dated July 17, 2012 [Docket No. 29461], (the "318th Omnibus NOW"),

    b)   "Notice of Adjournment of Three Hundred Seventeenth Omnibus Objection to Claims (No Liability LBL Employee Claims) Solely as to Certain Claim," dated July 17, 2012 [Docket No. 29462], (the "317th Omnibus NOA"),

    c)   "Notice of Adjournment of Three Hundred Fifth Omnibus Objection to Claims (Duplicative Claims) Solely as to Certain Claim," dated July 17, 2012 [Docket No. 29473], (the "305th Omnibus NOA"),

    d)   "Notice of Filing of Revised Proposed Order Relating to Motion of Lehman Brothers Holdings Inc. to Modify Certain Existing Claims Orders," dated July 17, 2012 [Docket No. 29476], (the "Revised Proposed Order Notice"), and

    e)   "Notice of Withdrawal of the Three Hundred Sixth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claim," dated July 17, 2012 [Docket No. 29478], (the "306th Omnibus NOW"),

by causing true and correct copies of the:

i.    318th Omnibus NOW, 317th Omnibus NOA, 305th Omnibus NOA, Revised Proposed Order Notice, and 306th Omnibus NOW, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii.    318th Omnibus NOW, 317th Omnibus NOA, 305th Omnibus NOA, Revised Proposed Order Notice, and 306th Omnibus NOW, to be delivered via facsimile to the party listed on the annexed Exhibit B,

iii.    318th Omnibus NOW, 317th Omnibus NOA, 305th Omnibus NOA, Revised Proposed Order Notice, and 306th Omnibus NOW, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

iv.    318th Omnibus NOW, 317th Omnibus NOA, 305th Omnibus NOA, and Revised Proposed Order Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D,

v.    318th Omnibus NOW, to be enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit E,

vi.    317th Omnibus NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit F,

vii.    305th Omnibus NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit G,

viii.    306th Omnibus NOW, to be enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit H, and

ix.    318th Omnibus NOW and 317th Omnibus NOA, to be delivered via electronic mail to the party listed on the annexed Exhibit I.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
____ day of July, 2012

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

-2-

**EXHIBIT A**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
anann@foley.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com

aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com

clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
colea@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com

dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com

eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov

james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com

| | | |
|---|---|---|
| jkehoe@btkmc.com | jweiss@gibsondunn.com | lml@ppgms.com |
| jlamar@maynardcooper.com | jwest@velaw.com | lnashelsky@mofo.com |
| jlawlor@wmd-law.com | jwh@njlawfirm.com | loizides@loizides.com |
| jlee@foley.com | kanema@formanlaw.com | lromansic@steptoe.com |
| jlevitin@cahill.com | karen.wagner@dpw.com | lscarcella@farrellfritz.com |
| jlipson@crockerkuno.com | kdwbankruptcydepartment@kelleydrye.com | lschweitzer@cgsh.com |
| jlovi@steptoe.com | keckhardt@hunton.com | lsilverstein@potteranderson.com |
| jlscott@reedsmith.com | keith.simon@lw.com | lubell@hugheshubbard.com |
| jmaddock@mcguirewoods.com | ken.coleman@allenovery.com | lwhidden@salans.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | mabrams@willkie.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | maofiling@cgsh.com |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | marc.chait@sc.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | margolin@hugheshubbard.com |
| jmerva@fult.com | kjarashow@fklaw.com | mark.bane@ropesgray.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.deveno@bingham.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.ellenberg@cwt.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.sherrill@sutherland.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | martin.davis@ots.treas.gov |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | marvin.clements@ag.tn.gov |
| jorbach@hahnhessen.com | korr@orrick.com | matt@willaw.com |
| joseph.cordaro@usdoj.gov | kovskyd@pepperlaw.com | matthew.klepper@dlapiper.com |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | maustin@orrick.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | max.polonsky@skadden.com |
| jowolf@law.nyc.gov | kreynolds@mklawnyc.com | mbenner@tishmanspeyer.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | mberman@nixonpeabody.com |
| jpintarelli@mofo.com | kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mbienenstock@dl.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mbloemsma@mhjur.com |
| jrabinowitz@rltlawfirm.com | landon@streusandlandon.com | mbossi@thompsoncoburn.com |
| jrsmith@hunton.com | lapeterson@foley.com | mcademartori@sheppardmullin.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mccombst@sullcrom.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mcordone@stradley.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com | mcto@debevoise.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mcyganowski@oshr.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mdorval@stradley.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | melorod@gtlaw.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | meltzere@pepperlaw.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | metkin@lowenstein.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | mfeldman@willkie.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | mgordon@briggs.com |
| jvail@ssrl.com | lkatz@ltblaw.com | mgreger@allenmatkins.com |
| jwallack@goulstonstorrs.com | lmarinuzzi@mofo.com | mh1@mccallaraymer.com |
| jwang@sipc.org | lmay@coleschotz.com | mhopkins@cov.com |
| jwcohen@daypitney.com | lmcgowen@orrick.com | michael.frege@cms-hs.com |

