Lehman Brothers Holding Claims Processing                    Lelystad, July 16 , 2012.
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY   10150-5076
USA

Claim number :  0000054606.

                        Dear Lauren Rodriguez,

On last May 28,  I have sent to you enclosed letter with attached complete (filled in) form, because my agent, mr. Krijgsman of  IAMEX (Amsterdam), did not give sufficient attention to my claim.

However, there was a misunderstanding  between us . I regret that ! I got any information from other side, so that  I have become now more confidence in my agent.

Neverless I have, up till now, not yet received my first (initial) distribution of my claim on Lehman Br. Notes. I will wait a longer time for an answer of my agent.

In the meantime  the 21 days are almost over ! Is it possible to drop the transfer of my claim ? I hope so !  It was not possible to me to write earlier, because I was for some time in the hospital, so that I was not in the position to write. To write: "What ?" At the moment there is not an objection to file !

I hope that there is no problem and that I can maintain  IAMEX as my claimant.

I would appreciate it, if you can confirm what I am asking/requesting.
I regret the delay of my answer. Looking forward to hearing you
        with best wishes,
yours sincerely
                A.J.A. Hulshoff
                *[signature]*
                Buitenplaats 113
                8212 AD  Lelystad.  The Netherlands.

N.B. : I have sent a copy to :  United States Bankruptcy Court
                Southern District of  New York
                One Bowling  Green
                New York , NY   10004-1408



RECEIVED
JUL 1 6 2012
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Lelystad, July [illegible], 2012

Lehman Brothers Holding Claims Processing
c/o Epiq Bankruptcy Solutions LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

[illegible]

Dear [illegible],

On [illegible] May [illegible] I have sent to you another letter with attached complaint [illegible] because my agent, mr. Krijgsman of [illegible] ([illegible]) did not give [illegible] my claim [illegible].

However, there was a misunderstanding between us. I regret [illegible] any inform[illegible] the original claim, so that I have become now more confidence in my agent.

Therefore I have, up till now, not yet received my first (initial) distribution of my claim on Lehman Br. Notes. I will wait a longer time for an answer of my agent.

In the meantime the 21 days appointment [illegible] is [illegible] of the transfer of my claim? I hope so! It was not possible to me to write earlier because I [illegible] some time in the hospital, so that I was not in the position to write. [illegible] there is not an objection to file!

[illegible]

I would appreciate it, if you can confirm what I am asking/requesting.
I regret the delay of my answer. Looking forward to hearing you
with best wishes
Yours sincerely,

[illegible] A. Holsnoff

[illegible] 113
8232 AD Lelystad, The Netherlands

N.B.: I have sent a copy to: United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: HULSHOFF, A.J.A.
BUITENPLAATS 113
LELYSTAD 8212 AD
NETHERLANDS

Please note that your claim # 54606 in the above referenced case and in the amount of $72,170.10 allowed at $77,240.89 has been transferred **(unless previously expunged by court order)**

STICHTING THE IAMEX VALUE FOUNDATION
TRANSFEROR: HULSHOFF, A.J.A.
KEIZERSGRACHT 268
ATTN: J. KAPTEIN
AMSTERDAM 1016 EV
NETHERLANDS

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 28695 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/18/2012

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 18, 2012.

[Page content rotated 180° and largely illegible due to poor scan quality]

United States Bankruptcy Court  
Southern District of New York  
One Bowling Green  
New York, NY  10004-1408

Lelystad, July 6 , 2012.

Claim number : 0000054606

Dear Sir / Madam,

Herewith I send you a copy of my letter to Lauren Rodriguez.
I am sorry; I made a mistake in de head of his letter ; I have written July 16, that must be : July 6 , 2012.

The period of 21 days (indicated in enclosed paper) has passed. Is it, nevertheless, possible to drop the transfer of my claim on my Lehman Br. Notes ( number 54606) , in order to maintain my agent IAMEX in Amsterdam , as my claimant ? I hope so !

Looking forward to receiving an answer from you or from Lauren Rodriguez,

Yours sincerely  
A.J.A. Hulshoff  
Buitenplaats 113  
8212 AD  Lelystad ( Netherlands)