✦ UBS

UBS AG
P.O.Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Flurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

BY REGISTERED MAIL
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

# Message

July 13, 2012

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

| On behalf of | Attention: Clerk of the Court |
| --- | --- |
| you are receiving | Withdrawal Request on Docket 29244 filed on 27.6.2012 pertaining to the Agreements and Evidence of Transfer of Claim between Bank Hapoalim (Switzerland) Ltd, Zurich and UBS AG, Zurich dated 13.6.2012, due to duplication with Docket 29108 filed on 25.6.2012 |

☐ for your information     ☐ returned with thanks     ☐ please return
☒ for your records         ☐ please comment           ☒ please confirm receipt
☐ as agreed                ☐ please sign              ☒ please process
☐ please complete          ☐ please forward to

Remarks
29) USD 150'000.00 LBT Co. BV 2007-24.12.2022 CH3629593 / ISIN XS0336617625
30) USD 220'000.00 LBT Co. BV 2008-18.2.2023  CH3798566 / ISIN XS0346122343
Transferor: Bank Hapoalim (Switzerland) Ltd, Zurich
Initial Claim Number 55855

Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director

Hugo Koller
Director

*[RECEIVED stamp: JUL 16 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK]*

61555 E     05.2005     J1

**Besson, Jean-Claude**

| | |
|---|---|
| **From:** | Besson, Jean-Claude |
| **Sent:** | Freitag, 13. Juli 2012 09:57 |
| **To:** | 'Rodriguez, Lauren' |
| **Cc:** | 'DL-lehman' |
| **Subject:** | FOR REVIEW Withdawal Request on Docket 29244 (Claim Number 55855) |
| **Attachments:** | TOCE029_WithdrawalRequestDocket29244Claim55855BHI0230UBS_USCourt20120713.pdf |

29) USD 150'000.00 LBT Co. BV 2007-24.12.2022 CH3629593 / ISIN XS0336617625
30) USD 220'000.00 LBT Co. BV 2008-18.2.2023   CH3798566 / ISIN XS0346122343
Transferor: Bank Hapoalim (Switzerland) Ltd, Zurich
Initial Claim Number 55855
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Dear Mrs Rodriguez,
Dear all

Reference is made to the Docket 29244 filed on 27.6.2.2012 and Docket 29108 filed on 25.6.2012.

Please receive the attached copy of our Withdrawal Request sent today to the US Court covering the duplicated Docket 29244.

Please amend your record and arrange that only Docket 29108 will apply for this Claim Transfer from Bank Hapoalim (Switzerland) Ltd, Zurich to UBS AG, Zurich

Yours sincerely,
Jean-Claude Besson
*Corporate Actions / Information Management 1, Securities, UBS Group Operations*
Internal Tel: 1923 56042 | External Tel: +41 44 235 60 42 | Fax: +41 44 235 47 21
Personal e-mail: jean-claude.besson@ubs.com | Group e-mail: sh-o5gc-ce-gc@ubs.com

**Securities: Delivering operational & service excellence.**

Please don't print this e-mail unless you really need to!

Based on previous e-mail correspondence with you and/or an agreement reached with you, UBS considers itself authorized to contact you via unsecured e-mail.
Warning:
(a) E-mails can involve SUBSTANTIAL RISKS, e.g. lack of confidentiality, potential manipulation of contents and/or sender's address, incorrect recipient (misdirection), viruses etc. UBS assumes no responsibility for any loss or damage resulting from the use of e-mails. UBS recommends in particular that you do NOT SEND ANY SENSITIVE INFORMATION, that you do not include details of the previous message in any reply, and that you enter e-mail address(es) manually every time you write an e-mail.
(b) As a matter of principle, UBS does NOT accept any ORDERS, revocations of orders or authorizations, blocking of credit cards, etc., sent by e-mail. Should such an e-mail nevertheless be received, UBS is not obliged to act on or respond to the e-mail.
Please notify UBS immediately if you received this e-mail by mistake or if you do not wish to receive any further e-mail correspondence. If you have received this e-mail by mistake, please completely delete it (and any attachments) and do not forward it or inform any other person of its contents.



