# R&B BANQUIERS
Rahn & Bodmer Zürich

US Bankruptcy Court/Southern District of NY
c/o EPIQ Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 third Avenue, 3rd floor
New York, NY 10017
USA



RECEIVED JUL 19 2012

Zurich, July 13, 2012
CPA-enu

**Lehman Brothers Holdings Inc. - Transfer of Claim**

Dear Sir or Madam

Please find enclosed the completed and signed forms regarding a claim transfer.

In case you should need any further clarification please let us know.

Yours sincerely
Rahn & Bodmer Co.

Enrico Nussio          Edgar Kühne

Enclosure:
Form 210A
Evidence of Transfer of Claim

Rahn & Bodmer Co.
Talstrasse 15, Postfach
8022 Zürich, Schweiz
Telefon  +41 44 639 11 11
Telefax  +41 44 639 11 22

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case Nos. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice and annex hereto.

| Name of Transferee | Name of Transferor |
|---|---|
| Rahn & Bodmer Co. | Bank Sarasin & Co. Ltd |

Name and Address where notices to transferee should be sent:

Rahn & Bodmer Co.
Attn. Enrico Nussio
Postfach
8022 Zurich
Switzerland

Court Claim # (if known):      60421
Date Claim Filed:              10/29/2009
Amount of Claim (claimed):     USD 185,459.00
                               (Claimed)
                               USD 152,341.39
                               (Allowed)
Portion of Claim Transferred:  USD 8,170.00
                               (Claimed)
                               USD 6,711.07
                               (Allowed)

Phone: : +41 44 639 11 11                  Phone: : +41 44 213 95 04
Last Four Digits of Acct #:                Last Four Digits of Acct. #:
Name and Address where transferee payments
should be sent (if different from above):  N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Rahn & Bodmer Co.
By: _____          Date: 07/03/2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

**SARASIN**

Nachhaltiges Schweizer Private Banking seit 1841.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Sarasin & Co. Ltd** ("Transferor") unconditionally and irrevocably transferred to **Rahn & Bodmer Co., Zurich** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 60421) in the amount of 10 pieces/units related to the securities with International Securities Identification Numbers listed on Schedule 1 hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED this May 21, 2012.

Bank Sarasin & Co. Ltd

Patrick Gribi
Executive Director

Frank Link
Vice President

Bank Sarasin & Cie AG
Elisabethenstrasse 62 | Postfach | CH-4002 Basel
T: +41 (0)61 277 77 77 | F: +41 (0)61 272 02 05
www.sarasin.ch

1 | 2

**SARASIN**

Nachhaltiges Schweizer Private Banking
seit 1841.

## SCHEDULE 1

Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim | Date Claim Filed | Issuer | Nominal Amount/Quantity of Claim related to Security to be transferred | Claimed and Allowed Claim Amounts Related to Transferred Portion of Claim |
|---|---|---|---|---|---|
| XS0316014876 | 60421 | October 29, 2009 | Lehman Brothers Securities NV | 10 units | Claimed: USD 8,170.00<br><br>Allowed: USD 6,711.07 |

2 | 2







```
From: 0446391557          Origin ID: ZRHA      FedEx Express     Ship Date: 13JUL12
Lony Kunst                                                       ActWgt: 0.4 KG
Rahn & Bodmer                                                    CAD: 2555820/INET3300
Talstrasse 15
Postfach 2722                                                    REF:
Zuerich, 8022                                                    DESC-1: Interoffice Memos
SWITZERLAND                                                      DESC-2:
                                                                 DESC-3:
SHIP TO: (866) 879-0688    BILL SENDER                           DESC-4:
U.S. Bankruptcy Court, South Dist.                               COUNTRY MFG: CH
of NY, Lehman Brothers Holdings                                  CARRIAGE VALUE: 1.00 SFR
Cl. Pros. Center c/o Epiq Bankrupty                              CUSTOMS VALUE: 1.00 SFR
Sol., 757 Third Av., 3rd Floor                                   T/C: S 134201380    D/T: S 134201380
                                                                 SIGN: Lony Kunst
NEW YORK, NY 10017                                               EIN/VAT:
US                                                               PKG TYPE: ENV

                                                                                    A1
                                                                             INTL PRIORITY
                          TRK#  7986 1585 0313                                       ISR
                          0430                                                     10017
                                                                                   NY-US
                                  XA OGSA                                            EWR
```

RECEIVED JUL 16 2012

Nach dem Drucken dieses Luftfrachtbriefs:
1. Mit der Schaltfläche "Drucken" auf dieser Seite können Sie den Luftfrachtbrief auf Ihrem Thermo- oder Tintenstrahldrucker ausdrucken.
2. Falten Sie die ausgedruckte Seite entlang der horizontalen Linie.
3. Stecken Sie den Luftfrachtbrief in die Versandtasche und befestigen Sie diese so an Ihrer Sendung, dass der Strichcode des Luftfrachtbriefs gelesen und gescannt werden kann.

**Hinweis:** Verwenden Sie nur den ausgedruckten Original-Luftfrachtbrief für den Versand. Die Verwendung einer Fotokopie dieses Luftfrachtbriefs zu Versandzwecken stellt einen Betrugsversuch dar und kann zu zusätzlichen Versandkosten sowie zur Löschung Ihrer FedEx Kundennummer führen.

GESCHÄFTSBEDINGUNGEN DER FEDEX VERSANDDEFINITIONEN. Auf diesem Luftfrachtbrief stehen "wir", "unser/e/es", "uns" und "FedEx" für Federal Express Corporation, die Tochtergesellschaften und Zweigstellen und ihre jeweiligen Mitarbeiter, Vertreter und unabhängigen Vertragspartner. Die Begriffe "Sie" und "Ihre/s/r" beziehen sich auf den Absender, seine Mitarbeiter, Hauptverpflichteten und Vertreter. Sollte Ihre Sendung ihren Ursprung außerhalb der USA haben, so ist Ihr Transportvertrag mit der Tochtergesellschaft von FedEx, der Zweigstelle oder dem unabhängigen Vertragspartner zu schließen, der die Sendung ursprünglich von Ihnen entgegennahm. Der Begriff "Paket" steht für jeden Behälter oder Umschlag, der von uns für eine Zustellung akzeptiert wird, einschließlich der Artikel, die Ihnen von uns mit unseren automatisierten Systemen, Messgeräten, Manifesten oder Luftfrachtbriefen ausgehändigt werden. Der Begriff "Sendung" steht für alle Pakete, die uns übergeben und von uns auf einem einzigen Luftfrachtbrief angenommen werden. LUFTFRACHTVERMERK. Auf alle internationalen Luftfrachtsendungen findet das Warschauer Abkommen in seiner geänderten Fassung Anwendung. Das Warschauer Abkommen in seiner geänderten Fassung regelt und beschränkt in den meisten Fällen die Haftung von FedEx für Verlust, Verzögerung oder Beschädigung Ihrer Sendung. Das Warschauer Abkommen in seiner geänderten Fassung beschränkt die Haftung von FedEx. In den USA beispielsweise ist die Haftung auf USD 9,07 pro Pfund (USD 20 pro Kilogramm) beschränkt, es sei denn, ein höherer Transportwert wird, wie unten beschrieben, angegeben und Sie zahlen die jeweils geltenden höheren Gebühren. Die Auslegung und Handhabung der Haftungsbeschränkungen gemäß dem Warschauer Konventionen kann von Land zu Land verschieden sein. Es gibt keine bestimmten vereinbarten Zwischenlandungsorte, und FedEx behält sich das Recht vor, die Routen für die Sendung so festzulegen, wie FedEx es für angemessen hält. HINWEIS FÜR DEN STRASSENGÜTERVERKEHR. Sendungen, die nur auf dem Straßenwege innerhalb oder in einem Vertragsstaat des Übereinkommens über den Beförderungsvertrag im internationalen Straßengüterverkehr ("CMR") transportiert werden, unterliegen den Bedingungen und Klauseln des CMR, sowie der unabhängig von gegenteiligen Klauseln aus diesem Luftfrachtbrief. Bei den Sendungen, die allein auf der Straße transportiert werden, gelten im Fall eines Konflikts zwischen den Bestimmungen des CMR und dieses Luftfrachtbriefs die Bestimmungen des CMR. HAFTUNGSBESCHRÄNKUNGEN. Sofern nicht durch die Warschauer Konvention, das CMR oder sonstige internationale Abkommen, rechtliche Vorschriften, staatliche Regelungen, Verordnungen oder Vorschriften geregelt, ist die Haftung von FedEx bei Beschädigung, Verlust, Überschreitung der Lieferfrist, Engpässe, Falschlieferung, Falschinformationen oder Fehlinformationen in Verbindung mit Ihrer Sendung durch diese Vereinbarung beschränkt und richtet sich nach den Bestimmungen und Bedingungen aus dem Beförderungsvertrag. Siehe zur Bestimmung der vertraglich geregelten Beschränkung das Transportabkommen in dem geltenden FedEx Service Guide oder dem entsprechenden Dokument. FedEx bietet keine Frachtversicherung oder Versicherung gegen alle Gefahren an, aber Sie können eine zusätzliche Gebühr für alle weiteren USD 100 (oder die entsprechende Währung des Ursprungslandes) des deklarierten Werts entrichten. Sollten Sie einen höheren Wert für die Sendung angeben und deklarieren, haftet FedEx höchstens für den niedrigeren der beiden folgenden Werte: den angegebenen Wert der Sendung oder Ihrem tatsächlichen Schaden. NICHT ÜBERNOMMENE HAFTUNG. FEDEX HAFTET IN KEINEM FALL FÜR DIREKTE, INDIREKTE, BEILÄUFIGE, SPEZIELLE ODER MITTELBARE SCHÄDEN, DIE ÜBER DEN DEKLARIERTEN WERT (EINSCHLIESSLICH UNTER ANDEREM EINKOMMENS- ODER GEWINNVERLUSTE) ODER DEN TATSÄCHLICHEN WERT DER SENDUNG, FALLS DIESER GERINGER IST, HINAUSGEHEN, UND ZWAR UNABHÄNGIG DAVON, OB FEDEX DAVON KENNTNIS HATTE, DASS SOLCHE SCHÄDEN AUFTRETEN KÖNNTEN. FedEx haftet nicht für Ihre Handlungen und Unterlassungen, wie u.a. nicht korrekte Angabe der Sendung, nicht ordnungsgemäße und unzureichende Verpackung, Sicherung, Kennzeichnung oder Adressierung der Sendung, sowie für Handlungen und Unterlassungen seitens des Empfängers oder einer anderen an der Sendung beteiligten Person und auch nicht für Vergehen einer Partei dieser Vereinbarung. FedEx übernimmt keine Haftung für Schäden, Verluste, Engpässe, Falschlieferung, Nichtlieferung, Falschauskünfte oder Nichterteilung von Auskünften in Bezug auf Geld- oder Devisensendungen oder sonstige verbotene Sendungen; oder in Fällen, die FedEx nicht zu vertreten hat, wie u.a. höhere Gewalt, Gefahren in der Luft, Wetterbedingungen, mechanische Verzögerungen, Handlungen von Nationen, mit denen ein Staat im Kriegszustand ist, Kriege, Streiks, Bürgerkrieg oder Handlungen und Unterlassungen von Behörden (einschließlich der Zollbehörde und des Gesundheitsamtes), die tatsächlich Vollmacht oder Anscheinsvollmacht besitzen. KEINE GEWÄHRLEISTUNG. Wir übernehmen keine ausdrücklichen oder impliziten Garantien. ANSPRÜCHE FÜR VERLUST, BESCHÄDIGUNG ODER VERZÖGERUNG. SÄMTLICHE FORDERUNGEN SIND SCHRIFTLICH INNERHALB EINER BESTIMMTEN FRIST ZU STELLEN. SIEHE ZU EINZELHEITEN UNSERE PREISE, DEN GELTENDEN FEDEX SERVICE GUIDE ODER DIE STANDARDTRANSPORTBEDINGUNGEN. Die Warschauer Konvention sieht spezielle schriftliche Anspruchseinreichungsverfahren bei Schäden, Verzögerung oder Nichtzustellung Ihrer Sendung vor. Ferner können die Bestimmungen der Warschauer Konvention zu den Forderungen in jedem Land unterschiedlich ausgelegt und gehandhabt werden. Die Forderungsfristen für Ihre Sendung entnehmen Sie bitte der Konvention. Ein Schadenersatzanspruch gegenüber FedEx erlischt gemäß der Konvention, sofern er nicht innerhalb von zwei Jahren geltend gemacht wird. FedEx ist erst nach Zahlung aller Transportkosten zur Behandlung der Forderung verpflichtet. Der Forderungsbetrag darf nicht von den Transportgebühren abgezogen werden. Sollte der Empfänger die Sendung annehmen, ohne irgendwelche Schäden auf der Empfangsbestätigung zu vermerken, geht FedEx davon aus, dass die Sendung in gutem Zustand ausgeliefert wurde. Damit FedEx eine Schadensersatzforderung prüfen kann, sind FedEx das Paket, der Inhalt, der Originalkarton sowie die Originalverpackung zur Prüfung vorzulegen. SALVATORISCHE KLAUSEL. Sollte eine Bestimmung im Luftfrachtbrief oder auf die im Luftfrachtbrief Bezug genommen wird geltenden internationalen Abkommen, rechtlichen Vorschriften, staatlichen Regelungen, Verordnungen oder Vorschriften widersprechen, so bleibt diese Bestimmung als Teil unseres Vertrages insoweit rechtsgültig, als dass sie nicht außer Kraft gesetzt wird. Die Ungültigkeit bzw. Nichtdurchsetzbarkeit irgendeiner Vorschrift berührt nicht die Gültigkeit der übrigen Vorschriften im Luftfrachtbrief. Sofern nichts anderes angegeben, ist FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, der erste Frachtführer dieser Sendung. E-Mail-Adresse bei www.fedex.com.

https://www.fedex.com/shipping/html/en//PrintIFrame.html                    13.07.2012