**Fulton County Tax Commissioner's Office**


**FULTON COUNTY**

July 18, 2012

United States Bankruptcy Court
Southern District of New York
Vito Genna, Clerk
One Bowling Green
New York, NY 10004-1408

        Re: Lehman Brothers Holdings Inc.
        Chapter 11 Bankruptcy Case No. 08-13555jmp

Dear Mr. Genna,

    Regarding the debtor and bankruptcy case number referenced above, please accept this letter as a withdrawal of the Fulton County Tax Commissioner's Proof of Claim filed on Parcel number P00000012513.

    The Fulton County Tax Commissioner is withdrawing this Proof of Claim in this case because according to our records this particular debtor does not owe property taxes to the Fulton County Tax Commissioner.

Sincerely,

Mildred C. Schmelz
Financial Services Specialist

cc.:
Lehman Brothers Holdings Inc-Debtor
Harvey R Miller- Attorney for Debtor
James W Giddens- Chapter 11 Trustee, Office of the United States Trustee for the Southern District of New York

RECEIVED JUL 23 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

---

*Current Tax Division*
141 Pryor Street, S.W. Suite 1113, Atlanta, Georgia 30303
Telephone (404) 730-6100 Fax (404) 730-6154