## EXHIBIT C

## EVIDENCE OF TRANSFER OF CLAIM

TO:   CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO:   SELLER

Canpartners Investments IV, LLC ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, having offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("**Buyer**"), all right, title and interest in and to the claims of Seller against Lehman Commercial Paper Inc. in the amount of **$29,125,289.82**, docketed as Claim No. 22219 (the "**Claim**") in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 25 day of July, 2012.

CANPARTNERS INVESTMENTS IV, LLC
BY: CANYON CAPITAL ADVISORS LLC, its MANAGER

By: _____
Name: JONATHAN M. KAPLAN
Title: AUTHORIZED SIGNATORY

JPMORGAN CHASE BANK, N.A.

By: _____
Name: Alexander Wilk
Title: Authorized Signatory

12