UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                   :

In re                            :       **Chapter 11 Case No.**

                                   :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :       **08-13555 (JMP)**

                                   :

        **Debtors.**               :       **(Jointly Administered)**

                                   :

------------------------------------------------------------------------x   **Ref. Docket Nos. 29351,**
                                                **29375 & 29377-29380**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                          ) ss.:
COUNTY OF NEW YORK  )

KERRY O'NEIL, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 12, 2012, I caused to be served the following:

    a)  "Second Supplemental Affidavit of Paul R. DeFilippo in Connection With Wollmuth Maher & Deutsch LLP's Retention as Special Counsel to the Debtors," dated July 11, 2012 [Docket No. 29351], (the "Wollmuth Maher Affidavit"),

    b)  "Final Application of Bortstein Legal LLC, Special Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation," dated July 2, 2012 [Docket No. 29375], (the "Bortstein Legal Final Application"),

    c)  "Notice of Withdrawal of Three Hundred Fifth Omnibus Objection to Claims (Duplicative Claims) Solely as to Certain Claim," dated July 12, 2012 [Docket No. 29377], (the "305th Omnibus NOW"),

    d)  "Notice of Adjournment of the Three Hundred Thirteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests)," dated July 12, 2012 [Docket No. 29378], (the "313th Omnibus NOA"),

    e)  "Notice of Adjournment of the Three Hundred Eighteenth Omnibus Objection to Claims (Partnership Claims) Solely as to Certain Claims," dated July 12, 2012 [Docket No. 29379], (the "318th Omnibus NOA"), and

f) "Notice of Adjournment of the Three Hundred Fifteenth Omnibus Objection to Claims (Employment-Related Claims) Solely as to Certain Claims," dated July 12, 2012 [Docket No. 29380], (the "315th Omnibus NOA"),

by causing true and correct copies of the:

i.   Wollmuth Maher Affidavit, Bortstein Legal Final Application, 305th Omnibus NOW, 313th Omnibus NOA, 318th Omnibus NOA, and 315th Omnibus NOA, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.  Wollmuth Maher Affidavit, Bortstein Legal Final Application, 305th Omnibus NOW, 313th Omnibus NOA, 318th Omnibus NOA, and 315th Omnibus NOA, to be delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

iii. Wollmuth Maher Affidavit, Bortstein Legal Final Application, 305th Omnibus NOW, 313th Omnibus NOA, 318th Omnibus NOA, and 315th Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.  Wollmuth Maher Affidavit, to be delivered via electronic mail to the party listed on the annexed <u>Exhibit D</u>,

v.   Bortstein Legal Final Application, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit E</u>,

vi.  Bortstein Legal Final Application, to be copied onto CD and delivered via overnight mail to those parties listed on the annexed <u>Exhibit F</u>,

vii. 305th Omnibus NOW, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u>,

viii. 313th Omnibus NOW, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit H</u>,

ix.  313th Omnibus NOW, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit I</u>,

x.   318th Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit J</u>, and

xi.  315th Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit K</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kerry O'Neil

Sworn to before me this
___ day of July, 2012

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

-3-

**EXHIBIT A**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
anann@foley.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com

ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com

christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
colea@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com

dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com

enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com

israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com

| | | |
|---|---|---|
| jjtancredi@daypitney.com | jwang@sipc.org | lmay@coleschotz.com |
| jjureller@klestadt.com | jwcohen@daypitney.com | lmcgowen@orrick.com |
| jkehoe@btkmc.com | jweiss@gibsondunn.com | lml@ppgms.com |
| jlamar@maynardcooper.com | jwest@velaw.com | lnashelsky@mofo.com |
| jlawlor@wmd-law.com | jwh@njlawfirm.com | loizides@loizides.com |
| jlee@foley.com | kanema@formanlaw.com | lromansic@steptoe.com |
| jlevitin@cahill.com | karen.wagner@dpw.com | lscarcella@farrellfritz.com |
| jlipson@crockerkuno.com | kdwbankruptcydepartment@kelleydrye.com | lschweitzer@cgsh.com |
| jlovi@steptoe.com | keckhardt@hunton.com | lsilverstein@potteranderson.com |
| jlscott@reedsmith.com | keith.simon@lw.com | lubell@hugheshubbard.com |
| jmaddock@mcguirewoods.com | ken.coleman@allenovery.com | lwhidden@salans.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | mabrams@willkie.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | maofiling@cgsh.com |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | marc.chait@sc.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | margolin@hugheshubbard.com |
| jmerva@fult.com | kjarashow@fklaw.com | mark.bane@ropesgray.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.deveno@bingham.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.ellenberg@cwt.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.sherrill@sutherland.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | martin.davis@ots.treas.gov |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | marvin.clements@ag.tn.gov |
| jorbach@hahnhessen.com | korr@orrick.com | matt@willaw.com |
| joseph.cordaro@usdoj.gov | kovskyd@pepperlaw.com | matthew.klepper@dlapiper.com |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | maustin@orrick.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | max.polonsky@skadden.com |
| jowolf@law.nyc.gov | kreynolds@mklawnyc.com | mbenner@tishmanspeyer.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | mberman@nixonpeabody.com |
| jpintarelli@mofo.com | kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mbienenstock@dl.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mbloemsma@mhjur.com |
| jrabinowitz@rltlawfirm.com | landon@streusandlandon.com | mbossi@thompsoncoburn.com |
| jrsmith@hunton.com | lapeterson@foley.com | mcademartori@sheppardmullin.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mccombst@sullcrom.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mcordone@stradley.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com | mcto@debevoise.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mcyganowski@oshr.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mdahlman@kayescholer.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | mdorval@stradley.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | melorod@gtlaw.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | meltzere@pepperlaw.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | metkin@lowenstein.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | mfeldman@willkie.com |
| jvail@ssrl.com | lkatz@ltblaw.com | mgordon@briggs.com |
| jwallack@goulstonstorrs.com | lmarinuzzi@mofo.com | mgreger@allenmatkins.com |

| | | |
|---|---|---|
| mh1@mccallaraymer.com | newyork@sec.gov | richard.tisdale@friedfrank.com |
| mhopkins@cov.com | nfurman@scottwoodcapital.com | richard@rwmaplc.com |
| michael.frege@cms-hs.com | nherman@morganlewis.com | ritkin@steptoe.com |
| michael.kelly@monarchlp.com | nissay_10259-0154@mhmjapan.com | rjones@boultcummings.com |
| michael.kim@kobrekim.com | nlepore@schnader.com | rleek@hodgsonruss.com |
| michael.mccrory@btlaw.com | notice@bkcylaw.com | rlevin@cravath.com |
| michael.reilly@bingham.com | oipress@travelers.com | rmatzat@hahnhessen.com |
| millee12@nationwide.com | otccorpactions@finra.org | rmcneill@potteranderson.com |
| miller@taftlaw.com | paronzon@milbank.com | rnetzer@willkie.com |
| mimi.m.wong@irscounsel.treas.gov | patrick.oh@freshfields.com | robert.bailey@bnymellon.com |
| mitchell.ayer@tklaw.com | paul.turner@sutherland.com | robert.dombroff@bingham.com |
| mjacobs@pryorcashman.com | pbattista@gjb-law.com | robert.henoch@kobrekim.com |
| mjedelman@vedderprice.com | pbosswick@ssbb.com | robert.malone@dbr.com |
| mjr1@westchestergov.com | pdublin@akingump.com | robert.yalen@usdoj.gov |
| mkjaer@winston.com | peisenberg@lockelord.com | robertdakis@quinnemanuel.com |
| mlahaie@akingump.com | peter.gilhuly@lw.com | robin.keller@lovells.com |
| mlandman@lcbf.com | peter.macdonald@wilmerhale.com | roger@rnagioff.com |
| mlichtenstein@crowell.com | peter.simmons@friedfrank.com | ronald.silverman@bingham.com |
| mlynch2@travelers.com | peter@bankrupt.com | ross.martin@ropesgray.com |
| mmendez@hunton.com | pfeldman@oshr.com | rqureshi@reedsmith.com |
| mmooney@deilylawfirm.com | phayden@mcguirewoods.com | rrainer@wmd-law.com |
| mmorreale@us.mufg.jp | pmaxcy@sonnenschein.com | rreid@sheppardmullin.com |
| mneier@ibolaw.com | ppascuzzi@ffwplaw.com | rrigolosi@smsm.com |
| monica.lawless@brookfieldproperties.com | ppatterson@stradley.com | rroupinian@outtengolden.com |
| mpage@kelleydrye.com | psp@njlawfirm.com | rrussell@andrewskurth.com |
| mparry@mosessinger.com | ptrain-gutierrez@kaplanlandau.com | rterenzi@stcwlaw.com |
| mpomerantz@julienandschlesinger.com | ptrostle@jenner.com | russj4478@aol.com |
| mprimoff@kayescholer.com | r.stahl@stahlzelloe.com | rwasserman@cftc.gov |
| mpucillo@bermanesq.com | raj.madan@bingham.com | rwyron@orrick.com |
| mrosenthal@gibsondunn.com | ramona.neal@hp.com | s.minehan@aozorabank.co.jp |
| mruetzel@whitecase.com | ranjit.mather@bnymellon.com | sabin.willett@bingham.com |
| mschimel@sju.edu | raul.alcantar@ropesgray.com | sabramowitz@velaw.com |
| mschlesinger@julienandschlesinger.com | rbeacher@pryorcashman.com | sabvanrooy@hotmail.com |
| msegarra@mayerbrown.com | rbyman@jenner.com | sagolden@hhlaw.com |
| mshiner@tuckerlaw.com | rdaversa@orrick.com | sally.henry@skadden.com |
| msiegel@brownrudnick.com | relgidely@gjb-law.com | sandyscafaria@eaton.com |
| msolow@kayescholer.com | rfleischer@pryorcashman.com | sara.tapinekis@cliffordchance.com |
| mspeiser@stroock.com | rfrankel@orrick.com | scargill@lowenstein.com |
| mstamer@akingump.com | rfriedman@silvermanacampora.com | schannej@pepperlaw.com |
| mvenditto@reedsmith.com | rgmason@wlrk.com | schepis@pursuitpartners.com |
| mwarren@mtb.com | rgraham@whitecase.com | schnabel.eric@dorsey.com |
| ncoco@mwe.com | rhett.campbell@tklaw.com | schristianson@buchalter.com |
| neal.mann@oag.state.ny.us | richard.fingard@newedge.com | schwartzmatthew@sullcrom.com |
| ned.schodek@shearman.com | richard.lear@hklaw.com | scottshelley@quinnemanuel.com |
| neilberger@teamtogut.com | richard.levy@lw.com | scousins@armstrongteasdale.com |

sdnyecf@dor.mo.gov

steven@blbglaw.com

sehlers@armstrongteasdale.com

seichel@crowell.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

streusand@streusandlandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

tgoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

thomas_noguerola@calpers.ca.gov

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

ukreppel@whitecase.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

yuwatoko@mofo.com

**EXHIBIT B**

| Fax | Name |
|---|---|
| 12126682255 | UST-DAVIS,GASPA,SCHW |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

jgiampolo@wmd-law.com

**EXHIBIT E**

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
jkabrams@gmail.com

**EXHIBIT F**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004-1408

**EXHIBIT G**

MALEVRI, MARIA AND ADAMANTOPOULOS, GEORGIOS        J.P. MORGAN (SUISSE) SA
C/O J.P. MORGAN (SUISSE) SA                        ATTN CORPORATE ACTIONS DEPARTMENT
ATTN: CORPORATE ACTIONS DEPARTMENT                 ATTN: MR. NIGEL SCAIFE
8, RUE DE LAW CONFEDERATION, PO BOX 5160           8 RUE DE LA CONFEDERATION
1211 GENEVA 11                                     PO BOX 5160
                                                   1211 GENEVA 11
                                                   SWITZERLAND

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| ADLER, MONA J. | 404 EAST 79TH STREET APT 28E NEW YORK NY 10021 |
| ALLRED, ANNIE | 6006 AUBURNDALE AVE APT D DALLAS TX 75205 |
| ALTIDOR, FRITZNER L. | 514 UNION ST LINDEN NJ 07036 |
| ARAMAYO, LUIS | 6038 HIGHLAND PL. WEST NEW YORK NJ 07093 |
| AREVALO, DORIS | 196 HUTTON STREET JERSEY CITY NJ 07307 |
| ARTESINI, MONICA | IMPRUFLING 29 FRANKFURT MAIN 60389 GERMANY |
| BAKER, CAROL | 24 CAYUGA ROAD BORDENTOWN NJ 08505 |
| BARICEVIC, JOANNA M. | 238 N RAILROAD AVE STATEN ISLAND NY 10304-4261 |
| BARNETT, MATTHEW LEWIS | 22 PRIORY ROAD RICHMOND SURRECT TW93DF UNITED KINGDOM |
| BENSON, CRAIG O. | 1411 NORTH STATE PKWY #35 CHICAGO IL 60610 |
| BERTAGNA, ROBERT | 234 EAST 62ND ST. NEW YORK NY 10065 |
| BHUTANI, SARABJIT S. | 10631 WOODCHASE CIRCLE ORLANDO FL 32836 |
| BIRASCHI,PAOLA | FLAT 73 BRYANSTON COURT II GEORGE STREET LONDON, GT LON W1H 7HD UNITED KINGDOM |
| BIRNEY, JANET | 464 BUFFALO CT. WEST NEW YORK NJ 07093 |
| BORY, CHARLES H. | 11 KENSINGTON STREET LIDO BEACH NY 11561 |
| BOSSUNG, BRETT | DLA PIPER LLP (US) ATTN: JEREMY JOHNSON 1251 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020-1104 |
| BOSSUNG, BRETT | 28 WEST 69TH STREET APARTMENT 6A NEW YORK NY 10023 |
| BOUTSIOULI, BARBARA | RATHENAUPLATZ 1 FRANKFURT D60313 GERMANY |
| BREWER, KAREN H | 79 POPLAR ROAD WIMBLEDON LONDON SW193JS UNITED KINGDOM |
| BROADBENT, WILLIAM | 75 PECKSLAND ROAD GREENWICH CT 06831 |
| BROOKS, DAVID J | 22 BARTLETT DR MANHASSET NY 11030-2121 |
| BURKE, TERENCE P | 10 NORTHWICK CIRCLE KENTON MDDSX HARROW HA3 0EJ UNITED KINGDOM |
| CAMPBELL, ROBERT H | 8124 SANDY HOOK DR CLINTON WA 98236-8937 |
| CARAGIULO, NICHOLAS | 137 VANDERBILT STREET BROOKLYN NY 11218 |
| CHADNEY, MICHAEL | 12 GRAND UNION WALK KENTISH TOWN RD LONDON NW1 9LP UNITED KINGDOM |
| CHAMBERLAIN, DANIELLE | 105 ABERDEEN RD MATAWAN NJ 07747 |
| CHAN, ANDREW L. | 191 BAY 46 ST BROOKLYN NY 11214 |
| CHANG, ALFREDO Y. | 16 MANOR ROAD OLD GREENWICH CT 06870 |
| CHIDAMBARAM, SETHURAMAN | 221 HAMPSHIRE DRIVE PLAINSBORO NJ 08536 |
| CHISHOLM, RUPERT F. | 249 OLD NORWALK RD NEW CANAAN CT 06840-6427 |
| CHU, HELEN | 22 APPLE TREE LN WARREN NJ 07059 |
| CIONGOLI, JEFFRY J. | 167 NORMA ROAD TEANECK NJ 07666 |
| CLOVES, STEVEN | 28 BENSON QUAY WAPPING E1W 3TR UNITED KINGDOM |
| COHEN, KENNETH | 50 GROSVENOR ROAD SHORT HILLS NJ 07078 |
| COHEN, KENNETH | DLA PIPER LLP (US) ATTN: JEREMY JOHNSON 1251 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020-1104 |
| COLLIER, MICHAEL | 69 HIGHFIELD WAY RICKMANSWORTH HERTS WD3 7PP UNITED KINGDOM |
| CONTI, ANGELA | 183 DOVER STREET BROOKLYN NY 11235 |
| COOKE, OLIVER | 15 LANGTON WAY LONDON SE3 7TL UNITED KINGDOM |
| CORDULA, PATRICK | TELEMANNSTRASSE 2 FRANKFURT D60323 GERMANY |
| CORETH, MAXIMILIAN | 93 MERCER STREET NEW YORK NY 10012 |
| CORETH, MAXIMILIAN | ROBERT K. GROSS, ESQ. EATON & VAN WINKLE LLP 3 PARK AVENUE, 16TH FLOOR NEW YORK NY 10016 |
| CORNEJO, EMIL | 420 EAST 58TH STREET NEW YORK NY 10022 |
| CUCOLO, MATTHEW | 26 INWOOD DR MANALAPAN NJ 07726 |
| CURTIS, CLARE E | 41 CARLISLE AVENUE HERTS ST. ALBANS AL35LX UNITED KINGDOM |
| D'AMADEO, JOSEPH G | 16 HASTINGS ROAD HOLMDEL NJ 07733-2818 |
| D'ARCANGELO, MICHAEL III | 20 ALPINE ROAD GREENWICH CT 06830 |
| DAUS, FRANZ-PETER | HAENDELSTRASSE 21 HE SELIGENSTADT D63500 GERMANY |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DE JESUS, NESTOR E | LA VILLA DE TORRIMAR REINA ANA STREET #163 GUAYNABO PR 00969 |
| DEAN, EMMA | 10 PIERHEAD WAPPING HIGH STREET LONDON E14 8BQ UNITED KINGDOM |
| DELANEY, STEVEN G | 4 VALLEY RIDGE ROAD HARRISON NY 10528-1208 |
| DELLARUSSO, RICHARD J. | 8 SUNSET ROAD DARIEN CT 06820 |
| DENNISON, G. MS. | 2 BIRDHURST 21 PORTLEY WOOD RD WHYTELEAFE, SURREY UNITED KINGDOM |
| DEWAN, JOAN M | 27 WOOD DRIVE NORWOOD MA 02062-3123 |
| DIRSCHBERGER, SALVATORE E. | FLAT 13 LUMIA LOFTS APARTMENT 160 TOWER BRIDGE ROAD LONDON SE1 3FG UNITED KINGDOM |
| DISABATO, KENNETH | 35 WALNUT ST NEW PROVIDENCE NJ 07974 |
| DMUCHOWSKI, JOHN J | 86 WINCHESTER DRIVE EAST WINDSOR NJ 08520 |
| DMUCHOWSKI, JOHN J | OMAR-JOHN C. CHAVEZ WENDY L. MAGER SMITH STRATTON WISE HEHER & BRENNAN LLP 21 RESEARCH WAY PRINCETON NJ 08540 |
| DOPLER, MARY T. | 160 CABRINI BLVD UNIT 117 NEW YORK NY 10033 |
| DUFFY, KATHLEEN C. | 375 SOUTHEND AVENUE APT 27A NEW YORK NY 10280 |
| DUNN, JOHN J. | 232 PARK AVE HUNTINGTON NY 11743-2703 |
| EASTICK, HELEN | 19 MULBERRY HILL SHENFIELD BRENTWOOD ESSEX CM 15 8JS UNITED KINGDOM |
| EISENBERG, IRWIN M. | 11 HICKORY COURT STATEN ISLAND NY 10309 |
| ENGEL, STEVEN | 15 ORAN PLACE MORGANVILLE NJ 07751 |
| ESCOBAR, CALIXTO M. JR. | 84 SHERIDAN AVE. STATEN ISLAND NY 10305 |
| FENNELL, CAROLE | 2292 8TH AVE. #3 NEW YORK NY 10027 |
| FERBER, MICHAEL | 5413 - 12 AVE BROOKLYN NY 11219 |
| FILLER, RONALD H. | 100 WARREN STREET APT# 1503 JERSEY CITY NJ 07302 |
| FISCHER, CHRISTIAN | ERLENWEG 9 HE LIEDERBACH D65835 GERMANY |
| FITZENBERGER, GERDA | GAERTNER STRASSE 7 HE HANAU D63450 GERMANY |
| FLYNN, PATRICK | 19 TENNYSON AVENUE WANSTEAD LONDON E11 2QN UNITED KINGDOM |
| FORSYTH, DAVID M. | 79 ROBINSON PLACE SHREWSBURY NJ 07702 |
| FRYER, DANIEL J. | 3 RIDGEWAY GARDENS WESTCLIFF ON SEA ESSEX SS0 8PZ UNITED KINGDOM |
| FU, CHANEL | 240-79 DEPEW AVE. DOUGLASTON NY 11363 |
| GAMBARDELLA, LISA | 80 BAY STREET LANDING APT 3B STATEN ISLAND NY 10301 |
| GELBAND, MICHAEL | 30 STEWART ROAD SHORT HILLS NJ 07078 |
| GHOSH, SHINJIT | 444 WASHINGTON BOULEVARD, APT 2220 JERSEY CITY NJ 07310 |
| GIACONE, PETER | 48 VANDERVEER COURT ROCKVILLE CENTRE NY 11570 |
| GIANFRANCO, PAPARELLA | VIA SAN SIMPLICIANO 2 20121 MILANO ITALY |
| GIBAULT, CAROLINE | BOL. AFANASSIEVSKIY PER., D. 41, KV. 6 MOSCOW 119019 RUSSIAN FEDERATION |
| GIESE, JOHN T. | 1927 N SEDGWICK ST APT 2R CHICAGO IL 60614-5422 |
| GLASER, ANDREAS | MARKTSTRASSE 1 FRANKFURT 60388 GERMANY |
| GLEN, JAMES J. | 100 CHESTNUT HILL DRIVE NEW PROVIDENCE NJ 07974 |
| GOLDBERG, DANIEL | 240-36 66 AVENUE DOUGLASTON NY 11362 |
| GOLDBERG, LOUISE | 6 RUSSELL GROVE MILL HILL LONDON NW73QX UNITED KINGDOM |
| GOLLIN, MARK D. | FIRTH HOUSE, HATCHFORD PARK OCKHAM LANE SURREY COBHAM KT11 1LR UNITED KINGDOM |
| GRAVES, ADRIAN T | 17 WILLOW WAY WING BEDS LEIGHTON BUZZARD LU7 0TJ UNITED KINGDOM |
| GRAY, L.A. MS. | 48 MAYLON CLOSE BRAINTREE ESSEX CM7 2QY UNITED KINGDOM |
| HABER, SANFORD A. | 30 INVERNESS COURT WHITE PLAINS NY 10605 |
| HAHN-COLBERT, SANDRA M | 70 BEAVER BROOK RD. HOLMES NY 12531 |
| HANSELL, PETER | 70 ELERS ROAD LONDON W139QD UNITED KINGDOM |
| HEBENBROCK, MONIKA | THOMAS-MANN-RING 16 HE DIETZENBACH D63128 GERMANY |
| HEDLUND, ROBERT G III | 126 GERRISH LANE NEW CANAAN CT 06840 |
| HIGGINS, CATHERINE M. | 7 FOREST WAY ORPINGTON KENT BRS 2AG UNITED KINGDOM |
| HOLLEB, THOMAS J. | 2023 N MOHAWK CHICAGO IL 60614 |

| Claim Name | Address Information |
|---|---|
| HORNICK, PETER | 243 WEST 98TH STREET APARTMENT 3D NEW YORK NY 10025 |
| HOULIHAN, BRENNA A. | 546 LOCUST ST MOUNT VERNON NY 10552-2607 |
| HOWARD, NICHOLAS P. | 114 WEST ROAD NEW CANAAN CT 06840 |
| HUTCHERSON, SOPHIE L | 7 BRACKEN AVENUE LONDON SW12 8BJ UNITED KINGDOM |
| ICASIANO, SERAFIN | 560 SUSSEX AVENUE MORRISTOWN NJ 07960 |
| JENDRUSIAK, KARINA | FREIHERR-VOM-STEIN-STRASSE 56 FRANKFURT HE D60323 GERMANY |
| JONES, ANDREW L. | 95 MERTON HALL ROAD WIMBLEDON LONDON SW193PX UNITED KINGDOM |
| KAMENOFF, NICK N | 20-05 42ND STREET ASTORIA NY 11105 |
| KAMENSKY, DANIEL | 11 GREENWAY ROSLYN NY 11576 |
| KENNEY, ARTHUR J. | 200 EAST END AVE, APT 5-DE NEW YORK NY 10128 |
| KILLIAN, GARY M. | 42 FOREST AVENUE RYE NY 10580 |
| KING, HARRIET CHAN | 395 SOUTH 2ND STREET #1 BROOKLYN NY 11211 |
| KIRK, ALEX | 75 CENTRAL PARK WEST APARTMENT 9D NEW YORK NY 10023 |
| KLINGER, JEFFREY M. | 4185 PARADISE DRIVE TIBURON CA 94920 |
| KOZLOV, ANATOLY | 82 ACORN STREET STATEN ISLAND NY 10306 |
| KRASNOPOLSKY, DAVID | 115 BELVIDERE RD GLEN ROCK NJ 07452 |
| KRAUSE, MICHAEL | 35 ROSE TRELLIS IRVINE CA 926030172 |
| KRAVETZ, LARRY J | 181 HAVILAND RD STAMFORD CT 06903 |
| KUN, WILLIAM | 1958 BARRY AVENUE LOS ANGELES CA 90025 |
| KUNZ, ROBERT F. | 1858 CLUB CIRCLE COURT PAWLEYS ISLAND SC 29585 |
| LAMMIN, STEVEN | 27 GLENRIDGE PKWY MONTCLAIR NJ 07042-5007 |
| LARIT, KEITH | 3 RAPHAEL WAY WESTPOINT, CT 06880 |
| LEE, MATTHEW | 247 DEAN STREET BROOKLYN NY 11217 |
| LEWIS, SARAH J | FLAT 12 WATERLOO MANSIONS 59 WEBBER STREET LONDON,ANT SE1 0RD UNITED KINGDOM |
| LIU, AMY | 2250 BROADWAY APT 6F NEW YORK NY 10024 |
| LIVINGSTONE, JONATHAN LOUIS | FLAT 3 16 FROGNAL GARDENS LONDON NW3 GUX UNITED KINGDOM |
| LOMBARDI, MARCELLO | VICTOR SLOTOSCH-STRASSE 5E HE FRANKFURT D60388 GERMANY |
| LOPRETE, BECKY | 223 YETMAN AVENUE STATEN ISLAND NY 10307 |
| LOZANO, ROSA | 74 WEST 92 ST APT 8E NEW YORK NY 10025 |
| LUKEN, PATRICIA M. | 200 MARYLEBONE RD. #51 LONDON NW1 5PW UNITED KINGDOM |
| MAHLER, JAY M. | PO BOX 1169 CHICAGO IL 60690-1169 |
| MARTIAK, YULIYA | 5 AVERY DR OLD BRIDGE NJ 08857 |
| MARTINELLI, JOHN E. | 30 HILLSIDE AVE CEDAR GROVE NJ 07009 |
| MARTINOVIC, MARIO | STEINKAUTEWEG 10 MUEHLHEIM 63165 GERMANY |
| MARTYN, LYNETTE | 18 EUSTIS ST ARLINGTON MA 02476-7611 |
| MCCULLY, MICHAEL K. | 340 EAST 23RD STREET APARTMENT 5M NEW YORK NY 10010-4747 |
| MCGEE, HUGH | 5457 HOLLY SPRINGS HOUSTON TX 77056 |
| METAXAS, JAMES | 717 BIG RIDGE ESTS EAST STROUDSBURG PA 18302-7701 |
| MICHAELS, JEFFREY A. | 147 BOULEVARD MOUNTAIN LAKES NJ 07046 |
| MILEWITS, ALYSSA | 400 EAST 84TH STREET APT 12C NEW YORK NY 10028 |
| MITCHELL, LEE | 41 AMBROSE LANE HARPENDEN HERTS AL5 4BU UNITED KINGDOM |
| MO KAN LI | 166-05  76TH AVE. FRESH MEADOWS NY 11366 |
| MOHR, SCOTT W. | 322 HARBOR ROAD SOUTHPORT CT 06890 |
| MONTELLA, MICHAEL | 95 SHOREHAM ROAD MASSAPEQUA NY 11758 |
| MOSLEY, KARAN | 188 ELMWYND DRIVE ORANGE NJ 07050 |
| MULLEN, MICHAEL J. | 396 NORTH STREET GREENWICH CT 06830 |
| NANCOZ, SALLY | 45 BIRKENDENE RD CALDWELL NJ 07006 |
| NANKA-BRUCE, ODAATEI | 70 EARLHAM ROAD NORUICH NR2 3DF UNITED KINGDOM |
| NELSON, ANDREW M. | 9 HARBORD STREET LONDON SW6 6PL UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| NEVILLE, IAN A | 30 FARM ROAD RAINHAM,ESSEX RM13 9JU UNITED KINGDOM |
| NEWMAN, MARK H | FLAT 7 44 SLOANE STREET LONDON SW1X 9LU UNITED KINGDOM |
| NISCO,MARIE R. | 16126 N 171ST DRIVE SURPRISE AZ 85378 |
| NUZZELA, DANIELLE | 346 CASWELL AVE STATEN ISLAND NY 10314 |
| ODRICH, MICHAEL J. | 425 ROUND HILL ROAD GREENWICH CT 06831 |
| OLIVIER, HELMUT | UNTERER MITTEL WEG 39 HE BAD HOMBURG D61352 GERMANY |
| ORLAN, FRED | 180 HIGHLAND AVENUE SHORT HILLS NJ 07078 |
| OTAMENDI, MIGUEL | CALLE FRANCISCO SUAREZ 23, E.A., 2I MADRID 28036 SPAIN |
| OVERLANDER, KEITH F. | 34 WALTER LANE MANHASSET NY 11030 |
| PATEL, BHAVNA | 19 DORSET DRIVE KENILWORTH NJ 07033 |
| PATEL, SHAILY B. | 5109 S LA SEDONA CIR DELRAY BEACH FL 33484-8742 |
| PATTERSON, MARTIN | FOREST LODGE, NEW LODGE CHASE LITTLE BADDOW ESSEX CM3 4AZ UNITED KINGDOM |
| PEDONE, MICHAEL | 1100 PARK AVENUE APT 11-C NEW YORK NY 10128 |
| PEISKER, GERHARD | PHILIPP-REIS-STR 27 FRANKFURT/M 60486 GERMANY |
| PELAYO, CARLOS | 88 OXFORD STREET GLEN RIDGE NJ 07028 |
| PENCU, RALUCA | 325 EAST 77TH ST. APT 5G NEW YORK NY 10075 |
| PETRUCELLI, MICHAEL J. | 305 OTTAWA LANE OAK BROOK IL 60523 |
| PETTET, SHELLEY RAE SCH | 13126 W 59TH PL ARVADA CO 80004 |
| PLAVAN, KATHERINE L. | 11 WEST 69TH STREET APT 6C NEW YORK NY 10023 |
| PRANAITIS, JEFFREY D. | 14 DUCK POND RD DEMAREST NJ 07627-2307 |
| PRESTON, GERAINT N | 75 WALL STREET APT. 22M NEW YORK NY 10005 |
| PULIDO-CROWE, OLGA A. | 45 CATALPA DRIVE ATHERTON CA 94027 |
| QUINONES, RICHARD | 327 WEST 83RD STREET - APT. 4A NEW YORK NY 10024 |
| RABIN, ELI | 1213 WEST LAURELTON PARKWAY TEANECK NJ 07666 |
| RAHMAN, MOHAMMED M | 245 MAIN STREET APT 5A MILLBURN NJ 07041 |
| RAY, RAJ T | 2 THE FURLOUGH PEMBROKE ROAD WOKING, SURREY GU22 7EB LONDON UNITED KINGDOM |
| RAYMOND, RICK | 1209 EAST 55TH STREET BROOKLYN NY 11234 |
| RHYS-TAYLOR, OPAL D | 99 GONVILLE ROAD THORTON HEATH CROYDON SURREY CR7 6DF UNITED KINGDOM |
| RODRIGUEZ, NANCY | 1111 STANFORD ST. SANTA MONICA CA 90403 |
| RODRIGUEZ, NANCY | 1111 STANFORD ST SANTA MONICA CA 904034713 |
| RODRIGUEZ-COLON, ELIZABETH | URB. DOS PINOS 784 CALLE LINCE SAN JUAN PR 00923 |
| ROSE, SARAH E | 1533 LONDON ROAD ESSEX LEIGH ON SEA SS92SF UNITED KINGDOM |
| ROSS, MEREDITH H | 2882 WEST 232ND STREET TORRANCE CA 90505 |
| RUSSELL, MARK | 11 HAMILTON RD SHORT HILLS NJ 07078 |
| RUTTER, JAY P. | 16 REDMOND DR. MADISON NJ 07940 |
| SAKER, BRIAN HUGH | 67 CISSBURY RING SOUTH LONDON N12 7BG UNITED KINGDOM |
| SALVATORE, JULIANNE | 309 101ST STREET BROOKLYN NY 11209 |
| SALZMAN, ERIC | 6 SYCAMORE DRIVE PORT WASHINGTON NY 11050 |
| SANTODOMINGO MARTELL, ALVARO | C/ JOSE SILVA 24, BJ-D MADRID 28043 SPAIN |
| SANTODOMINGO MARTELL, ALVARO | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: ELLEN HAYES & RICH MERTL. 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022 |
| SARIC, RENATO | JUGENHEIMER STRASSE 23 HE FRANKFURT M. 60528 GERMANY |
| SCAMUFFO, JOSEPH | 58 LEDGEWOOD DRIVE WILTON CT 06897 |
| SCHAEFER, JEFF | C/O HAYNES AND BOONE, LLP ATTN: PETER C. RUGGERO 1221 MCKINNEY STREET, SUITE 2100 HOUSTON TX 77010 |
| SCHAUB, MARY-ELIZABETH | 513 ENGLISH PL MAMARONECK NY 10543 |
| SEERY, JAMES P | 77 LAKE ROAD GREENLAWN NY 11740-1807 |
| SENIOR, MARION J | 106 JAMAICA STREET STEPNEY LONDON E1 3HY UNITED KINGDOM |
| SEWARD, BRIAN | 56 LODGE ROAD BRAINTREE, ESSEX CM7 1JB UNITED KINGDOM |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SHAH, ASHISH C | 1441 THIRD AVENUE APARTMENT 12C NEW YORK NY 10028 |
| SHANNON, WILLIAM E | 711 BIRCHWOOD DRIVE WESTBURY NY 11590 |
| SHAPIRO, ROSS B. | 205 WEST END AVENUE APT. 8N NEW YORK NY 10023 |
| SHEK-FREEDMAN, ADA | 521 74TH STREET BROOKLYN NY 11209 |
| SHLIMON, MICHELLE | 3241 C. CLIFTON # 2 CHICAGO IL 60657 |
| SILVERS, STEVEN T. | 12 SAGAMORE WAY SOUTH JERICHO NY 11753 |
| SIMONS, LAWRENCE G. | 35 PAMELA ROAD CORTLANDT MANOR NY 10567 |
| SINER, JASON | 3508 PALAIS TERRACE LAKE WORTH FL 33449-8063 |
| SINN, ADAM | 3333 ALLEN PKWY UNIT 1605 HOUSTON TX 77019-1844 |
| SIU, RICHARD | 191 CLINTON ST APT 3D BROOKLYN NY 11201-6299 |
| SMITH, MARGARET E | 19 TRINITY GROVE BENGEO HERTFORD, HERTS SG143HB UNITED KINGDOM |
| SNELLING, STEPHEN J | 17 THORNFIELD ROAD HERTS BISHOP'S STORTFORD CM232RB UNITED KINGDOM |
| SOLINGER, MARTHA E. | 75 HARMON AVENUE PELHAM NY 10803 |
| STEINBERG, DARRYL | C/O LBHI 101 HUDSON STREET, 11TH FLOOR JERSEY CITY NJ 07302 |
| STEINBERG, DARRYL | 145 WEST 67TH STREET #24C NEW YORK NY 10023 |
| STUCCHIO, ANTHONY | 1148 85TH STREET BROOKLYN NY 11228 |
| SULLIVAN, MANDY L | FLAT 20 THE GRAINSTORE 4 WESTERN GATEWAY LONDON E1G 1BA UNITED KINGDOM |
| SUTTON, JULIAN R | 33 PINE GROVE BROOKMANS PARK HERTS AL9 7BP UNITED KINGDOM |
| SWEENEY, BRAD | 235 W 56TH ST. #33E NEW YORK NY 10019 |
| TAM, JACKSON | 60 HESTER ST. A2 NEW YORK NY 10002 |
| THOMPSON, SARAH C. | 96 EVERGREEN AVE RYE NY 10580 |
| TOSCANI, EDOARDO | VIALE DON MINZONI 38 BRESSO-MILAN 20091 ITALY |
| TOSCANI, EDOARDO | CHARLES RUSSELL LLP 5 FLEET PLACE LONDON EL4M 7RD UNITED KINGDOM |
| TRAILL, TRICIA A | 700 FIRST STREET APT. #4K HOBOKEN NJ 07030 |
| TSESMELIS, NICOLE E. | 10 VANDERLYN DRIVE MANHASSET NY 11030 |
| UPTON, EMILY S | 79 BANGALORE STREET LONDON SW15 1QF UNITED KINGDOM |
| VENEGAS, ROSA E. | PO BOX 2389 ASTORIA NY 11102-0389 |
| VOLINI, PIERLUIGI | LONG MEADOW BICKLEY PARK ROAD BROMLEY, KENT BR1 ZAS UNITED KINGDOM |
| VOLPE, DARCY L. | 825 KETCH DR APT 300 NAPLES FL 34103-4183 |
| WALESCH, JAY E | 1665 ADAIR BLVD CUMMING GA 30040 |
| WALSH, MARK | DLA PIPER LLP (US) ATTN: JEREMY JOHNSON 1251 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020-1104 |
| WALSH, MARK | 9 PINE ISLAND ROAD RYE NY 10285 |
| WARD, PETER | 2816 RIVERSIDE DRIVE WANTAGH NY 11793 |
| WATERS, ANDREW THOMAS | 5617 CHATEAU DRIVE SACHSE TX 75048 |
| WECKER, JEFFREY | KATTEN MUCHIN ROSENMAN LLP ATTN: STEVEN G. ECKAUS, ESQ. 575 MADISON AVENUE NEW YORK NY 10022 |
| WECKER, JEFFREY | 198 MIDDLE LINE HIGHWAY SOUTHAMPTON NY 11968 |
| WELCH, MICHAEL GODFREY | 3637 N. HAMILTON AVE. CHICAGO IL 60618 |
| WELSH, JOHN M. | 4 BROOKSIDE AVENUE RIDGEWOOD NJ 07450 |
| WILKINSON, TIMOTHY B | CORNER COTTAGE PARSONAGE LANE ESSEX LITTLE BADDOW CHELMSFORD CM3 4SU UNITED KINGDOM |
| WILSON, DAVID FLORES | 110 3RD AVENUE 5A NEW YORK NY 10003 |
| WILSON, GRAHAM RAYMOND | RUFFIELD HILL BROW BROMLEY BR1 2PQ UNITED KINGDOM |
| WINTER, HANS | ESCHENBACHSTRAAYE 33 FRANKFURT HE 60596 GERMANY |
| WITKIN, MICHAEL | 17 TREWBRIDGE CT PRINCETON NJ 08540 |
| WITKIN, MICHAEL | 17 TREBRIDGE CT. PRINCETON NJ 08540 |
| YEUNG, BRIAN | 140-37 CHERRY AVENUE APT #5B FLUSHING NY 11355 |
| YOSHIMURA, ROBIN K. | 1304 VUELTA PLACE PALOS VERDES ESTATES CA 90274 |
| YOSHIMURA, ROBIN K. | 1304 VUELTA PLACE PALO VERDES ESTATES CA 90274 |

| Claim Name | Address Information |
| --- | --- |
| ZALOUM, PHILIP B | 252 STRADBROKE GROVE CLAYHALL ILFORD ESSEX 1G5 0DQ UNITED KINGDOM |

**Total Creditor count  238**

**EXHIBIT I**

Stamell & Schager, LLP
Attn:  Richard J. Schager, Jr.
One Liberty Plaza, 35th Floor
New York, NY 10006-1404

Dewey Pegno & kramarsky LLP
Attn.: David S. Pegno, Esq.
777 Third Ave., 37th Floor
New York, NY 10017

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| MONAHAN, BRIAN W. | 2 HANCOCK PLACE IRVINGTON NY 10533 |
| MOORE, CHARLES C. | MICHAEL DAL DAGO, ESQ MORRISON COHEN LLP 909 THIRD AVENUE NEW YORK NY 10022 |
| MOORE, CHARLES C. | 10 SUSSEX AVENUE BRONXVILLE NY 10708 |
| O'BRIEN, BARRY J. | 22 MEADOWBROOK ROAD SHORT HILLS NJ 07078-3316 |
| PARK, EDWARD | 130 WEST 30THSTREET APT 15A NEW YORK NY 10001 |
| PARK, EDWARD | MICHAEL DAL LAGO, ESQ MORRISON COHEN LLP 909 THIRD AVENUE NEW YORK NY 10022 |

**Total Creditor count  6**

**EXHIBIT K**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| MOORE, CHARLES C. | MICHAEL DAL DAGO, ESQ MORRISON COHEN LLP 909 THIRD AVENUE NEW YORK NY 10022 |
| MOORE, CHARLES C. | 10 SUSSEX AVENUE BRONXVILLE NY 10708 |
| PARK, EDWARD | 130 WEST 30THSTREET APT 15A NEW YORK NY 10001 |
| PARK, EDWARD | MICHAEL DAL LAGO, ESQ MORRISON COHEN LLP 909 THIRD AVENUE NEW YORK NY 10022 |

**Total Creditor count  4**