UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
: 
In re                                                                    :    Chapter 11 Case No.
                                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                                         :    (Jointly Administered)
                        Debtors.                                :
                                                                         :
----------------------------------------------------------------------x   Ref. Docket Nos. 29213, 29214,
                                                                              29270, 29274, 29333-29340, 29347,
                                                                              29349

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 13, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
25th day of July, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 29213, 29214, 29270...29340, 29347, 29349_AFF_07-13-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>    Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CITIGROUP FINANCIAL PRODUCTS, INC.              CITIGROUP FINANCIAL PRODUCTS, INC.
      TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
      ATTN: ROHIT BANSAL                              ATTN: DOUGLAS R. DAVIS
      390 GREENWICH STREET, 4TH FLOOR                 1285 AVENUE OF THE AMERICAS
      NEW YORK NY 10013                               NEW YORK NY 10019
```

Please note that your claim # 17423-05 in the above referenced case and in the amount of
    $36,562,517.77   allowed at $25,000,000.00        has been transferred **(unless previously expunged by court order)**

```
      EMPYREAN INVESTMENTS, LLC
      TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC.
      STERLING HATHAWAY
      EMPYREAN CAPITAL PARTNERS, LP
      10250 CONSTELLATION BLVD., STE 2950
      LOS ANGELES CA 90067
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 29270     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/13/2012                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 13, 2012.

# EXHIBIT B

```
TIME: 17:42:49                                         LEHMAN BROTHERS HOLDING INC.                                                         PAGE:    1
DATE: 07/13/12                                              CREDITOR LISTING

Name                                                    Address
BANCA MONTE DEI PASCHI DI SIENA S.P.A       ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA  53100 ITALY
BANCA POPOLARE DI MILANO S.C.A.R.L.         TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A ATTN: MARIA TERESA GUERRA PIAZZA MEDA N. 4 MILANO  20121 ITALY
CAPITAL PARTNERS SECURITIES CO., LTD        TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: FUMIO KOJIMA ASAHI BUILDING, 6TH FLOOR 3-12-2 NIHONBASHI, CHUO-KU TOKYO  103-0027 JAPAN
CHASE LINCOLN FIRST COMMERCIAL              TRANSFEROR: GOLDENTREE CREDIT OPPORTUNITIES FINANCING I, LTD ATTN: JEFFREY L. PANZO MAIL CODE NY1-M138 383 MADISON AVENUE - FLOOR 37
 CORPORATION                                 NEW YORK NY  10179
CHASE LINCOLN FIRST COMMERCIAL              TRANSFEROR: GOLDENTREE CREDIT OPPORTUNITIES MASTER FUND LTD ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
 CORPORATION                                 NEW YORK NY  10179
CHASE LINCOLN FIRST COMMERCIAL              TRANSFEROR: GOLDENTREE MASTER FUND II, LTD. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
 CORPORATION                                 NEW YORK NY  10179
CITIGROUP FINANCIAL PRODUCTS, INC.          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY  10019
CITIGROUP FINANCIAL PRODUCTS, INC.          TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY  10013
EMPYREAN INVESTMENTS, LLC                   TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950
                                             LOS ANGELES CA  90067
EMPYREAN INVESTMENTS, LLC                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950
                                             LOS ANGELES CA  90067
GOLDENTREE CREDIT OPPORTUNITIES             TRANSFEROR: GOLDENTREE LEVERAGE LOAN MASTER FUND LTD C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: MAREK BROZYNA
 FINANCING I, LTD                            300 PARK AVENUE, 21ST FLOOR NEW YORK NY  10022
GOLDENTREE CREDIT OPPORTUNITIES MASTER      BROWN RUDNICK LLP ATTN: TIMOTHY C. BENNETT, ESQ. SEVEN TIMES SQUARE NEW YORK NY  10036
 FUND LTD
GOLDENTREE CREDIT OPPORTUNITIES MASTER      C/O GOLDENTREE ASSET MANAGEMENT LP ATTN: KAREN WEBER 300 PARK AVENUE 21ST FLOOR NEW YORK NY  10022
 FUND LTD
GOLDENTREE MASTER FUND II, LTD.             TRANSFEROR: GTAM FUND I, LTD C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: MAREK BROZYNA 300 PARK AVENUE, 21ST FLOOR NEW YORK NY  10022
GOLDMAN SACHS LENDING PARTNERS LLC          TRANSFEROR: SOCIETE GENERALE ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ  07302
GROOT, N.M.H.                               CORM. BOLDINGSTRAAT 22 VOLENDAM  1132 VE NETHERLANDS
JUFFERMANS, J.J.M.                          HERMELIJNVLINDER 48 LEIDEN  2317 KD NETHERLANDS
ROSEMULLER, H.M.B.                          AH TER HORSTLAAN 6 RYSSEN  9461 PC NETHERLANDS
STICHTING ROSENSTOCK HUESSY                 T.A.V. D. KOERS WILHELMINAPARK 28/29 HAARLEM  2012 KC NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: GROOT, N.M.H. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: JUFFERMANS, J.J.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: ROSEMULLER, H.M.B. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: STICHTING ROSENSTOCK HUESSY ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: TH.M. THIEN E/O PAM THIEN-VANDER HEIJDEN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
TH.M. THIEN E/O PAM THIEN-VANDER HEIJDEN    W.J. HEYNEN BEHEER BV ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
                                             LAAN 100 'S-HERTOGENBOSCH  5224 BX NETHERLANDS
UBS AG, LONDON BRANCH                       TRANSFEROR: CAPITAL PARTNERS SECURITIES CO., LTD ATTN: KAZUYA ICHIKAWA AND MARIE MIYAZAWA (TOKYO) 1 FINSBURY AVENUE
                                             LONDON  EC2M 2PP UNITED KINGDOM
UBS AG, LONDON BRANCH                       TRANSFEROR: ZURICH LIFE INSURANCE ITALIA S.P.A ATTN: SHARON CANHAM ONE FINSBURY AVENUE LONDON  EC2M 2PP UNITED KINGDOM
W.J. HEYNEN BEHEER BV                       JULIANALAAN 68 KAAG  2159 LD NETHERLANDS
ZURICH LIFE INSURANCE ITALIA S.P.A          C/O PAOLO PENCO ZURICH ITALIA VIA B. CRESPI, 23 MILANO  20159 ITALY
ZURICH LIFE INSURANCE ITALIA S.P.A          SILVANA VALANZIO GENERAL COUNSEL ZURICH INSURANCE ITALY VIA B. CRESPI 23 MILAN  ITALY
ZURICH LIFE INSURANCE ITALIA S.P.A          MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY  10019
ZURICH LIFE INSURANCE ITALIA S.P.A          MARY LYN DENIRO, ESQ. ZURICH - NY LEGAL 105 EAST 17TH ST. NEW YORK NY  10003
ZURICH LIFE INSURANCE ITALIA S.P.A          ANDY SMART ZURICH LIFE INSURANCE COMPANY THE GRANGE BISHOP'S CLEEVE CHELTENHAM - GLOS.  GL52 8XX UNITED KINGDOM


Total Number of Records Printed    34                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```