UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                  :
In re                                             :    Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :    08-13555 (JMP)
                                                  :    (Jointly Administered)
                    Debtors.                      :
                                                  :
-------------------------------------------------------------------x    Ref. Docket Nos. 29353, 29355,
                                                       29356, 29358, 29360-29365, 29368


### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 16, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
25th day of July, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

----------------------------------------

In re                                    |        Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |        08-13555 (JMP)
                                         |
                                         |        (Jointly Administered)
                    Debtors.             |

----------------------------------------

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C.
          ATTN: MR. MARIO MUSSO
          CORSO ITALIA, 4
          ALBA (CUNEO)   12051
          ITALY

Please note that your claim # 48659-17 in the above referenced case and in the amount of
       $21,226.50  allowed at $21,277.22        has been transferred **(unless previously expunged by court order)**

          CASSA DI RISPARMIO DI BRA S.P.A.
          TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C.
          ATTN: GABUTTI LUIGI
          VIA PRINCIPI DI PIEMONTE, 12
          BRA (CUNEO)   12042
          ITALY

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 29365      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/16/2012                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 16, 2012.

**EXHIBIT B**

PAGE:   1

TIME: 16:53:29
DATE: 07/16/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. | ATTN: MR. MARIO MUSSO CORSO ITALIA, 4 ALBA (CUNEO)  12051 ITALY |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULIO DOUHET, 31 ROMA  00163 ITALY |
| BANCA MEDIOLANUM S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A ATTN: HEAD OF OPERATION CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO (MI)  20080 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA  53100 ITALY |
| BANCO DI DESIO E DELLA BRIANZA SPA | VIA ROVAGNATI, 1 DESIO (MB)  20133 ITALY |
| CAPITAL PARTNERS SECURITIES CO., LTD | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: FUMIO KOJIMA ASAHI BUILDING, 6TH FLOOR 3-12-2 NIHONBASHI, CHUO-KU TOKYO  103-0027 JAPAN |
| CASSA DI RISPARMIO DI BRA S.P.A. | TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. ATTN: GABUTTI LUIGI VIA PRINCIPI DI PIEMONTE, 12 BRA (CUNEO)  12042 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA  42100 ITALY |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: BANCA FIDEURAM S.P.A ATTN: STEFANIA CATELLANI VIA GANDHI 2/C REGGIO EMILIA  42123 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: BERTRAND EFISIO VIA EMILIA S. PIETRO 4 REGGIO EMILIA  20121 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA  42121 ITALY |
| PRIVATBANK IHAG ZURICH AG | ATTN: JIRG RAGAZ BLEICHERWEG 18 ZURICH  CH-8022 SWITZERLAND |
| UBI BANCA S.C.P.A. | TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA ATTN: FABIO BOSCHIAN UFFICIO AMMINISTRAZIONE TITOLI ESTERI VIA CAVRIANA, 20 MILANO - MI  20134 ITALY |
| UBS AG, LONDON BRANCH | TRANSFEROR: CAPITAL PARTNERS SECURITIES CO., LTD ATTN: KAZUYA ICHIKAWA AND MARIE MIYAZAWA (TOKYO) 1 FINSBURY AVENUE LONDON EC2M 2PP UNITED KINGDOM |
| UNIONE DI BANCHE ITALIANE S.C.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A. C/O UBI BANCA ATTN: FABIO BOSCHIAN VIA CAVRIANA 20 MILANO  20134 ITALY |
| VARDE FUND VI-A, L.P., THE | TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER), L.P., THE | TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| YORVIK PARTNERS LLP | TRANSFEROR: PRIVATEBANK IHAG ZURICH AG 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed   20

EPIQ BANKRUPTCY SOLUTIONS, LLC