UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. : 
: 
---------------------------------------------------------------x   Ref. Docket Nos. 29354, 29366,
29369, 29371-29374, 29376, 29385-
29388, 29398

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 17, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
25th day of July, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 29647    Filed 07/25/12    Entered 07/25/12 22:28:32    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND L.P.
      TRANSFEROR: ILLIQUIDX LTD
      ALDEN GLOBAL CAPITAL
      ATTN: CHRIS SCHOLFIELD
      885 THIRD AVENUE
      NEW YORK NY 10022
```

Please note that your claim # 42667-02 in the above referenced case and in the amount of
    $712,500.00   allowed at $709,552.88         has been transferred (**unless previously expunged by court order**)

```
      LIQUIDATION OPPORTUNITIES MASTER FUND, LP
      TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND L.P.
      ATTN: CHRIS SCHOLFIELD
      ALDEN GLOBAL CAPITAL
      885 THIRD AVENUE
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 29369       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/17/2012                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 17, 2012.

# EXHIBIT B

```
TIME: 17:40:25                                               LEHMAN BROTHERS HOLDING INC.                                               PAGE:    1
DATE: 07/17/12                                                    CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND L.P. | TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| BANCO DE GUAYAQUIL S.A. | ANDRES CRESPO REINBERG AVENIDA 9 DE OCTUBRE 109 MALECO, PISO 2 OF 1 GUAYAQUIL ECUADOR |
| BANCO DE GUAYAQUIL S.A. | EC. MIGUEL G. MACIAS YEROVI GERENTE FINANCIERO PICHINCHA 107 Y P. ICAZ, MATRIZ PISO 2 GUAYAQUIL ECUADOR |
| BARCLAYS BANK PLC | ANTHONY VITELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BANCO DE GUAYAQUIL S.A. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LOGISTICS INDEMNITY, LTD. CORPORATE TRUST ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK **NY** 10019 |
| BERGSHA, W.J.M. | TRASMOLEN 30 MAKKUM 8754 GH NETHERLANDS |
| BROUNTS-R.G.J. | OLIE-EINDSTR.-5 SCHIJNIDEL 5481 XN NETHERLANDS |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) | TRANSFEROR: GOOD STEWARD TRADING COMPANY SPC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| CAPITAL PARTNERS SECURITIES CO., LTD | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: FUMIO KOJIMA ASAHI BUILDING, 6TH FLOOR 3-12-2 NIHONBASHI, CHUO-KU TOKYO 103-0027 JAPAN |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: GOLDENTREE CREDIT OPPORTUNITIES FINANCING I, LTD ATTN: JEFFREY L. PANZO MAIL CODE NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: GOLDENTREE CREDIT OPPORTUNITIES MASTER FUND LTD ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: GOLDENTREE MASTER FUND II, LTD. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| ELLIOTT ASSOCIATES, L.P. | ANNEMARIE JACOBSEN/DAVID SHORT CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN/ROBERT RYAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| HOF HOORNEMAN INVESTMENT FUNDS NV | TRANSFEROR: YORVIK PARTNERS LLP FOR SUBFUND PHOENIX FUND NV (HOF HOORNAMAN BANKIERS) OOSTHAVEN 52 GOUDA 2801 PE THE NETHERLANDS |
| LIQUIDATION OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND L.P. ATTN: CHRIS SCHOLFIELD ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: MORTON FAMILY TRUST ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LOGISTICS INDEMNITY, LTD. CORPORATE TRUST | THE PRIVATEBANK AND TRUST CO., AS TRUSTEE ATTN: BRIAN LANDZAAT 1401 BRENTWOOD BLVD 2ND FLOOR ST. LOUIS MO 63144 |
| MORTON FAMILY TRUST | MR. LON MORTON 23945 CALABASAS ROAD #203 CALABASAS CA 91302 |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: BERGSHA, W.J.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: BROUNTS-R.G.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: VAN'T HOOG, E.A. EN/OF I.F.E. IDE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| UBS AG, LONDON BRANCH | TRANSFEROR: CAPITAL PARTNERS SECURITIES CO., LTD ATTN: KAZUYA ICHIKAWA AND MARIE MIYAZAWA (TOKYO) 1 FINSBURY AVENUE LONDON EC2M 2PP UNITED KINGDOM |
| VAN'T HOOG, E.A. EN/OF I.F.E. IDE | JOHAN DE WITTSTRAAT 3 HILVERSUM 1215 GT NETHERLANDS |
| WARWICKSHIRE HOLDINGS LLC | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019-4001 |
| YORVIK PARTNERS LLP | TRANSFEROR: SWIRE HOLDINGS LIMITED ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed    27

EPIQ BANKRUPTCY SOLUTIONS, LLC