UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                        :
In re                                                   :      **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.,*             :      **08-13555 (JMP)**
                                                        :      **(Jointly Administered)**
                                Debtors.                :
                                                        :
------------------------------------------------------------------------x      **Ref. Docket No. 29406**


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 18 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
25th day of July, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfer 29406_AFF_07-18-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |     Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |     08-13555 (JMP)
                                       |
                                       |     (Jointly Administered)
              Debtors.                 |
                                       |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:   CHARLES SCHWAB TRUST COMPANY
           C/O WESTERN ASSET MANAGEMENT COMPANY
           ATT: LEGAL DEPT W-2232
           385 E. COLORADO BLVD
           PASADENA CA 91101
```

Please note that your claim # 20988 in the above referenced case and in the amount of
     $239,440.86  allowed at $85,406.85        has been transferred **(unless previously expunged by court order)**

```
           JPMORGAN CHASE BANK, N.A.
           TRANSFEROR: CHARLES SCHWAB TRUST COMPANY
           ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
           ONE CHASE MANHATTAN PLAZA - FLOOR 26
           NEW YORK NY 10005
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 29406      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/18/2012                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 18, 2012.

# EXHIBIT B

TIME: 18:35:37
DATE: 07/18/12

PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| CHARLES SCHWAB TRUST COMPANY | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-2232 385 E. COLORADO BLVD PASADENA CA 91101 |
| CHARLES SCHWAB TRUST COMPANY | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 2232 385 E. COLORADO BLVD. PASADENA CA 91101 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CHARLES SCHWAB TRUST COMPANY ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |

Total Number of Records Printed          3

EPIQ BANKRUPTCY SOLUTIONS, LLC