```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :
In re                                                           :   Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,                          :   08-13555 (JMP)
                                                                :   (Jointly Administered)
                                  Debtors.                      :
                                                                :
----------------------------------------------------------------x   Ref. Docket Nos. 29182, 29183,
                                                                    29186, 29433, 29440-29442, 29444,
                                                                    29446, 29449, 29450, 29458
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 19, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
25th day of July, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: **FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP
      TRANSFEROR: ILLIQUIDX LTD
      C/O ALDEN GLOBAL CAPITAL
      ATTN: CHRIS SCHOLFIELD
      885 THIRD AVENUE
      NEW YORK NY 10022
```

Please note that your claim # 49651-01 in the above referenced case and in the amount of $364,630.81   allowed at $356,817.07   has been transferred **(unless previously expunged by court order)**

```
      ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP
      TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP
      C/O ALDEN GLOBAL CAPITAL
      ATTN: CHRIS SCHOLFIELD
      885 THIRD AVENUE
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 29433     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/19/2012                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 19, 2012.

# EXHIBIT B

```
TIME: 17:55:26                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 07/19/12                                         CREDITOR LISTING

Name                                         Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES         TRANSFEROR: ILLIQUIDX LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, LP
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER     TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
  FUND, LP                                     NEW YORK NY 10022
BANCA FIDEURAM S.P.A                         TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: EMANUELE CASTRO LEGAL DEPARTMENT P.LE G. DOUHET 31 ROMA  00143 ITALY
                                               PIAZZALE GIULIO DOUHET, 31 ROMA  00163 ITALY
BANCA FIDEURAM S.P.A.                        TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: EMANUELE CASTRO LEGAL DEPARTMENT P.LE G. DOUHET 31 ROMA  00143 ITALY
BANCA POPOLARE DELL'EMILIA ROMAGNA S.C.       TRANSFEROR: BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S. VIA SAN CARLO 8/20 MODENA  41121 ITALY
BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S.      ATTN: ATOS CAVAZZA VIA FARINI, 17 BOLOGNA  40124 ITALY
CAPITAL PARTNERS SECURITIES CO., LTD         TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: FUMIO KOJIMA ASAHI BUILDING, 6TH FLOOR 3-12-2 NIHONBASHI, CHUO-KU TOKYO  103-0027 JAPAN
CREDITO EMILIANO S.P.A                       ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA  42100 ITALY
CREDITO EMILIANO S.P.A.                      TRANSFEROR: BANCA FIDEURAM S.P.A ATTN: STEFANIA CATELLANI VIA GANDHI 2/C REGGIO EMILIA  42123 ITALY
CREDITO EMILIANO S.P.A.                      ATTN: BETRAND EFISIO VIA EMILIA S. PIETRO 4 REGGIO EMILIA  20121 ITALY
CREDITO EMILIANO S.P.A.                      ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA  42121 ITALY
DEUTSCHE BANK AG, LONDON BRANCH              TRANSFEROR: DUSSELDORFER HYPOTHEKENBANK AG ATTN: ALEXANDER KRAEMER/KELLY WHISTANCE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                               LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH              TRANSFEROR: SOTHIC CAPITAL EUROPEAN OPPORTUNITIES MASTER FUND LTD ATTN: CONOR MCGOVERN LONDON LOAN OPERATIONS
                                               21ST FLOOR, 99 BISHOPSGATE LONDON  UNITED KINGDOM
GOLDMAN SACHS LENDING PARTNERS LLC           TRANSFEROR: SOCIETE GENERALE ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
PRIME CAPITAL MASTER SPC, GOT WAT MAC        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
  SEGREGATED PORTFOLIO                         2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
SOTHIC CAPITAL EUROPEAN OPPORTUNITIES         TRANSFEROR: YORVIK PARTNERS LLP C/O SOTHIC CAPITAL MANAGEMENT LLP ATTN: TANJA VIEIRA 50 HANS CRESCENT LONDON  SW1X 0NA UNITED KINGDOM
  MASTER FUND LTD
TCA EVENT INVESTMENTS S.A.R.L.               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: ELIZABETH KEELEY C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, 8TH FLOOR
                                               NEW YORK NY 10022
TCA OPPORTUNITY INVESTMENTS S.A.R.L.         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: ELIZABETH KEELEY C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, 8TH FLOOR
                                               NEW YORK NY 10022
UBS AG, LONDON BRANCH                        TRANSFEROR: CAPITAL PARTNERS SECURITIES CO., LTD ATTN: KAZUYA ICHIKAWA AND MARIE MIYAZAWA (TOKYO) 1 FINSBURY AVENUE
                                               LONDON  EC2M 2PP UNITED KINGDOM
WATERSTONE MARKET NEUTRAL MASTER FUND,       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
  LTD.                                         2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE MF FUND, LTD.                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONE CAPITAL MANAGEMENT,LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE
                                               PLYMOUTH MN 55447


Total Number of Records Printed          21


                                                                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```