UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                     :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
             Debtors.                                            :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket No. 29183

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 19, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
25th day of July, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 29183_Aff 07-19-12.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   GOLDMAN SACHS LENDING PARTNERS LLC
              TRANSFEROR: SOCIETE GENERALE
              ATTN: RICK CANONICO
              30 HUDSON STREET, 5TH FLOOR
              JERSEY CITY NJ 07302

Additional:

Transferee:   WATERSTONE MF FUND, LTD
              C/O WATERSTONE CAPITAL MANAGEMENT, LP; ATTN: VINCENT CONLEY
              2 CARLSON PARKWAY, SUITE 260
              PLYMOUTH MN 55447

Your transfer of claim # 15922 is defective for the reason(s) checked below:

Docket Number 29183          Date 07/03/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 19, 2012.

**EXHIBIT B**

```
TIME: 17:56:09                                    LEHMAN BROTHERS HOLDING INC.                                      PAGE:   1
DATE: 07/19/12                                         CREDITOR LISTING

Name                              Address
GOLDMAN SACHS LENDING PARTNERS LLC   TRANSFEROR: SOCIETE GENERALE ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
WATERSTONE MF FUND, LTD              C/O WATERSTONE CAPITAL MANAGEMENT, LP; ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447

Total Number of Records Printed       2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC