UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                      :
In re                                                 :       Chapter 11 Case No.
                                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,              :       08-13555 (JMP)
                                                      :       (Jointly Administered)
                    Debtors.                          :
                                                      :
---------------------------------------------------------------------x       Ref. Docket Nos. 29452, 29455,
                                                              29460, 29464, 29465, 29469-29471,
                                                              29480-29493, 29499, 29501, 29503,
                                                              29526-29528, 29532-29534

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On July 20, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to
    F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing
    true and correct copies to be: 1) personalized with the transferee, transferor and claim
    information for the above-referenced docket numbers, 2) enclosed securely in separate
    postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
    attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Lauren Rodriguez*
                                                      Lauren Rodriguez

Sworn to before me this
25th day of July, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:   BARCLAYS BANK PLC
>       TRANSFEROR: DEXIA A KOMMUNALBANK DEUTSCHLAND AG
>       745 SEVENTH AVENUE
>       NEW YORK NY 10019

Please note that your claim # 21954-01 in the above referenced case and in the amount of
$2,329,717.70  Unliquidated        has been transferred (**unless previously expunged by court order**)

> TCA EVENT INVESTMENTS S.A.R.L.
> TRANSFEROR: BARCLAYS BANK PLC
> C/O TACONIC CAPITAL ADVISORS LP
> ATTN: ALEXANDRA GRIGOS
> 450 PARK AVENUE, 8TH FLOOR
> NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 29452      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/20/2012                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 20, 2012.

**EXHIBIT B**

TIME: 18:08:38
DATE: 07/20/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
| --- | --- |
| BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S. | ATTN: ATOS CAVAZZA VIA FARINI, 17 BOLOGNA 40124 ITALY |
| BANQUE PIGUET & CIE S.A. | ATTN: NICOLAS TERRIER, FIRST VICE-PRESIDENT ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT RUE DE LA PLAINE 14 YVERDON CH-1400 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: DEXIA KOMMUNALBANK DEUTSCHLAND AG 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BONELL, TOBIAS | TRANSFEROR: EFG BANK AB (PUBL) FURULIDSVAGEN 11 KALMAR S-394 77 SWEDEN |
| BONNEL, LISA | TRANSFEROR: EFG BANK AB (PUBL) FURULIDSVAGEN 11 KALMAR S-394 77 SWEDEN |
| CAPITAL PARTNERS SECURITIES CO., LTD | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: FUMIO KOJIMA ASAHI BUILDING, 6TH FLOOR 3-12-2 NIHONBASHI, CHUO-KU TOKYO 103-0027 JAPAN |
| CASSA DI RISPARMIO IN BOLOGNA S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: ALESSANDRO FERRIANI VIA FARINI 22 BOLOGNA 40124 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY |
| CREDITO EMILIANO SPA | TRANSFEROR: BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S. ATTN: STEFANIA CATELLANI VIA GANDHI 2/C REGGIO EMILIA 42123 ITALY |
| CREDITO EMILIANO SPA | ATTN: BERTRAND EFISIO VIA EMILIA S. PIETRO 4 REGGIO EMILIA 20121 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: H/2 CREDIT PARTNERS MASTER FUND LTD. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DEUTSCHE BANK AG RESTRUCTURING STRATEGIES 1 MASTER FUND LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| EFG BANK AB (PUBL) | P.O. BOX 55963 STOCKHOLM SE 102 16 SWEDEN |
| FLEXOR MULTI-MANAGER FUND, LTD., THE | HORN EICHENWALD INVESTMENTS CORP 2601 S BAYSHORE DR. SUITE 1200 MIAMI FL 33133 |
| FLEXOR MULTI-MANAGER FUND, LTD., THE | ONE MONTAGUE PLACE 1ST FLOOR, EAST BAY STREET PO BOX N-4906 NASSAU BAHAMAS |
| HAIN CAPITAL HOLDINGS, LTD | TRANSFEROR: YETNIKOFF, WALTER ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| ILLIQUIDX CAPITAL LTD | TRANSFEROR: BANQUE PIGUET & CIE S.A. CELESTINO AMORE MANAGING DIRECTOR ILLIQUIDX LLP 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| INCORE BANK AG | TRANSFEROR: LIQUIDITY SOLUTIONS, INC. SWISS BANKING SERVICES DREIKONIGSTRASSE 8 ZURICH 8022 SWITZERLAND |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: FLEXOR MULTI-MANAGER FUND, LTD., THE ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JURBIAANDONK BEHEER EN INVESTERINGSMAATSCHAPPIJ B.V. | ALETTA JACOBSSTRAAT 9 5265 EH WASPIK THE NETHERLANDS |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: INCORE BANK AG ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| MALVENIUS, ULLA | TRANSFEROR: EFG BANK AB (PUBL) HULTS GATAN 24 ASKIM S-436 44 SWEDEN |
| MITSUBISHI UFJ MORGAN STANLEY SECURITIES CO., LTD. | MORRISON & FOERSTER LLP 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104-0050 |
| MITSUBISHI UFJ MORGAN STANLEY SECURITIES CO., LTD. | ATTN: MS. HISAKO KUBO, LEGAL DEPARTMENT MS. KUMIKO MORITO, LEGAL DEPARTMENT MARUNOUCHI BLDG 2-4 MARUNOUCHI, CHIYODA-KU TOKYO 100-6317 JAPAN |
| MITSUBISHI UFJ MORGAN STANLEY SECURITIES CO., LTD. | MITSUBISHI UFJ MORGAN STANLEY SECURITIES CO., LTD LEGAL DIVISION MARUNOUCHI BUILDING, 2-4-1 MARUNOUCHI CHIYODA-KU TOKYO 100-6317 JAPAN |
| MOLLEMA-BOS, A.M. | AGATHAPARK 4 LISSE 2161 BZ NETHERLANDS |
| MOLLEMA-VAN INGEN, A.C. | AGATHAPARK 4 LISSE 2161 BZ NETHERLANDS |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: MITSUBISHI UFJ MORGAN STANLEY SECURITIES CO., LTD. 25 CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| OCP INVESTMENT TRUST | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ONEX CREDIT PARTNERS, LLC ATTN: STEVE GUTMAN 910 SYLVAN AVENUE SUITE 100 ENGLEWOOD CLIFFS NJ 07632 |
| OCP INVESTMENT TRUST | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ONEX CREDIT PARTNERS, LLC ATTN: STEVE GUTMAN 910 SYLVAN AVENUE SUITE 100 ENGLEWOOD CLIFFS NJ 07632 |
| ONEX DEBT OPPORTUNITY FUND, LTD | TRANSFEROR: JURRIAANDONK BEHEER EN INVESTERINGSMAATSCHAPPIJ B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: MOLLEMA-BOS, A.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: MOLLEMA-VAN INGEN, A.C. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: STURMAN, A.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: VAN TIL-KLEIN, E.H.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: YETNIKOFF, WALTER ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STURMAN, A.J. | STRAAT 88 BERGAMBACHT 2861 VG NETHERLANDS |
| TCA EVENT INVESTMENTS S.A.R.L. | TRANSFEROR: BARCLAYS BANK PLC C/O TACONIC CAPITAL ADVISORS LP ATTN: ALEXANDRA GRIGOS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| TCA OPPORTUNITY INVESTMENTS S.A.R.L. | TRANSFEROR: BARCLAYS BANK PLC C/O TACONIC CAPITAL ADVISORS, 8TH FLOOR ATTN: ALEXANDRA GRIGOS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| UBS AG, LONDON BRANCH | TRANSFEROR: CAPITAL PARTNERS SECURITIES CO., LTD ATTN: KAZUYA ICHIKAWA AND MARIE MIYAZAWA (TOKYO) 1 FINSBURY AVENUE LONDON EC2M 2PP UNITED KINGDOM |
| VAN TIL-KLEIN, E.H.M. | PRINSES BEATRIXLAAN 25 OEGSTGEEST 2341 TV NETHERLANDS |
| YETNIKOFF, WALTER | 181 EAST 90TH STREET - APT 24B NEW YORK NY 10128-2395 |

Total Number of Records Printed    44