UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                         :  Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :  08-13555 (JMP)
                                                              :  (Jointly Administered)
            Debtors.                                          :
                                                              :
---------------------------------------------------------------x  Ref. Docket Nos. 25053, 29518-
                                                                 29520, 29523-29525, 29529-29531,
                                                                 29547, 29557, 29563, 29570, 26571,
                                                                 29573, 29574, 29576

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 23, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            /s/ Lauren Rodriguez
                                                            Lauren Rodriguez

Sworn to before me this
25th day of July, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CLARIDEN LEU LTD                              CLARIDEN LEU LTD
      ATTN: ALLEN GAGE                              CRAVATH, SWAINE & MOORE LLP
      1 MADISON AVE                                 ATTN: RICHARD LEVIN
      NEW YORK NY 10010                             WORLDWIDE PLAZA
                                                    825 EIGHTH AVENUE
                                                    NEW YORK NY 10019
```

Please note that your claim # 55813-29 in the above referenced case and in the amount of
         $0.00   allowed at $65,313.03          has been transferred **(unless previously expunged by court order)**

```
      CREDIT SUISSE AG, SINGAPORE BRANCH
      TRANSFEROR: CLARIDEN LEU LTD
      ONE RAFFLES LINK
      UNIT 05-02
      SINGAPORE     039393
      SINGAPORE
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 29571      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/23/2012                      Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 23, 2012.

# EXHIBIT B

```
TIME: 17:38:37                                           LEHMAN BROTHERS HOLDING INC.                                                                                  PAGE:     1
DATE: 07/23/12                                               CREDITOR LISTING

Name                                              Address
ASSET MANAGERS INTERNATIONAL LTD                  C/O HARNEYS CORPORATE SERVICES LTD ATTN: CAROLYN HIRON CRAIGMUIR CHAMBERS P.O. BOX 71 ROAD TOWN, TORTOLA VIRGIN ISLANDS (BRITISH)
BANK OF AMERICA, N.A.                             TRANSFEROR: ASSET MANAGERS INTERNATIONAL LTD BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANK OF PANHSIN                                   SIDLEY AUSTIN LLP ATTN: ANDREW PROPPS, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019
BANK OF PANHSIN                                   TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) 27F 68 XIANMIN BLVD., SEC. 2 NEW TAIPEI CITY
                                                  TAIWAN   REPUBLIC OF CHINA
BARCLAYS BANK PLC                                 ATTN: ANTHONY VITELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: BANK OF PANHSIN ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BBVA (SUIZA) S.A.                                 TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: INIGO BERASALUCE/DIRECTOR ZELTWEG 63 ZURICH   CH-8021 SWITZERLAND
BSOF MASTER FUND L.P.                             BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: GREG GEILING 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND L.P.                             TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ. 623 FIFTH AVENUE, 29TH FLOOR
                                                  NEW YORK NY 10022
CAPITAL PARTNERS SECURITIES CO., LTD              TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: FUMIO KOJIMA ASAHI BUILDING, 6TH FLOOR 3-12-2 NIHONBASHI, CHUO-KU TOKYO  103-0027 JAPAN
CENTURYLINK, INC. DEFINED BENEFIT MASTER          TRANSFEROR: EMBARQ MASTER RETIREMENT TRUST 1801 CALIFORNIA STREET, SUITE 3800 DENVER CO 80202
 TRUST
CLARIDEN LEU LTD                                  ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CLARIDEN LEU LTD                                  CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CLARIDEN LEU LTD                                  RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG, SINGAPORE BRANCH                TRANSFEROR: CLARIDEN LEU LTD ONE RAFFLES LINK UNIT 05-02 SINGAPORE  039393 SINGAPORE
CVF LUX SECURITIES TRADING S.A R.L.               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LTD. 3RD FLOOR, GREAT PULTENEY STREET
                                                  LONDON  WIF 9LT UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: DEBEKA KRANKENVERSICERUNGSVEREIN A.G. ATTN: PHILIPP ROEVER/MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: H/2 SPECIAL OPPORTUNITIES LTD ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: H/2 TARGETED RETURN STRATEGIES I MASTER FUND LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
EMBARQ MASTER RETIREMENT TRUST                    5454 W. 110TH STREET OVERLAND PARK KS 66211
EMBARQ MASTER RETIREMENT TRUST                    JOSEPH W. MCINERNEY THE NORTHERN TRUST COMPANY OF CONNECTICUT 300 ATLANTIC STREET, SUITE 400 STAMFORD CT 06901
GOLDMAN, SACHS & CO.                              TRANSFEROR: BBVA (SUIZA) S.A. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: ILLIQUIDX LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
OCP INVESTMENT TRUST                              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: STEVE GUTMAN C/O ONEX CREDIT PARTNERS, LLC 910 SYLVAN AVENUE SUITE 100
                                                  ENGLEWOOD CLIFFS NJ 07632
ONEX DEBT OPPORTUNITY FUND, LTD.                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: STEVE GUTMAN C/O ONEX CREDIT PARTNERS, LLC 910 SYLVAN AVENUE SUITE 100
                                                  ENGLEWOOD CLIFFS NJ 07632
ONEX DEBT OPPORTUNITY FUND, LTD.                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: STEVE GUTMAN C/O ONEX CREDIT PARTNERS, LLC 910 SYLVAN AVENUE, SUITE 100
                                                  ENGLEWOOD CLIFFS NJ 07632
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: TANYA, TSUI WING HAR 17/F STANDARD CHARTERED BANK BUILDING BUILDING, 4-4A DES VOEUX ROAD CENTRAL HONG KONG  HONG KONG
 LIMITED
TANYA, TSUI WING HAR                              FLAT 18C BLESSINGS GARDENTS PHASE 2 56 CONDUIT ROAD MID LEVELS  HONG KONG
UBS AG, LONDON BRANCH                             TRANSFEROR: CAPITAL PARTNERS SECURITIES CO., LTD ATTN: KAZUYA ICHIKAWA AND MARIE MIYAZAWA (TOKYO) 1 FINSBURY AVENUE
                                                  LONDON  EC2M 2PP UNITED KINGDOM


Total Number of Records Printed               30
```

EPIQ BANKRUPTCY SOLUTIONS, LLC