UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                        Debtors.                                  :
                                                                  :
------------------------------------------------------------------x    Ref. Docket No. 29572

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 23, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ *Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
25th day of July, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>        Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE OF DEFECTIVE TRANSFER

Transferor:    CREDIT SUISSE (UK) LIMITED
               ATTN: ALLEN GAGE
               1 MADISON AVE
               NEW YORK NY 10010

Additional:    CREDIT SUISSE (UK) LIMITED
               CRAVATH, SWAINE & MOORE LLP
               WORLDWIDE PLAZA
               ATTN: RICHARD LEVIN
               825 EIGHTH AVENUE
               NEW YORK NY 10019

Transferee:    CREDIT SUISSE AG, SINGAPORE BRANCH
               ONE RAFFLES LINK
               UNIT 05-02
               SINGAPORE 039393 SINGAPORE

Your transfer  of claim #   55816-12  is defective for the reason(s) checked below:

Other                               CURRENCY DISCREPANCY; DOES NOT MATCH FILED CLAIM(US VS.EUR)

Docket Number 29572            Date 07/20/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 23, 2012.

**EXHIBIT B**

```
TIME: 17:36:42                         LEHMAN BROTHERS HOLDING INC.                                           PAGE:   1
DATE: 07/23/12                              CREDITOR LISTING

Name                              Address
CREDIT SUISSE (UK) LIMITED        ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (UK) LIMITED        CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE (UK) LIMITED        RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG, SINGAPORE BRANCH ONE RAFFLES LINK UNIT 05-02 SINGAPORE  039393 SINGAPORE


Total Number of Records Printed       4
```