UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In Re:    Case No.   08-13555 (JMP)

**LEHMAN BROTHERS HOLDINGS INC.,**
*et al.*,
                              Debtor.
---------------------------------------------------------X

## REQUEST TO BE REMOVED FROM ELECTRONIC NOTICING

**Fred B. Ringel** of **Robinson Brog Leinwand Greene Genovese & Gluck P.C.**, hereby requests that the following email addresses be removed from the electronic notice database maintained by the Clerk of the Court for the above captioned case.

**Fred B. Ringel**
fbr@robinsonbrog.com

**Dated:**  New York, New York
        July 26, 2012

                            ROBINSON BROG LEINWAND GREENE
                            GENOVESE & GLUCK P.C.             .

                            By/s/Fred B. Ringel
                             **Fred B. Ringel**
                            875 Third Avenue, 9th Floor
                            New York, New York 10022
                            Tel. No.: 212-603-6300

{00584917.DOCX;1 }0583371