**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
: 
In re                                                                      :    Chapter 11 Case No.
                                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    08-13555 (JMP)
                                                                                 :
Debtors.                                                           :    (Jointly Administered)
                                                                                 :
---------------------------------------------------------------------x    Ref. Docket Nos. 29596 & 29611

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                               ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 24, 2012, I caused to be served the following:

    a) "Notice of Presentment of Stipulation, Agreement and Order Between BNC Mortgage LLC and Millicent Andrade Providing for Relief from the Automatic Stay with Regard to Certain Real Property Located in Lihue, Hawaii," dated July 24, 2012 [Docket No. 29596], (the "BNC Mortgage NOP"), and

    b) "Notice of Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Authorization to Settle Certain Prepetition Derivatives Contracts with Trusts for Which Deutsche Bank National Trust Company Serves as Indenture Trustee and Related Relief," dated July 24, 2012, to which was attached the "Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Authorization to Settle Certain Prepetition Derivatives Contracts with Trusts for Which Deutsche Bank National Trust Company Serves as Indenture Trustee and Related Relief," dated July 24, 2012 [Docket No. 29611], (the "Prepetition Derivatives Contracts Motion"),

    by causing true and correct copies of the:

    i. BNC Mortgage NOP and Prepetition Derivatives Contracts Motion, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. BNC Mortgage NOP and Prepetition Derivatives Contracts Motion, to be delivered via facsimile to the party listed on the annexed Exhibit B,

iii. BNC Mortgage NOP and Prepetition Derivatives Contracts Motion, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

iv. BNC Mortgage NOP, to be delivered via facsimile to the party listed on the annexed Exhibit D,

v. BNC Mortgage NOP, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit E, and

vi. Prepetition Derivatives Contracts Motion, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit F.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
26th day of July, 2012

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

-2-

T:\Clients\LBH\Affidavits\BNC Mortgage NOP & Prepetition Derivatives Contracts Motion_DI_29596 & 29611_AFF_7-24-12_SS.doc

# EXHIBIT A

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | aunger@sidley.com | cmontgomery@salans.com |
| aalfonso@willkie.com | austin.bankruptcy@publicans.com | cohen@sewkis.com |
| abeaumont@fklaw.com | avenes@whitecase.com | colea@gtlaw.com |
| abraunstein@riemerlaw.com | azylberberg@whitecase.com | cp@stevenslee.com |
| acaton@kramerlevin.com | bankr@zuckerman.com | cpappas@dilworthlaw.com |
| acker@chapman.com | bankruptcy@goodwin.com | craig.goldblatt@wilmerhale.com |
| adam.brezine@hro.com | bankruptcy@morrisoncohen.com | crmomjian@attorneygeneral.gov |
| adarwin@nixonpeabody.com | bankruptcy@ntexas-attorneys.com | cs@stevenslee.com |
| adiamond@diamondmccarthy.com | bankruptcymatters@us.nomura.com | csalomon@beckerglynn.com |
| aeckstein@blankrome.com | barbra.parlin@hklaw.com | cschreiber@winston.com |
| aentwistle@entwistle-law.com | bbisignani@postschell.com | cshore@whitecase.com |
| afriedman@irell.com | bcarlson@co.sanmateo.ca.us | cshulman@sheppardmullin.com |
| agbanknewyork@ag.tn.gov | bdk@schlamstone.com | ctatelbaum@adorno.com |
| aglenn@kasowitz.com | bguiney@pbwt.com | cwalsh@mayerbrown.com |
| agold@herrick.com | bkmail@prommis.com | cward@polsinelli.com |
| agoldstein@tnsj-law.com | bmanne@tuckerlaw.com | cweber@ebg-law.com |
| aisenberg@saul.com | bmiller@mofo.com | cweiss@ingramllp.com |
| akantesaria@oppenheimerfunds.com | boneill@kramerlevin.com | dallas.bankruptcy@publicans.com |
| akolod@mosessinger.com | brian.corey@greentreecreditsolutions.com | daniel.guyder@allenovery.com |
| akornikova@lcbf.com | brosenblum@jonesday.com | dave.davis@isgria.com |
| alum@ftportfolios.com | broy@rltlawfirm.com | david.bennett@tklaw.com |
| amarder@msek.com | bruce.wright@sutherland.com | david.heller@lw.com |
| amartin@sheppardmullin.com | bstrickland@wtplaw.com | david.powlen@btlaw.com |
| amcmullen@boultcummings.com | btrust@mayerbrown.com | david.seligman@kirkland.com |
| amenard@tishmanspeyer.com | bturk@tishmanspeyer.com | davids@blbglaw.com |
| anann@foley.com | bwolfe@sheppardmullin.com | davidwheeler@mvalaw.com |
| andrew.brozman@cliffordchance.com | bzabarauskas@crowell.com | dbalog@intersil.com |
| andrew.lourie@kobrekim.com | cahn@clm.com | dbarber@bsblawyers.com |
| angelich.george@arentfox.com | calbert@reitlerlaw.com | dbaumstein@whitecase.com |
| ann.reynaud@shell.com | canelas@pursuitpartners.com | dbesikof@loeb.com |
| anthony_boccanfuso@aporter.com | carol.weinerlevy@bingham.com | dcimo@gjb-law.com |
| aoberry@bermanesq.com | cbelisle@wfw.com | dcoffino@cov.com |
| aostrow@beckerglynn.com | cbelmonte@ssbb.com | dcrapo@gibbonslaw.com |
| apo@stevenslee.com | cbrotstein@bm.net | ddavis@paulweiss.com |
| aquale@sidley.com | cdesiderio@nixonpeabody.com | ddrebsky@nixonpeabody.com |
| arahl@reedsmith.com | cgoldstein@stcwlaw.com | ddunne@milbank.com |
| arheaume@riemerlaw.com | chammerman@paulweiss.com | deggermann@kramerlevin.com |
| arlbank@pbfcm.com | chardman@klestadt.com | deggert@freebornpeters.com |
| arosenblatt@chadbourne.com | charles@filardi-law.com | demetra.liggins@tklaw.com |
| arthur.rosenberg@hklaw.com | charles_malloy@aporter.com | dfelder@orrick.com |
| arwolf@wlrk.com | chipford@parkerpoe.com | dflanigan@polsinelli.com |
| aseuffert@lawpost-nyc.com | chris.donoho@lovells.com | dgrimes@reedsmith.com |
| ashaffer@mayerbrown.com | christopher.schueller@bipc.com | dhayes@mcguirewoods.com |
| ashmead@sewkis.com | clarkb@sullcrom.com | dheffer@foley.com |
| asnow@ssbb.com | clynch@reedsmith.com | diconzam@gtlaw.com |

| | | |
|---|---|---|
| djoseph@stradley.com | esmith@dl.com | james.sprayregen@kirkland.com |
| dkleiner@velaw.com | etillinghast@sheppardmullin.com | jamestecce@quinnemanuel.com |
| dkozusko@willkie.com | ezujkowski@emmetmarvin.com | jamie.nelson@dubaiic.com |
| dlemay@chadbourne.com | ezweig@optonline.net | jar@outtengolden.com |
| dlipke@vedderprice.com | fbp@ppgms.com | jason.jurgens@cwt.com |
| dludman@brownconnery.com | ffm@bostonbusinesslaw.com | jay.hurst@oag.state.tx.us |
| dmcguire@winston.com | fhyman@mayerbrown.com | jay@kleinsolomon.com |
| dmurray@jenner.com | foont@foontlaw.com | jbecker@wilmingtontrust.com |
| dneier@winston.com | francois.janson@hklaw.com | jbeemer@entwistle-law.com |
| dodonnell@milbank.com | fsosnick@shearman.com | jbeiers@co.sanmateo.ca.us |
| dove.michelle@dorsey.com | fyates@sonnenschein.com | jbird@polsinelli.com |
| dpegno@dpklaw.com | gabriel.delvirginia@verizon.net | jbromley@cgsh.com |
| draelson@fisherbrothers.com | gbray@milbank.com | jcarberry@cl-law.com |
| dravin@wolffsamson.com | geraci@thalergertler.com | jchristian@tobinlaw.com |
| drose@pryorcashman.com | ggitomer@mkbattorneys.com | jdoran@haslaw.com |
| drosenzweig@fulbright.com | ggoodman@foley.com | jdrucker@coleschotz.com |
| drosner@goulstonstorrs.com | giddens@hugheshubbard.com | jdyas@halperinlaw.net |
| drosner@kasowitz.com | gkaden@goulstonstorrs.com | jean-david.barnea@usdoj.gov |
| dshaffer@wtplaw.com | glenn.siegel@dechert.com | jeanites@whiteandwilliams.com |
| dshemano@pwkllp.com | gmoss@riemerlaw.com | jeannette.boot@wilmerhale.com |
| dspelfogel@foley.com | gravert@ravertpllc.com | jeff.wittig@coair.com |
| dtatge@ebglaw.com | gspilsbury@jsslaw.com | jeffery.black@bingham.com |
| dtheising@harrisonmoberly.com | guzzi@whitecase.com | jeffrey.sabin@bingham.com |
| dwdykhouse@pbwt.com | harrisjm@michigan.gov | jeldredge@velaw.com |
| dwildes@stroock.com | harveystrickon@paulhastings.com | jen.premisler@cliffordchance.com |
| dworkman@bakerlaw.com | hbeltzer@mayerbrown.com | jennifer.demarco@cliffordchance.com |
| easmith@venable.com | heim.steve@dorsey.com | jennifer.gore@shell.com |
| echang@steinlubin.com | heiser@chapman.com | jeremy.eiden@ag.state.mn.us |
| ecohen@russell.com | hollace.cohen@troutmansanders.com | jfalgowski@reedsmith.com |
| efleck@milbank.com | holsen@stroock.com | jflaxer@golenbock.com |
| efriedman@fklaw.com | howard.hawkins@cwt.com | jfox@joefoxlaw.com |
| efriedman@friedumspring.com | hseife@chadbourne.com | jfreeberg@wfw.com |
| egeekie@schiffhardin.com | hsnovikoff@wlrk.com | jg5786@att.com |
| eglas@mccarter.com | hsteel@brownrudnick.com | jgenovese@gjb-law.com |
| ehollander@whitecase.com | icatto@mwe.com | jguy@orrick.com |
| ekbergc@lanepowell.com | igoldstein@dl.com | jherzog@gklaw.com |
| eleicht@whitecase.com | ilevee@lowenstein.com | jhiggins@fdlaw.com |
| eli.mattioli@klgates.com | info2@normandyhill.com | jhorgan@phxa.com |
| ellen.halstead@cwt.com | ira.herman@tklaw.com | jhuggett@margolisedelstein.com |
| emerberg@mayerbrown.com | isgreene@hhlaw.com | jim@atkinslawfirm.com |
| enkaplan@kaplanlandau.com | israel.dahan@cwt.com | jjoyce@dresslerpeters.com |
| eobrien@sbclaw.com | iva.uroic@dechert.com | jjtancredi@daypitney.com |
| erin.mautner@bingham.com | jacobsonn@sec.gov | jjureller@klestadt.com |
| eschaffer@reedsmith.com | james.heaney@lawdeb.com | jkehoe@btkmc.com |
| eschwartz@contrariancapital.com | james.mcclammy@dpw.com | jlamar@maynardcooper.com |

| | | |
|---|---|---|
| jlawlor@wmd-law.com | jwh@njlawfirm.com | loizides@loizides.com |
| jlee@foley.com | kanema@formanlaw.com | lromansic@steptoe.com |
| jlevitin@cahill.com | karen.wagner@dpw.com | lscarcella@farrellfritz.com |
| jlipson@crockerkuno.com | kdwbankruptcydepartment@kelleydrye.com | lschweitzer@cgsh.com |
| jlovi@steptoe.com | keckhardt@hunton.com | lsilverstein@potteranderson.com |
| jlscott@reedsmith.com | keith.simon@lw.com | lubell@hugheshubbard.com |
| jmaddock@mcguirewoods.com | ken.coleman@allenovery.com | lwhidden@salans.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | mabrams@willkie.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | maofiling@cgsh.com |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | marc.chait@sc.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | margolin@hugheshubbard.com |
| jmerva@fult.com | kjarashow@fklaw.com | mark.bane@ropesgray.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.deveno@bingham.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.ellenberg@cwt.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.hellerer@pillsburylaw.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | mark.sherrill@sutherland.com |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | martin.davis@ots.treas.gov |
| jorbach@hahnhessen.com | korr@orrick.com | marvin.clements@ag.tn.gov |
| joseph.cordaro@usdoj.gov | kovskyd@pepperlaw.com | matt@willaw.com |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | matthew.klepper@dlapiper.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | maustin@orrick.com |
| jowolf@law.nyc.gov | kreynolds@mklawnyc.com | max.polonsky@skadden.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | mbenner@tishmanspeyer.com |
| jpintarelli@mofo.com | kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mberman@nixonpeabody.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mbienenstock@dl.com |
| jrabinowitz@rltlawfirm.com | landon@streusandlandon.com | mbloemsma@mhjur.com |
| jrsmith@hunton.com | lapeterson@foley.com | mbossi@thompsoncoburn.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mcademartori@sheppardmullin.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mccombst@sullcrom.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com | mcordone@stradley.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mcto@debevoise.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mcyganowski@oshr.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | mdorval@stradley.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | melorod@gtlaw.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | meltzere@pepperlaw.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | metkin@lowenstein.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | mfeldman@willkie.com |
| jvail@ssrl.com | lkatz@ltblaw.com | mgordon@briggs.com |
| jwallack@goulstonstorrs.com | lmarinuzzi@mofo.com | mgreger@allenmatkins.com |
| jwang@sipc.org | lmay@coleschotz.com | mh1@mccallaraymer.com |
| jwcohen@daypitney.com | lmcgowen@orrick.com | mhopkins@cov.com |
| jweiss@gibsondunn.com | lml@ppgms.com | michael.frege@cms-hs.com |
| jwest@velaw.com | lnashelsky@mofo.com | michael.kelly@monarchlp.com |

| | | |
|---|---|---|
| michael.kim@kobrekim.com | nlepore@schnader.com | rleek@hodgsonruss.com |
| michael.mccrory@btlaw.com | notice@bkcylaw.com | rlevin@cravath.com |
| michael.reilly@bingham.com | oipress@travelers.com | rmatzat@hahnhessen.com |
| millee12@nationwide.com | otccorpactions@finra.org | rmcneill@potteranderson.com |
| miller@taftlaw.com | paronzon@milbank.com | rnetzer@willkie.com |
| mimi.m.wong@irscounsel.treas.gov | patrick.oh@freshfields.com | robert.bailey@bnymellon.com |
| mitchell.ayer@tklaw.com | paul.turner@sutherland.com | robert.dombroff@bingham.com |
| mjedelman@vedderprice.com | pbattista@gjb-law.com | robert.henoch@kobrekim.com |
| mjr1@westchestergov.com | pbosswick@ssbb.com | robert.malone@dbr.com |
| mkjaer@winston.com | pdublin@akingump.com | robert.yalen@usdoj.gov |
| mlahaie@akingump.com | peisenberg@lockelord.com | robin.keller@lovells.com |
| mlandman@lcbf.com | peter.gilhuly@lw.com | roger@rnagioff.com |
| mlichtenstein@crowell.com | peter.macdonald@wilmerhale.com | ronald.silverman@bingham.com |
| mlynch2@travelers.com | peter.simmons@friedfrank.com | ross.martin@ropesgray.com |
| mmendez@hunton.com | peter@bankrupt.com | rqureshi@reedsmith.com |
| mmooney@deilylawfirm.com | pfeldman@oshr.com | rrainer@wmd-law.com |
| mmorreale@us.mufg.jp | phayden@mcguirewoods.com | rreid@sheppardmullin.com |
| mneier@ibolaw.com | pmaxcy@sonnenschein.com | rroupinian@outtengolden.com |
| monica.lawless@brookfieldproperties.com | ppascuzzi@ffwplaw.com | rrussell@andrewskurth.com |
| mpage@kelleydrye.com | ppatterson@stradley.com | rterenzi@stcwlaw.com |
| mparry@mosessinger.com | psp@njlawfirm.com | russj4478@aol.com |
| mpomerantz@julienandschlesinger.com | ptrain-gutierrez@kaplanlandau.com | rwasserman@cftc.gov |
| mprimoff@kayescholer.com | ptrostle@jenner.com | rwyron@orrick.com |
| mpucillo@bermanesq.com | r.stahl@stahlzelloe.com | s.minehan@aozorabank.co.jp |
| mrosenthal@gibsondunn.com | raj.madan@bingham.com | sabin.willett@bingham.com |
| mruetzel@whitecase.com | ramona.neal@hp.com | sabramowitz@velaw.com |
| mschimel@sju.edu | ranjit.mather@bnymellon.com | sabvanrooy@hotmail.com |
| mschlesinger@julienandschlesinger.com | raul.alcantar@ropesgray.com | sagolden@hhlaw.com |
| msegarra@mayerbrown.com | rbeacher@pryorcashman.com | sally.henry@skadden.com |
| mshiner@tuckerlaw.com | rbyman@jenner.com | sandyscafaria@eaton.com |
| msiegel@brownrudnick.com | rdaversa@orrick.com | sara.tapinekis@cliffordchance.com |
| msolow@kayescholer.com | relgidely@gjb-law.com | scargill@lowenstein.com |
| mspeiser@stroock.com | rfleischer@pryorcashman.com | schannej@pepperlaw.com |
| mstamer@akingump.com | rfrankel@orrick.com | schepis@pursuitpartners.com |
| mvenditto@reedsmith.com | rfriedman@silvermanacampora.com | schnabel.eric@dorsey.com |
| mwarren@mtb.com | rgmason@wlrk.com | schristianson@buchalter.com |
| ncoco@mwe.com | rgraham@whitecase.com | schwartzmatthew@sullcrom.com |
| nathan.spatz@pillsburylaw.com | rhett.campbell@tklaw.com | scottshelley@quinnemanuel.com |
| neal.mann@oag.state.ny.us | richard.fingard@newedge.com | scousins@armstrongteasdale.com |
| ned.schodek@shearman.com | richard.lear@hklaw.com | sdnyecf@dor.mo.gov |
| neilberger@teamtogut.com | richard.levy@lw.com | steven@blbglaw.com |
| newyork@sec.gov | richard.tisdale@friedfrank.com | sehlers@armstrongteasdale.com |
| nfurman@scottwoodcapital.com | richard@rwmaplc.com | seichel@crowell.com |
| nherman@morganlewis.com | ritkin@steptoe.com | sfelderstein@ffwplaw.com |
| nissay_10259-0154@mhmjapan.com | rjones@boultcummings.com | sfineman@lchb.com |

sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

# EXHIBIT B

08-13555-mg    Doc 29667    Filed 07/26/12    Entered 07/26/12 15:38:10    Main Document
Pg 9 of 18

| Fax | Name |
| --- | --- |
| 12126682255 | UST-DAVIS,GASPA,SCHW |

**EXHIBIT C**

08-13555-mg    Doc 29667    Filed 07/26/12    Entered 07/26/12 15:38:10    Main Document
Pg 11 of 18

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT D

| FAX | NAME |
|---|---|
| 1-877-916-6637 | Millicent Andrade |

**EXHIBIT E**

Millicent Andrade  
2090 Hanalima Street  
Lihue, Hawaii 96766

**EXHIBIT F**

LBH NOTICE DI 29611  7-24-12
Nixon Peabody LLP
Attn: Richard Pedone, Esq. and Amanda Darwin, Esq.
100 Summer Street
Boston, Massachusetts, 02110

LBH NOTICE DI 29611  7-24-12
Impac CMB Trust Series 2005-4
c/o Wilmington Trust Company
Attention: Corporate Trust Administration
Rodney Square North
1100 North Market Street
Wilmington, DE 19990-0001

LBH NOTICE DI 29611  7-24-12
Impac CMB Trust Series 2005-5
c/o Wilmington Trust Company
Attention: Corporate Trust Administration
Rodney Square North
1100 North Market Street
Wilmington, DE 19990-0001

LBH NOTICE DI 29611  7-24-12
Impac CMB Trust Series 2005-8
c/o Wilmington Trust Company
Attention: Corporate Trust Administration
Rodney Square North
1100 North Market Street
Wilmington, DE 19990-0001

LBH NOTICE DI 29611  7-24-12
Impac CMB Trust Series 2003-11
c/o Wilmington Trust Company
Attention: Corporate Trust Administration
Rodney Square North
1100 North Market Street
Wilmington, DE 19990-0001

LBH NOTICE DI 29611  7-24-12
Impac CMB Trust Series 2004-5
c/o Wilmington Trust Company
Attention: Corporate Trust Administration
Rodney Square North
1100 North Market Street
Wilmington, DE 19990-0001

LBH NOTICE DI 29611  7-24-12
Impac CMB Trust Series 2004-8
c/o Wilmington Trust Company
Attention: Corporate Trust Administration
Rodney Square North
1100 North Market Street
Wilmington, DE 19990-0001

LBH NOTICE DI 29611  7-24-12
Impac CMB Trust Series 2004-10
c/o Wilmington Trust Company
Attention: Corporate Trust Administration
Rodney Square North
1100 North Market Street
Wilmington, DE 19990-0001

LBH NOTICE DI 29611  7-24-12
First Franklin Mortgage Loan Trust Series 2006-FF8
c/o Bank of America, NA
Attention: Investor Reporting Manager
225 West Hillcrest Drive
Thousand Oaks, CA 91360

LBH NOTICE DI 29611  7-24-12
Financial Asset Securities Corp.
Attn:  Legal
600 Steamboat Road
Greenwich, CT 06830