B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.,</u> Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>HBK Master Fund L.P.</u> | <u>Goldman Sachs Lending Partners LLC</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, Texas 75201
Attention: Vivian Torian
Telephone: (214) 758-6161
Facsimile: (214) 758-1261
vtorian@hbk.com

Court Claim # (if known): <u>19937</u>
Amount of Claim Transferred: <u>$3,000,000.00</u>
Date Claim Filed: <u>9/21/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #: _____

Phone:_____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

13

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HBK MASTER FUND L.P.        By: HBK Services LLC
                            Investment Advisor

                                                    Date: JULY 25, 2012

By: _____
        Name of Transferee/Transferee's Agent
            J. Baker Gentry, Jr.
            Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
        Transferor/Transferor's Agent

14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HBK MASTER FUND L.P.

Date: 7/25/12

By: _____
         Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
         Transferor/Transferor's Agent

14