**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                                                :        Chapter 11 Case No.
                                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :        **08-13555 (JMP)**
                                                                     :
Debtors.                                            :        **(Jointly Administered)**
                                                                     :
---------------------------------------------------------------------x   **Ref. Docket Nos. 29514-29517**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 18, 2012, I caused to be served the following:

    a) "Notice Of Adjournment Of Debtors' Two Hundred Thirteenth Omnibus Objection To Disallow And Expunge Certain Filed Proofs Of Claim Solely As To Certain Claims," dated July 18, 2012 [Docket No. 29514], (the "213th NOA"),

    b) "Notice Of Adjournment Of Debtors' Two Hundred Fourteenth Omnibus Objection To Disallow And Expunge Certain Filed Proofs Of Claim Solely As To Certain Claims," dated July 18, 2012 [Docket No. 29515], (the "214th NOA"),

    c) "Notice Of Adjournment Of Debtors' Two Hundred Fifteenth Omnibus Objection To Disallow And Expunge Certain Filed Proofs Of Claim Solely As To Certain Claims," dated July 18, 2012 [Docket No. 29516], (the "215th NOA"), and

    d) "Notice Of Adjournment Of Debtors' Two Hundred Sixteenth Omnibus Objection To Disallow And Expunge Certain Filed Proofs Of Claim Solely As To Certain Claims," dated July 18, 2012 [Docket No. 29517], (the "216th NOA"),

by causing true and correct copies of the:

    i.   213th NOA, 214th NOA, 215th NOA and 216th NOA, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u> on July 18, 2012

    ii.  213th NOA, 214th NOA, 215th NOA and 216th NOA, to be delivered via facsimile to the party listed on the annexed <u>Exhibit B</u> on July 18, 2012

iii.     213th NOA, 214th NOA, 215th NOA and 216th NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C on July 18, 2012

iv.     213th NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D on July 18, 2012

v.      214th NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E on July 18, 2012

vi.     215th NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit F on July 18, 2012

vii.    216th NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit G on July 18, 2012

viii.   213th NOA and 214th NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the party listed on the annexed Exhibit H on July 18, 2012  and

ix.     215th NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the parties listed on the annexed Exhibit I on July 25, 2012.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kerry O'Neil
Kerry O'Neil

Sworn to before me this
26th day of July, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014
Konstantina Haidopoulos

**EXHIBIT A**

**Email Addresses**

| | |
|---|---|
| aaaronson@dilworthlaw.com | arwolf@wlrk.com |
| aalfonso@willkie.com | aseuffert@lawpost-nyc.com |
| abeaumont@fklaw.com | ashaffer@mayerbrown.com |
| abraunstein@riemerlaw.com | ashmead@sewkis.com |
| acaton@kramerlevin.com | asnow@ssbb.com |
| acker@chapman.com | aunger@sidley.com |
| adam.brezine@hro.com | austin.bankruptcy@publicans.com |
| adarwin@nixonpeabody.com | avenes@whitecase.com |
| adiamond@diamondmccarthy.com | azylberberg@whitecase.com |
| aeckstein@blankrome.com | bankr@zuckerman.com |
| aentwistle@entwistle-law.com | bankruptcy@goodwin.com |
| afriedman@irell.com | bankruptcy@morrisoncohen.com |
| agbanknewyork@ag.tn.gov | bankruptcy@ntexas-attorneys.com |
| aglenn@kasowitz.com | bankruptcymatters@us.nomura.com |
| agold@herrick.com | barbra.parlin@hklaw.com |
| agoldstein@tnsj-law.com | bbisignani@postschell.com |
| aisenberg@saul.com | bcarlson@co.sanmateo.ca.us |
| akantesaria@oppenheimerfunds.com | bdk@schlamstone.com |
| akolod@mosessinger.com | bguiney@pbwt.com |
| akornikova@lcbf.com | bkmail@prommis.com |
| alum@ftportfolios.com | bmanne@tuckerlaw.com |
| amarder@msek.com | bmiller@mofo.com |
| amartin@sheppardmullin.com | boneill@kramerlevin.com |
| amcmullen@boultcummings.com | brian.corey@greentreecreditsolutions.com |
| amenard@tishmanspeyer.com | brosenblum@jonesday.com |
| anann@foley.com | broy@rltlawfirm.com |
| andrew.brozman@cliffordchance.com | bruce.wright@sutherland.com |
| andrew.lourie@kobrekim.com | bstrickland@wtplaw.com |
| angelich.george@arentfox.com | btrust@mayerbrown.com |
| ann.reynaud@shell.com | bturk@tishmanspeyer.com |
| anthony_boccanfuso@aporter.com | bwolfe@sheppardmullin.com |
| aoberry@bermanesq.com | bzabarauskas@crowell.com |
| aostrow@beckerglynn.com | cahn@clm.com |
| apo@stevenslee.com | calbert@reitlerlaw.com |
| aquale@sidley.com | canelas@pursuitpartners.com |
| arahl@reedsmith.com | carol.weinerlevy@bingham.com |
| arheaume@riemerlaw.com | cbelisle@wfw.com |
| arlbank@pbfcm.com | cbelmonte@ssbb.com |
| arosenblatt@chadbourne.com | cbrotstein@bm.net |
| arthur.rosenberg@hklaw.com | cdesiderio@nixonpeabody.com |
| | cgoldstein@stcwlaw.com |

chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
colea@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com

dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com

2

ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
eleicht@whitecase.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.jacson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com

harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com

jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com

kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com

mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com

millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
nathan.spatz@pillsburylaw.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com

nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com

richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com

schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
steven@blbglaw.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com

susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com

wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
| --- | --- |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| BANCO SANTANDER INTERNATIONAL AS AGENT | DLA PIPER ATTN: WILLIAM M. GOLDMAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BANCO SANTANDER INTERNATIONAL AS AGENT | ATTN: LEGAL DEPARTMENT 1401 BRICKWELL AVE, SUITE 1500 MIAMI FL 33131 |
| BANQUE POPULAIRE COTE D'AZUR | SPORTING D'HIVER - PLACE DU CASINO MONTE-CARLO 98000 MONACO |
| BARNUEVO VIGIL DE QUINONES, MARIA PILAR | ORENSE, 5 MADRID 28020 SPAIN |
| BITKID B.V. | A VAN WOENSEL SINCLAIR LEWISPLAATS 7F ROTTERDAM 3068 EN NETHERLANDS |
| COLE, FRANK | KROMVENDREEF 52 SCHOTEN B-2900 BELGIUM |
| DIEZ EZCURRA, CLARA | CARLOS VII, 7 - 4 0 IZDA PORTUGALETE - VIZCAYA 48920 SPAIN |
| DOTSON INVESTMENTS LTD | BES SFE-ES-AV MIGUEL DANTAS - EDIFICIO STATUS VALENCA DO MINHO 4930-678 PORTUGAL |
| FORLER, CHANTAL CATHERINE | 2701 EVELINA HIRANANDANI ESTATE THANE WEST 400607 INDIA |
| GENEVIEVE, DEVERD | CARRER IMMANUEL KANT 4 PALAU - SAVERDERA (GIRONA) 17495 SPAIN |
| GESTION PARTICIPATIVA XXI, S.L. | ESCALMENDI, 3 VITORIA 01013 SPAIN |
| GONZALO PEREZ DE GUZMAN SAN ROMAN | CL. BETIS 1, 4-C SEVILLE 41010 SPAIN |
| HEINZ-JOACHIN, ELBE | HANS-BOHM-ZEILE 32 BERLIN 14165 GERMANY |
| INTERNATIONAL DOMESTIC BALANCED FUND | 7-9 KIFISIAS AV. AND 2 NEAPOLEOS STR. MAROUSI ATHENS 15123 GREECE |
| JIMENEZ CASADO, MARIA DEL CARMEN | C/ ONA, 183 - 5 2 MADRID 28050 SPAIN |
| JIMENEZ CASADO, SANTIAGO | C/ MALDONADO, 56 - 4 C MADRID 28006 SPAIN |
| LINUESA SANCHEZ, ANDRES | MA DOLORES CATALAN SANAHUJA CAMPRODON, 15-17 1-1 SANTA COLOMA GRAMANET BARCELONA 08922 SPAIN |
| MARTINEZ, ENRIQUE VILLAGRASA | SINIA MORERA, 10 1 1A SITGES (BARCELONA) 08870 SPAIN |
| MATEOS ESCUDERO, MARIA AGUEDA | AVDA JOSE MESA Y LOPEZ 15, 5 E E-35006 LAS PALMAS DE GRAN CANARIA CANARY ISLANDS SPAIN |
| PEREZ GARCIA, BLAS | C/AGUERE 13 - 8 A EDF TORRE CRISTAL II S/C DE TENERIFE 38005 SPAIN |
| VAN ROOY, S.A.B. | SCHOONOUWENSEWEG 24 STOLWIJK 2821 NX NETHERLANDS |
| YARNOZ DIEZ, ISABEL MARIA | CARLOS VII, 7 - 4 0 IZDA PORTUGALETE - VIZCAYA 48920 SPAIN |
| ZEELAND INTERNATIONAL LIMITED | 10-1 BAMBOO ROAD 2ND HSINCHU 30079 TAIWAN, PROVINCE OF CHINA |

**Total Creditor count  23**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| ADVENTIST UNION LIMITED | 798 THOMSON ROAD SINGAPORE 298186 SINGAPORE |
| ALONSO VERTIZ, RAFAEL | PEDRO FIGARI 1615 MONTEVIDEO CP 11500 URUGUAY |
| AVELINO ORNELAS, MANUEL | CAMINBO DA TERCA NO. 2 SAO ROQUE 9020-123 FUNCHAL PORTUGAL |
| AVELINO ORNELAS, MANUEL | MANUEL AVELINO ORNELAS CA, TERCA 2 SAO ROQUE FUNCHAL 9020-123 PORTUGAL |
| BANCO SANTANDER INTERNATIONAL AS AGENT | DLA PIPER ATTN: WILLIAM M. GOLDMAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BANCO SANTANDER INTERNATIONAL AS AGENT | ATTN: LEGAL DEPARTMENT 1401 BRICKWELL AVE, SUITE 1500 MIAMI FL 33131 |
| BANK OF EAST ASIA LTD, THE; AS NOMINEE | FOR A/C LUNG TAK CHUNG J, TONG YUK KWAN 35/F BEA TOWER, MILLENNIUM CITY 5 CYD DEPT KWUN TONG HONG KONG |
| BANK OF EAST ASIA LTD, THE; AS NOMINEE | FOR A/C LUNG WING MAN VIRGINIA 35/F BEA TOWER, MILLENNIUM CITY 5 CYD DEPT KWUN TONG HONG KONG |
| BANQUE POPULAIRE COTE D'AZUR | SPORTING D'HIVER – PLACE DU CASINO MONTE-CARLO 98000 MONACO |
| BESSIO, MIRTA | BERUTI 2485- PISO 14 BUENOS AIRES CP 1117 ARGENTINA |
| BIROL, ATIL | MIMAR SINAN MAH 1400 SOKAK NO=11 D=30 GOKTASI APT KONAK 1ZMIR TURKEY |
| BLOOMINGDALE'S INT VENT LTD. | C/O MERRILL LYNCH, ATTN: TRUST DEPT 2 HARBOURFRONT PLACE #02-01 BAC ML HARBOURFRONT SINGAPORE 098499 SINGAPORE |
| BORRINO, ALBERTO M. | 402-1416 HARWOOD STREET VANCOUVER BC V6G JX5 CANADA |
| BUOYANT HILL CORPORATION | 242 KWAI SHUI ST 6/F TAIPEI TAIWAN, PROVINCE OF CHINA |
| CHAN, PETER AND ROSE | 4B GREENVIEW GARDENS 125 ROBINSON ROAD HONG KONG |
| CHEN, ROSA TE | HANGCHOW SOUTH RD, SEC 1, LANE 18 NO. 13, 1F TAIPEI TAIWAN, PROVINCE OF CHINA |
| CHINA UNIQUE HOLDINGS LTD | C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |
| CHIPHAR CORPORATION | C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |
| DARYANI, PARASRAM/ NEELAM P DARYANI/ | VIKAS P DARYANI/ NIKESH P DARYANI PO BOX 15668 DUBAI UNITED ARAB EMIRATES |
| DARYANI, VIKAS PARASRAM/ | NEELAM PARASRAM DARYANI PO BOX 15668 DUBAI UNITED ARAB EMIRATES |
| DE BAEREMAECKER, CAROLINA | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| FUNG, GRACE SIN YU | FLAT B, 24/F, BLOCK 7, CAVENDISH HEIGHTS 33 PERKINS ROAD, JARDINE'S LOOKOUT HONG KONG |
| GARCIA PASTORI, SYLVIA | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| IP LAM SANG & TSE SIU MUI | BLOCK 5C 11/F PHOENIX COURT 39 KENNEDY ROAD HONG KONG |
| KADER, SAMIR AMR MOHAMED ZAKI ABDEL | 19 ISMAIL MOHAMED STR. ZAMALEK CAIRO EGYPT |
| KRAEMER, WILHELM | FINTHER ZANDSTRASSE 89 MAINZ D-55124 GERMANY |
| LEE, TSU-SHIU AND LEE, YEN SHU MEEI | NO. 198-2 HSIN LOG ST KAOSHIUNG TAIWAN, PROVINCE OF CHINA |
| LIN WEN YEN AND LIN-CHOU CHIANG HUA | C/O WING SANG CHEONG LTD 56 KA YIP STREET HONG KONG |
| LLOVET GARCIA, JUAN ENRIQUE | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| LLOVET GARCIA, MARIA DOLORES | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| LLOVET GARCIA, MARIA ISABEL | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| LLOVET GARCIA, MARIA SYLVIA | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| LLOVET RUBIO, JUAN ENRIQUE | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| LUMINANCE VENTURES LTD | C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |
| MATRIX CONTROL | C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |
| MICHELINI, MARGARITA | BOLSA DE VALORES RINCON 454 PLANTA BAJA MONTEVIDEO URUGUAY |
| MIDDLE EAST SHIPPING | AGENCIES OVERSEAS LTD 19 MILTIADOU STR GLYFADA 16675 GREECE |
| MM2275 CO. LTD. | 39 AGUSAN CIRCLE ST. INSULAR VILLAGE 1, LANANG DAVAD CITY 8000 PHILIPPINES |
| NEMOY, DANIEL | OBLIGADO 1113 MONTEVIDEO URUGUAY |
| OCCHIONE, LIONEL DARDO | PASATE BOLLINI 2281 CABA BUENOS AIRES 1425 ARGENTINA |
| PINKY LIMITED | PO BOX N-1576 NASSAU BAHAMAS |
| PO WAN LUK, KIT CHE FAN, KITTY KIT TAK | AND A CHEUNG FAN KIT LING 24C, BLOCK 19 555 VICTORIA ROAD POKFULAM HONG KONG |

| Claim Name | Address Information |
| --- | --- |
| FAN, | AND A CHEUNG FAN KIT LING 24C, BLOCK 19 555 VICTORIA ROAD POKFULAM HONG KONG |
| RIDGECREST HOLDINGS LTD | P.O. BOX 31106 GRAND CAYMAN, KYI 1205 CAYMAN ISLANDS |
| ROLDOS, JORGE | GREGORIO SUAREZ 2726 MONTEVIDEO URUGUAY |
| ROLDOS, MARGARITA | RBLA. REPUBLICA DEL PERU 1483 PISO 3 MONTEVIDEO URUGUAY |
| SAUER, KLAUS PETER | 1 ALLEE L'OPIO VILLENEUVE-LOUBET 06270 FRANCE |
| SCHIARITI, EDUARDO RAFAEL | AVDA. RIVADAVIA 6346 PISO 2 A CP 1406 BUENOS AIRES ARGENTINA |
| SHYH-AN SU AND SHIOW-CHIN SU LUO | 11F-2, NO. 93, SEC 1, SINHAI ROAD DA-AN DISTRICT TAIPEI CITY 106 TAIWAN, PROVINCE OF CHINA |
| SUGIARTO, BAMBANG/ LAU HA CHUN | FLAT A 15TH FLOOR STARLIGHT GARDEN 2-14 ELECTRIC ST WANCHAI HONG KONG |
| SUWANG-SUN CO LTD | C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |
| TAN, CARIDAD & ALLEN ANTONIO | 2064 LUMBANG ST., CORNER CALUMPANG ST. DASMARINAS VILLAGE MAKAT PHILIPPINES |
| TU, CHARLES AND PATTY | 2362 42ND AVENUE SAN FRANCISCO CA 94116 |
| WING LUNG BANK LIMITED | ATTN: WMC 2/F WING LUNG BANK BLDG. 45 DES VOEUX RD. CENTRAL HONG KONG HONG KONG |
| WONG HUNG YING | 10E TOWER 11 PARC OASIS YAU YAT CHUEN KOWLOON HONG KONG |
| YETTI LTD. | C/O MERRILL LYNCH INT'L BANK ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |

**Total Creditor count  55**

**EXHIBIT F**

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| ALMADA GONZALEZ, ERNESTO JAVIER & | ANA MARIA GOMEZ MUNDO AV LAS PALMAS N 100 CASA 81 COL SANTA FE ZAPOPAN JALISCO C.P. 45110 MEXICO |
| BENSION HALLO, ANDRES | SAN RAFAEL 1227 BARRA DE CARRASCO CANELONES CP 15001 URUGUAY |
| BENSION, ALBERTO AND/OR ZULEMA MALLO | BR.ARTIGAS 34 P.10 MONTEVIDEO CP 11300 URUGUAY |
| BLASCO MARTIN, GREGORIO & | MARTINEZ GARCIA, NATIVIDAD CL MARQUES DE LOZOYA 13,  4-A MADRID 28007 SPAIN |
| BLASCO MARTIN, GREGORIO & | FRANCISCO GUTIERREZ, JUAN ARAOZ & RUEDA ABOGADOS CASTELLANA, 164 ENTREPLANTA 2"A" MADRID 28046 SPAIN |
| BRICENO VARGAS ANTONIO & DE LAR | DE BRICENO, PATRICIA  CALLE 38 18B X 9 Y 11 FRACC. CAMPESTRE MERIDA YUCATAN CP 97120 MEXICO |
| CALZADA REBOLLEDO, ROSA MARIA & SHARPE CALZADA | CLAUDIA ELENA  BEETHOVEN 111 COL LEON MODERNO LEON GUANJUATO 37480 MEXICO |
| CAMARENA PADILLA, EDUARDO & MARIA DE LA LUZ | 220 ANTONIO ALZATE FRACC HIDALGO LEON GUANAJUATO 37220 MEXICO |
| CAMARENA PADILLA, MA DE LA LUZ & ROSA EVELIA | 308 MONTANA, JARDINES DEL MORAL LEON GUANAJUATO 37160 MEXICO |
| CAMARENA PADILLA, ROSA EVELIA & MA DE LA LUZ | CANADA 105-A COL.JARDIN DEL MORAL LEON GTO 37160 MEXICO |
| CAMARENA PADILLA, SOCORRO & MA DE LA LUZ | BLVD CAMPESTRE 1102 COL VALLE DEL CAMPESTRE LEON GTO 37150 MEXICO |
| CASTANEDA SAN ROMAN, HERMINIA & | SILVA HERMINIA RAMIREZ CASTANEDA PLATEROS # 102, COL. CARRETAS QUERETARO QRO 76050 MEXICO |
| CASTELLANOS RAMIREZ, HECTOR | LILLIAN FRANK DE CASTELLANOS AND HECTOR MANUEL CASTELLANOS  EFRAIN GONZALES LUNA 2565 COL ARCOS GUADALAJARA JAL 44100 MEXICO |
| DAVID JESUS ALPIZAR CARRILLO & | MARISSA NAVARRETE SIERRA CALLE 3 # 380X8Y8B COL.LA GUERRERO MERIDA, YUC. 97118 MEXICO |
| DIAZ CLARK, MONICA | 941 ORANGE AVE # 403 CORONADO CA 92118 |
| DUARTE, ALEJANDRO DIEGO | C/O BNP PARIBAS ATTN: EDUARDO ANDRADE 201 S. BISCAYNE BLVD. SUITE 1800 MIAMI FL 33131 |
| FLORES, SERGIO LEAL AND JOSEFINA FLORES OCHOA | ARCIGA 34COL CENTRO PATZCUARO MICH 61600 MEXICO |
| FRANCISCO D'LUNA CANTON, JOSE/ | LILIANA  ASCENCIO DE LUNA  VERONICA VANESSA JACQUELINE CYNTHIA P. D'LUNA ASCENCIO RAYON #237 COL. OBRERA ENSENADA BC-22830 MEXICO |
| GALLEGO, JAIME HERNANDEZ & TERCERO, REGINA | HERNANDEZ  C/O HEYMAN & ASSOCIATES PO BOX 387905 LA JOLLA CA 92038-7905 |
| GOMEZ FLORES, MA DE LA PAZ & MA DEL REFUGIO | CALLE 31 DE MARZO NRO 105 COL. CENTRO LAGOS DE MORENO, JALISCO 47400 MEXICO |
| GONZALEZ ENRIQUE, ALICIA AND GARCIA GONZALEZ | , RUBEN, OLIMPO 106 COL LA MARTINICA LEON GUANAJUATO 37500 MEXICO |
| GONZALEZ, GEORGINA MARGARITA | CALLE DEL CRESTON # 1542 SECC. JARDINES PLAYAS DE TIJUANA BC CP 22206 MEXICO |
| GUZMAN ALDANA, ESTHELA M | PROL COLON #1605 JARDINES DE LA ASUNCION AGUASCALIENTES, AGS 20270 MEXICO |
| JABBOUR, LAMITA | VILLA JABBOUR, TALLET SROUR ZONE ROUGE N 78 NACCACHE LEBANON |
| JABBOUR, LAMITA | ME GREGORY J CONNOR 100 RUE DU RHONE GENEVA 1204 SWITZERLAND |
| JANUS SYSTEMS S A | INTL TECNOPARK OF PANAMA BLDG 218, APT 10701 EL DORADO CITY OF KNOWLEDGE PANAMA |
| JOSEFINA FLORES OCHOA/SERGIO LEAL FLORES | ARCIGA 34 COL CENTRO PATZCUARO MICHOACAN 61600 MEXICO |
| LLOYDS TSB BANK PLC(GENEVA BRANCH) | MR.NABIH ZAKI MIKHAEL 20, RAMSES STREET HELIOPOLIS, CAIRO EGYPT |
| LLOYDS TSB BANK PLC(GENEVA BRANCH) | WALIBI FINANCIAL HOLDINGS 7 RUE DU RHONE GENEVA 1204 SWITZERLAND |
| LLOYDS TSB BANK PLC(GENEVA BRANCH) | LLOYDS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTION PLACE BEL-AIR 1 GENEVA 11 1211 SWITZERLAND |
| LUNA, JOSE RICARDO ALCALA AND ANA MARIA | OCAMPO FLORES CENTAURO 3056 COL RINC DE LA CALMA ZAPOPAN, JALISCO 45082 MEXICO |
| MURCIA, JAMIE H. | ATTN: CARLOS SARDI, ESQ. GENOVESE JOBLOVE & BATTISTA, P.A. 100 SE 2ND STREET, |

| Claim Name | Address Information |
|---|---|
| MURCIA, JAMIE H. | SUITE 4400 MIAMI FL 33131 |
| MURCIA, JAMIE H. | 5770 LA LUNETA AVE. MIAMI FL 33155 |
| OCHOA, JOSEFINA FLORES & JOSEFINA LEAL FLORES | TIHUAPU Y AV MICH 253 VISTA BELLA FRACC LOMA DE VISTA BELLA MORELIA MICHOACAN 58090 MEXICO |
| OCTAVIO VELASCO, MARGARITA AND SEVILLA | EFRAIN GONZALES LUNA 2565 COLONIA ARCOS GUADALAJARA, JAL 44100 MEXICO |
| OROZCO COVARRUBIAS, FRANCISCO | CIRCUNVALACION NTE #129 COL NORTE AGUASCALIENTES AGS 20020 MEXICO |
| PARAMO, PATRICIA DE GUADALUPE / OLIVEROS, | JOSE MA DE LOS ANGELES  OLIVEROS MAQUEO AV TORRESLANDA 204 PB COL EL PARQUE CELAYA GUANAJUATO 38010 MEXICO |
| PRECIAT DE MENENDEZ, ANA MARIA | CALLE 6 NO.59 X 21 PRIVADA REAL MONTECRISTO MERIDA, YUCATAN 97133 MEXICO |
| TAHRA HOLDINGS INC | 3 MILTIADOU STR GLYFADA ATHENS 16675 GREECE |
| VIDRIO CHAVEZ, GERARDO ARMANDO | PASEO SAN RAIMUNDO 373 VALLE REAL ZAPOPAN JAL 45100 MEXICO |
| VIDRIO CHAVEZ, GERARDO ARMANDO | PASEO ATLAS COLOMOS #3000 INT 88 ATLAS COLOMOS ZAPOPAN JALISCO 45118 MEXICO |

**Total Creditor count  41**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| BANK OF VALLETTA P.L.C. | C/O PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036-7311 |
| BANQUE PRIVEE | EDMOND DE ROTHSCHILD S.A. 18, RUE DE HESSE GENEVE 1204 SWITZERLAND |
| DARYANI, PARASRAM, NEELAM P., VIKAS P. & NIKESH P | TRANSFEROR: UBS AG ATTN: NIKESH P DARYANI PO BOX 15668 DUBAI, UNITED ARAB EMIRATES |
| HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH | CONTACT: SARAH CHAN, DIRECTOR LEVEL 13 & 14 1 QUEEN'S ROAD CENTRAL HONG KONG |
| LEUMI PRIVATE BANK LTD | F/K/A BANQUE SAFDIE SA 1, RUE DE LA TOUR-DE-L'ILE CASE POSTALE 5415 GENEVA 11 CH-1211 SWITZERLAND |
| LEUMI PRIVATE BANK LTD | EDWARD NEIGER 317 MADISON AVE FL 21 NEW YORK NY 10017-5208 |
| S. FEIJ | HOGE BARAKKEN 7D MAASTRICHT 6221 GM NETHERLANDS |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |

**Total Creditor count  9**

**EXHIBIT H**

**LBH NOA 213 & 214_D.I. 29514-29517 7-18-12**

FERNANDO MARTIN ANCHORENA
CORRIENTES 1528, MARTINEZ, PCIA . DE
BUENOS AIRES, CP 1640
ARGENTINA

**EXHIBIT I**

| Claim Name | Address Information |
| --- | --- |
| SAEZ JORGE, CONCEPCION | FRANCISCO GUTIERREZ, JUAN ARAOZ & RUEDA ABOGADOS CASTELLANA, 164 ENTREPLANTA, 2"A" MADRID 28046 SPAIN |
| SAEZ JORGE, CONCEPCION | C/HUERTA SACEDILLA, 2 CHALET 23 MAJADAHONDA MADRID 28220 SPAIN |
| SANTOS GRADIM, JOAQUIM ARMINDO | SADOR, INC 60 MARKET SQUARE PO BOX 364 BELIZE |
| SANTOS GRADIM, JOAQUIM ARMINDO | RUA PARRINHO, 365 SAO JOAO DA MADEIRA 3700-217 PORTUGAL |
| TACTICS LIMITED | FLAT 8B, BLOCK 8, BEVERLY VILLAS 16 LA SALLE ROAD KOWLOON HONG KONG |
| TOUCHE, ANTONIO WALKER & DE WALKER, IRMA OLVERA | CALLE ALGARROBO #23 CLUB DE GOLF LA CEIBA MERIDA YUCATAN 97000 MEXICO |
| TU, CHARLES AND PATTY | 2362 42ND AVENUE SAN FRANCISCO CA 94116 |

**Total Creditor count  7**