## ANNEX 3
## LBHI TRANSFER NOTICE

United States Bankruptcy Court
Southern District of New York

*In re Lehman Brothers Holdings Inc., et al.,* Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **CVF Lux Master Sarl** | **Banque Edel SNC** |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 26545<br>Amount of Claim: $1,152,074.00<br>Date Claim Filed: September 17, 2009 |
| c/o Carval Investors UK Limited<br>3rd Floor, 25 Great Pulteney Street<br>London, W1F 9LT<br>Attn: Annemarie Jacobsen/David Short<br>Telephone: + 44 207 292 7720/21<br>Last Four Digits of Acct #: [___] | 5 Avenue Marcel<br>DASSAULT, BP 65806 – 31505<br>Toulouse, France<br>Telephone: +33 (0)5 61 17 3450<br>Last Four Digits of Acct #: N/a |
| Name and Address where transferee payments should be sent (if different from above): *N/a* | |
| Last Four Digits of Acct #: *N/a* | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 27 June 2012
Transferee/Transferee's Agent

26

JRL   RP

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*JM*    *RP*

## EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court ("Bankruptcy Court")
        Southern District of New York
        Attn: Clerk

AND TO: *In re Lehman Brothers Holdings Inc., et al.,* ("Debtor")

Case No.  08-13555 (JMP) (Jointly Administered)

Claim #:  26545

**Banque Edel SNC**, its successors and assignees (collectively, the "Transferor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CVF Lux Master Sarl**

c/o Carval Investors UK Limited
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT
Attn: Annemarie Jacobsen/David Short
Telephone: + 44 207 292 7720/21

its successors and assignees ("Transferee"), all rights, title and interest in and to the claim of Transferor, including all rights of stoppage in transit, replevin, reclamation and cure payments, in the principal amount of $1,152,074.00 (the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

28

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 27 June 2012.

By: Jean-Pierre Lherm
Transferor's authorised signatory

[banque edel stamp: 5 Avenue Marcel Dassault - BP 65806, 31505 TOULOUSE CEDEX 5, Tél.: 05 61 17 34 34 - Fax: 05 61 17 34 35, e-mail: edel@banque-edel.fr, SIRET: 306 920 109 00049]

Paribas
Transferee's authorised signatory

By:
Transferee/Transferee's Agent