CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Richard Levin

*Attorneys for Credit Suisse AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | Case No. 08-13555 (JMP) |
| **Debtors.** | **(Jointly Administered)** |

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

Credit Suisse AG hereby withdraws its Notice of Transfer of Claim filed on June 23, 2010 at Docket No. 9764, transferring a portion of claim number 59233 from UBS AG as transferor to Credit Suisse AG as transferee in the amount of CHF 20,000, as it is duplicative of a portion of its Notice of Transfer of Claim filed on June 23, 2010 at Docket No. 9763. To be clear, Credit Suisse AG does not withdraw the claim.

Respectfully submitted on this 27th day of July 2012.

By  /s/ Richard Levin
Richard Levin
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

B-1

[[3361018]]