KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., *et. al.*, | : | 08-13555 (JMP) |
| | : | 08-01420 (JMP) |
| Debtors. | : | (Jointly Administered) |

**WITHDRAWAL OF NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**
**AND TO BE ADDED TO MASTER SERVICE LIST**

NOW COMES Michael S. Kim, on behalf of Kobre & Kim LLP, as well as on behalf of Ian N. Levy, an attorney formerly of Kobre & Kim LLP, and (i) withdraws Ian N. Levy's Notice of Appearance and Demand for Notices and Papers on behalf of ABM Industries, Inc., and (ii) requests that his name and address, or that of the firm Kobre & Kim LLP, be removed from all service lists maintained or utilized in connection with these cases.

| | |
|---|---|
| Dated: July 30, 2012<br>New York, New York | Respectfully submitted,<br><br>KOBRE & KIM LLP<br><br>By: /s/ Michael S. Kim<br><br>Michael S. Kim (MK-0308)<br>KOBRE & KIM LLP<br>800 Third Avenue<br>New York, New York 10022<br>Tel: (212) 488-1200<br>Fax: (212) 488-1220 |