KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., *et. al.*, | 08-13555 (JMP) |
| | 08-01420 (JMP) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**
**AND TO BE ADDED TO MASTER SERVICE LIST**

NOW COMES Michael S. Kim, on behalf of Kobre & Kim LLP, as well as on behalf of Ian N. Levy, an attorney formerly of Kobre & Kim LLP, and (i) withdraws Ian N. Levy's Notice of Appearance and Demand for Notices and Papers on behalf of Essex Equity Holdings USA, LLC. M. Brian Maher & Basil Maher, and (ii) requests that his name and address, or that of the firm Kobre & Kim LLP, be removed from all service lists maintained or utilized in connection with these cases.

|  |  |
|---|---|
| Dated: July 30, 2012<br>New York, New York | Respectfully submitted,<br><br>KOBRE & KIM LLP<br><br>By: /s/ Michael S. Kim<br><br>Michael S. Kim (MK-0308)<br>KOBRE & KIM LLP<br>800 Third Avenue<br>New York, New York 10022<br>Tel: (212) 488-1200<br>Fax: (212) 488-1220 |