B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re Lehman Brothers Holdings Inc.,    Case No. 08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P.<br><br>Name of Transferee | DEUTSCHE BANK AG, LONDON<br><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>Aravind Rajasekharan<br>Strategic Value Partners LLC<br>100 West Putnam Avenue<br>Greenwich, CT 06830<br>Phone: 203-618-3599<br>Fax: 201-720-2945 (or email 12017202945@tls.ldsprod.com) | Court Claim # (if known): 5276<br><br>Amount of Claim: US$3,654,481.59 of a total amount of US$3,654,481.59 specified on the Court Claim<br><br>Date Claim Filed: 13 July 2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 24 July 2012
    Transferee    Lewis Schwartz
                  Chief Financial Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

(2) **Evidence of Transfer of Claim**

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Deutsche Bank AG, London Branch** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Strategic Value Special Situations Master fund II, L.P.** ("Purchaser") its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of US$3,654,481.59 under a guarantee from Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 5276) filed by Volksbank Peine AG with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of July 2012.

DEUTSCHE BANK AG, LONDON BRANCH

By: _____

Name:   Philipp Roever
        Vice President

Ross Miller
Director

Title:

STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P.

By SVP Special Situations II, LLC
Its Investment Manager

By: _____

Name:

Title:

(2) Evidence of Transfer of Claim

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Deutsche Bank AG, London Branch** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Strategic Value Special Situations Master fund II, L.P.** ("Purchaser") its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of US$3,654,481.59 under a guarantee from Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 5276) filed by Volksbank Peine AG with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24th day of July 2012.

DEUTSCHE BANK AG, LONDON BRANCH

By: _____

Name:

Title:

STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P.
By SVP Special Situations II, LLC
Its Investment Manager

By: _____

Name: Lewis Schwartz
Title: Chief Financial Officer