STAMELL & SCHAGER, LLP
One Liberty Plaza, 35th Floor
New York, NY 10006-1404
Telephone: (212) 566-4047
Facsimile: (212) 566-4061
Email: schager@ssnyc.com
Richard J. Schager, Jr.

*Attorneys for Claimant(s)*
*Tal Lev Ari, Julian Iragorri and Jack Rivkin*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
In re                                                        :   Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :   08-13555 (JMP)
                                                             :
                              Debtors.                       :   (Jointly Administered)
                                                             :
------------------------------------------------------------ x

**SUPPLEMENT TO RESPONSES OF CLAIMANTS TAL LEV ARI, JULIAN IRAGORRI AND JACK RIVKIN, IN OPPOSITION TO DEBTORS' 319th OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS), ON BEHALF OF CLAIMANT LAWRENCE E. McCARTHY**

This Supplement to the Statement of Opposition to the Debtors' 319th Omnibus Objection is submitted on behalf of Claimant Lawrence E. McCarthy (Claim No. 66392), referred to here as the "Claimant". Claimant is submitting a supporting affidavit, filed as an Exhibit to this Opposition, and joins in the Opposition to Debtors' 319th Omnibus Objection of Tal Lev Ari, Julian Iragorri and Jack Rivkin (Doc. 29416), filed and served on July 16, 2012.

Debtors' 319th Omnibus Objection is the twelfth in a series of Omnibus Objections attempting to reclassify as equity interests the claims of former employees for unpaid compensation. Debtors' Objection should be denied for the reasons stated in the Responses in Opposition to Debtors' 313th Omnibus Objection, Doc. 29254, filed and served by the

undersigned counsel on July 6, 2012, a copy of which was filed and served with the Opposition of Claimants Levi Ari, Iragorri and Rivkin, in which Claimant McCarthy hereby joins.

Under cover of this Supplement, Claimant McCarthy files and serves his Affirmation in support of this Opposition, in a format similar to those affirmations submitted in opposition to the 319th Omnibus Objection, and as discussed in the Opposition referenced above (Doc. 29416).

Respectfully submitted,

By: _____
Richard J. Schager, Jr.
STAMELL & SCHAGER LLP
One Liberty Plaza, 35th Floor
New York, New York 10006-1404
Telephone: (212) 566-4057
Facsimile: (212) 566-4061
schager@ssnyc.com

July 31, 2012