**Garfield County**

**COUNTY ATTORNEY'S OFFICE**
108 8th Street, Suite 219
Glenwood Springs, CO 81601
Tele: (970) 945-9150
Fax: (970) 384-5005

July 31, 2012

The Chambers of the Hon. James M. Peck
U. S. Bankruptcy Judge
U. S. Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

RE:   In re: Lehman Brothers Holdings, *et al.*, Debtors
      Chapter 11 Case No. 08-13555

Dear Judge Peck:

Pursuant to instructions from the Bankruptcy Court of the Southern District of New York, we are submitting this letter withdrawing as counsel for the Garfield County Treasurer's Office. The Proofs of Claim filed on behalf of the Garfield County Treasurer were withdrawn on May 24, 2010 and June 22, 2012, and no issues remain regarding Garfield County. I would request that we be terminated from this case and that all email notifications stop.

If you require anything further, please advise. Thank you.

Sincerely,

Cassandra L. Coleman
Assistant Garfield County Attorney

/cc
cc:   Georgia Chamberlain, Garfield County Treasurer