

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,                    Case No. 08-13555(JMP)
                                                                 Jointly Administered

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Banca di Credito Cooperativo di Alba, Langhe e Roero s.c. | Ersel Sim SpA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Via Cavour, n. 4
12051 ALBA (Cuneo)
Italy

Attn: Mr. Mario Musso
E-mail: mariomusso@bancadalba.bcc.it

Phone: + 39 0173 659 208
Last Four Digits of Acct #: N/A

Court Claim # (if known): 50473
Date Claim Filed: 10/28/2009
Amount of Claim: $9,508,383.95
Allowed Amount: $9,496,662.01[1]
Allowed Amount transferred:
$141,130.89

Phone: c/o Klestadt & Winters, LLP
(212) 972-3000
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Banca di Credito Cooperativo di Alba Langhe e Roero s.c.
c/o Iccrea Banca SpA – Via Lucrezia Romana, n. 41/47
00178  ROMA Italy
Phone: + 39 0672071
Last Four Digits of Acct #: N/A
Bcc Alba Langhe e Roero s.c. Codice Abi 08530
C/C n. 8530/016

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: x_/s/ Mario Musso_                              Date: 07/24/2012
    MARIO MUSSO
    Deputy General Manager
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571.

---

[1] Per Lehman's Notice of Proposed Allowed Claim Amount dated August 24, 2011.

# EVIDENCE OF TRANSFER OF CLAIM

# TRANSFER AGREEMENT

## AGREEMENT AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  The Debtors and the Bankruptcy Court:

1.  On October 28, 2009, Ersel Sim SpA ("Ersel" or the "Transferor") filed a proof of claim (the "Claim"), as amended, assigned claim number 50473, in the amount of US$9,508,383.95 on behalf of certain of its clients who were the beneficial holders of certain Structured Securities (as defined in the Third Amended Chapter 11 Plan) issued or guaranteed by Lehman Brothers Holdings, Inc. ("Lehman"). A true and correct copy of the Claim is attached hereto as **Exhibit A.**

2.  As set forth on and included in the Claim, Barettini Francesco (the "Beneficial Holder"), as owner and/or beneficiary of the account designated under "Barettini Francesco C. TO IN2", is the beneficial holder (the "Beneficial Holder") of Lehman B. TSY EUR 22/09/14 MCP securities in an amount of €100.000 (or US$141,895 as converted at a rate of 1.41895 as of 15 September 2008).

3.  Pursuant to Lehman's Notice of Proposed Allowed Claim Amount (the "Notice"), dated August 24, 2011, the Claim was allowed in the aggregate amount of US$9,496,662.01 (the "Aggregate Allowed Amount"). Pursuant to the Notice, that portion of the Claim with respect to Lehman B. TSY EUR 22/09/14 MCP securities were allowed at an amount equal to 99.4615% of the total claimed amount. A true and correct copy of the Notice is attached hereto as **Exhibit B.**

4.  Based upon the Notice, the Beneficial Holder is the beneficial owner of that portion of the Claim in an amount of US$141,130.89 (of the Aggregate Allowed Amount).

5.  At his instance and request, the Beneficial Holder's interest in the Claim, totaling the sum of US$141,130.89, has been transferred from Ersel to Banca D'Alba (the "Transferee"), which shall hold such claim on behalf of the Beneficial Holder.

6.  This agreement shall evidence the <u>partial</u> transfer of the Claim in the amount of US$141,130.89 from the Transferor to the Transferee in the amount of US$141,130.89. The remainder of the Claim shall continue to be held by Ersel on behalf of the non-transferring beneficial owners identified on the Claim.

7.  The Transferor shall have no further obligation or liability once this agreement is executed and filed with the Bankruptcy Court and Lehman or Lehman's designated claims agent.

*THE REST OF THIS PAGE IS INTENTIONALLY LEFT BLANK*

*SIGNATURE PAGE TO FOLLOW*

1

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this ____ day of July, 2012.

Ersel Sim SpA

By: _____
Name: BRUNO ARGENTERO
Date: 18.07.2012

Barettini Francesco, as owner and beneficiary of the Account entitled "Barettini Francesco C. TO IN2"

By: _____
Name: FRANCESCO BARETTINI
Date: 18.07.2012

Banca D'Alba
By: x _____
Name: MARIO MUSSO
Date: 24.07.2012

2