UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
----------------------------------------------------------------x Ref. Docket Nos. 29671-29683

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 26, 2012, I caused to be served the following:

   a) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated July 26, 2012 [Docket No. 29671], (the "Bank of Tokyo Subpoena"),

   b) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated July 26, 2012 [Docket No. 29672], (the "Drawbridge Global Subpoena"),

   c) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated July 26, 2012 [Docket No. 29673], (the "Himfield Ltd Subpoena"),

   d) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated July 26, 2012 [Docket No. 29674], (the "Loomis St Subpoena"),

   e) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of

    Persons and Entities," dated July 26, 2012 [Docket No. 29675] (the "Merrill Lynch Credit Subpoena"),

f) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated July 26, 2012 [Docket No. 29676] - (the "Merrill Lynch International Subpoena"),

g) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated July 26, 2012 [Docket No. 29677] - (the "Merrill Lynch Pierce Subpoena"),

h) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated July 26, 2012 [Docket No. 29678] (the "Millennium Partners Subpoena"),

i) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated July 26, 2012 [Docket No. 29679] (the "PB Capital Subpoena"),

j) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated July 26, 2012 [Docket No. 29680], (the "Recovery Partners Subpoena"),

k) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated July 26, 2012 [Docket No. 29681], (the "Recovery Partners I Subpoena"),

l) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated July 26, 2012 [Docket No. 29682], (the "RIM Finance Subpoena"), and

m) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated July 26, 2012 [Docket No. 29683], (the "Varde Investment Subpoena"),

by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. delivered via facsimile to the party listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                                          s/ Pete Caris
                                                                                                          Pete Caris

Sworn to before me this
27th day of July, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014
Konstantina Haidopoulos

**EXHIBIT A**

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | aunger@sidley.com | cmontgomery@salans.com |
| aalfonso@willkie.com | austin.bankruptcy@publicans.com | cohen@sewkis.com |
| abeaumont@fklaw.com | avenes@whitecase.com | colea@gtlaw.com |
| abraunstein@riemerlaw.com | azylberberg@whitecase.com | cp@stevenslee.com |
| acaton@kramerlevin.com | bankr@zuckerman.com | cpappas@dilworthlaw.com |
| acker@chapman.com | bankruptcy@goodwin.com | craig.goldblatt@wilmerhale.com |
| adam.brezine@hro.com | bankruptcy@morrisoncohen.com | crmomjian@attorneygeneral.gov |
| adarwin@nixonpeabody.com | bankruptcy@ntexas-attorneys.com | cs@stevenslee.com |
| adiamond@diamondmccarthy.com | bankruptcymatters@us.nomura.com | csalomon@beckerglynn.com |
| aeckstein@blankrome.com | barbra.parlin@hklaw.com | cschreiber@winston.com |
| aentwistle@entwistle-law.com | bbisignani@postschell.com | cshore@whitecase.com |
| afriedman@irell.com | bcarlson@co.sanmateo.ca.us | cshulman@sheppardmullin.com |
| agbanknewyork@ag.tn.gov | bdk@schlamstone.com | ctatelbaum@adorno.com |
| aglenn@kasowitz.com | bguiney@pbwt.com | cwalsh@mayerbrown.com |
| agold@herrick.com | bkmail@prommis.com | cward@polsinelli.com |
| agoldstein@tnsj-law.com | bmanne@tuckerlaw.com | cweber@ebg-law.com |
| aisenberg@saul.com | bmiller@mofo.com | cweiss@ingramllp.com |
| akantesaria@oppenheimerfunds.com | boneill@kramerlevin.com | dallas.bankruptcy@publicans.com |
| akolod@mosessinger.com | brian.corey@greentreecreditsolutions.com | daniel.guyder@allenovery.com |
| akornikova@lcbf.com | brosenblum@jonesday.com | dave.davis@isgria.com |
| alum@ftportfolios.com | broy@rltlawfirm.com | david.bennett@tklaw.com |
| amarder@msek.com | bruce.wright@sutherland.com | david.heller@lw.com |
| amartin@sheppardmullin.com | bstrickland@wtplaw.com | david.powlen@btlaw.com |
| amcmullen@boultcummings.com | btrust@mayerbrown.com | david.seligman@kirkland.com |
| amenard@tishmanspeyer.com | bturk@tishmanspeyer.com | davids@blbglaw.com |
| anann@foley.com | bwolfe@sheppardmullin.com | davidwheeler@mvalaw.com |
| andrew.brozman@cliffordchance.com | bzabarauskas@crowell.com | dbalog@intersil.com |
| andrew.lourie@kobrekim.com | cahn@clm.com | dbarber@bsblawyers.com |
| angelich.george@arentfox.com | calbert@reitlerlaw.com | dbaumstein@whitecase.com |
| ann.reynaud@shell.com | canelas@pursuitpartners.com | dbesikof@loeb.com |
| anthony_boccanfuso@aporter.com | carol.weinerlevy@bingham.com | dcimo@gjb-law.com |
| aoberry@bermanesq.com | cbelisle@wfw.com | dcoffino@cov.com |
| aostrow@beckerglynn.com | cbelmonte@ssbb.com | dcrapo@gibbonslaw.com |
| apo@stevenslee.com | cbrotstein@bm.net | ddavis@paulweiss.com |
| aquale@sidley.com | cdesiderio@nixonpeabody.com | ddrebsky@nixonpeabody.com |
| arahl@reedsmith.com | cgoldstein@stcwlaw.com | ddunne@milbank.com |
| arheaume@riemerlaw.com | chammerman@paulweiss.com | deggermann@kramerlevin.com |
| arlbank@pbfcm.com | chardman@klestadt.com | deggert@freebornpeters.com |
| arosenblatt@chadbourne.com | charles@filardi-law.com | demetra.liggins@tklaw.com |
| arthur.rosenberg@hklaw.com | charles_malloy@aporter.com | dfelder@orrick.com |
| arwolf@wlrk.com | chipford@parkerpoe.com | dflanigan@polsinelli.com |
| aseuffert@lawpost-nyc.com | chris.donoho@lovells.com | dgrimes@reedsmith.com |
| ashaffer@mayerbrown.com | christopher.schueller@bipc.com | dhayes@mcguirewoods.com |
| ashmead@sewkis.com | clarkb@sullcrom.com | dheffer@foley.com |
| asnow@ssbb.com | clynch@reedsmith.com | diconzam@gtlaw.com |

| | | |
|---|---|---|
| djoseph@stradley.com | esmith@dl.com | jamestecce@quinnemanuel.com |
| dkleiner@velaw.com | etillinghast@sheppardmullin.com | jamie.nelson@dubaiic.com |
| dkozusko@willkie.com | ezujkowski@emmetmarvin.com | jar@outtengolden.com |
| dlemay@chadbourne.com | ezweig@optonline.net | jason.jurgens@cwt.com |
| dlipke@vedderprice.com | fbp@ppgms.com | jay.hurst@oag.state.tx.us |
| dludman@brownconnery.com | ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| dmcguire@winston.com | fhyman@mayerbrown.com | jbecker@wilmingtontrust.com |
| dmurray@jenner.com | foont@foontlaw.com | jbeemer@entwistle-law.com |
| dneier@winston.com | francois.janson@hklaw.com | jbeiers@co.sanmateo.ca.us |
| dodonnell@milbank.com | fsosnick@shearman.com | jbird@polsinelli.com |
| dove.michelle@dorsey.com | fyates@sonnenschein.com | jbromley@cgsh.com |
| dpegno@dpklaw.com | gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| draelson@fisherbrothers.com | gbray@milbank.com | jchristian@tobinlaw.com |
| dravin@wolffsamson.com | geraci@thalergertler.com | jdoran@haslaw.com |
| drose@pryorcashman.com | ggitomer@mkbattorneys.com | jdrucker@coleschotz.com |
| drosenzweig@fulbright.com | ggoodman@foley.com | jdyas@halperinlaw.net |
| drosner@goulstonstorrs.com | giddens@hugheshubbard.com | jean-david.barnea@usdoj.gov |
| drosner@kasowitz.com | gkaden@goulstonstorrs.com | jeanites@whiteandwilliams.com |
| dshaffer@wtplaw.com | glenn.siegel@dechert.com | jeannette.boot@wilmerhale.com |
| dshemano@pwkllp.com | gmoss@riemerlaw.com | jeff.wittig@coair.com |
| dspelfogel@foley.com | gravert@ravertpllc.com | jeffery.black@bingham.com |
| dtatge@ebglaw.com | gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| dtheising@harrisonmoberly.com | guzzi@whitecase.com | jeldredge@velaw.com |
| dwdykhouse@pbwt.com | harrisjm@michigan.gov | jen.premisler@cliffordchance.com |
| dwildes@stroock.com | harveystrickon@paulhastings.com | jennifer.demarco@cliffordchance.com |
| dworkman@bakerlaw.com | hbeltzer@mayerbrown.com | jennifer.gore@shell.com |
| easmith@venable.com | heim.steve@dorsey.com | jeremy.eiden@ag.state.mn.us |
| echang@steinlubin.com | heiser@chapman.com | jfalgowski@reedsmith.com |
| ecohen@russell.com | hollace.cohen@troutmansanders.com | jflaxer@golenbock.com |
| efleck@milbank.com | holsen@stroock.com | jfox@joefoxlaw.com |
| efriedman@fklaw.com | howard.hawkins@cwt.com | jfreeberg@wfw.com |
| efriedman@friedumspring.com | hseife@chadbourne.com | jg5786@att.com |
| egeekie@schiffhardin.com | hsnovikoff@wlrk.com | jgenovese@gjb-law.com |
| eglas@mccarter.com | hsteel@brownrudnick.com | jguy@orrick.com |
| ehollander@whitecase.com | icatto@mwe.com | jherzog@gklaw.com |
| ekbergc@lanepowell.com | igoldstein@dl.com | jhiggins@fdlaw.com |
| eleicht@whitecase.com | ilevee@lowenstein.com | jhorgan@phxa.com |
| eli.mattioli@klgates.com | ira.herman@tklaw.com | jhuggett@margolisedelstein.com |
| ellen.halstead@cwt.com | isgreene@hhlaw.com | jim@atkinslawfirm.com |
| emerberg@mayerbrown.com | israel.dahan@cwt.com | jjoyce@dresslerpeters.com |
| enkaplan@kaplanlandau.com | iva.uroic@dechert.com | jjtancredi@daypitney.com |
| eobrien@sbchlaw.com | jacobsonn@sec.gov | jjureller@klestadt.com |
| erin.mautner@bingham.com | james.heaney@lawdeb.com | jkehoe@btkmc.com |
| eschaffer@reedsmith.com | james.mcclammy@dpw.com | jlamar@maynardcooper.com |
| eschwartz@contrariancapital.com | james.sprayregen@kirkland.com | jlawlor@wmd-law.com |

| | | |
|---|---|---|
| jlee@foley.com | kanema@formanlaw.com | lromansic@steptoe.com |
| jlevitin@cahill.com | karen.wagner@dpw.com | lscarcella@farrellfritz.com |
| jlipson@crockerkuno.com | kdwbankruptcydepartment@kelleydrye.com | lschweitzer@cgsh.com |
| jlovi@steptoe.com | keckhardt@hunton.com | lsilverstein@potteranderson.com |
| jlscott@reedsmith.com | keith.simon@lw.com | lubell@hugheshubbard.com |
| jmaddock@mcguirewoods.com | ken.coleman@allenovery.com | lwhidden@salans.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | mabrams@willkie.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | maofiling@cgsh.com |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | marc.chait@sc.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | margolin@hugheshubbard.com |
| jmerva@fult.com | kjarashow@fklaw.com | mark.bane@ropesgray.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.deveno@bingham.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.ellenberg@cwt.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.hellerer@pillsburylaw.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | mark.sherrill@sutherland.com |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | martin.davis@ots.treas.gov |
| jorbach@hahnhessen.com | korr@orrick.com | marvin.clements@ag.tn.gov |
| joseph.cordaro@usdoj.gov | kovskyd@pepperlaw.com | matt@willaw.com |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | matthew.klepper@dlapiper.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | maustin@orrick.com |
| jowolf@law.nyc.gov | kreynolds@mklawnyc.com | max.polonsky@skadden.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | mbenner@tishmanspeyer.com |
| jpintarelli@mofo.com | kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mberman@nixonpeabody.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mbienenstock@dl.com |
| jrabinowitz@rltlawfirm.com | landon@streusandlandon.com | mbloemsma@mhjur.com |
| jrsmith@hunton.com | lapeterson@foley.com | mbossi@thompsoncoburn.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mcademartori@sheppardmullin.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mcantor@normandyhill.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com | mccombst@sullcrom.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mcordone@stradley.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mcto@debevoise.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | mcyganowski@oshr.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | mdorval@stradley.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | melorod@gtlaw.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | meltzere@pepperlaw.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | metkin@lowenstein.com |
| jvail@ssrl.com | lkatz@ltblaw.com | mfeldman@willkie.com |
| jwallack@goulstonstorrs.com | lmarinuzzi@mofo.com | mgordon@briggs.com |
| jwang@sipc.org | lmay@coleschotz.com | mgreger@allenmatkins.com |
| jwcohen@daypitney.com | lmcgowen@orrick.com | mh1@mccallaraymer.com |
| jweiss@gibsondunn.com | lml@ppgms.com | mhopkins@cov.com |
| jwest@velaw.com | lnashelsky@mofo.com | michael.frege@cms-hs.com |
| jwh@njlawfirm.com | loizides@loizides.com | michael.kelly@monarchlp.com |

| | | |
|---|---|---|
| michael.kim@kobrekim.com | nissay_10259-0154@mhmjapan.com | rjones@boultcummings.com |
| michael.mccrory@btlaw.com | nlepore@schnader.com | rleek@hodgsonruss.com |
| michael.reilly@bingham.com | notice@bkcylaw.com | rlevin@cravath.com |
| millee12@nationwide.com | oipress@travelers.com | rmatzat@hahnhessen.com |
| miller@taftlaw.com | otccorpactions@finra.org | rmcneill@potteranderson.com |
| mimi.m.wong@irscounsel.treas.gov | paronzon@milbank.com | rnetzer@willkie.com |
| mitchell.ayer@tklaw.com | patrick.oh@freshfields.com | robert.bailey@bnymellon.com |
| mjedelman@vedderprice.com | paul.turner@sutherland.com | robert.dombroff@bingham.com |
| mjr1@westchestergov.com | pbattista@gjb-law.com | robert.henoch@kobrekim.com |
| mkjaer@winston.com | pbosswick@ssbb.com | robert.malone@dbr.com |
| mlahaie@akingump.com | pdublin@akingump.com | robert.yalen@usdoj.gov |
| mlandman@lcbf.com | peisenberg@lockelord.com | robin.keller@lovells.com |
| mlichtenstein@crowell.com | peter.gilhuly@lw.com | roger@rnagioff.com |
| mlynch2@travelers.com | peter.macdonald@wilmerhale.com | ronald.silverman@bingham.com |
| mmendez@hunton.com | peter.simmons@friedfrank.com | ross.martin@ropesgray.com |
| mmooney@deilylawfirm.com | peter@bankrupt.com | rqureshi@reedsmith.com |
| mmorreale@us.mufg.jp | pfeldman@oshr.com | rrainer@wmd-law.com |
| mneier@ibolaw.com | phayden@mcguirewoods.com | rreid@sheppardmullin.com |
| monica.lawless@brookfieldproperties.com | pmaxcy@sonnenschein.com | rroupinian@outtengolden.com |
| mpage@kelleydrye.com | ppascuzzi@ffwplaw.com | rrussell@andrewskurth.com |
| mparry@mosessinger.com | ppatterson@stradley.com | rterenzi@stcwlaw.com |
| mpomerantz@julienandschlesinger.com | psp@njlawfirm.com | russj4478@aol.com |
| mprimoff@kayescholer.com | ptrain-gutierrez@kaplanlandau.com | rwasserman@cftc.gov |
| mpucillo@bermanesq.com | ptrostle@jenner.com | rwyron@orrick.com |
| mrosenthal@gibsondunn.com | r.stahl@stahlzelloe.com | s.minehan@aozorabank.co.jp |
| mruetzel@whitecase.com | raj.madan@bingham.com | sabin.willett@bingham.com |
| mschimel@sju.edu | ramona.neal@hp.com | sabramowitz@velaw.com |
| mschlesinger@julienandschlesinger.com | ranjit.mather@bnymellon.com | sabvanrooy@hotmail.com |
| msegarra@mayerbrown.com | raul.alcantar@ropesgray.com | sagolden@hhlaw.com |
| mshiner@tuckerlaw.com | rbeacher@pryorcashman.com | sally.henry@skadden.com |
| msiegel@brownrudnick.com | rbyman@jenner.com | samuel.cavior@pillsburylaw.com |
| msolow@kayescholer.com | rdaversa@orrick.com | sandyscafaria@eaton.com |
| mspeiser@stroock.com | relgidely@gjb-law.com | sara.tapinekis@cliffordchance.com |
| mstamer@akingump.com | rfleischer@pryorcashman.com | scargill@lowenstein.com |
| mvenditto@reedsmith.com | rfrankel@orrick.com | schannej@pepperlaw.com |
| mwarren@mtb.com | rfriedman@silvermanacampora.com | schepis@pursuitpartners.com |
| nathan.spatz@pillsburylaw.com | rgmason@wlrk.com | schnabel.eric@dorsey.com |
| ncoco@mwe.com | rgraham@whitecase.com | schristianson@buchalter.com |
| neal.mann@oag.state.ny.us | rhett.campbell@tklaw.com | schwartzmatthew@sullcrom.com |
| ned.schodek@shearman.com | richard.fingard@newedge.com | scottshelley@quinnemanuel.com |
| neilberger@teamtogut.com | richard.lear@hklaw.com | scousins@armstrongteasdale.com |
| newyork@sec.gov | richard.levy@lw.com | sdnyecf@dor.mo.gov |
| nfurman@scottwoodcapital.com | richard.tisdale@friedfrank.com | sehlers@armstrongteasdale.com |
| nherman@morganlewis.com | richard@rwmaplc.com | seichel@crowell.com |
| nickolas.karavolas@pillsburylaw.com | ritkin@steptoe.com | sfelderstein@ffwplaw.com |

sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

lkiss@klestadt.com

**EXHIBIT B**

| Fax | Name |
| --- | --- |
| 12126682255 | UST-DAVIS,GASPA,SCHW |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007