# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    The Debtor and the U.S. Bankruptcy Court

For value received, the adequacy and sufficient of which are hereby acknowledged, CREDITO EMILIANO SPA ("Transferor"), unconditionally and irrevocably transfers and assigns to BANCO DI DESIO E DELLA BRIANZA SPA ("Transferee") an undivided pro rata interest in EUR 18,000= (US$ 26,086.92) ("Transferred Portion") of Transferor's right, title, interest and claims in an to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. ("Debtor"), debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") and the relevant portion of the claim evidenced by Proof of Claim No. 62892 ("Claim") filed by the Transferor in the case with respect to the Claim.

Transferor waives any objection to the transfer of the Transferred Portion of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and waives to the fullest extent permitted by law any notice or right to a hearing that may be provided by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local rules of the Bankruptcy Court or applicable law with respect to such transfer. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing Transferred Portion of the Claim, recognizing Transferor as the sole owner and holder of the Transferred Portion of the Claim, and directing that all payments or distributions of money or property in respect of the Transferred Portion of the claim be delivered or made to the Transferee.

IN WITNESS WHEREOF, this Evidence of Partial Transfer of Claim is executed as of this July 12ve 2012.

CREDITO EMILIANO SPA
Transferor
By: _____
Name: GIORGIO FERRARI
Title: CHAIRMAN OF THE BOARD

BANCO DI DESIO E DELLA BRIANZA SPA
Transferee
By: _____GRAZIELLA BOLOGNA_____
Name: _____HEAD OF _____ DEPT.
Title: _____

1028357



Schedule 1

Transferred Claims

Purchased Claim

0,441609 % of XS0211814123 EUR = USD 26,086.92 of USD 5,907,238.92 (i.e. the outstanding amount of XS0211814123 as described in the Proof of Claim dated 29 October, 2009 and filed on 2 November, 2009),

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREAS.BV 7%/LINKED 16.02.2005/2017 EUR | XS0211814123 | LEHMAN BROTHERS TREASURY BV | Lehman Brothers Holdings Inc. | EUR 18,000.00 (equivalent to USD 25,471.80) | 16/02/2017 | EUR 18,434.69 (equivalent to USD 26,086.92) |

CREDITO EMILIANO S.p.A.

BANCO DI DESIO E DELLA BRIANZA, S.p.A.
GRAZIELLA BOLOGNA
HEAD OF FINANCIAL DEPT.

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

**Form 210A**

United States Bankruptcy Court

## SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS

Case No. 08-13555 (JMP)
JOINTLY ADMINISTERED

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Banco di Desio e della Brianza S.p.A.**
Name of Transferee

**Credito Emiliano SPA**
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim #: 62892
Amount of Claim: $ 152,505,272.33

Banco di Desio e della Brianza S.p.A.
Via Rovagnati, 1
20832 DESIO (MB) - Italy
Attn: Stefania Mazzonello – Middle Office
E-mail: s.mazzonello@bancodesio.it
Phone: 0039.0362.613547
Last Four Digits of Acct #: N/A

Date Claim Filed: November , 2 2009
Partial Claim amount transferred: $ 26,086.92


Phone: 0039 0522 582601
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):
Phone: Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

BANCO DI DESIO E DELLA BRIANZA S.p.A.
By: _GRAZIELLA BOLOGNA_
        HEAD OF FINANCIAL DEPT
    Transferee/Transferee's Agent

Date: July 12ve 2012

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S C. §1152 & 3571.



## Exhibit C

## [address and name of Transferee]

Address for Notices:

BANCO DI DESIO E DELLA BRIANZA S.P.A.
Via Rovagnati, 1
20832 DESIO (MB)
Italy

Attn. Mrs. Stefania Mazzonello – Middle Office

