## LBHI TRANSFER NOTICE

B 210A (Form 210A) (12/09)

United States Bankruptcy Court

Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                              (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| WARWICKSHIRE HOLDINGS LLC<br><br>Name of Transferee | CHASE LINCOLN FIRST COMMERCIAL CORPORATION<br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br>c/o Elliott Management Corporation<br>40 West 57th Street<br>New York, New York 10019-4001<br>Attention: Michael Stephan<br>Email: MStephan@Elliottmgmt.com | Court Claim # (if known): 15047<br>Amount of Claim: Undetermined amount<br>Date Claim Filed: September 17, 2009<br><br>Debtor: Lehman Brothers Holdings Inc. |
| Phone: (212) 478-2310<br>Last Four Digits of Acct #: | Phone:<br>Last Four Digits of Acct. #: |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone: _____<br>Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to
the best of my knowledge and belief.

By: _____          Date: August 1, 2012
      Transferee/Transferee's Agent
         ELLIOT GREENBERG
         VICE PRESIDENT

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Chase Lincoln First Commercial Corporation**, its successors and assigns, with offices at 383 Madison Avenue - Floor 37, New York, New York 10179 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Warwickshire Holdings LLC**, c/o Elliott Management Corporation, 40 West 57th Street, New York, New York 10019-4001 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 15047) in an undetermined amount (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of August 1, 2012.

**CHASE LINCOLN FIRST COMMERCIAL CORPORATION**

By: _____
Name: _____Peter Schoepe_____
Title: _____Authorized Signatory_____

**WARWICKSHIRE HOLDINGS LLC**

By: _____
Name: _____ELLIOT GREENBERG_____
Title: _____VICE PRESIDENT_____

G:\AGREEMENT\Lehman Claims\(LBIE Stipulated and LBHI)\(LBIE Stipulated and LBHI) CL to Elliott (from GTs) [1548026] 6.5 12TD,
£20.5M\EOT (LBIE Stipulated and LBHI) CL to Elliott (from GT TS) [1548026] 6 5.12TD.docx, £835K.docx