**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
:
In re                                          :        **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (JMP)**
:
Debtors.                             :        **(Jointly Administered)**
:
--------------------------------------------------------------------x        **Ref. Docket No. 29766**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
) ss.:
COUNTY OF NEW YORK        )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 31, 2012, I caused to be served the "Notice of Withdrawal of Forty-Third, One Hundred Forty-Third, Two Hundred Eighty-Seventh, Three Hundred Twentieth, and Three Hundred Thirty-Sixth Omnibus Objections to Claims Solely as to Certain Claims," dated July 31, 2012 [Docket No. 29766],

    by causing true and correct copies to be:

    i.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.   delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

    iii.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>, and

    iv.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL
    DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE,
    PRESIDENT OR LEGAL DEPARTMENT."

_____

Genevieve Uzamere

Sworn to before me this

_____ day of August, 2012

_____

Notary Public

> PANAGIOTIS CARIS
> NOTARY PUBLIC STATE OF NEW YORK
> QUEENS COUNTY
> LIC. #01CA6237515
> COMM. EXP. MARCH 21, 2015

T:\Clients\LBH\Affidavits\NOW Certain Claims_DI_29766_AFF_7-31-12.doc

**EXHIBIT A**

**Email Addresses**

| | |
|---|---|
| aaaronson@dilworthlaw.com | karen.wagner@dpw.com |
| aalfonso@willkie.com | KDWBankruptcyDepartment@kelleydrye. |
| abeaumont@fklaw.com | keckhardt@hunton.com |
| abraunstein@riemerlaw.com | keith.simon@lw.com |
| acaton@kramerlevin.com | Ken.Coleman@allenovery.com |
| acker@chapman.com | ken.higman@hp.com |
| adam.brezine@hro.com | kerry.moynihan@hro.com |
| adarwin@nixonpeabody.com | kgwynne@reedsmith.com |
| Adiamond@DiamondMcCarthy.com | kiplok@hugheshubbard.com |
| aeckstein@blankrome.com | kjarashow@fklaw.com |
| aentwistle@entwistle-law.com | kkelly@ebglaw.com |
| afriedman@irell.com | kkolbig@mosessinger.com |
| agbanknewyork@ag.tn.gov | klyman@irell.com |
| aglenn@kasowitz.com | klynch@formanlaw.com |
| agold@herrick.com | kmayer@mccarter.com |
| agoldstein@tnsj-law.com | kobak@hugheshubbard.com |
| aisenberg@saul.com | korr@orrick.com |
| akantesaria@oppenheimerfunds.com | kovskyd@pepperlaw.com |
| akolod@mosessinger.com | kpiper@steptoe.com |
| akornikova@lcbf.com | kressk@pepperlaw.com |
| alum@ftportfolios.com | KReynolds@mklawnyc.com |
| amarder@msek.com | krosen@lowenstein.com |
| amartin@sheppardmullin.com | kuehn@bragarwexler.com |
| AMcMullen@BoultCummings.com | kurt.mayr@bgllp.com |
| amenard@tishmanspeyer.com | lacyr@sullcrom.com |
| anann@foley.com | Landon@StreusandLandon.com |
| Andrew.Brozman@cliffordchance.com | lapeterson@foley.com |
| andrew.lourie@kobrekim.com | lathompson@co.sanmateo.ca.us |
| angelich.george@arentfox.com | lberkoff@moritthock.com |
| ann.reynaud@shell.com | Lee.Stremba@troutmansanders.com |
| anthony_boccanfuso@aporter.com | lgotko@fklaw.com |
| aoberry@bermanesq.com | lgranfield@cgsh.com |
| aostrow@beckerglynn.com | lhandelsman@stroock.com |
| apo@stevenslee.com | linda.boyle@twtelecom.com |
| aquale@sidley.com | lisa.ewart@wilmerhale.com |
| arahl@reedsmith.com | lisa.kraidin@allenovery.com |
| arheaume@riemerlaw.com | LJKotler@duanemorris.com |
| arlbank@pbfcm.com | lkatz@ltblaw.com |
| arosenblatt@chadbourne.com | LKISS@KLESTADT.COM |
| arthur.rosenberg@hklaw.com | lmarinuzzi@mofo.com |
| arwolf@wlrk.com | Lmay@coleschotz.com |

aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com

ashmead@sewkis.com

asnow@ssbb.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bkmail@prommis.com

bmanne@tuckerlaw.com

BMiller@mofo.com

boneill@kramerlevin.com

Brian.Corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cdesiderio@nixonpeabody.com

