UNITED STATES BANKRUPTCY COURT
FOR SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| Lehman Brothers Holdings, Inc., et al., ) | |
| Debtor ) | CASE NO.: 08-13555 (JMP) |
| ) | JOINTLY ADMINISTERED |

NOTICE OF APPEARANCE OF COUNSEL
AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Burns & Levinson LLP, appears herein as counsel to ZPR INTERNATIONAL, INC., a party in interest in the above-referenced case, pursuant to Bankruptcy Rule 9010(b); and requests, pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, and pursuant to 11 U.S.C. §§ 102(1), 342 and 1109(b), that copies of all notices and papers served or required to be served in this case upon ZPR INTERNATIONAL, INC., be given to and served upon the attorney listed below:

Tal M. Unrad, Esquire
Burns & Levinson LLP
125 Summer Street
Boston, MA  02110
Tel:  617-345-3000
Fax:  617-345-3299
E-mail: tunrad@burnslev.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral and whether transmitted or conveyed by mail, overnight delivery, messenger, facsimile, telephone, telegraph, electronic medium or otherwise filed or made with regard to the referenced case and proceedings therein as they relate to ZPR INTERNATIONAL, INC.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this proceeding; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED: August 3, 2012

/s/ *Tal M. Unrad*
Tal M. Unrad (TU-6734)
Burns & Levinson LLP
125 Summer Street
Boston, MA  02110
Tel:  617-345-3000
Fax:  617-345-3299
tunrad@burnslev.com

4838-2028-0336.1