## EXHIBIT C

## FORM OF NOTICE OF TRANSFER OF CLAIM

### UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re Lehman Commercial Paper Inc., Case No. 08-13900

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:  VÄRDE INVESTMENT PARTNERS, L.P.

Name and Address where notices to transferee should be sent:

8500 Normandale Lake Blvd,  Suite 1500
Minneapolis, MN  55437
Attn: Edwina Steffer

Name of Transferor:  BARCLAYS CAPITAL INC

Court Claim # (if known): 14828

Allowed Amount of Claim Transferred:
$15,000,000.00

Date Claim Filed:  September 17, 2009

Phone: 952-820-1160

Last Four Digits of Acct #:

Phone:  212-412-3923

Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

VÄRDE INVESTMENT PARTNERS, L.P.
By: Värde Investment Partners G.P., LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Transferee/Transferee's Agent
**Todd B. Jelen**
**Managing Director**

Date: __8/3/12__

14

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO:    Lehman Commercial Paper Inc., and Lehman Brothers
Holdings Inc. ("Debtor") Case No. 08-13555 (the "Case")

Claim #14828

BARCLAYS CAPITAL INC. ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto VÄRDE INVESTMENT PARTNERS, L.P., its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 14828, in the amount of $15,000,000.00, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August 3, 2012.

BARCLAYS CAPITAL INC.                    VARDE INVESTMENT PARTNERS, L.P.

                                         By: Värde Investment Partners G.P., LLC, Its
                                         General Partner
                                         By: Värde Partners, L.P., Its Managing Member
                                         By: Värde Partners, Inc., Its General Partner


By: _____           By: _____
Name:                                    Name: _____
Title:                                   Title: _____

Authorized Signatory
Aileen Montana
Vice President

15

## EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO:    Lehman Commercial Paper Inc., and Lehman Brothers
Holdings Inc. ("Debtor") Case No. 08-13555 (the "Case")

Claim #14828

BARCLAYS CAPITAL INC. ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto VÄRDE INVESTMENT PARTNERS, L.P., its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 14828, in the amount of $15,000,000.00, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August 3, 2012.

BARCLAYS CAPITAL INC.                VARDE INVESTMENT PARTNERS, L.P.

                                     By: Värde Investment Partners G.P., LLC, Its
                                     General Partner
                                     By: Värde Partners, L.P., Its Managing Member
                                     By: Värde Partners, Inc., Its General Partner

By: _____          By: _____
Name: _____          Name: _____Todd B. Jelen_____
Title: _____          Title: _____Managing Director____

15

119-1379/AGR/3509977.2