WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                       :

In re                                 :           Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :           08-13555 (JMP)

                       Debtors.         :           (Jointly Administered)

------------------------------------------------------------------x

**CORRECTED NOTICE OF WITHDRAWAL OF FORTY-THIRD, ONE HUNDRED FORTY-THIRD, TWO HUNDRED EIGHTY-SEVENTH, THREE HUNDRED TWENTIETH, AND THREE HUNDRED THIRTY-SIXTH OMNIBUS OBJECTIONS TO CLAIMS SOLELY AS TO CERTAIN CLAIMS**

PLEASE TAKE NOTICE that Lehman Brothers Holdings Inc., as Plan Administrator (the "Plan Administrator") under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, hereby files a corrected notice withdrawing without prejudice the following omnibus objections to claims, *solely* with respect to the claims listed on Exhibit A annexed hereto:

- Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) [ECF No. 11308]

- One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 16856]

- Two Hundred Eighty-Seventh Omnibus Objection to Claims (No Liability Claims) [ECF No. 27385]

US_ACTIVE:\44066143\2\58399.0011

- Three Hundred Twentieth Omnibus Objection to Claims (No Liability LB Rose Ranch LLC Claims) [ECF No. 29292]

- Three Hundred Thirty-Sixth Omnibus Objection to Claims (No Liability Tax Claims) [ECF No. 29331]

The Plan Administrator reserves its rights to object to the claims listed on <u>Exhibit A</u> on any grounds in the future.

Dated:  August 3, 2012
      New York, New York

                                        /s/ Robert J. Lemons
                                        Robert J. Lemons
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers
                                        Holdings Inc. and Certain of Its Affiliates

## Exhibit A

## Claims For Which Objection Is Withdrawn Without Prejudice:

| **Debtors' Forty-Third Omnibus Objection to Claims** ||
|---|---|
| **Claimant** | **Claim #** |
| Gestel, C.H. Van | 64413 |
| Banco Di Napoli S.P.A. | 65266 |
| Faber, Doeke C. | 65586 |
| **Debtors' One Hundred Forty-Third Omnibus Objection to Claims** ||
| **Claimant** | **Claim #** |
| Borenstein, Roberta | 34410 |
| ACM Global Credit – U.S. Sub-Fund | 43951 |
| **Debtors' Two Hundred Eighty-Seventh Omnibus Objection to Claims** ||
| **Claimant** | **Claim #** |
| AEO Management Co. | 28550 |
| **Debtors' Three Hundred Twentieth Omnibus Objection to Claims** ||
| **Claimant** | **Claim #** |
| Insulvail, LLC | 8603 |
| **Debtors' Three Hundred Thirty-Sixth Omnibus Objection to Claims** ||
| **Claimant** | **Claim #** |
| Fulton County Tax Commissioner | 67717 |