B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re <u>Lehman Brothers Holdings, Inc.</u>                    Case No. <u>08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>CVF Lux Master S.a.r.l</u>                              <u>Barclays Bank Plc</u>
      Name of Transferee                              Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): 30123, 30124, 30126,
should be sent:                                      30127, 30130, 30132, _____
                                                     Amount of Claim: 100%_____
CVF Lux Master S.a.r.l.                              Date Claim Filed: 22nd September 2009_____
C/O Carval Investors UK Limited
25 Great Pulteney Street
London
W1F 9LT
UK


Phone: <u>00 44 207 292 7720</u>_____        Phone: 00 44 207 773 3914 / 212 412 2865_____
Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

572171.1/153-05435

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____3ʳᵈ August 2012_____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

572171.1/153-05435