B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc. et al.      ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.


  UBS AG, Stamford Branch                              Vitttoria Fund - T, L.P.
       Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known):     17528
should be sent:                                      Amount of Claim:      $994,220.48
   677 Washington Blvd, Stamford CT 06901            Date Claim Filed:       09/18/2009
   Attn: Darlene Arias/Craig Pearson/BPS


Phone:  +203 719-3000                                Phone:  +212 323-8115
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):




Phone: _____
Last Four Digits of Acct #:_____




I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: Darlene Arias/Stephen Scanapieco          Date: 08/06/2012
       Transferee/Transferee's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

Vittoria Fund – T, L.P.., a Delaware limited partnership, located at c/o Kylin Management LLC, 366 Madison Avenue, 16ᵗʰ Floor, New York, NY 10017 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned toUBS AG, Stamford Branch, its successors and assigns, with offices at 677 Washington Boulevard, Stamford, CT 06901 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim Nos.: 17528 and 17511) in the amount of $994,200.48 and $8,053,416.90, respectively (collectively, the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

A-1

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the _13th_ day of _June_, 2012.

VITTORIA FUND – T, L.P.

By: _Paul Guggenheim_
Name: Paul Guggenheim
Title: CFO

UBS AG, Stamford Branch
By its Agent, UBS Securities LLC

By: _____
Name:
Title:   Darlene Arias
         Director
         Banking Products Services, US

Joselin Fernandes
Associate Director
Banking Products Services, US

A-2

MKUAN\207005.2 - 05/23/12