**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF PLAN ADMINISTRATOR'S**
**OBJECTION TO CLAIM OF AIG GLOBAL SERVICES, INC.**
**F/K/A AIG TECHNOLOGIES, INC. (CLAIM NO. 66918)**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan

Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of

Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing the *Plan Administrator's*

*Objection to Claim of AIG Global Services, Inc. f/k/a AIG Technologies, Inc. (Claim No. 66918)*

[Docket No. 27615].

Dated:  August 6, 2012
    New York, New York

                              **CURTIS, MALLET-PREVOST,**
                                **COLT & MOSLE LLP**

                              By:  */s/ L. P. Harrison 3rd*
                                   L. P. Harrison 3rd
                                   Cindi Eilbott Giglio
                              101 Park Avenue
                              New York, New York 10178-0061
                              (212) 696-6000

                              *Counsel for Lehman Brothers Holdings Inc.*

12770298