Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
                                                (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | EMPYREAN INVESTMENTS, LLC |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
60 Wall Street
3rd Floor
New York, NY 10005
Attention: Jeffrey Olinsky
Phone: 212-250-5760
Fax:    212-797-8770

Court Claim # (if known): 67171
Amount of Claim: $11,333,984.13
Date Claim Filed:

Phone: N/A

Last Four Digits of Acct #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: August 7, 2012
Transferee/Transferee's Agent

Philipp Roever          Michael Sutton
Vice President          Managing Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT B**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 67171

**EMPYREAN INVESTMENTS, LLC** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005
Attn:   Jeffrey Olinsky
Email:  jeffrey.olinsky@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 67171, solely to the extent of $11,333,984.13, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated August 7, 2012.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name:
Title:   Philipp Roever
         Vice President

**EMPYREAN INVESTMENTS, LLC**

By: _____
Name:
Title:   Michael Sutton
         Managing Director

By: _____
Name:
Title:

**EXHIBIT B**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn:  Clerk

AND TO:  Lehman Brothers Special Financing Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 67171

**EMPYREAN INVESTMENTS, LLC** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005
Attn:  Jeffrey Olinsky
Email:  jeffrey.olinsky@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 67171, solely to the extent of $11,333,984.13, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated   August 7,   2012.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
   Name:
   Title:

By: _____
   Name:
   Title:

**EMPYREAN INVESTMENTS, LLC**

By: _____
   Name: Sterling Hathaway
   Title: Authorized Signatory

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                           Name of Transferor

Deutsche Bank AG, London Branch              EMPYREAN INVESTMENTS, LLC

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch              Court Claim # (if known): 67172
60 Wall Street                               Amount of Claim: $11,333,984.13
3rd Floor                                    Date Claim Filed:
New York, NY 10005
Attention: Jeffrey Olinsky                   Phone: N/A
Phone: 212-250-5760
Fax:   212-797-8770

Last Four Digits of Acct #:  N/A             Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ____[signature]____                      Date: August 7    , 2012
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Philipp Roever        Michael Sutton
Vice President        Managing Director

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
         Attn: Clerk

AND TO:  Lehman Brothers Holdings Inc. (the "Debtor")
         Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 67172

**EMPYREAN INVESTMENTS, LLC** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005
Attn:   Rich Vichaidith
Email:  richard.vichaidith@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 67172, solely to the extent of $11,333,984.13, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated  August 7,   2012.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
   Name:
   Title:   Philipp Roever
            Vice President

**EMPYREAN INVESTMENTS, LLC**

By: _____
   Name:
   Title:

By: _____
   Name: Michael Sutton
   Title: Managing Director

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
        Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. (the "Debtor")
        Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 67172

**EMPYREAN INVESTMENTS, LLC** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005
Attn:    Rich Vichaidith
Email:    richard.vichaidith@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 67172, solely to the extent of $11,333,984.13, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated August 7, 2012.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

**EMPYREAN INVESTMENTS, LLC**

By: _____
    Name: Sterling Hathaway
    Title: Authorized Signatory