Shalom Jacob
LOCKE LORD LLP
Three World Financial Center
New York, New York 10281
(212) 415-8600
fax: (212) 812-8372
sjacob@lockelord.com
*Counsel for Illinois Mutual Life Insurance Co.*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (JMP) |
| Debtor. | |
| LEHMAN BROTHERS SPECIAL FINANCING INC., | AP No. 10-03547(JMP) |
| Plaintiff, | |
| v. | |
| BANK OF AMERICA NATIONAL ASSOCIATION, *et al.*, | |
| Defendants. | |

## REQUEST FOR REMOVAL FROM ECF SERVICE

**PLEASE TAKE NOTICE** that undersigned counsel, Shalom Jacob, individually requests to be removed from the ECF and any other service list in this case. Please note that no other attorneys from Locke Lord LLP should be removed from any ECF notification or any other service list in this case.

1

Dated: August 7, 2012
     New York, New York

                                    Respectfully Submitted,

                                    By: */s/ Shalom Jacob* _____
                                       Shalom Jacob
                                       LOCKE LORD LLP
                                       3 World Financial Center
                                       New York, New York 10281-2101
                                       Phone: (212) 812-8300
                                       sjacob@lockelord.com
                                       *Counsel for Illinois Mutual Life Insurance Co.*

## **CERTIFICATE OF SERVICE**

    I certify that, on August 7, 2012, a true and correct copy of the foregoing Notice of Appearance and Request for Notices and Service of All Other Papers was served via ECF upon all parties who receive service via ECF.

                                               */s/ Casey B. Howard*
                                               Casey B. Howard

NYC 94308