

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                        :

In re                                                 :        Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)

                Debtors.                    :        (Jointly Administered)
                                                 :
-----------------------------------------------------------------x

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). The Transferee named below hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice.

| INTESA SANPAOLO PRIVATE BANKING S.P.A.<br>Name of Transferee | BANCO DI DESIO E DELLA BRIANZA S.P.A.<br>Name of Transferor |
|---|---|
| Name and address where notices to Transferee should be sent:<br>INTESA SANPAOLO PRIVATE BANKING S.p.A.<br>Via Hoepli, 10<br>20121 Milano (Italy)<br>Attn. Paolo Pollastri<br>E-mail: paolo.pollastri@intesasanpaoloprivate.it<br>federica.mandelli@intesasanpaoloprivate.it<br>ph.: +39 02 87940451 | Court Claim # (if known): 48783<br>Amount of Claim as Filed: US$37,594,608.70<br>Amount of Claim Transferred: EUR 25,000.00<br>Amount of Claim Transferred: US$ 36,723.87<br>Date Claim Filed: Oct. 27, 2009 |
| Name and address where payments to Transferee should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

INTESA SANPAOLO PRIVATE BANKING S.p.A.        Date: July 18th 2012
     Transferee/Transferee's Agent

By: _____
Name: Paolo Molesini
Title: C.E.O.

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357.

1028357

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  The Debtor and the U.S. Bankruptcy Court

For value received, the adequacy and sufficient of which are hereby acknowledged, Banco di Desio e della Brianza S.p.A. ("Transferor"), unconditionally and irrevocably transfers and assigns to INTESA SANPAOLO PRIVATE BANKING S.p.A. ("Transferee") an undivided pro rata interest in EUR 25,000.00 (US$ 36,723.87) ("Transferred Portion") of Transferor's right, title, interest and claims in an to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. ("Debtor"), debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") and the relevant portion of the claim evidenced by Proof of Claim No. 48783 ("Claim") filed by the Transferor in the case with respect to the Claim.

Transferor waives any objection to the transfer of the Transferred Portion of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and waives to the fullest extent permitted by law any notice or right to a hearing that may be provided by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local rules of the Bankruptcy Court or applicable law with respect to such transfer. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing Transferred Portion of the Claim, recognizing Transferor as the sole owner and holder of the Transferred Portion of the Claim, and directing that all payments or distributions of money or property in respect of the Transferred Portion of the claim be delivered or made to the Transferee.

IN WITNESS WHEREOF, this Evidence of Partial Transfer of Claim is executed as of this 18th day of July 2012.

BANCO DI DESIO E DELLA BRIANZA S.p.A.
Transferor

By: *GRAZIELLA BOLOGNA*
Name: *HEAD OF FINANCIAL DEPT.*
Title: _____

INTESA SANPAOLO PRIVATE BANKING S.p.A.
Transferee

By: _____
Name: Paolo Molesini
Title: C.E.O.

1028357

Schedule 1

Transferred Claims

Purchased Claim

0,96637% of XS0200284247 = USD 36,723.87 of USD 3,800,186.13 (i.e. the outstanding amount of XS0200284247 as described in the Proof of Claim dated 10/23/09 and filed on 10/27/09),

Which equals 0,09768% of the Proof of Claim = USD 36,723.87 of USD 37,594,608.70 (the outstanding amount of the Proof of Claim dated 10/23/09 and filed on 10/27/09).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|
| EUR 7,00 LEHMAN BROS. TREAS. 04-'2014 | XS0200284247 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 25,000.00 (equivalent to USD 35,660.00) | 22/09/2014 | EUR 25,745.84 (equivalent to USD 36,723.87) |

BANCO DI DESIO E DELLA BRIANZA S.p.A.

GRAZIELLA BOLOGNA
HEAD OF FINANCIAL DEPT.

INTESA SAN PAOLO PRIVATE BANKING S.p.A.



| United States Bankruptcy Court/Southern District of New York  Lehman Brothers Holdings Claims Processing Center  c/o Epiq Bankruptcy Solutions, LLC  FDR Station, P.O. Box 5076  New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|
| In Re: Lehman Brothers Holdings Inc., et al., Debtors. / Chapter 11 / Case No. 08-13555 (JMP) (Jointly Administered) | Filed: USBC - Southern District of New York  Lehman Brothers Holdings Inc., Et Al.  08-13555 (JMP)   0000048783 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

BANCO DI DESIO E DELLA BRIANZA SPA
VIA ROVAGNATI, 1
20033 - DESIO (MB) - ITALY

Telephone number: 0039-0362-613694    Email Address: segreteria@bancodesio.it

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ USD 37.594.608,70 (Required)    PLEASE SEE THE ATTACHED SCHEDULE

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

PLEASE SEE THE ATTACHED SCHEDULE

International Securities Identification Number (ISIN): (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

PLEASE SEE THE ATTACHED SCHEDULE

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: CLEARSTREAM BANK ACCOUNT NUMBER : 75243

(Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

Date: 10.23.09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. BANCO DI DESIO E DELLA BRIANZA SPA GENERAL MANAGER - ALBERTO MOCCHI

FOR COURT USE ONLY
FILED / RECEIVED
OCT 27 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Annex to Banco di Desio e della Brianza S.p.A. Proof of Claim - Notes held on Client Account with Clearstream Banking Luxembourg 75243

| ISIN | NOMINAL EUR | NOMINAL USD | ACCRUED INTEREST IN USD SEP-14-08 | NOMINAL USD + INTEREST SEP-14-08 | Blocking reference number | EXCHANGE RATE EUR / USD - REUTERS "Close SEP-14-08 |
|---|---|---|---|---|---|---|
| IT0006578600 | 158.000,00 | 225.371,20 | 4.419,34 | 229.790,54 | CA92153 | 1,4264 |
| XS0162289663 | 90.000,00 | 128.376,00 | 3.032,17 | 131.408,17 | CA92398 | 1,4264 |
| XS0163559841 | 18.000,00 | 25.675,20 | 495,43 | 26.170,63 | CA92397 | 1,4264 |
| XS0176153350 | 2.764.000,00 | 3.942.569,60 | 112.074,59 | 4.054.644,19 | CA92391 | 1,4264 |
| XS0178969209 | 1.271.000,00 | 1.812.954,40 | 49.904,23 | 1.862.858,63 | CA92390 | 1,4264 |
| XS0181945972 | 535.000,00 | 763.124,00 | 18.255,30 | 781.379,30 | CA92385 | 1,4264 |
| XS0185655445 | 29.000,00 | 41.365,60 | 1.031,18 | 42.396,78 | CA92384 | 1,4264 |
| XS0189294225 | 728.000,00 | 1.038.419,20 | 17.646,25 | 1.056.065,45 | CA92389 | 1,4264 |
| XS0195431613 | 183.000,00 | 261.031,20 | 2.198,99 | 263.230,19 | CA92387 | 1,4264 |
| XS0200284247 | 2.587.000,00 | 3.690.096,80 | 110.089,33 | 3.800.186,13 | CA92382 | 1,4264 |
| XS0202417050 | 35.000,00 | 49.924,00 | 1.323,29 | 51.247,29 | CA92381 | 1,4264 |
| XS0208459023 | 610.000,00 | 870.104,00 | 19.450,52 | 889.554,52 | CA92380 | 1,4264 |
| XS0210782552 | 309.000,00 | 440.757,60 | 9.634,53 | 450.392,13 | CA92371 | 1,4264 |
| XS0211093041 | 108.000,00 | 154.051,20 | 1.776,22 | 155.827,42 | CA92366 | 1,4264 |
| XS0211814123 | 71.000,00 | 101.274,40 | 2.434,16 | 103.708,56 | CA92368 | 1,4264 |
| XS0213416141 | 10.000,00 | 14.264,00 | 141,86 | 14.405,86 | CA92379 | 1,4264 |
| XS0218304458 | 699.000,00 | 997.053,60 | 22.883,20 | 1.019.936,80 | CA92367 | 1,4264 |
| XS0220704109 | 635.000,00 | 905.764,00 | 10.582,51 | 916.346,51 | CA92365 | 1,4264 |
| XS0286535223 | 5.000,00 | 7.132,00 | 1.557,15 | 8.689,15 | CA92373 | 1,4264 |
| XS0295438369 | 72.000,00 | 102.700,80 | 0,00 | 102.700,80 | CA92363 | 1,4264 |
| XS0179304869 | 2.794.000,00 | 3.985.361,60 | 24.494,03 | 4.009.855,63 | CA92400 | 1,4264 |
| XS0183944643 | 1.932.000,00 | 2.755.804,80 | 86.551,85 | 2.842.356,65 | CA92386 | 1,4264 |
| XS0189741001 | 2.488.000,00 | 3.548.883,20 | 37.207,67 | 3.586.090,87 | CA92388 | 1,4264 |
| XS0193035358 | 2.124.000,00 | 3.029.673,60 | 9.651,70 | 3.039.325,30 | CA92383 | 1,4264 |
| XS0205185456 | 1.253.000,00 | 1.787.279,20 | 9.326,02 | 1.796.605,22 | CA92372 | 1,4264 |
| XS0213899510 | 3.939.000,00 | 5.618.589,60 | 116.056,11 | 5.734.645,71 | CA92370 | 1,4264 |
| XS0274346592 | 270.000,00 | 385.128,00 | 3.120,05 | 388.248,05 | CA92378 | 1,4264 |
| XS0254171191 | 150.000,00 | 213.960,00 | 758,27 | 214.718,27 | CA92377 | 1,4264 |
| | 25.867.000,00 | 36.896.688,80 | 676.095,98 | 37.572.784,78 | | |

Total Nominal Amount in USD
Total Amount of Accrued Interest in USD    36.896.688,80
Legal Fees in USD    676.095,98
Total Amount of claim in USD    21.823,92
    37.594.608,70