WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Peter D. Isakoff
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

------------------------------------------------------------------x

**AMENDMENT TO**
**OBJECTION TO PROOF OF CLAIM NUMBER 22898**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

On July 17, 2012, Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases filed the Objection to Proof of Claim Number 22898 (the "Objection") [ECF No. 29459].

Paragraph 9 of the Objection stated that proof of claim number 22898 (the "Claim") is held by CSCP Credit Acquisition Holdings Luxco, SARL. While a portion of the Claim is held by CSCP Credit Acquisition Holdings Luxco, SARL, a portion of the Claim is also held by CCP Credit Acquisition Holdings Luxco, SARL. *See* ECF No. 19547. Notice of

US_ACTIVE:\44069645\2\58399.0008

the Objection and this amendment is being provided to both holders of the Claim.

Dated:  August 7, 2012
        New York, New York

                                                /s/ Robert J. Lemons
Peter D. Isakoff
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

US_ACTIVE:\44069645\2\58399.0008