UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                     :    08-13555 (JMP)
                                                                 :
           Debtors.                                              :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 29725-29728, 29731
                                                                      & 29732

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 30, 2012, I caused to be served the following:

   a) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated July 30, 2012 [Docket No. 29725],

   b) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated July 30, 2012 [Docket No. 29726],

   c) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated July 30, 2012 [Docket No. 29727],

   d) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated July 30, 2012 [Docket No. 29728],

   e) "Balance Sheets as of March 31, 2012 Management's Discussion and Analysis and Accompanying Schedules," dated July 30, 2012 [Docket No. 29731], and

   f) "June 2012 Post-Effective Operating Report," dated July 30, 2012 [Docket 29732],

by causing true and correct copies to be:

  i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

  ii. delivered via facsimile to the party listed on the annexed Exhibit B, and

  iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

          Genevieve Uzamere

Sworn to before me this
7th day of August, 2012

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\LBH\Affidavits\ABN Amro, Five Stars, Pilsudski Fund, & Autonomy Master Fund Notices, Balance Sheet, and June
MOR_DI_29725-29728, 29731 & 29732_AFF_7-30-12_SS.doc

# EXHIBIT A

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | aunger@sidley.com | cohen@sewkis.com |
| aalfonso@willkie.com | austin.bankruptcy@publicans.com | colea@gtlaw.com |
| abeaumont@fklaw.com | avenes@whitecase.com | cp@stevenslee.com |
| abraunstein@riemerlaw.com | azylberberg@whitecase.com | cpappas@dilworthlaw.com |
| acaton@kramerlevin.com | bankr@zuckerman.com | craig.goldblatt@wilmerhale.com |
| acker@chapman.com | bankruptcy@goodwin.com | crmomjian@attorneygeneral.gov |
| adam.brezine@hro.com | bankruptcy@morrisoncohen.com | cs@stevenslee.com |
| adarwin@nixonpeabody.com | bankruptcy@ntexas-attorneys.com | csalomon@beckerglynn.com |
| adiamond@diamondmccarthy.com | bankruptcymatters@us.nomura.com | cschreiber@winston.com |
| aeckstein@blankrome.com | barbra.parlin@hklaw.com | cshore@whitecase.com |
| aentwistle@entwistle-law.com | bbisignani@postschell.com | cshulman@sheppardmullin.com |
| afriedman@irell.com | bcarlson@co.sanmateo.ca.us | ctatelbaum@adorno.com |
| agbanknewyork@ag.tn.gov | bdk@schlamstone.com | cwalsh@mayerbrown.com |
| aglenn@kasowitz.com | bguiney@pbwt.com | cward@polsinelli.com |
| agold@herrick.com | bkmail@prommis.com | cweber@ebg-law.com |
| agoldstein@tnsj-law.com | bmanne@tuckerlaw.com | cweiss@ingramllp.com |
| aisenberg@saul.com | bmiller@mofo.com | dallas.bankruptcy@publicans.com |
| akantesaria@oppenheimerfunds.com | boneill@kramerlevin.com | daniel.guyder@allenovery.com |
| akolod@mosessinger.com | brian.corey@greentreecreditsolutions.com | dave.davis@isgria.com |
| akornikova@lcbf.com | brosenblum@jonesday.com | david.bennett@tklaw.com |
| alum@ftportfolios.com | broy@rltlawfirm.com | david.heller@lw.com |
| amarder@msek.com | bruce.wright@sutherland.com | david.powlen@btlaw.com |
| amartin@sheppardmullin.com | bstrickland@wtplaw.com | david.seligman@kirkland.com |
| amcmullen@boultcummings.com | btrust@mayerbrown.com | davids@blbglaw.com |
| amenard@tishmanspeyer.com | bturk@tishmanspeyer.com | davidwheeler@mvalaw.com |
| anann@foley.com | bwolfe@sheppardmullin.com | dbalog@intersil.com |
| andrew.brozman@cliffordchance.com | bzabarauskas@crowell.com | dbarber@bsblawyers.com |
| andrew.lourie@kobrekim.com | cahn@clm.com | dbaumstein@whitecase.com |
| angelich.george@arentfox.com | calbert@reitlerlaw.com | dbesikof@loeb.com |
| ann.reynaud@shell.com | canelas@pursuitpartners.com | dcimo@gjb-law.com |
| anthony_boccanfuso@aporter.com | carol.weinerlevy@bingham.com | dcoffino@cov.com |
| aoberry@bermanesq.com | cbelisle@wfw.com | dcrapo@gibbonslaw.com |
| aostrow@beckerglynn.com | cbelmonte@ssbb.com | ddavis@paulweiss.com |
| apo@stevenslee.com | cbrotstein@bm.net | ddrebsky@nixonpeabody.com |
| aquale@sidley.com | cdesiderio@nixonpeabody.com | ddunne@milbank.com |
| arahl@reedsmith.com | cgoldstein@stcwlaw.com | deggermann@kramerlevin.com |
| arheaume@riemerlaw.com | chammerman@paulweiss.com | deggert@freebornpeters.com |
| arlbank@pbfcm.com | charles@filardi-law.com | demetra.liggins@tklaw.com |
| arosenblatt@chadbourne.com | charles_malloy@aporter.com | dfelder@orrick.com |
| arthur.rosenberg@hklaw.com | chipford@parkerpoe.com | dflanigan@polsinelli.com |
| arwolf@wlrk.com | chris.donoho@lovells.com | dgrimes@reedsmith.com |
| aseuffert@lawpost-nyc.com | christopher.schueller@bipc.com | dhayes@mcguirewoods.com |
| ashaffer@mayerbrown.com | clarkb@sullcrom.com | dheffer@foley.com |
| ashmead@sewkis.com | clynch@reedsmith.com | diconzam@gtlaw.com |
| asnow@ssbb.com | cmontgomery@salans.com | djoseph@stradley.com |

