**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (JMP)
                                            :
         Debtors.                           :    (Jointly Administered)
                                            :
------------------------------------------------------------------x    Ref. Docket No. 29837
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 3, 2012, I caused to be served the "Corrected Notice of Withdrawal of Forty-Third, One Hundred Forty-Third, Two Hundred Eighty-Seventh, Three Hundred Twentieth, and Three Hundred Thirty-Sixth Omnibus Objections to Claims Solely as to Certain Claims," dated August 3, 2012 [Docket No. 29837], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.  delivered via facsimile to the party listed on the annexed Exhibit B,

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C, and

    iv.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          Genevieve Uzamere

Sworn to before me this
7th day of August, 2012

_____
Notary Public

```
PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015
```

# EXHIBIT A

08-13555-mg    Doc 29873    Filed 08/08/12    Entered 08/08/12 10:15:04    Main Document
Pg 3 of 14

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | aunger@sidley.com | cohen@sewkis.com |
| aalfonso@willkie.com | austin.bankruptcy@publicans.com | colea@gtlaw.com |
| abeaumont@fklaw.com | avenes@whitecase.com | cp@stevenslee.com |
| abraunstein@riemerlaw.com | azylberberg@whitecase.com | cpappas@dilworthlaw.com |
| acaton@kramerlevin.com | bankr@zuckerman.com | craig.goldblatt@wilmerhale.com |
| acker@chapman.com | bankruptcy@goodwin.com | crmomjian@attorneygeneral.gov |
| adam.brezine@hro.com | bankruptcy@morrisoncohen.com | cs@stevenslee.com |
| adarwin@nixonpeabody.com | bankruptcy@ntexas-attorneys.com | csalomon@beckerglynn.com |
| adiamond@diamondmccarthy.com | bankruptcymatters@us.nomura.com | cschreiber@winston.com |
| aeckstein@blankrome.com | barbra.parlin@hklaw.com | cshore@whitecase.com |
| aentwistle@entwistle-law.com | bbisignani@postschell.com | cshulman@sheppardmullin.com |
| afriedman@irell.com | bcarlson@co.sanmateo.ca.us | ctatelbaum@adorno.com |
| agbanknewyork@ag.tn.gov | bdk@schlamstone.com | cwalsh@mayerbrown.com |
| aglenn@kasowitz.com | bguiney@pbwt.com | cward@polsinelli.com |
| agold@herrick.com | bkmail@prommis.com | cweber@ebg-law.com |
| agoldstein@tnsj-law.com | bmanne@tuckerlaw.com | cweiss@ingramllp.com |
| aisenberg@saul.com | bmiller@mofo.com | dallas.bankruptcy@publicans.com |
| akantesaria@oppenheimerfunds.com | boneill@kramerlevin.com | daniel.guyder@allenovery.com |
| akolod@mosessinger.com | brian.corey@greentreecreditsolutions.com | dave.davis@isgria.com |
| akornikova@lcbf.com | brosenblum@jonesday.com | david.bennett@tklaw.com |
| alum@ftportfolios.com | broy@rltlawfirm.com | david.heller@lw.com |
| amarder@msek.com | bruce.wright@sutherland.com | david.powlen@btlaw.com |
| amartin@sheppardmullin.com | bstrickland@wtplaw.com | david.seligman@kirkland.com |
| amcmullen@boultcummings.com | btrust@mayerbrown.com | davids@blbglaw.com |
| amenard@tishmanspeyer.com | bturk@tishmanspeyer.com | davidwheeler@mvalaw.com |
| anann@foley.com | bwolfe@sheppardmullin.com | dbalog@intersil.com |
| andrew.brozman@cliffordchance.com | bzabarauskas@crowell.com | dbarber@bsblawyers.com |
| andrew.lourie@kobrekim.com | cahn@clm.com | dbaumstein@whitecase.com |
| angelich.george@arentfox.com | calbert@reitlerlaw.com | dbesikof@loeb.com |
| ann.reynaud@shell.com | canelas@pursuitpartners.com | dcimo@gjb-law.com |
| anthony_boccanfuso@aporter.com | carol.weinerlevy@bingham.com | dcoffino@cov.com |
| aoberry@bermanesq.com | cbelisle@wfw.com | dcrapo@gibbonslaw.com |
| aostrow@beckerglynn.com | cbelmonte@ssbb.com | ddavis@paulweiss.com |
| apo@stevenslee.com | cbrotstein@bm.net | ddrebsky@nixonpeabody.com |
| aquale@sidley.com | cdesiderio@nixonpeabody.com | ddunne@milbank.com |
| arahl@reedsmith.com | cgoldstein@stcwlaw.com | deggermann@kramerlevin.com |
| arheaume@riemerlaw.com | chammerman@paulweiss.com | deggert@freebornpeters.com |
| arlbank@pbfcm.com | charles@filardi-law.com | demetra.liggins@tklaw.com |
| arosenblatt@chadbourne.com | charles_malloy@aporter.com | dfelder@orrick.com |
| arthur.rosenberg@hklaw.com | chipford@parkerpoe.com | dflanigan@polsinelli.com |
| arwolf@wlrk.com | chris.donoho@lovells.com | dgrimes@reedsmith.com |
| aseuffert@lawpost-nyc.com | christopher.schueller@bipc.com | dhayes@mcguirewoods.com |
| ashaffer@mayerbrown.com | clarkb@sullcrom.com | dheffer@foley.com |
| ashmead@sewkis.com | clynch@reedsmith.com | diconzam@gtlaw.com |
| asnow@ssbb.com | cmontgomery@salans.com | djoseph@stradley.com |

