WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :    08-13555 (JMP)
                                                             :
                    Debtors.                                 :    (Jointly Administered)
                                                             :
-------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF THREE HUNDRED
THIRTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT
DOCUMENTATION CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, is withdrawing without prejudice the Three Hundred Thirty-Fourth Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF No. 29329] *solely* with respect to the claim listed on Exhibit A annexed hereto.  The Plan Administrator reserves its rights to object to

the claim listed on <u>Exhibit A</u> on any grounds in the future.

Dated: August 8, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

US_ACTIVE:\44070401\1\58399.0011

# Exhibit A

## Claim For Which Objection Is Withdrawn Without Prejudice:

| Claimant | Claim Number |
|---|---|
| HBK Master Fund L.P. | 65880 |

US_ACTIVE:\44070401\1\58399.0011