# Exhibit 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 43: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | WONG TAK KEUNG & LAM SAU LING<br>8/F, 93D BROADWAY, MEI FOO SUN CHUEN<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64975 | $153,000.00* | Late-Filed Lehman Programs Securities Claim |
| 2 | WOO SET WAH & CHUI FUNG MING SANDRA<br>11D, LILY COURT<br>9 LUNG PAK ST<br>WORLD-WIDE GARDENS<br>SHATIN, NT,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 64976 | $150,000.00* | Late-Filed Lehman Programs Securities Claim |
| | | | | | TOTAL | $303,000.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts