CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE NO. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF PROOF OF CLAIM OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FILED AGAINST LEHMAN BROTHERS SPECIAL FINANCING INC., AND LEHMAN BROTHERS HOLDINGS, INC., IN CONNECTION WITH RACERS 2005-9-P TRANSACTION**

**PLEASE TAKE NOTICE** that U.S. Bank National Association, not individually but as Indenture Trustee (*"U.S. Bank"*) by and through its counsel, Chapman and Cutler LLP, hereby withdraws, WITH PREJUDICE, its Proof of Claim Number **23448** filed against Lehman Brothers Holdings Inc. **(Case No. 08-13555)** and Proof of Claim Number **23449** filed against Lehman Brothers Special Financing Inc., **(Case No. 08-13888)** each filed in connection with the Restructured Asset Securities with Enhanced Returns, Series 2005-9-P transaction. The claims were filed on September 21, 2009.

3246623.01.01.doc

No other claim of U. S. Bank National Association, in any capacity, shall be affected hereby, and U.S. Bank reserves the right to amend this withdrawal in the event of any administrative error, including but not limited to inaccurate claim numbers.

Dated: August 8, 2012

                                        Respectfully submitted,

                                        U.S. BANK NATIONAL ASSOCIATION, not
                                            individually but as Trustee

                                        By: *[signature]*
                                        Printed Name: PAMELA J. WIEDER
                                        Its: Vice President