Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
**(Jointly Administered)**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor

**Luxor Capital Partners LP.**

Name of Transferee

**Deutsche Bank AG, London Branch**

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch
60 Wall Street
3rd Floor
New York, NY 10005
Attention: Rich Vichaidith
Phone: 212-250-5760
Fax: 212-797-8770

Court Claim # (if known): 16733
Amount of Claim: $3,752,000.00
Date Claim Filed: September 18, 2009

Phone: N/A

Last Four Digits of Acct #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: _____July 31, 2012_____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Michael Sutto
Managing Director

Philipp Roever
ce President

**EXHIBIT B**

### EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the
           Southern District of New York ("Bankruptcy Court")
           Attn:   Clerk

AND TO:   Lehman Brothers Special Financing Inc. ("Debtor")
           Case No. 08-13555 (jointly administered) (JMP)

Claim number: **16733**

**LUXOR CAPITAL PARTNERS LP**, its successors and assigns ("Seller"), hereby affirms that, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Tel:  212-250-5760
Fax:  212-797-8770
Attn:  Rich Vichaidith
Email : richard.vichaidith@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to **Proof of Claim Number 16733**, solely to the extent of **$3,752,000.00**, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___July 31___, 2012.

**LUXOR CAPITAL PARTNERS LP**

By: _____
Name:  **Norris Nissim**
Title:  **General Counsel**

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____      By: _____
    Name:                              Name:
    Title:                                Title:

**EXHIBIT B**

### EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
       Southern District of New York ("Bankruptcy Court")
       Attn:    Clerk

AND TO:    Lehman Brothers Special Financing Inc. ("Debtor")
           Case No. 08-13555 (jointly administered) (JMP)

Claim number: **16733**

**LUXOR CAPITAL PARTNERS LP,** its successors and assigns ("Seller"), hereby affirms that, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Tel:    212-250-5760
Fax:    212-797-8770
Attn:   Rich Vichaidith
Email : richard.vichaidith@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to **Proof of Claim Number 16733**, solely to the extent of **$3,752,000.00**, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___July 31___, 2012.

**LUXOR CAPITAL PARTNERS LP**

By: _____
Name:
Title:

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____    By: _____
Name:                          Name:
Title:   Morgan Sutton         Title:   Philipp Roever
         Managing Director               Vice President

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor

**OC19 Master Fund LP – LCG**

Name of Transferee

**Deutsche Bank AG, London Branch**

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch
60 Wall Street
3rd Floor
New York, NY 10005
Attention: Rich Vichaidith
Phone: 212-250-5760
Fax: 212-797-8770

Court Claim # (if known): 16733
Amount of Claim: $425,000.00
Date Claim Filed: September 18, 2009

Phone: N/A

Last Four Digits of Acct #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____

Date: July 31, 2012

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



Philipp Roever
ice President

Michael Sutton
Managing Director

**EVIDENCE OF TRANSFER OF CLAIM**

TO:      United States Bankruptcy Court for the
         Southern District of New York ("Bankruptcy Court")
         Attn:    Clerk

AND TO:  Lehman Brothers Special Financing Inc. ("Debtor")
         Case No. 08-13555 (jointly administered) (JMP)

Claim number: **16733**

**OC19 MASTER FUND LP – LCG,** its successors and assigns ("Seller"), hereby affirms that, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Tel:   212-250-5760
Fax:   212-797-8770
Attn:  Rich Vichaidith
Email : richard.vichaidith@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to **Proof of Claim Number 16733**, solely to the extent of **$425,000.00**, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated _July 31_, 2012.

