B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Commodity Corporation, et. al.,    Case No. 08-13901

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Barclays Bank PLC | MF Global UK Limited (In Special Administration) |
| Name and Address where notices to transferee should be sent:<br>Aileen Montana<br>Barclays Bank PLC<br>1301 Sixth Avenue, 8th Floor<br>New York, NY 10019<br>Email: aileen.montana@barclays.com | Court Claim # (if known): 18079<br>Amount of Claim as Filed: $1,600,000.00<br>Amount of Claim Transferred: $1,600,000.00<br>Date Claim Filed: 9/18/2009<br>Debtor: Lehman Brothers Commodity Corporation |

With a copy to:
Daniel Miranda
Barclays Bank PLC
745 Seventh Avenue, 2nd Floor
New York, NY 10019
Email: daniel.miranda@barclays.com

Wire Instructions:
U.S. Dollars
Bank Name: Barclays Bank PLC
Address (City, State): 1301 Ave of the Americas, 8th Fl, New York, N.Y. 10019
ABA#: 026 002 574
Account Name: Clad Control Account
Account Number: 050-019104
Reference: Lehman Claim Payment

Name and Address where transferee payments should be sent (if different from above): N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Aileen Montana    Date: 8/8/12

Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Authorized Signatory
Aileen Montana
Vice President

26 4572v1

EXHIBIT A-1

## EVIDENCE OF TRANSFER OF LBCC CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **MF Global UK Limited (In Special Administration)** ("Seller") has unconditionally and irrevocably sold, transferred and assigned to **Barclays Bank PLC** ("Buyer") all of Seller's rights, title and interest in and to Seller's claim (which has been assigned proof of claim no. 18079 (the "Claim") against Lehman Brothers Commodity Corporation. ("Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Commodity Services Inc., Case No. 08-13885.

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claims to Buyer and recognizing Buyer as the sole owner and holder of the Claims. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall hereafter be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 24th day of July, 2012.

| BUYER:<br>**BARCLAYS BANK PLC**<br><br>_[signature]_<br>Name: Authorized Signatory<br>Title:<br>Aileen Montana<br>Vice President | SELLER:<br><br>SIGNED for and on behalf of<br>**MF GLOBAL (UK) LIMITED (IN SPECIAL ADMINISTRATION)**<br>acting by one of the Special Administrators (as agent and without personal liability)<br><br>By:<br><br>Name:<br>Title:<br><br>SIGNED for and on behalf of the<br>**SPECIAL ADMINISTRATORS**<br>by one of the Special Administrators acting on behalf of all of them (without personal liability and solely for the purpose of receiving the benefit of the provisions of this Agreement in their favour)<br><br>By:<br><br>Name:<br>Title: |

## EVIDENCE OF TRANSFER OF LBCC CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **MF Global UK Limited (In Special Administration)** ("Seller") has unconditionally and irrevocably sold, transferred and assigned to **Barclays Bank PLC** ("Buyer") all of Seller's rights, title and interest in and to Seller's claim (which has been assigned proof of claim no. 18079 (the "Claim") against Lehman Brothers Commodity Corporation. ("Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Commodity Services Inc., Case No. 08-13885.

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claims to Buyer and recognizing Buyer as the sole owner and holder of the Claims.  Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall hereafter be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 8th day of August, 2012.

| BUYER: | SELLER: |
|---|---|
| **BARCLAYS BANK PLC** | SIGNED for and on behalf of **MF GLOBAL (UK) LIMITED (IN SPECIAL ADMINISTRATION)** acting by one of the Special Administrators (as agent and without personal liability) |
| Name: <br> Title: | By: _[signature]_ <br><br> MIKE PINK <br> Name: <br> Title: JOINT SPECIAL ADMINISTRATOR <br><br> SIGNED for and on behalf of the **SPECIAL ADMINISTRATORS** by one of the Special Administrators acting on behalf of all of them (without personal liability and solely for the purpose of receiving the benefit of the provisions of this Agreement in their favour) <br><br> By: _[signature]_ <br><br> Name: MIKE PINK <br> Title: JOINT SPECIAL ADMINISTRATOR |

