Wolters Kluwer
**Corporate Legal Services**

CT Corporation

302 777 0220 tel
866 414 2350 toll free
www.ctcorporation.com

1209 Orange Street
Wilmington, DE 19801



August 01, 2012

Jacqueline Marcus
Weil, Gostshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

Re: In re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Financial Products Inc., Pltf. vs. The Bank of New York Mellon Trust Co., National Association, etc., et al. including Liberty Square CDO II, Corp., etc., Dfts.

Case No. 0813555JMP

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of Liberty Square CDO II, Corp..

Accordingly, we are returning the documents received from you.

Very truly yours,

Scott LaScala
Section Head Process

Log# 520965046

cc: Southern District of New York - U.S. Bankruptcy Court
    Alexander Hamilton Custom House,
    One Bowling Green,
    New York, NY 10004-1408