# **EXHIBIT C**

## Weber, Joerg

**From:** Weber, Joerg
**Sent:** Montag, 2. November 2009 18:00
**To:** 'lisa.roitman@lehman.com'
**Subject:** ISDA Agreement

**Attachments:** ISDA Lehman.pdf

Dear Lisa,

I refer to our conversation over the phone and would like to send you a litte remainder.

As explained to you, we have unfortunately only a copy of the ISDA between European Aeronautic Defence and Space Company EADS NV and Lehman Brothers Special Financing Inc without the signature of the guarantor Lehman Brothers Holdings Inc. We would be very grateful if you could provide a signed copy of the guarantee.

Thank you very much in advance.


Best regards,

Jörg Weber
EADS Treasury CF/FT/T
+49.89.607-35050
mailto:joerg.weber@eads.net

Address : 81663 Munich - Germany

European Aeronautic Defence and Space Company EADS N.V.
Company limited by shares (naamloze vennootschap)
Mendelweg 30, 2333 CS Leiden, The Netherlands
Registered at the Chamber of Commerce in The Hague under number 24288945



ISDA Lehman.pdf
(2 MB)