Lisa M. Solomon, Esq.
LAW OFFICES OF LISA M. SOLOMON
305 Madison Avenue, Suite 4700
New York, NY 10165
Tel: 212- 471-0067; Fax: 212-980-6965

Counsel for Claimant Riccardo Banchetti

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | Hearing Date August 23, 2012 |
| SOUTHERN DISTRICT OF NEW YORK | Objection Deadline: August 9, 2012 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                                                          Chapter 11
                                                      :         Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS, INC.,
et al.,
                                                      :         (Jointly Administered)
                    Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STATEMENT OF RICCARDO BANCHETTI WITH RESPECT TO DEBTORS' 329TH OMNIBUS OBJECTION TO CLAIMS (MISCLASSIFIED)

Riccardo Banchetti ("Claimant"), by his undersigned counsel, hereby submits this statement with respect to the Debtors' 329th Omnibus Objection to Claims to Claims (Misclassified Claims) (the "Objection") and respectfully represents as follows:

### BACKGROUND

1.     Commencing on September 15, 2008 (the "Petition Date"), Lehman Brothers Holdings, Inc. and certain of its subsidiaries (collectively, the "Debtors") filed voluntary petitions for relief under title 11 of the United States Code (the "Code").

2.     Claimant, a former employee of one or more of the Debtors, is a creditor herein. On or prior to the Court's general bar date for filing proofs of claim herein of September 22, 2009, Claimant filed a proof of claim designated as claim no. 20313 (the "Claim"). The Claim, which was for unpaid deferred compensation for services rendered on behalf of the Debtors in

and outside the United Kingdom, was filed as an unsecured claim in the total amount of $26,040,000.00, a portion of which was designated as entitled to priority under §507(a)(4) of the Code as having been earned within 180 days of the Petition Date.

3. The Claims Objection seeks to reclassify as a general unsecured claim that portion of the Claim asserted as priority that exceeds the $10,950.00 cap for wage claims under 507(a)(4).

4. Claimant has no objection to the specific relief sought by the Objection, subject to his continuing objection that any part of the Claim and any other claims Claimant has filed in these chapter 11 proceedings be treated as equity as the Debtors have heretofore sought by other omnibus objections filed in these chapter 11 proceedings.

Dated:  New York, New York
        August 9, 2012

                            LAW OFFICES OF LISA M. SOLOMON

                            By:  __/s/ Lisa M. Solomon_____
                            Lisa M. Solomon (LS-0086)
                            305 Madison Avenue, Suite 4700
                            New York, New York 10165
                            (212) 471-0067

                            Counsel for Claimant Riccardo Banchetti