<span style="float:right">**HSBC** Private Bank</span>



EPIQ BANKRUPTCY SOLUTIONS, LLC
Attn : Lehman Brothers Holdings Claims Processing
757 Third avenue, 3rd Floor
New York, NY 10017
USA

Geneva, July 31st, 2012/peh

Dear Madam, dear Sir,

Please find attached an "Agreement and Evidence of Transfer of Claim Lehman Program Security" regarding the following assignment :

Claim No. 55829 – USD 1'000'000.- /ISIN XS0347732892
Transferor : CREDIT SUISSE AG, Geneva
Transferee : HSBC PRIVATE BANK (SUISSE) S.A., Geneva

We are looking forward to receiving your prompt transfer confirmation.

Should you need any additional information, please feel free to contact :
Pedro Horcajo – tel. +41(0)58.705.55.48 / e-mail : pedro.horcajo@hsbcpb.com

Many thanks in advance and best regards,

Giorgio Gagliani
Associate Director

Stéphane Bernotti
Associate

Tel  +41 (0)58 705 55 55    HSBC Private Bank (Suisse) SA                www.hsbcprivatebank.com
Fax  +41 (0)58 705 51 51    Quai Général-Guisan 2, PO Box 3580
                             CH-1211 Geneva 3

[*Lehman Brothers*]

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY



TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse AG, Place Bel-Air 2, 1211 Geneva 70 ("Transferor") unconditionally and irrevocably transferred to HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 55829), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: 26.07.2012

Date: 31.07.2012

**Transferor**

**Transferee**

Credit Suisse AG

HSBC PRIVATE BANK (SUISSE) S.A.

Place Bel-Air 2

Quai Général – Guisan 2 / P.O. Box 3580

P.O. Box 500

CH- 1211 Geneva 3

1211 Geneva 70

Giorgio Gagliani
Associate Director

Stéphane Bernotti
Associate

Signature(s):

Artemis RIAZI
A381645
022 391 51 70

Signature(s):

Bernard SCHOPFER
A352629   Credit Suisse
022 391 47 67

<u>Schedule 1</u>

**<u>Lehman Programs Securities Related to Transferred Portion of Claim</u>:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0347732892 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | USD1,000,000 |