August 6, 2012

Chambers of the Honorable James M. Peck
One Bowling Green
New York, New York 10004
Courtroom 601

Dear Hon. Judge Peck,

Attached you will find letters of opposition written and submitted to the court by Michael Karp, Francois Chu-Fong, Robert Eby, James Glen, Christopher Deegan, James Metaxas, Greg Shavel, John C Shaughnessy Jr. and Seth Konheim. We ask that these letters be received and considered by the Court when evaluating LBHI's Three Hundred Twenty-Seventh Omnibus Objection to Claims (Partnership and Other Employee Claims) filed by Robert J Lemons on behalf of Lehman Brothers Holdings Inc. which requests to reduce and reclassify certain claims regarding vested partnership interests granted to employees. We wholeheartedly disagree with LBHI's Objection for the reasons stated in our letters and believe our arguments should be carefully considered.

As required, a copy of each letter has also been provided to Weil, Gotshal & Manges, LBHI's Attorneys and the Office of the United States Trustee for Region 2.

Thank you for your time in considering this matter. Should you or any party require further clarification of our disagreement with LBHI's request to reclassify and reduce, I will be happy to serve as a point of contact for the group and can be reached at using the contact information below.

John C Shaughnessy Jr.
11 Butler Hill Road North
Somers, NY 10589
Mobile: 914-382-9501
Home: 914-276-7617

Sincerely;

| | |
|---|---|
| Michael Karp | Greg Shavel |
| Francois Chu-Fong | Seth Konheim |
| Robert Eby | James Metaxas and |
| James Glen | John Shaughnessy |
| Christopher Deegan | |

FILED 2012 AUG -8 A 11: 39 U.S. BANKRUPTCY COURT S.D. OF N.Y.