| Sources | |
|---|---|
| Lehman Development Finance Loan | 107 213 240 |
| Equity | |
| Lehman | - |
| Owner's cost to date | 3 000 000 |
| Total | 110 213 240 |
| **Use** | |
| Expenses / vendors - Paid to date | 3 000 000 |
| Land Acquisition | 30 883 240 |
| Future availability - Development Loan | 74 000 000 |
| Banking Fees | 1 040 000 |
| Lehman Fee | 1 040 000 |
| Other expenses | 250 000 |
| Total | 110 213 240 |

| Month | May-07 | 1 Jun-07 | 2 Jul-07 | 3 Aug-07 | 4 Sep-07 | 5 Oct-07 | 6 Nov-07 | 7 Dec-07 | 8 Jan-08 | 9 Feb-08 | 10 Mar-08 | 11 Apr-08 | 12 May-08 | 13 Jun-08 | 14 Jul-08 | 15 Aug-08 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Year 1 | | | | | | | | | | | | Year 2 | | | |
| **Acquisition** | | | | | | | | | | | | | | | | | |
| Land Acquisition | 30 883 240 | | | | | | | | | | | | | | | | 30 883 |
| Closing Costs | 2 330 000 | | | | | | | | | | | | | | | | 2 330 |
| Total | 33 213 240 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 33 213 |
| **Revenue** | | | | | | | | | | | | | | | | | |
| Builders Lot Take-Down | | | | | | | | | | 21,625,500 | | | | | | [illegible] | [illegible] |
| Residential Lot Sales | | | | | | | | | | | | | 10,637,000 | | | [illegible] | [illegible] |
| Total Revenue | - | - | - | - | - | - | - | - | - | 21 625 500 | - | - | 10 637 000 00 | - | - | 5 815 555 25 | 38 073 |
| **PRE-DEVELOPMENT** | | | | | | | | | | | | | | | | | |
| **Professional Fees** | | | | | | | | | | | | | | | | | |
| Architect | | 157 511 | 157 511 | 40 000 | - | - | - | - | - | - | - | - | - | - | - | - | 355 |
| Landscape Architect | | 66 667 | 66 667 | 66 667 | - | - | - | - | - | - | - | - | - | - | - | - | 200 |
| Interior Design | | | 25 000 | 25 000 | 25 000 | - | - | - | - | - | - | - | - | - | - | - | 75 |
| Soils Investigation | | 20 000 | | | | | | | | | | | | | | | 20 |
| Civil Engineer Subdivision | | 200 000 | 100 000 | | | - | - | - | 200 000 | 100 000 | - | - | - | - | - | - | 600 |
| Civil Engineer Vertical Buildings | | 30 000 | 20 000 | | - | | | | | | | | | | | | 50 |
| Testing | | 6 667 | 6 667 | 6 667 | - | - | - | - | - | - | - | - | - | - | - | - | 20 |
| Traffic / Offsite Engineering | | 25 000 | 25 000 | | - | | | | | | | | | | | | 50 |
| Golf Design - Greg Norman (Paid $300 000 of $1 million) | | 233 333 | 233 333 | 233 333 | - | - | - | - | - | - | - | - | - | - | - | - | 700 |
| Sewer System Design - Build by Adenus | | 15 000 | 454 371 | 454 371 | 454 371 | 454 371 | 454 371 | 454 371 | 439 371 | | | - | - | - | - | - | 3 180 |
| Predevelopment Exp | | 30 000 | | | | | | | | | | | | | | | 30 |
| Professional Fees Sub-Total | - | 784 277 | 1 088 549 | 825 032 | 479 371 | 454 371 | 454 371 | 454 371 | 639 371 | 100 000 | - | - | - | - | - | - | 5 260 |
| **Entitlements** | | | | | | | | | | | | | | | | | |
| Permits | | - | - | 20 000 | 20 000 | - | - | - | - | - | - | - | - | - | - | - | 40 |
| Sewer Bonds | | 5 982 500 | | | | | | | | | | | | | | | 5 982 |
| Entitlements Sub Total | - | 5 982 500 | - | 20 000 | 20 000 | - | - | - | - | - | - | - | - | - | - | - | 6 022 |
| **PROJECT MANAGEMENT** | | | | | | | | | | | | | | | | | |
| Constructors | | | | | | | | | | | | | | | | | |
| Project Management and Expenses | | 10 000 | 10 000 | 10 000 | | | | | | | | | | | | | 30 |
| Professional Management | | 16 667 | 16 667 | 16 667 | | | | | | | | | | | | | 50 |
| Professional Management Sub Total | - | 26 667 | 26 667 | 26 667 | - | - | - | - | - | - | - | - | - | - | - | - | 80 |
