# Laurel Cove Country Club — Golf Operations Proforma

## INITIATIONS

| | 7/08 thru 12/09 1stYr | INITIATION Mthly | TOTAL | 1/10 thru 12/10 NEW | INITIATION | TOTAL | 1/11 thru 12/11 NEW | INITIATION | TOTAL | 1/12 thru 12/12 NEW | INITIATION | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Res. Golf Member | 75 | 5,000 | 375,000 | 75 | 5,000 | 375,000 | 60 | 7,500 | 450,000 | 60 | 7,500 | 450,000 |
| Non Res. Golf Member | 150 | 5,000 | 750,000 | 30 | 10,000 | 300,000 | 30 | 15,000 | 450,000 | 20 | 15,000 | 300,000 |
| Res. Social - $1,500 Waived at Closing | 125 | | - | 125 | - | - | 125 | | - | 125 | | - |
| Total Initiation & Members | 350 | | 1,125,000 | 230 | | 675,000 | 215 | | 900,000 | 205 | | 750,000 |

INITIATION FEES (NOT PART OF OPERATIONS): 3,450,000

## MEMBERSHIPS

| | 7/08 thru 12/09 MEMBERS | Mthly Dues | ANNUAL TOTAL | 1/10 thru 12/10 MEMBERS | Mthly Dues | ANNUAL TOTAL | 1/11 thru 12/11 MEMBERS | Mthly Dues | ANNUAL TOTAL | 1/12 thru 12/12 MEMBERS | Mthly Dues | ANNUAL TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Res. Golf Member | 75 | 525.00 | - | 150 | 525.00 | 945,000 | 210 | 551.25 | 1,389,150 | 270 | 578.81 | 1,875,353 |
| Non Res. Golf Member | 150 | 525.00 | - | 180 | 525.00 | 1,134,000 | 210 | 551.25 | 1,389,150 | 230 | 578.81 | 1,597,523 |
| Res. Social | 125 | 150.00 | - | 250 | 150.00 | 450,000 | 375 | 157.50 | 708,750 | 500 | 165.38 | 992,250 |
| Total Dues & Accumulative Members | 350 | | - | 580 | | 2,529,000 | 795 | | 3,487,050 | 1000 | | 4,465,125 |

## REVENUES

| | 7/08 thru 12/09 ROUNDS | PER ROUND | ANNUAL TOTAL | 1/10 thru 12/10 ROUNDS | PER ROUND | ANNUAL TOTAL | 1/11 thru 12/11 ROUNDS | PER ROUND | ANNUAL TOTAL | 1/12 thru 12/12 ROUNDS | PER ROUND | ANNUAL TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tuesday EVENT ROUNDS | - | - | - | 3,850 | 90.00 | 346,500 | 4,235 | 95.00 | 402,325 | 4,659 | 100.00 | 465,850 |
| Member Rounds | | - | - | 16,500 | 153.27 | | 21,000 | 166.05 | | 25,000 | 178.61 | |
| Members - Guest Rounds | | - | - | 2,475 | 80.00 | 198,000 | 3,150 | 85.00 | 267,750 | 3,750 | 90.00 | 337,500 |
| Tuesday EVENT CART RENTAL | | - | - | | 16.00 | 61,600 | | 16.00 | 67,760 | | 16.00 | 74,536 |
| Club Repair | | - | - | | 0.25 | 6,297 | | 0.25 | 7,717 | | 0.25 | 9,003 |
| Tuesday EVENT RANGE FEE | | - | - | | 2.50 | 9,625 | | 2.50 | 10,588 | | 2.50 | 11,646 |
| Pro Shop - Merchandise | | - | - | | 13.00 | 327,444 | | 14.00 | 432,126 | | 15.00 | 540,206 |
| Monday TOURNAMENTS | | - | - | 2,363 | 100.00 | 236,300 | 2,481 | 110.00 | 272,927 | 2,605 | 110.00 | 286,573 |
| F&B - Clubhouse - Pool Grill - Coffee Shop | | - | - | | 29.00 | 730,452 | | 30.00 | 925,985 | | 31.00 | 1,116,425 |
| F&B - Halfway Bev Cart Stations | | - | - | | 10.50 | 264,474 | | 11.03 | 340,299 | | 11.58 | 416,904 |
| F&B - Weddings & Events | | - | - | 35 events | | 525,000 | 45 events | | 720,000 | 45 events | | 720,000 |
| Day Spa & Massages (Not Golf Rounds) | | - | - | 3,120 | 75.00 | 234,000 | 3,744 | 78.75 | 294,840 | 4,992 | 82.69 | 412,776 |
| TOTAL ROUNDS & REVENUES | - | - | - | 25,188 | 50.57 | 2,939,692 | 30,866 | 54.35 | 3,742,315 | 36,014 | 56.87 | 4,391,419 |

