UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

Lehman Brothers Holdings Inc., et al,                Case No. 08-13555 (JMP)

                    Debtors..
-----------------------------------------------------------x
STATE OF NEW YORK   )
                           ) ss :
COUNTY OF NASSAU   )

      I, Wendy Cavanagh, being duly sworn, say:  I am not a party to this action, am over 18 years of age and reside in Hauppauge, New York 11788.

      On August 9, 2012, I served the within **LAUREL COVE DEVELOPMENT, LLC'S RESPONSE TO LEHMAN BROTHERS HOLDINGS INC'S OBJECTION TO CLAIM NO. 17763** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, within New York State, addressed to each of the persons set forth below at the last known address set forth after each name.

To:    Jacqueline Marcus
         Weil, Gotshal & Manges, LLLP
         767 Fifth Avenue
         New York, New York 10153

                                          \s\ Wendy Cavanagh
                                          Wendy Cavanagh

Sworn to before me this
9th day of August, 2012

  \s\ Cara M. Goldstein
Notary Public
Cara M. Goldstein
Notary Public, State of New York
No. 02G04996119
Qualified in Nassau County
Commission Expires May 11, 2014