Thomas R. Slome, Esq.
Jessica G. Berman, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York  11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706

    and

Russell R. Johnson III, Esq.
LAW FIRM OF RUSSELL R. JOHNSON III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone:  (804) 749-8861
Facsimile:  (804) 749-8862

*Co-Counsel for Public Service Electric and
Gas Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |

## CERTIFICATE OF SERVICE

    I, Jessica G. Berman, hereby certify that on August 9, 2012, I caused a true and correct copy of the *Response of Public Service Electric and Gas Company to the Plan Administrators' Three Hundred Thirty-Fourth Omnibus Objection to Claims (Insufficient Documentation Claims)* to be sent by via the Court's ECF System, and by U.S. First Class Mail, postage prepaid, on the parties listed below.

Robert J. Lemons, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Email: robert.lemons@weil.com

*Counsel for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates*

*/s/ Jessica G. Berman*
Jessica G. Berman

2

898009