UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE LEHMAN BROTHERS HOLDINGS, INC., et al. | : : : Ch. 11 Case No. 08-13555 (JMP) : : : |

**NOTICE OF HEARING ON CROSS-MOTION OF RUSSELL SCHREIBER AND ANDREW WEBER CROSS-MOTION TO SET A HEARING DATE FOR THE ALLOWANCE OF <u>ADMINISTRATIVE EXPENSES</u>**

**PLEASEE TAKE NOTICE** that on August 23, 2012 at 10:00 a.m., or as soon thereafter as counsel may be heard, Russell Schreiber and Andrew Weber ("<u>Claimants</u>"), by and through their undersigned counsel, shall move before the Honorable James M. Peck, United States Bankrutpcy Judge, in Room 601 of the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>"), One Bowling Green, New York, New York, 10004-1408, for the entry of an order to set a hearing date for the allowance of administrative expenses pursuant to Section 503(a) of the United States Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Cross-Motion shall be made in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Bankruptcy Court, and shall be filed with the Bankrutpcy Court electronically in accordance with General Order M-242 by registered users of the Bankruptcy

Court's case filing system, and by all other parties in interest ona 3.5 inch disk or CD-ROM, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with two hard copies delivered directly to Chambers) and shall be served upon: (a) Claimants' undersigned counsel; (b) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (c) attorneys for the Debtors, Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq.); (d) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall St., 21st Floor, New York, New York 10004 (Attn: Andrew Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Rifkin, Esq., and Tracy Hope Davis, Esq.); and (e) attorney for Official Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.); so as to be filed and received no later than August 16, 2012 at 4:00 p.m. (E.S.T.) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only those objections that have been filed and served by the Objection Deadline in accordance with the procedures here may be considered by the Court at the hearing and that if no responses to the Cross-Motion are timely filed and served, the Bankruptcy Court may enter an order granting the Cross-Motion without further notice.

Dated:  New York, New York
        August 9, 2012

JOHN H. SNYDER PLLC

/s/
John H. Snyder, Esq.
555 Fifth Avenue, Suite 1700
New York, New York 10017
Tel: (212) 856-7280
Fax: (646) 304-9230
john@jhsnyderlaw.com

*Counsel to Russell Schreiber and Andrew Weber*