UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE LEHMAN BROTHERS HOLDINGS, INC., et al. | : : : Ch. 11 Case No. 08-13555 (JMP) : : : |

**[PROPOSED] ORDER ADJOURNING THE DEBTORS' THREE-HUNDRED TWENTY-NINTH OMNIBUS OBJECTION AS IT PERTAINS TO RUSSELL SCHREIBER AND ANDREW WEBER AND GRANTING RUSSELL SCHREIBER AND ANDREW WEBER'S CROSS-MOTION TO SET A HEARING DATE FOR THE ALLOWANCE OF ADMINISTRATIVE EXPENSES**

Upon consideration of the Debtors' Three Hundred Twenty-Ninth Omnibus Objection to Claims (Misclassified Claims) ("329th Objection")[1], dated July 10, 2012 (Dkt # 29324) and the Response of Russell Schreiber and Andrew Weber to Debtors' Three Hundred Twenty-Ninth Omnibus Objection to Claims (Misclassified Claims) and Cross-Motion to set a Hearing Date for the Allowance of Administrative Expense Claims (the "Response and Cross-Motion"); and the Court having jurisdiction to consider the Response and Cross-Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Response and Cross-Motion and the relief requested therein being a core

---

[1] Undefined capitalized terms shall have the meaning ascribed to them in the Response and Cross-Motion.

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due notice pursuant to the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures (Dkt No. 9635) (i) electronically via CM/ECF; (ii) to the Honorable James M. Peck; (iii) to the attorneys for the Debtors; (iv) to United States Trustee for Region 2; (v) to the attorneys for the Official Committee of Unsecured Creditors; and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Response and Cross-Motion; and the Court having found and determined that the relief sought in the Response and Cross-Motion is proper and any response to the Response and Cross-Motion having been resolved or rejected by the Court; and sufficient cause appearing therefore, it is hereby

ORDERED, that the 329th Objection is ADJOURNED with regards to the Claims of Messrs. Schreiber and Weber and such matters are CONSOLIDATED with the Response and Cross-Motion; and it is further

ORDERED that the relief requested in the Response and Cross-Motion is GRANTED and a Merits Hearing[2] on the Claims shall be held before this Court on _____; and it is further

---

[2] As defined in the Court-Ordered Claims Hearing Procedures and Alternative Dispute Resolution Procedures (attached as Ex. A to Dkt. # 8474).

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:  New York, New York
        August ____, 2012

                                                      _____
                                                      JAMES M. PECK
                                                      UNITED STATES BANKRUPTCY JUDGE