WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
**In re**                                          :   **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :   **08-13555 (JMP)**
                                                                  :
                  Debtors.                          :   **(Jointly Administered)**
                                                                  :
                                                                  :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**TWO HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Two Hundred Twenty-Eighth

Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for August

23, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims**

**listed on Exhibit A attached hereto, to September 27, 2012, at 10:00 a.m. (Prevailing**

**Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will

be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander

Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and the

Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  August 9, 2012
      New York, New York

    /s/ Robert J. Lemons
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.
    and Certain of Its Affiliates

US_ACTIVE:\43866402\12\58399.0003

# Exhibit A

## Claims Adjourned to September 27, 2012 Hearing:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| CERBERUS INTERNATIONAL, LTD. | 25006 | N/A |
| CERBERUS INTERNATIONAL, LTD. | 25009 | N/A |
| FPL ENERGY POWER MARKETING, LLC | 32089 | N/A |
| FPL ENERGY POWER MARKETING, LLC | 32101 | N/A |