Macauley LLC
300 Delaware Avenue, Suite 760
Wilmington, DE 19801
Telephone: (302) 656-0100
Facsimile: (302) 654-4362
Attorneys for the Catholic Diocese of Memphis


RECEIVED
AUG - 9 2012
U.S. BANKRUPTCY COURT
SD DIST OF NEW YORK

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC.** *et al.*,<br><br>*Debtors.* | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Thomas G. Macauley, a member in good standing of the bar in the State of Delaware, the United States District Court for the District of Delaware, and United States Court of Appeals for the Third Circuit, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Conway Hospital, Inc., in the above referenced cases.

The filing fee of $200.00 has been submitted with this motion for pro hac vice admission.

Dated: August 8, 2012

MACAULEY LLC

Thomas G. Macauley (DE I.D. 3411)
300 Delaware Avenue, Suite 760
Wilmington, DE 19801
Telephone: (302) 656-0100
Facsimile: (302) 654.4362
Email: bk@macdelaw.com

## CERTIFICATE OF SERVICE

I certify that on August 8, 2012, a true and correct copy of the foregoing was served on the following parties in the manner indicated.

<u>FEDEX</u>
Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, NY 10004

<u>BY FACSIMILE</u>
Robert J. Lemons, Esquire
Mark Bernstein, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Fax: (212) 310-8007

<u>BY FACSIMILE</u>
Tracy Hope Davis, Esquire
Elisabetta Gasparini, Esquire
Andrea Schwartz, Esquire
Office of the United States Trustee
    for Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004
Fax: (212) 458-1015

Thomas G. Macauley (ID No. 3411)