UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                        )
In re:                                                  )   Chapter 11
                                                        )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                )   Case No. 08-13555 (JMP)
                                                        )
                                                        )
                                                        )
     Debtors                                            )   (Jointly Administered)
---------------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| The Royal Bank of Scotland plc | Vanguard Fiduciary Trust Company on behalf of the BASF Corporation Retirement Savings Plan as successor to BASF Corporation Employee Savings Plan (also known as Vanguard High Quality Bond Portfolio) |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

The Royal Bank of Scotland plc
600 Washington Blvd.
Stamford, CT 06901
Attn: Matthew Rosencrans
Tel: 203-618-2644

With a copy to:
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt
tel: 212-850-2872

**Case No. 08-13555**

Court Claim # (if known): 16712
Amount of Claim as Filed: $85,771.30
Amount of Claim Transferred: $85,771.30
Date Claim Filed: 9/18/2009
Debtor: Lehman Brothers Special Financing Inc.

NYC:241999.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Vanguard Fiduciary Trust Company on behalf of the BASF Corporation Retirement Savings Plan as successor to BASF Corporation Employee Savings Plan (also known as Vanguard High Quality Bond Portfolio** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **The Royal Bank of Scotland plc** ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in respect of derivatives transactions against Lehman Brothers Special Financing Inc. (the "Debtor") the debtor in Case No. 08-13888 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as specified in proof of claim **No. 16712** filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this ___ day of August 2012.

| | |
|---|---|
| **VANGUARD FIDUCIARY TRUST COMPANY ON BEHALF OF THE BASF CORPORATION RETIREMENT SAVINGS PLAN AS SUCCESSOR TO BASF CORPORATION EMPLOYEE SAVINGS PLAN (ALSO KNOWN AS VANGUARD HIGH QUALITY BOND PORTFOLIO)** | **THE ROYAL BANK OF SCOTLAND PLC** By: RBS Securities Inc., its agent<br><br>By: _____<br>Name:<br>Title:   **Suzanne Glossoti**<br>         **Authorized Sig~~~** |

By: _____
Name:
Title:

19

NYC:237913.3

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Vanguard Fiduciary Trust Company on behalf of the BASF Corporation Retirement Savings Plan as successor to BASF Corporation Employee Savings Plan (also known as Vanguard High Quality Bond Portfolio** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **The Royal Bank of Scotland plc** ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in respect of derivatives transactions against Lehman Brothers Special Financing Inc. (the "Debtor") the debtor in Case No. 08-13888 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), as specified in proof of claim **No. 16712** filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this ___ day of August 2012.

| | |
|---|---|
| **VANGUARD FIDUCIARY TRUST COMPANY ON BEHALF OF THE BASF CORPORATION RETIREMENT SAVINGS PLAN AS SUCCESSOR TO BASF CORPORATION EMPLOYEE SAVINGS PLAN (ALSO KNOWN AS VANGUARD HIGH QUALITY BOND PORTFOLIO)** | **THE ROYAL BANK OF SCOTLAND PLC** By: RBS Securities Inc., its agent  <br><br>By: _____ <br>Name: <br>Title: |
| By: *[signature]* <br>Name: Susan Lira cf <br>Title: Prin upr | |

19

NYC:237913.3