**United States Bankruptcy Court**
**Southern District of New York**

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice, pursuant to the Evidence of Partial Transfer of Claim attached hereto as Exhibit 1.

| Canpartners Investments IV, LLC | Mizuho Corporate Bank, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Lena Najarian
Confidential Credit Information - Att Compliance
Canyon Capital Advisors LLC
2000 Avenue of the Stars, 11th floor
Los Angeles, CA 90067

Phone: 310-272-1368
Last Four Digits of Acct #: N/A

Court Claim # (if known): 68032
Total Allowed Claim Amount: $329,870,721 (as allowed)
Amount of Transferred Claim: $14,133,308.90 (as allowed)

Debtor: Lehman Brothers Holdings, Inc.

Phone: 212-282-3611
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 7-Aug-2012
Transferee/Transferee's Agent
John P. Plaga, Chief Financial Officer of Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY 73936685v1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York
           Attn: Clerk

AND TO:     Lehman Brothers Holdings Inc. (the "Debtor")
                Case No. 08-13555 (JMP) (Jointly Administered) (the "Bankruptcy Case")

        Mizuho Corporate Bank, Ltd., with offices located at 1251 Avenue of the Americas, NY, NY 10020 ("Transferor"), for good and valuable consideration, the receipt and sufficient of which are hereby acknowledged, does hereby certify that is has unconditionally and irrevocably transferred and assigned to Canpartners Investments IV, LLC, its successors and assigns, with offices located at 2000 Avenue of the Stars, 11th floor, Los Angeles, CA 90067 ("Transferee"), all right, title and interest in and to Claim No. 68032, **solely to the extent of an undivided $14,133,308.90 portion thereof** (the "Transferred Claim"), against the Debtor in the Bankruptcy Case.

        Transferee hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Partial Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are herby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Transferee.

        IN WITNESS WHEREOF, dated as of the 8th day of August, 2012

MIZUHO CORPORATE BANK LTD.

By: _____
Name: Kevin Holmes
Title: SVP

Canpartners Investments IV, LLC

By: _____
Name: John P. Plaga
Title: Chief Financial Officer

NY 73936685v1