**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| Lehman Bros. Holdings, *et al*., | ) Case No. 08-13555 (JMP) |
| Debtors. | ) Jointly Administered |

## AFFIDAVIT OF SERVICE

State of New York    )
                                )    ss.:
County of New York  )

    I, Robert Orren, being dully sworn according to law, deposes and says that I am employed by Kirkland & Ellis LLP, with offices at 601 Lexington Avenue, New York, New York 10022.

    On August 9, 2012, I caused copies of Dow Corning Corporation's Response in Opposition to the Debtors' Three Hundred Twenty-Third Omnibus Objection to Claims (Late-Filed Claims) (Docket No. 29910) to be served on the parties attached hereto as Exhibit A by Federal Express.

Dated: August 10, 2012

                                                         /s/ Robert Orren
                                                         Robert Orren

Sworn to before me this
10th day of August 2012

/s/ Beth Friedman Lurie
Notary Public
State of New York
No. 4783035
Qualified in Nassau County
Commission Expires Sept. 30, 2013

K&E 23616300

**Exhibit A**

**Via Federal Express:**

Honorable James M. Peck
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004

Shai Waisman, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza,
New York, NY 10005