**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                      :
In re                                                 :    **Chapter 11 Case No.**
                                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*          :    **08-13555 (JMP)**
                                                      :
        **Debtors.**                                  :    **(Jointly Administered)**
                                                      :
------------------------------------------------------------------------x    **Ref. Docket Nos. 29459 & 29867**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 7, 2012, I caused to be served the following:

    a)  "Notice of Hearing on Objection to Proof of Claim Number 22898," dated July 17, 2012, to which was attached the "Objection to Proof of Claim Number 22898," dated July 17, 2012 [Docket No. 29459], (the "Claim No. 22898 Objection Hearing"), and

    b)  "Amendment to Objection to Proof of Claim Number 22898," dated August 7, 2012 [Docket No. 29867], (the "Claim No. 22898 Objection Amendment"),

    by causing true and correct copies of the:

    i.    Claim No. 22898 Objection Hearing and Claim No. 22898 Objection Amendment, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.   Claim No. 22898 Objection Hearing and Claim No. 22898 Objection Amendment, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

    iii.  Claim No. 22898 Objection Amendment, to be delivered via electronic mail to those parties listed on the annexed Exhibit C,

    iv.   Claim No. 22898 Objection Amendment, to be delivered via facsimile to the party listed on the annexed Exhibit D, and

v.    Claim No. 22898 Objection Amendment, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit E</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Panagiota Manatakis

Sworn to before me this
8th day of August, 2012

Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

-2-

**EXHIBIT A**

lgrainer@centerbridge.com
dhoyt@andrewskurth.com

**EXHIBIT B**

CCP Credit Acquisition Holdings Luxco, SARL
Transferor: Deutsche Bank AG, London Branch
c/o Centerbridge Partners, LP
Attn: Lauren Grainer
375 Park Ave., 13th Floor
New York, NY 10152

Andrews Kurth LLP
Attn: David Hoyt
Re: CCP Credit Acquisition Holdings Luxco, SARL
450 Lexington Avenue
New York, NY 10017

**EXHIBIT C**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
anann@foley.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com

aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com

cohen@sewkis.com
colea@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com

dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
eleicht@whitecase.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com

etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com

jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com

jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com

karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com

lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com

| | | |
|---|---|---|
| michael.kim@kobrekim.com | nissay_10259-0154@mhmjapan.com | rjones@boultcummings.com |
| michael.mccrory@btlaw.com | nlepore@schnader.com | rleek@hodgsonruss.com |
| michael.reilly@bingham.com | notice@bkcylaw.com | rlevin@cravath.com |
| millee12@nationwide.com | oipress@travelers.com | rmatzat@hahnhessen.com |
| miller@taftlaw.com | otccorpactions@finra.org | rmcneill@potteranderson.com |
| mimi.m.wong@irscounsel.treas.gov | paronzon@milbank.com | rnetzer@willkie.com |
| mitchell.ayer@tklaw.com | patrick.oh@freshfields.com | robert.bailey@bnymellon.com |
| mjedelman@vedderprice.com | paul.turner@sutherland.com | robert.dombroff@bingham.com |
| mjr1@westchestergov.com | pbattista@gjb-law.com | robert.henoch@kobrekim.com |
| mkjaer@winston.com | pbosswick@ssbb.com | robert.malone@dbr.com |
| mlahaie@akingump.com | pdublin@akingump.com | robert.yalen@usdoj.gov |
| mlandman@lcbf.com | peisenberg@lockelord.com | robin.keller@lovells.com |
| mlichtenstein@crowell.com | peter.gilhuly@lw.com | roger@rnagioff.com |
| mlynch2@travelers.com | peter.macdonald@wilmerhale.com | ronald.silverman@bingham.com |
| mmendez@hunton.com | peter.simmons@friedfrank.com | ross.martin@ropesgray.com |
| mmooney@deilylawfirm.com | peter@bankrupt.com | rqureshi@reedsmith.com |
| mmorreale@us.mufg.jp | pfeldman@oshr.com | rrainer@wmd-law.com |
| mneier@ibolaw.com | phayden@mcguirewoods.com | rreid@sheppardmullin.com |
| monica.lawless@brookfieldproperties.com | pmaxcy@sonnenschein.com | rroupinian@outtengolden.com |
| mpage@kelleydrye.com | ppascuzzi@ffwplaw.com | rrussell@andrewskurth.com |
| mparry@mosessinger.com | ppatterson@stradley.com | rterenzi@stcwlaw.com |
| mpomerantz@julienandschlesinger.com | psp@njlawfirm.com | russj4478@aol.com |
| mprimoff@kayescholer.com | ptrain-gutierrez@kaplanlandau.com | rwasserman@cftc.gov |
| mpucillo@bermanesq.com | ptrostle@jenner.com | rwyron@orrick.com |
| mrosenthal@gibsondunn.com | r.stahl@stahlzelloe.com | s.minehan@aozorabank.co.jp |
| mruetzel@whitecase.com | raj.madan@bingham.com | sabin.willett@bingham.com |
| mschimel@sju.edu | ramona.neal@hp.com | sabramowitz@velaw.com |
| mschlesinger@julienandschlesinger.com | ranjit.mather@bnymellon.com | sabvanrooy@hotmail.com |
| msegarra@mayerbrown.com | raul.alcantar@ropesgray.com | sagolden@hhlaw.com |
| mshiner@tuckerlaw.com | rbeacher@pryorcashman.com | sally.henry@skadden.com |
| msiegel@brownrudnick.com | rbyman@jenner.com | samuel.cavior@pillsburylaw.com |
| msolow@kayescholer.com | rdaversa@orrick.com | sandyscafaria@eaton.com |
| mspeiser@stroock.com | relgidely@gjb-law.com | sara.tapinekis@cliffordchance.com |
| mstamer@akingump.com | rfleischer@pryorcashman.com | scargill@lowenstein.com |
| mvenditto@reedsmith.com | rfrankel@orrick.com | schannej@pepperlaw.com |
| mwarren@mtb.com | rfriedman@silvermanacampora.com | schepis@pursuitpartners.com |
| nathan.spatz@pillsburylaw.com | rgmason@wlrk.com | schnabel.eric@dorsey.com |
| ncoco@mwe.com | rgraham@whitecase.com | schristianson@buchalter.com |
| neal.mann@oag.state.ny.us | rhett.campbell@tklaw.com | schwartzmatthew@sullcrom.com |
| ned.schodek@shearman.com | richard.fingard@newedge.com | scottshelley@quinnemanuel.com |
| neilberger@teamtogut.com | richard.lear@hklaw.com | scousins@armstrongteasdale.com |
| newyork@sec.gov | richard.levy@lw.com | sdnyecf@dor.mo.gov |
| nfurman@scottwoodcapital.com | richard.tisdale@friedfrank.com | sehlers@armstrongteasdale.com |
| nherman@morganlewis.com | richard@rwmaplc.com | seichel@crowell.com |
| nickolas.karavolas@pillsburylaw.com | ritkin@steptoe.com | sfelderstein@ffwplaw.com |

