WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
:
In re                                                                : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     : **08-13555 (JMP)**
:
Debtors.                                      : **(Jointly Administered)**
:
-------------------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT
## OF ONE HUNDRED FIFTY-FIRST OMNIBUS OBJECTION
## TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims) that was scheduled for August 23, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A, to November 20, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without

further notice other than an announcement at the Hearing.

Dated: August 10, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

2

## Exhibit A

## Claims Adjourned November 20, 2012 at 10:00 a.m.

| Claimant Name | Claim Number | Response Docket No. |
|---|---|---|
| HUNTON & WILLIAMS LLP | 2701 | 20762 |