WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
**In re**                                         :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,      :    **08-13555 (JMP)**
:
**Debtors.**                       :    **(Jointly Administered)**
:
------------------------------------------------------------------------------x

# NOTICE OF ADJOURNMENT OF THE
# THREE HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION TO
# CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Twenty-Fourth Omnibus Objection to Claims (No Liability Claims) [ECF No. 29296] that was scheduled for August 23, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to September 27, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated: August 13, 2012
      New York, New York

      /s/ Robert J. Lemons
      Robert J. Lemons

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      Attorneys for Lehman Brothers Holdings Inc.
      and Certain of Its Affiliates

US_ACTIVE:\44073332\1\58399.0008

# Exhibit A

## Adjourned Claims:

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| THE GREENTREE GAZETTE, INC. | 1190 |
| HOSPITAL FOR SPECIAL SURGERY | 4338 |
| MARSH USA INC. | 8537 |
| STADT ESCHBORN | 9278 |
| FINDLAY RSI | 19834 |