WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------------x
                                                                  :
**In re**                                                         :      **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                       :      **08-13555 (JMP)**
                                                                  :
                                             **Debtors.**          :      **(Jointly Administered)**
                                                                  :
--------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE**
**THREE HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION TO**
**CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

        **PLEASE TAKE NOTICE** that the hearing on the Three Hundred Twenty-Fourth

Omnibus Objection to Claims (No Liability Claims) [ECF No. 29296] that was scheduled for

August 23, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the**

**claims listed on Exhibit A attached hereto, to November 20, 2012 at 10:00 a.m. (Prevailing**

**Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will

be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander

Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such

Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated:  August 13, 2012
            New York, New York

                                        /s/ Robert J. Lemons
                                        Robert J. Lemons

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:   (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates

US_ACTIVE:\44073339\1\58399.0008

## Exhibit A

## Adjourned Claims:

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| LEAPFROG ENTERPRISES, INC. | 30530 |
| COMVERSE TECHNOLOGY, INC. | 30597 |
| INTERSIL HOLDING GMBH, A SWISS CORPORATION | 32149 |
| INTERSIL EUROPE SARL, A SWISS CORPORATION | 32150 |
| INTERSIL INVESTMENT COMPANY, A DELAWARE CORPORATION | 32151 |
| XICOR, LLC, A DELAWARE LIMITED LIABILITY COMPANY | 32152 |
| INFOSPACE, INC., A DELAWARE CORPORATION | 33185 |