CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Thomas J. Moloney
Sean A. O'Neal

*Attorneys for Goldman Sachs Bank USA*
*and Goldman Sachs International*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | x | |
| **In re** | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | **Case No. 08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |
| | x | |

**NOTICE OF ADJOURNMENT OF HEARING ON APPLICATION OF GOLDMAN**
**SACHS BANK USA AND GOLDMAN SACHS INTERNATIONAL FOR ENTRY OF AN**
**ORDER PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D) AND 503(b)(4) FOR ALLOWANCE**
**AND REIMBURSEMENT OF REASONABLE PROFESSIONAL FEES IN MAKING A**
**SUBSTANTIAL CONTRIBUTION IN THESE CASES**

      **PLEASE TAKE NOTICE** that the hearing on the relief requested in the
Application of Goldman Sachs Bank USA and Goldman Sachs International for Entry of an
Order Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Reimbursement
of Reasonable Professional Fees in Making a Substantial Contribution in These Cases [ECF No.
29240] (the "Application") has been adjourned to **September 19, 2012 at 10:00 a.m.**, or as soon
thereafter as counsel may be heard (the "Adjourned Hearing"). The Adjourned Hearing will be
held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States
Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green,
New York, New York 10004.

      **PLEASE TAKE FURTHER NOTICE** that the Adjourned Hearing may be
further continued or adjourned from time to time without notice to any creditor or other party in
interest other than by announcement in open court at the Adjourned Hearing.

.

Dated:  August 13, 2012
        New York, New York

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP


By:  /s/ Thomas J. Moloney
     Thomas J. Moloney
     Sean A. O'Neal
     Member of the Firm
     One Liberty Plaza
     New York, New York 10006
     Telephone:  (212) 225-2000
     Facsimile:  (212) 225-3999

     *Attorneys for Goldman Sachs Bank USA and
     Goldman Sachs International*