UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | x |  |
| In re | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |
|  | x |  |

**NOTICE OF ADJOURNMENT OF HEARING ON LEHMAN BROTHERS SPECIAL FINANCING INC. WORKING GROUP'S APPLICATION FOR ENTRY OF AN ORDER, PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D) AND 503(b)(4) FOR ALLOWANCE AND REIMBURSEMENT OF REASONABLE PROFESSIONAL FEES AND ACTUAL, NECESSARY EXPENSES IN MAKING A SUBSTANTIAL CONTRIBUTION IN THESE CASES**

**PLEASE TAKE NOTICE** that the hearing on the relief requested in the application of Bank of America, N.A., Centerbridge Credit Advisors, LLC, Crédit Agricole Corporate and Investment Bank, Credit Suisse International, D.E. Shaw Oculus Portfolios, L.L.C., D.E. Shaw Composite Portfolios, L.L.C., Deutsche Bank AG, Eton Park Capital Management, L.P., Goldman Sachs Bank USA, Goldman Sachs International, Merrill Lynch International, Morgan Stanley & Co. International plc, Morgan Stanley Capital Services, Inc., Oaktree Capital Management, L.P. (solely in its capacity as agent on behalf of certain funds advised by it or its respective subsidiaries), Silver Point Finance, LLC (an affiliate of certain claim holders), and the Royal Bank of Scotland plc, (collectively, the "Working Group") for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Reimbursement of Reasonable Professional Fees in Making a Substantial Contribution in These Cases filed on July 5, 2012 [ECF No. 29239] (the "Application") has been adjourned to **September 19, 2012 at 10:00 a.m.,** or as soon thereafter as counsel may be heard (the "Adjourned Hearing"). The Adjourned Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the Adjourned Hearing may be further continued or adjourned from time to time without notice to any creditor or other party in interest other than by announcement in open court at the Adjourned Hearing.

.

Dated: August 13, 2012
New York, New York

*[Signature Pages Follow]*

Respectfully submitted,

BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, New York 10022
Telephone:  (212) 705-7000
Facsimile:  (212) 752-5378
Joshua Dorchak
joshua.dorchak@bingham.com


By:  /s/ Joshua Dorchak
     Joshua Dorchak
     A Member of the Firm

*Attorneys for Deutsche Bank AG*

CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
Howard R. Hawkins, Jr.
Howard.Hawkins@cwt.com

- and -

700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400
Mark C. Ellenberg
Mark.Ellenberg@cwt.com
Peter Friedman
Peter.Friedman@cwt.com


By:  /s/ Mark C. Ellenberg
    Mark C. Ellenberg, *Pro Hac Vice*
    A Member of the Firm

*Attorneys for Morgan Stanley Capital Services Inc. and Morgan Stanley & Co. International plc*

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Thomas J. Moloney
tmoloney@cgsh.com
Sean A. O'Neal
soneal@cgsh.com

By: /s/ Thomas J. Moloney
    Thomas J. Moloney
    Sean A. O'Neal
    A Member of the Firm

*Attorneys for D. E. Shaw Oculus Portfolios, L.L.C., D. E. Shaw Composite Portfolios, L.L.C., Goldman Sachs Bank USA, and Goldman Sachs International*

CLIFFORD CHANCE LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Andrew Brozman
Andrew.Brozman@CliffordChance.com

By:  /s/ Andrew Brozman
    Andrew Brozman
    A Member of the Firm

*Attorneys for Credit Agricole Corporate and Investment Bank*

CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Richard Levin
RLevin@cravath.com

By: /s/ Richard Levin
    Richard Levin
    A Member of the Firm

*Attorneys for Credit Suisse International*

PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036-8299
Telephone: (212) 969-4053
Facsimile: (212) 969-2900
Irena M. Goldstein
igoldstein@proskauer.com

By:  /s/ Irena M. Goldstein
    Irena M. Goldstein
    A Member of the Firm

*Attorneys for The Royal Bank of Scotland plc*

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3545
Facsimile: (212) 492-0545
Brian S. Hermann
Bhermann@paulweiss.com

By: /s/ Brian S. Hermann
    Brian S. Hermann
    A Member of the Firm

*Attorneys for Eton Park Capital Management, L.P.*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Jeffrey D. Saferstein
jsaferstein@paulweiss.com
Alan W. Kornberg
akornberg@paulweiss.com

By: /s/ Jeffrey D. Saferstein
    Jeffrey D. Saferstein
    Alan Kornberg
    A Member of the Firm

*Attorneys for Oaktree Capital Management, L.P., solely in its capacity as agent on behalf of certain funds advised by it or their respective subsidiaries, and Silver Point Finance, LLC on behalf of its affiliated investment funds*)

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Fredric Sosnick
fsosnick@shearman.com
Ned S. Schodek
ned.schodek@shearman.com

By: /s/ Frederic Sosnick
    Fredric Sosnick

*Attorneys for Bank of America, N.A. and Merrill Lynch International*

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8651
Facsimile: (212) 728-9651
Matt Feldman
mfeldman@willkie.com
Robin Spigel
rspigel@willkie.com

By:  /s/ Matt Feldman
    Matt Feldman
    Robin Spigel
    A Member of the Firm

*Attorneys for Centerbridge Credit Advisors, LLC*