BROWN RUDNICK LLP
Steven B. Levine
Peter J.M. Declercq
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to the Ad Hoc Group of Lehman Brothers
Treasury Co. B.V. Noteholders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
: 
In re: : Chapter 11
: 
Lehman Brothers Holdings, Inc., *et al*. : Case No. 08-13555 (JMP)
: 
: (Jointly Administered)
Debtors. :
: 
------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON APPLICATION OF THE AD HOC
GROUP OF HOLDERS OF NOTES ISSUED BY LEHMAN BROTHERS TREASURY
CO. B.V. AND GUARANTEED BY LEHMAN BROTHERS HOLDINGS, INC.,
PURSUANT TO 11 U.S.C. § 503(b) FOR ALLOWANCE OF ADMINISTRATIVE
EXPENSES FOR COUNSEL'S SERVICES INCURRED IN MAKING A
<u>SUBSTANTIAL CONTRIBUTION IN THESE CHAPTER 11 CASES</u>**

**PLEASE TAKE NOTICE** that the hearing on the relief requested in the *Application of the Ad Hoc Group of Holders of Notes Issued by Lehman Brothers Treasury Co. B.V. and Guaranteed by Lehman Brothers Holdings, Inc., Pursuant to 11 U.S.C. § 503(b) for Allowance of Administrative Expenses for Counsel's Services Incurred in Making a Substantial Contribution in These Chapter 11 Cases* [Docket No. 29222] that was scheduled for August 15, 2012 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **<u>September 19, 2012 at 10:00 a.m.</u>** (Prevailing Eastern Time), or as soon thereafter as counsel may be heard (the "<u>Adjourned Hearing</u>"). The Adjourned Hearing will be held before the Honorable James M.

Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Room 601, One Bowling Green, New York, New York, 10004.

**PLEASE TAKE FURTHER NOTICE** that the Adjourned Hearing may be further continued or adjourned from time to time without further notice to any creditor or other party in interest other than an announcement in open court at the Adjourned Hearing.

Dated: August 13, 2012
      New York, New York

By: /s/ Steven B. Levine
Steven B. Levine
Peter J.M. Declercq
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel to the Ad Hoc Group of Lehman Brothers Treasury Co. B.V. Noteholders*