# EXHIBIT D

The totals in the following summary charts reflect the amounts initially sought in Reed Smith's interim fee applications, as filed, and do not reflect subsequent voluntary reductions pursuant to stipulations between Reed Smith and the Fee Committee (*see* Exhibit C), and this Court's interim fee Orders. The total amounts sought in this final application ($1,223,497.45 for compensation and $27,667.70 for reimbursement of expenses) reflect the reduced amounts pursuant to the stipulations and this Court's interim fee orders.

## COMPENSATION BY PROFESSIONAL

| NAME, DEPARTMENT AND LOCATION | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Carolyn H. Rosenberg, Litigation – Insurance Recovery, Chicago | 1982 | $725.00 | 637.1 | $461,897.50 |
| Mark S. Hersh, Litigation – Insurance Recovery, Chicago | 1983 | $580.00 | 734.7 | $426,126.00 |
| J. Andrew Moss, Litigation – Insurance Recovery, Chicago | 1999 | $500.00 | 519.5 | $259,750.00 |
| Stephen T. Bobo, Financial Industry, Chicago | 1982 | $600.00 | 4.5 | $2,700.00 |
| Peter Hardy, Litigation – Insurance Recovery, London | 1993 | $705.00 | 6.8 | $4,794.00 |
| Margaret E. Campbell, Insurance Recovery, London | 1981 | $705.00 | 0.2 | $141.00 |
| | | Total Partners: | 1,902.8 | $1,155,408.50 |
| **ASSOCIATES** | | | | |
| Aaron Z. Bourke, Financial Industry, New York | 2009 | $240.00 | 17.7 | $4,248.00 |
| Clinton M. Crosier, Insurance Recovery, Chicago | 2009 | $240.00 | 20.4 | $4,896.00 |
| Yisroel Hiller, Litigation – Insurance Recovery, Chicago | 1999 | $430.00 | 9.3 | $3,999.00 |
| Jennifer Katz, Litigation – Insurance Recovery, New York | 2004 | $450.00 | 12.3 | $5,535.00 |
| Nicole K. O'Sullivan, Financial Industry, New York | 2009 | $350.00 | 5.6 | $1,960.00 |

- 5 -

| | | | | |
|---|---|---|---|---|
| Ann E. Pille, Financial Industry, Chicago | 2004 | $390.00 | 2.2 | $858.00 |
| Lana J. Raines, Litigation – Insurance Recovery, Chicago | 2002 | $440.00 | 1.7 | $748.00 |
| | | Total Associates: | 69.2 | $22,244.00 |
| **PARAPROFESSIONALS** | | | | |
| Elizabeth Anne Arundel, Financial Industry, Chicago | n/a | $240.00 | 80.3 | $19,272.00 |
| Jane Ann Conway Gross, Litigation – Insurance Recovery, Chicago | n/a | $250.00 | 207 | $51,750.00 |
| Amanda Leonard, Business and Finance, New York | n/a | $220.00 | 1.0 | $220.00 |
| Natalia Lipscomb, Commercial Litigation, Chicago | n/a | $100.00 | 18.7 | $1,870.00 |
| Judith Livingston, Litigation Support Specialist, Chicago | n/a | $220.00 | 0.5 | $110.00 |
| Enrique Sanroman, Litigation Support Specialist, Chicago | n/a | $220.00 | 3.0 | $660.00 |
| James Schad, Litigation – Insurance Recovery, Chicago | n/a | $280.00 | 0.9 | $252.00 |
| Silvia Somoza, Insurance Recovery, Chicago | n/a | $130.00 | 29.7 | $3,861.00 |
| | | Total Paraprofessionals: | 341.1 | $77,995.00 |
| | | | Blended Hourly Rate | $582.84 |
| | | **Totals:** | **2,313.1** | **$1,255,647.50** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| 0100 Case Administration | 3.7 | $721.00 |
| 1300 Insurance Coverage and Insurance Matters | 2,121.0 | $1,176,422.50 |
| 4600 Firm's Own Billing/Fee Applications | 155.9 | $62,542.00 |
| 4700 Firm's Own Retention | 39.5 | $15,962.00 |
| **TOTAL** | **2,320.1** | **$1,255,667.50** |

## EXPENSE SUMMARY

| Category | First | Second | Third | Fourth | Fifth | Total |
|---|---:|---:|---:|---:|---:|---:|
| Outside Database, PACER | $24.16 | $7.76 | $3.68 | $127.42 | $0.00 | $163.02 |
| Legal Services | $0.00 | $0.00 | $0.00 | $0.00 | $116.00 | $116.00 |
| Lexis/Westlaw | $182.79 | $220.11 | $695.97 | $645.75 | $0.00 | $1,744.62 |
| Outside Duplication | $1,357.09 | $0.00 | $0.00 | $0.00 | $0.00 | $1,357.09 |
| Lodging Expense | $1,153.08 | $2,427.57 | $3,422.91 | $2,174.43 | $1,113.92 | $10,291.91 |
| Parking/Tolls/Other Transportation | $28.00 | $0.00 | $0.00 | $0.00 | $0.00 | $28.00 |
| Air Travel Expense | $1,246.60 | $1,493.6 | $1,395.90 | $2,565.95 | $1,667.2 | $8,369.25 |
| Conferencing | $0.00 | $0.00 | $0.00 | $0.00 | $6.72 | $6.72 |
| Telephone Expense | $8.22 | $94.72 | $30.00 | $35.34 | $0.00 | $168.28 |
| Taxi Expense | $601.00 | $723.78 | $811.4 | $516.53 | $584.24 | $3,236.95 |
| Mileage Expense | $20.00 | $0.00 | $0.00 | $277.31 | $0.00 | $297.31 |
| Courier Expense | $211.39 | $248.16 | $146.15 | $286.17 | $287.62 | $1,179.49 |
| Internet | $0.00 | $41.85 | $44.85 | $0.00 | $0.00 | $86.70 |
| Meals | $0.00 | $260.35 | $601.56 | $0.00 | $113.17 | $975.08 |
| **Totals:** | **$4,832.33** | **$5,517.9** | **$7,152.42** | **$6,628.9** | **$3,888.87** | **$28,020.42** |