WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
J. Christopher Shore (JCS – 6031)

Attorneys for the Ad Hoc Group
of Lehman Brothers Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF APPLICATION OF THE AD HOC GROUP OF
LEHMAN BROTHERS CREDITORS FOR COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED BY, AND REIMBURSEMENT OF ACTUAL AND
NECESSARY EXPENSES OF, ITS PROFESSIONALS PURSUANT
TO SECTION 503(B) OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that the hearing (the "Hearing") on the relief requested in the Application of the Ad Hoc Group of Lehman Brothers Creditors (the "Group") for Compensation for Professional Services Rendered By, and Reimbursement of Actual and Necessary Expenses Of, Its Professionals Pursuant to Section 503(b) of the Bankruptcy Code [Docket No. 29195], which was scheduled for August 15, 2012, at 10:00 a.m., **has been adjourned to September 19, 2012 at 10:00 a.m. (New York Time)**, or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned by the Group from time to time without further notice other than an announcement at the Hearing.

2

Dated: August 13, 2012
      New York, New York

Respectfully submitted,

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
J. Christopher Shore (JS – 6031)

By: /s/ J. Christopher Shore
      J. Christopher Shore

ATTORNEYS FOR THE AD HOC GROUP
OF LEHMAN BROTHERS CREDITORS

2