WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Sarah L. Cave

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re**                                       : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   : **08-13555 (JMP)**
:
          **Debtors.**                          : **(Jointly Administered)**
:
---------------------------------------------------------------x
:
**In re**                                       :
                                                : **Case No.**
**LEHMAN BROTHERS INC.**,                       :
                                                : **08-01420 (JMP) (SIPA)**
          **Debtor.**                           :
:
---------------------------------------------------------------x

US_ACTIVE:\44067699\7\58399.0008

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
# THE FIFTY-SECOND OMNIBUS HEARING ON AUGUST 15, 2012 AT 10:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS

**I.   CONTESTED MATTER:**

1.  Motion of FirstBank Puerto Rico for (1) Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA Trustee's Denial of FirstBank's Customer Claim, and (2) Limited Intervention, Pursuant to Bankruptcy Rule 7024 and Local Bankruptcy Rule 9014-1, in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates **[ECF No. 5197]**

    Response Deadline:  August 8, 2012 at 4:00 p.m.

    Responses Received:

    A.   Response of LBHI Entities **[ECF No. 5211]**

    B.   Limited Response of Barclays Capital Inc. **[ECF No. 5212]**

    C.   Declaration of Boaz S. Morag in Support of Limited Response of Barclays Capital Inc. **[ECF No. 5213]**

    D.   Trustee's Opposition **[ECF No. 5215]**

    E.   Declaration of Sarah L. Cave in Support of Trustee's Opposition **[ECF No. 5216]**

    F.   Joint Statement of the FDIC, as Receiver for Westernbank Puerto Rico, CarVal Investors UK Limited and Hudson City Savings Bank **[ECF No. 5217]**

    Related Documents:

    G.   Declaration of Victor M. Barreras in Support of Motion **[ECF No. 5198]**

    H.   Declaration of Robert T. Honeywell in Support of Motion **[ECF No. 5199]**

    I.   FirstBank Puerto Rico's Reply in Further Support of Motion **[ECF No. 5224]**

        J.      Supplemental Declaration of Victor M. Barreras in Support of Motion **[ECF No. 5225]**

    Status:  This matter is going forward.

## MATTERS TO BE HEARD AT 2:00 P.M.

**II.**    **ADVERSARY PROCEEDINGS:**

2.    Turnberry Centra Sub, LLC, *et al.* v. Lehman Brothers Holdings Inc., *et al.* **[Adversary Case No. 09-01062]**

    **Status Conference**

    Related Document:

        A.    Status Report of Lehman Brothers Holdings Inc. and Lehman Brothers Bank, FSB **[ECF No. 71]**

    Status:  This matter is going forward solely as a status conference.

3.    Lehman Brothers Holdings Inc. v. Fontainebleau Resorts, LLC, *et al.* **[Adversary Case No. 10-02821]**

    **Status Conference**

    Related Document:

        A.    Status Report of Lehman Brothers Holdings Inc. and Lehman Brothers Bank, FSB **[ECF No. 59]**

    Status:  This matter is going forward solely as a status conference.

4.    Lehman Brothers Holdings Inc. v. Fontainebleau Resorts, LLC, *et al.* **[Adversary Case No. 10-02823]**

    **Status Conference**

    Related Document:

        A.    Status Report of Lehman Brothers Holdings Inc. and Lehman Brothers Bank, FSB **[ECF No. 58]**

    Status:  This matter is going forward solely as a status conference.

### III. ADJOURNED MATTERS:

### A. Lehman Brothers Holdings Inc.

5. Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[ECF No. 11513]**

   Response Deadline: February 9, 2011 at 4:00 p.m.

   Responses Received:

   A. Debtors' Objection **[ECF No. 14398]**

   B. Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[ECF No. 14462]**

   Related Documents:

   C. Affidavit of Michael E. Busch, Esq. in Support of Motion **[ECF No. 11514]**

   D. Declaration of Christopher Milenkevich in Support of Debtors' Objection **[ECF No. 14454]**

   Status: This matter has been adjourned to September 19, 2012 at 10:00 a.m.

6. Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004 **[ECF No. 16016]**

   Response Deadline: May 11, 2011 at 4:00 p.m.

   Responses Received:

   A. Debtors' Objection **[ECF No. 16680]**

   B. Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[ECF No. 16683]**

   Status: This matter has been adjourned to September 19, 2012 at 10:00 a.m.

7. Motion of Monti Family Holding Company, Ltd for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc. and Other Entities **[ECF No. 16803]**

   Response Deadline: June 8, 2011 at 4:00 p.m.

   Response Received:

   A. Debtors' Objection **[ECF No. 17502]**

4

          Status:  This matter has been adjourned to October 10, 2012 at 10:00 a.m.

8.    Amended Motion of Ironbridge Homes, LLC, et al. for Relief from the Automatic Stay **[ECF No. 23551]**

          Response Deadline:  September 12, 2012 at 4:00 p.m.

