UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                     Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,            Case No. 08-13555 (JMP)

                                    Debtors.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF THOMAS G. MACAULEY

UPON the motion of Thomas G. Macauley dated August 9, 2012, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Thomas G. Macauley is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         August 14, 2012

                                    _s/ James M. Peck_____
                                    UNITED STATES BANKRUPTCY JUDGE