## UNITED STATES BANKRUPTCY COURT
## FOR SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: | ) CHAPTER 11 |
|  | ) |
| Lehman Brothers Holdings, Inc., et al., | ) CASE NO.: 08-13555 (JMP) |
| Debtor | ) JOINTLY ADMINISTERED |
|  | ) |

### CERTIFICATE OF ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the Creditor:

PLYMOUTH PARK TAX SERVICES, LLC D/B/A XSPAND

August 14, 2012              /s/
Date                          Juda J. Epstein, Esq. – ct 08704
                              3543 Main Street, Second Floor
                              Bridgeport, CT 06606
                              Tel: (203) 371-7007
                              Fax: (203) 371-6001
                              Email: contact@lawofficesjje.com

**CERTIFICATION**

   I hereby certify that on August 14, 2012, a copy of the foregoing Appearance was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                 /s/_____
                Juda J. Epstein, Esq. – ct 08704
                3543 Main Street, Second Floor
                Bridgeport, CT 06606
                Tel: (203) 371-7007