# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

August 14, 2012

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**Re**: **ADR Procedures Order Dated 9/17/09 ("Order")**
   **Thirty-third Status Report**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the thirty-third) to the Court pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. Debtors will file this report on the docket in advance of the August 15, 2012 omnibus hearing.

In the just-ended 31-day period, Debtors served three additional ADR Notices in Tier I. When added to the total Notices served in Tier Two, the total number of Notices served is now 253. During the immediately past reporting period, Debtors achieved settlements with counterparties in three ADR matters, one as a result of mediation. Upon closing of such settlements, Debtors will have received an aggregate total of $1,211,205,296 new dollars for the Debtors' estates. Settlements have been achieved in 209 ADR matters involving 231 counterparties.

Honorable James M. Peck  **Weil, Gotshal & Manges LLP**
August 14, 2012
Page 2

To date, of the 81 ADR matters that have reached the mediation stage and have been concluded, 77 have been settled in mediation. Only four mediations have terminated without settlement. Eleven additional mediations have been scheduled to commence on the following dates: August 20, 22, 23 and 28 (2); September 11, 12, 18 and 25; October 4; and November 6, 2012.

Respectfully submitted,

*[signature: Peter Gruenberger (mp)]*

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession


PG:mp

cc:  Jacob Esher, Esq.
     James Freund, Esq.
     David Geronemus, Esq.
     Ralph Mabey, Esq.
     David Cohen, Esq.
     (all cc's via E-mail)