# UNITED STATES BANKRUPTCY COURT
## FOR SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Lehman Brothers Holdings, Inc., et al., | ) | CASE NO.: 08-13555 (JMP) |
| Debtor | ) | JOINTLY ADMINISTERED |

## PROPOSED ORDER FROM RELIEF OF STAY

Pursuant to Rule 4001 of the Bankruptcy Rules and Section 362(d) of the Bankruptcy Code and upon application of Plymouth Park Tax Services d/b/a Xspand, against Lehman Brothers Holdings, Inc. praying for relief of stay imposed by Section 362 of the Bankruptcy Code and having no objection by Attorney for debtor or trustee and having found the secured debts exceed the value of the premises:

ORDERED:  That the stay issued pursuant to 11 U.S.C. 362 be modified:

1. To permit any action for payment of real estate taxes accruing due after the date of bankruptcy; and

2. To permit the foreclosure of a statutory tax lien on the properties known as 53 Crescent Avenue, Bridgeport, CT.

3. No Deficiency Judgment shall enter without further order from this Court.

Dated in Bridgeport, Connecticut, this ___ day of _____, 2012.

**BY THE COURT (                                  J.)**

_____
Bankruptcy Judge / Clerk / Assistant Clerk