UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x   Chapter 11 Case No.
In re                                                        :
                                                             :   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :
                                                             :   (Jointly Administered)
                    Debtors.                                 :
------------------------------------------------------------ :

## NOTICE OF WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., *et al.* 08-13555 (JMP) |
|---|---|
| Creditor Name and Address: | Wells Fargo Bank, National Association, not individually, but solely in its capacity as Trustee for the Structured Adjustable Rate Mortgage Loan Trust, Series 2004-20 c/o Mary Sohlberg MAC N9311-161 625 Marquette Avenue Minneapolis, MN 55479 |
| Court Claim Number: | 24766 |
| Date Claim Filed: | 9/21/09 |
| Total Amount of Claim Filed: | Unknown/Unliquidated |

Wells Fargo Bank, National Association, as trustee of the Structured Adjustable Rate Mortgage Loan Trust, Series 2004-20 (hereinafter, the "Creditor"), having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: August 14, 2012           Wells Fargo Bank, National Association

                                 By: ___*Mary L. Sohlberg*___
                                     Name: Mary L. Sohlberg
                                     Title: Vice President

17334596.1.BUSINESS