UNITED STATES BANKRUPTCY COURT
FOR SOUTHERN DISTRICT OF NEW YORK

_____
                                    )
IN RE:                              )    CHAPTER 11
                                    )
**Lehman Brothers Holdings, Inc., et al.,**   )    CASE NO.: 08-13555 (JMP)
             **Debtor**             )    JOINTLY ADMINISTERED
_____)

## CERTIFICATE OF SERVICE AND SERVICE LIST

      I hereby certify that on or before August 14, 2012, copies of the Certificate of Entry of Appearance, Motion for Relief from Stay, and Proposed Order were served electronically [and served by mail on anyone unable to accept electronic filing]. Notice of the filings was sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing] as per the attached Schedule "A".

Dated at Bridgeport, Connecticut this 14th day of August, 2012.

                                                           /s/
                                       Juda J. Epstein, Esq. – ct 08704
                                       3543 Main Street
                                       Second Floor
                                       Bridgeport, CT 06606
                                       Tel: (203) 371-7007