Label Matrix for local noticing
0208-1
Case 08-13555-jmp
Southern District of New York
Manhattan
Tue Aug 14 12:23:38 EDT 2012

125North10, LLC
Cole Schotz Meisel Forman & Leonard PA
c/o Leo V. Leyva
900 Third Avenue
New York, NY 10022-4791

2138747 Ontario Ltd.

250 East Borrower, LLC
c/o Platzer, Swergold et al
1065 Avenue of the Americas
18th Floor
New York, NY 10018-1878

469 Bergman Properties LLC
1984 E. 1st St.
Brooklyn, NY 11223-2943

6785778 Canada Inc.

A. M. Best Company
Ambest Road
Oldwick, NJ 08858

AB Bankas SNORAS

AB Moore, L.P.

AB Svensk Exportkredit

ACE America Insurance Company, et al.,
c/o Duane Morris LLP
1540 Broadway
New York, NY 10036-4039

ACP Master, Ltd.
c/o Aurelius Capital Management, LP
535 Madison Avenue, 22nd Floor
New York, NY 10022-4263

ACTIV Financial Systems, Inc.
120 East Liberty Drive
Suite 200
Wheaton, IL 60187-5469

AFCO Cargo PIT LLC
c/o Aviation Facilities Company, Inc.
P.O. Box 16860
Washington, DC 20041-6860

AIG Global Services, Inc., f/k/a AIG Technol
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0015

AIG Markets, Inc.
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0015

AIG Markets, Inc. (f/k/a AIG CDS, Inc.)
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0015

AIM V.I. High Yield Fund, AIM High Yield Fun
Paul A. Patterson, Esquire
Stradely Ronon Stevens & Young, LLP
2600 One Commerce Square
Phialdelphia, PA 19103-7018

AKF Engineers, LLP
1501 Broadway
Suite 700
New York, NY 10036-5601

ALTMA FUND SICAV PLC in Respect of Rowan Sub
171, Old Bakery Street
Valletta VLT1455 Malta

ARCHSTONE EQUITY HOLDINGS INC.
200 Park Avenue
New York, NY 10166-0005

ARCHSTONE LB SYNDICATION PARTNER LLC
1271 Avenue of the Americas
New York, NY 10020-1300

ARG Funding Corp., et al.
c/o Mark V. Bossi
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101-1693

AboveNet Communications Inc.
360 Hamilton Avenue
White Plains, NY 10601-1811

Absalon II Limited
c/o GoldenTree Asset Management, LP
300 Park Ave., 21st Floor
New York, NY 10022-7403

Ad Hoc Committee of Bondholders
c/o Munsch Hardt Kopf & Harr, P.C.
Attn: Kevin M. Lippman
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659

Ad Hoc Consortium of Lehman Brothers Special
Brown Rudnick LLP
Attn: Edward S. Weisfelner, Esq.
Seven Times Square
New York, NY 10036-6536

Aditi Technologies Private Limited
c/o Mark D. Northrup
Graham & Dunn PC
2801 Alaskan Way
Suite 300
Seattle, WA 98121-1128

Advanced Graphic Printing, Inc.
c/o Donald Workman
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

Aglio Master Fund Limited
c/o Globe of Financial Services
45 Market Street, Suite 3205, 2nd Floor
Gardenia Court, Camana Bay
KYI-9003 Grand Cayman

| | | |
|---|---|---|
| Agricultural Bank of Taiwan | Ahorro Corporación Financiera S.V., S.A.<br>Paseo de la Castellana, 89, 7 planta<br>28046 Madrid<br> Spain | Air Canada Inc. |
| Aircraft Finance Trust<br>c/o Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019-6018 | Alameda County Treasurer-Tax Collector Donal<br>Office of the County Counsel<br>1221 Oak Street, Suite 450<br>Oakland, CA 94612-4226 | Alandsbanken ABP (Finland), Svensk Filial<br>Stureplan 19<br>SE-107 81<br>Stockholm, Sweden |
| Alandsbanken Sverige AB | Alliance Resource Operating Partners, L.P.<br>1717 South Boulder Avenue<br>Tulsa, OK 74119-4805 | Allianz Global Investors France SA |
| Alpine Bank<br>0350 Highway 133<br>Carbondale, CO 81623-1596 | Alpiq f/k/a AARE-TESSIN<br>c/o Wuersch & Gering<br>100 Wall Sreet<br>New York, NY 10005-3701 | Amber Capital Investment Management<br>c/o Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112-0016 |
| Ambling Property Investments, LLC<br>348 Enterprise Drive<br>Attn.: Tim Palmieri<br>Valdosta, GA 31601-5169 | Ameren Corporation and its subsidiaries<br>Armstrong Teasdale LLP<br>One Metropolitan Square<br>Suite 2600<br>St. Louis, MO 63102-2740 | America's Servicing Company<br>c/o McCalla Raymer, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| American Municipal Power, Inc.<br>c/o Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019-6018 | Anchorage Capital Group, L.L.C.<br>c/o Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019-6018 | Anchorage Capital Master Offshore, Ltd.<br>c/o Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019-6018 |
| Andorra Banc Agricol Reig, S.A. | Anthracite Balanced Company (R-26) Limited<br>c/o Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019-6018 | Aozora Bank, Ltd.<br>1-3-1 Kudan Minami<br>Chiyoda-Ku<br>Tokyo102-8660 Japan |
| Arapahoe County Treasurer<br>5334 S. Prince Street<br>Littleton, CO 80166-0001 | Archon Bay Capital, LLC<br>P.O. Box 14610<br>Surfside Beach, SC 29587-4610 | Arete Research, LLC<br>3 Post Office Square<br>Fl. 7<br>Boston, MA 02109-3918 |
| Aristeia Partners, L.P.<br>c/o Aristeia Capital, L.L.C.<br>136 Madison Avenue<br>3rd Floor<br>New York, NY 10016-6711 | Arlington ISD<br>c/o Perdue Brandon Fielder, et al.<br>PO Box 13430<br>Arlington, Tx 76094-0430 | Aron Oliner as Chapter 11 Trustee of The Kon<br>c/o Duane Morris LLP, Suite 2000<br>1540 Broadway<br>New York, NY 10036-4039 |
| Aspecta Assurance International Luxembourg S<br>c/o Duane Morris LLP<br>1540 Broadway<br>New York, NY 10036-4039 | Astrea LLC | Asurion Corporation<br>Latham & Watkins LLP<br>355 South Grand Ave.<br>Los Angeles, CA 90071-1560 |

Attorneys for Property Asset Managment Inc.
c/o Rosicki Rosicki & Associates, P.C.
51 East Bethpage Road
Plainview, NY 11803-4224

Attorneys for Property Asset Mangement Inc.
c/o Rosicki Rosicki & Associates, P.C.
51 East Bethpage Road
Plainview, NY 11803-4224

Audio Incorporated Sound System Design, Inst
170-172 West Westfiled Ave
Roselle Park, NJ 07204-1800


Aurelius Capital Master, Ltd.
c/o Aurelius Capital Management, LP
535 Madison Avenue, 22nd Floor
New York, NY 10022-4263

Aurelius Capital Partners, LP
c/o Aurelius Capital Management, LP
535 Madison Avenue, 22nd Floor
New York, NY 10022-4263

Aurelius Convergence Master, Ltd.
Aurelius Capital Management, LP
535 Madison Avenue, 22nd Floor
New York, NY 10022-4263


Aurelius Investment, LLC
c/o Aurelius Capital Management, LP
535 Madison Avenue, 22nd Floor
New York, NY 10022-4263

Australia and New Zealand Banking Group Limi

Avenue Blue TC Fund, LP
399 Park Ave.
6th Fl.
New York, NY 10022-5074


Avenue TC Fund, L.P.
399 Park Avenue 6th Floor
New York, NY 10022-5074

Avenue TC Fund, LP
399 Park Ave.
6th Fl.
New York, NY 10022-5074

Avignon Capital Ltd.
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0015


Aviva Italia Holding S.p.A.

Aviva Italia S.p.A.

BANK OF AMERICA, N.A.
c/o Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3506


BARCLAYS CAPITAL REAL ESTATE INC.
200 Park Avenue
New York, NY 10166-0398

BB&T Investments
200 South College St.
8th Floor
Charlotte, NC 28202-2012

BEINT, LLC
P.O. Box 8342
New York, NY 10150-8342


BIH ASN LLC
200 Park Avenue
New York, NY 10166-0005

BKS Claims LLC
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704

BKW FMB Energie AG, Viktoriaplatz
c/o Duane Morris LLP
1540 Broadway
New York, NY 10036-4039


BLUE ANGEL CLAIMS, LLC
c/o M.H. Davidson & Co.
65 East 55th Street, 19th Floor
New York, NY 10022-3355

BNC 2007-4, LLC
c/o Mark J. Dorval
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

BNP Paribas Hong Kong Branch
59-63/F Two International Centre
8 Finance Street Central
Hong Kong


BNP Paribas Wealth Management Hong Kong Bran

BNP Paribas, London Branch
10 Harewood Avenue
London, NW1 6AA United Kingdom

BNY Corporate Trustee Services Limited
London UK


BRE Bank SA
c/o Lovells LLP
590 Madison Avenue
New York, NY 10022-2524

Babson Capital Management LLC
Lovells LLP
590 Madison Avenue
New York, NY 10022-2524

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111-0230

Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower, 3rd Floor
One Bryant Park
New York, NY 10036-6728

Banc of America Securities LLC
214 N Tryon Street
NC1-027-14-01
Charlotte, NC 28255-0001

Banca Popolare Dell'Emilia Romagna

Bancaperta SpA
Via Ragazzi del 99, 12
23100 Sondrio (SO) Italy

Banco Banif, SA, et al.
c/o DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104

Banco Canarias De Venezuela Banco Universal
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0129

Banco Espanol de Credito, S.A.
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Banco Pastor, S.A.
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1620
Miami, FL 33131-1808

Banco Sabadell Miami
Shutts & Bowen LLP c/o Larry Glick, Esq
1500 Miami Center
201 S. Biscayne Blvd.
Miami, FL 33131-4332

Bania Brothers, L.L.C.
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704

Bank Hapoalim (Switzerland) Ltd.

Bank Julius baer & Co. Ltd.
Bahnofstrasse 36
ZurichCH-8010 Switzerland

Bank Of Montreal
111 West Monroe Street
12th Floor West
Chicago, IL 60603-4020

Bank Vontobel AG, Zurich/ Switzerland

Bank of China, New York Branch
410 Madison Avenue
New York, NY 10017-1174

Bank of Mexico, S.A., Institucion de Banca M
Paseo de la Reforma 265, Piso 22
Col Cuauhtemoc
Mexico D.F.06500 Mexico

Bank of Taiwan

Banque Bemo Sal
Immeuble Esseil 7th Floor
Riad El Solh Sq
PO Box 11-7048
Beyrouth Lebanon

Barclays Bank SA
c/o Hogan Lovells US LLP
875 Third Avenue
Attn: Chris Donoho
NY, NY 10022-7222

Baupost Group Securities, L.L.C.
c/o Ropes & Gray
1211 Avenue of the Americas
Attn: Philip A. Wells
New York, NY 10036-8704

Bayview Finacial, L.P. and Bayview Opportuni
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0015

Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue
New York, NY 10171-3898

Bell Trace Obligated Group
2749 East Covenanter Drive
Bloomington, IN 47401-5454

Bellair Development Group S.A.
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0015

Benisasia Investment and Properties, Ltd.
c/o Bond, Schoeneck & King, PLLC
Attn: Stephen A. Donato, Esq.
One Lincoln Center
Syracuse, NY 13202-1355

BigFix, Inc.
c/o Michael St. James
St.James Law, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104-4115

Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Birks Place, LLC
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704

Black River Emerging Markets Credit Fund Ltd
12700 Whitewater Drive
Minnetonka, MN 55343-9438

Black River FIRV Opportunity Master Fund Ltd
Black River Asset Management
12700 Whitewater Drive
Minnetonka, MN 55343-9438

BlackRock, Inc.
55 East 52nd Street
New York, NY 10055-0003

Blue Angel Claims LLC
65 East 55th Street
New York, NY 10022-3219

Blue Heron Micro Opportunities Fund, LLP
P.O. Box 14610
Surfside Beach, SC 29587-4610

BlueBay Specialised Funds: Credit Opportunit
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0129

Boilermaker-Blacksmith National Pension Trus
756 Minnesota Ave
Kansas City, KS 66101-2704

Boulder Dam Credit Hub Fund Ltd
c/o GLG Ore Hill LLC
650 Fifth Avenue
New York, NY 10019-6108

Boultbee (Helsinki) AB
c/o EFM (Sverige) AB
PO Box 730
VasterasSE-721 20 Sweden

Boultbee (Vasteras) AB

Boussard & Gavaudan Fund PLC
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1405

Bowant, Inc.
16 Cherrymoor Drive
Englewood, CO 80113-6002

Breen Investors International Fund, LP
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1405

Bret H. Reed, Jr., a Law Corporation
2737 E. Coast Highway
Corona Del Mar, CA 92625-2110

Bretton Notch Associates, L.L.C.
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Philip Wells
New York, NY 10036-8704

Brevan Howard Master Fund Limited
c/o Edward A. Smith, Esquire
Venable LLP
1270 Avenue of the Americas
New York, NY 10020-1700

Bridgewater Associates, LP
One Glendinning Place
Westport, CT 06880-1242

Brigade Capital Management, LLC
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1405

Brigade Leveraged Capital Structures Fund, L
c/o Seward & kissel LLP
One Battery Park Plaza
New York, NY 10004-1405

Brooke Financial Services Ltd.
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0015

Brown Rudnick LLP
Seven Times Square
New York, NY 10036-6536

Bryant University
c/o Nixon Peabody LLP
Attn: Victor Milione
437 Madison Avenue
New York, NY 10022-7039

Burleson ISD
c/o Elizabeth Banda, Esq.
Perdue, Brandon, Fielder, et al
P. O. Box 13430
Arlington, TX 76094-0430

Business Objects Americas
Brown & Connery, LLP
Donald K. Ludman, Esquire
6 N. Broad Street
Suite 100
Woodbury, NJ 08096-4635

C.V.I. G.V.F. (Lux) Master S.a.r.l.
Luxembourg

C.V.I. G.V.F. (Lux) Master S.a.r.l.
United Kingdom

CAI Distressed Debt Opportunity Master Fund,
c/o Citigroup Alternative Investments
399 Park Avenue
7th Floor
New York, NY 10022-4686

CBW LLC
c/o Ashurst LLP
1 Penn Plaza, 36th Floor
New York, NY 10119-3699

CC ARB SIF I, Ltd.
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

CC Arbitrage, Ltd.
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

CFIP Master Fund, Ltd.
71 South Wacker Dr., Suite 3495
Chicago, IL 60606-4610

CItibank (Hong Kong) Limited

CQS ABS Master Fund Limited
Chester Street, 5th Floor
LondonSW1X 7BL England

CT Corporation
1209 Orange Street
Wilmington, DE 19801-1120

CVI GVF Luxembourg Twelve S.a.r.l.


CVI GVF Luxembourg Twelve S.a.r.l.
CarVal Investors, LLC
12700 Whitewater Drive, MS 144
Minnetonka, MN 55343-9438

CWCapital EY REIT LB2 LLC
c/o Dechert LLP
Attn: Shmuel Vasser, Esq.
1095 Avenue of the Americas
new York, NY 10036-6797

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281-0006


Caisse De Depot et Placement du Quebec

Caladium Partners, L.L.C.
F.D.R. Station P.O. Box 262
New York, NY 10150-0262

California Department of Water Resources
2033 Howe Avenue
Suite 220
Sacramento, CA 95825-0181


California Independent Systems Operator Corp
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, DC 20005-1723

California Public Employees Retirement Syste
Felderstein Fitzgerald Willoughby
& Pascuzzi LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814-4434

Canon Asset Management Limited as Trustee of
P.O. Box 393
St Peter Port
GuernseyGY1 3FN Great Britian


Canpartners Investments IV, LLC
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Cantor Fitzgerald Securities
110 East 59th Street, 4th Floor
New York, NY 10022-1336

Canyon Capital Advisors LLC
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018


Capgemini Financial Services USA, INC
Winston & Strawn LLP
200 Park Ave.
New York, NY 10166-0005

Capgemini Financial Services USA, Inc.
c/o Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-0005

Capital Moving & Storage Co., Inc.
97 Burma Road
Jersey City, NJ 07305-4601


CarVal Investors UK Limited

Careprovan Private Stitching
Ciamberlanidreef 34
Beveren-Wass B-9120
 Belgium

Carlton Communications Limited
c/o Lovells LLP
590 Madison Avenue
New York, NY 10022-2524


Carlyle Mortgage Capital, LLC
c/o Mark J. Dorval
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Carolina First Bank
102 South Main Street
Greenville, SC 29601-2711

Carrollton-Farmers Branch ISD
c/o Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 North Central Expressway
Dallas, TX 75205-4210


Carval Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
SurreyKT11 2PD UK

Caspian
c/o Brown Rudnick LLP
Attn: Tim Bennett, Esq.
Seven Times Square
New York, NY 10036-6536

Caspian Alpha Credit Fund, L.P.
767 Fifth Avenue
New York, NY 10153-0023


Caspian Alpha Long Credit Fund, L.P.
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1405

Caspian Capital Partners LP
c/O Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1485

Caspian Corporate Loan Fund LLC
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1405

Caspian Select Credit Master Fund, Ltd.
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1405

Caspian Solitude Master Fund L.P.
767 Fifth Avenue
New York, NY 10153-0023

Cassa Rurale Ed Artigiana Di Cantu B.C.C. So

Cassa di Risparmio di Alessandra S.p.A.
Via Dante, 2
15100 Alessandria
 Italy

Cathay United Bank
2F, No. 7 Song Ren Rd.
Taipei Taiwan

Caturra Associates, L.L.C.
c/o Ropes & Gray LLP
Attn: Philip Wells
1211 Avenue of the Americas
New York, NY 10036-8704

Cedar Hill Capital Partners Master Fund, L.P
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Cedar Hill Capital Partners Onshore, L.P.
c/o Sidley Austin LP
787 Seventh Avenue
New York, NY 10019-6018

Centerbridge Special Credit Partners, L.P.
375 Park Ave
New York, NY 10152-1300

Centerbridge Special Credit Partners, L.P.
375 Park Avenue, 13th Floor
New York, NY 10152-1300

Central Pacific Bank
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0015

Chang Tsann Rong Ernest Et Liu Ai Lin
Flat A, 27/F Tower 5
68 Bel-Air Peak Avenue
Bel-Air on the Peak
Cyber Port Hong Kong

Chapel Hill Retirement Center, Inc.
c/o Shawn R. Fox
McGuireWoods LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0302

Chapman and Cutler LLP
111 West Monroe Street
18th Floor
Chicago, IL 60603-4023

Charles River Brokerage, LLC
7 New England Executive Park
Burlington, MA 01803-5008

Chase Lincoln First Commercial Corporation
1 Chase Manhattan Plaza, 26th Floor
New York, NY 10005-1401

Chauny S A
Gleason & Koatz LLP
122 E 42 St Ste 518
NYC, NY 10168-0599

Chenavari Financial Advisors Ltd.
Via Lucrezia Romana 41/47
00178 Roma Italy

Chester Square, L.L.C.
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704

Chevron U.S.A., Inc.
575 Market Street
San Francisco, CA 94105-2854

Chicago Mercantile Exchange
20 South Wacker Drive
Chicago, IL 60606-7431

China Angel Investment Management Limited

China Development Bank Corporation

China Development Industrial Bank

China Minsheng Banking Corp., Ltd.

China Unique Holdings Ltd

Citadel Securities LLC
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Citibank Singapore Ltd.

Citibank, N.A.
701 East 60th Street North
SIOUX FALLS, SD 57104-0493

Citibank, N.A., Hong Kong Branch

Citibank, N.A., In Its Capacity As Trustee
Bernstein Shur Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

Citigroup Financial Products Inc.
c/o Citibank, N.A.
1615 Brett Road Ops III
New Castle, DE 19720-2425

City and County of Denver, Department of Rev
114 West Colfax
Denver, CO 80202

City of Burleson
c/o Elizabeth Banda, Esq.
Perdue, Brandon, Fielder, et al
P. O. Box 13430
Arlington, TX 76094-0430

City of Farmers Branch
c/o Perdue, Brandon, Fielder, et al
Elizabeth Banda
PO BOX 13430
Arlington, TX 76094-0430

Clariden Leu AG, Zurich / Switzerland

ClearVue Opportunity XVIII, LLC
Doonan Graves and Longoria, LLC
100 Cummings Center Ste. 225D
Beverly, MA 01915-6113

Coblentz, Patch, Duffy & Bass LLP
c/o Gregg M. Ficks, Esq.
1 Ferry Bldg, #200
San Francisco, CA 94111-4213

Collins Building Services
Court Square Place
24-01 44th Road
Long Island City, NY 11101-4605

Comercial Jordi S.A.
Gremi Selleters i Basters
14 Palma de Mallorca
07009 Spain

Commonwealth Bank of Australia

Commonwealth of Peurto Rico
c/o Nixon Peabody LLP
Attn: Mark N. Berman
437 Madison Avenue
New York, NY 10022-7039

Commonwealth of Virginia Tobacco Settlement
c/o Shawn R. Fox
McGuireWoods LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0302

Compass Bank
c/o W. Clark Watson
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL 35201-0306

ConocoPhillips
McLean 3180
600 North Dairy Ashford
Houston, TX 77079-1100

Constellation Capital Management LLC
520 Madison Ave, 18th Floor
New York, NY 10022-4213

Continental Airlines, Inc.
Vinson & Elkins LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760

Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 425
Greenwich, CT 06830-6281

Contrarian Funds, LLC
411 W. Putnam Ave., Ste. 425
Greenwich, CT 06830-6263

Cooperman Partners, L.L.C.
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704

Corre Opportunities Fund, L.P.
1370 Avenue of the Americas
29th Floor
New York, NY 10019-4602

CorrectNet, Inc.
c/o Westerman Ball Ederer Miller & Sharf
170 Old Country Road
Suite 400
Mineola, NY 11501-4311

Coscan Construction, LLC
c/o Bart A. Houston and
Robert F. Elgidely, Esq.
Genovese Joblove & Battista, P.A.
200 E. Broward Blvd, Suite 1110
Ft. Lauderdale, FL 33301-3535

Coudert Brothers LLP
110 East 42nd Street
Suite 1818
New York, NY 10017-5645

County of Monterey, California
c/o Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022-7039

County of San Mateo
c/o Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022-7039

County of Ventura
800 South Victoria Avenue, L/C 1830
Ventura, CA 93009-1830

Credican, C.A.
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0015

Credit Agricole Corporate and Investment Ban

Credit Suisse
11 Madison Avenue
New York, NY 10010-3629

Credit Suisse (Deutschland) AG

Credit Suisse (Italy) SPA

Credit Suisse (Luxembourg) SA

Credit Suisse (UK) Limited

Credit Suisse AG, Cayman Islands Branch

Credit Suisse AG, Hong Kong Branch

Credit Suisse AG, Singapore Branch

Credit Suisse Loan Funding LLC
11 Madison Avenue
New York, NY 10010-3643

Credit Suisse Securities (Europe) Limited

Credito Privato Commerciale SA
Via Zurigo 46
Lugano, 6901 Switzerland

Credito Valtellinese S.C.
Piazza Quadrivio, 8
23100 Sondrio
 Italy

Currenex, Inc.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4614

Cyrus Capital Partners, L.P.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4614

D-STAR Ltd.
c/o Citigroup Alternative Investments
399 Park Avenue, 7th Floor
New York, NY 10022-4686

DACA 2010L, LP
1565 Hotel Circle South, Suite 310
San Diego, CA 92108-3419

DATACERT, INC
Corporate Headquarters
3040 Post Oak Blvd., Suite 1900
Houston, Tx 77056-6528

DEUTSCHE BANK TRUST COMPANY AMERICAS
c/o Nixon Peabody
Attn: Amanda Darwin
100 Summer Street
Boston, MA 02110-2131

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-0073

DZ BANK Ireland plc

Daiwa Securities Capital Markets Co. Ltd.
GranTokyo North Tower, 9-1,
Marunouchi 1-chome,
Chiyoda-ku,
Tokyo Japan

Dallas County
c/o Linebarger Goggan Blair & Sampson
Elizabeth Weller
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2637

Danske Bank A/S, London Branch
c/o Carollynn H. G. Callari, Esquire
Venable LLP
Rockefeller Center
1270 Avenue of the Americas
New York, NY 10020-1700

Dav-el Reservations
200 Second Street
Chelsea, MA 02150-1802

Davidson Kempner Capital Management LLC and
c\o Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022-3921

Davidson Kempner Capital Management LLC, as
c\o Schulte Roth & Zabel LLP
Attn:  Adam Harris
919 Third Avenue
New York, NY 10022-3921

Davidson Kempner Distressed Opportunities Fu
65 East 55th Street, 19th Floor
New  York, NY 10022-3355

Davidson Kempner Distressed Opportunities In
65 East 55th Street, 19th Floor
New York, NY 10022-3355

Davidson Kempner Institutional Partners, L.P
c/o Davidson Kempner Advisers Inc.
65 East 55th Street, 19th Floor
New York, NY 10022-3355

Davidson Kempner International, Ltd.
65 East 55th Street, 19th Floor
New York, NY 10022-3355

Davidson Kempner Partners
c/o MHD Management Co.
65 East 55th Street, 19th Floor
New York, NY 10022-3355

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017-3982

Dechert LLP
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797

Deer Park Road Corporation
c/o Donald Workman
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

Deere & Company
c/o Hodgson Russ LLP
Attn:  Deborah J. Piazza, Esq.
60 E. 42nd Street, 37th Floor
New York, NY 10165-3700

Delaware Diversified Income Fund, a series o
c/o Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Delaware Emerging Markets Fund, a Series of
Stradley Ronon Stevens & Young, LLP
c/o Mark J. Dorval, Esquire
2600 One Commerce Square
Philadelphia, PA 19103-7018

Delaware Extended Duration Bond Fund, a seri
c/o Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Delaware Investment Advisers, a series of De
c/o Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Delaware Investment Advisors, a series of De
Philadelphia, PA 19103

Delaware Management Holdings, Inc. and its S
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
c/o Julie Murphy, Esquire
Philadelphia, PA 19103-7018

Delaware VIP Diversified Income Series, a se
c/o Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Delaware VIP Emerging Markets Series, A Seri
Stradley Ronon Stevens & Young, LLP
c/o Mark J. Dorval, Esquire
2600 One Commerce Square
Philadelphia, PA 19103-7018

Delphi Financial Group, Inc.
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Delrang Holdings LLC
c/o Richards Kibbe & Orbe
One World Financial Center
Attn: Larry Halperin
New York, NY 10281-1098

Delta Air Lines, Inc.
c/o Lisa Bittle Tancredi, Esquire
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, MD 21202-3157

Deutsche Bank AG
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4614

Deutsche Bank AG, London Branch
Attn: Vikas Madan
60 Wall Street
3rd Floor
New York, NY 10005-2837

Deutsche Bank AG, Tokyo Branch
Sanno Park Tower
11-1 Nagata-cho 2chome
Chiyoda-ku, Tokyo Japan

Deutsche Bank Europe GmbH Belgium Branch
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4614

Deutsche Bank Natioanl Trust Company, as Tru
Shapiro & DiCaro, LLP
250 Mile Crossing Blvd
Suite One
Rochester, NY 14624-6242

Deutsche Bank Securities Inc.
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019 New York 10019-6018

Deutsche Bank Trust Company Americas and Deu

Deutsche Bank Trust Company Americas, as Ind
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1405

Deutsche Bundesbank

Deutsche Hypothekenbank (Actien Gesellschaft
c/o Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4099

Deutsche Pfandbriefbank AG

Deutsche Postbank AG

Deutsche Securities Inc.
2-11-1 Nagatacho, Chiyoda-ku
Tokyo100-617 Japan

Deutsche Zentral-Genossenschaftsbank AG

Dexia Banque Internationale a Luxembourg SA

Dexia Kommunalbank Deutschland AG

Dexia Private Bank (Switzerland) Ltd

Diamondback Fixed Income Master Fund, Ltd.
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Diamondback Master Fund, Ltd.
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Diener Investments, LP
c/o Robert Diener
8 Indian Creek Island Road
Indian Creek Village, FL 33154-2903

Doppenberg A.F.J.
Ferguutgaarde 7
7329 BG Apeldoorn
 The Netherlands

Dover Master Fund II, L.P., c/o Longacre Man
810 Seventh Avenue, 33rd Floor
New York, NY 10019-5869

Drawbridge Special Opportunities Fund LP
c/o Fortress Investment Group LLC
1345 Ave of the Americas
46th Floor
New York, NY 10105-0302

Duke Corporate Education, f/k/a Duke Corpora
310 Blackwell Street
Durham, NC 27701-3611

Dylan Creek, L.L.C.
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Philip Wells
New York, NY 10036-8704

EBF & Associates, L.P.
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

EFG Bank AG Hong Kong Branch

EXXONMOBIL GAS MARKETING EUROPE LIMITED

East 46th Borrower, LLC
c/o Platzer, Swergold et al
1065 Avenue of the Americas
18th Floor
New York, NY 10018-1878

Easton Investments II

Edward Jones
c/o Duane Morris
1540 Broadway
New York, NY 10036-4039

Ellsworth Partners, L.L.C.
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704

Empire State Carpenters Pension Plan
c/o Manning-Napier Advisors Inc
Attn: Kimberly Baxter
290 Woodcliff Dr
Fairport, NY 14450-4298

Energy America LLC
c/o Ira L. Herman
Thompson & Knight LLP
919 Third Avenue
New York, NY 10022-3902

Energy Income and Growth Fund
c/o Chapman and Cutler LLP
111 West Monroe Street
18th Floor
Chicago, IL 60603-4023

Epiq Bankruptcy Solutions, LLC, (Claims and
757 Third Avenue
Third Floor
New York, NY 10017-2063

Esbin & Alter, LLP
497 South Main Street
New City, NY 10956-3030

Ethias SA
c\o Schulte Roth & Zabel LLP
919 Third Avenue
Attn:  Lawrence Gelber
New York, NY 10022-3921

Etihad Airways
c/o DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104

European Credit (Luxembourg) S.A.
c/o Klestadt & Winters, LLP
292 Madison Avenue
17th Floor
New York, NY 10017-6314

European Credit Management Limited
c/o Klestadt & Winters, LLP
292 Madison Avenue
17th Floor
New York, NY 10017-6314

Evergreen Equity Trust on behalf of its seri

Evergreen Fixed Income Trust on behalf of it

Evergreen Money Market Trust on behalf of it

Evergreen Municipal Trust on behalf of its s

Evergreen Select Fixed Income Trust on behalf        Evergreen Select Money market Trust on behalf        Evergreen Variable Annuity Trust on behalf o

Executive Fliteways, Inc.
c/o McBreen & Kopko
500 North Broadway, Suite 129
Jericho, NY 11753-2128

Exegy Incorporated
c/o Stinson Morrison Hecker LLP
Attn:  Darrell W. Clark, Esq.
1150 18th Street, N.W.
Suite 800
Washington, DC 20036-3845

F.E.J.M. Bemelmans Beheer B.V.
Prins Florislaan 5,
1171 LN Badhoevedorp
 The Netherlands

F.F. Thompson Foundation, Inc.
Harris Beach PLLC
c/o David M. Capriotti, Esq.
300 South State Street
Syracuse, NY 13202-2025

FBN Securities, Inc.
members New York Stock Exchange
FINRA . SIPC
120 Broadway, Suite 1034
New York, NY 10271-1094

FCOMA LBU LLC
Fortress Investment Group LLC
Drawbridge Special Opportunities Fund
1345 Avenue of the Americas
46th Floor
New York, NY 10105-2200

FCPLP
601 Lexington Avenue
, NY 10022-4611

FPB Bank, Inc
c/o Duane Morris LLP
1540 Broadway
New York, NY 10036-4039

FTIF Franklin Strategic Income Fund
c/o Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Faegre & Benson LLP
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Fair Harbor Capital, LLC
PO Box 237037
New York, NY 10023-0028

Farallon Capital Institutional Partners II,
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111-3511

Farallon Capital Institutional Partners III,
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111-3511

Farallon Capital Institutional Partners, L.P
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111-3511

Farallon Capital Offshore Investors II, L.P.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111-3511

Farallon Capital Offshore Investors II, L.P.
c/o Farallon Partners, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111-3511

Farallon Capital Offshore Investors III, Inc
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111-3511

Farallon Capital Partners, L.P.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111-3528

Farallon Capital Partners, L.P.
c/o Farallon Capital Management, LLC
One Maritime Plaza
Suite 1325
Attn: Sarah Aitcheson
San Francisco, CA 94111-3517

Federal Express Corporation
c/o Filardi Law Offices LLC
65 Trumbull Street
2nd Floor
New Haven, CT 06510-1031

Federal Home Loan Bank of Seattle
c/o Stoel Rives LLP
Attn: Erin L. Eliasen
600 University Street
Suite 3600
Seattle, WA 98101-3197

Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive - MS202
McLean, VA 22102-3107

Federal Reserve Bank of New York
33 Liberty Street
New York, NY 10045-0001

Fee Committee
c/o Godfrey & Kahn, S.C.
Attn:  Katherine Stadler
One East Main Street, Suite 500
Madison, WI 53703-3300

Fernwood Associates LLC
c/o Intermarket Corporation
1370 Avenue of the Americas
New York, NY 10019-4602

Fernwood Foundation Fund LLC
c/o Intermarket Corporation
1370 Avenue of the Americas
New York, NY 10019-4602

Fernwood Restructurings Limited
c/o Intermarket Corporation
1370 Avenue of the Americas
New York, NY 10019-4602

Fidelity National Title Insurance Company
c/o Day Pitney LLP
One Audubon Street
New Haven, CT 06511-6433

First Data Corporation
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

FirstBank of Puerto Rico
1519 Ponce de Leon Ave.
Stop 23
PO Box 9146
San Juan, PR 00908-0146

FirstCaribbean International Bank (Bahamas)

Fondation Jean Praet A.S.B.L.
Boulevard Lambermont 63
Brussels1030 Belgium

Fondazione Cassa di Risparmio di Imola
c/o Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

Fondazione Enasarco
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Force Manner Co., Ltd.
27/F
Unit C-D
Wyndham Place Central
Hong Kong

Ford Credit Auto Owner Trust 2007-B c/o Ford
One American Road, Suite 2411
Dearborn, Michigan 48126-2701

Fortis Bank Hong Kong Branch
18/F, Three Exchange Square
8 Connaught Place Central
 Hong Kong

Fortis Investment Management Belgium NV/SA

Fox Rothschild LLP
100 Park Avenue, Suite 1500
New York, NY 10017-5551

Franklin American Mortgage Company
c/o Austin L. McMullen
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203-0025

Franklin Balanced Fund
Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Franklin Low Duration Total Return Fund
c/o Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Franklin Total Return Fund
c/o Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Fred Hutchinson Cancer Research Center
c/o Charles R. Ekberg
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Frederick Ferris Thompson Hospital
Harris Beach PLLC
c/o David M. Capriotti, Esq.
300 South State Street
Syracuse, NY 13202-2025

Freshfields Bruckhaus Deringer US LLP
520 Madison Avenue, 34th Floor
New York, NY 10022-4329

Frictionless Commerce, Inc.
Brown & Connery, LLP
Donald K. Ludman, Esquire
6 N. Broad Street
Suite 100
Woodbury, NJ 08096-4635

Fubon Bank (Hong Kong) Limited

Fuller Theological Seminary
c/o Shawn R. Fox
McGuireWoods LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0302

GDF SUEZ Energy Marketing North America
c/o Patty Tomasco
Matt Cavenaugh
Jackson Walker LLP
100 Congress Ave, Suite 1100
Austin, TX 78701-4042

GL Trade Americas Inc.
261 Madison Avenue, 16th Fl.
New York
, NY 10016-2303

GLG Credit Fund
c/o Klestadt & Winters, LLP
292 Madison Avenue
17th Floor
New York, NY 10017-6314

GLG Partners (Cayman) Ltd.
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0015

GLG Partners LP
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0015

GMO Credit Opportunities Fund
40 Rowes Wharf
Boston, MA 02110-3340

GN3 SIP Limited
c/o GoldenTree Asset Management, LP
300 Park Ave., 21st Floor
New York, NY 10022-7403

GRF Master Fund II, L.P.
c/o Anchorage Capital Group, L.L.C.
610 Broadway, 6th Floor
NY, NY 10012-2629

GRF Master Fund II, L.P.
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

GRF Master Fund L.P.
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

GSEF Al Nawras (Cayman) Limited
Vinson & Elkins LLP
666 Fifth Avenue, 26th Floor
New York, NY 10103-2600

GTAM TS Investment LLC
c/o GoldenTree Asset Management, LP
300 Park Avenue
21st Floor
New York, NY 10022-7403

Gartner, Inc., Gartner UK Limited, and Compu
c/o Julie A. Manning
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

General Helicopters International, LLC
c/o Chapman and Cutler LLP
Attn: James Heiser
111 West Monroe Street
18th Floor
Chicago, IL 60603-4023

Gentrification Ventures, L.L.C.
P.O. Box 7235
New York, NY 10150-7235

Georgetown University
c/o Arent Fox LLP, Christopher J. Giaimo
1050 Connecticut Avenue NW
Washington, DC 20036-5303

Geroa Pentsioak EPSV

Gesconsult S.A. SG LLC
c/o Hodgson Russ LLP
Attn:  Deborah J. Piazza, Esq.
60 E. 42nd Street, 37th Floor
New York, NY 10165-3700

Gilmartin, Poster & Shafto LLP
845 Third Avenue
New York, NY 10022-6617

Glencore Energy UK Ltd.

Global Thematic Opportunities Fund LP
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1405

Global Thematic Opportunities Fund LP, Panto
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1485

Goal Line Partners, L.L.C.
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704

Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI 53703-3300

GoldenTree High Yield Value Fund Offshore 11
c/o GoldenTree Asset Management, LP
300 Park Avenue, 21st Floor
New York, NY 10022-7403

GoldenTree Leverage Loan Master Fund, Ltd.
c/o GoldenTree Asset Management, LP
300 Park Ave., 21st Floor
New York, NY 10022-7403

Goldman Sachs (Asia) Finance

Goldman Sachs (Japan) Ltd.

Goldman Sachs Credit Partners L.P.
One New York Plaza, 42nd Floor
New York, NY 10004-1901

Goldman Sachs Lending Partners, LLC
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1405

Gomez Holdings, Inc.
Nestor L. Camacho, Treasurer
P.O. Box 3450
Mayaguez, PR 00681-3450

Government of Singapore Investment Corporati
c/o Sidley Austin
787 Seventh Avenue
New York, NY 10019-6018

Greenfield's OTP LLC
c/o Klein & Solomon LLP
275 Madison Avenue
11th Floor
Suite 1105
New York, NY 10016-1115

Groupama Asset Management on behalf of Group
58 bis rue la Boetie
75008
Paris France

HFF I, LLC
Sills Cumis & Gross P.C.
One Rockefeller Plaza
New York, NY 10020-2003

HFR Ed Select Fund IV Master Trust DTD 7/16/
767 Fifth Avenue, 17th Floor
New York, NY 10153-0028

HSBC Securities (Japan) Limited

HSBC Trinkaus & Burkhardt (International) S.
8 Rue Lou Hemmer
L-1748 Luxembourg-Findel
 Luxembourg

Hain Capital Group, LLC
301 Route 17
7th Floor
Rutherford, NJ 07070-2599

Hain Capital Holdings, Ltd.
301 Route 17 North, 7th floor
Rutherford, NJ 07070-2599

Halbis Distressed Opportunities Master Fund
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4614


Hale Avenue Borrower, LLC
c/o Platzer, Swergold et al
1065 Avenue of the Americas
18th Floor
New York, NY 10018-1878

Hank's Living Trust
c/o DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104

Harbinger Capital Partners Master Fund I, Lt
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4614


Harbinger Capital Partners Special Situation
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-5074

Harold Shamah 2010 Family Trust
C/O HIS Juveniles #1004
35 West 35th Street
New York, NY 10001-2205

Harris County
c/o John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064


Harrison Pastures, L.L.C.
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Philip Wells
New York, NY 10036-8704

Harvest SS, Ltd.
c/o Strategic Value Partners LLC
100 West Putnam Ave
Greenwich, CT 06830-5342

Health Care Service Corporation
300 East Randolph Street
Chicago, IL 60601-5099


Hebron Academy
Bernstein Shur Sawyer & Nelson
100 Middle Street
PO Box 9729
Portland, ME 04104-5029

Hebron Academy Incorporated
c/o Robert J. Keach
Bernstein Shur Sawyer & Nelson
P.O. Box 9729
100 Middle Street
Portland, ME 04101-4166

Hess Energy Power & Gas Company (UK) Limited


Hess Energy Power and Gas Company (UK) Limit

Heungkuk Life Insurance Co. Ltd.
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Hickok Place, L.L.C.
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704


Highbridge Asia Opportunities Master Fund, L

Highland Credit Strategies Master Fund, L.P.
Cole Schotz Meisel Forman & Leonard, P.A
Kenneth L. Baum, Esq.
900 Third Avenue, 16th Fl.
New York, NY 10022-4791

Hirakata Shinkin Bank
Accounting Division
14-36, Okahigashi-cho, Hirakata-shi
Osaka573-0032 Japan


Hodgson Russ LLP
Garry M. Graber, Esq.
60 E. 42nd Street, 37th Floor
New York, NY 10165-0050

Hof Hoorneman Investment Funds NV
Hof Hoornaman Bankiers
Oosthaven 52
2801 PE Gouda
 The Netherlands

Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022-7222


Holland & Knight LLP
31 W. 52nd Street
New York, NY 10019-6111

Holme Roberts & Owen LLP
c/o Bradford E. Dempsey
1700 Lincoln Street
Suite 4100
Denver, CO 80203-4541

ING BANK, FSB
c/o Pepper Hamilton LLP
Attn:  Deborah Kovsky-Apap
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157


ING Belgium S.A./N.V.

INTERNATIONAL FINANCE CORPORATION
450 LEXINGTON AVENUW
NEW YORK, NY 10017-3904

Iberdrola Genercion, S.A. Unipersonal
c/ Tomas Redondo, no 1
28033 Madrid

Illiquidix LTD
107-111 Fleet Street
LondonEC4A 2AB United Kingdom

InfoSpace
601 108th Avenue, NE
Bellvue, WA 98004-4374

Informal Group of Taiwan Financial Instituti

Informal Noteholder Group
c/o Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022-2524

Informatica Corporation
2100 Seaport Blvd.
Redwood City, CA 94063-5596

Ingram Pension Plan / NY Life Co. TTEE Ingra
Ingram Industries Inc.
4400 Harding Road
Nashville, TN 37205-2204

Instituto de Credito Oficial
c/o Lovells LLP
590 Madison Avenue
New York, NY 10022-2524

Interface Cable Assemblies and Services Corp
42-19 23rd Avenue
Long Island City, NY 11105-1510

Internap Network Services Corporation
250 Williams Street
Atlanta, GA 30303-6002

Intersil Corporation
1650 Robert A. Conlon Boulevard, NE
Palm Beach, FL 32905

Intersil Europe SaRL, Inc.

Intralot S.A.
c/o Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-0005

Intuition Publishing, Inc.
245 Fifth Avenue
Suite 2204
, NY 10016-8714

InverCaixa Gestion SGIIC SAU

Invesco Municipal Fund
c/o Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Invesco Van Kampen Equity and Income Fund
c/o Mark J. Dorval
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Invesco Van Kampen International Growth Fund
c/o Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Investcorp Interlachen Multi-Strategy Master
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1485

Investec Bank (Switzerland) AG

Ipreo Holdings, LLC
1359 Broadway
2nd Floor
New York, NY 10018-7123

Irell & Manella LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660-6323

Iron Mountain Information Management, Inc.
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110-1610

Ironbridge Homes, LLC
P.O. Box 10493
Aspen, CO 81612-7329

Ironbridge Mountain Cottages, LLC
P.O. Box 10493
Aspen, CO 81612-7329

Ironbridge Property Owners Association
c/o Connolly, Rosania & Lofstedt, P.C.
950 Spruce St., Ste. 1C
Louisville, CO 80027-1977

Israel Discount Bank Of New York

J.C. Abrahamse BV
Brigantijnstraat 55
1503  BR Zaandam
 The Netherlands

J.P. Morgan Securities LLC
1 Chase Square, Floor 25
Rochester, NY 14643-0001

JPM Funds
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4614

JPMORGAN CHASE BANK, N.A.
270 Park Avenue
NY, NY 10017-2014

JPMORGAN CHASE BANK, N.A.
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

JPMorgan Securities Japan Co. Ltd.

Jade Tree I, L.L.C.
P.O. Box 6463
New York, NY 10150-6463


Janus Systems S A
Intl TecnoPark of Panama
Bldg 218 Aptdo 10701
El Dorado
City of Knowledge Panama

Japan Loans Opportunities B.V.

Japan Net Bank, Ltd.


Jefferies Leveraged Credit Products, LLC
One Station Place
Three North
Stamford, CT 06902

Joint Administrators of UK Administration Co

Jones Day
222 East 41st Street
New York, NY 10017-6727


Jorvik Multi-Strategy Master Fund, L.P.
767 Fifth Avenue, 17th Floor
New York, NY 10153-0028

KING STREET ACQUISITION COMPANY, L.L.C.
65 East 55th Street
30th Floor
New York, NY 10022-3358

KKR Debt Investors (2006) (Ireland) L.P.
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018


KSC Affordable Housing Investment Fund, LLC
550 California Ave., Suite 330
Palo Alto, CA 94306-1441

Kalaimoku-Kuhio Development Corp.
c/o Levene, Neale, Bender, Rankin, Brill
10250 Constellation Blvd.
Ste. 1700
Los Angeles, CA 90067-6253

Karl Joseph Thoma
7239 Reserve Creek Drive
Port St. Lucie,, FL 34986-3220


Kaupthing hf.
Borgartuni 19
Reykjavik
 Iceland

Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

King Street Capital Master Fund, Ltd.
65 East 55th Street
30th Floor
New York, NY 10022-3358


King Street Capital, L.P.
65 East 55th Street
30th Floor
New York, NY 10022-3358

King Street Parties
c\o Schulte Roth & Zabel LLP
919 Third Avenue
Attn:  Lawrence Gelber
New York, NY 10022-3921

Klestadt & Winters, LLP
570 Seventh Avenue, 17th Floor
New York, NY 10018-1624


Kleyr Grasso Associes
122, rue Adolphe Fischer
L-2015 Luxembourg
 Luxembourg

Kline Galland Center
c/o Christine M. Tobin-Presser
Bush Strout & Kornfeld
601 Union Street #5000
Seattle, WA 98101-2373

Knighthead Master Fund, L.P.
Knighthead Capital Management
623 Fifth Avenue, 29th Floor
New York, NY 10022-6831


Knowle Limited
Clarendon House
2 Church Street
Hamilton HM 11 Bermuda

Kobre & Kim LLP
800 Third Ave
New York, NY 10022-7775

Korea Development Bank


Korea Investment & Securities Co., LTD.

Kraft Foods Finance Europe AG

Kraft Foods Inc.
Hogan & Hartson
601 Northwest Avenue
875 Third Avenue
New York, NY 10022-7222

Kramer, Levin, Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022-3902

LBCCO-1, L.L.C.
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704

LGT Bank (Switzerland) Ltd.


LH1440
123 West 18th St., 8th Fl.
New York, NY 10011-4127

LMA SPC for and on Behalf of MAP 89 Segregat

LMA SPC for and on behalf of MAP I Segregate
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018


LMA SPC for and on behalf of Map 84 Segregat

LRI Invest, S.A.
c/o Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022-6225

LSF6 Mercury REO Investments Trust Series 20
Shapiro, DiCaro, & Barak, LLP
250 Mile Crossing Blvd
Suite One
Rochester, NY 14624-6242


LUXEMBOURG RESIDENTIAL PROPERTIES LOAN FINAN
1271 Avenue of the Americas
New York, NY 10020-1300

LUXEMBOURG TRADING FINANCE S.a.r.l.
1271 Avenue of the Americas
New York, NY 10020-1300

Lagan Partners, L.L.C.
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704


Lahde Capital Management, LLC
c/o DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104

Larsen & Toubro Infotech, Ltd.
2035 Lincoln Highway
Suite 3005
Edison Square West
Edison, NJ 08817-3353

Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834


Latshaw Drilling Company, LLC
c/o Satterlee Stephens Burke & Burke LLP
230 Park Ave., Suite 1130
New York, NY 10169-1199

Laurel Cove Development, LLC
c/o Berkman Henoch Peterson & Peddy, PC
100 Garden City Plaza
Garden City, NY 11530-3203

Law Debenture Trust Company of New York, as
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1405


Lehman Brothers Bankhaus AG (in Insolvenz)
Barckhausstr. 12-16
D-60325 Frankfurt
 Germany

Lehman Brothers Finance Asia Pte. Ltd. (In C

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019-6801


Lehman Brothers Japan Inc.

Lehman Brothers Offshore Partners Ltd.
1271 Avenue of the Americas, 38th Floor
New York, NY 10020-1309

Lehman Brothers Special Financing Inc.
1271 Sixth Avenue
New York, NY 10020-1300


Lehman Hong Kong Liquidators

Leveraged Loans Europe plc
c/o Klestadt & Winters, LLP
292 Madison Avenue
17th Floor
New York, NY 10017-6314

Lewtan Technologies, Inc.
300 Fifth Avenue
Waltham, MA 02451-8778


Liberty Mutual Insurance Europe Limited

Liberty Spain Life

Liberty Square CDO I, Ltd. and Liberty Squar
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1405

Limtong Manuel Tan

Lincoln National Corporation and Its Affilia
c/o Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Linn Energy, LLC
c/o Donald Workman
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

Lionel Dardo Occhione
Pasate Bollini
Caba
Buenos Aires1425 Argentina

Liquidators of Lehman Brothers Australia Lim

Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, NJ 07601-6205

Litton Loan Servicing, LP
PO BOX 829009
DALLAS, TX 75382-9009

Lloyds TSB Bank plc (Geneva Branch)
c/o Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022-6225

Longacre Institutional Opportunity Fund, L.
810 Seventh Avenue, 33rd Floor
New York, NY 10019-5869

Longacre Institutional Opportunity Fund, L.P
Attn: Vladimir Jelisavcic
810 Seventh Avenue
Floor 33
New York, NY 10019-5869

Longacre Master Fund II, L.P.
810 Seventh Ave, 33rd Floor
New York, NY 10019-5869

Longacre Master Fund, LTD.
810 Seventh Avenue, 22nd Floor
New York, NY 10019-5869

Longacre Opportunity Fund, L.P.
810 Seventh Ave, Floor 33
New York, NY 10019-5869

Longacre Opportunity Fund, L.P.
810 Seventh Ave, Floor 33
Attn: Vladimir Jelasivcic
New York, NY 10019-5869

Longwood at Oakmont, Inc.
c/o David F. Heroy
Baker & McKenzie LLP
One Prudential Plaza
Suite 3500
Chicago, IL 60601

Loomis St. LLC
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704

Loomis Street, L.L.C.
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704

Louisiana Sheriff's Pension and Relief
c/o Richard W. Martinez
228 St. Charles Ave., Suite 1310
New Orleans, LA 70130-2644

Lovells LLP
590 Madison Avenue
New York, NY 10022-2524

Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791

Luminus Energy Partners Master Fund Ltd.
c/o Luminus Management, LLC
1700 Broadway
38th Floor
New York, NY 10019-5905

Lusardi Construction Company
c/o Dennis J. Wickham, Esq.
750 B Street
Suite 2100
San Diego, CA 92101-8177

Luxembourg Residential Properties Loan Finan
19, rue de Bitbourg, L-1273
c/o GT Feduciaries S.A.
Luxembourg

Lyxor/York Fund Limited
767 Fifth Avenue, 17th Floor
New York, NY 10153-0028

Lyxor/York Fund, Ltd.
c/o York Capital Management
767 Fifth Avenue, 17th Floor
New York, NY 10153-0028

M. Arthur Gensler Jr. & Associates, Inc.
Gensler-Architecture, Design & Planning
c/o Bradford E. Dempsey
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541

M.H. Davidson & Co.
65 East 55th Street, 19th Floor
New York, NY 10022-3355

MAP 98 Segregated Portfolio of LMA SPC
225 W. Washington Street
Suite 1450
Chicago, IL 60606-3484

MF Global UK Limited

MZ57, L.L.C.
P.O. Box 8301
New York, NY 10150-8301

Mack-Cali Realty LP
Wolff & Samson PC
c/o David N. Ravin, Esq.
One Boland Drive
West Orange, NJ 07052-3687

Macquarie Bank Limited
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Malayan Banking Berhad
Maybank
400 Park Ave, 9th Floor
New York, NY 10022-9478

Malaysian Airline System Berhad
1633 Broadway
46th Floor
New York, NY 10019-6708

Mansfield ISD
c/o Elizabeth Banda, Esq.
Perdue, Brandon, Fielder,et al
P. O. Box 13430
Arlington, TX 76094-0430

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
1100 WHERLE DRIVE
WILLIAMSVILLE NY 14221-7748

Map 139 Segregated Portfolio of LMA SPC
7 Times Square
Suite 3505
New York, NY 10036-6504

Map 502, a Sub-Trust of LMA Ireland
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Mariner Investment Group, LLC
c/o Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-0005

Mariner LDC
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1485

Mariner-Tricadia Credit Strategies Master Fu
c/o Winston & Strawn llp
200 Park Avenue
New York, NY 10166-0005

Marshall Funds, Inc. and Marshall & Ilsley T
c/o Timothy F. Nixon
Godfrey & Kahn, S.C.
780 North Water Street
Milwaukee, WI 53202-3590

Marshgate Investments, LLC
c/o Elliott Management Corporation
40 West 57th Street
New York, NY 10019-4001

Mason Capital Management LLC
Mason Capital Management LLC
110 East 59th Street
30th Floor
New York, NY 10022-1324

MassMutual Asia Limited
c/o Bingham McCutchen
399 Park Avenue
New York, NY 10022-4614

Massachusetts Water Resources Authority
c/o Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York, NY 10017-6314

Massdevelopment/Saltonstall Building Redevel
EAPD
111 Huntington Ave
Boston, MA 02199-7610

MatlinPatterson Distressed Opportunities Mas
Attn: Raph Posner
520 Madison Avenue
35th Floor
New York, NY 10022-4350

Maximilian Partners, L.L.C.
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Philip Wells
New York, NY 10036-8704

Mayer Brown LLP
1675 Broadway
New York, NY 10019-5889

McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

McKenna Long & Aldridge LLP
230 Park Avenue
Suite 1700
New York, NY 10169-0005

McLennan County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson
P.O. Box 17428
Austin, TX 78760-7428

Memorial Hospital
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Menter, Rudin & Trivelpiece, P.C.
Attn:  Kevin M. Newman, Esq.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1439

Merle Chase LLC
711 5th Avenue
New York, NY 10022-3111

Merrick Place, L.L.C.
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704

Merrill Lynch Credit Products, LLC
Bnak of America Tower- 3rd Floor
One Bryant Park
New York, NY 10036-6728

Merrill Lynch Credit Products, LLC
c/o Bank of America Tower - 3rd Floor
One Bryant Park
New York, NY 10036-6728

Merrill Lynch Credit Products, LLC
c/o Bank of America Merrill Lynch
One Bryant Park
New York, NY 10036-6728

Merrill Lynch International Bank Limited, Lo
BofA ML Financial Centre
2 King Edward Street
LondonEC1A 1HQ United Kingdom

Merrill Lynch Japan Finance Co., Ltd.

Merrill Lynch Japan Securities Co. Ltd.

Merrill Lynch Portfolio Management, Inc. and
c/o Peter J. Barrett, Esquire
1111 East Main Street, Suite 800
Richmond, VA 23219-3521

Merrill Lynch, Pierce, Fenner & Smith Incopo
c/o Bank of America, N.A.
Legal Department
One Bryant Park
18th Floor
New York, NY 10036-6743

Metropolitan Life Insurance Company
c/o Bingham McCutchen LLP
Attn:  Mark W. Deveno
One State Street
Hartford, CT 06103-3102

Metropolitan Transportation Authority
c/o Nixon Peabody LLP
Attn: Mark Berman
100 Summer Street
Boston, MA 02110-2131

Metropolitan West Asset Management, LLC
11766 Wilshire Boulevard
Suite 1580
Los Angeles, CA 90025-6576

Michael Ainslie, John F. Akers, Roger S. Ber
c/o Dechert LLP
Attn: Adam Wasserman
1095 Avenue of the Americas
New York, NY 10036-6797

Michigan State Housing Development Authority
Michigan Department of Attorney General
PO Box 30754
Lansing, MI 48909-8254

Microsoft Corporation and Microsoft Licensin
c/o Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1065

Middle East Shipping
Agencies Overseas Ltd
19 Miltiadou Str
Glyfada16675 Greece

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1401

Millennium International, Ltd.
666 Fifth Avenue
New York, NY 10103-0001

Millennium Marketing & Management Pty, Ltd.
c/o Holme Roberts & Owen LLP
Attn:  Kerry Moynihan, Esq.
800 W. Olympic Blvd., 4th Fl.
Los Angeles, CA 90015-1367

Minardi Capital Corp.
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0245

Missouri Department of Revenue
P.O Box 475
Jefferson City, MO 65105-0475

Mitsui Company
14-2 Akasaka 2Chome
Minato-ku107-0052 Tokyo Japan

Mobius Management Systems, Inc.
One Ramada Plaza
New Rochelle, NY 10801-5766

Monarch Alternative Solutions Master Fund Lt
c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022-4255

Monarch Capital Master Partners II LP
c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022-4255

Monarch Capital Master Partners II-A LP
c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022-4255

Monarch Capital Master Partners LP
c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022-4255

Monarch Cayman Fund Limited
c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022-4255

Monarch Debt Recovery Master Fund Ltd
/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022-4255

Monarch Master Funding Ltd
c/o Monarch Alternative Capital LP
535 Madison Avenue
26th Floor
New York, NY 10022-4255

Monarch Opportunities Master Fund Ltd
c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022-4255

Monarch Research Alpha Master Fund Ltd
c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022-4255

Monti Family Holding Company, Ltd
c/o Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, NY 11554-1571

Moody's Investors Service
c/o Satterlee Stephens Burke & Burke LLP
230 Park Avenue
Suite 1130
New York, NY 10169-1199

Moore Macro Fund, L.P.
c/o Moore Capital Managment, L. P.
1251 Avenue of the Americas
53rd Floor
New York, NY 10020-1189

Morgan Stanley Alpha Advantage European Fixe
c/o Julie M. Murphy, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Morgan Stanley Credit Products Japan Co., Lt

Morgan Stanley Institutional Fund Trust, Mun
c/o Julie M. Murphy, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Morgan Stanley Senior Funding, Inc.
1585 Broadway
New York, NY 10036-8200

Morrison & Foerster LLP
1290 Avenue of Americas
New York, NY 10104-0050

Mount Kellet Capital Management LP
623 5th Avenue Fl 18
New York, NY 10022-9139

Mount Kellett Master Fund II, L.P.
623 Fifth Avenue - 18th Floor
New York, NY 10022-9139

Multiple Creditors Represented By Chadbourne
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0015

NFA - National Futures Association
300 S. Riverside Plaza
Suite 1800
Chicago, IL 60606-6615

NYSE Euronext, Inc. and New York Stock Excha
Curtis, Mallet-Prevost, Colt & Mosle
101 Park Avenue
New York, NY 10178-0002

Nagy-Koppany Ugyvedi Iroda
KNP Law Nagy Koppany Varga and Partners
Mahart Haz, 5, emelet
1051 Budapest
Vigado Utca 2
 Hungary

Nakanishi Gakuen
57 Takenoyama, Invaski-cho
Nissin-shi, Aichi470-0197 Japan

National Australia Bank Limited
245 Park Avenue
Floor 28
New York, NY 10167-2800

National Bank of Canada

National Bank of Canada Inc., National Bank

Nationwide Fund Advisors
c/o Paul A. Patterson
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Natixis Financial Products LLC
9 West 57th Street, 36th Floor
New York, NY 10019-2704

Natixis S.A.
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Nebraska Investment Finance Authority
Omaha, NE

NetApp, Inc.
Latham & Watkins LLP
355 South Grand Ave.
Los Angeles, CA 90071-1560

Neuberger Berman Management, LLC
605 Third Avenue
New York, NY 10158-3698

New England Life Insurance Company

New York State Common Retirement Fund
New York State Comptroller
Thomas P. DiNapoli, as Sole Trustee
c/o Entwistle & Cappucci LLP
280 Park Avenue, 26th Floor West
New York, NY 10017-1216

New York State Department of Labor

New York State Department of Taxation and Fi

Newtonville Partners L.L.C.
c/o Ropes & Gray LLP
One International Place
ATTN: D. Ross Martin
Boston, MA 02110-2624 United States of A

Newtonville Partners, L.L.C.
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704

Nexen Energy Marketing Europe Limited

Nexstar Developing Opportunities Master Fund
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1405

Niscayah, Inc.
c/o Richard Conn, Esq
Musick Peeler & Garrett LLP
One Wilshire Boulevard, Suite 2000
Los Angeles, CA 90017-3886

Noonday Offshore, Inc.
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111-3511

Nordea Bank AB (publ)


Nordea Bank Finland Plc

Normandy Hill Capital, L.P.
150 East 52nd Street
, NY 10022-6218

Northumbrian Management, L.L.C.
P.O. Box 8284
New York, NY 10150-8284


Nutter, McClennen & Fish LLP
Seaport West
155 Seaport Blvd.
Boston, MA 02210-2604

OCP Investment Trust
Onex Credit Partners, LLC
910 Sylvan Avenue
Englewood Cliffs, NJ 07632-3306

OMX Timber Finance Investments II, L.L.C.
c/o Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York, NY 10017-6314


OZ Asia Master Fund, Ltd.

OZ Europe Master Fund, Ltd.

OZ Special Master Fund, Ltd. c/o Och-Ziff Ca
9 W. 57th Street, 13th Floor
New York, NY 10019-2604


Oak Hill Credit Partners IV Limited
1114 Avenue of the Americas
New York, NY 10036-7703

Oakford MF Limited
c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022-4255

Oaklawn Psychiatric Center
c/o Shawn R. Fox
McGuireWoods LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0302


Objecting Parties
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0015

Oddo & Cie
12 bd de la Madeleine
Paris75440 France

Odeon Capital Group LLC
750 Lexington Avenue
Suite 26A
New York, NY 10022-9811


Office of Thrift Supervision
1700 G Street, N.W.
Washington, DC 20552-0003

Oklahoma Municipal Power Authority
PO Box 1960
Edmond, OK 73083-1960

Olivant Investments Switzerland SA


OneWest Bank, FSB
c/o Foster Pepper PLLC
Att: Dillon E. Jackson, Esq.
1111 Third Avenue, Suite 3400
Seattle, WA 98101-3264

Onex Debt Opportunity Fund, Ltd.
Onex Credit Partners, LLC
910 Sylvan Avenue, Suite 100
Englewood Cliffs, NJ 07632-3306

Ontario Teacher's Pension Plan Board


Open Solutions Inc.
c/o Julie A. Manning, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Optique Pty Ltd ATF Optique Super Pension Fu

Oracle USA, Inc.
Buchalter Nemer, P.C.
c/o Shawn M. Christianson
333 Market Street, 25th Floor
San Francisco, CA 94105-2126


Ore Hill Hub Fund Ltd.
Ore Hill Partners LLC
650 Fifth Avenue, 9th Floor
New York, NY 10019-6108

Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

Osterreichische Volksbanken-Aktiengesellsch
c/s DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104

P Monarch Recovery Ltd
c/o Monarch Alternative Capital LP
535 Madison Avenue, Floor 26
New York, NY 10022-4255

PBC Financing PLC
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

PCI Fund L.L.C.
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

PIMCO Cayman Japan CorePlus Seg. Portfolio

PJM Interconnection, L.L.C.
c/o Jeffrey Kurtzman, Esquire
Klehr, Harrison, Harvey, Branzburg & Ell
260 S. Broad Street
Philadelphia, PA 19102-5021

PNC Bank, National Association
c/o H. Marc Tepper, Esquire
Buchanan Ingersoll & Rooney PC
620 Eighth Ave., 23rd Fl.
New York, NY 10018-1669

PP Opportunities LTD
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

PT Bank Negara Indonesia

Panvest Ltd
21 Third Avenue
Singapore266594 Singapore

Parties Listed on Exhibit "A"

Paulson Credit Opportunities Master Ltd.
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Paulson Enhanced LTD
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Paulson International LTD
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Paulson Partners Enhanced LP
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Paulson Partners LP
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Penn Mutual Life Insurance Company
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Pennslyvania
c/o Duane Morris LLP
1540 Broadway
New York, ny 10036-4039

Pennsylvania Public School Employees' R
c/o Duane Morris LLP
1540 Broadway
New York, NY 10036-4039

Pension Benefit Guaranty Corporation
Office of Chief Counsel
1200 K Street, N.W.
Washington, DC 20005-4026

Pentwater Capital Management, LP
227 W. Monroe
Chicago, IL 60606-5099

Perkins Coie LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099

Permal Stone Lion Fund Ltd.
c/o Stone Lion Capital Partners L.P.
461 5th Avenue
14th Floor
Attn: Claudia Borg
New York, NY 10017-7719

Permal York, Ltd.
767 Fifth Avenue, 17th Floor
New York, NY 10153-0028

Perry Partners International, Inc.
c/o Perry Capital
767 Fifth Avenue, 19th Floor
New York, NY 10153-0061

Perry Partners, L.P.
c/o Perry Capital
767 Fifth Avenue, 19th Floor
New York, NY 10153-0061

Perry Principals LLC
c/o Perry Capital
767 Fifth Avenue, 19th Floor
New York, NY 10153-0061

Petroleum Realty Investment Partners, L.P.
c/o Arthur J. Spector
Berger Singerman, P.A.
2650 North Military Trail, Suite 240
Boca Raton, FL 33431-6346

Piney Branch Park Inc.
Hogan Lovells US LLP
Attn: Chris Donoho
875 Third Avenue
New York, NY 10022-7222

Piper Jaffray & Co.
c/o Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-0005

Plymouth park tax services, LLC D/B/A Xspand
c/o Juda J. Epstein, Esq.
3543 Main Street
Second Floor
Bridgeport, ct 06606-3626

Presbyterian SeniorCare
C/O David F. Heroy
Baker & McKenzie LLP
130 East Randolph St.
Suite 3500
Chicago, IL 60601-6314

President Securities (Hong Kong) Limited
Units 2603-6, 26/F, Infinitus Plaza
199 Des Voeux Road Central
Hong Kong

Prime Capital Master SPC, GOT WAT MAC Segreg
c/o Waterstone Capital Management, L.P.
2 Carlson Parkway
Suite 260
Plymouth, MN 55447-4477

Primeshares
261 Fifth Avenue
22nd Floor
New York, NY 10016-7701

Principal Global Investors (Europe) and Prin
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Principal Life Insurance Co.
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Procesos Controlodas S.A. De C.V.
c/o Joseph L. Fox
60 East 42nd Street
Suite 2231
New York, NY 10165-6232

Property Asset Management Inc.
c/o Rosicki Rosicki & Associates, P.C.
51 East Bethpage Road
Plainview, NY 11803-4224

Property Asset Managment Inc.
c/o Rosicki Rosicki & Associates, P.C.
51 East Bethpage Road
Plainview, NY 11803-4224

Provendor Liquidity LLC
c/o Elliott Management Corporation
40 West 57th Street
New York, NY 10019-4001

Puget Sound Energy, Inc.
411 108th Avenue N.E.
P.O. Box 97034
Bellevue, WA 98009-9734

Pursuit Capital Partners Master (Cayman) Ltd
333 Ludlow Street North Tower
4th Floor
Stamford, CT 06902-6991

Pursuit Opportunity Fund I Master Ltd.
333 Ludlow Street, North Tower
4th Floor
Stamford, ct 06902-6991

Putnam Investments, LLC and Affliates
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4614

QVT Financial LP
Lovells LLP
590 Madison Avenue
New York, NY 10022-2524

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010-1603

REPE ARCHSTONE GP HOLDINGS, LLC
1271 Avenue of the Americas
New York, NY 10020-1300

RGM Trading International Limited
221 West 6th Street
Suite 1600
Austin, TX 78701-3422

RLT Holdings 2008-2, L.L.C.
c/o Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Attn: Jonathan Reisman
Boston, MA 02199-3600

RTE-CNES
c/o Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-0005

Raiffeisen Zentralbank Osterreich Aktiengese
Raiffeisen Zentralbank Osterreich AG
AM Stadpark 9
Wien1030 Austria

Rakepoll Finance N.V.
c/o DLA Piper LLP (US)
Attn.: Timothy W. Walsh, Esq.
1251 Avenue of the Americas
New York, NY 10020-0073

Realclub Holdings LLC
c/o Richards Kibbe & Orbe
Attn: Larry Halperin
One World Financial Center
New York, NY 10281-1098

Red House Finance, Ltd.
6 temasek Boulevard
nr 09-05 Suntect Tower four
Signapore038986 Signapore

Redwood Master Fund, L.P.
910 Sylvan Avenue
Englewood Cliffs, NJ 07632-3306

Redwood Master Fund, Ltd.
910 Sylvan Avenue
Attn: Jonathan Kolatch
Englewood Cliffs, NJ 07632-3306

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7684

Regions Bank
c/o Susan Keith Baker
315 Deaderick Street, 4th Floor
Nashville, TN 37238-3000

Reliant Energy Services, Inc. and Reliant En

Reserve Management Company Inc
c/o Duane Morris LLP
1540 Broadway
New York, NY 10036-4039

Resrv Partners, Inc.,
c/o Duane Morris LLP
1540 Broadway
New York, NY 10036-4039

Restoration Holdings LTD
325 Greenwich Ave.
3rd Floor
Greenwich, CT 06830-6549

Retirement Housing Foundation
c/o Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York, NY 10017-6314


Richard S. Fuld, Jr.; Christopher M. O'
c/o Dechert LLP
attn: Adam Wasserman
1095 Avenue of the Americas
New York, NY 10036-6797

Rizal Commercial Banking Corporation
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, DC 20005-1723

Robinson Brog Leinwand Greene Genovese & Glu
875 Third Avenue, 9th floor
New York, NY 10022-0123


Rogge Global Partners PLC on behalf of its c

Rosslyn Investors I, LLC
10 East 53rd Street
37th Floor
New York, NY 10022-5056

Royal Bank Of Canada


Royal Bank of Canada (Channel Island Ltd)

Royal Bank of Canada (Channel Islands) Limit

Royal Bank of Scotland plc


SAGA 400 LIMITED
SAGA 400 LIMITED
The Saga Building
Enbrook Park
Folkestone
KentCT20 3SE UK

SASC 2007-BC4 A4 II, LLC
c/o Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

SASC 2007-BC4 A4, LLC
c/o Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

SASC 2007-BNC1 LLC
c/o Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

SCOR Holding (UK) Limited
10 Lime Street
LondonEC3M 7AA UK

SPCP Group, L.L.C., as Agent for Silver Poin
c/o Day Pitney LLP
One Jefferson Road
Parsippany, NJ 07054-2833

SUMMIT SYSTEMS, INC.
22
22 CORTLANDT STREET
NEW YORK, NY 10007-3146

Sacamano Partners, L.L.C.
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704

Saint Joseph's University
c/o Michael J. Cordone, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Salans
620 Fifth Avenue
New York, NY 10020-2400

Salem Five Cents Savings Bank
210 Essex Street
Salem, MA 01970-3793

Sandra Hahn-Colbert
70 Beaver Brook Road
Holmes, NY 12531-5363


Sansar Capital Holdings, Ltd.
16 Raffles Quay #40-02A
Hong Leong Building
 Singapore, 048581

Santa Fe Partners LLC
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

Satterlee Stephens Burke & Burke LLP
230 Park Avenue
Suite 1130
New York, NY 10169-0079


Satyam Computer Services, Ltd.
c/o Kermit A. Rosenberg, Esq.
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Ave., NW, Suite 300
Washington, DC 20006-4642

Schram-Defonseca
Jozef Mulslaan 6
B2950 Kapellan
 Belgium

Scoggin Capital Management II
600 Madison Avenue, 20th Floor
New York, NY 10022-1615

Scoggin International Fund, Ltd
600 Madison Avenue, 20th Floor
New York, NY 10022-1615

Scoggin Worldwide Fund, Ltd
600 Madison Avenue, 20th Floor
New York, NY 10022-1615

Scottwood Master LTD
33 Benedict Place
Greenwich, CT 06830-5323


Seattle Pacific University
3307 3rd Ave. W
Seattle, WA 98119-1997

SecondMarket, Inc.
26 Broadway
12th Floor
New York, NY 10004-1703

Secretary of United States Department of Lab
P.O. Box 1914
Washington D.C 20013-1914


Securities and Exchange Commission
3 World Financial Center
New York, NY 10281-1022

Seniors Civil Liberties Association, Inc.
PO Box 5014
Clearwater, FL 33758-5014

Serengeti Lycaon MM L.P.
632 Broadway, 12th Floor
New York, NY 10012-2614


Serengeti Opportunities Partners LP
632 Broadway, 12th Floor
New York, NY 10012-2614

Serengeti Overseas Ltd.
c/o Serengeti Asset Management LP
632 Broadway
12th Floor
New York, NY 10012-2614

Serengeti Partners L.P.
632 Broadway, 12th Floor
New York, NY 10012-2614


Serengeti Partners LP
c/o Serengeti Asset Management LP
632 Broadway
12th Floor
New York, NY 10012-2614

Serengeti Rapax MM L.P.
c/o Serengeti Asset Management LP
632 Broadway, 12th Floor
Attn: Shaker Choudhury
New York, NY 10012-2614

Shamah 2000 Family Trust
C/O Harold Shamah
125 Exeter Street
Brooklyn, NY 11235-3723


Shell Energy North America (US), L.P.
909 Fannin, Plaza Level 1
Houston, TX 77010-1014

Shell Trading (US) Company
910 Fannin, Plaza Level 1
Houston, TX 77002

Shinhan Investment Corp.
8th Floor, 23-2 Yoido-dong
Youngdeungpo-Gu Seoul150-721 South Korea


Shinsei Bank, Limited
Vinson & Elkins LLP
666 Fiifth Avenue, 26th Floor
New York, NY 10103

Shinsei Securities Co., Ltd
2-1-8 Uchisaiwai-cho,
Chiyoda-ku
Tokyo Japan

Shipman & Goodwin LLP
Att: Julie A. Manning, Esq.
One Constitution Plaza
Hartford, CT 06103-1919


Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6088

Siller Wilk LLP
Siller Wilk LLP
675 Third Avenue
New York, NY 10017-5704

Sills Cummis & Gross P.C.
650 College Road East
Princeton, NJ 08540-6603


SilvermanAcampora LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753-2702

Simpson Meadows
101 Plaza Drive
Downingtown, PA 19335-5370

Singapore Airlines Ltd.


Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Skandiabanken AB (publ)

Skandinaviska Enskilda Banken AB
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

Smith Breeden Associates
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6050

Solus Alternative Asset Management LP, on be

Somerset Properties SPE, LLC
c/o Rabinowitz, Lubetkin & Tully, L.L.C.
293 Eisenhower Parkway
Suite 100
Livingston, NJ 07039-1711


Soros Fund Management LLC
888 Seventh Avenue
33rd Floor
New York, NY 10106-2899

South Jersey Hospital, Inc.
Giordano, Halleran & Ciesla, PC
c/o Donald F. Campbell, Jr., Esq.
125 Half Mile Road
Suite 300
Red Bank, NJ 07701-6777

Southern California Edison Company
2244 Walnut Grove Ave
Rosemead, CA 91770-3714


(p)SOUTHERN COMMUNITY BANK AND TRUST
P O BOX 26134
WINSTON SALEM NC
27114-6134

Southern Community Financial Corporation
4605 Country Club Road
Winston-Salem, NC 27104-3519

Special Value Expansion Fund, LLC
c/o Tennenbaum Capital Partners, LLC
2951 28th Street
Suite 1000
Santa Monica, CA 90405-2993


Special Value Master Fund, Ltd.
c/o Special Value Partners, LLC
100 West Putnam Avenue
Greenwich, CT 06830-5342

Special Value Opportunities Fund, LLC
c/o Tennenbaum Capital Partners, LLC
2951 28th Street
Suite 1000
Santa Monica, CA 90405-2993

Staes
Reigersdreef 2
Schilde
B-2970
Belgium


Stagg, Terenzi, Confusione & Wabnik, LLP
401 Franklin Avenue
Garden City, NY 11530-5942

Standard Charter Bank Private Bank Singapore

Standard Charter Private Bank Singapore


Standard Chartered Bank
Lovells LLP
590 Madison Avenue
New York, NY 10022-2524

Standard Chartered Bank (Hong Kong) Limited
21 /F Standard Chartered Tower
388 Kwun Tong Road
Hong Kong

Standard Chartered Bank (Singapore Branch)
Marina Bay Financial Centre (Tower 1)
8 Marina Bay Boulevard, Level 28
Singapore 018981 China


Stanford Hospital and Clinics
300 Pasteur Drive
MC 5554
Stanford, CA 94305-2295

State Of Michigan, Department Of Treasury
3030 W Grand Blvd
Ste 10-200
Detroit, MI 48202-6030

State of Michigan, Department of Treasury, R
P O Box 30754
Lansing, MI 48909-8254


Steiger Associates L.P.
c/o Law Offices of Donald Watnick
122 Easat 42nd Street
Suite 606
New York, NY 10168 U.S.

Stevens & Lee, P.C.
485 Madison Avenue
New York, NY 10022-5813

Stichting The IAMEX Value Foundation
Keizersgracht 268
Amsterdam1016 EV Netherlands


Stichting The Value Foundation
Keizersgracht 268
Amsterdam1016 EV Netherlands

Stone Lion Portfolio L.P.
Stone Lion Capital Partners, L.P.
461 5th Avenue, 14th Floor
New York, NY 10017-7719

Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018


Strategic Value Master Fund, Ltd.
c/o Strategic Value Partners, LLC
100 West Putnam Avenue
Greenwich, CT 06830-5342

Strategic Value Special Situations Master Fu

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

| | | |
|---|---|---|
| Sullivan & Worcester LLP<br>One Post Office Square<br>Boston, MA 02109-2129 | SumTotal Systems, Inc.<br>c/o J. Michael Kelly<br>Cooley Godward Kronish LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-3580 | Summit Capital Partners, LP<br>1984 E. 1st St.<br>Brooklyn, NY 11223-2943 |
| Sunken Ledge, LLC<br>c/o Ropes & Gray LLP<br>1211 Avenue of the Americas<br>Attn: Adam Reiss<br>New York, NY 10036-8704 | Suntrust Banks, Inc.<br>Darryl S. Laddin<br>171 17th Street, NW<br>Suite 2100<br>Atlanta, GA 30363-1031 | Surplus Link Limited<br>Room 1705-8, 17/F.<br>St. George's Building<br>2 Ice House Street<br>Central Hong Kong |
| Svenska Handelsbanken AB (publ) | Swearengen Place, L.L.C.<br>c/o Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Attn: Lisa Ragosta<br>Boston, MA 02199-3600 | Swedbank AB (publ.) |
| Swedbank AB, New York Branch<br>c/o DLA Piper LLP (US)<br>John McNicholas<br>1251 Avenue of the Americas<br>New York, NY 10020-0073 | Swiss Re Financial Products Corporation<br>c/o Swiss Re Services Limited<br>30 St. Mary Axe<br>Attn:  Nicholas Raymond<br>LondonEC3A 8EP United Kingdom | Symantec Corp.<br>c/o Klestadt & Winters, LLP<br>292 Madison Avenue, 17th Floor<br>New York, NY 10017-6314 |
| TATA American International Corporation and | TFS (Germany) | TFS Sing |
| TFS UK | TFS UK Cleared | TPG Credit Opportunities Fund, L.P.<br>c/o TPG Credit Management, L.P.<br>4600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-4190 |
| TPG Credit Opportunities Investors, L..P.<br>c/o TPG Credit Management, L.P.<br>4600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-4190 | TPG Credit Opportunities Investors, L.P.<br>4600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3903 | TPG Credit Strategies Fund, L.P.<br>c/o TPG Credit Management LP<br>4600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-4190 |
| TPG Opportunity Fund I, L.P.<br>c/o TPG Opportunities Partners, L.P.<br>345 California Street, Suite 3300<br>San Francisco, CA 94104-2606 | TPG Opportunity Fund III, L.P.<br>c/o TPG Opportunities Partners, L.P.<br>345 California Street, Suite 3300<br>San Francisco, CA 94104-2606 | TR CAPITAL MANAGEMENT, LLC<br>336 Atlantic Avenue, Suite 302<br>East Rockaway, NY 11518-1124 |
| Taconic Capital Partners 1.5 L.P.<br>c/o Taconic Capital Advisors LLC<br>450 Park Avenue<br>8th Floor<br>New York, NY 10022-2741 | Taconic Capital Partners 1.5 LP<br>Taconic Capital Advisors LP<br>450 Park Avenue, 8th Floor<br>New York, NY 10022-2741 | Taconic Market Dislocation Fund II L.P.<br>c/o Taconic Capital Advisors L.P.<br>450 Park Avenue<br>New York, NY 10022-2605 |
| Taconic Market Dislocation Master Fund II L.<br>c/o Taconic Capital Advisors L.P.<br>450 Park Avenue<br>New York, NY 10022-2605 | Taconic Opportunity Fund L.P.<br>c/o Taconic Capital Advisors LLC<br>450 Park Avenue<br>8th Floor<br>New York, NY 10022-2605 | Taminiau C.J.R.M.<br>Beekstraat 36b<br>Nuene5673 NA Netherlands |

Tangoe, Inc.
c/o Julie A. Manning, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Tannor Partners Credit Fund LP
150 Grand Street, Suite 401
White Plains, NY 10601-4846

Tarrant County
c/o Linebarger Goggan Blair & Sampson
Elizabeth Weller
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2637

Taylor Clark PLC
c/o Klestadt & Winters, LLP
570 Seventh Avenue, 17th Floor
New York, NY 10018-1624

Telecom Italia Capital S.A.
c/o Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

Templeton Global Bond Fund
c/o Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Templeton Global Total Return Fund
c/o Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Tennenbaum Opportunities Partners V, L.P.
c/o Tennenbaum Capital Partners, LLC
2951 28th Street
Suite 1000
Santa Monica, CA 90405-2993

Tennessee Department of Revenue
c/o TN Attorney General
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

Term Loans Europe plc
c/o Klestadt & Winters, LLP
292 Madison Avenue
17th Floor
New York, NY 10017-6314

Texas Comptroller of Public Accounts
Jay Hurst
P.O. Box 12548
Austin, TX 78711-2548

The Asahi Shinkin Bank
Attention: Minoru Yuda
8-2 Taito 2-Chome, Taito-Ku
Tokyo110-0016 Japan

The Bank of East Asia, Limited as Nominee fo
Lung Tak Chung J, Tong Yuk Kwan
35/F. Bea Tower
Millennium City 5, Cyd Depart
Kwun Tong Hong Kong

The Bank of Nova Scotia

The Baupost Group, L.L.C.
c/o Stutman, Treister & Glatt
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067-6001

The Beaver Country Day School
EAPD
111 Huntington Avenue
Boston, MA 02199-7610

The Carlyle Group
520 Madison Avenue
New York, NY 10022-4319

The Charles River School
EAPD
111 Huntington Ave
Boston, MA 02199-7610

The City of New York
New York City Law Department
100 Chruch Street
Room 5-199
New York, NY 10007-2604

The Hongkong and Shanghai Banking Corporatio

The Huntington National Bank
41 South High Street, 5th Floor
Columbus, OH 43215-6170

The Irvine Company
c/o Flaster/Greenberg, P.C.
1600 John F. Kennedy Blvd.
Four Penn Center, 2nd Floor
Philadelphia, PA 19103-2808

The Israel Aircraft Industries Workers'

The Japan Bloodhorse Breeders' Associat

The Joint Administrators of the Lehman Europ

The Joint Administrators of the UK Administr

The Kiyo Bank, Ltd.
c/o Stephen T. Loden
Diamond McCarthy LLP
909 Fannin, Suite 1500
Houston, TX 77010-1026

The Kroger Co.
1014 Vine Street
Cincinatti, OH 45202-1100

The Kyoei Fire & Marine Insurance Company, L
c/o Diamond McCarthy LLP
909 Fannin, Suite 1500
Houston, TX 77010-1026

The Lehman Singapore Liquidators

The Lincoln National Life Insurance Company
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4614

The Locator Services Group, Ltd.
316 Newbury St.
Suite 32
Boston, MA 02115-2808

The McGraw-Hill Companies
148 Princeton Highstown Road
Highstown, NJ 08520-1412

The Middleby Corporation
1633 Broadway
46th Floor
New York, NY 10019-6708

The Primary Fund of the Reserve Fund
c/o Duane Morris LLP
1540 Broadway
New York, NY 10036-4039

The Reserve International Liquidity Fund
c/o Duane Morris LLP
1540 Broadway
New York, NY 10036-4039

The Reserve Yield Plus Fund
c/o Duane Morris LLP
1540 Broadway
New York, NY 10036-4039

The Royal Bank of Scotland plc
600 Steamboat Road
Greenwich, CT 06830-7149

The Seaport Group LLC
360 Madison Avenue
New York, NY 10017-7138

The Sumitomo Trust & Banking Co., Ltd.
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1405

The Yamagata Bank
3-1-2 Nanokamachi
Yamagata-City, Yamagata990-8642 JAPAN

Third Point Loan LLC
390 Park Avenue, 18th Floor
New York, NY 10022-4608

ThruPoint, Inc.
1372 Broadway, 6th Floor
New York, NY 10018-6121

Tiger Asia Fund, L.P.

Tiger Asia Overseas Fund, Ltd.

Tishman Speyer Properties, L.P.
45 Rockefeller Plaza
New York, NY 10111-0229

Tolliver Place, LLC
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704

Tranquility Master Fund Ltd. (n/k/a Spectrum
c/o Dewey Pegno & Kramarsky LLP
777 Third Avenue
New York, NY 10017-1401

TransCanada Pipelines Limited
TransCanada Pipelines Tower
450 First Street South West
CalgaryT2P5H1 Canada

Transaction Network Services, Inc.
11480 Commerce Park Drive
Suite 600
Reston, VA 20191-1556

TriOptima AB

TriOptima UK Limited

Tricadia Capital Management, LLC
c/o Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-0005

Triple Point Technology, Inc.
301 Riverside Avenue
Westport, CT 06880-4806

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

U.S. Bank National Association
C/O Rosicki Rosicki & Associates, P.C.
51 East Bethpage Road
Plainview, NY 11803-4224

U.S. Bank National Association as Trustee un
c/o Rosicki Rosicki & Associates, P.C.
51 East Bethpage Road
Plainview, NY 11803-4224

U.S. Bank National Association, Trustee for
c/o Rosicki Rosicki & Associates, P.C.
51 East Bethpage Road
Plainview, NY 11803-4224

U.S. Bank National Association, as Trustee
c/o Chapman and Cutler LLP
111 West Monroe Street
18th Floor
Chicago, IL 60603-4023

U.S. Bank, N.A., Trustee for BNC Mortgage Lo
c/o Rosicki Rosicki & Associates, P.C.
51 East Bethpage Road
Plainview, NY 11803-4224

U.S. Department of Labor

UBS Financial Services Inc.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4614

UBS Financial Services Incorporated of Puert
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4614

UBS International Inc.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4614

UBS Securities Japan Co., Ltd.

UK Administration Companies

UK Administration Companies and UK Liquidati

US Airways, Inc.
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022-7649

US Bank National Association, Trustee Lehman
c/o Rosicki Rosicki & Associates, P.C.
51 East Bethpage Road
Plainview, NY 11803-4224

US Bank, National Association, as Trustee
c/o Shapiro & DiCaro, LLP
250 Mile Crossing Blvd
Suite 1
Rochester, NY 14624-6242

US Debt Recovery V, LP
940 Southwood Blvd, Suite 101
Incline Village, NV 89451-7401

Uakari Investments, LLC
PO Box 1415
New York, NY 10150-1415

Underlying Funds Trust
c/o SIdley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

UniCredit Bank AG, London Branch
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

UniCredit Luxembourg S.A.

United Parcel Service, Inc.
c/o Faye Feinstein/Christopher Combest
Quarles & Brady LLP
500 W. Madison Street
Suite 3700
Chicago, IL 60661-4591

United States of America
United States Attorney's Office
86 Chambers Street, 3rd Floor
New York, NY 10007-2632

Universal - Invest - GmbH Soley on behalf an

Ursuline Academy
85 Lowder Street
Dedham, MA 02026-4299

Utah State Bar

Van Kampen Corporate Bond Fund
c/o Julie M. Murphy, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Van Kampen Equity and Income Fund
c/o Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
c/o Julie M. Murphy, Esquire
Philadelphia, PA 19103-7018

Van Kampen International Growth Fund
c/o Julie M. Murphy
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Varde Investment Partners, L.P.
c/o Varde Partners, Inc.
8500 Normandale Lake Blvd.
Suite 1570
Minneapolis, MN 55437-3878

Varde Investment Partners, L.P.
Varde Investment Partners, L.P.
8500 Normandale Lake Blvd.
Suite 1570
Minneapolis, MN 55437-3878

Veyance Technologies, Inc.
703 S. Cleveland Massillon Road
Fairlawn, OH 44333-3023

Victoria Reinsurance Company Ltd.

Vignette Europe Limited

Vignette Europe Ltd.
c/o Hodgson Russ LLP
Attn: Stephen H. Gross, Esq.
60 E. 42nd Street, 37th Floor
New York, NY 10165-3700

Vinson & Elkins LLP
666 Fifth Avenue
26th Floor
New York, NY 10103-2600

Volksbank Ried im Innkreis eG

Vollers Excavating & Construction, Inc.
c/o Sheak & Korzun, PC
1 Washington Crossing Road
Pennington, NJ 08534-3506

VonWin Capital Management, LP
261 Fifth Avenue
22nd Floor
New York, NY 10016-7701

WCG Master Fund, Ltd.
225 Liberty Street
New York, NY 10281-1008

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Washington Mutual Bank f/k/a Washington Mutu
C/O Rosicki, Rosicki, & Associates, P.C.
51 E. Bethpage Road
Plainview, NY 11803-4224

Water Pollution Control Authority for the Ci
c/o Law Office of Juda J. Epstein
3543 Main Street
Second Floor
Bridgeport, ct 06606-3626

Waterstone MF Fund, Ltd.
c/o Waterstone Capital Management, L.P.
2 Carlson Parkway
Suite 260
Plymouth, MN 55447-4477

Waterstone Market Neutral Master Fund, Ltd
c/o Waterstone Capital Management, L.P.
2 Carlson Parkway
Suite 260
Plymouth, MN 55447-4477

Waterstone Offshore AD Fund, Ltd.
c/o Waterstone Capital Management, LP
2 Carlson Parkway
Suite 260
Plymouth, MN 55447-4477

Weemaes - Mussche
Grote Markt 32 D32
9120 Beveren - Waas
 Belgium

Weismies
Roggestraat 24
Keerbergen B-3140
 Belgium

Wellmont Health System
c/o Helen D. Ball
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2119

Wells Fargo Bank, NA as Trustee
c/o Shapiro & DiCaro, LLP
250 Mile Crossing Blvd
suite 1
Rochester, NY 14624-6242

WestLB AG, New York Branch
1211 Avenue of the Americas
New York, NY 10036-8701

Western Asset UK GBP Credit Plus Bond Fund

Western Asset UK Limited Duration Bond Fund

Western Asset US Core Plus Bond Fund
Western Asset Management Company
Attn: Legal Dept/W-2462
385 E Colorado Blvd
Pasadena, CA 91101-1929

Westernbank Puerto Rico
Hogan & Hartson
875 Third Avenue, 25th floor
New York, NY 10022-7222

Westport Capital Partners, LLC
c/o DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104

Whatley Place, L.L.C.
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704

Whittier Long/Short Fund LLC
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6728

Wilmington Trust Company, as Indenture Trust
520 Madison Avenue
33rd Floor
New York, NY 10022-4213

Wilshire Institutional Master Fund II SPC-Wi
650 Fifth Ave., 9th Floor
New York, NY 10019-6108

Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019-3877

Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
12th Floor
New York, NJ 10110-1292

Wong Lup Kuen Joseph
Apartment 3219
Convention Plaza Apartment
1 Harbour Road
Wanchai North Hong Kong

Wong Yee Wan & Poon Kai Hung

Wooderson Partners, L.L.C.
c/o Ropes & Gray LLP
1211 Avenue of the Americas
Attn: Adam Reiss
New York, NY 10036-8704

Wrytetime Limited
PO Box 393
St Pete Port
GuernseyGY1 3FN Great Britain

Yakima-Tieton Irrigation District
470 Camp 4 Road
Yakima, WA 98908-8812

Year Up, Inc.
99 Summer Street
Boston, MA 02110-1213

Yiu Yuen On Paul


York Asian Opportunities Investments Master
York Capital Management
767 Fifth Avenue, 17th Floor
New York, NY 10153-0028

York Asian Opportunities Master Fund, L.P.
767 Fifth Avenue, 17th Floor
New York, NY 10153-0028

York Credit Opportunities Fund, L.P.
767 Fifth Avenue, 17th Floor
New York, NY 10153-0028


York Credit Opportunities Master Fund, L.P.
767 Fifth Avenue, 17th Floor
New York, NY 10153-0028

York European Focus Master Fund, L.P.
767 Fifth Avenue, 17th Floor
New York, NY 10153-0028

York European Opportunities Master Fund, L.P.
767 Fifth Avenue, 17th Floor
New York, NY 10153-0028


York European Strategies Trading Limited
c/o York Capital Management
767 Fifth Avenue, 17th Floor
New York, NY 10153-0028

York Global Value Master Fund, L.P.
767 Fifth Avenue, 17th Floor
New York, NY 10153-0028

York Investment Master Fund, L.P.
767 Fifth Avenue, 17th Floor
New York, NY 10153-0028


York Multi-Strategy Master Fund, L.P.
767 Fifth Avenue, 17th Floor
New York, NY 10153-0028

York Select Master Fund, L.P.
767 Fifth Avenue, 17th Floor
New York, NY 10153-0028

York Select, L.P.
767 Fifth Avenue, 17th Floor
New York, NY 10153-0028


York Solutions Cayman Fund Limited
c/o York Capital Management
767 Fifth Avenue, 17th Floor
New York, NY 10153-0028

ZPR International, Inc.
P. Luksio Str. 32, 5th Floor
LT-08222
Vilnus, Lithuania

ZPR International, Inc.
c/o Burns & Levinson LLP
 Attention: Tal M. Unrad, Esq.
125 Summer Street
Boston, MA 02110-1624


Zedak Corp.
c/o Jeffrey D. Moore, President
23 Springvale Road
Croton-on-Hudson, NY 10520-1307

Zeeland International Limited
Shun-I Chu
10-1 Bamboo Road II
SIP
Hsinchu30079 Taiwan

Zephyr Recovery
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1405


greenwich associates
6 High Ridge Park
Stamford, CT 06905-1327

i-Deal LLC
1359 Broadway
2nd Floor
New York, NY 10018-7123

Manhattan Division
One Bowling Green
New York, NY 10004-1415


1407 Broadway Real Estate LLC
c/o The Lightstone Group
1985 Cedar Bridge Ave., Suite 1
Lakewood, NJ 08701-7031
Attn: Joseph Teichman

A. Brent Truitt
245 Park Avenue, Suite 3962
New York, NY 10167-0002

A. De Heer Reghers
Guido Gezellelaan 84, 2870 Puurs
BELGIUM


AES Eastern Energy L.P.
Attention: Tom Spencer
130 East Seneca Street, Suite 505
Ithaca, NY 14850-4378

AIM Funds and their affiliate, Invesco Aim A
c/o Paul Patterson, Esquire
Stradley Ronon Stevens & Young, LLP 2600
Phialdelphia, PA 19103

ALAN J. FRIEDMAN, ESQ.
KERRI LYMAN, ESQ.
IRELL & MANELLA LLP
840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6323

ALLEN & OVERY LLP
Counsel for Aozora Bank, Ltd.
1221 Avenue of the Americas
New York, NY 10020-1001
Attention: Daniel Guyder

ALLEN & OVERY LLP
Counsel for Bank of Taiwan
1221 Avenue of the Americas
New York, NY 10020-1001
Attention: Ken Coleman

ALLEN & OVERY LLP
Counsel for First Commercial
 Bank Co., Ltd. New York Agency
1221 Avenue of the Americas
New York, NY 10020-1001
Attention: Ken Coleman

AM International E Mac 63 Limited
c/o Prime Brokerage & Trading, Man
Inves, Lower Thames Street
Attention: Kirsten Rogers
London, EC3R 6DU
United Kingdom

ANDREW M. CUOMO
Attorney General of the
State of New York Attorney
for The New York State Department
120 Broadway - 24th Floor
New York, New York 10271-0499

ANDREW M. CUOMO
Attorney General of the State of New Yor
Attorney for The New York State
Department of Taxation and Finance
120 Broadway - 24th Floor
New York, New York 10271-0002

ANZ Banking Group Limited,
18th Floor Kyobo Building
1 Chongro 1 Ku, Chongro Ka,
Seoul Korea

ARENT FOX LLP
Christopher J. Giaimo, Esq.
1050 Connecticute Avenue, NW
Washington, DC 20036-5369

ARIEL PIERRE CALONNE
CITY OF SAN BUENAVENTURA
501 POLI STREET
VENTURA, CA 93001-2697

ASSAM BEJOS, VIVIAN & JORGE RODRIGO ASSAM BE
BOSQUE DE CIDROS #60-2A
BOSQUE DE LAS LOMAS
MEXICO D.F., 05120, MEXICO

AT&T Services Inc.
Law Group Counsel
One AT&T Way, Room 3A218
Bedminster, New Jersey 07921-2693
Attn: James W. Grudus

Aaron L. Hammer, Esq.
Devon 1. Eggert, Esq.
Freeborn & Peters LLP
311 S. Wacker Dr., Ste. 3000
Chicago, Ilinois  60606-6679

Abigail Snow, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169-0079

Abraham Gesser (AG-7531)
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017-3982

Accenture LLP
c/o Aaron L. Hammer
Freeborn & Peters LLP
311 S. Wacker Dr., Ste. 3000
Chicago, Illinois 60606-6679

Adam Brezine, Esq.
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994

Adam H. Isenberg, Esquire
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2128

Agricultural Bank of Taiwan
c/o Sheppard Mullin Richter &Hampton LLP
Attn: Malani J. Cademartori, Esq.
30 Rockefeller Plaza
New York, NY 10112-0079

Agustin Delgado Solis TOD Rosalinda Ramirez
c/o Joseph L. Fox, Esq.
60 East 42nd Street, Suite 2231
New York, NY 10165-6232

Ahorro Corporacion Financiera. S.V., S.A.
Attention: Isabel Bastante/Ana Jiminez
Paseo de la Castellana, 89, 10th Floor
28046 Madrid
Spain

Aileen Venes
WHITE & CASE LLP
Wachovia Financial Center
Suite 4900
200 South Biscayne Boulevard
Miami, Florida 33131-2346

Alan Dalsass
875 Third Ave, 5th Floor
New York, NY 10022-6225

Alan E. Marder & Jil Mazer-Marino
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194

Alan E. Marder, Esq.
Jil Mazer-Marino, Esq.
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
Garden City, New York 11530-9882

Alan E. Marder, Jil Mazer-Marino
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194

Alec P. Ostrow
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue
New York, New York 10171-3898

Alejandro C. Torres, Esq.
General Counsel
InfoSpace, Inc.
601 108th Avenue, NE
Bellvue, Washington 98004-4383

Aliant Bank
c/o Porzio Bromberg & Newman P.C.
Attn: John S. Mairo, Esq.
100 Southgate Parkway
Morristown, NJ 07960-6465

Alissa M. Nann, Esq.
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016-1314

Allan D. Diamond, Esq.
Stephen T. Loden, Esq.
DIAMOND MCCARTHY LLP
909 Fannin, Suite 1500
Houston, Texas 77010-1026

Amanda Darwin
NIXON PEABODY, LLP
100 Summer Street
Boston, MA 02110-2131

Ameren Corporation and its subsidiaries
c/o Steven N. Cousins and Susan K. Ehler
Armstrong Teasdale LLP
One Metropolitan Square, Suite 2600
St. Louis, Missouri 63102-2740

America's Servicing Company
c/o McCALLA RAYMER, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, Georgia 30076-2102

America?s Servicing Company
c/o McCalla, Raymer, et al.
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

American Express Travel Related Services Co
Corp Card
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

American Express Travel Related Services Com
c/o William M. O'Connor, Esq. & Bru
490 Madison Avenue
New York, New York 10022

Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5889

Amit Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5889

Amy R. Wolf (AW-6646)
Harold S. Novikoff, Esq. (HN-3898)
Joshua A. Feltman, Esq. (JF-9486)
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

AmyWolf, Esq. (AW-6646)
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Andreas Seuffert, Esq.
Gilmartin, Poster & Shalfto LLP
845 Third Avenue
New York, New York 10022-6617

Andrew C. Lourie
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022-7775

Andrew C. Quale, Jr., Esq.
Alan M. Unger, Esq.
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019-6088

Andrew K. Glenn, Esq.
Kasowitz, Benson, Torres
& Friedman LLP
1633 Broadway
New York, New York 10019-6708

Andrew Rosenblatt, Esq.
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112-0129

Andrews Kurth LLP
Counsel to EPCO Holdings, Inc.
600 Travis, Ste. 4200
Houston, TX 77002-2929

Andrews Kurth LLP
Counsel to EPCO Holdings, Inc.
600 Travis, Ste. 4200
Houston, TX 77002-2929
Attn: Robin Russell, Esq.

Ann E. Acker
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago IL 60603-4080

Ann Menard, Esq.
Ned Bannon
Tishman Speyer Properties, L.P.
45 Rockefeller Plaza
New York, NY 10111-0229

Anne E. Beaumont
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
1633 Broadway
46th Floor
New York, NY 10019-6708

Anne F. O'Berry, Esq.
Berman DeValerio Pease Tabacco
Burt & Pucillo
Esperante Bldg., Suite 900
222 Lakeview Avenue
West Palm Beach, FL 33401-6148

Anne F. O'Berry, Esq.
Berman DeValerio Pease, et al
Esperante Bldg., Suite 900
222 Lakeview Avenue
West Palm Beach, FL 33401-6145

Anthony D. Boccanfuso
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022-4690

Anthony Paduano
Paduano & Weintraub LLP
1251 Avenue of the Americas--Ninth Floor
New York, New York 10020-1102

Antonia Golianopoulos, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5889

Appenzeller Kantonalbank
Bankgasse 2
Appenzell CH 9050
Switzerland,

Arent Fox LLP
Hunter T. Carter, Esq.
1675 Broadway
New York, New York 10019-5849

Arlington ISD
c/o Elizabeth Banda, Esq.
Perdue, Brandon, Fielder,et al
P. O. Box 13430
Arlington, Texas 76094-0430

Arlington Partners, L.P.
124 Madison Plaza, suite 1500
Madison, MS 39110

Asian SBC Hedge Fund
2 International Finance Center
Room 3311-3313 Central
Hong Kong SAR

Aspen Creek Financial Advisors
520 Madison Avenue, 18th Floor
New York, NY 10022-4213
Attn: Romulo Garza

Asurion Corporation
c/o Peter M. Gilhuly
Latham & Watkins LLP
355 South Grand Ave.
Los Angeles, CA 90071-3104

Attn: Vicky Namken
IBM Corporation
13800 Diplomat Dr
Dallas, TX 75234-8812


Attorneys For Constellation Place, LLC, Adva
SunGard Business Integration (UK) Ltd.;

Audrey D. Wisotsky, Esq.
Suite 400
301 Carnegie Center
Princeton, New Jersey 08540-6589

Austin L. McMullen
Boult, Cummings, Conners & Berry,PLC
1600 Division Street, Suite 700
P. O. Box 340025
Nashville, Tennessee 37203-0025


Australia National Bank
1177 Avenue of the
Americas, 6th Fl.
New York, NY 10036

Australia and New Zealand
Banking Group Limited,
Melbourne Office
Level 6, 100 Queen Street Victoria
Melbourne, VIC 3000 Australia

Avaya, Inc.
c/o Lowenstein Sandler PC
65 Livingston Ave.
Roseland, NJ 07068-1791
Attn: Vincent A. D'Agostino, Esq.


B Y Partners, L.P.
c/o Brahman Capital Corp.
Attn: Richard Grossman
655 Third Avenue, 11th Floor
New York, NY 10017-9107

BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002-4995
Attn: Tony M. Davis

BARBARA R. PARLIN, ESQ.
HOLLAND & KNIGHT LLP
195 BROADWAY, 24TH FLOOR
NEW YORK, NY 10007-3190


BARBRA R. PARLIN, ESQ.
HOLLAND & KNIGHT LLP
195 BROADWAY, 24TH FLOOR
NEW YORK, NY 10007-3190

BATS Holdings, Inc.
c/o Daniel J. Flanigan
Polsinelli Shalton Flanigan Suelthaus PC
7 Penn Plaza, Suite 600
New York, NY 10001-0017

BCP Voyager Master Fund SPC, Ltd,
for Event Arb Seg Port
c/o BroadStreet Capital Partners, LP
712 Fifth Avenue
New York, New York 10019-4108


BINGHAM McCUTCHEN LLP
Jeffrey S. Sabin
399 Park Avenue
New York, NY 10022-4689

BINGHAM McCUTCHEN LLP
Jeffrey S. Sabin
Ronald J. Silverman
Joshua Dorchak
399 Park Avenue
New York, NY 10022-4689

BINGHAM McCUTCHEN LLP
Jeffrey S. Sabin
Ronald J. Silverman
Steven Wilamowsky
399 Park Avenue
New York, NY 10022-4689


BINGHAM McCUTCHEN LLP
Jeffrey S. Sabin Ronald J.
Silverman Steven Wilamowsky
Carol Weiner Levy
399 Park Avenue
New York, NY 10022-4689

BINGHAM McCUTCHEN LLP
Joshua Dorchak
399 Park Avenue
New York, NY 10022-4689

BINGHAM McCUTCHEN LLP
Mark W. Deveno
One State Street
Hartford, CT 06103-3102


BINGHAM McCUTCHEN LLP
P. Sabin Willett
One Federal Street
Boston, MA 02110-1726

BINGHAM McCUTCHEN LLP
P. Sabin Willett One Federal
Street Boston, MA 02110-1726

BINGHAM McCUTCHEN LLP
Ronald J. Silverman
399 Park Avenue
New York, NY 10022-4689


BLANKA K. WOLFE, ESQ.
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112-0026

BNP Paribas
787 7th Avenue
New York, NY 10019-6083

BP Canada Energy Company


BRIAN N. SPECTOR, ESQ.
JENNINGS, STROUSS & SALMON, P.L.C.
THE COLLIER CENTER, 11TH FLOOR
201 EAST WASHINGTON STREET
PHOENIX, AZ 85004-2385

BROAD HOLDINGS, INC
115 E PUTNAM AVE
GREENWICH, CT 06830-5643

BUNGE SA
ROUTE DE FLORISSANT 13
1211 GENEVA 12
SWITZERLAND

Banco Popular Espanol SA
Administracion de Tesoreria
Att: Mr Carlos Viva Sotilloa
c/ Jose Ortega T Gasset 29, 1A Planta
Madrid 20086 SPAIN

Bank Julius Baer & Co. Ltd
Bahnofstrasse 36
CH-8010 Zurich, Switzerland

Bank of America, N.A.
c/o Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
Attn:  Ana M. Alfonso, Esq.

Bank of China, New
York Branch
410 Madison Avenue
New York, New York 10017-1174
Attention: Chief Loan Officer

Bank of Montreal
Floor 12 West
111 West Monroe Street
Chicago, IL 60603-4020

Bank of Taiwan, New
York Agency
100 Wall Street,
11th Floor
New York, NY 10005-3736

Bankers Life and Casualty Company
c/o 40/86 Advisors, Inc.
Atten: Jeffrey M. Stautz, General Counse
535 N. College Drive
Carmel, IN 46032-5622

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Barbara Hatton Decker
295 Shirley Avenue
Staten Island, New York 10312-5458

Barlow Garsek & Simon, LLP
Henry W. Simon, Jr.
3815 Lisbon Street
Fort Worth, Texas 76107-5699

Basil A. Umari, Esq.
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002-2929

Basso Capital
1266 East Main Street
Stanford, CT 06902-3546

Beint, LLC

Beverly Weiss Manne, Esquire
Bradley S. Tupi, Esquire
Michael A. Shiner, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222-5413

Beyeler, Hoins
Larchenstr. 13, Birmensdorf
CH-8903
SWITZERLAND

Bill Brick
5864 Versailles Avenue
Frisco, TX 75034-5956

Bill Hughes
Standard Chartered Bank
1 Madison Ave.
New York, NY 10010-3663

Bill Hughes SVP-FIG
Standard Chartered Bank
One Madison Avenue
New York, NY 10010-3663

BlackRock Financial Management, Inc.
C/O: Skadden, Arps, Slate, Meagher & Flo
Attn: Sally McDonald Henry
Four Times Square
New York, New York 10036-6522

Blanka K. Wolfe, Esq.
Sheppard Mullin Richter & Hampton, LLP
30 Rockefeller Plaza Suite 2400
New York, NY 10112-2203

Blue Mountain Equity Alternatives
Master Fund, L.P.
Att: David Rubenstein, CFO/GC
280 Park Ave, 5th Fl. East
New York, NY 10017-1216

Bosque Power Company, LLC
c/o Fulcrum Power Services, L.P.
Attn: Fred E. Reed, Jr.
5120 Woodway, Suite 10010
Houston, TX 77056-1725

Bosque Power Company, LLC
c/o PurEnergy Management Services, LLC
Attn: Stephen Parker
1732 West Genese Street
Syracuse, NY 13204-1968

Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, TX 77002-2849

Bradford E. Dempsey, Esq.
Holme Roberts & Owen LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203-4541

Bradley Turk, Esq.
Tishman Speyer Properties, L.P.
45 Rockefeller Plaza
New York, NY 10111-0229

Brahman C.P.F. Partners, LP
c/o Brahman Capital Corp.
Attn: Richard Grossman
655 Third Avenue, 11th Floor
New York, NY 10017-9107

Brahman Investments I (SPVP), Ltd.
c/o Brahman Capital Corp.
Attn: Richard Grossman
655 Third Avenue, 11th Floor
New York, NY 10017-9107

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5889

Brian Trust, Esq.
Jeffrey G. Tougas, Esq.
Amit Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5889

Brian Trust, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5889

Brian W. Bisignani, Esquire
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1650

Bricklayers International Pension Fund
c/o Ira R. Mitzner, Esq.
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C 20006-5417


Brookfield Properties One WFC Co. LLC
Attn: Monica Lawless
Three World Financial Center
200 Vesey Street
New York, NY 10281-1021

Brookfield Properties One WFC Co. LLC
Attn: Monica Lawless
Vice President, Leasing Counsel New York
Three World Financial Center
200 Vesey Street
New York, NY 10281-1021

Brown & Connery, LLP
Atty for Business Objects Americas
Donald K. Ludman, Esq.
6 North Broad Street
Suite 100
Woodbury, NJ 08096-4635


Brown & Connery, LLP
Atty for Frictionless Commerce, Inc.
Donald K. Ludman, Esq.
6 North Broad Street
Suite 100
Woodbury, NJ 08096-4635

Brown & Connery, LLP
Donald K. Ludman, Esq.
6 North Broad Street
Suite 100
Woodbury, NJ 08096-4635

Bruce Bennett
HENNINGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017-2576


Bruce E. Clark, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004-2498

Bruce J. Zabarauskas, Esq.
Crowell & Moring LLP
590 Madison Avenue
New York, New York 10022-2544

Brunhilde Reuter
Joseph Haydnstrasse 3
Gunseldsdorf,A 2525, AUSTRIA


Burgerlijke Maatschap Familie Versele, Sigri
Heren Boslaan 48
2500 Lier
BELGIUM

Burleson ISD
c/o Elizabeth Banda, Esq.
Perdue, Brandon, Fielder,et al
P. O. Box 13430
Arlington, Texas 76094-0430

Business Objects Americas
c/o Brown & Connery, LLP
Donald K. Ludman, Esquire
6 N. Broad St., Suite 100
Woodbury, NJ 08096-4635


C.V.I G.V.F (Lux) Master S.a.r.l
c/o Carval Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham, Surrey KT112PD
United Kingdsom

C.V.I G.V.F. (Lux) Master S.a.r.l.
11-13 Boulevard de la Foire
L 1528
Luxembourg

C.V.I G.V.F. (Lux) Master S.a.r.l.
c/o CarVal Investors UK Limited
Knowle Hill Park,Farimile Lane
Cobham
Surrey KT11 2PD
United Kingdom


CAHILL GORDON & REINDEL LLP
Joel H. Levitin
Stephen J. Gordon
Eighty Pine Street
New York, New York 10005-1702

CARROLLTON-FARMERS BRANCH
INDEPENDENT SCHOOL DISTRICT
c/o Andrea Sheehan, Esq.
4411 N. Central Expressway
Dallas, Texas 75205-4210

CASAM ADI CB Arbitrage Fund Ltd
inc. under the laws of Cayman Island
c/o Credit Agricole
91-93 boulevard Pasteur
75710 Paris, France


CB RICHARD ELLIS, INC.
200 Park Avenue, 17th floor
New York, New York 10166-0004

CBARB, A Segregated Account of
Geode Capital Master Fund Ltd
Attn: Lisa Lampert, General Counsel
One Post Office Square, 28th Floor
Boston, MA 02109-2106

CHRISTOPHER R. MOMJIAN
21 S. 12TH STREET
3RD FLOOR
PHILADELPHIA, PA 19107-3604


CIBC Bank and Trust Co Cayman)
CIBC Financial Centre
11 Dr. Roy's Drive
P.O. Box 694 GT,
Grand Cayman, Cayman Islands

CLIFFORD CHANCE US LLP
Andrew Brozman, Esq.
Sara M. Tapinekis, Esq.
31 West 52nd Street
New York, NY 10019-6131

CLIFFORD CHANCE US LLP
Andrew Brozman, Esq.
Wendy Rosenthal, Esq.
31 West 52nd Street
New York, NY 10019-6131


COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
900 Third Avenue, 16th Floor
New York, NY 10022-4791
Attn: Laurence May, Esq.

COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
A Professional Corporation
900 Third Avenue, 16th Floor
New York, NY 10022-4791
Attn: John H. Drucker, Esq.

CVF Lux Securities Trading S.a.r.l.
c/o CarVal Investors UK Limited
Knowle Hill Park
Fairmile Lane, Cobham
Surrey KT11 2PD
United Kingdom

CVI GVF (Lux) Master S.a.r.l.
c/o CarVal Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham, Surrey KT11 2PD
United Kingdom

CVI GVF Luxembourg Twelve S.a.r.l.
c/o CarVal Investors UK Limited
Knowle Hill Park
Fairmile Lane, Cobham
Surrey KT11 2PD, United Kingdom

CVI GVF Luxembourg Twelve S.a.r.l.
c/o CarVal Investors UK limited
Knowle Hill Park
Fairmile Lane
Cobham, Surrey KT11 2PD
United Kingdom

Cahn & Cahn LLP
Daniel K. Cahn
22 High Street, Suite 3
Huntington, NY 11743-7602

Canadian Imperial Bank of Commerce
Att: J.S. McMurray, General Manager
199 Bay Street, 6th Floor
Toronto, Ontario  M5L 1A2
CANADA

Canyon Realization Mac 18 Ltd
c/o Prime Brokerage & Trading, Man
Inves, Lower Thames Street
Attention: Kirsten Rogers
London, EC3R 6DU
United Kingdom

Capgemini Financial Services USA, Inc.
c/o Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4099
Attn: Carey D. Schreiber, Esq.

Capgemini Financial Services USA, Inc.
c/o Winston & Strawn LLP
Attn: Daniel J. McGuire Esq.
35 W. Wacker Drive
Chicago, ILL 60601-1695

Capgemini Financial Services USA, Inc.
c/o Winston & Strawn LLP
Attn: Myja K. Kjaer, Esq.
35 W. Wacker Drive
Chicago, ILL 60601-1695

Carey D. Schreiber (CS 3896)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4099

Carlton Willard Homes, Inc.
100 Old Billerica Road
Bedford, MA 01730-1283

Carmine D. Boccuzzi Jr., Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1470

Carmine D. Boccuzzi Jr., Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006-1470

Carmine D. Boccuzzi Jr., Esq.
Thomas J. Moloney, Esq.
Cleary Gottlieb Steen
& Hamilton LLP
One Liberty Plaza
New York, New York 10006-1404

Carren Shulman Esq.
Russell Reid, Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112-0026

Carrollton-Farmers Branch ISD
c/o Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expwy.
Dallas, Texas 75205-4210

Carter, Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005-2072
Attention: Aaron R. Cahn

Centerbridge Credit Partners LP
c/o Lovells LLP
590 Madison Avenue
New York NY 10022-2524

Centerbridge Credit Partners Master LP
c/o Lovells LLP
590 Madison Avenue
New York NY 10022-2524

Charles A. Malloy
Arnold & Porter LLP
Washington, D.C. 20004

Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street
Second Floor
New Haven, CT 06510-1031

Charles L. Kuykendall
6573 Eagle Ridge Drive
Bettendorf, IA 52722-6266

Charles M. Tatelbaum, Esq.
Adorno & Yoss LLP
350 E. Las Olas Blvd., Suite 1700
Ft. Lauderdale, FL 33301-4217

Charles R. Ekberg
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Chester B. Salomon
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue
New York, New York 10171-3898

Chicago Mercantile Exchange Inc., New York M
C/o: Skadden, Arps, Slate, Meagher & Flo
Attn: Sally McDonald Henry
Four Times Square
New York, New York 10036-6522

China Development Industrial Bank
c/o Moses & Singer LLP
The Chrysler Bldg., 405 Lexington Avenue
New York, NY 10174-1299
Attn: James Sullivan, Esq.

Christiane Schuster
c/o Olshan Grundman Frome Rosenzweig & W
65 East 55th Street
New York, New York 10022-3402
Attn: Jordanna L. Nadritch, Esq.

Christopher D. Loizides, Esq.
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801-3246

Christopher M. Desiderio
NIXON PEABODY, LLP
437 Madison Avenue
New York, NY 10022-7039

Christopher Peck
Annupuri Village K.K.
432-8 Niseko, Niseko-Cho
Abuta-Gun, Hokkaido, Japan
048-1511

Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
Abigail Snow, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169-0079

Christopher R. Belmonte, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169-0079

Christopher R. Donoho III
Lovells LLP
590 Madison Avenue
New York, NY 10022-2524

Citibank (South Dakota) N.A.
DBA:
4740 121St St.
Urbandale, IA 50323-2402

Citibank N.A. Hong Kong Branch
Financial Institutions
Group Asia Pacific, 44/F
Citibank Tower, 3
Garden Rd,Central,Hong Kong

Citibank South Dakota NA
DBA
4740 121st St
Urbandale, IA 50323-2402

Citibank, NA
399 Park Avenue
New York, NY 10043-0001
Attn: Wafaa Orfy

City of Burleson
c/o Elizabeth Banda, Esq.
Perdue, Brandon, Fielder,et al
P. O. Box 13430
Arlington, Texas 76094-0430

City of Farmers Branch
c/o Elizabeth Banda, Esq.
Perdue, Brandon, Fielder,et al
P. O. Box 13430
Arlington, Texas 76094-0430

Claude Montgomery, Esq.
Salans
620 Fifth Avenue
New York, New York 10020-2400

Claudia L. Hammerman
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6031

Cleary Gottlieb Steen
& Hamilton LLP
One Liberty Plaza
New York, NY 10006-1404
Attn: Lindsee P. Granfield, Esq.

Cleary Gottlieb Steen
& Hamilton LLP
One Liberty Plaza
New York, NY 10006-1404
Attn: Lisa M. Schweitzer, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1470
Attn: Lindsee P. Granfield, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1470
Attn: Lisa M. Schweitzer, Esq.

Clyde Briggs and Jeanne Briggs
c/o Peter Spindel, Esq., PA
P.O. Box 166245
Miami, FL 33116-6245

Colin B. Albaugh, Esq.
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C 20005-4026

Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1723
Attention: Jonathan P. Guy, Esq.

Concordia Mac 29 Ltd
c/o Prime Brokerage & Trading, Man
Inves, Lower Thames Street
Attention: Kirsten Rogers
London, EC3R 6DU
United Kingdom

Confederacion Espaola de Cajas de Ahorros
Attn: Legal Dept.
Alcala, 27-5 Planta
Madrid, 28014
SPAIN

Conseco Life Insurance Company
c/o 40/86 Advisors, Inc.
Jeffrey M. Stautz, General Counsel
535 N. College Drive
Carmel, IN 46032-5622

Contrarian Capital Management, LLC
Attn: Ethan Schwartz
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830-6281

Corre Opportunities Fund, L.P.
1370 Avenue of Americas, 29th Floor
New York, NY 10019-4602
Attn: Claims Processing (Bankruptcy)
USA

Corre Opportunities Fund, L.P.
1370 Avenue of the Americas, 29th Floor
New York, NY 10019-4602
USA

County of DuPage, Illinois
421 N. County Farm Rd
Wheaton, IL 60187-3978

County of DuPage, Illinois (2)
421 N. County Farm Rd
Wheaton, IL 60187-3978

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1618
Attention: Amanda Raboy

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1618
Attention: Dianne F. Coffino

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1618
Attention: Michael B. Hopkins

Craig D. Moreshead, Esq.
AVP & Senior Counsel
Lincoln Financial Group
One Granite Place
Concord, NH 03301-3258

Craig Goldblatt
Lisa Ewart
Wilmer Cutler Picking Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C 20006-3642

Crowell & Moring LLP
Attn: Mark S. Lichtenstein, Esq.
Attys for City Employee Welfare Fund Loc
590 Madison Avenue
New York, New York 10022-2524

Crowell & Moring LLP
Attn: Mark S. Lichtenstein, Esq.
ATTN: Steven B. Eichel, Esq.
590 Madison Avenue
New York, New York 10022-2524

Current Comminucations &
2600 W. 23rd Street
Broadview, IL 60155-4522

Cynthia Swabsin et al
c/o Rene S. Roupinian
Jack A. Raisner
3 Park Ave., 29th Fl
New York, NY 10016-5902

D. Farrington Yates, Esquire
Jillian Gutman Mann, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York 10020-1000

DAVID ANZISKA, ESQ.
BERGER & MONTAGUE P.C.
1622 LOCUST STREET
PHILADELPHIA, PA 19103-6365

DAVID FEUREISEN
BARTELS & FEUREISEN, LLP
925 WESTCHESTER AVENUE, SUITE 304
WHITE PLAINS, NY 10604-3564

DAVID N. RAVIN, ESQ.
Wolff & Samson PC
The Offices At Crystal Lake
One Boland Drive
West Orange, NJ 07052-3686

DCFS Trust
Trustee Payment Dept.
P.O. Box 9001683
Louisville, Kentucky 40290-1683

DEILLY, MOONEY & GLASTETTER, ESQ.
ATTN: MARTIN A, MOONEY, ESQ,
8 THURLOW TERRACE
ALBANY, NY 12203-1006

DELMEIRE, FRANCOIS
MICHIELSSENDREED 54
BRASSCHAAT, 2930
BELGIUM,

DEPPA BANK plc
Attn: 1 Commons Street
Dublin 1
Ireland

DILWORTH PAXSON LLP
Anne M. Aaronson
Catherine G. Pappas
1500 Market Street, Suite 3500E
Philadelphia, Pennsylvania 19102-2101

DLA PIPER LLP (US)
1251 Avenue of the Americas,
27th Floor
New York, NY 10020-1104
Attn.: Thomas R. Califano
John P. McNicholas

DLA PIPER LLP (US)
550 South Hope Street, Suite 2300
Los Angeles, CA 90071-2678
Attn.: Karol Denniston,
Deborah J. Saltzman

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-0073
Attn.: Thomas R. Califano, Esq.

DOUGLAS R. SCHWARTZ, ESQ.
SCOTT R. LOVERNICK, ESQ.
SCHWARTZ & CERA LLP
44 MONTGOMERY STREET
SUITE 3850
SAN FRANCISCO, CA 94104-4823

DUNCAN E. BARBER
BIEGING SHAPIRO & BURRUS LLP
4582 SOUTH ULSTER STREET PARKWAY
SUITE 1650
DENVER, COLORADO 80237-2686

Dallas County
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson LLP
2323 Brayn Street, Suite 1600
Dallas, TX 75201-2644

Daniel B. Besikof, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-1895

Daniel J. Flanigan
Polsinelli Shalton Flanigan Suelthaus PC
700 W. 47th Street, Suite 1000
Kansas City, Missouri 64112-1805

Daniel J. McGuire
Myja K. Kjaer
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-1695

Daniel R. Murray
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611-3586
dmurray@jenner.com

Danneels, Geert
Poekevoetweg 15
Ruiselede, 8755
BELGIUM 8755

Darrell W. Clark, Pro Hac Vice
STINSON MORRISON HECKER LLP
1150 18thStreet, NW; Suite 800
Washington, DC 20036-3845

Darryl S. Laddin
Frank N. White
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363-1031

David A. Littlefield
81740 Camino Montevideo
Indio, CA 92203-7753

David A. Rosenzweig
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103-3101

David B. Wheeler, Esquire
Moore & Van Allen PLLC
40 Calhoun Street, Suite 300
Post Office Box 22828
Charleston, SC 29413-2828

David C. Cimo, Esq.
GENOVESE, JOBLOVE & BATTISTA, P.A.
Bank of America Tower at
International Place
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131-2118

David H. Joseph
Stradley Ronon Stevens & Young LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

David I. Swan
Kenneth M. Misken
MCGUIREWOODS LLP
1750 Tysons Blvd.
Suite 1800
McLean, VA 22102-4231

David LeMay Esq.
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112-0129

David M. Bennett
Thompson & Knight LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201-2533

David M. Friedman, Esq.
Kasowitz, Benson, Torres
& Friedman LLP
1633 Broadway
New York, New York 10019-6708

David M. Grimes, Esq.
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022-7684
dgrimes@reedsmith.com

David Neier
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4099

David R. Stickney, Esq.
Bernstein Litowitz Berger
& Grossmann LLP
12481 High Bluff Drive
Suite 300
San Diego, CA 92130-3583

David S. Heller
Latham & Watkins LLP
233 South Wacker Dr. Ste. 5800
Chicago, IL 60606-6447

David S. Rosner, Esq.
Kasowitz, Benson, Torres
& Friedman LLP
1633 Broadway
New York, New York 10019-6708

De Jong, J. De
Varenkamp 13,
Barneveld, NETHERLANDS

Deere & Company
One John Deere Place
Moline, IL 61265-8098

Deka Investment GmbH
Mainzer Landstrae 16
Postfach 11 05 23
60325 Frankfurt
Germany

DekaBank Deutsche Girozentrale
Maizer Landstrasse 16
60325 Frankfurt am Main
Germany

Delaware Management Holdings, Inc.
c/o Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Delta Air Lines, Inc.
c/o Lisa Bittle Tancredi, Esquire
Venable LLP
750 East Pratt Street, Sutie 900
Baltimore, MD 21202-3142

Denis Graham
KBC Bank
125 W. 55th St.
New York, NY 10019-5369

Dennis F. Dunne
Luc A. Despins
Wilbur F. Foster, Jr.
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1401

Dennis F. Dunne
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1401

Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022-7039

Deryck A. Palmer, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-0006

Deutsche Bank AG
c/o Moses & Singer LLP
405 Lexington Avenue
New York, NY 10174-1299
Attn:Alan Kolod,Esq.,Mark N. Parry,Esq.,

Deutsche Bank Traust Company Americas
c/o Nixon Peabody LLP
Attn: Amanda Darwin
100 Summer Street
Boston MA 02110-2131

Deutsche Pfandbriefbank AG
Attn: Corporate Department
Freisinger Str. 5
85716 Unterschleissheim
Germany

Dion W. Hayes
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4063

Dirk Gosda
c/o Duncan Barber
Bieging Shapiro & Barber LLP
4582 So. Ulster St. Pkwy, #1650
Denver, CO 80237-2686

Dirk S. Roberts
SDNY Bar No. DR 8331
Deputy Chief Counsel, Litigation
Office of Thrift Supervision
1700 G Street, N.W.
Washington, D.C 20552-0003

DnB NOR Bank ASA
Postal address: NO-0021,
Oslo, Norway
Office: Stranden 21,
Aker Brygge

Donald A. Workman
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

Dorothea Douglas
177-11 136th Avenue
Jamaica, NY 11434-4013

Dotson Investments Limited
BES SFE- ES Ave Miguel Dantas- Edificio
4930-678 Valenea Do Minito
Portugal 00351

Dotson Investments Limited
c/o Moses & Singer LLP
The Chrysler Bldg., 405 Lexington Avenue
New York, NY 10174-1299
Attn: James Sullivan, Esq.

Douglas B. Rosner, Esq. (DR-5690)
Gregory O. Kaden, Esq. (GK-9610)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Douglas Balog, Esq.
Associate General Counsel
Intersil Corporation
1650 Robert A. Conlon Boulevard NE
m/s 62A309
Palm Beach, FL 32905

Douglas E. Spelfogel
Olya Petukhova
FOLEY & LARDNER LLP
90 Park Ave., 20th Floor
New York, NY 10016-1301

Douglas R. Davis
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6031

Douglas S. Heffer
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314

Dov Kleiner, Esq.
Vinson & Elkins LLP
666 Fifth Avenue, 26th Floor
New York, New York 10103-2600

Dover Master Fund, L.P.
c/o Longacre Management LLC
810 Seventh Avenue, Floor 33
New York, NY 10019-5869
Attn: Vladimir Jelisavcic

Dr. Jrgen Grossmann
c/o Hogan Lovells US LLP
Attn: Christopher R. Donoho III, Esq.
875 Third Avenue
New York, NY 10022-7222

Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932-1096
Douglas J. McGill, Esq.

Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932-1096
Robert K. Malone, Esq.

Duke Energy Ohio, Inc.
c/o Melissa Zelen Neier
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830-6642

Duke Energy Ohio, Inc.
c/o Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530-9194
Attn:  Thomas R. Slome, Esq.

Duncan E. Barber
Steven T. Mulligan
Bieging Shapiro & Burrus LLP
4582 South Ulster Street Parkway
Suite 1650
Denver, Colorado 80237-2686

Dyck-O'Neal, Inc.
P.O. Box 13370
Arlington, TX 76094-0370

E.J.H Peek-Heesters
Weeshuislaan 67
Zeist, 3701 JV,
NETHERLANDS 3701

EAC Partners Master Fund, Ltd
654 Madison Avenue, Suite 801
New York, NY 10065-8437

EHMD, LLC
c/o Daniel J. Flanigan
Polsinelli Shalton Flanigan Suelthaus PC
700 W. 47th Street, Suite 1000
Kansas City, MO 64112-1805

ENTWISTLE & CAPPUCCI LLP
280 Park Avenue, 26th Floor West
New York, New York 10017-1263
Attn: Andrew J. Entwistle

ENTWISTLE & CAPPUCCI LLP
280 Park Avenue, 26th Floor West
New York, New York 10017-1263
Johnston de F. Whitman, Jr.

ENTWISTLE & CAPPUCCI LLP
280 Park Avenue, 26th Floor West
New York, New York 10017-1263
Jonathan H. Beemer

ENTWISTLE & CAPPUCCI LLP
280 Park Avenue, 26th Floor West
New York, New York 10017-1263
Joshua K. Porter

EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C 20037-1175
Attn: David B. Tatge, Esq.

Eduardo J. Glas, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

Edward H. Tillinghast, III
SHEPPARD MULLIN RICHTER & HAMPTON LLP?
30 Rockefeller Plaza, 24th Floor?
New York, New York 10112-0026

Edward J. LoBello, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1497

Edward J. LoBello, Esquire
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1497

Edward M. Grauman, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004-2498

Eli R. Mattioli, Esq.
Elizabeth M. Harris, Esq.
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-7615

Eliot Cohen
Russell Investments
909 A Street
Tacoma, Washington 98402-5120

Elizabeth Colon Lopez 2 South End Avenue, 7M
New York, NY 10280-1087

Elizabeth L. Rose, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016-9302

Elizabeth Page Smith, Esq.
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6022

Ellen A. Friedman, Esq.
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105-1541

Ellen M. Halstead, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-0006

Elliot J. Blumenthal
Buchanan Ingersoll & Rooney P.C.
1290 Avenue of the Americas
30th Floor
New York, NY 10104-3001

Emirates National Oil Company
(Singapore) Private Limited
3 Temasek Avenue
#24-02 Centennial Tower
Singapore 03910

Emmet, Marvin & Martin, LLP
120 Broadway
New York, New York 10271-3291
Attn: Edward P. Zujkowski, Esq.

Empiricurve Fund Limted
c/o Prime Brokerage & Trading, Man
Inves, Lower Thames Street
Attention: Kirsten Rogers
London, EC3R 6DU
United Kingdom

Eric B. Fisher, Esq.
Butzel Long, a professional Corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017-2514

Eric Lopez Schnabel, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, New York 10177-0001

Erin S. Levin, Esq.
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10020-1104

Ethan Schwartz
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830-6281

Eugene Chang
Stein & Lubin LLP
600 Montgomery Street
14th Floor
San Francisco, CA 94111-2716

Eunice S.J. Yeh
Senior Vice President &
General Manager
100 Wall Street, 11th Floor
New York, NY 10005-3701

Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

Executive Fliteways, Inc.
c/o McBreen & Kopko
500 North Broadway, Suite 129
Jericho, New York 11753-2128

Exegy Incorporated
c/o Stinson Morrison Hecker LLP
Attn:  Darrell W. Clark, Esq.
1150 18th Street, NW, Suite 800
Washington, DC 20036-3845

FERNANDO YARZA Y CIA SC
c/o Joseph L. Fox, Esq.
60 East 42nd Street, Suite 2231
New York, NY 10165-6232

FPB International Bank, Inc.
c/o Lawrence J. Kotler, Esquire
DUANE MORRIS LLP
1540 Broadway
New York, NY  10036-4086

FRANCIS J. LAWALL,ESQ.
NINA M. VARUGHESE,ESQ.
PEPPER HAMILTON LLP
3000 TWO LOGAN SQUARE
PHILADELPHIA,PA 19103-2799

FREDERIC DORWART, LAWYERS
SAMUEL S. ORY
124 EAST FOURTH STREET
OLD CITY HALL
TURSA, OKLAHOMA 74103-5027

FactSet Research Systems Inc.
c/o Christopher J. Major, Esq.
Robinson & Cole LLP
885 Third Avenue, 28th Floor
New York, NY 10022-4834

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023-0028

Fairway Fund Limited
c/o Prime Brokerage & Trading, Man
Inves, Lower Thames Street
Attention: Kirsten Rogers
London, EC3R 6DU, United Kingdom

Farallon Capital Institutional Partners, L.P
c/o Farallon Partners, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111-3511

Farallon Capital Partners, L.P.
c/o Farallon Partners, L.L.C.
One Maritime Plaza, Suite 2100
San, Francisco, CA 94111-3528

Federal Express Corporation
William B. Seligstein
Performance & Planning Analyst
3965 Airways Blvd., Module G 3rd Fl.
Memphis, Tennessee 38116-5017

Federal Home Loan Bank of Pittsburgh
c/o Beverly Weiss Manne, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222-5413

Federal Home Loan Mortgage Corporation
Mclean, VA

Fifty-Ninth Street Investors LLC
110 East 59th Street
34th Floor
New York, NY 10022-1308

First Commercial Bank
Co., Ltd, New York Agency
750 3rd Avenue, 34th floor
New York, NY 10017-2714

FirstBank Puerto Rico
c/o Eli R. Mattioli, Esq.
K&L Gates LLP
599 Lexington Avenue
New York, New York 10022-7615

Flemington Mall, LLC
C/o Eastern States Properties
6 Colonial Drive, Suite D
Lawrenceville, NJ 08648

Fondiaria-Sai S.p.A.
Via Senigalia
20161  Milan, Italy

Forest Hills Trading Ltd.
c/o Curacao International Trust Company
Kaya Flamboyan 9
PO Box 812
Netherlands, Antilles

Fortis Investment Management Belgium N.V./S.

Francis J. Lawall, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799

Francis J. Lawall, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvannia 19103-2799

Frank C. DellAmore, Esq.
Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, New York 11530-3333

Frank F. McGrinn
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110-1610

Frank Sodano
BNP Paribas
787 7th Ave.
New York, NY 10019-6083

Franklin American Mortgage Company
c/o Austin L. McMullen
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
Nashville, TN 37203-2771

Franklin American Mortgage Company
c/o Roger G. Jones
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
Nashville, TN 37203-2771

Franklin Balanced Fund
c/o Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Franklin H. Top, III
James Heiser
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago IL 60603-4080

Franois Janson, Esq.
Arthur E. Rosenberg, Esq.
Holland & Knight LLP
195 Broadway
New York, NY 10007-3190

Frederick B. Polak, Esq.
POST, POLAK, GOODSEL,
MACNEILL & STRAUCHLER, P.A.
575 Madison Avenue
New York, New York 10022-2511

Frederick Black
Tara B. Annweiler
Greer, Herz & Adams, LLP
One Moody Plaza, 18th Floor
Galveston, Texas 77550-7998

Frederick D. Hyman, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5889

Frederick D. Hyman, Esq.
Amit Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5889

Frederick D. Hyman, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5889

Frictionless Commerce, Inc.
c/o Brown & Connery, LLP
Donald K. Ludman, Esquire
6 N. Broad St., Suite 100
Woodbury, NJ 08096-4635

Fryberger, Buchanan, Smith
& Frederick, P. A.
Martha M. Markusen
302 West Superior Street
Suite 700
Duluth, MN 55802-5150

Fulton County Tax Commissioner
141 Pryor St. Ste 1113
Atlanta, GA 30303-3566

GE Capital Information Technology Solutions,
d/b/a IKON Financial Services
c/o J. Cory Falgowski, Esq., Reed Smith
1201 Market Street, Suite 1500
Wilmington, DE 19801-1163

GE Corporate Financial Services, Inc.
c/o Richard A. Levy, Esq.
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606-6447

GEORGE C. SPILSBURY, ESQ.
JENNINGS, STROUSS & SALMON, P.L.C.
THE COLLIER CENTER, 11TH FLOOR
201 EAST WASHINGTON STREET
PHOENIX, AZ 85004-2385

GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5321
Attn: David N. Crapo, Esq.


GLG Partners LP and its funds
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0015

GPC 79, LLC
c/o Guggenheim Advisors, LLC
135 East 57th Street
New York, NY 10022-2050

GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166-1400
Attn: John W. Weiss, Esq.


GSEF Al Nawras (Cayman) Limited
c/o Nasreen Bulos, Legal Counsel,Global
Equities Dubai International Capital LLC
DIFC Building 2, 4th Floor
Sheikh Zayed Road
P.O.Box 72888,Dubai,United Arab Emirates

GUSRAE, KAPLAN, BRUNO &
NUSBAUM PLLC
Brian D. Graifman (BG5636)
Attorneys for Mark Glasser
120 Wall Street
New York, NY 10005-3904

Gail Douglas
Svenska Handelsbanken
153 E. 53rd St 37th Floor
New York, NY 10022-4646


Galileo Fund Limited
c/o Prime Brokerage & Trading, Man
Inves, Lower Thames Street
Attention: Kirsten Rogers
London, EC3R 6DU
United Kingdom

Gartner, Inc., Gartner UK Limited, and Compu
c/o Julie A. Manning, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Gary D. Ticoll, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-0006


General Electric Capital Corporation
c/o Paul, Hastings, Janofsky & Walker LL
Attn: Harvey A. Strickon
75 East 55th Street
New York, NY 10022-3205

General Helicopters International, LLC
Attn: James Heiser
c/o Chapman and Cutler LLP
18th Floor
Chicago, IL 60603

George A. Davis, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-0006


George Kielman
Litigation Federal Home
Loan Mortgage Corporation
8200 Jones Branch Drive, MS202
McLean, Virginia 22102-3107

George Neofitidis
Director Financia Institutions Group
One Liberty Plaza
New York, New York 10006-1404

George Rosenberg
Arapahoe County Attorney?s Office
5334 S. Prince Street
Littleton, CO 80166-0001


Georgetown University
c/o Christopher Giaimo
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5369

Georgetown University
c/o Mark N. Berman
NIXON PEABODY, LLP 100
Summer Street
Boston, MA 02110

Gesconsult S.A. SG LLC
Raimundo Perez-Hernandez
Plaza Marques De Salamancia
28002 Madrid (Spain)


Gibbons P.C.
David N. Crapo
One Gateway Center
Newark, New Jersey 07102-5321

Glenn E. Siegel
Donald M. Badaczewski
Dechert LLP
1095 Avenue of the Americas
New York, New York 10036-6797

Glenn S. Gitomer, Esq.
McCausland, Keen & Buckman
11 Broadway, Suite 715
New York, NY 10004-1371


Glenn S. Gitomer, Esquire
McCausland, Keen & Buckman
11 Broadway, Suite 715
New York, NY 10004-1371

Good Steward Trading SPC
c/o Loeb Arbitrage Management LLC
Attn: Alexander McMillan, Esq.
31 Broadway
New York, NY 10006-3001

Gordijn-Ploegmakers, JM
Berje Wolffstraat 7
Schijndel, 5482 KP, NETHERLANDS


Goverts , H D
GASTHUISSTRAAT 6-B
UTRECHT, 3581 GE
NETHERLANDS,

Green Tree Servicing LLC
345 St. Peter Street
11000 Landmark Towers
Saint Paul, MN  55102-1639

Greenfield's OTP LLC
c/o Klein & Solomon, LLP
275 Madison Avenue, 11th Floor
New York, N.Y 10016-1101

Guy B. Moss, Esq.
Alan L. Braunstein, Esq.
Alexander G. Rheaume, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108-2090

H.W. & P.I.A. Blaringa-Van Dermeer
Koningshoflei 3
Schoten 2900
Belgium

HAFNER-STROHER, SVEN-MARTIN
Tuttlinger Str. 117
Stuttgart, GERMANY 70619

HARMONIC ALPHA PLUS GLOBAL CURRENCY FUND
C/O HARMONIC CAPITAL PARTNERS LLP
2 THROGMORTON AVENUE
LONDON, EC2N 2DG
UNITED KINGDOM

HARMONIC CURRENCY MASTER FUND
C/O HARMONIC CAPITAL PARTNERS LLP
2 THROGMORTON AVENUE
LONDON, EC2N 2DG
UNITED KINGDOM

HARMONIC DIVERSIFIED MASTER FUND
(FORMERLY THE HARMONIC FIXED INCOME MAST
C/O HARMONIC CAPITAL PARTNERS LLP
2 THROGMORTON AVENUE
LONDON, EC2N 2DG
UNITED KINGDOM

HARMONIC GLOBAL FUND
C/O HARMONIC CAPITAL PARTNERS LLP
2 THROGMORTON AVENUE
LONDON, EC2N 2DG
UNITED KINGDOM

HODGSON RUSS LLP
Attn: Deborah J. Piazza, Esq.
Maureen T. Bass, Esq.
60 E. 42nd Street, 37th Floor
New York, New York 10165-0050

HODGSON RUSS LLP
Attn: Garry M. Graber, Esq.
Deborah J. Piazza, Esq.
60 E. 42nd Street, 37th Floor
New York, New York 10165-0050

HSBC Realty Credit Corporation(USA)
1441 Brickell Avenue, 16th Floor
Miami, FL 33131-3358

HUNTON & WILLIAMS LLP
ATTN: J.R. SMITH
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4040

HUNTON & WILLIAMS LLP
ATTN: RICHARD P. NORTON
200 PARK AVENUE
NEW YORK, NY 10166-0091

Hain Capital Group
301 Route 17 North
7th Floor
Rutherford, NJ 07070-2599

Hain Capital Group, LLC
301 Route 17, North
Rutherford, NJ 07070-2575

Hain Capital Holdings, Ltd.
301 Route 17 N, 7th Floor
Rutherford, NJ 07070-2599

Hanh V. Huynh, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-0006

Hansen Construction, Inc.
c/o Duncan Barber
Bieging Shapiro & Barber LLP
4582 So. Ulster St. Pkwy, #1650
Denver, CO 80237-2686

Harold A. Olsen
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

Harold S. Novikoff, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Harold S. Novikoff, Esq. (HN-3898)
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Harold Shamah
125 Exeter St.
Brooklyn, NY 11235-3723

Harris County
c/o John Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Hartfield Fund Limited
c/o Prime Brokerage & Trading, Man
Inves, Lower Thames Street
Attention: Kirsten Rogers
London, EC3R 6DU
United Kingdom

Hayman Capital Master Fund, LP
2101 Cedar Springs Road, Suite 1400
Dallas, TX 75201-2134

Head Office: No. 36, Sec
3, Nanking, East Rd,
Taipei, Taiwan

Headstrong Services, LLC
c/o Brent C. Strickland, Esq.
Whiteford Taylor & Preston LLP
7 St. Paul Street
Baltimore, Maryland 21202-1697

Health Care Service Corporation
300 E. Randolph
Chicago, IL 60601-5099

Health Care Service Corporation
300 E. Randolph Street
Chicago, IL 60601-5099

Henegan Construction Co., Inc.
c/o Halperin Battaglia Raicht, LLP
555 Madison Avenue - 9th Floor
New York, NY 10022-3408
Attn: Walter Benzija, Esq.

Herrick, Feinstein LLP
Attn: Andrew C. Gold
Two Park Avenue
New York, New York 10016-9302

Hite Fusion Fund I, LLC
Hite Capital Management LLC
432 Park Avenue So., 12th Floor
New York, NY 10016-8013

Hite Fusion Fund II, LLC
Hite Capital Management LLC
432 Park Avenue So., 12th Floor
New York, NY 10016-8013

Hite Fusion Fund III, LLC
Hite Capital Management LLC
432 Park Avenue So., 12th Floor
New York, NY 10016-8013


Hite Fusion Fund IV, LLC
Hite Capital Management LLC
432 Park Avenue So., 12th Floor
New York, NY 10016-8013

Hite Fusion Fund V, LLC
Hite Capital Management LLC
432 Park Avenue So., 12th Floor
New York, NY 10016-8013

Hite Fusion Fund VI, LLC
Hite Capital Management LLC
432 Park Avenue So., 12th Floor
New York, NY 10016-8013


Hite Fusion Fund VII, LLC
Hite Capital Management LLC
432 Park Avenue So., 12th Floor
New York, NY 10016-8013

Hite Fusion Fund VIII, LLC
Hite Capital Management LLC
432 Park Avenue So., 12th Floor
New York, NY 10016-8013

Hite Fusion Fund, LLC
Hite Capital Management LLC
432 Park Avenue So.
12th Floor
New York, NY 10016-8013


Hogan & Hartson LLP
Attn: Ira S. Greene (IG-2315)
875 Third Avenue
New York, NY 10022-7222

Hogan & Hartson LLP
Attn: Scott Golden (SG-6663)
875 Third Avenue
New York, NY 10022-7222

Hogan & Hartson LLP
Dena C. Kaufman (DC-9222)
875 Third Avenue
New York, NY 10022-7222


Hogan & Hartson LLP.
875 Third Avenue
New York, NY 10022-6225
Attn: Ira S. Greene (IG-2315)
Attn: Dena C. Kaufman (DC 9222)

Hope Greenfield
c/o Klein & Solomon, LLP
275 Madison Avenue, 11th Floor
New York, New York 10016-1101

Hope Greenfield and Greenfield's OTP LL
c/o Klein & Solomon, LLP
275 Madison Avenue, 11th Floor
New York, N.Y 10016-1101


Howard J. Weg, Esq.
David B. Shemano, Esq.
Peitzman, Weg & Kempinsky LLP
10100 Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067-4115

Howard R. Hawkins, Jr. Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-0006

Howard R. Hawkins, Jr. Esq.
Ellen M. Halstead, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-0006


Howard R. Hawkins, Jr., Esq.
Jason Jurgens, Esq.
Ellen M. Halstead, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-0006

Howard S. Beltzer, Esq.
Jeffrey G. Tougas, Esq.
Christine A. Walsh, Esq.
Mayer Brown LLP
1675 Broadway
New York, New York 10019-5889

Howard S. Beltzer, Esq.
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178-0060


Howard S. Steel, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178-0062

Howard Seife, Esq.
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112-0129

Hua Nan Commercial
Bank, Ltd
38 Chung-King South
Road Section 1
Taipei, Taiwan


Humberto G. Merchand Lopez
c/o Joseph L. Fox, Esq.
60 East 42d Street, Suite 2231
New York, NY 10165-6232

Humberto G. Merchand Lopez
c/o Joseph L. Fox, Esq.
60 East 42nd Street, Suite 2231
New York, NY 10165-6232

IKON Office Solutions, Inc.
c/o J. Cory Falgowski, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801-1163


ING BANK, FSB
c/o Pepper Hamilton LLP
Attn: Deborah Kovsky-Apap, Esq.
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157

INGRAM YUZEK GAINEN CARROLL
& BERTOLOTTI LLP;
Attorneys for 50 Broadway Realty Corp
250 Park Avenue
New York, New York 10177-0001
Attn: Cory L. Weiss, Esq.

IVEY, BARNUM, AND O'MARA, LLC
MELISSA ZELEN NEIER, ESQ
170 MASON STREET
GREENWICH, CT 06830-6642

Ian N. Levy
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022-7775

Informal Noteholder Group
Akin Gump Strauss Hauer & Feld LLP
Attn: Michael Stamer
590 Madison Avenue
New York, NY 10022-2524

Inst. Benchmarks Series (Master Feeder)
LTD-acting soley In Re: Augustus Global
c/o Credit Agricole
1301 Avenue of Americas, 38th Floor
New York, NY 10019-6091

Inst. Benchmarks Series (Master Feeder)
LTD-acting soley in re: Centaur Seg. Acc
c/o Credit Agricole
1301 Avenue of Americas, 38th Floor
New York, NY 10019-6091

Inst. Benchmarks Series (Master Feeder)
LTD-acting soley in re:CentaurSeg. Accou
c/o Credit Agricole
1301 Avenue of Americas, 38th Floor
New York, NY 10019-6091

Inst. Benchmarks Series (Master Feeder)
LTD-acting soley in respect of its
Augustus Convert. Series Seg. Account
c/o Credit Agricole Structured
1301 Avenue of Americas, 38th Floor
New York, NY 10019-6091

Inst.Benchmarks Series (Master Feeder)
LTD-acting soley in respect of Taks
Seg c/o Credit Agricole
1301 Avenue of Americas, 38th Floor
New York, NY 10019-6091

Interactive Data Corporation
c/o Douglas B. Rosner, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Ipreo Holdings, LLC
1359 Broadway, 2nd Floor
New York, New York 10018-7123

Ira L. Herman
Demetra L. Liggins
THOMPSON & KNIGHT LLP
919 Third Avenue, 39th Floor
New York, New York 10022-3902

Ira L. Herman
Demetra L. Liggins
Thompson & Knight LLP
919 Third Avenue, 39th Floor
New York, NY 10022-3902

Ira M. Levee
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, New York 10020-1104

Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068-1791

Ira Wertentiel
P.O. Box 247
Oak Creek, CO 80467-0247

Irell & Manella LLP
Attorneys for Party-in-Interest
Attn: Kerri A. Lyman, Esq.
840 Newport Center Dr., Suite 400
Newport Beach, CA 92660-6323

Irena M. Goldstein, Esq.
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

Ironbridge Aspen Collection, LLC
P.O. Box 10493
Aspen, CO 81612-7329

Ironbridge Management LLC
c/o Duncan E. Barber
Bieging Shapiro & Barber LLP
4582 S. Ulster St. Pkwy, #1650
Denver, CO 80237-2686

Isaac Shamah
219 N. Broadway
Nyack, NY 10960-1618

Iskender H. Catto, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4643

Israel Dahan, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-0006

J. Douglas Bacon
Latham & Watkins LLP
233 South Wacker Dr. Ste. 5800
Chicago, IL 60606-6447
douglas.bacon@lw.com

J. Fred Berg, Jr., Esq.
Russin, Vecchi, Berg & Bernstein LLP
380 Lexington Avenue, Suite 1518
New York, NY 10168-1599

J. Robert Stoll
Andrew Shaffer
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5889

J.R. SMITH
HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074

J.R. Smith
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

JAMES A. HIGGINS
124 EAST FOURTH STREET
OLD CITY HALL
TURSA, OK 74103-5027

JAMES HEISER
CHAPMAN AND CUTLER LLP
111 WEST MONROE STREET
CHICAGO, IL 60603-4080

JAMES N. LAWLOR, ESQ.
WOLLMUTH MAHER & DEUTSCH LLP
500 FIFTH AVENUE
NEW YORK, NY 10110-1292

JAMES N. LAWLOR, ESQ.
WOLLMUTH MAHER & DEUTSCH LLP
ONE GATEWAY CENTER, NINTH FLOOR
NEWARK, NJ 07102-5321

JAMES P. FINERTY
PFEIFER & REYNOLDS, LLP
765 THE CITY DRIVE SOUTH
SUITE 380
ORANGE, CA 92868-6917

JEFFREY J. McMAHAN, ESQ.
DINSE, KNAPP & McANDREW, P.C.
209 BATTERY STREET
PO BOX 988
BURLINGTON, VT 05402-0988

JF Pring
Oosatweg 2
Horssen, 6631 KT, NEtherlands


JMG Capital Partners, LP
Attn: c/o JMG Capital Management, LLC
11601 Wilshire Boulevard, Suite 2180
Los Angeles, CA 90025-1757

JMG Triton Offshore Fund Limited
Attn: c/o Pacific Assets Management, LLC
11601 Wilshire Boulevard, Suite 2180
Los Angeles, CA 90025-1757

JMG Triton Offshore Fund Limited
c/o Pacific Assets Management, LLC
11601 Wilshire Boulevard, Suite 2180
Los Angeles, CA 90025-1757


JOAN S. HUH (Calf. State Bar No. 225724)
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814-4434

JOHN H. MADDOCK III
JOSEPH S. SHEERIN
MCGUIREWOODS LLP
ONE JAMES CENTER
901 EAST CAREY STREET
RICHMOND, VA 23219-4063

JOSEPH L. FOX, ESQ.
ATTORNEY FOR HUMBERTO G. MERCHAND LOPEZ
60 EAST 42ND STREET
SUITE 2231
NEW YORK, NY 10165-6232


JQS Investment Advisors S.A.
c/o Phillips Nizer LLP
Attention: Peter Harutunian
666 Fifth Avenue
New York, NY 10103-0001

JULIE M. WILLIAMSON
BIEGING SHAPIRO & BURRUS LLP
4582 SOUTH ULSTER STREET PARKWAY
SUITE 1650
DENVER, COLORADO 80237-2686

Jabbour, Lamita
Villa Jabbour, Tallet Srour
Zone Rouge N 78
Naccache, Lebanon


Jack A. Raisner, Esq.
Outten & Golden LLP
3 Park Ave., 29th Fl
New York, NY 10016-5902

Jack A. Raisner, Esq.
Ren S. Roupinian , Esq.
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, New York 10016-5902

Jacqueline W. Edelman
P.O. Box 4914
Incline Village, NV 89450-4914


James A. Timko
SHUTTS & BOWEN LLP
300 South Orange Ave. Suite 1000
Orlando, Fl 32801-5403

James C. Tecce, Esq.
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1603

James E. Bird
Polsinelli Shalton Flanigan Suelthaus PC
700 W. 47th Street, Suite 1000
Kansas City, Missouri 64112-1805


James E. Spiotto
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago IL 60603-4080

James F. Wallack, Esq. (JW-4078)
Douglas B. Rosner, Esq. (DR-5690)
Gregory O. Kaden, Esq. (GK-9610)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

James G. Lister
4 Mayfair Road
St. Louis, MO 63124-1663


James I. McClammy (JM-5592)
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017-3982

James J. Tancredi, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212

James Joyce, Esq.
Dressler & Peters, LLC
111 W. Washington Street, Suite 1900
Chicago, IL 60602-2713


James L. Bromley, Esq.
Sean A. O'Neal, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1470

James M. Ringer
MEISTER SEELIG & FEIN LLP
2 Grand Central Tower, 19th Floor
140 East 45th Street
New York, NY 10017-7143

James S. Carr, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178-0062


Janet M. Weiss, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193

Jason C. Lee
Deputy General Manager
First Commercial Bank Co.,
Ltd, New York Agency
34th floor, 750, 3rd Avenue,
New York, NY 10017

Jason Siner
3508 Palais Terrace
Lake Worth, FL 33449-8063

Jason W. Harbour
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074

Jay B. Solomon
Attorney for Creditor
Hope Greenfield
275 Madison Avenue, 11th Floor
New York, New York 10016-1101

Jay Hurst
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

Jay Teitelbaum
3 Barker Avenue, 3rd Floor
White Plains, New York 10601-1509

Jayna Partain Lamar
MAYNARD COOPER & GALE, PC
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203

Jeanes Hospital
c/o James Wellons, Senior Counsel
Temple University Health Systems, Inc.
2450 W. Hunting Park Ave.
Philadelphia, PA 19129-1398

Jeff Wittig
Continental Airlines, Inc.
1600 Smith
Dept. HQ56G
Houston, TX 77002-7531

Jeffrey A. Rosenthal
Cleary Gottlieb Steen
& Hamilton LLP
One Liberty Plaza
New York, New York 10006-1404

Jeffrey A. Rosenthal
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1470

Jeffrey G. Tougas, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5889

Jeffrey G. Tougas, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5889

Jeffrey Kurtzman, Esq.
KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS, LLP
260 S. Broad Street
Philadelphia, PA 19102-5021

Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 15th Fl.
New York, NY 10022-5717

Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 15th Floor
New York, New York 10022-5717

Jeffrey S. Sabin
399 Park Avenue
New York, New York 10022-4614

Jeffrey Vanderbeek
c/o Wasserman, Jurista & Stolz
225 Millburn Ave., P.O. Box 1029
Millburn, NJ 07041-1029

Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654-5474

Jenner's Pond Inc
2000 Greenbriar Lane
West Grove, PA 19390-9485

Jeremy D. Eiden, Esq.
Office of the Minnesota
Attorney General
445 Minnesota Street, Suite 900
St. Paul, Minnesota 55101-2127

Joanne K. Lipson, WSBA #13204
J. Todd Tracy, WSBA #17342
CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101-1881

Joanne Lee
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654-5313

John A. Kehoe, Esq.
Benjamin J. Hinerfeld, Esq.
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087-5181

John D. Lovi, Esq.
Lara E. Romansic, Esq.
Steptoe & Johnson LLP
750 Seventh Avenue
New York, NY 10019-6834

John E. Jureller, Jr
Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York, NY 10017-6314

John E. West
Steven M. Abramowitz
Vinson & Elkins L.L.P.
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760

John F. Carberry, Esq.
Cummings & Lockwood LLC
Six Landmark Square
Stamford, CT 06901-2704

John H. Genovese, Esq.
GENOVESE, JOBLOVE & BATTISTA, P.A.
Bank of America Tower at
International Place
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131-2118

John H. Schanne II, Esq.
Pepper Hamilton LLP
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

John H. Schanne II, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

John J. Monaghan, Esq.
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116-3889

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-0006

John L. Scott, Esq.
David M. Grimes, Esq.
Rizwan A. Qureshi, Esq.
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022-7684

John L. Scott, Esq.
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022-7684
jlscott@reedsmith.com

John P. ?Sean? Coffey, Esq.
Bernstein Litowitz Berger
& Grossmann LLP
1285 Avenue of the Americas
New York, New York 10019-6031

John P. Melko
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002-5011

John R. Ashmead, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004-1485

John R. Merva, Esq.
Associate Counsel and VP
Fulton Ban
One Penn Center
PO Box 4887
Lancaster 17604-4887

John S. Mairo, Esq.
Terri Jane Freedman, Esq.
PORZIO, BROMBERG & NEWMAN, P.C.
(Delivery to) 100 Southgate Parkway
Morristown, NJ 07960-6465

John S. Mairo, Esq.
Terri Jane Freedman, Esq.
PORZIO, BROMBERG & NEWMAN, P.C.
(Delivery to) 156 West 56th Street
New York, NY 10019-3800

John S. Mairo, Esq.
Terri Jane Freedman, Esq.
PORZIO, BROMBERG & NEWMAN, P.C.
(Mail to) P.O. Box 1997
Morristown, NJ 07962-1997

John Sosnowski
The Seaport Group LLC
360 Madison Avenue, 22nd Floor
New York, NY 10017-7138

Johnson County
c/o Elizabeth Banda, Esq.
Perdue, Brandon, Fielder,et al
P. O. Box 13430
Arlington, Texas 76094-0430

Joli A. Lofstedt, Colo. Bar #21946
Connolly Rosania & Lofstedt, P.C.
950 Spruce Street, Suite 1C
Louisville, CO 80027-1977

Jonathan L. Flaxer, Esq.
Golenbock Eiseman Assor
Bell & Peskoe LLP
437 Madison Avenue
New York, NY 10022-7001

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave, Ste 4500
Seattle, WA 98154-1065

Joseph Horgan
PHOENIX AMERICAN FINANCIAL SERVICES, INC
2401 Kerner Boulevard
San Rafael, CA 94901-5569

Joseph Orbach, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 15th Fl.
New York, NY 10022-5717

Joseph Orbach, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 15th Floor
New York, New York 10022-5717

Joseph Scordato, Esq.
Dresdner Bank A.G.
1301 Avenue of the Americas
New York, NY 10019-6022

Joshua A. Feltman, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Joshua A. Feltman, Esq. (JF-9486)
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Joshua D. Morse
HENNINGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017-2576

Joshua Dorchak
399 Park Avenue
New York, New York 10022-4614

Joshua W. Cohen, Esq.
Day Pitney LLP
One Audubon Street
New Haven, CT 06511-6432

Joyce L. Rehorst
2123 Fox Creek Road
Berwyn, PA 19312-2117

Juda J. Epstein, Esq.
Law Office of Juda J. Epstein
3543 Main Street, Second Floor
Bridgeport, CT 06606-3626

Judson
c/o Starr & Starr, PLLC
260 Madison Ave., 17th Fl.
New York, NY 10016-2401

Judy Hamilton Morse
CROWE & DUNLEVY, P.C.
20 North Broadway, Suite 1800
Oklahoma City, OK 73102-9213

Julie A. Manning, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Julie M. Murphy, Esq.
Stradley Ronon Stevens & Young LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Julien & Schlesinger, P.C.
Michael S. Schlesigner
One Whitehall Street
17th Floor
New York, NY 10004-2157

Julien & Schlesinger, P.C.
Michelle L. Pomerantz
One Whitehall Street
17th Floor
New York, NY 10004-2157

Julien & Schlesinger, P.C.
One Whitehall Street
17th Floor
New York, NY 10004-2157


Justin A. Kuehn (JK 5853)
BRAGAR WEXLER EAGEL & SQUIRE, P.C.
885 Third Avenue  Suite 3040
New York, NY 10022-4834

KBC Bank
125 W. 55th St.
New York, NY 10019-5369

KEVIN M. ECKHARDT
HUNTON & WILLIAMS LLP
1111 BRICKELL AVENUE
SUITE 2500
MIAMI, FL 33131-3155


KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4643
Attn: James H. M. Sprayregen
James.Sprayregen@kirkland.com

KLEIN & SOLOMON, LLP
Jay B. Solomon (JBS-3855)
Attorneys for Creditor
HOPE GREENFIELD
275 Madison Avenue, 11th Floor
New York, New York 10016-1101

KODDE, M.W.
ANTOON DER KINDERENLAAN 6
'S-HERTOGENBOSCH, 5212 AA
NETHERLANDS,


Kaplan Landau, LLP
Eugene Neal Kaplan
Patrick Train-Gutierrez
1065 Avenue of the Americas
27th Floor
New York, New York 10018-0161

Karen E. Wagner (KW-3451)
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017-3982

Karen E. Wagner (KW-3451)
James I. McClammy (JM-5592)
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017-3982


Katharine L. Mayer, Esq.
McCarter & English, LLP
Renaissance Centre
405 North King Street
Wilmington, DE 19801-3700

Katsky Korins LLP
605 Third Avenue, 16th Floor
New York, New York 10158-1699
(212) 953-6000
Attn: Steven H. Newman, Esq.

Katsky Korins LLP
605 Third Avenue, 16th Floor
New York, New York 10158-1699
Attn: Steven H. Newman, Esq.


Keith A. Simon
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4874
keith.simon@lw.com

Keith C. Owens
FOLEY & LARDNER LLP
555 South Flower Street
Suite 3500
Los Angeles, CA 90071-2411

Kenneth A. Reynolds, Esq.
McBreen & Kopko
500 North Broadway, Suite 129
Jericho, New York 11753-2128


Kenneth J. Kelly, Esq.
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, New York 10177-1211

Kevin Fritz
MEISTER SEELIG & FEIN LLP
2 Grand Central Tower, 19th Floor
140 East 45th Street
New York, NY 10017-7143

Kevin M. Lippman
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-3302


Kevin M. Lippman
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659

Klestadt & Winters, LLP
Carrie V. Hardman
292 Madison Avenue, 17th Floor
New York, New York 10017-6314

Knechtle, Arnold
Deutenberg 57 B
Worb, 3076, Switzerland


Knightsbridge Guarding Ltd
4th Floor 28 Throgmorton St
London EC2N 2AN
United Kingdom

Korea Investment & Securities Co., LTD.
27-1, Yoido-dong, Youngdungpo-gu
Seoul, 150-745, Korea

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Thomas Moers Mayer, Esq.
Daniel M. Eggermann, Esq.


Kraus Partner Investment Sol.
AG in its Capacity a Manager
to the Altea SICAV-FIS and
Acting for Altea SICAV-FIS-Global One
Limmatquai 122
CH-8001 Zurich,SWITZERLAND

Kristin K. Going, Esq.
DRINKER BIDDLE & REATH LLP
1500 K. St., NW - Suite 1100
Washington, DC 20005-1258

Kurt A. Mayr
Bracewell & Giuliani LLP
Goodwin Square
225 Asylum Street
Suite 2600
Hartford, Connecticut 06103-1534

Kurt F. Gwynne, Esq.
J. Cory Falgowski, Esq.
REED SMITH LLP
1201 N. Market Street
Suite 1500
Wilmington, DE 19801-1163

Kurt F. Gwynne, Esquire
J. Cory Falgowski, Esquire
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801-1163

LATHAM & WATKIKNS LLP
ATTN: ADAM J. GOLDBERG
SEARS TOWER, SUITE 5800
CHICAGO, IL 60606

LATHAM & WATKIKNS LLP
ATTN: AMY A. HIJJAWI
SEARS TOWER, SUITE 5800
CHICAGO, IL 60606

LATHAM & WATKIKNS LLP
ATTN: DOUGLAS BACON
SEARS TOWER, SUITE 5800
CHICAGO, IL 60606

LAW OFFICES OF GABRIEL DEL VIRGINIA
641 Lexington Avenue-21st Floor,
New York, New York 10022-4573
Attn.: Gabriel Del Virginia, Esq.

LAW OFFICES OF NEIL MOLDOVAN, P.C.
ATTN: ELLEN ZWEIG
ONE OLD COUNTRY ROAD
SUITE 270
CARLE PLACE, NY 11514-1855

LAWRENCE J. LEDERER, ESQ.
BERGER & MONTAGUE P.C.
1622 LOCUST STREET
PHILADELPHIA, PA 19103-6365

LEHMAN BROTHERS (LUXEMBOURG)
EQUITY FINANCE S.A.
C/O JACQUES DELVAUX & LAURENT FISCH,
2, RUE DE LA CHAPELLE
LUXEMBOURG, L-1325
LUXEMBOURG

LEVI LUBARSKY & FEIGENBAUM LLP
Walter E. Swearingen
1185 Avenue of the Americas, 17th Floor
New York, New York 10036-2603

LIBBY WONG
PFEIFER & REYNOLDS, LLP
765 THE CITY DRIVE SOUTH
SUITE 380
ORANGE, CA 92868-6917

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, Texas 78760-7428

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201-2644

LONDON DIVERSIFIED FUND LIMITED
10 GROSVENOR STREET
LONDON, UK
W1K 4QB

LOUIS A. SCARCELLA
FARREL FRITZ, P.C.
1320 REXCORP PLAZA
UNIONDALE, NY 11556-0120

LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068-1791

LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068-1791
Attn: Eric H. Horn

LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068-1791
Attn: Jeffrey Prol, Esq.

LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068-1791
Attn: Kenneth A. Rosen, Esq.

LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068-1791
Attn: Vincent A. D?Agostino, Esq.

LYXOR ASSET MANAGEMENT S.A.
AS SUB-MANAGER OF THE LYXOR/JULIUS BAER
FUND LIMITED, ATTN: EMILIEN SIMOES
TOURS SOCIETE GENERALE
PARIS - LA DEFENSE CEDEX, 92987
FRANCE

LYXOR ASSET MANAGEMENT S.A.
AS SUB-MANaGER LYXOR/HARMONIC CURRENCY
ATTN: EMILIEN SIMOES
TOURS SOCIETE GENERALE
PARIS-LA DEFENSE CEDEX, 92987 FRANCE

LYXOR ASSET MANAGEMENT S.A.
SUB-MANAGER LYXOR/JANDAKOT FUND LTD
ATTN: EMILIEN SIMOES
TOURS SOCIETE GENERALE
PARIS - LA DEFENSE CEDEX, 92987 FRANCE

La Serenissima Ltd
4209 Tower One
Lippo Centre
89 Queensway Admiralty
Hong Kong

Laplace Fund Equities Limited
c/o Prime Brokerage & Trading, Man
Inves, Lower Thames Street
Attention: Kirsten Rogers
London, EC3R 6DU, United Kingdom

Laurel Cove Development
c/o Stagg Terenzi Confusione & Wabnik, L
401 Franklin Avenue
Garden City, New York 11530-5942

Law Offices of Neil Moldovan, P.C
Ellen Zweig
One Old Country Road, Suite 270
Carle Place, New York 11514-1855
(516)294-3300

Law Offices of Neil Moldovan, P.C.
One Old Country Road, Suite 270
Carle Place, New York 11514-1855
Attn: Ellen Zweig

Lawrence J. Kotler, Esquire
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

Lawrence M. Handelsman, Esq.
Denise K. Wildes, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

Lee D. Powar, Esq.
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114-2303

Lee Kwok Wing Laurie
Flat B, 11/F, Fook Wan Mansion
79 Fuk Wa Street
Hong Kong

Legal Department
QVT Financial LP
1177 Avenue of the Americas, 9th Floor
New York NY 10036-2714

Libyan Arab Foreign
c/o Keith C. Owens
Foley & Lardner LLP
555 S. Flower Street, 35th Floor
Los Angeles, CA 90071-2411

Liley Tran
18 Wyatt Avenue
Burwood, AUSTRALIA  NSW 2134

Linda Boyle
Time Warner Telecom, Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124-5454

Litton Loan Servicing, LP
P. O. Box 829009
Dallas, Texas 75382-9009

Lloyds Bank
1251 Avenue of the
Americas, 39th Fl.,
P.O. Box 4873
New York, NY 10163-4873

Lloyds TSB Bank plc (Geneva Branch),
On behalf of Capital Growth SA
2-4 Rue de Hollande
1204 Geneva
Switzerland

Longacre Institutional Opportunity Fund, L.P
810 Seventh Avenue, Floor 33
New York, NY 10019-5869
Attn: Vladimir Jelisavcic

Longacre Master Fund II, L.P.
810 Seventh Avenue, 33rd Floor
New York, NY 10019-5869
Attn: Vladimir Jelisavcic

Louis A. Scarcella
Farrell Fritz, P.C.
1320 RexCorp Plaza
Uniondale, New York 11556-0120

Louisiana Sheriff's Pension and Relief
c/o Richard W. Martinez
Richard W. Martinez, APLC
228 St. Charles Ave., Suite 1310
New Orleans, LA 70130-2644

Luc A. Despins
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1401

Luma Al-Shibib
Reed Smith LLP
599 Lexington Avenue
30th Floor
New York, New York 10022-7650

MADLYN GLEICH PRIMOFF, ESQ.
LAUREN ATTARD, ESQ.
KAYE SCHOLER LLP
425 PARK AVENUE
NEW YORK, NY 10022-3598

MARK V. BOSSI
ONE US BANK PLAZA
ST. LOUIS, MISSOURI 63101-1612

MARTIN S. SIEGEL
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036-6536

MCCALLA RAYMER, LLC
Lureece D. Lewis, Esq.
Georgia Bar No. 520077
1544 Old Alabama Road
Roswell, Georgia 30076-2102

MCCALLA RAYMER, LLC
Matthew Dyer, Esq.
1544 Old Alabama Road
Roswell, Georgia 30076-2102

MCDERMOTT WILL & EMERY LLP
COUNSEL FOR MARIE PAPILLON
ATTENTION: NATHAN F. COCO
227 WEST MONROE STREET, SUITE 4400
CHICAGO, IL 60606-5096

MERRILL G. DAVIDOFF, ESQ.
BERGER & MONTAGUE P.C.
1622 LOCUST STREET
PHILADELPHIA, PA 19103-6365

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
Russell R. Johnson III
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103-2168

MICHAEL D. GORDON
BRIGGS AND MORGAN, P.A.
2200 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402

MICHAEL J. CORDONE, ESQ.
PAUL A. PATTERSON, ESQ.
MARK J. DORVAL, ESQ.
STRADLEY RONON STEVENS & YOUNG, LLP
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7018

MICHAEL R. PFEIFER
PFEIFER & REYNOLDS, LLP
765 THE CITY DRIVE SOUTH
SUITE 380
ORANGE, CA 92868-6917

MORITT HOCK HAMROFF
HOROWITZ LLP
Leslie A. Berkoff
400 Garden City Plaza
Garden City, New York 11530-3336

MORITT HOCK HAMROFF & HOROWITZ LLP
400 Garden City Plaza
Garden City, NY 11530-3327
Attn: Leslie Ann Berkoff

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050
Attn: Brett H. Miller, Esq.

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050
Attn: John A. Pinatarelli, Esq.

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Attn: Jordan A. Wishnew, Esq.

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050
Attn: Karen Ostad, Esq.
Todd M. Goren, Esq.

Mack-Cali Realty LP
c/o Wolff & Samson PC
One Boland Drive
West Orange, NJ 07052-3686

Madlyn Gleich Primoff, Esq.
Lauren Attard, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022-3598

Madlyn Gleich Primoff, Esq.
Scott D. Talmadge, Esq.
Lauren Attard, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022-3598

Madlyn Gleich Primoff, Esq.
Scott D. Talmadge, Esq.
Lauren Attard, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022-3598

Magnetar Capital LLC
623 Fifth Avenue
26th Floor
New York, NY 10022-6831

Majestic Fund Limited
c/o Prime Brokerage & Trading, Man
Inves, Lower Thames Street
Attention: Kirsten Rogers
London, EC3R 6DU
United Kingdom

Makola 2005, S.L.
c/o Sheppard Mullin Richter &Hampton LLP
Attn: Edward H. Tillinghast, III
30 Rockefeller Plaza
New York, NY 10112-0079

Malani Cademartori
Sheppard Mullin Richter & Hampton, LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112-0026

Malani J. Cademartori
SHEPPARD MULLIN RICHTER & HAMPTON LLP?
30 Rockefeller Plaza, 24th Floor?
New York, New York 10112-0026

Malani J. Cademartori, Esq.
Sheppard Mullin Richter & Hampton, LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112-0026

Manfred Wechsberg
Leonding, A-4060
Im Blumengrund 9
Austria

Mansfield ISD
c/o Elizabeth Banda, Esq.
Perdue, Brandon, Fielder,et al
P. O. Box 13430
Arlington, Texas 76094-0430

Marc Chait
Standard Chartered Bank
1 Madison Avenue, 3rd Floor
New York, N.Y 10010-3663

Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, Delaware 19801-5161

Margot B. Schonholtz
Ana M. Alfonso
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022-3598

Mark A. Speiser
Sherry J. Millman
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

Mark C. Ellenberg, Esq.
CADWALADER, WICKERSHAM &
TAFT LLP
1201 F Street N.W., Suite 1100
Washington, DC 20004-1218

Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

Mark Mazzatta & Michele McHugh-Mazzatta
c/o Bragar Wexler Eagel & Squire
885 Third Ave., Suite 3040
New York, New York 10022-4834
ph: (212) 308-5858
fax: (212) 486-0462

Mark N. Berman
NIXON PEABODY, LLP
100 Summer Street
Boston, MA 02110-2131

Mark S. Landman
Landman Corsi Ballaine
& Ford, P.C.
120 Broadway, 27th Floor
New York, NY 10271-0079

Mark VanVoorden
61 Yorkville Avenue, Suite 815
Toronto, ON M5R-1B7

Mark W. Warren, Esq.
Manufacturers and Trader
Trust Company
One M&T Plaza, 12th Floor
Buffalo, New York 14203-2301

Marshall Funds, Inc. and
Marshall & Ilsley Trust Co., N.A.
c/o Timothy F. Nixon, Godfrey & Kahn, S.
780 North Water Street
Milwaukee, WI 53202-3512

Martin A. Mooney, Esq. (MM )
DEILY, MOONEY & GLASTETTER, LLP
Attorneys for DCFS Trust
Office and P.O. Address
8 Thurlow Terrace
Albany, New York 12203-1006

Martin J. Bienenstock, Esq.
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

Martin J. Bienenstock, Esq.
Judy G.Z Liu, Esq.
Timothy Q. Karcher, Esq.
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6022

Martin Jefferson Davis
Senior Trail Attorney
Office of Thrift Supervision
Northeast Region
Harborside Financial Center
Plaza Five..Jersey City, NJ 07311

Mary Joanne Dowd, Esq.
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5369


Matthew Tuck
Lloyds Bank
1251 Avenue of the Americas,
39th Fl., P.O. Box 4873
New York, NY 10020-1104

McDERMOTT WILL & EMERY LLP
Counsel for Marie Papillon
Attention: Gary O. Ravert
340 Madison Avenue
New York, New York 10173-0002


Mercedes-Benz Credit Corporation
c/o Shermeta, Adams & Von Allmen, P.C.
P.O. Box 80908
Rochester Hills, MI  48308-0908


Meridian Diversified Fund Management LLC
Assignee of Meridian Diversified Portabl
20 Corporate Woods Boulevard, 4th Floor
Albany, NY 12211-2396
USA

Metavante Corporation
c/o Richard Bernard, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111-0230

Michael Benner, Esq.
Tishman Speyer Properties, L.P.
45 Rockefeller Plaza
New York, NY 10111-0229


Michael J. Cordone, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018


Michael J. Pucillo, Esq.
Berman DeValerio Pease, et al
Esperante Bldg., Suite 900
222 Lakeview Avenue
West Palm Beach, FL 33401-6145

Martin Jefferson Davis
Senior Trial Attorney
Office of Thrift Supervision
Northeast Region
Harborside Financial Center Plaza Five
Jersey City, New Jersey 07311

Mason Capital Management LLC
110 East 59th Street
30th Floor
New York, New York 10022-1324


Maureen Cronin
My Chi To
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022-3916


McLellan County
c/o John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064


Mercuria Energy Trading S.A.
Mercuria Energy Trading PTE Limited
50 Rue Du Rhone
CH-1204 Geneva
Switzerland


Merrill Lynch Credit Products, LLC
c/o Bank of America Merrill Lynch
Global Distressed Products
Bank of America Tower- 3rd Floor
One Bryant Park
New York, NY 10036-6728

Metavante Corporation
c/o Whyte Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202-3837

Michael Halevi
Australia National Bank
1177 Avenue of the
Americas, 6th Fl.
New York, NY 10036


Michael J. McGinnis
Senior Attorney
El Paso Corporation
1001 Louisiana, Suite E1943A
Houston, TX 77002-5089


Michael L. Schleich, Esq.
Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2603

Mary Jane DaPuzzo
c/o Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas, 17th Floor
New York, New York 10036-2603


Matthew P. Morris, Esq.
Lovells LLP
590 Madison Avenue
New York, NY 10022-2524


Mayer, Klaus
Bergstrasse 86
Aurachtal, GERMANY  D91086


Meerman, E.A. Berlijn
Maria Wesselingstr. 239
3065 GD
ROTTERDAM, Netherlands


Meredith A. Lahaie
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-2524


Metavante Corporation
c/o Donald A. Workman, Esq.
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

Michael A. Morris
HENNINGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017-2576


Michael Halevi
Director, Financial
Institutions
ANZ Banking Group
1177 Avenue of Americas
New York, NY 10036-2714


Michael J. Pucillo, Esq.
Berman DeValerio Pease Tabacco
Burt & Pucillo
Esperante Bldg., Suite 900
222 Lakeview Avenue
West Palm Beach, FL 33401-6148


Michael L. Schleich, Esq.
Fraser Stryker PC LLO
500 Energy Plaza, 409 South 17th Street
Omaha, Nebraska 68102

Michael Mauerstein
MD - FIG
388 Greenwich Street
New York, NY 10013-2375

Michael P. Murphy, County Counsel
County of San Mateo
400 County Center
Redwood, CA 94063-1662

Michael R. Dal Lago, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, New York 10022-4784


Michael Rosenthal, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193

Michael Ruetzel
Ulf Kreppel, Katarina Stahl
WHITE & CASE LLP
Bockenheimer Landstrasse 20
60323 Frankfurt am Main, Germany

Michael S. Etkin, Esq.
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, New York 10020-1104


Michael S. Etkin, Esq.
S. Jason Teele, Esq.
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, New York 10020-1104

Michael S. Etkin, Esq.
S. Jason Teele, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068-1791

Michael S. Etkin, Esq.
Scott Cargill, Esq.
Sean E. Quigley, Esq.
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10020-1104


Michael S. Etkin, Esq.
Scott Cargill, Esq.
Sean E. Quigley, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068-1791

Michael S. Greger, Esq.
James A. Timko, Esq.
Allen Matkins Leck Gamble & Mallory LLP
1900 Main Street, Fifth Floor
Irvine, CA 92614-7321

Michael S. Kim
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022-7775


Michael S. Stamer
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-2524

Michael S. Stamer and Natalie E. Levine
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036-6728

Michelle A. Mendez
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202-2755


Microsoft Corporation/Licensing, GP
c/o Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 - 4th Avenue, Suite 4500
Seattle, WA 98154-1065

Milano Assucurazioni S.p.A.
Via Senigallia, 18/2
20161  Milan, Italy

Millennium Marketing & Management Pty, Ltd.
c/o Holme Roberts & Owen LLP
Attn:  Adam Brezine, Esq.
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994


Millennium Marketing & Management Pty, Ltd.
c/o Holme Roberts & Owen LLP
Attn:  Kerry Moynihan
800 W. Olympic Blvd., 4th Floor
Los Angeles, CA 90015-1367

Miron Berenshteyn
c/o Rene S. Roupinian
Jack A. Raisner
Outten & Golden LLP
3 Park Ave, 29th Fl
New York, NY 10016-5902

Missouri Department of Revenue
Attn: Steven A. Ginther
P.O Box 475
Jefferson City, MO 65102-0475
(573)751-5531


Missouri Department of Revenue
Bankruptcy Unit
Attn: Steven A. Ginther
P.O. Box 475,
Jefferson City, MO 65105-0475

Mitsui & Co. Energy Risk Management (U.S.A.)
200 Park Avenue
New York, NY 10166-0005

Mizuho Corporate Bank Ltd.
1-3-3, Marunouchi
Chiyoda-ku, TKY
100-8210 Japan


Mizuho Corporate Bank,Ltd.
Global Syndicated Finance Division
1-3-3, Marunouchi,Chiyoda-ku
Tokyo, Japan 100-8210

Morelli & Gold LLP
The Chanin Building - Suite 4400
380 Lexington Avenue
New York, NY 10168-0002
Attn: Richard L. Gold, Esq.

Morrar, Emad
12 Stormont Road
London N64NL
United Kingdom


Movants as defined in motion
c/o Perkins Coie LLP
30 Rockefeller Center, 25th Floor
New York, NY 10112-0094

Mr. Bauwens, A.E.
Guana Bay Drive
PO Box 262
Philipsburg, Sint Maarten
Netherlands Antilles

Mr. Ken Higman
Sr. Default & Recovery Analyst
Hewlett-Packard Company
2125 E. Katella Ave.
Suite 400
Anaheim, CA 92806-6075

Mrs. S.A.B. Van Rooy, DVM and LLM
Schoonouwenseweg 24
2821 NX STOLWIJK
The Netherlands

Ms. Anne Marie Kennedy
Corporate Counsel
Hewlett-Packard Company
3000 Hanover St., M/S 1050
Palo Alto, CA 94304-1185

Ms. Ramona Neal
Corporate Counsel
Hewlett-Packard Company
11311 Chinden Blvd.
Mailstop 314
Bosie, ID 83714-1021

My Chi To
Maureen A. Cronin
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022-3916

My Chi To
Maureen Cronin
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022-3916

NEAL S. MANN (NM-0617)
Assistant Attorney General
120 Broadway - 24th Floor
New York, New York 10271-0002

NYS DEPT OF TAX AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY NY 12205-0300

National Agricultural Cooperative Federation
Kwangwoong Park
Cooperative Investment Banking / NACF
4th Floor, annex to NACF,
75, Chungjeongro-1 Ga, Jung-Gu
Seoul, Republic of Korea 100-707

National Agricultural Cooperative Federation
c/o Lawrence J. Kotler, Esquire
DUANE MORRIS LLP
1540 Broadway
New York, NY  10036-4086

National Australia Bank
245 Park Ave. 28th, Fl.
New York, NY 10167-2800

National Economic Research Associates
PO Box 29677
New York, NY 10087-9677

Ned Bannon
Tishman Speyer Properties, L.P.
45 Rockefeller Plaza
New York, NY 10111-0229

Neil E. Herman, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0060

NetApp, Inc.
c/o Peter M. Gilhuly
Latham & Watkins LLP
355 South Grand Ave.
Los Angeles, CA 90071-3104

New Jersey Economic Development Authority
36 West State Street
PO Box 990
Trenton, NJ 08625-0990

New Jersey Manufacturers Casualty Company
301 Sullivan Way
West Trenton, NJ 08628-3496

New Jersey Manufacturers Indemnity Company
301 Sullivan Way
West Trenton, NJ 08628-3496

New Jersey Manufacturers Insurance Company
301 Sullivan Way
West Trenton, NJ 08628-3496

New Jersey Manufacturers Reinsurance Company
301 Sullivan Way
West Trenton, NJ 08628-3496

Newedge USA, LLC
550 West Jackson Blvd, Suite 500
Chicago, IL 60661-5781
Attention: Susan M. Schultz, Group Gener

Newedge USA, LLC
Attn: Susan M. Schultz
Group Deputy General
Counsel, Newedge
550 West Jackson Blvd, Suite 500
Chicago, IL 60661-5781

Newstart Factors, Inc.
2 Stamford Plaza - Suite 1501
281 Tresser Boulevard
Stamford, Connecticut 06901-3284
Attn: Gregory Vadasdi

Nicholas J. LePore, III, Esq.
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

Nissin Fire & Marine
Insurance Co., Ltd.
Attention: Investment Department
3 Kanda-Surugadai 2 Chome
Chiyada-ku, Tokyo 101-8329
Japan

Nomura Holding America, Inc.
Two World Financial Center
Building B, 22nd Floor
New York, NY 10281-1038
Attn: Penny Tehrani

Nomura Holding America, Inc.
Two World Financial Center
Building B, 22nd Floor
New York, New York 10281-1038
Attn: Penny Tehrani

Norma Delepine
705 Westfield Road
Scotch Plains, NJ 07076-2121

Normandy Hill Capital, L.P.
150 East 52nd Street, 10th Floor
New York, NY 10022-6218
Attn: Matthew A. Cantor, Esq.

Normandy Hill Capital, L.P.
150 East 52nd Street- 10th floor
New York, NY 10022-6218

OCM Opportunities Fund VII Delaware, L.P.
c/o Oaktree Capital Management, L.P.
333 South Grand Ave. 28th Floor
Los Angeles, CA 90071-1504

ORRICK HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103-0001
Attention: Raniero D'Aversa, Jr., E
Courtney M. Rogers, Esq.

ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1723
Attention: Debra L. Felder, Esq.

ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1723
Attention: Jonathan P. Guy, Esq.

ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1723
Attention: Richard H. Wyron, Esq.

ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1723
Attention: Roger Frankel, Esq.

ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1723
Kathleen A. Orr, Esq.

OTTERBOURG, STEINDER, HOUSTON & ROSEN, P.C.
Attn: Willaim M. Silverman, Esq.
Attn: Peter Feldman, Esq.
230 Park Avenue
New York, New York 10169-0005

OTTERBOURG, STEINDLER,
HOUSTON & ROSEN, P.C.
ATTN: William M. Silverman, Esq.
Peter Feldman, Esq.
230 Park Avenue
New York, New York 10169-0005

OVERSEA-CHINESE BANKING CORPORATION LTD
C/O MORRISON & FOERSTER LLP
ATTN: KAREN OSTAD
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

Occidental Energy Marketing, Inc.
c/o McCarter & English, LLP
P.O. box 652
Newark, NJ 07101-0652

Office of Charlene M. Indelicato
Westchester County Attorney
Attn: Melissa-Jean Rotini, Esq.
148 Martine Avenue, 6th Floor
White Plains, NY 10601-3311

Office of the Minnesota Attorney General
Assistant AG Jeremy D. Eiden
445 Minnesota Street, Ste 900
St. Paul, MN 55101-2127
Attnys for MN State Board of Investment

Omeca N. Nedd, Esq.
LOVELLS LLP
590 Madison Avenue
New York, NY 10022-2524

Oracle America, Inc.
c/o Shawn M. Christianson
Buchalter Nemer PC
55 2nd St., 17th Fl.
San Francisco, cA 94105-3491

Oracle USA, Inc.
c/o Shawn M. Christianson
Buchalter Nemer
333 Market St., 25th Fl.
San Francisco, CA 94105-2126

Orange Capital, LLC
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1485
Attn: Justin L. Shearer, Esq.

Oranje-Nassau Energie BV
F/K/A Oranje-Nassau (U.K.) Limited
c/o Lisa Beckerman
Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036-6728

Oranje-Nassau Energie BV
c/o Lisa Beckerman
Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036-6728

Otterbourg, Steindler, Houston & Rosen, P.C.
Attention: Peter Feldman, Esq.
Counsel for Federal Deposit Insurance Co
as Receiver of Westernbank Puerto Rico
230 Park Avenue
New York, New York 10169-0005

Otterbourg, Steindler, Houston & Rosen, P.C.
Counsel for the Federal Deposit Insuranc
230 Park Avenue
New York, NY 10169-2898

Overstock.com, Inc.
c/o Stein & Lubin LLP
Eugene Chang
600 Montgomery Street, 14th Floor
San Francisco, CA 94111-2716

P. Bruce Wright, Esq.
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6022

P. Bruce Wright, Esq.
Elizabeth Page Smith, Esq.
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6022

PARKER POE ADAMS & BERNSTEIN LLP
KIAH T. FORD IV
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202-1942

PATTERSON BELKNAPWEBB&TYLER LLP
Attorneys for Asbury Atlantic, Inc.
and Asbury-Solomons, Inc.
David W. Dykhouse
1133 Avenue of the Americas
New York, New York 10036-6710

PAUL J. PASCUZZI (Calif. State Bar No. 14881
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814-4434

PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY 10022-3205
Attention: Harvey A. Strickon (HS5210)

PEPPER HAMILTON LLP
Kay Standridge Kress (P39339)
Deborah Kovsky-Apap (P68258)
100 Renaissance Center,Suite 3600
Detroit, MI 48243-1157

PETER S. PEARLMAN, ESQ.
JEFFREY W. HERRMANN, ESQ.
COHN LIFLAND PEARLMAN HERRMANN
& KNOPF LLP
PARK 80 PLAZA WEST-ONE
SADDLE BROOK, NJ 07663

PETER S. PERLMAN, ESQ.
JEFFREY W. HERRMAN, ESQ.
COHN LIFLAND PERLMAN HERRMAN & KNOPF LLP
PARK 80 PLAZA WEST-ONE
SADDLE BROOK, NJ 07663

| | | |
|---|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>David A. Crichlow, Esq. (DC 2116)<br>1540 Broadway<br>New York, New York 10036-4039 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>William B. Freeman, Esq.<br>Mark D. Houle, Esq.<br>725 South Figueroa Street<br>Suite 2800<br>Los Angeles, CA 90017-5406 | PRINCE ALTEE THOMAS, ESQUIRE<br>FOX ROTHSCHILD LLP<br>2000 MARKET STREET, TENTH FLOOR<br>PHILADELPHIA, PA 19103-3291 |
| PRYOR CASHMAN LLP<br>Robert M. Fleischer (RF-9099)<br>Mark R. Jacobs (MJ-6248)<br>410 Park Avenue<br>New York, New York 10022-4407 | Pamela A. Bosswick, Esq.<br>Satterlee Stephens Burke & Burke LLP<br>230 Park Avenue<br>New York, New York 10169-0079 | Pamela Cocalas Wirt<br>Assistant General Counsel<br>First Trust Portfolios L.P.<br>120 E. Liberty Drive, Suite 400<br>Wheaton, Illinois 60187-5455 |
| Patricia Williams Prewitt<br>Locke Lord Bissell & Liddell LLP<br>3400 JPMorgan Chase Tower<br>600 Travis Street<br>Houston, Texas 77002-3009 | Patrick C. Maxcy, Esquire<br>Sonnenschein Nath & Rosenthal LLP<br>8000 Sears Tower<br>233 South Wacker Drive<br>Chicago, Illinois 60606-7147 | Patrick J. Potter<br>Pillsbury Winthrop<br>Shaw Pittman LLP<br>2300 N Street, NW<br>Washington, D.C 20037-1122 |
| Patrick J. Trostle<br>JENNER & BLOCK LLP<br>919 Third Ave., 37th Floor<br>New York, NY 10022-3915<br>ptrostle@jenner.com | Patrick L. Hayden<br>McGUIREWOODS LLP<br>1345 Avenue of the Americas<br>Seventh Floor<br>New York, NY 10105-0302 | Paul A. Patterson, Esq.<br>Michael 1. Cordone, Esq.<br>Mark 1. Dorval, Esq.<br>Stradley Ronon Stevens & Young, LLP<br>2600 One Commerce Square<br>Philadelphia, PA 19103-7018 |
| Paul A. Patterson, Esq.<br>Michael J. Cordone, Esq.<br>Mark J. Dorval, Esq.<br>Stradley Ronon Stevens & Young, LLP<br>2600 One Commerce Square<br>Philadelphia, PA 19103-7018 | Paul A. Patterson, Esq.<br>Michael J. Cordone, Esq.<br>Stradley Ronon Stevens & Young, LLP<br>2600 One Commerce Square<br>Philadelphia, PA 19103-7018 | Paul A. Patterson, Esquire<br>Stradley Ronon Stevens & Young, LLP<br>2600 One Commerce Square<br>Philadelphia, PA 19103-7018 |
| Paul Aronson<br>Gregory A. Bray<br>MILBANK, TWEED, HADLEY & McCLOY LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017-5735 | Paul J. Battista, Esq.<br>GENOVESE, JOBLOVE & BATTISTA, P.A.<br>Bank of America Tower at<br>International Place<br>100 S.E. 2nd Street, Suite 4400<br>Miami, Florida 33131-2118 | Peetermans, Joseph<br>Rue Gretry N 2<br>Grace-Hollopne, BELGIUM |
| Pennsylvania Department Of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946 | Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Washington, D.C 20005-4026 | People's United Bank<br>ABA #221122186<br>c/o Elizabeth J. Austin, Esq.<br>Pullman & Comley, LLC<br>850 Main Street, P.O. Box 7006<br>Bridgeport, CT  06601-7006 |
| Peter A. Chapman<br>Bankruptcy Creditors' Service, Inc.<br>572 Fernwood Lane<br>Fairless Hills, PA 19030-3804 | Peter A. Zisser, Esq.<br>HOLLAND & KNIGHT LLP<br>195 Broadway<br>New York, NY 10007-3190 | Peter Berman<br>105 South 12th Street, Unit 305<br>Philadelphia, PA 19107-4826 |
| Peter J. DaPuzzo<br>c/o Levi Lubarsky & Feigenbaum LLP<br>1185 Avenue of the Americas, 17th Floor<br>New York, New York 10036-2603 | Peter J. Macdonald<br>Jeannette K. Boot<br>Charu Chandrasekhar<br>Wilmer Cutler Picking Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022-4955 | Peter M. Gilhuly<br>LATHAM & WATKINS LLP<br>355 South Grand Avenue<br>Los Angeles, California 90071-3104 |
| Peter S. Partee, Sr.<br>HUNTON & WILLIAMS LLP<br>200 Park Avenue<br>New York, New York 10166-0091 | Philip C. Dublin<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, New York 10022-2524 | Philip John Nichols<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, New York 10036-2787 |

Philip Morris Finance S.A.
Avenue de Rhodanie 50
Lausanne 1007  Switzerland

Philip R. Byrnes, Deputy City Attorney
Las Vegas City of Attorney's Office
495 South Main Street, 6th Floor
Las Vegas, NV 89101-6318

Phoenix American Financial Services,Inc.
2401 Kerner Boulevard
San Rafael, CA 94901-5569
Attn: Joseph Horgan


Phoenix Life Limited
1 Wythall Green Way, Wythall,
Birmingham B47 6WG
United Kingdom

Phoenix Life Limited
c/o Lovells LLP
590 Madison Avenue
New York, NY 10022-2524
ATTN: Matthew P. Morris

Pioneer Europe Mac 70 Ltd
c/o Prime Brokerage & Trading, Man
Inves, Lower Thames Street
Attention: Kirsten Rogers
London, EC3R 6DU
United Kingdom


Platzer, Swergold, Karlin,
Levine, Goldberg & Jaslow, LLP
Counsel for East 46th Borrower, LLC
1065 Avenue of the Americas, 18th Floor
New York, New York 10018-1878
Attn: Sydney G. Platzer, Esq.

Platzer, Swergold, Karlin, Levine,
 Goldberg & Jaslow, LLP
Counsel for 250 East Borrower, LLC
1065 Avenue of the Americas, 18th Floor
New York, New York 10018-1878
Attn: Sydney G. Platzer, Esq.

Platzer, Swergold, Karlin, Levine,
 Goldberg & Jaslow, LLP
Counsel for Hale Avenue Borrower, LLC
1065 Avenue of the Americas, 18th Floor
New York, New York 10018-1878
Attn: Sydney G. Platzer, Esq.


Platzer, Swergold, Karlin, Levine, Goldberg
Counsel for East 46th Borrower, LLC
1065 Avenue of the Americas, 18th Floor
New York, New York 10018-1878
Attn: Sydney G. Platzer, Esq.

Port of Tacoma
c/o K&L Gates LLP (Attn: David C. Neu)
925 Fourth Avenue
Suite 2900
Seattle, WA 98104-1158

ProFund Advisors LLC
7501 Wisconsin Ave.
Suite 1000
Bethesda, MD 20814-6527


ProFund Advisors LLC
Attn: Barry Pershkow
7501 Wisconsin Avenue
Suite 1000
Bethesda, MD 20814-6527

Procesos Controlodas Se De CV
c/o Joseph L. Fox, Esq.
60 East 42nd Street, Suite 2231
New York, NY 10165-6232

Proskauer Rose, LLP
1585 Broadway
New York, NY 10036-8200
Attn: Jeffrey W. Levitan


Public Service of North Carolina
c/o David B. Wheeler, Esq.
Moore & Van Allen PLLC
PO Box 22828
Charleston, SC 29413-2828

Pursuit Capital Partners Master (Cayman) Ltd
333 Ludlow Street, North Tower
4th Floor
Stamford, CT 06902-6991
Attention:?Lisa Roberts

Pursuit Capital Partners Master (Cayman) Ltd
333 Ludlow Street, North Tower, 4th Flr.
Stamford, CT 06902-6991
Attention:?Lisa Roberts


Pursuit Opportunity Fund I Master Ltd.
333 Ludlow Street, North Tower
4th Floor
Stamford, CT 06902-6991
Attention:?Lisa Roberts

Pursuit Opportunity Fund I Master Ltd.
333 Ludlow Street, North Tower, 4th Flr.
Stamford, CT 06902-6991
Attention:?Lisa Roberts

Pursuit Opportunity Fund I Master Ltd.
C/O Vedder Price P.C.
1633 Broadway, 47th Floor
New York, New York 10019-6771
Attention: Michael J. Edelman, Esq.


Pursuit Partners
333 Ludlow Street, North Tower
4th Floor
Stamford, CT 06902-6991
Attention: Lisa Roberts

Pyrrhuloxia, LP, c/o
Mr. John Bateman, CPMG, Inc.
2100 McKinney Avenue
Suite 1770
Dallas, Texas 75201-2121

Quinlan Private European
Strategic Property Fund, LP
Attn: c/o Quilan Private
8 Raglan Road
Ballsbridge
Dublin 4, Ireland


Qwest Corp. and Qwest Communications Corp.
c/o J. Cory Falgowski, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801-1163

RICHARD A. LEVY
LATHAN & WATKINS LLP
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606-7147

RICHARD P. NORTON
HUNTON & WILLIAMS LLP
200 PARK AVENUE
NEW YORK, NY 10166-0091


ROBIN SWITZENBAUM, ESQ.
BERGER & MONTAGUE P.C.
1622 LOCUST STREET
PHILADELPHIA, PA 19103-6365

RONALD S. BEACHER, ESQ.
DAY PITNEY LLP
7 TIMES SQUARE
NEW YORK, NY 10036-6524

RUPPERT, DIETER
BUBENHALDENSTRASSE 53
STUTTGART, DE 70469, GERMANY

Rabinowitz, Lubetkin & Tully, L.L.C.
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039-1711
Attn: Barry J. Roy

Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039-1711
Attn: Jonathan I. Rabinowitz

Rainbow Associates, SA
4209 Tower One
Lippo Centre
89 Queensway Admiralty
Hong Kong


Raniero D'Aversa, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, New York 10019-6142

Ravert PLLC
116 West 23 Street, Fifth Floor
New York, NY 10011-2599
Attn: Gary O. Ravert

(p)PAUL M SINGER
225 FIFTH AVE
STE 1200
PITTSBURGH PA 15222-2716


Reed Smith LLP
599 Lexington Avenue
New York, New York 10022-7684
Attention: Michael J. Venditto, Esq.

Reed Smith LLP
599 Lexington Avenue
New York, New York 10022-7684
Attention: Paul A Rachmuth, Esq.

Region Marche
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Sally McDonald Henry
Four Times Square
New York, New York 10036-6522


Regions Bank
c/o Jayna Partain Lamar
MAYNARD COOPER & GALE, PC
1901 Sixth Avenue North, Ste. 2400
Birmingham, Alabama 35203-4604

Restoration Holdings LTD
325 Greenwich Ave. - 3rd Floor
Greenwich, CT 06830-6549
Attn: Claims Processing (Bankruptcy)
USA

Restoration Holdings LTD
325 Greenwich Ave - 3rd Floor
Greenwich, CT 06830-6549
Attn: Claims Processing (Bankruptcy)


Rhett G. Campbell
Mitchell E. Ayer
THOMPSON & KNIGHT LLP
333 Clay Street, Suite 3300
Houston, TX 77002-4499

Rhett G. Campbell
THOMPSON & KNIGHT LLP
333 Clay Street, Suite 3300
Houston, TX 77002-4499

Richard French
c/o Hewitt & O'Neil LLP
19900 MacArthur Blvd, Suite 1050
Irvine, CA 92612-8414
Attn: Lawrence J. Hilton


Richard G. Mason, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Richard J. Bernard
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111-0230

Richard J. Stahl, Esq.
STAHL ZELOE, P.C.
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030-6044


Richard L. Gold, LLP
380 Lexington Avenue, Suite 4400
New York, NY 10168-4499

Richard L. Wynne, Esq.
Kirkland & Ellis LLP
777 South Figueroa Street
37th Floor
Los Angeles,California 90017-5800

Richard Levin, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475


Richard Levin, Esquire
Robert H. Trust, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Richard P. Norton
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166-0091

Richard Witten
1445 Flagler Dr.
Mamaroneck, NY 10543-4606


River Capital Advisors, Inc.
c/o Timothy W. Brink/Matthew T. Klepper
DLA Piper LLP (US)
203 N. LaSalle Street, Suite 1900
Chicago, Illinois 60601-1263

Rizwan A. Qureshi, Esq.
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022-7684
rqureshi@reedsmith.com

Robert A. Johnson
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6728


Robert E. Nies, Esq.
Wolff & Samson PC
The Offices At Crystal Lake
One Boland Drive
West Orange, NJ 07052-3686

Robert F. Elgidely, Esq. (RE-0512)
GENOVESE, JOBLOVE & BATTISTA, P.A.
Bank of America Tower at
International Place
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131-2118

Robert Gordon Brandwood
34 Ariel Court Opal Street
SE11 4HS London
UK

Robert H. Trust, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

Robert L. Byman
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611-3586
rbyman@jenner.com

Robert L. Itkin, Esq.
Katherine C. Piper, Esq.
Steptoe & Johnson, LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, California 90067-5052

Robert Lieberberg
120 East End Avenue, #4B
New York, NY 10028-7552

Robert M. Fleischer (RF-9099)
Mark R. Jacobs (MJ-6248)
David C. Rose (DR-7876)
410 Park Avenue
New York, New York 10022-4407

Robert M. Hirsh
George P. Angelich
ARENT FOX LLP
1675 Broadway
New York, New York 10019-5849

Robert Sidorsky, Esq.
Butzel Long, a professional Corporation
380 Madison Avenue, 2nd Floor
New York, New York 10017-2514

Robert W. Henoch
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022-7775

Robin E. Keller, Esq.
LOVELLS LLP
590 Madison Avenue
New York, NY 10022-2524

Robinson B. Lacy (RL 8282)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

Roger B. Nagioff
c/o Watson, Farley & Williams
1133 Avenue of the Americas
New York, NY 10036-6710

Roger G. Jones
Boult, Cummings, Conners & Berry,PLC
1600 Division Street, Suite 700
P. O. Box 340025
Nashville, Tennessee 37203-0025

Rolf Nagel Dahl
SVP International Financial
Institutions
Postal address: NO-0021,
Oslo, Norway Office:
 Stranden 21, Aker Brygge

Rosanne Thomas Matzat, Esq.
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022-5717

Rosemarie O?Canto
National Australia Bank
245 Park Ave. 28th, Fl.
New York, NY 10167-2800

Rothorn Fund Limited
c/o Prime Brokerage & Trading, Man
Inves, Lower Thames Street
Attention: Kirsten Rogers
London, EC3R 6DU
United Kingdom

Roy H. Carlin, PC, Of Counsel
Breslow & Walker, LLP
767 Third Avenue
New York, NY 10017-2023

Russell L. Munsch
Munsch Hardt Kopf & Harr, P.C.
One American Center
600 Congress Avenue, Suite 2900
Austin, TX 78701-3057

Russell L. Reid, Jr., Esq.
Sheppard Mullin Richter & Hampton, LLP
30 Rockefeller Plaza Suite 2400
New York, NY 10112-2203

Russell R. Johnson III
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103-2168

Rutland Hospital, Inc.
160 Allen Street
Rutland, VT 05701-4595

SABMiller PLC
c/o Lovells LLP
590 Madison Avenue
New York, NY 10022-2524
ATTN: Matthew P. Morris, Esq.

SAMUEL S. ORY
124 EAST FOURTH STREET
OLD CITY HALL
TULSA, OK 74103-5027

SBA Communications Corporation
5900 Broken Sound Parkway NW
Boca Raton, FL 33487-2797

SC LOWY FINANCIAL (HK) LIMITED
14/F NINE QUEENS ROAD
SUITE 1403
CENTRAL
HONG KONG

SCHIFF HARDIN LLP
ATTN: EUGENE J. GEEKIE, JR.
6600 SEARS TOWER
CHICAGO, IL 60606

SHEAK & KORZUN, P.C.
1 Washington Crossing Road
Pennington, New Jersey 08534-3506

SILVERMANACAMPORA LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753-2702
Attn: Ronald J. Friedman

STAGG, TERENZI, CONFUSIONE & WABNIK, LLP
Attorneys for Laurel Cove Development
401 Franklin Avenue
Garden City, New York 11530-5942
Attention: Ronald M. Terenzi, Esq.
Cara M. Goldstein, Esq.

STEVEN B. LEVINE
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111-2600

STEVEN H. FELDERSTEIN
(Calif. State Bar No. 056978)
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814-4434

STEVEN J. BAUM, P.C.
Attorneys for Secured Creditor
GMAC
Ehret A. Van Horn, Esq.
220 Northpointe Parkway
Amherst, NY 14228-1894

STEVEN T. MULLIGAN
BIEGING SHAPIRO & BURRUS LLP
4582 SOUTH ULSTER STREET PARKWAY
SUITE 1650
DENVER, COLORADO 80237-2686

STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022-5813
Attn: Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.

STINSON MORRISON HECKER LLP
1150 18th Street, NW
Suite 800
Washington, DC 20036-3845

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: MARK D. SHERRILL
1275 PENNSYLVANIA AVENUE, NW
WASHINGTON , DC 20004-2415

SUTHERLAND ASBILL & BRENNAN LLP
P. Bruce Wright, Esq.
1114 Avenue of the Americas
New York, NY 10036-7703

Sagues Mestre, Francesc
JAUME VIDAL, 9
ST. FELIU DE LLOBREGAT, 08980
SPAIN,

Sally McDonald Henry
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522

Sandra E. Mayerson, Esq.
Holland & Knight LLP
195 Broadway
New York, NY 10007-3190

Sara B. Eagle, Esq.
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C 20005-4026

Sarah D. Carlson, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004-2498

Sarah L. Trum, Esq.
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6022

Sarah Link Schultz
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201-4675

Schlam Stone & Dolan LLP
Bennette D. Kramer
26 Broadway
New York, New York 10004-1831

Scotia Capital (USA) Inc.
c/o The Bank of Nova Scotia
One Liberty Plaza, 26th Floor
New York, New York 10006-1467
Attn: Hector Becil

Scott C. Shelley, Esq.
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1603

Scott H. Bernstein
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166-0091

Sea Port Group Securities, LLC
360 Madison Avenue
22nd Floor
New York, NY 10017-7111

Sea Port Group Securities, LLC
360 Madison Avenue
New York, NY 10017-7111

Seaspraie Holdings LLC
c/o Ospraie Management, LL
320 Park Avenue, 27th Avenue
Att: Daniel Fabien, Director
New York, NY 10022

Shannon Nagle, Esq.
Richard Tisdale, Esq.
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004-1980

Shari D. Leventhal
Assist General Counsel, Senior VP
Federal Reserve Bank of New York
33 Liberty Street
New York, New York 10045-0001

Shashank Agrawal
c/o Bruce Duke, Esq.
4201 Grenwich Lane
Mount Laurel, NJ 08054-6725

Shawn M. Christianson, Esq.
Buchalter Nemer
A Professional Corporation
333 Market Street, 25th Floor
San Francisco, California 94105-2126

Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022-6069
Attn: Fredric Sosnick, Esq.

Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022-6069
Attn: James L. Garrity, Jr., Esq.

Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022-6069
Attn: Ned S. Schodek, Esq.

Shell Energy North America (US),L.P.
Attn: Ann Reynaud
909 Fannin, Plaza Level 1
Houston, TX 77010-1014

Shell Trading (US) Company
Attn: Jennifer Gore
910 Fannin, Plaza Level 1
Houston, TX 77002

Shenwick & Associates
James H. Shenwick
655 Third Avenue, 20th Floor
New York, New York 10017-9108

Shenwick & Associates
James H. Shenwick, Esq.
655 Third Avenue, 20th Floor
New York, New York 10017-9108

Shinkin Central Bank
8-1, Kyobashi 3-Chome
Chuo-Ku, Tokyo 104-
0031, Japan

Shinsei Bank Ltd.
1-8, Uchisaiwaicho
2-Chome Chiyoda - Ku,
Tokyo 100-8501 Japan

Shinsei Bank, Limited
1-8, Uchisaiwaicho 2-Chome,
Chiyoda-ku, Tokyo 100-850 1
Japan

Shuji Yamada, Deputy General Manager
Financial Institutions Dept.
Shinkin Central Bank
3-7, Yaesu 1-chome, Chuo-Ku
Tokyo 104-0028, Japan

Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6088
Attn: Andrew C. Quale, Esq.
      Alan M. Unger, Esq.

Siebke, Gunter
Pferdemunlendamm 11
Bad Bederkesa, 27624
Germany

Simmler, Dietmar
Velsstr. 91,
Bochum, GERMANY  44803

Singapore Airlines, Limited
08-D Airline House
25 Airline House
Singapore 819820

Smith Dollar, PC
404 Mendocino Ave., 2nd Fl
Santa Rosa, CA 95401-6363

Smolansky Fund Limited
c/o Prime Brokerage & Trading, Man
Inves, Lower Thames Street
Attention: Kirsten Rogers
London, EC3R 6DU
United Kingdom

Sophia J.H. Jing
FVP & General Manager
Taipei Fubon Bank,
New York Agency
100 Wall Street, 14th Floor,
New York, NY 10005-3729

Sophia Ree
Landman Corsi Ballaine
& Ford, P.C.
120 Broadway, 27th Floor
New York, NY 10271-0079

Sophie Ree
LANDMAN CORSI BALLAINE & FORD, P.C.
120 Broadway, 27th Floor
New York, NY 10271-0079

Standard & Poor's
c/o Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

Standard Chartered Bank
1 Madison Ave.
New York, NY 10010-3663

Standard Chartered Bank
One Madison Avenue
New York, NY 10010-3663

State Bank of Long Island
c/o Frank Dell'Amore, Esq.
300 Garden City Plaza
Garden City, New York 11530-3302
(516) 393-8289

Stempel Bennett Claman & Hochberg, P.C.
675 Third Avenue, 31st Floor
New York, New York 10017-5721
Attn: Edmond P. O'Brien, Esq.

Stephanie Thomas
Assistant Chief Counsel
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C 20005-4026

Stephanie Wickouski, Esq.
DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, New York 10005-1116

Stephen D. Lerner (SL 7598)
Squire, Sanders & Dempsey L.L.P.
221 E. Fourth Street, Suite 2900
Cincinnati, Ohio 45202-4095

Stephen J. Edelman
P.O. Box 4914
Incline Village, NV 89450-4914

Stephen J. Shimshak
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6031

Stephen Small Vice President
Head of Financial Institutions
Bank of Tokyo-Mitsubishi
UFJ Trust Company
1251 Avenue of the Americas
New York, New York 10020-1168

Stephen Zide, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036-2714

Steven A. Hansen
c/o Duncan E. Barber
Bieging Shapiro & Barber LLP
4582 So. Ulster St. Pkwy, #1650
Denver, CO 80237-2686

Steven D. Ginsburg, Esq.
Adorno & Yoss LLP
2525 Ponce de Leon Blvd.
Suite 400
Miami, FL 33134-6044

Steven D. Usdin, Esquire
Flaster/Greenberg, P.C.
4 Penn Center, 2nd Floor
1600 J.F.K. Boulevard
Philadelphia, PA 19103-2808

Steven E. Fineman, Esq.
Lieff, Cabraser, Heiman
& Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024

Steven E. Fineman, Esq.
Lieff, Cabraser, Heimann
& Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024

Steven N. Cousins, Esq.
Susan K. Ehlers, Esq.
Armstrong Teasdale LLP
One Metropolitan Square
Suite 2600
St. Louis, MO 63102-2740

Steven T. Gubner, Esq.
Corey R. Weber, Esq.
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367-4911

Steven W. Perlstein
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022-7775

Steven Wolowitz
Brian Trust
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5889

Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022-5813
Attn: Alec P. Ostrow
     Constantine Pourakis

Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022-5813
Attn: Chester B. Salomon, Esq.
     Constantine D. Pourakis, Esq.

Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022-5813
Attn: Alec P. Ostrow

Stichting Vrienden Van Radar
MAASBOULEVARD 1, Maastricht, 6211 JW
NETHERLANDS

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982
Attention: Harold A. Olsen, Esq.

Sullivan & Cromwell LLP
Attention: Bruce E. Clark, Esq.
Edward M. Grauman, Esq.
125 Broad Street
New York, New York 10004-2400

Sullivan & Cromwell, LLP
125 Broad Street
New York, New York 10004-2498
Attn: Hydee R. Feldstein, Esq.

Sullivan & Cromwell, LLP
125 Broad Street
New York, New York 10004-2498
Attn: Robin B. Lacy, Esq.

Sullivan & Cromwell, LLP
125 Broad Street
New York, New York 10004-2498
Attn: Robinson B. Lacy, Esq.

Summit Petroleum Limited
F/K/A Oranje-Nassau (U.K.) Limited
c/o Lisa Beckerman
Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036-6728

SunTrust Banks, Inc.
c/o Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, Georgia  30363-1031

Sunset Partners
227 Sunset AVB
Ridgewood, NJ  07450-2420
USA

Susheel Kirpalani, Esq.
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1603

Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415

Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
Attn: Mark D. Sherrill

Sutherland Asbill & Brennan LLP
Attn: Paul B. Turner
Two Houston Center
919 Fannin, Suite 2200
Houston, Texas 77010

Suzanne M. Klar, Esq.
80 Park Plaza, T5D
Newark, New Jersey 07102-4109

Svenska Handelsbanken
153 E. 53rd St 37th Floor
New York, NY 10022-4646

Syncora Guarantee, Inc.
825 Eighth Avenue, 24th Floor
New York, New York 10019-7570

Systema Vita Compagnia di Assicurazioni S.p.
Via Semigalia
20161  Milan, Italy

T Mobile USA Inc
Attn: Bankruptcy Dept.
PO Box 53410
Bellevue, Wa 98015-3410

TANG, CHE KWAN
ROOM 12 7/F BOUNDARY BUILDING
2 BOUNDARY STREET
KoWLOON, HONG KONG

THOMAS G. MACAULEY, ESQ.
VIRGINIA WHITEHILL GULDI, ESQUIRE
ZUCKERMAN SPAEDER LLP
919 MARKET STREET, SUITE 990
P.O. BOX 1028
WILMINGTON, DE 19899-1028

TN Dept. of Revenue
c/o TN Attorney General, Bankruptcy
PO Box 20207
Nashville, TN 37202-4015

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518-1124

TROUTMAN SANDERS LLP
Attn: Hollace T. Cohen, Esq.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0002

TROUTMAN SANDERS LLP
Attn: Paul H. Deutch, Esq.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0002

TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0002
Attn.: Hollace T. Cohen, Esq.
Paul H. Deutch, Esq.

Taipei Fubon Bank, New
York Agency
100 Wall Street, 14th
Floor, NY NY 10005-3729

Tal M. Unrad, Esquire
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110-1624

Tarrant County
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson LLP
2323 Brayn Street, Suite 1600
Dallas, TX 75201-2644

Telecom Italia Capital S.A.

Telecom Italia Capital S.A.
c/o Raniero D'Aversa, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

Temple Health System Transport Team, Inc.
c/o James Wellons, Senior Counsel
Temple University Health Systems, Inc.
2450 W. Hunting Park Ave.
Philadelphia, PA 19129-1398

Temple Physicians, Inc.
c/o James Wellons, Senior Counsel
Temple University Health Systems, Inc.
2450 W. Hunting Park Ave.
Philadelphia, PA 19129-1398

Temple University Health Systems, Inc.
c/o James Wellons, Senior Counsel
Temple University Health Systems, Inc.
2450 W. Hunting Park Ave.
Philadelphia, PA 19129-1398

Temple University Hospital
c/o James Wellons, Senior Counsel
Temple University Health Systems, Inc.
2450 W. Hunting Park Ave.
Philadelphia, PA 19129-1398

Tennessee Department of Revenue
c/oTN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-4015

Tennessee Department of Revenue
c/oTN Attorney General's Office, Ba
PO Box 20207
Nashville, Tennessee 37202-4015

(c)TERESA A. OXFORD, ESQ.
INVESCO AIM MANAGEMENT GROUP, INC.
11 GREENWAY PLZ STE 1000
HOUSTON TX 77046-1147

Tetsuhiro Tomata, General Manager
Financial Institutions
Business Div. 2 Shinsei Bank Ltd.
1-8, Uchisaiwaicho 2-Chome
Chiyoda-Ku,Tokyo 100-8501,Japan

Texas Taxing Authorities
c/o John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064

Thaler & Gertler, LLP
Attorneys for The August'86 Trust
90 Merrick Avenue; Suite 400
East Meadow, New York 11554-1500

The August'86 Trust
c/o Thaler & Gertler, LLP
90 Merrick Avenue; Suite 400
East Meadow, New York 11554-1500

The Bank of New York
Mellon Corporation
101 Barclay Street
New York, NY 10286-0001
Attn: Chris O'Mahoney

The Bank of Nova Scotia
Singapore Branch
1 Raffles Quay #20-01
One Raffles Quay North Tower
Singapore 048583

The Bank of Tokyo-Mitsubishi UFJ, Ltd.
1251 Avenue of the Americas
New York, NY 10020-1168
Attn: Monique L. Morreale, Esq.

The Central Puget Sound Regional Transit Aut
c/o Joanne K. Lipson
Crocker Kuno PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101-1881

The City of New York
New York City Law Department
100 Church Street
New York, New York 10007-2668

The City of New York
New York City Law Department
Attn: Joshua M. Wolf
100 Church Street, Room 5-199
New York, New York 10007-2601

The Commonwealth of Puerto Rico
and Puerto Rico Sales Tax Financing Corp
c/o NIXON PEABODY, LLP (Attn: Mark N. Be
437 Madison Avenue
New York, NY 10022-7001

The Kiyo Bank, Ltd.
c/o Diamond McCarthy LLP
909 Fannin, Suite 1500
Houston, TX 77010-1026

The NASDAQ OMX Group, Inc. and its subsidiar
C/o: Skadden, Arps, Slate, Meagher & Flo
Attn: Sally McDonald Henry
Four Times Square
New York, New York 10036-6522

The Varde Fund VIII, L.P.
8500 Normandale Lake Blvd., Suite 500
Minneapolis, MN 55437-3813

Thomas E. MacWright Jr.
WHITE & CASE LLP
Wachovia Financial Center
Suite 4900
200 South Biscayne Boulevard
Miami, Florida 33131-2346

Thomas J. Moloney, Esq.
Cleary Gottlieb Steen
& Hamilton LLP
One Liberty Plaza
New York, New York 10006-1404

Thomas J. Moloney, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1470

Thomas J. Welsh, Esq.
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall
Suite 3000
Sacramento, CA 95814-4497

Thomas John Wright
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498

Thomas L. Kent, Esq.
Lawrence MittmaN, Esq.
PAUL HASTINGS JANOFSKY & Walker LLP
75 East 55th Street
New York, NY 10022-3205
Thomaskent@paulhastings.com

Thomas L. Kent, Esq.
Lawrence Mittman, Esq.
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, New York 10022-3205

Thomas P. Ogden
Alicia Llosa Chang
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017-3982

Thomas P. Ogden
James I. McClammyAlicia Llosa Chang
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017-3982

Thomas R. Slome (TS-0957)
Jil Mazer-Marino (JM-6470)
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194

Thomas R. Slome, Esq.
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
Garden City, New York 11530-9882

Thomas R. Trowbridge, III (TT 7164)
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112-4498
Telephone: 212.408.2500
Facsimile:  212.408.2501

Tiger Asia Fund, L.P. & Overseas Fund, Ltd.
c/o Evan C. Hollander, Esq.
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tiger Asia Fund, L.P. and
Tiger Asia Overseas Fund, Ltd.
C/o Evan C. Hollander, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tiger Asia Fund, L.P. and
Tiger Asia Overseas Fund, Ltd.
c/o Evan C. Hollander, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Timothy F. Nixon, Esq.
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590

Timothy R. Wheeler, Esq.
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10020-1104

Timothy T. Brock, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169-0079

Timothy W. Brink
Matthew T. Klepper
DLA Piper LLP (US)
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1263

Timothy White Managing Director
Head of Originations Corporate
and Investment Banking Department
1251 Avenue of the
Americas, 32nd Floor
New York, NY 10020-1104

Tobin & Tobin
John P. Christian, Esq.
500 Sansome Street, 8th Floor
San Francisco, California 94111-3224

Todd E. Duffy, Esq.
James E. Atkins, Esq.
Duffy & Atkins LLP
Seven Penn Plaza, Suite 420
New York, NY 10001-0023

Todiks, NV
Weertersteenweg 93,
Maaseik, 3680
, BELGIUM  3680

Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Avenue
New York, NY 10022-3506
Attn: Wesley Chen, Arthur Goldstein,
Jill Makower

Trading Technologies International, Inc.
c/o Foley & Lardner LLP
Joanne Lee
321 N. Clark Street, Suite 2800
Chicago, IL 60654-5313

Triple Point Technology, Inc.
c/o Gregory B. Schiller, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, Connecticut 06605-1701

Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0002
Attn: Hollace T. Cohen, Esq.
Attn: Paul H. Deuthch, Esq.

True Friend 4th Securitization Specialty Co.
27-1, Yoido-dong, Youngdungpo-gu
Seoul, 150-745, Korea

Turnberry Leveraged Credit Master LP
c/o Seward & Kissel LLP
Attn: Justin L. Shearer, Esq
One Battery Park Plaza
New York, NY 10004-1485

Twisted Pair Solutions Inc.
3131 Elliot Avenue, Suite 200
Seattle, WA 98121-3044

U.S. Department of Health and Human Services
c/o AUSA Danna Drori
U.S. Attorney's Office
86 Chambers St., 3rd floor
New York, NY 10007-2632

UFJ Bank Limited
2-7-1,Marunouchi Chiyoda-ku
TKY 100-8388 Japan

URS Schlep and Joanna Sohiz
Hoeheweg 37, CH-3053
Muenchem Badser, Germany


Ulrich Westphal
Oberst. 19
45468 Mulheim / Ruhr
Germany

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2122

Utah State Bar
c/o Katherine A. Fox
645 South 200 East
Salt Lake City, UT 84111-3837


VAN DEN HEUVEL, B.J.M.
DE BEETHOF 11
NUENEN, 5673 LV
NETHERLANDS,

VAN DUINKERKEN, J. & VAN DUINKERKEN-PROPER,
OUDE LAGEWEG 167
AMERSFOORT, 3821 CG
NETHERLANDS,

VINING-SPARKS IBG, LIMITED PARTNERSHIP
775 Ridge Lake Boulevard
Memphis, TN 38120-9459


Vadim J. Rubinstein, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-1895

Valkenborgs, Roger
Schansstraat 95
Heusden-Zolder 3550, BELGIUM

Van Der Eynde Meysder
Virgiweide 22
Borgerhout 2140, BELGIUM


Vedder Price P.C.
1633 Broadway, 47th Floor
New York, New York 10019-6771
Attn: Erin Zavalkoff-Babej, Esq.

Vedder Price P.C.
1633 Broadway, 47th Floor
New York, New York 10019-6771
Attn: Michael J. Edelman, Esq.

Vedder Price P.C.
222 N. LaSalle Street
Chicago, Illinois 60601-1104


Venable LLP
750 East Pratt Street, Sutie 900
Baltimore, MD 21202-3142
Attn: Lisa Bittle Tancredi, Esq.

Venable LLP
Rockefeller Center
1270 Avenue of the Americas
25th Floor
New York, New York 10020-1700

Venable LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, New York 10020-1700
Attention: Edward A. Smith, Esq.


Vermin, J.M.N.
Schubertlaan 118
Maassluis,, Netherlands

Victor G. Milione
NIXON PEABODY, LLP
100 Summer Street
Boston, MA 02110-2131

Vinson & Elkins L.L.P.
666 Fifth Avenue, 27th Floor
New York, New York 10103-2600
Attn: Steven M. Abramowitz


Vlasic Investments, L.L.C.
C/o Michael Vlasic
38710 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304-5073

Vollers Excavating & Construction, Inc.
3311 U.S. Hwy 22
North Branch, NJ 08876
c/o Sheak & Korzun, PC
1 Washington Crossing Road
Pennington, NJ 08534-3506

Vollers Excavating & Construction, Inc.
3311 U.S. Hwy. 22
North Branch, NJ 08867
c/o Sheak & Korzun, PC
1 Washington Crossing Road
Pennington, NJ 08534-3506


Vollers Excavating & Construction, Inc.
3311 U.S. Hwy. 22
North Brancn, NJ 08876
c/o Sheak & Korzun, PC
1 Washington Crossing Road
Pennington, NJ 08534-3506

VonWin Capital Management, LP
Attn:  Roger Von Spiegel, Managing Direc
261 Fifth Avenue, 22nd Floor
New York, NY 10016-7701

W. Timothy Miller, Esq.
Taft Stettinius & Hollister LLP
425 Walnut Street, Ste. 1800
Cincinnati, OH 45202-3957


WIGGIN AND DANA LLP
185 Asylum Street
Hartford, CT 06103-3458

Walter B. Stuart, Esq.
Patrick D. Oh, Esq.
Freshfields Bruckhaus Deringer US LLP
520 Madison Avenue, 34th Floor
New York, NY 10022-4329

Walter Benzija, Esq.
Julie L. Dyas, Esq.
HALPERIN BATTAGLIA RAICHT, LLP
555 Madison Avenue, 9th Floor
New York, New York 10022-3408

Walter H. Curchack, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-1895

Walter H. Curchack, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154-1895

Walter Yetnikoff
181 East 90th Street, Apt 24B
New York, NY 10128-2395

Washington National Insurance Company
c/o 40/86 Advisors, Inc.
Jeffrey M. Stautz, General Counsel
535 N. College Drive
Carmel, IN 46032-5622

Water Pollution Control Authority for the Ci
c/o Juda J. Epstein, Esq.
3543 Main Street, Second Floor
Bridgeport, CT 06606-3626

Waterstone Market Neutral Mac 51 Ltd
c/o Prime Brokerage & Trading, Man
Inves, Lower Thames Street
Attention: Kirsten Rogers
London, EC3R 6DU
United Kingdom

Watson, Farley & Williams (New York) LLP
Christopher P. Belisle
Jane Freeberg Sarma
1133 Avenue of the Americas
New York, NY 10036-6710

Wellington Management Company, LLP
c/o Mark N. Berman
NIXON PEABODY, LLP 100
Summer Street
Boston, MA 02110

Wendy H. Zoberman, Esq.
Berman DeValerio Pease Tabacco
Burt & Pucillo
Esperante Bldg., Suite 900
222 Lakeview Avenue
West Palm Beach, FL 33401-6148

Wendy H. Zoberman, Esq.
Berman DeValerio Pease, et al
Esperante Bldg., Suite 900
222 Lakeview Avenue
West Palm Beach, FL 33401-6145

West Palm Beach Police Pension Fund
c/o Luis E. Lorenzana
Scott+Scott LLP
600 B Street, Suite 1500
San Diego, CA 92101-4596

Westchester County
148 Martine Avenue
White Plains, NY 10601-3311

Wilbur F. Foster, Jr.
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1401

William C. Heuer, Esq.
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

William F. Taylor, Jr., Esq.
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3700

William F. Taylor, Jr., Esquire
McCarter & English, LLP
Renaissance Centre, 8th Floor
405 North King Street
Wilmington, DE 19801-3700

William G. Ballaine
Landman Corsi Ballaine
& Ford, P.C.
120 Broadway, 27th Floor
New York, NY 10271-0079

William M. O'Connor, Esq.
Crowell & Moring LLP
590 Madison Avenue
New York, New York 10022-2544

William P. Weintraub
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036-6516

William Warren Smith
Chief Loan Officer, Deputy
General Manager
Bank of China, New York Branch
410 Madison Avenue
New York, NY 10017-1174

Willkie Far & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
Attention: Marc Abrams, Esq.

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
Attn: Benito Romano, Esq.

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
Attn: Dan C. Kozusko, Esq.

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
Attn: Mark Abrams, Esq.

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
Attn: Roger Netzer, Esq.

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
Attn: Shelley Chapman, Esq.

Wilmington Trust Company
520 Madison Avenue, 33rd Floor
New York, New York 10022-4330
Attention: James J. McGinley

Wilmington Trust Company
520 Madison Avenue, 33rd Floor
New York, New York 10022-4330

Wilmington Trust FSB
8400 Normandale Lake Blvd.
Suite 925
Bloomington, Minnesota 55437-1085
Attention: Julie J. Becker

Wim Koppenberg
37 B  Academy Street
PO Box 607
Franschhoek
7690 South Africa

Winston & Strawn LLP
200 Park Avenue
New York, New York 10166-0005
Attn: David Neier, Esq.
dneier@winston.com

Xavier University
c/o Nixon Peabody LLP
Mark N. Berman
437 Madison Avenue
New York, NY 10022-7035

YIU LUI YEUNG
HONG KONG GARDEN
TSING LUNG TAU
TSUEN WAN, NT,
HONG KONG,

Yas Imai, Senior Vice President
Head of Financial Institutions Group
Sumitomo Mitsui Banking Corporation
277 Park Avenue
New York, NY 10172-0077

Year Up, Inc.
99 Summer Street, 5th Floor
Boston, MA 02110-1213
Attn: S. Meehan

ZPR International, Inc.
c/o Burns & Levinson LLP
125 Summer Street
Boston, MA 02110-1624
Attention: Tal M. Unrad

Zurbaran Ltd
4209 Tower One
Lippo Centre
89 Queensway Admiralty
Hong Kong

Zurbaran Ltd
Room 4209, Tower One
Lippo Centre, 89 Queensway
Admiralty, Hong Kong

c/o Bradford E. Dempsey
Holme Roberts & Owen LLP
1700 Lincoln St., Ste. 4100
Denver, CO 80203-4541

c/o James J. Tancredi
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212

c/o Paul, Hastings, Janofsky & Walker LLP
Attn: Harvey A. Strickon
75 East 55th Street
New York, NY 10022-3205

i-Deal LLC
1359 Broadway, 2nd Floor
New York, New York 10018-7123

i-Deal LLC
C/O Meister Seelig & Fein LLC
2 Grand Central Tower
New York, New York 10017-5684

A.J.A. Hulshoff
Buitenplaats 113
8212 AD Lelystad
 The Netherlands

Alain Nyssens
Avenue De L'oree 24/BTE2
Brussels1000 Belgium

Alan Rubin
429 E. 80th Street
New York, NY 10075-0641

Alberto Bension

Alberto Nuozzi LLM

Alberto M. Borrino
402-1416 Harwood Street
Vancouver, BC V6G JX5 Canada

Alex Sivan
P.O. Box 3368
Gaborone Botswana

Alex Wong Chin Pang
Flat A, 19th Floor
2 Park Road
Mid-levels Hong Kong

Alexandre Catalao Maia
200 East 94th Street
Apt. 514
New York, NY 10128-3906

Alfred H. Siegel
c/o Sills Cumis & Gross P.C.
One Rockefeller Plaza
New York, NY 10020-2003

Aline Termont
Av Jean Sibelius
16B26
Anderlecht1070 Belgium

Allan Freedman
1415 Queen Ann Road
Suite 203
Teaneck, NJ 07666-3521

Allan G. Bortel
2 Ned's Way
Tiburon, CA 94920-1580

Allan J. Fedor

Allan J. Fedor
Fedor & Fedor
54 Craftsman View Dr.
Ashville, NC 28804-8813

Allen A. Moff
10271 Caminito Rio Branco
San Diego, CA 92131-1629

Allen Antonio Tan

Alli Joseph
814 Berrywood Dr.
Galloway, NJ 08205-4201

Amelia Moreno Rosillo
Tres Peces 14 Estudio
E-28012
Madrid Spain

Amit K. Sarkar
78 Lansdowne Road
Notting Hill
LondonW11 2LS United Kingdom

Amr Samir Mohamed Zaki Abdelkader
19 Ismail Mohamde Str.
Zamalek
Cairo Egypt

Ana Maria Preciat De Menendez
Calle 6 No. 59 X 21
Privada Real Montecristo
Merida Yucatan97133 Mexico

Andre Butti

Andre Laurendeau
1634 Selkirk Ave. #1
MontrealH3H 1C8 Quebec Canada

Andre Mendes Senra Souza
Arbitral Securities
Offices at Old Fort Building 4
Western Road
Nassau Bahamas

Andrea Lerner
4916 Gardner Lane
Suffolk, VA 23434-7072

Andrea Sullivan
29 Rostrevor Road
LondonSW6 5AX England

Andrea Tolchinsky
119 Chestnut Hill Road
Wilton, CT 06897-4607

Andrea T. JAO
77 Seventh Ave
Apt. 10-S
New York, NY 10011-6626

Andres Linuesa Sanchez
Ma Dolores Catalan Sanahjua
Camprodon, 15-7 1 1
Santa Coloma Gramanet
Barcelona08922 Spain

Andrew Allard
647 Delaware Avenue
Ridgewood, NJ 07450-5501

Andrew Davalla
75 Lexington Court
Holmdel, NJ 07733-2762

Andrew Hopkins
4192 Avenida Madrid
Cypress, CA 90630-3405

Andrew Weber
8 Hollywood Road
LondonSW10 9HY United Kingdom

Anke Parr
c/o Law Offices of Lisa M. Solomon
305 Madison Avenue, Suite 4700
New York, NY 10165-0043

Ann E. Acker
Chapman and Cutler LLP
111 West Monroe Street
18th Floor
Chicago, IL 60603-4023

Anne Di Pasquale
57 South Emerson Ave.
Amity Harbor, NY 11701-4143

Anne Marie Baione
65 Hartmann Avenue
Garfield, NJ 07026-2210

Annetta F. Pugia
3 Old Topsfield Road
Boxford, MA 01921-2666

Annetta Farber Pugia
3 Old Topsfield Road
Boxford, MA 01921-2666

Anthony T. Carango
#601 Hillview
21-23 Macdonnell Road
Midlevels H
 Hong Kong

Antionette La Belle
353 East 83rd St., 12F
New York, NY 10028-4339

Anton R. Valukas
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611-3586

Antonio Briceno Vargas
Calle 38 18BX9 Y 11
Fracc Campestre
Merida Yucatan Mexico

Antonio Vilchez Moleon
Calle Castaneda Numero 4, piso 3C
Granada18009 Spain

Antonio Walker Touche
Calle 43 # 194 Por 28
Fracc. San Antonio Cucul Merida
Merida Yucatan97116 Mexico

Arco Krijgsman
Keizersgracht 268
Amsterdam1016 EV The Netherlands

Arthur King
1520 Journey's End Road
Croton-On-Hudson, NY 10520-3610

Arthur J. Kenney
200 East End Ave
Apt. 5-DE
New York, NY 10128-7831

Arthur J. Margulies
Jones Day
222 East 41st Street
New York, NY 10017-6727

Arthur c/o Reserve Bent
c/o Duane Morris LLP
1540 Broadway
New York, NY 10036-4039

Arun K. Kakarla
41 Reading Rd
Edison, NJ 08817

Ashok Kumar Sharma

Atil Birol
1400 Sokak No: 11 D:30
Goktasi Apt. Konak
Izmir Turkey

Babita Bissessar
1750 East 52nd Street
New York, NY 11234-3814

Barbara Malina
15 Hillcrest Rd
Berkeley, CA 94705-2806

Barbara Muinos
10 Gimball Road
Little Egg Harbor, NJ 08087-3670

Barbara Peonio
432 E. Elgin St.
Gilbert, AZ 85295-2070

Barbara A. Ziccarelli
26 Huff Terrace
Montvale, NJ 07645-1037

Barbara Hatton Decker
295 Shirley Avenue
Staten Island, NY 10312-5458

Barbara M. Roth
1216 S. Missouri Avenue, #414
Clearwater, FL 33756-9011

Barry Porter
22 Dove Park
ChorleywoodWDR 5NY United Kingdom

Barry J. Falltrick
9A Van Diemans Road
Chelmsford EssexCM2 9QG United Kingdom

Barry J. O'Brien
22 Meadowbrook Road
Shorthill, NJ 07078-3316

Battecca Giuseppe
c/o Studio Legale Gimabrone
Via P. Aragona 82
Palermo90141 Italy

Ben Prijs
Zonnebloemlaan 7
2111 AC Aerdenhout
 Holland

Benjamin Rosenblum
Jones Day
222 East 41st Street
New York, NY 10017-6727

Benjamin M Gamoran
28 Wolfe Drive
Spring Valley, NY 10977-5371

Bernadette A. Risi
4810 45th Street
Apt. 6A
Woodside, NY 11377-7015

Bernard Markovitz
600 Grant St. #5454
Pittsburgh, PA 15219-2816

Bianco Graziella
Via Tana Bassa, 30
14048 Montegrosso d' Asti (AT)
Italy

Billie Chadwick
24479 State Hwy PP
Skidmore, MO 64487-9694

Bitkid BV
A.van Woensel
Sinclair Lewisplaats 71
3068 EN Rotterdam
 Netherlands

Blas Perez Garcia
C/Aguere 13, 8A
Edf. Torre Cristal II
S/C de Teneife
38005 Spain

Boris Nedev
4th Floor Flat
59 Courtfield Gardens
LondonSW5 0NF United Kingdom

Borrenmans Lucien Dreis Elisa
Wyckmansveld 6
B-2850 Boom
 Belgium

Bradley Rothenberg
6515 Plantation Pines Blvd
Fort Myers, FL 33966-1322

Brent D. Bogen
P.O. Box 1995
Vancouver, WA 98668-1995

Brian Ellis
407 N 10th Ave
Pocatello, ID 83201-5253


Brian Kerrane
29 Redwood I Road
New Hyde Park, NY 11040

Brian McCarthy
195 Walnut Lane
Manhasset, NY 11030-1600

Brian Monahan
2 Hancock Place
Irvington, NY 10533-2506


Brian J. Loftus
2635 Vista Ornada
Newport Beach, CA 92660-3503

Brian M. Gross
400 East 71st Street
Apt. 10D
New York, NY 10021-4813

Brian W. Bisignani
Post & Schell
17 North Second Street
12th Floor
Harrisburg, PA 17101-1650


Brian W. Monahan
2 Hancock Place
Irvington, NY 10533-2506

Bruce Bent
c/o Duane Morris LLP
1540 Broadway
1250 Broadway
New York, NY 10001-3701

Bruce Brent II
c/o Duane Morris LLP
1540 Broadway
New York, NY 10036-4086


Bruce Duke
4201 Grenwich Lane
Mount Laurel, NJ 08054-6725

Bruce G. Arnold
Whyte Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202-3819

Bruce J. Zabarauskas


Bryan Borum
11561 River Run Pkwy
Henderson, CO 80640-9293

Buys Greta
Bellestraat 75 A
B-9100
Sint-Niklaas Belgium

Cam-Que Kevin Lieu
Pfauenweb 9C
Hamburg22305 Germany


Campagner Antonella
C/ Diseminados, 18
Alqueria Blanca Baleares
07691 Espana - Spain

Caridad Tan

Carly Galiger
9 Joseph Court
Monroe, NY 10950-5015


Carol Braunwarth
16769 Baywood Terrace
Eden Prairie, MN 55346-2423

Carolyn J. Bessler
116 Duncansby Court
Cary, NC 27511-6404

Carolyn O. French-Davis
203 Waterside Drive
Lafayette, LA 70503-5493


Cecelia Butler-McLaughlin
2 Langdon Road
Carle Place, NY 11514-1109

Cecilia Ryckaert
Melkerij 19/1
EekloB-9900 Belgium

Celta Klappenbach Childe
Benito Blaco 1293
apto. 1001
MontevideoCP 11300 Uruguay


Chan Oy

Chan Lai Chun Betty
Flat A 61F
No. 17 Austin Ave
Tst Ken Hong Kong

Chan Sing Cheung
FT E 24/F Blk 1
1 Park View Gdn
8 Pik Tin Street
Shatin Hong Kong

Chantal Catherine Forler
2701 Evelina
Hiranandani Estate
Thane West400607 India

Charise Carroll
c/o S. Judson Waites, II, P.C.
145 Church Street
Suite 110
Marietta, GA 30060-1691

Charles Diccianni
53 Wedgewood Drive
Goshen, NY 10924-2530

Charles Roberts
818 Silvergate Drive
Houston, TX 77079-5001

Charles L. Kuykendall
6573 Eagle Ridge Road
Bettendorf, IA 52722-6266

Cheung Kam Mee Camy
Flat A. 19/F Blk. 7.
Carmel Heights, Hong Kong Garden
100 Castle Peak Rd
Hong Kong Tsing Lung Tau. N.T.

Chierichetti Augusto
Via Della Biella 6
Castelianza VA
21053 Italy

Chris Reynolds
151 East 31 Street #28E
New York, NY 10016-9509

Chris Stovic

Chris Stovic
435 Greeves St.
Kane, PA 16735-1517

Chris Westfahl
52 East Ridge
Stamford, CT 06903-4337

Chris C. Bobell
10653 Khoury Legue Road
Marion, IL 62959-5988

Christel Krull
Colmaperstrasse
DE - 79106 Freiburg
 Germany

Christel Weemaes
Tijmstraat 17
Melsele, B-9120
 Belgium

Christian Beier
Christian & Helke Beier
Minneweg 11b
Grunendeich21720 Germany

Christian Du Mortier - Houyet
Avenue Winterberg, 17
Rixensart, 1130
 Belguim

Christian Fichtl
Osternacher Weg 10
D-83298 Prien
 Germany

Christian Whamond
135 Riverside Ave.
Riverside, CT 06878-2012

Christina Kim
Unite 3 98 Thorn Street
Kangaroo PointQLD 4169 Australia

Christopher Deegan
268 East Shore Dr.
Massapequa, NY 11758-8401

Christopher C. Taylor
23220 Park Ensenada
Calabasas, CA 91302-1711

Christopher R. Donoho III
875 Third Avenue
New York, NY 10022-6225

Clara Diez Ezcurra
Carlos VII, 7-4* Izda.
Portugalete-Vizcaya48920 Spain

Clara LaTorre Casa Bella
Cajal Franco, Jose Luis
Avda. Pablo Gargallo
105, 4 B
Zaragoza50003 Spain

Claude Fitvoye
Rue de L'Abattoir 4 1/2
Binche7130 Belgium

Claudia Mocanasu
38 Cole Court
Dumont, NJ 07628-1007

Claudia A. Brandon
59 Vista Drive
Little Silver, NJ 07739-1611

Claudia Elena Sharpe Calzada
Beethoven 111
Col Leon Moderno
Leon Guanjuato37480 Mexico

Cleveland S Barrett Jr
c/o S. Judson Waites, II, Esq.
145 Church St
Suite 110
Marietta, GA 30060-1691

Clifford Kraus
P.O. Box 72
Elephant Butte, NM 87935-0072

Clyde C. Crockett
7981 Prospect Place
La Jolla, CA 92037-3722

Cole Frank
Kromvendreef 52
B-2900 Schoten
 Belgium

Colin S.A. Welch
1 Carlton Hill
St. John's Wood
London, UK NW8 0JX England


Colin W. Pearson
Veelmanlanden 38
7542 MB Enschede
 The Netherlands

Colombo DeAgazio
10003 Ambassador Drive
Westbourough, MA 01581-1082

Cornet Alain


Craig J. Kellard
8 Jesmond Road
Canvey Island EssexSS80AH United Kingdom

Craig O Benson
1411 North Star Parkway
No. 35
Chicago, IL 60610-1263

Cynthia Flackman
105 Pine Brook Road
Montiville, NJ 07045-9639


Cynthia P. D'Luna Ascencio

DR Marland
11200 Timberneck Court
Oakton, VA 22124-1138

Dan Ianello
2002 Belmont Ct.
Mishawaka, IN 46544-6649


Daniel Clute
6604 Ducketts Lane
Elkridge, MD 21075-6143

Daniel Haykin
16234 E. Prentice Pl.
Centennial, CO 80015-4174

Daniel C. Swenson
719 3rd St. NE
Waseca, MN 56093-2833


Daniel J. Ebbert
324 Wayland Road
Cherry Hill, NJ 08034-2755

Daniel J. McGarry
Whyte Hirschboeck Dudek S.C.
33 East Main Street
Suite 300
Madison, WI 53703-4655

Daniel R. Hager
641 Calle Yucca
Thousand Oaks, CA 91360-2585


Daniel S. Klonsky
34 Flamingo Road
Roslyn, NY 11576-2702

Daniele Filippo
via Roma 42
S. Giovanni al Natisone (UD)
33048 Italy

Danielle Tinant
16 Avenue de Tilleuls
Rhode Saint-Genese1640 Belgium


Danielle Tinant
Avenue de Tilleuls, 16
Rhode Saint-Genese1640 Belgium

Darcy Ramirez
126 Whitney Ct.
Windsor, CO 80550-6132

Daryl L. Diesing
Whyte Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202-3819


Daryl M. Twitchell
11 Silver Ridge Road
New Canaan, CT 06840-5214

David Lerner
4916 Gardner Lane
Suffolk, VA 23434-7072

David Rabenold
415 Leonard Street #2C
Brooklyn, NY 11222-3944


David Younger
111 Old Hickory Blvd
Apt. 185
Nashville, TN 37221-6938

David J. Brooks
22 Bartlett Drive
Manhasset, NY 11030-2121

David Jesus Alpizar Carrillo
Calle #3 #380X8Y8B
Col. La Guerrero97118 Mexico

David Nathan Cohn
Tres Peces 14 Estudio
E-28012
Madrid Spain

David R. Schwartz
30 South Wacker Drive
Suite 3600
Chicago, IL 60606-7462

David W. Kelly
PO Box 1083
Truro, MA 02666-1083

Davin J. Noto
489 E. Horseshoe Pl
Chandler, AZ 85249-3096

Dawn M. Brickman
270 First Avenue, Apt. 4F
New York, NY 10009-2622

De Blieck Benoit
Zeedijk-Het Zoute 773/51
Knokke-Heist
8300 Belgium

Deborah E. Focht
530 E. Laurel Road
Nokomis, FL 34275-5242

Deep Sagar
Rosinka
Balcary Gardens
Berkhamsted
Hertfordshire HP4 3UU, UK

Delroy Rose
762 Norman Street
Bridgeport, CT 06605-1018

Dennis E. Forster
5352 2B Calle Real
Santa Barbara, CA 93111-1688

Dhyan Appachu
10460 Roosevelt Blvd N.
Ste. 387
St. Petersburg, FL 33716-3821

Diane Harvey
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dineshkumar P. Patel
420 29th Avenue North
Texas City, TX 77590-4215

Ding Xiafen
Flat B 5/F Tower
1 Beacon Hill Road
One Beacon Hill
Kowloon Tong, Kowloon Hong Kong

Dirk Van Leeuwen
75 Bis Rue Des Enterpreneurs
Paris75015 France

Dmitry Metlitsky
2469 65th Street
Apt. 6a
Brooklyn, NY 11204-4174

Doeke C. Faber
Virulypad 27
2316ZS Leyden
 The Netherlands

Dominique Carnoy
Avenue de L'Horizon 53
1150 Woluwe ST Pierre
 Belgium

Don Engel

Don Prohaska
3465 Regent Avenue
Eugene, OR 97401-5831

Donald Tang
14337 Adelfa Drive
La Miranda, CA 90638-4051

Donald C. Dybeck
50 nantucket Place
Port Townsend, WA 98368-9533

Donald L. Boyd
30 Beach Walker Rd
Fernandina, FL 32034-6600

Donald S. Bean
4132 S. Rainbow
Las Vegas, NV 89103-3106

Donna DeSouza
4400 Britley Lane
Harrisburg, NC 28075-9621

Donna Galiger
9 Joseph Court
Monroe, NY 10950-5015

Doris Phillips
374 Hamilton Rd
Ridgewood, NJ 07450-1015

Doris M. Phillips
374 Hamilton Rd
Ridgewood, NJ 07450-1015

Dr. Michael C. Frege
c/o Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1000

Dres Horst
97082 Wurzburg
Leutfresser 29
 Germany

Eckart W. Schmidt
55-151st Place N. E.
Bellevue, WA 98007-5019

Edmund Craston
8 St Maur Road
LondonSw6 4DP United Kingdom

Edmund Finder
1725 York Ave
Apt. 30C
New York, NY 10128-7824


Eduardo Robelo
7100 SW 62nd Street
Miami, FL 33143-1846

Edvard-Ragnar Fackner
Wassertostr. 65q
Berlin10969 Germany

Edward C. Stanton III
1220 Harold Street
Houston, TX 77006-3816


Edward J Agostini
6365 Collins Ave
Apt 3603
Miami Beach, FL 33141-9613

Edward J Lill
415 L'Ambiance Dr.
Unit 404
Longboat Key, FL 34228-3912

Edwin A. Sytsma
1068 76th St. S.E.
Byron Center, MI 49315-9319


Edwin D. Thomas
2652 Cropsey Ave
Apt. 11G
Brooklyn, NY 11214-6733

Ekkehard Alber

Elias Vongelis
SOLIDUS SECURITIES S.A.
64 Louizis Riankour Street
115 23
Athens Greece


Elisha Shahmoon
26 Ofakim Street
Tel Aviv69697 Israel

Elizabeth DiLiegghio
3630 N. Indianhead Rd.
Hernando, FL 34442-4687

Elizabeth Rodriguez-Colon
Urb. Dos Pinos
784 Calle Lince
San Juan, PR 00923-2243


Elizabeth J. Cabraser
Lief,Cabraser,Heimann & Bernstein,LLP
275 Battery Street
30th Floor
New York, NY 10017-2024

Elvira DeCaro
33 Brookridge Avenue
Eastchester, NY 10709-3503

Emad Morrar
12 Stormont Road
LondonN64NL United Kingdom


Enrique Villagrasa Martinez
Sinia Morera, 10 1 1a
Sitges Barcelona08870 Spanin

Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017-2013
www.bsillc.com

Ercan Eren
Sudetenstr. 42
Neu-Ulm89233 Germany


Eric Giles
14043 Forrer
Detroit, MI 48227-1700

Eric A. Scott
48A Green St.
Medfield, MA 02052-1705

Eric C. Giles
14043 Forrer
Detroit, MI 48227-1700


Erika Mohnle
Oberringingen 18
Bissingen86657 Germany

Evelyn I. Wheeler
Robert J. Duplain JTWROS
7410 Rossmore Court
Daton, OH 45459-4213

Fabio Liotti
London England


Fabrizio Cesario
Flat 1
12 Redcliffe Square
LondonSW10 9JZ United Kingdom

Fatima Butt
69-38 64th Street
Glendale, NY 11385-5248

Felicia Laval
2053 McGraw Ave
Apt 5 E
Bronx, NY 10462-8027

Fiona M. Menzies
4 Millhurst Mews
Sheering Road
Old Harlow
EssexCM17 OGY United Kingdom

Flavia Schuster
47 Boulogne
Buenos AiresB1609ENA Argentina

Flos Gilberta
Stationstraat 82 D
Geel B-2440
 Belgium

Fok Yim Sheung
26H Block 13
Yuet Wu Villa
Tuen Mun Hong Kong

Fran DeLaura
9061 Blarney Stone Drive
Springfield, VA 22152-2176

Francis Hill
9595 Red Bird Lane
Alpharetta, GA 30022-7101

Francis J. Hill
9605 Buckingham Circle
Cumming, GA 30040

Francois Chu-Fong
578 60th Street
Brooklyn, NY 11220-4016

Frank Heine
Martin-Hoop-Weg 1
Zwickau08060 Germany

Frank Rosler
Ridbacher Str. 94
Berlin German

Frank Smejkal

Frank M. Paris
c/o Steve Jakubowski, Esq.
The Coleman Law Firm
77 W. Wacker Dr., Ste 4800
Chicago, IL 60601-1664

Frans Reper
Chaussee De Waterloo
778 BTE10
Brussels1180 Belgium

Frederick B. Horgan
Business Manager
Ursuline Academy, Inc.
85 Lowder Street
Dedham, MA 02026-4299

Fritz Leisse
Huettebrauck 13
Winterberg59955 Germany

Furia Clauda
c/o Studio Legale Gimabrone
Via P. Aragona 82
Palermo90141 Italy

Gary A. Cutler
40 College Street
Suite 302
Burlington, VT 05401-4440

Gavin R. Netzel
17 Defiant Close
Chatham
KentME5 7QS United Kingdom

Gene Golden
161 Fairway Rd
Lide Beach, NY 11561-4823

George Kleinman
PO Box 8700
Incline Village, NV 89450-8700

George E. Di Russo

George E. Di Russo
1244 SE 22 Avenue
Ocala, FL 34471-2662

George W. McDowell
3133 Marquita R.
Fort Worth, TX 76116-5118

Georges Pola

Georgina Margarita Gonzalez
Calle Del Creston #1542
Seccion Jardines
Playas de Tijauna, BC
22206 Mexico

Gerald D. Constance
7225 Warren Road
Ann Arbor, MI 48105-9427

Geraldine D. Robson-Canty
61 Beechwood Terrace
Yonkers, NY 10705-1704

Gerard Galiger
9 Joseph Court
Monroe, NY 10950-5015

Ghiretti ILaria
c/o Studio Legale Gimabrone
Via P. Aragona 82
Palermo90141 Italy

Giancarlo Saronne
Law Offices of Lisa M. Solomon
305 Madison Avenue, Suite 4700
New York, NY 10165-0043

Glen A. Blaze
245 Red Hill Road
Middleton, NJ 07748-2407

Glenn A. Blaze
245 Red Hill Road
Middleton, NJ 07748-2407

Glenn A. Bostic
2607 Swailes Rd.
Troy, OH 45373-9295

Glenn Alan Bostic
2607 Swailes Rd.
Troy, OH 45373-9295

Gloria A. Stainkamp
71 Hudson Park Road
New Rochelle, NY 10805-3801

Gloria K. Berkwits
2944 W. Rascher
Chicago, IL 60625-3914

Gonzalo Perez de Guzman San Roman
Cl. Betis 1, 4-C
Seville41010 Spain

Gordon Sweely
c/o Law Offices of Lisa M. Solomon
305 Madison Avenue, Suite 4700
New York, NY 10165-0043

Grace Sin Yu Fung
Flat B, 24/F, Block 7
Cavendish Heights
33 Perkins Road
Jardine's Lookout Hong Kong

Greg Georgas, et al
The Wilson Law Firm, P.C.
Suite 3250 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA 30326-1388

Greg Shavel
339 East 22nd St, Apt. 10
New York, NY 10010-4825

Gregg Somma
4 Peterson Road
Hillsborough, NJ 08844-1146

Gregorio Blasco Martin
c/ Marques de Lozoya
13, 4-A,
Madrid28007 Spain

Grover Younger
PO Box 3514
Eden, NC 27289-3514

Guillemette Callies
16 Bis Rue Soyer
92200 Neuilly-sur-Seine
France

Guy Butler Limited

Gwendolyn Pittman
702 Moss Creek Drive
Cayce, SC 29033-1931

Hannelore Stocker
7, Chemin Corvetto Freres
98000 Monaco

Harriet Chan King
395 South 2nd Street #1
Brooklyn, NY 11211-5816

Harsh Shah
Law Offices of Lisa M. Solomon
305 Madison AVenue, Suite 4700
New YOrk, NY 10165-0043

Harvey R. Miller
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153-0119

He Ping
q
1 Beacon Hill Road
One Beacon Hill
Kowloon Tong, Kowloon Hong Kong

Heather Barone
2406 SW 15th Street
Deerfield, FL 33442-6049

Heidi Steiger
c/o Law Offices of Donald Watnick
122 East 42nd Street
Suite 606
NY, NY 10168-0699

Heidi L. Steiger
c/o Law Offices of Donald Watnick
122 East 42nd Street
Suite 606
New York, NY 10168-0699

Heinz Fiebiger
Ch du Roussilon 6
1217 Meyrin
Switzerland

Heinz Werner Lennartz
Venloer Strasse 112
Wegberg41844 Germany

Hella Kohrs
Dageforde 2
D-29303
Bergen Germany

Henry Frankenberg
16 Horseshoe Lane
Rolling Hills Estates, CA 90274-4823

Herman Stolk
12492 Masters Ridge Drive
Jacksonville, FL 32225-5758

Herminia Castaneda Sanroman
Calle Vizcayanas 305
Colonia Carretas
QueretaroQRO 76050 Mexico

Hing Lin Chan

Ho Kam Yuen
Flat C, 5/F
28 Nassau Street
Mei Foo Sun Chuen
Kowloon Hong Kong


Hope Greenfield
c/o Klein & Solomon, LLP
275 Madison Avenue
11th Floor
New York, NY 10016-1101

Howard J. Weg
Peitzman Weg & Kempinsky LLP
10100 Santa Monica Boulevard
Suite 1450
Los Angeles, CA 90067-4115

Hulet Andre
Re Des Haies 14
Gerdinnes6280 Belgium


Hulet Laurence
Chemin Des Dames Avelines 26
Sart Dames Avelines1495 Belgium

Iam G. Toal
20 Paignton Close
Rayleigh
EssexSS6 9PW United Kingdom

Ian W. Anderson
7 Danson Road
Bexleyheath
KentDA68HA United Kingdom


Ingeburg Bethke
Gerbstedter Str. 45
06333 Hettstedt
Deutschland Deutschland

Inigo Fraser-Jenkins
10 Wyndham Street
LondonW1H 1DB United Kingdom

Irene Zeidler
Schmiega 36
Ehrenkirchen79238 Germany


Irma Olvera De Walker
Calle 43 # 194 Por 28
Fracc. San Antonio Cucul
Merida, Yucatan97116 Mexico

Isabel Maria Yarnoz Diez
Carlos VII, 7-4* Izda.
Portugalete-Vizcaya48920 Spain

Jack E. Desens
P.O. Box 2079
Orleans, MA 02653-6079


Jacob Chang
1493 Fields Dr.
San Jose, CA 95129-4922

Jacqueline D'Luna Ascencio

Jacqueline Marcus
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153-0119


Jacqueline Nieman
300 E. 40th Street 19B
New York, NY 10016-2012

Jacqueline G. Nieman
300 E. 40th Street 19B
New York, NY 10016-2012

Jacqueline W. Edelmann
P.O. Box 4914
Incline Village, NV 89450-4914


Jaf Glazer
Conquest Advisors, Ltd.
36 East 20th Street
2nd Floor
New York, NY 10003-1315

James Eason
2100 Jackson Street
San Francisco, CA 94115-1528

James Law
136 Lexington Avenue
New York, NY 10016-8107


James Metaxas
530 Westlake Drive
East Stroudsburg, PA 18302-6735

James Moscola
521 Coventry Trial Lane
Maryland Heights, MO 63043-5112

James E. Donahoe
1765 Royal Saint George Drive
Westlake Village, CA 91362-4320


James J. Glen
100 Chestnut Hill Drive
New Providence, NJ 07974-2714

James M. Pyle
346 Mt. Lucas Road
Princeton, NJ 08540

James N. Lawlor
Wollmuth Maher & Deutsch, LLP
One Gateway Center
9th Floor
Newark, NJ 07102-5321

James P. Meyer
1530 N. Dearborn, #14N
Chicago, IL 60610-7402

James R. Phillips
3234 River Oaks Blvd
Poducoh, KY 42001-4254

James T. Hawthorne
5762 Portsmouth Drive
Montgomery, AL 36116-5282


Jamie Desmond

Jamie H. Murcia
c/o Carlos Sardi, Esq.
Genovese Joblove & Battista, P.A.
100 SE 2nd Street
Ste 4400
Miami, FL 33131-2118

Jane Rue Wittstein
Jones Day
222 East 41st  Street
New York, NY 10017-6727


Janet Maker
925 Malcolm Ave.
Los Angeles, CA 90024-3113

Janice K. Fortune
4500 Park Court
Bellaire, TX 77401-3714

Jason Chapin
23 Petersville Road
Mount Kisco, NY 10549-4514


Jason Imperato
148 Weaver Street
Greenwich, CT 06831-4314

Jason C. Chapin
23 Petersville Road
Mount Kisco, NY 10549-4514

Jason T. Taylor
Paduano & Weintraub
c/o Willard Knox
1251 Avenue of the Americas
9th Floor
New York, NY 10020-1102


Jay Gelb
185 Soundview Drive
Port Washington, NY 11050-1709

Jean Carol Button
Flat 1
22, Hermon Hill
Wanstead LondonE11 2AP United Kingdom

Jean de Watteville
87, Fizjohns' avenue
LondonNW3 6 NY United Kingdom


Jeanne-Marie Maltaux
MarazulSur, All 2
Playa San Juan
Costa Adele38678 Tenerife Spain

Jeff McMurrey
6800 Colleyville Blvd.
Colleyville, TX 76034-6200

Jeffrey A. Stein


Jennifer Adler
166 East 61st Street
New York, NY 10065-8509

Jennifer Becker
611 Buchanan Blvd.
Red Bank, NJ 07701-5357

Jennifer Squires
PMB 406
5000 Estate Enighed
St. John, VI 00830-6120


Jerrold Lyle Bregman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0002

Jimena Castillo
Juan Paullier No 1510
apto. 603
Montevideo Uruguay

Jingchuan Huang


Jo Beth Nicoll
3650 Sentry View Trace
Suwanee, GA 30024-7492

JoAnne Beachy
6251 Rosewood
Mission, KS 66205-3010

Joachim Schuler
In der Mark 4
53639 Koenigswinter
 Germany


Joaquim Armindo Santos Gradim
Rua do Parrinho, 365
Sao Joao da Madeira3700-217 Portugal

Joel J. Farrer
19313 Sea Island Dr.
Pflugerville, TX 78660-5360

Johanna Leisse
Goethestrasse 16
D-59955 Winterberg
 Germany

Johannes Kux
Feuerbachstrasse 7
24539 Neumuenster
 Germany

Johannes Staenkel
Breite Heerstrasse 17-2
75365 Calw
 Germany

John Chadwick
24479 State Hwy PP
Skidmore, MO 64487-9694

John Mahonchak
198 Brewster Road
Wyckoff, NJ 07481-2158

John Palchynsky
32 Hilldale Road
Pine Brook, NJ 07058-9531

John Rose Jr.
Crumbie Law Group, LLC
280 Trumbull Street 21st Floor
Hartford, CT 06103-3514

John Rowlands
Juan Ramon Jimenez
45 3izq
Madrid28036 Spain

John Tsui
Flat 4 3/F Block B
King Lai Court
36-38 Court Fung Shing St
Ngau Chi Wan Hong Kong

John C. Shaughnessy
11 Butler Hill Road North
Somer, NY 10589-2410

John C. Shaughnessy Jr.
11 Butler Hill Road North
Somers, NY 10589-2410

John G. Till
1320 Vista Morada
Santa Fe, NM 87506-8530

John P. Christian
Tobin & Tobin
500 Sansome Street
8th Floor
San Francisco, CA 94111-3224

John P. Sherman
95 Evergreen Avenue
Rye, NY 10580-2052

John R. Carlson
6832 Stonewood Court
Eden Prairie, MN 55346-2946

Jon Brown Mosca
261 Indian Buff Dr.
Araphahoe, NC 28510-9634

Jon P. Newton
Reid and Riege, P.C.
One Financial Plaza,21st Floor
Hartford, CT 06103-2605

Jonathan Lee Riches
P.O. Box 340
Salter, SC 29590-0340

Jorge Roldos
Gregorio Suarez 2726
Montevideo Uruguay

Jose Ildefonso
c/o Joseph L. Fox
60 East 42nd Street
Suite 2231
New York, NY 10165-6232

Jose Lecue Salcedo
Baro Caserio Larrazabal, 3-1
DRCHA
Bilbao-Vizcaya48007 Spain

Jose Luis Cajal Franco
Avda. Pablo Gargallo
105, 4 B
Zaragoza50003 Spain

Joseph Arena

Joseph A. Kilbourn
Cone & Kilbourn
83 South Bedford Road
Mount Kisco, NY 10549-3429

Joseph J. Giordano
772 Willowbrook Dr.
Apt. 908
Naples, FL 34108-8548

Joseph L Fox
60 East 42nd Street
Suite 2231
New York, NY 10165-6232

Joseph P. Brunetti
61-26 69th Lane
Middle Village, NY 11379-1225

Joseph R. Pugia
3 Old Topsfield Road
Boxford, MA 01921-2666

Joshua Dorchak
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Jospeh S. Sambuco
Colonnade Properties LLC
777 S. Flagler Drive
Suite 1205
East Tower
West Palm Beach, FL 33401-6161

Juan Enrique Speyer
1888 Piso 11
Ciudad Autonoma de Buenos Aires
1428
 Argentina

Judith Ann Kenney
40 West 77th Street
Apt. 11D
New York, NY 10024-5128

Julian Iragorri
Porter House Condominium
66 Ninth Avenue, Apt. 5E
New York, NY 10011-4957

Julian Sutton
33 Pine Grove
Brookmans Park
HertsAL9 7BP United Kingdom


June L. Carlson
6832 Stonewood Court
Eden Prairie, MN 55346-2946

Jurgen Grossman
c/o Hogan Lovells US LLP
875 Third Avenue
Attn: Christopher R. Donoho III
New York, NY 10022-7222

Jurgen Grossmann
Hogan Lovells US LLP
875 Third Avenue
c/o Christopher R. Donoho, III
New York, NY 10022-7222


Jutta Kindor

K. Norimatsu
14-10-306 Suzurandai
Higashimachi 9 - Chome,
Kitaku, Kobe-City
Hyogo- Pref651-1112 Japan

K. Norimatsu
14-10-306 Suzurandai-Higashimachi
9 Chrome - Hyogo - Pref
Kitaku Kobe City651 1112 Japan


Kalaben Patel
420 29th Avenue North
Texas City, TX 77590-4215

Karen Theresa Reinike
Karen T. Reinike Trust
FBO Karen T Reinike
PO Box 6432
Diamondhead, MS 39525-6440

Karil Michel
Houchenee, 28
Tavier4163 Belgium


Karin Vandewalle
Hooglatemweg 14
Sint MartensB-9830 Belgium

Karl Ernsdoerfer
c/o Rotter Rechtsanwaelte
Luise-Ullrich-Str. 2
Gruenwald Germany

Kathleen Arnold
9543 North Side Drive
Owings, MD 20736-4015


Kathleen C. Duffy
375 South End Avenue
Apt. 27A
New York, NY 10280-1080

Kathryn K. Secrest
1015 Via Marine
Apt. B-311
Marina del Rey, CA 90292

Kavitha Duddukuri
25 Capri Dr,
Johnston, RI 02919-3328


Kay Sehi-Emovon
42 Opal House
Milton Keynes, BucksMK9-2EL United Kingd

Kazumichi Norimatsu
14-10-306 Suzurandai-Higashimachi
9- Chome
Kitaku Kobe City
Hyogo651-1112 Japan

Keith A. Wheeler
13 Palomino Circle
Novato, CA 94947-3618


Kelly Fryer
49 Maritime Close
Greenhithe
Kent
Da9 9 QW UK

Kelly McGehee
416 Escalona Dr.
Santa Cruz, CA 95060-2609

Kelly L. McGehee
6237 Hwy 9
Felton, CA 95018-9710


Kelsey Galiger
9 Joseph Court
Monroe, NY 10950-5015

Kenneth L. Kresse
11267 Ardencroft Dr S
Jacksonville, FL 32246-0567

Kent Chan


Kermit A. Rosenberg
1747 Pennsylvania Avenue, N.W
Suite 300
Washington, DC 20006-4642

Kettler R. Kyle
154 Plantation
Houston, TX 77024-6238

Kevin Clifford
75 Grant Ave
Islip, NY 11751-3504

Kevin Lyons
87-07 Tamarron Drive
Plainsboro, NJ 08536-4329

Kevin McCooey
315 East 68th Street
Apartment 8T
New York, NY 10065-5603

Kevin R. Kristick
P.O. Box 17521
Fountain Hills, AZ 85269-7521

Khin Tun
46 Rock Run Road
East Windsor, NJ 08520-3047

Kimiko Takahashi
MITSUI COMPANY
14-2 Akasaka 2Chome
Minato-ku
Tokyo107-0052 Japan

Konstantin Braun
26 Winterbottom Lane
Pound Ridge, NY 10576-1732

Kristi Brim
12421 Riverdale Dr. #2
Valley Village, CA 91607-3557

Kumari Lata Bachan Singh

Kurt Wolf
141-11 Jewel Ave.
Flushing, NY 11367-1617

Kyle Hamatake
171 S. Craig Dr.
Orange, CA 92869-3731

Kylie Galiger
9 Joseph Court
Monroe, NY 10950-5015

LAI MEI CHAN

LAI KUEN CHAN

Lai Chun Cheng
Flat - G 29/F, Block 3
South Horizons
Ap Lei Chai Hong Kong

Lamita Jabbour
Villa Jabbour, Tallet Srour
Zone Rouge N 78
Naccacje Lebanon

Lance Edwards
9 Catskill Road
Monroe, NY 10950

Latifa Debbarh
Flat 21
City Harbour
8 Selsdon Way
LondonE14 9GR United Kingdom

Laura Kampel

Lauren W. Ashwell
377 Rector Place
Apt. 14C
New york, NY 10280-1464

Laurent Tuil
Flat 4, Fordie House
82 Sloane Street
LondonSW1X 9PA United Kingdom

Lawrence E. McCarthy
Chapdelaine & Co.
199 Water Street, 17th Floor
New York, NY 10038-3529

Lee Ho Yi Linda
Flat 4 3/F Block B
King Lai Court
36-38 Court Fung Shing St
Ngau Chi Wan Hong Kong

Leonard E. Narel
33391 Dosinia Dr.
Monarch Beach, CA 92629-4487

Leslie Rodriguez
6004 Newkirk Avenue
North Bergen, NJ 07047-3204

Lester M. Rapp
642 N 8th St.
Baton Rouge, LA 70802-5328

Leung King Sang
Flat G 19/F Block 1
Castello 69 Siu Lek Yuen Road
Siu Lek Yuen
Shatin N.T. Hong Kong

Lilliana Buccellati
6026 Park Avenue
West New York, NJ 07093-3716

Linda Ludwig
15 Belvedere Drive
Livingston, NJ 07039-3213

Linda Morris-Brogan
12434 Carriage Hill Drive
Houston, TX 77077-2908

Linda Neufeld
1 - 5765 Turner Road
Suite #271
Nanaimo, BC V9T 6M4 Canada

Lindsay Owen
White & Case, LLP
1155 Avenue of Americas
New York, NY 10036-2787

Lisa King
Yorvik Parters LLP
11 Ironmonger Lane
London, UK EC2V 8EY

Lisa Marcus
131 Devriese Court
Tenafly, NJ 07670-1204

Lisa McClain
800 West End Avenue
New York, NY 10025-5467

Lisa R. Bogert
13311 Lost Creek Road
Tomball, TX 77375-2930

Loraine Olavarria
62 Maple Avenue
Farmingdale, NY 11735-4622

Lori Chan
33-49 75th Street
Jackson Heights, NY 11372-1142

Louise Mattingly
28 Fort Greene Place
Brooklyn, NY 11217-1204

Louise Roberto
134 Buel Avenue
Staten Island, NY 10305-1257

Luis da Silveira Ribeiro Vaz
Herdade mata Duque Lt 51
CCI 119
Santo Estevao Benavente2130-124 Portugal

Luke Brennan
37 Central Drive
Bronxville, NY 10708-4603

Lynn P. Harrison III
Curtis, Mallet-Prevost, Colt & Mosle,LLP
101 Park Avenue
New York, NY 10178-0061

M and Dronk S Kroon
P/A Haringvliet 387
Rotterdam ZP3011 Netherlands

Madelyn Antoncic
350 East 57th Street
Apt. 13A
New York, NY 10022-2996

Maheswora N. Baidya
P.O. Box 5144
Laurel, MD 20726-5144

Manhua Leng
391 Clinton Street
Apt. 1A
Brooklyn, NY 11231-3646

Manuel Plens Calamanda
C/Lluis Companys, 2
25003 - Leida
 Spain

Marc Uribe
P.O. Box 86488
San Diego, CA 92138-6488

Marc Van Gorp
Grote Baan 97 bus 7
Ravels B-2380 Belgium

Marco Weigelt
Postsdamer Str 9
34289 Zierenberg
 Germany

Margaret Mitchell-King
1520 Journey's End Road
Croton-On-Hudson, NY 10520-3610

Margaret E. Gattuso
101 Warren Street
Apt 1120
New York, NY 10007-1369

Margaret L. Smith
1125 Grouse Dr.
Redding, CA 96003-5514

Margareta Anderson
Rue Jacques Jordaens
18B
1000 Bruxelles
 Belgium

Margarita Roldos
RBLA. Republica de Peru
1483 Piso 3
Montevideo Uruguay

Marguerite Murphy
27 Fairmont Street
Wethersfield, CT 06109-2212

Maria Agueda Mateos Escudero
Avda. Jose Mesa Y Lopez
15, 5E
Las Palmas de Gran Canaria
E-35006 Spain

Maria Agueda Mateos Escudero
Avda. Jose Mesa y Lopez, 15, 5E
E-35006 Las Palmas de Gran Canaria
 Spain

Maria Conceicao Ferreira Rodrigues
Urbanizacion El Centro
Calle Zamora crece con Victoria
No 121
Maracay Edo Aragua Venezuela

Maria Del Carmen Jimenez Casado
c/ Ona 183 - 5 2
Madrid28050 Spain

Maria Teresa Martinez Jimenez
No. 17
Madrid37116 Spain

Marie Hunter
20 Shenandoah Drive
North Caldwell, NJ 07006-4310

Marie Laurendeau
1634 Selkirk Ave. #1
MontrealH3H 1C8 Quebec Canada

Marie Mazzioth
461 West 44th St. #20
New York, NY 10036-4430

Marilyn B. Nader
9255 Short Chip Circle
Port St. Lucie, FL 34986-2803

Marissa Navarrete Sierra
Calle 3 #380X8Y8B
Col. LA Guerrero97118 Mexico

Maritta Knoller

Marius Stankoweit
Sentruper Hohe 10
D-48149
Munster Germany

Mark Glasser
200 Park Avenue
New York, NY 10166-0005

Mark Kim
Unite 3 98 Thorn Street
Kangaroo Point4116 Brisbane, Australia

Mark Mazzatta
11 Andrean Drive
Annandale, NJ 08801-3373

Mark Neander
15 Roosevelt Ave
Oneonta, NY 13820-1911

Mark A. Crigler
1904 Oak Leaf Ct
Mobile, AL 36609-7047

Mark W. Hein
c/o Angelina E. Lim, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, LL
P.O. Box 1368
Clearwater, FL 33757-1368

Martin Kirtzel
Ortrudstrasse 18
22083 Germany

Martin J. Redilla
11187 Elmerest
Whitemore LK, MI 48189-9311

Marvin Schneider
2200 North Central Road
Apt. 3R
Fort Lee, NJ 07024-7502

Mary A. Lynch
501 East 79th Street
New York, NY 10075-0735

Mary C. Hess
236 Indian Cove Dr.
Dawsonville, GA 30534-7334

Mary E. Langevin
19 Fort Charles Place
Bronx, NY 10463-6704

Mary E. Uhlman
626 N. Cedar Rd.
Jenkintown, PA 19046-4107

Mary J. De Palma
8239 Longden Circle
City Heights, CA 95610-0813

Mary Kay Donahoe
1765 Royal Saint George Drive
Westlake Village, CA 91362-4320

Maryann Chamberlain
41-21 Denman Street
Apt. 4
Elmhurst, NY 11373-2284

Mathew Gulrich, Jr.
2110 Businc Church Rd.
Marydel, MD 21649-1174

Mathieu Desforges
2 Dickens Mews
LondonEC1M 5SZ United Kingdom

Matteo Etedmad
2037 White Cedar Lane
Waxhaw, NC 28173-8088

Matthew Walker
30 Dunstan Road
LondonNW11 8AA United Kingdom

Matthrew Q. Giffuni
353 E83rd St
#23H
New York, NY 10028-4342

Maureen Golden
161 Fairway Rd
Lide Beach, FL 11561-4823

Maureen Mason
Coldwell Banker
Del Monte Realty
501 Lighthouse Ave.
Pacific Grove, CA 93950-2707

Maureen T. Fromm
333 Old Schylerville Rd.
Greenwich, NY 12834-4616

Maurizio Luraschi
Juan Paullier No. 1510
apto. 603
Montevideo Uruguay

Meera Sood Sagar
Rosinka
Balcary Gardens
Berkhamsted
Hertfordshire HP4 3UU, UK

Melanie Rodelo
7100 SW 62nd Street
North Tower
Apt. #1505
Miami, FL 33143-1846

Melissa Couch
c/o Stuart P. Gelberg, Esq.
600 Old Country Road
Suite 410
Garden City, NY 11530-2009

Michael Beglan
94 East 235 Street
Bronx, NY 10470-1914

Michael Benedetto
6 Little Bear Drive
Yorktown Heights, NY 10598-6331

Michael Blumenthal
590 Madison Avenue
New York, NY 10022-2524

Michael Collins
19 Burr Rd.
Hull, Ma 02045-3205

Michael Couch
c/o Stuart P. Gelberg, Esq.
600 Old Country Road
Suite 410
Garden City, NY 11530-2009

Michael Duceatt
2472 Deep Forest Ct.
Portage, MI 49024-4871

Michael Dunn
Norton Rose LLP
3 More London Riverside
London, UK SE1 2AQ

Michael Gran
45 Comely Lane
Latham, NY 12110-5230

Michael Karp
11 Candlewood Drive
West Windsor, NJ 08550-1939

Michael Sroka
298 Federal Hill Rd.
Milford, NJ 03055-3553

Michael Stipo
31 Shore Dr W
Copiague, NY 11726-5300

Michael Vana
1315 Fairlane Dr
Schaumburg, IL 60193-3583

Michael A. Rollin
Reilly Pozner LLP
1900 Sixteenth Street Ste. 1700
Denver, CO 80202-5259

Michael Alexis Coleman Sr.

Michael Alexis Coleman Sr.
2 Freeman Street
Buffalo, NY 14215-2705

Michael J. O'Mara
10 Hurst View Road
South Croydon
SurreyCR2 7AG United Kingdom

Michael J. Petrucelli
305 Ottawa Lane
Oak Brook, IL 60523-2789

Michael K. McCully
340 East 23rd Street
Apt. 5M
New York, NY 10010-4747

Michele McHugh-Mazzatta
11 Andrean Drive
Annandale, NJ 08801-3373

Michelle L. Pomerantz
One Whitehall Street
17th Floor
New York, NY 10004-2109

Michelle M. Newhouse
420 East 54th Street
New York, NY 10022-5179

Michelle M. Newhouse
420 East 54th Street
Apt. 11C
New York, NY 10022-5151

Milan Veleba
Flat 13/ Capstan Court
24 Wapping Wall
LondonE1W 3SE United Kingdom

Mimar Sinan Mah
1400 Sokak No: 11 D: 30
Goktasi Apt. Konak
Izmir Turkey

Miriam Oh
76 Glen Drive
New Canaan, CT 06840-3636

Mirta Bessio
Beruit 2485-Piso 14
Buenos AiresCP 1117 Argentina

Monica Leisse-Stankoweit
Sentruper hohe 10
Munster48149 Germany

Monica Blanch Magraner
c/o Banco Banif, S.A.
A.v. Diagonal 568
Barcelona08021 Spain

Monika Wenzl
Adrian-Keils-Str.7
51149 Koln
 Germany

Mullens Sonja
Diestersteenweg 23
3545
Halan Belgium

N. J. Joseph
814 Berrywood Dr.
Galloway, NJ 08205-4201

Nachiketa Das
301 East 69th Street
Apt. 19B
New York, NY 10021-5511

Natalie Riessen
205 East 59th Street
#19A
New York, NY 10022-2575

National Agricultural Cooperative Federation
c/o Duane Morris LLP
1540 Broadway
New York, NY 10036-4039

Neus Pena Galvez
C/ Gutenberg, 1
08224 - Terrassa
Barcelona08224 Spain

Ng Pui Shan Vinci
Flat C, 21/F, Block 11
City Garden
North Point
 Hong Kong

Ngoc Huong Huynh
37416 Gillett Road
Fremont, CA 94536-4966

Ni Jin
5221 Avenue Plamondon
MontrealH3X 1B8 Quebec Canada

Nicholas S. Mateko
1878 St. Michaels Way
Brentwood, CA 94513-1706

Nick Santino
48 West 73rd St.
New York, NY 10023-3105

Nicolas Schuster
47 Boulogne
Buenos AiresB1609ENA Argentina

Nicole Zeller
197 Mailands Road
Fairfield, CT 06824-3966

Nikki A. Marshall
12 Thomas Road
Westport, CT 06880-4305

Niraj Shah
107 West Passaic Avenue
Bloomfield, NJ 07003-4527

Nol Shala
Hertha-Feiner-Asmus
Stieg 5
HamburgD-22302 Germany

Ong Stephen Chua
4th Floor Flat
A Greenfield Mansion #8
Kingston Streeet
Causeway Bay Hong Kong

Orestes Lugo
3802 NE 207th St.
#1104
Aventura, FL 33180-3851

Ottmar Hall
1829 Lacombe Avenue
Bronx, NY 10473-3631

Ove Nordhagen
Hagaveien 17
n-1960 Loken
 Norway

Owen Joiner
120 Finley Street
Griffin, GA 30224-5009

Owen H. Joiner
120 Finley Streeet
Griffin, GA 30224-5009

P. van der Graaf
Meranti 173
3315 TT Dordrecht
 Holland

PRUDENCE WALTZ
335 W. 88TH S., # 10
Los Angeles, CA 90003-3648

Paola Birashi
73 Bryauston Court II
George Street
LondonWIH 7HD UK

Patricia De La R De B.
Calle 38 18BX9 Y 11
Fracc Campestre
Merida Yucatan97120 Mexico

Patricia Mudge
2021 Old York Road
Burlington, NJ 08016-9738

Patricia A. Noriega
Natacion #21
Col Raquel Club
Hermosillo Sonora83200 Mexico


Paul  Zakian
129 East 82nd Street Apt# 10A
New York,, NY 10028-0836

Paul Edwards
9 Catskill Road
Monroe, NY 10950

Paul Nancarrow
50 Baker St.
Potters Bar
Herts, UK EN6 2EB


Paul Ryb
3 Reynolds Close
London, UK NW11 7EA

Paul A. Marsilio
2511 37th Street
Astoria, NY 11103-4227

Paul B. O'Neill
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036-2714


Paul Nigel Shotton
124 Lukes Wood Road
New Canaan
, CT 06840-2235

Paula J. Leach
1104 W. Vicki Ave.
Ridgecrest, CA 93555-3055

Pavel Kinel
1129 Wellington St.
Ottawa, ON K1Y2Y6 Canada


Peter Chan

Peter Kollydas
28 Coleridge Drive
Marlboro, NJ 07746-2145

Peter Thompson
2710 McDivitt Rd.
Madison, WI 53713-2979


Peter Weber
Wasserburgerg
1-3/14/16
1090 Vienna
 Austria

Peter E. Sundman
82 Hampton Road
Chatham, NJ 07928-1353

Peter J. Thompson
2710 Mcdivitt Rd.
Madison, WI 53713-2979


Phil Yuhn

Philip Strome
14 Hathaway Road
Marblehead, MA 01945-2734

Philip H. Hauger
5821 Amy Drive
Oakland, CA 94618-2615


Philip R. Byrnes

Philippe Dufournier
Law Offices of Lisa M. Solomon
305 Madison Avenue, Suite 4700
New York, NY 10165-0043

Phillip Walsh
Paduano & Weintraub LLP
1251 Avenue of the Americas
Ninth Floor
New York, NY 10020-1102


Pilar Suarez-Carreno Lueje
c/ Nunez de Balboa
15, 4 Dcha.
Madrid28001 Spain

Promin VZW
Winterling 7
2170
Merksem Belgium

Prudence M. Waltz
880 West First Street
Apartment 10
Los Angeles, Ca 90012-2443


R A Lough
9 Windslow Heights
Carrickfergus
Co. Antrim.BT38 9AT United Kingdom

Rafael Alonso Vertiz
Pedro Figari 1615
Montevideo11500 Uruguay

Rajesh Pentapati
41 M. Reading Rd.
Edison, NJ 08817-2159

Rak Koestler
Koestler Tile Company
436 Highway 82 East
Greenville, MS 38701-5341

Ralph I. Miller
Weil, Gotshal & Manges, LLP
1300 Eye Street, N.W.
Suite 900
Washington, DC 20005-3348

Randall J. Hutton
22 Hillside Lane
New Hope, PA 18938-1700

Riccardo Banchetti
Law Offices of Lisa M. Solomon
305 Madison Avenue, Suite 4700
New York, NY 10165-0043

Richard Graham
341 Pinetree Dr., NE
Atlanta, GA 30305-3414

Richard Tessmer
5983 Trophy Drive
Apt. 1502
Naples, FL 34110-7375

Richard A. Lough
9 Windslow Heights
Carrickfergus
Co Antrim
Co Antrim, UK BT38 9AT United Kingdom

Richard B. Johnson
6715 Mountain Lake Lane
Cummings, GA 30028-3901

Richard C. Miller
PO Box 280
Kingston, GA 30145-0280

Richard J. Andre
44 Bay View Avenue
East Hampton, NY 11937-4842

Richard L. Morris
864 Sarnac Lake Drive
Apt. 101
Venice, FL 34292-7576

Richard S. Locke
c/o Robinson Brog Leinwand Greene et. al
875 Third Avenue, 9th floor
New York, NY 10022-0123

Rivka Schmuskovits
47 Boulogne
Buenos AiresB1609ENA Argentina

Robert Cagliero
74 Knollwood Dr
Larchmont, NY 10538-1238

Robert Eberwein
1853 9th Avenue
Oakland, CA 94606-3019

Robert Eby
16 Sycamore Hill Rd
Bernardsville, NJ 07924-1861

Robert Forfia
36 Day Court
Mahwah, NJ 07430

Robert Franz

Robert Maitin
121 Forest Dr.
Short Hills, NJ 07078-3204

Robert Mayhorn
126 Stolling Ave
Logan, WW 25601-4011

Robert C. Dyer
2 Mclaren Road South
Darien, CT 06820-3531

Robert C. Mountford
Amity Farm 314 Goat Hill Rd
Lambertville, NJ 08530-2600

Robert D. Morrison
965 Holiday Ct. S
Salem, OR 97302-5927

Robert E. McCarthy
6 Oregon Ave
Hazlet, NJ 07730-2216

Robert F. Hausmann
7074 Falcon's Run
Lake Worth, FL 33467-7221

Robert I. Coleman
430 Village Place
Apt. 302
Longwood, FL 32779-6153

Robert J. Lemons
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153-0119

Robert L. Biscardi
617 Sunrise Avenue
Winter Springs, FL 32708-3623

Robert L. Gross
5 Sailwing Club Drive
Hilton Head, SC 29926-1278

Robert L. Zito
4600 N Suncastle Court
Appleton, WI 54913-7504

Robert M. Novick
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
21st Floor
New York, NY 10019-6799

Robert M. Pettus
2311 Autumn Lake Pl
Fort Wayne, IN 46818-8863

Robert W. Wilson
Essex
BillericayCM120JP United Kingdom

Rodger R. Stelter
8000 W. 114th Terrace
Overland Park, MS 66210-1819

Rodney A. Plaskett
40 Birchwood Lane
Hartsdale, NY 10530-3112

Rogelio Beltran
2000 David Ave
Apt 26
Monterey, CA 93940-1958

Roger Saks
64 Twin Brooks Road
Saddle River, NJ 07458-3326

Roger Vandebroek
Weg naar de Grauwe Steen 31
3550 Heusden-Zolder
 Belgium

Roger W. Leach
1104 W. Vicki Ave.
Ridgecrest, CA 93555-3055

Rolando DiLiegghio
3630 N. Indianhead Rd.
Hernando, FL 34442-4687

Rolf A. Lautenschlager
Sauerbruchstrasse 31
Muenchen81377 Germany

Ronald A. Hijmans
Canadastraat 11
Holten7451ZJ Netherlands

Ronald J. Mandracchia
3 Toby Drive
Succasunna, NJ 07876-1819

Ronald J. Santi
Attorney at Law
P.O. Box 599
Medina, WA 98039-0599

Ronald P. Zemenak
5051 Vermillion Lane
Castle Rock, CO 80108-9060

Rosa E. Venegas
P.O. Box 2389
Astoria, NY 11102-0389

Rosa Maria Calzada Rebolledo
Beethoven 111
Col Leon Moderno
Leon Guanjauto37480 Mexico

Rosalind Ebanks
9267 SW 169th Ave.
Miami, FL 33196-4836

Rosalinda Barrios
2152 Dupont Drive
Suite 214-A
Irvine, CA 92612-1356

Rose Chan

Rose Seraydar
525 Neptune Avenue
Apt. 22B
Brooklyn, NY 11224-4020

Rosemarie Franzo
119 87th Street
Brooklyn, NY 11209-4915

Rudolf Weiszmann
533 Quail Creek Dr.
Grayslake, IL 60030-1344

Russell Mears
44 Howard Road
Upminster
EssexRM142UF United Kingdom

Russell Schreiber
Flat 5
1 D'Oyley Street
LondonSW1X 9AQ United Kingdom

Ruth M. Malin
5401 Bahia LN
La Jolla, CA 92037-7020

Ruthann McFarland
6 Harvard Lane
Hawthorn Woods, IL 60047-9262

S.A.B. Van Rooy

S.A.B. Van Rooy, DVM and LLM
Schoonouwenseweg 24
 NX STOL WIJK2821 The Netherlands

SING HEUNG

SIU LING CHING
Salvador Gomez-F
Samantha J. Malthouse
206 Priests Lane Essex
ShenfieldCM158LG United Kingdom

Samir Amr Mohamed Zaki Abdel Kader
19 Ismail Mohamed Str.
Zamalek
Cairo Egypt

Samuel Benedict
Michael Carlin, Weath Management, LLC
7098 E. Cochise Road, Suite 222
Scottsdale, AZ 85253-4557

Samuel E. Belk IV

Sandra Stolk
12492 Masters Ridge Drive
Jacksonville, FL 32225-5758

Sandra L. Kern
5333 Adams Road
Delray Beach, FL 33484-8126

Sandra P. Nash
6 Venturi Ct.
Florham Park, NJ 07932-2715

Santiago Jimenez Casado
C/ Maldonado 56, 4C
Madrid28006 Spain

Sarah Filbee
107 Maze Hill
LondonSE108XQ UK

Saverio Panerai
Via Buozzi 184
500 13 Campi Besenzio
Firenze Italy

Scott Kitchens

Scott Sheffer

Scott Sobo
28 Northdale Rd.
White Plains, NY 10605-2914

Serve Feij
Hoge Brakken 7D
6221 GM Masstricht
 Netherlands

Seth L. Konheim
10 Lyndale Park
Westport, CT 06880-1228

Shai Waisman
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153-0119

Shane Visto
1009 South 7th Street
Oakes, ND 58474-2127

Sharon Moragne
552 Rosedale Avenue
#N-13
Bronx, NY 10473-4358

Sheila R. James
649 Beach 67th Street
Arverne, NY 11692-1312

Sheryl Goldman
1820 Bittersweet Lane
Mount Prospect, IL 60056-1906

Shyh-An Su

Silvia Zimmermann-Beeli
Alzbachfeld 5
5734 Reinach
 Switzerland

Silvia H. Ramirez Casteneda
Calle Vizcaynas 305
Colonia Carretas
QueretaroQR) 76050 Mexico

Silvio Schuster
47 Boulogne
Buenos AiresB1609ENA Argentina

Simeon Moreno
5 Maple Street
West Roxbury, MA 02132-1823

Sira Herrera Martinez
CL Eduard Torla 8
BA
El Masnou Barcelona08320 Spain

Siu Lui Ching

Smitha Aivar
2452 W. Bayshore Rd.
#7
Paul Alto, CA 94303-3525

So Wai Lan
FT E 24/F Blk 1
1 Park View Gdn
8 Pik Tin Street
Shatin Hong Kong

Sridhar Duddukuri
30P Reading Road
Edison, NJ 08817-2132

Srihari Javvaji
25 Capri Dr
Johnston, RI 02919-3328

Stanley Czajka
488 NW 8th St.
Boca Raton, FL 33432-2539

Stephen A. Rogers
9 Clifton Court
Pikesville, MD 21208-1432

Stephen B. Lax
324 Autumn Hill Drive
Morganville, NJ 07751-2043

Stephen C. Restelli
26 Pond St.
Barre, VT 05641-4808

Stephen J. Edelmann
P.O. Box 4914
Incline Village, NV 89450-4914

Stephen Nash Hurley
62 Hampshire Road
Wellesley, MA 02481-2709

Steven Knous
575 Riverside Drive
Basalt, CO 81621-9249

Steven G. Delaney
4 Valley Ridge Road
Harrison, NY 10528-1208

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0002

Steven M. Speier

Steven T. Gubner
Ezra Brutzkus Gubner LLP
21650 Oxnard Str
Suite 500
Woodland Hills, CA 91367-4911

Sudhakar Aremanda
1707 Deer Creek Dr.
Plainsboro, NJ 08536-3312

Summer W. Mudge
2021 Old York Road
Burlington, NJ 08016-9738

Susan Stashower
300 West 72nd Street
Apt. 6F
New York, NY 10023-2668

Susan Walsh
228 East 25th Street
Apt. 7
New York, NY 10010-3164

Susan Mary Pike
23412 Mobile St.
West Hills, CA 91307-3323

Susanne K. Kraus
P.O. Box 72
Elephant Butte, NM 87935-0072

Sylvia Agostini
6365 Collins Ave
Apt 3603
Miami Beach, FL 33141-9613

Synam Limited
Wing On Court
18th Floor, Flat C.
24 Homantin Hill Rd.
Kowloon Hong Kong

Tanja Isabelle Reeken

Theodore Wm. Tashlik
IRA Custodian
9 Overlook Circle
Manhasset, NY 11030-3933

Theresa J. Carpenter
72 North State Road
#170
Briarcliff Manor, NY 10510-1414

Thomas Danielle
16 Avenue des Tilleuls
16-40 Rhode Saint Genese
 Belgium

Thomas Reusch
Steinstrabe 20
DarmstadtD-64291 Germany

Thomas Earl Patton
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4688

Thomas John Rogers
116 Morningside Road
Paramus, NJ 07652-1600

Thomas M. Cockreil
2701 Brandon Rd.
Upper Arlington, OH 43221-3336

Thomas T. Janover
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036-2714

Thomson Tat
2411 Kaiser Way
Antioch, CA 94531-9061

Thomson C. Murray Jr.
c/o Certilman Balin Adler & Hyman, LLP.
90 Merrick Avenue
East Meadow, NY 11554-1597

Timothy A. Burke
c/o Law Offices of Lisa M. Solomon
305 Madison Avenue, Suite 4700
New York, NY 10165-0043

Timothy A. Cotten
9543 North Side Drive
Owings, MD 20736-4015

Timothy B. Wilkinson
Corner Cottage
Parsonage Lane
Little Baddow
Chelmsford EssexCm3 4Su United Kingdom

Timothy B. Wilkinson
Corner Cottage
Parsonage Lane
Little Baddow
Essex, UK Cm34SU United Kingdom

Timothy B. Wilkinson
Parsonage Lane
Little Baddow
Essex United Kingdom

Tinant Danielle
Avenue des Tilleuls, 16
1640 Rhode Saint-Genese
Belgium

Tommy Tewalt
14451 S. Hawthorne Ct.
Oregon City, OR 97045-9115

Tracey Morman
155 Centre Avenue, #5B
New Rochelle, NY 10805-2755

Troy A. Uhlman
2310 Battery Hill Circle
Woodbridge, VA 22191-6039

Trudy Santiago
1469 E. 57th Street
Brooklyn, NY 11234-4003

U. Young Park
5558-A Via Portara
Laguna Woods, CA 92637-6964

Uwe Jahnke
Edendorfer Weg 7
29575 Altenmedingen
 Germany

Van Trai Huynh
37416 Gillett Road
Fremont, CA 94536-4966

Veronica V. D' Luna Ascencio

Victoria Fernandez Pastor

Vincent Jackson
129 Arniston St
Brockton, MA 02302-1926

Vincent Mischler
53 bis rue de Pass
Paris75016 France

Vincent Primiano
c/o Law Offices of Lisa M. Solomon
New York, NY 10165

Vito Santoro
130 Aregood Lane
Islamorada, FL 33036-3000

W.E. de Vries-Scheiberlich
Edisonstraat 10
1171 AL Badhoevedorp
 The Netherlands

Wallace G. Smith
4370 Park Milano
Calabasas, CA 91302-1657

Wayne D. Reid II
433 Langley Oaks Drive
Marietta, GA 30067-4977

Weemaes Monique
Oude Zandstraat 72
Bevern-Wass B-9120
 Belgium

Wendy M Uvino
50 East 89th Street
Apt 22F
New York, NY 10128-1225

Wilhelm Kraemer
Finther Landstrasse 89
MainzD-55124 Germany

William Bennett
480 Grace Ave
Fairview, PA 16415-1444

William Berkman
c/o Associated Partners, LP
1230 Avenue of the Americas
Suite 8C
New York, NY 10020-1513

William Brackett
7205 Fresco Lane
Sarasota, FL 34241-9714

William Kuntz
Bx 1801
Nantucker, MA 02554-1801

William Kuntz III
India St PO Box 1801
Nantucket Island, MA 02554-1801

William Kuntz III
PO Box 1801
Nantucket Island, MA 02554-1801

William Nicoll
3650 Sentry View Trace
Suwanee, GA 30024-7492

William Salway
5147 Harpers Farm Rd
Columbia, MD 21044-5710

William C. Meyer Jr.
804 Leverton Rd.
Rockville, MD 20852-1033

William H. Smith
9595  Redbird Lane
Alpharetta, GA 30022-7101

William H. Smith
9595 Red Bird Lane
Alpharetta, GA 30022-7101

William J. Hine
Jones Day
222 East 41st Street
New York, NY 10017-6727

William J. Munro
1406 Grant Rd.
Northbrook, IL 60062-4700

William L. Hess
236 Indian Cove Dr.
Dawsonville, GA 30534-7334

William N. Lobel
THE LOBEL FIRM
840 Newport Center Dr
Ste 750
Newport Beach, CA 92660-6364

Wim J.M. Alen
Jurneirah Beach Residence
Bahar 5, app. 1204
Dubai United Arab Emirates

Winsome McDonald
8318 Russell Drive
Rowlett, TX 75089-4859

Wong Hung Ying
10E Tower 11
Parc Oasis
Yat Yat Chuen
Kowloon Hong Kong

Wouters Danielle
Steenovenstraat 14
2390 Westmalle
 Belgium

Wu Mei Chu Sylvia
Room G, 39th Floor
Block 16, Ocean Shores
88 O King Road, Tiu Keng Leng
Tseung Kwan O NT, Hong Kong

Xianhua Xu
226 Posnegansett Ave
Warwick, RI 02888-3512

Yamani Hartono
Taman Pluit Murni
IV No. 2
Jakarta Utara14450 Indonesia

Yeung Yip Sau Ying
G/F 79-85 Hill Road
Shek Tong Tsui Hong Kong

Yiu Yuen On Paul
Flat 7D Wing On
Court 24 HO MAN TIN
HILL ROAD
Kowloon Hong Kong

Yu Chun Kwan
PO Box 72282
Kowloon Hong Kong

Yun You
137 Rousseau Street
San Francisco, CA 94112-1433

c/o Duane Morris LLP Buckeye Partners, L.P.
Five TEK Park
9999 Hamilton Boulevard,
Breinigsville, PA 18031-9300

c/o Karon Y. Wright Travis County
P.O. Box 1748
Austin, TX 78767-1748

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Manufacturers and Traders Trust Company | Southern Community Bank and Trust | U.S. Bank National Association |
| One M&T Plaza | 4605 Country Club Road | 60 Livingston Avenue |
| 12th Floor | Winston-Salem, NC 27104 | Mailcode EP-MN-WS3D |
| Buffalo, Ny 14203 United States | | St. Paul, MN 55107 |

| | | |
|---|---|---|
| (d)Manufacturers and Traders Trust Company | Reed Smith LLP | (d)U.S. Bank National Association |
| Attn: Mark W. Warren, Esq. | 435 Sixth Avenue | 60 Livingston Avenue |
| One M&T Plaza, 12th Floor | Pittsburgh, PA 15219 | Mailcode EP-MN-WS3D |
| Buffalo, New York 14203 | Attention: Eric A. Schaffer, Esq. | St. Paul, MN 55107 |

(d)U.S. Bank National Association
Mail Station EP-MN-WSID
60 Livingston Avenue
St. Paul, MN 55107


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Teresa A. Oxford, Esq.
Invesco Aim Management Group, Inc.
11 Greenway Plaza. Suite 100
Houston, Texas 77046-1173


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u) Chenavari Financial Advisors LTD | (u) RWE Supply & TradingGmbH | (u) SC Lowy Primary Investments, Ltd. |
| (u) The Varde Fund VI-A, L.P. | (u)*Spanish Holders of Lehman Programs Sec | (u)125 High Street, L.P. |
| (u)1301 Properties Owner, L.L.C. | (u)1301 Properties Owner, LP c/o Paramount Gr | (u)1407 Broadway Real Estate LLC and PRGS 140 |
| (u)25 Broad, LLC | (u)4Kids Entertainment Inc. | (u)50 Broadway Realty Corp. |

| | | |
|---|---|---|
| (u)605 Third Avenue Fee LLC | (u)8 Sound Shore Associates LP | (u)A-V Services, Inc. |
| (u)A.M. McGregor Home | (u)A/P Hotel, LLC | (u)ABM Industries, Inc. |
| (u)ABN AMRO Inc. | (u)ACCESS GROUP INC. SERIES 2005-A | (u)ACTS Retirement-Life Communities, Inc. |
| (u)ADI Alternative Investments | (u)ADI Conseil | (u)ADI Global Opportunity SP |
| (u)AECO Gas Storage Partnership | (u)AEGON USA Investment Management LLC | (u)AEO Management Co. |
| (u)AEW Capital Management, LP | (u)AG Financial Products, Inc. | (u)AG Super Fund International Partners, L.P. |
| (u)AGDOF LF1, Ltd. | (u)AIB International Finance | (u)AIG CDS, Inc. |
| (u)AIG Financial Products Corporation | (u)AIG Global Investment Corporation | (u)AJF Holding B.V. and A.J. Friederich |
| (u)AMERICAN EXPRESS TRAVEL RELATED SERVICES C | (u)APS Bank Ltd. | (u)ASR Levensverzekering N.V. |
| (u)AT&T Inc. | (u)AXA Alternative Financing Corp. | (u)AXA Mezzanine II SA, SICAR |

(u)Aargauische Kantonalbank

(u)Aberdeen Asset Management Investment Servi

(u)Aberdeen Asset Management, Inc.

(u)Aberdeen Asset Managers Limited

(u)Aberdeen Fund Management Limited

(u)Ablemen & Associates Limited

(u)Abraham Kamber & Company LLC

(u)Absalon II, Ltd.

(u)Abu Dhabi Investment Authority

(u)Accenture LLP

(u)Access Data Corp.

(u)Accredited Home Lenders, Inc.
Law Office of Cohn & Roth

(u)Acta Asset Management ASA

(u)Acumen Fund, Inc.

(u)Ad Hoc Group of Lehman Brothers Creditors

(u)Adams Mark Mezz Holdings LLC

(u)Advanced Micro Devices, Inc.

(u)Advanced Portfolio Technologies, Inc.

(u)Adventist Health System/Sunbelt, Inc.

(u)Adventist Healthcare MD

(u)Adventist Union Limited

(u)AgFirst Farm Credit Bank

(u)AgriBank, FCB

(u)Airlie Opportunity Master Fund, Ltd.

(u)Akerman Senterfitt LLP

(u)Akin Gump Strauss Hauer & Feld LLP

(u)Alden Global Distressed Opportunites Maste

(u)Alden Global Distressed Opportunities Masf

(u)Alden Global Distressed Opportunities Mast

(du)Alden Global Distressed Opportunities Mas

(du)Alden Global Distressed Opportunities Mas

(du)Alden Global Distressed Opportunities Mas

(du)Alden Global Distressed Opportunities Mas

(du)Alden Global Distressed Opportunities Mas

(du)Alden Global Distressed Opportunities Mas

(u)Alden Global Hedged Opportunites Master Fu

(u)Alden Global Hedged Opportunities Master F

(u)Aliant Bank

(u)Alliance Laundry Equipment Receivables 200

(u)Alliance Laundry Systems LLC

(u)AllianceBernstein L.P.

(u)AllianceBernstein L.P. as Investment Advis

(u)Allianz Global Investors AG

(u)Allstate Life Insurance Company

(u)Ally Investment Management LLC

(u)Alphadyne International Master Fund, Ltd.

(u)Alston Investments LLC

(u)Altova, Inc And Altova Gmbh

(u)Altuned Holdings LLC

(u)America's Servicing Company

(d)America's Servicing Company
c/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

(u)American Express Travel Related Services C

(u)American Family Life Assurance Company Of

(u)American Fire & Casualty Insurance Company

(u)American National Insurance Company

(u)Amias Berman & Co LLP

(u)Ana Serratosa Lujan, Begoa Serratosa Lujan

(u)Anchorage Capital Group, L.L.C.

(u)Andbanc Grup Agricol Reig

(u)Andorra Banc Agricol Reig, S.A.
Calle Manuel Cerqueda i Escaler, 6
Escaldes - Engordany
Principat d'Andorra

(u)Annegret Bergemann and Klaus-Matthias Berg

(u)Anthracite Balanced Company (46) Limited

(u)Anthracite Balanced Company (Discover 1) L

(du)Anthracite Balanced Company 46 Limited

(u)Anthractie Investments (Cayman) Limited

(u)Antonio Manuel Coelho Affonso de Barros

(u)Antonio Manuel Coutinhas Da Silva Ferreira

(u)Apex LLC

(du)Apex, LLC

(u)Appaloosa Investment L.P. 1

(u)Arc Fund Management Ltd

(u)Arca Vita S.P.A.

(u)Arcot Systems, Inc.

(u)Arent Fox LLP

(u)Ares Enhanced Credit Opportunities GP LLC

(u)Aristeia Advisors, L.L.C.

(u)Aristeia International Limited

(u)Asbury Atlantic, Inc.

(u)Asbury-Solomons, Inc.

(u)Ashton Investments LLC

(u)Assent LLC

(u)Asset Backed Management Corp.

(u)Astle Plaines Ltd

(u)Atlantic County Utilities Authority

(u)Atlantic Forms and Systems Inc.

(u)Attestor Value Master Fund LP

(u)Attorneys for Italease Finance S.p.A.

(u)Au Yeung Yip Sau Ying Anne

(u)Aurora Loan Services LLC

(u)Austarity Group LLC

(u)Automated Securities Clearance LLC, succes

(u)Autonomy Capital Research LLP

(u)Autonomy Master Fund Limited

(u)Autonomy Rochevera One Limited

(u)Avaya  Inc.

(u)Avenue Investments, L.P.

(u)Avenue Investments, LP

(u)Avista Corporation and Powerex Corp.

(u)Avista Corporation, Cascade Investment, LL

(u)Aviva Assicurazioni S.p.A.

(u)Aviva Insurance Limited

(u)Aviva Investors North America, Inc.

(u)Aviva Life S.p.A.

(u)Aviva Previdenza S.p.A.

(u)Aviva S.p.A.

(u)Aviva Vita S.p.A.

(u)Axel Siepmann, Siepmann & Cie. Gmb & Co. K

(u)BAC Home Loans Servicing, LP FKA Countrywi

(u)BANK OF AMERICA, NATIONAL ASSOCIATION, SUC

(u)BATS Holdings, Inc.

(u)BDF Limited

(u)BDIF LLC

(u)BE Smith

(u)BG Energy Merchants LLC

(u)BGC Partners, Inc.

(u)BGL BNP Paribas SA

(u)BHCO Master Ltd

(u)BLT-39 LLC

(u)BNP Paribas

(u)BNP Paribas Energy Trading GP

(u)BNP Paribas Securities Corp.

(u)BNY Corporate Trustee Services

(u)BNY Mellon Corporate Trustee Services Limi

(u)BNYM Corporate Trustee Services Limited

(u)BOC Energy Services, Inc. n/k/a Linde Ener

(u)BP Corporation North America Inc.

(u)BRM Group, Ltd.

(u)BSOF Master Fund L.P.

(du)BSOF Master Fund, L.P.

(u)BSOF Parallel Master Fund, L.P.

(u)BT Americas Inc. and Radianz Americas Inc.

(u)BTR Global Opportunity Trading Limited

(u)BaFin

(u)Bacar Constructors, Inc.

(u)Ballyrock ABS CDO 2007-1 Limited

(u)Banc of America Securities Limited

(du)Banc of America Securities, LLC

(u)Banc of America Strategic Ventures, Inc.

(u)Banca Agricola Commerciale della Republic

(u)Banca Agricola Commerciale della Republic
Via Oddone Scarito, 13
47893 Borgo Maggiore
 Repubblica di San Marino

(u)Banca Akros S.p.A.

(u)Banca Akros SpA

(u)Banca Alpi Maritime

(u)Banca Azzoaglio SPA

(u)Banca Carige S.p.A.
Societa per Azioni
Via Cassa di Risparmio
15 - 16123 Genova
16100  GenovaC.P. 987

(u)Banca Carige SPA

(u)Banca Di Piacenza Societa' Cooperativa

(u)Banca Euromobiliare(Suisse S.A.)

(u)Banca Fideuram S.p.A.

(u)Banca Fideuram SPA

(u)Banca Italease S.p.A.

(u)Banca Leonard SPA

(u)Banca Mediolanum S.p.A.

(u)Banca Monte dei Paschi di Seina S.p.A.

(u)Banca Monte dei Paschi di Siena S.p.A.

(u)Banca Monte dei Paschi di Siena SPA

(u)Banca Pololare di Vicenza

(u)Banca Poploare Di Sondrio S.e.p.A.

(u)Banca Popolare Dell'Emiliano Romagna, S

(u)Banca Popolare Di Milano S.c.P.A.

(u)Banca Popolare Di Milano S.c.a r.l.

(u)Banca Popolare Di Sondrio S.c.p.A.

(u)Banca Popolare Friuladria S.p.A.

(u)Banca Popolare Pugliese S.c.p.A.

(u)Banca Popolare dell'Emilia Romagna Soc.

(u)Banca Popolare di Milano Societa Coopertiv

(u)Banca Popolare di Puglia e Basilicata S.c.

(u)Banca Profilo S.p.A.

(u)Banca Sella Holding S.p.a.

(u)Banca Sella Holding Spa

(u)Banca Zarattini & Co. SA

(u)Banca del Monte dei Paschi di Siena SpA

(u)Banca di Credito Cooperativo di Alba, Lang

(u)Banca di Credito Cooperativo di Roma Socie

(u)Banca di San Marino S.p.A.

(u)Banco Bilbao Vizcaya Argentaria, S.A.

(u)Banco Di Desio E Della Brianza SPA

(u)Banco Espirito Santo S.A., Sucursal en Esp

(u)Banco Espirito Santo, S.A.

(u)Banco Finantia International Limited

(u)Banco Interior de Sao Paulo, S.A.

(u)Banco Itau Europa Luxembourg S.A

(u)Banco Pastor, S.A.

(u)Banco Popolare Societa Coopertiva

(u)Banco Popular Espanol, S.A.

(u)Banco Sabadell, S.A.

(u)Banco di Napoli S.p.A.

(u)Banesco Banco Universal

(u)Banif - Banco De Investimiento, S.A.
Rua Tierno Galvan
Torre 3, 14,
Lisbon Portugal1070-274

(u)Banif-Banco de Investimento, S.A.

(u)Bank Coop AG

(u)Bank Hapoalim B.M.

(u)Bank Julius Baer & Co. Ltd.

(u)Bank Julius Bear & Co. Ltd

(u)Bank Leumi Le-Israel B.M.

(u)Bank Leumi le-Israel, Ltd.

(u)Bank Of America, N.A.

(u)Bank Of Montreal

(u)Bank Sarasin & Co. Ltd

(du)Bank Vontobel AG, Zurich/Switzerland

(u)Bank of America, N.A., Merrill Lynch & Co.

(u)Bank of America, National Association succ

(du)Bank of America, National Association suc

(du)Bank of America, National Association, Su

(u)Bank of America, National Association, Succ

(u)Bank of New York Mellon

(u)Bank of Oklahoma, N.A.

(u)Bank of Panhsin

(u)Bank of Taiwan, New York Branch

(u)Bank of Valletta p.l.c.

| | | |
|---|---|---|
| (u)Bankinter S.A. | (u)Banque Banca Brothers Svizza SA | (u)Banque Cantonale du Valais |
| (u)Banque Lehman Brothers S.A. | (u)Banque Piguet & Cie S.A. | (u)Banque Populaire Cote d'Azur |
| (u)Banque Privee Edmond de Rothschild S.A. | (u)Banque Privee Saint Dominique | (u)Banque Safdie SA |
| (u)Barclays Bank PLC | (du)Barclays Bank, PLC | (u)Barclays Capital, Inc. |
| (u)Barclays Global Investors National Associa | (u)Barton Creek Senior Living Center, Inc. | (u)Basso Capital |
| (u)Basso Capital Management, L.P. | (u)Basso Fund Ltd. | (u)Basso Holdings Ltd. |
| (u)Basso Multi-Strategy Holding Fund Ltd. | (u)Basswood Opportunity Fund, Inc. | (u)Bast-Jager-Koest-Krober & Partner Vermoege |
| (u)Bay Harbour Management LC | (u)Bay Harbour Master Ltd. | (u)Bayerische Landesbank |
| (u)Beheermaatschappij Riksen BV | (u)Belmont Noteholders | (u)Benetton International |
| (u)Berner Kantonalbank AG | (u)Beryl Finance Limited | (u)Bethmann Bank ABN AMRO |

(u)Beunnel BV

(u)Bingham McCutchen LLP

(u)Bingham McCutchen LLP (Successor in Intere

(u)BlackRock Advisors, LLC

(u)BlackRock Institutional Trust Company, N.A

(u)Blackrock Financial Management, Inc.

(u)Blank Rome LLP

(u)Blank Rome LLP, Attorneys for Capital Auto

(u)Blank Rome LLP, Attorneys for Iconix Brand

(u)Blank Rome LLP, Attorneys for Liquid Engin

(u)Blank Rome LLP, Attorneys for Thomson Reut

(u)Blank Rome LLP, Attorneys for the Delaware

(du)Blank Rome, LLP Attorneys for Thomson Reu

(u)Blank Rome, LLP Attorneys for the FX Allia

(u)Bloomberg Finance L.P.

(u)Bloomberg L.P.

(u)Bloomingdale's International Ventures,

(u)Blue Mountain Credit Alternatives Master F

(u)BlueMountain Capital Management LLC and Af

(u)BlueMountain Credit Alternatives Master Fu

(u)Board of Education of the City of Chicago

(u)Boise Land & Timber II, LLC

(u)Bond Logistix LLC

(u)Bortstein Legal LLC

(u)Botticelli, L.L.C.

(u)Bouef Limited

(u)Bremer Financial Corporation

(u)Brickman Group Holdings, Inc.

(u)Bright Horizons Children's Centers LLC

(u)Broadridge Securities Processing Solutions

(u)Brookdale Senior Living

(u)Brookfield Properties One WFC Co. LLC

(u)Bundesanstalt fur Finanzdienstleistungsauf
Graurheindorfer Str. 108
Bonn Germany53117

(u)Bundesverband deutscher Banken e.V.

(u)Buoyang Hill Corporation

(u)Burlington Loan Management Limited

(u)C.M. Life Insurance Company

(u)CAT Brokerage AG

(u)CATOC VIDA, Sociedad Anonima de Seguros

(u)CB Richard Ellis, Inc.

(u)CCP Credit Acquisition Holdings Luxco, SAR
375 Park Avenue
13th Floor
New York

(u)CCP Credit Acquisition Holdings, LLC

(u)CD Representative, L.C.

(u)CDW Corporation

(u)CEBFT Russell Securities Lending Fund

(u)CEBFT Russell Short-Term Investment Fund S

(u)CEDAR DKR Holding Fund Ltd.

(u)CF Claims LLC

(u)CF Midas Balanced Growth Fund

(u)CFC Claims LLC

(u)CGKL Ventures, LLC

(u)CHILTON NEW ERA PARTNERS, L.P.

(u)CIFG Assurance North America, Inc.

(u)CMC Magnetics Corporation

(u)CME Group Inc.

(u)CNP Assurances and Anthracite Investments

(u)CNX Gas Company

(u)COIF SPV 3/11, Ltd.

(u)CPMG, Inc.

(u)CRS Fund Ltd.

(u)CSCP Credit Acquisition Holdings Luxco, SA
375 Park Avenue
13th Floor
New York

(u)CSP II USIS Holdings, L.P.

(u)CSS, LLC

(u)CSX Transportation, Inc.

(u)CT

(du)CT Corporation

(u)CT a Wolters Kluwer Business

(du)CT a Wolters Kluwer business

(u)CVF Lux Master S.a.r.l.

(u)CVIC Lux Master

(u)CWD OC 522 Master Fund, Ltd.

(u)Caisse Des Depots Et Consignations

(d)Caisse de depot et placement du Quebec

(u)Caixa Geral de Depositos, S.A.

(u)Caja De Credito De Los Ingenieros, SCC

(du)Caja de Credito de los Ingenieros, SCC

(u)Calanthe Capital, LLC

(u)California Housing Finance Agency

(u)California Winery Worker's Pension Trus

(u)California Winery Workers' Pension Trus

(u)Calogy Associates LLC

(u)Calyon

(u)Calyon Securities (USA) Inc.

(u)Canadian Exchange Group

(u)Canadian Imperial Bank Commerce

(u)Canadian Imperial Bank of Commerce

(u)Canadian Imperial Bank of Commerce, CIBC W

(du)Canadian Imperial Bank of Commerce, CIBC

(u)Canadian National Resources Limited

(u)Candlewood Special Situations Master Fund,

(u)Cantor Fitzgerald

(du)Cantor Fitzgerald & Co.

(d)Canyon Capital Advisors LLC
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

(u)CapStar Copley LLC

(u)CapStar Secaucus LLC c/o Lehman Brothers R

(u)Capital Automotive L.P.

(u)Capital Automotive LP

(u)Capital One, N.A.

(u)Capstone Volatility Master (Cayman) Limite

(u)Cargill Investment Group, Ltd.

(u)Carlton Willard Homes, Inc.

(u)Carlyle Credit Partners Master Fund

(u)Carlyle High Yield Partners IX, Ltd.

(u)Carlyle Loan Investment Ltd.

(u)Carmignac Gestion

(u)Carpenter Group, Inc.

(u)Cascade Investment, L.L.C.

(u)Caspian Alpha Long Credit Fund, L.P.

(u)Caspian Capital Partners, L.P.

(u)Caspian Corporate Loan Fund, LLC

(u)Caspian Focused Credit L Fund, L.P.

(u)Caspian HLSC1 LLC

(u)Caspian Select Credit Master Fund, Ltd

(u)Cassa Di Risparmio Di Alessandria S. P.A.

(u)Cassa Di Risparmio In Bologna S.p.A.

(du)Cassa di Risparmio di Alessandria S.p.A.

(u)Cassa di Risparmio di Bra S.p.A.

(u)Cassa di Risparmio di Ravenna S.p.a.

(u)Cassa di Risparmio in Bologna

(u)Castlerigg Master Investments Ltd.

(u)Catalana Occidente Empleo I, F.P.

(u)Catalana Occidente Prevision, EPSV

(u)Catalana Occidente RF1, F.P.

(u)Catalana Occidente, F.P.

(u)Catholic Healthcare West

(u)Cellco Partnership d/b/a/ Verizon Wireless

(u)Centerbridge Credit Advisors LLC

(u)Centerbridge Credit Partners LP
c/o Lovells LLP
590 Madison Avenue
New York

(u)Centerbridge Credit Partners Master LP
c/o Lovells LLP
590 Madison Avenue
New York

(u)Centrosim S.p.A.

(u)Centrosim s.p.a.
Societa di Intermediazione Mobilaire
delle Banche Popolari Italiane
Sede: Via Broletto, 37
Milano20121

(u)Centrosim s.p.a. Societa di Intermediazion

(u)CenturyLink, Inc. Defined Benefit Master T

(u)Cerberus Series Four Holdings, LLC

(u)Certain Members and Customers of the Membe

(u)Certain Underwriters at Lloyd's London

(u)Certified Class in Austin, et al. v. Chisi

(u)Chau Kam Man & Chiang Wai Man Vivian

(du)Chenavari Financial Advisors LTD

(u)Chevron Natural Gas

(u)Chewton Capital Ltd.

(u)Chicago Board Options Exchange, Incorporat

(u)Chimney Rock Value Fund, L.P.
350 Park Avenue
New York

(u)Chinatrust Commercial Bank

(u)Chinatrust Commercial Bank, et al.

(u)Chiphar Corp

(u)Ciena Communications, Inc.

(u)Cisco Systems Capital Corporation and Cisc

(u)Citadel Equity Fund Ltd.

(u)Citibank International PLC

(u)Citibank N.A.

(u)Citibank, N.A. Agency & Trust

(u)Citic Bank International Limited (formerly

(u)Citigroup Global Markets Inc.

(u)Citigroup Inc. and all of its affiliates,

(u)Citizens Electric Company of Lewisburg, PA

(u)City Employee Welfare Fund Local 3 IBEW

(u)City View Plaza, S.E.

(u)City of Chicago

(u)City of Cleveland, OH

(u)City of Long Beach

(u)City of Milwaukee, Wisconsin

(u)City of North Little Rock, Arkansas

(u)City of San Buenaventura

(u)Clariden Leu Ltd.

(u)Clayton Fixed Income Services, Inc.

(u)Clayton Services, Inc.

(u)Cleary Gottlieb Steen & Hamilton LLP

(u)Cleijpool, G.J. & Van der Sande, J.M.

(u)Clerk's Office Office, U.S.Bankruptcy,

(u)Clerk's Office U.S. Bankruptcy Court

(u)Clerk's Office of the U.S. Bankruptcy

(u)Clerk's Office of the U.S. Bankruptcy C

(du)Clerk's Office, U.S. Bankruptcy Court

(u)Clerk's Office, United States Bankruptc

(u)Clerk, U.S. Bankruptcy Court

(u)Cleveland Barrett

(u)Clifford Chance US LLP

(u)Cognizant Technology Solutions

(u)Cole Schotz Meisel Forman & Leonard, P.A.

(u)Colorado Homeowners

(u)CommerzBank A.G.

(u)Commerzbank AG, New York and Grand Cayman

(u)Commingled Pension Trust Fund (Core Bond)

(u)Commingled Pension Trust Fund (Market Plus

(u)Commodity Futures Trading Commission

(u)Community Trust Bancorp Inc.

(u)Compagnie Financiere Tradition SA

(u)Concur Technologies, Inc.

(u)Consolidated Container Company LLC

(u)Constellation Place, LLC

(u)Consumer Unsecured Reperforming Loans (CUR

(u)Conway & Mrowiec

(u)Conway Hospital, Inc.

(u)Cooperatieve Centrale Raiffeisen-Boerenlee

(u)Corporate Park Associates Inc.
C/O McLaughlin & Stern, LLP
260 Madison Avenue
New York

(u)Corus Bank, N.A.

(u)Costello Maione Schuch Inc. dba CMS Innova

(u)County of Sacramento, California

(u)Credit Suisse AG

(u)Credit Suisse AG, Zurich/Switzerland

(u)Credit Suisse Credit Strategies Liquidatin

(u)Credit Suisse International

(u)Credit Suisse Loan Funding LLC

(u)Credit Suisse Securities (USA) LLC

(u)Credit Suisse Sucursal en Espana

(u)Credito Emiliano S.P.A.

(u)Credito Emiliano SPA

(u)Crescent I, LP

(u)Crossmark Conerstone Partners, L.P.

(u)Crossmark Investment Company, L.P.

(u)Crystal Springs Brandworks, Inc.

(u)Currenex, Inc.

(u)Current Communications and Electric Corpor

(u)Curtis, Mallet-Prevost, Colt & Mosle LLP

(u)Cushman & Wakefield, Inc.

(u)Customer Asset Protection Company

(u)CypressTree Investment Management, LLC, As

(u)Cyrus Opportunities Master Fund II, Ltd.

(u)Cyrus Select Opportunities Master Fund Ltd

(u)D.E. Shaw Claims  SPV, L.L.C.

(u)D.E. Shaw Composite Portfolios, L.L.C.

(u)D.E. Shaw Oculus Portfolios, L.L.C.,

(u)DB Energy Trading LLC

(u)DCFS Trust

(u)DCFS USA LLC subservicer for DCFS Trust

(u)DCI Umbrella Fund PLC

(u)DEPSA, Sociedada Anonima de Seguros y Reas

(u)DK Acquisition Partners, L.P.

(u)DKR Ibex Holding Fund Ltd.

(u)DKR Soundshore Oasis Holding Fund Ltd.

(u)DNB NOR BANK ASA

(u)DVM

(u)DZ Bank AG Deutsche Zentral-Genossenschaft

(d)DZ Bank Ireland Plc

(u)Damon Bee TTEE

(u)Dan Schwarzmann, Provisional Liquidator of

(u)Danske Bank A/S

(u)Dante Noteholders

(u)Darby Financial Products

(u)David D. Tatsch and Sheila E. White

(u)Davidson Kempner Capital Management LLC

(u)Davidson Kempner Distressed Opportunities

(u)De Lochtenberg Beheer BV

(u)Debtors 92nd Omnibus Objection

(u)DekaBank Deutsche Girozentrale

(d)Delaware Diversified Income Fund, a series
c/o Mark J. Dorval, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7018

(u)Delaware Management Holdings, Inc.

(u)Delaware River Port Authority

(u)Dell Global B.V.

(u)Deminor International SCRL/ CVBA

(du)Deminor International SCRL/CVBA

(u)Department of Labor and Industries

(u)Department of Treasury, Internal Revenue S

(u)Depfa Bank plc

(u)Derivative Claimants

(u)Derivative Counterparties

(u)Deutsche Bank AG, London

(u)Deutsche Bank AG, London Branch

(u)Deutsche Bank Securities Inc.

(u)Deutsche Bank Trust Company Americas, As I

(u)Deutsche Bank, AG New York Branch

(u)Deutschebank AG. London Branch

(u)Developers Research, Inc.

(u)Dexia Bank SA

(u)Dexia Banque Belgique SA

(u)Dexia Banque SA

(u)Dexia Credit Local

(u)Dexia Credit Local S. A.

(u)Diakon Lutheran Social Ministries

(u)Diamond Finance P.L.C.

(u)Direct Edge ECN LLC

(u)Direct Energy Business, LLC

(u)DiscoverReady LLC

(u)Diversified Credit Investments LLC as agen

(u)Dolostone, L.L.C.

(u)Dolphinsu Capital LLC

(u)Dotson Investments Limited

(u)Dow Corning Corporation

(u)Dragon Coer II-D

(u)Dresdner Bank A.G.

(u)Dresdner Kleinwort Group Holdings LLC

(u)Drinker Biddle & Reath LLP

(u)Drs Pieter de Haes LLM

(u)Drs. A.A.M. Heinemann

(u)Duane Morris LLP

(u)Duff & Phelps LLC

(du)Duff & Phelps, LLC

(u)Duke Energy Ohio, Inc.

(u)Dungan Partners, LP

(u)Dunn & Bradstreet

(u)Duquesne Light

(u)Dynegy Power Marketing, Inc.

(u)E*TRADE Bank

(u)E-Capital Profits Limited

(u)EHMD, LLC

(u)EIK Banki Foroya P/F

(u)EMC Corporation

(u)EMPLOYERS INSURANCE COMPANY OF WAUSAU

(u)EOP Funding Master, Ltd.

(u)EPCO Holdings

(u)ERSEL SIM SpA

(u)ESOPUS Creek Value LP

(u)EUROMIX SICAV, SA

(u)EXCO Operating Company, LP and other Clien

(u)Easdaq

(u)East Bay Municipal Utility District

(u)East West Bancorp

(u)Edgewood Management LLC

(u)Edith Welter

(u)Edward J. Agostini Living Trust Dated May

(u)Electrabel n.v./s.a.

(u)ElectroScientific Industries, Inc.

(u)Elisabeth Anna Bloos

(u)Ellington Overseas Partners, LTD

(u)Elliot Management Corporation

(u)Elliott Associates, L.P.

(u)Elliott International L.P.

(u)Elliott Management Corp.

(u)Embarcadero Aircraft Securitization Trust

(u)Employers Insurance of Wausau

(u)Empyrean Investments, LLC

(u)EnCana Corporation and EnCana Oil & Gas Pa

(u)EnergyCo, LLC and EnergyCo Marketing and T

(u)Enterprise Products Operating LLC

(u)Entschdigungseinrichtung deutscher Banken

(u)Epiq Bankruptcy Solutions, LLC (Claims and

(u)Erik Penser Bankaktiebolag

(u)Erlanger Health System

(u)Ernst & Young LLP

(u)Eskaton Properties, Incorporated

(u)Essex Equity Holdings USA, LLC

(u)Essex Equity Holdings USA, LLC

(u)Essex Equity Holdings USA, LLC.  M. Brian

(u)Etoile Kaito & Co., Inc.

(u)Eton Park Fund, L.P.

(u)Eton Park Master Fund, Ltd.

(u)European Bank for Reconstruction and Devel

(u)Eurosail 2006-1 PLC

(u)Eurosail 2006-2BL PLC

(u)Eurosail 2006-3NC PLC

(u)Eurosail-UK 2007-2NP PLC

(u)Evangelical Christian Credit Union

(u)Evergreen Core Bond Trust Full Discretion

(d)Evergreen Fixed Income Trust on behalf of

(d)Evergreen Fixed Income Trust on behalf of

(d)Evergreen Fixed Income Trust on behalf of

(d)Evergreen Fixed Income Trust on behalf of

(d)Evergreen Fixed Income Trust on behalf of

(u)Evergreen Global Dividend Opportunity Fund

(u)Evergreen Income Advantage Fund

(u)Evergreen Intermediate Bond Trust Full Dis

(u)Evergreen International Balanced Income Fu

(u)Evergreen International Bond Trust

(u)Evergreen Investment Management Company

(du)Evergreen Investment Management Company,

(u)Evergreen Long Duration Trust

(d)Evergreen Money Market Trust on behalf of

(d)Evergreen Money Market Trust on behalf of

(d)Evergreen Money Market Trust on behalf of

(d)Evergreen Money Market Trust on behalf of

(u)Evergreen Multi-Sector Income Fund

(d)Evergreen Municipal Trust on behalf of its

(d)Evergreen Municipal Trust on behalf of its

(d)Evergreen Municipal Trust on behalf of its

(d)Evergreen Municipal Trust on behalf of its

(d)Evergreen Municipal Trust on behalf of its

(d)Evergreen Municipal Trust on behalf of its

(d)Evergreen Select Fixed Income Trust on beh

(d)Evergreen Select Fixed Income Trust on beh

(d)Evergreen Select Fixed Income Trust on beh

(d)Evergreen Select Fixed Income Trust on beh

(u)Evergreen Select High Yield Bond Trust

(u)Evergreen Solar, Inc.

(u)Evergreen Utilities and High Income Fund

(d)Evergreen Variable Annuity Trust on behalf

(d)Evergreen Variable Annuity Trust on behalf

(d)Evergreen Variable Annuity Trust on behalf

(u)Exum Ridge CBO 2006-I; Exum Ridge CBO 2006

(u)Eze Castle Software LLC

(u)Eze Castle Transaction Services LLC

(u)F.B Heron Foundation

(du)F.B. Heron Foundation

(u)F.F. Thompson Foundation, Inc.

(u)F.F. Thompson Health System, Inc.

(u)FFI Fund Ltd.

(u)FHC Master Fund, Ltd.

(u)FIA - Future Industry Association

(u)FMR LLC

(u)FPB International Bank, Inc.

(u)FPL Energy Power Marketing, Inc. and Flori

(u)FTI Consulting, Inc.

(u)FXCM Holdings, LLC

(u)FYI Ltd.

(u)FactSet Research Systems, Inc.

(u)Factiva, Inc., Factiva Limited and Dow Jon

(u)Factivia, Inc., Factiva Limited and Dow Jo

(u)Falcon Leven N.V.

(u)Fannie Mae

(u)Far Eastern International Bank

(u)Farallon Capital (AM) Investors L.P.

(du)Farallon Capital (AM) Investors, L.P.

(u)Farallon Capital Institutional Investors I

(u)Farallon Capital Institutional Partners II

(u)Farallon Capital Institutional Partners II

(u)Farallon Capital Institutional Partners, L

(u)Farallon Capital Institutional Patners II,

(u)Farallon Capital Management, L.L.C.

(u)Farallon Capital Offshore Investors, Inc.

(u)Farallon Capital Partners, L.P.

(u)Farallon Choctaw ENE, LLC

(u)Farglory Life Insurance Co. Ltd.

(u)Fed. Home Loan Bank-Des Moines

(u)Federal Deposit Insurance Corporation, as

(u)Federal Home Loan Bank of Atlanta

(u)Federal Home Loan Bank of Boston

(u)Federal Home Loan Bank of Dallas

(u)Federal Home Loan Bank of Indianapolis

(u)Federal Home Loan Bank of New York

(u)Federal Home Loan Bank of New York, Instit

| | | |
|---|---|---|
| (u)Federal Home Loan Bank of Pittsburgh | (u)Federal National Mortgage Association | (u)Fenway Capital, LLC and Fenway Funding, LL |
| (u)Fernanda Canales Gonzalez and Rocio Gonzal | (u)Field Point IV S.a.r.l. | (u)Fieldstone Capital Group |
| (u)Fifth Third Bank NA | (u)Financial Analytics, L.P. | (u)Finantia Securities Limited |
| (u)Finlandia Group plc | (u)Finmeccanica S.p.A. | (u)Fir Tree Capital Opportunity Master Fund, |
| (u)Fir Tree Opportunity Master Fund, L.P. | (u)Fir Tree Value Master Fund, L.P. | (u)Fir Tree Value Master Fund, LLP. |
| (u)First Choice Power, L.P. | (u)First Choice Power, L.P., EnergyCo Marketi | (u)First Choice Power, L.P., Optim Energy Mar |
| (u)First Commercial Bank Co., Ltd. New York A | (u)FirstBank Puerto Rico | (u)Florida Power & Light Company, and NextEra |
| (u)Florida State Board of Administration | (u)Fondazione Cassa di Risparmio di Padova e | (u)Fondiaria - Sai S.p.A. |
| (u)Fondo Latinoamericano de Reservas, Individ | (u)Fontainebleau Las Vegas, LLC | (u)Fontainebleau Resorts, LLC |
| (u)Forest Holdings Inc | (u)Fortify Software, Inc. | (u)Fortis Bank NV/SA |

(u)Fortress Investment Group, LLC

(u)Franklin W. Olin College of Engineering, I

(u)Frederick Thompson Foundation, Inc.

(u)Front Capital Ltd

(u)Fubon Insurance Co., Ltd.

(u)Fubon Securities Co., Ltd.

(u)Fulton Bank

(u)Fulton County Tax Commissioner

(u)Fundacion Rafael del Pino

(u)GAM Equity Six Inc.

(u)GE Capital Information Technology Solution

(u)GE Corporate Financial Services, Inc.

(u)GFA I LLC

(u)GFI Group, Inc

(u)GMAC LLC

(u)GMAC Mortgage, LLC

(u)GMAC Residential Capital

(u)GMAC-IM

(u)GN3 SIP L.P.

(u)GN3 SIP Ltd.

(u)GS European Performance Fund Limited

(u)GS Investment Strategies, LLC

(u)GSO Special Situations Fund L.P. and GSO S

(u)GSS Master SPC - Hayman Segregated Portfol

(u)GT Distressed Debt Master Fund, LP

(u)GT High Yield Value Master Unit Trust

(u)GTAM Fund I, LTD

(u)Galleon Buccaneer?s Offshore, Ltd

(u)Galliard Capital Management, Inc., acting

(u)Garadex, Inc.

(u)Gaselys

(u)Gaston Christian School, Inc.

(u)Gazprombank Mortgage Funding 2 S.A.

(u)General American Life Insurance Company

(u)General Electric Capital Corporation

(u)Genon, Inc.

(u)Gensler Architecture, Design & Planning, P

(u)Gensler and Associates/Architecture, Inc.

(u)Genworth Financial, Inc.

(u)Genworth Life Insurance Company, formerly

(u)Georgetown University

(u)German Association of Savings Banks

(u)Giants Stadium LLC

(u)Gibson Dunn & Crutcher LLP

(u)Gila River Power, L.P.

(u)Glencore Commodities Ltd.

(d)Global Thematic Opportunities Fund LP, Pan
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1485

(d)Global Thematic Opportunities Fund LP, Pan
c/o Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004-1485

(u)Godfrey & Kahn, S.C. and Richard A. Gitlin

(u)Golden State Tobacco Securitization Corpor

(u)GoldenTree Asset Management, LP

(u)GoldenTree Distressed Debt Fund LP

(u)GoldenTree Distressed Debt Master Fund, LP

(u)GoldenTree Entrust Master Fund SPC

(u)GoldenTree European Select Opp. LP

(u)GoldenTree European Select Opportunities M

(u)GoldenTree High Yield Master Fund II, Ltd.

(u)GoldenTree High Yield Master Fund, Ltd.

(u)GoldenTree High Yield Value Fund Offshore

(u)GoldenTree High Yield Value Fund Offshore

(u)GoldenTree High Yield Value Master Fund Lt | (u)GoldenTree Master Fund II, LTD | (u)GoldenTree Master Fund, LTD

(u)Goldman Sachs & Co. Profit Sharing Master | (u)Goldman Sachs Asset Management Internation | (u)Goldman Sachs Asset Management, L.P.

(u)Goldman Sachs Bank (USA) | (u)Goldman Sachs Capital Markets, L.P. | (u)Goldman Sachs Credit Opportunities 2008 Ma

(u)Goldman Sachs Credit Partners L.P. | (u)Goldman Sachs International | (u)Goldman Sachs International Bank

(d)Goldman Sachs Japan Co. Ltd. | (u)Goldman Sachs Lending Partners LLC | (u)Goldman Sachs SMC Credit Opportunities 200

(u)Goldman, Sachs & Co. | (u)Gort, Rudolf Jun c/o CMG Dr. Zorn & Partne | (u)Gotham Technology Group, LLC

(u)Grace Village Health Care Facilities, Inc. | (u)Gramercy Wharehouse Funding, I LLC | (u)Great Bay Condominium Owners Association

(u)Green Tree Servicing LLC | (u)Greenberg Traurig LLP | (u)Greenbrier Minerals Holdings, LLC

(u)Greenlight Capital Offshore Partners | (u)Greenlight Capital Qualified, L.P. | (u)Greenlight Capital, L.P.

(u)Greenlight Reinsurance, Ltd. | (u)Greywolf Capital | (u)Greywolf Capital Management L.P.

(u)Greywolf Capital Overseas Fund

(u)Greywolf Capital Partners II LP

(u)Gruss Arbitrage Master Fund, Ltd.

(u)Gruss Global Investors Master Fund (Enhanc

(u)Gruss Global Investors Master Fund, Ltd.

(u)Guam Economic Development Authority

(u)Guam Power Authority

(u)Guggenheim Partners Asset Management, Inc.

(u)Gunter Steinbeck and Kaethe Steinbeck

(u)Gustavo de los Campos

(u)H/2 Credit Partners Master Fund LTD

(u)HBK Investments L.P., as Collateral Manage

(u)HBK Master Fund L.P.

(u)HCL America, Inc.

(u)HCL Technologies Limited

(u)HCN LP

(u)HD Supply, Inc.

(u)HIgh Lodge

(u)HLF LP

(u)HLH Partnership

(u)HSBC Bank PLC

(u)HSBC Bank USA, National Association

(u)HSBC Private Bank (Suisse) S.A. Geneva

(u)HSBC Realty Credit Corporation(USA)

(u)HSH Nordbank AG

(u)HST Lessee SNYT Lessee

(u)HWA 555 Owners, LLC

(u)HYPO Investmentbank AG

(u)Halcyon Loan Trading Fund LLC

(u)Halcyon Structured  Asset Mangement Europe

(u)Halperin Battaglia Raicht, LLP

(u)Hanover Moving & Storage Co., Inc.

(u)Hapoalim Securities USA Inc.

(u)Harbinger Capital Partners Master Fund I,

(d)Harbinger Capital Partners Special Situati
c/o Bingham McCutchen
399 Park Avenue
New York, NY 10022-5074

(u)HarbourView CDO III, Limited

(u)Hartford Investment Management Co.

(u)Hayman Capital Master Fund LP

(u)Hayman Capital Master Fund, L.P.

(u)Headstrong Services, LLC

(u)Hegemon Fund I, LLC

(u)Hellman & Friedman LLC

(u)Helsingborgs Stad

(u)Henegan Construction Co., Inc.

(u)Heritage Christian Academy

(u)Hermes,LTD

(u)Hess Corporation

(u)Hess Energy Trading Company LLC

(du)Hess Energy Trading Company, LLC

(u)Hewlett-Packard Company

(u)Highbridge Convertible Arbitrage Master Fu

(u)Highbridge International LLC

(u)Highland Capital Management, L.P.

(u)Hightip Capital LLC

(u)Hilliard Farber & Co., Inc.

(u)Ho Kam Yuen
Flat C,5/F, 28 Nassau Street
Room 501F,/Floor Lai Cheong Factory BLDG
479 Castle Peak Road Lai Chi Kok,
Mei Foo Sun Chuen
Kowloon, HK

(u)Holcomb Bridge Partners, LLC

(u)Hospitals Insurance Company, Inc.

(u)Hotspot FXr LLC and Hotspot FXi, LLC

(u)Houlihan Lokey Howard & Zukin Capital, Inc

| | | |
|---|---|---|
| (u)Hudson Bay Master Fund Ltd. | (u)Humerick Environmental Construction, Inc. | (u)Hunton & Williams LLP |
| (u)Huron Consulting Group, Inc. | (du)Huron Consulting Group, LLC | (u)Hyposwiss Private Bank AG |
| (u)IAB Limited | (u)IBM Personal Pension Plan Trust | (u)ICAP North America Inc., and its various A |
| (u)ICCREA Banca S.p.A. | (u)ICM Business Trust | (u)IKB International S.A. |
| (u)ING Investment Managment CLO I, Ltd. | (u)ING Investment Managment CLO II, Ltd. | (u)ING Real Estate Finance (USA) LLC |
| (u)IPC Systems, Inc. | (u)IRA FBO Lee Batch Pershing LLC, as Custodi | (u)IRA FBO Michael Zlatin Pershing LLC as Cus |
| (u)IRA FBO Michael Zlatin Pershing, LLC as Cu | (u)IRA FBO Robert Franz Pershing LLC as Custo | (u)ITOCHU Corporation |
| (u)Iberdrola Generacion, S.A. | (u)Iberdrola Renewables Energies USA, Ltd. | (u)Iberdrola Renewables, Inc., fka PPM Energy |
| (u)Icahn Partners LP, Icahn Partners Master F | (u)Iconix Brand Group, Inc. | (u)Idaho Housing and Finance Association |
| (u)Ie She Hoen & Tan Tjiang Moy | (u)Ikon Office Solutions, Inc. | (u)Illinois Department of Revenue |

(u)Illinois Mutual Life Insurance Co.

(u)Illiquidx Canada Ltd

(u)Illiquidx LLP

(du)Illiquidx LTD

(du)Illiquidx Limited

(du)Illiquidx Ltd.

(du)Illiquidx, LLP

(du)Illiquidx, Ltd

(u)Imperial Capital, LLC

(du)Imperial Capital, LLC.

(u)In-FP2 LLC

(u)Individual Creditors

(u)Individual Members of the Committee

(u)Infinite Computer Solutions, Inc.

(u)InfoSpace, Inc.

(u)Informal LBHI Bondholder Group

(u)Institutional Benchmarks

(u)Institutional Benchmarks Series (Master Fe

(du)Institutional Benchmarks Series (Master F

(u)Intechra LLC

(u)Intel Corporation

(u)Interactive Data Corporation

(u)Intercall, Inc.

(u)Interface Cable Assemblies and Services Co

(u)Internal Revenue Service, Department of th

(u)International Bank for Reconstruction and

(u)International Business Machines Corporatio

(u)International Domestic Balanced Fund

(u)International Securities Exchange, LLC

(u)International Swaps and Derivatives Associ

(u)Intersil Communications, Inc. f/k/a Inters

(u)Intersil Holding GmbH

(u)Intersil Investment Company

(u)Interwind Corp.

(u)Intesa Sanpaolo Private Banking S.P.A.

(u)Intesa Sanpaolo Private Banking SpA

(u)Intesa Sanpaolo S.p.A.

(u)Intesa Sanpaolo SPA

(du)Intesa Sanpaolo SpA

(du)Intesa Sanpaolo, S.P.A.

(u)IntraLinks, Inc.

(u)Invardia, S.L.

(u)Inverell Shire Council

(u)Inversiones Y Fabricaciones, SL

(u)Investeringsselskabet af 11.12.1990 Aps

(u)Iris Software, Inc.

(u)Ironbridge Property Owners Association

(u)Ironbridgte Aspen Collection, LLC

(u)Issuers

(u)Italease Finance S.p.A.

(u)Ivy Asset Management LLC

(u)J & A Co. Ltd.

(u)J. Aron & Company

(u)J.H.A.A. Prins

(u)J.P. MORGAN (SUISSE) SA

(du)J.P. Morgan (Suisse) SA

(u)J.P. Morgan Clearing Corp.

(u)J.P. Morgan International Bank Limited

(u)J.P. Morgan Markets Limited

(u)J.P. Morgan Securities Inc.

(du)J.P. Morgan Securities Ltd.

(u)J.P. Morgan Securities Plc

(du)J.P. Morgan Securities, Ltd.

(u)J.P. Morgan Ventures Energy Corporation

(u)JA Solar Holdings Co., LTD

(u)JAS Holding Corporation

(u)JATRALEC CAPITAL LLC

(u)JFK International Air Terminal LLC

(u)JPMorgan Absolute Return Credit Master Fun

(u)JPMorgan Bank Dublin PLC

(u)JPMorgan Chase Funding Inc.

(u)JPMorgan Core Plus Bond Fund, a series of

(u)JPMorgan Distressed Debt Master Fund, Ltd.

(u)JPMorgan Diversified Fund, a series of JPM

(u)JPMorgan Fixed Income Opportunity Institut

(u)JPMorgan Fixed Income Opportunity Master F

(u)JPMorgan Insurance Trust Core Bond Portfol

(u)JPMorgan Intermediate Bond Trust, a series

(u)JPMorgan Investment Funds - Income Opportu

(u)JPMorgan Real Return Fund, a series of JPM

(u)JPMorgan Short Term Bond Fund IT, a series

(u)JPMorgan Total Return Fund, a series of JP

(u)JR Moore, LP

(u)JS Cresvale Capital Limited

(u)Jaime H. Murcia

(u)Jaime H. Murcia Revocable Trust

(u)James Mintz Group, Inc.

(u)James W. Giddens, as Trustee for the SIPA

(u)Janet and John Lampe

(u)Jarden Corporation

(u)Jaso BM                              (u)Jeanes Hospital                      (u)Jefferies High Yield Trading, LLC
Streetpstraat 58
B-2950 Kapellen


(u)Jefferies International Limited      (u)Jenner & Block LLP                   (du)Jenner & Block, LLP


(u)Jenner's Pond                        (u)Joh. Berenberg, Gossler & Co. KG     (u)Joh. Bergenberg, Gossler & Co. KG


(u)John, Tan Lye Thiam                  (u)Johnson County                      (u)Joint Administrators of the Lehman Europea


(u)Joint Adminstrators of Lehman Brothers Int   (u)Jones Day                   (u)Jose Carlos Camoes Rosado


(u)Judson                               (u)Juice Energy, Inc.                  (u)Julian Iragorri


(u)KFW Bankengruppe                     (u)Ka Kin Wong                         (u)Kantatsu Co. Ltd.


(u)Kapalua Bay, LLC                     (u)Kasowitz, Benson, Torres & Friedman LLP   (u)Katharina Wirt


(u)Katten Muchin Rosenman LLP           (u)Keane, Inc.                         (u)Kelley Drye & Warren LLP


(u)Kensington International Limited      (u)KeyBank National Association         (u)KfW

(u)Kilroy Realty, L.P.

(u)King Street Capital Management, L.P.

(u)Knight Capital Europe Limited
City Place House
55 Basinghall Street
LondonEC2V 5DU

(u)Kreissparkasse Heinsberg

(u)Kreuzer Fund Limited

(u)Kua Phek Long

(u)Kuppens - Van Den Broeck
Provinciebaan 11
2470 Retie

(u)Kutxa

(u)LBBW Luxemburg S.A.

(u)LBREP Lakeside SC Master I, LLC

(u)LBT Ad Hoc Group

(u)LBVN Holdings, L.L.C.

(u)LINC-Redondo Beach Seniors, Inc.

(u)LLM

(u)LVFN Partners, L.P.

(u)Ladd Weinberg IRA

(u)Lafrance Hughes and Lafrance Martine

(u)Lam Ying Choi & Yeung So Fan

(u)LandAmerica Financial Group, Inc.

(u)Landesbank Baden-Wurttemberg

(u)Landeshauptstadt Munchen

(u)Landwirtschaftliche Rentenbank

(u)Langhe e Roero s.c.

(u)Lataj Group LLC

(u)Lazard Freres & Co. LLC

(u)Lead Plaintiff in the Mortgage Backed Secu

(u)Lead Plaintiffs

(u)Lead Plaintiffs and the Class

(u)Lead Plaintiffs and the MBS Class

(u)Legg Mason US$ Core Bond Fund

| | | |
|---|---|---|
| (u)Lehman Brothers Bankhaus AG I Ins. | (u)Lehman Brothers CMO Opportunity Fund L.P. | (u)Lehman Brothers Conseil S.A. |
| (u)Lehman Brothers Equity/Debt Securities Lit | (u)Lehman Brothers Holdings Inc. | (du)Lehman Brothers Holdings Inc., |
| (u)Lehman Brothers International (Europe) (in | (u)Lehman Brothers MLP Opportunity Fund L.P. | (u)Lehman Brothers Mortgage Backed Securities |
| (u)Lehman Brothers Private Equity Funds | (u)Lehman Brothers Real Estate Mezzanine Part | (du)Lehman Brothers Real Estate Mezzanine Par |
| (u)Lehman Brothers Real Estate Partners, L.P. | (u)Lehman Brothers Services S.N.C. | (u)Lehman Brothers Special Financing Inc. Wor |
| (u)Lehman Commercial Paper Inc. | (u)Lehman Re, Ltd. | (u)Leonardo, L.P. |
| (u)Level 3 Communications, LLC | (u)Levine Leichtman Capital Partners Deep Val | (u)Lexington Insurance Company |
| (u)Liam Holdings Inc. | (u)Liberty Insurance Corporation | (u)Liberty Insurance Ptd Ltd |
| (u)Liberty Insurance Pte Ltd | (u)Liberty Insurance Underwriters Inc. | (u)Liberty Life Assurance Company of Boston |
| (u)Liberty Mutual Fire Insurance Company | (u)Liberty Mutual Insurance Company | (u)Liberty Seguros |

(u)LibertyView                          (u)LibertyView Capital Management, LLC; Liber    (u)Libertyview Capital Management LLC and Cer

(u)Liblaco Separate Accounts            (u)Liblaco Seperate Accounts                    (u)Libra CDO Limited

(u)Libyan Arab Foreign Investment Company    (u)Liestekri  BM                           (u)Lilith Ventures, Ltd.
                                             Sevenhanslei 47
                                             B-2950 Kapellen

(u)Lincoln Variable Insurance Products Trust    (u)Lincore Limited                      (u)Lincore Limited, E-Capital Profits Limited

(u)Linklaters LLP                       (u)LiquidPoint                                  (u)Liquidation Opportunities Master Fund ,LP

(u)Liquidation Opportunities Master Fund L.P.    (du)Liquidation Opportunities Master Fund, L.    (du)Liquidation Opportunities Master Fund, LP

(du)Liquidation Opportunities Master Fund. L.    (u)Liquidators of ICP Strategic Credit Income    (u)Lisa Bonell

(u)Lloyds TSB Bank plc                  (u)Loeb & Loeb LLP                              (u)Loeb Arbitrage B Fund LP
c/o Lovells LLP
590 Madison Avenue
New York

(u)Loeb Arbitrage Fund                  (u)Loeb Offshore B Fund Ltd.                    (u)Loeb Offshore Fund Ltd.

(u)Logan Circle Partners, L.P.          (u)Lombard Odier & Cie                          (u)Longacre Capital Partner(QP), L.P.

(u)Longacre Capital Partners (QP), L.P.

(u)Longacre Master Fund, Ltd.

(u)Longacre Opportunity Fund, L.P. Assignee o

(u)Loreley Financing (Jersey) No. 8, Limited,

(u)Loreley Noteholders

(u)Louis Dreyfus Energy Services L.P.

(u)Luminance Ventures Ltd.

(u)Lutheran Senior Services

(u)Luxor Capital Partners LP

(u)Luxor Capital Partners Offshore Master Fun

(u)Luxor Spectrum LLC

(u)Luxor Spectrum Offshore Master Fund LP

(u)Luxor Wavefront LP

(u)Luzerner Kantonalbank AG

(u)Lydian Overseas Partners Master Fund Ltd.

(u)Lyon Capital Ventures

(u)M&G Investment Management Limited

(u)M.A.B. Donkers

(u)M.C.

(u)MD Mezzanine SA, SICAR

(u)MEAG New York Corporation

(u)MEG Energy Corp.

(u)MERRILL LYNCH CREDIT CORPORATION

(u)MM2275.Co.Ltd

(u)MPC Muenchmeyer Peterson Capital AG

(u)MPS Capital Services Banca per le Imprese

(u)MSS Distressed & Opportunites 2

(u)MSTD, Inc.

(u)MTR Corporation Limited

(u)MacKay Shields Credit Strategy Partners

(u)Magnetar Capital LLC

(u)Magnetar Capital Master Fund, Ltd

(u)Magnetar Constellation Fund II, Ltd

(u)Magnetar Constellation Master Fund III, Lt

(u)Magnetar Constellation Master Fund, Ltd

(u)Main Street Natural Gas, Inc.

(u)Makola 2005, S.L.

(u)Mapco Express, Inc. and Delek US Holdings,

(u)Maria Clara Xavier Rocha Gomes Van der Har

(u)Marietta Crossing Partners, LLC

(u)Mariner LDC

(u)MarketAxess Holdings Inc. and MarketAxess

(u)Markit Group Limited

(u)Markit Group Limited, Markit Valuations Li

(u)Marquette Financial Companies

(u)Marshall Wace LLP

(u)Marta De La Hija Sentis

(u)Mass Mutual Life Insurance Company Limited

(u)Massachusetts Development Finance Agency

(u)Massachusetts Housing Finance Agency

(u)Massachusetts Mutual Life Insurance Compan

(u)Massachusetts State College Building Autho

(u)Matrix Control Ltd

(u)Maxis Corporation

(u)McGuireWoods LLP

(u)McKee Nelson LLP

(u)McKenna Long & Aldridge LLP

(u)Mediobanca Banca de Credito Finanziario S.

(u)Mediobanca Banca di Credito Finanziario S.

(u)Mediolanum Vita S.p.A

(du)Mediolanum Vita S.p.A.

(u)Merchantile Commerzbank USA

(u)Mercuria Energy Trading PTE Limited

(u)Mercuria Energy Trading S.A.

(u)Meridian Comp Of New York, Inc. D/B/A CHD

(u)Merit Floors, Inc.

(u)Merrill Lynch Capital Services, Inc.

(u)Merrill Lynch Credit Products, LLC

(u)Merrill Lynch International

(u)MetLife Insurance Company of Connecticut

(u)Metavante Corporation

(u)Method Investment and Advisory

(u)Method Investments & Advisory Ltd

(u)Metropolitan Bank & Trust Company

(u)Michael Pinko Rubber Tyre Co. Ltd.
Industrial Area Tel-Hanan
P.O.B. 345
20300

(u)Michiel R.B. Gorsira and Robert F. van Bee

(u)MicroHedge LLC

(u)MidCountry Bank

(u)MidFirst Bank

(u)Midtown Acquisitions L.P.

(u)Midwest Independent System Operator

(u)Miguel Lopes de Sousa

(u)Milbank, Tweed, Hadley & McCloy LLP

(u)Millenium Management, LLC

(u)Minnesota Masonic Home Care Center

(u)Minnesota State Board of Investment

(u)Mintz Levin Cohn Ferris Glovsky and Popeo,

(u)Mirabella

(u)Misys IQ LLC

(u)Mitsui & Co. Commodity Risk Management Lim

(u)Mitsui & Co. Energy Risk Management (U.S.A

(u)Mitsui & Co. Energy Risk Management Ltd.

(u)Mitsui Securities Co., Ltd.

(u)Mitsui-MOL

(u)Mizrahi Tefahot Bank, Ltd.

(u)Mizuho Capital Markets Corporation

(u)Mizuho Corporate Bank Ltd.

(du)Mizuho Corporate Bank, Ltd.

(u)Mizuho International plc

(u)Mizuho Investors Securities Co., Ltd.

(u)Mizuho Securities Co., Ltd.

(u)Monarch Alternative Capital LP

(u)Monarch Master Funding Ltd.

(u)Monis Software

(u)Monument Realty LLC

(u)Moore Capital Management, LP

(u)Moore Macro Fund, LP

(u)Moore Macro Markets Fund (Master), LP

(u)Morgan Stanley & Co. Incorporated and affi

(u)Morgan Stanley & Co. International plc

(u)Morgan Stanley Bank International Limited

(u)Morgan Stanley Capital Services Inc.

(du)Morgan Stanley Capital Services LLC

(u)Morgan Stanley Senior Funding, Inc.

(u)Morgan, Lewis & Bockius LLP

(u)Mortgage Backed Securities Litigation Lead

(u)Mountain States Properties Inc.

(u)Mounte LLC

(u)Mr. Alain Bachelot, the provisional French

(u)Mr. Hans-Christoph Schmidt and Mrs. Anneli

(u)Mr. Heinz Ehrig and Mrs. Evelin Ehrig          (u)Mr. Marco Hagemeier          (u)Mr. Olaf Heinz-Erwin Schilling

(u)Mr. and Mrs. Spinette-Rose          (u)Municipal Electric Authority of Georgia          (u)Municipal Securities Rulemaking Board

(u)Murex North America Inc.          (u)Murphy & Durieu, L.P.          (u)N.V. Amersfoortse Levensverzekering Maatsc

(u)N.V. De Vereenigde Effceten Compagnie          (u)N.V. Vereenigde Effceten Compagnie          (u)NASDAQ OMX Group, Inc.
N.V. De Vereenigde Effceten Compagnie          N.V. De Vereenigde Effceten Compagnie
Postbus 81, 1135 ZJ Edam          Postbus 81, 1135 ZJ Edam
Jan Nieuwenhuizenplein 12          Jan Nieuwenhuizenplein 12
1135 WV Edam          1135 WV Edam

(u)NATIXIS Environnement & Infrastructures          (u)NBGI Inc          (u)NC Land Corporation

(u)NPD Group Inc.          (u)NRG Energy, Inc.          (u)NYFIX, Inc.

(u)NYS Child Support Processing Center          (u)Nagy es Trocsanyi Ugyvedi Iroda (the "N          (u)National Agricultural Cooperative Federati

(u)National CineMedia          (u)National Fellowship Brethren Retirement Ho          (u)National Rural Utilities Cooperative Finan

(u)Natixis          (u)Natixis Bleichroeder Inc.          (u)Natixis Capital Markets Inc.

(u)Natixis Financial Products Inc.          (u)Natixis Securities North America Inc.          (u)Neal, Gerber & Eisenberg LLP

| | | |
|---|---|---|
| (u)Nehm & Collegen | (u)Nelson Westerberg Inc. DBA Atlas Van Line | (u)NetApp, Inc. and Network Appliance Limited |
| (u)New Finance Alden Spv | (u)New Finance Alden Spy | (u)New Jersey Housing and Mortgage Finance Ag |
| (u)New Meadowlands Stadium Company, LLC | (u)New South Federal Savings Bank, F.S.B. | (u)New York City Municipal Water Authority |
| (u)New York Institute of Finance, Inc. | (u)New York Life Insurance & Annuity Corporat | (u)New York Life Insurance & Annuity Corporat |
| (u)NewFinance Alden Spv | (u)Newedge USA, LLC and Affiliated Entities | (u)Newfinance Alden Spy |
| (u)Newport Global Opportunities Fund LP, et a | (u)Nexen Marketing | (u)NextEra Energy Power Marketing, LLC f/k/a |
| (u)Nihon Parkerizing Co., Ltd. | (u)Nikko Cordial Securities Inc. | (u)Nippon Life Insurance Company |
| (u)Nixon Peabody LLP | (u)Nomura Corporate Funding Americas, LLC | (u)Nomura Global Financial Products Inc |
| (u)Nomura Holding America, Inc., and certain | (u)Nomura International PLC | (u)Nomura International PLC and Its Affiliate |
| (du)Nomura International plc | (u)Nomura Securities CO., LTD | (u)Nomura Securities International, Inc. |

| | | |
|---|---|---|
| (u)Non-Consolidation Plan Proponents | (u)Norddeutsche Landesbank Girozentrale | (d)Nordea Bank Finland plc |
| (u)Nordic Investment Bank | (u)Nortehispana de Seguros y Reaseguros, S.A. | (u)Northcrest, Inc. |
| (u)Northern Indiana Public Service Company an | (u)Northgate Minerals Corporation | (u)Norton Gold Fields Limited |
| (u)OC 19 Master Fund LP - LCG | (u)OCM Opportunities Fund VII Delaware, L.P. | (u)OCM Opportunities Fund VIII Delaware, L.P. |
| (u)OCM Opportunities Fund VIIb (Parallel), L. | (u)OCM Opportunities Fund VIIb Delaware, L.P. | (u)OCM Opportunities Fund VIIb, L.P. |
| (u)OHP Opportunity Limited Partnership | (u)OHP Opportunity Limited Trust | (u)OTP Bank Plc. |
| (u)OZ Master Fund, Ltd. | (u)OZ Special Master Fund, Ltd. | (u)Oak Hill Strategic Partners, L.P. |
| (u)Oaktree Capital Management, L.P. | (u)Oaktree Huntington Investment Fund, L.P. | (u)Oaktree Opportunities Fund VIII (Parallel |
| (u)Oaktree Opportunities Fund VIII (Parallel) | (u)Oaktree Opportunities Fund VIII Delaware, | (u)Oaktree Opportunities Fund VIII, L.P. |
| (u)Occidental Energy Marketing, Inc. | (u)Occidental Power Services, Inc. | (u)Oceana Master Fund Ltd. |

(u)Oceania Cruises Inc.

(u)Och-Ziff Capital Management Group LLC

(du)Och-Ziff Capital Management Group, LLC

(u)Oesterreichische Elektrizitaetswirtschafts

(u)Official Committee of Unsecured Creditors

(u)Ofi Asset Management

(u)Ohio Casualty Insurance Company

(u)Ohio Housing Finance Agency

(u)Ohio Presbyterian Retirement Services

(u)Old Hill Partners, Inc.

(u)Olifant Fund, Ltd.

(u)Oostnederlandse Vereniging Aannemers Reser

(du)Oostnederlandse Vereniging Aannemers Rese

(u)OppenheimerFunds, Inc., Oppenheimer Strate

(u)Opps LBBV Holdings, L.P.

(u)Optim Energy Marketing and Trading LLC (f/

(u)Options Price Reporting Authority

(u)Oracle Corporation, BEA Systems, Inc., Peo

(u)Orange County Treasurer-Tax Collector

(u)Orient Ocean Limited
One Raffles Quay
#50-01 North Tower
Singapore048583

(u)Otterbourg,Steindler Houston, & Rosen, P.C

(u)Outtask, LLC

(u)Oversea-Chinese Banking Corporation Limite

(u)Overstock.com, Inc.

(u)Owens & Minor, Inc.

(du)Oz Special Master Fund, Ltd.

(u)P. Schoenfeld Asset Management

(u)PB Capital Corporation

(u)PIMCO Real Return Fund (M)

(u)PMT Credit Opportunities Fund Ltd.
650 Fifth Avenue, 9th Floor
New York

(u)PNMR Services Company and First Choice Pow

(d)PP Opportunities Ltd
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

(u)PWCM Master Fund Ltd.

(u)Pachulski Stang Ziehl & Jones LLP

(u)Pacific Gas & Electric Company

(u)Pacific Investment Management Company LLC

(u)Pacific Life Insurance Company

(u)Pacific Summit Energy LLC

(u)Pacific international Finance Limited

(u)Palmyra Capital Fund, L.P.,

(u)Palmyra Capital Institutional Fund, L.P.

(u)Palmyra Capital Offshore Fund, L.P.

(u)Palomino Fund Limited

(u)Pang Siew Man LI Karen Kwai Har

(u)Paola Biraschi
73 Bryanston Court
Coedry street

(u)Paramount Pro Printing Corporation

(u)Parkcentral Global Hub Limited

(u)Parsec Trading Corp.

(u)Paul Hastings LLP

(u)Paul Weiss Rifkind Wharton & Garrison LLP

(u)PayReel, Inc.

(u)Pearl Assurance Limited

(u)Peerless Indemnity Insurance Company

(u)Peerless Insurance Company

(u)Pennsylvania Department of Revenue

(u)Pensionskasse Unilever Schweiz

(u)Pentwater Equity Opportunities Master Fund

(u)Pentwater Growth Fund Ltd.

(u)Pepper Hamilton LLP

(u)Perella Weinberg Partners LP

(u)Perry Capital LLC

(d)Perry Principals, L.P.
c/o Perry Capital, L.L.C.
767 Fifth Avenue, 19th Floor
New York, NY 10153-0061

(u)Philip Morris Finance S.A.

(u)Pictet & Cie

(u)Piguet Galland & Cie, S.A

(u)Pillsbury Winthrop Shaw Pittman LLP

(u)Pines Edge Value Investors Ltd.

(u)Pinky Limited

(u)Pinnacle Associates, Ltd.

(u)Pitcairn Property Holdings, Inc.

(u)Poenix Life Limited

(u)Pohjola Bank plc

(u)Ponte da Barca, S. L.

(u)Popular GESTION S.G.I.I.C., S.A. as agent

(u)Port of Tacoma

(u)Portfolio Green German CMBS GMBH

(u)Power Sector Assets and Liabilities Manage

(u)Presbyterian Homes

(u)PriceWaterhouseCoopers LLP

(u)PricewaterhouseCoopers AG, Zurich

(du)PricewaterhouseCoopers LLP

(d)Primeshares
261 Fifth Avenue
22nd Floor
New York, NY 10016-7701

(d)Principal Life Insurance Company
c/o Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

(u)ProFund Advisors LLC

(u)Promin VZW

(d)Property Asset Managment, Inc.
c/o Rosicki Rosicki & Associates, P.C.
51 East Bethpage Road
Plainview, NY 11803-4224

(u)Proskauer Rose LLP

(u)Prudential Investment Management, Inc.

(u)Public Bank Berhad

(u)Public Employees' Retirement Associatio

(u)Public Service Electric and Gas Company

(u)Public Service of North Carolina

(u)Punjab National Bank (International) Limit

(u)Putnam Funds

(u)Putnam Investment Holdings, LLC

(u)Putnam Investments

(u)Putnam World Trust - Putnam Global Fixed I

(du)Putnam World Trust - Putnam Global Fixed

(u)Putnam World Trust - Putnam Global High Yi

(u)Putnam World Trust - Putnam International

(u)Putnam World Trust - Putnam Total Return F

(u)Pyrrhuloxia, LP

(u)QVT Fund LP

(u)Quantum Partners LDC

(u)Quantum Partners LP

(u)Quantum Partners Ltd.

(u)Quinn Emanuel Urquhart & Sullivan, LLP

(u)Quinn Emanuel Urquhart Oliver & Hedges LLP

(u)Quintessence Fund L.P.

(u)Quoniam Asset Management GmbH

(u)Qwest Corporation and Qwest Communications

(u)R.F.P. Robijn B.V.

(u)R3 Capital Management, LLC

(u)R3 Capital Partners Master, LP

(u)RBC Capital Markets Corporation

(u)RBS Securities Inc.

(u)RBS Securities Japan Limited
Tokyo Credit Company
Shin-Marunouchi Center Building
1-6-2 Marunouchi Chiyoda-ku
Tokyo100-0005

(u)RCN New York Communications LLC d/b/a RCN

(u)RIC III plc The U.S. Dollar Cash Plus Fund

(u)RIC-OMIGSA Global Bond Fund

(u)RR Investment Company, Ltd

(u)RWE SUPPLY & TRADING GmbH

(u)Rahn & Bodmer Co.

(u)Raiffeisenbank No - Sud Alpin reg. Gen.m.b

(u)Raiffeisenbank Region Baden eGen

(u)Raiffeisenbank Traisen-Golsental

(u)Raiffeisenkasse Ebreichsdorf

(u)Realclub Holdings LLC

(u)Reaseguros Credito y Caucion, S.A.U.

(u)Recovery Partners Holdings I, LLC

(u)Region Marche

(u)Reilly Pozner LLP

(u)Relative European Value, S.A.

(u)Reliance Globalcom Services, Inc.

(u)Residential Funding Company LLC

(u)Reynolds American Defined Benefit Master T

(u)Richard Sheldon PC

(u)Richard Sheldon, Queen's Counsel

(u)Richards Kibbe & Orbe LLP

(u)Riddle Memorial Hospital Health Care Cente

(u)Ridgecrest Holdings Ltd

(u)Right Management, Inc.

(u)Rio Tinto Energy America, Inc.

(u)River Capital Advisors, Inc.

(u)Riverside Holdings LLP

(u)Robert A. Schoellhorn Trust

(u)Rock Creek Group LP, as Asset Manager

(u)Rock-Forty-Ninth LLC

(u)Rockefeller Center Management Corporation

(u)Rockefeller Center North, Inc.

(u)Rockefeller Group Development Corporation

(u)Rockford Memorial Hospital

(u)Roni and Beatrice Hunziker

(u)Ropes & Gray LLP

(u)Ross Financial Corporation

(u)Roth IRA FBO Michael Zlatin Pershing, LLC

(u)Roth IRA FBO Richard Fels Pershing LLC as

(u)Roth IRA FBO Richard Fels Pershing, LLC as

(u)Rothschild Bank AG

(u)Rottnest Ltd

(u)Rovida Holdings Limited

(u)Rovida Holdings Limited and RR Investment

(u)Rowayton Loan Funding Company

(u)Royal Bank America

(d)Royal Bank of Scotland, plc

(u)Royal Charter Properties-East, Inc.

(u)Rubicon Fund Management LLC

(u)Rui Manuel Dias Moura Teixeria

(u)Russell Investment Group, Inc.

(u)Rust Belt Holdings II, Ltd.

(u)Rust Belt Holdings III, Ltd.

(u)Rust Belt Holdings, L.L.C.

(u)Rutger Schimmelpenninck and Frederic Verho

(u)Rutland Hospital, Inc.

(u)SAS Institute, Inc.

(u)SBA Communications Corporation

(u)SBA Communications Corporation, U.S. Bank

(u)SC Lowy Financial (HK) Limited

(du)SC Lowy Financial (HK) Ltd.

(du)SC Lowy Primary Investments, Ltd.

(u)SCC Entities

(u)SCM Kornpass AG

(u)SCOR Reinsurance Company

(u)SEAT Pagine Gialle S.p.A

(u)SEB AG

(u)SJL Moore, Ltd

(u)SLB Leasing-Fonds GmbH & Co Herakles KG; S

(u)SLG 220 News Owner LLC

(u)SMBC Nikko Securities Inc.

(u)SNR Denton US LLP

(u)SOCIETE GENERALE

(u)SOGECAP

(u)SOLA LTD

(u)SP4 190 S. LaSalle, L.P.

(u)SPCP Group L.L.C.

(u)SPCP Group L.L.C. as agent for Silver Poin

(u)SVMF 48, LLC

(u)Sabretooth Master Fund, LP

(u)Saint Louis University

(u)Sampo Bank PLC

(u)Samsung Fire & Marine Insurance CO. Ltd.,

(u)Sandra Lechmacher (nee Sandra Anita Potsch

(u)Sankaty Credit Opportunities III, L.P.

(u)Sankaty Special Situations I, L.P.

(u)Santander Asset

(u)Santander Asset Management SGFIM SA

(u)Sato Pharmaceutical Co., Ltd.

(u)Schretlen & Co.

(u)Scotia Capital (USA) Inc.

(u)Scout Real Estate Capital LLC and its Affi

(u)Sea Port Group Securites, PLC

(u)Sea Port Group Securites, LLC

(u)SecureWorks, Inc. f/k/a LURHQ Corp.

(u)Securities Exchange, LLC

(u)Securities Lead Plaintiffs

(u)Seguros Catalana Occidente, Sociedad Anoni

(u)Senator Global Opportunity Fund LP

(u)Senator Global Opportunity Intermediate Fu

(u)Sequa Corporation

(u)Serengeti Opportunities MM L.P.

(u)Serengeti Overseas MM L.P.

(u)Serrano Partners, LLC

(u)Setai (Turks & Caicos) Ltd.

(u)Setai Group, LLC

(u)Shareholders of Novastar Financial, Inc.

(u)Shearman & Sterling, LLP.

(u)Shell International Eastern Trading Compan

(u)Shell Trading International Limited

(u)Sheppard Mullin Richter & Hampton, LLP

(u)Sierra Liquidity Fund, LLC

(u)Silver Point Capital Fund, L.P.

(u)Silver Point Capital Fund, L.P. and Silver

(u)Silver Point Capital, LP

(u)Silver Rock financial LLC

(u)Simpson Thacher & Bartlett LLP

(d)Singapore Airlines, Limited

(u)Sistema Universitario Ana G. Mendez

(u)Sixth Gear Funding Trust and Sixth Gear So

(u)Sixth Gear Funding and Sixth Gear Solution

(u)Smurfit Kappa Acquisitions

(du)Societe Generale                    (u)Societe Generale Asset Management Banque      (u)Societe Generale Bank & Trust

(u)Societe Generale, New York Branch    (u)Soffer Turnberry/South Strip, llc           (u)Solus Core Opportunities LP

(u)Solus Core Opportunities Master Fund Ltd.    (u)Solus Recovery Fund LP               (u)Sothic Capital European Opportunities Mast

(u)South Mississipi Electric Power Associatio   (u)Southeastern Golf, Inc.             (u)Southern Pacific Securities 05-1 PLC

(u)Southwestern Ohio Seniors Services, Inc. n   (u)Sovereign Bank                      (u)Special Counsel to the Debtors

(u)Spiral Binding Company Inc.          (du)Spiral Binding Company, Inc.                (u)Springfield Associates LLC

(u)Sprint Nextel Corporation and its affiliat   (u)Sprint Solutions, Inc.             (u)St. Galler Kantonalbank AG

(u)Stamford Associates L.P.             (u)Standard & Poor's                           (u)Standard Bank Plc

(u)Standard Credit Group LLC            (u)Staples Contract & Commercial, Inc. and Al   (u)Starfinder Financial Management

(u)State Bank of Long Island            (u)State Street Bank and Trust Company         (u)State Street Bank and Trust Company, as Tr

(u)State of Arizona

(u)State of New Jersey, Department of Treasur

(u)State of New Jersey, Division of Taxation

(u)State of Rhode Island and Providence Plant

(u)Steptoe & Johnson LLP

(u)Steven G. Holder Living Trust

(u)Steven G. Holder Living Trust and other Cl

(u)Stibbe N.V.

(u)Stichting Waardedepot Finvestor

(u)Stichting Waardepot Finvestor

(u)Stone Lion Portfolio L.P. and Permal Stone

(u)Stonehill Institutional Partners, L.P.

(u)Stonehill Master Fund Ltd.

(u)Strategic Systems Solutions Inc.

(u)Strategic Value Master Fund, Ltd.

(d)Strategic Value Special Situations Master

(u)Structure Consulting Group, LLC

(u)Structure Tone Inc.

(u)Studio Giuridico Economico

(u)Stuurman Storage B.V.

(u)SuccessFactors, Inc.

(u)Successal Group LLC

(u)Successal Group LP

(u)Sudwestbank Aktiengesellschaft

(u)Sullivan & Cromwell LLP

(u)Sumitomo Mitsui Banking Corporation

(u)Sumitomo Mitsui Banking Corporation, SMBC

(u)Sun Microsystems, Inc.

(u)SunAmerica Life Insurance Company

(u)SunCal Debtors

(u)SunGard Assent LLC

(u)SunGard Asset Management Systems LLC

(u)SunGard Availability Services LP

(u)SunGard Business Integration Ltd.

(u)SunGard Expert Solutions LLC

(u)SunGard Institutional Brokerage, Inc.

(u)SunGard Investment Systems LLC f/k/a SunGa

(u)SunGard Kiodex

(u)SunGard Reference Data Solutions Inc.

(u)SunGard Securities Finance LLC

(u)SunTrust Bank

(u)Sunrise Partners Limited Partnership

(u)Sunset Partners

(u)Sunshine Enterprises L.P.

(u)Super Caspian Cayman Fund Limited

(u)Superior Pipelines, Inc.

(u)Susman Godfrey, L.L.P.

(u)Sutherland Asbill & Brennan LLP

(u)Suwang-Sun Co Ltd

(u)Swift Master Auto Receivables Trust

(u)Sylvia Agostini Living Trust Dated May 12,

(u)Symphony Asset Management LLC

(u)Syncora Guarantee, Inc.

(u)TATA Communications Services (America) Inc

(du)TATA Communications Services (America) In

(u)TCA Event Investments S.a.r.l.

(u)TCA Opportunity Investments S.a.r.l.

(u)TEH Eddie EWE Guan

(u)TFS (TX)

(u)TFS Derivatives Corporation

(u)TFS Derivatives Total

(u)TFS Oil

(u)TFS Oil Floor

(u)TFS PWR NG

(u)TFS-ICAP

(u)THL Credit Partners, L.P.

(u)TLLB2002 International Limited

(u)TPG-Austin Portfolio Holdings LLC

(u)TSO LLC

(u)TSX Inc.

(u)Taaleritehdas Oy

(u)Taconic Capital Partners 1.5 L.P. and Taco

(u)Tactics Limited

(u)Tahra Holdings, Inc.

(u)Taipei Fubon Commercial Bank Co., Ltd.

(u)Talamod Master Fund, L.P.

(u)Targobank AG & Co KGaA

(du)Targobank AG & Co. KGaA

(u)Targobank AG & Co. KGaA f/k/a Citibank Pri

(u)Targobank AG & Co. KGaA fka Citibank Priva

(du)Tata Communications Services (America) In

(u)Teachers' Retirement System of the Stat

(u)Tehama County

(u)Tejas Securities Group, Inc.

(u)TeleCommunication Systems, Inc.

(u)Tempe Life Care Village, Inc., d/b/a, Frie

(u)Temple Health System Transport Team, Inc.

(u)Temple Physicians, Inc.

(u)Temple University Health Systems, Inc., fo

(u)Tenor Opportunity Master Fund, Ltd.

(u)Tensor Opportunity Limited

(u)Terry Foundation

(u)Tesoro Corporation

(u)The Airport Commission of the City and Cou

(u)The August '86 Trust

(u)The Bank of New York Corporate Trustee Ser

(du)The Bank of New York Mellon

(u)The Bank of New York Mellon Trust Company,

(u)The Bank of New York Mellon, The Bank of N

(u)The Bank of New York Mellon, as Trustee

(u)The Bank of New York Mellon, as agent

(u)The Bank of Nova Scotia, New York Agency

(u)The Bank of Tokyo-Mitsubishi UFJ, Ltd.

(u)The Buck Institute for Age Research

(u)The Buckeye Tobacco Settlement Financing A

(u)The Central Puget Sound Regional Transit A

(u)The Chuo Mitsui Trust and Banking Co., Ltd

(du)The City of Long Beach

(u)The Deutscher Sparkassen Und Giroverband

(u)The Estate of Edwin Jacobson

(u)The Estate of Fannie Marie Gaines

(u)The Estate of Stephen H. Weiss

(du)The F.B. Heron Foundation

(u)The Federal Home Loan Bank of Cincinnati

(du)The Federal Home Loan Bank of Dallas

(u)The Field House
Tyrrells Wood
Leatherhead
SurreyKT22 8QJ

(u)The Financial Services Compensation Scheme

(u)The Foreign Representative of Glitnir Bank

(u)The Freedom Forum, Inc

(u)The Fuji Shinkin Bank

(u)The Goldman Sachs Group, Inc.

(u)The Haverford School

(u)The Hotchkiss School

(u)The Juilliard School

(d)The Lehman Hong Kong Liquidators

(u)The Liverpool Limited Partnership

(u)The Locator Services Group Ltd. ("TLSG&

(u)The MRC Foundation

(u)The Master Trust Bank of Japan Ltd.
11-3 Hamamatsu-cho, 2-chome
Minato-ku, Tokyo105-8579

(u)The Minami-Nippon Bank Limited

(u)The Morningside Ministries Foundation, Inc

(u)The Movants

(du)The NASDAQ OMX Group,Inc

(u)The New York Public Library

(u)The Nishi-Nippon City Bank, Ltd.

(u)The Northern Trust Company

(u)The Pennsylvania Convention Center Authori

(u)The Regents of the University of Californi

(u)The Roman Catholic Diocese of Memphis

(d)The Royal Bank of Scotland plc

(u)The Standard Register Company

(u)The State of New Jersey, Department of Tre

(u)The TAARP Group, LLP

(u)The Toronto-Dominion Bank

(u)The Treasurer of Garfield County, Colorado

(u)The United Company
c/o Teitelbaum & Baskin, LLP
1 Barker Avenue, 3rd Floor
White Plains

(u)The Vanguard Group, Inc.

(u)The Vantagepoint Funds

(u)The Varde Fund IX, L.P.

(u)The Varde Fund IX-A, L.P.

(u)The Varde Fund L.P.

(u)The Varde Fund V-B, L.P.

(du)The Varde Fund VI-A, L.P

(u)The Varde Fund VII-B, L.P.

(u)The Varde Fund VIII, L.P.

(u)The Varde Fund X (Master) L.P.

(du)The Varde Fund, L.P.

(u)The Walt Disney Company

(u)Thomas Cook AG

(u)Thomson Reuters Corporation

(u)Thomson Reuters PLC

(u)Thoroughbred Fund L.P.

(u)Thoroughbred Master Ltd

(u)Tishman Speyer Real Estate Venture VII, L.

(u)TnT Expense Management, LLC

(u)Tobacco Settlement Financing Corporation

(u)Tobias Bonell

(u)Tokyo Gas Co. Ltd.

(u)Top Advance Limited

(u)Toronto Stock Exchange

(u)Total Gas & Power Limited

(u)Trade Settlement Inc.

(u)Tradeweb Markets LLC

(u)Trading Technologies International, Inc.

(u)Tradition (North America) Inc.

(u)Tradition Asiel Securities Inc.

(u)Tradition Financial Services Inc.

(u)Tradition Services S.A..DE C.V. Mex

(u)Training the Street, Inc.

(u)Tronox, Incorporated et al.,

(u)Trophy Hunter Investments Ltd

(u)Troutman Sanders LLP

(u)True Friend 4th Securitization Specialty C

(u)Tudor BVI Global Portfolio L.P.

(u)Tullett Prebon Holdings Corporation

(u)Turkiye Sinai Kalkinma Bankasi A.S.

(u)Turnberry Residential Limited Partner LP

(u)Turnberry Retail Holding, L.P.

(u)Turnberry West Construction

(u)Turnberry/Centra Office SUB, LLC

(u)Turnberry/Centra SUB LLC

(u)Turnberry/Centra Sub, LLC, Turnberry/Centr

(u)Tuxedo Reserve Owner LLC

(u)Tuxedo Reserve Owner LLC and Tuxedo TPA Ow

(u)Tuxedo TPA Owner LLC

(u)U Shing Keung

(u)U.S. Bank National Association

(d)U.S. Bank National Association as Trustee
c/o Rosicki Rosicki & Associates, P.C.
51 East Bethpage Road
Plainview, NY 11803-4224

(d)U.S. Bank National Association, Trustee fo
c/o Rosicki Rosicki & Associates, P.C.
51 East Bethpage Road
Plainview, NY 11803-4224

(d)U.S. Bank, National Association, Trustee f
c/o Rosicki Rosicki & Associates, P.C.
51 East Bethpage Road
Plainview, NY 11803-4224

(u)UBI Banca

(u)UBI Banca S.C,P.A.

(u)UBS AG

(u)UBS AG, London Branch

(u)UBS AG, Stamford Branch

(d)UBS Securities Japan Limited

(d)UBS Securities Japan Ltd.

(u)UBS Securities LLC

(u)UNICREDIT SpA

(u)US AgBank, FCB

(u)USAA High-Yield Opportunities Fund

(u)Ulla Malvedius

(u)Ultra Master Ltd.

(u)Unclaimed Property Recovery Service, Inc.

(u)Union Bank of California, N.A.

(u)Union Bank, N.A.

(u)Unione Di banche Italiane S.c.p.A.

(u)Unione DiBanche Italiane S.C.P.A.

(du)Unione di Banche Italiane S.c.p.A.

(u)Unipension Invest F.M.B.

(u)Unipension Invest F.M.B.A

(u)United Church Of Christ Retirement Communi

(u)United States Bankruptcy Court

(u)University of Pittsburgh

(u)Unknown

(u)Unknown Filer

(u)Utah Housing Corp. (ME)

(u)Utah Housing Corporation (ME)

(u)Utah Housing Finance Agency

(u)VVA, LLC

(u)Valcourt S.A.

(u)Vanguard Fiduciary Trust Company Intermedi

(u)Vanguard Total Bond Market Index Fund, a s

(u)Varde Investment Partners (Offshore) Maste

(u)Varde Partners, L.P.

(u)Various LBT Noteholders

(u)Venoco, Inc.

(u)Venor Capital Master Fund Ltd.

(u)Verizon Communications Inc.

(u)Verizon Wireless Bankruptcy Administration

(u)Vining-Sparks IBG, Limited Partnership

(u)Voluntary Liquidators of ISR Strategic Cre

(u)WSG Development Company

(u)WWK Hawaii-HonuApo, LLC

(u)WWK Hawaii-House Parcel 2, LLC

(u)WWK Hawaii-House Parcel, LLC

(u)WWK Hawaii-Little HonuApo, LLC

(u)WWK Hawaii-Moaula, LLC

(u)WWK Hawaii-Naalehu Parcel 1, LLC

(u)WWK Hawaii-Waikapuna, LLC

(u)Wachovia Bank, N.A.

(u)Wachovia Securities International Limited

(u)Wall Street Concepts LLC

(u)Walwilhal Associates, LLC

(u)Warwickshire Holdings LLC

(u)Washington Mutual Bank

(u)Washington Mutual Bank and Washington Mutu

(u)Washington State Tabacco Settlement Author

(u)Waterstone Capital Advisors LLC

(u)WeBank S.p.A.

(u)Web-Pro Technology Limited

(u)Weil, Gotshal & Manges LLP

(du)Weil, Gotshal & Manges, LLP

(u)Wellington Management Company, LLP

(u)Wellington Trust Company, N.A. Multiple Co

(du)Wellington Trust Company, N.A. Multiple C

(u)Wells Fargo & Co.

(u)Wells Fargo Bank Northwest, N.A., as Inden

(u)Wells Fargo Bank, NA, d/b/a America's S

(du)Wells Fargo Bank, NA, d/b/a America's S

(u)Wells Fargo Bank, National Association

(u)Wells Fargo Bank, National Association, as

(u)Wells Fargo, N.A.

(u)West Corporation

(u)Westchester County

(u)Whippoorwill Associates, Inc.

(u)Whitehead Capital Inc.

(du)Whitehead Capital, Inc.

(u)Wiley Rein LLP

(u)Williams Gas Marketing, Inc. f/k/a William

(u)Williams Lea Inc.

(u)Willkie Farr & Gallagher LLP

(u)Wilmington Trust

(u)Wilpro Limited and Wilpro Inc.

(u)Windermere Private Placement I S.A.

(u)Wine & Spirit Education Trust
International Wine & Spirit Centre
39-45 Bermondsey Street
LondonSe1 3XF

(u)Wing Lung Bank Limited

(u)Wisconsin Health Care Liability Insurance

(u)Wockhardt USA (Swiss) Holding AG, now know

(u)Wolters Kluwer - CT Corporation

(du)Wolters Kluwer CT Corporation

(u)Wolters Kluwer Corporate Legal Service, CT

(u)Wolters Kluwer Corporate Legal Services

(u)Wolters Kluwer Corporate Legal Services, C

(du)Wolters Kluwer, CT Corporation

(u)Wong Tak Keung & Lam Sau Ling

(u)Woo Set Wah & Chui Fung Ming Sandra

(u)Woodlands Commercial Bank

(u)Woodstock Financial Group, Inc.

(u)Woodtronics

(u)Wrenton Management Limited

(u)Xavier University

(u)Xicor, LLC

(u)Yam Chak Hong Henry

(u)Yarpa Investmenti S.G.R. S.p.A.  RP3 Fund

(u)Yetti Ltd.

(u)York Capital Management, L.P.

(u)York Global Finance BDH, LLC

(u)York Hospital

(u)Yorvik Capital Ltd

(u)Yorvik Partners LLP

(du)Yorvik Partners, LLP

(u)Yuanta Commercial Bank

(u)Zurcher Kantonalbank Osterreich AG
Getreide Gasse 10
Attn: Rudolf Muhiberger
Salzburg5020

(u)Zwinger Opco 6 BV

(du)the SunCal Debtors

(d)250 East Borrower, LLC
c/o Platzer, Swergold et al.
1065 Avenue of the Americas, 18th Floor
New York, NY 10018-1878

(d)469 Bergman Properties LLC
1984 E. 1st St.
Brooklyn, NY  11223-2943

(du)8 Sound Shore Associates LLC

(u)AEW Capital Management, LP and Lyon Capita

(d)AFCO Cargo PIT LLC
c/o Aviation Facilities Company, Inc.
P.O. Box 16860
Washington, DC 20041-6860

(du)AIG Financial Products Corporation

(du)AIG Global Investment Corporation

(u)AOZORA
1-3-1 Kudan-Minami,
Chiyoda-ku, Tokyo,
102-8660

(du)Aberdeen Asset Management, Inc.

(d)Adam H. Isenberg, Esquire
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2128

(d)Aditi Technologies Private Limited
c/o Mark D. Northrup
Graham & Dunn PC
2801 Alaskan Way Suite 300
Seattle WA 98121-1128

(u)Airlie CDO I.

(u)Airlie LCDO I (Aviv LCDO 2006-3)

(u)Airlie LCDO II (Pebble Creek 2007-1)

(d)Alan E. Marder and Jil Mazer-Marino
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194

(d)Alpine Bank
0350 Highway 133
Carbondale, CO 81623-1596

(d)Amy R. Wolf (AW-6646)
Harold S. Novikoff, Esq.(HN-3898)
Joshua A. Feltman, Esq.(JF-9486)
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

(d)Arapahoe County Treasurer
5334 S. Prince Street
Littleton, CO 80166-0001

(du)Asbury Atlantic, Inc.

(du)Asbury-Solomons, Inc.

(d)Australia and New Zealand Banking Group Li

(u)Aviv LCDO 2006-1

(u)Aviv LCDO 2006-2

(d)BEINT, LLC
P.O. Box 8342
New York, NY 10150-8342

(du)BNY Corporate Trustee Services Limited

(u)BP Energy Company

(d)California Independent Systems Operator Co
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, DC 20005-1723

(u)California Public Employees Retirement Sys

(u)Canadian Imperial Bank of Commerce
CIBC World Markets Corp.
CIBC World Markets Inc.

(d)Capital Moving & Storage Co., Inc.
97 Burma Road
Jersey City, NJ 07305-4601

(u)Charles River Brokerage, LLC

(u)Chuo Mitsui Trust &
Banking
3-33-1 Shiba, Minato-ku,
Tokyo, 105-0014

(du)Citibank, N.A. Agency & Trust

(u)Citigroup Inc.

(u)City and County of Denver, Colorado

(du)City of Long Beach

(du)Cognizant Technology Solutions

(d)Collins Building Services, Inc.
Court Square Place
24-01 44th Road
Long Island City, NY 11101-4605

(d)Credit Suisse
11 Madison Avenue
New York, NY 10010-3629

(u)Cynthia Swabsin et al

(d)David I. Swan
Kenneth M. Misken
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102-4231

(du)Depfa Bank plc

(d)Deutsche Bank AG, London Branch
Attn: Vikas Madan
60 Wall Street
3rd Floor
New York, NY 10005-2837

(du)Deutsche Bank Securities Inc.

(d)Dirk S. Roberts, SDNY Bar No. DR 8331
Deputy Chief Counsel, Litigation
Office of Thrift Supervision
1700 G. Street, N.W.
Washington, D.C 20552-0003

(d)Douglas R. Davis
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019-6031

(du)Dresdner Kleinwort Group Holdings LLC

(d)East 46th Borrower, LLC
c/o Platzer, Swergold et al.
1065 Avenue of the Americas, 18th Floor
New York, NY 10018-1878

(d)Edward H. Tillinghast, III
Sheppard Mullin Richter & Hampton, LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112-0026

(du)ElectroScientific Industries Inc.

(du)Essex Equity Holdings USA, LLC.

(d)Eugene Chang
Stein & Lubin LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111-2716

(u)Exum Ridge CB0 2006-I

(u)Exum Ridge CBO 2006-2

(u)Exum Ridge CBO 2006-4

(u)Exum Ridge CBO 2006-5

(u)Exum Ridge CBO 2007-1

(u)Exum Ridge CBO 2007-2

(u)FTIF Franklin Strategic Income Fund

(u)Factiva, Inc.

(d)Farallon Capital Offshore Investors II, L.
c/o Farallon Partners, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111-3511

(d)Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive - MS202
McLean, VA 22102-3107

(u)Federal Reserve Bank of New York

(du)Fernanda Canales Gonzalez and Rocio Gonza

(d)Fernwood Associates LLC
c/o Intermarket Corporation
1370 Avenue of the Americas
New York, NY 10019-4602

(d)Fernwood Foundation Fund LLC
c/o Intermarket Corporation
1370 Avenue of the Americas
New York, NY 10019-4602

(d)Fernwood Restructurings Limited
c/o Intermarket Corporation
1370 Avenue of the Americas
New York, NY 10019-4602

(d)FirstBank of Puerto Rico
1519 Ponce de Leon Ave.; Stop 23
PO Box 9146
San Juan, PR 00908-0146

(du)Florida Power & Light Company, and NextEr

(du)Florida State Board of Administration

(u)Franklin Low Duration Total Return Fund

(u)Franklin Total Return Fund

(d)Frederick D. Hyman, Esq.
Amit Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5889

(du)Fulton Bank

(u)GSEF Al Nawras (Cayman) Limited

(d)Greenfield Partners, LLC
c/o Klein & Solomon, LLP
275 Madison Avenue, 11th Floor,
New York, N.Y 10016-1101

(d)Hain Capital Group, LLC
301 Route 17 North
7th Floor
Rutherford, NJ 07070-2599

(d)Hain Capital Group, LLC
301 Route 17, North
7th Floor
Rutherford, NJ 07070-2599

(d)Hale Avenue Borrower, LLC
c/o Platzer, Swergold et al.
1065 Avenue of the Americas, 18th Floor
New York, NY 10018-1878

(d)Harold S. Novikoff, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

(du)Headstrong Services, LLC

(d)Howard R. Hawkins, Jr., Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-0006

(d)Howard R. Hawkins, Jr., Esq.
Ellen M. Halstead, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-0006

(u)IGI Resources, Inc.

(du)INTERNATIONAL BANK FOR RECONSTRUCTION AND

(du)IPC Systems, Inc.

(du)Intel Corporation

(du)International Domestic Balanced Fund

(d)Iron Mountain Information Management, Inc.
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110-1610

(d)Ironbridge Homes, LLC
P.O. Box 10493
Aspen, CO 81612-7329

(d)Ironbridge Mountain Cottages, LLC
P.O. Box 10493
Aspen, CO 81612-7329

(d)Ironbridge Property Owners Association
c/o Connolly, Rosania & Lofstedt, P.C.
950 Spruce Street, Suite 1C
Louisville, CO 80027-1977

(du)J.P. Morgan Securities plc

(u)James A. Timko
Shutts & Bowen LLP
Alan Marder & Jil Mazer-Marino
Meyer Suozzi English & Klein PC

(d)James C. Tecce, Esq.
QUINN EMANUEL URQUHART
OLIVER & HEDGES,LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1603

(d)James Heiser
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago IL 60603-4080

(u)James J. Tancredi, Esq.
Day Pitney LLP
242 Trumbull Street

(d)Jeffrey A. Rosenthal
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006-1470

(d)John E. Jureller, Jr.
Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York, NY 10017-6314

(d)Joseph Scordato, Esq.
Dresdner Bank, A.G.
1301 Ave. of the Americas
New York, NY 10019-6022

(d)Judson
c/o Starr & Starr, PLLC
260 Madison Ave., 17th Fl.
New York, NY 10016-2401

(d)Kenneth A. Reynolds, Esq.
McBreen & Kopko
500 North Broadway, Suite 129
Jericho, New York 11753-2128

(u)Koji Nomura
Joint General Manager
Financial Institutions Division
Aozora Bank, Ltd.
1-3-1 Kudan Minami
Chiyoda Tokyo, 102-8660

(u)Koji Nomura, Joint General Manager
Financial Institutions Div.
Aozora Bank, Ltd.
1-3-1 Kudan-Minami,
Chiyoda-ku, Tokyo,102-8660

(u)Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attention: Thomas Moers Mayer, Esq.
Philip Bentley, Esq.
Gordon Z. Novod, Esq.

(d)Lewtan Technologies, Inc.
300 Fifth Avenue
Waltham, MA 02451-8778

(d)Linebarger Goggan Blair &
Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2637

(d)Litton Loan Servicing, LP.
PO BOX 829009
Dallas, TX 75382-9009

(d)M. Arthur Gensler Jr. & Associates Inc.
Gensler-Architecture, Design & Planning
c/o Bradford E. Dempsey
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541

(d)Madlyn Gleich Primoff, Esq.
Lauren Attard, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022-3598

(d)Mark S. Landman
Landman Corsi Ballaine & Ford, P.C.
120 Broadway, 27th Floor
New York, NY  10271-0079

(d)McLennan County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

(du)Merrill Lynch International

(d)Michael Halevi
Director, Financial Institutions
ANZ Banking Group
1177 Avenue of Americas
New York, NY 10036-2714

(d)Michael S. Etkin, Esq.
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10020-1104

(du)Monarch Alternative Capital LP

(du)Monument Realty LLC

(d)National Australia Bank Limited
245 Park Avenue
Floor 28
New York, NY 10167-2800

(d)National Bank of Canada Inc., National Ban

(u)Nippon Life Insurance Co.
1-6-6, Marunouchi,
Chiyoda-ku, Tokyo, 100-8288?

(u)Noriyuki Tsumura
Chuo Mitsui Trust & Banking
3-33-1 Shiba, Minato-ku,
Tokyo, 105-0014

(u)ORRICK HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103-0001
Attention: Raniero D?Aversa, Jr., Esq.
Weston T. Eguchi, Esq.
Courtney M. Rogers, Esq.

(u)ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103-0001
Attention: Lorraine S. McGowen, Esq.
Raniero D'Aversa, Jr., Esq.
Courtney M. Rogers, Esq.

(d)PJM Interconnection, L.L.C.
c/o Jeffrey Kurtzman, Esquire
Klehr, Harrison, Harvey, Branzburg & Ell
260 S. Broad Street
Philadelphia, PA 19102-5021

(du)Parsec Trading Corp.

(d)Patrick J. Potter
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, D.C 20037-1122

(u)Pebble Creek LCDO 2006-1

(u)Pebble Creek LCDO 2007-2, LLC

(u)Pebble Creek LCDO 2007-3

(u)Pentwater Capital Management, LP

(d)Peter A. Zisser, Esq.
Holland & Knight LLP
195 Broadway
New York, NY 10007-3190

(u)Phoenix Life Limited

(u)Pietro Ferrero

(d)Plymouth Park Tax Services, LLC d/b/a Xspa
c/o Juda J. Epstein, Esq.
3543 Main Street, Second Floor
Bridgeport, CT 06606-3626

(d)President Securities (Hong Kong) Limited
Units 2603-6, 26/F, Infinitus Plaza
199 Des Voeux Road Central, Hong Kong

(d)Primeshares
261 Fifth Avenue, 22nd Floor
New York, NY 10016-7701

(du)Public Service of North Carolina

(d)Pursuit Opportunity Fund I Master Ltd.
c/o Vedder Price P.C.
1633 Broadway, 47th Floor
New York, New York 10019-6771
Attention: Michael J. Edelman, Esq.

(du)Pyrrhuloxia, LP

(u)Rizal Commercial Banking Corporation

(d)Robin E. Keller, Esq.
Lovells LLP
590 Madison Avenue
New York, NY 10022-2524

(u)SGS HYCredit Fund I (Exum Ridge CBO 2006-3

(u)SILVERMANACAMPORA LLP
100 Jericho Quadrangle, Suite 300
Attn: Ronald J. Friedman

(u)SLB Leasing-Fonds GmbH & Co Herakles KG
SLB Leasing-Fonds GmbH & Co Odin KG
SLB Leasing-Fonds GmbH & Co Thor KG
SLB Leasing-Fonds GmbH & Co Uranus KG

(du)SOCIETE GENERALE

(du)SP4 190 S. LaSalle, L.P.

(u)Salem Five Cents Savings Bank

(d)Scott C. Shelley, Esq.
QUINN EMANUEL URQUHART
OLIVER & HEDGES,LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1603

(d)Sea Port Group Securities, LLC
360 Madison Avenue, 22nd Floor
New York, NY 10017-7111

(d)Shamah 2000 Family Trust
C/O Harold Shamah
125 Exeter St.
Brooklyn, NY 11235-3723

(u)Shell Energy North America (US), L.P.

(u)Shell Energy North America (US), LP

(u)Shell Trading (US) Company

(d)Sophia Ree
Landman Corsi Ballaine & Ford, P.C.
120 Broadway, 27th Floor
New York, NY  10271-0079

(du)Stamford Associates L.P.

(d)Standard Chartered Bank (Hong Kong) Limite
21 /F Standard Chartered Tower
388 Kwun Tong Road
Hong Kong

(d)Steven N. Cousins, Esq.
Susan K. Ehlers, Esq.
Armstrong Teasdale LLP
One Metropolitan Square, Suite 2600
St. Louis, MO 63102-2740

(du)Stibbe N.V.

(d)Stone Lion Portfolio L.P.
Stone Lion Capital Partners L.P.
461 5th Avenue, 14th Floor
New York, NY 10017-7719

(u)Sumitomo Mitsubishi
Banking Corp
13-6 Nihobashi-
Kodenma-Cho, Chuo-ku,
Tokyo, 103-0001

(u)Sumitomo Mitsui Banking Corporation
SMBC Capital Markets, Inc.
Sumitomo Mitsui Banking Corporation Brus

(d)Summit Capital Partners, LP
1984 E. 1st St.
Brooklyn, NY 11223-2943

(u)Susan Minehan
Senior Counsel
Aozora Bank, Ltd.
1-3-1 Kudan Minami
Chiyoda-Ku Tokyo, 102-8660

(d)Susheel Kirpalani, Esq.
QUINN EMANUEL URQUHART
OLIVER & HEDGES,LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1603

(d)Sutherland Asbill & Brennan LLP
Attn: Mark D. Sherrill
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415

(d)Svenska Handelsbanken AB (publ)

(d)Swedbank AB, New York Branch
c/o DLA Piper LLP (US)
John McNicholas
1251 Avenue of the Americas
New York, NY 10020-0073

(u)Swift Master Auto Recievables Trust

(u)TPG Opportunity Fund I, L.P.

(u)TPG Opportunity Fund III, L.P.

(u)Takayuki Murai
Deputy General Manager
Corporate Finance Dept. #1
Nippon Life Insurance Co.
1-6-6, Marunouchi, Chiyodaku,
Tokyo, 100-8288

(d)Tannor Partners Credit Fund, LP
150 Grand Street, Suite 401
White Plains, NY 10601-4846

(u)Templeton Global Bond Fund

(u)Templeton Global Total Return Fund

(u)The Bank of New York
One Canada Square
Canary Wharf
London E14 5AL
Attn: Raymond Morison

(du)The Bank of New York Mellon

(d)The Kyoei Fire & Marine Insurance Company,
c/o Diamond McCarthy LLP
909 Fannin, Suite 1500
Houston, TX 77010-1026

(du)The Nishi-Nippon City Bank, Ltd.

(u)The United Company c/o Teitelbaum & Baskin

(u)Timothy F. Nixon, Esq.
Jennifer B. Herzog, Esq.
Godfrey & Kahn, S.C.
780 North Water Street

(d)Timothy White Managing Director
Head of Originations Corporate
and Investment Banking Department
1251 Avenue of the Americas,32nd Floor
New York, NY 10020-1104

(d)Triple Point Technology, Inc.
301 Riverside Avenue
Westport, CT 06880-4806

(du)Tuxedo Reserve Owner LLC and Tuxedo TPA O

(du)United Church Of Christ Retirement Commun

(du)United Church of Christ Retirement Commun

(d)Utah State Bar
c/o Katherine A. Fox
645 South 200 East
Salt Lake City, Ut 84111-3837

(d)Venable LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, New York 10020-1700

(u)Versorgungswerk der Apothekerkammer Nordrh

(u)Vinson & Elkins RLLP
City Point, 33rd Floor
One Ropemaker Street,
London EC2Y 9UE
Attn: Jeffrey E. Eldredge

(d)Vollers Excavating & Construction, Inc.
3311 U.S. Hwy. 22
North Branch, NJ 08876
c/o Sheak & Korzun, PC
1 Washington Crossing Road
Pennington, NJ 08534-3506

(du)Washington Mutual Bank and
Washington Mutual, Inc.

(du)West Corporation

(u)White Marlin CDO 2007-1

(d)William G. Ballaine
Landman Corsi Ballaine & Ford, P.C.
120 Broadway, 27th Floor
New York, NY  10271-0079

(du)Wilmington Trust

(u)Wolf

(d)York Multi-Strategy Master Fund, L.P.
767 Fifth Avenue, 17th Floor
New York, NY 10153-0028

(u)c/o Day Pitney LLP

(u)A. De Lang

(u)Aaron J. Weiss

(u)Adam Chadwick

(u)Alex D. Vukailovic
Diplomkaufmann
60431 Frankfurt/Main
Hohenblick52a

(u)Alicia Gonzalez

(u)Alissa M. Nann

(u)Almut Klippel

(u)Alrama Stiftung

(u)Alsina Fornt

(u)Ana Maria Gomez Mundo

(u)Ana Maria Ocampo Flores

(u)Andrea Feles

(u)Andrea Lobbe-Hermans

(u)Andrea M. Penton
71, Sallows Shaw
Sole Street
Cobham
KentDA13 9BP

(d)Andrea T. Jao
77 Seventh Ave
Apt. 10-S
New York, NY 10011-6626

(u)Andreas Heine

(u)Andreas Lohr

(u)Andres Bension Mallo

(u)Andrew S. Kowlowitz

(u)Angeliki Psaroudaki

(u)Anita Montez

(u)Ann E. Stradmeijer

(u)Anna Stewart

(u)Anna M. Steele

(u)Anna Maria Graf

(u)Anthony Lee Kane

(u)Antionette La Belle

(u)Armita M. Buch

(u)Artur Fischer

(u)Asta Pohle

(u)Aviva Keesing-Moskovits

(u)Axel Siepmann
Siepmann & Cie, GmbH & Co. KG
Jenischstrasse 3522609 Hamburg

(u)B. Gene Carter

(du)BE Smith

(u)Bambang Sugiarto

(u)Bernd Werneyer

(u)Bernhard Koenner

(u)Bernhard Nikolaus

(u)Bernier Francois

(u)Bo Bazylevsky

(u)Bob Buck

(u)Bonnie Steingart

(u)Bowman Gilfillan

(u)Brian Thomas Kelleher

(u)Brigitte Dudek

(u)Brigitte Vorndamme

(u)Bryan C. Zolad

(u)Burkhard R. Spring

(u)C. M. Tennant

(u)CHUN IP

(u)CYNTHIA SWABSIN

(u)Carla Zum Winkel

(u)Carmen Postler

(u)Carol Bunevich

(u)Carola Duering

(u)Carolina De Baeremaecker
Rincon 454 of. 503

(u)Carolyn Fogarazzo

(u)Cassandra F. Coleman

(u)Chadwick W. Cook

(u)Chan Miu Ling

(u)Charles Diccianni

(u)Charles Rubin

(u)Charles Tu

(u)Charles E. Major Jr.

(u)Charles F. Brennan

(u)Charles W. Schoenherr

(u)Charlotte Grezo

(u)Cheung Fan Kit Ling

(u)Chirsta Gleim

(u)Chris Reynolds

(d)Chris Stovic
435 Greeves St.
Kane, PA 16735-1517

(u)Christel Lang

(u)Christiane Schuster

(u)Christiane Sickmueller

(u)Christina Schowalter

(u)Christine Coleman

(u)Christine L. Geldard

(u)Christoph Ecke

(u)Christoph Henkel

(u)Christopher Tilton

(u)Christopher A. Andreoff

(u)Christopher A. Statham
Valewood Farm House
Bell Vale Lane
Haslemere, SurreyGU27 3DJ

(u)Christopher R. Manning

(du)Chun Ip

(u)Claesen Louis
Schansstraat, 84
Zutendaal
B3690

(u)Claudia Greiff-Reusch

(u)Claudia Grohs

(u)Claudia Wendisch

(u)Claus Schneider

(u)Clayton Carol

(u)Colin B. Albaugh

(u)Conception Saez Jorge
C/ Huerta Sacedilla, 2, Chalet 23
E-28220
Majadahonda
Madrid

(u)Cory Thabit

(u)Cory Wishengrad

(u)Curtis Petran

(u)Curtis Ware

(u)D. Alfredo Herrero Calvo
Calle de la Estaction No. 13
47004  Valladolid Espana

(u)Dale Suder

(u)Daniel Nemoy

(u)Daniel J. Ebbert

(u)Daniel R. Murray

(u)Daniela Metzenmacher

(u)Danielle Tinant

(u)Danny Kirk

(u)Darian Cohen

(u)Darryl S. Laddin

(u)David Andrews

(u)David Walsh

(u)David A. Dorfman

(u)David A. Littlefield

(d)David A. Littlefield
81740 Camino Montevideo
Indio, CA 92203-7753

(u)David I. Weiner

(u)David M. Hendrickson

(u)Davy Darren

(u)De Clech Walter

(u)Dean Coccaro

(u)Diana Spindler

(u)Dieter Moebler

(u)Dietmar Buettner

(u)Dietmar Reinartz

(u)Dominique De Ville
Rue Saint Martin, 28
Nil-St- Vincent, 1457

(u)Don Prohaska, RA, CCI

(u)Donald B.

(u)Donald N. Fritts

(u)Donald S. Bear

(u)Dorothea Douglas

(u)Douglas J. Pick

(u)Douglas R. Schwartz

(u)Duncan E. Barber

(u)Edith Brozgal

(u)Edith Moeller

(u)Edith S. Hall

(u)Edmond Reymen

(u)Edmund L. Finder

(u)Eduarda Brender

(u)Eduardo Rafael Schiariti

(u)Edward Stanton, III

(u)Edward J. Agostini

(u)Edward J. Alweis

(u)Edwin Mc Guinn Jr.

(u)Eitan Lavie, Adv.

(u)Elena Cristina

(u)Elisabeth Golz
Neuffen Strasse 6
73107 Eschenbach

(u)Elisabeth Merz

(u)Elisabeth Meurer

(d)Elizabeth Colon Lopez
2 South End Avenue, 7M
New York, NY 10280-1087

(u)Elke Buettner

(u)Ellen Zweig Law Office of Neil Moldovan

(u)Emilio Izquierdo Jimenez

(u)Emilio Izquierdo Merlo

(u)Enrique Garicia G.

(u)Eric Kok

(u)Eric Sheppard

(u)Eric J. Taube

(u)Erich Buser
Aargauische Kantonalbank
CH-5001 Aarau
Bahnhofstrasse 58
SwitzerlandMWST-Nr.100 203

(u)Erik Umlauf

(u)Ernesto Javier Almada Gonzalez

(u)Ernst Brandenburger
Bonstadter St. 34
61194 Niddatal

(u)Errol John Voigt

(u)Estela M. Guzman Aldana

(u)Eva Schabmueller

(u)Evan Brodie

(u)Ewald Almstaedt

(u)F. Javier

(u)FUK SHING Wong

(u)Fernando Veiga

(u)Fernando Martin Anchorena

(u)Fok Yim Sheung

(u)Francisco Godinho

(u)Francisco Coca Vano

(u)Francisco Fernandez Roig

(u)Francisco Orozco Covarrubias

(u)Francois De Smet D'Olbecke

(u)Frank T. Suryan Jr.

(u)Frank-Roland Kuehnast

(u)Fred W. Telling

(u)Frederic R. Abramson

(u)Frederick Belling

(u)Friederike Werobel

(u)Friedrich Mohnle
Oberringingen 18
D-86657 Bissingen

(u)Frigga Andres

(u)Fritz Fickenscher

(u)Gabriele Stahl
Mainparkstrasse 11
63814 Mainaschaff

(u)Garfield K. Windross

(u)Gary Ravert

(u)Gavin Aslett

(u)Geoffrey F. Feldkamp

(u)George Barclay Perry

(d)George E. Di Russo
1244 SE 22 Avenue
Ocala, FL 34471-2662

(u)Georgi I Tsekov

(u)Georgios Lagadinos

(u)Geraldine Ponto

(u)Gerardo Armando Vidrio Chavez

(u)Gerd Meyer

(u)Gerhard Schuetz

(u)Gertrud Styra

(u)Gilbert Amster

(u)Gisela Conrad

(u)Gisela Schultz

(u)Glenn H. Schiffman

(u)Goldman Sachs & Co Goldman Sachs Internati

(u)Gong Cheng Hsiung

(u)Grace Farrelly
c/o Legal Services of the Hudson Valley
90 Maple Avenue
White Plains

(u)Guenter Holtkoetter

(u)Guenter Schipp

(u)H. T. Hoogstraten-Wijkmans

(u)H.-W. Schenk

(u)Hannelore Christ

(u)Hannelore Stolley

(u)Hans Derk Wewers

(u)Hans-Dieter Olsberg

(u)Hans-Hermann Weber

(u)Hans-Juergen Tersteggen

(u)Hanspeter Wittig

(d)Harold Shamah
125 Exeter Street
Brooklyn, NY 11235-3723

(u)Hector Castellanos Ramirez

(u)Heidelinde Pumm

(u)Heiner Lang

(u)Heinrich Hensch

(u)Heinrich Humpohl
Der Oberburgermeister Stadt Munster
Muenster Municipal Administration
Finances and Partic
Postanschrift: Stadt Munster
48127 Munster

(u)Heinrich Seilkopf

(u)Heinrich Stille
Eggersweg 10
Bergen29303

(u)Heinz Fiebiger

(u)Heinz-Joachim Elbe
Hans-Bohm-Zeile 32
14165 Berlin

(u)Helmut Gleim

(u)Henry Ramallo

(u)Henry Ropner

(u)Henry Manzano Haleby

(u)Henry Morgan Lawrence III

(u)Herbert Sickmueller

(u)Herbert W. Kwan

(u)Herma De Carvalho

(u)Hildegard Maria Schwartz

(u)Holly Hedge
St. Johns Hill Rd
Working Surrey
Gu2I 7RG

(u)Horst Meurer

(u)Horst Und Elisabeth Meurer

(u)Howard Terry

(u)Hulet Pieu

(u)Ida May S. Barnes

(u)Ifigeneia Georgili-Genigeorgiou

(u)Ignace Van Overbeke

(u)Ilias Famelos

(u)Ingeborg Tappe

(u)Ingo Hafner

(u)Ip Lam Sang

(d)Ira Wertentiel
PO Box 247
Oak Creek, CO 80467-0247

(u)Iris Christen

(u)Irmgard Wieczorek

(d)Isaac Shamah
219 N. Broadway
Nyack, NY 10960-1618

(u)Itamar Har-Even

(u)Ivan Aldea Alvarez
Marina No 43
Valladolid SpainCP:47009

(u)Ivan L. McKinney

(u)Ivy Shuk Yi Liu

(u)J. C. Spilt

(u)JIN LIU

(u)Jack L. Rivkin

(u)Jack S. Yee

(u)Jacqueline Nieman

(u)Jacquelyn Soffer

(u)Jaime Hernandez Gallego

(u)James Bush

(u)James Gardner

(u)James Scellato

(u)James G. Lister

(u)James J. Thomas

(u)James M. Ballentine III

(u)James P. Quismorio

(u)Janice Bobb

(d)Jason Siner
3508 Palais Terrace
Lake Worth, FL 33449-8063

(u)Jason Wallace

(u)Jason M. Goldberg CFA

(u)Javier Cosme

(u)Jay Aikens

(u)Jean Ruetze

(u)Jean Todd

(u)Jean-Paul Verhoustraeten

(u)Jeannette Mannix

(u)Jeffery K. Wardell

(u)Jeffrey Soffer

(u)Jeffrey Vanderbeek

(u)Jeffrey L. Glavan

(u)Jeffrey and Lauren Sardis

(u)Jeremy R. Kramer

(u)Jerome L. Epstein

(u)Jiansheng Jensen Shen

(du)Jin Liu

(u)Joachim Sieger

(u)Joanna Barecivic

(u)Joanna Baricevic

(u)Jocelyn J. Doe

(u)Johann Bartl
Brunnsteinerstr. 10a
KolbermoorD-83059

(u)John Adair

(u)John Dmuchowski

(u)John Leivaditis

(u)John Rosekrans

(u)John A. Sowinski

(u)John A. Whalen                  (u)John P. Beglenbonio              (u)John P. Conroy

(u)John P. Morris                  (u)John T. Shaban                   (u)John W. Calhoun

(u)Jonathan H. Rothstein           (u)Jonathan J. Breene               (u)Jonathan M. Shaw

(u)Jose Ma De Los Angeles Oliveros (u)Jose Ruiz                        (u)Jose Francisco D'Luna Canton

(u)Jose Luis Ruiz                  (u)Jose Manual Grana Molares        (u)Jose Manuel Ruiz - Tapiador Larrazabel

(u)Jose Ricardo Alcala Luna        (u)Jospeh V. Ferguson III           (d)Joyce L. Rehorst
                                                                       2123 Fox Creek Road
                                                                       Berwyn, PA 19312-2117

(u)Juan C. Vasquez                 (u)Juan Enrique Llovet Garcia       (u)Juan Enrique Llovet Rubio

(u)Juana Cano Domene               (u)Judith Ann Kenney                (u)Juerg Ruettener

(u)Juergen Klein                   (u)Juergen Werobel-La-Rochelle      (u)Julian Sutton

(u)Julianne Salvatore              (du)KA KIN WONG                     (du)Ka Kin Wong

(u)Karen M. Simon Krieger

(u)Kari Meltzer

(u)Karl Graf

(u)Katalin Tischhauser
7 Eccleston Sq.
London EnglandSW1V 1NP

(u)Katharina Wewers

(u)Kathleen Arnold

(u)Katrin Kriusk

(u)Kerstin Ruetze

(u)Kevin Mun

(u)Kit Che Fan

(u)Kitty Kit Tak Fan

(u)Klaus Peter Sauer

(u)Konstantinos Kokonas

(u)Korinna Schwerdt

(u)Kristi Brim

(u)Kurt Wolf

(u)Kurt Rainer Becher

(u)Kwong Kam Biu

(u)L. C. Hoogstraten

(u)LIN TEI TSE

(d)Lai Mei Chan

(u)Lam Ying Choi

(u)Lana Franks Harber

(u)Lars Dahike

(u)Lars Dahlke
Westpreubenstrasse 18
26954 Nordenham

(u)Lars Jacobson

(u)Lau Ha Chun

(u)Lauren Attard

(u)Lawrence Fogarazzo

(u)Lawrence Reddock

| | | |
|---|---|---|
| (u)Leda Papadopoulou | (u)Leo Merz | (u)Leonore Hensch |
| (u)Lilian Mettier | (u)Liliana Ascencio De Luna | (u)Lillian Frank De Castellanos |
| (u)Lin Hsien Hsing | (u)Lin Lai Chao Yin | (u)Lin Wen Yen |
| (u)Lin Wu Chuch | (u)Lin Yu Tang | (u)Lin Yu Ting |
| (u)Lin-Chou Chiang Hua | (u)Linda Ludwig | (u)Linda Neufeld |
| (u)Linh Vo | (u)Lisa Marcus | (u)Lori R. Fife |
| (u)Lothar Fetkenheuer | (u)Louise Nervo | (u)Louise L. Chappy |
| (u)Lowell H. Zuck | (u)Luise von Tempsky | (u)Luitgard Graul-Neumann |
| (u)Lutz Grunert | (u)Ma De La Paz Gomez Flores | (u)Ma Del Refugio Gomez Flores |
| (u)Magdalena Reibe | (u)Manfred Lachmann | (u)Manfred Nadolny |

| | | |
|---|---|---|
| (u)Manuel Alvaro Guimaraes Gomes | (u)Manuel De Santiago Garcia | (u)Manuel Duerr |
| (u)Manuel Freude | (u)Margarita Michelini | (u)Margarita Sevilla |
| (u)Margarita Rosa Merlo Lopez | (u)Maria Del Pilar Anolles | (u)Maria Dolores Llovet Garcia |
| (u)Maria Isabel Llovet Garcia | (u)Maria Sylvia Llovet Garcia | (u)Maria J. Alsina Fornt |
| (u)Marie Papillon | (u)Mark Gabbay | (u)Mark A. Mcdermott |
| (u)Marko Verbic<br>Na Grieu 19<br>4000 Kranj<br>Slovencia<br> Slovencia | (u)Marlene Wrede | (u)Marlies Wagner |
| (u)Martha Nadelman | (u)Martha Chilton Mueller | (u)Martin Kellner |
| (u)Martin Kuemmel | (u)Martin Andreas Liebich | (u)Marvin Schwerdtferger |
| (u)Marvin C. Schwartz | (u)Mary Jane DaPuzzo | (u)MaryAnne Rasmussen |
| (u)Matthew Eller | (u)Matthew Hudson | (u)Maximilian Coreth |

(u)Maximiliano Herrera Campos

(u)Maya S. Zuck

(u)Melanie Kampe

(u)Michael Burrow
Houseboat Maddalena
106 Cheyne Walk
LondonSW10 0DG

(u)Michael Pinko

(u)Michael Sela

(u)Michael Sobo

(u)Michael F. Palone

(u)Michael K. McCrory

(u)Michael L Moskowitz

(u)Michael L. Bowyer

(u)Michael Leung Wu Ma

(u)Michael R. Zodda

(u)Michael S. Feldberg

(u)Michael S. Goldberg

(u)Michael S. Schlesinger

(u)Michalina Del Rio

(u)Miczyslaw Wolski

(u)Miriam Bano Coscolla

(u)Mohinani Hassomal Bulchand

(u)Monica Diaz Clark

(u)Moshe & Hanna Shram

(u)Mr. Benito Vazquez Fernandez

(u)Mrs Missuwe
Seringenlaan 10
B 2970
 Schilde

(u)Ms. Angelina Ozores Ozores

(u)Nadia Weber-Gadler

(u)Nao Takano

(u)Natalie Savic Vulakh

(u)Natau's Menotti Arrozo

(u)Neelam P. Daryani

(u)Nestor De Jesus

(u)Ng Wai Hing

(u)Nickolas Karavolas

(u)Nicole S. Lawrence

(u)Niels K. Thygesen

(u)Nikesh P. Daryani

(d)Norma Delepine
705 Westfield Road
Scotch Plains, NJ 07076-2121

(u)Octavio R. Velasco

(u)Octavio S. Velasco

(u)Oliver Lenk

(u)Ong Elizabeth Yutan

(u)Orly Guy Adv.

(u)Parasram Daryani

(u)Patricia De Guadalupe Paramo

(u)Patricia Izquierdo Merlo

(u)Patricia Marie O'Reilly

(u)Patrick Cremin
12 Lauderdale Mansions
Lauderdale Road
Maida Vale
LondonW9 1NE

(u)Patrick J. Potter

(u)Patty Tu

(u)Paul Berlage

(u)Paul Stevenson

(u)Paul J. Bakker

(u)Paul N. Shotton

(u)Pedro Steinhardt

(d)Peter Berman
105 South 12th Street
Unit 305
Philadelphia, PA 19107-4826

(u)Peter Heun

(u)Peter Knoller

(u)Peter Pumm

(u)Peter Sattler

(u)Peter J. DaPuzzo

(u)Pierre Detournay

(du)Pietro Ferrero

(u)Po Wan Luk

(u)Poon Yuk Wah

(u)Priems Bresser
Albertplein 16 Bus 72
B-8300 Knokke Heist

(u)Quoc Truong Huynh

(u)R. Morzaria

(u)Rainer Lotsch
Auf dem Niederberg 54
D-61118 Bad Vibel

(u)Rajiv Jain
10 Jalan Besar
B1-39
Sim Lim Tower
Singapore208787

(u)Rajiv Jain
10 Jalan Besar, #B1-39
Sim Lim Tower
Singapor208787

(u)Ralf Preyer

(u)Randolph H. Emerson

(u)Regina Hernandez Tercero

(u)Reiner Mueller

(u)Renate Werneyer

(u)Reva Kirk

(u)Richard Hayne

(u)Richard Nackenson

(d)Richard Witten
1445 Flagler Dr.
Mamaroneck, NY 10543-4606

(u)Richard Grant Noble
The Field House
Tyrrells Wood
Leatherhead
SurreyKT22 8QJ

(u)Richard J. Glasebrook III

(u)Richard S. Locke

(u)Rick Gabelman

(u)Rippan Jain
10 Jalan Besar
B1-39
Sim Lim Tower
Singapore208787

(u)Rippan Jain
10 Jalan Besar, #B1-39
Sim Lim Tower
Singapore208787

(u)Robert Dimeglio

(u)Robert E. Nash

(u)Robert J. Jones

(u)Robert K. Laible

(u)Robert L. Byman

(u)Rocco F. Andriola

(u)Rodney N. Brown

(d)Rogelio Beltran
2000 David Ave
Apt. 26
Monterey, CA 93940-1958

(u)Roger Leveille

(u)Roger Trout

(d)Roger B Nagioff
c/o Watson, Farley & Williams
1133 Avenue of the Americas
New York, NY 10036-6710

(u)Roland Hansalik

(u)Ronald A. Stack

(u)Rosa Te Chen

(u)Rose Seraydar

(u)Roy Tal

(u)Ruben Garcia Gonzalez

(u)Rudolf Dudek

(u)Rudolph Hlavek

(u)Ruediger Wendisch

(u)Rutger Schimmelpenninck

(u)Ruth Butti-Widmer

(u)Ruth Jane Rayner

(u)SAU KING Tse

(u)SIU KWAN Wong

(u)Sabine Esser

(u)Sabine Naito

(u)Sachiko Abe
State Street Global Services
Midtown Tower
9-7-1 Akasaka
Minato-Ku107-6239 Tokyo

(u)Samuel E. Benjamin

(u)Samuel J. Friedman

(u)Samuel Magnus Andersen

(u)Sandra P. Nash

(u)Saraff Susheel Kumar/ Pushpa Devi

(u)Saul H. Spital

(u)Schoofs Jeanine
Tiep - Tiap 2
9660 Brakel

| | | |
|---|---|---|
| (u)Sean Preston | (u)Seth Finkel | (u)Shannon Allen |
| (u)Sharon W. Tung | (u)Shashank Agrawal | (u)Shaun Bramham |
| (u)Sheila R. Kane | (u)Shiouw-Chin Su Luo | (u)Siegried Mosch |
| (u)Silvia Neubauer | (d)Sing Heung | (u)Soneet R. Kapila |
| (u)Souad Salame | (u)Spencer Voytek | (u)Spyros N. Papadakis |
| (u)Stefan Buser | (u)Steffi Ecke | (u)Stephanie Stiefel |
| (u)Stephen Gaty | (u)Stephen B. Lax | (u)Stephen J. Friedman |
| (u)Stephen L. Hopkins | (u)Steven D. Ginsburg | (u)Steven G. Delaney |
| (u)Stratis Polychroneas | (u)Sylvia Cousins | (u)Sylvia Garcia Pastori |
| (u)Synam Limited | (u)Tal Lev Ari | (u)Tammie J. DeNio |

(u)Tang Wan

(u)Tarun Jotwani

(u)Tham Yiu Kwok

(u)Theodoros Spiratos

(u)Thomas Ketcham

(u)Thomas Pietrantonio

(u)Thomas Reynolds
Reynolds Equities LLC

(u)Tim Choy Fung

(u)Tse Siu Mui

(u)Tsu Shiu Lee

(u)Tulug Temel

(u)Ulrich Lipp

(u)Uta Knoerzer

(u)Uwe Schaper

(u)Uwe Schoenwaelder

(u)Veronique Audimiguou

(u)Vikas P. Daryani

(u)Viola Romeis

(u)Virginia Blanch Magraner

(u)W. Brian Monahan

(u)Walter Ayala
Avda. Gonzalo Ramirez 2153/901
CP 11200

(u)Walter Killing

(u)Walter Mosch

(u)Waltraud Muessel

(u)Wang Tsai Hsiang
3F, No. 6 Lane 153
Song Ren RD
Taipei Taiwan110

(u)Wayne D. Reid II

(u)Wendy Rosenthal

(u)Werner Muessel

(u)Wilfried Uttendorf

(u)William Conners

(u)William Connors

(u)William Kuntz

(u)William Kuntz III

(u)William Skolnick

(u)William Vereker
13 Dawson Place
W2 4th L:ondon

(u)William A. Wagner

(u)William C. Smith

(d)William H. Smith
9595 Redbird Lane
Alpharetta, GA 30022-7101

(u)Wolfgang Krause

(u)Wulf Bayha

(u)YEE MING Shen

(u)YIN YING LEUNG

(u)YUEN FUN Tang

(u)Yang Lien Nih

(u)Yen Shu Meei Lee

(u)Yeung So Fan

(du)Yin Ying Leung

(u)Yuen Sum Kwok

(u)Zoologische Gesellschaft Frankfurt

(u)Zulema Mallo

End of Label Matrix
Mailable recipients  2935
Bypassed recipients  2732
Total                5667