Form 210A (10/06)

# UNITED STATES BANKRUTPCY COURT

## Southern District of New York

In re **Lehman Brothers Holdings, Inc.**          Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**

CVIC Lux Master S.a.r.l

**Name of Transferor**

Potomac River Capital Master Fund, LP

**Name and Address where notices to Transferee should be sent:**
c/o CarVal Investors UK limited
25 Great Pulteney Street, 3rd Floor
London W1F 9LT
United Kingdom

Court Claim# (if Known): **19677**
Amount of Claim: **$377,255.44**
Date Claim Filed: **September 11, 2009**
Debtor: **Lehman Brothers Holdings Inc.**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ David Short**          Date:   **August 14, 2012**
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Potomac River Capital Master Fund, L.P. ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $377,255.44 | 19677 |

have been transferred and assigned to ~~CVF~~ CVIC Lux Master S.a.r.l. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: ~~CVF~~ CVIC Lux Master S.a.r.l.
Address: c/o CarVal Investors UK Limited
25 Great Pulteney Street
3rd Floor
London
W1F 9LT,
United Kingdom

BY CARVAL INVESTORS UK LIMITED
Signature: _____
Name: ~~DAVID SHORT~~
Title: ~~OPERATIONS MANAGER~~
Date: _____

ASSIGNOR: Potomac River Capital Master Fund, L.P.
Address: c/o Seward & Kissel LLP
Attn: Justin L. Schearer, Esq.
One Battery Park Plaza
New York, NY 10004

Signature: _____
Name: Mark Spindel
Title: Managing Member of General Partner
Date: July 13, 2012

1