UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (JMP)
                                                                :
                   Debtors.                                     :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x    Ref. Docket No. 29844

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 6, 2012, I caused to be served the "Notice of Withdrawal of the Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) as to Certain Claims," dated August 6, 2012 [Docket No. 29844], by causing true and correct copies to be:

   i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii. delivered via facsimile to the party listed on the annexed Exhibit B,

   iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C, and

   iv. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_/s/ Carol Zhang_
Carol Zhang

Sworn to before me this
____ day of August, 2012

_/s/ Notary_
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\LBH\Affidavits\67th Omni NOW_AFF_DI_29844_8-6-12.doc

# EXHIBIT A

**Email Addresses**

| | |
|---|---|
| aaaronson@dilworthlaw.com | karen.wagner@dpw.com |
| aalfonso@willkie.com | KDWBankruptcyDepartment@kelleydrye.com |
| abeaumont@fklaw.com | keckhardt@hunton.com |
| abraunstein@riemerlaw.com | keith.simon@lw.com |
| acaton@kramerlevin.com | Ken.Coleman@allenovery.com |
| acker@chapman.com | ken.higman@hp.com |
| adam.brezine@hro.com | kerry.moynihan@hro.com |
| adarwin@nixonpeabody.com | kgwynne@reedsmith.com |
| Adiamond@DiamondMcCarthy.com | kiplok@hugheshubbard.com |
| aeckstein@blankrome.com | kjarashow@fklaw.com |
| aentwistle@entwistle-law.com | kkelly@ebglaw.com |
| afriedman@irell.com | kkolbig@mosessinger.com |
| agbanknewyork@ag.tn.gov | klyman@irell.com |
| aglenn@kasowitz.com | klynch@formanlaw.com |
| agold@herrick.com | kmayer@mccarter.com |
| agoldstein@tnsj-law.com | kobak@hugheshubbard.com |
| aisenberg@saul.com | korr@orrick.com |
| akantesaria@oppenheimerfunds.com | kovskyd@pepperlaw.com |
| akolod@mosessinger.com | kpiper@steptoe.com |
| akornikova@lcbf.com | kressk@pepperlaw.com |
| alum@ftportfolios.com | KReynolds@mklawnyc.com |
| amarder@msek.com | krosen@lowenstein.com |
| amartin@sheppardmullin.com | kuehn@bragarwexler.com |
| AMcMullen@BoultCummings.com | kurt.mayr@bgllp.com |
| amenard@tishmanspeyer.com | lacyr@sullcrom.com |
| anann@foley.com | Landon@StreusandLandon.com |
| Andrew.Brozman@cliffordchance.com | lapeterson@foley.com |
| andrew.lourie@kobrekim.com | lathompson@co.sanmateo.ca.us |
| angelich.george@arentfox.com | lberkoff@moritthock.com |
| ann.reynaud@shell.com | Lee.Stremba@troutmansanders.com |
| anthony_boccanfuso@aporter.com | lgotko@fklaw.com |
| aoberry@bermanesq.com | lgranfield@cgsh.com |
| aostrow@beckerglynn.com | lhandelsman@stroock.com |
| apo@stevenslee.com | linda.boyle@twtelecom.com |
| aquale@sidley.com | lisa.ewart@wilmerhale.com |
| arahl@reedsmith.com | lisa.kraidin@allenovery.com |
| arheaume@riemerlaw.com | LJKotler@duanemorris.com |
| arlbank@pbfcm.com | lkatz@ltblaw.com |
| arosenblatt@chadbourne.com | LKISS@KLESTADT.COM |
| arthur.rosenberg@hklaw.com | lmarinuzzi@mofo.com |
| arwolf@wlrk.com | Lmay@coleschotz.com |
| aseuffert@lawpost-nyc.com | lmcgowen@orrick.com |
| ashaffer@mayerbrown.com | lml@ppgms.com |
| ashmead@sewkis.com | lnashelsky@mofo.com |

