Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11
                                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,                          :    Case No. 08-13555 (JMP)
                                                                :
Debtors.                                                        :    (Jointly Administered)
                                                                :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIMS

PLEASE TAKE NOTICE that Bingham McCutchen LLP hereby withdraws with prejudice proofs of claim numbers 19474, 19475, 19476, 19477, 19478, 19479, 19480, 19481, 19482, 19483, 19484, 19485, 19486, 19493, 19494, 19495, 19496, 19497, 19498 and 19499; and that the claims register maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated:  August 15, 2012
        New York, New York

                                                **BINGHAM MCCUTCHEN LLP**

                                                By: /s/ Joshua Dorchak
                                                    Joshua Dorchak
                                                    joshua.dorchak@bingham.com
                                                    399 Park Avenue
                                                    New York, New York 10022
                                                    (212) 705-7000

A/75104971.1