, 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Lehman Brothers Holdings Inc.              Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HALCYON LOAN TRADING FUND LLC             BARCLAYS BANK PLC
Name of Transferee                        Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 18080
should be sent:                                 Amount of Claim: $1,600,000.00 (as allowed)
                                                Amount of Claim Transferred: $800,000.00 (as
HALCYON LOAN TRADING FUND LLC                   allowed)
C/O HALCYON ASSET MANAGEMENT LP                 Date Claim Filed: September 18, 2009
477 MADISON AVENUE - 8TH FLOOR
NEW YORK, NEW YORK 10022
ATTENTION: MATT SELTZER
TELEPHONE: 212-303-9487
FAX: 212-838-8299
FAX: 1-877-737-7680


Phone:_____    Phone: _____
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

HALCYON LOAN TRADING FUND LLC

By: Halcyon Offshore Asset Management LLC,
Its Investment Manager

By: _____    Date: _8/14/12_____

James W. Sykes
Managing Principal
Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

David Martino
Controller

EXHIBIT A-2

### EVIDENCE OF TRANSFER OF LBHI CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Barclays Bank PLC** ("Seller") has unconditionally and irrevocably sold, transferred and assigned to **Halcyon Loan Trading Fund LLC** ("Buyer") an undivided interest equal to $800,000 in allowed amount (the "Buyer's Interest") of all of Seller's rights, title and interest in and to Seller's claim (which has been assigned proof of claim no. 18080 (the "Claim") against Lehman Brothers Holdings Inc. ("Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Buyer's Interest to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Buyer's Interest to Buyer and recognizing Buyer as the sole owner and holder of the Buyer's Interest. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all notices relating to the Buyer's Interest, and all payments or distributions of money or property in respect of the Buyer's Interest, shall hereafter be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 10th day of August, 2012.

| SELLER: | BUYER: |
|---|---|
| BARCLAYS BANK PLC | HALCYON LOAN TRADING FUND LLC |
| | By: Halcyon Offshore Management LLC, |
| | It's Investment Manager |
| Name: _____ Authorized Signatory | Name: |
| Title: | Title:  David Martino |
| Aileen Montana | Controller |
| Vice President | |
| | James W. Sykes |
| | Managing Principal |