**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                      :       **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*      :       **08-13555 (JMP)**
:
Debtors.                                    :       **(Jointly Administered)**
:
------------------------------------------------------------------------x       **Ref. Docket Nos. 29924 & 29928-**
                                                                        **29932**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 9, 2012, I caused to be served the following:

    a)  "Lehman Brothers Holdings Inc.'s Objection to Michael K. McCully's and Michael J. Mullen's Motion Pursuant to Fed. R. Bankr. P. 7023 to Certify a Class of RSU Claimants, Appoint Class Counsel and Class Representatives, and Approve the Form and Manner of Notice to Class Members," dated August 9, 2012 [Docket No. 29924], (the "RSU Claimants Objection"),

    b)  "Notice of Adjournment of One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated August 9, 2012 [Docket No. 29928], (the "138th Omnibus NOA"),

    c)  "Notice of Adjournment of Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated August 9, 2012 [Docket No. 29929], (the "228th Omnibus NOA"),

    d)  "Notice of Adjournment of Three Hundred Seventeenth Omnibus Objection to Claims (No Liability LBL Employee Claims) Solely as to Certain Claim," dated August 9, 2012 [Docket No. 29930], (the "317th Omnibus NOA"),

    e)  "Notice of Withdrawal of Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claim," dated August 9, 2012 [Docket No. 29931], (the "228th Omnibus NOW"), and

f)  "Notice of Withdrawal of Two Hundred Thirty-Third Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claim," dated August 9, 2012 [Docket No. 29932], (the "233rd Omnibus NOW"),

by causing true and correct copies of the:

i.  RSU Claimants Objection, 138th Omnibus NOA, 228th Omnibus NOA, 317th Omnibus NOA, 228th Omnibus NOW, and 233rd Omnibus NOW, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii.  RSU Claimants Objection, 138th Omnibus NOA, 228th Omnibus NOA, 317th Omnibus NOA, 228th Omnibus NOW, and 233rd Omnibus NOW, to be delivered via facsimile to the party listed on the annexed Exhibit B,

iii.  RSU Claimants Objection, 138th Omnibus NOA, 228th Omnibus NOA, 317th Omnibus NOA, 228th Omnibus NOW, and 233rd Omnibus NOW, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

iv.  RSU Claimants Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D,

v.  138th Omnibus NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit E,

vi.  228th Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit F,

vii.  317th Omnibus NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit G,

viii.  228th Omnibus NOW, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit H, and

ix.  233rd Omnibus NOW, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit I.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
___ day of August, 2012

_____
Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

-3-

**EXHIBIT A**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
anann@foley.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com

aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com

cohen@sewkis.com
colea@gtlaw.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com

| | | |
|---|---|---|
| dkleiner@velaw.com | etillinghast@sheppardmullin.com | jamie.nelson@dubaiic.com |
| dkozusko@willkie.com | ezujkowski@emmetmarvin.com | jar@outtengolden.com |
| dlemay@chadbourne.com | ezweig@optonline.net | jason.jurgens@cwt.com |
| dlipke@vedderprice.com | fbp@ppgms.com | jay.hurst@oag.state.tx.us |
| dludman@brownconnery.com | ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| dmcguire@winston.com | fhyman@mayerbrown.com | jbecker@wilmingtontrust.com |
| dmurray@jenner.com | foont@foontlaw.com | jbeemer@entwistle-law.com |
| dneier@winston.com | francois.janson@hklaw.com | jbeiers@co.sanmateo.ca.us |
| dodonnell@milbank.com | fsosnick@shearman.com | jbird@polsinelli.com |
| dove.michelle@dorsey.com | fyates@sonnenschein.com | jbromley@cgsh.com |
| dpegno@dpklaw.com | gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| draelson@fisherbrothers.com | gbray@milbank.com | jchristian@tobinlaw.com |
| dravin@wolffsamson.com | geraci@thalergertler.com | jdoran@haslaw.com |
| drose@pryorcashman.com | ggitomer@mkbattorneys.com | jdrucker@coleschotz.com |
| drosenzweig@fulbright.com | ggoodman@foley.com | jdyas@halperinlaw.net |
| drosner@goulstonstorrs.com | giddens@hugheshubbard.com | jean-david.barnea@usdoj.gov |
| drosner@kasowitz.com | gkaden@goulstonstorrs.com | jeanites@whiteandwilliams.com |
| dshaffer@wtplaw.com | glenn.siegel@dechert.com | jeannette.boot@wilmerhale.com |
| dshemano@pwkllp.com | gmoss@riemerlaw.com | jeff.wittig@coair.com |
| dspelfogel@foley.com | gravert@ravertpllc.com | jeffery.black@bingham.com |
| dtatge@ebglaw.com | gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| dtheising@harrisonmoberly.com | guzzi@whitecase.com | jeldredge@velaw.com |
| dwdykhouse@pbwt.com | harrisjm@michigan.gov | jen.premisler@cliffordchance.com |
| dwildes@stroock.com | harveystrickon@paulhastings.com | jennifer.demarco@cliffordchance.com |
| dworkman@bakerlaw.com | hbeltzer@mayerbrown.com | jennifer.gore@shell.com |
| easmith@venable.com | heim.steve@dorsey.com | jeremy.eiden@ag.state.mn.us |
| echang@steinlubin.com | heiser@chapman.com | jfalgowski@reedsmith.com |
| ecohen@russell.com | hollace.cohen@troutmansanders.com | jflaxer@golenbock.com |
| efleck@milbank.com | holsen@stroock.com | jfox@joefoxlaw.com |
| efriedman@fklaw.com | howard.hawkins@cwt.com | jfreeberg@wfw.com |
| efriedman@friedumspring.com | hseife@chadbourne.com | jg5786@att.com |
| egeekie@schiffhardin.com | hsnovikoff@wlrk.com | jgenovese@gjb-law.com |
| eglas@mccarter.com | hsteel@brownrudnick.com | jguy@orrick.com |
| ehollander@whitecase.com | icatto@mwe.com | jherzog@gklaw.com |
| ekbergc@lanepowell.com | igoldstein@dl.com | jhiggins@fdlaw.com |
| eleicht@whitecase.com | ilevee@lowenstein.com | jhorgan@phxa.com |
| eli.mattioli@klgates.com | ira.herman@tklaw.com | jhuggett@margolisedelstein.com |
| ellen.halstead@cwt.com | isgreene@hhlaw.com | jim@atkinslawfirm.com |
| emerberg@mayerbrown.com | israel.dahan@cwt.com | jjoyce@dresslerpeters.com |
| enkaplan@kaplanlandau.com | iva.uroic@dechert.com | jjtancredi@daypitney.com |
| eobrien@sbclaw.com | jacobsonn@sec.gov | jjureller@klestadt.com |
| erin.mautner@bingham.com | james.heaney@lawdeb.com | jkehoe@btkmc.com |
| eschaffer@reedsmith.com | james.mcclammy@dpw.com | jlamar@maynardcooper.com |
| eschwartz@contrariancapital.com | james.sprayregen@kirkland.com | jlawlor@wmd-law.com |
| esmith@dl.com | jamestecce@quinnemanuel.com | jlee@foley.com |

