## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:  JPMorgan Chase Bank, N.A.

**JPMorgan Chase Bank, N.A.**, a national banking association, having offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **GMO Credit Opportunities Fund, L.P.**, with offices located at 40 Rowes Wharf, Boston, MA 02110 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS COMMERCIAL CORPORATION (and its affiliates) in the amount of $1,077,475.37, docketed as Claim No. 15654 as modified and allowed by an Order evidenced at docket No. 25656 in the Case (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13901 (JMP) (jointly administered under Case No. 08-13555) ("Case").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 23 day of July, 2012.

WITNESS: _____
(Signature)
Name:  Amita Bhandari
Title:  Authorized Signatory
(Print name and title of witness)

JPMorgan Chase Bank, N.A.
By: _____
(Signature of authorized signatory)
Name: Alexander Wilk
Title: Authorized Signatory
Tel.: _____

WITNESS: _____
(Signature)
Name: _____
Title: _____
(Print name and title of witness)

GMO Credit Opportunities Fund, L.P.
By: _____
(Signature of authorized signatory)
Name: Tim Lang
Title: Trader
Tel.: 617-346-7562

AOC JPM(Anglo Irish Bank) to GMO.doc

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

JPMorgan Chase Bank, N.A., a national banking association, having offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **GMO Credit Opportunities Fund, L.P.**, with offices located at 40 Rowes Wharf, Boston, MA 02110 ("Buyer"), all right, title and interest in and to the claims of Seller against **LEHMAN BROTHERS HOLDINGS INC.** (and its affiliates) in the amount of $1,077,475.37, docketed as Claim No. 15655 as modified and allowed by an Order evidenced at docket No. 25656 in the Case (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered) ("Case").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 23 day of July, 2012.

WITNESS:

_____
(Signature)
Name: Amita Bhandari
Title: Authorized Signatory
(Print name and title of witness)

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized signatory)
Name: Alexander Wilk
Title: Authorized Signatory
Tel.: _____

WITNESS:

_____
(Signature)
Name: _____
Title: _____
(Print name and title of witness)

GMO Credit Opportunities Fund, L.P.

By: _____
(Signature of authorized signatory)
Name: Tim Long
Title: Trader
Tel.: 617-346-7562

AOC JPM(Anglo Irish Bank) to GMO.doc