UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings Inc., et al.<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13555 (JMP)<br>)<br>) Jointly Administered<br>)<br>) Proof of Claim No.: **27310**<br>Date Proof of Claim Filed: **09/22/2009**<br>Amount of Claim Transferred: **$2,000,000.00** |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY PURSUANT TO FRBP RULE 3001(e)(2)

TO:   TRANSFEROR:   **GOLDMAN SACHS LENDING PARTNERS LLC**
c/o Goldman, Sachs & Co.
200 West Street
New York, NY 10282-2198
Attention:   Lauren Day
Telephone: 212-934-3921
E-mail:   gsd.link@gs.com

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **27310** against Lehman Brothers Special Financing Inc. in the amount of **$2,000,000.00** as evidenced by the attached Evidence of Transfer of Claim to:

TRANSFEREE:   **WILSHIRE INSTITUTIONAL MASTER FUND II SPC- WILSHIRE ORE HILL INTERNATIONAL SEGREGATED PORTFOLIO**
c/o GLG Ore Hill LLC
HSBC Tower
452 Fifth Ave., 27th Floor
New York, NY 10018
Attention:   Rachel Carr-Harris
Telephone: 212-224-7255
E-mail:   Rachel.carr-harris@glgpartners.com

No action is required if you do not object to the transfer of the claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

8233875

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| Wilshire Institutional Master Fund II SPC – Wilshire Ore Hill International Segregated Portfolio | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

GLG Ore Hill LLC
HSBC Tower
452 Fifth Ave, 27th Floor
New York, NY 10018
Attn: Rachel Carr-Harris
Tel: (212) 224-7255
e-mail: rachel.carr-harris@glgpartners.com

Court Claim # (if known): 27310
Amount of Claim Transferred: $2,000,000.00
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:_____   Phone:_____
Last Four Digits of Acct #: _____   Last Four Digits of Acct. #: _____

738379v.1 3091/00088                    13

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


Wilshire Institutional Master Fund II SPC – Wilshire Ore Hill    Date: 8/15/12
International Segregated Portfolio

By: GLG Ore Hill LLC

Its Investment Advisor

By: _____

Title:    **CLAUDE A. BAUM**
         **Vice President**

                                                        Date: _____

By: _____
    Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

738379v.1 3091/00088                    14

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Wilshire Institutional Master Fund II SPC -- Wilshire Ore Hill    Date: _____
International Segregated Portfolio

By: GLG Ore Hill LLC

Its Investment Advisor


By:_____

Title:_____


Date: 8/15/12

By: _____
    Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

738379v.1 3091/00088                    14