UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
            Debtors.                                             :
                                                                 :    Ref. Docket Nos. 27531, 29434,
                                                                 :    29579, 29582, 29583, 29585-29589,
                                                                 :    29592, 29593, 29602, 29614, 29617-
                                                                 :    29620, 29623, 29624, 29628, 29629,
                                                                 :    29631, 29633-29635, 29637, 29655,
                                                                 :    29660-29664, 29669, 29729, 29740,
                                                                 :    29753-29756, 29762, 29764, 29788,
                                                                 :    29793, 29794
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS SPECIAL FINANCING                                :    08-13888 (JMP)
INC.,                                                            :    (Jointly Administered)
            Debtors.                                             :
                                                                 :    Ref. Docket Nos. 348-349
                                                                 :
                                                                 :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 3, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate

postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Angharad Bowdler
Angharad Bowdler

Sworn to before me this
15th day of August, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND LP
      TRANSFEROR: ILLIQUIDX LTD
      ALDEN GLOBAL CAPITAL
      ATTN: CHRIS SCHOFIELD
      885 THIRD AVENUE
      NEW YORK NY 10022
```

Please note that your claim # 42026-01 in the above referenced case and in the amount of
    $1,000,000.00   allowed at $736,474.17    has been transferred (**unless previously expunged by court order**)

```
      LIQUIDATION OPPORTUNITIES MASTER FUND, LP
      TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND LP
      C/O ALDEN GLOBAL CAPITAL
      ATTN: CHRIS SCHOLFIELD
      885 THIRD AVENUE
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 29434    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/03/2012                          Vito Genna, Clerk of Court

                                          /s/ Angharad Bowdler
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 3, 2012.

# EXHIBIT B

```
TIME: 15:39:32                                          LEHMAN BROTHERS HOLDING INC.                                                          PAGE:    1
DATE: 08/03/12                                              CREDITOR LISTING

Name                                         Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES        TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND LP
ALTUNED HOLDINGS LLC                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER
                                             NEW YORK NY 10281
ASSET MANAGERS INTERNATIONAL LTD             C/O HARNEYS CORPORATE SERVICES LTD ATTN: CAROLYN HIRON CRAIGMUIR CHAMBERS P.O. BOX 71 ROAD TOWN, TORTOLA VIRGIN ISLANDS (BRITISH)
ATTESTOR VALUE MASTER FUND LP                TRANSFEROR: BARCLAYS BANK PLC ATTN: ANKE HEYDENREICH/ISOBELLE WHITE C/O ATTESTOR CAPITAL LLP 67-68 GROSVENOR STREET
                                             LONDON W1K 3JN UNITED KINGDOM
ATTESTOR VALUE MASTER FUND LP                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH / ISOBELLE WHITE 67-68 GROSVENOR STREET
                                             LONDON W1K 3JN UNITED KINGDOM
BANCA DI FORLI CREDITO COOPERATIVO S.C.      TRANSFEROR: ICCREA BANCA S.P.A. VIA LEOPOLDO LUCCHI, 135 CESENA PC 47521 ITALY
BANCA ESPERIA S.P.A.                         ATTN: LUCA PELLEGRINO VIA FILODRAMMATICI, 5 MILANO 20121 ITALY
BANCA MONTE DEI PASCHI DI SIENA S.P.A        ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANCA POPOLARE DELL'EMILIA ROMAGNA SOC.      VIA SAN CARLO 8/20 MODENA 41100 ITALY
 COOP.
BANCA POPOLARE DI PUGLIA E BASILICATA        TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A ATTN: RENATO QUARANTA VIA OTTAVIO SERENA, 13 ALTAMURA (BARI)   70022 ITALY
 S.C.P.A.
