UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re                                              :        Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :        08-13555 (JMP)
                                                   :        (Jointly Administered)
                        Debtors.                   :
                                                   :
-------------------------------------------------------------------x        Ref. Docket Nos. 26700, 29598,
                                                            29600, 29615, 29616, 29618, 29661,
                                                            29662, 29684, 29694-29697, 29714-
                                                            29723, 29735-29739, 29741, 29742,
                                                            29744, 29746, 29747, 29750-29752,
                                                            29757-29761, 29763, 29765, 29790,
                                                            29791, 29795, 29815-29826

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 6, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
Sworn to before me this                             Lauren Rodriguez
15th day of August, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 26700, 29598, 29600...29795, 29815-29826_AFF_08-06-12.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   BARCLAYS BANK PLC
       TRANSFEROR: DIAMOND FINANCE PLC SERIES 2008-1
       745 SEVENTH AVENUE
       NEW YORK NY 10019

Please note that your claim # 58093-01 in the above referenced case and in the amount of
     $10,017,000.00  allowed at $10,070,274.38       has been transferred **(unless previously expunged by court order)**

KNIGHTHEAD MASTER FUND, L.P.
TRANSFEROR: BARCLAYS BANK PLC
KNIGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA TORRADO, ESQ.
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 29694      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/06/2012                      Vito Genna, Clerk of Court


                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 6, 2012.

# EXHIBIT B

TIME: 17:38:26
DATE: 08/06/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH / ISOBELLE WHITE 67-68 GROSVENOR STREET LONDON W1K 3JN UNITED KINGDOM |
| BANCA AKROS SPA | TRANSFEROR: SANTANDER PRIVATE BANKING SPA ATTN: LUCA GANDOLFI VIALE EGINARDO, 29 MILANO 20149 ITALY |
| BANCA ALPI MARITTIME CREDITO COOPERATIVO CARRU S.C.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: MARIO NEGRO VIA STAZIONE 10 CARRU (CUNEO) 12061 ITALY |
| BANCA EUROMOBILIARE (SUISSE) S.A. | TRANSFEROR: BANCA FIDEURAM S.P.A ATTN: E. CAROSI VIA BALESTRA 17 LUGANO CH-6900 SWITZERLAND |
| BANCA FIDEURAM S.P.A | PIAZZALE GIULIO DOUHET, 31 ROMA 00163 ITALY |
| BANCA POPOLARE DI SONDRIO S.C.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: GERRY DE ALBERTI-SERVIZIO FINANZA AMMINISTRAZIONE TITOLI PIAZZA GARIBALDI, 16 SONDRIO 23100 ITALY |
| BANQUE EDEL SNC | 5 AVENUE MARCEL DASSAULT TOULOUSE HAUTE GARONNE 31505 FRANCE |
| BANQUE EDEL SNC | TRANSFEROR: BANQUE EDEL SNC ATTN: DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| BARCLAYS BANK PLC | ANTHONY VITELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: DIAMOND FINANCE PLC SERIES 2008-1 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDENTREE DISTRESSED DEBT MASTER FUND, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BSOF MASTER FUND L.P. | BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. 345 PARK AVENUE, 28TH FLOOR ATTN: ARTHUR LIAO NEW YORK NY 10154 |
| BSOF MASTER FUND L.P. | BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES LLC ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154 |
| BSOF MASTER FUND L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: LAURA TORRADO, ESQ. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| BSOF MASTER FUND L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC 623 FIFTH AVENUE, 29TH FLOOR ATTN: LAURA TORRADO, ESQ. NEW YORK NY 10022 |
| BSOF PARALLEL MASTER FUND, L.P. | BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. 345 PARK AVENUE, 28TH FLOOR ATTN: ARTHUR LIAO NEW YORK NY 10154 |
| BSOF PARALLEL MASTER FUND, L.P. | TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH,INC C/O KNIGHT CAPITAL MANAGEMENT, LLC 623 FIFTH AVENUE, 29TH FLOOR ATTN: LAURA TORRADO, ESQ. NEW YORK NY 10022 |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: GOLDENTREE MULTISTRATEGY LP MAIL CODE: NY1-M138; ATTN: JEFFREY L PANZO 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: GTAM TS INVESTMENT LLC MAIL CODE: NY1-M138; ATTN: JEFFREY L. PANZO 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: EFG BANK AG ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: GUILHEM GOYARD MANAGIN DIRECTOR 14 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: GUILHEM GOYARD MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: GUILHEM GOYARD MANAGING DIRECTOR 24 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: GUILHEM GOYARD MANAGING DIRECTOR `4 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: STICHTING THE VALUE FOUNDATION ATTN: GUILHEM GOYARD MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM |
| CHINA ANGEL INVESTMENT MANAGEMENT LIMITED | TRANSFEROR: CHINA ANGEL FUND ROOM D, 36/F, SCHOLASTIC GARDEN 48 LYTTALETON ROAD MID-LEVELS HONG KONG    HONG KONG |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY |
| CVF LUX MASTER SARL | TRANSFEROR: BANQUE EDEL SNC C/O CARVAL INVESTORS UK LIMITED 3RD FLOOR, 25 GREAT PULTENEY STREET ATTN: ANNEMARIE JACOBSEN/DAVID SHORT LONDON W1F 9LT UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK LEUMI LE-ISRAEL B.M. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOTHIC CAPITAL EUROPEAN OPPORTUNITIES MASTER FUND LTD ATTN: CONOR MCGOVERN LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON    UNITED KINGDOM |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| GMO CREDIT OPPORTUNITIES FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC 40 ROWES WHARF BOSTON MA 02110 |
| GOLDENTREE DISTRESSED DEBT MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MULTISTRATEGY LP | BROWN RUDNICK LLP ATTN: TIMOTHY C. BENNETT SEVEN TIMES SQUARE NEW YORK NY 10036 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 17:38:26
DATE: 08/06/12

