UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                             :     Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :     08-13555 (JMP)
                                                                  :     (Jointly Administered)
                Debtors.                                          :
                                                                  :
------------------------------------------------------------------x     Ref. Docket Nos. 29685, 29738,
                                                                        29739, 29769


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 6, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
15th day of August, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfers 29685, 29738, 29739, 29769_Aff 08-06-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re | Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)

| (Jointly Administered)

Debtors.

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    MORGAN STANLEY SENIOR FUNDING, INC.
               TRANSFEROR: MASSACHUSETTS DEPARTMENT OF TRANSPORTATION, AS
               SUCCESSOR TO THE MASSACHUSETTS TURNPIKE AUTHORITY
               1585 BROADWAY
               NEW YORK NY 10036


Additional:    MORGAN STANLEY SENIOR FUNDING, INC.
               RICHARDS KIBBE & ORBE LLP
               ATTN: MANAGING CLERK
               ONE WORLD FINANCIAL CENTER
               NEW YORK NY 10281


Transferee:    DEUTSCHE BANK AG, LONDON BRANCH
               ATTN: JEFFREY OLINSKY
               60 WALL ST., 3RD FLOOR
               NEW YORK NY 10005


Your transfer   of claim #   21311   is defective for the reason(s) checked below:

Can Not Locate Creditor
Other                                        solus recovery fund does not own this claim



Docket Number 29685              Date 07/27/12


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 6, 2012.

# EXHIBIT B

```
TIME: 17:39:38                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 08/06/12                                  CREDITOR LISTING

Name                                    Address
CANTELLO, PAUL                          37 SYLVESTER AVENUE HAWTHORNE NJ 07506
DE NIJS-TONCKENS, G.H.                  GOLDAKKERS 33 ZEEGSE  9483 PE NETHERLANDS
DEUTSCHE BANK AG, LONDON BRANCH         ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
LIQUIDITY SOLUTIONS, INC.               ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
MORGAN STANLEY SENIOR FUNDING, INC.     TRANSFEROR: MASSACHUSETTS DEPARTMENT OF TRANSPORTATION, AS SUCCESSOR TO THE MASSACHUSETTS TURNPIKE AUTHORITY 1585 BROADWAY
                                        NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.     RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
SEA PORT GROUP SECURITIES, LLC          TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
VARDE FUND IX LP, THE                   ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437

Total Number of Records Printed         8
```

EPIQ BANKRUPTCY SOLUTIONS, LLC