UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------------x    Ref. Docket Nos. 25053, 25055,
29049, 29604, 29665, 29686-29689,
29771-29774, 29796, 29797, 29801,
29802

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 7, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
15th day of August, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 25053, 25055, 29049...29797, 29801, 29802_AFF_08-07-12.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   CHASE LINCOLN FIRST COMMERCIAL CORPORATION
          TRANSFEROR: GOLDENTREE MULTISTRATEGY LP
          MAIL CODE: NY1-M138; ATTN: JEFFREY L PANZO
          383 MADISON AVENUE - FLOOR 37
          NEW YORK NY 10179
```

Please note that your claim # 14978 in the above referenced case and in the amount of
       $0.00   Undetermined        has been transferred **(unless previously expunged by court order)**

```
          WARWICKSHIRE HOLDINGS LLC
          TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION
          ATTN: MICHAEL STEPHAN
          C/O ELLIOTT MANAGEMENT CORPORATION
          40 WEST 57TH STREET
          NEW YORK NY 10019-4001
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                       UNITED STATES BANKRUPTCY COURT
                       Southern District of New York
                       One Bowling Green
                       New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 29796      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/07/2012                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 7, 2012.

**EXHIBIT B**

```
TIME: 17:58:12                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 08/07/12                                              CREDITOR LISTING

Name                                              Address
BANCA POPOLARE DELL'EMILIA ROMAGNA SOC.           VIA SAN CARLO 8/20 MODENA  41100 ITALY
 COOP.
BBVA (SUIZA) S.A.                                 BANCO BILBAO VIZCAYA ARGENTARIAS, S.A. ATTN: ANA HIDALGO/ ELENA PRIETO PASEO DE LA CASELLANA, 81 - FLOOR 21 MADRID  28046 SPAIN
BBVA (SUIZA) S.A.                                 BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ATTN: ANA HIDALGO/ELENA PRIETO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA, 81 - 21ST FLOOR
                                                  MADRID  28046 SPAIN
BBVA (SUIZA) S.A.                                 CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RU DE TILSITT PARIS  75008 FRANCE
BBVA (SUIZA) S.A.                                 CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS  75008 FRANCE
BBVA (SUIZA) S.A.                                 ATTN: INIGO BERASALUCE / DIRECTOR ZELTWEG 63 ZURICH  CH-8021 SWITZERLAND
BBVA (SUIZA) S.A.                                 ATTN: INIGO BERASALUCE/DIRECTOR ZELTWEG 63 ZURICH  CH-8021 SWITZERLAND
BBVA (SUIZA) S.A.                                 CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY  10006
BBVA (SUIZA) S.A.                                 TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: INIGO BERASALUCE/DIRECTOR ZELTWEG 63 ZURICH  CH-8021 SWITZERLAND
BBVA (SUIZA) S.A.                                 TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: INIGO BERASALUCE/DIRECTOR ZELTWEG 63 ZURICH  CH8021 SWITZERLAND
CASSA DI RISPARMIO DI BOLZANO SPA                 VIA CASSA DI RISPARMIO 12/B BOLZANO  39100 ITALY
CHASE LINCOLN FIRST COMMERCIAL                    TRANSFEROR: GOLDENTREE MULTISTRATEGY LP MAIL CODE: NY1-M138; ATTN: JEFFREY L PANZO 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
 CORPORATION
CHASE LINCOLN FIRST COMMERCIAL                    TRANSFEROR: GTAM TS INVESTMENT LLC MAIL CODE: NY1-M138; ATTN: JEFFREY L. PANZO 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
 CORPORATION
CREDITO EMILIANO S.P.A                            TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: STEFANIA CATELLANI CREDITO EMILIANO S.P.A VIA GANDHI 2/C
                                                  42123 REGGIO EMILIA ITALY
CREDITO EMILIANO S.P.A                            TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: STEFANIA CATELLANI CREDITO EMILIANO S.P.A VIA GANDHI 2/C
                                                  42124 REGGIO EMILIA ITALY
CREDITO EMILIANO S.P.A                            TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: STEFANIA CATELLANI VIA GANDHI 2/C REGGIO EMILIA  42123 ITALY
CREDITO EMILIANO S.P.A                            ATTN: BERTRAND EFISIO VIA EMILIA S.PIETRO 4 20121 REGGIO EMILIA  20121 ITALY
CREDITO EMILIANO S.P.A                            CREDITO EMILIANO SPA VIA EMILIA S.PIETRO 4 20121 REGGIO EMILIA ATTN: BERTRAND EFISIO ITALY
CREDITO EMILIANO S.P.A.                           ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA  42121 ITALY
CREDITO EMILIANO S.P.A.                           ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, 4 REGGIO EMILIA  42100 ITALY
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SUNSHINE ENTERPRISES L.P. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON  EC2N 2DB UNITED KINGDOM
GLAS, H.                                          HAVEN 44 9084 BD GOUTUM  NETHERLANDS
GOLDMAN, SACHS & CO.                              TRANSFEROR: BBVA (SUIZA) S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: BBVA (SUIZA) S.A. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
ILLIQUIDX LLP                                     TRANSFEROR: CASSA DI RISPARMIO DI BOLZANO SPA ATTN: CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
J.P MORGAN SECURITIES LLC,                        AS AGENT WITH RESPECT TO CERTAIN BENEFICIAL HOLDERS OF CALL WARRANTS ISSUED BY LEHMAN BROTHERS HOLDINGS INC. ATTN: ROSE M. BURKE
                                                  270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017
J.P MORGAN SECURITIES LLC,                        WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: J.P MORGAN SECURITIES LLC, C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37
                                                  ATTN: JEFFREY L. PANZO NEW YORK NY 10179
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: GLAS, H. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
SUNSHINE ENTERPRISES L.P.                         C/O AKIN GUMP TRAUSS HAUER & FELD LLP ATTN: MICHAEL S. STAMER & SARAH LINK SCHULTZ ONE BRYANT PARK NEW YORK NY 10036-6745
UNIONE DI BANCHE ITALIANE S.C.P.A.                TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: FABIO BOSCHIAN PIAZZA VITTORIO VENETO, 8 BERGAMO  24100 ITALY
VARDE FUND VI-A, L.P., THE                        TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER), L.P., THE                  TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
 MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.                   TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
WARWICKSHIRE HOLDINGS LLC                         TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION ATTN: MICHAEL STEPHAN C/O ELLIOTT MANAGEMENT CORPORATION 40 WEST 57TH STREET
                                                  NEW YORK NY 10019-4001

Total Number of Records Printed                   36                                                                           EPIQ BANKRUPTCY SOLUTIONS, LLC
```