ORIGINAL

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. - 08-13555 |
|---|---|
| Creditor Name and Address: | Horizon II International Limited with respect to Series 228<br>68 West Bay Road<br>P.O. Box 1109 GT<br>George Town<br>Grand Cayman, KY1-1102<br>Cayman Islands |
| Court Claim Number (if known): | 20016 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Filed: | $428,104.48 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

**HORIZON II INTERNATIONAL LIMITED**

By: _____
Name:
Title:

For and on behalf of
MIL (Cayman) Limited
as Corporate Director

Dated: August 10th, 2012

CPAM: 4831224.1

ORIGINAL

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Special Financing Inc. - 08-13888 |
|---|---|
| Creditor Name and Address: | Horizon II International Limited with respect to Series 228<br>68 West Bay Road<br>P.O. Box 1109 GT<br>George Town<br>Grand Cayman, KY1-1102<br>Cayman Islands |
| Court Claim Number (if known): | 20057 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Filed: | $428,104.48 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

**HORIZON II INTERNATIONAL LIMITED**

By: _[signature]_

Name:
Title:    For and on behalf of
         MIL (Cayman) Limited
         as Corporate Director

Dated: August 10th, 2012

CPAM: 4831223.1

**ORIGINAL**

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. - 08-13555 |
|---|---|
| Creditor Name and Address: | Horizon II International Limited with respect to Series 229<br>68 West Bay Road<br>P.O. Box 1109 GT<br>George Town<br>Grand Cayman, KY1-1102<br>Cayman Islands |
| Court Claim Number (if known): | 19997 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Filed: | $398,388.67 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

**HORIZON II INTERNATIONAL LIMITED**

By: _____
For and on behalf of
Name:                    MIL (Cayman) Limited
Title:                   as Corporate Director

Dated: August 10th, 2012

CPAM: 4831226.1

**ORIGINAL**

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Special Financing Inc. - 08-13888 |
|---|---|
| Creditor Name and Address: | Horizon II International Limited with respect to Series 229<br>68 West Bay Road<br>P.O. Box 1109 GT<br>George Town<br>Grand Cayman, KY1-1102<br>Cayman Islands |
| Court Claim Number (if known): | 20041 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Filed: | $398,388.67 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

**HORIZON II INTERNATIONAL LIMITED**

By: _[signature]_
Name:
Title: For and on behalf of MIL (Cayman) Limited as Corporate Director

Dated: August 10th, 2012

CPAM: 4831227.1