Edward J. Leen
MANDEL, KATZ & BROSNAN LLP
The Law Building
210 Route 303
Valley Cottage, New York 10989
(845) 639 7800

*Attorneys for The Värde Fund IX-A, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (JMP) |
| : | |
| Debtors. : | (Jointly Administered) |

---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 26378, filed on September 22, 2009, against Lehman Brothers Holdings Inc. by The Värde Fund IX-A, L.P. ("Värde") in an unliquidated amount (the "Claim"). Värde represents and warrants that as of the date hereof, Värde has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that, through their undersigned counsel, Värde hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Värde represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any

119-1381/COURT/3513061.1

law, regulation, judgment, order or administrative action binding on it.

Dated: August 15, 2012
New York, New York

/s/ Edward J. Leen
Edward J. Leen

MANDEL, KATZ & BROSNAN LLP
The Law Building
210 Route 303
Valley Cottage, New York 10989
(845) 639 7800

*Attorneys for The Värde Fund IX-A, L.P.*

119-1381/COURT/3513061.1