Edward J. Leen
MANDEL, KATZ & BROSNAN LLP
The Law Building
210 Route 303
Valley Cottage, New York 10989
(845) 639 7800

*Attorneys for Värde Investments Partners, L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                             :     Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :     08-13555 (JMP)
                                                                  :
            Debtors.                                    :     (Jointly Administered)
------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 65953, filed on December 16, 2009, against Lehman Brothers Holdings Inc. by DZ Bank AG Deutsche Zentral-Genossenschaftsbank in the amount of $810,027.65 (the "Claim"). The Claim was transferred to Merrill Lynch Credit Products, LLC, *see* ECF No. 25625, and a 50% interest in the Claim in the amount of $405,013.82 (the "Värde Portion") was subsequently transferred to Värde Investments Partners, L.P. ("Värde"), *see* ECF No. 25647. Värde represents and warrants that as of the date hereof, Värde has not sold, assigned or transferred the Värde Portion.

PLEASE TAKE NOTICE that, through their undersigned counsel, Värde hereby withdraws with prejudice the Värde Portion and directs Epiq Bankruptcy Solutions LLC to expunge the Värde Portion from the claims register. This withdrawal shall not affect any portion of the Claim other than the Värde Portion. Värde represents and warrants that the withdrawal of the Värde Portion of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or

119-1381/COURT/3513032.1

agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: August 15, 2012
      New York, New York

                                  /s/ Edward J. Leen
                                Edward J. Leen

                                MANDEL, KATZ & BROSNAN LLP
                                The Law Building
                                210 Route 303
                                Valley Cottage, New York 10989
                                (845) 639 7800

                                *Attorneys for Värde Investments Partners, L.P.*