B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,   Case No. 08-13555(JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Paulson Credit Opportunities Master Ltd.** | **Barclays Bank PLC** |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 21954<br>Claim Amount: $69,891,531.14<br>Amount Transferred: $21,202,354.94<br>Date Claim Filed: September 21, 2009<br>Debtor against claim filed: Lehman Brothers Holdings Inc. |

Paulson Credit Opportunities Master Ltd.
c/o Paulson & Co. Inc.
1251 Avenue of the Americas
50th Floor
New York, NY 10020
Tel: 212-956-2221
Fax: 212-977-9505
Emails:
Paul_ops@paulsonco.com; James.Olivo@paulsonco.com

With a copy to:

Michael Greenblatt
Sidley Austin LLP
787 7th Avenue
NY NY 10019
mgreenblatt@sidley.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/_____   Date: August 16, 2012
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 8245953v.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO: LEHMAN BROTHERS HOLDINGS INC.

Barclays Bank PLC ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Paulson Credit Opportunities Master Ltd. ("Buyer"), USD 21,202,354.94 of its right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC., docketed as Claim No. 21954 (the "Claim"), in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 16 day of August, 2012.

BARCLAYS BANK PLC

By: _____
Name: S. BARNETT
Title: VICE PRESIDENT
Tel.:

PAULSON CREDIT OPPORTUNITIES MASTER LTD.

By: _____
Name: STUART MERZER
Title: Authorized Signatory
Tel.: