19 Marshall Court
Great Neck, New York 11021
August 5, 2012

Honorable James M. Peck
One Bowling Green
New York, New York 10004
Courtroom 601

Mr. Robert J. Lemons, Esq.
Mr. Mark Bernstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Ms. Tracy Hope Davis, Esq.
Ms. Elisabetta Gasparini, Esq.
Ms. Andrea B. Schwartz, Esq.
Office of the United States Trustee for Region 2
33 Whitehall Street
21st Floor
New York, New York 10004

Re: Karen Simon Krieger Claim Number: 18087
Lehman Brothers Bankruptcy
Three Hundred Twenty Ninth Omnibus Objection

Dear Sirs and Madams:

As a United States employee of Lehman Brothers from November, 1990 through September, 2008, I filed the above mentioned claim in response to the 2008 bankruptcy. Recently, I received a copy of the Three Hundred Twenty Ninth Omnibus Objection to Claims submitted by Weil, Gotshal & Manges LLP which references my claim in its Appendix.

In response the above mentioned omnibus motion, I formally object to the merits of the omnibus motion to convert $214,446.55 of $225,396.55 to an unsecured claim. I request that the motion be denied as it pertains to my Lehman Brothers Restricted Stock Units.

My claim consists of $164,319.52 in Lehman Brothers Restricted Stock Units, $45,320.36 in Lehman Brothers Common Stock and $15,756.67 in 401K investment in Lehman Brothers Common Stock.

The portion of the claim held in restricted stock units ($164,319.52) was a mandatory annual deduction from compensation that was required to be held by Lehman Brothers for a period of five years before vesting. Upon the five year vesting, this would have been converted to common stock at the current market rate. This portion never vested nor did it convert to Lehman Brothers Common Stock as it was still less than the five year period at the time of the Lehman Brother bankruptcy. As this was not a discretionary deduction and was part of my income, the $164,319.52 should be considered as lost compensation and therefore a priority claim.

The portion of the claim held in Lehman Brothers Common Stock ($45,320.36) was the portion of the Lehman Brothers Restricted Stock Units that had vested and was converted to Common Stock at the end of 2007.

The portion of the claim held in Lehman Brothers Common Stock ($15,756.67) was the portion of my 401K that I chose to invest in Lehman Brothers Common Stock.

Sincerely,

*Karen M. Simon Krieger*

Karen M. Simon Krieger
917-545-7481 (cell)
kmskrieger@gmail.com

RECEIVED
AUG - 7 2012
U.S. BANKRUPTCY COURT, SDNY
JMP