1548 SW Mockingbird Circle
Port St. Lucie, FL  34986
August 1, 2012

The Honorable James M. Peck
United States Bankruptcy Judge
Courtroom 601
United States Bankruptcy Court for the
  Southern District of New York
One Bowling Green
New York, NY  10004

RE:      **Lehman Brothers Holdings, Inc.**
         **Chapter 11 Case No. 08-13555 (JMP)**
         **NOTICE OF HEARING ON THREE HUNDRED TWENTY-SEVENTH**
         **OMNIBUS OBJECTION TO CLAIMS (PARTNERSHIP AND OTHER**
         **EMPLOYEE CLAIMS)**

Dear Judge Peck:

This is in response to the above-referenced case specifically as it relates to the Partnership Claim.

Exhibit C, Section 2 – Purpose clearly states that the purpose of the Partnership Account Plan is
for Employees to receive *"additional compensation."* According to Webster's Seventh New
Collegiate Dictionary, these words are defined as follows:

*Additional*: "added"
*Compensation:* "payment; wages; something that constitutes an equivalent or recompense"

By definition, participation in the Partnership Account Plan constituted proper **wages** to
Employees.  The fact that Employees did not contribute to, or have direct ownership in, the Plan
is irrelevant; it cannot and should not be ignored that participation in the Plan constituted "added
wages" to which the Employees are entitled.

Therefore, the claims of the Participants in the Lehman Brothers Partnership Account Plan should
be upheld in their entirety, and not dismissed, reduced or expunged.

In reaching your decision, please consider the claims of the Employees as valid and legitimate.

Thank you for your consideration.

Sincerely yours,

Armita M. Fucci

RECEIVED
AUG - 7 2012
U.S. BANKRUPTCY COURT, SDNY
JMP

