Catherine Rodgers
477 Harrison Street
Nutley NJ  07110
Cell: 201-233-0811

<u>By Federal Express</u>

August 4, 2012

Lehman Brothers Inc. Claim Processing
c/o Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

      Re: Case No. 08-13555 (JMP) Jointly Administered
      Debtor: Claim 32725 and 32722

Dear Sir/Madam:

I heartily object to the reclassification of my claim against the former Lehman Brothers for lost RSU (restricted stock units), lost partnership funds, and unpaid compensation (for severance).  As one of the many former Lehman employees listed in this lawsuit, I find it ridiculous that senior staff members that countenanced and rubber-stamped the errors of the firm are not being held accountable.  Unlike senior members of the firm, I and many other colleagues were <u>not able to request our severance as a lump sum</u>.

I repeatedly have submitted:

1) Completed copy of my severance agreement with LBI as documentation towards lost wages and salary (cap being $10,950, though actual amount was ~ 50K {reduced to 47K on recent documentation},only titled Lehman staff could demand their severance upfront) and SIPC claim form,

2) A copy of my Fidelity Investment Lehman Savings account number 74452, in the (feeble and now forlorn) hope that some of the shares can be revalued by a SIPC effort to some portion of their previous value, and

3) Copy of our (jointly held with my husband) Fidelity Investment brokerage account Z41569283, in the (feeble and now forlorn) hope that the Lehman stock can be revalued by a SIPC effort to some previous value.

I see that the number of claimants in the July 10th reclassification has dwindled considerably since this lawsuit began.  If any funds surface amidst these legal and administrative battles (that have not been already moved to the Cayman Islands or Belize or passed to ex-spouses as part of divorce settlements), only the most determined and persistent claimants will remain.

Thank you for your efforts in this matter.

Sincerely,

*[signature]*
Catherine M. Rodgers

RECEIVED AUG - 8 2012 U.S. BANKRUPTCY COURT, SDNY JMP

Cc: Honorable James M. Peck, One Bowling Green, NY, NY Courtroom 601; Office of US Trustee Region 2, 33 Whitehall St NY, NY {Attn: Tracy Hope Davis, Elisabetta Gasparini, Andrea B. Schwartz}.