August 8, 2012

The Honorable James M. Peck
One Bowling Green – Courtroom 601
New York, NY 10004

Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Attn: Robert J. Lemons, Esq. & Mark Bernstein, Esq.

The Office of The United States Trustee Region 2
33 Whitehall Street – 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea Schwartz, Esq.

Re:
Lehman Brothers Holdings Inc. et al
Debtors

United States Bankruptcy Court
Southern district of New York

Creditor Name and Address:
Marshall, Nikki A
12 Thomas Road
Westport, CT 06880

Chapter 11 Case number 08-13555 (JPM)
(Jointly Administered)

I am a pro se claimant. I am responding to the three hundred twenty-ninth omnibus objection wherein you seek to cap as a priority claim, $10,950. I have no objection to this but I do have a continuing objection to reclassify my claim as equity of the debtor.

_____
Nikki Marshall
Home 203-222-9618
Cell 917-520-5951 and 203-993-5547
Nikkimarshall203@gmail.com

## Unique id number- 5552508-40

