9255 Short Chip Circle
Port St. Lucie, FL 34986
August 6, 2012

RECEIVED
AUG 1 0 2012
U.S. BANKRUPTCY COURT, SDNY
JMP

The Honorable James M. Peck
United States Bankruptcy Judge
Courtroom 601
United States Bankruptcy Court for the
  Southern District of New York
One Bowling Green
New York, NY 10004

RE:  **Lehman Brothers Holdings, Inc.
      Chapter 11 Case No. 08-13555 (JMP)
      NOTICE OF HEARING ON THREE HUNDRED TWENTY-SEVENTH
      OMNIBUS OBJECTION TO CLAIMS
      (PARTNERSHIP AND OTHER EMPLOYEE CLAIMS)**

Dear Judge Peck:

I just returned last night from a three week trip to visit my Mother to find a package of information regarding the above in my mail at home. I find that I must file a response by August 9, 2012 which does not give me sufficient time to do so.

There are three matters which concern me. Page 4 of this document outlines the basis for specific claims which include "LB Partnership Claims," "401K Claims," and "Stock Claims."

Unless I am missing something, it is very hard to believe that only 327 employees filed claims regarding the above, as well as the other 5 categories that this document covers. Lehman Brothers employed thousands of people who were eligible for the "Partnership Account." However, I will restrict this letter to the sections that concern me.

First, 401K Claims. I purchased Lehman Brothers common stock at various times in my 401K plan up to the time the firm declared bankruptcy. I made 12 purchases in 2008, including 4 in September, 2008. I obviously believed that what Dick Fuld and his executive team were saying about the financial health of the company was true, only to have it proven otherwise. **I never knew that I had a basis to be a part of any action other than a class action suit to recover any portion of my losses which amounted to quite a substantial sum. Therefore, I would like to have the above referenced claim amended to show that I should be considered under the 401K Claim category.**

Second, Stock Claims. I also purchased Lehman Brothers common stock in my personal brokerage account. As I mentioned, above, **I was never informed that there was any action to which I could be a party for the purpose of recovery of funds other than a class action suit. I also would like the document amended to show that I should be considered under the Stock Claim category.** Note: I have filed a claim in a class action suit for both accounts.

Third, I am including herein (below) a portion of what one of my colleagues, Armita Fucci, sent to you recently in a letter dated August 3rd. I fully agree with her conclusions regarding the Partnership Claim.

[illegible]

- In addition, I ascertain that we should not be limited to a reduced payment, but should be entitled to the full payment.

> *This is in response to the above-referenced case specifically as it relates to the Partnership Claim.*
>
> *Exhibit C, Section 2 – Purpose: this clearly states that the purpose of the Partnership Account Plan is for Employees to receive "additional compensation." According to Webster's Seventh New Collegiate Dictionary, these words are defined as follows:*
>
> *Additional: "added"*
> *Compensate: "to make proper payment to"*
> *Compensation: "payment; wages; something that constitutes an equivalent or recompense"*
>
> *By definition, participation in the Partnership Account Plan was proper payment and wages to Employees. The fact that Employees did not contribute to or have direct ownership in the Plan is irrelevant; the fact cannot be ignored that participation in the Plan constituted "added wages" to which Employees are entitled.*
>
> *Therefore, the claims of the Participants in the Lehman Brothers Partnership Account Plan should be upheld in their entirety, and not dismissed, reduced or expunged.*
>
> *In reaching your decision, please consider the claims of the Employees as valid and legitimate.*
>
> *Thank you sincerely for your consideration.*

Judge Peck, we were loyal employees of Lehman Brothers, I for 35 years starting at the age of 20. I spent my whole life "doing the right thing" and working hard. As my parents taught me, "Do a good day's work for a good day's wage." But, it was more than that. I loved the ethics of the firm, the integrity of the people who worked there, the storied history, etc. In short, I believed in the firm and what we were doing and what we were told about its financial health. Now, not only was all of that destroyed by those who lied and cheated, but now they are attempting to diminish what we are entitled to. We need an advocate to help us get what we are entitled to. I am again imploring you to help all of us, including those who are not a part of this Omnibus Claim because they were never informed about any of these categories (as I was not about the different categories).

Most of us are not wealthy and cannot employ lawyers which would compare to the talent at Weil, Gotshal & Manges. We need someone to help us. Every consideration on your behalf would be greatly appreciated.

Most sincerely,

*Marilyn Nader*

Marilyn B. Nader