

**Bethmann Bank**
ABN AMRO

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
USA

Rechtsabteilung
Jochen Weber
Tel: 069-2177- 3473
Fax: 069-2177-3469
August 8, 2012
V:\Secure_Legal\BUs 2012 und GA\Group
Functions\Legal\2012\Prozesse\Carstense
n\20120808_Bankrupcy Court N.Y.doc

**In re: Lehman Brothers Holdings Inc., et al.**
**Chapter 11 Case No. 08-13555 (JMP)**

Dear Sir or Madam,

Please take notice that Bethmann Bank AG has been assigned the rights arising out
of the claim number 41143 (creditor: Maria Carstensen). Please find attached the no-
tice of assignment for further processing.

Sincerely,

Jochen Weber

Country Head Legal Germany

Oliver Körner

Senior Legal Counsel

AUG 1 3 2012

Bethmann Bank AG
Bethmannstraße 7 - 9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon +49 69 2177 - 0
Telefax +49 69 2177 - 3449

Vorsitzender des Aufsichtsrates:
Jeroen Rijpkema
Vorstand:
Horst Schmidt (Vors.)
Stephan Isenberg, Roland Schubert

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main,
HRB 57565
USt-ID:  DE 122786951

2012-07



AUG 1 3 2012

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 41143**

Dear Sir or Madam,

We would like to inform you that Mrs. Maria Carstensen who filed the claim
Number 41143 on 10/19/2009 (Claim Amount USD 12,338,562.10) has assigned the
rights arising out of this claim corresponding with the following securities

- 6,000 Stück Lehman Bros Treasury Co. B.V. EXPR.N 06.01.14 Baket
  (WKN A0SUA8 / ISIN DE000A0SUA81) in the total amount of EUR
  4,686,000.00 (face value EUR 6,000,000.00); consisting of:

  - 153 Stück Lehman Bros Treasury Co. B.V. EXPR.N 06.01.14 Baket
    (WKN A0SUA8 / ISIN DE000A0SUA81) in the amount of EUR 111,078.00
    as of purchase date April 18, 2008
  - 500 StückLehman Bros Treasury Co. B.V. EXPR.N 06.01.14 Baket
    (WKN A0SUA8 / ISIN DE000A0SUA81) in the amount of EUR 358,000.00
    as of purchase date April 18, 2008
  - 200 Stück Lehman Bros Treasury Co. B.V. EXPR.N 06.01.14 Baket
    (WKN A0SUA8 / ISIN DE000A0SUA81) in the amount of EUR 143,200.00
    as of purchase date April 18, 2008
  - 200 Stück Lehman Bros Treasury Co. B.V. EXPR.N 06.01.14 Baket
    (WKN A0SUA8 / ISIN DE000A0SUA81) in the amount of EUR 143,200.00
    as of purchase date April 18, 2008
  - 100 Stück Lehman Bros Treasury Co. B.V. EXPR.N 06.01.14 Baket
    (WKN A0SUA8 / ISIN DE000A0SUA81) in the amount of EUR 71,600.00
    as of purchase date April 18, 2008
  - 1,500 Stück Lehman Bros Treasury Co. B.V. EXPR.N 06.01.14 Baket
    (WKN A0SUA8 / ISIN DE000A0SUA81) in the amount of
    EUR 1,089,000.00 as of purchase date April 18, 2008
  - 347 Stück Lehman Bros Treasury Co. B.V. EXPR.N 06.01.14 Baket
    (WKN A0SUA8 / ISIN DE000A0SUA81) in the amount of EUR 251,922.00
    as of purchase date April 18, 2008

- 2,000 Stück Lehman Bros Treasury Co. B.V. EXPR.N 06.01.14 Baket
  (WKN A0SUA8 / ISIN DE000A0SUA81) in the amount of
  EUR 1,518,000.00 as of purchase date April 25, 2008
- 1,000 Stück Lehman Bros Treasury Co. B.V. EXPR.N 06.01.14 Baket
  (WKN A0SUA8 / ISIN DE000A0SUA81) in the amount of EUR 1,000,000.00
  as of purchase date October 31, 2007

- 1,000 Stück Lehman Bros Treasury Co. B.V. EXPR.N 06.01.14 Baket
  (WKN A0SUA9 / ISIN DE000A0SUA99) in the amount of EUR 1,000,000.00 as
  of purchase date October 31, 2007 (face value EUR 1,000,000.00)

- 3,000 Stück Lehman Bros Treasury Co. B.V. EO.-Zo Basket Lkd MTN 2007 (12)
  (WKN A0TTL9 / ISIN DE000A0TLL96) in the amount of EUR 3,020,700.00 as
  of purchase date November 15, 2007 (face value EUR 3,000,000.00)

to
**Bethmann Bank AG**
**Bethmannstraße 7-9**
**60311 Frankfurt am Main**
**Germany.**

