UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (JMP)
                                                                :
                        Debtors.                                :    (Jointly Administered)
                                                                :
------------------------------------------------------------------x

**SUPPLEMENTAL ORDER TO FACILIATE DISTRIBUTIONS
TO HOLDERS OF CERTAIN LEHMAN PROGRAMS SECURITIES ISSUED IN JAPAN**

Upon the motion dated July 27, 2012 (the "Motion")[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, pursuant to section 105(a) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), supplementing the Court's prior orders relating to distributions on certain securities issued by LBHI and related relief, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the amended order entered June 17, 2010 governing case management and administrative procedures [ECF No. 9635], and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of LBHI and its estate and creditors and all parties in interest; and

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

upon the Court's consideration of the Motion; and after due deliberation and sufficient cause appearing therefor, it is

        ORDERED that, the Motion is granted; and it is further

        ORDERED that the Supplemental Procedures are approved and the Plan Administrator is authorized to make distributions under the Plan in accordance therewith; and it is further

        ORDERED that, this Order shall have no effect on the provisions of the LBHI Issued LPS Order as it relates to any LBHI Issued LPS other than the JP Securities; and it is further

        ORDERED that the Plan Administrator is hereby authorized to execute and deliver all instruments and documents, and take such other actions, as may be necessary or appropriate to implement and effectuate this Order; and it is further

        ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
       August 16, 2012

                                              *s/ James M. Peck*
                                              Honorable James M. Peck
                                              United States Bankruptcy Judge