Adam Brezine (NY State Bar #3922762)
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 268-2000
Facsimile:      (415) 268-1999
Email: adam.brezine@bryancave.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
:
In re:                                                                      :     Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC.,            :     08-13555 (JMP)
*et al.*,                                                                 :
:     (Jointly Administered)
Debtors.                                  :
---------------------------------------------------------- x

# REQUEST FOR REMOVAL FROM ECF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby request to be removed from the ECF and any other service list in this case.

Dated:  August 16, 2012                          Respectfully submitted,

/s/ *Adam Brezine*
Adam Brezine
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 268-2000
Facsimile:      (415) 268-1999
Email: adam.brezine@bryancave.com

*Counsel for Claimant, Millennium Marketing
& Management Pty, Ltd.*

SM01DOCS\919431.1