B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Goldman Sachs Lending Partners LLC | York Global Finance BDH, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Contact: Rick Canonico

Court Claim # (if known): 67072 (amendment to claim # 9469)
Amount of Claim Transferred: $11,375,000.00
Date Claim Filed: September 9, 2010
Debtor: Lehman Brothers Commodity Services Inc.

Phone: 212-902-3032
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 8/15/12
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER (Debtor)**

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: York Global Finance BDH, LLC

York Global Finance BDH, LLC, a company organized under the laws of Scotland, with offices located 767 5th Avenue, 17th Floor, New York, NY 10153 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Goldman Sachs Lending Partners LLC, its successors and assignees, with offices located 200 West Street, New York, NY 10282 ("Buyer"), all rights, title and interest in and to the claims of Seller against LEHMAN BROTHERS Commodity Services Inc. to the extent of $11,375,000.00, docketed as Claim No. 67072 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13885 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognising this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments, distributions and dividends, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 15 day of August, 2012.

**YORK GLOBAL FINANCE BDH, LLC**

By: _____
(Signature of authorised corporate officer)

Name: **John J. Fosina**
Title: ~~Chief Financial Officer~~
Tel.: _____

**GOLDMAN SACHS LENDING PARTNERS LLC**

By: _____

(Signature of authorised corporate officer)

Name: _____
Title: _____

YCM Legal
APPROVED

- 13 -

**EVIDENCE OF TRANSFER (Debtor)**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: York Global Finance BDH, LLC

York Global Finance BDH, LLC, a company organized under the laws of Scotland, with offices located 767 5th Avenue, 17th Floor, New York, NY 10153 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Goldman Sachs Lending Partners LLC, its successors and assignees, with offices located 200 West Street, New York, NY 10282 ("Buyer"), all rights, title and interest in and to the claims of Seller against LEHMAN BROTHERS Commodity Services Inc. to the extent of $11,375,000.00, docketed as Claim No. 67072 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13885 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognising this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments, distributions and dividends, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 15 day of August, 2012.

YORK GLOBAL FINANCE BDH, LLC

By: _____
(Signature of authorised corporate officer)

Name: _____
Title: _____
Tel.: _____

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
(Signature of authorised corporate officer)

Name: _____Ivan Anderson_____
Title: _____Authorized Signatory_____