WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                                   :
**In re**                                                          :    **Chapter 11 Case No.**
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                       :    **08-13555 (JMP)**
                                                                   :
                                        **Debtors.**               :    **(Jointly Administered)**
                                                                   :
                                                                   :
-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT** *SINE DIE* **OF**
**THE THREE HUNDRED FIFTH OMNIBUS OBJECTION TO**
**CLAIMS (DUPLICATIVE CLAIMS) SOLEY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing to consider the Three Hundred Fifth

Omnibus Objection to Claims (Duplicative Claims) [ECF No. 28412] that was scheduled for

August 23, 2012, at 10:00 a.m. (Eastern Time), **has been adjourned,** *solely* **as to the claim**

**listed on the annexed Exhibit A, to a date to be determined**.

Dated:  August 16, 2012
        New York, New York

                                        /s/ Robert J. Lemons
                                        Robert J. Lemons

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc. and
                                        certain of its affiliates

## Exhibit A

**Claim Adjourned**

| Claimant | Claim Number |
|---|---|
| Bank Leumi Le-Israel B.M. | 28333 |

US_ACTIVE:\44074868\2\58399.0011