WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
In re                                                       :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
:
Debtors.                                   :    **(Jointly Administered)**
:
:
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF THE**
**THREE HUNDRED TWENTY-THIRD OMNIBUS OBJECTION**
**TO CLAIMS (LATE-FILED CLAIMS) SOLEY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing to consider the Three Hundred Twenty-Third Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 29295] that was scheduled for August 23, 2012, at 10:00 a.m. (Eastern Time), **has been adjourned,** *solely* **as to those claims listed on the annexed Exhibit A, to a date to be determined**.

Dated:  August 16, 2012
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and certain of its affiliates

US_ACTIVE:\44074873\2\58399.0011

2

## Exhibit A

## Claims Adjourned

| Claimant | Claim Number |
|---|---:|
| Conway Hospital, Inc. | 68076 |
| Dow Corning Corporation | 43840 |
| Dow Corning Corporation | 43964 |