WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                            :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,         :    **08-13555 (JMP)**
:
Debtors.                                  :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

# NOTICE OF ADJOURNMENT OF THE
# THREE HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION TO
# CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Twenty-Eighth

Omnibus Objection to Claims (No Liability Claims) [**ECF No. 29323**], that was scheduled for

August 23, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the**

**claim of Spanish Broadcasting, Inc., proof of claim number 67707, to September 27, 2012,**

**at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may

be heard. The Hearing will be held before the Honorable James M. Peck, United States

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New

York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: August 16, 2012
      New York, New York

    /s/ Jacqueline Marcus
    Jacqueline Marcus

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.
    and Certain of its Affiliates