UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
In re:                                                            :   Chapter 11
                                                                  :   Case No. 08-13555(JMP)
                                                                  :   (Jointly Administered)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :
                                                                  :   CERTIFICATE OF
                              Debtors.                            :   SERVICE
                                                                  :
----------------------------------------------------------------- X

       I, Brendan Cyr, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 13th day of August 2012, the Notice of Adjournment of Hearing on Lehman Brothers Special Financing Inc. Working Group's Application for Entry of an Order, Pursuant to 11 U.S.C. §§503(b)(3)(D) and 503(b)(4) for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution in These Cases was served by hand and by Federal Express, as indicated, upon:

               **BY HAND**

               Harvey Miller, Esq.
               Richard P. Krasnow, Esq.
               Weil, Gotshal & Manges, LLP
               767 Fifth Avenue
               New York, NY  10153

               Dennis F. Dunne, Esq.
               Dennis O'Donnell, Esq.
               Evan Fleck, Esq.
               Milbank, Tweed, Hadley & McCloy LLP
               1 Chase Manhattan Plaza
               New York, New York 10005

**BY FEDERAL EXPRESS**

Tracy Hope Davis, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

John Suckow
William Fox
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, NY  10020

Brady C. Williamson, Esq.
Katherine Stadler, Esq.
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, Wisconsin  53703

2. This service was made by assistant managing clerks of this firm under my general supervision.

Dated:  New York, New York
        August 16, 2012

/s/ Brendan Cyr
Brendan Cyr