WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re**                                                    :    **Chapter 11 Case No.**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                                             :
Debtors.                                      :    **(Jointly Administered)**
                                                             :
                                                             :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE THREE**
**HUNDRED EIGHTEENTH OMNIBUS OBJECTION**
**TO CLAIMS (PARTNERSHIP CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Eighteenth Omnibus Objection to Claims (Partnership Claims) **[ECF No. 28442]**, that was scheduled for August 23, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to September 27, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated: August 16, 2012
      New York, New York

                /s/ Robert J. Lemons
                Robert J. Lemons

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Lehman Brothers Holdings Inc.
                 and Certain of its Affiliates

US_ACTIVE:\44076231\1\58399.0008

## EXHIBIT A

| Claimant | Claim No. | Response |
|---|---|---|
| Monahan, Brian W. | 4706 | ECF No. 29263 |
| Moore, Charles C. | 34234 | |
| O'Brien, Barry J. | 31941 | ECF No. 29437 |
| Park, Edward | 34235 | |

3