B6 Declaration (Official Form 6 - Declaration) (12/07)

In re __Lehman Brothers Holdings Inc.__,
Debtor

Case No. __08-13555 (JMP)__
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____
Debtor

Date _____    Signature: _____
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any,    Social Security No.
of Bankruptcy Petition Preparer    (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer, Treasurer, Controller and Executive Vice President [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the __corporation__ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date __6/14/2009__    Signature: _____

William Fox, Chief Financial Officer, Treasurer,
Controller and Executive Vice President
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re                                           :       Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :       08-13555 (JMP)
                                                :
                        Debtors.                :       (Jointly Administered)
-------------------------------------------------------------------x

## AMENDED SCHEDULES OF ASSETS AND LIABILITIES FOR

## LEHMAN BROTHERS HOLDINGS INC.

## CASE NO. 08-13555 (JMP)

B6G (Official Form 6G) (12/07) – Cont.

In re   Lehman Brothers Holdings Inc.                    ,                    Case No.   08-13555 (JMP)
                        Debtor                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| See attached rider G: Non-Corporate Guarantee | |
| See attached rider G: Open Trade Contracts | |
| See attached rider G: Proprietary Trading Agreements | |
| See attached rider G: Restricted Stock Unit Agreements | |
| See attached rider G: Severance Agreements | |
| See attached rider G: Sub Lease Agreements | |
| See attached rider G: Tax Allocation Agreements | |
| See attached rider G: Vendor Contracts | |

Lehman Brothers Holdings Inc.                    Sch G                                    Case No. 08-13555 (JMP)

Executory Contracts and Unexpired Leases
G: Restricted Stock Unit Agreements

| Counterparty Last Name | Counter Party First Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|---|
| A C | Angappan | | | | | | | | Restricted Stock Unit Agreement |
| Aapajarvi | Peter | | | | | | | | Restricted Stock Unit Agreement |
| Aaron | David E. | | | | | | | | Restricted Stock Unit Agreement |
| Aaron | Jeffery L. | | | | | | | | Restricted Stock Unit Agreement |
| Aaron | William E | | | | | | | | Restricted Stock Unit Agreement |
| Aarons | Andrew D. | | | | | | | | Restricted Stock Unit Agreement |
| Aaronson | Jay | | | | | | | | Restricted Stock Unit Agreement |
| Abad | Albert J. | | | | | | | | Restricted Stock Unit Agreement |
| Abadie | David | | | | | | | | Restricted Stock Unit Agreement |
| Abadie | Neil E. | | | | | | | | Restricted Stock Unit Agreement |
| Abanobi | Ochioma | | | | | | | | Restricted Stock Unit Agreement |
| Abao | Brenda Lynn | | | | | | | | Restricted Stock Unit Agreement |
| Abary | Raymond R. | | | | | | | | Restricted Stock Unit Agreement |
| Abate | Joseph T. | | | | | | | | Restricted Stock Unit Agreement |
