08-13555-jmp Doc 30142-2 Filed 08/16/12 Entered 08/16/12 19:57:09 Exhibit 2 -
Craig Benson Affirmation in Support Pg 1 of 2

08-13555-jmp Doc 29938-2 Filed 08/09/12 Entered 08/09/12 18:04:30 Exhibit -
Benson Aff. Pg 1 of 2

STATE OF ILLINOIS
COUNTY OF _Cook_

-----------------------------------------x
                                        :

In re                                  :     Chapter 11 Case No.
                                        :

LEHMAN BROTHERS HOLDINGS INC., et al.,  :     08-13555 (JMP)

                      Debtors.         :     (Jointly Administered)
                                        :
-----------------------------------------x

### AFFIRMATION OF CRAIG O. BENSON IN SUPPORT OF MOTION TO PERMIT FILING OF A SUPPLEMENTAL AFFIRMATION IN OPPOSITION TO DEBTORS' 313th OMNIBUS OBJECTION

CRAIG O. BENSON affirms under penalties of perjury as follows:

1. My name is listed on Exhibit A to the Debtors' 313th Omnibus Objection Claims (to Reclassify Proofs of Claim as Equity Interests).

2. On August 1, 2012, through Stamell & Schager, LLP, I filed an Affirmation to join in a previously-filed Opposition to the Debtors' 313th Omnibus Objection, the purpose of which is to reclassify my claim for unpaid compensation as an equity interest.

3. I provide this Affirmation to the Court in support of my motion to accept my July 27, 2012 Affirmation as filed and served.

4. I learned of the 313th Omnibus Objection and the Opposition submitted by Claimants after July 6, 2012, the date for submitting an Opposition.

5. I never received a copy of the 313th Omnibus Objection from the Debtors or their Counsel. When I learned about the 313th Omnibus Objection and the procedures for opposing it,

I retained Stamell & Schager to file an Affirmation on my behalf in support of their previously-filed Opposition.

6. My address is the same as it was since I filed my Proof of Claim. There is no reason why I would not have received the 313th Omnibus Objection if it was mailed to me at my address.

Affirmed under penalties of perjury on this ___9___ day of August, 2012.

*Craig O. Benson*
Craig O. Benson

Sworn to before me this
9th day of August, 2012

*Susan P. Knoerzer*
Notary Public

OFFICIAL SEAL
SUSAN P. KNOERZER
Notary Public - State of Illinois
My Commission Expires Sep 15, 2013

2