**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | (Jointly Administered) |
-------------------------------------------------------------------x

### NOTICE OF FURTHER ADJOURNMENT OF DEBTORS' TWO HUNDRED SIXTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred Sixty-Eighth Omnibus Objection to Claims (Duplicative Claims) (the "Objection"), that was scheduled for August 23, 2012, at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned to November 20, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

-2-

**PLEASE TAKE FURTHER NOTICE** that the deadline to respond to the Objection has been extended to **November 6, 2012 at 4:00 p.m. (Prevailing Eastern Time)**.

Dated: August 17, 2012
      New York, New York

**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**

By: */s/ L. P. Harrison 3rd*
      L. P. Harrison 3rd
      Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.*

-2-

11699188