WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                  :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
Debtors.                              :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT *SINE DIE* OF THE THREE HUNDRED TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (PARTNERSHIP AND OTHER EMPLOYEE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Twenty-Seventh Omnibus Objection to Claims (Partnership and Other Employee Claims) [**ECF No. 29322**], that was scheduled for August 23, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has**

**been adjourned, solely as to the claims listed on Exhibit A attached hereto, to a date to be determined**.

Dated: August 17, 2012
      New York, New York

                                  /s/ Robert J. Lemons
                                  Robert J. Lemons

                                  WEIL, GOTSHAL & MANGES LLP
                                  767 Fifth Avenue
                                  New York, New York 10153
                                  Telephone: (212) 310-8000
                                  Facsimile: (212) 310-8007

                                  Attorneys for Lehman Brothers Holdings Inc.
                                   and Certain of Its Affiliates

08-13555-mg    Doc 30149    Filed 08/17/12    Entered 08/17/12 11:14:56    Main Document
Pg 3 of 3

## **EXHIBIT A**

| Claimant | Claim No. | Response |
|---|---|---|
| James Metaxas | 10886 | ECF No. 29918 |
| Greg Shavel | 15282 | ECF No. 29919 |
| John C. Shaughnessy Jr. | 17263 | ECF No. 29920 |
| Seth Konheim | 17413 | ECF No. 29922 |
| Francois Chu-Fong | 17414 | ECF No. 29914 |
| Marilyn Nader | 18944 | ECF No. 30095 |
| Armita Fucci | 19515 | ECF No. 30087 |
| Thomas John Rogers | 27738 | ECF No. 29911 |
| Robert Eby | 28696 | ECF No. 29915 |
| James J. Glen | 29201 | ECF No. 29916 |
| Christopher Deegan | 30076 | ECF No. 29917 |
| Barry O'Brien | 32338 | ECF No. 20083 |
| Catherine Rodgers | 32725 | ECF No. 30088 |
| Michael Karp | 67681 | ECF No. 29913 |
| Anatoly Kozlov | 67739 | ECF No. 30090 |

US_ACTIVE:\44076240\1\58399.0008