B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman Sachs Lending Partners LLC              York Global Finance BDH, LLC
          Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 10228
should be sent:                                 Amount of Claim Transferred: $14,000,000.00
                                                Date Claim Filed: September 3, 2009
Goldman Sachs Lending Partners LLC              Debtor: Lehman Brothers Commodity Services Inc.
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Contact: Rick Canonico

Phone: 212-902-3032                             Phone: _____
Last Four Digits of Acct #: _____     Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___[signature]___  
Name of Transferee/Transferee's Agent

Date: 8/15/12

Acknowledged and Agreed:

By: _____  
Name of Transferor/Transferor's Agent

Date: _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     Clerk, United States Bankruptcy Court, Southern District of New York

YORK GLOBAL FINANCE BDH, LLC, located at c/o York Capital Management, 767 5th Avenue, New York, NY 10153 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to GOLDMAN SACHS LENDING PARTNERS LLC, its successors and assigns, with offices at 200 West Street, New York, NY 10282-2198 ("Buyer"), **$14,000,000.00** of the claim of Seller against Lehman Brothers Commodity Services Inc (Claim No.: **10228**) (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the 15 day of August, 2012.

YORK GLOBAL FINANCE BDH, LLC

By: _____
Name:   John J. Fosina
Title:   **Chief Financial Officer**

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:

18


YCM Legal
APPROVED

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

YORK GLOBAL FINANCE BDH, LLC, located at c/o York Capital Management, 767 5th Avenue, New York, NY 10153 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to GOLDMAN SACHS LENDING PARTNERS LLC, its successors and assigns, with offices at 200 West Street, New York, NY 10282-2198 ("Buyer"), **$14,000,000.00** of the claim of Seller against Lehman Brothers Commodity Services Inc (Claim No.: **10228**) (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the 15 day of August, 2012.

YORK GLOBAL FINANCE BDH, LLC

By: _____
Name:
Title:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:    Ivan Anderson
Title:    Authorized Signatory

18