Eric H. Horn
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
Tel:  (212) 262-6700
Fax:  (212) 262-7402


-and-


65 Livingston Avenue
Roseland, New Jersey 07068
Tel:  (973) 597-2500
Fax:  (973) 597-2400

*Attorneys for Avaya Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 Case No. |
| | § | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | § | 08-13555 (JMP) |
| | § | |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

### NOTICE OF WITHDRAWAL OF APPEARANCE
### OF ERIC HORN, ESQ.

Eric Horn, Esquire of the firm of Lowenstein Sandler PC, hereby

withdraws his appearance in the above-captioned bankruptcy case and requests that he no

longer receive electronic filing notifications.

Dated:  August 17, 2012

LOWENSTEIN SANDLER PC

*/s/ Eric Horn*

Eric Horn
65 Livingston Avenue
Roseland, NJ 07068
Telephone:  973-597-2500
Email:  ehorn@lowenstein.com

12947/87
08/17/2012 21348466.1