Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re **Lehman Brothers Holdings Inc.** | Case No. **08-13555** |
| In re **Lehman Brothers Special Financing Inc.** | Case No. **08-13888** |

## NOTICE OF PARTIAL TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. **17204** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **September 18, 2009.**

| | |
|---|---|
| **NOMURA GLOBAL FINANCIAL PRODUCTS INC.** | **CWD OC 522 MASTER FUND, LTD.** |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| | |
| **Nomura Global Financial Products, Inc.** | C/o Candlewood Investment Group |
| **Attn: Pamela Oh** | 777 Third Ave., Suite 19B |
| **2 World Financial Center – Bldg. B** | New York, NY 10017 |
| **New York, NY 10281** | |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                      _____
                                      CLERK OF THE COURT

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **Nomura Global Financial Products Inc.** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **CWD OC 522 Master Fund, Ltd.** ("Buyer") all rights, title and interest in and to the claim of Seller referenced as proof of claim number 17204, in the amount of $9,150,000.00 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the 17th day of August, 2012.

SELLER:

**NOMURA GLOBAL FINANCIAL PRODUCTS INC.**

BY: *Pamela Oh*
Name: Pamela Oh
Title: Vice President


BUYER:

**CWD OC 522 MASTER FUND, LTD.**
By: Candlewood Investment Partners LP,
as Investment Manager


By: _____

Name:
Title:

12

536-102/AGR/3519007.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **Nomura Global Financial Products Inc.** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **CWD OC 522 Master Fund, Ltd.** ("Buyer") all rights, title and interest in and to the claim of Seller referenced as proof of claim number 17204, in the amount of $9,150,000.00 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the 1\_\_\_ day of August, 2012.

SELLER:

**NOMURA GLOBAL FINANCIAL PRODUCTS INC.**

BY:_____
Name:
Title:

BUYER:

**CWD OC 522 MASTER FUND, LTD.**
**By: Candlewood Investment Partners LP,**
**as Investment Manager**

By: _____

Name: Michael Lau
Title:

12

536-102/AGR/3519007.1