B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,      Case No. 08-13555 (JMP)
                                                      (Jointly Administered)
                Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **AG Centre Street Partnership, L.P.** | **RBS Securities Inc.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim #: **62721 (19.885% of claim)**
Amount of Claim as Filed: **$131,160,819.01**
Amount of Allowed Claim: **$130,374,016.38**
Amount of Claim Transferred: **$25,924,827.82**
                                         **(as allowed)**

Date Claim Filed: **11/2/09**

AG Centre Street Partnership, L.P.
245 Park Avenue, 26th Floor
New York, NY 10167

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Thomas M. Fuller_____          Date: _8/15/12_
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: RBS Securities Inc.

      For value received, the adequacy and sufficiency of which are hereby acknowledged, **RBS Securities Inc.** ("Seller") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to **AG Centre Street Partnership, L.P.** ("Purchaser"), an undivided interest, to the extent of the applicable percentage/principal amount/nominal amount specified in Schedule I attached hereto (the "Purchased Claim") in Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the security referred to on Schedule I hereto together with all other claims (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "Claim") in respect thereof and against **Lehman Brothers Treasury Co. B.V.** and/or **Lehman Brothers Holdings Inc.** (debtor in **Case No. 08-13555** pending in the U.S. Bankruptcy Court for the Southern District of New York) (each a "Debtor"), including, without limitation on, any and all proofs of claim filed in respect of the Claim, including without limitation, **Proof of Claim Number 62721** (the "Proof of Claim") filed in the bankruptcy case of **Lehman Brothers Holdings Inc.**

      Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

      IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 15th day of August, 2012.

| **RBS Securities Inc.** | **AG Centre Street Partnership, L.P.** |
|---|---|
| By: _____ | By: Angelo, Gordon & Co., L.P., Manager |
| Name: | |
| Title: | By: _____ |
| | Name: |
| 600 Washington Boulevard | Title: |
| Stamford, CT 06901 | |
| | 245 Park Avenue, 26th Floor |
| | New York, NY 10167 |

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: RBS Securities Inc.

     For value received, the adequacy and sufficiency of which are hereby acknowledged, **RBS Securities Inc.** ("Seller") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to **AG Centre Street Partnership, L.P.** ("Purchaser"), an undivided interest, to the extent of the applicable percentage/principal amount/nominal amount specified in Schedule I attached hereto (the "Purchased Claim") in Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the security referred to on Schedule I hereto together with all other claims (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "Claim") in respect thereof and against **Lehman Brothers Treasury Co. B.V.** and/or **Lehman Brothers Holdings Inc.** (debtor in **Case No. 08-13555** pending in the U.S. Bankruptcy Court for the Southern District of New York) (each a "Debtor"), including, without limitation on, any and all proofs of claim filed in respect of the Claim, including without limitation, **Proof of Claim Number 62721** (the "Proof of Claim") filed in the bankruptcy case of **Lehman Brothers Holdings Inc.**

     Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

     IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 15th day of August, 2012.

| | |
|---|---|
| **RBS Securities Inc.** | **AG Centre Street Partnership, L.P.** |
| | By: Angelo, Gordon & Co., L.P., |
| By:_____ |      Manager |
| Name: | |
| Title: | By: /s/ Thomas M. Fuller |
| | Name: **Thomas M. Fuller** |
| 600 Washington Boulevard | Title: **Authorized Signatory** |
| Stamford, CT 06901 | |
| | 245 Park Avenue, 26th Floor |
| | New York, NY 10167 |

**Schedule 1**

Transferred Claims

Purchased Claim

100% of ISIN XS0170825664 of the original Proof of Claim filed on November 2, 2009, filed in the amount of $10,681,678.89, and allowed in the amount of $10,543,947.82; and

100% of ISIN XS0180580226 of the original Proof of Claim filed on November 2, 2009, filed in the amount of $15,380,880.00, and allowed in the amount of $15,380,880.00.

Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/ Notional Amount | Allowed Amount |
|---|---|---|---|---|---|
| Lehman Program Security | XS0170825664 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $10,600,000 | $10,543,947.82 |
| Lehman Program Security | XS0180580226 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $15,200,000 | $15,380,880.00 |