B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

| In re Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>In re Lehman Brothers Special Financing Inc. | Case No. of Debtor<br>08-13888 (JMP) |

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

Goldman Sachs Lending Partners LLC                           SPCP Group LLC
Name of Transferee                                                         Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): 33585
should be sent:                                                                Amount of Claim as Filed: $2,962,160.25
                                                                                        Amount of Claim Transferred: $1,068,360.64
Goldman Sachs Lending Partners LLC                           Date Claim Filed: 9/22/09
30 Hudson Street, 5th Floor                                           Debtor: Lehman Brothers Special Financing Inc.
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Rick Canonico
Phone: 212-902-3032
Email: Rick.Canonico@gs.com

Phone:_____          Phone:_____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 8/13/12
Name of Transferee/Transferee's Agent

By: _____    Date: _____
Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____
    Name of Transferee/Transferee's Agent

By: _____  SF    Date: 8/13/12
    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

BB   AO