UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re                                               :      Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :      08-13555 (JMP)
                                                    :
                        Debtors.                    :      (Jointly Administered)

---------------------------------------------------------------X

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY IN CONNECTION WITH OMNIBUS OBJECTIONS TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

NOTICE IS HEREBY GIVEN that __ANDREA T JAO__, represented by __Self__, has filed Claim(s) Number(s) __5340__ against __LEHMAN (RSUs)__ in the amount of __$107,253.00__ in the above-captioned chapter 11 cases (the "Chapter 11 Cases") and intends to participate in discovery in connection with the Debtors' and LBHI's Omnibus Objection(s) to such claim(s). The employee identification number for the above-named party while employed by LBHI and/or its affiliates was __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__.

ACCORDINGLY, PLEASE TAKE FURTHER NOTICE that, subject to any objections by LBHI and/or any limitations imposed by the Court, the above-named party and his/her counsel intends to participate in RSU Claims Discovery, as defined in the Order Establishing Discovery Procedures in Connection with Omnibus Objections to Reclassify Proofs of Claim as Equity Interests, entered by the Court on _____ [ECF No. ___].

Dated: __8/13/2012__                           _/s/ Andrea T. Jao_

Contact Information for RSU Claimant (address, phone and email):

ANDREA JAO
77 SEVENTH AVE, APT 10-S
NEW YORK NY 10011
(917) 209-4497    ANDREA.JAO@GMAIL.COM

Contact Information for Attorneys for RSU Claimant (address, phone and email):

_____
_____
_____

1

| Grant Date | Description | Grant Price | Grant Value² | Restriction Ends | Units Granted | Dividend Equivalents | Units Delivered |
|---|---|---|---|---|---|---|---|
| 07/01/2008 | July 2008 RSU | $20.9600 | $5,865 | 11/30/2011 | 279.82 | 3.54 | 0.00 |
| 12/07/2007 | 2007 Firmwide Principal | $47.6000 | $21,994 | 11/30/2012 | 462.05 | 9.52 | 0.00 |
| 12/07/2007 | 2007 Firmwide Discount | $47.6000 | $7,331 | 11/30/2012 | 154.02 | 3.20 | 0.00 |
| 12/08/2006 | 2006 Firmwide Principal | $57.7700 | $31,697 | 11/30/2011 | 548.67 | 16.24 | 0.00 |
| 12/08/2006 | 2006 Firmwide Discount | $57.7700 | $10,566 | 11/30/2011 | 182.89 | 5.40 | 0.00 |
| 11/30/2005 | 2005 Firmwide Principal | $47.2500 | $13,500 | 11/30/2010 | 285.72 | 10.49 | 0.00 |
| 11/30/2005 | 2005 Firmwide Discount | $47.2500 | $4,500 | 11/30/2010 | 95.24 | 3.60 | 0.00 |
| 12/09/2004 | 2004 Firmwide Principal | $32.1750 | $5,100 | 11/30/2009 | 158.50 | 7.12 | 0.00 |
| 12/09/2004 | 2004 Firmwide Discount | $32.1750 | $1,700 | 11/30/2009 | 52.84 | 2.40 | 0.00 |
| 12/10/2003 | 2003 Firmwide Principal | $26.7700 | $3,750 | 11/30/2008 | 140.08 | 7.48 | 0.00 |
| 12/10/2003 | 2003 Firmwide Discount | $26.7700 | $1,250 | 11/30/2008 | 46.70 | 2.55 | 0.00 |
| Total | | | $107,253 | | 2,406.53 | 71.54 | 0.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――x
In re                                                               :     Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :     08-13555 (JMP)
                                                                       :
                                        Debtors.                :     (Jointly Administered)
―――――――――――――――――――――――x

## AGREEMENT TO ABIDE BY THE PROTECTIVE ORDER

I hereby certify that I have read the Protective Order[6] SO ORDERED by the Court in the above-captioned chapter 11 cases (the "Chapter 11 Cases") on August __, 2012 [ECF No. ___]. I further certify that I understand the terms and provisions of the Protective Order and agree to be fully bound by them, and hereby submit to the jurisdiction of the United States Bankruptcy Court for the Southern District of New York for purposes of the Protective Order's enforcement. I understand and agree, in particular, that I may not use any Confidential Information, or any copies, excerpts or summaries thereof, or materials containing Confidential Information derived therefrom, as well as any knowledge or information derived from any of these items, for any purpose other than matters related to the RSU Claims or other contested matters or adversary proceedings between LBHI and an RSU Claimant arising out of these Chapter 11 Cases, in accordance with the provisions of the Protective Order, including, without limitation, any business or commercial purpose.

I further understand that failure to abide fully by the terms of the Protective Order

---

[6] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Protective Order.

1

may result in legal action against me, such as for contempt of court and liability for monetary damages.

Dated: __8/13/2012__         Agreed: _____

[PARTICIPANT'S NAME & ADDRESS AND, IF REPRESENTED BY COUNSEL, ATTORNEY'S NAME AND ADDRESS]

ANDREA T. JAO
77 SEVENTH AVE, APT 10-S
NEW YORK NY 10011