

K. Norimatsu
2-4-306, Nakazato-Cho, 2-Chome,
Kitaku, Kobe-City,
Hyogo-Pref., 651-1103
Japan
TEL 0+11( your National No.) +81
−90−1594−6136
August 8, 2012

**Important**

Dear sirs,

I've moved to the place as above address recently on July 24, 2012.

Would you please mail to this new address ?

And please record this new address.

**Old Address**

14−10−306 Suzurandai−Higashimachi 9−Chome、Kitaku, Kobe−City、Hyogo−Pref.、651−1112 Japan

Your kind attention will be highly appreciated.

Yours sincerely,

K. Norimatsu signature

N. [illegible]
[illegible]
[illegible]
Hyogo [illegible]
Japan
TEL [illegible]
[illegible]

August 6 2012

[illegible]

Dear sirs.

I've moved to the place as above address recently on July [illegible].

Would you please mail to this new address ?

And please record this new address.

Old Address

[illegible] Kobe City,
Hyogo Pref. [illegible] Japan

Your kind attention will be highly appreciated.

Yours sincerely,

[illegible]