UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC.**, *et al*.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

### DECLARATION OF ZACHARY D. ROSENBAUM IN SUPPORT OF RESPONSE OF LOGAN HOTELS AND RESORTS, MEXICO, S.A. DE C.V. ET AL. TO DEBTORS' OBJECTION TO CLAIM NO. 17588

I, Zachary D. Rosenbaum, declare pursuant to 28 U.S.C. § 1746:

1.  I am an attorney at Lowenstein Sandler PC, counsel to Logan Hotels and Resorts, Mexico, S.A. de C.V. et al.

2.  I submit this declaration in support of the Response of Logan Hotels and Resorts, Mexico, S.A. de C.V. et al. to Debtors' Objection to Claim No. 17588 (the "Response").

3.  Attached as Exhibit A to the Response is a true and correct copy of the loan agreement dated July 21, 2006.

4.  Attached as Exhibit B to the Response is a true and correct copy of the English translation of the Trust Agreement referenced by the July 21, 2006 loan agreement.

5.  Attached as Exhibit C to the Response is a true and correct copy of the complaint filed in *Nash v. Jowdy*, No, BC416082 (Cal. Sup. Ct. June 18, 2009).

6.  Attached as Exhibit D to the Response is a true and correct copy of a letter from State Street to Logan Hotels and Resorts, Mexico, S.A. de C.V. (Nov. 25, 2008).

7.  Attached as Exhibit E to the Response is a true and correct copy of a letter from State Street to Logan Hotels and Resorts, Mexico, S.A. de C.V. (Aug. 4, 2009).

-2-

Dated: New York, New York
       August 17, 2012

                By:   s/ Zachary D. Rosenbaum
                    Zachary D. Rosenbaum (ZR9316)