1  Jonathan Schwartz    State Bar No. 49770
   4640 Admiralty Way
2  Fifth Floor
   Marina del Rey, California  90292
3  (310) 496-5770

4  Attorney for
   MOSHE SHRAM and HANNA SHRAM

5

6  UNITED STATES BANKRUPTCY COURT
   SOUTHERN DISTRICT OF NEW YORK

7

8

9  In re                                    Chapter 11 Case No. 08-13555 (JMP)

10 LEHMAN BROTHERS HOLDINGS INC., *et al.*,   (Jointly Administered)

11         Debtors.                          RESPONSE TO NOTICE OF HEARING ON
                                             DEBTORS' THREE HUNDRED THIRTY-FIFTH
12                                           OMNIBUS OBJECTION TO CLAIMS
                                             (INVALID OR NO BLOCKING NUMBER LPS
13                                           CLAIMS)

14

15

16    Jonathan Schwartz under penalty of perjury declares as follows:

17    My name is Jonathan Schwartz.  I am an attorney admitted to practice before all State courts

18 in the State of California, the U.S. District Court, Central District of California, and in the District of

19 Columbia (inactive). My practice is limited to securities regulatory defense, and a variety of claims and

20 disputes within the securities industry.

21    I am making this declaration in support of my opposition to Debtors' Three Hundred Thirty-

22 Fifth Omnibus Objection to Claims (Invalid or no Blocking Number LPS Claims).  On February 12,

23 2009    I was retained by Moshe and Hanna Shram to bring a claim seeking recission against Israel

24

25

26                                    1
   _____
27 RESPONSE TO NOTICE OF HEARING ON DEBTORS' THREE HUNDRED THIRTY-FIFTH OMNIBUS
      OBJECTION TO CLAIMS (INVALID OR NO BLOCKING NUMBER LPS CLAIMS)

Discount Bank of New York based upon its sale to my clients of a Lehman Brothers note in the face amount of $750,000. The Lehman Securities Programs Proof of Claim form was prepared by me personally, in this office.

At some point in mid-October I contacted the attorney for Israel Discount Bank of New York, (Allan N. Taffet of the Law Firm of Duval & Stachenfeld LLP), and asked him to provide to me the information I needed to respond to items 3 and 4 of the Lehman Securities Programs Proof of Claim form, the Clearstream Bank Blocking Number. After some delay, Mr. Taffett told me that the client would refuse to provide me with this information even though, as to item 3, the Form states that the providing of this information by the claimant is "required." I took that to mean that my Proof of Claim might very well be defective and consequently would be dishonored, if I did not have the information required by item 3. Relations between my office and Mr. Taffet had not been good and I had no idea where I could obtain the necessary information if not from Mr. Taffet since I was ethically unable to contact his client, Israel Discount Bank of New York. Subsequently, I attempted, unsuccessfully, to obtain the necessary information from various sources and Mr. Taffet and I continued to exchange correspondence and telephone calls, in which he repeatedly refused to help. It then became clear to me that time was running out and more or less as an act of desperation I provided in response to items 3 and 4 of the Proof of Claim the following, phrase, which Mr. Taffet told me to use: "Contact Israel Discount Bank of New York, 511 Fifth Avenue, New York, NY 10017." This was done, and the Form sent on October 29, 2009.

I will say that I had no idea that Mr. Taffet would withhold information which I needed to make the bankruptcy claim and I was appalled when he did so. Many things which I describe in this document were happening more or less at the last minute and there was a sense of panic in that my adversary appeared to be deliberately attempting to sabotage my effort to file. I ask that the Court

2
_____
RESPONSE TO NOTICE OF HEARING ON DEBTORS' THREE HUNDRED THIRTY-FIFTH OMNIBUS
OBJECTION TO CLAIMS (INVALID OR NO BLOCKING NUMBER LPS CLAIMS)

consider the matters recited herein to make out an instance of mistake and excusable neglect, and specifically that the delay arose as a result of my being unable to obtain information which appeared to be necessary to make the claim. The Court is asked to overrule the objection of the Debtor to the claim of Mr. and Mrs. Shram.

Signed this <u>10th</u> day of August, 2012 at Marina del Rey, California.

                                                  <u>/s/Jonathan Schwartz</u>
                                                  JONATHAN SCHWARTZ

3

RESPONSE TO NOTICE OF HEARING ON DEBTORS' THREE HUNDRED THIRTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (INVALID OR NO BLOCKING NUMBER LPS CLAIMS)