UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In Re:

                                          Case No. 08-13555 (JMP)
                                          (Jointly Administered)

      LEHMAN BROTHERS HOLDINGS,
            INC., *et al.*,

                    Debtor(s).
-----------------------------------------------------X

The undersigned attorney, duly admitted to practice before this Court, affirms the following to be true under the penalties of perjury:

1. That he is the attorney for the debtor(s) in the instant case.

2. That on the 17th day of August, 2012, your affiant served a copy of the within *Opposition of Moshe and Hanna Shram to Debtors' Three Hundred Thiry-Fifth Omnibus Objection to Claims (Invalid or No Blocking Number Claims)* by depositing a true copy thereof enclosed in an overnight courier paid wrapper, in an official depository under the exclusive care and custody of FEDEX, addressed to each of the following persons at the last known address set forth after each name:

| | |
|---|---|
| Office of the U.S. Trustee<br>Attn: Andy Velez-Rivera, Paul Schwartzberg,<br>Brian Masumoto, and Linda Riffkin<br>33 Whitehall St., 21st Fl.<br>New York, NY 10004 | Weil, Gotshal & Manges, LLP<br>Attn: Robert J. Lemons, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 |
| Milbank, Tweed, Hadley & McCloy, LLP<br>Attn: Dennis F. Dunne, Dennis O'Donnell,<br>Evan Fleck<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Hon. James M. Peck<br>Judge, U.S. Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |

Dated: New York, New York
       August 17, 2012

                                                              */s/Dan Shaked*_____
                                                              DAN SHAKED