Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Credit Suisse AG
Name of Transferee

UBS AG
Name of Transferor

Name and Address where notices to transferee should be sent:

Ms Stephanie R. Tumbiolo
Cravath, Swaine & Moore LLP
Ms Stephanie Tumbiolo
825 8th Avenue
New York, NY 10019

Phone: (212)325-1866
Last Four Digits of Acct #: --

Court Claim # (if known): 59233
Date Claim Filed: October 29, 2009
Amount of Claim: --
Portion of Claim Transferred (see Schedule I): see Evidence of Transfer of Claim Form

Phone: --
Last Four Digits of Acct. #: --

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_  Date: August 17, 2012
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UBS**

BY REGISTERED MAIL
CREDIT SUISSE AG
Legal Project YPPC
Brandschenkestrasse 25
CH-8070 Zurich

UBS AG
P.O.Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Flurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

# Message

August 17, 2012

**subject** Claim Transfer Agreement Lehman Program Securities

On behalf of        Attention Ms Martina Berli-Stettler

you are receiving   Evidence of partial transfer of claim, duly completed and signed

☐ for your information      ☐ returned with thanks     ☐ please return
☒ for your records          ☐ please comment           ☒ please confirm receipt
☐ as agreed                 ☐ please sign              ☐ please process
☐ please complete           ☐ please forward to

Remarks
92) USD 50'000.00      1800853      XS0187966949

Claimant / Transferor: UBS AG, Zurich
Initial Proof of Claim Number: 59233
Transferee : Credit Suisse AG

Yours sincerely,

UBS AG

Jean-Claude Besson            Stephan Gfeller
Associate Director            Associate Director

61555 E       05.2005      J1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UBS AG** ("Transferor") unconditionally and irrevocably transferred to **Credit Suisse AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 17 day of August 2012.

UBS AG

By: _____
Name: Jean-Claude Besson
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0187966949 | 59233 | October 30, 2009 | Lehman Brothers Treasury Co. BV | USD 50'000.00 out of USD 110'000.00 |

