WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                                                  :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
Debtors.                               :    **(Jointly Administered)**
:
:
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**THREE HUNDRED TWENTIETH OMNIBUS**
**OBJECTION TO CLAIMS (NO LIABILITY LB ROSE**
**RANCH LLC CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Twentieth Omnibus Objection to Claims (No Liability LB Rose Ranch LLC Claims) [ECF No. 29292] that was scheduled for August 23, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to September 27, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further

notice other than an announcement at the Hearing.

Dated:  August 17, 2012
       New York, New York

    /s/ Jacqueline Marcus
    Jacqueline Marcus

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers
    Holdings Inc. and Certain of Its Affiliates

# Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
| --- | --- |
| Kay M. Young | 8421 |
| Richard Condon & Rosemary Knox | 24572 |