WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : **Chapter 11 Case No.**
 : 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
 : 
Debtors. : **(Jointly Administered)**
 : 
------------------------------------------------------------------x

**NOTICE OF HEARING ON PLAN ADMINISTRATOR'S
OBJECTION TO CLAIM FILED BY MIDDLE MOUNTAIN 156, LLC**

**PLEASE TAKE NOTICE** that a hearing to consider the *Plan Administrator's*

*Objection to Claim Filed by Middle Mountain 156, LLC* [ECF No. 27854] will be held before the

Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House,

One Bowling Green, New York, New York, Room 601, on **August 23, 2012 at 10:00 a.m.**

**(Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.

Dated: August 17, 2012
         New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates