WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------------x
                                                            :
**In re**                                                   :   **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                :   **08-13555 (JMP)**
                                                            :
                      **Debtors.**                          :   **(Jointly Administered)**
                                                            :
--------------------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT SINE DIE
## OF DEBTORS' TWO HUNDRED THIRTEENTH
## OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE
## <u>CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS</u>

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred

Thirteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that was

scheduled for August 23, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned**

***sine die*, solely as to the claims listed on Exhibit A attached hereto, to a date to be**

**determined** (the "Hearing").

2

The Hearing will be held before the Honorable James M. Peck, United States

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New

York, Room 601.

Dated: August 17, 2012
      New York, New York

                                        /s/ Robert J. Lemons
                                        Robert J. Lemons

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:   (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates

2

## Exhibit A

### Adjourned Claims:

| Respondent | Claim |
|---|---|
| Dotson Investment | 47035 |
| Banque Populaire Cote d' Azur | 37176 |
| Andres Linuesa Sanchez | 42390 |
| Enrique Villagrasa Martinez | 41489 |
| Mrs. S.A.B. Von Rooy | 54549 |
| A.van Woensel | 52186 |
| Frank Cole | 37020 |
| Isabel Maria Yarnoz Diez | 37668 |
| Clara Diez Ezcurra | 37672 |
| Heinz-Joachim Elbe | 24466 |
| Maria Agueda Mateos Escudero | 46683 |
| Blas Perez Garcia | 57034 |
| Zeeland International Limited | 37379 |
| Forler Chantal Catherine | 43231 |
| Gonzalo Perez de Guzman San Roman | 50562 |
| Jimenez Casado, Maria Del Carmen | 41120 |
| Jimenez Casado, Santiago | 41121 |
| Maria Pilar Barnuevo Vigil de Quninones | 44436 |
| Gestion Participativa XXI, S.L. | 50526 |
| Genevieve Marie Deverd | 47323 |
| International Domestic Balanced Fund | 51600 |
| Fernando Martin Anchorena | 55675 |

US_ACTIVE:\43901549\9\58399.0008