WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT SINE DIE
## OF DEBTORS' TWO HUNDRED FOURTEENTH
## OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE
## CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred Fourteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that was scheduled for August 23, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned *sine die*, solely as to the claims listed on Exhibit A attached hereto, to a date to be determined** (the "Hearing").

2

The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

Dated: August 17, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

## Exhibit A

## Adjourned Claims:

| Respondent | Claim |
|---|---|
| Banque Populaire Cote d' Azur | 37175 |
| Grace Sin Yu Fung | 36560 |
| Lionel Dardo Occhinone | 47474 |
| Ip Lam Sang & Tse Siu Mui | 45386 |
| UBS AG [Response filed by Nikesh Daryani, Neelam Daryani, Parasram Daryani, and Vikas Daryani, as beneficial holders] | 36634, 36639 |
| Klaus Peter Sauer | 34579 |
| Adventist Union Limited | 40232 |
| Atil Birol | 10985 |
| Sylvia Garcia Pastori | 36815 |
| Juan Enrique Llovet Garcia | 36808 |
| Maria Dolores Llovet Garcia | 36810 |
| Maria Isabel Llovet Garcia | 36806 |
| Jaun Enrique Llovet Rubio | 36809 |
| Maria Dolores Llovet Garcia | 36807 |
| Alberto Borrino | 41133 |
| Eduardo Rafael Schiariti | 36819 |
| Amr Samir Mohamed Zaki Abdel Kader | 36674 |
| Middle East Shipping | 44060 |
| Wong Hung Ying | 43442 |
| Margarita Roldos | 36818 |
| Margarita Michelini | 36811 |
| Jorge Roldos | 36814 |
| Carolina de Baeremaecker | 36813 |
| Mirta Bessio | 47444 |
| Daniel Nemoy | 36817 |
| Tak Chung J, Tong Yuk Kwan | 47294 |
| Lung Wing Man Virginia | 47296 |
| Fernando Martin Anchorena | 55675 |
| Wilhelm Kraemer | 41222 |
| Wing Lung Bank LTD on behalf of Timy Lam Yik Ping & Elaine Li Yuet Ling | 45202 |
| A Cheung Fan Kit Ling | 41254 |
| Lin Wen Yen and Lin-Chou Chiang Hua | 41316 |
| Rosa Te Chen | 40968 |
| Caridad and Allen Antonio Tan | 45610 |
| Charles and Patty Tu | 55003 |
| Bloomingdale's Int Vent Ltd. | 45086 |
| Buoyang Hill Corporation | 45682 |

3

| Respondent | Claim |
|---|---|
| Peter And Rose Chan | 41639 |
| China Unique Holdings Ltd | 40813 |
| Chiphar Corporation | 40814 |
| Lee, Tsu-Shiu And Lee, Yen Shu Meei | 42343 |
| Luminance Ventures Ltd | 40810 |
| Matrix Control | 40812 |
| Mm2275 Co. Ltd. | 40397 |
| Pinky Limited | 42614 |
| Ridgecrest Holdings Ltd | 46589 |
| Bambang/ Lau Ha Chun Sugiarto | 36650 |
| Suwang-Sun Co Ltd | 40811 |
| Yetti Ltd. | 40541 |
| Shyh-An Su and Shiouw-Chin Su Luo | 40346 |
| Manuel Avelino Ornelas | 43259 |
| Rafael Alonso Vertiz | 47459 |

4