WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
**In re**                                                          :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
Debtors.                                     :    **(Jointly Administered)**
:
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT SINE DIE
OF DEBTORS' TWO HUNDRED FIFTEENTH
OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE
CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim that was scheduled for August 23, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned *sine die*, solely as to the claims listed on Exhibit A attached hereto, to a date to be determined** (the "Hearing").

2

The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

Dated: August 17, 2012
       New York, New York

        /s/ Robert J. Lemons
        Robert J. Lemons

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone:  (212) 310-8000
        Facsimile:   (212) 310-8007

        Attorneys for Lehman Brothers Holdings Inc.
        and Certain of Its Affiliates

## Exhibit A

## Adjourned Claims:

| Respondent | Claim |
|---|---|
| Lloyds TSB Bank plc (Geneva Branch) | 55515; 55517 |
| Lamita Jabbour | 56189 |
| Alberto Bension and Zulema Mallo | 47495 |
| Andres Bension Hallo | 47496 |
| Jamie H. Murcia | 67453 |
| Alejandro Diego Duarte | 61645 |
| Rosa Maria Calzada Rebolledo & Claudia Elena Sharpe Calzada | 56936 |
| Ernesto Javier Almada Gonzalez & Ana Maria Gomez Mundo | 51285 |
| Francisco Orozco Covarrubias | 51092 |
| Monica Diaz Clark | 49486 |
| Alicia Gonzalez, Ruben Garcia Conzalez, & Enrique G. Garcia | 51597 |
| Octavio Velasco Ruvalcaba, Margarita Sevilla, & Octavio Velasco Sevilla | 50683 |
| Hector Castellanos Ramirez & Lillian Frank de Castellanos | 50682 |
| Ethela M. Guzman Aldana | 51091 |
| Gerardo Armando Vidrio Chavez | 56046 |
| Gerardo Armando Vidrio Chavez | 57713 |
| Jaime Hernandez Gallego & Regina Hernandez Tercero | 50393 |
| Tahra Holdings | 57049 |
| Ma. De La Paz Gomez Flores, Ma. Del Refugio Gomez Flores, Salvador Gomez Flores | 56949 |
| Herminia Castaneda Sanroman & Silvia H. Ramirez Castaneda | 50842 |
| David Jesus Alpizar Carrillo & Marissa Navarrete Sierra | 49481 |
| Jose Francisco D'Luna Canton, Veronica V. D'Luna Ascencio, Cynthia P. D'Luna Ascencio, Liliana Ascencio De Luna, Jacqueline I. D'Luna Ascencio | 65592 |
| Patricia De Guadalupe Paramo & Jose Ma De Los Angeles Oliveros | 65675 |
| Georgina Margarita Gonzalez | 49490 |
| Jose Ricardo Alcala Luna, Ana Maria Ocampo Flores | 56480 |
| Janus Systems S.A. | 55211 |
| Antonia Briceno Vargas & Patricia De La R. De Brinceno | 49488 |
| Josefina Flores Ochoa & Sergio Leal Flores | 64860, 64859, 64861 |
| Eduardo Camerena Padilla, Ma De La Luz Camarena Padilla | 56943 |
| Rosa Evelia Camarena Padilla & Ma De La Luz Camarena Padilla | 56944, 56945 |
| Socorro Camarena Padilla & Ma De La Luz Camarena Padilla | 56942 |
| Ana Maria Preciat de Menendez | 51128 |
| Gregorio Blasco Martin & Natividad Martinez Farcia | 60503 |

3

| Respondent | Claim |
|---|---|
| Antonio Walker Touche Irma Olvera De Walker | 50394 |
| Joaquim Armindo Santos Gradim | 61429 |
| Jorge Saez Concepcion | 60501 |
| Tactics Limited | 54791 |
| Charles and Patty Tu | 55003 |