# United States Bankruptcy Court
## Southern District of York

In re Lehman Brothers Holdings, Inc., et al.          Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CERTAIN CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

Forga - Consultadoria e Marketing, Lda.
Name of Transferee

Rakepoll Finance N.V.
Name of Transferor

Name and Address where notices to transferee should be sent:

Forga - Consultadoria e Marketing, Lda.
Rua dos Murças, 98
9000-058 Funchal - Madeira
PORTUGAL

Phone: 00 351 291 20 17 00
Last Four Digits of Acct #: 7710

Court Claim # (if known): 1638
Amount of Claim: $9,727,514.93
Date Claim Filed: 12/20/2008

Phone: 00 41 91 973 13 87
Last Four Digits of Acct. #: 1001

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 16th August 2012
Transferee/Transferee's Agent
Name: Roberto João Thridgould de Sousa
Title: Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court
# Southern District of York

In re Lehman Brothers Holdings, Inc., et al.     Case No. 08-13555 (JMP) (Jointly Administered)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 1638 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on August 17, 2012.

| Rakepoll Finance N.V. | Forga - Consultadoria e Marketing, Lda. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:        Address of Transferee:

Rakepoll Finance N.V.      Forga - Consultadoria e Marketing, Lda.
Pareraweg 45, Curaçao      Rua dos Murças, 98
                           9000-058 Funchal - Madeira
                           PORTUGAL

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____        _____
                                    **CLERK OF THE COURT**

10496190

## EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Rakepoll Finance N.V.

Rakepoll Finance N.V., ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably transferred and assigned to **Forga Consultadoria e Marketing Lda** ("Assignee"), all right, title and interest in and to the claim of Assignor against LEHMAN BROTHERS HOLDINGS INC. in the amount of $9,727,514.93 based on that certain proof of claim docketed as Claim No.1638 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered) (the "Allowed Guaranty Claim").

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Allowed Guaranty Claim as an unconditional assignment and sale and Assignee herein as the valid owner, subject to the terms of the Assignment of Claim Agreement, of the Allowed Guaranty Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Allowed Guaranty Claim to Assignor.

IN WITNESS WHEREOF, dated as of the 18th day of July, 2012.

By: _____
(Signature of authorized corporate officer)
Name: ROBERTO João TRRADUALD DE Sousa
Title: DIRECTOR
Tel.: +351 291 20 1100

By: _____
(Signature of authorized corporate officer)
Name: FRED A. PIO
Title: ATTORNEY-IN-FACT
Tel.: +41 91 9731387