UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                           :

In re                      :       Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                         :    (Jointly Administered)

          Debtors.       :

-------------------------------------------------------------------x    Ref. Docket No. 29488

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                  ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 7, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                             */s/ Lauren Rodriguez*
                             Lauren Rodriguez

Sworn to before me this
17th day of August, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 29488_Aff 08-07-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    MOLLEMA-VAN INGEN, A.C.
               AGATHAPARK 4
               LISSE 2161 BZ NETHERLANDS


Additional:




Transferee:    STICHTING THE IAMEX VALUE FOUNDATION
               ATTN: J. KAPTEIN
               KEIZERSGRACHT 268
               AMSTERDAM 1016 EV THE NETHERLANDS



**Your transfer   of claim #   52277   is defective for the reason(s) checked below:**

Other                                    incorrect ISIN






Docket Number 29488              Date 07/18/12


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 7, 2012.

# EXHIBIT B

TIME: 18:02:04
DATE: 08/07/12                                                                                   PAGE:  1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| MOLLEMA-VAN INGEN, A.C. | AGATHAPARK 4 LISSE  2161 BZ NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS |

Total Number of Records Printed       2

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 18:03:52
DATE: 08/07/12

PAGE:    1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| INVEST BANCA SPA | VIA CHERUBINI 99 EMPOLI (FI)  50053 ITALY |
| J.P. MORGAN SECURITIES PLC | C/O J.P. MORGAN SECURITIES ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |

Total Number of Records Printed        2

EPIQ BANKRUPTCY SOLUTIONS, LLC