UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re                                                         :   Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :   08-13555 (JMP)
                                                              :   (Jointly Administered)
                            Debtors.                          :
                                                              :
------------------------------------------------------------x   Ref. Docket Nos. 29715, 29716,
                                                                29738, 29739, 29741-29746, 29748-
                                                                29750, 29775, 29776, 29780, 29781,
                                                                29783, 29784, 29786, 29804, 29807,
                                                                29828, 29829, 29838, 29840, 29842,
                                                                29845, 29846

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 8, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
17th day of August, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANK HAPOALIM B.M.                          BANK HAPOALIM B.M.
     ATTN: DAVID HERTZ & HAROLD J. WEISSLER      PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
     1177 AVENUE OF THE AMERICAS                 ATTN: DOUGLAS R. DAVIS
     NEW YORK NY 10019                           1285 AVENUE OF THE AMERICAS
                                                 NEW YORK NY 10019
```

Please note that your claim # 55854-84 in the above referenced case and in the amount of
$50,000.00    allowed at $51,127.78        has been transferred **(unless previously expunged by court order)**

```
IRA FBO MICHAEL ZLATIN PERSHING LLC AS CUSTODIAN
TRANSFEROR: BANK HAPOALIM B.M.
C/O MICHAEL ZLATIN
552 CUMBERLAND STREET
ENGLEWOOD NJ 07631
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 29783      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/08/2012                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 8, 2012.

# EXHIBIT B

```
TIME: 13:36:48                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 08/08/12                                          CREDITOR LISTING

Name                                              Address
BANCA CARIGE SPA                                  TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: LUCA AMELOTTI VIA CASSA DI RISPARMIO 15 GENOVA 16123 ITALY
BANCA DI PIACENZA SOCIETA' COOPERATIVA            TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: PIETRO COPPELLI VIA MAZZINI 20 PIACENZA 29121 ITALY
 PER AZIONI
BANCA LEONARDO SPA                                GRUPPO BANCA LEONARDO SPA ATTN: FRANCESCO PRATO-MATTEO CATENACCI VIA BROLETTO 46 MILANO 20121 ITALY
BANCA LEONARDO SPA                                TRANSFEROR: CREDITO EMILIANO S.P.A. C/O GRUPPO BANCA LEONARDO S.P.A. ATTN: FRANCESCO PRATO-MATTEO CATENACCI VIA BROLETTO 46
                                                   MILANO 20121 ITALY
BANCA POPOLARE DELL'EMILIA ROMAGNA S.C.           TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: PAOLO MAZZA VIA SAN CARLO 8/20 MODENA 41121 ITALY
BANCO DI DESIO E DELLA BRIANZA S.P.A.             TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: STEFANIA MAZZONELLO-MIDDLE OFFICE VIA ROVAGNATI, 1 DESIO (MB) 20832 ITALY
BANK HAPOALIM B.M.                                18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                                ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CHENAVARI FINANCIAL ADVISORS LTD                  TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: GUILHEM GOYARD MANAGING DIRECTOR 14 GROSVENOR CRESCENT
                                                   LONDON SW1X 7EE UNITED KINGDOM
CITIGROUP FINANCIAL PRODUCTS, INC.                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CREDITO EMILIANO S.P.A.                           ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY
CREDITO EMILIANO S.P.A.                           ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY
EMPYREAN INVESTMENTS, LLC                         TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
INTESA SANPAOLO PRIVATE BANKING S.P.A.            TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: PAOLO POLLASTRI VIA HOEPLI, 10 MILANO 20121 ITALY
INTESA SANPAOLO PRIVATE BANKING S.P.A.            ATTN: AFFARI LEGALI - PAOLO POLLASTRI VIA HOEPLI, 10 MILANO 20121 ITALY
IRA FBO LEE BATCHA PERSHING LLC AS                TRANSFEROR: BANK HAPOALIM B.M. C/O LEE BATCHA 1025 MAXWELL LANE #512 HOBOKEN NJ 07030
 CUSTODIAN
IRA FBO MICHAEL ZLATIN PERSHING LLC AS            TRANSFEROR: BANK HAPOALIM B.M. C/O MICHAEL ZLATIN 552 CUMBERLAND STREET ENGLEWOOD NJ 07631
 CUSTODIAN
LBVN HOLDING, L.L.C.                              TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC P.O. BOX 1641 NEW YORK NY 10150
LBVN HOLDINGS, L.L.C.                             TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC P.O. BOX 1641 NEW YORK NY 10150
MORGAN STANLEY & CO INTERNATIONAL PLC             ATTN: BRIAN CRIPPS 25 CABOT SQUARE, CANARY WHARF LONDON E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO INTERNATIONAL PLC             RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC            25 CABOT SQUARE, CANARY WHARF LONDON E14 4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC            MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC            TRANSFEROR: LIANG, DON WING &/OR YING, YANG WEI 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM
ROTH IRA FBO RICHARD FELS PERSHING LLC            TRANSFEROR: BANK HAPOALIM B.M. C/O RICHARD FELS 227 SUNSET AVENUE RIDGEWOOD NJ 07450
 AS CUSTODIAN
SEA PORT GROUP SECURITIES, LLC                    TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
UBS AG, STAMFORD BRANCH                           TRANSFEROR: VITTORIA FUND - T, L.P. ATTN: BARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD, STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                           TRANSFEROR: VITTORIA FUND T, L.P. ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD, STAMFORD CT 06901
VARDE FUND IX LP, THE                             TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                           TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                           TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                           TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                     TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE) MAS          TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437
VITTORIA FUND - T, L.P.                           FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN JEROME RANAWAKE & GAVIN WOODS 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022
VITTORIA FUND - T, L.P.                           C/O KYLIN MANAGEMENT LLC ATTN: PAUL GUGGENHEIMER 366 MADISON AVE, 16TH FLOOR NEW YORK NY 10017
VITTORIA FUND T, L.P.                             C/O KYLIN MANAGEMENT LLC ATTENTION: PAUL GUGGENHEIMER 366 MADISON AVENUE, 16TH FLOOR NEW YORK NY 10017

Total Number of Records Printed                   41                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```