UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                    :      Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,             :      08-13555 (JMP)
:      (Jointly Administered)
Debtors.                                        :
:
---------------------------------------------------------------x    Ref. Docket Nos. 29743, 29745,
29750

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 8, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
17th day of August, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

08-13555-mg    Doc 30197    Filed 08/17/12    Entered 08/17/12 22:27:58    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:  SEA PORT GROUP SECURITIES, LLC
             TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD
             ATTN: JON SILVERMAN
             360 MADISON AVENUE, 22ND FL
             NEW YORK NY 10017

Additional:

Transferee:  VARDE FUND VI-A LP, THE
             ATTN: EDWINA PJ STEFFER
             8500 NORMANDALE LAKE BLVD, STE 1500
             MINNEAPOLIS MN 55437

**Your transfer** of claim #  53619  is defective for the reason(s) checked below:

Amount On Transfer Agreement Does Not Match

Docket Number 29743            Date 07/31/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 8, 2012.

# EXHIBIT B

08-13555-mg    Doc 30197    Filed 08/17/12    Entered 08/17/12 22:27:58    Main Document
Pg 4 of 5

```
TIME: 13:37:27                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 08/08/12                                   CREDITOR LISTING

Name                                        Address
BANCO POPOLARE SOCIETA COOPERATIVA          ATTN: LUCA SATRAGNI PIAZZA NOGARA, 2 VERONA  37121 ITALY
SEA PORT GROUP SECURITIES, LLC              TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
VARDE FUND VI-A LP, THE                     ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE) MAS    ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP               ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed              5
```