GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone:  (414) 273-3500
Facsimile:  (414) 273-5198

Carla O. Andres (*Pro Hac Vice*)

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x
In re                                              :
                                                   :          Chapter 11
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.,*     :          Case No. 08-13555 (JMP)
                                                   :
                    Debtors.                       :          (Jointly Administered)
--------------------------------------------------------- x


**STIPULATION BETWEEN KRAMER LEVIN NAFTALIS & FRANKEL LLP AND THE
FEE COMMITTEE REGARDING THE THIRD INTERIM APPLICATION OF
KRAMER LEVIN NAFTALIS & FRANKEL LLP, SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
OCTOBER 1, 2011 THROUGH MARCH 6, 2012**


**TO:    THE HONORABLE JAMES M. PECK
         U.S. BANKRUPTCY JUDGE**

WHEREAS, on May 21, 2012, Kramer Levin Naftalis & Frankel LLP ("Kramer Levin")

filed the *Third Interim Application of Kramer Levin Naftalis & Frankel LLP, Special Counsel to*

*the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of*

*Expenses for the Period October 1, 2011 Through March 6, 2012* (the "Third Fee Application")

[Docket No. 27975] seeking interim fees in the amount of $31,749.30 for professional services

rendered and reimbursement of out-of-pocket expenses in the amount of $1,094.47;

WHEREAS, Kramer Levin has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "Fee Committee") has reviewed the Third Fee Application and issued a Confidential Letter Report on July 23, 2012;

WHEREAS, Kramer Levin has agreed to accept the Fee Committee's proposal of a reduction in the amount of $22.00 for Kramer Levin's out-of-pocket expense reimbursement request and a reduction of $1,454.40 for professional services rendered; and

WHEREAS, notwithstanding this Stipulation, the Third Fee Application remains subject to notice, an opportunity for a hearing, and Court approval under Rule 2016 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 330, 331.

## STIPULATION

NOW, THEREFORE, the Fee Committee and Kramer Levin hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving Kramer Levin's request for interim compensation and reimbursement of expenses in the amount of $30,294.90 in fees and the reduced amount of $1,072.47 in expenses.

*[Signature Page Follows]*

Dated: Milwaukee, Wisconsin
        August 2, 2012.

                                GODFREY & KAHN, S.C.


                        By:        /s/ Carla O. Andres
                                   _____
                                Carla O. Andres
                                GODFREY & KAHN, S.C.
                                780 North Water Street
                                Milwaukee, Wisconsin 53202
                                Telephone: (414) 273-3500
                                Facsimile: (414) 273-5198
                                E-mail: candres@gklaw.com


                                *Attorneys for the Fee Committee*


                                **KRAMER LEVIN NAFTALIS &
                                FRANKEL LLP**


                        By:        /s/ Kevin B. Leblang
                                   _____
                                Kevin B. Leblang
                                Kramer Levin Naftalis & Frankel, LLP
                                1177 Avenue of the Americas
                                New York, NY 10036-2714
                                Telephone:  (212) 715-9100
                                Facsimile:  (212) 715-8000
                                E-mail:  kleblang@kramerlevin.com


8275959_1

Dated: Milwaukee, Wisconsin
August __2__, 2012

GODFREY & KAHN, S.C.

By: _____
Carla O. Andres
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198
E-mail: candres@gklaw.com

*Attorneys for the Fee Committee*


**KRAMER LEVIN NAFTALIS &
FRANKEL LLP**

By: _____
Kevin B. Leblang
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036-2714
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: kleblang@kramerlevin.com

8275959_1