GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Milwaukee, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
| | : | |
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
----------------------------------------------------------------- x

**STIPULATION BETWEEN SIMPSON THACHER & BARTLETT LLP
AND THE FEE COMMITTEE REGARDING THE
TENTH INTERIM APPLICATION OF SIMPSON THACHER & BARTLETT LLP,
SPECIAL COUNSEL TO THE DEBTORS,
FOR COMPENSATION AND EXPENSES
<u>FOR THE PERIOD OCTOBER 31, 2011 THROUGH MARCH 6, 2012</u>**

**TO:  THE HONORABLE JAMES M. PECK
U.S. BANKRUPTCY JUDGE**

WHEREAS, on May 21, 2012, Simpson Thacher & Bartlett LLP ("Simpson Thacher")

filed the *Tenth Interim Application of Simpson Thacher & Bartlett LLP for Allowance of*

*Compensation and Reimbursement of Expenses* (the "Tenth Fee Application") [Docket

No. 28002] seeking interim fees in the amount of $51,842.65 for professional services rendered

and reimbursement of out-of-pocket expenses in the amount of $230.12;

WHEREAS, Simpson Thacher regularly has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "Fee Committee") has reviewed the Tenth Fee Application, issued a Confidential Letter Report on July 23, 2012, and entered into a dialogue with Simpson Thacher regarding this application; and

WHEREAS, as a result of this dialogue, Simpson Thacher and the Fee Committee have agreed to a reduction of $295.50 for professional services rendered, and no reduction for expenses incurred by Simpson Thacher in the Tenth Interim Period;

**STIPULATION**

NOW, THEREFORE, the Fee Committee and Simpson Thacher hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving Simpson Thacher's request for interim compensation and reimbursement of out-of-pocket expenses in the reduced amount of $51,547.15 in fees and $230.12 in expenses for the period from October 1, 2011 to March 6, 2012, and directing the Debtors to pay any such amounts not previously paid to Simpson Thacher.

Dated: Madison, Wisconsin
   August 13, 2012.

               GODFREY & KAHN, S.C.

          By:   /s/ *Katherine Stadler*
               Katherine Stadler
               GODFREY & KAHN, S.C.
               One East Main Street, Suite 500
               Madison, WI 53703
               Telephone: (608) 257-3911
               Facsimile: (608) 257-0609
               E-mail: kstadler@gklaw.com

               *Attorneys for the Fee Committee*

Dated: New York, New York
   August 6, 2012.

               SIMPSON THACHER & BARTLETT LLP

          By:   /s/ *Mary Elizabeth McGarry*
               Mary Elizabeth McGarry
               SIMPSON THACHER & BARTLETT LLP
               425 Lexington Avenue
               New York, NY 10017
               Telephone: (212) 455-2000
               Facsimile: (212) 455-2502
               E-mail: mmcgarry@stblaw.com

8237228_2

Dated: Madison, Wisconsin
~~July~~ *August* 13, 2012

                        GODFREY & KAHN, S.C.

By: _____
Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for Fee Committee*

Dated: New York, New York
August 6, 2012

                        SIMPSON THACHER & BARTLETT LLP

By: _____
Mary Elizabeth McGarry
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
E-mail: mmcgarry@stblaw.com

8237228_2