GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609

Katherine Stadler
Eric J. Wilson (*Pro Hac Vice*)

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.,* | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

**STIPULATION BETWEEN THE O'NEIL GROUP, LLC,
AND THE FEE COMMITTEE ON THE
SEVENTH INTERIM APPLICATION OF THE O'NEIL GROUP, LLC,
TAX SERVICES PROVIDER TO THE DEBTORS,
FOR COMPENSATION AND EXPENSES
FOR THE PERIOD OCTOBER 1, 2011 THROUGH MARCH 6, 2012**

TO: THE HONORABLE JAMES M. PECK
    U.S. BANKRUPTCY JUDGE

WHEREAS, on March 29, 2012, The O'Neil Group, LLC ("**O'Neil**") filed the *Seventh Interim Fee Application of The O'Neil Group, LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Tax Services Providers to the Debtors and Debtors-in-Possession for the Period from October 1, 2011 to March 6, 2012* (the "**Seventh Fee Application**") [Docket No. 27215] seeking interim compensation of $388,355.00 for

professional services rendered and reimbursement of out-of-pocket expenses in the amount of $25,576.97;

WHEREAS, O'Neil has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "**Fee Committee**") has reviewed the Seventh Fee Application, issued a Confidential Letter Report on July 23, 2012, and entered into a dialogue with O'Neil regarding the application;

WHEREAS, as a result of that dialogue, O'Neil has agreed to accept the Fee Committee's proposal of no disallowance of fees for professional services rendered, and a disallowance of $563.73 for the reimbursement of out-of-pocket expenses; and

WHEREAS, notwithstanding this Stipulation, the Seventh Fee Application remains subject to notice, an opportunity for a hearing, and Court approval under Rule 2016 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 330, 331.

## STIPULATION

NOW, THEREFORE, the Fee Committee and O'Neil hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving O'Neil's request for interim compensation and reimbursement of expenses in the amount of $388,355.00 in fees and the reduced amount of $25,013.24 in expenses.

[Signature page follows]

2

Dated: Madison, Wisconsin
       August 13, 2012.

                              GODFREY & KAHN, S.C.

By:     /s/ *Katherine Stadler*
       Katherine Stadler
       GODFREY & KAHN, S.C.
       One East Main Street, Suite 500
       Madison, Wisconsin 53703
       Telephone: (608) 257-3911
       Facsimile: (608) 257-0609
       E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

Dated: Washington, District of Columbia
       August 9, 2012.

                              THE O'NEIL GROUP, LLC

By:     /s/ *Jacqueline O'Neil*
       Jacqueline O'Neil
       THE O'NEIL GROUP, LLC
       4431 P Street, NW
       Washington, District of Columbia 20007
       Telephone: (202) 965-2878
       Facsimile: (202) 355-7610
       E-mail: Jacque.oneil@oneiltaxteam.com

*Tax Services Provider to the Debtors*

8272722_2

Dated: Madison, Wisconsin
August 13, 2012.

GODFREY & KAHN, S.C.

By: /s/ Katherine Stadler

Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

Dated: Washington, District of Columbia
August 9, 2012.

THE O'NEIL GROUP, LLC

By: /s/ Jacqueline O'Neil

Jacqueline O'Neil
THE O'NEIL GROUP, LLC
4431 P Street, NW
Washington, District of Columbia 20007
Telephone: (202) 965-2878
Facsimile: (202) 355-7610
E-mail: Jacque.oneil@oneiltaxteam.com

*Tax Services Provider to the Debtors*

8272722_2