UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss:
COUNTY OF NEW YORK  )

Ashley J. Fern, being duly sworn, deposes and says:

1. I am over the age of 18 years and am not a party in this action.

2. On the 16th day of August, 2012, at approximately 4:15 p.m., I served (i) the Subpoena for a Rule 2004 Examination dated August 16, 2012, (ii) a true and correct copy of the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities dated November 23, 2009, (iii) a check payable to Merrill Lynch & Co. for $40.00 for the witness fee in relation to the Subpoena, and (iv) a check payable to Merrill Lynch & Co. for $6.00 for the mileage fee in relation to the Subpoena upon Merrill Lynch & Co. at 250 Vesey Street, New York City, New York, 10281, by personal delivery to Desirae Wells, Vice President of Legal Department/Litigation. Desirae Wells is a black female, approximately 40 years of age, stands approximately 5 feet 3 inches tall, and weighs approximately 140 pounds with black hair and brown eyes.

3. Also on the 16th day of August, 2012, I served true and correct copies of (i) the Subpoena for a Rule 2004 Examination dated August 16, 2012, and (ii) the Order

Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities dated November 23, 2009 on the parties identified in the attached Schedule 1 via Federal Express.

*[signature]*
Ashley J. Fern

Sworn to before me this
16th day of August 2012

*[signature]*
Notary Public
**Fletcher W. Strong**
Notary Public - State of New York
No. 02ST6229344
Qualified in New York County
Commission Expires October 12, 2014

Schedule 1

Parties Receiving Copies of Subpoena Documents

1) Securities and Exchange Commission

    Jacob H. Stillman, Esq.
    Katharine B. Gresham, Esq.
    Mark Pennington, Esq.
    Dimple Gupta, Esq.
    U.S. Securities and Exchange Commission
    100 F Street, NE
    Washington, DC 20549

    Alistaire Bambach
    Patricia Schrage
    U.S. Securities and Exchange Commission
    3 World Financial Center
    New York, NY 10281

2) Internal Revenue Service

    Internal Revenue Services
    Special Procedures Branch
    Attn: District Director
    290 Broadway
    New York, NY 10007

    Danna Drori, Esq.
    Robert William Yalen, Esq.
    Assistant United States Attorney (S.D.N.Y.)
    For the Internal Revenue Service
    86 Chambers Street, 3rd Floor
    New York, New York 10007

3) US Attorney (SDNY)

    Elisabetta G. Gasparini, Esq.
    Andrea B. Schwartz, Esq.
    Office of the United States Trustee
    Southern District of New York
    33 Whitehall Street, 21st Floor
    New York, New York 10004

4) Counsel for subpoenaed parties that filed a notice of appearance on behalf of Merrill Lynch & Co.: None

5) Counsel for subpoenaed parties that filed a notice of appearance on behalf of Bank of America, NA:

Margot B. Schonholtz, Esq.
Ana M. Alfonso, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022

Fredric Sosnick, Esq.
James L. Garrity, Jr., Esq.
Ned S. Schodek, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022