WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                :
**In re**                                                       :    **Chapter 11 Case No.**
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
                                                                :
                    Debtors.                       :    **(Jointly Administered)**
                                                                :
                                                                :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT** *sine die*
**OF THREE HUNDRED THIRTY-FOURTH**
**OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT**
**DOCUMENTATION CLAIMS) SOLELY AS TO CERTAIN CLAIM**

PLEASE TAKE NOTICE that the hearing on the Three Hundred Thirty-Fourth

Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF No. 29329] that was

scheduled for August 23, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned,**

**solely as to the claim listed on Exhibit A attached hereto, to a date to be determined** (the

"Hearing").  Lehman Brothers Holdings Inc., as plan administrator under the Modified Third

Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors  for

certain entities in the above-referenced chapter 11 cases, will provide notice of the new date and

time of the Hearing by (a) filing a notice of hearing with the Court and (b) serving the same upon

the (i) the U.S. Trustee; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue

Service; (iv) the United States Attorney for the Southern District of New York; (v) the claimant

US_ACTIVE:\44076848\1\58399.0011

listed on <u>Exhibit A</u>; and (vi) all other parties entitled to notice in accordance with the procedures

set forth in the second amended order entered on June 17, 2010, governing case management and

administrative procedures for these cases [ECF No. 9635].  The Hearing will be held before the

Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House,

One Bowling Green, New York, New York, Room 601, and such Hearing may be further

adjourned from time to time without further notice other than an announcement at the Hearing.


Dated:  August 20, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

2

US_ACTIVE:\44076848\1\58399.0011

## Exhibit A

### Adjourned Claim:

| Claimant Name | Claim Number |
|---|---|
| Public Service Electric and Gas Company | 1109 |

US_ACTIVE:\44076848\1\58399.0011