WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                              :    **Chapter 11 Case No.**
                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                       :
              Debtors.                 :    **(Jointly Administered)**
                                       :
                                       :
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF THREE HUNDRED THIRTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (INVALID OR NO BLOCKING NUMBER LPS CLAIMS) SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Thirty-Fifth Omnibus Objection to Claims (Invalid or No Blocking Number LPS Claims) [ECF No. 29330] (the "Objection") that was scheduled for August 23, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claim listed on Exhibit A attached hereto, to September 27, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time

without further notice other than an announcement at the Hearing.

Dated:  August 20, 2012
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**Exhibit A**

**Adjourned Claim:**

| Claimant Name | Claim Number |
|---|---|
| The Financial Services Compensation Scheme Limited | 63358[1] |

---

[1] The Objection seeks to expunge Claim 63358 solely with respect to its asserted claim, in an undetermined amount, for the security with ISIN ANN5214T7148. The remaining portion of Claim 63358 is not subject to or affected by the Objection. All rights with respect to the remaining portion of Claim 63358 are reserved.

US_ACTIVE:\44076831\1\58399.0011