UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| _____ :<br>:<br>:<br>IN RE LEHMAN BROTHERS :<br>HOLDINGS, INC., et al. :<br>:<br>_____ : | Ch. 11 Case No. 08-13555 (JMP) |

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF RUSSELL SCHREIBER AND ANDREW WEBER'S CROSS-MOTION TO SET A HEARING DATE FOR THE ALLOWANCE OF ADMINISTRATIVE EXPENSES

PLEASE TAKE NOTICE the cross-motion of Russell Schreiber and Andrew Weber, seeking a hearing date for allowance of administrative expenses, dated August 9, 2012 (Docket No. 29927), is WITHDRAWN WITHOUT PREJUDICE, pursuant to a stipulation entered between Debtors and Schreiber / Weber, dated August 15, 2012.


Dated:      New York, New York
            August 20, 2012

                              JOHN H. SNYDER PLLC

                              /s/_____
                              John H. Snyder, Esq.
                              555 Fifth Avenue, Suite 1700
                              New York, New York 10017
                              Tel:  (212) 856-7280
                              Fax:  (646) 304-9230
                              john@jhsnyderlaw.com

                              *Counsel to Russell Schreiber
                              and Andrew Weber*