08-13555-mg    Doc 30217    Filed 08/20/12    Entered 08/20/12 15:03:08    Main Document
     Pg 1 of 3

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
                                            :
**In re**                                   :   **Chapter 11 Case No.**
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,:   **08-13555 (JMP)**
                                            :
                      Debtors.              :   **(Jointly Administered)**
                                            :
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**DEBTORS' THREE HUNDRED FOURTH OMNIBUS OBJECTION**
**TO CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Three Hundred Fourth Omnibus Objection to Claims (Duplicate Derivatives Claims) that was scheduled for August 23, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to September 27, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: August 20, 2012
      New York, New York

                        /s/ Robert Lemons
                        Robert Lemons

                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone:  (212) 310-8000
                        Facsimile:   (212) 310-8007

                        Attorneys for Lehman Brothers Holdings Inc.
                        and Certain of Its Affiliates

## **Exhibit A**

## **Adjourned Claims:**

| Claimant | Claim No. |
|---|---|
| AVIVA ASSICURAZIONI S.P.A | 18174 |
| AVIVA ITALIA S.P.A. | 18167 |
| AVIVA LIFE S.P.A. | 18166 |
| AVIVA S.P.A. | 18173 |
| AVIVA VITA S.P.A. | 18168 |
| RUBY FINANCE PLC SERIES 2007-2 | 55570 |