United States Bankruptcy Court
Southern District of New York

<u>In re Lehman Brothers Holdings Inc., et al.</u>, Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice, pursuant to the Evidence of Partial Transfer of Claim attached hereto as Exhibit 1.

| OZ Special Master Fund, Ltd. | Mizuho Corporate Bank, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

OZ Special Master Fund, Ltd.
c/o Och-Ziff Capital Management Group
9 West 57th Street, 13th Floor
New York, NY 10019
Attn: Leslie Evans
Email: Noticesbankdebt@ozcap.com
Fax: +1 212 790 0050

Court Claim # (if known): 68032
Total Allowed Claim Amount: $329,870,721 (as allowed)
Amount of Transferred Claim: $ 103,681,670.60 (as allowed)
Debtor: <u>Lehman Brothers Holdings, Inc.</u>

Phone: +1 646 826 5734
Last Four Digits of Acct #: N/A

Phone: 212-282-3611
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

OZ Special Master Fund, Ltd.
By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its general partner

By: _____    Date: 8/20/12
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY 73936685v1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York
       Attn: Clerk

AND TO:   Lehman Brothers Holdings Inc. (the "Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered) (the "Bankruptcy Case")

     Mizuho Corporate Bank, Ltd., with offices located at 1251 Avenue of the Americas, NY, NY 10020 ("Transferor"), for good and valuable consideration, the receipt and sufficient of which are hereby acknowledged, does hereby certify that is has unconditionally and irrevocably transferred and assigned to OZ Special Master Fund, Ltd, its successors and assigns, with offices located at 9 West 57th Street, 13th Floor, New York, NY 10019 ("Transferee"), all right, title and interest in and to Claim No. 68032, **solely to the extent of an undivided $103,681,670.60 portion thereof** (the "Transferred Claim"), against the Debtor in the Bankruptcy Case.

     Transferee hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Partial Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Transferee.

     IN WITNESS WHEREOF, dated as of the 20 day of August, 2012

MIZUHO CORPORATE BANK LTD.

By: _____
Name: Jeff Toner
Title:

OZ SPECIAL MASTER FUND, LTD.
By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its general partner

By: _____
Name: Joel Frank
Title: Chief Financial Officer

NY 73936685v1