**United States Bankruptcy Court**
**Southern District of New York**

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice, pursuant to the Evidence of Partial Transfer of Claim attached hereto as Exhibit 1.

| HBK Master Fund L.P. | Mizuho Corporate Bank, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, Texas 75201
Attention: General Counsel

| | |
|---|---|
| Court Claim # (if known): | 68032 |
| Total Allowed Claim Amount: | $329,870,721 (as allowed) |
| Amount of Transferred Claim: | $28,322,725.85 (as allowed) |

Debtor:    Lehman Brothers Holdings, Inc.

Phone:  (214) 758-6107                    Phone:  212-282-3611
Last Four Digits of Acct #:  N/A          Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date:  August 16, 2012
         Transferee/Transferee's Agent
    J. Baker Gentry, Jr.
    Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York
        Attn: Clerk

AND TO:     Lehman Brothers Holdings Inc. (the "Debtor")
            Case No. 08-13555 (JMP) (Jointly Administered) (the "Bankruptcy Case")

Mizuho Corporate Bank, Ltd., with offices located at 1251 Avenue of the Americas, NY, NY 10020 ("Transferor"), for good and valuable consideration, the receipt and sufficient of which are hereby acknowledged, does hereby certify that is has unconditionally and irrevocably transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located at 2101 Cedar Springs Road, Suite 700 Dallas, Texas 75201 ("Transferee"), all right, title and interest in and to Claim No. 68032, **solely to the extent of an undivided $ 28,322,725.85 portion thereof (the "Transferred Claim")**, against the Debtor in the Bankruptcy Case.

Transferee hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Partial Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are herby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Transferee.

IN WITNESS WHEREOF, dated as of the 16th day of August, 2012.

MIZUHO CORPORATE BANK LTD.

By: _Jeff Toner_
Name:
Title: _Jeff Toner_

HBK Master Fund L.P.        By: HBK Services LLC
                            Investment Advisor
By: _____
Name:       J. Baker Gentry, Jr.
Title:      Authorized Signatory