WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                        :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
Debtors.                                              :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF HEARING ON THE SIXTY-SEVENTH OMNIBUS OBJECTION
TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO THE
<u>CLAIM OF NEXSTAR OPPORTUNITIES MASTER FUND, LTD.</u>**

**PLEASE TAKE NOTICE** that a hearing to consider the Sixty-Seventh Omnibus

Objection to Claims (Valued Derivative Claims) *solely* as to claim number 33279 of Nexstar

Developing Opportunities Master Fund, Ltd. will be held before the Honorable James M. Peck,

United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New

York,

New York, Room 601, on **August 23, 2012 at 10:00 a.m. (Eastern Time)**.

Dated: August 17, 2012
      New York, New York

    /s/ Robert J. Lemons
    Robert J. Lemons
    Penny P. Reid
    Ralph Miller
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.
    and Certain of Its Affiliates