**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                    :

In re                            :          **Chapter 11 Case No.**
                                      :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :          **08-13555 (JMP)**
                                      :

          Debtors.               :          **(Jointly Administered)**
                                      :

------------------------------------------------------------------------x   **Ref. Docket No. 29899**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                           ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 8, 2012, I caused to be served the "Notice of Motion to Establish and Implement Procedures in Connection with Omnibus Objections to Reclassify Proofs of Claim as Equity Interests," dated August 8, 2012, to which was attached the "Motion to Establish and Implement Procedures in Connection with Omnibus Objections to Reclassify Proofs of Claim as Equity Interests," dated August 8, 2012 [Docket No. 29899], by causing true and correct copies to be:

   i.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

   ii.   delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>, and

   iii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
_____

Pete Caris

Sworn to before me this
20th day of August, 2012
*/s/ Panagiota Manatakis*
_____
Notary Public, State of New York
No. 01MA6220196
Qualified in Queens County
Commission Expires April 26, 2014
_____

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC
## EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcy@morrisoncohen.com |
| aalfonso@willkie.com | bankruptcy@ntexas-attorneys.com |
| abeaumont@fklaw.com | bankruptcymatters@us.nomura.com |
| abraunstein@riemerlaw.com | barbra.parlin@hklaw.com |
| acaton@kramerlevin.com | bbisignani@postschell.com |
| acker@chapman.com | bcarlson@co.sanmateo.ca.us |
| adam.brezine@hro.com | bdk@schlamstone.com |
| adarwin@nixonpeabody.com | bguiney@pbwt.com |
| adiamond@diamondmccarthy.com | bkmail@prommis.com |
| aeckstein@blankrome.com | bmanne@tuckerlaw.com |
| aentwistle@entwistle-law.com | bmiller@mofo.com |
| afriedman@irell.com | boneill@kramerlevin.com |
| agbanknewyork@ag.tn.gov | brian.corey@greentreecreditsolutions.com |
| aglenn@kasowitz.com | brosenblum@jonesday.com |
| agold@herrick.com | broy@rltlawfirm.com |
| agoldstein@tnsj-law.com | bruce.wright@sutherland.com |
| aisenberg@saul.com | bstrickland@wtplaw.com |
| akantesaria@oppenheimerfunds.com | btrust@mayerbrown.com |
| akolod@mosessinger.com | bturk@tishmanspeyer.com |
| akornikova@lcbf.com | bwolfe@sheppardmullin.com |
| alum@ftportfolios.com | cahn@clm.com |
| amarder@msek.com | calbert@reitlerlaw.com |
| amartin@sheppardmullin.com | canelas@pursuitpartners.com |
| amcmullen@boultcummings.com | carol.weinerlevy@bingham.com |
| amenard@tishmanspeyer.com | cbelisle@wfw.com |
| anann@foley.com | cbelmonte@ssbb.com |
| andrew.brozman@cliffordchance.com | cbrotstein@bm.net |
| andrew.lourie@kobrekim.com | cdesiderio@nixonpeabody.com |
| angelich.george@arentfox.com | cgoldstein@stcwlaw.com |
| ann.reynaud@shell.com | chammerman@paulweiss.com |
| anthony_boccanfuso@aporter.com | charles@filardi-law.com |
| aoberry@bermanesq.com | charles_malloy@aporter.com |
| aostrow@beckerglynn.com | chipford@parkerpoe.com |
| apo@stevenslee.com | chris.donoho@lovells.com |
| aquale@sidley.com | christopher.schueller@bipc.com |
| arahl@reedsmith.com | clarkb@sullcrom.com |
| arheaume@riemerlaw.com | clynch@reedsmith.com |
| arlbank@pbfcm.com | cmontgomery@salans.com |
| arosenblatt@chadbourne.com | cohen@sewkis.com |
| arthur.rosenberg@hklaw.com | colea@gtlaw.com |
| arwolf@wlrk.com | cp@stevenslee.com |
| aseuffert@lawpost-nyc.com | cpappas@dilworthlaw.com |
| ashaffer@mayerbrown.com | craig.goldblatt@wilmerhale.com |
| ashmead@sewkis.com | crmomjian@attorneygeneral.gov |
| asnow@ssbb.com | cs@stevenslee.com |
| aunger@sidley.com | csalomon@beckerglynn.com |
| austin.bankruptcy@publicans.com | cschreiber@winston.com |
| avenes@whitecase.com | cshore@whitecase.com |
| azylberberg@whitecase.com | cshulman@sheppardmullin.com |
| bankr@zuckerman.com | ctatelbaum@adorno.com |
| bankruptcy@goodwin.com | cwalsh@mayerbrown.com |

# LEHMAN BROTHERS HOLDINGS INC

## EMAIL SERVICE LIST

cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com

dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
eleicht@whitecase.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com

# LEHMAN BROTHERS HOLDINGS INC
## EMAIL SERVICE LIST

heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com

jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com

# LEHMAN BROTHERS HOLDINGS INC
## EMAIL SERVICE LIST

jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com

lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com

# LEHMAN BROTHERS HOLDINGS INC
## EMAIL SERVICE LIST

miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com

pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com

# LEHMAN BROTHERS HOLDINGS INC
### EMAIL SERVICE LIST

rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com

sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net

## LEHMAN BROTHERS HOLDINGS INC

### EMAIL SERVICE LIST

wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC**

FAX SERVICE LIST

| FAX | NAME |
|---|---|
| **212-668-2255** | **OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ** |

