Form 210A (10/06)

# United States Bankruptcy Court

### Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Cassa di Risparmio di Parma e Piacenza Spa | Intesa Sanpaolo Spa |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Cassa di Risparmio di Parma e Piacenza Spa
Via Mistrali
Via Mistrali 1
Parma 43121, Italy
Email: paolocavazzini@cariparma.it

Phone: 0039 0521 913108
Last Four Digits of Acct #:

Court Claim # (if known): 46878
Date Claim Filed: 26/10/2009
Amount of Claim: € 157,066,759.07
Portion of Claim Transferred (see Schedule I):

Phone: 0039 02 87963048 –
0039 335 1280384
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):
Creditor Name: **CASSA DI RISPARMIO DI PARMA E PAICENZA SPA**
Beneficiary Bank: **CASSA DI RISPARMIO DI PARMA E PAICENZA SPA**
Beneficiary Bic-Bank Identification Code: **CRPPIT2P**
Intermediary Bank: **JPMORGAN CHASE BANK NA NEW YORK**
Intermediary bic-bank identification code: **CHASUS33**
Beneficiary account number c/o JPMORGAN CHASE NY: 544726440
Phone: **0039  02 92392400** – Att. Ferruccio Farinelli

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_                                                        Date:
Cassa di Risparmio di Parma e Piacenza Spa
The President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **INTESA SANPAOLO S.p.A.** ("Seller"), acting on behalf of one or more of its customers (the "Customers") hereby unconditionally and irrevocably sells, transfers and assigns to **CASSA DI RISPARMIO DI PARMA E PIACENZA S.p.A.**, (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the nominal amount specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to **Proof of Claim Number 46878** filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of the Customers relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all Customers' right, title and interest in, to and under the transfer agreements, if any, under which the Customers or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2. Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) its Customers own and have good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (f) neither Seller nor its Customers have engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3. Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 17 th day of May 2012.

| INTESA SANPAOLO S.p.A. | CASSA DI RISPARMIO DI PARMA E PIACENZA S.p.A. |
|---|---|
| By: _____ | By: _____ |
| Name: Elisabetta Lunati | Name: Ariberto Fassati |
| Title: Chief of Legal Department | Title: President |
| | |
| Via Verdi 8, | Via Mistrali 1 |
| Milano 20121, Italy | Parma 43121, Italy |
| | |
| Attn: Luigi Fiori Carones | Attn: Paolo Cavazzini |
| Phone: 0039 02 87963048 - 335 1280384 | Phone: 0039 0521/913108 |
| fax: 0039 02 87963220 | fax: 0039 0521/913863 |
| mail: | mail: PaoloCavazzini@cariparma.it |
| luigi.fioricarones@intesasanpaolo.com | |
| lehmanbrothers.dirleg@intesasanpaolo.com | |

Schedule 1

Transferred Claims

Purchased Claims

11.00% of XS0211093041 = USD 420,021.77 of USD 3,816,783.20 (i.e. the outstanding amount of XS0211093041 as described in the Proof of Claim dated October 23, 2009 and filed on October 26, 2009)

1.94% of XS0176153350 = USD 210,623.95 of USD 10,808,018.02 (i.e. the outstanding amount of XS0176153350 as described in the Proof of Claim dated October 23, 2009 and filed on October 26, 2009)

7.48% of XS0185655445 = USD 60,941.46 of USD 815,092.07 (i.e. the outstanding amount of XS0185655445 as described in the Proof of Claim dated October 23, 2009 and filed on October 26, 2009)

27.08% of XS0200284247 = USD 391,620.24 of USD 1,445,982.40 (i.e. the outstanding amount of XS0200284247 as described in the Proof of Claim dated October 23, 2009 and filed on October 26, 2009)

58.82% of XS0305646696 = USD 14,868.48 of USD 25,276.41 (i.e. the outstanding amount of XS0305646696 as described in the Proof of Claim dated October 23, 2009 and filed on October 26, 2009)

1.61% of XS0181945972 = USD 27,108.31 of USD 1,676,197.40 (i.e. the outstanding amount of XS0181945972 as described in the Proof of Claim dated October 23, 2009 and filed on October 26, 2009)

40.00% of XS0163559841 = USD 75,192.06 of USD 187,980.14 (i.e. the outstanding amount of XS0163559841 as described in the Proof of Claim dated October 23, 2009 and filed on October 26, 2009)

7.36% of XS0195431613 = USD 78,353.99 of USD 1,063,806.17 (i.e. the outstanding amount of XS0195431613 as described in the Proof of Claim dated October 23, 2009 and filed on October 26, 2009)

1.80% of XS0211814123 = USD 37,890.34 of USD 2,104,171.37 (i.e. the outstanding amount of XS0211814123 as described in the Proof of Claim dated October 23, 2009 and filed on October 26, 2009)

1.27% of XS0178969209 = USD 25,656.76 of USD 2,025,374.95 (i.e. the outstanding amount of XS0178969209 as described in the Proof of Claim dated October 23, 2009 and filed on October 26, 2009)

1/2

Lehman Programs Securities to which Transfer Relates

2/2

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| 10Y Twister Note | XS0211093041 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 287,000 (equivalent to USD 406,133.70) | Variable Rate | 02/16/2015 | EUR 296,814.20 (equivalent to USD 420,021.77) |
| Italian Inflation Linked Note | XS0176153350 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 140,000 (equivalent to USD 198,114) | Variable Rate | 10/10/2013 | EUR 148,840.33 (equivalent to USD 210,623.95) |
| European Inflation Linked Bond | XS0185655445 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 40,000 (equivalent to USD 56,604) | Variable Rate | 02/27/2014 | EUR 43,065.13 (equivalent to USD 60,941.46) |
| HICP Linked | XS0200284247 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 260,000 (equivalent to USD 367,926) | Variable Rate | 09/22/2014 | EUR 276,743.86 (equivalent to USD 391,620.24) |
| Autocallable on Euribor | XS0305646696 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 10,000 (equivalent to USD 14,151) | Variable Rate | 07/27/2011 | EUR 10,507.02 (equivalent to USD 14,868.48) |
| Italian Inflation Linked Note | XS0181945972 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 18,000 (equivalent to USD 25,471.80) | Variable Rate | 01/14/2014 | EUR 19,156.47 (equivalent to USD 27,108.31) |
| Italian Inflation Linked Bond | XS0163559841 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 50,000 (equivalent to USD 70,755) | Variable Rate | 03/14/2011 | EUR 53,135.51 (equivalent to USD 75,192.06) |
| European Inflation Linked Notes | XS0195431613 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 52,000 (equivalent to USD 73,585.20) | Variable Rate | 07/14/2014 | EUR 55,369.93 (equivalent to USD 78,353.99) |
| European Inflation Linked | XS0211814123 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 25,000 (equivalent to USD 35,377.50) | Variable Rate | 02/16/2017 | EUR 26,782.09 (equivalent to USD 37,899.34) |
| European Inflation Linked Note | XS0178969209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 17,000 (equivalent to USD 24,056.70) | Variable Rate | 11/26/2013 | EUR 18,130.70 (equivalent to USD 25,656.76) |

Intesa Sanpaolo S.p.A.

Cassa di Risparmio di Parma e Piacenza S.p.A.