UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                            :    (Jointly Administered)
                    Debtors.                :
                                            :
----------------------------------------------------------------x    Ref. Docket Nos. 27836, 29626,
                                                 29662, 29690-29693, 29715, 29787,
                                                 29789, 29805, 29806, 29808-29812,
                                                 29814, 29830, 29833, 29834, 29836,
                                                 29839, 29841, 29843, 29848, 29849,
                                                 29852, 29856, 29864, 29865

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 9, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
21st day of August, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BARCLAYS BANK PLC
     TRANSFEROR: PANACEA TRUST:BLUEBAY STRUCTURED HIGH YIELD BOND SUB-TRUST
     745 SEVENTH AVENUE
     NEW YORK NY 10019
```

Please note that your claim # 30124 in the above referenced case and in the amount of
$10,630.34  Unliquidated        has been transferred **(unless previously expunged by court order)**

```
     CVF LUX MASTER S.A.R.L.
     TRANSFEROR: BARCLAYS BANK PLC
     C/O CARVAL INVESTORS UK LIMITED
     25 GREAT PULTENEY STREET
     LONDON    W1F 9LT
     UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                   UNITED STATES BANKRUPTCY COURT
                   Southern District of New York
                   One Bowling Green
                   New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 29843     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/09/2012                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 9, 2012.

