UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :    (Jointly Administered)
              Debtors.                                      :
                                                            :
------------------------------------------------------------x    Ref. Docket Nos. 29698, 29770,
                                                                 29829, 29850, 29851, 29856, 29857,
                                                                 29862, 29863, 29870, 29875-29877,
                                                                 29879, 29882-29884, 29886, 29897

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 10, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
21st day of August, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  CANTOR FITZGERALD & CO.
           TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P.
           ATTN: NATHAN PLOTKIN
           110 EAST 59TH STREET
           NEW YORK NY 10022

Please note that your claim # 63659-03 in the above referenced case and in the amount of
      $2,827,530.69     allowed at $2,827,199.82       has been transferred **(unless previously expunged by court order)**

           ELLIOTT INTERNATIONAL, L.P.
           TRANSFEROR: CANTOR FITZGERALD & CO.
           ATTN: MICHAEL STEPHAN
           C/O ELLIOTT MANAGEMENT CORPORATION
           40 WEST 57TH STREET
           NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 29857     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/10/2012                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 10, 2012.

# EXHIBIT B

```
TIME: 12:57:43                                              LEHMAN BROTHERS HOLDING INC.                                                PAGE:    1
DATE: 08/10/12                                                   CREDITOR LISTING

Name                                              Address
BANCA DI CREDITO COOPERATIVO DI ALBA,              TRANSFEROR: ERSEL SIM SPA ATTN: MARIO MUSSO VIA CAVOUR, N. 4 ALBA (CUNEO) 12051 ITALY
 LANGHE E ROERO S.C.
BANCA MONTE DEI PASCHI DI SIENA S.P.A.             TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: VALERIA VIGANO VIA ROSELLINI 16 MILAN 20124 ITALY
BANCA MONTE DEI PASCHI DI SIENA S.P.A.             TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: VALERIA VIGANO VIA ROSELLINI 16 MILANO 20124 ITALY
BANCA MONTE DEI PASCHI DI SIENA S.P.A.             TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: VALERIA VIGNO SERVIZIO AMMINISTRAZIONE TITOLI VIA ROSELLINI 16 MILAN 20124 ITALY
BANCA MONTE DEI PASCHI DI SIENA S.P.A.             TRANSFEROR: CREDITO EMILIANO S.P.A. VIA ROSELLINI 16 MILAN 20124 ITALY
BANCA MONTE DEI PASCHI DI SIENA SPA                ATTN: VALERIA VIGANO VIA ROSELLINI 16 MILANO 20124 ITALY
BANCO DI DESIO E DELLA BRIANZA SPA                 TRANSFEROR: SANTANDER PRIVATE BANKING SPA ATTN: VALERIA VIGANO VIA ROSELLINI 16 MILANO 20124 ITALY
BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S.            VIA ROVAGNATI, 1 DESIO (MB) 20033 ITALY
                                                   ATTN: ATOS CAVAZZA VIA FARINI, 17 BOLOGNA 40124 ITALY
BSOF PARALLEL MASTER FUND, L.P.                    BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF PARALLEL MASTER FUND, L.P.                    TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O KNIGHTHEAD CAPITAL MNAGEMENT, LLC ATTN: LAURA TORRADO, ESQ. 623 FIFTH AVENUE, 29TH FLOOR
                                                   NEW YORK NY 10022
CANTOR FITZGERALD & CO.                            TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022
CANTOR FITZGERALD & CO.                            TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022
CASSA DI RISPARMIO IN BOLOGNA S.P.A.               TRANSFEROR: BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S. ATTN: ALESSANDRO FERRIANI VIA FARINI, 22 BOLOGNA 40124 ITALY
CHENAVARI FINANCIAL ADVISORS LTD                   TRANSFEROR: EFG BANK AG ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SWIX 7EE UNITED KINGDOM
CITIGROUP FINANCIAL PRODUCTS, INC.                 TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS, INC.                 PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
                                                   RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                   TRANSFEROR: UBS AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE AG                                   ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, N. 4 REGGIO EMILIA 42121 ITALY
CREDITO EMILIANO S.P.A.                            TRANSFEROR: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42100 ITALY
CREDITO EMILIANO S.P.A.                            TRANSFEROR: GAM EQUITY SIX INC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: LUXOR CAPITAL PARTNERS LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: LUXOR SPECTRUM LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: LUXOR WAVEFRONT LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: OC 19 MASTER FUND LP - LCG ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
ELLIOTT ASSOCIATES, L.P.                           TRANSFEROR: CANTOR FITZGERALD & CO. ATTN: MICHAEL STEPHAN C/O ELLIOTT MANAGEMENT CORPORATION 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                           TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                   NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                        TRANSFEROR: CANTOR FITZGERALD & CO. ATTN: MICHAEL STEPHAN C/O ELLIOTT MANAGEMENT CORPORATION 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                        TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                   NEW YORK NY 10019
EMPRYEAN INVESTMENTS, LLC                          TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
ERSEL SIM SPA                                      11 PIAZZA SOLFERINO TORINO 10121 ITALY
ERSEL SIM SPA                                      C/O JOHN E JURELLER JR KELSTADT & WINTERS, LLP 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK NY 10018-6314
GAM EQUITY SIX INC                                 TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                                   NEW YORK NY 10036
ILLIQUIDX LLP                                      TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO PRIVATE BANKING S.P.A.             TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA ATTN: PAOLO POLLASTRI VIA HOEPLI, 10 MILANO 20121 ITALY
J.P. MORGAN SECURITIES PLC                         TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG C/O J.P. MORGAN SECURITIES ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                   383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
LIQUIDATION OPPORTUNITIES MASTER FUND,             TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 LP
LUXOR CAPITAL PARTNERS LP                          TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                                   NEW YORK NY 10036
LUXOR CAPITAL PARTNERS OFFSHORE MASTER             TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
 FUND LP                                           NEW YORK NY 10036
LUXOR SPECTRUM LLC                                 TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                                   NEW YORK NY 10036
LUXOR SPECTRUM OFFSHORE MASTER FUND LP             TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                                   NEW YORK NY 10036
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 12:57:43                              LEHMAN BROTHERS HOLDING INC.
DATE: 08/10/12                                   CREDITOR LISTING                                                    PAGE:    2

Name                     Address
LUXOR WAVEFRONT LP       TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                         NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL        TRANSFEROR: THE ASAHI SHINKIN BANK ATTN: JAMES RUSSELL WARWICK COURT 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH, PIERCE, FENNER & SMITH  TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MEREDITH SMITH 214 N TYRON STREET NC1-027-14-01 CHARLOTTE NC 28255
INC
OC 19 MASTER FUND LP - LCG         TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                   NEW YORK NY 10036
SANTANDER PRIVATE BANKING SPA      F/K/A MELIORBANCA PRIVATE SPA ATTN: SERENA ROVERI VIA SENATO 28 MILANO  20121 ITALY
UBS AG                             TRANSFEROR: CREDIT SUISSE AG ATTN: HUGO KOLLER BAHNHOFSTR. 45 ZURICH  8001 SWITZERLAND


Total Number of Records Printed           50
```

EPIQ BANKRUPTCY SOLUTIONS, LLC