**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
|  |  |
|---|---|
| | : | Chapter 11 |
| **In re** | : | |
| | : | **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| | : | |

----------------------------------------------------------------------x    **Ref. Docket Nos. 30026 & 30027**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
                                          ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 14, 2012, I caused to be served the following:

    a)  "Seventh Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts," dated August 14, 2012 [Docket No. 30026], (the "7th Executory Contracts NOW"), and

    b)  "Notice of Adjournment of the Three Hundred Fifteenth Omnibus Objection to Claims (Employment-Related Claims) Solely as to Certain Claims," dated August 14, 2012 [Docket No. 30027], (the "315th Omnibus NOA"),

    by causing true and correct copies of the:

    i.  7th Executory Contracts NOW and 315th Omnibus NOA, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.  7th Executory Contracts NOW and 315th Omnibus NOA, to be delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

    iii.  7th Executory Contracts NOW and 315th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

    iv.  7th Executory Contracts NOW, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>, and

    v. 315th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit E</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

 

Carol Zhang

Sworn to before me this
17th day of August, 2012

Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

# EXHIBIT A

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
anann@foley.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com

austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
colea@gtlaw.com

cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com

| | | |
|---|---|---|
| dlemay@chadbourne.com | ezweig@optonline.net | jason.jurgens@cwt.com |
| dlipke@vedderprice.com | fbp@ppgms.com | jay.hurst@oag.state.tx.us |
| dludman@brownconnery.com | ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| dmcguire@winston.com | fhyman@mayerbrown.com | jbecker@wilmingtontrust.com |
| dmurray@jenner.com | foont@foontlaw.com | jbeemer@entwistle-law.com |
| dneier@winston.com | francois.janson@hklaw.com | jbeiers@co.sanmateo.ca.us |
| dodonnell@milbank.com | fsosnick@shearman.com | jbird@polsinelli.com |
| dove.michelle@dorsey.com | fyates@sonnenschein.com | jbromley@cgsh.com |
| dpegno@dpklaw.com | gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| draelson@fisherbrothers.com | gbray@milbank.com | jchristian@tobinlaw.com |
| dravin@wolffsamson.com | geraci@thalergertler.com | jdoran@haslaw.com |
| drose@pryorcashman.com | ggitomer@mkbattorneys.com | jdrucker@coleschotz.com |
| drosenzweig@fulbright.com | ggoodman@foley.com | jdyas@halperinlaw.net |
| drosner@goulstonstorrs.com | giddens@hugheshubbard.com | jean-david.barnea@usdoj.gov |
| drosner@kasowitz.com | gkaden@goulstonstorrs.com | jeanites@whiteandwilliams.com |
| dshaffer@wtplaw.com | glenn.siegel@dechert.com | jeannette.boot@wilmerhale.com |
| dshemano@pwkllp.com | gmoss@riemerlaw.com | jeff.wittig@coair.com |
| dspelfogel@foley.com | gravert@ravertpllc.com | jeffery.black@bingham.com |
| dtatge@ebglaw.com | gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| dtheising@harrisonmoberly.com | guzzi@whitecase.com | jeldredge@velaw.com |
| dwdykhouse@pbwt.com | harrisjm@michigan.gov | jen.premisler@cliffordchance.com |
| dwildes@stroock.com | harveystrickon@paulhastings.com | jennifer.demarco@cliffordchance.com |
| dworkman@bakerlaw.com | hbeltzer@mayerbrown.com | jennifer.gore@shell.com |
| easmith@venable.com | heim.steve@dorsey.com | jeremy.eiden@ag.state.mn.us |
| echang@steinlubin.com | heiser@chapman.com | jfalgowski@reedsmith.com |
| ecohen@russell.com | hollace.cohen@troutmansanders.com | jflaxer@golenbock.com |
| efleck@milbank.com | holsen@stroock.com | jfox@joefoxlaw.com |
| efriedman@fklaw.com | howard.hawkins@cwt.com | jfreeberg@wfw.com |
| efriedman@friedumspring.com | hseife@chadbourne.com | jg5786@att.com |
| egeekie@schiffhardin.com | hsnovikoff@wlrk.com | jgenovese@gjb-law.com |
| eglas@mccarter.com | hsteel@brownrudnick.com | jguy@orrick.com |
| ehollander@whitecase.com | icatto@mwe.com | jherzog@gklaw.com |
| ekbergc@lanepowell.com | igoldstein@dl.com | jhiggins@fdlaw.com |
| eleicht@whitecase.com | ilevee@lowenstein.com | jhorgan@phxa.com |
| eli.mattioli@klgates.com | ira.herman@tklaw.com | jhuggett@margolisedelstein.com |
| ellen.halstead@cwt.com | isgreene@hhlaw.com | jim@atkinslawfirm.com |
| emerberg@mayerbrown.com | israel.dahan@cwt.com | jjoyce@dresslerpeters.com |
| enkaplan@kaplanlandau.com | iva.uroic@dechert.com | jjtancredi@daypitney.com |
| eobrien@sbchlaw.com | jacobsonn@sec.gov | jjureller@klestadt.com |
| erin.mautner@bingham.com | james.heaney@lawdeb.com | jkehoe@btkmc.com |
| eschaffer@reedsmith.com | james.mcclammy@dpw.com | jlamar@maynardcooper.com |
| eschwartz@contrariancapital.com | james.sprayregen@kirkland.com | jlawlor@wmd-law.com |
| esmith@dl.com | jamestecce@quinnemanuel.com | jlee@foley.com |
| etillinghast@sheppardmullin.com | jamie.nelson@dubaiic.com | jlevitin@cahill.com |
| ezujkowski@emmetmarvin.com | jar@outtengolden.com | jlipson@crockerkuno.com |

