# Exhibit A

Amended Summary Statement

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.* :    08-13555 (JMP)
                                                             :
        Debtors.                                             :    (Jointly Administered)
                                                             :
-------------------------------------------------------------X

### AMENDED SUMMARY STATEMENT FOR THE SUPPLEMENT TO THE TENTH INTERIM FEE APPLICATION OF BINGHAM McCUTCHEN LLP, SPECIAL COUNSEL FOR THE DEBTORS, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED

**Name of Applicant:**           Bingham McCutchen LLP

**Time Periods:**                October 1, 2011 through March 6, 2012

**Role in the Case:**            Bingham McCutchen LLP is Retained as Special Counsel to the Debtors Under Section 327(e) of the Bankruptcy Code

**Current Application:**         Total Fees Requested: $2,733,159.75
                                 Total Expenses Requested: $435,470.02[1]

**Prior Applications:**          First Interim Fee Application Dated April 9, 2009
                                 Second Interim Fee Application Dated August 14, 2009
                                 Third Interim Fee Application Dated December 14, 2009
                                 Fourth Interim Fee Application Dated April 16, 2010
                                 Fifth Interim Fee Application Dated August 16, 2010
                                 Sixth Interim Fee Application Dated December 14, 2010
                                 Seventh Interim Fee Application Dated May 31, 2011
                                 Eighth Interim Fee Application Dated August 15, 2011
                                 Ninth Interim Fee Application Dated December 14, 2011
                                 Tenth Interim Fee Application Dated May 21, 2012

**This Application is:**         __X__ Interim  _____ Final

---

[1] This amount has been amended to reflect the additional expense of $138,082.50 for consulting expenses as explained in paragraphs 2 and 3 of the Supplement to the Tenth Interim Fee Application (the "Supplement").

2

## Professional Hours Billed During Tenth Interim Fee Period

| Partners and Of Counsel | | | | |
|---|---|---|---|---|
| Name | Admission Date | Position | Total Hours Billed | Total Amount Billed |
| Alter, Jonathan B. | 1989 | Partner | 2.30 | 2,185.00 |
| Armitage, J. Clark | 1991 | Of Counsel | 153.90 | 149,112.00 |
| Blanchard, Jr., Hartman E. | 1994 | Partner | 571.60 | 433,681.75 |
| Boelitz, Anna M. | 1997 | Of Counsel | 0.30 | 190.50 |
| Bowers, Chris | 1999 | Partner | 287.30 | 258,160.00 |
| Bridgeman, James D. | 1981 | Partner | 7.10 | 7,277.50 |
| Brody, Steven G. | 1987 | Partner | 69.40 | 64,050.00 |
| Buch, Ronald L. | 1993 | Partner | 41.10 | 32,928.00 |
| Buddhdev, Sheena | 1999 | Of Counsel | 2.50 | 1,787.50 |
| Dawkins, Mark | 1985 | Partner | 12.30 | 10,762.50 |
| Dillon, Sheri A. | 1999 | Partner | 59.30 | 51,131.50 |
| Howard, Jasper A. | 1989 | Partner | 1.30 | 1,332.50 |
| Johnson, Jeffrey R. | 1993 | Partner | 3.00 | 2,640.00 |
| Katcher, Bob | 1978 | Partner | 8.10 | 8,322.50 |
| Kliegman, Matthew I. | | Of Counsel | 5.70 | 3,933.00 |
| Kroll, Amy | 1992 | Partner | 11.70 | 8,541.00 |
| Madan, Raj | 1993 | Partner | 201.80 | 172,073.50 |
| Sharon, Craig A. | 1988 | Partner | 3.00 | 3,420.00 |
| Sweet, Charles A. | 1988 | Partner | 7.30 | 6,935.00 |
| | | | 1,449.00 | $1,218,463.75 |

| Associates and Staff Attorneys | | | | |
|---|---|---|---|---|
| Name | Admission Date | Position | Total Hours Billed | Total Amount Billed |
| Cox, Sean A. | 2010 | Associate | 1.30 | 624.00 |
| Flaherty, Renee D. | 2012 | Associate | 179.70 | 84,422.50 |
| Kummer, Michael | 2008 | Associate | 137.30 | 66,953.00 |
| Leonard, Bob | 2007 | Associate | 12.00 | 7,980.00 |
| Margulies, Oren P. | 2007 | Associate | 50.90 | 35,375.50 |
| Mezei, Saul | 2003 | Associate | 26.70 | 18,391.50 |
| Rankin, Kiara L. | 2007 | Associate | 694.70 | 425,999.00 |
| Robins, Sima Gavriella | 2009 | Associate | 8.80 | 4,884.00 |
| Schatz, Brian D. | 2009 | Associate | 156.90 | 90,217.50 |
| Smith, David K. | 2008 | Associate | 14.80 | 7,252.00 |
| Sosna, Daniel | 2010 | Associate | 279.70 | 134,586.00 |
| Stults, Kevin R. | 2005 | Associate | 524.70 | 353,377.00 |
| Tidwell, Royce | 2007 | Associate | 121.60 | 77,052.50 |
| Wacker, Nathan P. | 2010 | Associate | 36.10 | 17,266.00 |
| Wilkins, Nicholas | 2011 | Associate | 154.80 | 75,673.00 |
| Wright, Hannah | N/A | Associate | 10.40 | 3,120.00 |
| | | | 2,410.40 | $1,403,173.50 |

