UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                       :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :   08-13555 (JMP)
                                                            :   (Jointly Administered)
                    Debtors.                                :
                                                            :
------------------------------------------------------------x   Ref. Docket Nos. 16552, 29742,
                                                                29745, 29749, 29769, 29771-29774,
                                                                29858, 29878, 29880, 29881, 29896,
                                                                29900, 29905, 29907, 29935, 29936,
                                                                29939-29941, 29946-29948, 29950,
                                                                29951

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 14, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
21st day of August, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 16552, 29742, 29745...29948, 29950, 29951_AFF_08-14-12.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CAJA DE CASTILLA LA MANCHA VIDA Y PENSIONES S.A. SEGUROS Y REASEGUROS
C/O KATTEN MUCHIN ROSENMAN LLP
ATTN: MARC TRACT, ESQ.
575 MADISON AVENUE
NEW YORK NY 10022

CAJA DE CASTILLA LA MANCHA VIDA Y PENSIONES
MAPFRE
ATTN: MR. CLAUDIO RAMOS
HEAD OF INTERNATIONAL LEGAL DEPARTMENT
EDIFICIO 1
CARRETERA DE POZUELO 52
MADRID 28220 SPAIN

Please note that your claim # 59846 in the above referenced case and in the amount of
$9,998,219.27  allowed at $10,010,188.94    has been transferred **(unless previously expunged by court order)**

GOLDMAN, SACHS & CO.
TRANSFEROR: CAJA DE CASTILLA LA MANCHA VIDA Y PENSIONES S.A. SEGUROS Y REASEGUROS
ATTN; RICK CANONICO
30 HUDSON STREET, 5TH FLOOR
JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 29951   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/14/2012                              Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 14, 2012.

