**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | |
|---|---|
| : | **Chapter 11** |
| **In re** : | |
| : | **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | |
| Debtors. : | **(Jointly Administered)** |
| : | |
| : | |

------------------------------------------------------------------------x   **Ref. Docket Nos. 30055 & 30058**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                                        ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 15, 2012, I caused to be served the following:

   a)  "Notice of Hearing on Objection to Proofs of Claim Number 14824 and 14826," dated August 15, 2012, to which was attached the "Objection to Proofs of Claim Number 14824 and 14826," dated August 15, 2012 [Docket No. 30055], (the "Objection Hearing Notice"), and

   b)  Notice of Amendment to Exhibit A to the Three Hundred Twenty-Sixth Omnibus Objection to Claims (Severance and Other Employee Claims)," dated August 15, 2012 [Docket No. 30058], (the "326th Omnibus Exhibit A Amendment"),

   by causing true and correct copies of the:

   i.  Objection Hearing Notice and 326th Omnibus Exhibit A Amendment, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

   ii.  Objection Hearing Notice and 326th Omnibus Exhibit A Amendment, to be delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

   iii.  Objection Hearing Notice and 326th Omnibus Exhibit A Amendment, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.  Objection Hearing Notice, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>, and

v.  326th Omnibus Exhibit A Amendment, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Pete Caris

Sworn to before me this
16th day of August, 2012

Notary Public

SAMUEL DEJESUS GARCIA
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01GA6237514
COMM. EXP. MARCH 21, 2015

T:\Clients\LBH\Affidavits\Objection Hearing Notice and 326th Omnibus Exhibit A Amendment_DI 30055 & 30058_AFF_8-15-12_SS.doc

# EXHIBIT A

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | austin.bankruptcy@publicans.com | contact@lawofficesjje.com |
| aalfonso@willkie.com | avenes@whitecase.com | cp@stevenslee.com |
| abeaumont@fklaw.com | azylberberg@whitecase.com | cpappas@dilworthlaw.com |
| abraunstein@riemerlaw.com | bankr@zuckerman.com | craig.goldblatt@wilmerhale.com |
| acaton@kramerlevin.com | bankruptcy@goodwin.com | crmomjian@attorneygeneral.gov |
| acker@chapman.com | bankruptcy@morrisoncohen.com | cs@stevenslee.com |
| adam.brezine@hro.com | bankruptcy@ntexas-attorneys.com | csalomon@beckerglynn.com |
| adarwin@nixonpeabody.com | bankruptcymatters@us.nomura.com | cschreiber@winston.com |
| adiamond@diamondmccarthy.com | barbra.parlin@hklaw.com | cshore@whitecase.com |
| aeckstein@blankrome.com | bbisignani@postschell.com | cshulman@sheppardmullin.com |
| aentwistle@entwistle-law.com | bcarlson@co.sanmateo.ca.us | ctatelbaum@adorno.com |
| afriedman@irell.com | bdk@schlamstone.com | cwalsh@mayerbrown.com |
| agbanknewyork@ag.tn.gov | bguiney@pbwt.com | cward@polsinelli.com |
| aglenn@kasowitz.com | bkmail@prommis.com | cweber@ebg-law.com |
| agold@herrick.com | bmanne@tuckerlaw.com | cweiss@ingramllp.com |
| agoldstein@tnsj-law.com | bmiller@mofo.com | dallas.bankruptcy@publicans.com |
| aisenberg@saul.com | boneill@kramerlevin.com | daniel.guyder@allenovery.com |
| akantesaria@oppenheimerfunds.com | brian.corey@greentreecreditsolutions.com | dave.davis@isgria.com |
| akolod@mosessinger.com | brosenblum@jonesday.com | david.bennett@tklaw.com |
| akornikova@lcbf.com | broy@rltlawfirm.com | david.heller@lw.com |
| alum@ftportfolios.com | bruce.wright@sutherland.com | david.powlen@btlaw.com |
| amarder@msek.com | bstrickland@wtplaw.com | david.seligman@kirkland.com |
| amartin@sheppardmullin.com | btrust@mayerbrown.com | davids@blbglaw.com |
| amcmullen@boultcummings.com | bturk@tishmanspeyer.com | davidwheeler@mvalaw.com |
| amenard@tishmanspeyer.com | bwolfe@sheppardmullin.com | dbalog@intersil.com |
| anann@foley.com | cahn@clm.com | dbarber@bsblawyers.com |
| andrew.brozman@cliffordchance.com | calbert@reitlerlaw.com | dbaumstein@whitecase.com |
| andrew.lourie@kobrekim.com | canelas@pursuitpartners.com | dbesikof@loeb.com |
| angelich.george@arentfox.com | carol.weinerlevy@bingham.com | dcimo@gjb-law.com |
| ann.reynaud@shell.com | cbelisle@wfw.com | dcoffino@cov.com |
| anthony_boccanfuso@aporter.com | cbelmonte@ssbb.com | dcrapo@gibbonslaw.com |
| aoberry@bermanesq.com | cbrotstein@bm.net | ddavis@paulweiss.com |
| aostrow@beckerglynn.com | cdesiderio@nixonpeabody.com | ddrebsky@nixonpeabody.com |
| apo@stevenslee.com | cgoldstein@stcwlaw.com | ddunne@milbank.com |
| aquale@sidley.com | chammerman@paulweiss.com | deggermann@kramerlevin.com |
| arahl@reedsmith.com | charles@filardi-law.com | deggert@freebornpeters.com |
| arheaume@riemerlaw.com | charles_malloy@aporter.com | demetra.liggins@tklaw.com |
| arlbank@pbfcm.com | chipford@parkerpoe.com | dfelder@orrick.com |
| arosenblatt@chadbourne.com | chris.donoho@lovells.com | dflanigan@polsinelli.com |
| arthur.rosenberg@hklaw.com | christopher.schueller@bipc.com | dgrimes@reedsmith.com |
| arwolf@wlrk.com | clarkb@sullcrom.com | dhayes@mcguirewoods.com |
| aseuffert@lawpost-nyc.com | clynch@reedsmith.com | dheffer@foley.com |
| ashmead@sewkis.com | cmontgomery@salans.com | diconzam@gtlaw.com |
| asnow@ssbb.com | cohen@sewkis.com | djoseph@stradley.com |
| aunger@sidley.com | colea@gtlaw.com | dkleiner@velaw.com |

