**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                              :    Chapter 11
In re                                         :
                                              :    Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,        :
       Debtors.                               :    (Jointly Administered)
                                              :
                                              :
------------------------------------------------------------x    Ref. Docket No. 30064
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 15, 2012, I caused to be served the "Notice of Joint Motion of Lehman Brothers Holdings Inc. and Litigation SubCommittee of Creditors' Committee, Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for Approval of a Settlement Agreement Related to Proofs of Claim Number 3813 and 17120," dated August 15, 2012, to which was attached the "Joint Motion of Lehman Brothers Holdings Inc. and Litigation SubCommittee Of Creditors' Committee, Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for Approval of a Settlement Agreement Related to Proofs of Claim Number 3813 and 17120," dated August 15, 2012 [Docket No. 30064], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii. delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>, and

    iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Genevieve Uzamere

Sworn to before me this
17th day of August, 2012

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\LBH\Affidavits\Ntc of Jt Mtn of LBH & Lit SubCommittee of Creditors_DI 30064_AFF_8-15-12_SS.doc

# EXHIBIT A

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | austin.bankruptcy@publicans.com | contact@lawofficesjje.com |
| aalfonso@willkie.com | avenes@whitecase.com | cp@stevenslee.com |
| abeaumont@fklaw.com | azylberberg@whitecase.com | cpappas@dilworthlaw.com |
| abraunstein@riemerlaw.com | bankr@zuckerman.com | craig.goldblatt@wilmerhale.com |
| acaton@kramerlevin.com | bankruptcy@goodwin.com | crmomjian@attorneygeneral.gov |
| acker@chapman.com | bankruptcy@morrisoncohen.com | cs@stevenslee.com |
| adam.brezine@hro.com | bankruptcy@ntexas-attorneys.com | csalomon@beckerglynn.com |
| adarwin@nixonpeabody.com | bankruptcymatters@us.nomura.com | cschreiber@winston.com |
| adiamond@diamondmccarthy.com | barbra.parlin@hklaw.com | cshore@whitecase.com |
| aeckstein@blankrome.com | bbisignani@postschell.com | cshulman@sheppardmullin.com |
| aentwistle@entwistle-law.com | bcarlson@co.sanmateo.ca.us | ctatelbaum@adorno.com |
| afriedman@irell.com | bdk@schlamstone.com | cwalsh@mayerbrown.com |
| agbanknewyork@ag.tn.gov | bguiney@pbwt.com | cward@polsinelli.com |
| aglenn@kasowitz.com | bkmail@prommis.com | cweber@ebg-law.com |
| agold@herrick.com | bmanne@tuckerlaw.com | cweiss@ingramllp.com |
| agoldstein@tnsj-law.com | bmiller@mofo.com | dallas.bankruptcy@publicans.com |
| aisenberg@saul.com | boneill@kramerlevin.com | daniel.guyder@allenovery.com |
| akantesaria@oppenheimerfunds.com | brian.corey@greentreecreditsolutions.com | dave.davis@isgria.com |
| akolod@mosessinger.com | brosenblum@jonesday.com | david.bennett@tklaw.com |
| akornikova@lcbf.com | broy@rltlawfirm.com | david.heller@lw.com |
| alum@ftportfolios.com | bruce.wright@sutherland.com | david.powlen@btlaw.com |
| amarder@msek.com | bstrickland@wtplaw.com | david.seligman@kirkland.com |
| amartin@sheppardmullin.com | btrust@mayerbrown.com | davids@blbglaw.com |
| amcmullen@boultcummings.com | bturk@tishmanspeyer.com | davidwheeler@mvalaw.com |
| amenard@tishmanspeyer.com | bwolfe@sheppardmullin.com | dbalog@intersil.com |
| anann@foley.com | cahn@clm.com | dbarber@bsblawyers.com |
| andrew.brozman@cliffordchance.com | calbert@reitlerlaw.com | dbaumstein@whitecase.com |
| andrew.lourie@kobrekim.com | canelas@pursuitpartners.com | dbesikof@loeb.com |
| angelich.george@arentfox.com | carol.weinerlevy@bingham.com | dcimo@gjb-law.com |
| ann.reynaud@shell.com | cbelisle@wfw.com | dcoffino@cov.com |
| anthony_boccanfuso@aporter.com | cbelmonte@ssbb.com | dcrapo@gibbonslaw.com |
| aoberry@bermanesq.com | cbrotstein@bm.net | ddavis@paulweiss.com |
| aostrow@beckerglynn.com | cdesiderio@nixonpeabody.com | ddrebsky@nixonpeabody.com |
| apo@stevenslee.com | cgoldstein@stcwlaw.com | ddunne@milbank.com |
| aquale@sidley.com | chammerman@paulweiss.com | deggermann@kramerlevin.com |
| arahl@reedsmith.com | charles@filardi-law.com | deggert@freebornpeters.com |
| arheaume@riemerlaw.com | charles_malloy@aporter.com | demetra.liggins@tklaw.com |
| arlbank@pbfcm.com | chipford@parkerpoe.com | dfelder@orrick.com |
| arosenblatt@chadbourne.com | chris.donoho@lovells.com | dflanigan@polsinelli.com |
| arthur.rosenberg@hklaw.com | christopher.schueller@bipc.com | dgrimes@reedsmith.com |
| arwolf@wlrk.com | clarkb@sullcrom.com | dhayes@mcguirewoods.com |
| aseuffert@lawpost-nyc.com | clynch@reedsmith.com | dheffer@foley.com |
| ashmead@sewkis.com | cmontgomery@salans.com | diconzam@gtlaw.com |
| asnow@ssbb.com | cohen@sewkis.com | djoseph@stradley.com |
| aunger@sidley.com | colea@gtlaw.com | dkleiner@velaw.com |

