REED SMITH LLP
599 Lexington Avenue
New York, NY 10022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    Case No. 08-13555 (JMP)
                                                               :    (Jointly Administered)
                                                    Debtors.   :
                                                               :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| **Debtor Name and Case Number:** | Lehman Brothers Holdings Inc.<br>08-13555 (JMP) |
|---|---|
| **Creditor Name and Address:** | Saphir Finance PLC – Series 2006-3 Class A1<br>c/o BNY Corporate Trustee Services Limited<br>Global Corporate Trust Service – Default Group<br>One Canada Square<br>London E14 5AL<br>England<br>Attn: Sanjay Jobanputra – Vice President |
| **Court Claim Number:** | 40704 |
| **Date Claim Filed:** | 10/16/09 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., acting for and on behalf of Saphir Finance PLC (hereinafter, the "Creditor") having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: August 21, 2012          BNY Mellon Corporate Trustee Services Ltd. *f/k/a*
                                BNY Corporate Trustee Services Ltd.

                          By:   _____
                                Name:   Authorised Signatory
                                Title:  Mark Brescacin