STAMELL & SCHAGER, LLP
One Liberty Plaza, 35th Floor
New York, NY 10006-1404
Telephone:  (212) 566-4047
Facsimile:   (212) 566-4061
Email:schager@ssnyc.com
Richard J. Schager, Jr.

*Attorneys for Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:
In re                                                                  :        Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., et al.,    :        08-13555 (JMP)
:
Debtors.        :        (Jointly Administered)
:
------------------------------------------------------------ x

### JOINT STIPULATION REGARDING MOTION TO PERMIT FILING OF SUPPLEMENTAL AFFIRMATIONS TO CLAIMANTS' OPPOSITION TO DEBTORS' 313TH AND 319TH OMNIBUS OBJECTIONS TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

WHEREAS, on August 9, 2012, creditor-claimants Craig O. Benson, John Dmuchowski, Sandra M. Hahn-Colbert, Patricia M. Luken, Michael J. Petrucelli, Pierluigi Volini, Jeffrey M. Wecker and Lawrence E. McCarthy (the "Moving Claimants") moved the Court (ECF Doc. 29938) for an Order deeming their Affirmations filed under Docs. 29419, 29467, 29767 and 29792), in support of previously-filed Oppositions (Docs. 29254 and 29416) to Lehman Brothers Holdings Inc.'s 313th and 319th Omnibus Objections (Docs. 28433 and 28777), as timely-filed and served (the "Motion");

IT IS HEREBY STIPULATED THAT:

1. The Moving Claimants' Affirmations are deemed timely-filed and served; and

2. The Motion (Doc. 29938) is hereby withdrawn.

Dated: August 21, 2012	STAMELL & SCHAGER, LLP

By:_____/s/_____
Richard J, Schager, Jr.
One Liberty Plaza, 35th Floor
New York, New York 10006
Telephone: (212) 566-4047
Facsimile: (212) 566-4061

*Counsel for Claimants*

WEIL, GOTSHAL & MANGES, LLP

By:_____/s/_____
Ralph I Miller
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Counsel for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*