B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CVI GVF Luxembourg Twelve S.a.r.l. | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Carval Investors, LLC
12700 Whitewater Drive, MS 144
Minnetonka, Minnesota 55343-9439
Attn: Teri Salberg

Court Claim # (if known): 15925
Amount of Claim Total: $14,750,000.00
Amount of Claim Transferred: $14,750,000.00
Date Claim Filed: September 17, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone: (952) 940-3416
Last Four Digits of Acct #: _____

Phone: 212-250-5760
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Renee Axelson
Transferee/Transferee's Agent

Date: 8/20/12

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT B**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
       Attn: Clerk

AND TO:   Lehman Brothers Special Financing Inc. (the "Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 15925

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVI GVF Luxembourg Twelve S.a.r.l.**
12700 Whitewater Drive, MS 144
Minnetonka, Minnesota 55343-9439
Attn: Teri Salberg
Phone: 952-984-3416
Email: teri.salberg@carval.com
Fax: 952-367-1473

and its successors and assigns ("Buyer"), all right, title and interest in and to $14,750,000.00 (the "Claim") of Seller against Lehman Brothers Special Financing Inc., docketed as Claim Number 15925 in United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated August 7 2012.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____         By: _____
Name: Michael Sutton                 Name:
Title: Managing Director             Title: Ross Miller
                                            Director

**CVI GVF Luxembourg Twelve S.a.r.l.**

By: Carval Investors, LLC, its Attorney-in-Fact

By: _____
Name:
Title:

**Tiffany Parr**
**Authorized Signer**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CVI GVF Luxembourg Twelve S.a.r.l.
Name of Transferee

Deutsche Bank AG, London Branch
Name of Transferor

Name and Address where notices to transferee should be sent:
c/o Carval Investors, LLC
12700 Whitewater Drive, MS 144
Minnetonka, Minnesota 55343-9439
Attn: Teri Salberg

Court Claim # (if known): 15926
Amount of Claim Total: $14,750,000.00
Amount of Claim Transferred: $14,750,000.00
Date Claim Filed: September 17, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone: (952) 940-3416
Last Four Digits of Acct #: _____

Phone: 212-250-5760
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Renee Axelson
Transferee/Transferee's Agent

Date: 8/20/12

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 15926

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CVI GVF Luxembourg Twelve S.a.r.l.**
12700 Whitewater Drive, MS 144
Minnetonka, Minnesota 55343-9439
Attn: Teri Salberg
Phone: 952-984-3416
Email: teri.salberg@carval.com
Fax: 952-367-1473

its successors and assigns ("Buyer"), all right, title and interest in and to $14,750,000.00 (the "Claim") of Seller against Lehman Brothers Holdings Inc., docketed as Claim number 15926 in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated **August 7** 2012.

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name: Michael Sutton
Title: Managing Director

By: _____
Name: Ross Miller
Title: Director

CVI GVF Luxembourg Twelve S.a.r.l.

By: Carval Investors, LLC, its Attorney-in-Fact

By: _____
Name: Tiffany Parr
Title: Authorized Signer