UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

-------------------------------------------------------------------x   Ref. Docket Nos. 25053, 29580,
29621, 29622, 29871, 29872, 29908,
29934, 29950, 29958-29960, 29962-
29966, 29978, 29979, 29983-29985,
29987-29990, 29992-29994, 29996-
30009

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                       ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 15, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    /s/ Lauren Rodriguez
                                                                    Lauren Rodriguez

Sworn to before me this
21st day of August, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 25053, 29580, 29621...29994, 29996-30009_AFF_08-15-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BANK HAPOALIM B.M.
ATTN: DAVID HERTZ & HAROLD J. WEISSLER
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10019

BANK HAPOALIM B.M.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019

Please note that your claim # 55854-87 in the above referenced case and in the amount of $200,000.00 allowed at $201,416.67 has been transferred (**unless previously expunged by court order**)

LADD WEINBERG IRA
TRANSFEROR: BANK HAPOALIM B.M.
64 MAYFAIR LANE
GREENWICH CT 06831

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 29908 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/15/2012                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 15, 2012.

# EXHIBIT B

```
TIME: 22:26:51                                    LEHMAN BROTHERS HOLDING INC.                                                         PAGE:    1
DATE: 08/15/12                                         CREDITOR LISTING

Name                                  Address
BANC OF AMERICA CREDIT PRODUCTS, INC. TRANSFEROR: BANCO SANTANDER, S.A. ATTN: GARY S. COHEN C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR
                                      ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC. TRANSFEROR: BANCO SANTANDER, S.A. C/O BANK OF AMERICA MERRILL LYNCH ATTN GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR
                                      ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC. TRANSFEROR: BANCO SANTANDER, S.A. C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR
                                      ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC. TRANSFEROR: BANCO SANTANDER, SA ATTN: GARY S. COHEN C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR
                                      ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC. TRANSFEROR: BANCO SANTANDER, SA C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR
                                      ONE BRYANT PARK NEW YORK NY 10036
BANCA AKROS S.P.A.                    ATTN: MR. LUCA GANDOLFI VIA EGINARDO, 29 MILAN 20149 ITALY
BANCO SANTANDER, S.A.                 TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO MULTIRENTABILIDAD, FL
                                      CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE
                                      MADRID  SPAIN
BANCO SANTANDER, S.A.                 TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO SUPERSELECCION DIVIDENDO 2, FL
                                      CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE
                                      MADRID  SPAIN
BANCO SANTANDER, S.A.                 TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF SUPERFONDO EVOLUCION, FL
                                      CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE
                                      MADRID  SPAIN
BANCO SANTANDER, S.A.                 TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO ANTICIPACION MODERADO 2, FI
                                      CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE
                                      MADRID 28660 SPAIN
BANCO SANTANDER, S.A.                 TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO ANTICIPACION MODERADO, FI
                                      CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE
                                      MADRID 28660 SPAIN
BANCO SANTANDER, S.A.                 TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO SANTANDER 150 ANIVERSARIO 2, FI
                                      CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE
                                      MADRID 28660 SPAIN
BANCO SANTANDER, S.A.                 TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF SANTANDER DECISION MODERADO, FI
                                      CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE
                                      MADRID 28660 SPAIN
BANCO SANTANDER, SA                   TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C., ON BEHALF OF FONDO SANTANDER 150 ANIVERSARIO, F.I.
                                      CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE
                                      MADRID  SPAIN
BANCO SANTANDER, SA                   TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO SUPERSELECCION DIVIDENDO, FI
                                      CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE
                                      MADRID 28660 SPAIN
BANCO SANTANDER, SA                   TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C., ON BEHALF OF FONDO ANTICIPACION CONSERVADOR, F.I.
