UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                :
In re                                                           :       Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :       08-13555 (JMP)
                                                                :       (Jointly Administered)
            Debtors.                                            :
                                                                :
-----------------------------------------------------------------x       Ref. Docket Nos. 29968, 29969

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 15, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
21st day of August, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfers 29968, 29969_Aff 08-15-12.doc

# EXHIBIT A

08-13555-mg    Doc 30262    Filed 08/21/12    Entered 08/21/12 15:12:05    Main Document
Pg 2 of 5

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:  GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: TEMPLE UNIVERSITY HEALTH SYSTEM, INC.
C/O GOLDMAN SACHS & CO/ATTN: LAUREN DAY
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

Additional:  GOLDMAN SACHS LENDING PARTNERS LLC
RICHARDS KIBBE & ORBE LLP
ATTN: MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

Transferee:  STERLING HATHAWAY
EMPYREAN INVESTMENTS, LLC
C/O EMPYREAN CAPITAL PARTNERS, LP
10250 CONSTELLATION BLVD., STE 2950
LOS ANGELES CA 90067

**Your transfer** of claim #  67084  is defective for the reason(s) checked below:

Previously Transferred

Docket Number 29968                    Date 08/13/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 15, 2012.

# EXHIBIT B

```
TIME: 22:27:24                                    LEHMAN BROTHERS HOLDING INC.                                                        PAGE:    1
DATE: 08/15/12                                         CREDITOR LISTING

Name                                    Address
GOLDMAN SACHS LENDING PARTNERS LLC      TRANSFEROR: TEMPLE UNIVERSITY HEALTH SYSTEM, INC. C/O GOLDMAN SACHS & CO/ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                        JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC      TRANSFEROR: TEMPLE UNIVERSITY HEALTH SYSTEM, INC. C/O GOLMAN SACHS & CO/ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                        JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC      RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC      RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
STERLING HATHAWAY                       EMPYREAN INVESTMENTS, LLC C/O EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067


Total Number of Records Printed         5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC