UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :    08-13555 (JMP)
                                                              :    (Jointly Administered)
                      Debtors.                                :
                                                              :
                                                              :    Ref. Docket Nos. 28537, 29638,
---------------------------------------------------------------x    29658, 29659, 29739, 29801, 29834,
                                                                    30010, 30014, 30020-30023


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 16, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                       /s/ Lauren Rodriguez
                                                       Lauren Rodriguez

Sworn to before me this
21st day of August, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:   BARCLAYS BANK PLC
             TRANSFEROR: FARGLORY LIFE INSURANCE CO LTD
             745 SEVENTH AVENUE
             NEW YORK NY 10019

Please note that your claim # 562783-22 in the above referenced case and in the amount of
     $13,754,798.00   allowed at $13,764,756.05        has been transferred (**unless previously expunged by court order**)

LBVN HOLDINGS, L.L.C.
TRANSFEROR: BARCLAYS BANK PLC
P.O. BOX 1641
NEW YORK NY 10150

LBVN HOLDINGS, L.L.C.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: ANDREW N. ROSENBERG
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6064

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 30010      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/16/2012              Vito Genna, Clerk of Court

                              /s/ Lauren Rodriguez
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 16, 2012.

# EXHIBIT B

```
TIME: 14:00:49                                    LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 08/16/12                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| BARCLAYS BANK PLC | TRANSFEROR: FARGLORY LIFE INSURANCE CO LTD 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: POTOMAC RIVER CAPITAL SPV, LTD. C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET, 3RD FLOR LONDON W1F 9LT UNITED KINGDOM |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: POTOMAC RIVER CAPITAL MASTER FUND, L.P. C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SEB AG ATTN: SIMON GLENNIE WINCHESTER HOURSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SEB AG ATTN: SIMON GLENNIE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SPCP GROUP, L.L.C. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/PHILLIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| J.P. MORGAN SECURITIES LLC, | AS AGENT WITH RESPECT TO CERTAIN BENEFICIAL HOLDERS OF CALL WARRANTS ISSUED BY LEHMAN BROTHERS HOLDINGS INC. ATTN: ROSE M. BURKE 270 PARK AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| J.P. MORGAN SECURITIES LLC, | TRANSFEROR: WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, KATHRYN GETTLES-ATWA, ESQS. 51 WEST 52ND STREET NEW YORK NY 10019 |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: KREUZER FUND LIMITED ATTN: JEFFREY L. PANZO C/O J.P. MORGAN SECURITIES MAAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: KREUZER FUND LIMITED ATTN: JEFFREY L. PANZO C/O J.P. MORGAN SECURITIES MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: J.P MORGAN SECURITIES LLC, C/O J.P. MORGAN SECURITIES, LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| KREUZER FUND LIMITED | TRANSFEROR: BANQUE THALER S.A. C/O BANQUE THALER S.A. RUE PIERRE-FATIO 3 GENEVE 3 CH-1211 SWITZERLAND |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: BARCLAYS BANK PLC P.O. BOX 1641 NEW YORK NY 10150 |
| MONARCH MASTER FUNDING LTD | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH MASTER FUNDING LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| POTOMAC RIVER CAPITAL MASTER FUND, L.P. | C/O POTOMAC RIVER CAPITAL LLC 1750 K STREET, NW SUITE 1200 WASHINGTON DC 20006 |
| POTOMAC RIVER CAPITAL MASTER FUND, L.P. | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| POTOMAC RIVER CAPITAL SPV, LTD. | C/O POTOMAC RIVER CAPITAL LLC 1750 K STREET, NW SUITE 1200 WASHINGTON DC 20006 |
| POTOMAC RIVER CAPITAL SPV, LTD. | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017 |
| SEB AG | ATTN: KARL-HEINZ BRIESE BEN GURION RING 174 FRANKFURT AM MAIN 60437 GERMANY |
| SEB AG | TRANSFEROR: HANS BOCKLER STIFTUNG ATTN: HANS RUETER ULMENSTR. 30 FRANKFURT AM MAIN 60325 GERMANY |
| SPCP GROUP, L.L.C. | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| VARDE FUND IX LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437 |

Total Number of Records Printed    32

EPIQ BANKRUPTCY SOLUTIONS, LLC