UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                               : Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                            : 08-13555 (JMP)
                                                                    : (Jointly Administered)
                          Debtors.                                  :
                                                                    :
------------------------------------------------------------------x Ref. Docket Nos. 27070, 27137,
                                                                    29734, 30039, 30040, 30043-30049,
                                                                    30051-30053, 30056, 30059, 30060

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 17, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Lauren Rodriguez*
                                                      Lauren Rodriguez

Sworn to before me this
21st day of August, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC                                      BARCLAYS BANK PLC
      TRANSFEROR: MF GLOBAL UK LIMITED (IN SPECIAL ADMINISTRATION)   DANIEL MIRANDA
      ATTN: AILEEN MONTANA                                   745 SEVENTH AVENUE, 2ND FLOOR
      1301 SIXTH AVENUE, 8TH FLOOR                           NEW YORK NY 10019
      NEW YORK NY 10019
```

Please note that your claim # 18080-01 in the above referenced case and in the amount of
$1,392,179.20  allowed at $800,000.00       has been transferred **(unless previously expunged by court order)**

```
      HALCYON LOAN TRADING FUND LLC
      TRANSFEROR: BARCLAYS BANK PLC
      C/O HALCYON ASSET MANAGEMENT LP
      ATTN: MATT SELTZER
      477 MADISON AVENUE - 8TH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 30039    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/17/2012                     Vito Genna, Clerk of Court

                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 17, 2012.

# EXHIBIT B

08-13555-mg    Doc 30265    Filed 08/21/12    Entered 08/21/12 16:07:08    Main Document
Pg 4 of 5

```
TIME: 15:07:24                                    LEHMAN BROTHERS HOLDING INC.                                        PAGE:    1
DATE: 08/17/12                                          CREDITOR LISTING

Name                                              Address
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: BANCO SANTANDER, S.A. C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN BANK OF AMRICA TOWER - 3RD FLOOR
                                                  ONE BRYANT PARK NEW YORK NY 10036
BANCO SANTANDER, S.A.                             TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO ANTICIPACION CONSERVADOR 2, FI
                                                  CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BODILLA DEL MONTE
                                                  MADRID 28660 SPAIN
BARCLAYS BANK PLC                                 DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: MF GLOBAL UK LIMITED (IN SPECIAL ADMINISTRATION) ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019
BOULDER DAM CREDIT HUB FUND LTD                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS 452 FIFTH AVENUE, 27TH FLOOR
                                                  NEW YORK NY 10018
BURLINGTON LOAN MANAGEMENT LIMITED                TRANSFEROR: CANTOR FITZGERALD SECURITIES C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET NEW YORK NY 10022
CANTOR FITZGERALD SECURITIES                      TRANSFEROR: LEHWOOD HOLDING FRANCE SAS ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET, 7TH FLOOR NEW YORK NY 10022
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
                                                  CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (UK) LIMITED                        RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE (UK) LIMITED                        CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE (UK) LIMITED                        TRANSFEROR: CREDIT SUISSE ONE RAFFLES QUAY NORTH TOWER #29-00 SINGAPORE 048583 SINGAPORE
CREDIT SUISSE AG, SINGAPORE BRANCH                TRANSFEROR: CREDIT SUISSE (UK) LIMITED ONE RAFFLES LINK UNIT 05-02 SINGAPORE 039393 SINGAPORE
CREDIT SUISSE AG, SINGAPORE BRANCH                TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SWEDBANK AB, NEW YORK BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
GMO CREDIT OPPORTUNITIES FUND L.P.                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC 40 ROWES WHARF BOSTON MA 02110
GMO CREDIT OPPORTUNITIES FUND, L.P.               TRANSFEROR: JPMORGAN CHASE BANK, N.A. 40 ROWES WHARF BOSTON MA 02110
GOLDMAN SACHS LENDING PARTNERS LLC                RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: CASTLERIGG MASTER INVESTMENTS LTD ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: BARCLAYS BANK PLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: ANGLO IRISH BANK CORPORATION PLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                  NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: CHEWTON CAPITAL LTD. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE NY1-M138
                                                  383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
LEHWOOD HOLDING FRANCE SAS                        F/K/A SCI GOUVION SAINT CYR 81 BOULEVARD STAIN CYR PARIS 75017 FRANCE
LEHWOOD HOLDING FRANCE SAS                        NICOLA BATTEN STARMAN UK SERVICES COMPANY LIMITED HESKETH HOUSE, 43-45 PORTMAN SQUARE LONDON W1H 6HN UNITED KINGDOM
MONARCH MASTER FUNDING LTD                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26
                                                  NEW YORK NY 10022
ORE HILL HUB FUND LTD                             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS HSBC TOWER 452 FIFTH AVE., 27TH FLOOR
                                                  NEW YORK NY 10018
PACIFIC INTERNATIONAL FINANCE LIMITED             CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ & CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112
PACIFIC INTERNATIONAL FINANCE LIMITED             HSBC BANK USA ATTN: ROBERT A. CONRAD NATIONAL ASSOCIATION CORPORATE TRUST & LOAN AGENCY 452 5TH AVENUE NEW YORK NY 11018
PACIFIC INTERNATIONAL FINANCE LIMITED             HSBC HOUSE 68 WEST BAY ROAD P.O. BOX 1109 GT GRAND CAYMAN KY1-1102 CAYMAN ISLANDS
RBS SECURITIES INC.                               TRANSFEROR: PACIFIC INTERNATIONAL FINANCE LIMITED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
WILSHIRE INSTITUTIONAL MASTER FUND II             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC WILSHIRE ORE HILL INTERNATIONAL SEGREGATED PORTFOLIO C/O GLG ORE HILL LLC
SPC                                               ATTN: RACHEL CARR-HARRIS 452 FIFTH AVENUE, 27TH FLOOR NEW YORK NY 10018
YORK GLOBAL FINANCE BDH, LLC                      TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153

Total Number of Records Printed              36                                                           EPIQ BANKRUPTCY SOLUTIONS, LLC
```