WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,             : **08-13555 (JMP)**
:
Debtors.                                                 : (Jointly Administered)
:
:
------------------------------------------------------------------x

**NOTICE OF HEARING ON THE SEVENTY-FIRST OMNIBUS OBJECTION TO**
**CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that a hearing to consider the Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) *solely* as to claim numbers 15757 and 15758 of Norddeutsche Landesbank Girozentrale will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **August 23, 2012 at 10:00 a.m. (Eastern Time)**.

Dated: August 21, 2012
   New York, New York

              /s/ Robert J. Lemons

              Robert J. Lemons
              Penny P. Reid
              Ralph Miller
              WEIL, GOTSHAL & MANGES LLP
              767 Fifth Avenue
              New York, New York 10153
              Telephone: (212) 310-8000
              Facsimile: (212) 310-8007

              Attorneys for Lehman Brothers Holdings Inc.
              and Certain of Its Affiliates