WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------------x | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------------------x | : | |

**NOTICE OF HEARING ON THE TWO HUNDRED NINETEENTH
OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)
<u>SOLELY AS TO CERTAIN CLAIMS</u>**

**PLEASE TAKE NOTICE** that a hearing to consider the Two Hundred Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) *solely* as to claim numbers 17152 and 27642 of Nexen Marketing, claim numbers 17153 and 27641 of Nexen Marketing Transferor: Nexen Marketing Singapore Pte Ltd., and claim numbers 17154 and 18830 of Nexen Marketing Transferor: Nexen Energy Marketing Europe Limited will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

New York, Room 601, on **August 23, 2012 at 10:00 a.m. (Eastern Time)**.

Dated:  August 21, 2012
       New York, New York

                                       /s/ Robert J. Lemons
                                       Robert J. Lemons
                                       Penny P. Reid
                                       Ralph Miller
                                       WEIL, GOTSHAL & MANGES LLP
                                     767 Fifth Avenue
                                     New York, New York 10153
                                     Telephone: (212) 310-8000
                                     Facsimile: (212) 310-8007

                                     Attorneys for Lehman Brothers Holdings Inc.
                                     and Certain of Its Affiliates