UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
                                                        :
In re                                                   :        Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :        08-13555 (JMP)
                                                        :        (Jointly Administered)
                                    Debtors.            :
                                                        :
----------------------------------------------------------------------x        Ref. Docket Nos. 30082, 30084,
                                                                 30097, 30102, 30106, 30113, 30114,
                                                                 30125, 30139


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On August 20, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to
    F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing
    true and correct copies to be: 1) personalized with the transferee, transferor and claim
    information for the above-referenced docket numbers, 2) enclosed securely in separate
    postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
    attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ Lauren Rodriguez
                                                        Lauren Rodriguez

Sworn to before me this
21st day of August, 2012
 /s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

|                                          |       |
|------------------------------------------|-------|
| In re                                    | Chapter 11 Case No. |
|                                          | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al.,  |       |
|                                          | (Jointly Administered) |
|                        Debtors.          |       |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:   BARCLAYS BANK PLC
>        TRANSFEROR: DEXIA KOMMUNALBANK DEUTSCHLAND AG
>        745 SEVENTH AVENUE
>        NEW YORK NY 10019

Please note that your claim # 21945-03 in the above referenced case and in the amount of
$2,094,822.10  Unliquidated      has been transferred (**unless previously expunged by court order**)

| | |
|---|---|
| PP OPPORTUNITIES LTD | PP OPPORTUNITIES LTD |
| TRANSFEROR: BARCLAYS BANK PLC | MICHAEL GREENBLATT |
| C/O PAULSON & CO. INC. | SIDLEY AUSTIN LLP |
| 900 THIRD AVENUE | 787 7TH AVENUE |
| NEW YORK NY 10022 | NEW YORK NY 10019 |

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

> UNITED STATES BANKRUPTCY COURT
> Southern District of New York
> One Bowling Green
> New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 30082      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/20/2012                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 20, 2012.

# EXHIBIT B

TIME: 20:01:01
DATE: 08/20/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
| --- | --- |
| BARCLAYS BANK PLC | TRANSFEROR: DEXIA KOMMUNALBANK DEUTSCHLAND AG 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BETHMANN BANK AG | TRANSFEROR: CARSTENSEN, MARIA BETHMANN STRSSE 7-9 60311 FRANKFURT AM MAIN GERMANY |
| BSOF PARALLEL MASTER FUND, LP. | BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154 |
| BSOF PARALLEL MASTER FUND, LP. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ. 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036 |
| CARSTENSEN, MARIA | MAX-EYTH-STRASSE 24 HANNOVER 30173 GERMANY |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC C/O GOLDMAN SACHS & CO ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC C/O GOLDMAN SACHS & CO. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| ILLIQUIX LLP | TRANSFEROR: SHAM KIN TONG & HUNG MAN YEE PAULINE ATTN: CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: ILLIQUIDX LP ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: RBS SECURITIES INC. P.O. BOX 1641 NEW YORK NY 10150 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD | MICHAEL GREENBLATT SIDLEY AUSTIN LLP 787 7TH AVENUE NEW YORK NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD | TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO., INC. 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020 |
| PP OPPORTUNITIES LTD | MICHAEL GREENBLATT SIDLEY AUSTIN LLP 787 7TH AVENUE NEW YORK NY 10019 |
| PP OPPORTUNITIES LTD | TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. INC. 900 THIRD AVENUE NEW YORK NY 10022 |
| RBS SECURITIES INC. | TRANSFEROR: PACIFIC INTERNATIONAL FINANCE LIMITED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| SHAM KIN TONG & HUNG MAN YEE PAULINE | TOWER 10, FLAT C, 27/FLOOR VISTA PARADISO 2 HANG MING STREET MA ON SHAN SHATIN, N.T. HONG KONG |
| UBS AG | TRANSFEROR: CREDIT SUISSE BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |

Total Number of Records Printed    22

EPIQ BANKRUPTCY SOLUTIONS, LLC