WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                                                  :
In re                                            :   Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,           :   08-13555 (JMP)
                                                 :
                Debtors.                         :   (Jointly Administered)
                                                 :
                                                 :
------------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT**
**OF THE THREE HUNDRED TWENTY-NINTH OMNIBUS**
**OBJECTION TO CLAIMS (MISCLASSIFED CLAIMS) AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing to consider the Three Hundred Twenty-Ninth Objection to Claims (misclassified claims) [ECF No. 29324] that was scheduled for August 23, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit 1, to September 27, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

Dated: August 21, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Lehman Brothers Holdings Inc. and certain of its affiliates

US_ACTIVE:\44078338\1\58399.0011

## **Exhibit 1**

| Claimant | Claim Number |
|---|---|
| Theresa J. Carpenter | 67688 |
| Karen M. Simon Krieger | 18087 |
| Andrew Weber | 66938 |
| Andrew Weber | 66940 |