EXHIBIT A-2

FORM OF NOTICE OF TRANSFER AND EVIDENCE OF TRANSFER OF CLAIM

**Form 210A (10/06)**

United States Bankruptcy Court

**SOUTHERN DISTRICT OF NEW YORK**

In re LEHMAN BROTHERS HOLDINGS INC,    Case No. 08 - 13555 (JMP) JOINTLY ADMINISTERED

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Barclays Bank PLC** | **Ampersand Investments (UK) Limited** |
| Name of Transferee | Name of Transferor |

Court Claim # (if known):    27876

Amount of Claim:    USD185,169,176.59

Date Claim Filed:    September 22, 2009

Name and Address where notices to transferee should be sent:

Barclays Bank PLC
5 The North Colonnade
Canary Wharf, London E14 4BB
scott.barnett@barclays.com

Phone: +44 207 773 3914
Last Four Digits of Acct #:

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

Bank accounts details of Transferee

Bank Name: Barclays Bank PLC
Swift: BARCGB22
Sort Code: 20-00-52
Account Number: 58088306

- 25 -

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: : _____          Date: _16 August 2012
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S C. §1152 & 3571.

## EVIDENCE OF TRANSFER OF LBHI CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **AMPERSAND INVESTMENTS (UK) LIMITED** ("Seller") has unconditionally and irrevocably sold, transferred and assigned to **BARCLAYS BANK PLC** ("Buyer") all of Seller's rights, title and interest in and to Seller's claim (which has been assigned proof of claim no. 27876) (the "Claim") against Lehman Brothers Holdings Inc. ("Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall hereafter be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 16th day of ~~July,~~ August 2012.

SELLER:                                             BUYER:

**AMPERSAND INVESTMENTS (UK) LIMITED**              **BARCLAYS BANK PLC**

_____                           _____
Name:   DREW PRICE                                  Name:
Title:  DIRECTOR                                    Title:

## EVIDENCE OF TRANSFER OF LBHI CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **AMPERSAND INVESTMENTS (UK) LIMITED** ("Seller") has unconditionally and irrevocably sold, transferred and assigned to **BARCLAYS BANK PLC** ("Buyer") all of Seller's rights, title and interest in and to Seller's claim (which has been assigned proof of claim no. 27876) (the "Claim") against Lehman Brothers Holdings Inc. ("Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall hereafter be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 16th day of August, 2012.

SELLER:

**AMPERSAND INVESTMENTS (UK) LIMITED**

Name:

Title:

BUYER:

**BARCLAYS BANK PLC**

Name: J. BARNETT

Title: VICE PRESIDENT

- 27 -