# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.    Case No. 08-13555 (JMP) (Jointly Administered)

### PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Caspian Focused Credit L Fund, L.P. | JPMorgan Chase Bank, N.A. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Caspian Focused Credit L Fund, L.P.
500 Mamaroneck Avenue
Harrison, NY 10528

and

767 Fifth Avenue, 45th Floor
New York, NY 10153

Attn: Susan Lancaster
Tel. (914) 798-4241
Email: susan@caspianlp.com

Attn: Kelly Murphy
Tel (212) 826-7534
Email: Kelly@caspianlp.com

Last Four Digits of Acct. #: _____

Court Claim # (if known): 22219

Amount of Claim Transferred: $10,000,000.00, plus all accrued interest, fees and recoveries due thereon

Date Claim Filed: September 21, 2009

Phone:
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Caspian Focused Credit L Fund, L.P.

By: _____    Date: 8/22/12
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

530-334/COURT/3515838.1

# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.　　　　Case No. 08-13555 (JMP) (Jointly Administered)

**PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIM 22219 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim other than for Security in the Clerk's office of this court on　　　　.

| JPMorgan Chase Bank, N.A. | Caspian Focused Credit L. Fund, L.P. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| c/o J.P. Morgan Securities<br>Mail Code: NY1-M138<br>383 Madison Avenue, Floor 37<br>New York, New York 10179<br>Attn: Jeffrey L. Panzo<br>Tel: (212) 834-5857<br>Email: Jeffrey.L.Panzo@jpmorgan.com | Caspian Focused Credit L Fund, L.P.<br>500 Mamaroneck Avenue<br>Harrison, NY 10528<br><br>and<br><br>767 Fifth Avenue, 45th Floor<br>New York, NY 10153<br><br>Attn: Susan Lancaster<br>Tel. (914) 798-4241<br>Email: susan@caspianlp.com<br><br>Attn: Kelly Murphy<br>Tel (212) 826-7534<br>Email: Kelly@caspianlp.com |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT

530-334/COURT/3515838.1

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO:  JPMORGAN CHASE BANK, N.A.

**JPMorgan Chase Bank, N.A.** ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Caspian Focused Credit L Fund, L.P.**, having offices located at 500 Mamaroneck Avenue, Harrison, NY 10528 ("**Buyer**"), all right, title and interest in and to the claims of Seller against Lehman Commercial Paper Inc. in the amount of **$10,000,000**, docketed as Claim No. 22219 (the "**Claim**") in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 22 day of August, 2012.

| JPMORGAN CHASE BANK, N.A. | CASPIAN FOCUSED CREDIT L FUND, L.P. |
|---|---|
| By: _____ <br> Name: Peter Schoepe <br> Title: Authorized Signatory | By: _____ <br> Name: Richard D. Holahan JR. <br> Title: Authorized Signatory |