WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
**In re**                                                         :   **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :   **08-13555 (JMP)**
                                                                  :
                    Debtors.                                      :   **(Jointly Administered)**
                                                                  :
                                                                  :
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS' OBJECTION TO CERTAIN CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO <u>NORDDEUTSCHE LANDESBANK GIROZENTRALE</u>

**PLEASE TAKE NOTICE** that the hearing on Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) (the "<u>Objection</u>"), that was scheduled for January 20, 2011, at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued Derivative Claims to August 23, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned, solely with respect to the claims listed on Exhibit A attached hereto, to September 27, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "<u>Hearing</u>"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\44079724\1\58399.0011

Dated: August 22, 2012
      New York, New York

                /s/ Robert J. Lemons
                Robert J. Lemons
                Penny P. Reid
                Ralph Miller
                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Lehman Brothers Holdings Inc.
                and Certain of Its Affiliates

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Norddeutsche Landesbank Girozentrale | 15757 |
| Norddeutsche Landesbank Girozentrale | 15758 |