WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert Lemons
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                                           :
In re                                                      :   Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,                     :   08-13555 (JMP)
                                                           :
                        Debtors.                           :   (Jointly Administered)
                                                           :
                                                           :
-----------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF THE OBJECTION TO CERTAIN CLAIMS**
**(VALUED DERIVATIVE CLAIMS) AS TO THE NEXEN ENTITIES**

**PLEASE TAKE NOTICE** that the hearing on the Two Hundred Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was scheduled for November 30, 2011 at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued Derivative Claims to August 23, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to September 27, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\44079731\1\58399.0011

Dated: August 22, 2012
      New York, New York

/s/ Robert Lemons
Robert Lemons
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

# Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Nexen Marketing | 17152 |
| Nexen Marketing | 27642 |
| Nexen Marketing Transferor: Nexen Marketing Singapore Pte Ltd. | 17153 |
| Nexen Marketing Transferor: Nexen Marketing Singapore Pte Ltd. | 27641 |
| Nexen Marketing Transferor: Nexen Energy Marketing Europe Limited | 17154 |
| Nexen Marketing Transferor: Nexen Energy Marketing Europe Limited | 18830 |

US_ACTIVE:\44079731\1\58399.0011