David F. Heroy
Baker & McKenzie LLP
One Prudential Plaza
300 East Randolph Street, Suite5000
Chicago, Illinois 60601
Phone: (312) 861-8000
Fax: (312) 698-2370

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | |

**MOTION TO WITHDRAW AS ATTORNEY AND REQUEST FOR REMOVAL FROM ECF SERVICE**

**PLEASE TAKE NOTICE** that undersigned counsel, David Heroy, individually requests to withdraw as attorney and be removed from the ECF and any other service list in this case. Please note that no other attorneys from Baker & McKenzie LLP should be removed from any ECF notification or any other service list in this case.

Dated: August 22, 2012

/s/ David Heroy
David F. Heroy
Baker & McKenzie LLP
300 East Randolph Street, Suite5000
Chicago, Illinois 60601
Phone: (312) 861-8000
Fax: (312) 698-2370

Counsel to Presbyterian SeniorCare
Counsel to Longwood