WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Case No.** |
| **LEHMAN BROTHERS INC.,** | : | |
| | : | **08-01420 (JMP) (SIPA)** |
| **Debtor.** | : | |

-------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR CLAIMS HEARING ON AUGUST 23, 2012 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable, James
M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling
Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

1.    Motion for Authorization to Settle Certain Prepetition Derivatives Contracts with Trusts for which Deutsche Bank National Trust Company Serves as Indenture Trustee and Related Relief **[ECF No. 29611]**

Response Deadline:    August 17, 2012 at 4:00 p.m.

Related Documents:

A.    Declaration of Daniel Ehrmann in Support of Motion **[ECF No. 30275]**

B.    Declaration of Melissa Rossiter in Support of Motion **[ECF No. 30289]**

Status:  This matter is going forward on an uncontested basis.

2.    One Hundred Twelfth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 15014]**

Response Deadline:    April 13, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit 1.

Related Documents:

A.    Order Granting Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 16342]**

B.    Supplemental Order Granting Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 17358]**

C.    Notice of Filing of Stipulation and Order Between Lehman Brothers Holdings Inc. and Banque Cantonale Du Valais Regarding Certain Claims **[ECF No. 30291]**

Status: This matter is going forward on an uncontested basis solely with respect to certain claims of Banque Cantonale du Valais.  A stipulation will be presented at the hearing.

3.    Debtors' Three Hundred Twenty-First Omnibus Objection to Claims (Amended and Superseded Claims) **[ECF No. 29293]**

Response Deadline:    August 9, 2012 at 4:00 p.m.

2

Status:  This matter is going forward on an uncontested basis.

## II.    RSU RELATED MATTERS:

4.    Motion to Establish and Implement Procedures in Connection with Omnibus Objections to Reclassify Proofs of Claim as Equity Interests, with proposed Order Establishing Discovery Procedures in Connection with Omnibus Objections to Reclassify Proofs of Claim as Equity Interests **[ECF No. 29899]**

Response Deadline:    August 16, 2012 at 4:00 p.m.

Related Documents:    None.

Status:  This matter is going forward on an uncontested basis.

5.    Motion to Certify a Class of RSU and CSA Claimants, Appoint Class Counsel and Class Representatives, and Approve the Form and Manner of Notice **[ECF No. 29256]**

Response Deadline:    August 9, 2012

Response Received:

A.    LBHI's Objection to Motion **[ECF No. 29924]**

Related Document:

B.    Reply of Claimants Michael K. McCully and Michael J. Mullen in Support of Motion to Certify a Class of RSU and CSA Claimants Named in 313th and 319th Omnibus Objections **[ECF No. 30142]**

Status:  This matter is going forward on a contested basis.

6.    Three Hundred Thirteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF Nos. 28433]**

Response Deadline:    July 6, 2012 at 4:00 p.m.

Adjourned Responses:  See Exhibit 2.

Related Documents:

A.    Motion to Certify a Class of RSU and CSA Claimants, Appoint Class Counsel and Class Representatives, and Approve the Form and Manner of Notice to Class Members **[ECF No. 29256]**

B.    Joinder to Class Certification Motion **[ECF No. 29279]**

3

    C.    Notice of Amendment to Exhibit A **[ECF No. 29342]**

Status:  This matter is proceeding on an uncontested basis with respect to all claims except for the claims listed on Exhibit 2, for which the hearing has been adjourned to September 27, 2012 at 10:00 a.m.

7.    Three Hundred Nineteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF Nos. 28777]**

Response Deadline:    July 16, 2012 at 4:00 p.m.

Adjourned Responses:  See Exhibit 3.

Status:  This matter is proceeding on an uncontested basis with respect to all claims except for the claims listed on Exhibit 3, for which the hearing has been adjourned to September 27, 2012 at 10:00 a.m.

## SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS

### III.   UNCONTESTED MATTER:

8.    Trustee's Motion for Authorization to Sell Shares of Navigator Holdings, Ltd. and Related Relief **[LBI ECF No. 5220]**

Response Deadline:    August 16, 2012 at 4:00 p.m., extended by agreement for a certain party to August 21, 2012 at 5:00 p.m.

Responses Received:  None.

Related Document:

    A.    Notice of Revised Proposed Order **[LBI ECF No. 5247]**

Status: This matter is going forward.

