B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,    Case No. 08-13555(JMP)
                                                                              (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| PBC 1 Ltd. | Paulson & Co. Inc |

Name and Address where notices to transferee should be sent:

PBC 1 Ltd.
c/o Paulson & Co. Inc
1251 Ave. of the Americas, 50th Fl
New York, NY 10020
Fax: 212-977-9505
Email: Paul_ops@paulsonco.com, James.Olivo@paulsonco.com

Court Claim # (if known): 17269
Claim Amount: $93,907,499.66
Amount Transferred: $93,907,499.66
Date Claim Filed: 09/18/2009
Debtor against claim filed: Lehman Brothers Holdings Inc.

With a copy to:
Robert Scheininger
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Wire Information:
Bank: JP Morgan Chase Bank
ABA: 021-000-021
FCT: PBC 1 Ltd.
ACCT: 110-211-360

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ____[signature]____    Date: 8/17/12
Transferee/Transferee's Agent
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 8383833v.2

EXHIBIT A
FORM OF THE EVIDENCE OF TRANSFER OF CLAIM

EVIDENCE OF TRANSFER OF CLAIM

TO:       THE DEBTOR AND THE BANKRUPTCY COURT

CASE NAME:     In re Lehman Brothers Holdings Inc., *et al*

CASE NO.       Chapter 11, Case No. 08-13555 (JMP)

CLAIM NO.      **17269**

     For value received, the adequacy and sufficiency of which are hereby acknowledged, **Paulson & Co. Inc.** ("**Assignor**") has unconditionally and irrevocably sold, transferred and assigned to **PBC 1 Ltd.** ("**Assignee**") 100% (equaling $93,907,499.66) of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("**LBHI**") (the "**Debtor**"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. **17269**) filed by BPCE, as successor to Caisses D'Epargne Particpations with the Bankruptcy Court in respect of the foregoing claim.

     Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Assignee.

     IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 17th day of August 2012.

| PBC 1 LTD | Paulson & Co. Inc. |
|---|---|
| By: _____ <br> STUART MERZER <br> Authorized Signatory | By: _____ <br> STUART MERZER <br> Authorized Signatory |