UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

| | |
|---|---|
| : | **Chapter 11** |
| **In re** : | |
| : | **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : | |
| Debtors. : | **(Jointly Administered)** |
| : | |
| : | |

-------------------------------------------------------------------------x    **Ref. Docket Nos. 30204, 30205,
30217, 30223 & 30224**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK        )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 20, 2012, I caused to be served the following:

    a)  "Notice of Adjournment *sine die* of Three Hundred Thirty-Fourth Omnibus Objection to Claims (Insufficient Documentation Claims) Solely as to Certain Claim," dated August 20, 2012 [Docket No. 30204], (the "334th Omnibus NOA"),

    b)  "Notice of Adjournment of Three Hundred Thirty-Fifth Omnibus Objection to Claims (Invalid or No Blocking Number LPS Claims) Solely as to Certain Claim," dated August 20, 2012 [Docket No. 30205], (the "335th Omnibus NOA"),

    c)  "Notice of Adjournment of Debtors' Three Hundred Fourth Omnibus Objection to Certain Filed Proofs of Claim Solely as to Certain Claims," dated August 20, 2012 [Docket No. 30217], (the "304th Omnibus NOA"),

    d)  "Notice of Hearing on the Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) Solely as to the Claim of Nexstar Opportunities Master Fund, Ltd.," dated August 17, 2012 [Docket No. 30223], (the "67th Omnibus NOA"), and

    e)  "Notice of Hearing on the Two Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated August 17, 2012 [Docket No. 30224], (the "232nd Omnibus NOA"),

by causing true and correct copies of the:

 i. 334th Omnibus NOA, 335th Omnibus NOA, 304th Omnibus NOA, 67th Omnibus NOA, and 232nd Omnibus NOA, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

 ii. 334th Omnibus NOA, 335th Omnibus NOA, 304th Omnibus NOA, 67th Omnibus NOA, and 232nd Omnibus NOA, to be delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

 iii. 334th Omnibus NOA, 335th Omnibus NOA, 304th Omnibus NOA, 67th Omnibus NOA, and 232nd Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

 iv. 334th Omnibus NOA, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit D</u>,

 v. 335th Omnibus NOA, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit E</u>,

 vi. 304th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit F</u>,

 vii. 67th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit G</u>, and

 viii. 232nd Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit H</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

             Panagiota Manatakis

Sworn to before me this
21st day of August, 2012

Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237815
COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agoldstein@tnsj-law.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

akornikova@lcbf.com

alum@ftportfolios.com

amarder@msek.com

amartin@sheppardmullin.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

anann@foley.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashmead@sewkis.com

asnow@ssbb.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bkmail@prommis.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cdesiderio@nixonpeabody.com

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohen@sewkis.com

colea@gtlaw.com

contact@lawofficesjje.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.heller@lw.com

