# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc     Case No.   08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Jatralec Capital LLC** | **Yorvik Partners LLP** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 67247 |
| c/o Richards Kibble & Orbe<br>Attn: Larry Halperin<br>One World Financial Center<br>New York, New York 10281<br>lhalperin@rkollp.com<br>+1 212 530 1870 | Amount of Claim: 100% of the original filed claim amount which is equal to US$ 3,128,429.00<br><br>Date Claims Filed: 7 December 2010 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Yorvik Partners LLP

By: _____     Date: 01-08-2012
   Transferor/Transferor's Agent

Jatralec Capital LLC
By: Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Jatralec Capital LLC

By: _____     Date: 7-20-12
   Transferee/Tranferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.