# AFFIDAVIT OF SERVICE

## UNITED STATES BANKRUPTCY COURT
## Southern District of New York

Index Number: 08-13555 (JMP)

Date Filed: _____

RE::
**Lehman Brothers Holdings Inc.**

Received by Target Research & Investigation Corporation to be served on **The United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004**.

I, Ronald Waag, being duly sworn, depose and say that on the **17th day of August, 2012** at **3:31 pm**, I:

served **The United States Trustee** by delivering a true copy of the **Response of Logan Hotels and Resorts, Mexico, SA De CV To Debtors' Objection To Claim No. 17588** to: **Oscar Pimentel** as Authorized Clerk of/for **The United States Trustee**, at the address of: **33 Whitehall Street, New York, NY 10004**, and informed said person of the contents therein, in compliance with state statute.

**Description** of Person Served: Age: 29, Sex: M, Race/Skin Color: hispanic, Height: 5'10", Weight: 190, Hair: blk, Glasses: N

I swear that I am over the age of 18 years, am not a party to the within matter and reside in the State of New York.

Subscribed and Sworn to before me on the ____ day of _____, ____ by the affiant who is personally known to me.

NOTARY PUBLIC

HARLIN PARKER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PA4716174
Qualified in New York County
My Commission Expires June 30, 2014

Ronald Waag
1402590

**Target Research & Investigation Corporation**
233 Broadway
Suite 2065
New York, NY 10279
(212) 227-9600
Our Job Serial Number: TAR-2012000318
Ref: RE: Lehman Brothers Holdings

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5b