**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> **LEHMAN BROTHERS HOLDINGS INC.**, *et al*. <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> (Jointly Administered) |

## CERTIFICATE OF SERIVCE

**Justin T. Osborne**, pursuant to 28 U.S.C. § 1746, certifies as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler PC, counsel to Claimant, Logan Hotels and Resorts Mexico, S.A. de C.V., et al. in the above-captioned matter.

2. On August 17, 2012, I caused to be served the **Response of Logan Hotels and Resorts, Mexico, S.A. DE C.V. to Debtors' Objection to Claim No. 17588, and Declaration of Zachary d. Rosenbaum in Support of Response of Logan Hotels and Resorts, Mexico, S.A. DE C.V. et al. To Debtors' objection to Claim No. 17588** to the party listed on the annexed Exhibit "A" as indicated, by hand delivery.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 22, 2012

/s/ Justin T. Osborne
Justin T. Osborne

## **EXHIBIT A**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Jacqueline Marcus, Esq.