WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
-------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF
### THREE HUNDRED THIRTEENTH OMNIBUS
### OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS
### OF CLAIM AS EQUITY INTERESTS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Thirteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 28433] that was scheduled for August 23, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to September 27, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without

further notice other than an announcement at the Hearing.

Dated: August 22, 2012
       New York, New York

                                    /s/ Robert J. Lemons
                                    Robert J. Lemons

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Lehman Brothers
                                    Holdings Inc. and Certain of Its Affiliates

2

## Exhibit A

### Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Craig O. Benson | 2136 |
| Paola Biraschi | 34980 |
| Karen H. Brewer | 11297 |
| William Broadbent | 65126 |
| David J. Brooks | 34559 |
| Michael Collier | 11588 |
| Joseph G. D'Amadeo | 19076 |
| Nestor E. de Jesus | 34492 |
| John J. Dmuchowski | 34401 |
| Steven Engel | 15255 |
| Louise Goldberg | 19518 |
| Adrian T. Graves | 24498 |
| Sandra M. Hahn-Colbert | 34727 and 34728 |
| Peter Hornick | 66971 |
| Nicholas P. Howard | 28279 |
| Arthur J. Kenney | 67880 |
| Harriet Chan King | 34546 |
| Sarah J. Lewis | 8812 |
| Patricia M. Luken | 22763 |
| Michael K. McCully | 65949 |
| Hugh McGee | 31081 |
| Michael J. Mullen | 27599 |
| Ian A. Neville | 31678 |
| Helmut Olivier | 14855 |
| Martin Patterson | 16289 |
| Michael J. Petrucelli | 5770 |
| Alvaro Santodomingo Martell | 19947 |
| Brian Seward | 11590 |
| Ross B. Shapiro | 31374 |
| Margaret E. Smith | 11054 |
| Stephen J. Snelling | 8813 |
| Pierluigi Volini | 25900 |
| Peter Ward | 9915 |
| Jeffrey Wecker | 29718 |
| Timothy B. Wilkinson | 34829 |