# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors

Case No. 08-13555 (JMP)

Chapter 11 Case

(Jointly Administered)

## REQUEST FOR NO FUTURE ELECTRONIC NOTICE

The undersigned appeared in this proceeding on behalf of Heritage Christian Academy, and now requests that the undersigned no longer receive notices or any papers served or filed in this case, and that the undersigned be deleted from the mailing matrix.

Dated: August 22, 2012

*/e/ Kenneth Corey-Edstrom*
Kenneth Corey-Edstrom (148696)
Larkin Hoffman Daly & Lindgren Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431-1194
(952) 835-3800

Attorneys for Heritage Christian Academy

1419115.1

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors

Case No. 08-13555 (JMP)

Chapter 11 Case

(Jointly Administered)

## CERTIFICATE OF SERVICE

Under penalty of perjury, I declare that on August 22, 2012 in connection with the above-referenced matter, the following document was filed by ECF:

**REQUEST FOR NO FUTURE ELECTRONIC NOTICE**

and that ECF will send an e-notice of the electronic filing to all parties entitled to service.

Dated: August 22, 2012        */e/ Kenneth Corey-Edstrom*
                              Kenneth Corey-Edstrom

1419115.1