UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                               :    Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                    :
                    Debtors.                                  :    (Jointly Administered)
-------------------------------------------------------------------x

## ORDER GRANTING PLAN ADMINISTRATOR'S
## OBJECTION TO CLAIM FILED BY MIDDLE MOUNTAIN 156, LLC

Upon the objection, dated May 14, 2012 (the "Middle Mountain Objection"),[1] of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator (the "Plan Administrator") pursuant to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the debtors in the above referenced chapter 11 cases (the "Debtors"), pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure, seeking disallowance and expungement of the Middle Mountain Claim, all as described in the Middle Mountain Objection; and due and proper notice of the Middle Mountain Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Middle Mountain Objection is in the best interests of the Plan Administrator and all parties in interest in the above captioned chapter 11 cases and that the legal and factual bases set forth in the Middle Mountain Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Middle Mountain Objection is granted; and it is further

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Middle Mountain Objection.

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the Middle Mountain Claim, which has been assigned claim number 2974 by the Debtors' Court-appointed claims agent, is disallowed and expunged in its entirety with prejudice; and it is further

ORDERED that the Debtors' Court-appointed claims agent is authorized and directed to reflect the Middle Mountain Claim as disallowed and expunged pursuant to this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      August 23, 2012

      *s/ James M. Peck*
      Honorable James M. Peck
      United States Bankruptcy Judge