IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 335: EXHIBIT 1 – INVALID OR NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | WHITE & CASE LLP ATTN: RA MICHAEL RUETZEL BOCKENHEIMER LANDSTRASSE 20 FRANKFURT AM MAIN, 60323 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 60631[1] | Undetermined* | Invalid or No Blocking Number LPS Claim |
| | | | | | TOTAL | $0.00 | |

---

[1] Claim 60631 is being expunged solely with respect to its asserted claim, in an undetermined amount, for the securities with ISINs DE000A0LJV62, DE000A0SG1R9, and DE000A0TVPR6 and blocking numbers 2429053, 2420000, and 2009001 respectively. The remaining portion of Claim 60631 is not being expunged pursuant to this Objection and is not affected by this Objection. All rights with respect to the remaining portion of Claim 60631 are reserved.

* - Indicates claim contains unliquidated and/or undetermined amounts                              Page 1 of 1