**Exhibit 1**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 333: EXHIBIT 1 – NO GUARANTEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE<br>ATTN: TIMOTHY PILLAR, VICE PRESIDENT<br>US BANK CORPORATE TRUST SERVICES, ED-MN-WS1D<br>60 LIVINGSTON AVENUE<br>ST PAUL, MN 55107 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/09/2009 | 10997 | $3,500,000.00* | No Guarantee Claim |
| | | | | | TOTAL | $3,500,000.00 | |

* - Indicates claim contains unliquidated and/or undetermined amounts