**Exhibit 2**

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 333: EXHIBIT 2 – NO GUARANTEE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DESOTO COUNTY PARTNERS LP<br>348 ENTERPRISE DR<br>VALDOSTA, GA 31601-5169 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22128 | $124,320.26 | No Guarantee Claim |
| 2 | SMURFIT KAPPA ACQUISITIONS<br>F/K/A JSG ACQUISTITIONS<br>F/K/A MDCP ACQUISITIONS I<br>ATTN: BRENDAN GLYNN<br>BEECH HILL<br>DUBLIN, 4<br>IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15914 | $567,457.00 | No Guarantee Claim |
| | | | | | TOTAL | $691,777.26 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts