**Exhibit 1**

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 331: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | CHAPTER 11 ESTATE | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BANCO SANTANDER, S.A. TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C., ON BEHALF OF FONDO SUPERSELECCION ACCIONES 2, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 MADRID, 28660 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22247 | $2,003,031.90* | No Liability Claim – Derivative Settled |
| 2 | BANCO SANTANDER, S.A. TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.; ON BEHALF OF FONDO SUPERSELECCION ACCIONES 2, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 MADRID, 28660 SPAIN | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/21/2009 | 22257 | $2,003,031.90* | No Liability Claim – Derivative Settled |
| 3 | E.ON UK PLC ATTN: JON CORNELIUS WESTWOOD WAY WESTWOOD BUSINESS PARK COVENTRY, CV4 8LG UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 19960 | $1,119,639.00* | No Liability Claim – Derivative Settled |

\* - Indicates claim contains unliquidated and/or undetermined amounts

### IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 331: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | CHAPTER 11 ESTATE | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4 | E.ON UK PLC<br>C/O E.ON ENERGY SOLUTIONS<br>WESTWOOD WAY<br>WESTWOOD BUSINESS PARK<br>COVENTRY, CV4 8LG<br>UNITED KINGDOM | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/21/2009 | 19961 | $1,119,639.00* | No Liability Claim – Derivative Settled |
| | | | | | TOTAL | $6,245,341.80 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts