**Exhibit 1**

## OMNIBUS OBJECTION 329: EXHIBIT 1 - MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | \multicolumn{6}{c}{AMOUNTS} |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 1 | ABERNATHY, GREGG | 25533 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $74,990.77 | | | $74,990.77 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$64,040.77** | | **$74,990.77** |
| 2 | ANDERSON, IAN W. | 12809 | 9/15/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $85,781.92 | | | $85,781.92 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$74,831.92** | | **$85,781.92** |
| 3 | ANTONCIC, MADELYN | 16516 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $477,386.90 | $9,727,184.10 | | $10,204,571.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$10,193,621.00** | | **$10,204,571.00** |
| 4 | ASHE, KATHLEEN M | 12141 | 9/14/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $278,040.00 | | | $278,040.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$267,090.00** | | **$278,040.00** |
| 5 | ASHWELL, LAUREN W. | 67726 | 11/15/11 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | $90,658.95 | $90,658.95 | | | $181,317.90 |
| | | | | **CLAIM AS MODIFIED** | | **None** | **$10,950.00** | **$170,367.90** | | **$181,317.90** |
| 6 | AXELROD, STUART | 11253 | 9/10/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $20,000.00 | | | $20,000.00* |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$9,050.00** | | **$20,000.00*** |
| 7 | BANCHETTI, RICCARDO | 20313 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $2,500,000.00 | $23,540,000.00 | | $26,040,000.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$26,029,050.00** | | **$26,040,000.00** |
| 8 | BAQUERO, TARA E. | 8198 | 8/13/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | $200,000.00 | $100,000.00 | $400,000.00 | | $700,000.00 |
| | | | | **CLAIM AS MODIFIED** | | **None** | **$10,950.00** | **$689,050.00** | | **$700,000.00** |
| 9 | BARDEHLE, CHRISTIAN | 14851 | 9/17/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $15,139.66 | | | $15,139.66 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$4,189.66** | | **$15,139.66** |
| 10 | BARICEVIC, JOANNA M. | 13426 | 9/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $56,000.00 | | | $56,000.00* |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$45,050.00** | | **$56,000.00*** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS INC., et al., DEBTORS
## OMNIBUS OBJECTION 329: EXHIBIT 1 - MISCLASSIFIED CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 11 BARICEVIC, JOANNA M. | 13429 | 9/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $56,105.79 | | | $56,105.79 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$45,155.79** | | **$56,105.79** |
| 12 BESS, DONNA E. | 26341 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $105,000.00 | | | $105,000.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$94,050.00** | | **$105,000.00** |
| 13 BORGES, IDALIA | 11265 | 9/10/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $86,805.82 | | | $86,805.82 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$75,855.82** | | **$86,805.82** |
| 14 BROADBENT, WILLIAM S. | 9971 | 8/31/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $849,686.28 | | | $849,686.28 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$838,736.28** | | **$849,686.28** |
| 15 CALLIES, GUILLEMETTE | 5733 | 7/20/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $12,482.00 | | | $12,482.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$1,532.00** | | **$12,482.00** |
| 16 CAMPBELL, ROBERT H | 7596 | 8/7/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $1,109,942.27 | | | $1,109,942.27* |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$1,098,992.27** | | **$1,109,942.27*** |
| 17 CARPENTER, THERESA J. | 18145 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | $43,433.95 | | $43,433.95 | | | $86,867.90 |
| | | | **CLAIM AS MODIFIED** | **None** | | **$10,950.00** | **$75,917.90** | | **$86,867.90** |
| 18 CHAMBERLAIN, DANIELLE | 29542 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $57,500.00 | | | $57,500.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$46,550.00** | | **$57,500.00** |
| 19 CHAN, LORI | 67020 | 8/13/10 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $35,651.00 | $382,343.37 | | $417,994.37 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$407,044.37** | | **$417,994.37** |
| 20 CHANG, ALFREDO Y. | 29576 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $130,965.20 | | | $130,965.20 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$120,015.20** | | **$130,965.20** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 329: EXHIBIT 1 - MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 21 | COHEN, DARIAN J. | 16153 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $428,550.00 | | | $428,550.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$417,600.00** | | **$428,550.00** |
| 22 | COOPER, JAMSHED | 343 | 10/22/08 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $525,000.00 | | | $525,000.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$514,050.00** | | **$525,000.00** |
| 23 | COVEY, DAVID J. | 19815 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $419,312.18 | $207,680.70 | | $626,992.88 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$616,042.88** | | **$626,992.88** |
