**Exhibit 2**

**OMNIBUS OBJECTION 329: EXHIBIT 2 - MISCLASSIFIED CLAIMS - ADJOURNED OBJECTIONS**

| # | NAME | CLAIM # | FILED DATE | DEBTOR NAME | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CARPENTER, THERESA J. | 67688 | 10/13/11 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $51,555.84 | | | $51,555.84 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$40,605.84** | | **$51,555.84** |
| 2 | KRIEGER, KAREN M. SIMON | 18087 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $225,396.55 | | | $225,396.55 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$214,446.55** | | **$225,396.55** |
| 3 | KUYKENDALL, CHARLES L | 5487 | 7/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $348,273.95 | $348,273.95 | | $696,547.90 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$685,597.90** | | **$696,547.90** |
| 4 | WEBER, ANDREW | 66938 | 7/14/10 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $71,434.67 | | | $71,434.67 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$60,484.67** | | **$71,434.67** |
| 5 | WEBER, ANDREW | 66940 | 7/14/10 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $32,829.00 | | | $32,829.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$21,879.00** | | **$32,829.00** |
| | | | | TOTAL ASSERTED | $0.00 | $0.00 | $729,490.01 | $348,273.95 | $0.00 | $1,077,763.96 |
| | | | | TOTAL NOT SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | TOTAL SUBJECT TO OBJECTION | 0.00 | 0.00 | 729,490.01 | 348,273.95 | 0.00 | 1,077,763.96 |
| | | | | **TOTAL CLAIM AS MODIFIED** | **$0.00** | **$0.00** | **$54,750.00** | **$1,023,013.96** | **$0.00** | **$1,077,763.96** |

\* - Indicates claim contains unliquidated and/or undetermined amounts