Sutherland Asbill & Brennan LLP
Mark D. Sherrill (*pro hac vice*)
1275 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 383-0100
Fax:  (202) 637-3593

*Counsel for Shell Trading (US) Company,*
*Shell Trading International Limited and*
*Shell International Eastern Trading Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| § | | |
| **LEHMAN BROTHERS HOLDING INC.,** § | | **Case No. 08-13555 (JMP)** |
| *et al.*, § | | **Jointly Administered** |
| § | | |
| **Debtors.** § | | |
| § | | |

### NOTICE OF CHANGE OF ADDRESS FOR SHELL TRADING (US) COMPANY, SHELL TRADING INTERNATIONAL LIMITED AND <u>SHELL INTERNATIONAL EASTERN TRADING COMPANY</u>

PLEASE TAKE NOTICE of the following new addresses for creditors Shell Trading (US) Company ("STUSCO"), Shell Trading International Limited ("STIL") and Shell International Eastern Trading Company ("SIETCO" and collectively with STUSCO and STIL, "Shell"):

> Shell Trading (US) Company, Shell Trading International Limited, and/or
> Shell International Eastern Trading Company
> c/o Ann Reynaud Esq./Jennifer M. Gore, Esq.
> Shell Oil Company
> 1000 Main Street
> Level 12
> Houston, TX 77002
>
> – and –

19129172.3

Sutherland Asbill & Brennan LLP
Attn: Paul B. Turner
1001 Fannin Street
Suite 3700
Houston, TX 77002

– and –

Sutherland Asbill & Brennan LLP
Attn: Mark D. Sherrill
1275 Pennsylvania Avenue, NW
Washington, DC 20004

PLEASE TAKE FURTHER NOTICE the foregoing addresses should associated with each of the following proofs of claim (collectively, the "Claims"):

| *Claim Number* | *Claimant* |
| --- | --- |
| 15938 | STUSCO |
| 15939 | STUSCO |
| 26243 | STIL |
| 26244 | STIL |
| 24182 | SIETCO |
| 26245 | SIETCO |

PLEASE TAKE FURTHER NOTICE that all future correspondence, notices, pleadings and/or any other documents related to Shell or the Claims should be directed to the addresses provided above.

Dated: August 23, 2012
       Washington, DC

SUTHERLAND ASBILL & BRENNAN LLP

By:  /s/ Mark D. Sherrill
     Mark D. Sherrill (*pro hac vice*)
     1275 Pennsylvania Avenue, NW
     Washington, DC 20004
     Tel: (202) 383-0100
     Fax: (202) 637-3593

COUNSEL FOR SHELL TRADING (US) COMPANY,
TRADING INTERNATIONAL LIMITED AND
SHELL INTERNATIONAL EASTERN TRADING
COMPANY

19129172.3                                        2

## Certificate of Service

I hereby certify that on this 23rd day of August, 2012, the foregoing Notice was duly served by electronic noticing on all parties on the Court's ECF list, and by e-mail to the individuals listed below.

| | |
|---|---|
| Jacqueline Marcus, Esq. | Mr. Sut Garabato |
| Weil, Gotshal & Manges LLP | Epiq Systems, Inc. |
| 767 Fifth Avenue | 757 Third Avenue |
| New York, NY 10153 | New York, NY 10017 |

      /s/ Mark Sherrill
      Mark D. Sherrill

19129172.3