**FOLEY & LARDNER LLP**
Richard J. Bernard
90 Park Avenue
New York, NY 10016-1314
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

*Counsel for Investec Bank (Switzerland) AG*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of Foley & Lardner LLP, by the undersigned, hereby appears as counsel for Investec Bank (Switzerland) AG ("Creditor"). Pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of title 11 of the United States Code, Creditor requests that all notices that are required to be given and all pleadings and orders that are required to be served in the above-captioned chapter 11 cases (the "Chapter 11 Case"), be served to the following addresses:

>Richard J. Bernard
>FOLEY & LARDNER LLP
>90 Park Ave.
>New York, NY 10016
>Telephone: (212) 682-7474
>Facsimile: (212) 687-2329
>Email: rbernard@foley.com

PLEASE TAKE FURTHER NOTICE that neither this request for notice nor any subsequent appearance, pleading, proof of claim, or other writing or conduct shall constitute a waiver of any: (a) rights to have any and all final orders in any and all non-core matters entered

4829-7147-5728.1

only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, actions, defenses, setoffs, recoupments, or other matters under any agreement, law or equity. All such rights hereby are reserved and preserved without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this Chapter 11 Case.

Dated: August 23, 2012
      New York, New York

FOLEY & LARDNER LLP

*/s/ Richard J. Bernard*
Richard J. Bernard
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
Email: rbernard@foley.com

*Counsel for Investec Bank (Switzerland) AG*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to the parties listed below and by ECF to those parties who have filed Notices of Appearance in this matter this 23rd day of August, 2012:

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Harvey Miller
Robert J. Lemons
Weil Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

*/s/ Richard J. Bernard*
Richard J. Bernard

4829-7147-5728.1