**Exhibit 1**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 325: EXHIBIT 1 – CLAIMS TO REDUCE AND ALLOW

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BANC OF AMERICA SECURITIES LIMITED<br>ATTN: SIMON ORR<br>5 CANADA SQUARE<br>LONDON, 514 5AQ<br>UNITED KINGDOM | 27853 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $20,391,236.45* | Lehman Brothers Holdings Inc. | Unsecured | $20,059,449.00 |
| 2 | BANK OF CHINA, NEW YORK BRANCH<br>ATTN: CHEEDI CHEN AND XIAOYING HU<br>PAYMENT REFERENCE: LBHI LOAN CLAIM<br>410 MADISON AVENUE<br>NEW YORK, NY 10017 | 12582 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $50,793,064.96* | Lehman Brothers Holdings Inc. | Unsecured | $50,203,750.00 |
| 3 | TRANSFERRED TO: PAULSON CREDIT OPPORTUNITIES MASTER LTD.<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O PAULSON & CO. INC.<br>ATTN: DANIEL KAMENSKY<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | 67114 | 10/01/2010 | Lehman Brothers Holdings Inc. | Unsecured | $39,564,283.48 | Lehman Brothers Holdings Inc. | Unsecured | $38,599,378.72 |
| 4 | CHICAGO HISTORICAL SOCIETY<br>GARY JOHNSON<br>CHICAGO HISTORY MUSEUM<br>1601 N. CLARK<br>CHICAGO, IL 60614 | 4390 | 05/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $40,000.00 | Lehman Brothers Holdings Inc. | Unsecured | $20,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 325: EXHIBIT 1 – CLAIMS TO REDUCE AND ALLOW**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 5 | COMPUTERSHARE HONG KONG INVESTOR SERVICES LIMITED<br>ATTN: NG YIP CHING JING<br>46/F HOPEWELL CENTRE<br>183 QUEEN'S ROAD EAST<br>WANCHAI, HONG KONG | 3395 | 03/19/2009 | Lehman Brothers Holdings Inc. | Unsecured | $61,534.00* | Lehman Brothers Holdings Inc. | Unsecured | $61,534.00 |
| 6 | DECISION ECONOMICS, INC.<br>ONE BOSTON PLACE, SUITE 1650<br>ATTN: EDWARD MUSMON<br>BOSTON, MA 02108 | 1169 | 12/01/2008 | Lehman Brothers Holdings Inc. | Unsecured | $23,077.00 | Lehman Brothers Holdings Inc. | Unsecured | $20,833.00 |
| 7 | HANG SENG INDEXES COMPANY LIMITED (FORMERLY KNOWN AS HSI SERVICES LMITED) AND HANG SENG DATA SERVICES LIMITED<br>83 DES VOEUX ROAD CENTRAL<br>HONG KONG | 14748 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $54,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $54,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 325: EXHIBIT 1 – CLAIMS TO REDUCE AND ALLOW**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | HEWLETT-PACKARD COMPANY ATTN: KEN HIGMAN 12610 PARK PLAZA DR #100 CERRITOS, CA 90703-9361 | 4861 | 06/12/2009 | Lehman Brothers Holdings Inc. | Unsecured | $373,655.51 | Lehman Brothers Holdings Inc. | Unsecured | $116,790.00 |
| 9 | MERRILL LYNCH CAPITAL SERVICES INC ATTN: FREDERICK MORRIS ONE BRYANT PARK, 3RD FLOOR NEW YORK, NY 10036 | 27845 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $95,752,941.46* | Lehman Brothers Holdings Inc. | Unsecured | $94,197,781.00 |
| 10 | MERRILL LYNCH CAPITAL SERVICES, INC. TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN : CLAIRE MONGELARD 1133 AVENUE OF AMERICAS, 42ND FLOOR NEW YORK, NY 10036 | 29742 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $8,328,814.89* | Lehman Brothers Holdings Inc. | Unsecured | $8,193,296.00 |
| 11 | SILLS CUMMIS & GROSS P.C. ATTN: SIMON KIMMELMAN, ESQ. 650 COLLEGE ROAD EAST PRINCETON, NJ 08540 | 24028 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $4,002.00 | Lehman Brothers Holdings Inc. | Unsecured | $4,002.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 325: EXHIBIT 1 – CLAIMS TO REDUCE AND ALLOW

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 12 | THOROUGHBRED MASTER LIMITED TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O APPALOOSA INVESTMENT L.P.1 ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS, NJ 07078 | 13034 | 09/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,609,425.60* | Lehman Brothers Holdings Inc. | Unsecured | $3,591,021.00 |
| | TRANSFERRED TO: APPALOOSA INVESTMENT L.P.1 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS, NJ 07078 | | | | Unsecured | $4,789,114.09 | | Unsecured | $4,764,694.00 |
| | TRANSFERRED TO: STONE LION PORTFOLIO LP TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O STONE LION CAPITAL PARTNERS LP 461 5TH AVE, 14TH FL NEW YORK, NY 10017 | | | | Unsecured | $9,463,423.86 | | Unsecured | $9,415,169.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 325: EXHIBIT 1 – CLAIMS TO REDUCE AND ALLOW

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: PALOMINO FUND LIMITED TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O APPALOOSA INVESTMENT L.P.1 ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS, NJ 07078 | | | | Unsecured | $7,027,106.22 | | Unsecured | $6,991,274.00 |
| TRANSFERRED TO: THOROUGHBRED FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O APPALOOSA INVESTMENT L.P.1 ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS, NJ 07078 | | | | Unsecured | $3,501,201.84 | | Unsecured | $3,483,349.00 |
| | | | | TOTAL | $243,776,881.36 | | TOTAL | $239,776,320.72 |

\* - Indicates claim contains unliquidated and/or undetermined amounts