**Exhibit 1**

### IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 323: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALTMANN, WOLFGANG<br>WURTTEMBERGER STR. 8<br>HILPOLTSTEIN, 91161<br>GERMANY | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 03/02/2012 | 68059 | $8,820.00 | Late-Filed Claim |
| 2 | CAUSER, ANDRONIKI<br>78 W CYPRESS ST.<br>PHOENIX, AZ 85003 | | Lehman No Case Asserted/All Cases Asserted | 05/29/2012 | 68107 | $387.99 | Late-Filed Claim |
| 3 | HENRY, CECIL AREND<br>12304 SANDSTON COURT<br>LAUREL, MD 20708 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 05/22/2012 | 68106 | $700,000.00 | Late-Filed Claim |
| 4 | LAZAR, MURRAY & RODLEY<br>P.O. BOX 307<br>SMITHTOWN, NY 11787-0307 | 09-17505<br>(JMP) | LB Preferred Somerset LLC | 04/06/2012 | 68070 | $12,500.00 | Late-Filed Claim |
| 5 | MEHTA, JYOTSNA H.<br>2851 TANGELO COURT<br>PLEASANTON, CA 94588 | | Lehman No Case Asserted/All Cases Asserted | 06/12/2012 | 68112 | $14,278.18 | Late-Filed Claim |
| 6 | O'BRIEN, JESSICA A.<br>440 WEST 24TH STREET APT 5D<br>NEW YORK, NY 10011 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 05/29/2012 | 68108 | $5,331.00 | Late-Filed Claim |
| 7 | PLONKA, KLAUS<br>AUF DER LEIE 4<br>BAD BERLEBURG, 57319<br>GERMANY | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 02/03/2012 | 68069 | $14,236.00 | Late-Filed Claim |
| 8 | SANCHEZ, PEDRO, JR.<br>50 LAWRENCE AVE.<br>WATSONVILLE, CA 95076 | | Lehman No Case Asserted/All Cases Asserted | 05/14/2012 | 68102 | $1,753.00 | Late-Filed Claim |
| 9 | TREPOVICHT, JACQUELINE<br>4500 LIPSCOMB ST<br>PALM BAY, FL 32905 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 05/18/2012 | 68104 | $25,000.00 | Late-Filed Claim |
| | | | | | TOTAL | $782,306.17 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts