UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

NOTICE OF PARTIAL TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Jackson Canyon Partners, L.L.C. | Macquarie Bank Limited |
| Name of Transferee | Name of Transferor |
| | |
| $31,592,120.56 | 67864 |
| Proof of Claim Amount | Proof of Claim Number |
| | |
| $30,850,636.01 | |
| Amount of Claim Transferred | |

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:    Jackson Canyon Partners, L.L.C.
Address:            c/o Ropes & Gray LLP
                          1211 Avenue of the Americas
                          New York, NY 10036-8704
                          Attn: Philip Wells

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By:

By: _____                          Date: ___8/24/12___

Name: Adam J. Dobson
Title:   Counsel for Transferee

### Evidence of Partial Transfer of Claim

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO: LEHMAN BROTHERS HOLDINGS INC.

MACQUARIE BANK LIMITED ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JACKSON CANYON PARTNERS, L.L.C. ("Buyer"), solely to the extent of $30,850,636.01, its right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. 67864 (the "Claim") (which amended Claim No. 18855), in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 21th day of March, 2012.

**MACQUARIE BANK LIMITED**

By: _____
Name: Marc Thatcher
Title: Managing Director
Tel.:

By: _____
Name: Joel Outlaw
Title: Associate Director
Tel.: Legal Risk Management

(Macquarie POA Ref: # 594/10 dated 25 November 2010)