# Exhibit 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 321: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE, GRANTOR TRUSTEE, CORRIDOR TRUSTEE AND SWAP TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP BOSTON, MA 02110 | 09/18/2009 | 08-13888 (JMP) | 18482 | Undetermined | DEUSTSCHE BANK NATIONAL TRUST COMPANY TRUSTEE, GRANTOR TRUSTEE, CORRIDOR TRUSTEE AND SWAP TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 C/O RICHARD C PEDONE, ESQ/AMANDA DARWIN, ESQ. BOSTON, MA 02110 | 04/20/2012 | 08-13888 (JMP) | 68095 | Undetermined |
| 2 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS,INC SERIES 2006-QO8 MORTGAGE ASSET - BACKED PASS THROUGH CERTIFICATES C/O RICHARD D. PEDONE, ESQ AND AMANDA D. DARWIN, ESQ. 100 SUMMER STREET BOSTON, MA 02110 | 09/18/2009 | 08-13888 (JMP) | 65602 | Undetermined | DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE AND GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C PEDONE, ESQ/AMANDA DARWIN, ESQ. BOSTON, MA 02110 | 04/20/2012 | 08-13888 (JMP) | 68090 | Undetermined |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 321: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 3 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO9 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP BOSTON, MA 02110 | 09/18/2009 | 08-13888 (JMP) | 18475 | Undetermined | DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE AND GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC SERIES 2006-QO9 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C PEDONE, ESQ/AMANDA DARWIN, ESQ. BOSTON, MA 02110 | 04/20/2012 | 08-13888 (JMP) | 68091 | Undetermined |
| 4 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP BOSTON, MA 02110 | 09/18/2009 | 08-13555 (JMP) | 18476 | Undetermined | DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE AND TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C PEDONE, ESQ/AMANDA DARWIN, ESQ. BOSTON, MA 02110 | 04/20/2012 | 08-13555 (JMP) | 68089 | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 321: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC., SERIES 2006-QO9 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP BOSTON, MA 02110 | 09/18/2009 | 08-13555 (JMP) | 18474 | Undetermined | DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE AND GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2008-Q09 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C PEDONE, ESQ/AMANDA DARWIN, ESQ. BOSTON, MA 02110 | 04/20/2012 | 08-13555 (JMP) | 68093 | Undetermined |
| 6 | DEUTSCHE BANK TRUST COMPANY, TRUSTEE, GRANTOR TRUSTEE, CORRIDOR TRUST SWAP TRUSTEE OF INDY MAC INDX MORTGAGE LOAD TRUST 2006-AR14 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON, MA 02110 | 09/18/2009 | 08-13555 (JMP) | 18481 | Undetermined | DEUSTSCHE BANK NATIONAL TRUST COMPANY TRUSTEE, GRANTOR TRUSTEE, CORRIDOR TRUSTEE AND SWAP TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 C/O RICHARD C PEDONE, ESQ/ AMANDA D DARWIN, ESQ. BOSTON, MA 02110 | 04/20/2012 | 08-13555 (JMP) | 68088 | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 321: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 7 | DWS COMMUNICATIONS FUND, INC. C/O J. CHISTOPHER JACKSON 280 PARK AVENUE NEW YORK, NY 10017 | 09/16/2009 | 08-13555 (JMP) | 13735 | $12,747,152.26 | DWS COMMUNICATIONS FUND, INC. C/O JOHN MILLETTE SECRETARY & VICE PRES. OF THE DWS SECURITIES TRUST ONE BEACON STREET BOSTON, MA 02108 | 05/21/2012 | 08-13555 (JMP) | 68105 | $12,747,152.26 |
| 8 | MARCH, ILDFONSO LACASTA CL MANILA 51 1-2 BARCELONA, 08034 SPAIN | 07/01/2009 | 08-13555 (JMP) | 5059 | Undetermined | ILDEFONSO LACASTA MARCH C/MANILA N 51, 1, 2A BARCELONA, 08034 SPAIN | 10/23/2009 | 08-13555 (JMP) | 45223 | $76,415.40 |
| 9 | MOSS, STEPHEN P.O. BOX 400, DEPT. LBHI BRONXVILLE, NY 10708-0400 | 09/19/2011 | 08-13555 (JMP) | 67665 | $584,657.66 | MOSS, STEPHEN P.O. BOX 400, DEPT. LBHI BRONXVILLE, NY 10708-0400 | 10/04/2011 | 08-13555 (JMP) | 67677 | $584,657.66 |
| 10 | REGAN, DAVID T. 11609 SHAVEN ROCK PLACE RALEIGH, NC 27613 | 09/21/2009 | | 24577 | $19,250.00 | REGAN, DAVID T. 11609 SHAVEN ROCK PLACE RALEIGH, NC 27613 | 12/13/2011 | 08-13555 (JMP) | 67786 | $26,334.00 |
| | | | | TOTAL | $13,351,059.92 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts