**Exhibit 1**

### IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 232: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SOLA LTD. ATTN: JOSEPH LONETTO, ESQ. 430 PARK AVENUE, 12TH FLOOR NEW YORK, NY 10022 | 24531 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $47,952,550.11 | Lehman Brothers Special Financing Inc. | Unsecured | $33,600,000.00 |
| 2 | SOLA LTD. ATTN: JOSEPH LONETTO, ESQ. 430 PARK AVENUE, 12TH FLOOR NEW YORK, NY 10022 | 24535 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $47,952,550.11 | Lehman Brothers Holdings Inc. | Unsecured | $33,600,000.00 |
| | | | | | TOTAL | $95,905,100.22 | | TOTAL | $67,200,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts