UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :
LEHMAN BROTHERS HOLDING INC.                               :   Chapter 11 Case No. 08-13555
                                                           :
-----------------------------------------------------------x

### CREDITOR EVA SCHABMUELLER's NOTICE OF ABANDONMENT OF CLAIM AND WITHDRAWAL OF COUNSEL

Creditor Eva SCHABMUELLER hereby respectfully provides notice to the Debtors that he abandons his Claim No. 57823 asserted against the estate and that he has released counsel from his duties and responsibilities with respect to Claim #57823 (US$289,282.40).

RESPECTFULLY submitted on Aug. 20, 2012.

Helge Naber
Montana Bar. Id. #7059
NABER PC
300 Central Avenue Suite 320
Great Falls Montana 59401
T 406 452 3100
F 406 452 6599
e helge.naber@naberpc.com

| | |
|---|---|
| • Lehman Brothers Holding Inc. Claims Processing<br>c/o Epiq Bankruptcy Solutions LLC<br>FDR Station P.O. Box 5076<br>New York New York 10150-5076<br>• Eric Kassenetz Esq.<br>WEIL GOTSCHAL & MANGES LLP<br>767 Fifth Avenue<br>New York New York 10153<br>*Attorney for Debtor* | **CERTIFICATE OF SERVICE**<br><br>This is to certify that the foregoing CREDITOR'S NOTICE OF ABANDONMENT & WITHDRAWAL OF COUNSEL was duly served by U.S. First Class mail, appropriate postage prepaid, upon the other parties or their attorney of record at their address or addresses as shown herein on 8/20/12.<br><br>NABER PC<br><br>By Linda Penna<br>300 Central Avenue Ste. 320 • Great Falls, MT 59401 |