**Exhibit 1**

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 162: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ELIM PARK BAPTIST HOME, INC., THE C/O SHARYN B. ZUCH, WIGGIN AND DANA LLP 185 ASYLUM ST., CITYPLACE I HARTFORD, CT 06103 | 67144 | 10/22/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $491,971.72 | Lehman Brothers Special Financing Inc. | Unsecured | $350,000.00 |
| | | | | | TOTAL | $491,971.72 | | TOTAL | $350,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts