# Exhibit 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 313: EXHIBIT 1 - RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | ADLER, MONA J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/14/2011 | 67723 | $76,075.00 | $76,075.00 | None |
| 2 | ALLRED, ANNIE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 19796 | Undetermined | Undetermined | None |
| 3 | ALTIDOR, FRITZNER L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 29298 | $4,430.00 | $4,430.00 | None |
| 4 | ARAMAYO, LUIS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 29295 | $716.00 | $716.00 | None |
| 5 | ARAMAYO, LUIS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 29296 | $4,978.00 | $4,978.00 | None |
| 6 | AREVALO, DORIS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 28360 | Undetermined | Undetermined | None |
| 7 | ARTESINI, MONICA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 14840 | $9,446.36 | $9,446.36 | None |
| 8 | BAKER, CAROL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/15/2009 | 12947 | $10,233.00 | $10,233.00 | None |
| 9 | BARICEVIC, JOANNA M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/16/2009 | 13425 | Undetermined | Undetermined | Undetermined |
| 10 | BARNETT, MATTHEW LEWIS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 24677 | $1,364,926.55 | $294,058.67 | $1,070,867.88 |
| 11 | BERTAGNA, ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27175 | Undetermined | Undetermined | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 313: EXHIBIT 1 - RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 12 | BHUTANI, SARABJIT S. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/28/2009 | 9634 | $2,879,070.04 | $2,482,716.06 | $396,353.98 |
| 13 | BIRNEY, JANET | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27235 | $10,950.00 * | Undetermined | $10,950.00 |
| 14 | BORY, CHARLES H. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/5/2008 | 507 | $58,792.38 | $24,177.00 | $34,615.38 |
| 15 | BOSSUNG, BRETT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 29626 | Undetermined | Undetermined | Undetermined |
| 16 | BOUTSIOULI, BARBARA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 14839 | $1,683.41 | $1,683.41 | None |
| 17 | BURKE, TERENCE P | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/16/2009 | 14402 | $26,685.00 | $23,645.00 | $3,040.00 |
| 18 | CAMPBELL, ROBERT H | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/7/2009 | 7596 | $1,109,942.27 * | $340,758.00 | $769,184.27 |
| 19 | CARAGIULO, NICHOLAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 28669 | $200,000.00 | Undetermined | $200,000.00 |
| 20 | CHADNEY, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 16291 | $103,045.00 | $42,542.50 | $60,502.50 |
| 21 | CHAMBERLAIN, DANIELLE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 29542 | $57,500.00 | $30,000.00 | $27,500.00 |
| 22 | CHAN, ANDREW L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 28731 | Undetermined | Undetermined | Undetermined |

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 23 | CHANG, ALFREDO Y. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 29576 | $130,965.20 | $124,465.20 | $6,500.00 |
| 24 | CHIDAMBARAM, SETHURAMAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 21905 | $30,115.34 | Undetermined | $30,115.34 |
| 25 | CHISHOLM, RUPERT F. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27571 | $10,950.00 * | $10,950.00 | Undetermined |
| 26 | CHU, HELEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/3/2012 | 67835 | $12,290.00 | $866.00 | $11,424.00 |
| 27 | CIONGOLI, JEFFRY J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31371 | $406,652.00 | $255,873.00 | $150,779.00 |
| 28 | CLOVES, STEVEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 32024 | $47,969.00 | $26,654.00 | $21,315.00 |
| 29 | COHEN, KENNETH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 29625 | $10,950.00 * | $10,950.00 | Undetermined |
| 30 | CONTI, ANGELA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30350 | $8,000.00 | Undetermined | $8,000.00 |
| 31 | COOKE, OLIVER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 16099 | $2,205,084.00 | $2,205,084.00 | None |
| 32 | CORDULA, PATRICK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 14847 | $15,847.05 | $15,847.05 | None |
| 33 | CORETH, MAXIMILIAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22202 | $22,620,000.00 * | $3,000,000.00 | $19,620,000.00 |

