# Exhibit 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 319: EXHIBIT 1 - RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS**

| # | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | ANUWAR, SHERRINA EVELINE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/12/2009 | 8033 | $17,950.59 | Undetermined | $17,950.59 |
| 2 | ASHWELL, LAUREN W. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/15/2011 | 67726 | $181,317.90 | Undetermined | $181,317.90 |
| 3 | CARTY, LEA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/30/2009 | 35593 | $685,270.35 | $683,125.06 | $2,145.29 |
| 4 | DE NICOLA, MICHELA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/30/2009 | 65763 | $6,531.08 | $6,531.08 | None |
| 5 | FRYER, KELLY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/14/2009 | 39842 | $3,756.00 | $3,756.00 | None |
| 6 | GELB, JAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/1/2009 | 35981 | $736,692.00 | $736,692.00 | None |
| 7 | GOODRIDGE, JOHN A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/26/2009 | 9459 | $5,338,260.83 | $5,288,260.83 | $50,000.00 |
| 8 | RAYNER, RUTH J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/6/2009 | 36598 | $97,415.00 | $97,415.00 | None |
| 9 | SCAVONE, JOSEPH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/25/2009 | 34945 | $31,641.00 | $31,641.00 | None |
| 10 | SCAVONE, THERESA, FOR JOSEPH SCAVONE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/25/2009 | 34944 | $31,641.00 | $31,641.00 | None |
| 11 | TEMEL, TULUG T. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40791 | $2,693,326.13 | $2,693,326.13 | None |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 319: EXHIBIT 1 - RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 12 | TENNANT, COLIN H | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/23/2009 | 34355 | $600,000.00 | $600,000.00 | None |
| 13 | VENTURA, GIORGIO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/30/2009 | 35587 | $558,124.00 | $528,124.00 | $30,000.00 |
| 14 | VEREKER, WILLIAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 62466 | $11,672,138.61 | $11,672,138.61 | None |
| 15 | ZAKIAN, PAUL A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/7/2009 | 36799 | $176,151.00 | $176,151.00 | None |
| 16 | ZANCO, MARIO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/30/2009 | 35574 | $115,491.00 | $45,491.00 | $70,000.00 |
| | | | | | TOTAL | $22,945,706.49 | $22,594,292.71 | $351,413.78 |

\* - Indicates claim contains unliquidated and/or undetermined amounts