IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 213: EXHIBIT A

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | FORLER, CHANTAL CATHERINE<br>2701 EVELINA<br>HIRANANDANI ESTATE<br>THANE WEST, 400607<br>INDIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43231 | $106,125.00 |
| 2 | INTERNATIONAL DOMESTIC BALANCED FUND<br>7-9 KIFISIAS AV. AND 2 NEAPOLEOS STR.<br>MAROUSI<br>ATHENS, 15123<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51600 | $212,265.00 |
| | | | | | TOTAL | $318,390.00 |

US_ACTIVE:\44079882\1\58399.0011