## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 214: EXHIBIT A

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | **MIDDLE EAST SHIPPING AGENCIES OVERSEAS LTD**<br>**19 MILTIADOU STR**<br>**GLYFADA, 16675**<br>**GREECE** | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 10/22/2009 | 44060 | $100,000.00 |
| 2 | **SCHIARITI, EDUARDO RAFAEL**<br>**AVDA. RIVADAVIA 6346 PISO 2 A**<br>**CP 1406**<br>**BUENOS AIRES,**<br>**ARGENTINA** | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 10/07/2009 | 36819 | $18,000.00 |
| | | | | | TOTAL | $118,000.00 |