IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 216: EXHIBIT A

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | AMOUNT TO BE RECLASSIFIED |
|---|---|---|---|---|---|---|---|
| 1 | BANK OF VALLETTA P.L.C.<br>C/O DAY PITNEY LLP<br>ATTN: RONALD S. BEACHER, ESQ.<br>7 TIMES SQUARE<br>NEW YORK, NY 10036-7311 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58114 | $12,279,681.00 | $4,909,280.00 |
| 2 | BANQUE SAFDIE SA<br>ATTN: MICHEL KISFALVDY<br>1, RUE DE LA TOUR-DE-L'ILE<br>PO BOX 5415-1211<br>GENEVA 11, 1204<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 65272[1] | $4,969,571.76 | $1,800,000.00 |
| | | | | | TOTAL | $17,249,252.76 | $6,709,280.00 |