**Banque Cantonale du Valais Allowed Amounts by Claim and ISIN**

| Claim # | ISIN | Issuer | Notional (Original Currency) | Claim Filed Amt (USD) | Allowed Claim Amount (USD) |
|---|---|---|---|---|---|
| 58536 | XS0324618676 | LBSN | 150,000 | 143,719.00 | 141,108.72 |
| 58537 | XS0324618676 | LBSN | 100,000 | 95,813.00 | 94,072.48 |
| 58555 | XS0338544041 | LBSN | 30,000 | 25,839.00 | 19,468.48 |
| 58603 | XS0338544041 | LBSN | 50,000 | 43,064.00 | 32,447.47 |
| 58604 | XS0338544041 | LBSN | 500,000 | 430,638.00 | 324,474.72 |
| 58605 | XS0338544041 | LBSN | 150,000 | 129,192.00 | 97,342.42 |
| 58494 | XS0286900708 | LBT | 40,000 | 18,907.00 | 35,681.70 |
| 58495 | XS0286900708 | LBT | 40,000 | 18,907.00 | 35,681.70 |
| 58496 | XS0286900708 | LBT | 35,000 | 16,543.00 | 31,221.49 |
| 58497 | XS0286900708 | LBT | 35,000 | 16,543.00 | 31,221.49 |
| 58498 | XS0286897219 | LBT | 50,000 | 43,228.00 | 70,955.29 |
| 58499 | XS0286897219 | LBT | 50,000 | 43,228.00 | 70,955.29 |
| 58500 | XS0286897219 | LBT | 57,000 | 49,280.00 | 80,889.03 |
| 58501 | XS0286897219 | LBT | 75,000 | 64,842.00 | 106,432.93 |
| 58502 | XS0286897219 | LBT | 100,000 | 86,456.00 | 141,910.58 |
| 58504 | XS0286897219 | LBT | 10,000 | 8,646.00 | 14,191.06 |
| 58505 | XS0286897219 | LBT | 20,000 | 17,292.00 | 28,382.12 |
| 58506 | XS0286897219 | LBT | 25,000 | 21,614.00 | 35,477.64 |
| 58507 | XS0286897219 | LBT | 30,000 | 25,937.00 | 42,573.17 |
| 58508 | XS0286897219 | LBT | 45,000 | 38,905.00 | 63,859.76 |
| 58509 | XS0286897219 | LBT | 150,000 | 129,683.00 | 212,865.87 |
| 58510 | XS0286897219 | LBT | 200,000 | 172,911.00 | 283,821.15 |
| 58511 | XS0286900708 | LBT | 44,000 | 20,792.00 | 39,249.87 |
| 58512 | XS0286900708 | LBT | 50,000 | 23,633.00 | 44,602.13 |
| 58513 | XS0286900708 | LBT | 50,000 | 18,907.00 | 44,602.13 |
| 58514 | XS0286900708 | LBT | 20,000 | 9,454.00 | 17,840.85 |
| 58515 | XS0286900708 | LBT | 20,000 | 9,454.00 | 17,840.85 |
| 58516 | XS0286900708 | LBT | 20,000 | 9,454.00 | 17,840.85 |
| 58517 | XS0286900708 | LBT | 26,000 | 12,290.00 | 23,193.11 |
| 58518 | XS0286900708 | LBT | 30,000 | 14,180.00 | 26,761.28 |
| 58519 | XS0286900708 | LBT | 30,000 | 14,180.00 | 26,761.28 |
| 58520 | XS0286900708 | LBT | 20,000 | 9,454.00 | 17,840.85 |
| 58521 | XS0286900708 | LBT | 15,000 | 7,090.00 | 13,380.64 |
| 58522 | XS0286900708 | LBT | 30,000 | 14,180.00 | 26,761.28 |
| 58523 | XS0286900708 | LBT | 60,000 | 28,360.00 | 53,522.55 |
| 58524 | XS0286900708 | LBT | 60,000 | 28,360.00 | 53,522.55 |
| 58525 | XS0286900708 | LBT | 50,000 | 23,633.00 | 44,602.13 |
| 58526 | XS0286900708 | LBT | 50,000 | 23,633.00 | 44,602.13 |
| 58527 | XS0286900708 | LBT | 50,000 | 23,633.00 | 44,602.13 |
| 58528 | XS0286900708 | LBT | 50,000 | 23,633.00 | 44,602.13 |

| Claim # | ISIN | Issuer | Notional (Original Currency) | Claim Filed Amt (USD) | Allowed Claim Amount (USD) |
|---|---|---|---:|---:|---:|
| 58529 | XS0286900708 | LBT | 50,000 | 23,633.00 | 44,602.13 |
| 58530 | XS0186243118 | LBT | 35,000 | 23,896.00 | 31,300.93 |
| 58531 | XS0232364868 | LBT | 100,000 | 42,729.00 | 149,168.48 |
| 58538 | XS0286900708 | LBT | 400,000 | 189,063.00 | 356,817.02 |
| 58539 | XS0286900708 | LBT | 300,000 | 141,797.00 | 267,612.76 |
| 58540 | XS0286900708 | LBT | 200,000 | 94,532.00 | 178,408.51 |
| 58541 | XS0286900708 | LBT | 150,000 | 70,899.00 | 133,806.38 |
| 58542 | XS0286900708 | LBT | 150,000 | 70,899.00 | 133,806.38 |
| 58543 | XS0286900708 | LBT | 150,000 | 70,899.00 | 133,806.38 |
| 58544 | XS0200265709 | LBT | 33,000 | 24,157.00 | 29,713.46 |
| 58545 | XS0286900708 | LBT | 100,000 | 47,266.00 | 89,204.25 |
| 58546 | XS0286900708 | LBT | 80,000 | 37,813.00 | 71,363.40 |
| 58547 | XS0286900708 | LBT | 100,000 | 47,266.00 | 89,204.25 |
| 58548 | XS0286900708 | LBT | 100,000 | 47,266.00 | 89,204.25 |
| 58549 | XS0286900708 | LBT | 100,000 | 47,266.00 | 89,204.25 |
| 58550 | XS0286900708 | LBT | 80,000 | 37,813.00 | 71,363.40 |
| 58551 | XS0286900708 | LBT | 80,000 | 37,813.00 | 71,363.40 |
| 58552 | XS0286900708 | LBT | 70,000 | 33,086.00 | 62,442.98 |
| 58553 | XS0286900708 | LBT | 70,000 | 33,086.00 | 62,442.98 |
| 58554 | XS0286900708 | LBT | 70,000 | 33,086.00 | 62,442.98 |
| 58556 | XS0286900708 | LBT | 15,000 | 7,090.00 | 13,380.64 |
| 58557 | XS0286900708 | LBT | 10,000 | 4,727.00 | 8,920.43 |