Irena M. Goldstein
Jeffrey Chubak
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for The Royal Bank of Scotland plc, The Royal Bank of Scotland N.V., RBS Securities Inc., and Sempra Energy Solutions LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
                                                              :
*In re*                                                       :    **Chapter 11**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                  :    **Case No. 08-13555 (JMP)**
                                                              :
          Debtor.                                             :    **(Jointly Administered)**
                                                              :
------------------------------------------------------------- x

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firm of Proskauer Rose LLP has replaced the law firm of Dewey & LeBoeuf LLP as attorneys for The Royal Bank of Scotland plc, The Royal Bank of Scotland N.V. (f/k/a ABN AMRO Bank N.V.), RBS Securities Inc. (f/k/a Greenwich Capital Markets, Inc.), and Sempra Energy Solutions LLC in the above-captioned cases. The Royal Bank of Scotland plc, The Royal Bank of Scotland N.V., RBS Securities Inc., and Sempra Energy Solutions LLC respectfully request that all notices, pleadings, orders, complaints, and other documents served or required to be served in the above-captioned cases be served upon:

        Irena M. Goldstein (igoldstein@proskauer.com)
        Jeffrey Chubak (jchubak@proskauer.com)
        PROSKAUER ROSE LLP
        Eleven Times Square
        New York, New York 10036
        Tel: (212) 969-3000
        Fax: (212) 969-2900

Dated: August 24, 2012
      New York, New York

Respectfully submitted,

/s/ Irena M. Goldstein
Irena M. Goldstein
Jeffrey Chubak
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for The Royal Bank of Scotland plc, The Royal Bank of Scotland N.V., RBS Securities Inc., and Sempra Energy Solutions LLC*