Irena M. Goldstein
Jeffrey Chubak
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for International Equity Index*
*Fund III Accredited, L.L.L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :
*In re*                                                          :    **Chapter 11**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **Case No. 08-13555 (JMP)**
                                                                 :
            Debtor.                                              :    **(Jointly Administered)**
                                                                 :
---------------------------------------------------------------- x

# NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firm of Proskauer Rose LLP has replaced the law firm of Dewey & LeBoeuf LLP as attorneys for International Equity Index Fund III Accredited, L.L.L.P. in the above-captioned cases. International Equity Index Fund III Accredited, L.L.L.P. respectfully requests that all notices, pleadings, orders, complaints, and other documents served or required to be served in the above-captioned cases be served upon:

> Irena M. Goldstein (igoldstein@proskauer.com)
> Jeffrey Chubak (jchubak@proskauer.com)
> PROSKAUER ROSE LLP
> Eleven Times Square
> New York, New York 10036
> Tel: (212) 969-3000
> Fax: (212) 969-2900

Dated: August 24, 2012
      New York, New York

Respectfully submitted,

/s/ Irena M. Goldstein
Irena M. Goldstein
Jeffrey Chubak
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for International Equity Index Fund III Accredited, L.L.L.P.*