Martin J. Bienenstock
Jeffrey Chubak
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for The Walt Disney Company
and The Walt Disney Company Master
Retirement Plan*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtor. | : | (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firm of Proskauer Rose LLP has replaced the law firm of Dewey & LeBoeuf LLP as attorneys for The Walt Disney Company and The Walt Disney Company Master Retirement Plan in the above-captioned cases. The Walt Disney Company and The Walt Disney Company Master Retirement Plan respectfully request that all notices, pleadings, orders, complaints, and other documents served or required to be served in the above-captioned cases be served upon:

> Martin J. Bienenstock (mbienenstock@proskauer.com)
> Jeffrey Chubak (jchubak@proskauer.com)
> PROSKAUER ROSE LLP
> Eleven Times Square
> New York, New York 10036
> Tel: (212) 969-3000
> Fax: (212) 969-2900

Dated: August 24, 2012  
      New York, New York

Respectfully submitted,

/s/ Martin J. Bienenstock  
Martin J. Bienenstock  
Jeffrey Chubak  
PROSKAUER ROSE LLP  
Eleven Times Square  
New York, New York 10036  
Tel: (212) 969-3000  
Fax: (212) 969-2900

*Attorneys for The Walt Disney Company and The Walt Disney Company Master Retirement Plan*

2