# **Exhibit 1**

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 67: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | NEXSTAR DEVELOPING OPPORTUNTIES MASTER FUND, LTD C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10017 | 33279 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $936,320.07* | Lehman Brothers Special Financing Inc. | Unsecured | $375,000.00 |
| | | | | | TOTAL | $936,320.07 | | TOTAL | $375,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1