**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 320: EXHIBIT A – LB ROSE RANCH LLC NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | TOTAL CLAIM DOLLARS | BASIS FOR NO LIABILITY |
|---|---|---|---|---|---|---|
| 1 | A-1 Heating & Cooling, Inc.<br>2342 Airport Rd.<br>Rifle, CO 81650 | 09-10560 (JMP) | LB Rose Ranch LLC | 25112 | $56,531.00 | The invoice attached to Claim 25112 identifies third party Ironbridge Homes LLC as the entity to whom the services were allegedly provided. |
| 2 | Altitude Landscaping Co.<br>P.O. Box 1882<br>Edwards, CO 81632 | 09-10560 (JMP) | LB Rose Ranch LLC | 24627 | $16,539.00 | The invoice attached to Claim 24627 identifies third party Ironbridge Aspen Collection, LLC as the entity to whom the services were allegedly provided. |
| 3 | DZ Trucking Inc.<br>11694 Country Rd. 320<br>Rifle, CO 81659 | 09-10560 (JMP) | LB Rose Ranch LLC | 31370 | $12,917.46 | The invoice attached to Claim 31370 identifies third party Ironbridge Aspen Collection, LLC as the entity to whom the services were allegedly provided. |
| 4 | InsulVail, LLC<br>P.O. Box 2888<br>Vail, CO 81658 | 09-10560 (JMP) | LB Rose Ranch LLC | 8597 | $289.90 | The invoice attached to Claim 8597 identifies third party Ironbridge Homes LLC as the entity to whom the services were allegedly provided. |
| 5 | InsulVail, LLC<br>P.O. Box 2888<br>Vail, CO 81658 | 09-10560 (JMP) | LB Rose Ranch LLC | 8598 | $289.90 | The invoice attached to Claim 8598 identifies third party Ironbridge Homes LLC as the entity to whom the services were allegedly provided. |
| 6 | InsulVail, LLC<br>P.O. Box 2888<br>Vail, CO 81658 | 09-10560 (JMP) | LB Rose Ranch LLC | 8599 | $289.90 | The invoice attached to Claim 8599 identifies third party Ironbridge Homes LLC as the entity to whom the services were allegedly provided. |
| 7 | InsulVail, LLC<br>P.O. Box 2888<br>Vail, CO 81658 | 09-10560 (JMP) | LB Rose Ranch LLC | 8600 | $289.90 | The invoice attached to Claim 8600 identifies third party Ironbridge Homes LLC as the entity to whom the services were allegedly provided. |

US_ACTIVE:\44034725\2\58399.0003

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 320: EXHIBIT A – LB ROSE RANCH LLC NO LIABILITY CLAIMS**

| | | | Vendor Claims | | | |
|---|---|---|---|---|---|---|
| 8 | InsulVail, LLC<br>P.O. Box 2888<br>Vail, CO 81658 | 09-10560 (JMP) | LB Rose Ranch LLC | 8601 | $289.90 | The invoice attached to Claim 8601 identifies third party Ironbridge Homes LLC as the entity to whom the services were allegedly provided. |
| 9 | InsulVail, LLC<br>P.O. Box 2888<br>Vail, CO 81658 | 09-10560 (JMP) | LB Rose Ranch LLC | 8602 | $289.90 | The invoice attached to Claim 8602 identifies third party Ironbridge Homes LLC as the entity to whom the services were allegedly provided. |
| 10 | InsulVail, LLC<br>P.O. Box 2888<br>Vail, CO 81658 | 09-10560 (JMP) | LB Rose Ranch LLC | 8604 | $289.90 | The invoice attached to Claim 8604 identifies third party Ironbridge Homes LLC as the entity to whom the services were allegedly provided. |
| 11 | InsulVail, LLC<br>P.O. Box 2888<br>Vail, CO 81658 | 09-10560 (JMP) | LB Rose Ranch LLC | 8605 | $289.90 | The invoice attached to Claim 8605 identifies third party Ironbridge Homes LLC as the entity to whom the services were allegedly provided. |
| 12 | Maya Construction Inc.<br>586 Hwy. 133, #50<br>Carbondale, CO 81623<br>Attn: Ms. Cecilia Hernandez | 09-10560 (JMP) | LB Rose Ranch LLC | 13409 | $35,818.00 | The invoice attached to Claim 13409 identifies third party Ironbridge Aspen Collection, LLC as the entity to whom the services were allegedly provided. |
| | | | **Membership Agreement Claims** | | | |
| 1 | Roger Hindman<br>120 Pioneer Court<br>Carbondale, CO 81623 | 09-10560 (JMP) | LB Rose Ranch LLC | 27716 | $15,000.00 | Not entitled to reimbursement. |