**Exhibit 1**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 322: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | CAPOZZOLI, ANTHONY<br>17 EVERGREEN CIR<br>PRINCETON, NJ 085404027 | 08/20/2009 | 08-13555 (JMP) | 8790 | $1,000.00 | PRINCETON YOUNG ACHIEVERS INC<br>25 VALLEY ROAD<br>PRINCETON, NJ 08540-0000 | 08/20/2009 | 08-13555 (JMP) | 8789 | $1,000.00 |
| 2 | FINANCIAL SERVICES COMPENSATION SCHEME LIMITED, THE<br>FAO: JAMES DARBYSHIRE<br>7TH FLOOR, LLOYDS CHAMBERS<br>1 PORTSOKEN STREET<br>LONDON, E1 8BN<br>UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63359 | Undetermined | FINANCIAL SERVICES COMPENSATION SCHEME LIMITED, THE<br>FAO: JAMES DARBYSHIRE<br>7TH FLOOR, LLOYDS CHAMBERS<br>1 PORTSOKEN STREET<br>LONDON, E1 8BN<br>UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63358 | Undetermined |
| 3 | LAW OFFICE OF HOWARD GOLDMAN LLC<br>475 PARK AVENUE SOUTH<br>28TH FL<br>NEW YORK, NY 10016 | 09/22/2009 | 08-13555 (JMP) | 31234 | $3,661.25 | LAW OFFICES OF HOWARD GOLDMAN LLC<br>475 PARK AVENUE SOUTH<br>28TH FLOOR<br>NEW YORK, NY 10016 | 09/22/2009 | 08-13900 (JMP) | 31235 | $3,661.25 |
| 4 | LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)<br>ATTN: STEVEN ANTHONY PEARSON<br>25 BANK STREET<br>LONDON, E14 5LE<br>UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 62788 | $177,765.00* | ROYAL SKANDIA LIFE ASSURANCE LIMITED<br>SKANDIA HOUSE<br>KING EDWARD ROAD<br>ONCHAN<br>ISLE OF MAN, IM99 1NU<br>UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 62947 | $148,491.77 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 322: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | **SURVIVING CLAIMS** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 5 | ROTH, ELLEN<br>EBERLESTR. 56<br>AUGSBURG, 86157<br>GERMANY | 03/29/2012 | 08-13555 (JMP) | 68068 | $12,812.40 | ROTH, ELLEN<br>FASANENWEG 19<br>82194 GROEBENZELL,<br>GERMANY | 10/26/2009 | 08-13555 (JMP) | 46668 | $11,024.72 |
| | | | | **TOTAL** | **$195,238.65** | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts