**<u>Exhibit 1</u>**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ABM INDUSTRIES, INC. C/O MICHAEL S. KIM KOBRE & KIM LLP 800 THIRD AVENUE NEW YORK, NY 10022 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 30594 | $104,916,575.52* | The Debtors' records reflect that Claim 30594 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 2 | ADKINS MATCHETT & TOY LTD 23-25 SPRING STREET SUITE 204B OSSINING, NY 10562 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/10/2009 | 11341 | $83,728.96 | The Debtors' records reflect that Claim 11341 is based on a transaction or transactions between claimant and one or more non-Debtor entities.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 3 | ALUMINUM CORPORATION OF CHINA OVERSEAS HOLDINGS LIMITED, CHALCO TOWER 20TH FLOOR, 62 NORT XIZHIMEN STREET, HAIDIAN DISTRICT BEIJING, 100082 CHINA | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 29427 | $14,000,000.00 | The Debtors' records reflect that Claim 29427 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 4 | AMERICAN EXPRESS TRAVEL RELATED SERVICES CO, INC. BECKET AND LEE LLP ATTORNEYS/AGENT FOR CREDITOR POB 3001 MALVERN, PA 19355-0701 | 09-17505 (JMP) | **LB Preferred Somerset LLC** | 01/20/2010 | 66146 | $561.00 | The claimant does not provide any basis or support to identify LB Preferred Somerset LLC as the entity liable for the transaction or transactions set forth in the claim. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | AMERICAN FRIENDS OF LONDON BUSINESS SCHOOL REGENT'S PARK LONDON, NW1 4SA UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/04/2009 | 10353 | $1,724,018.00 | Charitable pledges are only enforceable as binding obligations "when accepted by the charity by incurring liability in reliance thereon." *See I. & I. Holding Corp. v. Gainsburg,* 276 N.Y. 427, 433-434 (N.Y. 1938).  Here, section 13 of the Memorandum of Understanding ("MOU") attached to Claim 10353 provides that claimant "will not rely, and will not permit any donee" to rely on the MOU.   The MOU is therefore not a binding obligation of LBHI. |
| 6 | ARAG KRANKENVERSICHERUNGS-AG ATTN: MR. GREGOR JOHN HOLLERITHSTRABE 11 MUNICH, D-81829 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15469 | $380,419.35* | Claim 15469 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 7 | AVATAR NEW YORK, LLC 40 WORTH ST., # 1219 NEW YORK, NY 10013 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/26/2009 | 4548 | $5,750.00 | The Debtors' records reflect that Claim 4548 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 8 | BANK HANDLOWY W WARSZAWIE SA ATTN: SLAWOMIR SIKORA WARSZAWIE 16 WARSZAWA, 00-923 POLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28555 | Undetermined* | Claim 28555 was filed as a protective claim, and the claimant has not identified any obligations for which LBHI is liable. |
| 9 | BARUCH COLLEGE 17 LEXINGTON AVE. BOX 293 NEW YORK, NY 27707 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7068 | $41,000.00 | The agreement to provide charitable donation to claimant was never executed and therefore is not a binding obligation of LBHI. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | BAYRISCHE BEARMTEN LEBENSVERSICHERUNG A.G. ATTN: STEFAN FORSTER, LEGAL DEPARTMENT THOMAS-DEHLER-STRASSE 25 MUNICH, 81737 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15520 | $294,840.00 | Claim 15520 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 11 | BERLINER WOHN-UND GESCHAFTSHAUS GMBH BEWOGE DIRCKSENSTRASSE 38 10178 BERLIN GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/11/2009 | 11574 | $120,499.95 | Claim 11574 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 12 | BOBMAR ENT. CORP. 2 EXECUTIVE DR. #715 FORT LEE, NJ 07024 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/24/2009 | 3948 | $38,890.00 | The Debtors' records reflect that Claim 3948 is based on a transaction or transactions between claimant, on the one hand, and Lehman Brothers Inc., a non-Debtor entity, and/or Lehman Brothers Bank FSB (now known as Aurora Bank FSB), also a non-Debtor entity, on the other hand.