# **Exhibit 1**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 326: EXHIBIT 1 - SEVERANCE AND OTHER EMPLOYEE CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 1 | BABOOLAL, STEPHEN | 2280 | 1/30/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $40,000.00 | | $40,000.00 |
| | | | | CLAIM AS MODIFIED | | | $10,950.00 | $29,050.00 | | $40,000.00 |
| 2 | BENDAHAN, HECTOR | 8022 | 8/11/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $9,800.00 | | $9,800.00 |
| | | | | CLAIM AS MODIFIED | | | | $9,540.00 | | $9,540.00 |
| 3 | BHATIA, SIDHARTH | 15412 | 9/17/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $25,550.41 | | $25,550.41 |
| | | | | CLAIM AS MODIFIED | | | | $22,592.28 | | $22,592.28 |
| 4 | BLYZNAK, ULANA | 64300 | 11/3/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $11,572.61 | | $22,522.61 |
| | | | | CLAIM AS MODIFIED | | | $7,148.07 | None | | $7,148.07 |
| 5 | BORY, CHARLES H. | 507 | 11/5/08 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $58,792.38 | | | $58,792.38 |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | $24,177.00 | | | $24,177.00 |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | $34,615.38 | | | $34,615.38 |
| | | | | CLAIM AS MODIFIED | | | $10,950.00 | $23,665.38 | | $34,615.38 |
| 6 | BURROUGHS, JAMIRI | 30413 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $19,264.94 | | $19,264.94 |
| | | | | CLAIM AS MODIFIED | | | | $17,187.50 | | $17,187.50 |
| 7 | CARAGIULO, NICHOLAS | 28669 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $200,000.00 | | | $200,000.00 |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | Undetermined | | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | $200,000.00 | | | $200,000.00 |
| | | | | CLAIM AS MODIFIED | | | $10,950.00 | $94,050.00 | | $105,000.00 |
| 8 | CASTELLANOS, JOSE G | 30046 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $73,772.32 | | $73,772.32 |
| | | | | CLAIM AS MODIFIED | | | | $71,538.39 | | $71,538.39 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 326: EXHIBIT 1 - SEVERANCE AND OTHER EMPLOYEE CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | CHIDAMBARAM, SETHURAMAN | 21905 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $30,115.34 | | $30,115.34 |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | $30,115.34 | | $30,115.34 |
| | | | | **CLAIM AS MODIFIED** | | | | **$25,961.52** | | **$25,961.52** |
| 10 | CHIN, NEVILLE | 11326 | 9/10/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $41,461.35 | | | $41,461.35 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$19,849.86** | | **$30,799.86** |
| 11 | CIERKOWSKI, EFE | 359 | 10/23/08 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $17,750.00 | | | $17,750.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$5,434.62** | | **$16,384.62** |
| 12 | CULLMANN, DAVID | 18144 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $35,203.00 | | $46,153.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$32,319.23** | | **$43,269.23** |
| 13 | CUNNINGHAM, MARGERY O. | 13043 | 9/15/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $156,631.95 | | $167,581.95 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$96,280.79** | | **$107,230.79** |
| 14 | D'ORNELLAS, THELMA A. | 7909 | 8/10/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $27,654.00 | | | $27,654.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$16,704.00** | | **$27,654.00** |
| 15 | DASHORE, ALEX ALOK | 802 | 11/18/08 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $23,830.00 | | $23,830.00 |
| | | | | **CLAIM AS MODIFIED** | | | | **$19,230.76** | | **$19,230.76** |
| 16 | DE LA VILLA, ANNY | 28665 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $6,460.00 | | | $6,460.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$2,584.61** | | | **$2,584.61** |
| 17 | DEMIZIO,LINDA | 15818 | 9/17/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $12,450.73 | | $12,450.73 |
| | | | | **CLAIM AS MODIFIED** | | | | **$6,932.70** | | **$6,932.70** |

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 18  DONTAMSETTY, VANI | 10385 | 9/4/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $34,924.50 | | $34,924.50 |
| | | | **CLAIM AS MODIFIED** | | | | **$24,663.44** | | **$24,663.44** |
