**Exhibit 1**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 328: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | AURELIUS CAPITAL PARTNERS, LP<br>C/O AURELIUS CAPITAL MANAGEMENT, LP<br>535 MADISON AVENUE, 22ND FLOOR<br>NEW YORK, NY 10022 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 12/15/2009 | 65944 | Undetermined* |
| 2 | AURELIUS INVESTMENT, LLC<br>TRANSFEROR: AURELIUS CAPITAL MASTER LTD<br>C/O AURELIUS CAPITAL MANAGEMENT, LP<br>ATTN: PATRICK VANCE<br>535 MADISON AVE., 22ND FLOOR<br>NEW YORK, NY 10022 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 12/15/2009 | 65945 | Undetermined* |
| 3 | CVI GVF LUXEMBOURG TWELVE S.A.R.L.<br>TRANSFEROR: BRE BANK SA<br>C/O CARVAL INVESTORS UK LIMITED<br>KNOWLE HILL PARK<br>SURREY, KT11 2PD<br>UNITED KINGDOM | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/17/2009 | 15294 | $22,513,133.40* |
| 4 | FREDERICK J. GREDE, AS LIQUIDATION TRUSTEE OF THE SENTINEL LIQUIDATION TRUST<br>AND THE ESTATE OF SENTINEL MANAGEMENT GROUP, INC.<br>C/O JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/22/2009 | 33238 | $1,237,560.20 |
| 5 | ING BANK N.V., FRANKFURT BRANCH<br>HAHNSTRASSE 49<br>FRANKFURT AM MAIN, 60528<br>GERMANY | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/21/2009 | 24341 | $4,505,550.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

### IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 328: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 6 | LANDESBANK BADEN-WURTTEMBERG NEW YORK BRANCH, AS AGENT C/O ROBERT W. FAGIOLA, ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22730 | Undetermined* |
| 7 | LANDESBANK BADEN-WURTTEMBERG NEW YORK BRANCH, AS AGENT C/O ROBERT W. FAGIOLA, ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK, NY 10022 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/21/2009 | 22749 | Undetermined* |
| | | | | | TOTAL | $28,256,243.60 |

\* - Indicates claim contains unliquidated and/or undetermined amounts