**Exhibit 1**

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 332: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

|   | NAME | CLAIM # | FILED DATE | CHAPTER 11 ESTATE | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT |
|---|------|---------|------------|-------------------|-------|---------|---------|
| 1 | BANCA AKROS S.P.A.<br>VIA EGINARDO, 29<br>MILAN, 20149<br>ITALY | 14271 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $810,699.50* | $360,178.00 |
| 2 | BANCA AKROS S.P.A.<br>VIA EGINARDO, 29<br>MILAN, 20149<br>ITALY | 14275 | 09/16/2009 | Lehman Brothers Commercial Corporation | Unsecured | $810,699.50* | $360,178.00 |
| 3 | BANCO SANTANDER, S.A.<br>TRANSFEROR:<br>SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.<br>ON BEHALF OF FONDO SUPERSELECCION DIVIDENDO 2, FL<br>CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A.<br>AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0<br>MADRID,<br>SPAIN | 22222 | 09/21/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $227,844.66* | $156,652.53 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 332: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | CHAPTER 11 ESTATE | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 4 | BANCO SANTANDER, S.A. TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C., ON BEHALF OF FONDO SANTANDER 150 ANIVERSARIO 2, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 MADRID, 28660 SPAIN | 22226 | 09/21/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $1,245,170.65* | $575,057.20 |
| 5 | BANCO SANTANDER, S.A. TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C., ON BEHALF OF SANTANDER DECISION MODERADO, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 MADRID, 28660 SPAIN | 22229 | 09/21/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $2,208,673.03* | $1,614,986.17 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 332: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | CHAPTER 11 ESTATE | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 6 | BANCO SANTANDER, S.A. TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF SUPERFONDO EVOLUCION, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 MADRID, SPAIN | 22230 | 09/21/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $2,299,211.11* | $1,200,801.11 |
| 7 | BANCO SANTANDER, S.A. TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C., ON BEHALF OF FONDO ANTICIPACION MODERADO 2, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 MADRID, 28660 SPAIN | 22238 | 09/21/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $604,273.66* | $424,302.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 332: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | CHAPTER 11 ESTATE | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 8 | BANCO SANTANDER, S.A. TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO MULTIRENTABILIDAD, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 MADRID, SPAIN | 22259 | 09/21/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $2,781,513.48* | $620,141.61 |
| 9 | BANCO SANTANDER, S.A. TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C., ON BEHALF OF FONDO ANTICIPACION MODERADO, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 MADRID, 28660 SPAIN | 22262 | 09/21/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $23,046,509.08* | $15,719,874.36 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 332: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | CHAPTER 11 ESTATE | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 10 | BANCO SANTANDER, SA TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO SUPERSELECCION DIVIDENDO, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 MADRID, 28660 SPAIN | 22224 | 09/21/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $2,415,436.20* | $2,183,057.88 |
| 11 | BANCO SANTANDER, SA TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO SANTANDER 150 ANIVERSARIO, F.I. CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 MADRID, SPAIN | 22232 | 09/21/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $1,184,669.61* | $724,882.23 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 332: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | CHAPTER 11 ESTATE | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 12 | BANCO SANTANDER, SA TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO ANTICIPACION CONSERVADOR, F.I. CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 MADRID, SPAIN | 22250 | 09/21/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $150,145.70* | $37,033.91 |
| 13 | BANCO SANTANDER, SA TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF SANTANDER DECISION CONSERVADOR, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 MADRID, 28660 SPAIN | 22255 | 09/21/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $475,591.63* | $194,742.29 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 332: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | CHAPTER 11 ESTATE | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 14 | BFT - BANQUE DE FINANCEMENT ET DE TRESORERIE<br>ATTN: RAPHAELLE BACHELIER<br>11 AVENUE D'LENA<br>PARIS, 75116<br>FRANCE | 15191 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $16,208,066.11 | $2,100,000.00 |
| 15 | BFT - BANQUE DE FINANCEMENT ET DE TRESORERIE<br>ATTN: RAPHAELLE BACHELIER<br>11 AVENUE D'LENA<br>PARIS, 75116<br>FRANCE | 15192 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $16,208,066.11 | $2,100,000.00 |
| 16 | BG INTERNATIONAL LIMITED<br>C/O BG GROUP<br>ATTN: NICK TYLER<br>100 THAMES VALLEY PARK<br>READING, BERKSHIRE<br>RGB 1PT<br>UNITED KINGDOM | 18882 | 09/18/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $11,118,069.75* | $10,128,803.19 |
| 17 | BG INTERNATIONAL LIMITED<br>C/O BG GROUP<br>ATTN: NICK TYLER<br>100 THAMES VALLEY PARK<br>READING<br>BERKSHIRE, RG6 1PT<br>UNITED KINGDOM | 18883 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $11,118,069.75* | $10,173,469.58 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 332: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | CHAPTER 11 ESTATE | CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 18 | MIZUHO CAPITAL MARKETS CORPORATION<br>ATTN: DOUGLAS FRANKEL, GENERAL COUNSEL<br>1440 BROADWAY<br>NEW YORK, NY 10018 | 19090 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $36,701,213.96 | $29,137,500.00 |
| 19 | SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.<br>ON BEHALF OF FONDO ANTICIPACION CONSERVADOR 2, F.I.<br>ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO<br>CUIDAD GRUPO SANTANDER.; AVDA. DE CANTABRIA, S/N<br>EDIFICIO PINAR<br>MADRID,<br>SPAIN | 22248 | 09/21/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $69,886.43* | $53,840.02 |
| 20 | TSO LLC<br>TRANSFEROR: YORVIK PARNTERS LLP<br>C/O ASHURST LLP<br>ATTN: PATRICIA SEDDON<br>7 TIMES SQUARE, 42ND FLOOR<br>NEW YORK, NY 10036 | 22253 | 09/21/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $1,755,552.42* | $1,526,701.80 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 332: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | CHAPTER 11 ESTATE | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|
| 21 | TSO LLC<br>TRANSFEROR: YORVIK PARTNERS LLP<br>C/O ASHURST LLP<br>ATTN: PATRICIA SEDDON<br>7 TIMES SQUARE, 42ND FLOOR<br>NEW YORK, NY 10036 | 22261 | 09/21/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $477,802.18* | $176,606.89 |
| | | | | | TOTAL | $131,917,164.52 | TOTAL $79,568,808.77 |

\* - Indicates claim contains unliquidated and/or undetermined amounts