**Exhibit 1**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 334: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BT SINGAPORE PTE LT. BT HONG KONG LIMITED ATTN: BEVERLY KWONG SUITE 1301, TWO PACIFIC PLACE 88 QUEENSWAY  HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21340 | $162,592.80* | Insufficient Documentation Claim |
| 2 | DEPOSITORY TRUST CLEARING CORPORATION AND RELATED ENTITIES 55 WATER STREET, 22ND FLOOR NEW YORK, NY 10041 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 30421 | Undetermined* | Insufficient Documentation Claim |
| 3 | DEPOSITORY TRUST CLEARING CORPORATION AND RELATED ENTITIES 55 WATER STREET, 22ND FLOOR NEW YORK, NY 10041 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30422 | Undetermined* | Insufficient Documentation Claim |
| 4 | DEPOSITORY TRUST CLEARING CORPORATION AND RELATED ENTITIES 55 WATER STREET, 22ND FLOOR NEW YORK, NY 10041 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30423 | Undetermined* | Insufficient Documentation Claim |
| 5 | DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG 4021905007 100 SE 2ND STREET, SUITE 2610 MIAMI, FL 33131 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32635 | Undetermined* | Insufficient Documentation Claim |

### IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 334: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | OGIER FIDUCIARY SERVICES (JERSEY) LIMITED<br>WHITELEY CHAMBERS<br>DON STREET<br>ST HELIER<br>JERSEY, JE4 9WG<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/25/2009 | 9293 | $138,850.76 | Insufficient Documentation Claim |
| | | | | | TOTAL | $301,443.56 | |