## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 336: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | **MISSOURI DEPARTMENT OF REVENUE**<br>**ATTN DEB BUSCHMAN**<br>**BOX 475**<br>**JEFFERSON CITY, MO 65105** | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/20/2009 | 3896 | $1,752.69 | No Liability Claim |
| 2 | **STATE OF MAINE**<br>**BUREAU OF REVENUE SERVICES**<br>**COMPLIANCE DIVISION**<br>**PO BOX 9101**<br>**AUGUSTA, ME 04333-9101** | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/06/2009 | 2747 | $638,318.00 | No Liability Claim |
| 3 | **VERMONT DEPARTMENT OF TAXES**<br>**P.O. BOX 429**<br>**MONTPELIER, VT 05601-1429** | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17858 | $64,760.00 | No Liability Claim |
| 4 | **VERMONT DEPARTMENT OF TAXES**<br>**P.O BOX 429**<br>**MONTPELIER, VT 05601** | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 19694 | $64,760.00 | No Liability Claim |
| | | | | | TOTAL | $769,590.69 | |