**Exhibit 1**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 330: EXHIBIT 1 – NO LIABILITY DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BOARD OF GOVERNORS OF THE UNIV. OF NORTH CAROLINA<br>300 SOUTH BUILDING<br>CB#1000<br>CHAPEL HILL, NC 27599-1000 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/16/2009 | 14408 | Undetermined* | No Liability Claim – Derivative |
| 2 | MT. WILSON CLO II LTD<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>385 E COLORADO BLVD<br>PASADENA, CA 91101 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/27/2009 | 49848 | $7,156,211.00 | No Liability Claim – Derivative |
| 3 | MT. WILSON CLO II LTD<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>385 E COLORADO BLVD<br>PASADENA, CA 91101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49849 | $7,156,211.00 | No Liability Claim – Derivative |
| 4 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10<br>ATTN: MARTIN FEIG, VICE PRESIDENT<br>101 BARCLAY STREET; 8 WEST<br>NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14558 | Undetermined* | No Liability Claim – Derivative |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 330: EXHIBIT 1 – NO LIABILITY DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14550 | Undetermined* | No Liability Claim – Derivative |
| | | | | | TOTAL | $14,312,422.00 | |