UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
In re                                                        :   Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :   Case No. 08-13555 (JMP)
                                                             :
                  Debtors.                                   :   (Jointly Administered)
------------------------------------------------------------ x
CREDIT PROTECTION TRUST 207 AND                              :
CREDIT PROTECTION TRUST 283,                                 :
                                                             :
                  Movants,                                   :
                                                             :
v.                                                           :
                                                             :
LEHMAN BROTHERS HOLDINGS INC. AND                            :
LEHMAN BROTHERS SPECIAL FINANCING INC.,                      :
                                                             :
                  Respondents.                               :
------------------------------------------------------------ x
```

**ORDER PURSUANT TO SECTION 107(b) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULE 9018
AUTHORIZING CREDIT PROTECTION TRUSTS 207 AND 283
TO FILE REDACTED MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR ORDER GRANTING RELIEF FROM CONFIRMATION
<u>ORDER AND DECLARATION IN SUPPORT THEREOF</u>**

Upon the motion (the "<u>Motion to Seal</u>")[1] of Credit Protection Trusts 207 and 283 (the "<u>Moving Trusts</u>") for an order pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 authorizing the Moving Trusts to file redacted copies of their Memorandum of Law and Meyers Declaration, all as more fully described in the Motion to Seal; and the Court having reviewed the Motion to Seal and the Moving Trusts' proposed redactions; and the Court having subject matter jurisdiction to consider and determine the Motion to Seal pursuant to 28 U.S.C. § 1334; and consideration of the Motion to Seal being a core proceeding pursuant to 28 U.S.C. § l57(b)(2); and venue being proper before this Court pursuant to 28

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion to Seal.

U.S.C. §§ 1408 and 1409; and it appearing that an *ex parte* order is necessary to expedite consideration of the relief requested in the Motion to Seal; and after due deliberation and sufficient cause appearing therefor it is hereby:

ORDERED that the Motion to Seal is granted; and it is further

ORDERED that the Moving Trusts are authorized to file under seal certain portions of the Memorandum and Meyers Declaration, (together, the "Sealed Documents"); and it is further

ORDERED that the Sealed Documents, once filed, shall remain under seal and confidential and unredacted copies of the same shall not be made available to anyone except for the Court, the Office of the United States Trustee, the Debtors, other interested parties as may be agreed to by the Debtors and the Moving Trusts, and any other parties upon further order of the Court; and it is further

ORDERED that the Moving Trusts shall serve a copy of this Order and redacted copies of the Memorandum and Meyers Declaration upon all parties entitled to receive notice of the Motion pursuant to the second amended order implementing certain notice and case management procedures, entered on June 17, 2010 [Docket No. 9635], and such notice shall be deemed good and sufficient notice of the relief sought by the Moving Trusts; and is further

ORDERED that the Court shall retain jurisdiction over all matters relating to the interpretation of this Order.


Dated: New York, New York
       August 24, 2012

                                           *s/ James M. Peck*
                                           UNITED STATES BANKRUPTCY JUDGE