# **EXHIBIT E**

**(December 2008 E-mail)**

## Meyers, Jonathan

**From:** McMurray, Locke R [locke.mcmurray@lehman.com]
**Sent:** Monday, December 15, 2008 5:47 PM
**To:** Meyers, Jonathan
**Cc:** mwinter@alvarezandmarshal.com; Weinstein, Michael
**Subject:** RE: Events of Default and Terminations

Hi Jonathan - We have formed a view as to what trades we would like to keep alive, but I need to map these to the trust numbers. I will give you a call tomorrow to discuss.

Many thanks.

Locke R. McMurray
Managing Director
Capital Markets Contracts - Legal
Tel. 212-526-7186
T/C 646-758-2634

---

**From:** Meyers, Jonathan [mailto:jmeyers@fsa.com]
**Sent:** Monday, December 15, 2008 4:42 PM
**To:** McMurray, Locke R
**Cc:** mwinter@alvarezandmarshal.com; Weinstein, Michael
**Subject:** RE: Events of Default and Terminations

Locke – as you may be aware, FSA received a wire transfer from Lehman at 6:17pm on December 5, 2008 in the amount of the November 28, 2008 Fixed Payment for the AMMC CLO VI, Limited & AMMC CLO VI, Corp. Transaction. Unfortunately, Lehman made this payment after the cure period provided in the Agreement. As you know, FSA designated December 5, 2008 as an Early Termination Date in respect of all outstanding Transactions under the Agreement relating to CPT 265 and all such Transactions have been terminated.

We remain open to discussing the possibility of reinstating the 7-1/2 year trade which was also terminated. Please call me to discuss.

**From:** Meyers, Jonathan
**Sent:** Thursday, December 11, 2008 11:03 AM
**To:** 'locke.mcmurray@lehman.com'
**Cc:** 'mwinter@alvarezandmarshal.com'; Weinstein, Michael
**Subject:** Events of Default and Terminations

Locke – we have been trying to reach you by phone for several weeks (we have been calling 212-526-7186). As you may be aware, FSA designated December 5, 2008 as an Early Termination Event in respect of all outstanding Transactions under the Agreements relating to CPT 233 and CPT 265 as a result of Lehman failing to make Fixed Payments which were due under those Agreements. I am attaching for your reference the notices which we sent to Lehman regarding CPT 233 and CPT 265.

1

We previously discussed with you the possibility of reinstating the 7-1/2 year trade which was terminated. We are still open to hearing from you as to Lehman's desire with respect to that trade.

Jonathan P. Meyers
Associate General Counsel
Financial Security Assurance Inc.
31 West 52nd Street
New York, NY 10019
(p) (212) 339-0884
(f) (212) 857-0387
jmeyers@fsa.com

This e-mail message is for the sole use of the intended recipient(s) and
may contain proprietary, confidential and/or privileged information. Any
unauthorized review, use, disclosure or distribution is prohibited. If you
are not the intended recipient (or an employee or agent responsible to
deliver it to the intended recipient), you may not copy or deliver this
message to anyone. In such case, you should destroy this message and
kindly notify the sender by reply e-mail. FSA-


------------------------------------------This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.