# EXHIBIT F

**(March 2009 E-mail)**

## Meyers, Jonathan

**From:** McMurray, Locke R [locke.mcmurray@lehman.com]
**Sent:** Sunday, March 29, 2009 7:56 AM
**To:** Weinstein, Michael
**Cc:** Meyers, Jonathan; Kalra, Abhishek - NY
**Subject:** RE: CDS Trade Reinstatement

Mike - I was out last week. I will check in with the guys here but they were still analyzing the trades. I will revert this week.

Many thanks.


Locke R. McMurray
Managing Director, Derivatives Legal
Lehman Brothers Holdings, Inc.
1271 Sixth Avenue, 43rd Floor
New York, New York  10020
Tel. 212-526-7186
T/C 646-758-2634



**From:** Weinstein, Michael [mailto:mweinstein@fsa.com]
**Sent:** Tuesday, March 24, 2009 1:43 PM
**To:** McMurray, Locke R
**Cc:** Meyers, Jonathan
**Subject:** CDS Trade Reinstatement

Locke-

Do you have any feedback for us on whether or not Lehman has interest in reinstating a portion of the 7-YR IG transaction, rather than the entire transaction? Can you please let us know either way?

We have left you a few voice messages but have not heard back.

Regards,
Mike


Michael H. Weinstein
Financial Security Assurance
31 West 52nd Street
New York, NY 10019
Phone: 212.893.7376
Cell: 646.709.3044
Fax: 212.857.0596

This e-mail message is for the sole use of the intended recipient(s) and
may contain proprietary, confidential and/or privileged information. Any
unauthorized review, use, disclosure or distribution is prohibited. If you

1

```
are not the intended recipient (or an employee or agent responsible to
deliver it to the intended recipient), you may not copy or deliver this
message to anyone. In such case, you should destroy this message and
kindly notify the sender by reply e-mail. FSA
```

---------------------------------------------- This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.