**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **Case No. 08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------------------- x

| | |
|---|---|
| **CREDIT PROTECTION TRUST 207 AND** | : |
| **CREDIT PROTECTION TRUST 283,** | : |
| | : |
| **Movants,** | : |
| | : |
| v. | : |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC. AND** | : |
| **LEHMAN BROTHERS SPECIAL FINANCING INC.,** | : |
| | : |
| **Respondents.** | : |

-------------------------------------------------------------------- x

<u>**DECLARATION OF JEFFREY CHUBAK IN SUPPORT OF**
**MOTION OF CREDIT PROTECTION TRUSTS 207 AND 283 FOR AN**
**ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)(1)**
**AND (4), BANKRUPTCY RULE 9024, AND BANKRUPTCY CODE SECTION**
**105(a) GRANTING RELIEF FROM CONFIRMATION ORDER**</u>

I, Jeffrey Chubak, hereby declare as follows:

1.        I am an associate at Proskauer Rose LLP, attorneys for Credit Protection Trusts

207 and 283 (the "<u>Moving Trusts</u>," and together with Credit Protection Trusts 48, 233, and 265,

the "<u>Trusts</u>").  I am competent to testify and authorized to submit this declaration in support of

the Moving Trusts' motion for an order granting them relief from the order entered December 6,

2011 [Docket No. 23023] confirming the modified third amended joint chapter 11 plan of

Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated debtors (together with LBHI, the

"<u>Debtors</u>").

2.      Attached hereto as <u>Exhibit A</u> is a true and correct copy of an excerpt from the Affidavit of Service with respect to the (i) joint motion of LBHI and the litigation subcommittee of the creditors' committee for an order extending stay of avoidance actions, dated June 29, 2012 [Docket No. 29163], and (ii) Debtors' motion for an order amending the alternative dispute resolution procedures order for affirmative claims of the Debtors under derivatives transactions with special purpose vehicle counterparties, dated June 29, 2012 [Docket No. 29164], which excerpt has been highlighted where service was identified as having been made on the Moving Trusts and their attorneys.

3.      Attached hereto as <u>Exhibit B</u> is a true and correct copy of an excerpt from the Affidavit of Service with respect to the Debtors' motion for an order authorizing the implementation of alternative dispute resolution procedures for affirmative claims of the Debtors under derivatives transactions with special purpose vehicle counterparties, dated November 24, 2010 [Docket No. 13009], which excerpt has been highlighted where service was identified as having been made on the Trusts and their attorneys.

4.      Attached hereto as <u>Exhibit C</u> is a true and correct copy of an excerpt from the Affidavit of Solicitation Mailing with respect to the Debtors' solicitation packages, which excerpt has been highlighted where service of the Debtors' confirmation hearing notice and notice of non-voting status was identified as having been made on the Trusts and their attorneys.

5.      Attached hereto as <u>Exhibit D</u> is a true and correct copy of an excerpt from the Affidavit of Service with respect to the Debtors' chapter 11 plan supplement, dated October 25, 2011 [Docket No. 21254], which excerpt has been highlighted to illustrate where notices of assumption with respect to the Trusts' swap agreements were identified as having been mailed to the Trusts (but not their attorneys).

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 24, 2012
       New York, New York

                                      Jeffrey Chubak
                                      Associate

## EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:                    **Chapter 11**
In re                                                     :
:                    **Case No. 08-13555 (JMP)**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :
Debtors.                               :                    **(Jointly Administered)**
:
:
------------------------------------------------------------------------x    **Ref. Docket Nos. 29163 & 29164**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1.   I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On June 29, 2012, I caused to be served the following:

   a)   "Notice of Joint Motion of Lehman Brothers Holdings Inc. and Litigation Subcommittee of Creditors' Committee, Pursuant to Section 105(A) of the Bankruptcy Code, to Extend Stay of Avoidance Actions," to which was attached the "Joint Motion of Lehman Brothers Holdings Inc. and Litigation Subcommittee of Creditors' Committee, Pursuant to Section 105(A) of the Bankruptcy Code, to Extend Stay of Avoidance Actions," dated June 29, 2012 [Docket No. 29163], (the "Joint Motion"), and

   b)   "Notice of Motion Pursuant to Section 105(A) of the Bankruptcy Code and General Order M-390 for an Order Amending the Alternative Dispute Resolution Procedures Order for Affirmative Claims of the Debtors Under Derivatives Transactions with Special Purpose Vehicle Counterparties," dated June 29, 2012, to which was attached the "Motion Pursuant to Section 105(A) of the Bankruptcy Code and General Order M-390 for an Order Amending the Alternative Dispute Resolution Procedures Order for Affirmative Claims of the Debtors Under Derivatives Transactions with Special Purpose Vehicle Counterparties," dated June 29, 2012 [Docket No. 29164], (the "Amended Motion"),

by causing true and correct copies of the following:

  i.   Joint Motion and Amended Motion, to be delivered via electronic mail to those
       parties listed on the annexed <u>Exhibit A</u>,

  ii.  Joint Motion and Amended Motion, to be delivered via facsimile to the party listed on
       the annexed <u>Exhibit B</u>,

  iii. Joint Motion and Amended Motion, to be enclosed securely in separate postage-
       prepaid envelopes and delivered via overnight mail to those parties listed on the
       annexed <u>Exhibit C</u>,

  iv.  Amended Motion, to be delivered via electronic mail to those parties listed on the
       annexed <u>Exhibit D</u>,

  v.   Joint Motion, to be enclosed securely in separate postage-prepaid envelopes and
       delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>, and

  vi.  Amended Motion, to be enclosed securely in separate postage-prepaid envelopes and
       delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL
    DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE,
    PRESIDENT OR LEGAL DEPARTMENT."

                                                          /s/ Pete Caris
                                                          Pete Caris
Sworn to before me this
2nd day of July, 2012
<u>/s/ *Cassandra Murray*       </u>
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Joint Mtn & Amdn SPV Mtn_DI 29163 & 29164_AFF_6-29-12_KH.doc

**EXHIBIT E**

LEHMAN BROTHERS HOLDINGS INC.