| | | |
|---|---|---|
| michael.kelly@monarchlp.com | nlepore@schnader.com | rleek@hodgsonruss.com |
| michael.kim@kobrekim.com | notice@bkcylaw.com | rlevin@cravath.com |
| michael.mccrory@btlaw.com | oipress@travelers.com | rmatzat@hahnhessen.com |
| michael.reilly@bingham.com | otccorpactions@finra.org | rmcneill@potteranderson.com |
| millee12@nationwide.com | paronzon@milbank.com | rnetzer@willkie.com |
| miller@taftlaw.com | patrick.oh@freshfields.com | robert.bailey@bnymellon.com |
| mimi.m.wong@irscounsel.treas.gov | paul.turner@sutherland.com | robert.dombroff@bingham.com |
| mitchell.ayer@tklaw.com | pbattista@gjb-law.com | robert.henoch@kobrekim.com |
| mjedelman@vedderprice.com | pbosswick@ssbb.com | robert.malone@dbr.com |
| mjr1@westchestergov.com | pdublin@akingump.com | robert.yalen@usdoj.gov |
| mkjaer@winston.com | peisenberg@lockelord.com | robin.keller@lovells.com |
| mlahaie@akingump.com | peter.gilhuly@lw.com | roger@rnagioff.com |
| mlandman@lcbf.com | peter.macdonald@wilmerhale.com | ronald.silverman@bingham.com |
| mlichtenstein@crowell.com | peter.simmons@friedfrank.com | ross.martin@ropesgray.com |
| mlynch2@travelers.com | peter@bankrupt.com | rqureshi@reedsmith.com |
| mmendez@hunton.com | pfeldman@oshr.com | rrainer@wmd-law.com |
| mmooney@deilylawfirm.com | phayden@mcguirewoods.com | rreid@sheppardmullin.com |
| mmorreale@us.mufg.jp | pmaxcy@sonnenschein.com | rroupinian@outtengolden.com |
| mneier@ibolaw.com | ppascuzzi@ffwplaw.com | rrussell@andrewskurth.com |
| monica.lawless@brookfieldproperties.com | ppatterson@stradley.com | rterenzi@stcwlaw.com |
| mpage@kelleydrye.com | psp@njlawfirm.com | russj4478@aol.com |
| mparry@mosessinger.com | ptrain-gutierrez@kaplanlandau.com | rwasserman@cftc.gov |
| mpomerantz@julienandschlesinger.com | ptrostle@jenner.com | rwyron@orrick.com |
| mprimoff@kayescholer.com | r.stahl@stahlzelloe.com | s.minehan@aozorabank.co.jp |
| mpucillo@bermanesq.com | raj.madan@bingham.com | sabin.willett@bingham.com |
| mrosenthal@gibsondunn.com | ramona.neal@hp.com | sabramowitz@velaw.com |
| mruetzel@whitecase.com | ranjit.mather@bnymellon.com | sabvanrooy@hotmail.com |
| mschimel@sju.edu | raul.alcantar@ropesgray.com | sagolden@hhlaw.com |
| mschlesinger@julienandschlesinger.com | rbeacher@pryorcashman.com | sally.henry@skadden.com |
| msegarra@mayerbrown.com | rbyman@jenner.com | sandyscafaria@eaton.com |
| mshiner@tuckerlaw.com | rdaversa@orrick.com | sara.tapinekis@cliffordchance.com |
| msiegel@brownrudnick.com | relgidely@gjb-law.com | scargill@lowenstein.com |
| msolow@kayescholer.com | rfleischer@pryorcashman.com | schannej@pepperlaw.com |
| mspeiser@stroock.com | rfrankel@orrick.com | schepis@pursuitpartners.com |
| mstamer@akingump.com | rfriedman@silvermanacampora.com | schnabel.eric@dorsey.com |
| mvenditto@reedsmith.com | rgmason@wlrk.com | schristianson@buchalter.com |
| mwarren@mtb.com | rgraham@whitecase.com | schwartzmatthew@sullcrom.com |
| ncoco@mwe.com | rhett.campbell@tklaw.com | scottshelley@quinnemanuel.com |
| neal.mann@oag.state.ny.us | richard.fingard@newedge.com | scousins@armstrongteasdale.com |
| ned.schodek@shearman.com | richard.lear@hklaw.com | sdnyecf@dor.mo.gov |
| neilberger@teamtogut.com | richard.levy@lw.com | steven@blbglaw.com |
| newyork@sec.gov | richard.tisdale@friedfrank.com | sehlers@armstrongteasdale.com |
| nfurman@scottwoodcapital.com | richard@rwmaplc.com | seichel@crowell.com |
| nherman@morganlewis.com | ritkin@steptoe.com | sfelderstein@ffwplaw.com |
| nissay_10259-0154@mhmjapan.com | rjones@boultcummings.com | sfineman@lchb.com |

sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com

thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

| Fax | Name |
|---|---|
| 12126682255 | UST-DAVIS,GASPA,SCHW |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

LOWENSTEIN SANDLER PC
ATTN:  ERIN S. LEVIN, ESQ.
(COUNSEL TO LIBERTYVIEW)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022

KLESTADT & WINTERS, LLP
ATTN: CARRIE V. HARDMAN
(COUNSEL TO EUROPEAN CREDIT MANAGEMENT LIMITED;
RELATIVE EUROPEAN VALUE S.A., ET. AL)
292 MADISON AVENUE, 17TH FLOOR
NEW YORK,  NY 10017

NORMANDY HILL CAPITAL LP
ATTN: MATTHEW A. CANTOR, ESQ.
(COUNSEL TO NORMANDY HILL CAPITAL, LP)
150 EAST 52ND STREET, 10TH FLOOR
NEW YORK, NY 10022

**EXHIBIT E**

**LBH NOW_D.I. 29461 7-17-12**

SHAPIRO, MARK
59 UPLAND DRIVE
GREENWICH , CT  06831

**EXHIBIT F**

GREZO,CHARLOTTE BRERETON
26 HURON ROAD
TOOTING
LONDON, GT LON   SW17 8RB
UNITED KINGDOM

**EXHIBIT G**

BANK LEUMI LE-ISRAEL B.M.
ATTN:  PROF DANIEL TSIDDON, HEAD OF CAPITAL
MARKETS DIVISION
35 YEHUDA HALEVI STREET
TEL AVIV  64135
ISRAEL

**EXHIBIT H**

ZURICH AMERICAH INSURANCE COMPANY, ET AL

ATTN: MARY PERLICK

9TH FLOOR, TOWER 2

1400 AMERICAN LANE

  SCHAUMBURG, IL 60196

**EXHIBIT I**

mark.hellerer@pillsburylaw.com