13.07.2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :  Chapter 11
                                      :
In re                                 :  Case No. 08-13555
                                      :
LEHMAN BROTHERS HOLDINGS INC.         :  (Jointly Administered)
                                      :
                    Debtor.           :
------------------------------------- x

### NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that UBS AG hereby withdraws the *Partial Transfer of Claim other than for Security* [Docket No. 29244], dated June 27, 2012, filed in reference to Claim No. 55855, and served on the Debtor and the Debtor's claims and noticing agent.

Dated: July 13, 2012

UBS AG

Hugo Koller          Jean-Claude Besson
Director             Associate Director



## UBS

UBS AG
P.O.Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

BY REGISTERED MAIL
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

Jean-Claude Besson
OQ9C / O5GC - JWI
Flurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

# Message

RECEIVED
JUN 25 2012
U.S. BANKRUPTCY COURT

June 19, 2012

subject  Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of

you are receiving    Attention: Clerk of the Court

2 Agreements and Evidence of Transfer of Claim between
Bank Hapoalim (Switzerland) Ltd, Zurich and UBS AG, Zurich dated 13.6.2012.

☐ for your information     ☐ returned with thanks       ☐ please return
☒ for your records         ☐ please comment             ☒ please confirm receipt
☐ as agreed                ☐ please sign                ☒ please process
☐ please complete          ☐ please forward to

Remarks
29) USD 150'000.00 LBT Co. BV 2007-24.12.2022 CH3629593 / ISIN XS0336617625
30) USD 220'000.00 LBT Co. BV 2008-18.2.2023    CH3798566 / ISIN XS0346122343
Transferor: Bank Hapoalim (Switzerland) Ltd, Zurich
Initial Claim Number 55855

Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson        Hugo Koller
Associate Director        Director

61555 E     05.2005   J1

## UBS

UBS AG
P.O.Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

BY REGISTERED MAIL
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor

New York, NY 10017

Jean-Claude Besson
OQ9C / O5GC - JWI
Flurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

# Message

June 19, 2012

subject  Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of

you are receiving    2 Agreements and Evidence of Transfer of Claim between
Bank Hapoalim (Switzerland) Ltd, Zurich and UBS AG, Zurich dated 13.6.2012.

☐ for your information     ☐ returned with thanks       ☐ please return
☒ for your records         ☐ please comment             ☒ please confirm receipt
☐ as agreed                ☐ please sign                ☒ please process
☐ please complete          ☐ please forward to

Remarks
29) USD 150'000.00 LBT Co. BV 2007-24.12.2022 CH3629593 / ISIN XS0336617625
30) USD 220'000.00 LBT Co. BV 2008-18.2.2023    CH3798566 / ISIN XS0346122343
Transferor: Bank Hapoalim (Switzerland) Ltd, Zurich
Initial Claim Number 55855

Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson        Hugo Koller
Associate Director        Director


RECEIVED
JUN 27 2012

61555 E     05.2005   J1

| 55855 | | UBS AG | 10/29/2009 | | $379,874.50 Image |
|---|---|---|---|---|---|

**Creditor Address:**
TRANSFEROR: BANK HAPOALIM (SWITZERLAND) LTD.
BAHNHOFSTRASSE 45
ZURICH, 8001
SWITZERLAND

**Amounts:**
Allowed Unsecured: $379,874.50
Claimed Unsecured: $370,000.00

**Remarks:**
THIS CLAIM IS ALLOWED

**Debtor:**
08-13555 Lehman Brothers Holdings Inc.

Related Dockets

| Docket Number | Docket Date | Docket Text | Related Documents |
|---|---|---|---|
| 29244 | 06/27/2012 | Transfer Agreement FRBP (Two Transfers, Same Claim Number, Please see Attachment for Amounts), Transfer Agreement 3001 (e) 2 Transferors:Bank Hapoalim (Switzerland), Ltd.(Claim No. 55855); Bank Hapoalim (Switzerland), Ltd.(Claim No. 55855). To UBS AG. filed by UBS AG.(Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 29108 | 06/25/2012 | Transfer Agreement FRBP (Please see attachment for TWO partial Amounts Transferred), Transfer Agreement 3001 (e) 2 Transferors:Bank Hapoalim (Switzerland) Ltd(Claim No. 55855); Bank Hapoalim (Switzerland) Ltd(Claim No. 55855). To UBS AG. filed by UBS AG.(Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |