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

charles@filardi-law.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

loizides@loizides.com

lromansic@steptoe.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lsilverstein@potteranderson.com

lubell@hugheshubbard.com

lwhidden@salans.com

mabrams@willkie.com

MAOFILING@CGSH.COM

Marc.Chait@SC.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.ellenberg@cwt.com

mark.hellerer@pillsburylaw.com

mark.sherrill@sutherland.com

martin.davis@ots.treas.gov

Marvin.Clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

max.polonsky@skadden.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mberman@nixonpeabody.com

mbienenstock@dl.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcantor@normandyhill.com

mccombst@sullcrom.com

mcordone@stradley.com

mcto@debevoise.com

mcyganowski@oshr.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohen@sewkis.com

colea@gtlaw.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.heller@lw.com

david.powlen@btlaw.com

david.seligman@kirkland.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.kim@kobrekim.com

michael.mccrory@btlaw.com

michael.reilly@bingham.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjedelman@vedderprice.com

MJR1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

MLandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmendez@hunton.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mpomerantz@julienandschlesinger.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

mschlesinger@julienandschlesinger.com

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

msiegel@brownrudnick.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

mvenditto@reedsmith.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

djoseph@stradley.com

dkleiner@velaw.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dshemano@pwkllp.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

echang@steinlubin.com

ecohen@russell.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedumspring.com

egeekie@schiffhardin.com

mwarren@mtb.com

nathan.spatz@pillsburylaw.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neilberger@teamtogut.com

newyork@sec.gov

nfurman@scottwoodcapital.com

Nherman@morganlewis.com

nickolas.karavolas@pillsburylaw.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

oipress@travelers.com

otccorpactions@finra.org

paronzon@milbank.com

patrick.oh@freshfields.com

paul.turner@sutherland.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrain-gutierrez@kaplanlandau.com

ptrostle@jenner.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

ramona.neal@hp.com

ranjit.mather@bnymellon.com

raul.alcantar@ropesgray.com

rbeacher@pryorcashman.com

rbyman@jenner.com

rdaversa@orrick.com

eglas@mccarter.com

ehollander@whitecase.com

ekbergc@lanepowell.com

eleicht@whitecase.com

eli.mattioli@klgates.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

erin.mautner@bingham.com

eschaffer@reedsmith.com

eschwartz@contrariancapital.com

esmith@dl.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

francois.janson@hklaw.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

geraci@thalergertler.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

gravert@ravertpllc.com

gspilsbury@jsslaw.com

guzzi@whitecase.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

relgidely@gjb-law.com

rfleischer@pryorcashman.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.fingard@newedge.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

richard@rwmaplc.com

ritkin@steptoe.com

RJones@BoultCummings.com

rleek@HodgsonRuss.com

RLevin@cravath.com

rmatzat@hahnhessen.com

rmcneill@potteranderson.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

Robert.yalen@usdoj.gov

Robin.Keller@Lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rqureshi@reedsmith.com