| | | |
|---|---|---|
| dkleiner@velaw.com | etillinghast@sheppardmullin.com | jamie.nelson@dubaiic.com |
| dkozusko@willkie.com | ezujkowski@emmetmarvin.com | jar@outtengolden.com |
| dlemay@chadbourne.com | ezweig@optonline.net | jason.jurgens@cwt.com |
| dlipke@vedderprice.com | fbp@ppgms.com | jay.hurst@oag.state.tx.us |
| dludman@brownconnery.com | ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| dmcguire@winston.com | fhyman@mayerbrown.com | jbecker@wilmingtontrust.com |
| dmurray@jenner.com | foont@foontlaw.com | jbeemer@entwistle-law.com |
| dneier@winston.com | francois.janson@hklaw.com | jbeiers@co.sanmateo.ca.us |
| dodonnell@milbank.com | fsosnick@shearman.com | jbird@polsinelli.com |
| dove.michelle@dorsey.com | fyates@sonnenschein.com | jbromley@cgsh.com |
| dpegno@dpklaw.com | gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| draelson@fisherbrothers.com | gbray@milbank.com | jchristian@tobinlaw.com |
| dravin@wolffsamson.com | geraci@thalergertler.com | jdoran@haslaw.com |
| drose@pryorcashman.com | ggitomer@mkbattorneys.com | jdrucker@coleschotz.com |
| drosenzweig@fulbright.com | ggoodman@foley.com | jdyas@halperinlaw.net |
| drosner@goulstonstorrs.com | giddens@hugheshubbard.com | jean-david.barnea@usdoj.gov |
| drosner@kasowitz.com | gkaden@goulstonstorrs.com | jeanites@whiteandwilliams.com |
| dshaffer@wtplaw.com | glenn.siegel@dechert.com | jeannette.boot@wilmerhale.com |
| dshemano@pwkllp.com | gmoss@riemerlaw.com | jeff.wittig@coair.com |
| dspelfogel@foley.com | gravert@ravertpllc.com | jeffery.black@bingham.com |
| dtatge@ebglaw.com | gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| dtheising@harrisonmoberly.com | guzzi@whitecase.com | jeldredge@velaw.com |
| dwdykhouse@pbwt.com | harrisjm@michigan.gov | jen.premisler@cliffordchance.com |
| dwildes@stroock.com | harveystrickon@paulhastings.com | jennifer.demarco@cliffordchance.com |
| dworkman@bakerlaw.com | hbeltzer@mayerbrown.com | jennifer.gore@shell.com |
| easmith@venable.com | heim.steve@dorsey.com | jeremy.eiden@ag.state.mn.us |
| echang@steinlubin.com | heiser@chapman.com | jfalgowski@reedsmith.com |
| ecohen@russell.com | hollace.cohen@troutmansanders.com | jflaxer@golenbock.com |
| efleck@milbank.com | holsen@stroock.com | jfox@joefoxlaw.com |
| efriedman@fklaw.com | howard.hawkins@cwt.com | jfreeberg@wfw.com |
| efriedman@friedumspring.com | hseife@chadbourne.com | jg5786@att.com |
| egeekie@schiffhardin.com | hsnovikoff@wlrk.com | jgenovese@gjb-law.com |
| eglas@mccarter.com | hsteel@brownrudnick.com | jguy@orrick.com |
| ehollander@whitecase.com | icatto@mwe.com | jherzog@gklaw.com |
| ekbergc@lanepowell.com | igoldstein@dl.com | jhiggins@fdlaw.com |
| eleicht@whitecase.com | ilevee@lowenstein.com | jhorgan@phxa.com |
| eli.mattioli@klgates.com | ira.herman@tklaw.com | jhuggett@margolisedelstein.com |
| ellen.halstead@cwt.com | isgreene@hhlaw.com | jim@atkinslawfirm.com |
| emerberg@mayerbrown.com | israel.dahan@cwt.com | jjoyce@dresslerpeters.com |
| enkaplan@kaplanlandau.com | iva.uroic@dechert.com | jjtancredi@daypitney.com |
| eobrien@sbchlaw.com | jacobsonn@sec.gov | jjureller@klestadt.com |
| erin.mautner@bingham.com | james.heaney@lawdeb.com | jkehoe@btkmc.com |
| eschaffer@reedsmith.com | james.mcclammy@dpw.com | jlamar@maynardcooper.com |
| eschwartz@contrariancapital.com | james.sprayregen@kirkland.com | jlawlor@wmd-law.com |
| esmith@dl.com | jamestecce@quinnemanuel.com | jlee@foley.com |