| | | |
|---|---|---|
| dkleiner@velaw.com | etillinghast@sheppardmullin.com | jamie.nelson@dubaiic.com |
| dkozusko@willkie.com | ezujkowski@emmetmarvin.com | jar@outtengolden.com |
| dlemay@chadbourne.com | ezweig@optonline.net | jason.jurgens@cwt.com |
| dlipke@vedderprice.com | fbp@ppgms.com | jay.hurst@oag.state.tx.us |
| dludman@brownconnery.com | ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| dmcguire@winston.com | fhyman@mayerbrown.com | jbecker@wilmingtontrust.com |
| dmurray@jenner.com | foont@foontlaw.com | jbeemer@entwistle-law.com |
| dneier@winston.com | francois.janson@hklaw.com | jbeiers@co.sanmateo.ca.us |
| dodonnell@milbank.com | fsosnick@shearman.com | jbird@polsinelli.com |
| dove.michelle@dorsey.com | fyates@sonnenschein.com | jbromley@cgsh.com |
| dpegno@dpklaw.com | gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| draelson@fisherbrothers.com | gbray@milbank.com | jchristian@tobinlaw.com |
| dravin@wolffsamson.com | geraci@thalergertler.com | jdoran@haslaw.com |
| drose@pryorcashman.com | ggitomer@mkbattorneys.com | jdrucker@coleschotz.com |
| drosenzweig@fulbright.com | ggoodman@foley.com | jdyas@halperinlaw.net |
| drosner@goulstonstorrs.com | giddens@hugheshubbard.com | jean-david.barnea@usdoj.gov |
| drosner@kasowitz.com | gkaden@goulstonstorrs.com | jeanites@whiteandwilliams.com |
| dshaffer@wtplaw.com | glenn.siegel@dechert.com | jeannette.boot@wilmerhale.com |
| dshemano@pwkllp.com | gmoss@riemerlaw.com | jeff.wittig@coair.com |
| dspelfogel@foley.com | gravert@ravertpllc.com | jeffery.black@bingham.com |
| dtatge@ebglaw.com | gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| dtheising@harrisonmoberly.com | guzzi@whitecase.com | jeldredge@velaw.com |
| dwdykhouse@pbwt.com | harrisjm@michigan.gov | jen.premisler@cliffordchance.com |
| dwildes@stroock.com | harveystrickon@paulhastings.com | jennifer.demarco@cliffordchance.com |
| dworkman@bakerlaw.com | hbeltzer@mayerbrown.com | jennifer.gore@shell.com |
| easmith@venable.com | heim.steve@dorsey.com | jeremy.eiden@ag.state.mn.us |
| echang@steinlubin.com | heiser@chapman.com | jfalgowski@reedsmith.com |
| ecohen@russell.com | hollace.cohen@troutmansanders.com | jflaxer@golenbock.com |
| efleck@milbank.com | holsen@stroock.com | jfox@joefoxlaw.com |
| efriedman@fklaw.com | howard.hawkins@cwt.com | jfreeberg@wfw.com |
| efriedman@friedumspring.com | hseife@chadbourne.com | jg5786@att.com |
| egeekie@schiffhardin.com | hsnovikoff@wlrk.com | jgenovese@gjb-law.com |
| eglas@mccarter.com | hsteel@brownrudnick.com | jguy@orrick.com |
| ehollander@whitecase.com | icatto@mwe.com | jherzog@gklaw.com |
| ekbergc@lanepowell.com | igoldstein@dl.com | jhiggins@fdlaw.com |
| eleicht@whitecase.com | ilevee@lowenstein.com | jhorgan@phxa.com |
| eli.mattioli@klgates.com | ira.herman@tklaw.com | jhuggett@margolisedelstein.com |
| ellen.halstead@cwt.com | isgreene@hhlaw.com | jim@atkinslawfirm.com |
| emerberg@mayerbrown.com | israel.dahan@cwt.com | jjoyce@dresslerpeters.com |
| enkaplan@kaplanlandau.com | iva.uroic@dechert.com | jjtancredi@daypitney.com |
| eobrien@sbchlaw.com | jacobsonn@sec.gov | jjureller@klestadt.com |
| erin.mautner@bingham.com | james.heaney@lawdeb.com | jkehoe@btkmc.com |
| eschaffer@reedsmith.com | james.mcclammy@dpw.com | jlamar@maynardcooper.com |
| eschwartz@contrariancapital.com | james.sprayregen@kirkland.com | jlawlor@wmd-law.com |
| esmith@dl.com | jamestecce@quinnemanuel.com | jlee@foley.com |