**OC19 MASTER FUND LP – LCG**

By: _____
Name:    **Norris Nissim**
Title:   **General Counsel**
**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
    Name:                                         Name:
    Title:                                        Title:

**EVIDENCE OF TRANSFER OF CLAIM**

TO:      United States Bankruptcy Court for the
         Southern District of New York ("Bankruptcy Court")
         Attn:    Clerk

AND TO:  Lehman Brothers Special Financing Inc. ("Debtor")
         Case No. 08-13555 (jointly administered) (JMP)

Claim number: **16733**

**OC19 MASTER FUND LP – LCG**, its successors and assigns ("Seller"), hereby affirms that, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller has unconditionally and irrevocably sold, transferred and assigned unto:

   **DEUTSCHE BANK AG, LONDON BRANCH**
   c/o Deutsche Bank Securities Inc.
   60 Wall Street, 3rd Floor
   New York, NY 10005
   Tel:  212-250-5760
   Fax:  212-797-8770
   Attn:  Rich Vichaidith
   Email : richard.vichaidith@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to **Proof of Claim Number 16733**, solely to the extent of **$425,000.00**, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___July 31___, 2012.

**OC19 MASTER FUND LP – LCG**

By: _____
Name:
Title:

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name:
Title:     Michael Sutton
           Managing Director

By: _____
Name:
Title:     Philipp Roever
           Vice President

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555 (JMP)
                                                                **(Jointly Administered)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor                               Name of Transferee

**Luxor Capital Partners Offshore**
**Master Fund LP**                               **Deutsche Bank AG, London Branch**

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch                  Court Claim # (if known): 16733
60 Wall Street                                   Amount of Claim: $5,795,000.00
3rd Floor                                        Date Claim Filed: September 18, 2009
New York, NY 10005
Attention:  Rich Vichaidith                      Phone:  N/A
Phone:  212-250-5760
Fax:  212-797-8770

Last Four Digits of Acct #:  N/A                 Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____          Date: _____July 31, 2012_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Philipp Roever
Vice President

Michael S...
Managing ...

**EVIDENCE OF TRANSFER OF CLAIM**

TO:      United States Bankruptcy Court for the
             Southern District of New York ("Bankruptcy Court")
             Attn:    Clerk

AND TO:    Lehman Brothers Special Financing Inc. ("Debtor")
             Case No. 08-13555 (jointly administered) (JMP)

Claim number: **16733**

**LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP,** its successors and assigns ("Seller"), hereby affirms that, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Tel:  212-250-5760
Fax:  212-797-8770
Attn:  Rich Vichaidith
Email : richard.vichaidith@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to **Proof of Claim Number 16733**, solely to the extent of **$5,795,000.00**, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated _July 31_ , 2012.

**LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP**

By: _____
Name:      **Norris Nissim**
Title:      **General Counsel**
**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____        By: _____
    Name:                          Name:
    Title:                          Title:

**EVIDENCE OF TRANSFER OF CLAIM**

TO:  United States Bankruptcy Court for the
     Southern District of New York ("Bankruptcy Court")
     Attn:    Clerk

AND TO:  Lehman Brothers Special Financing Inc. ("Debtor")
         Case No. 08-13555 (jointly administered) (JMP)

Claim number: 16733

**LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP**, its successors and assigns ("Seller"), hereby affirms that, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Tel:  212-250-5760
Fax:  212-797-8770
Attn:  Rich Vichaidith
Email : richard.vichaidith@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to **Proof of Claim Number 16733**, solely to the extent of **$5,795,000.00**, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 31 , 2012.

**LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP**


By: _____
Name:
Title:

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
Name:  Michael Sutton                          Name:
Title:  Managing Director                      Title:  Philipp Roever
                                                       Vice President

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555 (JMP)
                                                                 **(Jointly Administered)**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor                              Name of Transferee

**Luxor Spectrum Offshore Master Fund LP**       **Deutsche Bank AG, London Branch**

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch                 Court Claim # (if known): 16733
60 Wall Street                                  Amount of Claim: $725,000.00
3rd Floor                                       Date Claim Filed: September 18, 2009
New York, NY 10005
Attention: Rich Vichaidith                      Phone: N/A
Phone: 212-250-5760
Fax: 212-797-8770

Last Four Digits of Acct #: N/A                 Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____          Date: ___July 31, 2012___
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

Philipp Roever                    Michael Sutton
Vice President                    Managing Director

## EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the
   Southern District of New York ("Bankruptcy Court")
   Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
    Case No. 08-13555 (jointly administered) (JMP)

Claim number: **16733**

**LUXOR SPECTRUM OFFSHORE MASTER FUND LP,** its successors and assigns ("Seller"), hereby affirms that, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Tel: 212-250-5760
Fax: 212-797-8770
Attn: Rich Vichaidith
Email : richard.vichaidith@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to **Proof of Claim Number 16733**, solely to the extent of **$725,000.00**, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 31, 2012.