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,    Case No. 08-13555(JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Barclays Bank PLC | MF Global UK Limited (In Special Administration) |

Name and Address where notices to transferee should be sent:
Aileen Montana
Barclays Bank PLC
1301 Sixth Avenue, 8th Floor
New York, NY 10019
Email: aileen.montana@barclays.com

Court Claim # (if known): 18080
Amount of Claim as Filed: $1,600,000.00
Amount of Claim Transferred: $1,600,000.00
Date Claim Filed: 9/18/2009
Debtor: Lehman Brothers Holdings Inc.

With a copy to:
Daniel Miranda
Barclays Bank PLC
745 Seventh Avenue, 2nd Floor
New York, NY 10019
Email: daniel.miranda@barclays.com

Wire Instructions:
U.S. Dollars
Bank Name: Barclays Bank PLC
Address (City, State): 1301 Ave of the Americas, 8th Fl, New York, N.Y. 10019
ABA#: 026 002 574
Account Name: Clad Control Account
Account Number: 050-019104
Reference: Lehman Claim Payment

Name and Address where transferee payments should be sent (if different from above): N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Aileen Montana_____ Date: _8/8/12_____

Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Authorized Signatory
Aileen Montana
Vice President

2654572v1

EXHIBIT A-2

## EVIDENCE OF TRANSFER OF LBHI CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **MF Global UK Limited (In Special Administration)** ("Seller") has unconditionally and irrevocably sold, transferred and assigned to **Barclays Bank PLC** ("Buyer") all of Seller's rights, title and interest in and to Seller's claim (which has been assigned proof of claim no. 18080 (the "Claim") against Lehman Brothers Holdings Inc. ("Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claims to Buyer and recognizing Buyer as the sole owner and holder of the Claims. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall hereafter be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 24th day of July, 2012.

| BUYER:<br>**BARCLAYS BANK PLC**<br><br>_/s/ illegible signature_<br>Name: Authorized Signatory<br>Title: Aileen Montana<br>Vice President | SELLER<br><br>SIGNED for and on behalf of<br>**MF GLOBAL (UK) LIMITED (IN SPECIAL ADMINISTRATION)**<br>acting by one of the Special Administrators (as agent and without personal liability)<br><br>By:<br><br>Name:<br>Title:<br><br>SIGNED for and on behalf of the<br>**SPECIAL ADMINISTRATORS**<br>by one of the Special Administrators acting on behalf of all of them (without personal liability and solely for the purpose of receiving the benefit of the provisions of this Agreement in their favour)<br><br>By:<br><br>Name:<br>Title: |

**EVIDENCE OF TRANSFER OF LBHI CLAIM**

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **MF Global UK Limited (In Special Administration)** ("Seller") has unconditionally and irrevocably sold, transferred and assigned to **Barclays Bank PLC** ("Buyer") all of Seller's rights, title and interest in and to Seller's claim (which has been assigned proof of claim no. 18080 (the "Claim") against Lehman Brothers Holdings Inc. ("Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claims to Buyer and recognizing Buyer as the sole owner and holder of the Claims. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall hereafter be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 8th day of August, 2012.

| BUYER: | SELLER |
|---|---|
| **BARCLAYS BANK PLC** | SIGNED for and on behalf of **MF GLOBAL (UK) LIMITED (IN SPECIAL ADMINISTRATION)** acting by one of the Special Administrators (as agent and without personal liability) |
| | By: _[signature]_ |
| Name: | Name: MIKE PINK |
| Title: | Title: JOINT SPECIAL ADMINISTRATOR |
| | SIGNED for and on behalf of the **SPECIAL ADMINISTRATORS** by one of the Special Administrators acting on behalf of all of them (without personal liability and solely for the purpose of receiving the benefit of the provisions of this Agreement in their favour) |
| | By: _[signature]_ |
| | Name: MIKE PINK |
| | Title: JOINT SPECIAL ADMINISTRATOR |