| **Development Expenses** | | | | | | | | | | | | | | | | | |
| Marketing | | 107 500 | 107 500 | 107 500 | 107 500 | 107 500 | 107 500 | 107 500 | 107 500 | 107,500 | 107,500 | 107 500 | 107 500 | 107 500 | 107 500 | 107 500 | 1 612 |
| Marketing (Contingency) | | 11 944 | 11 944 | 11 944 | 11 944 | 11 944 | 11 944 | 11 944 | 11 944 | 11,944 | 11,944 | 11,944 | 11 944 | 11 944 | 11 944 | 11 944 | 179 |
| Project Management | | 66 667 | 66 667 | 66 667 | 66 667 | 66 667 | 66 667 | 66 667 | 66 667 | 66,667 | 66,667 | 66,667 | 66,667 | 66,667 | 66 667 | 66 667 | 1 000 |
| On-Site Operations | | 56 667 | 56 667 | 56 667 | 56 667 | 56 667 | 56 667 | 56 667 | 56 667 | 56,667 | 56 667 | 56,667 | 56 667 | 56 667 | 56 667 | 56 667 | 850 |
| Legal Fees | | 5 288 | 5 288 | 5 288 | 5 288 | 5 288 | 5 288 | 5 288 | 5,288 | 5,288 | 5 288 | 5 288 | 5 288 | 5,288 | 5 288 | 5 288 | 79 |
| Legal Fees (Contingency) | | 338 | 338 | 338 | 338 | 338 | 338 | 338 | 338 | 338 | 338 | 338 | 338 | 338 | 338 | 338 | 5 |
| Construction (including parking lot and landscape) | | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 7 |
| Construction (Contingency) | | 56 | 56 | 56 | 56 | 56 | 56 | 56 | 56 | 56 | 56 | 56 | 56 | 56 | 56 | 56 | |
| Lot Sales Commissions | | 90 851 | 90 851 | 90 851 | 90 851 | 90 851 | 90 851 | 90 851 | 90 851 | 90,851 | 90,851 | 90 851 | 90 851 | 90 851 | 90 851 | 90 851 | 1 362 |
| Development Expenses Sub Total | - | 339 809 | 339 809 | 339 809 | 339 809 | 339 809 | 339 809 | 339 809 | 339 809 | 339 809 | 339,809 | 339,809 | 339 809 | 339 809 | 339 809 | 339 809 | 5 097 |
| **SITE WORK Phase One** | | | | | | | | | | | | | | | | | |
| Site Work | | - | 509 600 | 509 600 | 1 274 000 | 1 274 000 | 1 274 000 | 509,600 | 509,600 | 509 600 | - | - | - | - | - | - | 6 370 |
| Site Work (Contingency) | | | 50 400 | 50 400 | 126 000 | 126 000 | 126,000 | 50 400 | 50,400 | 50,400 | - | - | - | - | - | - | 530 |
| Landscape | | - | | - | 227 500 | 227 500 | 227 500 | 227,500 | 227,500 | 227,500 | 227,500 | 227,500 | - | - | - | - | 1 820 |
| Landscape (Contingency) | | | | | 22 500 | 22 500 | 22 500 | 22 500 | 22,500 | 22 500 | 22,500 | 22,500 | - | - | - | - | 180 |
| Site Work Utilities Sub-Total | - | - | 560 000 | 560 000 | 1 650 000 | 1 650 000 | 1 650 000 | 810 000 | 810,000 | 810 000 | 250 000 | 250 000 | - | - | - | - | 9 000 |
| **GENERAL CONSTRUCTION** | | | | | | | | | | | | | | | | | |
| Clubhouse | | - | - | - | - | 340 440 | 340 440 | 1,134 800 | 1 134 800 | 340,440 | 340 440 | 340 440 | 340,440 | 340 440 | 340 440 | 340 440 | 5 333 |
| Tennis/Coffee Shop | | - | - | - | 52 000 | 52 000 | 104,000 | 104 000 | 52,000 | 52,000 | - | - | - | - | - | - | 416 |
| Offsite Road Improvements | | - | - | - | 225 000 | 225 000 | 225 000 | 225 000 | 225,000 | 225,000 | - | - | - | - | - | - | 1,350 |
| Offsite Road Improvements (Contingency) | | - | - | - | 25 000 | 25 000 | 25 000 | 25,000 | 25,000 | 25,000 | | | | | | | 150 |
| Sales Center | | - | - | - | 61 250 | 61 250 | 122 500 | 122,500 | 61,250 | 61,250 | | | | | | | 490 |
| Fitness - Spa - Recreation Building | | - | - | - | 102 857 | 102 857 | 240 000 | 240.000 | 102,857 | 102,857 | 102,857 | 102,857 | 102,857 | - | - | - | 1,200 |
| Tennis Courts/Swimming Pools/Sites | | - | - | - | 222 857 | 222 857 | 520,000 | 520.000 | 222 857 | 222,857 | 222,857 | 222,857 | 222 857 | - | - | - | 2 500 |
| Maintenance Building | | - | - | - | 78 000 | 77 000 | 77.000 | 231.000 | 231,000 | 77,000 | 77,000 | 77,000 | | | | | 925 |