TOTAL REVENUE:

| 7/08 thru 12/09 | 1/10 thru 12/10 | 1/11 thru 12/11 | 1/12 thru 12/12 |
|---|---|---|---|
| - | 5,468,692 | 7,229,365 | 8,856,544 |

## COST OF GOODS SOLD

| | 7/08 thru 12/09 % | TOTAL | 1/10 thru 12/10 % | TOTAL | 1/11 thru 12/11 % | TOTAL | 1/12 thru 12/12 % | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Pro Shop - Merchandise | | | 60.00% | 196,466 | 60.00% | 259,276 | 60.00% | 324,123 |
| Day Spa & Massages | | | 29.00% | 67,860 | 29.00% | 85,504 | 29.00% | 119,705 |
| F&B - Clubhouse - Pool Grill - Coffee Shop | | | 35.00% | 255,658 | 35.00% | 324,095 | 35.00% | 390,749 |
| F&B - Halfway Bev Cart Stations | | | 35.00% | 92,566 | 35.00% | 119,105 | 35.00% | 145,916 |
| F&B - Weddings & Events | | | 27.00% | 141,750 | 27.00% | 194,400 | 27.00% | 194,400 |
| TOTAL COGS | | - | | 754,301 | | 982,379 | | 1,174,893 |

Sale Tax TN .0925:

| 7/08 thru 12/09 | 1/10 thru 12/10 | 1/11 thru 12/11 | 1/12 thru 12/12 |
|---|---|---|---|
| | 505,854 | 668,716 | 819,230 |

GROSS PROFIT:

| 7/08 thru 12/09 | 1/10 thru 12/10 | 1/11 thru 12/11 | 1/12 thru 12/12 |
|---|---|---|---|
| - | 4,208,537 | 5,578,271 | 6,862,420 |