| | |
|---|---|
| sfineman@lchb.com | thaler@thalergertler.com |
| sfox@mcguirewoods.com | thomas.califano@dlapiper.com |
| sgordon@cahill.com | thomas_noguerola@calpers.ca.gov |
| sgubner@ebg-law.com | tim.desieno@bingham.com |
| shannon.nagle@friedfrank.com | timothy.brink@dlapiper.com |
| sharbeck@sipc.org | timothy.palmer@bipc.com |
| shari.leventhal@ny.frb.org | tjfreedman@pbnlaw.com |
| shgross5@yahoo.com | tkarcher@dl.com |
| sidorsky@butzel.com | tkiriakos@mayerbrown.com |
| slerman@ebglaw.com | tlauria@whitecase.com |
| slerner@ssd.com | tmacwright@whitecase.com |
| slevine@brownrudnick.com | tmarrion@haslaw.com |
| sloden@diamondmccarthy.com | tnixon@gklaw.com |
| smayerson@ssd.com | toby.r.rosenberg@irscounsel.treas.gov |
| smillman@stroock.com | tomwelsh@orrick.com |
| smulligan@bsblawyers.com | tony.davis@bakerbotts.com |
| snewman@katskykorins.com | tslome@msek.com |
| sory@fdlaw.com | ttracy@crockerkuno.com |
| spiotto@chapman.com | twheeler@lowenstein.com |
| splatzer@platzerlaw.com | ukreppel@whitecase.com |
| sree@lcbf.com | villa@streusandlandon.com |
| sschultz@akingump.com | vmilione@nixonpeabody.com |
| sselbst@herrick.com | vrubinstein@loeb.com |
| sshimshak@paulweiss.com | walter.stuart@freshfields.com |
| sskelly@teamtogut.com | wanda.goodloe@cbre.com |
| sstarr@starrandstarr.com | wballaine@lcbf.com |
| steele@lowenstein.com | wbenzija@halperinlaw.net |
| stephen.cowan@dlapiper.com | wchen@tnsj-law.com |
| steve.ginther@dor.mo.gov | wcurchack@loeb.com |
| steven.troyer@commerzbank.com | wdase@fzwz.com |
| steven.usdin@flastergreenberg.com | wfoster@milbank.com |
| steven.wilamowsky@bingham.com | william.m.goldman@dlapiper.com |
| steven@blbglaw.com | wiltenburg@hugheshubbard.com |
| streusand@streusandlandon.com | wisotska@pepperlaw.com |
| susheelkirpalani@quinnemanuel.com | wk@pwlawyers.com |
| sweyl@haslaw.com | wmaher@wmd-law.com |
| swolowitz@mayerbrown.com | wmarcari@ebglaw.com |
| szuch@wiggin.com | wmckenna@foley.com |
| tannweiler@greerherz.com | wsilverm@oshr.com |
| tarbit@cftc.gov | wswearingen@llf-law.com |
| tbrock@ssbb.com | wtaylor@mccarter.com |
| tdewey@dpklaw.com | wweintraub@fklaw.com |
| tduffy@andersonkill.com | wzoberman@bermanesq.com |
| teresa.oxford@invescoaim.com | yamashiro@sumitomotrust.co.jp |
| tgoren@mofo.com | yuwatoko@mofo.com |

**EXHIBIT D**

| Fax | Name |
|-----|------|
| 12126682255 | UST-DAVIS,GASPA,SCHW |

**EXHIBIT E**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007