          Responses Received:  None.

          Status:  This matter has been adjourned to September 19, 2012 at 10:00 a.m.

9.    Application of the Ad Hoc Group of Lehman Brothers Creditors for Compensation for Professional Services Rendered by, and Reimbursement of Actual and Necessary Expenses of, Its Professionals Pursuant to Section 503(b) of the Bankruptcy Code Rendered By, and Reimbursement of Actual and Necessary Expenses of, Its Professionals Pursuant to Section 503(b) of the Bankruptcy Code **[ECF No. 29195]**

          Response Deadline:  July 25, 2012 at 4:00 p.m.

          Responses Received:

                A.    Omnibus Objection of United States Trustee **[ECF No. 29639]**

                B.    Omnibus Response of Official Committee of Unsecured Creditors **[ECF No. 29785]**

          Related Document:

                C.    Fee Committee's Position Statement on Pending Section 503(b) Applications **[ECF No. 29977]**

          Status:  This matter has been adjourned to September 19, 2012 at 10:00 a.m.

10.    Application of the Ad Hoc Group of Holders of Notes Issued by Lehman Brothers Treasury Co. B.V. and Guaranteed by Lehman Brothers Holdings Inc., Pursuant to 11 U.S.C. § 503(b) for Allowance Of Administrative Expenses for Counsel's Services Incurred In Making A Substantial Contribution In These Chapter 11 Cases **[ECF No. 29222]**

          Response Deadline:  July 25, 2012 at 4:00 p.m.

          Responses Received:

                A.    Omnibus Objection of United States Trustee **[ECF No. 29639]**

                B.    Omnibus Response of Official Committee of Unsecured Creditors **[ECF No. 29785]**

Related Documents:

    C.    Declaration of Steven B. Levine in Support of Application **[ECF No. 29223]**

    D.    Reply of the Ad Hoc Group of Holders of Notes Issued by Lehman Brothers Treasure Co. B.V. and Guaranteed by Lehman Brothers Holdings Inc. to the Omnibus Objection of the United States Trustee **[ECF No. 29967]**

    E.    Fee Committee's Position Statement on Pending Section 503(b) Applications **[ECF No. 29977]**

Status: This matter has been adjourned to September 19, 2012 at 10:00 a.m.

11. Lehman Brothers Special Financing Inc. Working Group's Application for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution in These Cases **[ECF No. 29239]**

Response Deadline: July 25, 2012 at 4:00 p.m.

Responses Received:

    A.    Omnibus Objection of United States Trustee **[ECF No. 29639]**

    B.    Omnibus Response of Official Committee of Unsecured Creditors **[ECF No. 29785]**

Related Document:

    C.    Fee Committee's Position Statement on Pending Section 503(b) Applications **[ECF No. 29977]**

Status: This matter has been adjourned to September 19, 2012 at 10:00 a.m.

12. Application of Goldman Sachs Bank USA and Goldman Sachs International for Entry of an Order Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Reimbursement of Reasonable Professional Fees in Making a Substantial Contribution in These Cases **[ECF No. 29240]**

Response Deadline: July 25, 2012 at 4:00 p.m.

Responses Received:

    A.    Omnibus Objection of United States Trustee **[ECF No. 29639]**

    B.    Omnibus Response of Official Committee of Unsecured Creditors **[ECF No. 29785]**

6

  Related Documents:

    C. Declaration of Thomas J. Moloney in Support of Application **[ECF No. 29241]**

    D. Fee Committee's Position Statement on Pending Section 503(b) Applications **[ECF No. 29977]**

  Status: This matter has been adjourned to September 19, 2012 at 10:00 a.m.

**B. Lehman Brothers Inc.**

  13. Cardinal Investment Sub I, L.P. and Oak Hill Strategic Partners, L.P.'s Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates **[ECF No. 4634]**

  Response Deadline: September 12, 2012 at 4:00 p.m.

  Responses Received: None.

  Related Document:

    A. Declaration of Luke A. Barefoot in Support of Movant's Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of its Affiliates **[ECF No. 4635]**

  Status: This matter has been adjourned to September 19, 2012 at 10:00 a.m.

7

14. Motion of Elliott Management Corporation For an Order, Pursuant to 15 U.S.C. §§ 78fff-1(b), 78fff-2(b) and 78fff-2(c)(1) and 11 U.S.C. § 105(a), (I) Determining the Method of Distribution on Customer Claims and (II) Directing an Initial Distribution on Allowed Customer Claims **[ECF No. 5129]**

Response Deadline: September 12, 2012 at 4:00 p.m.

Response Received:

    A.    Limited Objection by Barclays Capital Inc. **[ECF No. 5156]**

Status: This matter has been adjourned to September 19, 2012 at 10:00 a.m.

Dated: August 14, 2012
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: August 14, 2012
      New York, New York

/s/ Sarah L. Cave
Sarah L. Cave

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.