| | |
|---|---|
| asnow@ssbb.com | loizides@loizides.com |
| aunger@sidley.com | lromansic@steptoe.com |
| austin.bankruptcy@publicans.com | lscarcella@farrellfritz.com |
| avenes@whitecase.com | lschweitzer@cgsh.com |
| azylberberg@whitecase.com | lsilverstein@potteranderson.com |
| bankr@zuckerman.com | lubell@hugheshubbard.com |
| bankruptcy@goodwin.com | lwhidden@salans.com |
| bankruptcy@morrisoncohen.com | mabrams@willkie.com |
| bankruptcy@ntexas-attorneys.com | MAOFILING@CGSH.COM |
| bankruptcymatters@us.nomura.com | Marc.Chait@SC.com |
| barbra.parlin@hklaw.com | margolin@hugheshubbard.com |
| bbisignani@postschell.com | mark.bane@ropesgray.com |
| bcarlson@co.sanmateo.ca.us | mark.deveno@bingham.com |
| bdk@schlamstone.com | mark.ellenberg@cwt.com |
| bguiney@pbwt.com | mark.ellenberg@cwt.com |
| bkmail@prommis.com | mark.hellerer@pillsburylaw.com |
| bmanne@tuckerlaw.com | mark.sherrill@sutherland.com |
| BMiller@mofo.com | martin.davis@ots.treas.gov |
| boneill@kramerlevin.com | Marvin.Clements@ag.tn.gov |
| Brian.Corey@greentreecreditsolutions.com | matt@willaw.com |
| brosenblum@jonesday.com | matthew.klepper@dlapiper.com |
| broy@rltlawfirm.com | maustin@orrick.com |
| bruce.wright@sutherland.com | max.polonsky@skadden.com |
| bstrickland@wtplaw.com | mbenner@tishmanspeyer.com |
| btrust@mayerbrown.com | mberman@nixonpeabody.com |
| bturk@tishmanspeyer.com | mberman@nixonpeabody.com |
| bwolfe@sheppardmullin.com | mbienenstock@dl.com |
| bzabarauskas@crowell.com | mbloemsma@mhjur.com |
| cahn@clm.com | mbossi@thompsoncoburn.com |
| calbert@reitlerlaw.com | mcademartori@sheppardmullin.com |
| canelas@pursuitpartners.com | mcantor@normandyhill.com |
| carol.weinerlevy@bingham.com | mccombst@sullcrom.com |
| cbelisle@wfw.com | mcordone@stradley.com |
| cbelmonte@ssbb.com | mcto@debevoise.com |
| cbrotstein@bm.net | mcyganowski@oshr.com |
| cdesiderio@nixonpeabody.com | mdorval@stradley.com |
| cgoldstein@stcwlaw.com | melorod@gtlaw.com |
| chammerman@paulweiss.com | meltzere@pepperlaw.com |
| charles@filardi-law.com | metkin@lowenstein.com |
| charles_malloy@aporter.com | mfeldman@willkie.com |
| chipford@parkerpoe.com | mgordon@briggs.com |
| chris.donoho@lovells.com | mgreger@allenmatkins.com |
| christopher.schueller@bipc.com | mh1@mccallaraymer.com |
| clarkb@sullcrom.com | mhopkins@cov.com |
| clynch@reedsmith.com | michael.frege@cms-hs.com |