| | | |
|---|---|---|
| jlevitin@cahill.com | karen.wagner@dpw.com | lromansic@steptoe.com |
| jlipson@crockerkuno.com | kdwbankruptcydepartment@kelleydrye.com | lscarcella@farrellfritz.com |
| jlovi@steptoe.com | keckhardt@hunton.com | lschweitzer@cgsh.com |
| jlscott@reedsmith.com | keith.simon@lw.com | lsilverstein@potteranderson.com |
| jmaddock@mcguirewoods.com | ken.coleman@allenovery.com | lubell@hugheshubbard.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | lwhidden@salans.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | mabrams@willkie.com |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | maofiling@cgsh.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | marc.chait@sc.com |
| jmerva@fult.com | kjarashow@fklaw.com | margolin@hugheshubbard.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.bane@ropesgray.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.deveno@bingham.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.ellenberg@cwt.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | mark.hellerer@pillsburylaw.com |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | mark.sherrill@sutherland.com |
| jorbach@hahnhessen.com | korr@orrick.com | martin.davis@ots.treas.gov |
| joseph.cordaro@usdoj.gov | kovskyd@pepperlaw.com | marvin.clements@ag.tn.gov |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | matt@willaw.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | matthew.klepper@dlapiper.com |
| jowolf@law.nyc.gov | kreynolds@mklawnyc.com | maustin@orrick.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | max.polonsky@skadden.com |
| jpintarelli@mofo.com | kuehn@bragarwexler.com | mbenner@tishmanspeyer.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mberman@nixonpeabody.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mberman@nixonpeabody.com |
| jrabinowitz@rltlawfirm.com | landon@streusandlandon.com | mbienenstock@dl.com |
| jrsmith@hunton.com | lapeterson@foley.com | mbloemsma@mhjur.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mbossi@thompsoncoburn.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mcademartori@sheppardmullin.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com | mcantor@normandyhill.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mccombst@sullcrom.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mcordone@stradley.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | mcto@debevoise.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | mcyganowski@oshr.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | mdorval@stradley.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | melorod@gtlaw.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | meltzere@pepperlaw.com |
| jvail@ssrl.com | lkatz@ltblaw.com | metkin@lowenstein.com |
| jwallack@goulstonstorrs.com | lkiss@klestadt.com | mfeldman@willkie.com |
| jwang@sipc.org | lmarinuzzi@mofo.com | mgordon@briggs.com |
| jwcohen@daypitney.com | lmay@coleschotz.com | mgreger@allenmatkins.com |
| jweiss@gibsondunn.com | lmcgowen@orrick.com | mh1@mccallaraymer.com |
| jwest@velaw.com | lml@ppgms.com | mhopkins@cov.com |
| jwh@njlawfirm.com | lnashelsky@mofo.com | michael.frege@cms-hs.com |
| kanema@formanlaw.com | loizides@loizides.com | michael.kelly@monarchlp.com |

michael.kim@kobrekim.com

michael.mccrory@btlaw.com

michael.reilly@bingham.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmendez@hunton.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mpomerantz@julienandschlesinger.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

mschlesinger@julienandschlesinger.com

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

msiegel@brownrudnick.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

mvenditto@reedsmith.com

mwarren@mtb.com

nathan.spatz@pillsburylaw.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neilberger@teamtogut.com

newyork@sec.gov

nfurman@scottwoodcapital.com

nherman@morganlewis.com

nickolas.karavolas@pillsburylaw.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

oipress@travelers.com

otccorpactions@finra.org

paronzon@milbank.com

patrick.oh@freshfields.com

paul.turner@sutherland.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrain-gutierrez@kaplanlandau.com

ptrostle@jenner.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

ramona.neal@hp.com

ranjit.mather@bnymellon.com

raul.alcantar@ropesgray.com

rbeacher@pryorcashman.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfleischer@pryorcashman.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.fingard@newedge.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

richard@rwmaplc.com

ritkin@steptoe.com

rjones@boultcummings.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rmcneill@potteranderson.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rqureshi@reedsmith.com

rrainer@wmd-law.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sagolden@hhlaw.com