BANK OF AMERICA, N.A.                        TRANSFEROR: ASSET MANAGERS INTERNATIONAL LTD BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANK OF PANHSIN                              SIDLEY AUSTIN LLP ATTN: ANDREW PROPPS, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019
BANK OF PANHSIN                              TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) 27F 68 XIANMIN BLVD., SEC. 2 NEW TAIPEI CITY
                                             TAIWAN   REPUBLIC OF CHINA
BANK SARASIN & CO. LTD                       CLEARLY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDRE A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS     75008 FRANCE
BANK SARASIN & CO. LTD                       BAER & KARRER LTD., ATTN. PETER HSU BRANDSCHENKESTRASSE 90 ZURICH CH-8027 SWITZERLAND
BARCLAYS BANK PLC                            ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                            TRANSFEROR: ABSA BANK LIMITED 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                            TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOCIETA COOPERATIVA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                            TRANSFEROR: BANK OF PANHSIN ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                            TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                            TRANSFEROR: DEXIA BANK BELGIUM SA 745 SEVENTH AVENUE NEW YORK NY 10019
BBVA (SUIZA) S.A.                            TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: INIGO BERASALUCE/DIRECTOR ZELTWEG 63 ZURICH CH-8021 SWITZERLAND
BSOF MASTER FUND L.P.                        C/O BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND L.P.                        C/O BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: AUTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND L.P.                        BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: GREG GEILING 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF MASTER FUND L.P.                        TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ. 623 FIFTH AVENUE, 29TH FLOOR
                                             NEW YORK NY 10022
BSOF MASTER FUND L.P.                        TRANSFEROR: JPMORGAN CHASE BANK,N.A. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ. 623 FIFTH AVENUE, 29TH FLOOR
                                             NEW YORK NY 10022
BSOF PARALLEL MASTER FUND, L.P.              ARTHUR LIAO BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES LLC 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF PARALLEL MASTER FUND, L.P.              TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ.
                                             623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022
CANPARTNERS INVESTMENTS IV, LLC              C/O CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR ATTENTION: JONATHAN KAPLAN ATTENTION: JOHN PLAGA
                                             LOS ANGELES CA 90067
CAPITAL PARTNERS SECURITIES CO., LTD         TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: FUMIO KOJIMA ASAHI BUILDING, 6TH FLOOR 3-12-2 NIHONBASHI, CHUO-KU TOKYO 103-0027 JAPAN
CENTERBRIDGE CREDIT PARTNERS MASTER,         375 PARK AVENUE 12TH FLOOR NEW YORK NY 10152
 L.P.
CENTERBRIDGE CREDIT PARTNERS MASTER,         LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222
 L.P.
CENTERBRIDGE CREDIT PARTNERS, L.P.           375 PARK AVENUE 12TH FLOOR NEW YORK NY 10152
CENTERBRIDGE CREDIT PARTNERS, L.P.           LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222
CENTURYLINK, INC. DEFINED BENEFIT MASTER     TRANSFEROR: EMBARQ MASTER RETIREMENT TRUST 1801 CALIFORNIA STREET, SUITE 3800 DENVER CO 80202
 TRUST
CENTURYLINK, INC. DEFINED BENEFIT MASTER     TRANSFEROR: EMBARQ MASTER RETIREMENT TRUST CENTURYLINK, INC. DEFINED BENEFIT MASTER TRUST 1801 CALIFORNIA STREET, SUITE 3800
 TRUST                                       DENVER CO 80202
CHENAVARI FINANCIAL ADVISORS LTD             TRANSFEROR: EFG BANK AG ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON   SW1X 7EE UNITED KINGDOM

                                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 15:39:32                                      LEHMAN BROTHERS HOLDING INC.                                            PAGE:  2
DATE: 08/03/12                                          CREDITOR LISTING
```