PAGE:    2

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| GOLDENTREE MULTISTRATEGY LP | C/O GOLDENTREE ASSET MANAGEMENT LP ATTN: KAREN WEBER 300 PARK AVENUE 21ST FLOOR NEW YORK NY 10022 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: TACONIC MARKET DISLOCATION FUND II LP ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: TACONIC MARKET DISLOCATION MASTER FUND L.P. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: TACONIC OPPORTUNITY FUND L.P. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GTAM TS INVESTMENT LLC | TRANSFEROR: GPC LVIII, LLC C/O GOLDENTREE ASSET MANAGEMENT LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| ILLIQUIDX LLP | TRANSFEROR: BANCA ESPERIA S.P.A. ATTN: CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: CHINA ANGEL INVESTMENT MANAGEMENT LIMITED ATTN: CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: FLEXOR MULTI-MANAGER FUND, LTD., THE ATTN: THE ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| KNIGHTHEAD MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC KNIGHTHEAD CAPITAL MANAGEMENT 623 FIFTH AVENUE, 29TH FLOOR ATTN: LAURA TORRADO, ESQ. NEW YORK NY 10022 |
| KNIGHTHEAD MASTER FUND, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: LAURA TORRADO C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC 623 5TH AVE., 29TH FLOOR NEW YORK NY 10022 |
| KNIGHTHEAD MASTER FUND, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC; ATTN: LAURA TORRADO 623 FIFTH AVE., 29TH FLOOR NEW YORK NY 10022 |
| LMA SPC FOR AND ON BEHALF OF MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: BARCLAYS BANK PLC KNIGHTHEAD CAPITAL MANAGEMENT 623 FIFTH AVENUE, 29TH FLOOR ATTN: LAURA TORRADO NEW YORK NY 10022 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: LAURA TORRADO C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC 623 FIFTH AVENUE, 29TH FLOOR |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: GOLDMAN, SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT LLC ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| MERRILL LYNCH INTERNATIONAL | ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL 214 N TYRON STREET ATTN: MEREDITH SMITH CHARLOTTE NC 28255 |
| SANTANDER PRIVATE BANKING SPA | F/K/A MELIORBANCA PRIVATE SPA ATTN: SERENA ROVERI VIA SENATO 28 MILANO 20121 ITALY |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017 |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: PELLEMANS, J.C. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: POSTMA, P.G. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: ARAVIND RAJASEKHARAN STRATEGIC VALUE PARTNERS LLC 100 EST PUTNAME AVENUE GREENWICH CT 06830 |
| VARDE FUND IX LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND IX-A LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND VI-A LP, THE | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND VI-A L.P, THE | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER) L.P., THE | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437 |
| YORK CAPITAL MANAGEMENT LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: ANDREW SEARING 767 5TH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORVIK PARTNERS LLP | TRANSFEROR: L'AUXILIAIRE 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed        76

EPIQ BANKRUPTCY SOLUTIONS, LLC