Bethmann Bank AG has agreed to this assignment. Both Maria Carstensen and Beth-
mann Bank AG acknowledge and represent that due to this assignment Bethmann Bank
AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, July 6, 2012                          Hannover, 13. Juli 2012

Bethmann Bank AG                                 Maria Carstensen
(Assignee)                                       (Assignor)

(Jochen Weber)   (Oliver Körner)                 (Maria Carstensen)



**Oliver Koerner/DE/ABNAMRO/NL**

08.08.2012 15:35

To   Thorsten Kreutzer/DE/ABNAMRO/NL@ABNAMRO

cc   Jochen Weber/DE/ABNAMRO/NL@ABNAMRO, Tanja Krystkowiak/DE/ABNAMRO/NL@ABNAMRO

bcc

Subject   Re: Fw: Aufhebungsvertrag Allianz GI und neuer Kooperationsvertrag ebase

Hallo Thorsten,

anbei meine Überarbeitung in Fettdruck.
Die weitere Prüfung des Vertrags bleibt vorbehalten.
Bitte kläre zunächst mit ebase, ob diese Formulierung hinsichtlich ihrer Kontrollrecht akzeptabel ist.

Mit freundlichen Grüßen / With kind regards

Oliver Körner
Legal
*Senior Legal Counsel*

Bethmann Bank AG
ABN AMRO Group
Bethmannstraße 7-9 | 60311 Frankfurt am Main | Tel.: +49 (0)69 2177-3467 | Fax: -3469
E-Mail: Oliver.Koerner@Bethmannbank.de

Diese Nachricht wurde Ihnen gesendet von Bethmann Bank AG, Bethmannstraße 7-9, 60311 Frankfurt am Main. Briefadresse: Postfach 10 06 32, 60006 Frankfurt am Main, Telefon (069) 2177-0, Telefax (069) 2177-3449. Vorsitzender des Aufsichtsrates: Jeroen Rijpkema, Vorstand: Horst Schmidt (Vors.), Stephan Isenberg, Roland Schubert. Sitz der Gesellschaft: Frankfurt am Main, Amtsgericht Frankfurt am Main HRB 57565

Thorsten Kreutzer/DE/ABNAMRO/NL



**Thorsten Kreutzer/DE/ABNAMRO/NL**

06.06.2012 15:00

To   Oliver Koerner/DE/ABNAMRO/NL@ABNAMRO

cc   Tanja Krystkowiak/DE/ABNAMRO/NL@ABNAMRO

Subject   Fw: Aufhebungsvertrag Allianz GI und neuer Kooperationsvertrag ebase

Hallo Oliver,

ich habe mit ebase gesprochen und Sie schlagen folgende Änderung des Zugangsparagraphen vor.
Können wir mit dieser Formulierung leben oder welche Formulierung schlägst du vor bzw. muss der Paragraph ganz gestrichen werden?

**§ 9    Zugangs-/ Kontroll- und Prüfungsrechte / Weisungsbefugnis im Rahmen der Legitimationsprüfung von Endkunden und Einhaltung der datenschutzrechtlichen Bestimmungen**
1.    Der Kooperationspartner wird den von der ebase benannten Personen oder Erfüllungsgehilfen, d.h. Ansprechpartner in den Abteilungen/Stabstellen Revision, der Geldwäsche-/Compliance und des Datenschutzes  der ebase, ausschließlich zum Zweck der Überprüfung einer ordnungsgemäß durchgeführten Legitimationsprüfung und Einhaltung der Datenschutzbestimmungen **Einsichtsrechte in die relevanten Unterlagen in den Räumlichkeiten des**

**Kooperationspartners nach Absprache mit diesem** gewähren , soweit dies zur Überprüfung erforderlich ist, wobei die im Betrieb des Kooperationspartners praktizierten Kontrollvorschriften und Sicherheitsvorkehrungen zu beachten sind. Pflichtprüfer sowie Mitarbeiter und Beauftragte von Bankaufsichts,  Datenschutz- und sonstiger Aufsichtsbehörden können – ggf. nach Abstimmung mit dem Kooperationspartner - das vereinbarte bzw. gesetzliche Prüfungsrecht und ihre bestehenden Kontrollmöglichkeiten gegenüber der ebase bei dem Kooperationspartner **in diesem Umfang und auf diese Weise** wahrnehmen.
2.    Der Kooperationspartner wird bei solchen Kontrollen und Prüfungen in zumutbarem Umfang mitwirken.
3.    Kontroll- und Prüfungsrechte sind beschränkt auf die Bereiche und Einrichtungen, die mit der Erfüllung der Pflichten des Kooperationspartners in Bezug auf die Legitimationsprüfung nach diesem Kooperationsvertrag befasst sind, und bestehen dort nicht, wo gesetzliche Regelungen entgegenstehen.
...