| Abbas | Adam | | | | | | | | Restricted Stock Unit Agreement |
| Abbas | Muhammad Aadil | | | | | | | | Restricted Stock Unit Agreement |
| Abbas | Tanveer | | | | | | | | Restricted Stock Unit Agreement |
| Abbasi | Amer | | | | | | | | Restricted Stock Unit Agreement |
| Abbasi | Fayad | | | | | | | | Restricted Stock Unit Agreement |
| Abbate | Nicholas | | | | | | | | Restricted Stock Unit Agreement |
| Abbondandolo | Joseph | | | | | | | | Restricted Stock Unit Agreement |
| Abbott | Christopher | | | | | | | | Restricted Stock Unit Agreement |
| Abbott | Nicholas M. | | | | | | | | Restricted Stock Unit Agreement |
| Abbott | Sarah | | | | | | | | Restricted Stock Unit Agreement |
| Abbotts | Paul | | | | | | | | Restricted Stock Unit Agreement |
| Abdel-rahman | Khaled | | | | | | | | Restricted Stock Unit Agreement |
| Abdel-Razeq | Maysa | | | | | | | | Restricted Stock Unit Agreement |
| Abdollahi | Soheil | | | | | | | | Restricted Stock Unit Agreement |
| Abdul | Naman | | | | | | | | Restricted Stock Unit Agreement |
| Abe | Kenji | | | | | | | | Restricted Stock Unit Agreement |
| Abe | Mitsuhiro | | | | | | | | Restricted Stock Unit Agreement |
| Abe | Naoko | | | | | | | | Restricted Stock Unit Agreement |
| Abe | Noriko | | | | | | | | Restricted Stock Unit Agreement |
| Abedeen | Aysha | | | | | | | | Restricted Stock Unit Agreement |
| Abedi | Jamshid | | | | | | | | Restricted Stock Unit Agreement |
| Abel | Gifton | | | | | | | | Restricted Stock Unit Agreement |
| Abendan | Sydney | | | | | | | | Restricted Stock Unit Agreement |
| Abendroth | John Datus | | | | | | | | Restricted Stock Unit Agreement |
| Abernathy | Gregg | | | | | | | | Restricted Stock Unit Agreement |
| Abernathy | Ricky | | | | | | | | Restricted Stock Unit Agreement |
| Abernethy | Emily | | | | | | | | Restricted Stock Unit Agreement |
| Abeyaratne | Dayan R. | | | | | | | | Restricted Stock Unit Agreement |
| Abeyratne | Dilan | | | | | | | | Restricted Stock Unit Agreement |
| Abiko | Takashi | | | | | | | | Restricted Stock Unit Agreement |
| Abiola | Akinola Abuakar | | | | | | | | Restricted Stock Unit Agreement |
| Abney | Lynda | | | | | | | | Restricted Stock Unit Agreement |
| Abou Jaoude | Michael Charles | | | | | | | | Restricted Stock Unit Agreement |
| Aboutaleb | Hayami | | | | | | | | Restricted Stock Unit Agreement |
| Abraham | Carol | | | | | | | | Restricted Stock Unit Agreement |
| Abraham | Cassandre | | | | | | | | Restricted Stock Unit Agreement |
| Abraham | David | | | | | | | | Restricted Stock Unit Agreement |
| Abrahams | Chancy | | | | | | | | Restricted Stock Unit Agreement |
| Abrahams | Faye | | | | | | | | Restricted Stock Unit Agreement |
| Abrahams | Shaun | | | | | | | | Restricted Stock Unit Agreement |
| Abrahamsen | Ryan | | | | | | | | Restricted Stock Unit Agreement |
| Abramov | Iosif | | | | | | | | Restricted Stock Unit Agreement |
| Abramovich | Victor | | | | | | | | Restricted Stock Unit Agreement |
| Abramowitz | Lloyd M | | | | | | | | Restricted Stock Unit Agreement |