**EXHIBIT C**

# LEHMAN BROTHERS HOLDINGS INC

OVERNIGHT MAIL LIST

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

| Claim Name | Address Information |
|---|---|
| ABRAMS, STANLEY | 712 N. CRESCENT DRIVE BEVERLY HILLS CA 90210 |
| ADLER, JENNIFER S. | 166 EAST 61ST STREET # 17G NEW YORK NY 10065 |
| ADLER, MONA J. | 404 EAST 79TH STREET APT 28E NEW YORK NY 10021 |
| ALI, ASGAR | 470 MALCOLM X BLVD APT 7C NEW YORK NY 10037-3024 |
| ALLARD, ANDREW | 647 DELAWARE AVENUE RIDGEWOOD NJ 07450 |
| ALLRED, ANNIE | 6006 AUBURNDALE AVE APT D DALLAS TX 75205 |
| ALTIDOR, FRITZNER L. | 514 UNION ST LINDEN NJ 07036 |
| ANDERSON, IAN W. | 7 DANSON ROAD KENT BEXLEYHEATH DA6 8HA UNITED KINGDOM |
| ANDRIOLA, ROCCO F. | 45 MOREWOOD OAKS PORT WASHINGTON NY 11050 |
| ANTONCIC, MADELYN | 3251 PROSPECT STREET NW UNIT 302 WASHINGTON DC 20007 |
| ANUWAR, SHERRINA EVELINE | FLAT 9, 9-11 WHITEHORSE BUILDING POPLAR E14 0DJ UNITED KINGDOM |
| ARAMAYO, LUIS | 6038 HIGHLAND PL. WEST NEW YORK NJ 07093 |
| AREVALO, DORIS | 196 HUTTON STREET JERSEY CITY NJ 07307 |
| ARTESINI, MONICA | IMPRUFLING 29 FRANKFURT MAIN 60389 GERMANY |
| ASHWELL, LAUREN W. | 377 RECTOR PLACE APT. 14C NEW YORK NY 10280 |
| BAKER, CAROL | 24 CAYUGA ROAD BORDENTOWN NJ 08505 |
| BANCHETTI, RICCARDO | FORO BUONAPARTE 24 MILANO 20121 ITALY |
| BANCHETTI, RICCARDO | FORO BONAPARTE 24 MILANO 20121 ITALY |
| BANCHETTI, RICCARDO | LAW OFFICES OF LISA M. SOLOMON ATTN: LISA M. SOLOMON, ESQ. 305 MADISON AVENUE, SUITE 4700 NEW YORK NY 10165 |
| BARDEHLE, CHRISTIAN | VOLTASTRASSE 70 FRANKFURT 60486 GERMANY |
| BAREGGI, MICHELE | 18 SEYMOUR WALK LONDON SW109NF UNITED KINGDOM |
| BARICEVIC, JOANNA M. | 238 N RAILROAD AVE STATEN ISLAND NY 10304-4261 |
| BARNETT, MATTHEW LEWIS | 22 PRIORY ROAD RICHMOND SURRECT TW93DF UNITED KINGDOM |
| BASS, BRADLEY | 110 E DELAWARE PL APT 804 CHICAGO IL 60611-1485 |
| BAZYLEVSKY, BO | 25447 MALIBU ROAD MALIBU CA 90265 |
| BECKER, JENNIFER | 611 BUCHANAN BLVD RED BANK NJ 07701 |
| BENSON, CRAIG O. | 1411 NORTH STATE PKWY #35 CHICAGO IL 60610 |
| BERTAGNA, ROBERT | 234 EAST 62ND ST. NEW YORK NY 10065 |
| BHUTANI, SARABJIT S. | 10631 WOODCHASE CIRCLE ORLANDO FL 32836 |
| BIRASCHI,PAOLA | FLAT 73 BRYANSTON COURT II GEORGE STREET LONDON, GT LON W1H 7HD UNITED KINGDOM |
| BIRD, RICHARD | 45 DERWENT ROAD HARPENDEN AL5 3NY UNITED KINGDOM |
| BIRNEY, JANET | 464 BUFFALO CT. WEST NEW YORK NJ 07093 |
| BOGERT, LISA R | 13311 LOST CREEK RD. TOMBALL TX 77375 |
| BORY, CHARLES H. | 11 KENSINGTON STREET LIDO BEACH NY 11561 |
| BOSSUNG, BRETT | DLA PIPER LLP (US) ATTN: JEREMY JOHNSON 1251 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020-1104 |
| BOSSUNG, BRETT | 28 WEST 69TH STREET APARTMENT 6A NEW YORK NY 10023 |
| BOUGHRUM, DONALD J. | 247 MONMOUTH AVE NAVESINK NJ 07752-0808 |
| BOUTSIOULI, BARBARA | RATHENAUPLATZ 1 FRANKFURT D60313 GERMANY |
| BOWYER, MICHAEL L. | 26 OAK LANE SCARSDALE NY 10583 |
| BRANCATO, JENNIFER | 35 N. CHATSWORTH AVE, 1R LARCHMONT NY 10538 |
| BREWER, KAREN H | 79 POPLAR ROAD WIMBLEDON LONDON SW193JS UNITED KINGDOM |
| BROADBENT, WILLIAM | 75 PECKSLAND ROAD GREENWICH CT 06831 |
| BROADBENT, WILLIAM S. | 75 PECKSLAND ROAD GREENWICH CT 06831-3647 |
| BROOKS, DAVID J | 22 BARTLETT DR MANHASSET NY 11030-2121 |
| BURKE, TERENCE P | 10 NORTHWICK CIRCLE KENTON MDDSX HARROW HA3 0EJ UNITED KINGDOM |
| BURKE, TIMOTHY A. | 149 SPLIT ROCK ROAD SYOSSET NY 11791 |
| BUTLER-MCLAUGHLIN, CECELIA | 2 LANGDON ROAD CARLE PLACE NY 11514 |