**EXHIBIT B**

08-13555-mg    Doc 30236    Filed 08/21/12    Entered 08/21/12 11:38:37    Main Document
Pg 4 of 6

```
TIME: 16:15:25                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 08/09/12                                          CREDITOR LISTING

Name                                              Address
BANCA AGRICOLA COMMERCIALE DELLA                  SAN MARINO S.P.A. ATNT: MR. STEFANO CATALDO VIA ODDONE SCARITO, 13 BORGO MAGGIORE 47893 SAN MARINO
  REPUBLICA DI
BANCA ALETTI & C. S.P.A.                          ATTN MASSIMO ZERBINO VIA SANTO SPIRITO, 14 20121 MILANO ITALY
BANCA POPOLARE DI PUGLIA E BASILICATA             ATTN: MR. RENATO QUARANTA VIA OTTAVIO SERENA, 15 ALTAMURA (BARI)  70022 ITALY
  S.C.P.A.
BANQUE THALER S.A.                                RUE PIERRE-FATIO 3 GENEVE 3  CH-1211 SWITZERLAND
BARCLAYS BANK PLC                                 TRANSFEROR: BLUEBAY FUNDS- BLUEBAY HIGH YIELD BOND FUND 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: BLUEBAY MULTI-STRATEGY INVESTMENTS (LUXEMBOURG) S.A.R.L ATTN: DANIEL CROWLEY, DANIEL MIRANDA 745 SEVENTH AVENUE
                                                  NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: BLUEBAY STRUCTURED FUNDS- HIGH YIELD ENHANCED FUND ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: BLUEBAY STRUCTURED FUNDS- HIGH YIELD PORTABLE ALPHA FUND 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: G.A.-FUND-L: BOND HIGHER YIELD EURO TP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS CAPITAL INC                              TRANSFEROR: PANACEA TRUST:BLUEBAY STRUCTURED HIGH YIELD BOND SUB-TRUST 745 SEVENTH AVENUE NEW YORK NY 10019
CANTOR FITZGERALD & CO.                           TRANSFEROR: MISYS PLC TIMOTHY BASS, JORMEN VALLECILLO & PAUL ZEDLOVICH 745 SEVENTH AVENUE NEW YORK NY 10019
CANTOR FITZGERALD & CO.                           TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022
CHENAVARI FINANCIAL ADVISORS LTD                  TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022
CHENAVARI FINANCIAL ADVISORS LTD                  TRANSFEROR: EFG BANK AG ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SWIX 7EE UNITED KINGDOM
                                                  TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: GUILHEM GOYARD MANAGING DIRECTOR 14 GROSVENOR CRESCENT
                                                  LONDON SW1X 7EE UNITED KINGDOM
CVF LUX MASTER S.A.R.L.                           TRANSFEROR: BARCLAYS BANK PLC C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: EMPYREAN INVESTMENTS LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
EMPYREAN INVESTMENTS LLC                          TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE
                                                  1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON  EC2N 2DB UNITED KINGDOM
EFG BANK AG                                       GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166
EFG BANK AG                                       BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: CANTOR FITZGERALD & CO. ATTN: MICHAEL STEPHAN C/O ELLIOTT MANAGEMENT CORPORATION 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
EMPYREAN INVESTMENTS LLC                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950
                                                  LOS ANGELES CA 20067
EMPYREAN INVESTMENTS, LLC                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950
                                                  LOS ANGELES CA 90067
FIR TREE CAPITAL OPPORTUNITY MASTER               WILKIE FARR & GALLAGHER LLP ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ. (COUNSEL TO FIR TREE VALUE MASTER FUND, L.P. AND
  FUND, L.P.                                      FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.) 787 SEVENTH AVENUE NEW YORK NY 10019-6099
FIR TREE CAPITAL OPPORTUNITY MASTER               TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O FIR TREE PARTNERS ATTN: STEPHEN SCARPULLA 505 FIFTH AVE 23RD FL NEW YORK NY 10017
  FUND, L.P.
FIR TREE VALUE MASTER FUND, L.P.                  WILLKIE FARR & GALLAGHER LLP ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ. (COUNSEL TO FIR TREE VALUE MASTER FUND, L.P. AND
                                                  FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.) 787 SEVENTH AVENUE NEW YORK NY 10019-6099
FIR TREE VALUE MASTER FUND, L.P.                  TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O FIR TREE PARTNERS ATTN: STEPHEN SCARPULLA 505 FIFTH AVE 23RD FL NEW YORK NY 10017
GOLDMAN SACHS LENDING PARTNERS LLC                MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WOLRD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR
ILLIQUIDX LLP                                     TRANSFEROR: BANCA AGRICOLA COMMERCIALE DELLA REPUBLICA DI ATTN: CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: BANCA ALETTI & C. S.P.A. ATTN: CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1 EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: BANCA POPOLARE DI PUGLIA E BASILICATA S.C.P.A. ATTN: CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
J.P. MORGAN SECURITIES PLC                        TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG C/O J.P. MORGAN SECURITIES ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                  383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
KREUZER FUND LIMITED                              TRANSFEROR: BANQUE THALER S.A. C/O BANQUE THALER S.A. RUE PIERRE-FATIO 3 GENEVE 3  CH-1211 SWITZERLAND
KREUZER FUND LIMITED                              TRANSFEROR: BANQUE THALER S.A. C/O BANQUE THALERE S.A. RUE PIERRE-FATIO 3 GENEVE 3  CH-1211 SWITZERLAND
LBVN HOLDINGS, L.L.C.                             PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
LBVN HOLDINGS, L.L.C.                             TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC P.O. BOX 1641 NEW YORK NY 10150
                                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 16:15:25                                                                                                    PAGE:   2
DATE: 08/09/12
                                                    LEHMAN BROTHERS HOLDING INC.
                                                         CREDITOR LISTING

Name                                          Address
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: NCB CAPITAL MARKETS LIMITED ATTN: JEFFREY BENESH AND GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK
                                              NEW YORK NY 10036
MORGAN STANLEY & CO. INTERNATIONAL PLC        MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC        TRANSFEROR: BANCA DI SAN MARINO S.P.A. 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA ENGLAND
SEA PORT GROUP SECURITIES, LLC                TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEMPER CONSTANTIA PRIVATBANK AG               (AS SUCCESSOR TO FORMER CREDITOR CONSTANTIA PRIVATBANK) ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER BANKGASSE 2
                                              WEIN 1010 AUSTRIA
STICHTING THE IAMEX VALUE FOUNDATION          TRANSFEROR: WEURMAN, A.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
VARDE FUND VI-A, L.P., THE                    TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER), L.P., THE              TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER), L.P., THE              TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS N 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)          TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.               TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.               TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                 TRANSFEROR: BARCLAYS CAPITAL INC ATTN: EDWINA STEFFER 8500 MORMANDALE LAKE BLVD., SUITE 1500 MINNEAPOLIS MN 55437
WEURMAN, A.M.                                 AMSTELLAAN 18 HEEMSTEDE 2105 VE NETHERLANDS


Total Number of Records Printed                 56
```

EPIQ BANKRUPTCY SOLUTIONS, LLC