| | | |
|---|---|---|
| jlovi@steptoe.com | keckhardt@hunton.com | lschweitzer@cgsh.com |
| jlscott@reedsmith.com | keith.simon@lw.com | lsilverstein@potteranderson.com |
| jmaddock@mcguirewoods.com | ken.coleman@allenovery.com | lubell@hugheshubbard.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | lwhidden@salans.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | mabrams@willkie.com |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | maofiling@cgsh.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | marc.chait@sc.com |
| jmerva@fult.com | kjarashow@fklaw.com | margolin@hugheshubbard.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.bane@ropesgray.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.deveno@bingham.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.ellenberg@cwt.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | mark.hellerer@pillsburylaw.com |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | mark.sherrill@sutherland.com |
| jorbach@hahnhessen.com | korr@orrick.com | martin.davis@ots.treas.gov |
| joseph.cordaro@usdoj.gov | kovskyd@pepperlaw.com | marvin.clements@ag.tn.gov |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | matt@willaw.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | matthew.klepper@dlapiper.com |
| jowolf@law.nyc.gov | kreynolds@mklawnyc.com | maustin@orrick.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | max.polonsky@skadden.com |
| jpintarelli@mofo.com | kuehn@bragarwexler.com | mbenner@tishmanspeyer.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mberman@nixonpeabody.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mberman@nixonpeabody.com |
| jrabinowitz@rltlawfirm.com | landon@streusandlandon.com | mbienenstock@dl.com |
| jrsmith@hunton.com | lapeterson@foley.com | mbloemsma@mhjur.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mbossi@thompsoncoburn.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mcademartori@sheppardmullin.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com | mcantor@normandyhill.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mccombst@sullcrom.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mcordone@stradley.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | mcto@debevoise.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | mcyganowski@oshr.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | mdorval@stradley.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | melorod@gtlaw.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | meltzere@pepperlaw.com |
| jvail@ssrl.com | lkatz@ltblaw.com | metkin@lowenstein.com |
| jwallack@goulstonstorrs.com | lkiss@klestadt.com | mfeldman@willkie.com |
| jwang@sipc.org | lmarinuzzi@mofo.com | mgordon@briggs.com |
| jwcohen@daypitney.com | lmay@coleschotz.com | mgreger@allenmatkins.com |
| jweiss@gibsondunn.com | lmcgowen@orrick.com | mh1@mccallaraymer.com |
| jwest@velaw.com | lml@ppgms.com | mhopkins@cov.com |
| jwh@njlawfirm.com | lnashelsky@mofo.com | michael.frege@cms-hs.com |
| kanema@formanlaw.com | loizides@loizides.com | michael.kelly@monarchlp.com |
| karen.wagner@dpw.com | lromansic@steptoe.com | michael.kim@kobrekim.com |
| kdwbankruptcydepartment@kelleydrye.com | lscarcella@farrellfritz.com | michael.mccrory@btlaw.com |

michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com

notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com

rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

steven@blbglaw.com

streusand@streusandlandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

tgoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

thomas_noguerola@calpers.ca.gov

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

tunrad@burnslev.com

twheeler@lowenstein.com

ukreppel@whitecase.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

yuwatoko@mofo.com

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC.**

FAX LIST

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| BLUE MOUNTAIN ALTERNATIVES | MASTER FUND L.P. 280 PARK AVENUE 5TH FLOOR EAST NEW YORK NY 10017 |
| CRAIG M. PRICE | CHAPMAN AND CUTLER LLP 330 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10017 |
| ERIC A. SCHAFFER | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVE. NEW YORK NY 10022 |
| HAVERFORD SCHOOL | CHRISTOPHER S. CHOW BALLARD SPAHR LLP 919 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| JENNIFER C. DEMARCO | SARA M. TAPINEKIS CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| LAWRENCE V. GELBER | SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| MARK D. SHERRILL | SUTHERLAND ASBILL & BRENNAN LLP 1275 PENNSYLVANIA AVENUE,NW WASHINGTON DC 20004 |
| PATRICK L. HAYDEN | SHAWN R. FOX MCGUIREWOODS LLP 1345 AVENUE OF THE AMERICAS SEVENTH FLOOR NEW YORK NY 10105 |
| PAUL KIZEL | LOWENSTEIN SANDLER PC 65 LIVINGSTON AVE. ROSELAND NJ 07068 |
| RACERS 2005-13-C INC. | JAMES E. SPIOTTO ANN E. ACKER,FRANKLIN H. TOP, III JAMES HEISER,CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| WILLIAM A. SLAUGHTER | BALLARD SPAHR LLP 1735 MARKET STREET, 51ST FLOOR PHILADELPHIA PA 19103 |

```
Total Creditor count  11
```

**EXHIBIT E**

MOORE, CHARLES C.
10 SUSSEX AVENUE
BRONXVILLE,  NY  10708

MICHAEL DAL DAGO, ESQ
MORRISON COHEN LLP
909 THIRD AVENUE
NEW YORK, NY   10022

PARK, EDWARD
130 WEST 30THSTREET
APT 15A
NEW YORK , NY 10001