| Paralegals and Library Researchers ||||  |
|---|---|---|---|---|
| Name | Admission Date | Position | Total Hours Billed | Total Amount Billed |
| Abdel-Nour, Francesca | N/A | Paralegal | 65.30 | 16,847.00 |
| Bohls, Dawn | N/A | Library Researcher | 17.50 | 6,153.00 |
| Bruce, Meredith | N/A | Paralegal | 0.40 | 78.00 |
| Carrera, Alex | N/A | Paralegal | 1.50 | 420.00 |
| Dana, Anne M. | N/A | Library Researcher | 0.10 | 23.50 |
| Hensel, Jeannie H. | N/A | Temp Paralegal | 58.70 | 21,254.00 |
| Humphreys, Amber | N/A | Paralegal | 3.90 | 815.00 |
| Lepine, Gina M. | N/A | Paralegal | 12.40 | 4,450.00 |
| Murray, Ann C. | N/A | Paralegal | 14.70 | 5,301.00 |
| Owens, Angela M. | N/A | Paralegal | 141.70 | 40,220.00 |
| Ross, Mark | N/A | Paralegal | 1.00 | 310.00 |
| Soverel, Myles C. | N/A | Paralegal | 12.50 | 2,437.50 |
| Trevicano, Luisa | N/A | Paralegal | 0.80 | 224.00 |
|  |  |  | 330.50 | $98,533.00 |

| Litigation Support Specialists ||||  |
|---|---|---|---|---|
| Name | Admission Date | Position | Total Hours Billed | Total Amount Billed |
| Metcalfe, Jonathon | N/A | Lit Specialist | 0.20 | 53.00 |
| Zukowski, Todd | N/A | Lit Specialist | 12.90 | 3,101.50 |
| Neal, Stephen | N/A | Lit Specialist | 36.80 | 9,835.00 |
|  |  |  | 49.90 | $12,989.50 |

| Summary of Professionals and Paraprofessionals ||||
|---|---|---|---|
| Professional Title | Blended Rate | Hours Billed | Total Compensation |
| Partner and Of Counsel | 840.90 | 1,449.00 | 1,218,463.75 |
| Associate and Staff Attorney | 582.13 | 2,410.40 | 1,403,173.50 |
| Paraprofessional - Paralegal | 298.13 | 330.50 | 98,533.00 |
| Paraprofessional - Litigation Support | 260.31 | 49.90 | 12,989.50 |
| **Total Fees Requested** |  | 4,239.80 | $2,733,159.75 |

## Professional Services Rendered by Category During Tenth Interim Fee Period

| Matter Number | Description | Hours | Fees |
|---|---|---|---|
| 1101400015 | Various Shelf Matters | 30.6 | 10,249.50 |
| 1101400402 | Matter 402 | 600 | 411,723.25 |
| 1101400474 | Matter 474 | 3,012.60 | 1,935,909.50 |
| 1101400561 | Matter 561 | 76.6 | 54,505.00 |
| 1101400667 | Matter 667 | 8.5 | 6,022.00 |
| 1101400750 | Matter 750 | 197.5 | 114,068.00 |
| 1101400901 | Responding to Fee Committee Requests | 52 | 33,502.00 |
| 1101400902 | Fee Application Preparation | 131.1 | 59,305.00 |
| 1101400903 | Retention Issues | 7.8 | 6,118.50 |
| 1101400907 | Matter 907 | 3.3 | 2,046.00 |
| 1101400910 | Matter 910 | 106 | 86,430.00 |
| 1101400911 | Matter 911 | 13.8 | 13,281.00 |
| **Total Fees Requested** | | **4,239.80** | **$2,733,159.75** |

## Amended Categorical Summary of Expenses Incurred During Tenth Interim Fee Period

| Expense Category | Actual Expense |
|---|---:|
| Consulting | 350,116.78[2] |
| Court Costs | 129.75 |
| Filing Fees | 1,654.26 |
| Ground Transportation | 25.72 |
| Index/Binding | 846.16 |
| Library Retrieval Services | 55.78 |
| Meals: Client Meeting | 2,186.63 |
| Meals: Working Lunch | 13.48 |
| Meeting Space | 2,136.17 |
| Online Legal Research | 21,565.51 |
| Other Electronic Research | 948.97 |
| Outside Service: Copy & Printing | 247.56 |
| Overnight/Express Delivery | 1,391.82 |
| Photocopies | 6,868.44 |
| Photocopies: Color | 678.86 |
| Scanning | 162.03 |
| Teleconference | 250.2 |
| Transcripts | 59.94 |
| Travel: Air Transportation | 45,743.86 |
| Travel: Coach Services | 9,939.70 |
| Travel: Ground Transportation | 1,036.15 |
| Travel: Lodging | 22,799.65 |
| Travel: Meals | 2,319.37 |
| Travel: Parking | 118 |
| Travel: Rail Transportation | 4,321.00 |
| **Subtotal of Expenses Incurred** | **$475,615.79** |
| **Less Voluntary Reductions Taken in Monthly Statements** | **$40,145.77** |
| **Total Expenses Requested** | **$435,470.02** |

---

[2] This amount has been amended to reflect the additional expense of $138,082.50 for consulting as explained in paragraphs 2 and 3 of the Supplement.