# EXHIBIT B

08-13555-mg    Doc 30242    Filed 08/21/12    Entered 08/21/12 13:00:59    Main Document
Pg 4 of 6

```
TIME: 21:07:10                                              LEHMAN BROTHERS HOLDING INC.                                                          PAGE:    1
DATE: 08/14/12                                                    CREDITOR LISTING

Name                                              Address
ALBEL TRAIDING CORP.                              MILL MALL, SUITE 6, WICKHAMS CAY 1, PO BOX 3085, ROAD TOWN TORTOLA    VIRGIN ISLANDS (BRITISH)
ALBEL TRAIDING CORP.                              BANCO PORTUGUES DE NEGOCIOS S.A.  SETTLEMENT AND CUSTODIAN SECURITIES DEPARTMENT AV. ANTONIO AUGUSTO AGUIAR 132
                                                  LISBOA  1050-020 PORTUGAL
ATTESTOR VALUE MASTER FUND LP                     TRANSFEROR: JANA MASTER FUND LTD C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH / ISOBELLE WHITE 67-68 GROSVENOR STREET
                                                  LONDON W1K 3JN UNITED KINGDOM
ATTESTOR VALUE MASTER FUND LP                     TRANSFEROR: JANA MASTER FUND, LTD C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH / ISOBELLE WHITE 67-68 GROSVENOR STREET
                                                  LONDON W1K 3JN UNITED KINGDOM
ATTESTOR VALUE MASTER FUND, LP                    TRANSFEROR: JANA MASTER FUND, LTD C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH / ISOBELLE WHITE 67-68 GROSVENOR STREET
                                                  LONDON W1K 3JN UNITED KINGDOM
BANCA POPOLARE DELL'EMILIA ROMAGNA SOC.           VIA SAN CARLO 8/20 MODENA 41100 ITALY
COOP.
BANCO SANTANDER, S.A.                             TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO ANTICIPACION CONSERVADOR 2, FI
                                                  CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BODILLA DEL MONTE
                                                  MADRID 28660 SPAIN
BARCLAYS BANK PLC                                 DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: MF GLOBAL UK LIMITED (IN SPECIAL ADMINISTRATION) ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019
CAJA DE CASTILLA LA MANCHA VIDA Y                 MAPFRE ATTN: MR. CLAUDIO RAMOS HEAD OF INTERNATIONAL LEGAL DEPARTMENT EDIFICIO 1 CARRETERA DE POZUELO 52 MADRID 28220 SPAIN
PENSIONES S.A. SEGUROS Y REASEGUROS
CAJA DE CASTILLA LA MANCHA VIDA Y                 C/O KATTEN MUCHIN ROSENMAN LLP ATTN: MARC TRACT, ESQ. 575 MADISON AVENUE NEW YORK NY 10022
PENSIONES S.A. SEGUROS Y REASEGUROS
CANPARTNERS INVESTMENTS IV, LLC                   TRANSFEROR: MIZUHO CORPORATE BANK, LTD. ATTN: LENA NAJARIAN CONFIDENTIAL CREDIT INFORMATION - ATT COMPLIANCE
                                                  CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067
CANTELLO, PAUL                                    37 SYLVESTER AVENUE HAWTHORNE NJ 07506
CANTOR FITZGERALD & CO.                           TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022
CF LBHI LLC                                       OPERATIONS MANAGER PO BOX 5098 NEW YORK NY 10185
CF LBHI LLC                                       TRANSFEROR: MIZUHO CORPORATE BANK, LTD. ATTN: DREW MCKNIGHT C/O FORTRESS INVESTMENT GROUP LLC CREDIT FUNDS
                                                  ONE MARKET PLAZA, SPEAR TOWER, 42ND FLOOR SAN FRANCISCO CA 94105
CHIMNEY ROCK VALUE FUND, L.P.                     DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
CHIMNEY ROCK VALUE FUND, L.P.                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: BEAU LESCOTT 350 PARK AVENUE NEW YORK NY 10022
COOPERATIE UNIVE MIDDEN U.A.                      POSTBUS 75 NIJKERK  3860 AB NETHERLANDS
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDITO EMILIANO S.P.A.                           TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: STEFANIA CATELLANI VIA GANDHI 2/C REGGIO EMILIA 42123 ITALY
CREDITO EMILIANO S.P.A.                           BERTRAND EFISIO VIA EMILIA S. PIETRO 4 REGGIO EMILIA 20121 ITALY
CREDITO EMILIANO S.P.A.                           BERTRAND EFISIO VIA EMILIA S.PIETRO 4 REGGIO EMILIA 20121 ITALY
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: GAM EQUITY SIX INC. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: LUXOR CAPITAL PARTNERS LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: LUXOR SPECTRUM LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: LUXOR WAVEFRONT LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: MONARCH MASDSON FUNDING LTD ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: OC 19 MASTER FUND LP - LCG ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: CANTOR FITZGERALD & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
                                                  TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                                  NEW YORK NY 10036
GAM EQUITY SIX INC.                               TRANSFEROR: CAJA DE CASTILLA LA MANCHA VIDA Y PENSIONES S.A. SEGUROS Y REASEGUROS ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: CREDIT SUISSE QUAI GENERAL GUISAN 2 P.O. BOX 3580 GENEVA 3  CH-1211 SWITZERLAND