| | | |
|---|---|---|
| dkozusko@willkie.com | ezujkowski@emmetmarvin.com | jar@outtengolden.com |
| dlemay@chadbourne.com | ezweig@optonline.net | jason.jurgens@cwt.com |
| dlipke@vedderprice.com | fbp@ppgms.com | jay.hurst@oag.state.tx.us |
| dludman@brownconnery.com | ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| dmcguire@winston.com | fhyman@mayerbrown.com | jbecker@wilmingtontrust.com |
| dmurray@jenner.com | foont@foontlaw.com | jbeemer@entwistle-law.com |
| dneier@winston.com | francois.janson@hklaw.com | jbeiers@co.sanmateo.ca.us |
| dodonnell@milbank.com | fsosnick@shearman.com | jbird@polsinelli.com |
| dove.michelle@dorsey.com | fyates@sonnenschein.com | jbromley@cgsh.com |
| dpegno@dpklaw.com | gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| draelson@fisherbrothers.com | gbray@milbank.com | jchristian@tobinlaw.com |
| dravin@wolffsamson.com | geraci@thalergertler.com | jdoran@haslaw.com |
| drose@pryorcashman.com | ggitomer@mkbattorneys.com | jdrucker@coleschotz.com |
| drosenzweig@fulbright.com | ggoodman@foley.com | jdyas@halperinlaw.net |
| drosner@goulstonstorrs.com | giddens@hugheshubbard.com | jean-david.barnea@usdoj.gov |
| drosner@kasowitz.com | gkaden@goulstonstorrs.com | jeanites@whiteandwilliams.com |
| dshaffer@wtplaw.com | glenn.siegel@dechert.com | jeannette.boot@wilmerhale.com |
| dshemano@pwkllp.com | gmoss@riemerlaw.com | jeff.wittig@coair.com |
| dspelfogel@foley.com | gravert@ravertpllc.com | jeffery.black@bingham.com |
| dtatge@ebglaw.com | gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| dtheising@harrisonmoberly.com | guzzi@whitecase.com | jeldredge@velaw.com |
| dwdykhouse@pbwt.com | harrisjm@michigan.gov | jen.premisler@cliffordchance.com |
| dwildes@stroock.com | harveystrickon@paulhastings.com | jennifer.demarco@cliffordchance.com |
| dworkman@bakerlaw.com | hbeltzer@mayerbrown.com | jennifer.gore@shell.com |
| easmith@venable.com | heim.steve@dorsey.com | jeremy.eiden@ag.state.mn.us |
| echang@steinlubin.com | heiser@chapman.com | jfalgowski@reedsmith.com |
| ecohen@russell.com | hollace.cohen@troutmansanders.com | jflaxer@golenbock.com |
| efleck@milbank.com | holsen@stroock.com | jfox@joefoxlaw.com |
| efriedman@fklaw.com | howard.hawkins@cwt.com | jfreeberg@wfw.com |
| efriedman@friedumspring.com | hseife@chadbourne.com | jg5786@att.com |
| egeekie@schiffhardin.com | hsnovikoff@wlrk.com | jgenovese@gjb-law.com |
| eglas@mccarter.com | hsteel@brownrudnick.com | jguy@orrick.com |
| ehollander@whitecase.com | icatto@mwe.com | jherzog@gklaw.com |
| ekbergc@lanepowell.com | igoldstein@dl.com | jhiggins@fdlaw.com |
| eleicht@whitecase.com | ilevee@lowenstein.com | jhorgan@phxa.com |
| eli.mattioli@klgates.com | ira.herman@tklaw.com | jhuggett@margolisedelstein.com |
| ellen.halstead@cwt.com | isgreene@hhlaw.com | jim@atkinslawfirm.com |
| emerberg@mayerbrown.com | israel.dahan@cwt.com | jjoyce@dresslerpeters.com |
| enkaplan@kaplanlandau.com | iva.uroic@dechert.com | jjtancredi@daypitney.com |
| eobrien@sbchlaw.com | jacobsonn@sec.gov | jjureller@klestadt.com |
| erin.mautner@bingham.com | james.heaney@lawdeb.com | jkehoe@btkmc.com |
| eschaffer@reedsmith.com | james.mcclammy@dpw.com | jlamar@maynardcooper.com |
| eschwartz@contrariancapital.com | james.sprayregen@kirkland.com | jlawlor@wmd-law.com |
| esmith@dl.com | jamestecce@quinnemanuel.com | jlee@foley.com |
| etillinghast@sheppardmullin.com | jamie.nelson@dubaiic.com | jlevitin@cahill.com |