| | | |
|---|---|---|
| dkozusko@willkie.com | ezujkowski@emmetmarvin.com | jar@outtengolden.com |
| dlemay@chadbourne.com | ezweig@optonline.net | jason.jurgens@cwt.com |
| dlipke@vedderprice.com | fbp@ppgms.com | jay.hurst@oag.state.tx.us |
| dludman@brownconnery.com | ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| dmcguire@winston.com | fhyman@mayerbrown.com | jbecker@wilmingtontrust.com |
| dmurray@jenner.com | foont@foontlaw.com | jbeemer@entwistle-law.com |
| dneier@winston.com | francois.janson@hklaw.com | jbeiers@co.sanmateo.ca.us |
| dodonnell@milbank.com | fsosnick@shearman.com | jbird@polsinelli.com |
| dove.michelle@dorsey.com | fyates@sonnenschein.com | jbromley@cgsh.com |
| dpegno@dpklaw.com | gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| draelson@fisherbrothers.com | gbray@milbank.com | jchristian@tobinlaw.com |
| dravin@wolffsamson.com | geraci@thalergertler.com | jdoran@haslaw.com |
| drose@pryorcashman.com | ggitomer@mkbattorneys.com | jdrucker@coleschotz.com |
| drosenzweig@fulbright.com | ggoodman@foley.com | jdyas@halperinlaw.net |
| drosner@goulstonstorrs.com | giddens@hugheshubbard.com | jean-david.barnea@usdoj.gov |
| drosner@kasowitz.com | gkaden@goulstonstorrs.com | jeanites@whiteandwilliams.com |
| dshaffer@wtplaw.com | glenn.siegel@dechert.com | jeannette.boot@wilmerhale.com |
| dshemano@pwkllp.com | gmoss@riemerlaw.com | jeff.wittig@coair.com |
| dspelfogel@foley.com | gravert@ravertpllc.com | jeffery.black@bingham.com |
| dtatge@ebglaw.com | gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| dtheising@harrisonmoberly.com | guzzi@whitecase.com | jeldredge@velaw.com |
| dwdykhouse@pbwt.com | harrisjm@michigan.gov | jen.premisler@cliffordchance.com |
| dwildes@stroock.com | harveystrickon@paulhastings.com | jennifer.demarco@cliffordchance.com |
| dworkman@bakerlaw.com | hbeltzer@mayerbrown.com | jennifer.gore@shell.com |
| easmith@venable.com | heim.steve@dorsey.com | jeremy.eiden@ag.state.mn.us |
| echang@steinlubin.com | heiser@chapman.com | jfalgowski@reedsmith.com |
| ecohen@russell.com | hollace.cohen@troutmansanders.com | jflaxer@golenbock.com |
| efleck@milbank.com | holsen@stroock.com | jfox@joefoxlaw.com |
| efriedman@fklaw.com | howard.hawkins@cwt.com | jfreeberg@wfw.com |
| efriedman@friedumspring.com | hseife@chadbourne.com | jg5786@att.com |
| egeekie@schiffhardin.com | hsnovikoff@wlrk.com | jgenovese@gjb-law.com |
| eglas@mccarter.com | hsteel@brownrudnick.com | jguy@orrick.com |
| ehollander@whitecase.com | icatto@mwe.com | jherzog@gklaw.com |
| ekbergc@lanepowell.com | igoldstein@dl.com | jhiggins@fdlaw.com |
| eleicht@whitecase.com | ilevee@lowenstein.com | jhorgan@phxa.com |
| eli.mattioli@klgates.com | ira.herman@tklaw.com | jhuggett@margolisedelstein.com |
| ellen.halstead@cwt.com | isgreene@hhlaw.com | jim@atkinslawfirm.com |
| emerberg@mayerbrown.com | israel.dahan@cwt.com | jjoyce@dresslerpeters.com |
| enkaplan@kaplanlandau.com | iva.uroic@dechert.com | jjtancredi@daypitney.com |
| eobrien@sbchlaw.com | jacobsonn@sec.gov | jjureller@klestadt.com |
| erin.mautner@bingham.com | james.heaney@lawdeb.com | jkehoe@btkmc.com |
| eschaffer@reedsmith.com | james.mcclammy@dpw.com | jlamar@maynardcooper.com |
| eschwartz@contrariancapital.com | james.sprayregen@kirkland.com | jlawlor@wmd-law.com |
| esmith@dl.com | jamestecce@quinnemanuel.com | jlee@foley.com |
| etillinghast@sheppardmullin.com | jamie.nelson@dubaiic.com | jlevitin@cahill.com |