                                      CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE
                                      MADRID  SPAIN
BANCO SANTANDER, SA                   TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF SANTANDER DECISION CONSERVADOR, FI
                                      CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE
                                      MADRID 28660 SPAIN
BANK HAPOALIM B.M.                    18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                    ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                    PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BBVA (SUIZA) S.A.                     TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: INIGO BERASALUCE/DIRECTOR ZELTWEG 63 ZURICH CH-8021 SWITZERLAND
CF LBHI LLC                           OPERATIONS MANAGER PO BOX 5098 NEW YORK NY 10185
CF LBHI LLC                           TRANSFEROR: MIZUHO CORPORATE BANK, LTD. ATTN: DREW MCKNIGHT C/O FORTRESS INVESTMENT GROUP LLC CREDIT FUNDS
                                      ONE MARKER PLAZA, SPEAR TOWER, 42ND FLOOR SAN FRANCISCO CA 94105
CHENAVARI FINANCIAL ADVISORS LTD      TRANSFEROR: BANCA AKROS S.P.A. ATTN: GUILHEM GOYARD MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM
CHIMNEY ROCK VALUE FUND, L.P.         ZIFF BROTHERS INVESTMENTS, L.L.C. ATTN: ERICA LEE, GENERAL COUNSEL
CHIMNEY ROCK VALUE FUND, L.P.         ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
CHIMNEY ROCK VALUE FUND, L.P.         ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
CHIMNEY ROCK VALUE FUND, L.P.         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: BEAU LESCOTT 350 PARK AVENUE NEW YORK NY 10022

                                                                                                                           EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 22:26:51                              LEHMAN BROTHERS HOLDING INC.                                        PAGE:  2
DATE: 08/15/12                                   CREDITOR LISTING

Name                                              Address
CHINEY ROCK VALUE FUND, L.P.                      ZIFF BROTHERS INVESTMENTS, L.L.C. ATTN: ERICA LEE, GENERAL COUNSEL
CHINEY ROCK VALUE FUND, L.P.                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: BEAU LESCOTT 350 PARK AVENUE NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: GENWORTH LIFE INSURANCE COMPANY ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: METROPOLITAN TRANSPORTATION AUTHORITY OF NEW YORK ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: O'CONNOR GLOBAL FUNDAMENTAL MARKET NEUTRAL LONG/SHORT MAST ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: OHA COAST HEDGING, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: OHA HEDGED CREDIT, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SVENSKA HANDELSBANKEN AB (PUBL) C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                  NEW YORK NY 10005
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
EMPYREAN INVESTMENTS, LLC                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                                  10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: ORE HILL HUB FUND LTD. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC-WILSHIRE ORE HIL ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: BBVA (SUIZA) S.A. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: HKPCU ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HKPCU                                             TRANSFEROR: HUA CHIAO COMMERCIAL CENTRE, 678 NATHAN ROAD, MONGKOK KOWLOON HONG KONG
                                                  2/F.
LADD WEINBERG IRA                                 TRANSFEROR: BANK HAPOALIM B.M. 64 MAYFAIR LANE GREENWICH CT 06831
LBVN HOLDINGS, L.L.C.                             PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
LBVN HOLDINGS, L.L.C.                             TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INC P.O. BOX 1641 NEW YORK NY 10150
MERRILL LYNCH, PIERCE, FENNER & SMITH             TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MEREDITH SMITH 214 N TYRON STREET NCI-027-14-01 CHARLOTTE NC 28255
INC
METROPOLITAN TRANSPORTATION AUTHORITY OF          PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660
NEW YORK
METROPOLITAN TRANSPORTATION AUTHORITY OF          C/O GALLIARD CAPITAL MANAGEMENT ATTN: ANDREA JOHNSON 800 LASALLE AVENUE, SUITE 1100 MINNEAPOLIS MN 55402
NEW YORK
MIZUHO CORPORATE BANK, LTD.                       ATTN: KEVIN HOLMES, SENIOR VICE PRESIDENT 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
MIZUHO CORPORATE BANK, LTD.                       STROOCK & STROOCK & LAVAN LLP ATTN: SHERRY MILLMAN, ESQ. 180 MAIDEN LANE NEW YORK NY 10038
MORGAN STANLEY & CO INTERNATIONAL PLC             1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY & CO INTERNATIONAL PLC             ATTN: MARK C. ELLENBERG, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. WASHINGTON DC 20001
MORGAN STANLEY & CO INTERNATIONAL PLC             HOWARD R. HAWKINS, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC            ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP C/O MORGAN STANLEY & CO. INCORPORATED 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC            CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, N.W. WASHINGTON DC 20001