### IV.   ADJOURNED MATTERS:

9.    Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13230]**

Response Deadline:    January 5, 2011 at 4:00 p.m.

Resolved Response:

    A.    Response of Norddeutsche Landesbank Girozentrale **[ECF No. 13794]**

4

Related Documents:

>B.    Order Granting Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 15601]**

>C.    Supplemental Order Granting Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13230]**

>D.    Second Supplemental Order Granting Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 29540]**

Status: The Adjourned Response has been adjourned to September 27, 2012 at 10:00 a.m.

10.    Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 14492]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Response:

>A.    Response of Deutsche Bank National Trust Company **[ECF No. 17879]**

Related Documents:

>B.    Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 14502]**

>C.    Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Claim Nos. 16353 and 16389 **[ECF No. 25371]**

>D.    Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Certain Claims **[ECF No. 26901]**

Status:  The hearing on the objection to the claims identified on Exhibit 4 has been adjourned to September 27, 2012 at 10:00 a.m.

11.    Debtors' One Hundred Twenty Fifth Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 16079]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

5

Adjourned Response:

     A.     Response of Wilmington Trust Company **[ECF No. 17886]**

Related Document:

     B.     Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 16080]**

Status:  The hearing on the objection to the claims identified above has been adjourned to September 27, 2012 at 10:00 a.m.

12.    Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16865]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Status:  The hearing for Claim Nos. 12589 and 12590 has been adjourned to September 27, 2012.

13.    Debtors' Two Hundred Thirteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20102]**

Response Deadline:    November 11, 2011 at 4:00 pm.

Related Document:

     A.     Reply of Lehman Brothers Holdings Inc. **[ECF No. 27540]**

Status:  The hearing on the objection to the claims identified on Exhibit 5 have been adjourned *sine die*.

14.    Debtors' Two Hundred Fourteenth Omnibus Objection to Disallow And Expunge Certain Filed Proofs of Claim **[ECF No. 20103]**

Response Deadline:    November 11, 2011 at 4:00 pm.

Related Document:

     A.     Reply of Lehman Brothers Holdings Inc. **[ECF No. 27541]**

Status:  The hearing on the objection to the claims identified on Exhibit 6 have been adjourned *sine die*.

US_ACTIVE:\44077610\3\58399.0008

15.    Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20104]**

Response Deadline:    November 11, 2011 at 4:00 pm.

Related Document:

A.    Reply of Lehman Brothers Holdings Inc. **[ECF No. 27542]**

Status:  The hearing on the objection to the claims identified on Exhibit 7  have been adjourned *sine die.*

16.    Debtors' Two Hundred Sixteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim **[ECF No. 20105]**

Response Deadline:    November 11, 2011 at 4:00 pm.

Related Document:

A.    Reply of Lehman Brothers Holdings Inc. **[ECF No. 27543]**

Status:  The hearing on the objection to the claims identified on Exhibit 8 have been adjourned *sine die.*

17.    Debtors' Two Hundred Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 20787]**

Response Deadline:    November 11, 2011 at 4:00 p.m.

Related Documents:

A.    Order Granting Debtors' Two Hundred Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 22954]**

B.     Supplemental Order Granting Debtors' Two Hundred Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 27623]**

Status:  The claims of Nexen Marketing (Claim Nos. 17152 and 27642); Nexen Marketing Singapore Pte Ltd. (Claim Nos. 17153 and 27641); and Nexen Energy Marketing Europe Limited (Claim Nos. 17154 and 18830) have been adjourned to September 27, 2012 at 10:00 a.m.

18.    Debtors' Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 20886]**

Response Deadline:    November 17, 2011 at 4:00 p.m.

US_ACTIVE:\44077610\3\58399.0008

Status:  The hearing for Claim Nos. 25006, 25009, 32089, and 32101 has been adjourned to September 27, 2012.

19.     Three Hundred Fourth Omnibus Objection to Claims (Duplicate Derivatives Claims) **[ECF No. 27875]**

Response Deadline:    June 14, 2012 at 4:00 p.m.

Status:  The hearing on the objection to the claims identified on Exhibit 9 have been adjourned to the hearing schedule for September 27, 2012.

20.     Debtors' Three Hundred Fifth Omnibus Objection to Claims (Duplicative Claims) **[ECF No. 28412]**

Response Deadline:    July 6, 2012 at 4:00 p.m.