david.powlen@btlaw.com

david.seligman@kirkland.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

djoseph@stradley.com

dkleiner@velaw.com

| | | |
|---|---|---|
| dkozusko@willkie.com | ezweig@optonline.net | jason.jurgens@cwt.com |
| dlemay@chadbourne.com | fbp@ppgms.com | jay.hurst@oag.state.tx.us |
| dlipke@vedderprice.com | ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| dludman@brownconnery.com | fhyman@mayerbrown.com | jbecker@wilmingtontrust.com |
| dmcguire@winston.com | foont@foontlaw.com | jbeemer@entwistle-law.com |
| dmurray@jenner.com | francois.janson@hklaw.com | jbeiers@co.sanmateo.ca.us |
| dneier@winston.com | fsosnick@shearman.com | jbird@polsinelli.com |
| dodonnell@milbank.com | fyates@sonnenschein.com | jbromley@cgsh.com |
| dove.michelle@dorsey.com | gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| dpegno@dpklaw.com | gbray@milbank.com | jchristian@tobinlaw.com |
| draelson@fisherbrothers.com | geraci@thalergertler.com | jdoran@haslaw.com |
| dravin@wolffsamson.com | ggitomer@mkbattorneys.com | jdrucker@coleschotz.com |
| drose@pryorcashman.com | ggoodman@foley.com | jdyas@halperinlaw.net |
| drosenzweig@fulbright.com | giddens@hugheshubbard.com | jean-david.barnea@usdoj.gov |
| drosner@goulstonstorrs.com | gkaden@goulstonstorrs.com | jeanites@whiteandwilliams.com |
| drosner@kasowitz.com | glenn.siegel@dechert.com | jeannette.boot@wilmerhale.com |
| dshaffer@wtplaw.com | gmoss@riemerlaw.com | jeff.wittig@coair.com |
| dshemano@pwkllp.com | gravert@ravertpllc.com | jeffery.black@bingham.com |
| dspelfogel@foley.com | gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| dtatge@ebglaw.com | guzzi@whitecase.com | jeldredge@velaw.com |
| dtheising@harrisonmoberly.com | harrisjm@michigan.gov | jen.premisler@cliffordchance.com |
| dwdykhouse@pbwt.com | harveystrickon@paulhastings.com | jennifer.demarco@cliffordchance.com |
| dwildes@stroock.com | hbeltzer@mayerbrown.com | jennifer.gore@shell.com |
| dworkman@bakerlaw.com | heim.steve@dorsey.com | jeremy.eiden@ag.state.mn.us |
| easmith@venable.com | heiser@chapman.com | jfalgowski@reedsmith.com |
| echang@steinlubin.com | hollace.cohen@troutmansanders.com | jflaxer@golenbock.com |
| ecohen@russell.com | holsen@stroock.com | jfox@joefoxlaw.com |
| efleck@milbank.com | howard.hawkins@cwt.com | jfreeberg@wfw.com |
| efriedman@fklaw.com | hseife@chadbourne.com | jg5786@att.com |
| efriedman@friedumspring.com | hsnovikoff@wlrk.com | jgenovese@gjb-law.com |
| egeekie@schiffhardin.com | hsteel@brownrudnick.com | jguy@orrick.com |
| eglas@mccarter.com | icatto@mwe.com | jherzog@gklaw.com |
| ehollander@whitecase.com | igoldstein@dl.com | jhiggins@fdlaw.com |
| ekbergc@lanepowell.com | ilevee@lowenstein.com | jhorgan@phxa.com |
| eleicht@whitecase.com | ira.herman@tklaw.com | jhuggett@margolisedelstein.com |
| eli.mattioli@klgates.com | isgreene@hhlaw.com | jim@atkinslawfirm.com |
| ellen.halstead@cwt.com | israel.dahan@cwt.com | jjoyce@dresslerpeters.com |
| emerberg@mayerbrown.com | iva.uroic@dechert.com | jjtancredi@daypitney.com |
| enkaplan@kaplanlandau.com | jacobsonn@sec.gov | jjureller@klestadt.com |
| eobrien@sbchlaw.com | james.heaney@lawdeb.com | jkehoe@btkmc.com |
| erin.mautner@bingham.com | james.mcclammy@dpw.com | jlamar@maynardcooper.com |
| eschwartz@contrariancapital.com | james.sprayregen@kirkland.com | jlawlor@wmd-law.com |
| esmith@dl.com | jamestecce@quinnemanuel.com | jlee@foley.com |
| etillinghast@sheppardmullin.com | jamie.nelson@dubaiic.com | jlevitin@cahill.com |
| ezujkowski@emmetmarvin.com | jar@outtengolden.com | jlipson@crockerkuno.com |