| 24 | CRAMER, REBEKAH W. | 13126 | 9/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | $10,950.00 | | $10,950.00 | | | $21,900.00 |
| | | | | **CLAIM AS MODIFIED** | **None** | | **$10,950.00** | **$10,950.00** | | **$21,900.00** |
| 25 | CRASTON, EDMUND ANTHONY | 17879 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $211,200.00 | $3,307,327.65 | | $3,518,527.65 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$3,507,577.65** | | **$3,518,527.65** |
| 26 | CREMIN, PATRICK G. | 10101 | 9/2/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $11,946.00 | $163,448.00 | | $175,394.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$164,444.00** | | **$175,394.00** |
| 27 | CUNNINGHAM, KEVIN F. | 17302 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $643,822.00 | | | $643,822.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$632,872.00** | | **$643,822.00** |
| 28 | DAS, NACHIKETA | 27231 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $33,694.21 | $555,237.86 | | $588,932.07 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$577,982.07** | | **$588,932.07** |
| 29 | DE JESUS, NESTOR E | 34492 | 9/23/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $750,555.00 | | | $750,555.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$739,605.00** | | **$750,555.00** |
| 30 | DELANEY, STEVEN G | 11442 | 9/11/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $522,000.00 | | | $522,000.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$511,050.00** | | **$522,000.00** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 329: EXHIBIT 1 - MISCLASSIFIED CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADMINIS- TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 31  DELLARUSSO, RICHARD J. | 4319 | 1/30/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $112,876.55 | | | $112,876.55 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$101,926.55** | | **$112,876.55** |
| 32  DESFORGES, MATHIEU | 14260 | 9/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $124,524.17 | | | $124,524.17 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$113,574.17** | | **$124,524.17** |
| 33  DEWAN, JOAN M | 5675 | 7/20/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $11,394.88 | $11,394.88 | | $22,789.76 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$11,839.76** | | **$22,789.76** |
| 34  DICCIANNI, CHARLES | 12314 | 9/14/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $96,068.00 | | | $96,068.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$85,118.00** | | **$96,068.00** |
| 35  DOUGLAS, DOROTHEA | 15265 | 9/17/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $39,581.46 | | | $39,581.46 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$28,631.46** | | **$39,581.46** |
| 36  DYBECK, DONALD C. | 11327 | 9/10/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $29,133.33 | | | $29,133.33 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$18,183.33** | | **$29,133.33** |
| 37  DYBECK, DONALD C. | 11328 | 9/10/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $29,133.33 | | | $29,133.33 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$18,183.33** | | **$29,133.33** |
| 38  DYBECK, DONALD C. | 11329 | 9/10/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $29,133.33 | | | $29,133.33 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$18,183.33** | | **$29,133.33** |
| 39  DYER, ROBERT C. | 28012 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $252,069.00 | $10,000.00 | | $262,069.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$251,119.00** | | **$262,069.00** |
| 40  ERTMANN, JAMES | 19193 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $14,287.59 | $118,959.00 | | $133,246.59 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$122,296.59** | | **$133,246.59** |

### OMNIBUS OBJECTION 329: EXHIBIT 1 - MISCLASSIFIED CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 41 ESTATE OF GERRY REILLY | 3923 | 4/23/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $12,000.00 | $2,088,000.00 | | $2,100,000.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$2,089,050.00** | | **$2,100,000.00** |
| 42 FALLTRICK, BARRY J | 12733 | 9/15/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $14,504.05 | | | $14,504.05 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$3,554.05** | | **$14,504.05** |
| 43 FORSTER, DENNIS E | 6325 | 7/27/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $322,352.79 | | | $322,352.79 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$311,402.79** | | **$322,352.79** |
| 44 FREEMAN, ROGER A. | 23880 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $50,000.00 | | | $50,000.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$39,050.00** | | **$50,000.00** |
| 45 GABBAY, MARK | 11075 | 9/10/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $13,375.00 | $21,002.57 | | $34,377.57 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$23,427.57** | | **$34,377.57** |
| 46 GABELMAN, RICK L | 6238 | 7/27/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $31,108.80 | | | $31,108.80 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$20,158.80** | | **$31,108.80** |