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 34 | CORNEJO, EMIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 25457 | Undetermined | Undetermined | None |
| 35 | CUCOLO, MATTHEW | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31369 | $13,612.00 | $13,612.00 | None |
| 36 | CURTIS, CLARE E | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 26030 | $604,000.00 * | $604,000.00 | Undetermined |
| 37 | D'ARCANGELO, MICHAEL III | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 18355 | $3,190,418.00 | $3,190,418.00 | None |
| 38 | DAUS, FRANZ-PETER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 19301 | $11,991.03 | $11,991.03 | None |
| 39 | DEAN, EMMA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 16276 | $20,561.00 | $10,561.00 | $10,000.00 |
| 40 | DELANEY, STEVEN G | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/11/2009 | 11442 | $522,000.00 | $196,000.00 | $326,000.00 |
| 41 | DELLARUSSO, RICHARD J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/28/2009 | 2112 | $219,545.52 | $112,876.55 | $106,668.97 |
| 42 | DENNISON, G. MS. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31770 | Undetermined | Undetermined | Undetermined |
| 43 | DEWAN, JOAN M | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 7/20/2009 | 5675 | $22,789.76 | $7,741.00 | $15,048.76 |
| 44 | DIRSCHBERGER, SALVATORE E. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/16/2009 | 14350 | $720,520.00 | $690,070.00 | $30,450.00 |

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 45 | DISABATO, KENNETH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30411 | $6,000.00 | Undetermined | $6,000.00 |
| 46 | DOPLER, MARY T. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/5/2009 | 7372 | $59,721.18 * | Undetermined | $59,721.18 |
| 47 | DUFFY, KATHLEEN C. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 21909 | Undetermined | Undetermined | None |
| 48 | DUNN, JOHN J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 17764 | Undetermined | Undetermined | None |
| 49 | EASTICK, HELEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31768 | $49,594.00 | $46,549.00 | $3,045.00 |
| 50 | EISENBERG, IRWIN M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/4/2009 | 10417 | $119,951.00 | $12,776.00 | $107,175.00 |
| 51 | ESCOBAR, CALIXTO M. JR. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 24873 | Undetermined | Undetermined | Undetermined |
| 52 | FENNELL, CAROLE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 26580 | Undetermined | Undetermined | Undetermined |
| 53 | FERBER, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 15567 | $19,461.00 | $18,486.00 | $975.00 |
| 54 | FILLER, RONALD H. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 18688 | Undetermined | Undetermined | Undetermined |
| 55 | FISCHER, CHRISTIAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 14843 | $44,500.86 | $44,500.86 | None |

08-13555-mg    Doc 30368-1    Filed 08/24/12    Entered 08/24/12 11:46:09    Exhibits
Pg 7 of 20

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 313: EXHIBIT 1 - RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 56 | FITZENBERGER, GERDA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 14842 | $31,936.17 | $31,936.17 | None |
| 57 | FLYNN, PATRICK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 18639 | $151,918.00 | $148,873.00 | $3,045.00 |
| 58 | FORSYTH, DAVID M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27600 | $10,950.00 * | Undetermined | $10,950.00 |
| 59 | FRYER, DANIEL J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22765 | $72,629.84 | $72,629.84 | None |
| 60 | FU, CHANEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 23817 | $21,910.00 | $21,910.00 | None |
| 61 | GAMBARDELLA, LISA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27360 | $7,105.00 | $3,379.00 | $3,726.00 |
| 62 | GAMBARDELLA, LISA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/22/2011 | 67812 | $22,105.00 | $3,379.00 | $18,726.00 |
| 63 | GELBAND, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 23808 | $10,950.00 * | $10,950.00 | Undetermined |
| 64 | GHOSH, SHINJIT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 28650 | Undetermined | Undetermined | Undetermined |
| 65 | GIACONE, PETER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/10/2009 | 7829 | $18,947.74 | Undetermined | $18,947.74 |
| 66 | GIANFRANCO, PAPARELLA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/23/2009 | 34421 | $10,099,233.33 | $7,509,517.00 | $2,589,716.33 |