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 13 | BORIS, LADD A. 125 W. 96TH STREET # 3A NEW YORK, NY 10025 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/06/2009 | 7509 | $900.00 | The Debtors' records reflect that Claim 7509 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 14 | BORKEN, KREIS BURLOER STR. 93 BORKEN, 46322 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/24/2009 | 9237 | $200,779.63 | Claim 9237 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | CALIFORNIA PUBLIC SECURITIES ASSOCIATION PO BOX 2531 C/O MICHELLE HANNIGAN SAN FRANCISCO, CA 94126 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 07/27/2009 | 6197 | $28,723.19 | The Debtors' records reflect that Claim 6197 is based on a transaction or transactions between claimant, on the one hand, and Lehman Brothers Inc., a non-Debtor entity, and/or Neuberger Berman Group LLC, also a non-Debtor entity, on the other hand.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 16 | CF CLAIMS LLC TRANSFEROR: MOSKOWITZ & AUSTIN LLC ATTN: DAVID SHARPE 1345 AVENUE OF THE AMERICAS, 23RD FLOOR NEW YORK, NY 10105 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 04/13/2009 | 3770 | $3,080.00 | The Debtors' records reflect that Claim 3770 has already been satisfied by payments made to the claimant prior to September 15, 2008 (the "Commencement Date"). |
| 17 | CHESAPEAKE ENTERPRISES, INC. ATTN:  MR. SCOTT W REED 1215 19TH STREET NW-3RD FLOOR WASHINGTON, DC 20036 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 11/21/2008 | 851 | $10,000.00 | The Debtors' records reflect that Claim 851 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 18 | CHICAGO LAND REFRESHMENTS 10100 W. FRANKLIN AVENUE FRANKLIN PARK, IL 60131 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 07/20/2009 | 5769 | $11,474.49 | The Debtors' records reflect that Claim 5769 is based on a transaction or transactions between claimant and non-Debtor entity or entities.  LBHI has no liability to claimant relative to such transaction or transactions. |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | CIMARRON CORPORATION OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13163 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders.  The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 20 | CIMARRON CORPORATION OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13191 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders.  The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 21 | CONTINENTAL CAPITAL MARKETS SA AVENUE REVERDIL 8 NYON, 1260 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14302 | $117,872.00 | Claim 14302 identifies Lehman Brothers Inc., a domestic affiliate of the Debtors that is not a Debtor in these jointly administered chapter 11 cases, as the entity liable under the claim. |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 22 | DEACONS 5/F ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL HONG KONG, NA CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/31/2009 | 9783 | $4,123.00 | Claim 9783 identifies Lehman Brothers International Europe, a foreign affiliate of the Debtors that is not a Debtor in these jointly administered chapter 11 cases, as the entity liable under the claim. |
| 23 | DEGEWO AKTIENGESELLSCHAFT POTSDAMER STR. 60 BERLIN, 10785 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/12/2009 | 8058 | $195,635.21 | Claim 8058 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 24 | DEMIZIO,LINDA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15819 | $2,101.32 | Claim 15819 appears to be based on amounts that claimant withdrew from the Lehman Brothers Savings Plan. LBHI has no liability relative to such withdrawal. |
| 25 | DFS DEUTSCHE FLUGSICHERUNG GMBH C/O DR. THOMAS MULLER AM DFS CAMPUS 10 LANGEN, D-63225 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/31/2009 | 6917 | $1,347,938.90 | Claim 6917 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 26 | DUISBURGER VEISORGUSELLCH UND VERKEHRSAGESELLSCHEFT MBH C/O SIMMONS & SIMMONS ATTN: REGINA RATH MESSETURM FRANKFURT, 60308 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/06/2009 | 5136 | $396,075.86 | Claim 5136 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 27 | ECD INSIGHT LTD 8-9 NEW STREET LONDON, EC2M 4TP UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/13/2009 | 8129 | $3,470.00 | The Debtors' records reflect that Claim 8129 is based on a transaction or transactions between claimant and non-Debtor entity or entities. LBHI has no liability to claimant relative to such transaction or transactions. |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 28 | EMPIRE STATE CARPENTERS PENSION PLAN C/O MANNING-NAPIER ADVISORS INC ATTN: KIM BAXTER 290 WOODCLIFF DR FAIRPORT, NY 14450 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34521 | $105,000.00 | Claim 34521 appears to be filed by a bondholder or former bondholder. Claimant does not identify the CUSIP's associated with the bonds.  However, it appears that the bonds are included on, and, therefore, the claim is duplicative of, Claim 10082 of Wilmington Trust Company, as Indenture Trustee.  To the extent Claim 34521 is based on trading losses incurred by the claimant as a result of the sale of the bonds, LBHI is not liable to the claimant for such losses and claimant cannot recover from LBHI. |