| 19  DOPLER, MARY T. | 7372 | 8/5/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $48,771.18 | | $59,721.18* |
| | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | AMOUNT SUBJECT TO OBJECTION | | | $10,950.00 | $48,771.18 | | $59,721.18 |
| | | | **CLAIM AS MODIFIED** | | | **None** | **$59,721.18** | | **$59,721.18** |
| 20  DUTTA, MUKESH | 6351 | 7/27/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $15,000.00 | | | $15,000.00 |
| | | | **CLAIM AS MODIFIED** | | | **None** | **$15,000.00** | | **$15,000.00** |
| 21  DUTTA, MUKESH | 6356 | 7/27/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $20,000.00 | | | $20,000.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$9,050.00** | | **$20,000.00** |
| 22  EPSHTEYN, BORIS | 13377 | 9/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $39,835.53 | | $39,835.53 |
| | | | **CLAIM AS MODIFIED** | | | | **$36,057.68** | | **$36,057.68** |
| 23  FILLICHIO, CARL A. | 1820 | 1/20/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $169,050.00 | | $180,000.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$146,742.35** | | **$157,692.35** |
| 24  FISHER, ALEX | 6549 | 7/28/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $38,500.93 | | $49,450.93 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$34,723.06** | | **$45,673.06** |
| 25  FITZGERALD, MELODY | 5616 | 7/20/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $56,597.84 | | $56,597.84 |
| | | | **CLAIM AS MODIFIED** | | | | **$51,476.88** | | **$51,476.88** |
| 26  FU, ANTIEN | 5508 | 7/17/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $27,197.86 | | $27,197.86 |
| | | | **CLAIM AS MODIFIED** | | | | **$23,798.06** | | **$23,798.06** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 27 GREEN, STACEY | 10517 | 9/8/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $5,000.00 | | $5,000.00* |
| | | | **CLAIM AS MODIFIED** | | | | **$9,519.24** | | **$9,519.24** |
| 28 GUILBAULT, RENEE | 9084 | 8/24/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $13,225.70 | | $24,175.70 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$10,203.83** | | **$21,153.83** |
| 29 HAGIWARA, MARIA L | 6865 | 7/31/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $45,769.27 | | $45,769.27 |
| | | | **CLAIM AS MODIFIED** | | | | **$25,576.95** | | **$25,576.95** |
| 30 HANIFF, MELISSA | 916 | 11/24/08 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $16,753.94 | | $27,703.94 |
| | | | **CLAIM AS MODIFIED** | | | None | **$27,692.32** | Undetermined | **$27,692.32** |
| 31 HEACOX, STEPHANIE A | 5264 | 7/13/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $26,442.30 | | | $26,442.30 |
| | | | **CLAIM AS MODIFIED** | | | **$950.00** | **$25,492.30** | | **$26,442.30** |
| 32 HUNTER, MARIE | 12352 | 9/14/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $357,378.15 | | $368,328.15 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$200,588.53** | | **$211,538.53** |
| 33 HUYNH, PHUOC T. | 2035 | 1/26/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $82,550.00 | | $93,500.00 |
| | | | **CLAIM AS MODIFIED** | | | None | **$93,500.00** | | **$93,500.00** |
| 34 JENKINS, COURTNEY | 17569 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $78,967.62 | | $89,917.62 |
| | | | **CLAIM AS MODIFIED** | | | None | **$17,307.00** | | **$17,307.00** |
| 35 KAPLUN, ALEXANDER | 29902 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $66,428.57 | | $77,378.57 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$51,550.00** | | **$62,500.00** |

**OMNIBUS OBJECTION 326: EXHIBIT 1 - SEVERANCE AND OTHER EMPLOYEE CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 36 | KILLIAN, GARY M. | 24154 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $989,050.00 | | $1,000,000.00* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | $10,950.00 | $989,050.00 | | $1,000,000.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$927,511.58** | | **$938,461.58** |
| 37 | KRAUSE, MICHAEL | 1191 | 12/3/08 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $160,416.70 | | $160,416.70 |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | $160,416.70 | | $160,416.70 |
| | | | | **CLAIM AS MODIFIED** | | | | **$131,250.02** | | **$131,250.02** |