08-13555-mg    Doc 30402    Filed 09/04/12    Entered 09/04/12 16:36:43    Main Document
08-13555-jmp    Doc 29207    Filed 07/09/12    Entered 07/09/12 12:36:43    Main Document
Pg 36 of 136
SERVICE LIST
Pg 93 of 2459

| Claim Name | Address Information |
|---|---|
| CRC CREDIT FUND LTD | BRACEWELL & GIULIANI LLP ATTN: JENNIFER FELDSHER AND ADAM M. ADLER 1251 AVENUE OF THE AMERICAS, 49TH FLOOR NEW YORK NY 10020 |
| CREDICAN, C.A. | TRANSFEROR: BANCO CANARIAS C/O CHADBOURNE & PARKE LLP ATTN: DENNISE CALDERON-BARRERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CREDICAN, C.A. | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | ATTN: EMMANUEL MERCIER 9 QUAL DU PRESIDENT PAUL DOUMER COURBEVOIE 92400 FRANCE |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | CLIFFORD CHANCE US LLP ATTN: ANDREW BROZMAN/SARA M. TAPINEKIS 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | ATTN: RICHARD CARLSON 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK (FKA | ATTN: SOPHIE WALDBERG-BILLHOUET 9 QUAI DU PRESIDENT PAUL DOUMER COURBEVOIE 92400 FRANCE |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK (FKA | ANDREW BROZMAN, ESQ/ SARA TAPINEKIS, ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT ANDORRA, S.A. | ATTN:JOSEPH-ARSENI RAMONEDA AVENIDA MERITXELL 80, EDIF. B - 5A PLANTA ANDORRA LA VELLA ANDORRA SPAIN |
| CREDIT ANDORRA, S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT COOPERATIF | ATTN: PATRICK PRUD'HOMME 72 AVENUE DE LA LIBERTE NANTERRE 92002 FRANCE |
| CREDIT COOPERATIF | JENNIFER C. DEMARCO AND DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT DU NORD | LEO PALMIERI CREDIT DU NORD LEGAL DEPARTMENT (DEPARTEMENT JURIDIQUE) 59 BOULEVARD HAUSSMANN PARIS 75008 FRANCE |
| CREDIT DU NORD | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| CREDIT EUROPE BANK NV | ATTN: RUSSELL WELSH F/K/A FINANSBANK HOLLAND NV KARSPELDREEF 6A 1101 CJ AMSTERDAM NETHERLANDS |
| CREDIT PROTECTION TRUST 207 | C/O FINANCIAL SECURITY ASSURANCE INC ATTN: JAMES MICHENER, GENERAL COUNSEL 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | DEWEY & LEBOEUF LLP ATTENTION:IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | DOWEY & LEBOEUF LLP ATTENTION: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | C/O FINANCIAL SECURITY ASSURANCE INC. ATTENTION: JAMES MICHENER, GENERAL COUNSEL 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 283 | C/O FINANCIAL SECURITY ASSURANCE INC ATTN: JAMES MICHENER, GENERAL COUNSEL 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 283 | DEWEY & LEBOEUF LLP ATTENTION: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 283 | C/O FINANCIAL SECURITY ASSURANCE INC. ATTENTION: JAMES MICHENER, GENERAL COUNSEL 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 283 | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN, ESQ 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA 825 EIGHTH AVENUE |

**<u>EXHIBIT B</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                        :
In re                                   :        **Chapter 11 Case No.**
                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
                                        :
            **Debtors.**                :        **(Jointly Administered)**
                                        :
---------------------------------------------------------------------x   **Ref. Docket No. 13009**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

ELENI MANNERS, being duly sworn, deposes and says:

1.  I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the "Notice of Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of the Debtors Under Derivatives Transactions with Special Purpose Vehicle Counterparties," dated November 24, 2010, to which was attached the "Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of the Debtors Under Derivatives Transactions with Special Purpose Vehicle Counterparties," dated November 24, 2010 [Docket No. 13009], by causing true and correct copies to be:

    a.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, on November 24, 2010,

    b.  enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>, on November 24, 2010,

    c.  enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>, on November 24, 2010, and

    d.  enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>, on November 26, 2010.

3. All envelopes utilized in the service of the foregoing contained the following legend:
   "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
   ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
29th day of November, 2010