rrainer@wmd-law.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

SABVANROOY@HOTMAIL.COM

sagolden@hhlaw.com

| | |
|---|---|
| howard.hawkins@cwt.com | Sally.Henry@skadden.com |
| hseife@chadbourne.com | samuel.cavior@pillsburylaw.com |
| hsnovikoff@wlrk.com | sandyscafaria@eaton.com |
| hsteel@brownrudnick.com | Sara.Tapinekis@cliffordchance.com |
| icatto@mwe.com | scargill@lowenstein.com |
| igoldstein@dl.com | schannej@pepperlaw.com |
| ilevee@lowenstein.com | Schepis@pursuitpartners.com |
| ira.herman@tklaw.com | schnabel.eric@dorsey.com |
| isgreene@hhlaw.com | schristianson@buchalter.com |
| israel.dahan@cwt.com | schwartzmatthew@sullcrom.com |
| iva.uroic@dechert.com | scottshelley@quinnemanuel.com |
| jacobsonn@sec.gov | scousins@armstrongteasdale.com |
| james.heaney@lawdeb.com | sdnyecf@dor.mo.gov |
| james.mcclammy@dpw.com | sehlers@armstrongteasdale.com |
| james.sprayregen@kirkland.com | seichel@crowell.com |
| jamestecce@quinnemanuel.com | sfelderstein@ffwplaw.com |
| jamie.nelson@dubaiic.com | sfineman@lchb.com |
| jar@outtengolden.com | sfox@mcguirewoods.com |
| jason.jurgens@cwt.com | sgordon@cahill.com |
| jay.hurst@oag.state.tx.us | sgubner@ebg-law.com |
| jay@kleinsolomon.com | shannon.nagle@friedfrank.com |
| Jbecker@wilmingtontrust.com | sharbeck@sipc.org |
| jbeemer@entwistle-law.com | shari.leventhal@ny.frb.org |
| jbeiers@co.sanmateo.ca.us | shgross5@yahoo.com |
| jbird@polsinelli.com | sidorsky@butzel.com |
| jbromley@cgsh.com | slerman@ebglaw.com |
| jcarberry@cl-law.com | slerner@ssd.com |
| jchristian@tobinlaw.com | slevine@brownrudnick.com |
| jdoran@haslaw.com | SLoden@DiamondMcCarthy.com |
| Jdrucker@coleschotz.com | smayerson@ssd.com |
| jdyas@halperinlaw.net | smillman@stroock.com |
| jean-david.barnea@usdoj.gov | smulligan@bsblawyers.com |
| jeanites@whiteandwilliams.com | snewman@katskykorins.com |
| jeannette.boot@wilmerhale.com | sory@fdlaw.com |
| jeff.wittig@coair.com | spiotto@chapman.com |
| jeffery.black@bingham.com | splatzer@platzerlaw.com |
| jeffrey.sabin@bingham.com | SRee@lcbf.com |
| jeldredge@velaw.com | sschultz@akingump.com |
| jen.premisler@cliffordchance.com | sselbst@herrick.com |
| jennifer.demarco@cliffordchance.com | sshimshak@paulweiss.com |
| jennifer.gore@shell.com | sskelly@teamtogut.com |
| jeremy.eiden@ag.state.mn.us | sstarr@starrandstarr.com |

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@btkmc.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

jorbach@hahnhessen.com

Joseph.Cordaro@usdoj.gov

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

JPintarelli@mofo.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

steven@blbglaw.com

Streusand@StreusandLandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

TGoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

Thomas_Noguerola@calpers.ca.gov

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

ukreppel@whitecase.com

Villa@StreusandLandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jteitelbaum@tblawllp.com

jtimko@shutts.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

WBallaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

YUwatoko@mofo.com

**EXHIBIT B**

| Name | Fax |
| --- | --- |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ACM GLOBAL CREDIT - U.S. SUB-FUND | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ACM GLOBAL CREDIT - U.S. SUB-FUND | C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| AEO MANAGEMENT CO. | CHARLES MILLER, ESQ. KASOWITZ BENSON TORRES & FIEDMAN LLP 1633 BROADWAY NEW YORK NY 10019 |
| AEO MANAGEMENT CO. | ATTN: NEIL BULMAN 77 HOT METAL STREET PITTSBURGH PA 15203-2382 |
| BANCO DI NAPOLI S.P.A. | ATTN: DOMENICO VACCARO VIA TOLEDO, 177 NAPOLI 80132 ITALY |
| BORENSTEIN, ROBERTA | 18 WINDY RIDGE PLACE WILTON CT 06897 |
| FABER, DOEKE C. | VIRULYPAD 27 LEYDEN 2316 ZS NETHERLANDS |
| FULTON COUNTY TAX COMMISSIONER | 141 PRYOR ST., SUITE 1113 ATLANTA GA 30303 |
| INSULVAIL, LLC | P.O. BOX 2888 VAIL CO 81658 |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: GESTEL, C.H. VAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |

**Total Creditor count  10**

**EXHIBIT D**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007