| | | |
|---|---|---|
| jlevitin@cahill.com | karen.wagner@dpw.com | lromansic@steptoe.com |
| jlipson@crockerkuno.com | kdwbankruptcydepartment@kelleydrye.com | lscarcella@farrellfritz.com |
| jlovi@steptoe.com | keckhardt@hunton.com | lschweitzer@cgsh.com |
| jlscott@reedsmith.com | keith.simon@lw.com | lsilverstein@potteranderson.com |
| jmaddock@mcguirewoods.com | ken.coleman@allenovery.com | lubell@hugheshubbard.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | lwhidden@salans.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | mabrams@willkie.com |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | maofiling@cgsh.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | marc.chait@sc.com |
| jmerva@fult.com | kjarashow@fklaw.com | margolin@hugheshubbard.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.bane@ropesgray.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.deveno@bingham.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.ellenberg@cwt.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | mark.hellerer@pillsburylaw.com |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | mark.sherrill@sutherland.com |
| jorbach@hahnhessen.com | korr@orrick.com | martin.davis@ots.treas.gov |
| joseph.cordaro@usdoj.gov | kovskyd@pepperlaw.com | marvin.clements@ag.tn.gov |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | matt@willaw.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | matthew.klepper@dlapiper.com |
| jowolf@law.nyc.gov | kreynolds@mklawnyc.com | maustin@orrick.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | max.polonsky@skadden.com |
| jpintarelli@mofo.com | kuehn@bragarwexler.com | mbenner@tishmanspeyer.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mberman@nixonpeabody.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mberman@nixonpeabody.com |
| jrabinowitz@rltlawfirm.com | landon@streusandlandon.com | mbienenstock@dl.com |
| jrsmith@hunton.com | lapeterson@foley.com | mbloemsma@mhjur.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mbossi@thompsoncoburn.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mcademartori@sheppardmullin.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com | mcantor@normandyhill.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mccombst@sullcrom.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mcordone@stradley.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | mcto@debevoise.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | mcyganowski@oshr.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | mdorval@stradley.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | melorod@gtlaw.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | meltzere@pepperlaw.com |
| jvail@ssrl.com | lkatz@ltblaw.com | metkin@lowenstein.com |
| jwallack@goulstonstorrs.com | lkiss@klestadt.com | mfeldman@willkie.com |
| jwang@sipc.org | lmarinuzzi@mofo.com | mgordon@briggs.com |
| jwcohen@daypitney.com | lmay@coleschotz.com | mgreger@allenmatkins.com |
| jweiss@gibsondunn.com | lmcgowen@orrick.com | mh1@mccallaraymer.com |
| jwest@velaw.com | lml@ppgms.com | mhopkins@cov.com |
| jwh@njlawfirm.com | lnashelsky@mofo.com | michael.frege@cms-hs.com |
| kanema@formanlaw.com | loizides@loizides.com | michael.kelly@monarchlp.com |