| | | |
|---|---|---|
| jlevitin@cahill.com | karen.wagner@dpw.com | lromansic@steptoe.com |
| jlipson@crockerkuno.com | kdwbankruptcydepartment@kelleydrye.com | lscarcella@farrellfritz.com |
| jlovi@steptoe.com | keckhardt@hunton.com | lschweitzer@cgsh.com |
| jlscott@reedsmith.com | keith.simon@lw.com | lsilverstein@potteranderson.com |
| jmaddock@mcguirewoods.com | ken.coleman@allenovery.com | lubell@hugheshubbard.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | lwhidden@salans.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | mabrams@willkie.com |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | maofiling@cgsh.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | marc.chait@sc.com |
| jmerva@fult.com | kjarashow@fklaw.com | margolin@hugheshubbard.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.bane@ropesgray.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.deveno@bingham.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.ellenberg@cwt.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | mark.hellerer@pillsburylaw.com |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | mark.sherrill@sutherland.com |
| jorbach@hahnhessen.com | korr@orrick.com | martin.davis@ots.treas.gov |
| joseph.cordaro@usdoj.gov | kovskyd@pepperlaw.com | marvin.clements@ag.tn.gov |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | matt@willaw.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | matthew.klepper@dlapiper.com |
| jowolf@law.nyc.gov | kreynolds@mklawnyc.com | maustin@orrick.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | max.polonsky@skadden.com |
| jpintarelli@mofo.com | kuehn@bragarwexler.com | mbenner@tishmanspeyer.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mberman@nixonpeabody.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mberman@nixonpeabody.com |
| jrabinowitz@rltlawfirm.com | landon@streusandlandon.com | mbienenstock@dl.com |
| jrsmith@hunton.com | lapeterson@foley.com | mbloemsma@mhjur.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mbossi@thompsoncoburn.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mcademartori@sheppardmullin.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com | mcantor@normandyhill.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mccombst@sullcrom.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mcordone@stradley.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | mcto@debevoise.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | mcyganowski@oshr.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | mdorval@stradley.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | melorod@gtlaw.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | meltzere@pepperlaw.com |
| jvail@ssrl.com | lkatz@ltblaw.com | metkin@lowenstein.com |
| jwallack@goulstonstorrs.com | lkiss@klestadt.com | mfeldman@willkie.com |
| jwang@sipc.org | lmarinuzzi@mofo.com | mgordon@briggs.com |
| jwcohen@daypitney.com | lmay@coleschotz.com | mgreger@allenmatkins.com |
| jweiss@gibsondunn.com | lmcgowen@orrick.com | mh1@mccallaraymer.com |
| jwest@velaw.com | lml@ppgms.com | mhopkins@cov.com |
| jwh@njlawfirm.com | lnashelsky@mofo.com | michael.frege@cms-hs.com |
| kanema@formanlaw.com | loizides@loizides.com | michael.kelly@monarchlp.com |