**LUXOR SPECTRUM OFFSHORE MASTER FUND LP**

By: _____
Name: **Norris Nissim**
Title: **General Counsel**
**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____   By: _____
  Name:               Name:
  Title:               Title:

**EVIDENCE OF TRANSFER OF CLAIM**

TO:      United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn:    Clerk

AND TO:    Lehman Brothers Special Financing Inc. ("Debtor")
Case No. 08-13555 (jointly administered) (JMP)

Claim number: 16733

**LUXOR SPECTRUM OFFSHORE MASTER FUND LP**, its successors and assigns ("Seller"), hereby affirms that, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Tel:  212-250-5760
Fax:  212-797-8770
Attn:  Rich Vichaidith
Email : richard.vichaidith@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to **Proof of Claim Number 16733**, solely to the extent of **$725,000.00**, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated
   July 31 , 2012.

**LUXOR SPECTRUM OFFSHORE MASTER FUND LP**

By: _____
Name:
Title:

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name:
Title:  Michael Sutton
      Managing Director

By: _____
Name:
Title:  Philipp Roever
     Vice President

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor

**Luxor Spectrum LLC**

Name of Transferee

**Deutsche Bank AG, London Branch**

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch
60 Wall Street
3rd Floor
New York, NY 10005
Attention: Rich Vichaidith
Phone: 212-250-5760
Fax: 212-797-8770

Court Claim # (if known): 16733
Amount of Claim: $65,000.00
Date Claim Filed: September 18, 2009

Phone: N/A

Last Four Digits of Acct #:  N/A

Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____      Date: ___July 31, 2012_____
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Philipp Roever
Vice President

Michael ⸱ ⸱ ⸱
Managing ⸱⸱⸱⸱⸱

**EVIDENCE OF TRANSFER OF CLAIM**

TO:     United States Bankruptcy Court for the
          Southern District of New York ("Bankruptcy Court")
          Attn:    Clerk

AND TO:    Lehman Brothers Special Financing Inc. ("Debtor")
             Case No. 08-13555 (jointly administered) (JMP)

Claim number: **16733**

**LUXOR SPECTRUM LLC,** its successors and assigns ("Seller"), hereby affirms that, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Tel:  212-250-5760
Fax:  212-797-8770
Attn:  Rich Vichaidith
Email : richard.vichaidith@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 16733, solely to the extent of **$65,000.00,** (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___July 31___, 2012.

**LUXOR SPECTRUM LLC**

By: _____
Name:    **Norris Nissim**
Title:    **General Counsel**

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____      By: _____
     Name:                           Name:
      Title:                            Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the
          Southern District of New York ("Bankruptcy Court")
          Attn:   Clerk

AND TO:    Lehman Brothers Special Financing Inc. ("Debtor")
           Case No. 08-13555 (jointly administered) (JMP)

Claim number: 16733

**LUXOR SPECTRUM LLC**, its successors and assigns ("Seller"), hereby affirms that, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Tel:  212-250-5760
Fax:  212-797-8770
Attn:  Rich Vichaidith
Email : richard.vichaidith@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 16733, solely to the extent of **$65,000.00**, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated __July 31__, 2012.