| General Construction Sub Total | - | - | - | - | 766 964 | 1 105 404 | 1 653 940 | 2 602 300 | 2 054 764 | 1 105 404 | 743 154 | 743 154 | 666 154 | 340 440 | 340 440 | 340 440 | 12 464 |
| **GOLF COURSE** | | | | | | | | | | | | | | | | | |
| Golf Course Construction | | | | | | | | | | | | | | | | | |
| Golf Supervision | | - | - | - | 18 137 | 18 137 | 18 137 | 18 137 | 18,137 | 18 137 | 18,137 | 18,137 | 18 137 | 18 137 | 18 137 | 18 137 | 217 |
| Clear & Grub | | - | - | - | 136 500 | 136 500 | 54 600 | | - | - | - | - | - | - | - | - | 327 |
| Clear & Grub (Contingency) | | | | | 13 500 | 13 500 | 5 400 | | | | | | | | | | 32 |
| Earthwork & Grading (Budget 890,000 yds.) | | - | - | - | - | 856 297 | 941 927 | 941 927 | 83,349 | - | - | - | - | - | - | - | 2 803 |
| Earthwork & Grading (Contingency) | | | | | | 95 144 | 104 659 | 104,659 | 7,039 | | | | | | | | 311 |
| Lakes - Grading & Liners | | - | - | - | - | 89 876 | 179 752 | 179,752 | 179,752 | 142 292 | 89 876 | - | - | - | - | - | 861 |
| Lakes - Grading & Liners (Contingency) | | | | | | 9 986 | 19 972 | 19 972 | 19,972 | 15,810 | 9,986 | | | | | | 95 |
| Cart Paths | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Cart Paths (Contingency) | | | | | | | | | | | | | | | | | |
| Seed Bed Prep (75 acres) | | - | - | - | - | - | - | - | - | - | - | - | - | - | 75 075 | - | 75 |
| Seed Bed Prep (Contingency) | | | | | | | | | | | | | | | 7 425 | | 7 |
| 19 Greens (140,000 Sq. ft.) | | - | - | - | - | - | - | - | - | - | - | 91,000 | 91,000 | 91,000 | 91 000 | 91 000 | 455 |
| 19 Greens (Contingency) | | | | | | | | | | | | 9,000 | 9,000 | 9 000 | 9,000 | 9 000 | 45 |
| Sodding (75,000 Sq. yds) | | - | - | - | - | - | - | - | - | - | - | - | - | 182 000 | 182 000 | 182,000 | 546 |
| Sodding (Contingency) | | | | | | | | | | | | | | 18 000 | 18 000 | 18 000 | 54 |
| 90 Tee Boxes | | - | - | - | - | - | - | - | - | - | - | 45,500 | 54 600 | 63,700 | 72 800 | 81 900 | 318 |
| 90 Tee Boxes (Contingency) | | | | | | | | | | | | 4,500 | 5 400 | 6 300 | 7 200 | 8 100 | 31 |
| 80 Bunkers | | - | - | - | - | - | - | - | - | - | - | 45,500 | 54,600 | 63 700 | 72 800 | 81 900 | 318 |
| 80 Bunkers (Contingency) | | | | | | | | | | | | 4,500 | 5 400 | 6 300 | 7 200 | 8 100 | 31 |
| Irrigation | | - | - | - | - | - | - | - | 285,000 | 285,000 | 285,000 | 285 000 | 142 500 | - | - | - | 1,282 |
| Irrigation (Contingency) | | | | | | | | | 15,000 | 15,000 | 15,000 | 15,000 | 7,500 | | | | 67 |
| Landscaping | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Landscaping (Contingency) | | | | | | | | | | | | | | | | | |
| Halfway House | | - | - | - | - | - | - | - | - | - | - | - | - | - | 24 131 | 43 444 | 67 |
| Halfway House (Contingency) | | | | | | | | | | | | | | | 2 387 | 4 297 | 6 |
| Project Fees | | | | | 5 673 | 5 673 | 5 673 | 5,673 | 5,673 | 5,673 | 5,673 | 5,673 | 5,673 | 5,673 | 5,673 | 5 673 | 68 |
| Project Fees (Contingency) | | | | | 561 | 561 | 561 | 561 | 561 | 561 | 561 | 561 | 561 | 561 | 561 | 561 | 6 |
| Golf Sub Total | - | - | - | - | 174 371 | 1 225 675 | 1 330 681 | 1 270 681 | 594 484 | 482,473 | 424,234 | 524 371 | 394 371 | 464 371 | 593 389 | 552 112 | 8 031 |
| **FF&E** | | | | | | | | | | | | | | | | | |
| Interior Furnishings and Fixtures | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 200,000 | 200 |
| Kitchen Equip | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| FF&E Sub Total | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 200 000 | 200 |