## EXPENSES

| | 7/08 thru 12/09 % of GP | TOTAL | 1/10 thru 12/10 % of GP | TOTAL | 1/11 thru 12/11 % of GP | TOTAL | 1/12 thru 12/12 % of GP | TOTAL |
|---|---|---|---|---|---|---|---|---|
| MANAGEMENT FEE | | 60,000 | 1.57% | 66,000 | 1.30% | 72,600 | 1.16% | 79,860 |
| SALARIES & PAYROLL BURDEN (Club) | | 200,000 | 32.79% | 1,380,000 | 28.45% | 1,587,000 | 26.59% | 1,825,050 |
| SALARIES & PAYROLL BURDEN (Maintenance) | | 632,993 | 17.30% | 727,942 | 15.01% | 837,133 | 14.03% | 962,703 |
| REAL ESTATE TAXES | | 135,000 | 3.69% | 155,250 | 3.20% | 178,538 | 2.99% | 205,318 |
| LEGAL AND PROFESSIONAL | | 30,000 | 0.78% | 33,000 | 0.65% | 36,300 | 0.58% | 39,930 |
| BUILDINGS - REPAIRS AND MAINT. | | | 2.49% | 105,000 | 2.07% | 115,500 | 1.85% | 127,050 |
| OFFICE SUPPLIES | | 15,000 | 0.39% | 16,500 | 0.33% | 18,150 | 0.29% | 19,965 |
| UTILITIES | | | 4.40% | 185,000 | 3.65% | 203,500 | 3.26% | 223,850 |
| TELEPHONE | | 30,000 | 0.78% | 33,000 | 0.65% | 36,300 | 0.58% | 39,930 |
| AUTO | | 13,000 | 0.34% | 14,300 | 0.28% | 15,730 | 0.25% | 17,303 |
| INSURANCE | | 41,000 | 1.07% | 45,100 | 0.89% | 49,610 | 0.80% | 54,571 |
| GOLF PRO TOURNAMENT SALARIES | | | 0.26% | 11,000 | 0.22% | 12,100 | 0.19% | 13,310 |
| PROMOTIONS & MARKETING | | 40,000 | 1.19% | 50,000 | 0.99% | 55,000 | 0.88% | 60,500 |
| GOLF COURSE TOOLS - Maintenance | | 197,342 | 4.22% | 177,608 | 2.87% | 159,847 | 2.10% | 143,862 |
| GOLF COURSE EXPENSE - Maintenance | | 83,350 | 2.18% | 91,685 | 1.81% | 100,854 | 1.62% | 110,939 |
| GOLF COURSE CHEMICALS - Maintenance | | 132,275 | 3.46% | 145,503 | 2.87% | 160,053 | 2.57% | 176,058 |
| EQUIPMENT LEASES - Maintenance | | 204,100 | 5.33% | 224,510 | 4.43% | 246,961 | 3.96% | 271,657 |
| TOURNAMENT EXPENSE | | 5,200 | 0.14% | 5,720 | 0.11% | 6,292 | 0.10% | 6,921 |
| DRIVING RANGE EXPENSE | | 20,000 | 0.52% | 22,000 | 0.43% | 24,200 | 0.39% | 26,620 |
| EQUIPMENT LEASES - Carts | | 135,000 | 3.53% | 148,500 | 2.93% | 163,350 | 2.62% | 179,685 |
| TOTAL EXPENSES | | 1,974,260 | | 3,637,617 | | 4,079,017 | | 4,585,083 |
| OPERATIONS NOI | | (1,974,260) | | 570,920 | | 1,499,254 | | 2,277,337 |

# Laurel Cove Golf & Country Club
## Food and Beverage Overview

### Number of Members At Full Club — # of Members

| | # of Members |
|---|---|
| Resident Golf Members | 270 |
| Non Resident Golf Members | 230 |
| Resident Social Members | 500 |
| **Total Members** | **1000** |

### Food and Beverage Venues — Seating

#### Clubhouse

| | Seating | |
|---|---|---|
| Clubhouse Banquet - 2nd Floor | 300 | Weddings, Receptions, Events, Parties and Dances. Full Service Food and Beverage from Clubhouse Kitchen |
| Clubhouse Men's Locker Room Bar Area | 70 | Full Service Bar - Food Service from Clubhouse Kitchen |
| Clubhouse Lobby Bar and Grill | 50 | Full Service Bar - Food Service from Clubhouse Kitchen |
| Clubhouse Veranda - Covered & Open | 100 | Full Service Food & Beverage - Food Service from Clubhouse Kitchen |
| Clubhouse Main Dining Room | 105 | Full Service Food & Beverage - Food Service from Clubhouse Kitchen |
| Clubhouse 2 Private Dining Rooms | 50 | Full Service Food & Beverage - Food Service from Clubhouse Kitchen |
| **Total Clubhouse** | **675** | |

### Swim, Fitness & Day Spa Building

| | | |
|---|---|---|
| Pool Grill and Bar | At Pools | Full Service Grill & Beverage for all 4 Pools. |
| Day Spa & Massages | At Pool Building | Day Spa & Massages will be open 312 days a year at an average of $75.00 per client for Massages, Hair Salon, Manicure and/or Pedicures. Day Spa & Massages totals are based off the total number of Social & Golf Members. Day Spa & Massages Revenue and Clients are based off Cool Springs Area Current Revenue and Cost Totals. |