| | |
|---|---|
| cmontgomery@salans.com | michael.kelly@monarchlp.com |
| cohen@sewkis.com | michael.kim@kobrekim.com |
| colea@gtlaw.com | michael.mccrory@btlaw.com |
| cp@stevenslee.com | michael.reilly@bingham.com |
| cpappas@dilworthlaw.com | millee12@nationwide.com |
| craig.goldblatt@wilmerhale.com | miller@taftlaw.com |
| crmomjian@attorneygeneral.gov | mimi.m.wong@irscounsel.treas.gov |
| cs@stevenslee.com | mitchell.ayer@tklaw.com |
| csalomon@beckerglynn.com | mjedelman@vedderprice.com |
| cschreiber@winston.com | MJR1@westchestergov.com |
| cshore@whitecase.com | mkjaer@winston.com |
| cshulman@sheppardmullin.com | mlahaie@akingump.com |
| ctatelbaum@adorno.com | MLandman@lcbf.com |
| cwalsh@mayerbrown.com | mlichtenstein@crowell.com |
| cward@polsinelli.com | mlynch2@travelers.com |
| cweber@ebg-law.com | mmendez@hunton.com |
| cweiss@ingramllp.com | mmooney@deilylawfirm.com |
| dallas.bankruptcy@publicans.com | mmorreale@us.mufg.jp |
| daniel.guyder@allenovery.com | mneier@ibolaw.com |
| dave.davis@isgria.com | monica.lawless@brookfieldproperties.com |
| david.bennett@tklaw.com | mpage@kelleydrye.com |
| david.heller@lw.com | mparry@mosessinger.com |
| david.powlen@btlaw.com | mpomerantz@julienandschlesinger.com |
| david.seligman@kirkland.com | mprimoff@kayescholer.com |
| davids@blbglaw.com | mpucillo@bermanesq.com |
| davidwheeler@mvalaw.com | mrosenthal@gibsondunn.com |
| dbalog@intersil.com | mruetzel@whitecase.com |
| dbarber@bsblawyers.com | mschimel@sju.edu |
| dbaumstein@whitecase.com | mschlesinger@julienandschlesinger.com |
| dbesikof@loeb.com | msegarra@mayerbrown.com |
| dcimo@gjb-law.com | mshiner@tuckerlaw.com |
| dcoffino@cov.com | msiegel@brownrudnick.com |
| dcrapo@gibbonslaw.com | msolow@kayescholer.com |
| ddavis@paulweiss.com | mspeiser@stroock.com |
| ddrebsky@nixonpeabody.com | mstamer@akingump.com |
| ddunne@milbank.com | mvenditto@reedsmith.com |
| deggermann@kramerlevin.com | mwarren@mtb.com |
| deggert@freebornpeters.com | nathan.spatz@pillsburylaw.com |
| demetra.liggins@tklaw.com | ncoco@mwe.com |
| dfelder@orrick.com | neal.mann@oag.state.ny.us |
| dflanigan@polsinelli.com | ned.schodek@shearman.com |
| dgrimes@reedsmith.com | neilberger@teamtogut.com |
| dhayes@mcguirewoods.com | newyork@sec.gov |
| dheffer@foley.com | nfurman@scottwoodcapital.com |
| diconzam@gtlaw.com | Nherman@morganlewis.com |

| | |
|---|---|
| djoseph@stradley.com | nickolas.karavolas@pillsburylaw.com |
| dkleiner@velaw.com | nissay_10259-0154@mhmjapan.com |
| dkozusko@willkie.com | nlepore@schnader.com |
| dlemay@chadbourne.com | notice@bkcylaw.com |
| dlipke@vedderprice.com | oipress@travelers.com |
| dludman@brownconnery.com | otccorpactions@finra.org |
| dmcguire@winston.com | paronzon@milbank.com |
| dmurray@jenner.com | patrick.oh@freshfields.com |
| dneier@winston.com | paul.turner@sutherland.com |
| dodonnell@milbank.com | pbattista@gjb-law.com |
| dove.michelle@dorsey.com | pbosswick@ssbb.com |
| dpegno@dpklaw.com | pdublin@akingump.com |
| draelson@fisherbrothers.com | peisenberg@lockelord.com |
| dravin@wolffsamson.com | peter.gilhuly@lw.com |
| drose@pryorcashman.com | peter.macdonald@wilmerhale.com |
| drosenzweig@fulbright.com | peter.simmons@friedfrank.com |
| drosner@goulstonstorrs.com | peter@bankrupt.com |
| drosner@kasowitz.com | pfeldman@oshr.com |
| dshaffer@wtplaw.com | phayden@mcguirewoods.com |
| dshemano@pwkllp.com | pmaxcy@sonnenschein.com |
| dspelfogel@foley.com | ppascuzzi@ffwplaw.com |
| dtatge@ebglaw.com | ppatterson@stradley.com |
| dtheising@harrisonmoberly.com | psp@njlawfirm.com |
| dwdykhouse@pbwt.com | ptrain-gutierrez@kaplanlandau.com |
| dwildes@stroock.com | ptrostle@jenner.com |
| dworkman@bakerlaw.com | r.stahl@stahlzelloe.com |
| easmith@venable.com | raj.madan@bingham.com |
| echang@steinlubin.com | ramona.neal@hp.com |
| ecohen@russell.com | ranjit.mather@bnymellon.com |
| efleck@milbank.com | raul.alcantar@ropesgray.com |
| efriedman@fklaw.com | rbeacher@pryorcashman.com |
| efriedman@friedumspring.com | rbyman@jenner.com |
| egeekie@schiffhardin.com | rdaversa@orrick.com |
| eglas@mccarter.com | relgidely@gjb-law.com |
| ehollander@whitecase.com | rfleischer@pryorcashman.com |
| ekbergc@lanepowell.com | rfrankel@orrick.com |
| eleicht@whitecase.com | rfriedman@silvermanacampora.com |
| eli.mattioli@klgates.com | rgmason@wlrk.com |
| ellen.halstead@cwt.com | rgraham@whitecase.com |
| emerberg@mayerbrown.com | rhett.campbell@tklaw.com |
| enkaplan@kaplanlandau.com | richard.fingard@newedge.com |
| eobrien@sbchlaw.com | richard.lear@hklaw.com |
| erin.mautner@bingham.com | richard.levy@lw.com |
| eschaffer@reedsmith.com | richard.tisdale@friedfrank.com |
| eschwartz@contrariancapital.com | richard@rwmaplc.com |