sally.henry@skadden.com

samuel.cavior@pillsburylaw.com

sandyscafaria@eaton.com

sara.tapinekis@cliffordchance.com

scargill@lowenstein.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

sehlers@armstrongteasdale.com

seichel@crowell.com

sfelderstein@ffwplaw.com

| | |
|---|---|
| sfineman@lchb.com | thaler@thalergertler.com |
| sfox@mcguirewoods.com | thomas.califano@dlapiper.com |
| sgordon@cahill.com | thomas_noguerola@calpers.ca.gov |
| sgubner@ebg-law.com | tim.desieno@bingham.com |
| shannon.nagle@friedfrank.com | timothy.brink@dlapiper.com |
| sharbeck@sipc.org | timothy.palmer@bipc.com |
| shari.leventhal@ny.frb.org | tjfreedman@pbnlaw.com |
| shgross5@yahoo.com | tkarcher@dl.com |
| sidorsky@butzel.com | tkiriakos@mayerbrown.com |
| slerman@ebglaw.com | tlauria@whitecase.com |
| slerner@ssd.com | tmacwright@whitecase.com |
| slevine@brownrudnick.com | tmarrion@haslaw.com |
| sloden@diamondmccarthy.com | tnixon@gklaw.com |
| smayerson@ssd.com | toby.r.rosenberg@irscounsel.treas.gov |
| smillman@stroock.com | tomwelsh@orrick.com |
| smulligan@bsblawyers.com | tony.davis@bakerbotts.com |
| snewman@katskykorins.com | tslome@msek.com |
| sory@fdlaw.com | ttracy@crockerkuno.com |
| spiotto@chapman.com | twheeler@lowenstein.com |
| splatzer@platzerlaw.com | ukreppel@whitecase.com |
| sree@lcbf.com | villa@streusandlandon.com |
| sschultz@akingump.com | vmilione@nixonpeabody.com |
| sselbst@herrick.com | vrubinstein@loeb.com |
| sshimshak@paulweiss.com | walter.stuart@freshfields.com |
| sskelly@teamtogut.com | wanda.goodloe@cbre.com |
| sstarr@starrandstarr.com | wballaine@lcbf.com |
| steele@lowenstein.com | wbenzija@halperinlaw.net |
| stephen.cowan@dlapiper.com | wchen@tnsj-law.com |
| steve.ginther@dor.mo.gov | wcurchack@loeb.com |
| steven.troyer@commerzbank.com | wdase@fzwz.com |
| steven.usdin@flastergreenberg.com | wfoster@milbank.com |
| steven.wilamowsky@bingham.com | william.m.goldman@dlapiper.com |
| steven@blbglaw.com | wiltenburg@hugheshubbard.com |
| streusand@streusandlandon.com | wisotska@pepperlaw.com |
| susheelkirpalani@quinnemanuel.com | wk@pwlawyers.com |
| sweyl@haslaw.com | wmaher@wmd-law.com |
| swolowitz@mayerbrown.com | wmarcari@ebglaw.com |
| szuch@wiggin.com | wmckenna@foley.com |
| tannweiler@greerherz.com | wsilverm@oshr.com |
| tarbit@cftc.gov | wswearingen@llf-law.com |
| tbrock@ssbb.com | wtaylor@mccarter.com |
| tdewey@dpklaw.com | wweintraub@fklaw.com |
| tduffy@andersonkill.com | wzoberman@bermanesq.com |
| teresa.oxford@invescoaim.com | yamashiro@sumitomotrust.co.jp |
| tgoren@mofo.com | yuwatoko@mofo.com |