| Name | Address |
|---|---|
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: GUILHEM GOYARD MANAGIN DIRECTOR 14 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: GUILHEM GOYARD MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: GUILHEM GOYARD MANAGING DIRECTOR 14 GROSVENOR CRSCENT LONDON SW1X 7EE UNITED KINGDOM |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: GUILHEM GOYARD MANAGING DIRECTOR 24 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: GUILHEM GOYARD MANAGING DIRECTOR '4 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: STICHTING THE VALUE FOUNDATION ATTN: GUILHEM GOYARD MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: STICHTING THE VALUE FOUNDATION ATTN: GUILHEM GOYARD MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | STEPHANIE TUMBIOLO CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND |
| CREDIT SUISSE AG, SINGAPORE BRANCH | TRANSFEROR: CLARIDEN LEU LTD ONE RAFFLES LINK UNIT 05-02 SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE AG, SINGAPORE BRANCH | TRANSFEROR: CREDIT SUISSE ONE RAFFLES LINK UNIT 04-02 SINGAPORE 039393 SINGAPORE |
| CVF LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LTD. 3RD FLOOR, GREAT PULTENEY STREET LONDON WIF 9LT UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK LEUMI LE-ISRAEL B.M. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DEBEKA KRANKENVERSICERUNGSVEREIN A.G. ATTN: PHILIPP ROEVER/MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DEUTSCHE SECURITIES INC. ATTENTION: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GAM EQUITY SIX, INC. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: H/2 SPECIAL OPPORTUNITIES LTD ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: H/2 TARGETED RETURN STRATEGIES I MASTER FUND LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LUXOR CAPITAL PARTNERS LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LUXOR SPECTRUM LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LUXOR WAVEFRONT LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OC 19 MASTER FUND LP - LCG ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| EFG BANK AG | GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166 |
| EFG BANK AG | BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND |
| EMBARQ MASTER RETIREMENT TRUST | 5454 W. 110TH ST OVERLAND PARK KS 66211 |
| EMBARQ MASTER RETIREMENT TRUST | 5454 W. 110TH STREET OVERLAND PARK KS 66211 |
| EMBARQ MASTER RETIREMENT TRUST | THE NORTHERN TRUST COMPANY OF CT ATTN: JOSEPH W. MCINEINEY 300 ATLANTIC ST STE 400 STAMFORD CT 06901 |
| EMBARQ MASTER RETIREMENT TRUST | JOSEPH W. MCINERNEY THE NORTHERN TRUST COMPANY OF CONNECTICUT 300 ATLANTIC STREET, SUITE 400 STAMFORD CT 06901 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES INC ATTN: STERLING HATHAWAY C/O EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES INC ATTN:STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES, INC. ATTN: STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| GAM EQUITY SIX, INC. | TRANSFEROR: BANK OF AMERICA, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BBVA (SUIZA) S.A. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 15:39:32                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE: 3
DATE: 08/03/12                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| GOLDMAN, SACHS & CO. | TRANSFEROR: TACONIC OPPORTUNITY FUND L.P. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: VIVIAN TORIAN 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HYPOSWISS PRIVATBANK AG | SCHUTZENGASSE 4 ZURICH CH-8021 SWITZERLAND |
| ICCREA BANCA S.P.A | TRANSFEROR: BANCA DI FORLI CREDITO COOPERATIVO S.C. VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY |
| ILLIQUIDX LLP | TRANSFEROR: BANCA ESPERIA S.P.A. ATTN: CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| INCORE BANK AG | SWISS BANKING SERVICES DREIKONIGSTRASSE 8 ZURICH CH-8022 SWITZERLAND |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO 20121 ITALY |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: BANK JULIUS BAER & CO. LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CANPARTNERS INVESTMENTS IV, LLC C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ILLIQUIDX LP ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ILLIQUIDX LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: RAIFFEISEN CENTROBANK AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK,N.A. | TRANSFEROR: BANK JULIUS BAER & CO. LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| KNIGHTHEAD MASTER FUND, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 5TH AVE., 29TH FLOOR NEW YORK NY 10022 |
| L'AUXILIAIRE | 50 COURS FRANKLIN ROOSEVELT LYON 69006 FRANCE |
| LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT | C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO, ESQ. 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: BANK OF AMERICA, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP | TRANSFEROR: BANK OF AMERICA, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP. | TRANSFEROR: BANK OF AMERICA, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR SPECTRUM LLC | TRANSFEROR: BANK OF AMERICA, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR SPECTRUM OFFSHORE MASTER FUND LP | TRANSFEROR: BANK OF AMERICA, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR WAVEFRONT LP | TRANSFEROR: BANK OF AMERICA, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| MERRILL LYNCH CAPITAL SERVICES INC | CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CAPITAL SERVICES INC | C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH CAPITAL SERVICES, INC. | ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CAPITAL SERVICES, INC. | C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH INTERNATIONAL | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MS. JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MERRILL LYNCH INTERNATIONAL | MERRILL LYNCH FINANCIAL CENTRE ATTN: MS. ANNIKA WESTLING 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH, PIERCE,FENNER & SMITH,INC | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MONARCH MASTER FUNDING LTD | KARINE DRIESEN DEXIA BANK BELGIUM S.A. ATTN: MEREDITH SMITH 214 N TYRON STREET NC1-027-14-01 CHARLOTTE NC 28255 |
| MONARCH MASTER FUNDING LTD | JENNIFER C DEMARCO, ESQ. SARAH N CAMPBELL, ESQ. CLIFFORD CHANCE US LLP 31 W 52ND STREET NEW YORK NY 10019 |
| MONARCH MASTER FUNDING LTD | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | MANAGING CLERK RICHARDS KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO INTERNATIONAL PLC | TRANSFEROR: LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 15:39:32                                            LEHMAN BROTHERS HOLDING INC.                                                            PAGE:   4
DATE: 08/03/12                                                 CREDITOR LISTING