Danke.

Mit freundlichen Grüßen / With kind regards

Thorsten Kreutzer
Produkt Manager Investment Products
Products & PWM Solutions

Bethmann Bank AG
ABN AMRO Group
Bethmannstraße 7-9 | 60311 Frankfurt am Main | Tel.: +49 (0)69 2177-4471 | Fax: -4179
Email: Thorsten.Kreutzer@Bethmannbank.de

Diese Nachricht wurde Ihnen gesendet von Bethmann Bank AG, Bethmannstraße 7-9, 60311 Frankfurt am Main. Briefadresse: Postfach 10 06 32, 60006 Frankfurt am Main, Telefon (069) 2177-0, Telefax (069) 2177-3449. Vorsitzender des Aufsichtsrates: Jeroen Rijpkema, Vorstand: Horst Schmidt (Vors.), Walter Huber, Stephan Isenberg, Roland Schubert. Sitz der Gesellschaft: Frankfurt am Main, Amtsgericht Frankfurt am Main HRB 57565

----- Forwarded by Thorsten Kreutzer/DE/ABNAMRO/NL on 06.06.2012 14:36 -----



| Thorsten Kreutzer/DE/ABNAMRO/NL 25.05.2012 13:56 | To | Oliver Koerner/DE/ABNAMRO/NL |
| | cc | Tanja Krystkowiak/DE/ABNAMRO/NL@ABNAMRO |
| | Subject | Aufhebungsvertrag Allianz GI und neuer Kooperationsvertrag ebase |

Hallo Oliver,

die Allianz hat sich entschlossen die Depotführung der cominvest depots auf ebase zu übertragen. Beigefügt ist der neue Standardvertrag. Kannst du die Unterlagen bitte prüfen und mir Feedback geben. Es gab in der Vergangenheit schon einmal den Versuch mit ebase einen Vertriebsvertrag zu schliessen, allerdings war hier das Zugangsrecht ein strittiger Punkt.

Ich schicke dir die Kündigung des bestehenden Vertrages mit der Allianz und eine Erneuerung der Anlage 1 von GS&P im Original mit der Hauspost.

Vielen Dank.

Ich wünsche dir ein paar schöne Pfingsttage.

Mit freundlichen Grüßen / With kind regards

**Thorsten Kreutzer**
Produkt Manager Investment Products
Products & PWM Solutions

**Bethmann Bank AG**
ABN AMRO Group
Bethmannstraße 7-9 | 60311 Frankfurt am Main | Tel.: +49 (0)69 2177-4471 | Fax: -4179
Email: Thorsten.Kreutzer@Bethmannbank.de

Diese Nachricht wurde Ihnen gesendet von Bethmann Bank AG, Bethmannstraße 7-9, 60311 Frankfurt am Main. Briefadresse: Postfach 10 06 32, 60006 Frankfurt am Main, Telefon (069) 2177-0, Telefax (069) 2177-3449. Vorsitzender des Aufsichtsrates: Jeroen Rijpkema, Vorstand: Horst Schmidt (Vors.), Walter Huber, Stephan Isenberg, Roland Schubert. Sitz der Gesellschaft: Frankfurt am Main, Amtsgericht Frankfurt am Main HRB 57565

[attachment "Anlage 1a  Provisionsregelungen Depot Konto.doc" deleted by Thorsten Kreutzer/DE/ABNAMRO/NL]
[attachment "Anlage 2 eoP.DOC" deleted by Thorsten Kreutzer/DE/ABNAMRO/NL]
[attachment "Anlage 3 eDIS.DOC" deleted by Thorsten Kreutzer/DE/ABNAMRO/NL]
[attachment "Anlage 4 Legitimationsprüfung.doc" deleted by Thorsten Kreutzer/DE/ABNAMRO/NL]
[attachment "Anlage 5 Produktbeschreibung CominvestDepot.doc" deleted by Thorsten Kreutzer/DE/ABNAMRO/NL]
[attachment "Anlage 6 Leistungsbeschreibung cominvest bAV+AZD+Collect Depot.doc" deleted by Thorsten Kreutzer/DE/ABNAMRO/NL]
[attachment "Muster_Kooperationsvertrag_für_DVcominve_20111001 .doc" deleted by Thorsten Kreutzer/DE/ABNAMRO/NL]