LBHI Schedules 454

Lehman Brothers Holdings Inc.
Sch G
Case No. 08-13555 (JMP)

Executory Contracts and Unexpired Leases
G: Restricted Stock Unit Agreements

| Counterparty Last Name | Counter Party First Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|---|
| McCausland | Ciaran | | | | | | | | Restricted Stock Unit Agreement |
| McClatchey | Steven V. | | | | | | | | Restricted Stock Unit Agreement |
| McClellan | Ryan A. | | | | | | | | Restricted Stock Unit Agreement |
| McClements | Neil A | | | | | | | | Restricted Stock Unit Agreement |
| McClintock | Matthew | | | | | | | | Restricted Stock Unit Agreement |
| McCloskey | Justin | | | | | | | | Restricted Stock Unit Agreement |
| McCoan | Terence | | | | | | | | Restricted Stock Unit Agreement |
| McCollin | Michelle | | | | | | | | Restricted Stock Unit Agreement |
| McCombie | Janice B. | | | | | | | | Restricted Stock Unit Agreement |
| McCombie-Lawren | Alison M | | | | | | | | Restricted Stock Unit Agreement |
| McConathy | Michael R. | | | | | | | | Restricted Stock Unit Agreement |
| McConnell | Alex | | | | | | | | Restricted Stock Unit Agreement |
| McConnon | Thomas | | | | | | | | Restricted Stock Unit Agreement |
| McCoo | Iain | | | | | | | | Restricted Stock Unit Agreement |
| McCooey | Kevin C. | | | | | | | | Restricted Stock Unit Agreement |
| McCorkle | Kelly | | | | | | | | Restricted Stock Unit Agreement |
| McCormac | Cynthia | | | | | | | | Restricted Stock Unit Agreement |
| McCormack | Gerald | | | | | | | | Restricted Stock Unit Agreement |
| McCormack | Joseph | | | | | | | | Restricted Stock Unit Agreement |
| McCormick | Andrew | | | | | | | | Restricted Stock Unit Agreement |
| McCormick | Brendan | | | | | | | | Restricted Stock Unit Agreement |
| McCormick | James | | | | | | | | Restricted Stock Unit Agreement |
| McCormick | Robert B. | | | | | | | | Restricted Stock Unit Agreement |
| McCourt | Erin | | | | | | | | Restricted Stock Unit Agreement |
| McCoy | Conor | | | | | | | | Restricted Stock Unit Agreement |
| McCoy | Erik O. | | | | | | | | Restricted Stock Unit Agreement |
| McCracken | Candace J. | | | | | | | | Restricted Stock Unit Agreement |
| McCracken | Paul G. | | | | | | | | Restricted Stock Unit Agreement |
| McCray-Goldsmit | John T. | | | | | | | | Restricted Stock Unit Agreement |
| McCreath | Stephen Victor | | | | | | | | Restricted Stock Unit Agreement |
| McCreery | Scott Ronald | | | | | | | | Restricted Stock Unit Agreement |
| McCrossen | Kate Emma | | | | | | | | Restricted Stock Unit Agreement |
| McCulloch | Laura | | | | | | | | Restricted Stock Unit Agreement |
| McCully | Michael K. | | | | | | | | Restricted Stock Unit Agreement |
| McDade III | Herbert | | | | | | | | Restricted Stock Unit Agreement |
| McDermott | Anthony | | | | | | | | Restricted Stock Unit Agreement |
| McDermott | Chris | | | | | | | | Restricted Stock Unit Agreement |
| McDermott | Christopher S. | | | | | | | | Restricted Stock Unit Agreement |
| McDermott | Cristian | | | | | | | | Restricted Stock Unit Agreement |
| McDermott | James P. | | | | | | | | Restricted Stock Unit Agreement |
| McDermott | Jean | | | | | | | | Restricted Stock Unit Agreement |
| McDermott | Maegan | | | | | | | | Restricted Stock Unit Agreement |
| McDermott | Mark | | | | | | | | Restricted Stock Unit Agreement |
| McDermott | Michael Robert | | | | | | | | Restricted Stock Unit Agreement |
| McDevitt | Stephen M. | | | | | | | | Restricted Stock Unit Agreement |
| McDonagh | Christopher W. | | | | | | | | Restricted Stock Unit Agreement |
| McDonagh | Theodore W. | | | | | | | | Restricted Stock Unit Agreement |
| McDonald | Douglas S. | | | | | | | | Restricted Stock Unit Agreement |
| McDonald | Gregory | | | | | | | | Restricted Stock Unit Agreement |
| McDonald | Hayden | | | | | | | | Restricted Stock Unit Agreement |
| McDonald | Jamie Ian | | | | | | | | Restricted Stock Unit Agreement |
| McDonald | Keith B. | | | | | | | | Restricted Stock Unit Agreement |
| McDonald | Lawrence G | | | | | | | | Restricted Stock Unit Agreement |
| McDonald | Victor F. | | | | | | | | Restricted Stock Unit Agreement |
| McDonnell | Michael J. | | | | | | | | Restricted Stock Unit Agreement |
| McDougal | Christopher | | | | | | | | Restricted Stock Unit Agreement |
| McDougall | Angela Rosemary | | | | | | | | Restricted Stock Unit Agreement |
| McDougall | John S. | | | | | | | | Restricted Stock Unit Agreement |

Lehman Brothers Holdings Inc.

Case No. 08-13555 (JMP)