| Claim Name | Address Information |
|---|---|
| CALLIES, GUILLEMETTE | 16 BIS, RUE SOYER NEUILLY-SUR-SEINE F92200 FRANCE |
| CAMPBELL, ROBERT H | 8124 SANDY HOOK DR CLINTON WA 98236-8937 |
| CARAGIULO, NICHOLAS | 137 VANDERBILT STREET BROOKLYN NY 11218 |
| CARANGO, ANTHONY T. | #601 HILLVIEW 21-23 MACDONNELL ROAD MIDLEVELS HONG KONG |
| CARTY, LEA | 445 3RD ST., # 4R BROOKLYN NY 11215 |
| CASSANOVA, CATRINA | 605 THIRD AVENUE, 22ND FLOOR NEW YORK NY 10158 |
| CASUPLE, VIRGILIO | 57 EDGAR PLACE NUTLEY NJ 07110 |
| CATALAO MAIA, ALEXANDRE | 200 EAST 94TH STREET APT 514 NEW YORK NY 10128 |
| CHADNEY, MICHAEL | 12 GRAND UNION WALK KENTISH TOWN RD LONDON NW1 9LP UNITED KINGDOM |
| CHAMBERLAIN, DANIELLE | 105 ABERDEEN RD MATAWAN NJ 07747 |
| CHAN, ANDREW L. | 191 BAY 46 ST BROOKLYN NY 11214 |
| CHAN, SHIRLEY | 20B DRAGONVIEW COURT 5 KOTEWALL MID-LEVELS HONG KONG |
| CHANG, ALFREDO Y. | 16 MANOR ROAD OLD GREENWICH CT 06870 |
| CHIDAMBARAM, SETHURAMAN | 221 HAMPSHIRE DRIVE PLAINSBORO NJ 08536 |
| CHISHOLM, RUPERT F. | 249 OLD NORWALK RD NEW CANAAN CT 06840-6427 |
| CHU, HELEN | 22 APPLE TREE LN WARREN NJ 07059 |
| CINTRON, JACQUELINE | 84-01 MAIN ST APT 406 JAMAICA NY 11435 |
| CIONGOLI, JEFFRY J. | 167 NORMA ROAD TEANECK NJ 07666 |
| CLOVES, STEVEN | 28 BENSON QUAY WAPPING E1W 3TR UNITED KINGDOM |
| COHEN GUSTAVO SEBASTIAN | ORTIZ DE OCAMPO 2655 PISO 7 DTO 1 BUENOS AIRES 1425 ARGENTINA |
| COHEN, DARIAN J. | 5035 WAGNER WAY OAK PARK CA 91377 |
| COHEN, KENNETH | 50 GROSVENOR ROAD SHORT HILLS NJ 07078 |
| COHEN, KENNETH | DLA PIPER LLP (US) ATTN: JEREMY JOHNSON 1251 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020-1104 |
| COLLIER, MICHAEL | 69 HIGHFIELD WAY RICKMANSWORTH HERTS WD3 7PP UNITED KINGDOM |
| COLTON, DAVID | 345 WASHINGTON AVE GLENCOE IL 60022-1832 |
| CONTI, ANGELA | 183 DOVER STREET BROOKLYN NY 11235 |
| COOKE, OLIVER | 15 LANGTON WAY LONDON SE3 7TL UNITED KINGDOM |
| CORDULA, PATRICK | TELEMANNSTRASSE 2 FRANKFURT D60323 GERMANY |
| CORETH, MAXIMILIAN | 93 MERCER STREET NEW YORK NY 10012 |
| CORETH, MAXIMILIAN | ROBERT K. GROSS, ESQ. EATON & VAN WINKLE LLP 3 PARK AVENUE, 16TH FLOOR NEW YORK NY 10016 |
| CORNEJO, EMIL | 420 EAST 58TH STREET NEW YORK NY 10022 |
| CRASTON, EDMUND ANTHONY | 8 ST. MAUR ROAD LONDON SW6 4DP UNITED KINGDOM |
| CREMIN, PATRICK G. | 12 LAUDERDALE MANSIONS LAUDERDALE ROAD MAIDA VALE LONDON W91NE UNITED KINGDOM |
| CUCOLO, MATTHEW | 26 INWOOD DR MANALAPAN NJ 07726 |
| CURTIS, CLARE E | 41 CARLISLE AVENUE HERTS ST. ALBANS AL35LX UNITED KINGDOM |
| D'AMADEO, JOSEPH G | 16 HASTINGS ROAD HOLMDEL NJ 07733-2818 |
| D'ARCANGELO, MICHAEL III | 20 ALPINE ROAD GREENWICH CT 06830 |
| DAS, NACHIKETA | 301 EAST 69TH STREET APARTMENT 19B NEW YORK NY 10021 |
| DAUS, FRANZ-PETER | HAENDELSTRASSE 21 HE SELIGENSTADT D63500 GERMANY |
| DAY, GEMMA | 33 KENTISH TOWN ROAD LONDON NW1 8NL UNITED KINGDOM |
| DE JESUS, NESTOR E | LA VILLA DE TORRIMAR REINA ANA STREET #163 GUAYNABO PR 00969 |
| DE NICOLA, MICHELA | B66 ALBION RIVERSIDE 8 HESTER ROAD LONDON SW11 4AP UNITED KINGDOM |
| DEAN, EMMA | 10 PIERHEAD WAPPING HIGH STREET LONDON E14 8BQ UNITED KINGDOM |
| DELANEY, STEVEN G | 4 VALLEY RIDGE ROAD HARRISON NY 10528-1208 |
| DELLARUSSO, RICHARD J. | 8 SUNSET ROAD DARIEN CT 06820 |
| DENNISON, G. MS. | 2 BIRDHURST 21 PORTLEY WOOD RD WHYTELEAFE, SURREY UNITED KINGDOM |
| DESFORGES, MATHIEU | 2 DICKENS MEWS LONDON EC1 M5SZ UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| DEWAN, JOAN M | 27 WOOD DRIVE NORWOOD MA 02062-3123 |
| DICCIANNI, CHARLES | 53 WEDGEWOOD DRIVE GOSHEN NY 10924 |
| DICENSO, JOSEPH | 17 TREETOPS LN DANVERS MA 01923-1140 |
| DIRSCHBERGER, SALVATORE E. | FLAT 13 LUMIA LOFTS APARTMENT 160 TOWER BRIDGE ROAD LONDON SE1 3FG UNITED KINGDOM |
| DISABATO, KENNETH | 35 WALNUT ST NEW PROVIDENCE NJ 07974 |
| DMUCHOWSKI, JOHN J | 86 WINCHESTER DRIVE EAST WINDSOR NJ 08520 |
| DMUCHOWSKI, JOHN J | OMAR-JOHN C. CHAVEZ WENDY L. MAGER SMITH STRATTON WISE HEHER & BRENNAN LLP 21 RESEARCH WAY PRINCETON NJ 08540 |
| DOPLER, MARY T. | 160 CABRINI BLVD UNIT 117 NEW YORK NY 10033 |
| DUFFY, KATHLEEN C. | 375 SOUTHEND AVENUE APT 27A NEW YORK NY 10280 |
| DUFOURNIER, PHILIPPE | 5 MOORHOUSE ROAD LONDON W25DH UNITED KINGDOM |
| DUNKIN, ROBEN L | 107 CLARK STREET GLEN RIDGE NJ 07028 |
| DUNN, JOHN J. | 232 PARK AVE HUNTINGTON NY 11743-2703 |
| DYER, ROBERT C. | 2 MCLAREN ROAD SOUTH DARIEN CT 06820 |
| EASTICK, HELEN | 19 MULBERRY HILL SHENFIELD BRENTWOOD ESSEX CM 15 8JS UNITED KINGDOM |
| EISENBERG, IRWIN M. | 11 HICKORY COURT STATEN ISLAND NY 10309 |
| ENGEL, STEVEN | 15 ORAN PLACE MORGANVILLE NJ 07751 |
| ERTMANN, JAMES | 1350 ASBURY AVE WINNETKA IL 60093-1406 |
| ESCOBAR, CALIXTO M. JR. | 84 SHERIDAN AVE. STATEN ISLAND NY 10305 |
| FALLTRICK, BARRY J | 9A VAN DIEMANS ROAD CHELMSFORD ESSEX CM2 9QG UNITED KINGDOM |
| FELDERHOF, STEPHEN | 170 HOLLAND PARK AVENUE LONDON W11 4UH UNITED KINGDOM |
| FENNELL, CAROLE | 2292 8TH AVE. #3 NEW YORK NY 10027 |
| FERBER, MICHAEL | 5413 - 12 AVE BROOKLYN NY 11219 |
| FILLER, RONALD H. | 100 WARREN STREET APT# 1503 JERSEY CITY NJ 07302 |
| FINKEL, SETH J. | 6 EAST HILL COURT TENAFLY NJ 07670 |
| FINKEL, SETH J. | MICHAEL SCHLESHINGER & MICHELLE L. POMERANTZ JULIEN & SCHLESINGER, P.C. ONE WHITEHALL STREET 17TH FLOOR NEW YORK NY 10004 |
| FINKEL, SETH J. | EUGENE NEAL KAPLAN PATRICK TRAIN-GUTIERREZ KAPLAN LANDAUE, LLP 1065 AVENUE OF THE AMERICAS 27TH FLOOR NEW YORK NY 10018 |
| FISCHER, CHRISTIAN | ERLENWEG 9 HE LIEDERBACH D65835 GERMANY |
| FITZENBERGER, GERDA | GAERTNER STRASSE 7 HE HANAU D63450 GERMANY |
| FLACKMAN, CYNTHIA | 105 PINE BROOK ROAD MONTVILLE NJ 07045 |
| FLEISCHMAN RICHMAN, SANDY | 25 CENTRAL PARK WEST APT #6E NEW YORK NY 10023 |
| FLYNN, PATRICK | 19 TENNYSON AVENUE WANSTEAD LONDON E11 2QN UNITED KINGDOM |
| FLYNN, PATRICK | 205 9TH STREET WILMETTE IL 60091 |
| FORSYTH, DAVID M. | 79 ROBINSON PLACE SHREWSBURY NJ 07702 |
| FRASER-JENKINS, INIGO L | 10 WYNDHAM STREET 33 PADDINGTON STREET LONDON W1H 1DB UNITED KINGDOM |
| FRYER, DANIEL J. | 3 RIDGEWAY GARDENS WESTCLIFF ON SEA ESSEX SS0 8PZ UNITED KINGDOM |
| FRYER, DANIEL J. | 3 RIDGEWAY GARDENS ESSEX WESTCLIFF ON SEA SS08PZ UNITED KINGDOM |
| FRYER, KELLY | 49 MARITIME CLOSE KENT GREENHITHE DA9 9QW UNITED KINGDOM |
| FU, CHANEL | 240-79 DEPEW AVE. DOUGLASTON NY 11363 |
| GAMBARDELLA, LISA | 80 BAY STREET LANDING APT 3B STATEN ISLAND NY 10301 |
| GATTUSO, MARGARET E. | 101 WARREN STREET APT 1120 NEW YORK NY 10007 |
| GELB, JAY | 2 SEACOAST LANE SANDS POINT NY 11050 |
| GELBAND, MICHAEL | 30 STEWART ROAD SHORT HILLS NJ 07078 |
| GHOSH, SHINJIT | 444 WASHINGTON BOULEVARD, APT 2220 JERSEY CITY NJ 07310 |
| GIACONE, PETER | 48 VANDERVEER COURT ROCKVILLE CENTRE NY 11570 |
| GIANFRANCO, PAPARELLA | VIA SAN SIMPLICIANO 2 20121 MILANO ITALY |
| GIBAULT, CAROLINE | BOL. AFANASSIEVSKIY PER., D. 41, KV. 6 MOSCOW 119019 RUSSIAN FEDERATION |