HSBC PRIVATE BANK (SUISSE) S.A.                   ATTN: CHARLES PENNER 767 FIFTH AVENUE, 8TH FLOOR NEW YORK NY 10153
JANA MASTER FUND LTD                              ATTN: CHARLES PENNER 767 FIFTH AVENUE, 8TH FLOOR NEW YORK NY 10153
JANA MASTER FUND, LTD
LIQUIDITY SOLUTIONS INC                           TRANSFEROR: ALBEL TRAIDING CORP. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: CANTELLO, PAUL ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: COOPERATIE UNIVE MIDDEN U.A. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                         TRANSFEROR: VAN DEN DRIES, J.A. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 21:07:10                                          LEHMAN BROTHERS HOLDING INC.
DATE: 08/14/12                                              CREDITOR LISTING                                              PAGE:   2

Name                                           Address
LUXOR CAPITAL PARTNERS LP                      TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                               NEW YORK NY 10036
LUXOR CAPITAL PARTNERS OFFSHORE MASTER         TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
FUND LP                                        NEW YORK NY 10036
LUXOR SPECTRUM LLC                             TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                               NEW YORK NY 10036
LUXOR SPECTRUM OFFSHORE MASTER FUND LP         TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                               NEW YORK NY 10036
LUXOR WAVEFRONT LP                             TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                               NEW YORK NY 10036
MF GLOBAL UK LIMITED                           (IN SPECIAL ADMINISTRATION) C/O KPMG LLP ATTN: THE JOINT SPECIAL ADMINISTRATORS 8 SALISBURY SQUARE LONDON EC4Y 8BB UNITED KINGDOM
MF GLOBAL UK LIMITED                           (IN SPECIAL ADMINISTRATION) C/O KPMG LLP ATTN: THE JOINT SPECIAL ADMINISTRATORS 8 SALISBURY SQUARE LONDON IL EC4Y 8BB UNITED KINGDOM
MF GLOBAL UK LIMITED                           KATTEN MUCHIN ROSENMAN, LLP ATTN: JEFF J. FRIEDMAN 575 MADISON AVENUE NEW YORK NY 10022
MIZUHO CORPORATE BANK, LTD.                    ATTN: KEVIN HOLMES, SENIOR VICE PRESIDENT 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
MIZUHO CORPORATE BANK, LTD.                    STROOCK & STROOCK & LAVAN LLP ATTN: SHERRY MILLMAN, ESQ. 180 MAIDEN LANE NEW YORK NY 10038
OC 19 MASTER FUND LP - LCG                     TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR
                                               NEW YORK NY 10036
ROYAL BANK OF SCOTLAND PLC, THE                DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
ROYAL BANK OF SCOTLAND PLC, THE                TRANSFEROR: VANGUARD FIDUCIARY TRUST CO. AS TRUSTEE OF THE BASF CORP.
                                               EMPLOYEE SAVINGS PLAN (A/K/A VANGUARD HIGH QUALITY BOND PORTFOLIO) ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND PLC, THE                TRANSFEROR: VANGUARD FIDUCIARY TRUST CO. AS TRUSTEE OF THE BASF CORP.
                                               EMPLOYEE SAVINGS PLAN (A/K/A VANGUARD HIGH QUALITY BOND PORTFOLIO) ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901
SANTANDER ASSET MANAGEMENT, S.A.               O'MELVENY & MYERS LLP ATTN: GERALD C. BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036
S.G.I.I.C.
SANTANDER ASSET MANAGEMENT, S.A.               ON BEHALF OF FONDO ANTICIPACION CONSERVADOR 2, F.I. ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO
S.G.I.I.C.                                     CUIDAD GRUPO SANTANDER.; AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660. BOADILLA DEL MONTE MADRID   SPAIN
SEA PORT GROUP SECURITIES, LLC                 TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
STONE LION PORTFOLIO L.P.                      TRANSFEROR: MIZUHO CORPORATE BANK, LTD. ATTN: BRIAN A WOOD STONE LION CAPITAL PARTNERS L.P. DIRECTOR OF OPERATIONS
                                               461 FIFTH AVENUE 14TH FLOOR NEW YORK NY 10017
THE VARDE FUND X (MASTER), L.P.                TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1570 MINNEAPOLIS MN 55437
VAN DEN DRIES, J.A.                            GANGBOORD 8 DRONTEN  8251 HV NETHERLANDS
VANGUARD FIDUCIARY TRUST CO. AS TRUSTEE        EMPLOYEE SAVINGS PLAN (AKA VANGUARD HIGH QUALITY BOND PORTFOLIO) ATTN: MICHAEL DRAYO PO BOX 2600, V26 VALLEY FORGE PA 19482-2600
OF THE BASF CORP.
VARDE INVESTMENT PARTNERS (OFFSHORE)           TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1570 MINNEAPOLIS MN 55437
MASTER L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)           TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1570 MINNEAPOLIS MN 55437
MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.                TRANSFEROR: MIZUHO CORPORATE BANK, LTD. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed         67


                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```