| | | |
|---|---|---|
| jlipson@crockerkuno.com | kdwbankruptcydepartment@kelleydrye.com | lscarcella@farrellfritz.com |
| jlovi@steptoe.com | keckhardt@hunton.com | lschweitzer@cgsh.com |
| jlscott@reedsmith.com | keith.simon@lw.com | lsilverstein@potteranderson.com |
| jmaddock@mcguirewoods.com | ken.coleman@allenovery.com | lubell@hugheshubbard.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | lwhidden@salans.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | mabrams@willkie.com |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | maofiling@cgsh.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | marc.chait@sc.com |
| jmerva@fult.com | kjarashow@fklaw.com | margolin@hugheshubbard.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.bane@ropesgray.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.deveno@bingham.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.ellenberg@cwt.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | mark.hellerer@pillsburylaw.com |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | mark.sherrill@sutherland.com |
| jorbach@hahnhessen.com | korr@orrick.com | martin.davis@ots.treas.gov |
| joseph.cordaro@usdoj.gov | kovskyd@pepperlaw.com | marvin.clements@ag.tn.gov |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | matt@willaw.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | matthew.klepper@dlapiper.com |
| jowolf@law.nyc.gov | kreynolds@mklawnyc.com | maustin@orrick.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | max.polonsky@skadden.com |
| jpintarelli@mofo.com | kuehn@bragarwexler.com | mbenner@tishmanspeyer.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mberman@nixonpeabody.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mberman@nixonpeabody.com |
| jrabinowitz@rltlawfirm.com | landon@streusandlandon.com | mbienenstock@dl.com |
| jrsmith@hunton.com | lapeterson@foley.com | mbloemsma@mhjur.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mbossi@thompsoncoburn.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mcademartori@sheppardmullin.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com | mcantor@normandyhill.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mccombst@sullcrom.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mcordone@stradley.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | mcto@debevoise.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | mcyganowski@oshr.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | mdorval@stradley.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | melorod@gtlaw.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | meltzere@pepperlaw.com |
| jvail@ssrl.com | lkatz@ltblaw.com | metkin@lowenstein.com |
| jwallack@goulstonstorrs.com | lkiss@klestadt.com | mfeldman@willkie.com |
| jwang@sipc.org | lmarinuzzi@mofo.com | mgordon@briggs.com |
| jwcohen@daypitney.com | lmay@coleschotz.com | mgreger@allenmatkins.com |
| jweiss@gibsondunn.com | lmcgowen@orrick.com | mh1@mccallaraymer.com |
| jwest@velaw.com | lml@ppgms.com | mhopkins@cov.com |
| jwh@njlawfirm.com | lnashelsky@mofo.com | michael.frege@cms-hs.com |
| kanema@formanlaw.com | loizides@loizides.com | michael.kelly@monarchlp.com |
| karen.wagner@dpw.com | lromansic@steptoe.com | michael.kim@kobrekim.com |

michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com

nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com

rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com

sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com

thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**

FAX LIST

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

*LBH OBJMTN 8/15/2012*

CANARY WHARF MANAGEMENT LIMITED
ATTN: PAMELA KENDALL
ONE CANADA SQUARE
CANARY WHARF
LONDON          E14 A5AB
UNITED KINGDOM

*LBH OBJMTN 8/15/2012*

SKADDEN, ARPS, SLATE, MEAGHER & FIOM, LLP
ATTN: ADAM S. RAVIN
FOUR TIMES SQUARE
NEW YORK , NY 10036

*LBH OBJMTN 8/15/2012*

HERON QUAYS (HQ2) T1 LIMITED AND HERON QUAYS (HQ2)
T2 LIMITED
ATTN: PAMELA KENDALL
ONE CANADA SQUARE
CANARY WHARF  E14 5AB

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| BABOOLAL, STEPHEN | 99 GREENPOINT AVENUE, APT. 4A BROOKLYN NY 11222 |
| BENDAHAN, HECTOR | 39-33 57TH STREET APT 1C WOODSIDE NY 11377 |
| BHATIA, SIDHARTH | 3184 RENAISSANCE PARK PLACE CARY NC 27513 |
| BLYZNAK, ULANA | 138 SECOND AVENUE NEW YORK NY 10003 |
| BORY, CHARLES H. | 11 KENSINGTON STREET LIDO BEACH NY 11561 |
| BURROUGHS,JAMIRI | 2186 FIFTH AVENUE APT. 15T NEW YORK NY 10037 |
| CARAGIULO, NICHOLAS | 137 VANDERBILT STREET BROOKLYN NY 11218 |
| CASTELLANOS, JOSE G | 926 LINCOLN PL NORTH BELLMORE NY 11710 |
| CHIDAMBARAM, SETHURAMAN | 221 HAMPSHIRE DRIVE PLAINSBORO NJ 08536 |
| CHIN, NEVILLE | 61 RIDGEWAY AVENUE STATEN ISLAND NY 10314-4703 |
| CIERKOWSKI, EFE | 37 SOUTH CENTRE ST SOUTH ORANGE NJ 07079 |
| CULLMANN, DAVID | 430 WEST 34TH STREET APT. 16A NEW YORK NY 10001 |
| CUNNINGHAM, MARGERY O. | 1619 SUTERS LANE, NW WASHINGTON DC 20007 |
| D'ORNELLAS, THELMA A. | 2340 BRIGHAM ST FL 1 BROOKLYN NY 11229-5512 |
| DASHORE, ALEX ALOK | 11 BURLINGTON DRIVE MARLBORO NJ 07446 |
| DE LA VILLA, ANNY | 7018 ELIOT AVE  APT 18 MIDDLE VLG NY 11379-1205 |
| DEMIZIO,LINDA | 727 NORTH BURGHER AVE STATEN ISLAND NY 10310 |
| DONTAMSETTY, VANI | 9 HAGER STREET EAST BRUNSWICK NJ 08816 |