| | | |
|---|---|---|
| jlipson@crockerkuno.com | kdwbankruptcydepartment@kelleydrye.com | lscarcella@farrellfritz.com |
| jlovi@steptoe.com | keckhardt@hunton.com | lschweitzer@cgsh.com |
| jlscott@reedsmith.com | keith.simon@lw.com | lsilverstein@potteranderson.com |
| jmaddock@mcguirewoods.com | ken.coleman@allenovery.com | lubell@hugheshubbard.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | lwhidden@salans.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | mabrams@willkie.com |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | maofiling@cgsh.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | marc.chait@sc.com |
| jmerva@fult.com | kjarashow@fklaw.com | margolin@hugheshubbard.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.bane@ropesgray.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.deveno@bingham.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.ellenberg@cwt.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | mark.hellerer@pillsburylaw.com |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | mark.sherrill@sutherland.com |
| jorbach@hahnhessen.com | korr@orrick.com | martin.davis@ots.treas.gov |
| joseph.cordaro@usdoj.gov | kovskyd@pepperlaw.com | marvin.clements@ag.tn.gov |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | matt@willaw.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | matthew.klepper@dlapiper.com |
| jowolf@law.nyc.gov | kreynolds@mklawnyc.com | maustin@orrick.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | max.polonsky@skadden.com |
| jpintarelli@mofo.com | kuehn@bragarwexler.com | mbenner@tishmanspeyer.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mberman@nixonpeabody.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mberman@nixonpeabody.com |
| jrabinowitz@rltlawfirm.com | landon@streusandlandon.com | mbienenstock@dl.com |
| jrsmith@hunton.com | lapeterson@foley.com | mbloemsma@mhjur.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mbossi@thompsoncoburn.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mcademartori@sheppardmullin.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com | mcantor@normandyhill.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mccombst@sullcrom.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mcordone@stradley.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | mcto@debevoise.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | mcyganowski@oshr.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | mdorval@stradley.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | melorod@gtlaw.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | meltzere@pepperlaw.com |
| jvail@ssrl.com | lkatz@ltblaw.com | metkin@lowenstein.com |
| jwallack@goulstonstorrs.com | lkiss@klestadt.com | mfeldman@willkie.com |
| jwang@sipc.org | lmarinuzzi@mofo.com | mgordon@briggs.com |
| jwcohen@daypitney.com | lmay@coleschotz.com | mgreger@allenmatkins.com |
| jweiss@gibsondunn.com | lmcgowen@orrick.com | mh1@mccallaraymer.com |
| jwest@velaw.com | lml@ppgms.com | mhopkins@cov.com |
| jwh@njlawfirm.com | lnashelsky@mofo.com | michael.frege@cms-hs.com |
| kanema@formanlaw.com | loizides@loizides.com | michael.kelly@monarchlp.com |
| karen.wagner@dpw.com | lromansic@steptoe.com | michael.kim@kobrekim.com |