MORGAN STANLEY & CO. INTERNATIONAL PLC            C/O MORGAN STANLEY & CO. INCORPORATED ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC            CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC            F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED C/O MORGAN STANLEY & CO. INCORPORATED ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY
                                                  NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC               COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC               ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC               CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES LLC               CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES LLC               CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001
MORGAN STANLEY CAPITAL SERVICE INC.               ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.               F/K/A MORGAN STANLEY CAPITAL SERVICE INC. ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY SENIOR FUNDING, INC.               RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
                                                  TRANSFEROR: MASSACHUSETTS DEPARTMENT OF TRANSPORTATION, AS SUCCESSOR TO THE MASSACHUSETTS TURNPIKE AUTHORITY 1585 BROADWAY
                                                  NEW YORK NY 10036
NEUBAUER, SILVIA                                  ZURCHER KANTONALBANK SPECIAL CORPORATE ACTIONS ATTN: GABRIELE FROSSARD P.O. BOX ZURICH 8010 SWITZERLAND
NEUBAUER, SILVIA                                  TRANSFEROR: UBS AG BADENERSTRASSE 52 WEININGEN CG-8104 SWITZERLAND

                                                                                                                 EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 22:26:51                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:   3
DATE: 08/15/12                                           CREDITOR LISTING

Name                                                Address
O'CONNOR GLOBAL FUNDAMENTAL MARKET                  UBS O'CONNOR LLC ATTN: NICOLE TORTAROLO 299 PARK AVENUE NEW YORK NY 10171
  NEUTRAL LONG/SHORT MASTER LTD.
O'CONNOR GLOBAL FUNDAMENTAL MARKET                  C/O UBS FUND SERVICES (CAYMAN) LTD. UBS HOUSE 227 ELGIN AVENUE PO BOX 852 GEORGE TOWN GRAND CAYMAN KY1-1103 CAYMAN ISLANDS
  NEUTRAL LONG/SHORT MASTER LTD.
ORE HILL HUB FUND LTD.                              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: CAROLYN HERMAN 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019
SOLUS RECOVERY FUND LP                              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: COMPLIANCE DEPARTMENT ATTN: 410 PARK AVENUE, 11TH FLOOR
                                                    C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP NEW YORK NY 10022
SOLUS RECOVERY FUND LP                              TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                    410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                              TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                    410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                              TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC ATTN: SOLUS COMPLIANCE OFFICER C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
                                                    410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                              TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                    410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                              TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                    410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
UBS AG                                              BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                              ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UBS AG, LONDON BRANCH                               TRANSFEROR: ZURICH LIFE INSURANCE ITALIA S.P.A ATTN: SHARON CANHAM ONE FINSBURY AVENUE LONDON EC2M 2PP UNITED KINGDOM
VARDE FUND VI-A, L.P., THE                          TRANSFEROR: UBS AG, LONDON BRANCH ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER), L.P., THE                    TRANSFEROR: UBS AG, LONDON BRANCH ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)                TRANSFEROR: UBS AG, LONDON BRANCH ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.                     TRANSFEROR: UBS AG, LONDON BRANCH ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
WEBER-GADLER, NADIA                                 ZURCHER KANTONALBANK SPECIAL CORPORATE ACTIONS ATTN: GABRIELE FROSSARD P.O. BOX ZURICH 8010 SWITZERLAND
WEBER-GADLER, NADIA                                 TRANSFEROR: UBS AG REBHALDENSRASSE 2 BASSERSDORF CH-8303 SWITZERLAND
WILSHIRE INSTITUTIONAL MASTER FUND II               INTERNATIONAL SEGREGATED PORTFOLIO TRANSFEROR: ORE HILL HUB FUND LTD. C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS
SPC-WILSHIRE ORE HILL                               650 FIFTH AVE, 9TH FLOOR NEW YORK NY 10019

Total Number of Records Printed      90


                                                                                                               EPIQ BANKRUPTCY SOLUTIONS, LLC
```