Adjourned Response:

     A.      Response of Bank Leumi le-Israel, Ltd. **[ECF No. 29397]**

Related Documents:

     B.      Notice of Adjournment **[ECF No. 29473]**

     C.      Notice of Adjournment **[ECF No. 30127]**

Status:  The hearing on the Objection to Claim No. 28333 of Bank Leumi le-Israel, Ltd. has been adjourned *sine die*.

21.     Three Hundred Sixth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 28422]**

Response Deadline:    July 6, 2012 at 4:00 p.m.

Adjourned Response:

     A.      Response of Fedor & Fedor **[ECF No. 29008, 29626**]

Related Documents:

     B.      Notice of Adjournment **[ECF No. 29345]**

     C.      Notice of Withdrawal **[ECF No. 29478]**

     D.      Order Granting Three Hundred Sixth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 29553]**

     E.      Notice of Adjournment **[ECF No. 29974]**

US_ACTIVE:\44077610\3\58399.0008

Status:  The hearing on the Objection to claim no. 8767 of Contrarian Funds, LLC has been adjourned *sine die*.

22.     Three Hundred Fifteenth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 28438]**

Response Deadline:     July 6, 2012 at 4:00 p.m.

Related Documents:

      A.     Notice of Adjournment **[ECF No. 29380]**

      B.     Order Granting Three Hundred Fifteenth Omnibus Objection to Claims (Employment-Related Claims) **[ECF No. 29560]**

      C.     Notice of Adjournment **[ECF No. 30027]**

Status:  The hearing on the Objection to claim nos. 34234 of Charles C. Moore and 34235 of Edward Park has been adjourned to September 27, 2012.

23.     Three Hundred Seventeenth Omnibus Objection to Claims (No Liability LBL Employee Claims) **[ECF No. 28441]**

Response Deadline:     July 6, 2012 at 4:00 p.m.

Status:  The hearing for Claim No. 12755 has been adjourned to September 27, 2012.

24.     Three Hundred Eighteenth Omnibus Objection to Claims (Partnership Claims) **[ECF No. 28442]**

Response Deadline:     July 6, 2012 at 4:00 p.m.

Status:  This matter is adjourned to September 27, 2012 at 10:00 a.m.

25.     Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. **[ECF No. 20087]**

Response Deadline:     October 17, 2011 at 4:00 p.m.

Adjourned Response:

      A.     Response of Syncora Guarantee, Inc. **[ECF No. 20915]**

Related Documents:   None.

US_ACTIVE:\44077610\3\58399.0008

Status:  The hearing on the objection to the claim identified above has been adjourned to September 27, 2012 at 10:00 a.m.

26.     Debtors' Objection to Proof of Claim No. 67735 Filed by Citigroup Global Markets, Inc. **[ECF No. 27863]**

Response Deadline:    June 13, 2012 at 4:00 p.m.

Related Document:

A.     Ordered Stipulation, Agreement and Order Signed Regarding Certain Claims **[ECF No. 30024]**

Status:  The hearing on the objection to the claim identified above has been adjourned to September 27, 2012 at 10:00 a.m.

## V.     **WITHDRAWN MATTER:**

27.     Motion to Permit Filing of Supplemental Affirmations in Opposition to Debtors' 313th and 319th Omnibus Objections to Claims **[ECF No. 29938]**

Response Deadline:    August 16, 2012

10

Related Document:

A.    Stipulation Regarding Motion to Permit Filing of Supplemental Affirmations **[ECF No. 30253]**

Status:  This matter has been withdrawn.

Dated:  August 22, 2012
        New York, New York

                                    /s/ Robert J. Lemons
                                    Robert J. Lemons
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone:  (212) 310-8000
                                    Facsimile:   (212) 310-8007

                                    Attorneys for Lehman Brothers Holdings Inc.
                                     and Certain of Its Affiliates

Dated:  August 22, 2012
        New York, New York

                                    /s/ Jeffrey S. Margolin
                                    James B. Kobak, Jr.
                                    Jeffrey S. Margolin

                                    HUGHES HUBBARD & REED LLP
                                    One Battery Park Plaza
                                    New York, New York 10004
                                    Telephone: (212) 837-6000
                                    Facsimile: (212) 422-4726

                                    Attorneys for James W. Giddens, Trustee for
                                    the SIPA Liquidation of Lehman Brothers Inc.