| | | |
|---|---|---|
| jlovi@steptoe.com | keckhardt@hunton.com | lschweitzer@cgsh.com |
| jlscott@reedsmith.com | keith.simon@lw.com | lsilverstein@potteranderson.com |
| jmaddock@mcguirewoods.com | ken.coleman@allenovery.com | lubell@hugheshubbard.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | lwhidden@salans.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | mabrams@willkie.com |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | maofiling@cgsh.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | marc.chait@sc.com |
| jmerva@fult.com | kjarashow@fklaw.com | margolin@hugheshubbard.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.bane@ropesgray.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.deveno@bingham.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.ellenberg@cwt.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | mark.hellerer@pillsburylaw.com |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | mark.sherrill@sutherland.com |
| jorbach@hahnhessen.com | korr@orrick.com | martin.davis@ots.treas.gov |
| joseph.cordaro@usdoj.gov | kovskyd@pepperlaw.com | marvin.clements@ag.tn.gov |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | matt@willaw.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | matthew.klepper@dlapiper.com |
| jowolf@law.nyc.gov | kreynolds@mklawnyc.com | maustin@orrick.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | max.polonsky@skadden.com |
| jpintarelli@mofo.com | kuehn@bragarwexler.com | mbenner@tishmanspeyer.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mberman@nixonpeabody.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mberman@nixonpeabody.com |
| jrabinowitz@rltlawfirm.com | landon@streusandlandon.com | mbienenstock@dl.com |
| jrsmith@hunton.com | lapeterson@foley.com | mbloemsma@mhjur.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mbossi@thompsoncoburn.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mcademartori@sheppardmullin.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com | mcantor@normandyhill.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mccombst@sullcrom.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mcordone@stradley.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | mcto@debevoise.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | mcyganowski@oshr.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | mdorval@stradley.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | melorod@gtlaw.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | meltzere@pepperlaw.com |
| jvail@ssrl.com | lkatz@ltblaw.com | metkin@lowenstein.com |
| jwallack@goulstonstorrs.com | lkiss@klestadt.com | mfeldman@willkie.com |
| jwang@sipc.org | lmarinuzzi@mofo.com | mgordon@briggs.com |
| jwcohen@daypitney.com | lmay@coleschotz.com | mgreger@allenmatkins.com |
| jweiss@gibsondunn.com | lmcgowen@orrick.com | mh1@mccallaraymer.com |
| jwest@velaw.com | lml@ppgms.com | mhopkins@cov.com |
| jwh@njlawfirm.com | lnashelsky@mofo.com | michael.frege@cms-hs.com |
| kanema@formanlaw.com | loizides@loizides.com | michael.kelly@monarchlp.com |
| karen.wagner@dpw.com | lromansic@steptoe.com | michael.kim@kobrekim.com |
| kdwbankruptcydepartment@kelleydrye.com | lscarcella@farrellfritz.com | michael.mccrory@btlaw.com |

michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com

notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com

rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

steven@blbglaw.com

streusand@streusandlandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

tgoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

thomas_noguerola@calpers.ca.gov

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

tunrad@burnslev.com

twheeler@lowenstein.com

ukreppel@whitecase.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

yuwatoko@mofo.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**

FAX LIST

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

PUBLIC SERVICE ELECTRIC AND GAS COMPANY
PSE&G
ATTN: NANCY OLIVERAS
PO BOX 490
CRANFORD, NJ 07016

**EXHIBIT E**

FINANCIAL SERVICES COMPENSATION SCHEME LIMITED, THE
FAI: JAMES DARBYSHIRE
7TH FLOOR, LLOYDS CHAMBERS
1 PORTSOKEN STREET
LONDON E1 8BN, UNITED KINGDOM

**EXHIBIT F**

| Claim Name | Address Information |
| --- | --- |
| AVIVA ASSICURAZIONI S.P.A. | C/O MARK SHERRILL SUTHERLAND, ASBILL & BRENNAN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |
| AVIVA ITALIA S.P.A. | C/O MARK SHERRILL SUTHERLAND, ASBILL & BRENNAN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |
| AVIVA LIFE S.P.A. | C/O MARK D. SHERRILL SUTHERLAND ASBILL & BRENNAN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |
| AVIVA S.P.A. | C/O MARK D. SHERRILL SUTHERLAND ASBILL & BRENNAN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |
| AVIVA VITA S.P.A. | C/O MARK SHERRILL SUTHERLAND, ASBILL & BRENNAN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |
| RUBY FINANCE PLC SERIES 2007-2 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC SERIES 2007-2 | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |

**Total Creditor count  7**

**EXHIBIT G**

NEXSTAR DEVELOPING OPPORTUNTIES MASTER FUND, LTD          KIRSTEN HAMRAHI
C/O SEWARD & KISSEL LLP                                   NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD.
ATTN: ARLENE R. ALVES, ESQ                               C/O NEXSTAR CAPITAL PARTNERS, LLC
ONE BATTERY PARK PLAZA                                    780 THIRD AVENUE, 14TH FLOOR
NEW YORK , NY  10017                                      NEW YORK, NY 10017

**EXHIBIT H**

SOLA LTD.
C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
ATTN: RYAN ROLFERT
410 PARK AVENUE, 11TH FLOOR
NEW YORK, NY 10022

MARK SHERRILL
SUTHERLAND ASBILL & RENNIN LLP
1275 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC   20004