| 47 GABELMAN, RICK L | 6239 | 7/27/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $87,178.66 | | | $87,178.66 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$76,228.66** | | **$87,178.66** |
| 48 GAMBARDELLA, LISA | 67812 | 12/22/11 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $22,105.00 | | | $22,105.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$11,155.00** | | **$22,105.00** |
| 49 GARDNER, JAMES | 6512 | 7/28/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $107,217.18 | | | $107,217.18 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$96,267.18** | | **$107,217.18** |
| 50 GARDNER, JAMES | 6590 | 7/29/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $64,353.28 | | | $64,353.28 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$53,403.28** | | **$64,353.28** |

## OMNIBUS OBJECTION 329: EXHIBIT 1 - MISCLASSIFIED CLAIMS

| # | NAME | CLAIM # | FILED DATE | DEBTOR NAME | ADMINISTRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 51 | GENNA, MICHAEL | 246 | 10/17/08 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $38,076.54 | | | $38,076.54 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$27,126.54** | | **$38,076.54** |
| 52 | GOLLIN, MARK D. | 15134 | 9/17/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $792,128.00 | | | $792,128.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$781,178.00** | | **$792,128.00** |
| 53 | GRECO, JOHN | 599 | 11/12/08 | Lehman Brothers Commodity Services Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $572,928.75 | | | $572,928.75 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$561,978.75** | | **$572,928.75** |
| 54 | GREENWAY, LISA K | 16285 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $93,876.00 | | | $93,876.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$82,926.00** | | **$93,876.00** |
| 55 | GREZO, CHARLOTTE BRERETON | 12755 | 9/15/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $309,400.00 | $866,170.00 | | $1,175,570.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$1,164,620.00** | | **$1,175,570.00** |
| 56 | GROSS, BRIAN M. | 28018 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $104,414.00 | | | $104,414.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$93,464.00** | | **$104,414.00** |
| 57 | HABER, SANFORD A. | 22132 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $183,350.85 | | | $183,350.85* |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$172,400.85** | | **$183,350.85*** |
| 58 | HAJDUKIEWICZ, RICHARD S. | 4554 | 5/26/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $1,600,000.00 | | | $1,600,000.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$1,589,050.00** | | **$1,600,000.00** |
| 59 | HEALY, MICHAEL C | 31874 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $18,119.85 | | | $18,119.85 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$7,169.85** | | **$18,119.85** |
| 60 | HEIN, MARK W. | 4241 | 5/11/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $23,547.40 | | | $23,547.40 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$12,597.40** | | **$23,547.40** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS INC., et al.
## OMNIBUS OBJECTION 329: EXHIBIT 1 - MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 61 | HLAVEK, RUDOLPH | 7957 | 8/10/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $115,000.00 | | | $115,000.00* |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$104,050.00** | | **$115,000.00*** |
| 62 | HOAR, NICK JOHN | 30475 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $26,201.89 | $363,591.23 | | $389,793.12 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$378,843.12** | | **$389,793.12** |
| 63 | HOLLEB, THOMAS J. | 66496 | 4/2/10 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $2,358,400.00 | | | $2,358,400.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$2,347,450.00** | | **$2,358,400.00** |
| 64 | HOM, MICHAEL C. | 12939 | 9/15/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $25,000.00 | | | $25,000.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$14,050.00** | | **$25,000.00** |
| 65 | HOM, MICHAEL C. | 12940 | 9/15/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $189,892.00 | | | $189,892.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$178,942.00** | | **$189,892.00** |
| 66 | HOWARD, NICHOLAS P. | 28279 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $3,192,226.03 | $55,380.00 | | $3,247,606.03 |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | $55,380.00 | | $55,380.00 |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | $3,192,226.03 | None | | $3,192,226.03 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$3,181,276.03** | | **$3,192,226.03** |
| | The portion of Claim 28279 relating to Warrant Claims was ordered Allowed on the Two Hundred Eighty-First Omnibus Objection to Claims (Docket 28373). | | | | | | | | | |
| 67 | IMPERATO, JASON | 6623 | 7/29/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $105,497.63 | | | $105,497.63 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$94,547.63** | | **$105,497.63** |
| 68 | IRAGORRI, JULIAN | 64991 | 11/6/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $2,841,142.00 | | | $2,841,142.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$2,830,192.00** | | **$2,841,142.00** |