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 67 | GIBAULT, CAROLINE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22322 | $1,047,933.00 | $1,047,933.00 | Undetermined |
| 68 | GIESE, JOHN T. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 34212 | $4,925.00 | $925.00 | $4,000.00 |
| 69 | GLASER, ANDREAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 14844 | $24,604.94 | $24,604.94 | None |
| 70 | GLEN, JAMES J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 29202 | $296,074.00 | $296,074.00 | None |
| 71 | GOLDBERG, DANIEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 18188 | $14,068.31 | $4,876.00 | $9,192.31 |
| 72 | GOLLIN, MARK D. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 15134 | $792,128.00 | $500,000.00 | $292,128.00 |
| 73 | GRAY, L.A. MS. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31769 | $5,883.00 | $2,838.00 | $3,045.00 |
| 74 | HABER, SANFORD A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22132 | $183,350.85 * | $123,350.85 | $60,000.00 |
| 75 | HANSELL, PETER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 14747 | $3,252,616.06 | $2,777,178.06 | $475,438.00 |
| 76 | HEBENBROCK, MONIKA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 14841 | $15,433.07 | $15,433.07 | None |
| 77 | HEDLUND, ROBERT G III | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30057 | Undetermined | Undetermined | Undetermined |

08-13555-mg    Doc 30368-1    Filed 08/24/12    Entered 08/24/12 11:46:09    Exhibits
Pg 9 of 20

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 313: EXHIBIT 1 - RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 78 HIGGINS, CATHERINE M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/28/2009 | 9679 | $13,656.00 | $10,611.00 | $3,045.00 |
| 79 HOLLEB, THOMAS J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 4/2/2010 | 66496 | $2,358,400.00 | $2,358,400.00 | Undetermined |
| 80 HOULIHAN, BRENNA A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 25116 | Undetermined | Undetermined | None |
| 81 HUTCHERSON, SOPHIE L | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 16288 | $253,655.00 | $232,340.64 | $21,314.36 |
| 82 ICASIANO, SERAFIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27948 | $5,445.46 | $2,657.00 | $2,788.46 |
| 83 JENDRUSIAK, KARINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/11/2009 | 7998 | Undetermined | Undetermined | Undetermined |
| 84 JONES, ANDREW L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 18928 | $102,976.59 | $84,706.59 | $18,270.00 |
| 85 KAMENOFF, NICK N | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 24883 | $8,829.66 | $5,347.06 | $3,482.60 |
| 86 KAMENSKY, DANIEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 28712 | Undetermined | Undetermined | Undetermined |
| 87 KILLIAN, GARY M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 24154 | $1,000,000.00 * | Undetermined | $1,000,000.00 |
| 88 KIRK, ALEX | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 23919 | Undetermined | Undetermined | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 313: EXHIBIT 1 - RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 89 | KLINGER, JEFFREY M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 7/27/2009 | 6256 | $500,000.00 | $135,922.94 | $364,077.06 |
| 90 | KOZLOV, ANATOLY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/23/2011 | 67740 | $92,455.00 | $92,455.00 | None |
| 91 | KRASNOPOLSKY, DAVID | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27297 | $25,832.18 | $6,416.00 | $19,416.18 |
| 92 | KRAUSE, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/3/2008 | 1191 | $160,416.70 | Undetermined | $160,416.70 |
| 93 | KRAVETZ, LARRY J | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27319 | Undetermined | Undetermined | Undetermined |
| 94 | KUN, WILLIAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 1395 | $58,058.46 | Undetermined | $58,058.46 |
| 95 | KUNZ, ROBERT F. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/19/2009 | 19517 | $295,084.57 | $15,184.57 | $279,900.00 |
| 96 | LAMMIN, STEVEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/31/2009 | 9916 | $19,406.49 | $16,361.49 | $3,045.00 |
| 97 | LARIT, KEITH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 28275 | $408,328.42 | $213,799.60 | $194,528.82 |
| 98 | LEE, MATTHEW | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/16/2009 | 14072 | Undetermined | Undetermined | None |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 313: EXHIBIT 1 - RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 99 | LIU, AMY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27354 | $6,621.00 | $4,346.00 | $2,275.00 |
| 100 | LIU, AMY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/6/2011 | 67779 | $19,371.00 | $4,346.00 | $15,025.00 |
| 101 | LIVINGSTONE, JONATHAN LOUIS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 15663 | $37,802.00 | $2,373.00 | $35,429.00 |
| 102 | LOMBARDI, MARCELLO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 14845 | $4,784.34 | $4,784.34 | None |
| 103 | LOPRETE, BECKY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27356 | $11,806.00 | $7,431.00 | $4,375.00 |
| 104 | LOZANO, ROSA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27359 | $6,802.81 | $2,623.00 | $4,179.81 |
| 105 | MAHLER, JAY M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 24031 | $166,121.59 | $46,596.29 | $119,525.30 |
| 106 | MARTIAK, YULIYA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/3/2012 | 67834 | $6,477.04 | $888.00 | $5,589.04 |
| 107 | MARTINELLI, JOHN E. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/28/2011 | 67833 | $21,961.00 | $11,058.00 | $10,903.00 |
| 108 | MARTINOVIC, MARIO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 14846 | $9,746.65 | $9,746.65 | None |
| 109 | MARTYN, LYNETTE | 08-13905 (JMP) | CES Aviation LLC | 9/16/2009 | 13351 | $100,000.00 | Undetermined | $100,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 313: EXHIBIT 1 - RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 110 METAXAS, JAMES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/15/2009 | 12996 | $47,253.48 | $47,253.48 | None |
| 111 MICHAELS, JEFFREY A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 7/30/2010 | 66974 | $14,070,006.00 | $14,070,006.00 | Undetermined |
| 112 MILEWITS, ALYSSA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30096 | $1,255.00 | $1,255.00 | None |
| 113 MITCHELL, LEE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 17782 | $64,032.61 | $60,987.61 | $3,045.00 |
| 114 MO KAN LI | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/6/2011 | 67780 | $19,942.31 | $2,650.00 | $17,292.31 |
| 115 MOHR, SCOTT W. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27180 | Undetermined | Undetermined | Undetermined |
| 116 MONTELLA, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/29/2011 | 67751 | $57,747.21 | $16,978.00 | $40,769.21 |
| 117 MOSLEY, KARAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 32519 | $200,000.00 | Undetermined | $200,000.00 |
| 118 NANCOZ, SALLY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 26300 | $90,000.00 | $90,000.00 | None |
| 119 NANKA-BRUCE, ODAATEI | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/16/2009 | 13436 | $17,105.00 | $14,060.00 | $3,045.00 |
| 120 NELSON, ANDREW M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 33526 | $77,767.52 | $74,722.52 | $3,045.00 |