| 29 | FRECHEN, STADT JOHANN-SCHMITZ-PLATZ 1-3 FRECHEN, D-50226 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15508 | $103,964.85 | Claim 15508 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 30 | GALAXY 1 COMMUNICATIONS 4611 S. UNIVERSITY DRIVE #454 FORT LAUDERDALE, FL 33328 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12473 | $6,066.24 | The Debtors' records reflect that Claim 12473 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 31 | GALEN TECHNOLOGY SOLUTIONS INC ATTN ROBERT GRANGER 55 BROADWAY #801 NEW YORK, NY 100063008 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2008 | 411 | $13,050.00 | The Debtors' records reflect that Claim 411 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 32 | GENGLER, THOMAS, JR. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27405 | $400,000.00 | Claim 27405 is based on an employee award program. The Debtors' records reflect that claimant was not an LBHI employee. LBHI is therefore not the entity liable under the claim. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 33 | GLOBAL RESEARCH DISTRIBUTION 19 WEST 21ST STREET - SUITE 402 NEW YORK, NY 10010 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/03/2008 | 89 | $443,489.08 | Claim 89 identifies non-Debtor entity or entities as the entity or entities liable under the claim. |
| 34 | GRYPHON INVESTIGATIONS, LTD ONE NORTH BROADWAY, SUITE 602 WHITE PLAINS, NY 10601 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/16/2009 | 3367 | $2,985.11 | The Debtors' records reflect that Claim 3367 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant relative to such transaction or transactions. |
| 35 | GUZMAN, JUAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/26/2008 | 1449 | $5,600.00 | Claim 1449 is based on unpaid wages. Claimant does not provide any support to identify any liability of LBHI with respect to any unpaid wages. Furthermore, the Debtors' records reflect that claimant was not owed any severance or unpaid wages upon completion of employment at LBHI. |
| 36 | HO ZIMMAN INC 152 THE LYNNWAY LYNN, MA 01902 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/28/2009 | 9673 | $10,059.75 | The Debtors' records reflect that Claim 9673 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant relative to such transaction or transactions. |
| 37 | HUMAN CAPITAL SOURCE, INC. 8321 PINOTAGE COURT SAN JOSE, CA 95135 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6470 | $10,500.00 | Claim 6470 identifies Lehman Brothers Inc., a domestic affiliate of the Debtors that is not a Debtor in these jointly administered chapter 11 cases, as the entity liable under the claim. |
| 38 | HUNTER, E. MICHAEL 15 CRESTWOOD LANE SUMMIT, NJ 07901 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/16/2009 | 65978 | $28,585.58 | The Debtors' records reflect that Claim 65978 is based on a transaction or transactions between claimant and Lehman Brothers International Europe. LBHI has no liability to claimant relative to such transaction or transactions. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | INSTITUTE FOR FINANCIAL MARKETS 2001 PENNSYLVANIA AVE., NW, SUITE 600 WASHINGTON, DC 20006 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/19/2009 | 4913 | $42,370.00 | The Debtors' records reflect that Claim 4913 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 40 | INTERLINE BRANDS, INC. DBA WILMAR BANKRUPTCY 801 WEST BAY STREET JACKSONVILLE, FL 32204 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/12/2009 | 1720 | $10,211.46 | Claim 1720 identifies "Ravenwood Apts," a non-Debtor entity, as the entity liable under the claim. |
| 41 | INTERNATIONAL PAPER COMPANY INTERNATIONAL PAPER COMPANY INTERNATIONAL PAPER PLAZA STAMFORD, CT 06921 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 08/06/2009 | 7562 | $6,440.37 | Claim 7562 is based on services provided post-petition and for which payment has already been made in full. |