| 38 | KUNZ, ROBERT F. | 19517 | 9/19/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $284,134.57 | | $295,084.57 |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | $157,584.57 | | $157,584.57 |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | $10,950.00 | $126,550.00 | | $137,500.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$124,050.00** | | **$135,000.00** |
| 39 | LAGUERRE, MARTIN ERIC | 13952 | 9/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $57,115.41 | | | $57,115.41 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$46,165.41** | | **$57,115.41** |
| 40 | LAMONT, JOSHUA | 5229 | 7/9/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $23,665.00 | | $34,615.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$21,501.90** | | **$32,451.90** |
| 41 | LANIER, LEIGH K. | 397 | 10/28/08 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $93,377.00 | | $104,327.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$91,357.70** | | **$102,307.70** |
| 42 | LARKIN, TED | 442 | 10/31/08 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $56,538.44 | | $56,538.44 |
| | | | | **CLAIM AS MODIFIED** | | | | **None** | **$56,538.44** | | **$56,538.44** |
| 43 | LAWLESS, CONSUELA A. | 31192 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $31,214.29 | $31,214.29 | | $62,428.58 |
| | | | | **CLAIM AS MODIFIED** | | | **None** | **$31,250.00** | | **$31,250.00** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 326: EXHIBIT 1 - SEVERANCE AND OTHER EMPLOYEE CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 44 | LEE, CONNIE | 7036 | 8/3/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | CLAIM AS MODIFIED | | | | $16,442.33 | | $16,442.33 |
| 45 | LEE, MATTHEW | 14074 | 9/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $502,197.30 | | $502,197.30* |
| | | | | CLAIM AS MODIFIED | | | | $500,000.06 | | $500,000.06 |
| 46 | LEE, ZHONG | 25541 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $146,428.57 | | $146,428.57 |
| | | | | CLAIM AS MODIFIED | | | | $142,500.00 | | $142,500.00 |
| 47 | LIQUIDITY SOLUTIONS, INC. | 10964 | 9/9/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $20,702.89 | | $31,652.89 |
| | | | | CLAIM AS MODIFIED | | | $10,950.00 | $9,819.21 | | $20,769.21 |
| 48 | LORENZO, RUBEN S. | 1235 | 12/5/08 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $33,653.89 | | | $33,653.89 |
| | | | | CLAIM AS MODIFIED | | | $10,950.00 | $22,703.89 | | $33,653.89 |
| 49 | LUKANG, MARY JANE G. | 25081 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $42,697.77 | | | $42,697.77 |
| | | | | CLAIM AS MODIFIED | | | None | $34,711.58 | | $34,711.58 |
| 50 | MADDEN, KAREN A. | 24111 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $100,548.97 | | | $100,548.97 |
| | | | | CLAIM AS MODIFIED | | | $10,950.00 | $77,515.29 | | $88,465.29 |
| 51 | MADDEN, SALLI B. | 24192 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $64,771.10 | | $75,721.10 |
| | | | | CLAIM AS MODIFIED | | | None | $73,557.64 | | $73,557.64 |
| 52 | MAGOULA, ANNA | 19396 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $18,000.00 | | $18,000.00 |
| | | | | CLAIM AS MODIFIED | | | | $13,750.00 | | $13,750.00 |
| 53 | MAJDALANI, ELIE | 1811 | 1/20/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $143,749.99 | | $143,749.99 |
| | | | | CLAIM AS MODIFIED | | | | $135,499.93 | | $135,499.93 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 326: EXHIBIT 1 - SEVERANCE AND OTHER EMPLOYEE CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 54 | MATHENY, JUDITH ANN | 214 | 10/17/08 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $27,011.53 | | $37,961.53 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$23,376.91** | | **$34,326.91** |
| 55 | MATULAC, DERRICK | 30813 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | $27,197.86 | | $10,950.00 | Undetermined | | $38,147.86* |
| | | | | **CLAIM AS MODIFIED** | **None** | | **$10,950.00** | **$12,848.06** | | **$23,798.06** |
| 56 | MILLER, CHRISTINA X. | 31197 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $79,112.00 | | $90,062.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$55,550.00** | | **$66,500.00** |
| 57 | MONTALVO, MIRIAM | 19393 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $38,874.12 | | $38,874.12 |
| | | | | **CLAIM AS MODIFIED** | | | | **$33,653.83** | | **$33,653.83** |