_____
Notary Public

Eleni Manners

> PANAGIOTA MANATAKIS
> NOTARY PUBLIC STATE OF NEW YORK
> QUEENS COUNTY
> LIC. #01MA6221096
> COMM. EXP. APRIL 26, 2014

-2-

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| FUND LTD | CREDIT SUISSE GROUP ZURICH 8070 SWITZERLAND |
| CQS CAPITAL STRUCTURE ARBITRAGE MASTER FUND LTD | CREDIT SUISSE NEW YORK NY 10010-3629 |
| CRANSTON, CITY OF/TRITON OCEAN STATE LLC PROJECT | 235 PROMENADE STREET SUITE 119 PROVIDENCE  RI RI |
| CRANSTON, CITY OF/TRITON OCEAN STATE LLC PROJECT | ATTN: GENERAL COUNSEL C/O POSEIDON RESOURCES 1055 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| CRE CAPITAL LLC | 128 COUNTY ROUTE 7 PINE PLAINS NY 12567 |
| CRE CAPITAL LLC | CRE CAPITAL LLC PINE PLAINS NY 12567 |
| CRE FIDUCIARY SERVICES INC TRUSTEE FOR CRE TRUST U | CRE FIDUCIARY SERVICES, INC C/O SANDRA VIANA, WITHERS BERGMAN LLP 430 PARK AVE, 10TH FLOOR NEW YORK NY 10022 |
| CRE FIDUCIARY SERVICES INC TRUSTEE FOR CRE TRUST U | 2120 CARREY AVE CHEYENNE WY 82001 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK (FKA | ATTN: SOPHIE WALDBERG-BILLHOUET 9 QUAI DU PRESIDENT PAUL DOUMER COURBEVOIE 92400 FRANCE |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK (FKA | ANDREW BROZMAN, ESQ/ SARA TAPINEKIS, ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD | TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I C/O HARBINGER CAPITAL PARTNERS LLC 450 PARK AVENUE, 30TH FL NEW YORK NY 10022 |
| CREDIT INDUSTRIEL ET COMMERCIAL | ATTN: SWAP ADMINISTRATION COMPAGNIE FINANCIERE DE CIC ET DE L#APPOSUNION EUR PARIS 75002 FRANCE |
| CREDIT INDUSTRIEL ET COMMERCIAL | ATTN: SWAP ADMINISTRATION COMPAGNIE FINANCIERE DE CIC ET DE L'UNION EUR PARIS 75002 FRANCE |
| CREDIT INDUSTRIEL ET COMMERCIAL | 6 AVENUE DE PROVENCE 75009 PARIS PARIS CEDEX 09 75452 FRANCE |
| CREDIT INDUSTRIEL ET COMMERCIAL | 6 AVENUE DE PROVENCE 75009 PARIS CEDEX 09 PARIS 75452 FRANCE |
| CREDIT INDUSTRIEL ETCOMMERCIAL (CIC) | COMPAGNIE FINANCIERE DE CIC ET DE L'UNION EUROPEEN PARIS 75002 FRANCE |
| CREDIT MARITIME VIE S.A. | 24 RUE DU ROCHER PARIS 78008 FRANCE |
| CREDIT OPPORTUNITY ASSOCIATES LLC | ATTN: JOHN W. FRASER, MANAGER 400 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10017 |
| CREDIT PROTECTION TRUST 207 | C/O FINANCIAL SECURITY ASSURANCE INC ATTN: JAMES MICHENER, GENERAL COUNSEL 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | DEWEY & LEBOEUF LLP ATTENTION:IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | C/O FINANCIAL SECURITY ASSURANCE INC. ATTENTION: JAMES MICHENER, GENERAL COUNSEL 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | ATTN: INSURED PORTFOLIO MANAGEMENT DIV FSA ADMINISTRATIVE SERVICES, LLC, AS TRUSTEE FOR CREDIT PROTECTION TRUST 207 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 233 | C/O FINANCIAL SECURITY ASSURANCE INC ATTN: JAMES MICHENER, GENERAL COUNSEL 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 233 | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 233 | ATTN: BRUCE STERN FSA ADMINISTRATIVE SERVICES, LLC, AS TRUSTEE FOR CREDIT PROTECTION TRUST 233 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 233 | BRUCE STERN FSA ADMINISTRATIVE SERVICES, LLC, AS TRUSTEE FOR CREDIT PROTECTION TRUST 233 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 233 | ATTN: INSURED PORTFOLIO MANAGEMENT DIVISION WITH COPIES TO: FINANCIAL SECURITY ASSURANCE INC. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 233 | INSURED PORTFOLIO MANAGEMENT DIVISION WITH COPIES TO: FINANCIAL SECURITY ASSURANCE INC. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 265 | C/O FINANCIAL SECURITY ASSURANCE INC ATTN: JAMES MICHENER, GENERAL COUNSEL 32 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 265 | EILEEN BANNON, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK |

| Claim Name | Address Information |
|---|---|
| CREDIT PROTECTION TRUST 265 | NY 10019 |
| CREDIT PROTECTION TRUST 283 | C/O FINANCIAL SECURITY ASSURANCE INC ATTN: JAMES MICHENER, GENERAL COUNSEL 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 283 | DEWEY & LEBOEUF LLP ATTENTION: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 48 | C/O FINANCIAL SECURITY ASSURANCE INC ATTN: JAMES MICHENER, GENERAL COUNSEL 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 48 | DEWEY & LEBOEUF LLP ATTENTION: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 48 (COAST 2001-1) | FINANCIAL SECURITY ASSURANCE INC 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT SPECTRUM FUND LTD | ATTN: SCOTT WYLER C/O ADMIRAL ADMINISTRATION LTD. ADMIRAL FINANCIAL CENTER 90 FORT STREET, P.O. BOX 32021 SMB GEORGE TOWN, GRAND CAYMAN BRITISH WEST INDIES |
| CREDIT SPECTRUM FUND LTD | ATTN: CANOVER WATSON CREDIT SELECT FUND LTD., C/O ADMIRAL ADMINISTRATIO 90 FORT STREET, P.O. BOX 32021 GEORGE TOWN, GRAND CAYMAN KY1-1208 CAYMAN ISLANDS |
| CREDIT SPECTRUM FUND LTD | C/O OFFSHORE ADVISORS 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| CREDIT SPECTRUM FUND LTD | ATTN: MICHAEL H. HELBERG III OFFSHORE ADVISORS C/O AVM, L.P. 777 YAMATO ROAD, SUITE 300 BOCA RATON FL 33431 |
| CREDIT SUISSE | ATTN: CARL BAKER UETLIBERGSTRASSE 231 PO BOX CH-8070 SWITZERLAND |
| CREDIT SUISSE | P.O. BOX 920 ZURICH CH-8070 SWITZERLAND |
| CREDIT SUISSE | ATTN: CARL BAKER/DIRECTOR LEGAL/COMPLIANCE UETLIBERGSTRASSE 231 ZURICH CH-8070 SWITZERLAND |
| CREDIT SUISSE | ATTN: GLOBAL TREASURY COORDINATION; DIRECTOR LEGAL P.O. BOX 920 ZURICH CH-8070 SWITZERLAND |
| CREDIT SUISSE | ATTN: CARL BAKER UETLIBERGSTRASSE 231 ZURICH CH-8070 SWITZERLAND |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE ASSET MANAGEMENT INFLATION LINKED BO | CREDIT SUISSE ASSET MANAGEMENT AUSTRALIA 1 MACQUARIE PLACE SYDNEY NSW 2000 AUSTRALIA |
| CREDIT SUISSE ASSET MANAGEMENT LLC | P.O. BOX 800 ZURICH CH-9070 SWITZERLAND |
| CREDIT SUISSE ASSET MANAGEMENT LLC | 11 MADISON AVENUE NEW YORK NY 10010-3629 |
| CREDIT SUISSE CANDLEWOOD SPECIAL SITUATIONS MASTER | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE CANDLEWOOD SPECIAL SITUATIONS MASTER | RICHARD LEVIN CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE CAPITAL LLC | 11 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE CAPITAL LLC | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE CAPITAL LLC | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE CREDIT STRATEGIES LIQUIDATING TRUST | C/O CREDIT SUISSE ALTERNATIVE CAPITAL, INC. ATTN: TINWAH WONG ELEVEN MADISON AVENUE, 13TH FL NEW YORK NY 10010 |
| CREDIT SUISSE CREDIT STRATEGIES LIQUIDATING TRUST | TRANSFEROR: CREDIT SUISSE CREDIT STRATEGIES MASTER FUND, LTD. C/O PUGLISI & ASSOCIATES; ATTN: D PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 10711 |
| CREDIT SUISSE ENERGY LLC | 11 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE GLOBAL HYBRID INCOME FUND | CREDIT SUISSE ASSET MANAGEMENT (AUSTRALIA) LIMITED ROYAL EXCHANGE NSW, 1225 AUSTRALIA |
| CREDIT SUISSE GLOBAL HYBRID INCOME FUND | 466 LEXINGTON AVENUE 10TH FLOOR NEW YORK NY 10017 |
| CREDIT SUISSE GLOBAL INCOME FUND | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE GLOBAL INCOME FUND | CRAVATH SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE HIGH GRADE BOND FND | CREDIT SUISSE ASSET MANAGEMENT (AUSTRALIA) LIMITED ROYAL EXCHANGE NSW, 1225 |

|

**EXHIBIT C**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
                                      :

In re:                                :          **Chapter 11 Case No.**
                                        :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :          **08-13555 (JMP)**
                                        :