| | | |
|---|---|---|
| michael.kim@kobrekim.com | nissay_10259-0154@mhmjapan.com | rjones@boultcummings.com |
| michael.mccrory@btlaw.com | nlepore@schnader.com | rleek@hodgsonruss.com |
| michael.reilly@bingham.com | notice@bkcylaw.com | rlevin@cravath.com |
| millee12@nationwide.com | oipress@travelers.com | rmatzat@hahnhessen.com |
| miller@taftlaw.com | otccorpactions@finra.org | rmcneill@potteranderson.com |
| mimi.m.wong@irscounsel.treas.gov | paronzon@milbank.com | rnetzer@willkie.com |
| mitchell.ayer@tklaw.com | patrick.oh@freshfields.com | robert.bailey@bnymellon.com |
| mjedelman@vedderprice.com | paul.turner@sutherland.com | robert.dombroff@bingham.com |
| mjr1@westchestergov.com | pbattista@gjb-law.com | robert.henoch@kobrekim.com |
| mkjaer@winston.com | pbosswick@ssbb.com | robert.malone@dbr.com |
| mlahaie@akingump.com | pdublin@akingump.com | robert.yalen@usdoj.gov |
| mlandman@lcbf.com | peisenberg@lockelord.com | robin.keller@lovells.com |
| mlichtenstein@crowell.com | peter.gilhuly@lw.com | roger@rnagioff.com |
| mlynch2@travelers.com | peter.macdonald@wilmerhale.com | ronald.silverman@bingham.com |
| mmendez@hunton.com | peter.simmons@friedfrank.com | ross.martin@ropesgray.com |
| mmooney@deilylawfirm.com | peter@bankrupt.com | rqureshi@reedsmith.com |
| mmorreale@us.mufg.jp | pfeldman@oshr.com | rrainer@wmd-law.com |
| mneier@ibolaw.com | phayden@mcguirewoods.com | rreid@sheppardmullin.com |
| monica.lawless@brookfieldproperties.com | pmaxcy@sonnenschein.com | rroupinian@outtengolden.com |
| mpage@kelleydrye.com | ppascuzzi@ffwplaw.com | rrussell@andrewskurth.com |
| mparry@mosessinger.com | ppatterson@stradley.com | rterenzi@stcwlaw.com |
| mpomerantz@julienandschlesinger.com | psp@njlawfirm.com | russj4478@aol.com |
| mprimoff@kayescholer.com | ptrain-gutierrez@kaplanlandau.com | rwasserman@cftc.gov |
| mpucillo@bermanesq.com | ptrostle@jenner.com | rwyron@orrick.com |
| mrosenthal@gibsondunn.com | r.stahl@stahlzelloe.com | s.minehan@aozorabank.co.jp |
| mruetzel@whitecase.com | raj.madan@bingham.com | sabin.willett@bingham.com |
| mschimel@sju.edu | ramona.neal@hp.com | sabramowitz@velaw.com |
| mschlesinger@julienandschlesinger.com | ranjit.mather@bnymellon.com | sabvanrooy@hotmail.com |
| msegarra@mayerbrown.com | raul.alcantar@ropesgray.com | sagolden@hhlaw.com |
| mshiner@tuckerlaw.com | rbeacher@pryorcashman.com | sally.henry@skadden.com |
| msiegel@brownrudnick.com | rbyman@jenner.com | samuel.cavior@pillsburylaw.com |
| msolow@kayescholer.com | rdaversa@orrick.com | sandyscafaria@eaton.com |
| mspeiser@stroock.com | relgidely@gjb-law.com | sara.tapinekis@cliffordchance.com |
| mstamer@akingump.com | rfleischer@pryorcashman.com | scargill@lowenstein.com |
| mvenditto@reedsmith.com | rfrankel@orrick.com | schannej@pepperlaw.com |
| mwarren@mtb.com | rfriedman@silvermanacampora.com | schepis@pursuitpartners.com |
| nathan.spatz@pillsburylaw.com | rgmason@wlrk.com | schnabel.eric@dorsey.com |
| ncoco@mwe.com | rgraham@whitecase.com | schristianson@buchalter.com |
| neal.mann@oag.state.ny.us | rhett.campbell@tklaw.com | schwartzmatthew@sullcrom.com |
| ned.schodek@shearman.com | richard.fingard@newedge.com | scottshelley@quinnemanuel.com |
| neilberger@teamtogut.com | richard.lear@hklaw.com | scousins@armstrongteasdale.com |
| newyork@sec.gov | richard.levy@lw.com | sdnyecf@dor.mo.gov |
| nfurman@scottwoodcapital.com | richard.tisdale@friedfrank.com | sehlers@armstrongteasdale.com |
| nherman@morganlewis.com | richard@rwmaplc.com | seichel@crowell.com |
| nickolas.karavolas@pillsburylaw.com | ritkin@steptoe.com | sfelderstein@ffwplaw.com |