| | | |
|---|---|---|
| michael.kim@kobrekim.com | nissay_10259-0154@mhmjapan.com | rjones@boultcummings.com |
| michael.mccrory@btlaw.com | nlepore@schnader.com | rleek@hodgsonruss.com |
| michael.reilly@bingham.com | notice@bkcylaw.com | rlevin@cravath.com |
| millee12@nationwide.com | oipress@travelers.com | rmatzat@hahnhessen.com |
| miller@taftlaw.com | otccorpactions@finra.org | rmcneill@potteranderson.com |
| mimi.m.wong@irscounsel.treas.gov | paronzon@milbank.com | rnetzer@willkie.com |
| mitchell.ayer@tklaw.com | patrick.oh@freshfields.com | robert.bailey@bnymellon.com |
| mjedelman@vedderprice.com | paul.turner@sutherland.com | robert.dombroff@bingham.com |
| mjr1@westchestergov.com | pbattista@gjb-law.com | robert.henoch@kobrekim.com |
| mkjaer@winston.com | pbosswick@ssbb.com | robert.malone@dbr.com |
| mlahaie@akingump.com | pdublin@akingump.com | robert.yalen@usdoj.gov |
| mlandman@lcbf.com | peisenberg@lockelord.com | robin.keller@lovells.com |
| mlichtenstein@crowell.com | peter.gilhuly@lw.com | roger@rnagioff.com |
| mlynch2@travelers.com | peter.macdonald@wilmerhale.com | ronald.silverman@bingham.com |
| mmendez@hunton.com | peter.simmons@friedfrank.com | ross.martin@ropesgray.com |
| mmooney@deilylawfirm.com | peter@bankrupt.com | rqureshi@reedsmith.com |
| mmorreale@us.mufg.jp | pfeldman@oshr.com | rrainer@wmd-law.com |
| mneier@ibolaw.com | phayden@mcguirewoods.com | rreid@sheppardmullin.com |
| monica.lawless@brookfieldproperties.com | pmaxcy@sonnenschein.com | rroupinian@outtengolden.com |
| mpage@kelleydrye.com | ppascuzzi@ffwplaw.com | rrussell@andrewskurth.com |
| mparry@mosessinger.com | ppatterson@stradley.com | rterenzi@stcwlaw.com |
| mpomerantz@julienandschlesinger.com | psp@njlawfirm.com | russj4478@aol.com |
| mprimoff@kayescholer.com | ptrain-gutierrez@kaplanlandau.com | rwasserman@cftc.gov |
| mpucillo@bermanesq.com | ptrostle@jenner.com | rwyron@orrick.com |
| mrosenthal@gibsondunn.com | r.stahl@stahlzelloe.com | s.minehan@aozorabank.co.jp |
| mruetzel@whitecase.com | raj.madan@bingham.com | sabin.willett@bingham.com |
| mschimel@sju.edu | ramona.neal@hp.com | sabramowitz@velaw.com |
| mschlesinger@julienandschlesinger.com | ranjit.mather@bnymellon.com | sabvanrooy@hotmail.com |
| msegarra@mayerbrown.com | raul.alcantar@ropesgray.com | sagolden@hhlaw.com |
| mshiner@tuckerlaw.com | rbeacher@pryorcashman.com | sally.henry@skadden.com |
| msiegel@brownrudnick.com | rbyman@jenner.com | samuel.cavior@pillsburylaw.com |
| msolow@kayescholer.com | rdaversa@orrick.com | sandyscafaria@eaton.com |
| mspeiser@stroock.com | relgidely@gjb-law.com | sara.tapinekis@cliffordchance.com |
| mstamer@akingump.com | rfleischer@pryorcashman.com | scargill@lowenstein.com |
| mvenditto@reedsmith.com | rfrankel@orrick.com | schannej@pepperlaw.com |
| mwarren@mtb.com | rfriedman@silvermanacampora.com | schepis@pursuitpartners.com |
| nathan.spatz@pillsburylaw.com | rgmason@wlrk.com | schnabel.eric@dorsey.com |
| ncoco@mwe.com | rgraham@whitecase.com | schristianson@buchalter.com |
| neal.mann@oag.state.ny.us | rhett.campbell@tklaw.com | schwartzmatthew@sullcrom.com |
| ned.schodek@shearman.com | richard.fingard@newedge.com | scottshelley@quinnemanuel.com |
| neilberger@teamtogut.com | richard.lear@hklaw.com | scousins@armstrongteasdale.com |
| newyork@sec.gov | richard.levy@lw.com | sdnyecf@dor.mo.gov |
| nfurman@scottwoodcapital.com | richard.tisdale@friedfrank.com | sehlers@armstrongteasdale.com |
| nherman@morganlewis.com | richard@rwmaplc.com | seichel@crowell.com |
| nickolas.karavolas@pillsburylaw.com | ritkin@steptoe.com | sfelderstein@ffwplaw.com |