**LUXOR SPECTRUM LLC**

By: _____
Name:
Title:

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____              By: _____
Name:                                  Name:
Title:                                   Title:  Philipp Roever
                                                     Vice President

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,          Case No. 08-13555 (JMP)
                                                      (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor                          Name of Transferee

**Luxor Wavefront LP**                      **Deutsche Bank AG, London Branch**

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch             Court Claim # (if known): 16733
60 Wall Street                              Amount of Claim: $1,343,000.00
3rd Floor                                   Date Claim Filed: September 18, 2009
New York, NY 10005
Attention: Rich Vichaidith                  Phone: N/A
Phone: 212-250-5760
Fax: 212-797-8770

Last Four Digits of Acct #: N/A             Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____        Date: _____July 31, 2012_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Philipp Roever        Michael Sutton
Vice President        Managing Director

## EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the
            Southern District of New York ("Bankruptcy Court")
            Attn:    Clerk

AND TO:    Lehman Brothers Special Financing Inc. ("Debtor")
            Case No. 08-13555 (jointly administered) (JMP)

Claim number: **16733**

**LUXOR WAVEFRONT LP,** its successors and assigns ("Seller"), hereby affirms that, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Tel:  212-250-5760
Fax:  212-797-8770
Attn:  Rich Vichaidith
Email : richard.vichaidith@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to **Proof of Claim Number 16733**, solely to the extent of **$1,343,000.00**, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ____July 31___ , 2012.

**LUXOR WAVEFRONT LP**

By: _____
Name:    **Norris Nissim**
Title:    **General Counsel**
**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____        By: _____
    Name:                              Name:
    Title:                                Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn:    Clerk

AND TO:    Lehman Brothers Special Financing Inc. ("Debtor")
Case No. 08-13555 (jointly administered) (JMP)

Claim number: 16733

**LUXOR WAVEFRONT LP**, its successors and assigns ("Seller"), hereby affirms that, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Tel:  212-250-5760
Fax:  212-797-8770
Attn:  Rich Vichaidith
Email : richard.vichaidith@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to **Proof of Claim Number 16733**, solely to the extent of **$1,343,000.00**, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 31 , 2012.

**LUXOR WAVEFRONT LP**

By: _____
Name:
Title:

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name:
Title:  Michael Sutton
Managing Director

By: _____
Name:
Title:  Philipp Roever
Vice President

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555 (JMP)
                                                                **(Jointly Administered)**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor                              Name of Transferee

**GAM Equity Six, Inc.**                            **Deutsche Bank AG, London Branch**

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch                 Court Claim # (if known): 16733
60 Wall Street                                  Amount of Claim: $395,000.00
3rd Floor                                       Date Claim Filed: September 18, 2009
New York, NY 10005
Attention: Rich Vichaidith                      Phone: N/A
Phone: 212-250-5760
Fax: 212-797-8770

Last Four Digits of Acct #: N/A                 Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____          Date: _____July 31, 2012_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Philipp Roever          Mich__ __tton
Vice President          Mana___ ___ector

**EXHIBIT B**

### EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court for the
           Southern District of New York ("Bankruptcy Court")
           Attn:      Clerk

AND TO:    Lehman Brothers Special Financing Inc. ("Debtor")
           Case No. 08-13555 (jointly administered) (JMP)

Claim number: **16733**

**GAM EQUITY SIX, INC.,** its successors and assigns ("Seller"), hereby affirms that, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Tel:   212-250-5760
Fax:   212-797-8770
Attn:  Rich Vichaidith
Email : richard.vichaidith@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to **Proof of Claim Number 16733**, solely to the extent of **$395,000.00**, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___July 31___, 2012.

**GAM EQUITY SIX, INC.**

By: _____
Name:        **Norris Nissim**
Title:        **General Counsel**

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
Name: _____                   Name: _____
Title: _____                  Title: _____

**EXHIBIT B**

### EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the
               Southern District of New York ("Bankruptcy Court")
               Attn:    Clerk

AND TO:    Lehman Brothers Special Financing Inc. ("Debtor")
               Case No. 08-13555 (jointly administered) (JMP)

Claim number: **16733**

**GAM EQUITY SIX, INC.**, its successors and assigns ("Seller"), hereby affirms that, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Tel:  212-250-5760
Fax:  212-797-8770
Attn:  Rich Vichaidith
Email : richard.vichaidith@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to **Proof of Claim Number 16733**, solely to the extent of **$395,000.00**, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated _July 31_, 2012.

**GAM EQUITY SIX, INC.**


By: _____
Name:
Title:

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name:  Michael Sutton
Title:  Managing Director

By: _____
Name:
Title:  Philipp Roever
        Vice President