| CONSTRUCTION SUB-TOTAL | | 6 793 444 | 1 675 315 | 1 432 705 | 3 090 707 | 4 436 451 | 5 088 993 | 5 137,353 | 4,098,619 | 2,498 878 | 1,417 388 | 1,517,526 | 1 060 526 | 804 811 | 933 829 | 1 092 552 | 41 079 |
| Sewer Tap Fee Reimbursed by Builders at each Lot Closed 1,886,000 | | | | - | - | - | - | - | - | (247 142) | - | - | (121,563) | - | - | (66 462) | (435 |
| CONSTRUCTION GRAND TOTAL | - | 6 793 444 | 1 675 315 | 1 432 705 | 3 090 707 | 4 436 451 | 5 088 993 | 5 137 353 | 4 098 619 | 2,251,735 | 1,417 388 | 1 517,526 | 938 963 | 804 811 | 933 829 | 1 026 090 | 40 643 |
| DEVELOPMENT & CONSTRUCTION TOTAL | - | 7 133 253 | 2 015 125 | 1 772 514 | 3 430 516 | 4 776 260 | 5 428 802 | 5 477 162 | 4 438 428 | 2 591 545 | 1,757,197 | 1 857 335 | 1 278 772 | 1 144 621 | 1 273 638 | 1 365 899 | 45 741 |
| Development Construction Land and other costs | 33 213 240 | 7 133 253 | 2 015 125 | 1 772 514 | 3 430 516 | 4 776 250 | 5 428 802 | 5 477,162 | 4 438 428 | 2 591 545 | 1,757,197 | 1,857,335 | 1 278 772 | 1,144 621 | 1 273 638 | 1 365 899 | 78 954 |
| Lehman Equity | 0 | | | | | | | | | | | | | | | | |
| Period Cash Flow | (33 213 240) | (7 133 253) | (2 015 125) | (1 772 514) | (3 430 516) | (4 776 250) | (5 428 802) | (5 477 162) | (4 438,428) | 19 033,955 | (1,757,197) | (1,857,335) | 9.358.228 | (1 144 621) | (1 273 638) | 4 449 657 | |
| Beginning Loan Balance | (33,213,240) | (33,213,240) | (40,684,995) | (43,101,396) | (45,313,196) | (49,205,529) | (54,467,164) | (60,451,023) | (66,524,414) | (71,640,844) | (53,337,037) | (55,602,762) | (58,026,788) | (49,240,860) | (50,887,353) | (52,662,893) | |
| Interest Expense 12.00% | | (338,502) | (401,277) | (439,260) | (461,822) | (485,335) | (555,117) | (596,229) | (678,002) | (730,148) | (508,528) | (566,691) | (372,319) | (501,852) | (501,903) | (536,729) | |
| Period Cash Flow | | (7,133,253) | (2,015,125) | (1,772,514) | (3,430,516) | (4,776,260) | (5,428,802) | (5,477,162) | (4,438,428) | 19,033,955 | (1,757,197) | (1,857,335) | 9,358,228 | (1,144,621) | (1,273,638) | 4,449,657 | |
| Ending Loan Balance | | (40,684,995) | (43,101,396) | (45,313,196) | (49,205,529) | (54,467,164) | (60,451,023) | (66,524,414) | (71,640,844) | (53,337,037) | (55,602,762) | (58,026,788) | (49,240,860) | (50,887,353) | (52,662,893) | (48,749,965) | |
| Cumulative Cash Flow | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |

| Month | 2nd Quarter Year 2 | 3rd Quarter Year 2 | 4th Quarter Year 2 | Year 2 Total | 1st Quarter Year 3 | 2nd Quarter Year 3 | 3rd Quarter Year 3 | 4th Quarter Year 3 | Year 3 Total | 1st Quarter Year 4 | 2nd Quarter Year 4 | 3rd Quarter Year 4 | 4th Quarter Year 4 | Year 4 Total | 1st Quarter Year 5 | 2nd Quarter Year 5 | 3rd Quarter Year 5 | 4th Quarter Year 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Lot sales | | | 125 | | | | | 123 | | | | | 129 | | | | | 129 |
| **Acquisition** | | | | | | | | | | | | | | | | | | |
| Land Acquisition | | | | | | | | | | | | | | | | | | |
| Closing Costs | | | | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | | | | |
| **Revenue** | | | | | | | | | | | | | | | | | | |
| Builders Lot Takedown | 4 279 406 | 4 279 406 | 4 279 406 | 12 838 218 | 4 423 924 | 4 423 924 | 4 423 924 | 4 423 924 | 17 695 695 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 6,172,800 | 6,172,800 | 6,172,800 | 6,172,800 |
| Residential Lot Sales | 1 536 150 | 1 536 150 | 1 536 150 | 4 608 450 | 1 689 765 | 1 689 765 | 1 689 765 | 1 689 765 | 6 759 060 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 2,044,616 | 2,044,616 | 2,044,616 | 2,044,616 |