### Tennis Pro Shop & Coffee Shop Building

| | | |
|---|---|---|
| Coffee Shop | 30 | Full Service Coffee Shop with Pastries, Doughnuts, Soft Serve Ice Cream, Bar and Beverages. |
| Coffee Shop - Convenient Item Area | Area of Coffee | Convenient Items for Home - Bread, Eggs, Wine, Beer, Etc. Community Dry Cleaning Drop Off Service |

### Golf Course

| | | |
|---|---|---|
| Hole 6 - Bev Cart Station Building | On Golf Course | Building with Bar and Sandwich Station including Restrooms. Bev Cart Stationary Location. |
| Hole 10 - Turn Grill Building | On Golf Course | Building with Bar and Grill Station including Restrooms. Golf Training Area Open to Range |
| Hole 14 - Bev Cart Station Building | On Golf Course | Building with Bar and Sandwich Station including Restrooms. Bev Cart Stationary Location. |

### NOTES:
1. Food Minimum for Golf & Social Members is $150 per Quarter.
2. 1,000 Golf & Social Members @ 3.5 people per family.
3. 13 miles from Cool Springs Galleria and Upscale Food & Beverage.

**Laurel Cove Golf & Country Club**

**F & B - Recap & Assumptions**

**F & B Revenue Per Department**

| | 2009 | 2010 | | 2011 | | 2012 | |
|---|---|---|---|---|---|---|---|
| **Revenue off Annual Rounds of Golf** | No 2009 Operations | | 25,188 | | 30,866 | | 36,014 |
| F&B - Clubhouse - Pool Grill - Coffee Shop | | 29.00 | 730,452 | 30.00 | 925,980 | 31.00 | 1,116,434 |
| F&B - Halfway Bev Cart Stations | | 10.50 | 264,474 | 11.03 | 340,452 | 11.58 | 417,042 |
| F&B - Weddings & Events | | 35 | 525,000 | 45 | 720,000 | 45 | 720,000 |
| **Total F & B** | | | 1,519,926 | | 1,986,432 | | 2,253,476 |
| | | | | | | | |
| **Cost of Goods Sold** | | | | | | | |
| F&B - Clubhouse - Pool Grill - Coffee Shop | | 35.00% | 255,658 | 35.00% | 324,093 | 35.00% | 390,752 |
| F&B - Halfway Bev Cart Stations | | 35.00% | 92,566 | 35.00% | 119,158 | 35.00% | 145,965 |
| F&B - Weddings & Events | | 27.00% | 141,750 | 27.00% | 194,400 | 27.00% | 194,400 |
| **Total COGS** | | | 489,974 | | 637,651 | | 731,117 |
| | | | | | | | |
| **State Sales Tax - .0925%** | | 0.0925 | 140,593 | 0.0925 | 183,745 | 0.0925 | 208,447 |
| | | | | | | | |
| **Net F & B** | | | 889,359 | | 1,165,036 | | 1,313,913 |

**Assumptions & Sources**

1. F & B Revenue based off number of golf rounds which include Golf and their Guest, Social Members & Tournament F & B.
2. Average Banquet Event for weddings and other events range from 15K to 16K.
3. Revenue on Golf Course Halfway House/Beverage Cart Stations based off stations located at holes 5, 10 & 15.
4. F & B for Clubhouse, Pool Grill & Coffee Shop increases as Golf Members and Resident Social Members join the club. ( **See Proforma for total number of Members)**
5. Pool Grill is seasonal May through October each year.
6. F & B Revenue will increase with a PGA Champions Tournament in 2010. Laurel Cove will receive the line share of F & B at this PGA Tournament. (Estimated 60,000 people @ 25.00 each)
7. Current F & B Revenue Per Round is based off the other local Private Golf Clubs and Club Reports through the CMAA.