| | |
|---|---|
| esmith@dl.com | ritkin@steptoe.com |
| etillinghast@sheppardmullin.com | RJones@BoultCummings.com |
| ezujkowski@emmetmarvin.com | rleek@HodgsonRuss.com |
| ezweig@optonline.net | RLevin@cravath.com |
| fbp@ppgms.com | rmatzat@hahnhessen.com |
| ffm@bostonbusinesslaw.com | rmcneill@potteranderson.com |
| fhyman@mayerbrown.com | rnetzer@willkie.com |
| foont@foontlaw.com | robert.bailey@bnymellon.com |
| francois.janson@hklaw.com | robert.dombroff@bingham.com |
| fsosnick@shearman.com | robert.henoch@kobrekim.com |
| fyates@sonnenschein.com | robert.malone@dbr.com |
| gabriel.delvirginia@verizon.net | Robert.yalen@usdoj.gov |
| gbray@milbank.com | Robin.Keller@Lovells.com |
| geraci@thalergertler.com | roger@rnagioff.com |
| ggitomer@mkbattorneys.com | ronald.silverman@bingham.com |
| ggoodman@foley.com | ross.martin@ropesgray.com |
| giddens@hugheshubbard.com | rqureshi@reedsmith.com |
| gkaden@goulstonstorrs.com | rrainer@wmd-law.com |
| glenn.siegel@dechert.com | rreid@sheppardmullin.com |
| gmoss@riemerlaw.com | rroupinian@outtengolden.com |
| gravert@ravertpllc.com | rrussell@andrewskurth.com |
| gspilsbury@jsslaw.com | rterenzi@stcwlaw.com |
| guzzi@whitecase.com | russj4478@aol.com |
| harrisjm@michigan.gov | rwasserman@cftc.gov |
| harveystrickon@paulhastings.com | rwyron@orrick.com |
| hbeltzer@mayerbrown.com | s.minehan@aozorabank.co.jp |
| heim.steve@dorsey.com | sabin.willett@bingham.com |
| heiser@chapman.com | sabramowitz@velaw.com |
| hollace.cohen@troutmansanders.com | SABVANROOY@HOTMAIL.COM |
| holsen@stroock.com | sagolden@hhlaw.com |
| howard.hawkins@cwt.com | Sally.Henry@skadden.com |
| hseife@chadbourne.com | samuel.cavior@pillsburylaw.com |
| hsnovikoff@wlrk.com | sandyscafaria@eaton.com |
| hsteel@brownrudnick.com | Sara.Tapinekis@cliffordchance.com |
| icatto@mwe.com | scargill@lowenstein.com |
| igoldstein@dl.com | schannej@pepperlaw.com |
| ilevee@lowenstein.com | Schepis@pursuitpartners.com |
| ira.herman@tklaw.com | schnabel.eric@dorsey.com |
| isgreene@hhlaw.com | schristianson@buchalter.com |
| israel.dahan@cwt.com | schwartzmatthew@sullcrom.com |
| iva.uroic@dechert.com | scottshelley@quinnemanuel.com |
| jacobsonn@sec.gov | scousins@armstrongteasdale.com |
| james.heaney@lawdeb.com | sdnyecf@dor.mo.gov |
| james.mcclammy@dpw.com | sehlers@armstrongteasdale.com |
| james.sprayregen@kirkland.com | seichel@crowell.com |