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**

FAX LIST

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ADLER, MONA J. | 404 EAST 79TH STREET APT 28E NEW YORK NY 10021 |
| ALLRED, ANNIE | 6006 AUBURNDALE AVE APT D DALLAS TX 75205 |
| ALTIDOR, FRITZNER L. | 514 UNION ST LINDEN NJ 07036 |
| ANUWAR, SHERRINA EVELINE | FLAT 9, 9-11 WHITEHORSE BUILDING POPLAR E14 0DJ UNITED KINGDOM |
| ARAMAYO, LUIS | 6038 HIGHLAND PL. WEST NEW YORK NJ 07093 |
| AREVALO, DORIS | 196 HUTTON STREET JERSEY CITY NJ 07307 |
| ARTESINI, MONICA | IMPRUFLING 29 FRANKFURT MAIN 60389 GERMANY |
| ASHWELL, LAUREN W. | 377 RECTOR PLACE APT. 14C NEW YORK NY 10280 |
| BAKER, CAROL | 24 CAYUGA ROAD BORDENTOWN NJ 08505 |
| BARICEVIC, JOANNA M. | 238 N RAILROAD AVE STATEN ISLAND NY 10304-4261 |
| BARNETT, MATTHEW LEWIS | 22 PRIORY ROAD RICHMOND SURRECT TW93DF UNITED KINGDOM |
| BENSON, CRAIG O. | 1411 NORTH STATE PKWY #35 CHICAGO IL 60610 |
| BERTAGNA, ROBERT | 234 EAST 62ND ST. NEW YORK NY 10065 |
| BHUTANI, SARABJIT S. | 10631 WOODCHASE CIRCLE ORLANDO FL 32836 |
| BIRASCHI,PAOLA | FLAT 73 BRYANSTON COURT II GEORGE STREET LONDON, GT LON W1H 7HD UNITED KINGDOM |
| BIRNEY, JANET | 464 BUFFALO CT. WEST NEW YORK NJ 07093 |
| BORY, CHARLES H. | 11 KENSINGTON STREET LIDO BEACH NY 11561 |
| BOSSUNG, BRETT | DLA PIPER LLP (US) ATTN: JEREMY JOHNSON 1251 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020-1104 |
| BOSSUNG, BRETT | 28 WEST 69TH STREET APARTMENT 6A NEW YORK NY 10023 |
| BOUTSIOULI, BARBARA | RATHENAUPLATZ 1 FRANKFURT D60313 GERMANY |
| BREWER, KAREN H | 79 POPLAR ROAD WIMBLEDON LONDON SW193JS UNITED KINGDOM |
| BROADBENT, WILLIAM | 75 PECKSLAND ROAD GREENWICH CT 06831 |
| BROOKS, DAVID J | 22 BARTLETT DR MANHASSET NY 11030-2121 |
| BURKE, TERENCE P | 10 NORTHWICK CIRCLE KENTON MDDSX HARROW HA3 0EJ UNITED KINGDOM |
| CAMPBELL, ROBERT H | 8124 SANDY HOOK DR CLINTON WA 98236-8937 |
| CARAGIULO, NICHOLAS | 137 VANDERBILT STREET BROOKLYN NY 11218 |
| CARTY, LEA | 445 3RD ST., # 4R BROOKLYN NY 11215 |
| CHADNEY, MICHAEL | 12 GRAND UNION WALK KENTISH TOWN RD LONDON NW1 9LP UNITED KINGDOM |
| CHAMBERLAIN, DANIELLE | 105 ABERDEEN RD MATAWAN NJ 07747 |
| CHAN, ANDREW L. | 191 BAY 46 ST BROOKLYN NY 11214 |
| CHANG, ALFREDO Y. | 16 MANOR ROAD OLD GREENWICH CT 06870 |
| CHIDAMBARAM, SETHURAMAN | 221 HAMPSHIRE DRIVE PLAINSBORO NJ 08536 |
| CHISHOLM, RUPERT F. | 249 OLD NORWALK RD NEW CANAAN CT 06840-6427 |
| CHU, HELEN | 22 APPLE TREE LN WARREN NJ 07059 |
| CIONGOLI, JEFFRY J. | 167 NORMA ROAD TEANECK NJ 07666 |
| CLOVES, STEVEN | 28 BENSON QUAY WAPPING E1W 3TR UNITED KINGDOM |
| COHEN, KENNETH | 50 GROSVENOR ROAD SHORT HILLS NJ 07078 |
| COHEN, KENNETH | DLA PIPER LLP (US) ATTN: JEREMY JOHNSON 1251 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020-1104 |
| COLLIER, MICHAEL | 69 HIGHFIELD WAY RICKMANSWORTH HERTS WD3 7PP UNITED KINGDOM |
| CONTI, ANGELA | 183 DOVER STREET BROOKLYN NY 11235 |
| COOKE, OLIVER | 15 LANGTON WAY LONDON SE3 7TL UNITED KINGDOM |
| CORDULA, PATRICK | TELEMANNSTRASSE 2 FRANKFURT D60323 GERMANY |
| CORETH, MAXIMILIAN | 93 MERCER STREET NEW YORK NY 10012 |
| CORETH, MAXIMILIAN | ROBERT K. GROSS, ESQ. EATON & VAN WINKLE LLP 3 PARK AVENUE, 16TH FLOOR NEW YORK NY 10016 |
| CORNEJO, EMIL | 420 EAST 58TH STREET NEW YORK NY 10022 |
| CUCOLO, MATTHEW | 26 INWOOD DR MANALAPAN NJ 07726 |
| CURTIS, CLARE E | 41 CARLISLE AVENUE HERTS ST. ALBANS AL35LX UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| D'AMADEO, JOSEPH G | 16 HASTINGS ROAD HOLMDEL NJ 07733-2818 |
| D'ARCANGELO, MICHAEL III | 20 ALPINE ROAD GREENWICH CT 06830 |
| DAUS, FRANZ-PETER | HAENDELSTRASSE 21 HE SELIGENSTADT D63500 GERMANY |
| DE JESUS, NESTOR E | LA VILLA DE TORRIMAR REINA ANA STREET #163 GUAYNABO PR 00969 |
| DE NICOLA, MICHELA | B66 ALBION RIVERSIDE 8 HESTER ROAD LONDON SW11 4AP UNITED KINGDOM |
| DEAN, EMMA | 10 PIERHEAD WAPPING HIGH STREET LONDON E14 8BQ UNITED KINGDOM |
| DELANEY, STEVEN G | 4 VALLEY RIDGE ROAD HARRISON NY 10528-1208 |
| DELLARUSSO, RICHARD J. | 8 SUNSET ROAD DARIEN CT 06820 |
| DENNISON, G. MS. | 2 BIRDHURST 21 PORTLEY WOOD RD WHYTELEAFE, SURREY UNITED KINGDOM |
| DEWAN, JOAN M | 27 WOOD DRIVE NORWOOD MA 02062-3123 |
| DIRSCHBERGER, SALVATORE E. | FLAT 13 LUMIA LOFTS APARTMENT 160 TOWER BRIDGE ROAD LONDON SE1 3FG UNITED KINGDOM |
| DISABATO, KENNETH | 35 WALNUT ST NEW PROVIDENCE NJ 07974 |
| DMUCHOWSKI, JOHN J | 86 WINCHESTER DRIVE EAST WINDSOR NJ 08520 |
| DMUCHOWSKI, JOHN J | OMAR-JOHN C. CHAVEZ WENDY L. MAGER SMITH STRATTON WISE HEHER & BRENNAN LLP 21 RESEARCH WAY PRINCETON NJ 08540 |
| DOPLER, MARY T. | 160 CABRINI BLVD UNIT 117 NEW YORK NY 10033 |
| DUFFY, KATHLEEN C. | 375 SOUTHEND AVENUE APT 27A NEW YORK NY 10280 |
| DUNN, JOHN J. | 232 PARK AVE HUNTINGTON NY 11743-2703 |
| EASTICK, HELEN | 19 MULBERRY HILL SHENFIELD BRENTWOOD ESSEX CM 15 8JS UNITED KINGDOM |
| EISENBERG, IRWIN M. | 11 HICKORY COURT STATEN ISLAND NY 10309 |
| ENGEL, STEVEN | 15 ORAN PLACE MORGANVILLE NJ 07751 |
| ESCOBAR, CALIXTO M. JR. | 84 SHERIDAN AVE. STATEN ISLAND NY 10305 |
| FENNELL, CAROLE | 2292 8TH AVE. #3 NEW YORK NY 10027 |
| FERBER, MICHAEL | 5413 - 12 AVE BROOKLYN NY 11219 |
| FILLER, RONALD H. | 100 WARREN STREET APT# 1503 JERSEY CITY NJ 07302 |
| FISCHER, CHRISTIAN | ERLENWEG 9 HE LIEDERBACH D65835 GERMANY |
| FITZENBERGER, GERDA | GAERTNER STRASSE 7 HE HANAU D63450 GERMANY |
| FLYNN, PATRICK | 19 TENNYSON AVENUE WANSTEAD LONDON E11 2QN UNITED KINGDOM |
| FORSYTH, DAVID M. | 79 ROBINSON PLACE SHREWSBURY NJ 07702 |
| FRYER, DANIEL J. | 3 RIDGEWAY GARDENS WESTCLIFF ON SEA ESSEX SS0 8PZ UNITED KINGDOM |
| FRYER, KELLY | 49 MARITIME CLOSE KENT GREENHITHE DA9 9QW UNITED KINGDOM |
| FU, CHANEL | 240-79 DEPEW AVE. DOUGLASTON NY 11363 |
| GAMBARDELLA, LISA | 80 BAY STREET LANDING APT 3B STATEN ISLAND NY 10301 |
| GELB, JAY | 2 SEACOAST LANE SANDS POINT NY 11050 |
| GELBAND, MICHAEL | 30 STEWART ROAD SHORT HILLS NJ 07078 |
| GHOSH, SHINJIT | 444 WASHINGTON BOULEVARD, APT 2220 JERSEY CITY NJ 07310 |
| GIACONE, PETER | 48 VANDERVEER COURT ROCKVILLE CENTRE NY 11570 |
| GIANFRANCO, PAPARELLA | VIA SAN SIMPLICIANO 2 20121 MILANO ITALY |
| GIBAULT, CAROLINE | BOL. AFANASSIEVSKIY PER., D. 41, KV. 6 MOSCOW 119019 RUSSIAN FEDERATION |
| GIESE, JOHN T. | 1927 N SEDGWICK ST APT 2R CHICAGO IL 60614-5422 |
| GLASER, ANDREAS | MARKTSTRASSE 1 FRANKFURT 60388 GERMANY |
| GLEN, JAMES J. | 100 CHESTNUT HILL DRIVE NEW PROVIDENCE NJ 07974 |
| GOLDBERG, DANIEL | 240-36 66 AVENUE DOUGLASTON NY 11362 |
| GOLDBERG, LOUISE | 6 RUSSELL GROVE MILL HILL LONDON NW73QX UNITED KINGDOM |
| GOLLIN, MARK D. | FIRTH HOUSE, HATCHFORD PARK OCKHAM LANE SURREY COBHAM KT11 1LR UNITED KINGDOM |
| GOODRIDGE, JOHN A. | PITCH PLACE FARM THURSLEY SURREY GODALMING GU8 6QW UNITED KINGDOM |
| GRAVES, ADRIAN T | 17 WILLOW WAY WING BEDS LEIGHTON BUZZARD LU7 0TJ UNITED KINGDOM |
| GRAY, L.A. MS. | 48 MAYLON CLOSE BRAINTREE ESSEX CM7 2QY UNITED KINGDOM |