Name                                          Address
OC 19 MASTER FUND LP - LCG                    TRANSFEROR: BANK OF AMERICA, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                              NEW YORK NY 10036
OCP INVESTMENT TRUST                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: STEVE GUTMAN C/O ONEX CREDIT PARTNERS, LLC 910 SYLVAN AVENUE SUITE 100
                                              ENGLEWOOD CLIFFS NJ 07632
ONEX DEBT OPPORTUNITY FUND, LTD.              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: STEVE GUTMAN C/O ONEX CREDIT PARTNERS, LLC 910 SYLVAN AVENUE SUITE 100
                                              ENGLEWOOD CLIFFS NJ 07632
ONEX DEBT OPPORTUNITY FUND, LTD.              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: STEVE GUTMAN C/O ONEX CREDIT PARTNERS, LLC 910 SYLVAN AVENUE, SUITE 100
                                              ENGLEWOOD CLIFFS NJ 07632
PENSIONSKASSE DER BASLER KANTONALBANK         TRANSFEROR: BANK SARASIN & CO. LTD SPIEGELGASSE 2 POSTFACH BASEL CH-4051 SWITZERLAND
RAHN & BODMER CO.
ST. GALLER KANTONALBANK AG                    TRANSFEROR: BANK SARASIN & CO. LTD ATTN: ENRICO NUSSIO POSTFACH ZURICH 8022 SWITZERLAND
                                              TRANSFEROR: HYPOSWISS PRIVATBANK AG ST. LEONHARDSTRASSE 25 POSTFACH 9001 ST. GALLEN SWITZERLAND
STANDARD CHARTERED BANK (HONG KONG)           TRANSFEROR: TANYA, TSUI WING HAR 17/F STANDARD CHARTERED BANK BUILDING BUILDING, 4-4A DES VOEUX ROAD CENTRAL HONG KONG HONG KONG
LIMITED
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: BELEGGINGSMIJ, DASIM KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: BV SRAMOTA PARTNERS ARCHITECTEN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: CAMMAERT, L.J.P. EO CAMMAERT-LAUMANS, S.W.M. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: DE RIDDER, J.A.J. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: G.T. KUENEN D W VANDER PLUIJM KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: GERAEDS, P.H.G. EN/OF GERAEDS-BIESTA, H.P. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: HOLLANDER, H. E/O J.W. HOLLANDER-VAN BEEK KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: KUIJER, PHILOMEEN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: KWEKKEBOOM, H.R. EN/OF KWEKKEBOOM-HEKKER, J.N. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: MEELKER-SCHLITH, AM KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: OBEREGGER, J.M. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: SAUERBIER, O.L.A. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: STIENSTRA-VERMEEREN, M.S.H.J. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: VAN BROEKHOVEN, L.M.P. LUCASSEN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: VAN HEEMSKERCK VAN BIERT-VERRIJN STUART, J.J. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: VAN HEYNINGEN, J.M. KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: VAN JERSEL, M.J. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: VAN PRAOG , H.M. EO KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: WERTEL HOLDING BV KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: WESTTOYS BEHEER B V KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: WILTING, G.H. & H. WILTING-VAN VEENEN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: WINFRA BEHEER BV KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: ZEILMAKER, A. KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: ALLEN, RC & MG ALLEN-JORDAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: BON, G.J.M. EN C.G.M. BON-DE JONG ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: HULS, J.H., MR. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: NED. ISRAELISCHE GEMEENTE DE R'DAM ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: NOORDAM, R.C.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: P.M. KEMPEN B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: PIERIK, J.B.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: PLANTINGA, P. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: ROCK DUNDO CORPORATION LV ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: SLOOT, A.T.J ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: SMELIK, F. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: STEIJN, L. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: VAN DER MAREL, M ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: VAN KEMPEN, C.H. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: VAN LEEUWEN, M ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
TANYA, TSUI WING HAR                          FLAT 18C BLESSINGS GARDENTS PHASE 2 56 CONDUIT ROAD MID LEVELS HONG KONG
UBS AG, LONDON BRANCH                         TRANSFEROR: CAPITAL PARTNERS SECURITIES CO., LTD ATTN: KAZUYA ICHIKAWA AND MARIE MIYAZAWA (TOKYO) 1 FINSBURY AVENUE
                                              LONDON EC2M 2PP UNITED KINGDOM
UNIONE DI BANCHE ITALIANE S.C.P.A.            TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. PIAZZA VITTORIO VENETO, 8 BERGAMO 24100 ITALY
YORVIK PARTNERS LLP                           TRANSFEROR: INCORE BANK AG 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM

                                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 15:39:32                                    LEHMAN BROTHERS HOLDING INC.                                      PAGE: 5
DATE: 08/03/12                                         CREDITOR LISTING

Name                       Address
YORVIK PARTNERS LLP        TRANSFEROR: L'AUXILIAIRE 11 IRONMONGER LANE LONDON   EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP        TRANSFEROR: PENSIONSKASSE DER BASLER KANTONALBANK 11 IRONMONGER LANE LONDON   EC2V 8EY UNITED KINGDOM


Total Number of Records Printed    173
```

EPIQ BANKRUPTCY SOLUTIONS, LLC