Executory Contracts and Unexpired Leases
G: Restricted Stock Unit Agreements

| Counterparty Last Name | Counter Party First Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|---|
| Mulinari | Maria | | | | | | | | Restricted Stock Unit Agreement |
| Muliady | Eduard | | | | | | | | Restricted Stock Unit Agreement |
| Mullaguru | Goutham | | | | | | | | Restricted Stock Unit Agreement |
| Mullaney | Alice | | | | | | | | Restricted Stock Unit Agreement |
| Mullarkey | Douglas | | | | | | | | Restricted Stock Unit Agreement |
| Mullen | Michael J. | | | | | | | | Restricted Stock Unit Agreement |
| Mullen | Peter | | | | | | | | Restricted Stock Unit Agreement |
| Mullen | Stephanie | | | | | | | | Restricted Stock Unit Agreement |
| Muller | Barbara D. | | | | | | | | Restricted Stock Unit Agreement |
| Muller | Catherine V. | | | | | | | | Restricted Stock Unit Agreement |
| Muller | Erik W. | | | | | | | | Restricted Stock Unit Agreement |
| Muller | Nanda | | | | | | | | Restricted Stock Unit Agreement |
| Muller | Timothy | | | | | | | | Restricted Stock Unit Agreement |
| Muller | William P. | | | | | | | | Restricted Stock Unit Agreement |
| Mullick | S. Basu | | | | | | | | Restricted Stock Unit Agreement |
| Mulligan | Andrew W | | | | | | | | Restricted Stock Unit Agreement |
| Mulligan | Olivia | | | | | | | | Restricted Stock Unit Agreement |
| Mullings | Danae | | | | | | | | Restricted Stock Unit Agreement |
| Mullis | David | | | | | | | | Restricted Stock Unit Agreement |
| Mulquin | Patrick D | | | | | | | | Restricted Stock Unit Agreement |
| Mulroe | Brandon | | | | | | | | Restricted Stock Unit Agreement |
| Mulroe | Martin | | | | | | | | Restricted Stock Unit Agreement |
| Mulroy | James | | | | | | | | Restricted Stock Unit Agreement |
| Mulvihill | Catherine Anne | | | | | | | | Restricted Stock Unit Agreement |
| Mulvihill | Joan C | | | | | | | | Restricted Stock Unit Agreement |
| Munagala | Venkata Suresh | | | | | | | | Restricted Stock Unit Agreement |
| Munday | Steven | | | | | | | | Restricted Stock Unit Agreement |
| Mundhara | Saurabh | | | | | | | | Restricted Stock Unit Agreement |
| Mundra | Siddharth | | | | | | | | Restricted Stock Unit Agreement |
| Mundy | Edward | | | | | | | | Restricted Stock Unit Agreement |
| Mundy | Myung H. | | | | | | | | Restricted Stock Unit Agreement |
| Munim | Muhammed | | | | | | | | Restricted Stock Unit Agreement |
| Munir | Syed | | | | | | | | Restricted Stock Unit Agreement |
| Munjal | Samir | | | | | | | | Restricted Stock Unit Agreement |
| Munnelly | Jayme | | | | | | | | Restricted Stock Unit Agreement |
| Munoz | David | | | | | | | | Restricted Stock Unit Agreement |
| Munro | Andrew J | | | | | | | | Restricted Stock Unit Agreement |
| Munro | Bruce Oliver | | | | | | | | Restricted Stock Unit Agreement |
| Munro | Jillian | | | | | | | | Restricted Stock Unit Agreement |
| Munt | Danielle M. | | | | | | | | Restricted Stock Unit Agreement |
| Muntajeebuddin | Mohammed | | | | | | | | Restricted Stock Unit Agreement |
| Munz | Daniel J. | | | | | | | | Restricted Stock Unit Agreement |
| Mura | Michael | | | | | | | | Restricted Stock Unit Agreement |
| Murad | Imad | | | | | | | | Restricted Stock Unit Agreement |
| Murai | Shinichi | | | | | | | | Restricted Stock Unit Agreement |
| Murakami | Shin | | | | | | | | Restricted Stock Unit Agreement |
| Muraki | Junko | | | | | | | | Restricted Stock Unit Agreement |
| Muraki | Yuki | | | | | | | | Restricted Stock Unit Agreement |
| Murali | Shailesh | | | | | | | | Restricted Stock Unit Agreement |
| Muralidharan | Vinod | | | | | | | | Restricted Stock Unit Agreement |
| Muranishi | Hirotada | | | | | | | | Restricted Stock Unit Agreement |
| Murase | Takako | | | | | | | | Restricted Stock Unit Agreement |
| Murashima | Kanako | | | | | | | | Restricted Stock Unit Agreement |
| Murata | Eriko | | | | | | | | Restricted Stock Unit Agreement |
| Murata | Kae | | | | | | | | Restricted Stock Unit Agreement |
| Murata | Yuichisa | | | | | | | | Restricted Stock Unit Agreement |
| Murden | Vega | | | | | | | | Restricted Stock Unit Agreement |
| Mureithi | Alexander | | | | | | | | Restricted Stock Unit Agreement |

LBHI Schedules 706

Lehman Brothers Holdings Inc.

Sch G

Case No. 08-13555 (JMP)