| Claim Name | Address Information |
| --- | --- |
| GIESE, JOHN T. | 1927 N SEDGWICK ST APT 2R CHICAGO IL 60614-5422 |
| GLASEBROOK, RICHARD J., II | 515 NORTH STREET GREENWICH CT 06830 |
| GLASEBROOK, RICHARD J., II | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| GLASER, ANDREAS | MARKTSTRASSE 1 FRANKFURT 60388 GERMANY |
| GLEN, JAMES J. | 100 CHESTNUT HILL DRIVE NEW PROVIDENCE NJ 07974 |
| GOLDBERG, DANIEL | 240-36 66 AVENUE DOUGLASTON NY 11362 |
| GOLDBERG, JASON | 745 7TH AVENUE, 17TH FLOOR NEW YORK NY 10019 |
| GOLDBERG, LOUISE | 6 RUSSELL GROVE MILL HILL LONDON NW73QX UNITED KINGDOM |
| GOLDMAN, SHERYL | 1820 BITTERSWEET LANE MOUNT PROSPECT IL 60056 |
| GOLLIN, MARK D. | FIRTH HOUSE, HATCHFORD PARK OCKHAM LANE SURREY COBHAM KT11 1LR UNITED KINGDOM |
| GOODRIDGE, JOHN A. | PITCH PLACE FARM THURSLEY SURREY GODALMING GU8 6QW UNITED KINGDOM |
| GRAN, MICHAEL | 45 COMELY LANE LATHAM NY 12110 |
| GRAVES, ADRIAN T | 17 WILLOW WAY WING BEDS LEIGHTON BUZZARD LU7 0TJ UNITED KINGDOM |
| GRAY, L.A. MS. | 48 MAYLON CLOSE BRAINTREE ESSEX CM7 2QY UNITED KINGDOM |
| GREGG, HAWES | 1911 RUXTON ROAD RUXTON MD 21204 |
| HABER, SANFORD A. | 30 INVERNESS COURT WHITE PLAINS NY 10605 |
| HAHN-COLBERT, SANDRA M | 70 BEAVER BROOK RD. HOLMES NY 12531 |
| HALL, ROOPALI A. | 1 VAN RENSSELAER AVE STAMFORD CT 06902-8018 |
| HANSELL, PETER | 70 ELERS ROAD LONDON W139QD UNITED KINGDOM |
| HARGRAVE, BRIAN | 105 LLEWELLYN ROAD MONTCLAIR NJ 07042 |
| HASHIDA, AKIKO | 713 POINCIANA DR GULF BREEZE FL 32561 |
| HEBENBROCK, MONIKA | THOMAS-MANN-RING 16 HE DIETZENBACH D63128 GERMANY |
| HEDLUND, ROBERT G III | 126 GERRISH LANE NEW CANAAN CT 06840 |
| HIGGINS, CATHERINE M. | 7 FOREST WAY ORPINGTON KENT BRS 2AG UNITED KINGDOM |
| HOAR, NICK JOHN | 48A WINCHESTER STREET LONDON SW1V 4NF UNITED KINGDOM |
| HOLLEB, THOMAS J. | 2023 N MOHAWK CHICAGO IL 60614 |
| HOM, MICHAEL C. | 43 WEST 61ST STREET APT 17K NEW YORK NY 10023 |
| HOOPER, HELEN | 1722 EAST 51ST STREET BROOKLYN NY 11234 |
| HORNICK, PETER | 243 WEST 98TH STREET APARTMENT 3D NEW YORK NY 10025 |
| HOULIHAN, BRENNA A. | 546 LOCUST ST MOUNT VERNON NY 10552-2607 |
| HOWARD, NICHOLAS P. | 114 WEST ROAD NEW CANAAN CT 06840 |
| HUTCHERSON, SOPHIE L | 7 BRACKEN AVENUE LONDON SW12 8BJ UNITED KINGDOM |
| HUTTON, RANDALL J. | 22 HILLSIDE LANE NEW HOPE PA 18938 |
| ICASIANO, SERAFIN | 560 SUSSEX AVENUE MORRISTOWN NJ 07960 |
| IRAGORRI, JULIAN | 800 5TH AVE-25C NEW YORK NY 10065-7289 |
| IYER, SUBRAMANIUM | C/6, KRIPA SADAN, 9TH CENTER ROAD BORIVALI (EAST) MUMBAI 400066 INDIA |
| JACOBSON, LARS P. | 909 15TH ST. HERMOSA BEACH CA 90254 |
| JAO, ANDREA T. | 77 SEVENTH AVE. APT. 10-S NEW YORK NY 10011 |
| JENCKES, GEORGE A., IV | 76 SCONSET DR FAIRFIELD CT 06824-3854 |
| JENDRUSIAK, KARINA | FREIHERR-VOM-STEIN-STRASSE 56 FRANKFURT HE D60323 GERMANY |
| JOHNSON, BRIAN A. | 888 TOWER ROAD WINNETKA IL 60093 |
| JONES, ANDREW L. | 95 MERTON HALL ROAD WIMBLEDON LONDON SW193PX UNITED KINGDOM |
| JUDD, IAN | HOLLY HEDGE ST JOHNS HILL ROAD ST JOHNS SURREY WOKING GU21 7RG UNITED KINGDOM |
| KAMENOFF, NICK N | 20-05 42ND STREET ASTORIA NY 11105 |
| KAMENSKY, DANIEL | 11 GREENWAY ROSLYN NY 11576 |
| KELLARD, CRAIG J | 8 JESMOND ROAD ESSEX CANVEY ISLAND SS8 0AH UNITED KINGDOM |
| KENG-CHONG, CHEN | FLAT B, 11/F GRAND FORTUNE MANSION 1 DAVIES STREET KENNEDY TOWN HONG KONG |
| KENNEY, ARTHUR J. | 200 EAST END AVE, APT 5-DE NEW YORK NY 10128 |