| DOPLER, MARY T. | 160 CABRINI BLVD UNIT 117 NEW YORK NY 10033 |
| DUTTA, MUKESH | 169 BLOOMFIELD AVENUE ISELIN NJ 08830 |
| EPSHTEYN, BORIS | 1733 OCEAN AVENUE APT 4 BROOKLYN NY 11230 |
| FILLICHIO, CARL A. | 1726 19TH STREET, NW APT. 2 WASHINGTON DC 20009-1662 |
| FISHER, ALEX | 25 LAUREL AVENUE LIVINGSTON NJ 07039 |
| FITZGERALD, MELODY | 114-08 194 STREET SAINT ALBANS NY 11412 |
| FU, ANTIEN | 66 MADISON AVENUE #4G NEW YORK NY 10016 |
| GREEN, STACEY | 34-14 BROOKSIDE STREET 2ND FL LITTLE NECK NY 11363 |
| GUILBAULT, RENEE | 1801 FAIR OAKS AVE #F SOUTH PASADENA CA 91030 |
| HAGIWARA,MARIA L | 2 WEST 90TH STREET 1B NEW YORK NY 10024 |
| HANIFF, MELISSA | 700 GROVE ST #5N JERSEY CITY NJ 07310 |
| HEACOX, STEPHANIE A | 2890 SHADOW CREEK DRIVE, # 304 BOULDER CO 80303 |
| HUNTER, MARIE | 20 SHENANDOAH DRIVE NORTH CALDWELL NJ 07006 |
| HUNTER, MARIE | ATTN: MICHAEL FREEMAN GREENBERG FREEMAN LLP 110 E 59TH ST NEW YORK NY 10022 |
| HUYNH, PHUOC T. | 31 TALISMAN DRIVE DIX HILLS NY 11746 |
| JENKINS, COURTNEY | 20 RIVER TERRACE # 4K NEW YORK NY 10282 |
| KAPLUN, ALEXANDER | 45 RIDGE ROAD NEWTON MA 02468 |
| KILLIAN, GARY M. | 42 FOREST AVENUE RYE NY 10580 |
| KRAUSE, MICHAEL | 35 ROSE TRELLIS IRVINE CA 926030172 |
| KUNZ, ROBERT F. | 1858 CLUB CIRCLE COURT PAWLEYS ISLAND SC 29585 |
| LAGUERRE, MARTIN ERIC | 53 TAMARACK WAY PLEASANTVILLE NY 10570 |
| LAMONT, JOSHUA | 1300 N ST NW APT 602 WASHINGTON DC 20005-3691 |
| LANIER, LEIGH K. | 27 WEST 86TH STREET APT 14C NEW YORK NY 10024 |
| LARKIN, TED | 432 W 47TH ST APT 1E NEW YORK NY 10036-2325 |
| LAWLESS, CONSUELA A. | 1447 DEAN STREET BROOKLTN NY 11213 |
| LEE, CONNIE | 31-37 77TH STREET JACKSON HEIGHTS NY 11370 |
| LEE, MATTHEW | 247 DEAN STREET BROOKLYN NY 11217 |
| LEE, ZHONG | 660 CHURCH STREET ORADELL NJ 07649 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: CANTELLO, PAUL ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LORENZO, RUBEN S. | 801 S OLIVE AVE UNIT 701 WEST PALM BEACH FL 33401-6186 |
| LUKANG,MARY JANE G. | 84 KATHERINE STREET WYCKOFF NJ 07481 |