| | | |
|---|---|---|
| michael.mccrory@btlaw.com | nlepore@schnader.com | rlevin@cravath.com |
| michael.reilly@bingham.com | notice@bkcylaw.com | rmatzat@hahnhessen.com |
| millee12@nationwide.com | oipress@travelers.com | rmcneill@potteranderson.com |
| miller@taftlaw.com | otccorpactions@finra.org | rnetzer@willkie.com |
| mimi.m.wong@irscounsel.treas.gov | paronzon@milbank.com | robert.bailey@bnymellon.com |
| mitchell.ayer@tklaw.com | patrick.oh@freshfields.com | robert.dombroff@bingham.com |
| mjedelman@vedderprice.com | paul.turner@sutherland.com | robert.henoch@kobrekim.com |
| mjr1@westchestergov.com | pbattista@gjb-law.com | robert.malone@dbr.com |
| mkjaer@winston.com | pbosswick@ssbb.com | robert.yalen@usdoj.gov |
| mlahaie@akingump.com | pdublin@akingump.com | robin.keller@lovells.com |
| mlandman@lcbf.com | peisenberg@lockelord.com | roger@rnagioff.com |
| mlichtenstein@crowell.com | peter.gilhuly@lw.com | ronald.silverman@bingham.com |
| mlynch2@travelers.com | peter.macdonald@wilmerhale.com | ross.martin@ropesgray.com |
| mmendez@hunton.com | peter.simmons@friedfrank.com | rqureshi@reedsmith.com |
| mmooney@deilylawfirm.com | peter@bankrupt.com | rrainer@wmd-law.com |
| mmorreale@us.mufg.jp | pfeldman@oshr.com | rreid@sheppardmullin.com |
| mneier@ibolaw.com | phayden@mcguirewoods.com | rroupinian@outtengolden.com |
| monica.lawless@brookfieldproperties.com | pmaxcy@sonnenschein.com | rrussell@andrewskurth.com |
| mpage@kelleydrye.com | ppascuzzi@ffwplaw.com | rterenzi@stcwlaw.com |
| mparry@mosessinger.com | ppatterson@stradley.com | russj4478@aol.com |
| mpomerantz@julienandschlesinger.com | psp@njlawfirm.com | rwasserman@cftc.gov |
| mprimoff@kayescholer.com | ptrain-gutierrez@kaplanlandau.com | rwyron@orrick.com |
| mpucillo@bermanesq.com | ptrostle@jenner.com | s.minehan@aozorabank.co.jp |
| mrosenthal@gibsondunn.com | r.stahl@stahlzelloe.com | sabin.willett@bingham.com |
| mruetzel@whitecase.com | raj.madan@bingham.com | sabramowitz@velaw.com |
| mschimel@sju.edu | ramona.neal@hp.com | sabvanrooy@hotmail.com |
| mschlesinger@julienandschlesinger.com | raul.alcantar@ropesgray.com | sagolden@hhlaw.com |
| msegarra@mayerbrown.com | rbeacher@pryorcashman.com | sally.henry@skadden.com |
| mshiner@tuckerlaw.com | rbyman@jenner.com | samuel.cavior@pillsburylaw.com |
| msiegel@brownrudnick.com | rdaversa@orrick.com | sandyscafaria@eaton.com |
| msolow@kayescholer.com | relgidely@gjb-law.com | sara.tapinekis@cliffordchance.com |
| mspeiser@stroock.com | rfleischer@pryorcashman.com | scargill@lowenstein.com |
| mstamer@akingump.com | rfrankel@orrick.com | schannej@pepperlaw.com |
| mvenditto@reedsmith.com | rfriedman@silvermanacampora.com | schepis@pursuitpartners.com |
| mwarren@mtb.com | rgmason@wlrk.com | schnabel.eric@dorsey.com |
| nathan.spatz@pillsburylaw.com | rgraham@whitecase.com | schristianson@buchalter.com |
| ncoco@mwe.com | rhett.campbell@tklaw.com | schwartzmatthew@sullcrom.com |
| neal.mann@oag.state.ny.us | richard.fingard@newedge.com | scottshelley@quinnemanuel.com |
| ned.schodek@shearman.com | richard.lear@hklaw.com | scousins@armstrongteasdale.com |
| neilberger@teamtogut.com | richard.levy@lw.com | sdnyecf@dor.mo.gov |
| newyork@sec.gov | richard.tisdale@friedfrank.com | sehlers@armstrongteasdale.com |
| nfurman@scottwoodcapital.com | richard@rwmaplc.com | seichel@crowell.com |
| nherman@morganlewis.com | ritkin@steptoe.com | sfelderstein@ffwplaw.com |
| nickolas.karavolas@pillsburylaw.com | rjones@boultcummings.com | sfineman@lchb.com |
| nissay_10259-0154@mhmjapan.com | rleek@hodgsonruss.com | sfox@mcguirewoods.com |