11

Exhibit 1

(**One Hundred Twelfth** Omnibus Objection to Claims
(No Liability Claims) **[ECF No. 15014]** - Adjourned Responses)

US_ACTIVE:\44077610\3\58399.0008

| CLAIMANT NAME | CLAIM NO. | ECF NO. |
|---|---|---|
| INVESTERINGSSELSKABET AF 11.12.1990 APS | 47330, 47331 | 16240, 16238, 17541, 17542 |
| LUCIA DEL CAMPO | 37187 | N/A |
| BANQUE CANTONALE DU VALAIS | 58531, 58540, 58549, 58519, 58496, 58502, 58494, 58537, 58516, 58506, 58550, 58517, 58523, 58500, 58515, 58526, 58605, 58513, 58520, 58557, 58548, 58524, 58495, 58603, 58509, 58529, 58556, 58554, 58604, 58525, 58514, 58504, 58521, 58547, 58510, 58522, 58530, 58507, 58518, 58498, 58499, 58543, 58505, 58538, 58512, 58527, 58497, 58546, 58551, 58508, 58555, 58553, 58542, 58541, 58536, 58539, 58545, 58501, 58552, 58528, 58511, 58544 | 16905 |

US_ACTIVE:\44077610\3\58399.0008

Exhibit 2

(**Three Hundred Thirteenth** Omnibus Objection to Claims
(To Reclassify Proofs of Claim as Equity Interests) **[ECF Nos. 28433]** - Adjourned Responses)

US_ACTIVE:\44077610\3\58399.0008

| **CLAIMANT NAME** | **CLAIM NO.** |
|---|---|
| CRAIG O. BENSON | 2136 |
| PAOLA BIRASCHI | 34980 |
| KAREN H. BREWER | 11297 |
| WILLIAM BROADBENT | 65126 |
| DAVID J. BROOKS | 34559 |
| MICHAEL COLLIER | 11588 |
| JOSEPH G. D'AMADEO | 19076 |
| NESTOR E. DE JESUS | 34492 |
| JOHN J. DMUCHOWSKI | 34401 |
| STEVEN ENGEL | 15255 |
| LOUISE GOLDBERG | 19518 |
| ADRIAN T. GRAVES | 24498 |
| SANDRA M. HAHN-COLBERT | 34727 AND 34728 |
| PETER HORNICK | 66971 |
| NICHOLAS P. HOWARD | 28279 |
| ARTHUR J. KENNEY | 67880 |
| HARRIET CHAN KING | 34546 |
| SARAH J. LEWIS | 8812 |
| PATRICIA M. LUKEN | 22763 |
| MICHAEL K. MCCULLY | 65949 |
| HUGH MCGEE | 31081 |
| MICHAEL J. MULLEN | 27599 |

US_ACTIVE:\44077610\3\58399.0008

| **CLAIMANT NAME** | **CLAIM NO.** |
|---|---|
| IAN A. NEVILLE | 31678 |
| HELMUT OLIVIER | 14855 |
| MARTIN PATTERSON | 16289 |
| MICHAEL J. PETRUCELLI | 5770 |
| ALVARO SANTODOMINGO MARTELL | 19947 |
| BRIAN SEWARD | 11590 |
| ROSS B. SHAPIRO | 31374 |
| MARGARET E. SMITH | 11054 |
| STEPHEN J. SNELLING | 8813 |
| PIERLUIGI VOLINI | 25900 |
| PETER WARD | 9915 |
| JEFFREY WECKER | 29718 |
| TIMOTHY B. WILKINSON | 34829 |

US_ACTIVE:\44077610\3\58399.0008

Exhibit 3

(**Three Hundred Nineteenth** Omnibus Objection to Claims
(To Reclassify Proofs of Claim as Equity Interests) **[ECF Nos. 28777]** - Adjourned Responses)

US_ACTIVE:\44077610\3\58399.0008

| **CLAIMANT NAME** | **CLAIM NO.** |
|---|---|
| JULIAN IRAGORRI | 64991 |
| TAL LEV ARI | 65858 |
| LAWRENCE B. MCCARTHY | 66392 |
| JACK L. RIVKIN | 66375 |

US_ACTIVE:\44077610\3\58399.0008

Exhibit 4

(**Ninety-Seventh** Omnibus Objection to Claims
(Insufficient Documentation) **[Docket No. 14492]** – Adjourned Matters)