| 69 | JAO, ANDREA T. | 5340 | 7/15/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $107,253.00 | | | $107,253.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$96,303.00** | | **$107,253.00** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 329: EXHIBIT 1 - MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 | JARDINIANO, MATRILLA | 5903 | 7/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $70,000.00 | | | $70,000.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$59,050.00** | | **$70,000.00** |
| 71 | JARDINIANO, MATRILLA | 5904 | 7/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $70,000.00 | | | $70,000.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$59,050.00** | | **$70,000.00** |
| 72 | JUDD, IAN | 6286 | 7/27/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $25,870.00 | | | $25,870.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$14,920.00** | | **$25,870.00** |
| 73 | KARETSKAYA, NATASHA | 1084 | 11/25/08 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $25,000.00 | | | $25,000.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$14,050.00** | | **$25,000.00** |
| 74 | KENNEY, JUDITH ANN | 13929 | 9/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $790,327.00 | | | $790,327.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$779,377.00** | | **$790,327.00** |
| 75 | KLINGER, JEFFREY M. | 6256 | 7/27/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $500,000.00 | | | $500,000.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$489,050.00** | | **$500,000.00** |
| 76 | KOLLYDAS, PETER | 6494 | 7/28/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $12,500.00 | | | $12,500.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$1,550.00** | | **$12,500.00** |
| 77 | KOLLYDAS, PETER | 6495 | 7/28/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $28,250.38 | | | $28,250.38 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$17,300.38** | | **$28,250.38** |
| 78 | KRASNOPOLSKY, DAVID | 27297 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $25,832.18 | | | $25,832.18 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$14,882.18** | | **$25,832.18** |
| 79 | LATIFA, DEBBARH | 25874 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $38,115.00 | | | $38,115.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$27,165.00** | | **$38,115.00** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# OMNIBUS OBJECTION 329: EXHIBIT 1 - MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 80 | LEVY, STEWART F. | 14342 | 9/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $288,662.33 | | | $288,662.33 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$277,712.33** | | **$288,662.33** |
| 81 | LIHUA, GAO | 7299 | 7/27/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $100,000.00 | | | $100,000.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$89,050.00** | | **$100,000.00** |
| 82 | LIOTTI, FABIO | 15120 | 9/17/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $593,024.00 | $2,926,198.00 | | $3,519,222.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$3,508,272.00** | | **$3,519,222.00** |
| 83 | LIOTTI, FABIO | 25895 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $593,024.00 | $2,926,198.00 | | $3,519,222.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$3,508,272.00** | | **$3,519,222.00** |
| 84 | LIU, AMY | 67779 | 12/6/11 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $19,371.00 | | | $19,371.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$8,421.00** | | **$19,371.00** |
| 85 | LOPRETE, BECKY | 27356 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $11,806.00 | | | $11,806.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$856.00** | | **$11,806.00** |
| 86 | LUKEN, PATRICIA M. | 22763 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $17,654.00 | $199,090.00 | | $216,744.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$205,794.00** | | **$216,744.00** |
| 87 | LYONS, FREDERICK W. | 68033 | 3/2/12 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $70,000.00 | | | $70,000.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$59,050.00** | | **$70,000.00** |
| 88 | MAJOR JR., CHARLES E | 7272 | 8/3/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $158,150.00 | | | $158,150.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$147,200.00** | | **$158,150.00** |
| 89 | MANNINO, JOSEPH | 67940 | 3/2/12 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $70,000.00 | | | $70,000.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$59,050.00** | | **$70,000.00** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 329: EXHIBIT 1 - MISCLASSIFIED CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADMINISTRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 90 MARNEY, LESLEY N | 11107 | 9/10/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $21,315.00 | | | $21,315.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$10,365.00** | | **$21,315.00** |
| 91 MARNEY, LESLEY N | 12047 | 9/14/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $166,115.00 | | | $166,115.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$155,165.00** | | **$166,115.00** |
| 92 MARSHALL, NIKKI A. | 23723 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $160,483.71 | | | $160,483.71 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$149,533.71** | | **$160,483.71** |