08-13555-mg    Doc 30368-1    Filed 08/24/12    Entered 08/24/12 11:46:09    Exhibits
Pg 13 of 20

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 313: EXHIBIT 1 - RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 121 | NEWMAN, MARK H | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 18339 | $9,150,000.00 | $8,500,000.00 | $650,000.00 |
| 122 | NISCO, MARIE R. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 15262 | $43,117.00 | $3,442.00 | $39,675.00 |
| 123 | NUZZELA, DANIELLE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 15694 | $992.00 | $992.00 | None |
| 124 | ODRICH, MICHAEL J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 20199 | $4,480,357.00 | $4,480,357.00 | Undetermined |
| 125 | ODRICH, MICHAEL J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 20200 | $10,100,000.00 * | $10,100,000.00 | Undetermined |
| 126 | ORLAN, FRED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22129 | Undetermined | Undetermined | Undetermined |
| 127 | OTAMENDI, MIGUEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 32085 | $712,491.31 | $701,178.31 | $11,313.00 |
| 128 | OVERLANDER, KEITH F. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 23561 | Undetermined | Undetermined | Undetermined |
| 129 | PATEL, BHAVNA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/24/2009 | 9244 | $40,060.00 | $15,030.00 | $25,030.00 |
| 130 | PATEL, BHAVNA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/24/2009 | 9246 | $40,060.00 | $15,030.00 | $25,030.00 |
| 131 | PATEL, SHAILY B. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 26133 | $714.80 | $482.00 | $232.80 |