| 42 | KBC BANK NV ATTN: DIANE GRIMMIG, GENERAL COUNSEL 1177 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11055 | $50,069,152.77 | Claim 11055 is based on letters of credit that have expired and for which no fees, expense or other amounts are owed by LBHI. |
| 43 | KLEINKNECHT ELECTRIC COMPANY, INC. MR. SEAN OWEN 252 W. 37TH ST, 9TH FLOOR NEW YORK, NY 10018 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16138 | $13,848.51 | The Debtors' records reflect that Claim 16138 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 44 | KNIGHT ELECTRICAL SERVICES CORP. 599 11TH AVE FL 7 NEW YORK, NY 10036-2110 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/28/2009 | 4624 | $5,500.00 | The Debtors' records reflect that Claim 4624 is based on a transaction or transactions between claimant and a non-Debtor entity.  LBHI has no liability to claimant relative to such transaction or transactions. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 45 | KOREA MONEY BROKERAGE CORPORATION YOUNG POONG BLDG 33 13TH FLOOR SEORIN DONG CHONGRO KU SEOUL, KOREA, REPUBLIC OF | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/14/2009 | 12063 | $5,161.00 | The Debtors' records reflect that Claim 12063 is based on a contract between claimant and Lehman Brothers International Europe, a foreign affiliate of the Debtors that is not a Debtor in these chapter 11 cases.  LBSF has no liability to claimant relative to such contract. |
| 46 | LANDESHAUPTSTADT DUSSELDORF STADTENTWASSERUNGSBETRIEB AUF'M HENNEKAMP 47 40225 DUSSELDORF GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13454 | $311,371.31 | Claim 13454 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 47 | LE MEURICE 228 RUE DE RIVOLI CEDEX 01 PARIS, 75001 FRANCE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/18/2009 | 8633 | $7,662.70 | Claim 8633 identifies Lehman Brothers Ltd., a foreign affiliate of the Debtors that is not a Debtor in these jointly administered chapter 11 cases, as the entity liable under the claim. |
| 48 | LIGHTEN, WILLIAM E. 48 WELLINGTON AVE. NEW ROCHELLE, NY 10804 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28230 | $400,000.00* | The Debtors' records reflect that Claim 28230 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 49 | LONDON FINANCIAL STUDIES 34 CURLEW STREET BUTLERS WHARF LONDON, SE1 2ND UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30570 | $14,232.20 | The Debtors' records reflect that Claim 30570 identifies Lehman Brothers Ltd., a foreign affiliate of the Debtors that is not a Debtor in these jointly administered chapter 11 cases, as the entity liable under the claim. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 50 | **LOVELLS LLP** **ATTN: MATTHEW MORRIS, ESQ.** **875 3RD AVE LBBY 1** **NEW YORK, NY 10022-7222** | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 20284 | $39,577.05* | Claim 20284 indicates that it is based on services performed by claimant for a non-Debtor affiliate of the Debtors. LBHI has no liability to claimant relative to such services. |
| 51 | **MANPOWER SERVICES (HONG KONG) LIMITED** **SUITES 501-502A, 5/F., ASIAN HOUSE,** **1 HENNESSY ROAD** **WANACHAI,** **HONG KONG** | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 08/06/2009 | 7513 | $10,436.15 | The Debtors' records reflect that Claim 7513 is based on a transaction or transactions between claimant and a non-Debtor entity. LBHI has no liability to claimant relative to such transaction or transactions. |
| 52 | **MAPLES FINANCE LIMITED** **CHRISTOPHER WATLER** **PO BOX 1093, QUEENSGATE HOUSE** **GRAND CAYMAN, KY1-1102** **CAYMAN ISLANDS** | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 01/29/2009 | 2131 | $18,000.00 | Claim 2131 identifies non-Debtor entity or entities as the entity or entities liable under the claim. |
| 53 | **MAPLES FINANCE LIMITED** **CHRISTOPHER WATLER** **PO BOX 1093, QUEENSGATE HOUSE** **GRAND CAYMAN, KY1-1102** **CAYMAN ISLANDS** | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 01/30/2009 | 2274 | $23,463.82 | Claim 2274 identifies non-Debtor entity or entities as the entity or entities liable under the claim. |
| 54 | **MICHAEL PAGE INTERNATIONAL DO BRASIL** **RUA FUNCHAL** **ANDAR 375-7** **ANDAR 04551-060** **SAO PAULO BRASIL,** **BRAZIL** | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 07/30/2009 | 6767 | $74,505.76 | The Debtors' records reflect that Claim 6767 is based on a transaction or transactions between claimant and a non-Debtor entity. LBHI has no liability to claimant relative to such transaction or transactions. |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 55 | NEW YORK PUBLIC LIBRARY 476 FIFTH AVENUE, ROOM 76 NEW YORK, NY 10018-2788 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/31/2009 | 6828 | $25,000.00 | Charitable pledges are only enforceable as binding obligations "when accepted by the charity by incurring liability in reliance thereon." *See I. & I. Holding Corp. v. Gainsburg*, 276 N.Y. 427, 433-434 (N.Y. 1938). Claimant has not demonstrated reliance on LBHI's pledge. Therefore the pledge is not a binding obligation of LBHI. |