| 58 | MORAN, ELIZABETH | 24870 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $38,241.34 | | $38,241.34 |
| | | | | **CLAIM AS MODIFIED** | | | | **$34,615.35** | | **$34,615.35** |
| 59 | MOSS, MEREDITH | 5876 | 7/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $44,819.39 | | $55,769.39 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$38,857.70** | | **$49,807.70** |
| 60 | NANCE, STEVIEANN | 9464 | 8/26/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $14,022.16 | | $14,022.16 |
| | | | | **CLAIM AS MODIFIED** | | | | **$12,269.24** | | **$12,269.24** |
| 61 | NASH, ANTHONY A. | 5404 | 7/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $55,000.00 | | | $55,000.00 |
| | | | | **CLAIM AS MODIFIED** | | | **None** | **$52,884.63** | | **$52,884.63** |
| 62 | NIEBLING, ROE | 338 | 10/22/08 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$1,473.09** | | **$12,423.09** |
| 63 | PARRINELLO, AMY | 24575 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $59,290.00 | | $59,290.00 |
| | | | | **CLAIM AS MODIFIED** | | | | **$15,144.22** | | **$15,144.22** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 326: EXHIBIT 1 - SEVERANCE AND OTHER EMPLOYEE CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 64 | PATEL, PRITESH B. | 2451 | 2/2/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $94,615.39 | | | $94,615.39 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$82,280.68** | | **$93,230.68** |
| 65 | PEVZNER, EVGENIA | 26182 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $54,350.98 | | | $54,350.98 |
| | | | | **CLAIM AS MODIFIED** | | | **None** | **$54,350.98** | | **$54,350.98** |
| 66 | PUGLIA, DANIELLE | 5382 | 7/15/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $9,791.56 | | | $9,791.56 |
| | | | | **CLAIM AS MODIFIED** | | | **$5,451.92** | | | **$5,451.92** |
| 67 | PULIDO-CROWE, OLGA A. | 16216 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $348,736.85 | | $359,686.85 |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | $190,230.12 | | $190,230.12 |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | $10,950.00 | $158,506.73 | | $169,456.73 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$133,761.56** | | **$144,711.56** |
| 68 | RAIKAR, SANTOSH G. | 464 | 11/3/08 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $43,561.64 | | $54,511.64 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$32,319.23** | | **$43,269.23** |
| 69 | RAYMOND, RICK | 5338 | 7/14/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $15,714.29 | Undetermined | | $15,714.29* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | $1,964.29 | | | $1,964.29 |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | $13,750.00 | Undetermined | | $13,750.00 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$2,800.00** | | **$13,750.00** |
| 70 | RENDER, ALEISHA NICHOLE | 12135 | 9/14/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $18,132.28 | | | $18,132.28 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$4,915.41** | | **$15,865.41** |
| 71 | RONG, ERIC | 8564 | 8/17/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $36,852.03 | | $47,802.03 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$32,319.23** | | **$43,269.23** |
| 72 | ROSSI, GEORGE A. | 5428 | 7/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $100,769.15 | | | $100,769.15 |
| | | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$89,819.15** | | **$100,769.15** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 326: EXHIBIT 1 - SEVERANCE AND OTHER EMPLOYEE CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 73  SALMONSON, ARLENE | 22320 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $126,625.87 | | | $126,625.87 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$115,280.65** | | **$126,230.65** |
| 74  SAXMAN, MICHAEL B. | 24032 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $96,550.00 | | $107,500.00 |
| | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | $35,000.00 | | $35,000.00 |
| | | | AMOUNT SUBJECT TO OBJECTION | | | $10,950.00 | $61,550.00 | | $72,500.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$61,550.00** | | **$72,500.00** |
| 75  SCIANGULA, BARBARA J. | 25022 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | $10,950.00 | | | $53,596.00 | | $64,546.00* |