                Debtors.        :          **(Jointly Administered)**
                                        :

----------------------------------------------------------------------x

## AFFIDAVIT OF SOLICITATION MAILING

STATE OF NEW YORK    )
                         )    ss.:
COUNTY OF NEW YORK  )

        James Daloia, being duly sworn, deposes and says, under the penalty of perjury:

        1.        I am a Consultant at Epiq Bankruptcy Solutions, LLC ("Epiq"), located at 757 Third Avenue, New York, New York 10017. I am authorized to submit this affidavit on Epiq's behalf. I am over the age of eighteen years and am not a party to the above-captioned action. Unless otherwise stated, I have personal knowledge of the facts set forth herein.

        2.        I supervised service of the following materials (collectively, the "Solicitation Materials"):

        a.      A CD-ROM containing, *inter alia*, the Debtors' Disclosure Statement for Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code (the "Disclosure Statement and Plan");

        b.      Notice of (i) Approval of Disclosure Statement; (ii) Establishment of Record Date; (iii) Hearing on Confirmation of the Plan and Procedures for Objecting to Confirmation of the Plan; and (iv) Procedures and Deadline for Voting on the Plan (the "Confirmation Hearing Notice"), a copy of which is attached hereto as Exhibit 1;

        c.      Notice of Non-Voting Status to LBHI Class 10A Claims, LBHI Class 10B Claims, LBHI Class 10C Claims, LBHI Class 11 Claims, LBHI Class 12 Equity Interests, Participating Subsidiary Debtor Class 6 Equity Interests, and Non-Participating Subsidiary

Debtor Class 5 Equity Interests (the "<u>Notice of Non-Voting Status</u>"), a copy of which is attached hereto as <u>Exhibit 2</u>;

d.    Letter from the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., *et al.*, to the Unsecured Creditors of Lehman Brothers Holdings, Inc. *et al.*, dated September 13, 2011 (the "<u>Committee Letter</u>"), a copy of which is attached hereto as <u>Exhibit 3</u>;

e.    Letter from Epiq Bankruptcy Solutions, LLC, Regarding *In re* Lehman Brothers Holdings, Inc., *et al.*, Ch. 11 Case No. 08-13555 (JMP), dated September 15, 2011 (the "<u>Solicitation Letter</u>"), a copy of which is attached hereto as <u>Exhibit 4</u>;

f.    Ballot for Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for holders of claims against any of the Debtors in the classes set forth below ("<u>General Ballot A</u>"), a sample of which is attached hereto as <u>Exhibit 5</u>:

   (i)     Priority Non-Tax Claims (LBHI Class 1, Participating Subsidiary Debtor Class 1, Non-Participating Subsidiary Debtor Class 1);

   (ii)    Senior Affiliate Claims (LBHI Class 4A);

   (iii)   Senior Affiliate Guarantee Claims (LBHI Class 4B);

   (iv)    Convenience Claims and Convenience Guarantee Claims (LBHI Class 6A-6B, Participating Subsidiary Debtor Class 3);

   (v)     Third-Party Guarantee Claims of the Racers Trusts (LBHI Class 9B);

   (vi)    General Unsecured Claims (Non-Participating Subsidiary Debtor Class 3);

   (vii)   General Unsecured Claims of Designated Entities Against LCPI (LCPI Class 4B);

   (viii)  General Unsecured Claims of the Racers Trusts Against LBSF (LBSF Class 4B); and

   (ix)    Affiliate Claims (LBHI Class 8, Participating Subsidiary Debtor Classes 5A-5C, Non-Participating Debtors Classes 4A-4B);

g.    Ballot for Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for holders of

claims against any of the Debtors in the classes set forth below ("General Ballot B"), a sample of which is attached hereto as Exhibit 6:

>   (i)     Senior Unsecured Claims (LBHI Class 3);

>   (ii)    Senior Third-Party Guarantee Claims (LBHI Class 5);

>   (iii)   General Unsecured Claims (LBHI Class 7, Participating Subsidiary Debtors other than LCPI and LBSF Class 4);

>   (iv)    General Unsecured Claims other than those of Designated Entities (LCPI Class 4A);

>   (v)     General Unsecured Claims other than those of the Racers Trusts (LBSF Class 4A); and

>   (vi)    Third-Party Guarantee Claims other than of the Racers Trusts (LBHI Class 9A);

h.   Ballot for Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for Holders of Secured Claims against any of the Debtors (LBHI Class 2, Participating Subsidiary Debtor Class 2, and Non-Participating Subsidiary Debtor Class 2) (the "Secured Claim Ballot"), a sample of which is attached hereto as Exhibit 7;

i.   Beneficial Ballot for Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Beneficial Ballot"), a copy of which is attached hereto as Exhibit 8;

j.   Master Ballot for Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Master Ballot"), a sample of which is attached hereto as Exhibit 9; and

k.   a pre-addressed postage-paid return envelope (a "Return Envelope"), a sample of which is not attached.