| | |
|---|---|
| sfineman@lchb.com | thaler@thalergertler.com |
| sfox@mcguirewoods.com | thomas.califano@dlapiper.com |
| sgordon@cahill.com | thomas_noguerola@calpers.ca.gov |
| sgubner@ebg-law.com | tim.desieno@bingham.com |
| shannon.nagle@friedfrank.com | timothy.brink@dlapiper.com |
| sharbeck@sipc.org | timothy.palmer@bipc.com |
| shari.leventhal@ny.frb.org | tjfreedman@pbnlaw.com |
| shgross5@yahoo.com | tkarcher@dl.com |
| sidorsky@butzel.com | tkiriakos@mayerbrown.com |
| slerman@ebglaw.com | tlauria@whitecase.com |
| slerner@ssd.com | tmacwright@whitecase.com |
| slevine@brownrudnick.com | tmarrion@haslaw.com |
| sloden@diamondmccarthy.com | tnixon@gklaw.com |
| smayerson@ssd.com | toby.r.rosenberg@irscounsel.treas.gov |
| smillman@stroock.com | tomwelsh@orrick.com |
| smulligan@bsblawyers.com | tony.davis@bakerbotts.com |
| snewman@katskykorins.com | tslome@msek.com |
| sory@fdlaw.com | ttracy@crockerkuno.com |
| spiotto@chapman.com | twheeler@lowenstein.com |
| splatzer@platzerlaw.com | ukreppel@whitecase.com |
| sree@lcbf.com | villa@streusandlandon.com |
| sschultz@akingump.com | vmilione@nixonpeabody.com |
| sselbst@herrick.com | vrubinstein@loeb.com |
| sshimshak@paulweiss.com | walter.stuart@freshfields.com |
| sskelly@teamtogut.com | wanda.goodloe@cbre.com |
| sstarr@starrandstarr.com | wballaine@lcbf.com |
| steele@lowenstein.com | wbenzija@halperinlaw.net |
| stephen.cowan@dlapiper.com | wchen@tnsj-law.com |
| steve.ginther@dor.mo.gov | wcurchack@loeb.com |
| steven.troyer@commerzbank.com | wdase@fzwz.com |
| steven.usdin@flastergreenberg.com | wfoster@milbank.com |
| steven.wilamowsky@bingham.com | william.m.goldman@dlapiper.com |
| steven@blbglaw.com | wiltenburg@hugheshubbard.com |
| streusand@streusandlandon.com | wisotska@pepperlaw.com |
| susheelkirpalani@quinnemanuel.com | wk@pwlawyers.com |
| sweyl@haslaw.com | wmaher@wmd-law.com |
| swolowitz@mayerbrown.com | wmarcari@ebglaw.com |
| szuch@wiggin.com | wmckenna@foley.com |
| tannweiler@greerherz.com | wsilverm@oshr.com |
| tarbit@cftc.gov | wswearingen@llf-law.com |
| tbrock@ssbb.com | wtaylor@mccarter.com |
| tdewey@dpklaw.com | wweintraub@fklaw.com |
| tduffy@andersonkill.com | wzoberman@bermanesq.com |
| teresa.oxford@invescoaim.com | yamashiro@sumitomotrust.co.jp |
| tgoren@mofo.com | yuwatoko@mofo.com |

# EXHIBIT B

| Fax | Name |
|---|---|
| 12126682255 | UST-DAVIS,GASPA,SCHW |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007