| | |
|---|---|
| sfineman@lchb.com | thaler@thalergertler.com |
| sfox@mcguirewoods.com | thomas.califano@dlapiper.com |
| sgordon@cahill.com | thomas_noguerola@calpers.ca.gov |
| sgubner@ebg-law.com | tim.desieno@bingham.com |
| shannon.nagle@friedfrank.com | timothy.brink@dlapiper.com |
| sharbeck@sipc.org | timothy.palmer@bipc.com |
| shari.leventhal@ny.frb.org | tjfreedman@pbnlaw.com |
| shgross5@yahoo.com | tkarcher@dl.com |
| sidorsky@butzel.com | tkiriakos@mayerbrown.com |
| slerman@ebglaw.com | tlauria@whitecase.com |
| slerner@ssd.com | tmacwright@whitecase.com |
| slevine@brownrudnick.com | tmarrion@haslaw.com |
| sloden@diamondmccarthy.com | tnixon@gklaw.com |
| smayerson@ssd.com | toby.r.rosenberg@irscounsel.treas.gov |
| smillman@stroock.com | tomwelsh@orrick.com |
| smulligan@bsblawyers.com | tony.davis@bakerbotts.com |
| snewman@katskykorins.com | tslome@msek.com |
| sory@fdlaw.com | ttracy@crockerkuno.com |
| spiotto@chapman.com | twheeler@lowenstein.com |
| splatzer@platzerlaw.com | ukreppel@whitecase.com |
| sree@lcbf.com | villa@streusandlandon.com |
| sschultz@akingump.com | vmilione@nixonpeabody.com |
| sselbst@herrick.com | vrubinstein@loeb.com |
| sshimshak@paulweiss.com | walter.stuart@freshfields.com |
| sskelly@teamtogut.com | wanda.goodloe@cbre.com |
| sstarr@starrandstarr.com | wballaine@lcbf.com |
| steele@lowenstein.com | wbenzija@halperinlaw.net |
| stephen.cowan@dlapiper.com | wchen@tnsj-law.com |
| steve.ginther@dor.mo.gov | wcurchack@loeb.com |
| steven.troyer@commerzbank.com | wdase@fzwz.com |
| steven.usdin@flastergreenberg.com | wfoster@milbank.com |
| steven.wilamowsky@bingham.com | william.m.goldman@dlapiper.com |
| steven@blbglaw.com | wiltenburg@hugheshubbard.com |
| streusand@streusandlandon.com | wisotska@pepperlaw.com |
| susheelkirpalani@quinnemanuel.com | wk@pwlawyers.com |
| sweyl@haslaw.com | wmaher@wmd-law.com |
| swolowitz@mayerbrown.com | wmarcari@ebglaw.com |
| szuch@wiggin.com | wmckenna@foley.com |
| tannweiler@greerherz.com | wsilverm@oshr.com |
| tarbit@cftc.gov | wswearingen@llf-law.com |
| tbrock@ssbb.com | wtaylor@mccarter.com |
| tdewey@dpklaw.com | wweintraub@fklaw.com |
| tduffy@andersonkill.com | wzoberman@bermanesq.com |
| teresa.oxford@invescoaim.com | yamashiro@sumitomotrust.co.jp |
| tgoren@mofo.com | yuwatoko@mofo.com |

# EXHIBIT B

| Fax | Name |
|---|---|
| 12126682255 | UST-DAVIS,GASPA,SCHW |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT D

| Claim Name | Address Information |
|---|---|
| ACM GLOBAL CREDIT – U.S. SUB-FUND | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ACM GLOBAL CREDIT – U.S. SUB-FUND | C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| AEO MANAGEMENT CO. | CHARLES MILLER, ESQ. KASOWITZ BENSON TORRES & FIEDMAN LLP 1633 BROADWAY NEW YORK NY 10019 |
| AEO MANAGEMENT CO. | ATTN: NEIL BULMAN 77 HOT METAL STREET PITTSBURGH PA 15203-2382 |
| BANCO DI NAPOLI S.P.A. | ATTN: DOMENICO VACCARO VIA TOLEDO, 177 NAPOLI 80132 ITALY |
| BORENSTEIN, ROBERTA | 18 WINDY RIDGE PLACE WILTON CT 06897 |
| FABER, DOEKE C. | VIRULYPAD 27 LEYDEN 2316 ZS NETHERLANDS |
| FULTON COUNTY TAX COMMISSIONER | 141 PRYOR ST., SUITE 1113 ATLANTA GA 30303 |
| INSULVAIL, LLC | P.O. BOX 2888 VAIL CO 81658 |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: GESTEL, C.H. VAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |

**Total Creditor count  10**