| Total Revenue | 5 815 555 25 | 5 815 555 25 | 5 815 555 25 | 17 446 668 75 | 5 113 688 75 | 5 113 688 75 | 5 113 688 75 | 5 113 538 75 | 24 454 755 00 | 5 503 346 25 | 5 503 346 25 | 5 503 346 25 | 5 503 345 25 | 25 015 385 00 | 8 217 415 53 | 8 217 415 53 | 8 217 415 53 | 8 217 415 53 |
| **PRE-DEVELOPMENT** | | | | | | | | | | | | | | | | | | |
| **Professional Fees** | | | | | | | | | | | | | | | | | | |
| Architect | | | | | | | | | | | | | | | | | | |
| Landscape Architect | | | | | | | | | | | | | | | | | | |
| Interior Design | | | | | | | | | | | | | | | | | | |
| Soils Investigation | | | | | | | | | | | | | | | | | | |
| Civil Engineer Subdivision | 52 500 | 52 500 | 52 500 | 157 500 | 39 375 | 39 375 | 39 375 | 39 375 | 157 500 | 39 375 | 39 375 | 39 375 | 39 375 | 157 500 | 39 375 | 39 375 | 39 375 | 39 375 |
| Civil Engineer Vertical Buildings | | | | | | | | | | | | | | | | | | |
| Testing | | | | | | | | | | | | | | | | | | |
| Traffic / Offsite Engineering | | | | | | | | | | | | | | | | | | |
| Golf Design - Greg Norman (Paid $300 000 of $1 million) | | | | | | | | | | | | | | | | | | |
| Sewer System Design - Build by Adenus | | | | | | | | | | | | | | | | | | |
| Predevelopment Exp | | | | | | | | | | | | | | | | | | |
| Professional Fees Sub-Total | 52 500 | 52 500 | 52 500 | 157 500 | 39 375 | 39 375 | 39 375 | 39 375 | 157 500 | 39 375 | 39 375 | 39 375 | 39 375 | 157 500 | 39 375 | 39 375 | 39 375 | 39 375 |
| **Entitlements** | | | | | | | | | | | | | | | | | | |
| Permits | | | | | | | | | | | | | | | | | | |
| Sewer Bonds | | | | | | | | | | | | | | | | | | |
| Entitlements Sub Total | | | | | | | | | | | | | | | | | | |
| **PROJECT MANAGEMENT** | | | | | | | | | | | | | | | | | | |
| Constructors | | | | | | | | | | | | | | | | | | |
| Project Management and Expenses | | | | | | | | | | | | | | | | | | |
| Professional Management | | | | | | | | | | | | | | | | | | |
| Professional Management Sub Total | | | | | | | | | | | | | | | | | | |
| **Development Expenses** | | | | | | | | | | | | | | | | | | |
| Marketing | 322 500 | 322 500 | 322 500 | 967 500 | 322 500 | 322 500 | 322 500 | 322,500 | 1 290 000 | 322 500 | 322 500 | 322 500 | 322 500 | 1 290 000 | 322 500 | 322 500 | 322 500 | 322 500 |
| Marketing (Contingency) | 35 833 | 35 833 | 35.833 | 107 500 | 35 833 | 35 833 | 35 833 | 35 833 | 143 333 | 35 833 | 35 833 | 35 833 | 35 833 | 143 333 | 35 833 | 35 833 | 35.833 | 35 833 |
| Project Management | 66 667 | 66 667 | 66 667 | 200 000 | 66 667 | 66 667 | 66 667 | 66,667 | 266 667 | 66 667 | 66 667 | 66 667 | 66 667 | 266 667 | 66 667 | 66 667 | 66 667 | 66 667 |
| On-Site Operations | 56 667 | 56 667 | 56 667 | 170 000 | 56 667 | 56 667 | 56 667 | 56,667 | 226 667 | 56 667 | 56 667 | 56 667 | 56 667 | 226 667 | 56 667 | 56 667 | 56 667 | 56 667 |
| Legal Fees | 15 863 | 15 863 | 15 863 | 47 588 | 15 863 | 15 863 | 15 863 | 15.863 | 63 450 | 15 863 | 15 863 | 15 863 | 15 863 | 63 450 | 15 863 | 15 863 | 15 863 | 15.863 |
| Legal Fees (Contingency) | 1 013 | 1 013 | 1 013 | 3 038 | 1 013 | 1 013 | 1 013 | 1 013 | 4 050 | 1 013 | 1 013 | 1 013 | 1 013 | 4 050 | 1 013 | 1,013 | 1,013 | 1,013 |
| Construction (including parking lot and landscape) | 1 500 | 1 500 | 1 500 | 4 500 | 1 500 | 1 500 | 1.500 | 1.500 | 6 000 | 1 500 | 1 500 | 1 500 | 1 500 | 6 000 | 1 500 | 1 500 | 1.500 | 1 500 |
| Construction (Contingency) | 167 | 167 | 167 | 500 | 167 | 167 | 167 | 167 | 667 | 167 | 167 | 167 | 167 | 667 | 167 | 167 | 167 | 167 |