| | |
|---|---|
| jamestecce@quinnemanuel.com | sfelderstein@ffwplaw.com |
| jamie.nelson@dubaiic.com | sfineman@lchb.com |
| jar@outtengolden.com | sfox@mcguirewoods.com |
| jason.jurgens@cwt.com | sgordon@cahill.com |
| jay.hurst@oag.state.tx.us | sgubner@ebg-law.com |
| jay@kleinsolomon.com | shannon.nagle@friedfrank.com |
| Jbecker@wilmingtontrust.com | sharbeck@sipc.org |
| jbeemer@entwistle-law.com | shari.leventhal@ny.frb.org |
| jbeiers@co.sanmateo.ca.us | shgross5@yahoo.com |
| jbird@polsinelli.com | sidorsky@butzel.com |
| jbromley@cgsh.com | slerman@ebglaw.com |
| jcarberry@cl-law.com | slerner@ssd.com |
| jchristian@tobinlaw.com | slevine@brownrudnick.com |
| jdoran@haslaw.com | SLoden@DiamondMcCarthy.com |
| Jdrucker@coleschotz.com | smayerson@ssd.com |
| jdyas@halperinlaw.net | smillman@stroock.com |
| jean-david.barnea@usdoj.gov | smulligan@bsblawyers.com |
| jeanites@whiteandwilliams.com | snewman@katskykorins.com |
| jeannette.boot@wilmerhale.com | sory@fdlaw.com |
| jeff.wittig@coair.com | spiotto@chapman.com |
| jeffery.black@bingham.com | splatzer@platzerlaw.com |
| jeffrey.sabin@bingham.com | SRee@lcbf.com |
| jeldredge@velaw.com | sschultz@akingump.com |
| jen.premisler@cliffordchance.com | sselbst@herrick.com |
| jennifer.demarco@cliffordchance.com | sshimshak@paulweiss.com |
| jennifer.gore@shell.com | sskelly@teamtogut.com |
| jeremy.eiden@ag.state.mn.us | sstarr@starrandstarr.com |
| jfalgowski@reedsmith.com | steele@lowenstein.com |
| jflaxer@golenbock.com | stephen.cowan@dlapiper.com |
| jfox@joefoxlaw.com | steve.ginther@dor.mo.gov |
| jfreeberg@wfw.com | steven.troyer@commerzbank.com |
| jg5786@att.com | steven.usdin@flastergreenberg.com |
| jgenovese@gjb-law.com | steven.wilamowsky@bingham.com |
| jguy@orrick.com | steven@blbglaw.com |
| jherzog@gklaw.com | Streusand@StreusandLandon.com |
| jhiggins@fdlaw.com | susheelkirpalani@quinnemanuel.com |
| jhorgan@phxa.com | sweyl@haslaw.com |
| jhuggett@margolisedelstein.com | swolowitz@mayerbrown.com |
| jim@atkinslawfirm.com | szuch@wiggin.com |
| jjoyce@dresslerpeters.com | tannweiler@greerherz.com |
| jjtancredi@daypitney.com | tarbit@cftc.gov |
| jjureller@klestadt.com | tbrock@ssbb.com |
| jkehoe@btkmc.com | tdewey@dpklaw.com |
| jlamar@maynardcooper.com | tduffy@andersonkill.com |
| jlawlor@wmd-law.com | teresa.oxford@invescoaim.com |