| Claim Name | Address Information |
| --- | --- |
| HABER, SANFORD A. | 30 INVERNESS COURT WHITE PLAINS NY 10605 |
| HAHN-COLBERT, SANDRA M | 70 BEAVER BROOK RD. HOLMES NY 12531 |
| HANSELL, PETER | 70 ELERS ROAD LONDON W139QD UNITED KINGDOM |
| HEBENBROCK, MONIKA | THOMAS-MANN-RING 16 HE DIETZENBACH D63128 GERMANY |
| HEDLUND, ROBERT G III | 126 GERRISH LANE NEW CANAAN CT 06840 |
| HIGGINS, CATHERINE M. | 7 FOREST WAY ORPINGTON KENT BRS 2AG UNITED KINGDOM |
| HOLLEB, THOMAS J. | 2023 N MOHAWK CHICAGO IL 60614 |
| HORNICK, PETER | 243 WEST 98TH STREET APARTMENT 3D NEW YORK NY 10025 |
| HOULIHAN, BRENNA A. | 546 LOCUST ST MOUNT VERNON NY 10552-2607 |
| HOWARD, NICHOLAS P. | 114 WEST ROAD NEW CANAAN CT 06840 |
| HUTCHERSON, SOPHIE L | 7 BRACKEN AVENUE LONDON SW12 8BJ UNITED KINGDOM |
| ICASIANO, SERAFIN | 560 SUSSEX AVENUE MORRISTOWN NJ 07960 |
| IRAGORRI, JULIAN | 800 5TH AVE-25C NEW YORK NY 10065-7289 |
| JENDRUSIAK, KARINA | FREIHERR-VOM-STEIN-STRASSE 56 FRANKFURT HE D60323 GERMANY |
| JONES, ANDREW L. | 95 MERTON HALL ROAD WIMBLEDON LONDON SW193PX UNITED KINGDOM |
| KAMENOFF, NICK N | 20-05 42ND STREET ASTORIA NY 11105 |
| KAMENSKY, DANIEL | 11 GREENWAY ROSLYN NY 11576 |
| KENNEY, ARTHUR J. | 200 EAST END AVE, APT 5-DE NEW YORK NY 10128 |
| KILLIAN, GARY M. | 42 FOREST AVENUE RYE NY 10580 |
| KING, HARRIET CHAN | 395 SOUTH 2ND STREET #1 BROOKLYN NY 11211 |
| KIRK, ALEX | 75 CENTRAL PARK WEST APARTMENT 9D NEW YORK NY 10023 |
| KLINGER, JEFFREY M. | 4185 PARADISE DRIVE TIBURON CA 94920 |
| KOZLOV, ANATOLY | 82 ACORN STREET STATEN ISLAND NY 10306 |
| KRASNOPOLSKY, DAVID | 115 BELVIDERE RD GLEN ROCK NJ 07452 |
| KRAUSE, MICHAEL | 35 ROSE TRELLIS IRVINE CA 926030172 |
| KRAVETZ, LARRY J | 181 HAVILAND RD STAMFORD CT 06903 |
| KUN, WILLIAM | 1958 BARRY AVENUE LOS ANGELES CA 90025 |
| KUNZ, ROBERT F. | 1858 CLUB CIRCLE COURT PAWLEYS ISLAND SC 29585 |
| LAMMIN, STEVEN | 27 GLENRIDGE PKWY MONTCLAIR NJ 07042-5007 |
| LARIT, KEITH | 3 RAPHAEL WAY WESTPOINT, CT 06880 |
| LEE, MATTHEW | 247 DEAN STREET BROOKLYN NY 11217 |
| LEV ARI, TAL | FLAT 2 STRAFFAN LODGE 1-3 BELSIZE GROVE LONDON NW3 4XE UNITED KINGDOM |
| LEWIS, SARAH J | FLAT 12 WATERLOO MANSIONS 59 WEBBER STREET LONDON,ANT SE1 0RD UNITED KINGDOM |
| LIU, AMY | 2250 BROADWAY APT 6F NEW YORK NY 10024 |
| LIVINGSTONE, JONATHAN LOUIS | FLAT 3 16 FROGNAL GARDENS LONDON NW3 GUX UNITED KINGDOM |
| LOMBARDI, MARCELLO | VICTOR SLOTOSCH-STRASSE 5E HE FRANKFURT D60388 GERMANY |
| LOPRETE, BECKY | 223 YETMAN AVENUE STATEN ISLAND NY 10307 |
| LOZANO, ROSA | 74 WEST 92 ST APT 8E NEW YORK NY 10025 |
| LUKEN, PATRICIA M. | 200 MARYLEBONE RD. #51 LONDON NW1 5PW UNITED KINGDOM |
| MAHLER, JAY M. | PO BOX 1169 CHICAGO IL 60690-1169 |
| MARTIAK, YULIYA | 5 AVERY DR OLD BRIDGE NJ 08857 |
| MARTINELLI, JOHN E. | 30 HILLSIDE AVE CEDAR GROVE NJ 07009 |
| MARTINOVIC, MARIO | STEINKAUTEWEG 10 MUEHLHEIM 63165 GERMANY |
| MARTYN, LYNETTE | 18 EUSTIS ST ARLINGTON MA 02476-7611 |
| MCCARTHY, LAWRENCE E | 635 W 42ND ST APT 30K NEW YORK NY 10036-2933 |
| MCCULLY, MICHAEL K. | 340 EAST 23RD STREET APARTMENT 5M NEW YORK NY 10010-4747 |
| MCGEE, HUGH | 5457 HOLLY SPRINGS HOUSTON TX 77056 |
| METAXAS, JAMES | 717 BIG RIDGE ESTS EAST STROUDSBURG PA 18302-7701 |
| MICHAELS, JEFFREY A. | 147 BOULEVARD MOUNTAIN LAKES NJ 07046 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MILEWITS, ALYSSA | 400 EAST 84TH STREET APT 12C NEW YORK NY 10028 |
| MITCHELL, LEE | 41 AMBROSE LANE HARPENDEN HERTS AL5 4BU UNITED KINGDOM |
| MO KAN LI | 166-05  76TH AVE. FRESH MEADOWS NY 11366 |
| MOHR, SCOTT W. | 322 HARBOR ROAD SOUTHPORT CT 06890 |
| MONTELLA, MICHAEL | 95 SHOREHAM ROAD MASSAPEQUA NY 11758 |
| MOSLEY, KARAN | 188 ELMWYND DRIVE ORANGE NJ 07050 |
| MULLEN, MICHAEL J. | 396 NORTH STREET GREENWICH CT 06830 |
| NANCOZ, SALLY | 45 BIRKENDENE RD CALDWELL NJ 07006 |
| NANKA-BRUCE, ODAATEI | 70 EARLHAM ROAD NORUICH NR2 3DF UNITED KINGDOM |
| NELSON, ANDREW M. | 9 HARBORD STREET LONDON SW6 6PL UNITED KINGDOM |
| NEVILLE, IAN A | 30 FARM ROAD RAINHAM,ESSEX RM13 9JU UNITED KINGDOM |
| NEWMAN, MARK H | FLAT 7 44 SLOANE STREET LONDON SW1X 9LU UNITED KINGDOM |
| NISCO,MARIE R. | 16126 N 171ST DRIVE SURPRISE AZ 85388 |
| NUZZELA, DANIELLE | 346 CASWELL AVE STATEN ISLAND NY 10314 |
| ODRICH, MICHAEL J. | 425 ROUND HILL ROAD GREENWICH CT 06831 |
| OLIVIER, HELMUT | UNTERER MITTEL WEG 39 HE BAD HOMBURG D61352 GERMANY |
| ORLAN, FRED | 180 HIGHLAND AVENUE SHORT HILLS NJ 07078 |
| OTAMENDI, MIGUEL | CALLE FRANCISCO SUAREZ 23, E.A., 2I MADRID 28036 SPAIN |
| OVERLANDER, KEITH F. | 34 WALTER LANE MANHASSET NY 11030 |
| PATEL, BHAVNA | 19 DORSET DRIVE KENILWORTH NJ 07033 |
| PATEL, SHAILY B. | 5109 S LA SEDONA CIR DELRAY BEACH FL 33484-8742 |
| PATTERSON, MARTIN | FOREST LODGE, NEW LODGE CHASE LITTLE BADDOW ESSEX CM3 4AZ UNITED KINGDOM |
| PEDONE, MICHAEL | 1100 PARK AVENUE APT 11-C NEW YORK NY 10128 |
| PEISKER, GERHARD | PHILIPP-REIS-STR 27 FRANKFURT/M 60486 GERMANY |
| PELAYO, CARLOS | 88 OXFORD STREET GLEN RIDGE NJ 07028 |
| PENCU, RALUCA | 325 EAST 77TH ST. APT 5G NEW YORK NY 10075 |
| PETRUCELLI, MICHAEL J. | 305 OTTAWA LANE OAK BROOK IL 60523 |
| PETTET, SHELLEY RAE SCH | 13126 W 59TH PL ARVADA CO 80004 |
| PLAVAN, KATHERINE L. | 11 WEST 69TH STREET APT 6C NEW YORK NY 10023 |
| PRANAITIS, JEFFREY D. | 14 DUCK POND RD DEMAREST NJ 07627-2307 |
| PRESTON, GERAINT N | 75 WALL STREET APT. 22M NEW YORK NY 10005 |
| PULIDO-CROWE, OLGA A. | 45 CATALPA DRIVE ATHERTON CA 94027 |
| QUINONES, RICHARD | 327 WEST 83RD STREET - APT. 4A NEW YORK NY 10024 |
| RABIN, ELI | 1213 WEST LAURELTON PARKWAY TEANECK NJ 07666 |
| RAHMAN, MOHAMMED M | 245 MAIN STREET APT 5A MILLBURN NJ 07041 |
| RAY, RAJ T | 2 THE FURLOUGH PEMBROKE ROAD WOKING, SURREY GU22 7EB LONDON UNITED KINGDOM |
| RAYMOND, RICK | 1209 EAST 55TH STREET BROOKLYN NY 11234 |
| RAYNER, RUTH J. | LARCH HOUSE HECKFIELD GREEN HOXNE, EYE SUFFOLK IP21 5AA UNITED KINGDOM |
| RHYS-TAYLOR, OPAL D | 99 GONVILLE ROAD THORTON HEATH CROYDON SURREY CR7 6DF UNITED KINGDOM |
| RIVKIN, JACK L. | PO BOX 2249 AMAGANSETT NY 11930 |
| RODRIGUEZ, NANCY | 1111 STANFORD ST. SANTA MONICA CA 90403 |
| RODRIGUEZ, NANCY | 1111 STANFORD ST SANTA MONICA CA 904034713 |
| RODRIGUEZ-COLON, ELIZABETH | URB. DOS PINOS 784 CALLE LINCE SAN JUAN PR 00923 |
| ROSE, SARAH E | 1533 LONDON ROAD ESSEX LEIGH ON SEA SS92SF UNITED KINGDOM |
| ROSS, MEREDITH H | 2882 WEST 232ND STREET TORRANCE CA 90505 |
| RUSSELL, MARK | 11 HAMILTON RD SHORT HILLS NJ 07078 |
| RUTTER, JAY P. | 16 REDMOND DR. MADISON NJ 07940 |
| SAKER, BRIAN HUGH | 67 CISSBURY RING SOUTH LONDON N12 7BG UNITED KINGDOM |
| SALVATORE, JULIANNE | 309 101ST STREET BROOKLYN NY 11209 |