Executory Contracts and Unexpired Leases

G: Restricted Stock Unit Agreements

| Counterparty Last Name | Counter Party First Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|---|
| Ziffer | Matthew J. | | | | | | | | Restricted Stock Unit Agreement |
| Zikarsky | Bjorn | | | | | | | | Restricted Stock Unit Agreement |
| Zilberman | David | | | | | | | | Restricted Stock Unit Agreement |
| Zillman | Michaela | | | | | | | | Restricted Stock Unit Agreement |
| Ziman | Iosif | | | | | | | | Restricted Stock Unit Agreement |
| Zimbaldi | Daniel | | | | | | | | Restricted Stock Unit Agreement |
| Zimmer | Andrew | | | | | | | | Restricted Stock Unit Agreement |
| Zimmer | Christina L. | | | | | | | | Restricted Stock Unit Agreement |
| Zimmerer | Zach | | | | | | | | Restricted Stock Unit Agreement |
| Zimmerman | Gerald C. | | | | | | | | Restricted Stock Unit Agreement |
| Zimmerman | Kevin | | | | | | | | Restricted Stock Unit Agreement |
| Zimmerman | Michael | | | | | | | | Restricted Stock Unit Agreement |
| Zinberg | David | | | | | | | | Restricted Stock Unit Agreement |
| Zinkin | Martin | | | | | | | | Restricted Stock Unit Agreement |
| Zinser | Harry | | | | | | | | Restricted Stock Unit Agreement |
| Zirakzadeh | Alex K. | | | | | | | | Restricted Stock Unit Agreement |
| Zirkle | William Wade | | | | | | | | Restricted Stock Unit Agreement |
| Zirman | Rebecca | | | | | | | | Restricted Stock Unit Agreement |
| Zito | Michael J | | | | | | | | Restricted Stock Unit Agreement |
| Zitoune | Joseph Michael | | | | | | | | Restricted Stock Unit Agreement |
| Zivic | Robyn | | | | | | | | Restricted Stock Unit Agreement |
| Zivotofsky | Elan | | | | | | | | Restricted Stock Unit Agreement |
| Zmidzinski | Peter | | | | | | | | Restricted Stock Unit Agreement |
| Zoeller | Lisa | | | | | | | | Restricted Stock Unit Agreement |
| Zoidis | Paul | | | | | | | | Restricted Stock Unit Agreement |
| Zola | Brian | | | | | | | | Restricted Stock Unit Agreement |
| Zolad | Bryan C. | | | | | | | | Restricted Stock Unit Agreement |
| Zona | Marijane | | | | | | | | Restricted Stock Unit Agreement |
| Zorek | Jeffrey A. | | | | | | | | Restricted Stock Unit Agreement |
| Zota | Saurin | | | | | | | | Restricted Stock Unit Agreement |
| Zou | Kan | | | | | | | | Restricted Stock Unit Agreement |
| Zou | Michael J. D. | | | | | | | | Restricted Stock Unit Agreement |
| Zoufaly | Jerome | | | | | | | | Restricted Stock Unit Agreement |
| Zsemba | Tibor John | | | | | | | | Restricted Stock Unit Agreement |
| Zubieta | Ricardo | | | | | | | | Restricted Stock Unit Agreement |
| Zuccala | Janine | | | | | | | | Restricted Stock Unit Agreement |
| Zuccaro | Carlo | | | | | | | | Restricted Stock Unit Agreement |
| Zuccaro | Marc E. | | | | | | | | Restricted Stock Unit Agreement |
| Zucco | Allison K. | | | | | | | | Restricted Stock Unit Agreement |
| Zucconi | Lawrence | | | | | | | | Restricted Stock Unit Agreement |
| Zucker | Alissa | | | | | | | | Restricted Stock Unit Agreement |
| Zuckerman | Heather P. | | | | | | | | Restricted Stock Unit Agreement |
| Zuckerman | Lauren | | | | | | | | Restricted Stock Unit Agreement |
| Zuckerman Hyman | Randi A | | | | | | | | Restricted Stock Unit Agreement |
| Zug | Renilde | | | | | | | | Restricted Stock Unit Agreement |
| Zulick | Richard Lin | | | | | | | | Restricted Stock Unit Agreement |
| Zuma | Danielle | | | | | | | | Restricted Stock Unit Agreement |
| Zummo | Carmine J. | | | | | | | | Restricted Stock Unit Agreement |
| Zumstein | Patrik | | | | | | | | Restricted Stock Unit Agreement |
| Zumtobel | Stephan | | | | | | | | Restricted Stock Unit Agreement |
| Zunno | Steve | | | | | | | | Restricted Stock Unit Agreement |
| Zupan | Aleksander | | | | | | | | Restricted Stock Unit Agreement |
| Zusack | Anthony | | | | | | | | Restricted Stock Unit Agreement |
| Zusy | Mark L. | | | | | | | | Restricted Stock Unit Agreement |
| Zwick | Stephen V. | | | | | | | | Restricted Stock Unit Agreement |
| Zwiren | Arnold D. | | | | | | | | Restricted Stock Unit Agreement |
| Zygmant | Melissa | | | | | | | | Restricted Stock Unit Agreement |
| Zysk | Arthur | | | | | | | | Restricted Stock Unit Agreement |

LBHI Schedules 866