| Claim Name | Address Information |
|---|---|
| KENNEY, JUDITH ANN | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| KENNEY, JUDITH ANN | 40 WEST 77TH ST  APT #11D NEW YORK NY 10024 |
| KETTLER, R. KYLE | 154 PLANTATION HOUSTON TX 77024 |
| KILGALLON,JOHNINE | 21 TENNYSON DR NANUET NY 10954-1116 |
| KILLIAN, GARY M. | 42 FOREST AVENUE RYE NY 10580 |
| KING, HARRIET CHAN | 395 SOUTH 2ND STREET #1 BROOKLYN NY 11211 |
| KIRK, ALEX | 75 CENTRAL PARK WEST APARTMENT 9D NEW YORK NY 10023 |
| KLINGER, JEFFREY M. | 4185 PARADISE DRIVE TIBURON CA 94920 |
| KOTIAN, SURAJ | SAINATHWADI CO-OP HSG SOC FLAT NO - 505 5TH FLOOR. ASALPHA VILLAGE GHATKOPAR (W) MUMBAI 400084 INDIA |
| KOZLOV, ANATOLY | 82 ACORN STREET STATEN ISLAND NY 10306 |
| KRASNOPOLSKY, DAVID | 115 BELVIDERE RD GLEN ROCK NJ 07452 |
| KRAUSE, MICHAEL | 35 ROSE TRELLIS IRVINE CA 926030172 |
| KRAVETZ, LARRY J | 181 HAVILAND RD STAMFORD CT 06903 |
| KRIEGER, KAREN M. SIMON | 19 MARSHALL COURT GREAT NECK NY 11021 |
| KUN, WILLIAM | 1958 BARRY AVENUE LOS ANGELES CA 90025 |
| KUNZ, ROBERT F. | 1858 CLUB CIRCLE COURT PAWLEYS ISLAND SC 29585 |
| LAMMIN, STEVEN | 27 GLENRIDGE PKWY MONTCLAIR NJ 07042-5007 |
| LANGEVIN, MARY | 19 FORT CHARLES PLACE BRONX NY 10463 |
| LANKEN, JONATHAN P | 2 BRYANSTON MEWS WEST LONDON W1H 2DD UNITED KINGDOM |
| LARIT, KEITH | 3 RAPHAEL WAY WESTPOINT, CT 06880 |
| LATIFA, DEBBARH | FLAT 20 41 MILLHARBOUR LONDON E14 9NA UNITED KINGDOM |
| LAWRENCE, HENRY MORGAN III | 143 READE STREET, APT 3A NEW YORK NY 10013 |
| LAWRENCE, NICOLE S. | 143 READE STREET, APT 3A NEW YORK NY 10013 |
| LAWSKY, MICHAEL | 17 OAK KNOLL ROAD SUMMIT NJ 07901 |
| LEE, MAN YANG | 306 GOLD ST APT 31C BROOKLYN NY 11201-3051 |
| LEE, MATTHEW | 247 DEAN STREET BROOKLYN NY 11217 |
| LEGOTTE, LEONARD J. | 549 RATHBUN AVE STATEN ISLAND NY 10312 |
| LENG, MANHUA | 25 POLHEMUS PL BROOKLYN NY 11215-2203 |
| LEUNG, PAMELA | 7527 137TH AVE SE RENTON WA 98059-3098 |
| LEV ARI, TAL | FLAT 2 STRAFFAN LODGE 1-3 BELSIZE GROVE LONDON NW3 4XE UNITED KINGDOM |
| LEVY, STEWART F. | 420 EAST 72ND STREET APT. # 20E NEW YORK NY 10021 |
| LEWIS, SARAH J | FLAT 12 WATERLOO MANSIONS 59 WEBBER STREET LONDON,ANT SE1 0RD UNITED KINGDOM |
| LIOTTI, FABIO | 74 YORK MANSIONS PRINCE OF WALES DRIVE LONDON SW11 4BW UNITED KINGDOM |
| LISTER, JAMES G. | 4 MAYFAIR ROAD ST. LOUIS MO 63124 |
| LIU, AMY | 2250 BROADWAY APT 6F NEW YORK NY 10024 |
| LIVINGSTONE, JONATHAN LOUIS | FLAT 3 16 FROGNAL GARDENS LONDON NW3 GUX UNITED KINGDOM |
| LOMBARDI, MARCELLO | VICTOR SLOTOSCH-STRASSE 5E HE FRANKFURT D60388 GERMANY |
| LOPRETE, BECKY | 223 YETMAN AVENUE STATEN ISLAND NY 10307 |
| LOWE, TIA GELAINE | 88 GREENWICH APT 2103 NEW YORK NY 10006 |
| LOZANO, ROSA | 74 WEST 92 ST APT 8E NEW YORK NY 10025 |
| LUDWIG, LINDA | 15 BELVEDERE DRIVE LIVINGSTON NJ 07039 |
| LUDWIG, LINDA | ARNOLD LUDWIG 26 COURT STREET, SUITE 400 BROOKLYN NY 11242 |
| LUKEN, PATRICIA M. | 200 MARYLEBONE RD. #51 LONDON NW1 5PW UNITED KINGDOM |
| LYNCH, MARY A. | 501 EAST 79TH ST NEW YORK NY 10075 |
| MAHLER, JAY M. | PO BOX 1169 CHICAGO IL 60690-1169 |
| MALCOLM, ANDREW | 23 ZANGWILL ROAD BLACKHEATH SE3 8EH UNITED KINGDOM |
| MARCUS, LISA | 131 DEVRIESE COURT TENAFLY NJ 07670 |