| Claim Name | Address Information |
| --- | --- |
| MADDEN, KAREN A. | 301 E 21ST ST APT 11C NEW YORK NY 10010 |
| MADDEN,SALLI B. | 2576 BROADWAY PMB #579 NEW YORK NY 10025 |
| MAGOULA, ANNA | 7520 RIDGE BLVD APT. 1C BROOKLYN NY 11209 |
| MAJDALANI, ELIE | C/O R. BRADLEY MORRIS, ESQ. 44 WATERTOWN ROAD MIDDLEBURY CT 06762 |
| MATHENY, JUDITH ANN | 8825 W. 24TH AVENUE LAKEWOOD CO 80215 |
| MATULAC,DERRICK | 74 HAWTHORNE AVENUE BLOOMFIELD NJ 07003 |
| MILLER,CHRISTINA X. | 149 ESSEX STREET, APT 5A JERSEY CITY NJ 07302 |
| MONTALVO, MIRIAM | 1918 KIMBALL STREET BROOKLYN NY 11234 |
| MORAN, ELIZABETH | 521 EAST 14TH STREET APT 11G NEW YORK NY 10009 |
| MOSS, MEREDITH | 30 R.C. KELLEY ST. CAMBRIDGE MA 02138 |
| NANCE, STEVIEANN | 49 PRINCE ST, APT 15 NEW YORK NY 10012 |
| NASH, ANTHONY A. | 32 FAIRWAY PLACE COLD SPRING HARBOR NY 11724 |
| NIEBLING, ROE | PO BOX 312 WINDHAM NY 12496 |
| PARRINELLO, AMY | 5 RUDDER DRIVE HOLTSVILLE NY 11742 |
| PATEL, PRITESH B. | 19 RAYDOL AVE SECAUCUS NJ 07094-3212 |
| PEVZNER, EVGENIA | 35-51 85TH STREET APT. 3H JACKSON HEIGHTS NY 11372 |
| PUGLIA, DANIELLE | 89 FORRESTAL AVENUE STATEN ISLAND NY 10312 |
| PULIDO-CROWE, OLGA A. | 45 CATALPA DRIVE ATHERTON CA 94027 |
| RAIKAR, SANTOSH G. | 267 NAHANTON STREET NEWTON CENTER MA 02459 |
| RAYMOND, RICK | 1209 EAST 55TH STREET BROOKLYN NY 11234 |
| RENDER, ALEISHA NICHOLE | 328 WEST 11TH STREET, 2C NEW YORK NY 10014 |
| RODGERS, CATHERINE M. | 477 HARRISON STREET NUTLEY NJ 07110 |
| RONG, ERIC | 190-19 50TH AVENUE FRESH MEADOWS NY 11365 |
| ROSSI, GEORGE A. | 103 IRIS AVENUE FLORAL PARK NY 11001 |
| SALMONSON, ARLENE | 30 PARK AVENUE APT. 6E NEW YORK NY 10016 |
| SAXMAN, MICHAEL B. | 2 DIAMOND DRIVE PLAINVIEW NY 11803-2104 |
| SCIANGULA, BARBARA J. | 151 VAN WINKLE AVE APT 5 JERSEY CITY NJ 07306 |
| SCIANGULA, BARBARA J. | 116 PEASLEY DRIVE MARLBORO NJ 07746 |
| SHAH, TEJASH I | 50 REMINGTON COURT MATAWAN NJ 07747 |
| SHEA, DEBORAH | 615 EAST 14TH STREET APT. 10F NEW YORK NY 10009 |
| SIBIRSKI, LINDA J. | 2165 BRIGHAM STREET APT 6E BROOKLYN NY 11229 |
| SIDHU, SUKHCHAIN SINGH | 1307 JOSPEH COURT SOUTH PLAINFIELD NJ 07080 |
| SINGHAL,SHILPA | 370 BOWLER COURT PISCATAWAY NJ 08854 |
| SMITH, JOANNE M. | 8112 BAY 16TH STREET BROOKLYN NY 11214 |
| SPRAY, ERIC | 110 BALL ROAD MOUNTAIN LAKES NJ 07046 |
| STEFANI, JOHN | 10 MEADOWBROOK LANE WESTPORT CT 06880 |
| SYKES, ROSEMARY | 484 WEST 43RD STREET # 28S NEW YORK NY 10036 |
| TYRAS, PETER D | 580 SCHAEFER AVENUE ORADELL NJ 07649 |
| URGO, KELLY | 165 ROWAYTON WOODS DRIVE NORWALK CT 06854 |
| VALIANTSINA, SMELAVA | 25 MOSEL LOOP PH STATEN ISLAND NY 10304 |
| VASQUEZ, JUAN | 335 CHESTNUT STREET GROUND FLOOR NEWARK NJ 07105 |
| VENEGAS, ROSA E. | PO BOX 2389 ASTORIA NY 11102-0389 |
| VOLPE, DARCY L. | 825 KETCH DR APT 300 NAPLES FL 34103-4183 |
| WEGNER, JEREMY | 6014 GRACIOSA LOS ANGELES CA 90068 |
| ZENG, PING | 241 TERRACE AVENUE # 2 JERSEY CITY NJ 07307 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

**Claim Name**                                    **Address Information**

Total Creditor count  94