| | |
|---|---|
| sgordon@cahill.com | thomas_noguerola@calpers.ca.gov |
| sgubner@ebg-law.com | tim.desieno@bingham.com |
| shannon.nagle@friedfrank.com | timothy.brink@dlapiper.com |
| sharbeck@sipc.org | timothy.palmer@bipc.com |
| shari.leventhal@ny.frb.org | tjfreedman@pbnlaw.com |
| shgross5@yahoo.com | tkarcher@dl.com |
| sidorsky@butzel.com | tkiriakos@mayerbrown.com |
| slerman@ebglaw.com | tlauria@whitecase.com |
| slerner@ssd.com | tmacwright@whitecase.com |
| slevine@brownrudnick.com | tmarrion@haslaw.com |
| sloden@diamondmccarthy.com | tnixon@gklaw.com |
| smayerson@ssd.com | toby.r.rosenberg@irscounsel.treas.gov |
| smillman@stroock.com | tomwelsh@orrick.com |
| smulligan@bsblawyers.com | tony.davis@bakerbotts.com |
| snewman@katskykorins.com | tslome@msek.com |
| sory@fdlaw.com | ttracy@crockerkuno.com |
| spiotto@chapman.com | tunrad@burnslev.com |
| splatzer@platzerlaw.com | twheeler@lowenstein.com |
| sree@lcbf.com | ukreppel@whitecase.com |
| sschultz@akingump.com | villa@streusandlandon.com |
| sselbst@herrick.com | vmilione@nixonpeabody.com |
| sshimshak@paulweiss.com | vrubinstein@loeb.com |
| sskelly@teamtogut.com | walter.stuart@freshfields.com |
| sstarr@starrandstarr.com | wanda.goodloe@cbre.com |
| steele@lowenstein.com | wballaine@lcbf.com |
| stephen.cowan@dlapiper.com | wbenzija@halperinlaw.net |
| steve.ginther@dor.mo.gov | wchen@tnsj-law.com |
| steven.troyer@commerzbank.com | wcurchack@loeb.com |
| steven.usdin@flastergreenberg.com | wdase@fzwz.com |
| steven.wilamowsky@bingham.com | wfoster@milbank.com |
| steven@blbglaw.com | william.m.goldman@dlapiper.com |
| streusand@streusandlandon.com | wiltenburg@hugheshubbard.com |
| susheelkirpalani@quinnemanuel.com | wisotska@pepperlaw.com |
| sweyl@haslaw.com | wk@pwlawyers.com |
| swolowitz@mayerbrown.com | wmaher@wmd-law.com |
| szuch@wiggin.com | wmarcari@ebglaw.com |
| tannweiler@greerherz.com | wmckenna@foley.com |
| tarbit@cftc.gov | wsilverm@oshr.com |
| tbrock@ssbb.com | wswearingen@llf-law.com |
| tdewey@dpklaw.com | wtaylor@mccarter.com |
| tduffy@andersonkill.com | wweintraub@fklaw.com |
| teresa.oxford@invescoaim.com | wzoberman@bermanesq.com |
| tgoren@mofo.com | yamashiro@sumitomotrust.co.jp |
| thaler@thalergertler.com | yuwatoko@mofo.com |
| thomas.califano@dlapiper.com | |

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC.**
FAX LIST

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Evan R. Fleck, Esq.

Wells Fargo Bank Northwest, N.A.
299 South Main Street, 12th Floor
Salt Lake City, Utah 84111
Attn: Corporate Trust Services

Bingham McCutchen LLP
399 Park Avenue
New York, New York 10022
Attn: Joshua Dorchak, Esq.

OMX Timber Finance Investments II, LLC
c/o OfficeMax Incorporated
263 Shuman Boulevard
Naperville, Illinois 60563
Attn: Susan Wagner-Fleming, Senior Vice President,
Corporate Secretary and Associate General Counsel

K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602
Attn: J. Craig Walker, Esq.

Boise Land & Timber II, LLC
1111 West Jefferson Street
P.O. Box 50
Boise, Idaho 83728
Attn: Thomas E. Carlile

Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
Attn: Adam Paul, Esq.