19

US_ACTIVE:\44077610\3\58399.0008

| **CLAIMANT NAME** | **CLAIM NO.** |
|---|---|
| BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASALLE BANK, N.A. | 25648 |
| U.S. BANK NATIONAL ASSOCIATION, AND U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE TRANSFEROR:  BANK OF AMERICA, NATIONAL ASSOCIATION[1] | 15989, 15992, 15993, 15994, 15995, 15996, 16357, 16358, 16359, 16361, 16363, 16367, 16378, 16380, 16381, 16383, 16387, 16388, 16416, 16418, 24349, 24582, 25654 |
| U.S. BANK NATIONAL ASSOCIATION TRANSFEROR:  BANK OF AMERICA, NATIONAL ASSOCIATION[2] | 15981, 15983, 15984, 15985, 15986, 15987, 15988, 15997, 15998, 16349, 16351, 16352, 16354, 16355, 16356, 16360, 16362, 16364, 16365, 16366, 16368, 16369, 16370, 16371, 16372, 16374, 16375, 16376, 16384, 16385, 16386, 16390, 16391, 16393, 16394, 16395, 16396, 16397, 16398, 16399, 16415, 16417, 16419, 16420, 16421, 16422, 16423, 16424, 16425, 16426, 16427, 16428 |
| DEUTSCHE BANK, NATIONAL TRUST COMPANY, AS TRUSTEE | 18542 |
| WILMINGTON TRUST COMPANY[3] | 16382 |

[1] Claims transferred by Bank of America National Association to U.S. Bank National Association and U.S. Bank National Association, as Trustee pursuant to Transfer of Claims Other Than for Security filed June 20, 2011 [Docket No. 17904].

[2] Claims transferred by Bank of America National Association to U.S. Bank National Association pursuant to Transfer of Claims Other Than for Security filed October 11, 2011 [Docket No. 20739].

[3] Claim transferred by Bank of America National Association to Wilmington Trust Company pursuant to Transfer of Claim Other Than for Security filed December 13, 2011 [Docket No. 23280].

US_ACTIVE:\44077610\3\58399.0008

Exhibit 5

(**Two Hundred Thirteenth** Omnibus Objection to Disallow and
Expunge Certain Filed Proofs of Claim **[ECF No. 20102]** - Adjourned Responses)

US_ACTIVE:\44077610\3\58399.0008

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| DOTSON INVESTMENT | 47035 |
| BANQUE POPULAIRE COTE D' AZUR | 37176 |
| ANDRES LINUESA SANCHEZ | 42390 |
| ENRIQUE VILLAGRASA MARTINEZ | 41489 |
| MRS. S.A.B. VON ROOY | 54549 |
| A.VAN WOENSEL | 52186 |
| FRANK COLE | 37020 |
| ISABEL MARIA YARNOZ DIEZ | 37668 |
| CLARA DIEZ EZCURRA | 37672 |
| HEINZ-JOACHIM ELBE | 24466 |
| MARIA AGUEDA MATEOS ESCUDERO | 46683 |
| BLAS PEREZ GARCIA | 57034 |
| ZEELAND INTERNATIONAL LIMITED | 37379 |
| FORLER CHANTAL CATHERINE | 43231 |
| GONZALO PEREZ DE GUZMAN SAN ROMAN | 50562 |
| JIMENEZ CASADO, MARIA DEL CARMEN | 41120 |
| JIMENEZ CASADO, SANTIAGO | 41121 |
| MARIA PILAR BARNUEVO VIGIL DE QUNINONES | 44436 |
| GESTION PARTICIPATIVA XXI, S.L. | 50526 |
| GENEVIEVE MARIE DEVERD | 47323 |
| INTERNATIONAL DOMESTIC BALANCED FUND | 51600 |
| FERNANDO MARTIN ANCHORENA | 55675 |

US_ACTIVE:\44077610\3\58399.0008

<u>Exhibit 6</u>

(**Two Hundred Fourteenth** Omnibus Objection to Disallow and
Expunge Certain Filed Proofs of Claim **[ECF No. 20103]** - Adjourned Responses)