| 93 MARSHALL, NIKKI A. | 23724 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $77,286.68 | | | $77,286.68 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$66,336.68** | | **$77,286.68** |
| 94 MARTINELLI, JOHN E. | 67833 | 12/28/11 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $21,961.00 | | | $21,961.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$11,011.00** | | **$21,961.00** |
| 95 MARTYN, LYNETTE | 13351 | 9/16/09 | CES Aviation LLC | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $100,000.00 | | | $100,000.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$89,050.00** | | **$100,000.00** |
| 96 MCCARTHY, BRIAN M. | 35446 | 9/29/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $151,000.00 | $151,000.00 | | $302,000.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$291,050.00** | | **$302,000.00** |
| 97 MCCARTHY, LAWRENCE E | 66392 | 3/15/10 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | $4,500,083.35 | | Undetermined | Undetermined | | $4,500,083.35* |
| | | | **CLAIM AS MODIFIED** | **None** | | **$10,950.00** | **$4,489,133.35** | | **$4,500,083.35*** |
| 98 MCCOOEY, KEVIN C. | 10370 | 9/4/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $378,851.13 | | | $378,851.13 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$367,901.13** | | **$378,851.13** |
| 99 MCGUINN, EDWIN JR. | 13286 | 9/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $290,000.00 | | | $290,000.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$279,050.00** | | **$290,000.00** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 329: EXHIBIT 1 - MISCLASSIFIED CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 100 MCLAUGHLIN, MARY DEIRDRE | 11434 | 9/11/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $24,696.00 | | | $24,696.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$13,746.00** | | **$24,696.00** |
| 101 METAXAS, JAMES | 12996 | 9/15/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $47,253.48 | | | $47,253.48 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$36,303.48** | | **$47,253.48** |
| 102 MEYER, JAMES P. | 32398 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $53,000.00 | | | $53,000.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$42,050.00** | | **$53,000.00** |
| 103 MISCHLER, VINCENT | 32557 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $704,789.18 | | | $704,789.18 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$693,839.18** | | **$704,789.18** |
| 104 MO KAN LI | 67780 | 12/6/11 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $19,942.31 | | | $19,942.31 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$8,992.31** | | **$19,942.31** |
| 105 MORRISON, ROBERT D. | 7716 | 8/7/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $45,210.61 | | | $45,210.61 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$34,260.61** | | **$45,210.61** |
| 106 MOSS, STEPHEN | 67665 | 9/19/11 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $584,657.66 | | | $584,657.66 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$573,707.66** | | **$584,657.66** |
| 107 MOSS, STEPHEN | 67677 | 10/4/11 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $584,657.66 | | | $584,657.66 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$573,707.66** | | **$584,657.66** |
| 108 MOUNTFORD, ROBERT C | 11388 | 9/11/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $11,764.91 | | | $11,764.91 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$814.91** | | **$11,764.91** |
| 109 MUINOS, BARBARA | 11043 | 9/10/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $41,105.00 | | | $41,105.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$30,155.00** | | **$41,105.00** |

# OMNIBUS OBJECTION 329: EXHIBIT 1 - MISCLASSIFIED CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 110 MURRAY, THOMSON C JR. | 10767 | 9/8/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $28,628.66 | | | $28,628.66 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$17,678.66** | | **$28,628.66** |
| 111 NASH, ANTHONY A. | 5942 | 7/23/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $20,101.14 | | | $20,101.14 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$9,151.14** | | **$20,101.14** |
| 112 NEDEV, BORIS | 22803 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $194,817.00 | | | $194,817.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$183,867.00** | | **$194,817.00** |
| 113 NETZEL, GAVIN R | 12806 | 9/15/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $11,010.00 | | | $11,010.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$60.00** | | **$11,010.00** |
| 114 NINEHAM, STEWART K. | 1951 | 1/26/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $1,091,529.00 | | | $1,091,529.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$1,080,579.00** | | **$1,091,529.00** |
| 115 O'CONNOR, MATTHEW PATRICK | 513 | 11/6/08 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $125,000.00 | | | $125,000.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$114,050.00** | | **$125,000.00** |
| 116 O'MARA, MICHAEL J. | 17872 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $308,382.00 | | | $308,382.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$297,432.00** | | **$308,382.00** |