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 132 PEDONE, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22130 | Undetermined | Undetermined | Undetermined |
| 133 PEISKER, GERHARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 14848 | $7,668.80 | $7,668.80 | None |
| 134 PELAYO, CARLOS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 34221 | $22,640.00 | $22,640.00 | None |
| 135 PENCU, RALUCA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31420 | $110,000.00 | $23,000.00 | $87,000.00 |
| 136 PETTET, SHELLEY RAE SCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 7/22/2009 | 5851 | Undetermined | Undetermined | None |
| 137 PLAVAN, KATHERINE L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30043 | Undetermined | Undetermined | None |
| 138 PRANAITIS, JEFFREY D. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/16/2009 | 13891 | $2,093,269.00 | Undetermined | $2,093,269.00 |
| 139 PRESTON, GERAINT N | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/19/2009 | 19576 | $203,600.00 | $85,377.00 | $118,223.00 |
| 140 PULIDO-CROWE, OLGA A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 16216 | $359,686.85 | $190,230.12 | $169,456.73 |
| 141 QUINONES, RICHARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 2/24/2009 | 3008 | $18,624.00 | $8,624.00 | $10,000.00 |
| 142 RABIN, ELI | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 28682 | $1,067.00 | $1,067.00 | None |

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 143 | RAHMAN, MOHAMMED M | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30740 | $21,251.00 | $17,251.00 | $4,000.00 |
| 144 | RAY, RAJ T | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/14/2009 | 12168 | $355,647.00 | $314,247.00 | $41,400.00 |
| 145 | RAYMOND, RICK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 7/14/2009 | 5338 | $15,714.29 | $1,964.29 | $13,750.00 |
| 146 | RHYS-TAYLOR, OPAL D | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/16/2009 | 13345 | $6,444.00 | $3,399.00 | $3,045.00 |
| 147 | RODRIGUEZ, NANCY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 1392 | $1,741.75 | Undetermined | $1,741.75 |
| 148 | RODRIGUEZ, NANCY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22265 | $1,119.16 | Undetermined | $1,119.16 |
| 149 | RODRIGUEZ-COLON, ELIZABETH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/23/2009 | 34491 | Undetermined | Undetermined | None |
| 150 | ROSE, SARAH E | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/16/2009 | 14303 | $16,030.77 | $12,985.77 | $3,045.00 |
| 151 | ROSS, MEREDITH H | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/19/2009 | 19588 | $10,000.00 | Undetermined | $10,000.00 |
| 152 | RUSSELL, MARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31225 | $2,422,363.00 | $2,121,406.00 | $300,957.00 |
| 153 | RUTTER, JAY P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30400 | Undetermined | Undetermined | Undetermined |

08-13555-mg    Doc 30368-1    Filed 08/24/12    Entered 08/24/12 11:46:09    Exhibits
Pg 16 of 20

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 313: EXHIBIT 1 - RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 154 SAKER, BRIAN HUGH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 16203 | $32,123.00 | $29,078.00 | $3,045.00 |
| 155 SALVATORE, JULIANNE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/8/2009 | 10633 | $776,889.00 | $160,000.00 | $616,889.00 |
| 156 SALZMAN, ERIC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 18808 | $634,488.00 | $634,488.00 | None |
| 157 SARIC, RENATO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 19302 | $9,102.68 | $9,102.68 | None |
| 158 SCAMUFFO, JOSEPH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/4/2009 | 10458 | $48,616.00 | $27,301.00 | $21,315.00 |
| 159 SCHAEFER, JEFF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22768 | Undetermined | Undetermined | Undetermined |
| 160 SCHAUB, MARY-ELIZABETH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 28080 | $3,710.00 * | $3,710.00 | Undetermined |
| 161 SEERY, JAMES P | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 23554 | Undetermined | Undetermined | Undetermined |
| 162 SENIOR, MARION J | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 18748 | $44,543.18 | $14,093.18 | $30,450.00 |
| 163 SHAH, ASHISH C | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 33026 | Undetermined | Undetermined | Undetermined |
| 164 SHANNON, WILLIAM E | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30036 | $606,000.00 | $606,000.00 | None |