| 56 | NIELSEN COMPANY, THE (US), LLC F/K/A AC NIELSEN (US), INC. DIANA STURGEON, SR. MGR. BILLING 150 N MARTINGALE SCHAUMBURG, IL 60173 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2008 | 114 | $160,860.98 | The Debtors' records reflect that Claim 114 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant relative to such transaction or transactions. |
| 57 | PARAMOUNT PRO PRINTING CORPORATION 30 JOURNAL SQUARE (P.O. BOX 6639) JERSEY CITY, NJ 07306 | | Lehman No Case Asserted/All Cases Asserted | 09/26/2008 | 41 | $26,577.66 | The Debtors' records reflect that Claim 41 is based on a transaction or transactions between claimant, on the one hand, and Lehman Brothers Inc., a non-Debtor entity, and/or Neuberger Berman Group LLC, also a non-Debtor entity, on the other hand. The Debtors have no liability to claimant relative to such transaction or transactions. |
| 58 | RAMADAN, ZAKY S. | | Lehman No Case Asserted/All Cases Asserted | 09/19/2009 | 19520 | $11,000.00 | The Debtors' records reflect that claimant was employed by LBHI through December 31, 2011. Claimant received full severance and bonus following completion of employment with LBHI. No liability is owed to claimant. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 59 | REALOGIC ANALYTICS, INC. ATTN SALVATORE CALDARONE, CEO 230 W MONROE ST. SUITE 1000 CHICAGO, IL 60606 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/02/2008 | 77 | $70,282.13 | The Debtors' records reflect that Claim 77 is based on a transaction or transactions between claimant and REPE, a non-Debtor entity.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 60 | ROBERTO BAZZONI ONLUS (UK) PIONEER GLOBAL INCESTMENTS LIMITED 123 BUCKINGHAM PALACE ROAD VICTORIA LONDON, SW1W 9SL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/31/2009 | 6894 | $70,000.00 | Charitable pledges are only enforceable as binding obligations "when accepted by the charity by incurring liability in reliance thereon." *See I. & I. Holding Corp. v. Gainsburg*, 276 N.Y. 427, 433-434 (N.Y. 1938).   Claimant has not demonstrated reliance on LBHI's pledge.  Therefore the pledge is not a binding obligation of LBHI. |
| 61 | SEVEN BRIDGES GOLF CLUB C/O DAVID NOVICK, ESQ. WILLIAM HARRIS INVESTORS, INC. 191 N. WACKER DR., SUITE 1500 CHICAGO, IL 60606 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/02/2009 | 3143 | $2,390.40 | The Debtors' records reflect that Claim 3143 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| 62 | SHAPIRO, MADELINE L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28276 | $105,057.69 | A portion of Claim 28276, in the amount of $105,057.69, is based on severance and notice pay.  The Debtors' records reflect that claimant is currently an employee of LBHI and, therefore, is not entitled to severance and notice pay.  The remaining portion of Claim 28276 is not being expunged pursuant to this Objection and is not affected by this Objection.  All rights with respect to the remaining portion of Claim 28276 are reserved. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 63 | SIERRA LIQUIDITY FUND, LLC TRANSFEROR: US INFORMATION SYSTEMS INC. 2699 WHITE RD., SUITE # 255 IRVINE, CA 92614 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/17/2009 | 5533 | $22,325.25 | The Debtors' records reflect that Claim 5533 relates to a contract that was assigned to Barclays Capital Inc. ("Barclays") and for which Barclays assumed liability. |
| 64 | SMITHSONIAN INSTITUTION 1000 JEFFERSON DR., S.W. WASHINGTON, DC 20560 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22770 | $75,000.00 | Charitable pledges are only enforceable as binding obligations "when accepted by the charity by incurring liability in reliance thereon." *See I. & I. Holding Corp. v. Gainsburg*, 276 N.Y. 427, 433-434 (N.Y. 1938). Claimant has not demonstrated reliance on LBHI's pledge. Therefore the pledge is not a binding obligation of LBHI. |