| | | | **CLAIM AS MODIFIED** | **None** | | **$10,950.00** | **$48,415.50** | | **$59,365.50** |
| 76  SHAH, TEJASH I | 12245 | 9/14/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $32,623.98 | | | $32,623.98 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$17,896.14** | | **$28,846.14** |
| 77  SHEA, DEBORAH | 10958 | 9/9/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | **CLAIM AS MODIFIED** | | | | **$25,961.55** | | **$25,961.55** |
| 78  SIBIRSKI, LINDA J. | 13455 | 9/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | **CLAIM AS MODIFIED** | | | | **$34,096.14** | | **$34,096.14** |
| 79  SIDHU, SUKHCHAIN SINGH | 18186 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | **CLAIM AS MODIFIED** | | | | **$23,798.06** | | **$23,798.06** |
| 80  SINGHAL,SHILPA | 7416 | 8/5/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $10,050.00 | | $21,000.00* |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$10,050.00** | | **$21,000.00** |
| 81  SMITH, JOANNE M. | 30690 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $134,250.00 | | | $134,250.00 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$108,876.84** | | **$119,826.84** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 326: EXHIBIT 1 - SEVERANCE AND OTHER EMPLOYEE CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 82 SPRAY, ERIC | 7435 | 8/5/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $154,687.47 | | $154,687.47 |
| | | | **CLAIM AS MODIFIED** | | | | **$145,288.48** | | **$145,288.48** |
| 83 STEFANI, JOHN | 803 | 11/19/08 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $72,355.77 | | | $72,355.77 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$46,261.55** | | **$57,211.55** |
| 84 SYKES, ROSEMARY | 17780 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | Undetermined | Undetermined | | Undetermined* |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$23,665.35** | | **$34,615.35** |
| 85 TYRAS, PETER D | 310 | 10/17/08 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $26,923.04 | $43,749.94 | | $70,672.98 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$52,992.22** | | **$63,942.22** |
| 86 URGO, KELLY | 458 | 11/3/08 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $60,576.92 | | | $60,576.92 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$49,626.92** | | **$60,576.92** |
| 87 VALIANTSINA, SMELAVA | 18196 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $4,600.00 | | | $4,600.00* |
| | | | **CLAIM AS MODIFIED** | | | **$4,553.86** | | | **$4,553.86** |
| 88 VASQUEZ, JUAN | 10023 | 9/1/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $18,000.00 | | $18,000.00 |
| | | | **CLAIM AS MODIFIED** | | | | **$8,653.86** | | **$8,653.86** |
| 89 VENEGAS, ROSA E. | 7743 | 8/10/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $69,411.54 | | $69,411.54 |
| | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | $4,157.50 | | $4,157.50 |
| | | | AMOUNT SUBJECT TO OBJECTION | | | | $65,254.04 | | $65,254.04 |
| | | | **CLAIM AS MODIFIED** | | | | **$65,254.04** | | **$65,254.04** |
| 90 VOLPE, DARCY L. | 9845 | 8/31/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $117,032.91 | | $127,982.91 |
| | | | **CLAIM AS MODIFIED** | | | **$10,950.00** | **$110,203.83** | | **$121,153.83** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 326: EXHIBIT 1 - SEVERANCE AND OTHER EMPLOYEE CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 91 WEGNER, JEREMY | 4332 | 5/14/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $62,650.00 | | $73,600.00 |
| | | | **CLAIM AS MODIFIED** | | | None | **$70,769.23** | | **$70,769.23** |
| 92 ZENG, PING | 9753 | 8/31/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $32,225.22 | | $32,225.22 |
| | | | **CLAIM AS MODIFIED** | | | | **$28,750.02** | | **$28,750.02** |
| | | | TOTAL ASSERTED | $38,147.86 | $10,950.00 | $1,898,058.03 | $5,335,523.94 | $0.00 | $7,282,679.83 |
| | | | TOTAL NOT SUBJECT TO OBJECTION | 0.00 | 0.00 | 26,141.29 | 386,972.19 | 0.00 | 413,113.48 |
| | | | TOTAL SUBJECT TO OBJECTION | 38,147.86 | 10,950.00 | 1,871,916.74 | 4,948,551.75 | 0.00 | 6,869,566.35 |
| | | | **TOTAL CLAIM AS MODIFIED** | **$0.00** | **$0.00** | **$522,978.46** | **$5,560,214.48** | **$0.00** | **$6,083,192.94** |