2.     Unless otherwise noted, on September 26, 2011, I caused true and correct copies of the Solicitation Materials to be served as follows (collectively, the "Initial Solicitation Mailing"):

a.   the Disclosure Statement and Plan, Confirmation Hearing Notice, Committee Letter, Solicitation Letter, General Ballot A, and a Return Envelope were served via first-class mail, or its foreign equivalent, to the parties set forth on the service list attached hereto as Exhibit 10;

b.      the Disclosure Statement and Plan, Confirmation Hearing Notice, Committee Letter, Solicitation Letter, General Ballot B, and a Return Envelope were served via first-class mail, or its foreign equivalent, to the parties set forth on the service list attached hereto as <u>Exhibit 11</u>;

c.      the Disclosure Statement and Plan, Confirmation Hearing Notice, Committee Letter, Solicitation Letter, Secured Claim Ballot, and a Return Envelope were served via first-class mail, or its foreign equivalent, to the parties set forth on the service list attached hereto as <u>Exhibit 12</u>;

d.      the Disclosure Statement and Plan and the Confirmation Hearing Notice were served via first-class mail, or its foreign equivalent, to the parties set forth on the service list attached hereto as <u>Exhibit 13</u>;

e.      the Confirmation Hearing Notice and the Notice of Non-Voting Status were served via first-class mail, or its foreign equivalent, to the parties set forth on the service list attached hereto as <u>Exhibits 14</u>;

f.      the Confirmation Hearing Notice and the Notice of Non-Voting Status were served via first-class mail, or its foreign equivalent, to the Nominal Holders set forth on the service list attached hereto as <u>Exhibit 15</u>. The Nominal Holders were provided with instructions and sufficient quantities to distribute the appropriate Solicitation Materials to their beneficial holders;

g.      the Confirmation Hearing Notice was served via first-class mail, or its foreign equivalent, to the parties set forth on the service lists attached hereto as <u>Exhibits 16 and 17</u>;

h.      the Disclosure Statement and Plan, Confirmation Hearing Notice, Committee Letter, Solicitation Letter, Beneficial Ballot, and a Return Envelope were served via hand delivery or next-business-day service to the Nominal Holders set forth on the service list attached hereto as <u>Exhibit 18</u>. The Nominal Holders were provided with instructions and sufficient quantities to distribute the appropriate Solicitation Materials to their beneficial holders.

4.      In accordance with customary practice for securities, the Master Ballots were served separately and after the initial solicitation mailing.  On October 7, 2011, the Master Ballots were served via overnight mail on the Nominees set forth on the service list attached hereto as <u>Exhibit 18</u>.

- 4 -

5.     In addition to the services listed above, the Solicitation Materials have also been served on parties now entitled to vote as a result of documents filed with the Court following commencement of the Initial Solicitation Mailing (the "Supplemental Services"). The Supplemental Services were completed as follows:

a.     On September 27, 2011, I caused true and correct copies of the Solicitation Materials to be served as follows:

(i)     the Disclosure Statement and Plan, Confirmation Hearing Notice, Committee Letter, Solicitation Letter, General Ballot A, and a Return Envelope were served via first-class mail, or its foreign equivalent, to the parties set forth on the service list attached hereto as <u>Exhibit 19</u>;

(ii)     the Disclosure Statement and Plan, Confirmation Hearing Notice, Committee Letter, Solicitation Letter, General Ballot B, and a Return Envelope were served via first-class mail, or its foreign equivalent, to the parties set forth on the service list attached hereto as <u>Exhibit 20</u>;

(iii)     the Disclosure Statement and Plan, Confirmation Hearing Notice, Committee Letter, Solicitation Letter, Secured Claims Ballot, and a Return Envelope were served via first-class mail, or its foreign equivalent, to the parties set forth on the service list attached hereto as <u>Exhibit 21</u>;

b.     On September 28, 2011, I caused true and correct copies of the Solicitation Materials to be served as follows:

(i)     the Disclosure Statement and Plan, Confirmation Hearing Notice, Committee Letter, Solicitation Letter, General Ballot A, and a Return Envelope were served via first-class mail, or its foreign equivalent, to the parties set forth on the service list attached hereto as <u>Exhibit 22</u>;

(ii)     the Disclosure Statement and Plan, Confirmation Hearing Notice, Committee Letter, Solicitation Letter, General Ballot B, and a Return Envelope were served via first-class mail, or its foreign equivalent, to the parties set forth on the service list attached hereto as <u>Exhibit 23</u>;

(iii)     the Disclosure Statement and Plan, Confirmation Hearing Notice, Committee Letter, Solicitation Letter, Secured Claims Ballot, and a Return Envelope were served via first-

class mail, or its foreign equivalent, to the parties set forth on the service list attached hereto as <u>Exhibit 24;</u>

c.    On September 29, 2011, I caused true and correct copies of the Solicitation Materials to be served as follows:

(i)    the Disclosure Statement and Plan, Confirmation Hearing Notice, Committee Letter, Solicitation Letter, General Ballot A, and a Return Envelope were served via first-class mail, or its foreign equivalent, to the parties set forth on the service list attached hereto as <u>Exhibit 25;</u>

(ii)    the Disclosure Statement and Plan, Confirmation Hearing Notice, Committee Letter, Solicitation Letter, General Ballot B, and a Return Envelope were served via first-class mail, or its foreign equivalent, to the parties set forth on the service list attached hereto as <u>Exhibit 26;</u>

(iii)    the Disclosure Statement and Plan, Confirmation Hearing Notice, Committee Letter, Solicitation Letter, Secured Claims Ballot, and a Return Envelope were served via first-class mail, or its foreign equivalent, to the parties set forth on the service list attached hereto as <u>Exhibit 27;</u>

d.    On September 30, 2011, I caused true and correct copies of the Solicitation Materials to be served as follows:

(i)    the Disclosure Statement and Plan, Confirmation Hearing Notice, Committee Letter, Solicitation Letter, General Ballot A, and a Return Envelope were served via first-class mail, or its foreign equivalent, to the parties set forth on the service list attached hereto as <u>Exhibit 28;</u>

(ii)    the Disclosure Statement and Plan, Confirmation Hearing Notice, Committee Letter, Solicitation Letter, General Ballot B, and a Return Envelope were served via first-class mail, or its foreign equivalent, to the parties set forth on the service list attached hereto as <u>Exhibit 29;</u>

(iii)    the Disclosure Statement and Plan, Confirmation Hearing Notice, Committee Letter, Solicitation Letter, Secured Claims Ballot, and a Return Envelope were served via first-class mail, or its foreign equivalent, to the parties set forth on the service list attached hereto as <u>Exhibit 30;</u>

e.    On October 6, 2011, I caused true and correct copies of the Solicitation Materials to be served as follows:

(i)     the Disclosure Statement and Plan, Confirmation Hearing Notice, Committee Letter, Solicitation Letter, General Ballot B, and a Return Envelope were served via first-class mail, or its foreign equivalent, to the parties set forth on the service lists attached hereto as <u>Exhibit 31</u>;

f.     On October 10, 2011, I caused true and correct copies of the Solicitation Materials to be served as follows:

(i)     the Disclosure Statement and Plan, Confirmation Hearing Notice, Committee Letter, Solicitation Letter, General Ballot A, and a Return Envelope were served via first-class mail, or its foreign equivalent, to the parties set forth on the service list attached hereto as <u>Exhibits 32 and 33</u>;

(ii)     the Disclosure Statement and Plan, Confirmation Hearing Notice, Committee Letter, Solicitation Letter, General Ballot B, and a Return Envelope were served via first-class mail, or its foreign equivalent, to the parties set forth on the service list attached hereto as <u>Exhibit 34</u>;

g.     On October 11, 2011, I caused true and correct copies of the Solicitation Materials to be served as follows:

(i)     the Disclosure Statement and Plan, Confirmation Hearing Notice, Committee Letter, Solicitation Letter, General Ballot B, and a Return Envelope were served via first-class mail, or its foreign equivalent, to the parties set forth on the service lists attached hereto as <u>Exhibit 35</u>.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
James Daloia

SUBSCRIBED AND SWORN TO BEFORE ME
this 14th day of October, 2011.