| Lot Sales Commissions | 90 851 | 90 851 | 90 851 | 272 553 | 90 851 | 90 851 | 90 851 | 90 851 | 363 404 | 90 851 | 90 851 | 90 851 | 90 851 | 363 404 | 90 851 | 90 851 | 90 851 | 90 851 |
| Development Expenses Sub Total | 591 059 | 591 059 | 591 059 | 1 773 178 | 591 059 | 591 059 | 591 059 | 591 059 | 2 364 237 | 591 059 | 591 059 | 591 059 | 591 059 | 2 364 237 | 591 059 | 591 059 | 591 059 | 591 059 |
| **SITE WORK Phase One** | | | | | | | | | | | | | | | | | | |
| Site Work | 1 121 803 | 1 121 803 | 1 121 803 | 3 365 408 | 841 352 | 841 352 | 841 352 | 841 352 | 3 365 407 50 | 841 352 | 841 352 | 841 352 | 841 352 | 3 365 408 | 841 352 | 841 352 | 841,352 | 841,352 |
| Site Work (Contingency) | 110 948 | 110 948 | 110 948 | 332 843 | 83 211 | 83 211 | 83.211 | 83,211 | 332 842 50 | 83 211 | 83 211 | 83 211 | 83 211 | 332 843 | 83 211 | 83.211 | 83,211 | 83,211 |
| Landscape | | | | | | | | | | | | | | | | | | |
| Landscape (Contingency) | | | | | | | | | | | | | | | | | | |
| Site Work Utilities Sub-Total | 1 232 750 | 1 232 750 | 1 232 750 | 3 698 250 | 924 563 | 924 563 | 924 563 | 924 563 | 3 698 250 | 924 563 | 924 563 | 924 563 | 924 563 | 3 698 250 | 924 563 | 924 563 | 924 563 | 924 563 |
| **GENERAL CONSTRUCTION** | | | | | | | | | | | | | | | | | | |
| Clubhouse | 340 440 | - | - | 340 440 | | | | | | | | | | | | | | |
| Tennis/Coffee Shop | | | | | | | | | | | | | | | | | | |
| Offsite Road Improvements | | | | | | | | | | | | | | | | | | |
| Offsite Road Improvements (Contingency) | | | | | | | | | | | | | | | | | | |
| Sales Center | | | | | | | | | | | | | | | | | | |
| Fitness - Spa - Recreation Building | | | | | | | | | | | | | | | | | | |
| Tennis Courts/Swimming Pools/Sites | | | | | | | | | | | | | | | | | | |
| Maintenance Building | | | | | | | | | | | | | | | | | | |
| General Construction Sub Total | 340 440 | - | - | 340 440 | | | | | | | | | | | | | | |
| **GOLF COURSE** | | | | | | | | | | | | | | | | | | |
| Golf Course Construction | | | | | | | | | | | | | | | | | | |
| Golf Supervision | 54 411 | 18 137 | - | 72 548 | | | | | | | | | | | | | | |
| Clear & Grub | | | | | | | | | | | | | | | | | | |
| Clear & Grub (Contingency) | | | | | | | | | | | | | | | | | | |
| Earthwork & Grading (Budget 890 000 yds) | | | | | | | | | | | | | | | | | | |
| Earthwork & Grading (Contingency) | | | | | | | | | | | | | | | | | | |
| Lakes - Grading & Liners | | | | | | | | | | | | | | | | | | |
| Lakes - Grading & Liners (Contingency) | | | | | | | | | | | | | | | | | | |
| Cart Paths | 266,760 | - | - | 266,760 | | | | | | | | | | | | | | |
| Cart Paths (Contingency) | 14,040 | | | 14,040 | | | | | | | | | | | | | | |
| Seed Bed Prep (75 acres) | | | | | | | | | | | | | | | | | | |
| Seed Bed Prep (Contingency) | | | | | | | | | | | | | | | | | | |
| 19 Greens (140 000 Sq. ft.) | 182,000 | - | - | 182 000 | | | | | | | | | | | | | | |
| 19 Greens (Contingency) | 18,000 | | | 18 000 | | | | | | | | | | | | | | |
| Sodding (75,000 Sq. yds) | 546 000 | 43 680 | - | 589.680 | | | | | | | | | | | | | | |
| Sodding (Contingency) | 54 000 | 4 320 | | 58 320 | | | | | | | | | | | | | | |
| 90 Tee Boxes | 191.100 | 36 400 | - | 227,500 | | | | | | | | | | | | | | |
| 90 Tee Boxes (Contingency) | 18 900 | 3,600 | | 22 500 | | | | | | | | | | | | | | |
| 80 Bunkers | 106.925 | - | - | 106.925 | | | | | | | | | | | | | | |
| 80 Bunkers (Contingency) | 10.575 | | | 10.575 | | | | | | | | | | | | | | |
| Irrigation | | | | | | | | | | | | | | | | | | |