| | |
|---|---|
| jlee@foley.com | TGoren@mofo.com |
| jlevitin@cahill.com | thaler@thalergertler.com |
| jlipson@crockerkuno.com | thomas.califano@dlapiper.com |
| jlovi@steptoe.com | Thomas_Noguerola@calpers.ca.gov |
| jlscott@reedsmith.com | tim.desieno@bingham.com |
| jmaddock@mcguirewoods.com | timothy.brink@dlapiper.com |
| jmakower@tnsj-law.com | timothy.palmer@bipc.com |
| jmazermarino@msek.com | tjfreedman@pbnlaw.com |
| jmcginley@wilmingtontrust.com | tkarcher@dl.com |
| jmelko@gardere.com | tkiriakos@mayerbrown.com |
| jmerva@fult.com | tlauria@whitecase.com |
| jmmurphy@stradley.com | tmacwright@whitecase.com |
| jmr@msf-law.com | tmarrion@haslaw.com |
| jnadritch@olshanlaw.com | tnixon@gklaw.com |
| jnm@mccallaraymer.com | toby.r.rosenberg@irscounsel.treas.gov |
| john.monaghan@hklaw.com | tomwelsh@orrick.com |
| john.rapisardi@cwt.com | tony.davis@bakerbotts.com |
| jorbach@hahnhessen.com | tslome@msek.com |
| Joseph.Cordaro@usdoj.gov | ttracy@crockerkuno.com |
| joshua.dorchak@bingham.com | twheeler@lowenstein.com |
| jowen769@yahoo.com | ukreppel@whitecase.com |
| jowolf@law.nyc.gov | Villa@StreusandLandon.com |
| joy.mathias@dubaiic.com | vmilione@nixonpeabody.com |
| JPintarelli@mofo.com | vrubinstein@loeb.com |
| jporter@entwistle-law.com | walter.stuart@freshfields.com |
| jprol@lowenstein.com | wanda.goodloe@cbre.com |
| jrabinowitz@rltlawfirm.com | WBallaine@lcbf.com |
| jrsmith@hunton.com | wbenzija@halperinlaw.net |
| jschwartz@hahnhessen.com | wchen@tnsj-law.com |
| jsheerin@mcguirewoods.com | wcurchack@loeb.com |
| jshickich@riddellwilliams.com | wdase@fzwz.com |
| jsmairo@pbnlaw.com | wfoster@milbank.com |
| jstoll@mayerbrown.com | william.m.goldman@dlapiper.com |
| jsullivan@mosessinger.com | wiltenburg@hugheshubbard.com |
| jteitelbaum@tblawllp.com | wisotska@pepperlaw.com |
| jtimko@shutts.com | wk@pwlawyers.com |
| jtougas@mayerbrown.com | wmaher@wmd-law.com |
| judy.morse@crowedunlevy.com | wmarcari@ebglaw.com |
| jvail@ssrl.com | wmckenna@foley.com |
| jwallack@goulstonstorrs.com | wsilverm@oshr.com |
| jwang@sipc.org | wswearingen@llf-law.com |
| jwcohen@daypitney.com | wtaylor@mccarter.com |
| jweiss@gibsondunn.com | wweintraub@fklaw.com |
| jwest@velaw.com | wzoberman@bermanesq.com |
| jwh@njlawfirm.com | yamashiro@sumitomotrust.co.jp |

kanema@formanlaw.com    YUwatoko@mofo.com

# EXHIBIT B

08-13555-mg    Doc 30036    Filed 08/14/12    Entered 08/14/12 19:00:25    Main Document
Pg 11 of 16

| Name | Fax |
| --- | --- |
| OFFICE OF THE US TRUSTEE T H DAVIS E GASPARINI A SCHWARTZ | 212-668-2255 |

08-13555-mg    Doc 30036    Filed 08/14/12    Entered 08/14/12 19:00:25    Main Document
Pg 12 of 16

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| CANYON BALANCED MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON BALANCED MASTER FUND, LTD. | C/O CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR ATTN: JONATHAN KAPLAN, JOHN PLAGA LOS ANGELES CA 90067 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S ATTANASIOM ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANSIO, ALEX R. ROVIRA 787 SEVENTH AVUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION FUND, L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND, L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND, L.P. | C/O NATIONAL CORPORATE RESEARCH 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| CANYON VALUE REALIZATION FUND, L.P. | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |

**Total Creditor count  13**