| Claim Name | Address Information |
| --- | --- |
| SALZMAN, ERIC | 6 SYCAMORE DRIVE PORT WASHINGTON NY 11050 |
| SANTODOMINGO MARTELL, ALVARO | C/ JOSE SILVA 24, BJ-D MADRID 28043 SPAIN |
| SANTODOMINGO MARTELL, ALVARO | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: ELLEN HAYES & RICH MERTL. 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022 |
| SARIC, RENATO | JUGENHEIMER STRASSE 23 HE FRANKFURT M. 60528 GERMANY |
| SCAMUFFO, JOSEPH | 58 LEDGEWOOD DRIVE WILTON CT 06897 |
| SCAVONE, JOSEPH | 229 CENTRAL AVENUE DEER PARK NY 11729 |
| SCAVONE, THERESA, FOR JOSEPH SCAVONE | 229 CENTRAL AVENUE DEER PARK NY 11729-5025 |
| SCHAEFER, JEFF | C/O HAYNES AND BOONE, LLP ATTN: PETER C. RUGGERO 1221 MCKINNEY STREET, SUITE 2100 HOUSTON TX 77010 |
| SCHAUB, MARY-ELIZABETH | 513 ENGLISH PL MAMARONECK NY 10543 |
| SEERY, JAMES P | 77 LAKE ROAD GREENLAWN NY 11740-1807 |
| SENIOR, MARION J | 106 JAMAICA STREET STEPNEY LONDON E1 3HY UNITED KINGDOM |
| SEWARD, BRIAN | 56 LODGE ROAD BRAINTREE, ESSEX CM7 1JB UNITED KINGDOM |
| SHAH, ASHISH C | 1441 THIRD AVENUE APARTMENT 12C NEW YORK NY 10028 |
| SHANNON, WILLIAM E | 711 BIRCHWOOD DRIVE WESTBURY NY 11590 |
| SHAPIRO, ROSS B. | 2 HUGH HILL LANE IRVINGTON NY 10533 |
| SHEK-FREEDMAN, ADA | 521 74TH STREET BROOKLYN NY 11209 |
| SHLIMON, MICHELLE | 3241 C. CLIFTON # 2 CHICAGO IL 60657 |
| SILVERS, STEVEN T. | 12 SAGAMORE WAY SOUTH JERICHO NY 11753 |
| SIMONS, LAWRENCE G. | 35 PAMELA ROAD CORTLANDT MANOR NY 10567 |
| SINER, JASON | 3508 PALAIS TERRACE LAKE WORTH FL 33449-8063 |
| SINN, ADAM | 3333 ALLEN PKWY UNIT 1605 HOUSTON TX 77019-1844 |
| SIU, RICHARD | 191 CLINTON ST APT 3D BROOKLYN NY 11201-6299 |
| SMITH, MARGARET E | 19 TRINITY GROVE BENGEO HERTFORD, HERTS SG143HB UNITED KINGDOM |
| SNELLING, STEPHEN J | 17 THORNFIELD ROAD HERTS BISHOP'S STORTFORD CM232RB UNITED KINGDOM |
| SOLINGER, MARTHA E. | 75 HARMON AVENUE PELHAM NY 10803 |
| STAMMEL & SCHAGER, LLP | ATTN: RICHARD J. SCHAGER, JR. ONE LIBERTY PLAZA, 35TH FLOOR NEW YORK NY 10006-1404 |
| STEINBERG, DARRYL | C/O LBHI 101 HUDSON STREET, 11TH FLOOR JERSEY CITY NJ 07302 |
| STEINBERG, DARRYL | 145 WEST 67TH STREET #24C NEW YORK NY 10023 |
| STUCCHIO, ANTHONY | 1148 85TH STREET BROOKLYN NY 11228 |
| SULLIVAN, MANDY L | FLAT 20 THE GRAINSTORE 4 WESTERN GATEWAY LONDON E1G 1BA UNITED KINGDOM |
| SUTTON, JULIAN R | 33 PINE GROVE BROOKMANS PARK HERTS AL9 7BP UNITED KINGDOM |
| SWEENEY, BRAD | 235 W 56TH ST. #33E NEW YORK NY 10019 |
| TAM, JACKSON | 60 HESTER ST. A2 NEW YORK NY 10002 |
| TEMEL, TULUG T. | 18A BELSIZE SQUARE LONDON NW3 4HT UNITED KINGDOM |
| TENNANT, COLIN H | 43B BARNTON AVENUE EDINBURGH EH4 6JJ SCOTLAND |
| THOMPSON, SARAH C. | 96 EVERGREEN AVE RYE NY 10580 |
| TOSCANI, EDOARDO | VIALE DON MINZONI 38 BRESSO-MILAN 20091 ITALY |
| TOSCANI, EDOARDO | CHARLES RUSSELL LLP 5 FLEET PLACE LONDON EL4M 7RD UNITED KINGDOM |
| TRAILL, TRICIA A | 700 FIRST STREET APT. #4K HOBOKEN NJ 07030 |
| TSESMELIS, NICOLE E. | 10 VANDERLYN DRIVE MANHASSET NY 11030 |
| UPTON, EMILY S | 79 BANGALORE STREET LONDON SW15 1QF UNITED KINGDOM |
| VENEGAS, ROSA E. | PO BOX 2389 ASTORIA NY 11102-0389 |
| VENTURA, GIORGIO | VIA MELCHIORRE GIOIA 53 MILANO 20124 ITALY |
| VEREKER, WILLIAM | 13 DAWSON PLACE LONDON W2 4TH UNITED KINGDOM |
| VOLINI, PIERLUIGI | LONG MEADOW BICKLEY PARK ROAD BROMLEY, KENT BR1 2AS UNITED KINGDOM |
| VOLPE, DARCY L. | 825 KETCH DR APT 300 NAPLES FL 34103-4183 |
| WALESCH, JAY E | 1665 ADAIR BLVD CUMMING GA 30040 |