| Claim Name | Address Information |
|---|---|
| MARCUS, LISA | STEVEN ABRAMOWITZ VINSON & ELKINS LLP 666 5TH AVE. NEW YORK NY 10103 |
| MARNEY, LESLEY N | POPLAR GRANGE 48 CLERKE DRIVE KEMSLEY SITTINGBOURNE, KENT ME102RY UNITED KINGDOM |
| MARSHALL, NIKKI A. | 12 THOMAS ROAD WESTPORT CT 06880 |
| MARTIAK, YULIYA | 5 AVERY DR OLD BRIDGE NJ 08857 |
| MARTINELLI, JOHN E. | 30 HILLSIDE AVE CEDAR GROVE NJ 07009 |
| MARTINOVIC, MARIO | STEINKAUTEWEG 10 MUEHLHEIM 63165 GERMANY |
| MARTYN, LYNETTE | 18 EUSTIS ST ARLINGTON MA 02476-7611 |
| MCCARTHY, LAWRENCE E | 635 W 42ND ST APT 30K NEW YORK NY 10036-2933 |
| MCCOOEY, KEVIN C. | 11 PLYMOUTH ROAD RYE NY 10580 |
| MCCULLY, MICHAEL K. | 340 EAST 23RD STREET APARTMENT 5M NEW YORK NY 10010-4747 |
| MCGEE, HUGH | 5457 HOLLY SPRINGS HOUSTON TX 77056 |
| MCLAUGHLIN, MARY DEIRDRE | 84 BASEVI WAY GREENWICH LONDON SE8 3JS UNITED KINGDOM |
| MEARS, RUSSELL | 44 HOWARD ROAD UPMINSTER ESSEX, ESSEX RM14 2UF UNITED KINGDOM |
| MENZIES, FIONA M. | 4 MILLHURST MEWS SHEERING ROAD OLD HARLOW ESSEX CM17 0GY UNITED KINGDOM |
| METAXAS, JAMES | 717 BIG RIDGE ESTS EAST STROUDSBURG PA 18302-7701 |
| MEYER, JAMES P. | 1530 N DEARBORN #14N CHICAGO IL 60610 |
| MICHAELS, JEFFREY A. | 147 BOULEVARD MOUNTAIN LAKES NJ 07046 |
| MILEWITS, ALYSSA | 400 EAST 84TH STREET APT 12C NEW YORK NY 10028 |
| MISCHLER, VINCENT | 48 THURLEIGH ROAD LONDON SW12 8UD UNITED KINGDOM |
| MITCHELL, LEE | 41 AMBROSE LANE HARPENDEN HERTS AL5 4BU UNITED KINGDOM |
| MO KAN LI | 166-05  76TH AVE. FRESH MEADOWS NY 11366 |
| MODASIA, DIPAK | 801 CASCADES TOWER 4 WESTFERRY ROAD LONDON E14 8JN UNITED KINGDOM |
| MOHR, SCOTT W. | 322 HARBOR ROAD SOUTHPORT CT 06890 |
| MONAHAN, BRIAN W. | 2 HANCOCK PLACE IRVINGTON NY 10533 |
| MONTALVO, MIRIAM | 1918 KIMBALL STREET BROOKLYN NY 11234 |
| MONTELLA, MICHAEL | 95 SHOREHAM ROAD MASSAPEQUA NY 11758 |
| MOSLEY, KARAN | 188 ELMWYND DRIVE ORANGE NJ 07050 |
| MUINOS, BARBARA | 10 GIMBALL RD LTL EGG HBR NJ 08087-3670 |
| MULLEN, MICHAEL J. | 396 NORTH STREET GREENWICH CT 06830 |
| MURPHY, PATRICIA | 71 HAYES STREET GARDEN CITY NY 11530 |
| NACKENSON, RICHARD | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| NACKENSON, RICHARD | 254 E 68TH ST  APT 31D NEW YORK NY 10065-6000 |
| NANCOZ, SALLY | 45 BIRKENDENE RD CALDWELL NJ 07006 |
| NANKA-BRUCE, ODAATEI | 70 EARLHAM ROAD NORUICH NR2 3DF UNITED KINGDOM |
| NEDEV, BORIS | 4TH FLOOR FLAT 59 COURTFIELD GARDENS LONDON SW5 ONF UNITED KINGDOM |
| NELSON, ANDREW M. | 9 HARBORD STREET LONDON SW6 6PL UNITED KINGDOM |
| NETZEL, GAVIN R | 17 DEFIANT CLOSE CHATHAM, KENT ME5 7QS UNITED KINGDOM |
| NEVILLE, IAN A | 30 FARM ROAD RAINHAM,ESSEX RM13 9JU UNITED KINGDOM |
| NEWMAN, MARK H | FLAT 7 44 SLOANE STREET LONDON SW1X 9LU UNITED KINGDOM |
| NISCO,MARIE R. | 16126 N 171ST DRIVE SURPRISE AZ 85388 |
| NOBLE, RICHARD GRANT | THE FIELD HOUSE, TYRRELLS WOOD LEATHERHEAD SURREY KT22 8QJ UNITED KINGDOM |
| NORTH-CLAUSS, BRYAN | 27 DEVONSHIRE PLACE MEWS LONDON ENGLAND W1G6DA UK |
| NUZZELA, DANIELLE | 346 CASWELL AVE STATEN ISLAND NY 10314 |
| O'MARA, MICHAEL J. | 10 HURST VIEW ROAD SURREY SOUTH CROYDON CR2 7AG UNITED KINGDOM |
| O'SULLIVAN, THOMAS J. | 336 NASSAU AVE MANHASSET NY 11030 |
| ODRICH, MICHAEL J. | 425 ROUND HILL ROAD GREENWICH CT 06831 |
| OLIVIER, HELMUT | UNTERER MITTEL WEG 39 HE BAD HOMBURG D61352 GERMANY |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ORLAN, FRED | 180 HIGHLAND AVENUE SHORT HILLS NJ 07078 |
| OTAMENDI, MIGUEL | CALLE FRANCISCO SUAREZ 23, E.A., 2I MADRID 28036 SPAIN |
| OVERLANDER, KEITH F. | 34 WALTER LANE MANHASSET NY 11030 |
| PARR, ANKE | 15 DANEHURST STREET LONDON SW6 6 UNITED KINGDOM |
| PARR, ANKE | 15 DANEHURST STREET LONDON SW6 6SA UNITED KINGDOM |
| PATANKAR, SAMEER | GOKUL NAGAR, OLD AGRA ROAD, OPP. NAUNEET MOTORS, NEAR SHIVSENA OFFICE THANE (W) INDIA |
| PATEL, BHAVNA | 19 DORSET DRIVE KENILWORTH NJ 07033 |
| PATEL, SHAILY B. | 5109 S LA SEDONA CIR DELRAY BEACH FL 33484-8742 |
| PATTERSON, MARTIN | FOREST LODGE, NEW LODGE CHASE LITTLE BADDOW ESSEX CM3 4AZ UNITED KINGDOM |
| PEDONE, MICHAEL | 1100 PARK AVENUE APT 11-C NEW YORK NY 10128 |
| PEISKER, GERHARD | PHILIPP-REIS-STR 27 FRANKFURT/M 60486 GERMANY |
| PELAYO, CARLOS | 88 OXFORD STREET GLEN RIDGE NJ 07028 |
| PENCU, RALUCA | 325 EAST 77TH ST. APT 5G NEW YORK NY 10075 |
| PENTON, ANDREA M | 71 SALLOWS SHAW SOLE STREET KENT COBHAM DA139BP UNITED KINGDOM |
| PETRUCELLI, MICHAEL J. | 305 OTTAWA LANE OAK BROOK IL 60523 |
| PETTET, SHELLEY RAE SCH | 13126 W 59TH PL ARVADA CO 80004 |
| PLASKETT, RODNEY A. | 40 BIRCHWOOD LANE HARTSDALE NY 10530 |
| PLAVAN, KATHERINE L. | 11 WEST 69TH STREET APT 6C NEW YORK NY 10023 |
| POCHINAPEDDI, VENKATA | 901 SWALLOW CT. NORTH BRUNSWICK NJ 08902 |
| POPE, SAMANTHA J. | (FORMERLY SAMANTHA MALTHOUSE) 2 BATEMANS MEWS WARLEY BRENTWOOD, ESSEX CM14 5WA UNITED KINGDOM |
| PORTER, BARRY | 22 DOVE PARK CHORLEY WOOD WD3 5NY UNITED KINGDOM |
| PRANAITIS, JEFFREY D. | 14 DUCK POND RD DEMAREST NJ 07627-2307 |
| PRESTON, GERAINT N | 75 WALL STREET APT. 22M NEW YORK NY 10005 |
| PRIMIANO, VINCENT | 122 BROADWAY ROCKVILLE CENTRE NY 11570 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON STE 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 11570 |
| PULIDO-CROWE, OLGA A. | 45 CATALPA DRIVE ATHERTON CA 94027 |
| PULJIC, GORAN | 8 SEARLES RD. DARIEN CT 06820 |
| QUINONES, RICHARD | 327 WEST 83RD STREET - APT. 4A NEW YORK NY 10024 |
| RABIN, ELI | 1213 WEST LAURELTON PARKWAY TEANECK NJ 07666 |
| RADICK, JONATHAN | 1300 KNOLLWOOD ROAD MOUNTAINSIDE NJ 07092 |
| RAHMAN, MOHAMMED M | 245 MAIN STREET APT 5A MILLBURN NJ 07041 |
| RAMALLO, HENRY | 27 DAVENPORT WAY HILLSBOROUGH NJ 08844 |
| RAMALLO, HENRY | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| RAY, RAJ T | 2 THE FURLOUGH PEMBROKE ROAD WOKING, SURREY GU22 7EB LONDON UNITED KINGDOM |
| RAYMOND, RICK | 1209 EAST 55TH STREET BROOKLYN NY 11234 |
| RAYNER, RUTH J. | LARCH HOUSE HECKFIELD GREEN HOXNE, EYE SUFFOLK IP21 5AA UNITED KINGDOM |
| REINER, BRETT S. | 26 BURR FARMS ROAD WESTPORT CT 06880 |
| REYCROFT, EMILY M. | 40 EAST 20TH STREET APARMENT #4 NEW YORK NY 10003 |
| REYNOLDS, CHRISTIAN F. | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| REYNOLDS, CHRISTIAN F. | 151 EAST 31ST STREET, #28E NEW YORK NY 10016 |
| RHYS-TAYLOR, OPAL D | 99 GONVILLE ROAD THORTON HEATH CROYDON SURREY CR7 6DF UNITED KINGDOM |
| RIVKIN, JACK L. | PO BOX 2249 AMAGANSETT NY 11930 |
| RODRIGUEZ, NANCY | 1111 STANFORD ST. SANTA MONICA CA 90403 |
| RODRIGUEZ, NANCY | 1111 STANFORD ST SANTA MONICA CA 904034713 |