US_ACTIVE:\44077610\3\58399.0008

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| BANQUE POPULAIRE COTE D' AZUR | 37175 |
| GRACE SIN YU FUNG | 36560 |
| LIONEL DARDO OCCHINONE | 47474 |
| IP LAM SANG & TSE SIU MUI | 45386 |
| UBS AG [RESPONSE FILED BY NIKESH DARYANI, NEELAM DARYANI, PARASRAM DARYANI, AND VIKAS DARYANI, AS BENEFICIAL HOLDERS] | 36634, 36639 |
| KLAUS PETER SAUER | 34579 |
| ADVENTIST UNION LIMITED | 40232 |
| ATIL BIROL | 10985 |
| SYLVIA GARCIA PASTORI | 36815 |
| JUAN ENRIQUE LLOVET GARCIA | 36808 |
| MARIA DOLORES LLOVET GARCIA | 36810 |
| MARIA ISABEL LLOVET GARCIA | 36806 |
| JAUN ENRIQUE LLOVET RUBIO | 36809 |
| MARIA DOLORES LLOVET GARCIA | 36807 |
| ALBERTO BORRINO | 41133 |
| EDUARDO RAFAEL SCHIARITI | 36819 |
| AMR SAMIR MOHAMED ZAKI ABDEL KADER | 36674 |
| MIDDLE EAST SHIPPING | 44060 |
| WONG HUNG YING | 43442 |
| MARGARITA ROLDOS | 36818 |
| MARGARITA MICHELINI | 36811 |

24

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| JORGE ROLDOS | 36814 |
| CAROLINA DE BAEREMAECKER | 36813 |
| MIRTA BESSIO | 47444 |
| DANIEL NEMOY | 36817 |
| TAK CHUNG J, TONG YUK KWAN | 47294 |
| LUNG WING MAN VIRGINIA | 47296 |
| FERNANDO MARTIN ANCHORENA | 55675 |
| WILHELM KRAEMER | 41222 |
| WING LUNG BANK LTD ON BEHALF OF TIMY LAM YIK PING & ELAINE LI YUET LING | 45202 |
| A CHEUNG FAN KIT LING | 41254 |
| LIN WEN YEN AND LIN-CHOU CHIANG HUA | 41316 |
| ROSA TE CHEN | 40968 |
| CARIDAD AND ALLEN ANTONIO TAN | 45610 |
| CHARLES AND PATTY TU | 55003 |
| BLOOMINGDALE'S INT VENT LTD. | 45086 |
| BUOYANG HILL CORPORATION | 45682 |
| PETER AND ROSE CHAN | 41639 |
| CHINA UNIQUE HOLDINGS LTD | 40813 |
| CHIPHAR CORPORATION | 40814 |
| LEE, TSU-SHIU AND LEE, YEN SHU MEEI | 42343 |
| LUMINANCE VENTURES LTD | 40810 |
| MATRIX CONTROL | 40812 |

US_ACTIVE:\44077610\3\58399.0008

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| MM2275 CO. LTD. | 40397 |
| PINKY LIMITED | 42614 |
| RIDGECREST HOLDINGS LTD | 46589 |
| BAMBANG/ LAU HA CHUN SUGIARTO | 36650 |
| SUWANG-SUN CO LTD | 40811 |
| YETTI LTD. | 40541 |
| SHYH-AN SU AND SHIOUW-CHIN SU LUO | 40346 |
| MANUEL AVELINO ORNELAS | 43259 |
| RAFAEL ALONSO VERTIZ | 47459 |

US_ACTIVE:\44077610\3\58399.0008

Exhibit 7

(**Two Hundred Fifteenth** Omnibus Objection to Disallow
and Expunge Certain Filed Proofs of Claim **[ECF No. 20104]** - Adjourned Responses)

27

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| LLOYDS TSB BANK PLC (GENEVA BRANCH) | 55515; 55517 |
| LAMITA JABBOUR | 56189 |
| ALBERTO BENSION AND ZULEMA MALLO | 47495 |
| ANDRES BENSION HALLO | 47496 |
| JAMIE H. MURCIA | 67453 |
| ALEJANDRO DIEGO DUARTE | 61645 |
| ROSA MARIA CALZADA REBOLLEDO & CLAUDIA ELENA SHARPE CALZADA | 56936 |
| ERNESTO JAVIER ALMADA GONZALEZ & ANA MARIA GOMEZ MUNDO | 51285 |
| FRANCISCO OROZCO COVARRUBIAS | 51092 |
| MONICA DIAZ CLARK | 49486 |
| ALICIA GONZALEZ, RUBEN GARCIA CONZALEZ, & ENRIQUE G. GARCIA | 51597 |
| OCTAVIO VELASCO RUVALCABA, MARGARITA SEVILLA, & OCTAVIO VELASCO SEVILLA | 50683 |
| HECTOR CASTELLANOS RAMIREZ & LILLIAN FRANK DE CASTELLANOS | 50682 |
| ETHELA M. GUZMAN ALDANA | 51091 |
| GERARDO ARMANDO VIDRIO CHAVEZ | 56046 |
| GERARDO ARMANDO VIDRIO CHAVEZ | 57713 |
| JAIME HERNANDEZ GALLEGO & REGINA HERNANDEZ TERCERO | 50393 |
| TAHRA HOLDINGS | 57049 |
| MA. DE LA PAZ GOMEZ FLORES, MA. DEL REFUGIO GOMEZ FLORES, SALVADOR GOMEZ FLORES | 56949 |