| 117 OH, MIRIAM Y. | 15220 | 9/17/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $57,032.85 | | | $57,032.85 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$46,082.85** | | **$57,032.85** |
| 118 PETRILLI, ANNAMARTA | 13713 | 9/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $60,337.28 | | | $60,337.28 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$49,387.28** | | **$60,337.28** |
| 119 PLASKETT, RODNEY A. | 5063 | 7/1/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $62,290.47 | | | $62,290.47 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$51,340.47** | | **$62,290.47** |

# IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., 08-13555 (JMP)

## OMNIBUS OBJECTION 329: EXHIBIT 1 - MISCLASSIFIED CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 120 POCZA, ROD | 324 | 10/20/08 | Lehman Brothers Commodity Services Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $330,000.00 | Undetermined | | $330,000.00* |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$319,050.00** | | **$330,000.00*** |
| 121 PRESTON, GERAINT N | 19576 | 9/19/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $125,728.00 | $77,872.00 | | $203,600.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$192,650.00** | | **$203,600.00** |
| 122 RAMALLO, HENRY | 17607 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $8,654,989.94 | | | $8,654,989.94 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$8,644,039.94** | | **$8,654,989.94** |
| 123 RAYNER, RUTH J. | 36598 | 10/6/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | Undetermined | $97,415.00 | | | $97,415.00* |
| | | | **CLAIM AS MODIFIED** | | **None** | **$10,950.00** | **$86,465.00** | | **$97,415.00*** |
| 124 REGAN, DAVID T. | 24577 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $19,250.00 | | | $19,250.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$8,300.00** | | **$19,250.00** |
| 125 ROBSON-CANTY, GERALDINE D. | 20289 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $21,659.84 | | | $21,659.84 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$10,709.84** | | **$21,659.84** |
| 126 ROPNER, HENRY | 5614 | 7/20/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $16,625.00 | | | $16,625.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$5,675.00** | | **$16,625.00** |
| 127 ROTHBORT, LONNIE | 3107 | 2/27/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $12,000.00 | $841,846.11 | | $853,846.11 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$842,896.11** | | **$853,846.11** |
| 128 RUSSELL, MARK | 31225 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $300,957.00 | $2,121,406.00 | | $2,422,363.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$2,411,413.00** | | **$2,422,363.00** |
| 129 SAMARI, OREN | 28652 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $12,223.00 | | | $12,223.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$1,273.00** | | **$12,223.00** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 329: EXHIBIT 1 - MISCLASSIFIED CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 130 SANTORO, VITO | 32308 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $16,384.00 | $640,731.00 | | $657,115.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$646,165.00** | | **$657,115.00** |
| 131 SARKAR, AMIT K | 34872 | 9/24/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $3,076,963.23 | | | $3,076,963.23 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$3,066,013.23** | | **$3,076,963.23** |
| 132 SCHOENHERR, CHARLES | 12945 | 9/15/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $74,952.00 | $74,952.00 | | $149,904.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$138,954.00** | | **$149,904.00** |
| 133 SCHREIBER, RUSSELL | 13321 | 9/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $240,098.00 | Undetermined | | $240,098.00* |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$229,148.00** | | **$240,098.00*** |
| 134 SCHUSTER, CHRISTIANE | 11369 | 9/11/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $1,662,921.00 | | | $1,662,921.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$1,651,971.00** | | **$1,662,921.00** |
| 135 SCHWAB, STEVEN B | 11540 | 9/11/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $455,210.00 | | | $455,210.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$444,260.00** | | **$455,210.00** |
| 136 SCOTT, ERIC A. | 14399 | 9/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $25,384.59 | | | $25,384.59 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$14,434.59** | | **$25,384.59** |
| 137 SCOTT, ERIC A. | 14400 | 9/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $25,384.59 | | | $25,384.59 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$14,434.59** | | **$25,384.59** |
| 138 SHAH, NIRAJ | 10365 | 9/4/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | $17,758.97 | | $10,950.00 | | | $28,708.97 |
| | | | **CLAIM AS MODIFIED** | **None** | | **$10,950.00** | **$17,758.97** | | **$28,708.97** |
| 139 SHEE, ABHIJIT | 9997 | 9/1/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $17,000.00 | | | $17,000.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$6,050.00** | | **$17,000.00** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# OMNIBUS OBJECTION 329: EXHIBIT 1 - MISCLASSIFIED CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 140 SHEFFER, SCOTT T. | 1681 | 1/12/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | $1,272,115.40 | Undetermined | | | $1,272,115.40* |