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 165 SHEK-FREEDMAN, ADA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27357 | $2,247.00 | $805.00 | $1,442.00 |
| 166 SHLIMON, MICHELLE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 34213 | $5,675.00 | $1,675.00 | $4,000.00 |
| 167 SILVERS, STEVEN T. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 23874 | $50,000.00 | $50,000.00 | None |
| 168 SIMONS, LAWRENCE G. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 24669 | $237,036.53 | $187,280.41 | $49,756.12 |
| 169 SINER, JASON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/6/2008 | 534 | $111,546.99 | $7,003.47 | $104,543.52 |
| 170 SINN, ADAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 24655 | $6,101,200.00 | $101,200.00 | $6,000,000.00 |
| 171 SIU, RICHARD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30364 | $88,757.17 | $86,235.00 | $2,522.17 |
| 172 SOLINGER, MARTHA E. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30637 | Undetermined | Undetermined | None |
| 173 STEINBERG, DARRYL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31185 | $456,825.00 | $345,287.00 | $111,538.00 |
| 174 STUCCHIO, ANTHONY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31138 | $402,225.00 | $347,408.00 | $54,817.00 |
| 175 SULLIVAN, MANDY L | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 16275 | $13,639.30 | $10,594.30 | $3,045.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 313: EXHIBIT 1 - RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|
| 176 SUTTON, JULIAN R | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/28/2009 | 35055 | $778,003.52 | $778,003.52 | None |
| 177 SWEENEY, BRAD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 28733 | Undetermined | Undetermined | Undetermined |
| 178 TAM, JACKSON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30444 | $4,526.92 | Undetermined | $4,526.92 |
| 179 THOMPSON, SARAH C. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 24581 | Undetermined | Undetermined | Undetermined |
| 180 TOSCANI, EDOARDO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 25357 | $4,593,111.00 | $4,540,340.00 | $52,771.00 |
| 181 TRAILL, TRICIA A | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 32739 | Undetermined | Undetermined | None |
| 182 TSESMELIS, NICOLE E. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/10/2009 | 3287 | $10,913.95 * | Undetermined | $10,913.95 |
| 183 UPTON, EMILY S | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/10/2009 | 11244 | $75,360.00 | $72,315.00 | $3,045.00 |
| 184 VENEGAS, ROSA E. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/10/2009 | 7743 | $69,411.54 | $4,157.50 | $65,254.04 |
| 185 VOLPE, DARCY L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/31/2009 | 9842 | $127,982.91 | $127,982.91 | None |
| 186 WALESCH, JAY E | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 23899 | $80,258.46 | $4,817.00 | $75,441.46 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 313: EXHIBIT 1 - RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 187 | WALSH, MARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 29624 | Undetermined | Undetermined | Undetermined |
| 188 | WATERS, ANDREW THOMAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/19/2009 | 19623 | $4,617.16 | $1,164.00 | $3,453.16 |
| 189 | WELCH, MICHAEL GODFREY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2009 | 2127 | $115,437.66 | Undetermined | $115,437.66 |
| 190 | WELSH, JOHN M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27176 | Undetermined | Undetermined | Undetermined |
| 191 | WILSON, DAVID FLORES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30435 | $115,751.00 | $67,600.00 | $48,151.00 |
| 192 | WILSON, GRAHAM RAYMOND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 18637 | $219,685.21 | $201,415.21 | $18,270.00 |
| 193 | WINTER, HANS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 14850 | $5,691.78 | $5,691.78 | None |
| 194 | WITKIN, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/1/2009 | 10035 | $909.00 * | Undetermined | $909.00 |
| 195 | WITKIN, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/31/2009 | 9981 | $12,633.00 * | $12,633.00 | Undetermined |
| 196 | YEUNG, BRIAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27233 | $6,575.77 | $345.00 | $6,230.77 |
| 197 | YEUNG, BRIAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/1/2011 | 67791 | $22,175.77 | $345.00 | $21,830.77 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 313: EXHIBIT 1 - RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 198 | YOSHIMURA, ROBIN K. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30552 | $160,689.00 | $94,000.00 | $66,689.00 |
| 199 | ZALOUM, PHILIP B | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/16/2009 | 13440 | $53,076.00 | $50,031.00 | $3,045.00 |
| | | | | | TOTAL | $119,781,901.58 | $79,406,296.65 | $40,375,604.93 |

\* - Indicates claim contains unliquidated and/or undetermined amounts