| 65 | SOUTHWESTERN REFINING COMPANY INC OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13164 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 66 | SOUTHWESTERN REFINING COMPANY INC OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13192 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders.  The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 67 | SPONSORS FOR EDUCATIONAL OPPORTUNITY ATTN: GREG SMITH 55 EXCHANGE PLACE, SUITE 600 NEW YORK, NY 10005-3303 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27990 | $340,000.00 | Charitable pledges are only enforceable as binding obligations "when accepted by the charity by incurring liability in reliance thereon." See I. & I. Holding Corp. v. Gainsburg, 276 N.Y. 427, 433-434 (N.Y. 1938).  Claimant has not demonstrated reliance on LBHI's pledge.  Therefore the pledge is not a binding obligation of LBHI. |
| 68 | STADT SCHWAEBISCH HALL ATTN: MR. UWE GOETZELMANN AM MARKT 4 SCHWAEBISCH HALL, DE-74523 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27015 | $54,343.76* | Claim 27015 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 69 | STUART C. IRBY CO. D/B/A IRBY ELECTRICAL DIST. OF THE CITY OF JACKSON/STATE OF MS DAVID B. POGRUND - STONE POGRUND & KOREY 1 EAST WACKER DRIVE, SUITE 2610 CHICAGO, IL 60601 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/26/2009 | 2005 | $18,158.62 | Claim 2005 indicates that it is based on a transaction or transactions between claimant and JWH Joliet LLC. LBHI has no liability to claimant relative to such transaction or transactions |
| 70 | TAKE CARE EMPLOYER SOLUTIONS, LLC F/K/A CHD MERIDIAN HEALTHCARE 161 WASHINGTON ST STE 1400 CONSHOHOCKEN, PA 19428-2055 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25495 | $472,432.48 | The Debtors' records reflect that Claim 25495 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant relative to such transaction or transactions. |
| 71 | TEKSYSTEMS, INC. 7437 RACE RD. ATTN: RICH RODGERS HANOVER, MD 21076 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/19/2008 | 1383 | $1,360.64 | Claim 1383 identifies Lehman Brothers Inc., a domestic affiliate of the Debtors that is not a Debtor in these jointly administered chapter 11 cases, as the entity liable under the claim. |
| 72 | TRANSWORLD DRILLING COMPANY OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13162 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 73 | TRANSWORLD DRILLING COMPANY OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13193 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders.  The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 74 | TRIANGLE REFINERIES INC OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13161 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders.  The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 75 | TRIANGLE REFINERIES INC OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13194 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 76 | TRIPLE S MINERALS RESOURCES CORP (F/K/A KERR-MCGEE MINERALS RESOURCES CORP OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC ET AL C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13160 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

### IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 77 | TRIPLE S MINERALS RESOURCES CORPORATION (F/K/A KERR-MCGEE MINERALS RESOURCE CORP.) OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX, INC. ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13195 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders.  The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 78 | TRIPLE S REFINING CORP F/K/A KERR-MCGEE REFINING CORP OFFICIAL COMMITTE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13159 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders.  The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 79 | TRIPLE S REFINING CORP F/K/A KERR-MCGEE REFINING CORP OFFICIAL COMMITTE OF UNSECURED CREDITORS OF TRONOX INC ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13196 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 80 | TRIPLE S, INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13187 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 81 | TRIPLE S, INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. ET AL. C/O KASOWITZ, BENSION, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13197 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 82 | TRONOX FINANCE CORP. OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13186 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 83 | TRONOX FINANCE