_____
Notary Public

PATRICK J RYAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02RY6237572
Qualified in New York County
My Commission Expires March 21, 2015

- 8 -

**Exhibit 15**

| Claim Name | Address Information |
|---|---|
| STRATEG | ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CQS DIRECTIONAL OPPORTUNITIES MASTER FUN | CQS CLAIMS GROUP/ WENDY KANE CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CQS DIRECTIONAL OPPORTUNITIES MASTER FUN | CADWALADER, WICKERSHAM & TAFT LLP ATTN: CQS CLAIMS GROUP (ATTN: MS. WENDY KANE) ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CR FIRENZE GESTION INERNATIONALE S.A. AC | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CRAMER, C. | KEIJSER CAPITAL N.V. ATTN: COMPLIANCE DEPT KEIZERSGRACHT 410 AMSTERDAM 1016 GC THE NETHERLANDS |
| CRC CREDIT FUND FKA CRC GLOBAL STRUCTURE | MATTHEW CAVANAGH, GENERAL COUNSEL C/O CHRISTOFFERSON, ROB @ COMPANY (UK) LLP 28 QUEEN ANNE'S GATE LONDON SW1H9AB ENGLAND |
| CRC CREDIT FUND FKA CRC GLOBAL STRUCTURE | JENIFER FELDSHER & ADAM ADLER 1251 AVENUE OF THE AMERICAS  FL 48 NEW YORK NY 10020-1100 |
| CRC CREDIT FUND LTD | MATTHEW CAVANAGH, GENERAL COUNSEL C/O _ CHRISTOFFERSON, ROB & COMPANY (UK) LLP 38 QUEEN ANNE'S GATE LONDON SW1H 9AB ENGLAND |
| CRC CREDIT FUND LTD | BRACEWELL & GIULIANI LLP ATTN: JENNIFER FELDSHER AND ADAM M. ADLER 1251 AVENUE OF THE AMERICAS, 49TH FLOOR NEW YORK NY 10020 |
| CRC CREDIT FUND LTD FKA CRC GLOBAL STRUC | MATTHEW CAVANAGH C/OCHRISTOFFERSON, ROB & COMPANY (UK) LLP 28 QUEEN ANNE'S GATE LONDON SW1H9AB ENGLAND |
| CRC CREDIT FUND LTD FKA CRC GLOBAL STRUC | BRACEWELL & GIULIANI BRACEWELL & GIULIANI ATTN: JENNIFER FELDSHER AND ADAM M. ADLE 1251 AVENUE OF THE AMERICAS FL 48 NEW YORK NY 10020-1100 |
| CRE FIDUCIARY SERVICES INC TRUSTEE FOR C | CRE FIDUCIARY SERVICES, INC C/O SANDRA VIANA, WITHERS BERGMAN LLP 430 PARK AVE, 10TH FL NEW YORK NY 10022 |
| CREDICAN, C.A | ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CREDICORP SECURITIES INC., FOR THE | CREDICORP SECURITIES, INC. P.O. BOX 0833-0125 PANAMA REPUBLIC OF PANAMA |
| CREDIMO N.V. | PETRCAM SA OLIVIER VERHEYDEN PLACE ST-GUDULE 19 BRUSSELS 1000 BELGIUM |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT | ANDREW BROZMAN, ESQ/SARA M TAPINEKIS, ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT | ANDREW BROZMAN, ESQ/ SARA TAPINEKIS, ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT | CLIFFORD CHANCE US LLP ATTN: ANDREW BROZMAN, ESQ. SARA M. TAPINEKIS, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT AGRICOLE MUTUEL DE FRANCHE-COMTE | CLIFFORD CHANCE US LLP ATTN: ANDREW BROZMAN, SARA TAPINEKIS 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT AGRICOLE S.A. | CLIFFORD CHANCE US LLP ATTN: ANDREW BROZMAN, SARA TAPINEKIS 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT ANDORRA, S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT ANDORRA, S.A. | JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLICAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT COOPERATIF | JENNIFER C. DEMARCO AND DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT COOPERATIF | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT DU NORD | LEO PALMIERI CREDIT DU NORD LEGAL DEPARTMENT (DEPARTEMENT JURIDIQUE) 59 BOULEVARD HAUSSMANN PARIS 75008 FRANCE |
| CREDIT FONCIER DE FRANCE | VANESSA TOLLIS, ESQ. GIDE LOYRETTE NOUEL LLP 120 W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036 |
| CREDIT PROTECTION TRUST 207 | DEWEY & LEBOEUF LLP ATTENTION:IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | DOWEY & LEBOEUF LLP ATTENTION: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |

| Claim Name | Address Information |
| --- | --- |
| CREDIT PROTECTION TRUST 207 | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 233 | DEWEY & LEBOEUF LLP ATTENTION: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 233 | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 265 | DEWEY & LEBOEUF LLP ATTENTION: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 265 | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 265 | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVE. OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 265 | EILEEN BANNON, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 283 | DEWEY & LEBOEUF LLP ATTENTION: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 283 | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN, ESQ 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 48 | DEWEY & LEBOEUF LLP ATTENTION: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 8TH AVE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (FRANCE) | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (GIBRALTAR) LIMITED | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (GUERNSEY) LIMITED | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (GUERNSEY) LIMITED | CRAVATH, SWAIN & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (ITALY) S.P.A. | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (ITALY) S.P.A. | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (LUXEMBOURG) S.A. ZWEIGNIE | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (MONACO) SAM | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (UK) LIMITED | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE ASSET MANAGEMENT FUNDS AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 8TH AVE NEW YORK NY 10019 |
| CREDIT SUISSE ASSET MANAGEMENT FUNDS S.P | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE ASSET MANAGEMENT KAPITALAN | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE ASSET MANAGEMENT | CRAVAT, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH |

**EXHIBIT D**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------------x
                                           :
In re                                      :    Chapter 11 Case No.
                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,     :    08-13555 (JMP)
                                           :    (Jointly Administered)
          Debtors.                         :
                                           :    Ref. Docket No. 19627, 21254
-------------------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served a customized version of the "Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code," dated October 27, 2011, *related to the "Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors," dated August 31, 2011[Docket No. 19627] and the "Plan Supplement," dated October 25, 2011[Docket No. 21254]*, (the "Cure Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the:

   a. Cure Notice, personalized to include the name, address and cure amount information of the counterparty, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, on October 27, 2011, and

   b. Cure Notice, personalized to include the name, address and cure amount information of the counterparty, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C, on November 2, 2011.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
2nd day of November, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221093
Qualified in Queens County
Commission Expires April 26, 2014

08-13555-jmp    Doc 21507    Filed 11/03/11    Entered 11/03/11 22:46:44    Main Document
Pg 8 of 107

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| COMMUNITY REHABILITATION PROVIDERS FACILITIES ACQU | 233 SOUTH WACKER DRIVE STE 5310 CHICAGO IL 60606-6368 |
| COMP HOLDINGS INC | ATTN: DERIVATIVE CONTRACT C/O ABERDEEN ASSET MANAGEMENT BOW BELLS HOUSE 1 BREAD STREET LONDON EC4M 9HH UNITED KINGDOM |
| CONCORDIA ADVISORS LLCA/C CONCORDIA MUNI OPPORTUNI | ATTN: SETTLEMENTS 112 HARBOUR YARD CHELSEA HARBOR LONDON SW10 0XD UNITED KINGDOM |
| CONCORDIA ADVISORS LLCA/C CONCORDIA MUNI OPPORTUNI | ATTN: KEN CARROLL 1350 AVENUE OF THE AMERICAS SUITE 3202 NEW YORK NY 10019 |
| CONCORDIA INSTITUTIONAL MULTI-STRATEGY LTD. | C/O QUORUM INTERNATIONAL LIMITED REID HOUSE, 31 CHURCH STREET HAMILTON HM 12 BERMUDA |
| CONCORDIA INSTITUTIONAL MULTI-STRATEGY LTD. | ATTN: TRAN TRUONG 1350 AVENUE OF THE AMERICAS SUITE 3202 NEW YORK NY 10019 |
| CONCORDIA PARTNERS LP | C/O QUORUM INTERNATIONAL LIMITED REID HOUSE - 31 CHURCH STREET HAMILTON HM 12 BERMUDA |
| CONCORDIA PARTNERS LP | C/O QUORUM INTERNATIONAL LIMITED REID HOUSE - 31 CHURCH STREET HAMILTON HM 12 BERMUDA |
| CONCORDIA PARTNERS LP | ATTN: KEN CARROLL 1350 AVENUE OF THE AMERICAS SUITE 3202 NEW YORK NY 10019 |
| CONG. MACHNE CHAIM INC. | ATTN: RABBI NUCHEM KLEIN 1363 50TH STREET BROOKLYN NY 11219 |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED FIFTH FLOOR 6 BROAD STREET LONDON EC2M 7JH UNITED KINGDOM |
| CONSUMER UNSECURED REPERFORMING LOANS (CURL) PLC | BNY CORPORATE TRUSTEE SERVICES LIMITED - LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| CONVEX MASTER FUND LTD | ATTN: ANDRES AZICRI C/O CONVEX MASTER FUND, LTD TORRE DE LOS PROFESIONALES YAGUARON 1407 OFFICE 610, MONTEVIDEO 11000 URUGUAY |
| CONVEX MASTER FUND LTD | ATTN: ANDRES AZICRI C/O CONVEX MASTER FUND, LTD TORRE DE LOS PROFESIONALES YAGUARON 1407 OFFICE 610, MONTEVIDEO 11000 URUGUAY |
| COOPER HEALTH SYSTEM, NJ | 224 BARCLEY PAVILLION, ROUTE 70E CHERRY HILL   NJ 08304 |
| COOPER HEALTH SYSTEM, NJ | 224 BARCLEY PAVILLION, ROUTE 70E CHERRY HILL   NJ 08304 |
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK BA | ATTN. GLOBAL SPECIAL ASSET MANAGEMENT/US609 RABOBANK INTERNATIONAL P.A. CROESELAN 18, 3521 CB UTRECHT P.O. BOX 17100 3500 HG UTRECHT THE NETHERLANDS |
| COPPER  CREEK CDO | 801 GRAND AVENUE DES MOINES IA 50392-0490 |
| COPPER CREEK CDO LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| COPPER CREEK CDO SPC, F/A/O SERIES 2007-1 SEG PORT | C/O MAPLES FINANCE LIMITED PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| CORAL POWER LLC | ATTN:  ANN L. REYNAUD, ESQ. TWO HOUSTON CENTER 909 FANNIN, PLAZA LEVEL 1 HOUSTON TX 77010 |
| CORAL POWER LLC | 4445 EASTGATE MALL, SUITE 100 SAN DIEGO CA 92121 |
| CPC CORPORATION,TAIWAN | MANAGER OF RISK MANAGEMENT DEPARTMENT CPC CORPORATION, TAIWAN NO 3, SONGREN ROAD, SINYI DISTRICT TAIPEI CITY 11010 TAIWAN |
| CQS ABS MASTER FUND LIMITED | PO BOX 309GT UGLAND HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS CAYMAN ISLANDS |
| CREDIT PROTECTION TRUST 207 | FSA ADMINISTRATIVE SERVICES, LLC, AS TRUSTEE FOR CREDIT PROTECTION TRUST 207 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 48 (COAST 2001-1) | ATTN: BRUCE E. STERN FINANCIAL SECURITY ASSURANCE INC 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT SUISSE CAPITAL LLC | UETLIBERGSTRASSE 231 PO BOX CH 8070 ATTN: CARL BAKER ZURICH SWITZERLAND |
| CREDIT SUISSE INTERNATIONAL | ONE CABOT SQUARE LONDON E144QJ UNITED KINGDOM |
| CREDIT SUISSE SECURITIES(EUROPE) LTD | ATTN:  KIK KWAN CHUNG; MARISA SCAUZILLO ONE CABOT SQUARE LONDON E144QJ UNITED KINGDOM |
| CROSS ROAD RETIREMENT COMM | ATTN: EXECUTIVE DIRECTOR 1302 OLD COX ROAD ASHEBORO NC 27205 |
| CROWN CITY CDO 2005-2 LIMITED | C/O MAPLES FINANCE LIMITED PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| CROWN CITY CDO 2005-2 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |

LEHMAN BROTHERS HOLDINGS INC.