| Irrigation (Contingency) | | | | | | | | | | | | | | | | | | |
| Landscaping | 318,500 | 91 000 | - | 409 500 | | | | | | | | | | | | | | |
| Landscaping (Contingency) | 31 500 | 9,000 | | 40.500 | | | | | | | | | | | | | | |
| Halfway House | | | | | | | | | | | | | | | | | | |
| Halfway House (Contingency) | | | | | | | | | | | | | | | | | | |
| Project Fees | 17 020 | 5.673 | | 22 694 | | | | | | | | | | | | | | |
| Project Fees (Contingency) | 1 683 | 561 | | 2 244 | | | | | | | | | | | | | | |
| Golf Sub Total | 1,831,414 | 212,371 | - | 2 043 786 | | | | | | | | | | | | | | |
| **FF&E** | | | | | | | | | | | | | | | | | | |
| Interior Furnishings and Fixtures | 400 000 | - | - | 400.000 | | | | | | | | | | | | | | |
| Kitchen Equip | 240 000 | - | - | 240.000 | | | | | | | | | | | | | | |
| FF&E Sub Total | 640 000 | - | - | 640 000 | | | | | | | | | | | | | | |
| CONSTRUCTION SUB-TOTAL | 4 097 104 | 1 497 621 | 1 285 250 | 6 879 975 | 963 938 | 963 938 | 963 938 | 963 938 | 3 855 750 | 963 938 | 963 938 | 963 938 | 963 938 | 3 855 750 | 963 938 | 963 938 | 963 938 | 963 938 |
| Sewer Tap Fee Reimbursed by Builders at each Lot Closed | (66,462) | (55 462) | (66,462) | (199 385) | (69 869) | (69 869) | (69 869) | (69 869) | (279 476) | (74 328) | (74 328) | (74 328) | (74 328) | (297 311) | (93 911) | (93 911) | (93 911) | (93 911) |
| CONSTRUCTION GRAND TOTAL | 4 030 642 | 1 431 160 | 1,218,788 | 6 680 590 | 894 069 | 894 069 | 894 069 | 894 069 | 3 576 274 | 889 610 | 889 610 | 889 610 | 889 610 | 3 558 439 | 870 027 | 870 027 | 870 027 | 870 027 |
| DEVELOPMENT & CONSTRUCTION TOTAL | 4 621 702 | 2 022 219 | 1,809 847 | 8 453 768 | 1 485 128 | 1 485 128 | 1 485 128 | 1 485 128 | 5 940 511 | 1 480 659 | 1 480 659 | 1 480 659 | 1 480 659 | 5 922 676 | 1 461 086 | 1 461 086 | 1 461,086 | 1 461 086 |
| Development Construction Land and other costs | 4 621 702 | 2 022 219 | 1 809 847 | 8 453 768 | 1 485,128 | 1 485 128 | 1,485,128 | 1,485,128 | 5,940,511 | 1,480,659 | 1 480 659 | 1 480 569 | 1 480 659 | 5,922,676 | 1,461 086 | 1,461,086 | 1,461,086 | 1,461,086 |
| Lehman Equity | | | | | | | | | | | | | | | | | | |
| Period Cash Flow | 1 193 855 | 3 793 337 | 4 005 709 | | 4 628 561 | 4 628 561 | 4 628 561 | 4 628 561 | | 5 023 177 | 5 023 177 | 5 023 177 | 5 023 177 | | 6.756 330 | 6.756 330 | 6.756 330 | 6.756.330 |
| Beginning Loan Balance | (48,749,965) | (48,998,573) | (46,635,059) | | (44,029,828) | (40,704,068) | (37,279,901) | (33,754,417) | | (30,124,617) | (25,992,799) | (21,738,723) | (17,358,773) | | (12,849,226) | (6,473,092) | - | - |
| Interest Expense | (1,442,463) | (1,429,823) | (1,390,478) | | (1,302,800) | (1,204,394) | (1,103,077) | (998,761) | | (891,359) | (769,102) | (643,228) | (513,629) | | (380,396) | (191,533) | - | - |
| Period Cash Flow | 1,193,855 | 3,793,337 | 4,005,709 | | 4,628,561 | 4,628,561 | 4,628,561 | 4,628,561 | | 5,023,177 | 5,023,177 | 5,023,177 | 5,023,177 | | 6,756,330 | 6,756,330 | 6,756,330 | 6,756,330 |
| Ending Loan Balance | (48,998,573) | (46,635,059) | (44,019,828) | | (40,704,068) | (37,279,901) | (33,754,417) | (30,124,617) | | (25,992,799) | (21,738,723) | (17,358,773) | (12,849,226) | | (6,473,092) | - | - | - |
| Cumulative Cash Flow | - | - | - | | - | - | - | - | | - | - | - | - | | - | 91 705 | 5 848 034 | 13 604,364 |

8/2/2012

Total Lot sales 153

| | | Year 6 | | | | | Total |
|---|---|---|---|---|---|---|---|
| | Total | 1st Quarter Year 6 | 2nd quarter Year 6 | 3rd Quarter Year 5 | 4th Quarter Year 5 | Total | |