| Claim Name | Address Information |
|---|---|
| WARD, PETER | 2816 RIVERSIDE DRIVE WANTAGH NY 11793 |
| WATERS, ANDREW THOMAS | 5617 CHATEAU DRIVE SACHSE TX 75048 |
| WECKER, JEFFREY | KATTEN MUCHIN ROSENMAN LLP ATTN: STEVEN G. ECKAUS, ESQ. 575 MADISON AVENUE NEW YORK NY 10022 |
| WECKER, JEFFREY | 198 MIDDLE LINE HIGHWAY SOUTHAMPTON NY 11968 |
| WELCH, MICHAEL GODFREY | 3637 N. HAMILTON AVE. CHICAGO IL 60618 |
| WELSH, JOHN M. | 4 BROOKSIDE AVENUE RIDGEWOOD NJ 07450 |
| WILKINSON, TIMOTHY B | CORNER COTTAGE PARSONAGE LANE ESSEX LITTLE BADDOW CHELMSFORD CM3 4SU UNITED KINGDOM |
| WILSON, DAVID FLORES | 110 3RD AVENUE 5A NEW YORK NY 10003 |
| WILSON, GRAHAM RAYMOND | RUFFIELD HILL BROW BROMLEY BR1 2PQ UNITED KINGDOM |
| WINTER, HANS | ESCHENBACHSTRAAYE 33 FRANKFURT HE 60596 GERMANY |
| WITKIN, MICHAEL | 17 TREWBRIDGE CT PRINCETON NJ 08540 |
| WITKIN, MICHAEL | 17 TREBRIDGE CT. PRINCETON NJ 08540 |
| YEUNG, BRIAN | 140-37 CHERRY AVENUE APT #5B FLUSHING NY 11355 |
| YOSHIMURA, ROBIN K. | 1304 VUELTA PLACE PALOS VERDES ESTATES CA 90274 |
| YOSHIMURA, ROBIN K. | 1304 VUELTA PLACE PALO VERDES ESTATES CA 90274 |
| ZAKIAN, PAUL A. | 129 EAST 82ND STREET APT 10A NEW YORK NY 10028 |
| ZALOUM, PHILIP B | 252 STRADBROKE GROVE CLAYHALL ILFORD ESSEX 1G5 0DQ UNITED KINGDOM |
| ZANCO, MARIO | VIA CONCORDIA 10 CUSANO MILANINO 20095 ITALY |