| Claim Name | Address Information |
|---|---|
| RODRIGUEZ-COLON, ELIZABETH | URB. DOS PINOS 784 CALLE LINCE SAN JUAN PR 00923 |
| RONCAGLIOLO, JACQUELINE S | 454 RIVER ROAD APARTMENT G NUTLEY NJ 07110 |
| ROSE, SARAH E | 1533 LONDON ROAD ESSEX LEIGH ON SEA SS92SF UNITED KINGDOM |
| ROSS, MEREDITH H | 2882 WEST 232ND STREET TORRANCE CA 90505 |
| RUSSELL, MARK | 11 HAMILTON RD SHORT HILLS NJ 07078 |
| RUTTER, JAY P. | 16 REDMOND DR. MADISON NJ 07940 |
| SAKER, BRIAN HUGH | 67 CISSBURY RING SOUTH LONDON N12 7BG UNITED KINGDOM |
| SAKS, ROGER | 64 TWIN BROOKS RD SADDLE RIVER NJ 07458 |
| SALVATORE, JULIANNE | 309 101ST STREET BROOKLYN NY 11209 |
| SALZMAN, ERIC | 6 SYCAMORE DRIVE PORT WASHINGTON NY 11050 |
| SANTODOMINGO MARTELL, ALVARO | C/ JOSE SILVA 24, BJ-D MADRID 28043 SPAIN |
| SANTODOMINGO MARTELL, ALVARO | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: ELLEN HAYES & RICH MERTL. 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022 |
| SARIC, RENATO | JUGENHEIMER STRASSE 23 HE FRANKFURT M. 60528 GERMANY |
| SARKAR, AMIT K | 78 LANSDOWNE RD NOTTINGHILL LONDON W112LS UNITED KINGDOM |
| SARODE, SUNIL | FLAT NO. 214, 'D' WING, UMIYA COMPLEX GAMESH MANDIR ROAD TITWALA (E) KALYAN 421605 INDIA |
| SARONNE, GIANCARLO | 100 OAKWOOD COURT LONDON W14 8JZ UNITED KINGDOM |
| SAVILLO, JOSEPHINE M. | 34-02 BROOKSIDE ST - FLOOR 2 LITTLE NECK NY 11363 |
| SCAMUFFO, JOSEPH | 58 LEDGEWOOD DRIVE WILTON CT 06897 |
| SCAVONE, JOSEPH | 229 CENTRAL AVENUE DEER PARK NY 11729 |
| SCAVONE, THERESA, FOR JOSEPH SCAVONE | 229 CENTRAL AVENUE DEER PARK NY 11729-5025 |
| SCHAEFER, JEFF | C/O HAYNES AND BOONE, LLP ATTN: PETER C. RUGGERO 1221 MCKINNEY STREET, SUITE 2100 HOUSTON TX 77010 |
| SCHAUB, MARY-ELIZABETH | 513 ENGLISH PL MAMARONECK NY 10543 |
| SCHUSTER, CHRISTIANE | FLAT 5 25 ELVASTON PLACE LONDON SW7 5NL UNITED KINGDOM |
| SCHWAB, STEVEN B | 25 KENT ROAD SCARSDALE NY 10583 |
| SCHWARTZ, MARVIN C | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| SCHWARTZ, MARVIN C | 2 EAST 88TH STREET NEW YORK NY 10128 |
| SEBIRI, JONATHAN | 10 MANCHESTER CT MORRISTOWN NJ 07960 |
| SEBIRI, JONATHAN | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, SUITE 4700 NEW YORK NY 10165 |
| SEERY, JAMES P | 77 LAKE ROAD GREENLAWN NY 11740-1807 |
| SENIOR, MARION J | 106 JAMAICA STREET STEPNEY LONDON E1 3HY UNITED KINGDOM |
| SERAYDAR, ROSE MRS | 525 NEPTUNE AVE. APT 22B BROOKLYN NY 11224-4020 |
| SEWARD, BRIAN | 56 LODGE ROAD BRAINTREE, ESSEX CM7 1JB UNITED KINGDOM |
| SHAH, ASHISH C | 1441 THIRD AVENUE APARTMENT 12C NEW YORK NY 10028 |
| SHAH, HARSH | FLAT 2 3 PEMBRIDGE PLACE LONDON W2 4XB UNITED KINGDOM |
| SHAH, HARSH | FLAT 2 3 PEMBRIDGE PLACE LONDON WS 4XB UNITED KINGDOM |
| SHAH, HARSH | LAW OFFICES OF LISA M. SOLOMON ATTN: LISA M. SOLOMON, ESQ. 305 MADISON AVENUE, SUITE 4700 NEW YORK NY 10165 |
| SHANNON, WILLIAM E | 711 BIRCHWOOD DRIVE WESTBURY NY 11590 |
| SHAPIRO, ROSS B. | 2 HUGH HILL LANE IRVINGTON NY 10533 |
| SHEFFER, SCOTT T. | 601 LONGCHAMPS DRIVE DEVON PA 19333 |
| SHEK-FREEDMAN, ADA | 521 74TH STREET BROOKLYN NY 11209 |
| SHINDE, SUDARSHAN SUBHASH | 43, SUSWAGOTAM NAGAR POSTAL COLONY ROAD, NEAR FINE ARTS SOCIETY CHEMBUR (E) MUMBAI 400071 INDIA |
| SHLIMON, MICHELLE | 3241 C. CLIFTON # 2 CHICAGO IL 60657 |
| SHOTTON, PAUL NIGEL | 124 LUKES WOOD ROAD NEW CANAAN CT 06840 |

| Claim Name | Address Information |
|---|---|
| SHUM, DANIEL T. | 11763 E CHARTER OAK DRIVE SCOTTSDALE AZ 85259 |
| SIBIRSKI, LINDA J. | 2165 BRIGHAM STREET APT 6E BROOKLYN NY 11229 |
| SIEGEL, NORMAN | 550 N. KINGSBURG # R08 CHICAGO IL 60654 |
| SILVERS, STEVEN T. | 12 SAGAMORE WAY SOUTH JERICHO NY 11753 |
| SIMONS, LAWRENCE G. | 35 PAMELA ROAD CORTLANDT MANOR NY 10567 |
| SINER, JASON | 3508 PALAIS TERRACE LAKE WORTH FL 33449-8063 |
| SINGH, ANIL KUMAR | 25 WEST DRIVE SURREY CHEAM SM2 7NB UNITED KINGDOM |
| SINN, ADAM | 3333 ALLEN PKWY UNIT 1605 HOUSTON TX 77019-1844 |
| SIU, RICHARD | 191 CLINTON ST APT 3D BROOKLYN NY 11201-6299 |
| SMITH, MARGARET E | 19 TRINITY GROVE BENGEO HERTFORD, HERTS SG143HB UNITED KINGDOM |
| SNELLING, STEPHEN J | 17 THORNFIELD ROAD HERTS BISHOP'S STORTFORD CM232RB UNITED KINGDOM |
| SOLINGER, MARTHA E. | 75 HARMON AVENUE PELHAM NY 10803 |
| SOMMA, GREGG | 4 PETERSON ROAD HILLSBOROUGH NJ 08844 |
| SPERO, CHARLES | 555 WEST 59TH ST APT 9E NEW YORK NY 10019 |
| SPERO, CHARLES | LAW OFFICES OF LISA M. SOLOMON ATTN: LISA M. SOLOMON, ESQ. 305 MADISON AVENUE, SUITE 4700 NEW YORK NY 10165 |
| STATHAM, CHRISTOPHER A. | VALEWOOD FARM HOUSE BELL VALE LANE SURREY HASLEMERE GU27 3DJ UNITED KINGDOM |
| STEFFENS, EDWARD M. | 77 MOTLEY STREET MALVERNE NY 11565 |
| STEINBERG, DARRYL | C/O LBHI 101 HUDSON STREET, 11TH FLOOR JERSEY CITY NJ 07302 |
| STEINBERG, DARRYL | 145 WEST 67TH STREET #24C NEW YORK NY 10023 |
| STEVENS, CHRISTIAN E. | 2940 ROCKBRIDGE DRIVE HIGHLANDS RANCH CO 80129 |
| STIEFEL, STEPHANIE J | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| STIEFEL, STEPHANIE J | 1 BEEKMAN PL APT 11A NEW YORK NY 10022-8069 |
| STUCCHIO, ANTHONY | 1148 85TH STREET BROOKLYN NY 11228 |
| SULLIVAN, ANDREA | 29 ROSTREVOR ROAD LONDON SW65AX UNITED KINGDOM |
| SULLIVAN, MANDY L | FLAT 20 THE GRAINSTORE 4 WESTERN GATEWAY LONDON E1G 1BA UNITED KINGDOM |
| SURI, TARVINDER SINGH | FLAT NO. 11, SHREE SAI APT. ROAD NO. 27, SHANTI NALAR WAGLE ESTATE THANE 400604 INDIA |
| SUTTON, JULIAN R | 33 PINE GROVE BROOKMANS PARK HERTS AL9 7BP UNITED KINGDOM |
| SWEELY, GORDON | 56 GILLESPIE AVENUE FAIR HAVEN NJ 07704 |
| SWEELY, GORDON G. | 56 GILLESPIE AVE. FAIR HAVEN NJ 07704 |
| SWEELY, GORDON G. | LAW OFFICES OF LISA M. SOLOMON ATTN: LISA M. SOLOMON, ESQ. 305 MADISON AVENUE, SUITE 4700 NEW YORK NY 10165 |
| SWEENEY, BRAD | 235 W 56TH ST. #33E NEW YORK NY 10019 |
| TAM, JACKSON | 60 HESTER ST. A2 NEW YORK NY 10002 |
| TEMEL, TULUG T. | 18A BELSIZE SQUARE LONDON NW3 4HT UNITED KINGDOM |
| TENNANT, COLIN H | 43B BARNTON AVENUE EDINBURGH EH4 6JJ SCOTLAND |
| TESCHNER, STEFAN | BAHNHOFSALLEE 2 BAD NAUHEIM 61231 GERMANY |
| THOMPSON, SARAH C. | 96 EVERGREEN AVE RYE NY 10580 |
| TOAL, IAN G | 20 PAIGNTON CLOSE ESSEX RAYLEIGH SS69PW UNITED KINGDOM |
| TOSCANI, EDOARDO | VIALE DON MINZONI 38 BRESSO-MILAN 20091 ITALY |
| TOSCANI, EDOARDO | CHARLES RUSSELL LLP 5 FLEET PLACE LONDON EL4M 7RD UNITED KINGDOM |
| TRAILL, TRICIA A | 700 FIRST STREET APT. #4K HOBOKEN NJ 07030 |
| TRAVERSA, ROBERT | 85 RIVER STREET SLEEPY HOLLOW NY 10591-2415 |
| TSESMELIS, NICOLE E. | 10 VANDERLYN DRIVE MANHASSET NY 11030 |
| TUIL, LAURENT | FLAT 4 FORDIE HOUSE 82 SLOANE STREET LONDON SW1X 9PA UNITED KINGDOM |
| TURNBULL, NIGINA | 221 WEST 105TH STREET, APT 3FE NEW YORK NY 10025 |
| UPTON, EMILY S | 79 BANGALORE STREET LONDON SW15 1QF UNITED KINGDOM |
| VALECCE, JOHN | 3 CARRIAGE HOUSE LANE MAMARONECK NY 10543 |