28

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| HERMINIA CASTANEDA SANROMAN & SILVIA H. RAMIREZ CASTANEDA | 50842 |
| DAVID JESUS ALPIZAR CARRILLO & MARISSA NAVARRETE SIERRA | 49481 |
| JOSE FRANCISCO D'LUNA CANTON, VERONICA V. D'LUNA ASCENCIO, CYNTHIA P. D'LUNA ASCENCIO, LILIANA ASCENCIO DE LUNA, JACQUELINE I. D'LUNA ASCENCIO | 65592 |
| PATRICIA DE GUADALUPE PARAMO & JOSE MA DE LOS ANGELES OLIVEROS | 65675 |
| GEORGINA MARGARITA GONZALEZ | 49490 |
| JOSE RICARDO ALCALA LUNA, ANA MARIA OCAMPO FLORES | 56480 |
| JANUS SYSTEMS S.A. | 55211 |
| ANTONIA BRICENO VARGAS & PATRICIA DE LA R. DE BRINCENO | 49488 |
| JOSEFINA FLORES OCHOA & SERGIO LEAL FLORES | 64860, 64859, 64861 |
| EDUARDO CAMERENA PADILLA, MA DE LA LUZ CAMARENA PADILLA | 56943 |
| ROSA EVELIA CAMARENA PADILLA & MA DE LA LUZ CAMARENA PADILLA | 56944, 56945 |
| SOCORRO CAMARENA PADILLA & MA DE LA LUZ CAMARENA PADILLA | 56942 |
| ANA MARIA PRECIAT DE MENENDEZ | 51128 |
| GREGORIO BLASCO MARTIN & NATIVIDAD MARTINEZ FARCIA | 60503 |
| ANTONIO WALKER TOUCHE IRMA OLVERA DE WALKER | 50394 |
| JOAQUIM ARMINDO SANTOS GRADIM | 61429 |
| JORGE SAEZ CONCEPCION | 60501 |

US_ACTIVE:\44077610\3\58399.0008

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| TACTICS LIMITED | 54791 |
| CHARLES AND PATTY TU | 55003 |

US_ACTIVE:\44077610\3\58399.0008

Exhibit 8

(**Two Hundred Sixteenth** Omnibus Objection to Disallow and
Expunge Certain Filed Proofs of Claim **[ECF No. 20105]** - Adjourned Responses)

US_ACTIVE:\44077610\3\58399.0008

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| BANK OF VALLETTA PLC | 58114 |
| HSBC PRIVATE BANK (SUISSE) SA [RESPONSE FILED BY WONG CHIN PANG ALEX, A BENEFICIAL HOLDER] | 56671 |
| BANQUE PRIVEE EDMOND DE ROTHSCHILD S.A. | 46890 |
| BANQU SAFDIE SA | 65272 |
| S. FEIJ | 63000 |
| NIKESH DARYANI, NEELAM DARYANI, PARASRAM DARYANI, VIKAS DARYANI | 59233 |

US_ACTIVE:\44077610\3\58399.0008

Exhibit 9

(**Three Hundred Fourth** Omnibus Objection to Claims
(Duplicate Derivatives Claims) **[ECF No. 27875]** - Adjourned Responses)

33

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| AVIVA ASSICURAZIONI S.P.A | 18174 |
| AVIVA ITALIA S.P.A. | 18167 |
| AVIVA LIFE S.P.A. | 18166 |
| AVIVA S.P.A. | 18173 |
| AVIVA VITA S.P.A. | 18168 |
| RUBY FINANCE PLC SERIES 2007-2 | 55570 |

US_ACTIVE:\44077610\3\58399.0008