| | | | **CLAIM AS MODIFIED** | | **None** | **$10,950.00** | **$1,261,165.40** | | **$1,272,115.40*** |
| 141 SHI, ZHIYONG | 4618 | 5/27/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $23,900.00 | $312,705.00 | | $336,605.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$325,655.00** | | **$336,605.00** |
| 142 SKINNER, MICHAEL L. | 8419 | 8/17/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $52,307.64 | | | $52,307.64 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$41,357.64** | | **$52,307.64** |
| 143 SMITH, WILLIAM C | 6147 | 7/24/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $106,680.10 | | | $106,680.10 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$95,730.10** | | **$106,680.10** |
| 144 SOMMA, GREGG | 24373 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $13,000.00 | $107,563.00 | | $120,563.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$109,613.00** | | **$120,563.00** |
| 145 STEINBERG, DARRYL | 31185 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $11,538.00 | $445,287.00 | | $456,825.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$445,875.00** | | **$456,825.00** |
| 146 STIPO, MICHAEL | 15580 | 9/17/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $775,590.22 | | | $775,590.22 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$764,640.22** | | **$775,590.22** |
| 147 SUTTON, JULIAN R | 35055 | 9/28/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $778,003.52 | | | $778,003.52 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$767,053.52** | | **$778,003.52** |
| 148 TAYLOR, CHRISTOPHER C | 34879 | 9/24/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $28,888.89 | | | $28,888.89 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$17,938.89** | | **$28,888.89** |
| 149 TEMEL, TULUG T. | 40791 | 10/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $2,693,326.13 | | | $2,693,326.13 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$2,682,376.13** | | **$2,693,326.13** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 329: EXHIBIT 1 - MISCLASSIFIED CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 150 TERRANOVA, THOMAS | 67935 | 3/1/12 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $70,000.00 | | | $70,000.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$59,050.00** | | **$70,000.00** |
| 151 TESCHNER, STEFAN | 14852 | 9/17/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $171,684.72 | | | $171,684.72 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$160,734.72** | | **$171,684.72** |
| 152 ULYANENKO, ANDREY | 26198 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $14,450.00 | | | $14,450.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$3,500.00** | | **$14,450.00** |
| 153 VASHISHT, VISHAL | 2354 | 1/23/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $175,000.00 | | | $175,000.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$164,050.00** | | **$175,000.00** |
| 154 WALESCH, JAY E | 23899 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $80,258.46 | | | $80,258.46 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$69,308.46** | | **$80,258.46** |
| 155 WARD, PETER | 9915 | 8/31/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $1,966,452.00 | | | $1,966,452.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$1,955,502.00** | | **$1,966,452.00** |
| 156 WARDELL, JEFFERY K. | 24545 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $50,638.80 | | | $50,638.80 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$39,688.80** | | **$50,638.80** |
| 157 WEST, DAVID | 15205 | 9/17/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $138,598.70 | | | $138,598.70 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$127,648.70** | | **$138,598.70** |
| 158 WRIGHT, T S | 25605 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $350,000.00 | | | $350,000.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$339,050.00** | | **$350,000.00** |
| 159 YEUNG, BRIAN | 67791 | 12/1/11 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $22,175.77 | | | $22,175.77 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$11,225.77** | | **$22,175.77** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
### OMNIBUS OBJECTION 329: EXHIBIT 1 - MISCLASSIFIED CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 160 YOSHIMURA, ROBIN K. | 30552 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $160,689.00 | | | $160,689.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$149,739.00** | | **$160,689.00** |
| | | | TOTAL ASSERTED | $4,572,226.27 | $1,562,774.35 | $55,731,531.00 | $52,642,567.47 | $0.00 | $114,509,099.09 |
| | | | TOTAL NOT SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 55,380.00 | 0.00 | 55,380.00 |
| | | | TOTAL SUBJECT TO OBJECTION | 4,572,226.27 | 1,562,774.35 | 55,731,531.00 | 52,587,187.47 | 0.00 | 114,453,719.09 |
| | | | **TOTAL CLAIM AS MODIFIED** | **$0.00** | **$0.00** | **$1,752,000.00** | **$112,701,719.09** | **$0.00** | **$114,453,719.09** |

\* - Indicates claim contains unliquidated and/or undetermined amounts