CORP. OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. ET AL C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13198 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 84 | TRONOX HOLDINGS INC. (F/K/A KERR-MCGEE HOLDINGS INC.) OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13199 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 85 | TRONOX HOLDINGS INC. FKA KERR-MEGEE HOLDINGS INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13185 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 86 | TRONOX INCORPORATED OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13183 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 87 | TRONOX INCORPORATED OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13188 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 88 | TRONOX INCORPORATED ET AL. ATTN: MICHAEL J. FOSTER, VICE PRESIDENT 3301 NW 150TH ST OKLAHOMA CITY, OK 73134-2009 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29767 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 89 | TRONOX LLC (F/K/A KERR-MCGEE CHEMICAL LLC) OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13181 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 90 | TRONOX LLC (F/K/A KERR-MCGEE CHEMICAL LLC) OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. ET AL. C/O KASOWITZ, BENSON, TORRES 7 FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13190 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|-----------|---------|---------------------|----------------------------------|
| 91 | TRONOX PIGMENTS (SAVANNAH) (F/K/A KERR-MCGEE PIGMENTS (SAVANNAH)) OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/16/2009 | 13200 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 92 | TRONOX PIGMENTS (SAVANNAH) FKA KERR-MCGEE PIGMENTS (SAVANNAH) OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13184 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 93 | TRONOX WORLDWIDE LLC (F/K/A KERR-MCGEE CHEMICAL WORLDWIDE LLC) OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. ET AL. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13900 (JMP) | **Lehman Commercial Paper Inc.** | 09/16/2009 | 13189 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 94 | TRONOX WORLDWIDE LLC F/K/A KERR-MCGEE CHEMICAL WORLDWIDE LLC OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRONOX INC. C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY ATTN: DAVID J. MARK NEW YORK, NY 10019 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/16/2009 | 13182 | Undetermined* | This claim is based on claims asserted by the Official Committee of Unsecured Creditors of Tronox Inc. (the "Creditors Committee") (the "Tronox Action") in the Bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors") against various lenders. The claimant released LCPI and LBHI from any liability for the claims asserted in this proof of claim in a settlement agreement entered into in the bankruptcy case of Tronox Inc. and its affiliates (collectively the "Tronox Debtors [Case No. 09-10156]. |
| 95 | UNITED TELEPHONE CO. OF THE WEST (NEBRASKA) PO BOX 7971 SHAWNEE MISSION, KS 66207-0971 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 11/20/2008 | 821 | $8,859.66 | The Debtors' records reflect that Claim 821 is based on a transaction or transactions for which all invoices were paid in full prior to September 15, 2008 (the "Commencement Date"). |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 96 | UNIVERSITY OF CHICAGO, THE RONALD J. SCHILLER ALUMNI RELATIONS & DEVELOPMENT 5801 SOUTH ELLIS AVENUE, 4TH FLOOR CHICAGO, IL 60637 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/20/2009 | 1819 | $600,000.00 | Under Illinois law a promise to donate money is only enforceable if the charitable organization incurs liability in reliance on the promise.  Claimant has not demonstrated that it incurred liabilities in reliance on LBHI's charitable pledge.  See *In re Wheeler's Estate*, 1 N.E.2d 425, 431 (Ill. App. Ct. 1936).  In addition, section 14 of the agreement attached to Claim 1819 limits Claimant's remedy to removal of public recognition of LBHI's gift. LBHI therefore has no liability to Claimant. |
| 97 | WHEATLAND ENTERPRISES, INC. DBA OVERLAND LIMOUSINE SERVICE P.O. BOX 8263 SHAWNEE MISSION, KS 66208 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2008 | 1436 | $5,949.25 | The Debtors' records reflect that Claim 1436 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant relative to such transaction or transactions. |
| | | | | | TOTAL | $178,179,288.61 | |