08-13555-mjp    Doc 21507    Filed 09/04/12    Entered 09/04/12 16:26:44    Main Document
Pg 32 of 32
SERVICE List
08-13555-mjp    Doc 30402    Filed 09/04/12    Entered 09/03/12 22:46:44    Main Document
Pg 20 of 407

| Claim Name | Address Information |
|---|---|
| FORTIS BANK NV/SA | ATTN: RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| FORTIS BANK NV/SA | MONTAGNE DE PARC 3 BRUSSELS 1000 BELGIUM |
| FORTRESS INV GROUP LLCA/C FIF FND V COINVST FND A | ATTN: DEMETRIOS TSERPELIS FORTRESS INVESTMENT FUND V (COINVESTMENT FUND A) LP FIG LLC 1345 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10105 |
| FOXCROFT ACADEMY | ATTN: DR. RAY WEBB TRUSTEES OF FOXCROFT ACADEMY 975 WEST MAIN STREET DOVER-FOXCROFT ME 04426 |
| FOXCROFT ACADEMY | ADDRESS FOR NOTICES TRUSTEES OF FOXCROFT ACADEMY 975 WEST MAIN STREET DOVER-FOXCROFT ME 04426 |
| FPL ENERGY POWER MARKETING, INC. | ATTN: CONTRACTS/LEGAL 700 UNIVERSE BLVD. JUNO BEACH FL 33408 |
| FRANKLIN W. OLIN COLLEGEOF ENGINEERING, INC. | ATTN: VICE PRESIDENT OF ADMINISTRATION OF FINANCE OLIN WAY NEEDHAM MA 02492-1200 |
| FREEDOM FORUM INC | 555 PENNSYLVANIA AVE., N.W. WASHINGTON DC 20001 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| FREEDOM PARK CDO LIMITED SPC SERIES 2005-1 | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUCH CHURCH ST GRAND CAYMAN, CAYMAN ISLANDS |
| FREEDOM PARK CDO SERIES 2005-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| FREELAND, JOHN G. | ATTN: JOHN G. FREELAND 1241 GULF OF MEXICO DRIVE – 1103 LONGBOAT KEY FL 34228 |
| FRIENDSHIP VILLAGE OF TEMPE | 2645 EAST SOUTHERN AVENUE TEMPE AZ 85282 |
| FSA INCA/C CREDIT PROTECTION TRUST 23 | ATTN: INSURED PORTFOLIO MANAGEMENT DIVISION FINANCIAL SECURITY ASSURANCE INC. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FSA INCA/C CREDIT PROTECTION TRUST 23 | ATTN: INSURED PORTFOLIO MANAGEMENT DIVISION WITH COPIES TO: FINANCIAL SECURITY ASSURANCE INC. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FSA INCA/C CREDIT PROTECTION TRUST 23 | ATTN: BRUCE STERN FSA ADMINISTRATIVE SERVICES, LLC, AS TRUSTEE FOR CREDIT PROTECTION TRUST 233 31 WEST 52ND STREET NEW YORK NY 10019 |
| FSA INCA/C FSA CPT 265 | ATTN: BRUCE STERN FSA ADMINISTRATIVE SERVICES, LLC, AS TRUSTEE FOR CREDIT PROTECTION TRUST 265 31 WEST 52ND STREET NEW YORK NY 10019 |
| FSA INCA/C FSA CPT 283 | ATTN: BRUCE E. STERN FINANCIAL SECURITY ASSURANCE INC. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FULLER THEOLOGICAL SEMINARY | 135 NORTH OAKLAND AVENUE PASADENA CA 91182 |
| FULLERTON DRIVE CDO LIMITED | ATTN: DIRECTORS FULLERTON DRIVE CDO LIMITED C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENS GATE HOUSE SOUTH CHURCH ST GEORGET TOWN, GRAND CANYON CAYMAN ISLANDS |
| FULLERTON DRIVE CDO LIMITED | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| FULLERTON DRIVE CDO LLC | C/O NATIONAL REGISTERED AGENTS INC. 160 GREENTREE DRIVE, SUITE 101 DOVER DE 19904 |
| FULTON DEKALB HOSPITAL AUTHORITY | 80 JESSE HILL DRIVE, SE. P.O. BOX 26135 ATLANTA GA 30303-3050 |
| FULTON GA (COUNTY OF) | 141 PRYOR ST. ATLANTA GA 30303 |
| GASTON CHRISTIAN SCHOOL | 1625 LOWELL-BETHESDA ROAD GASTONIA NC 28056 |
| GEMSTONE CDO VI LTD | ATTN: CDO BUSINESS UNIT – GEMSTONE C/O DEUTCHE BANK TRUST COMPANY AMERICAS 1761 EAST ST. ANDREW#APPOSS PLACE SANTA ANA CA 92705 |
| GEMSTONE CDO VI LTD | ATTN: THOMAS MUSARRA HSBC BANK, USA CTLA – STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK NY 10016 |
| GEMSTONE CDO VI LTD | ATTN: THE DIRECTORS C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE GRAND CAYM CAYMAN ISLANDS |
| GEORGETOWN UNIVERSITY | RYAN ADMINISTRATION BUILDING 37TH AND O STREETS, N.W. WASHINGTON DC 20057 |
| GIANTS STADIUM, LLC | ATTN: JOHN K. MARA MEADOWLANDS SPORTS COMPLEX 50 STATE ROUTE 120 CC. FINANCIAL SECURITY ASSURANCE INC EAST RUTHERFORD NJ 07073 |
| GIANTS STADIUM, LLC | ATTN: JOHN K. MARA MEADOWLANDS SPORTS COMPLEX 50 STATE ROUTE 120 CC. FINANCIAL SECURITY ASSURANCE INC EAST RUTHERFORD NJ 07073 |
| GMAC INV. MGMT | ATTN: SWAP GROUP 767 FIFTH AVENUE 24TH FLOOR NEW YORK NY 10153 |