| | | | | | | | 30 833 240 |
| | | | | | | | 2 330 000 |
| | | | | | | | 33,213,240 |
| | [illegible] | 4,292,088 | 4,292,088 | 4 292 088 | 4 292 088 | [illegible] | [illegible] |
| | 8,178,463 | 2,249,077 | 2,249,077 | 2,249,077 | 2 249 077 | [illegible] | [illegible] |
| | 32 869 662 10 | 6 541 155 40 | 6 541 155 40 | 6 541 155 40 | 6 541 155 40 | 26 164 661 61 | 165,029,187 |
| | | | | | | | 365 221 |
| | | | | | | | 200 000 |
| | | | | | | | 75 000 |
| | | | | | | | 20 000 |
| | 157 500 00 | - | | | | | 1 230 000 |
| | | | | | | | 50 000 |
| | | | | | | | 20 000 |
| | | | | | | | 50 000 |
| | | | | | | | 700 000 |
| | | | | | | | 3 180 500 |
| | | | | | | | 30 000 |
| | 157 500 | - | - | - | - | - | 5,910,821 |
| | | | | | | | 40 000 |
| | | - | - | - | - | | 5 982 500 |
| | - | - | - | - | - | - | 6,022,500 |
| | | | | | | | 30 000 |
| | | - | - | - | - | | 50 000 |
| | - | - | - | - | - | - | 80,000 |
| | 1,290,000 | 322,500 | 322 500 | 322 500 | 322 500 | 1 290 000 | 7 740 000 |
| | 143 333 | 35,833 | 35,833 | 35,833 | 35 833 | 143 333 | 860 000 |
| | 266,667 | - | - | - | - | - | 2 000 000 |
| | 226 667 | - | - | - | - | - | 1 700 000 |
| | 63 450 | 15,863 | 15 863 | 15,863 | 15 863 | 63 450 | 380 700 |
| | 4 050 | 1 013 | 1,013 | 1,013 | 1 013 | 4 050 | 24 300 |
| | 6,000 | 1 500 | 1,500 | 1 500 | 1 500 | 6 000 | 36 000 |
| | 667 | 167 | 167 | 167 | 167 | 667 | 4 000 |
| | 363,404 | 90,851 | 90 851 | 90 851 | 90 851 | 363 404 | 3 088 933 |
| | 2 364,237 | 467,726 | 467,726 | 467,726 | 467 726 | 1 870 904 | 15,833,933 |
| | 3,365,407 50 | | | | | | 19 831 630 |
| | 332,842 50 | | | | | | 1 961 370 |
| | | | | | | | 1 820 000 |
| | | | | | | | 180 000 |
| | 3,698,250 | - | - | - | - | - | 23,793,000 |
| | | | | | | | 5 673 999 |
| | | | | | | | 416 000 |
| | | | | | | | 1 350 000 |
| | | | | | | | 150 000 |
| | | | | | | | 490 000 |
| | | | | | | | 1 200 000 |
| | | | | | | | 2,500 000 |
| | | | | | | | 925 000 |
| | - | - | - | - | - | - | 12,804,998 |
| | | | | | | | 290 190 |
| | | | | | | | 327 500 |
| | | | | | | | 32 400 |
| | | | | | | | 2 803 500 |
| | | | | | | | 311 500 |
| | | | | | | | 851 300 |
| | | | | | | | 95 700 |
| | | | | | | | 266 760 |
| | | | | | | | 14 040 |
| | | | | | | | 75 075 |
| | | | | | | | 7 425 |
| | | | | | | | 637 000 |
| | | | | | | | 63 000 |
| | | | | | | | 1 135 680 |
| | | | | | | | 112 320 |
| | | | | | | | 546 000 |
| | | | | | | | 54 000 |
| | | | | | | | 425 425 |
| | | | | | | | 42 075 |
| | | | | | | | 1 282 500 |
| | | | | | | | 67 500 |
| | | | | | | | 409 500 |
| | | | | | | | 40 500 |
| | | | | | | | 67 575 |
| | | | | | | | 5 583 |
| | | | | | | | 90 774 |
| | | | | | | | 8 978 |
| | | | | | | | 10,075,000 |
| | | | | | | | 600 000 |
| | | | | | | | 240 000 |
| | | | | | | | 840,000 |
| | 3,855,750 | - | - | - | - | - | 59 525 320 |
| 385 000 | (375,644) | (74,754) | (74 754) | (74 754) | (74 754) | (299 017) | (1 885 000) |
| | 3,480 106 | (74 754) | (74 754) | (74 754) | (74 754) | (299 017) | 57,640 320 |
| | 5,844,343 | 392,972 | 392,972 | 392,972 | 392 972 | 1 571 887 | 73 474 253 |
| | 5,844,343 | 392,972 | 392,972 | 392,972 | 392,972 | 1,571,887 | 105,687,493 |
| | | 6 148 194 | 6 148 194 | 6 148 194 | 6 148 194 | | 58 341 696 |
| [illegible] | | - | - | - | - | | [illegible] |
| | | 6,148,194 | 6,148,194 | 6,148,194 | 6,148,194 | | |
| | | - | - | - | - | | |
| | | 19 752 558 | 25 900 752 | 32 048 945 | 38 197 139 | Profit from operation after closing expense before | $58,341,696 |