**Total Creditor count  257**

**EXHIBIT E**

| Claim Name | Address Information |
| --- | --- |
| WESTERNBANK PUERTO RICO | C/O WILLIAM M SILVERMAN & PETER FELDMAN OTTERBOURG STEINDLER HOUSTON & ROSEN |
| | 230 PARK AVENUE NEW YORK NY 10169 |

**Total Creditor count  1**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| CERBERUS INTERNATIONAL, LTD. | C/O LOWENSTEIN SANDLER PC ATTN: ROBERT G. MINION, ESQ & RICHARD BERNSTEIN, ESQ. 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10020 |
| CERBERUS INTERNATIONAL, LTD. | C/O LOWENSTEIN SANDLER PC 1251 AVENUE OF THE AMERICAS, 18TH FLOOR ATTN: ROBERT G. MINION, ESQ. RICHARD BERNSTEIN, ESQ. NEW YORK NY 10020 |
| FPL ENERGY POWER MARKETING, LLC F/K/A | FPL ENERGY POWER MARKETING, INC ATTN: CONTRACTS/LEGAL FPL POWER MARKETING, INC. C/O RACHEL BUDKE, ESQ. 700 UNIVERSE BLVD. JUNO BEACH FL 33408 |
| FPL ENERGY POWER MARKETING, LLC F/K/A | FPL ENERGY POWER MARKETING, INC. C/O RACHEL BUDKE, ESQ. 700 UNIVERSE BLVD. JUNO BEACH FL 33408 |

Total Creditor count  4

**EXHIBIT G**

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GREZO,CHARLOTTE BRERETON | 26 HURON ROAD TOOTING LONDON, GT LON SW17 8RB UNITED KINGDOM |

**Total Creditor count  1**

**EXHIBIT H**

**LBH NOW (228th Omni) 29931 – 8/9/2012**

Massachusetts Mutual Life Insurance Company
Attn: Michelle Kunitz
1500 Main Street TS28
Springfield, MA 01115

**LBH NOW (228th Omni) 29931 – 8/9/2012**

Bingham McCutchen LLP
Attn: Steven Lozner
Re: Massachusetts Mutual Life Insurance Company
399 Park Avenue
New York, NY 10022-4689

# EXHIBIT I

**LBH NOW (233rd Omni) 29932 – 8/9/2012**

C.M. Life Insurance Company
c/o Massachusetts Mutual Life Insurance Company
Attn: Michelle Kunitz
1500 Main Street TS28
Springfield, MA 01115

**LBH NOW (233rd Omni) 29932 – 8/9/2012**

Bingham McCutchen LLP
Attn: Steven Lozner
Re: CM Life Insurance Company
399 Park Avenue
New York, NY 10022-4689