| Claim Name | Address Information |
| --- | --- |
| VELEBA, MILAN | FLAT 13 / CAPSTAN COURT 24 WAPPING WALL LONDON E1W 3SE UNITED KINGDOM |
| VENEGAS, ROSA E. | PO BOX 2389 ASTORIA NY 11102-0389 |
| VENTURA, GIORGIO | VIA MELCHIORRE GIOIA 53 MILANO 20124 ITALY |
| VEREKER, WILLIAM | 13 DAWSON PLACE LONDON W2 4TH UNITED KINGDOM |
| VOLINI, PIERLUIGI | LONG MEADOW BICKLEY PARK ROAD BROMLEY, KENT BR1 ZAS UNITED KINGDOM |
| VOLPE, DARCY L. | 825 KETCH DR APT 300 NAPLES FL 34103-4183 |
| WAIRKAR, DINESH VISHWANATH | A 503, PLOT NO. 10, SAI PREM APT. SECTION 8, CHARKOP KANDIVALI (WEST) MUMBAI 400067 INDIA |
| WALESCH, JAY E | 1665 ADAIR BLVD CUMMING GA 30040 |
| WALKER, MATTHEW | 30 DUNSTAN ROAD LONDON UNITED KINGDOM |
| WALSH, MARK | DLA PIPER LLP (US) ATTN: JEREMY JOHNSON 1251 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020-1104 |
| WALSH, MARK | 9 PINE ISLAND ROAD RYE NY 10285 |
| WALSH, W. PHILLIP | 20 PINE STREET, APARTMENT #1906 NEW YORK NY 10005 |
| WANG,YULAN | 95 SPRING ST MILLBURN NJ 07041-1129 |
| WARD, PETER | 2816 RIVERSIDE DRIVE WANTAGH NY 11793 |
| WARDELL, JEFFERY K. | 2255 BUSH STREET #1 SAN FRANCISCO CA 94115 |
| WATERS, ANDREW THOMAS | 5617 CHATEAU DRIVE SACHSE TX 75048 |
| WATTEVILLE, JEAN DE | 42 ELSWORTHY ROAD LONDON NW3 3DL UNITED KINGDOM |
| WECKER, JEFFREY | KATTEN MUCHIN ROSENMAN LLP ATTN: STEVEN G. ECKAUS, ESQ. 575 MADISON AVENUE NEW YORK NY 10022 |
| WECKER, JEFFREY | 198 MIDDLE LINE HIGHWAY SOUTHAMPTON NY 11968 |
| WEINER, DAVID I. | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| WEINER, DAVID I. | 173 RIVERSIDE DR. NEW YORK NY 10024 |
| WEINREICH, RUTH | 759 HAMPTON ROAD WOODMERE NY 11598 |
| WELCH, COLIN S. A. | 26 HAMILTON GARDENS ST. JOHN'S WOOD NW8 9PU UNITED KINGDOM |
| WELCH, MICHAEL GODFREY | 3637 N. HAMILTON AVE. CHICAGO IL 60618 |
| WELSH, JOHN M. | 4 BROOKSIDE AVENUE RIDGEWOOD NJ 07450 |
| WHAMOND, CHRISTIAN | 135 RIVERSIDE AVE RIVERSIDE CT 06878-2012 |
| WIDEMAN, ANDREW | 2801 CLINTON WAY DENVER CO 80238 |
| WILKINSON, TIMOTHY B | CORNER COTTAGE PARSONAGE LANE ESSEX LITTLE BADDOW CHELMSFORD CM3 4SU UNITED KINGDOM |
| WILSON, DAVID FLORES | 110 3RD AVENUE 5A NEW YORK NY 10003 |
| WILSON, GRAHAM RAYMOND | RUFFIELD HILL BROW BROMLEY BR1 2PQ UNITED KINGDOM |
| WILSON, KELLY WEINBERGER | 349 10 FOREST LANE SOLON OH 44139 |
| WILSON, ROBERT W. | 37 UPLAND ROAD ESSEX BILLERICAY CM120JP UNITED KINGDOM |
| WINCHESTER, JUDITH A. | 3929 IVY TERRACE COURT, NW WASHINGTON DC 20007 |
| WINTER, HANS | ESCHENBACHSTRAAYE 33 FRANKFURT HE 60596 GERMANY |
| WITKIN, MICHAEL | 17 TREWBRIDGE CT PRINCETON NJ 08540 |
| WITKIN, MICHAEL | 17 TREBRIDGE CT. PRINCETON NJ 08540 |
| WREN, ALEX H | 117 FERNDALE RD EASTON CT 06612-2008 |
| YEUNG, BRIAN | 140-37 CHERRY AVENUE APT #5B FLUSHING NY 11355 |
| YOSHIMURA, ROBIN K. | 1304 VUELTA PLACE PALOS VERDES ESTATES CA 90274 |
| YOSHIMURA, ROBIN K. | 1304 VUELTA PLACE PALO VERDES ESTATES CA 90274 |
| ZAKIAN, PAUL A. | 129 EAST 82ND STREET APT 10A NEW YORK NY 10028 |
| ZALOUM, PHILIP B | 252 STRADBROKE GROVE CLAYHALL ILFORD ESSEX 1G5 0DQ UNITED KINGDOM |
| ZANCO, MARIO | VIA CONCORDIA 10 CUSANO MILANINO 20095 ITALY |

| Claim Name | Address Information |
| --- | --- |

Total Creditor count  460