UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | |
|---|---|
| | :    **Chapter 11** |
| **In re** | : |
| | :    **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : |
| Debtors. | :    **(Jointly Administered)** |
| | : |
| | : |

------------------------------------------------------------------------x    **Ref. Docket Nos. 30148,
30149, 30161, 30185-30187
& 30190-30193**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK   )

GENEVIEVE UZAMERE, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 17, 2012, I caused to be served the following:

    a) "Notice of Adjournment *Sine Die* of the Three Hundred Twenty-Sixth Omnibus Objection to Claims (Severance and Employee Claims) Solely as to Certain Claim" dated August 17, 2012 [Docket No. 30148], (the "326th Omnibus NOA"),

    b) "Notice of Adjournment *Sine Die* of the Three Hundred Twenty-Seventh Omnibus Objection to Claims (Partnership and Other Employee Claims) Solely as to Certain Claims" dated August 17, 2012 [Docket No. 30149], (the "327th Omnibus NOA"),

    c) "Notice of Adjournment of Objection to Claim No. 17763 Filed by Laurel Cove Development, LLC" dated August 17, 2012 [Docket No. 30161], (the "Laurel Cove NOA"),

    d) "Notice of Adjournment of Three Hundred Twentieth Omnibus Objection to Claims (No Liability LB Rose Ranch LLC Claims) Solely as to Certain Claims" dated August 17, 2012 [Docket No. 30185], (the "320th Omnibus NOA"),

    e) "Notice of Hearing on Plan Administrator's Objection to Claim Filed by Middle Mountain 156, LLC" dated August 17, 2012 [Docket No. 30186], (the "Middle Mountain NOH"),

f)   "Notice of Adjournment of Objection to Claim No. 17588 Filed by Logan Hotels and Resorts, Mexico, S.A. de c.v. et al." dated August 17, 2012 [Docket No. 30187], (the "Logan Hotels NOA"),

g)   "Notice of Adjournment Sine Die of Debtors' Two Hundred Thirteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim Solely as to Certain Claims" dated August 17, 2012 [Docket No. 30190], (the "213th Omnibus NOA"),

h)   "Notice of Adjournment Sine Die of Debtors' Two Hundred Fourteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim Solely as to Certain Claims" dated August 17, 2012 [Docket No. 30191], (the "214th Omnibus NOA"),

i)   "Notice of Adjournment Sine Die of Debtors' Two Hundred Fifteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim Solely as to Certain Claims" dated August 17, 2012 [Docket No. 30192], (the "215th Omnibus NOA"), and

j)   "Notice of Adjournment Sine Die of Debtors' Two Hundred Sixteenth Omnibus Objection to Disallow and Expunge Certain Filed Proofs of Claim Solely as to Certain Claims" dated August 17, 2012 [Docket No. 30193], (the "216th Omnibus NOA"),

by causing true and correct copies of the:

i.   326th Omnibus NOA, 327th Omnibus NOA, Laurel Cove NOA, 320th Omnibus NOA, Middle Mountain NOH, Logan Hotels NOA, 213th Omnibus NOA, 214th Omnibus NOA, 215th Omnibus NOA, and 216th Omnibus NOA, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.   326th Omnibus NOA, 327th Omnibus NOA, Laurel Cove NOA, 320th Omnibus NOA, Middle Mountain NOH, Logan Hotels NOA, 213th Omnibus NOA, 214th Omnibus NOA, 215th Omnibus NOA, and 216th Omnibus NOA, to be delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

iii.   326th Omnibus NOA, 327th Omnibus NOA, Laurel Cove NOA, 320th Omnibus NOA, Middle Mountain NOH, Logan Hotels NOA, 213th Omnibus NOA, 214th Omnibus NOA, 215th Omnibus NOA, and 216th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.   326th Omnibus NOA, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit D</u>,

v.   327th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit E</u>,

vi.   Laurel Cove NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit F</u>,

vii.   320th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit G</u>,

viii.   Middle Mountain NOH, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit H</u>,

ix.   Logan Hotels NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit I</u>,

x.   213th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit J</u>,

xi.   214th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit K</u>,

xii.   215th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit L</u>, and

xiii.   216th Omnibus NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit M</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Genevieve Uzamere

Sworn to before me this
20th day of August, 2012

Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\LBH\Affidavits\213th-216th, 320th, 326th & 327th Omnibus NOAs, Laurel Cove & Logan Hotels NOAs, and Middle Mountain NOH_DI 30148, 30149, 30161, 30185-30187 & 30190-30193_AFF_8-17-12_SS.doc

**EXHIBIT A**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
anann@foley.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com

austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
colea@gtlaw.com

contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com

| | | |
|---|---|---|
| dkozusko@willkie.com | ezweig@optonline.net | jason.jurgens@cwt.com |
| dlemay@chadbourne.com | fbp@ppgms.com | jay.hurst@oag.state.tx.us |
| dlipke@vedderprice.com | ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| dludman@brownconnery.com | fhyman@mayerbrown.com | jbecker@wilmingtontrust.com |
| dmcguire@winston.com | foont@foontlaw.com | jbeemer@entwistle-law.com |
| dmurray@jenner.com | francois.janson@hklaw.com | jbeiers@co.sanmateo.ca.us |
| dneier@winston.com | fsosnick@shearman.com | jbird@polsinelli.com |
| dodonnell@milbank.com | fyates@sonnenschein.com | jbromley@cgsh.com |
| dove.michelle@dorsey.com | gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| dpegno@dpklaw.com | gbray@milbank.com | jchristian@tobinlaw.com |
| draelson@fisherbrothers.com | geraci@thalergertler.com | jdoran@haslaw.com |
| dravin@wolffsamson.com | ggitomer@mkbattorneys.com | jdrucker@coleschotz.com |
| drose@pryorcashman.com | ggoodman@foley.com | jdyas@halperinlaw.net |
| drosenzweig@fulbright.com | giddens@hugheshubbard.com | jean-david.barnea@usdoj.gov |
| drosner@goulstonstorrs.com | gkaden@goulstonstorrs.com | jeanites@whiteandwilliams.com |
| drosner@kasowitz.com | glenn.siegel@dechert.com | jeannette.boot@wilmerhale.com |
| dshaffer@wtplaw.com | gmoss@riemerlaw.com | jeff.wittig@coair.com |
| dshemano@pwkllp.com | gravert@ravertpllc.com | jeffery.black@bingham.com |
| dspelfogel@foley.com | gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| dtatge@ebglaw.com | guzzi@whitecase.com | jeldredge@velaw.com |
| dtheising@harrisonmoberly.com | harrisjm@michigan.gov | jen.premisler@cliffordchance.com |
| dwdykhouse@pbwt.com | harveystrickon@paulhastings.com | jennifer.demarco@cliffordchance.com |
| dwildes@stroock.com | hbeltzer@mayerbrown.com | jennifer.gore@shell.com |
| dworkman@bakerlaw.com | heim.steve@dorsey.com | jeremy.eiden@ag.state.mn.us |
| easmith@venable.com | heiser@chapman.com | jfalgowski@reedsmith.com |
| echang@steinlubin.com | hollace.cohen@troutmansanders.com | jflaxer@golenbock.com |
| ecohen@russell.com | holsen@stroock.com | jfox@joefoxlaw.com |
| efleck@milbank.com | howard.hawkins@cwt.com | jfreeberg@wfw.com |
| efriedman@fklaw.com | hseife@chadbourne.com | jg5786@att.com |
| efriedman@friedumspring.com | hsnovikoff@wlrk.com | jgenovese@gjb-law.com |
| egeekie@schiffhardin.com | hsteel@brownrudnick.com | jguy@orrick.com |
| eglas@mccarter.com | icatto@mwe.com | jherzog@gklaw.com |
| ehollander@whitecase.com | igoldstein@dl.com | jhiggins@fdlaw.com |
| ekbergc@lanepowell.com | ilevee@lowenstein.com | jhorgan@phxa.com |
| eleicht@whitecase.com | ira.herman@tklaw.com | jhuggett@margolisedelstein.com |
| eli.mattioli@klgates.com | isgreene@hhlaw.com | jim@atkinslawfirm.com |
| ellen.halstead@cwt.com | israel.dahan@cwt.com | jjoyce@dresslerpeters.com |
| emerberg@mayerbrown.com | iva.uroic@dechert.com | jjtancredi@daypitney.com |
| enkaplan@kaplanlandau.com | jacobsonn@sec.gov | jjureller@klestadt.com |
| eobrien@sbchlaw.com | james.heaney@lawdeb.com | jkehoe@btkmc.com |
| erin.mautner@bingham.com | james.mcclammy@dpw.com | jlamar@maynardcooper.com |
| eschwartz@contrariancapital.com | james.sprayregen@kirkland.com | jlawlor@wmd-law.com |
| esmith@dl.com | jamestecce@quinnemanuel.com | jlee@foley.com |
| etillinghast@sheppardmullin.com | jamie.nelson@dubaiic.com | jlevitin@cahill.com |
| ezujkowski@emmetmarvin.com | jar@outtengolden.com | jlipson@crockerkuno.com |

| | | |
|---|---|---|
| jlovi@steptoe.com | keckhardt@hunton.com | lschweitzer@cgsh.com |
| jlscott@reedsmith.com | keith.simon@lw.com | lsilverstein@potteranderson.com |
| jmaddock@mcguirewoods.com | ken.coleman@allenovery.com | lubell@hugheshubbard.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | lwhidden@salans.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | mabrams@willkie.com |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | maofiling@cgsh.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | marc.chait@sc.com |
| jmerva@fult.com | kjarashow@fklaw.com | margolin@hugheshubbard.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.bane@ropesgray.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.deveno@bingham.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.ellenberg@cwt.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | mark.hellerer@pillsburylaw.com |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | mark.sherrill@sutherland.com |
| jorbach@hahnhessen.com | korr@orrick.com | martin.davis@ots.treas.gov |
| joseph.cordaro@usdoj.gov | kovskyd@pepperlaw.com | marvin.clements@ag.tn.gov |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | matt@willaw.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | matthew.klepper@dlapiper.com |
| jowolf@law.nyc.gov | kreynolds@mklawnyc.com | maustin@orrick.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | max.polonsky@skadden.com |
| jpintarelli@mofo.com | kuehn@bragarwexler.com | mbenner@tishmanspeyer.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mberman@nixonpeabody.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mberman@nixonpeabody.com |
| jrabinowitz@rltlawfirm.com | landon@streusandlandon.com | mbienenstock@dl.com |
| jrsmith@hunton.com | lapeterson@foley.com | mbloemsma@mhjur.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mbossi@thompsoncoburn.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mcademartori@sheppardmullin.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com | mcantor@normandyhill.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mccombst@sullcrom.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mcordone@stradley.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | mcto@debevoise.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | mcyganowski@oshr.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | mdorval@stradley.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | melorod@gtlaw.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | meltzere@pepperlaw.com |
| jvail@ssrl.com | lkatz@ltblaw.com | metkin@lowenstein.com |
| jwallack@goulstonstorrs.com | lkiss@klestadt.com | mfeldman@willkie.com |
| jwang@sipc.org | lmarinuzzi@mofo.com | mgordon@briggs.com |
| jwcohen@daypitney.com | lmay@coleschotz.com | mgreger@allenmatkins.com |
| jweiss@gibsondunn.com | lmcgowen@orrick.com | mh1@mccallaraymer.com |
| jwest@velaw.com | lml@ppgms.com | mhopkins@cov.com |
| jwh@njlawfirm.com | lnashelsky@mofo.com | michael.frege@cms-hs.com |
| kanema@formanlaw.com | loizides@loizides.com | michael.kelly@monarchlp.com |
| karen.wagner@dpw.com | lromansic@steptoe.com | michael.kim@kobrekim.com |
| kdwbankruptcydepartment@kelleydrye.com | lscarcella@farrellfritz.com | michael.mccrory@btlaw.com |

michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com

notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com

rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com

sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov

tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**

FAX LIST

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| RODGERS, CATHERINE M. | 477 HARRISON STREET NUTLEY NJ 07110 |

**Total Creditor count  1**

**EXHIBIT E**

| Claim Name | Address Information |
| --- | --- |
| CHU-FONG,FRANCOIS | 578 60TH STREET BROOKLYN NY 11220 |
| DEEGAN, CHRISTOPHER J | 268 EAST SHORE DRIVE MASSAPEQUA NY 11758-8401 |
| EBY, ROBERT | 15 SYCAMORE HILL RD BERNARDSVILLE NJ 07924 |
| FUCCI, ARMITA M. | 1548 SW MOCKINGBIRD CIRCLE PORT SAINT LUCIE FL 34986 |
| GLEN, JAMES J. | 100 CHESTNUT HILL DRIVE NEW PROVIDENCE NJ 07974 |
| KARP, MICHAEL | 11 CANDLEWOOD DR WEST WINDSOR NJ 08550 |
| KONHEIM, SETH L. | 10 LYNDALE PARK WESTPORT CT 06880 |
| KOZLOV, ANATOLY | 82 ACORN STREET STATEN ISLAND NY 10306 |
| METAXAS, JAMES | 717 BIG RIDGE EAST STROUDSBURG PA 18302 |
| NADER, MARILYN B. | 9255 SHORT CHIP CIRCLE PORT SAINT LUCIE FL 34986 |
| O'BRIEN, BARRY J. | 22 MEADOWBROOK ROAD SHORT HILLS NJ 07078 |
| RODGERS, CATHERINE M. | 477 HARRISON STREET NUTLEY NJ 07110 |
| ROGERS, THOMAS JOHN | 116 MORNINGSIDE ROAD PARAMUS NJ 07652 |
| SHAUGHNESSY, JOHN C. | 11 BUTLER HILL RD N SOMERS NY 10589-2410 |
| SHAVEL, GREG | 339 E 22ND ST, APT 10 NEW YORK NY 10010 |

**Total Creditor count  15**

**EXHIBIT F**

LAUREL COVE DEVELOPMENT, LLC
ATTN: RONALD TERENZI, ESQ
STAGG TERENZI CONFUSIONE & WABNIK
401 FRANKLIN AVENUE, SUITE 300
GARDEN CITY PLAZA, NY 11530

WILLIAM NAJAM JR
457 MAIN STREET, SUITE 1A
DANBURY, CT   06811

**EXHIBIT G**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CONDON, RICHARD & KNOX, ROSEMARY | MS. ROSEMARY KNOX PO BOX 2084 BASALT CO 81621 |
| YOUNG, KAY M. | PO BOX 1464 GLENWOOD SPRINGS CO 81601 |

**Total Creditor count  2**

**EXHIBIT H**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| MIDDLE MOUNTAIN 156, LLC | FRANKLYN D. JEANS, ESQ. 4800 N. SCOTTSDALE ROAD, SUITE 6000 SCOTTSDALE AZ 85251 |

**Total Creditor count  1**

**EXHIBIT I**

| Claim Name | Address Information |
| --- | --- |
| LOGAN HOTELS AND RESORTS, | MEXICO, S.A. DE C.V. ET AL. MR. STEPHAN RAHIER TWAALFKAMEREN 97 B-9000 GENT BELGIUM |
| LOGAN HOTELS AND RESORTS, MEXICO, | S.A. DE C.V. ET AL., C/O CABOSANCRISTOBAL BLVD. MARINA S/N LOCAL 1 COLONIA CENTRO CABO SAN LUCAS ATTN: ALBERT ARTHUR MAES BAJA CALIFORNIA SUR 23450 MEXICO |
| LOGAN HOTELS AND RESORTS, MEXICO, S.A. DE C.V. | ET AL., MR. ALBERT MAES AND MR. STEPHAN RAHIER LOGAN HOTELS & RESORTS DEVELOPMENT COMPANY LTD 5TH FLOOR, 86 JERMYN STREET LONDON SW1Y 6AW UK |
| LOGAN HOTELS AND RESORTS, MEXICO, S.A. DE C.V. | ET AL., MR. KEN ROSEN, MISS MARIANNA UDEM LOWENSTEIN SANDLER PC 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |

**Total Creditor count  4**

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| BANCO SANTANDER INTERNATIONAL AS AGENT | DLA PIPER ATTN: WILLIAM M. GOLDMAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BANCO SANTANDER INTERNATIONAL AS AGENT | ATTN: LEGAL DEPARTMENT 1401 BRICKWELL AVE, SUITE 1500 MIAMI FL 33131 |
| BANQUE POPULAIRE COTE D'AZUR | SPORTING D'HIVER – PLACE DU CASINO MONTE-CARLO 98000 MONACO |
| BARNUEVO VIGIL DE QUINONES, MARIA PILAR | ORENSE, 5 MADRID 28020 SPAIN |
| BITKID B.V. | A VAN WOENSEL SINCLAIR LEWISPLAATS 7F ROTTERDAM 3068 EN NETHERLANDS |
| COLE, FRANK | KROMVENDREEF 52 SCHOTEN B-2900 BELGIUM |
| DIEZ EZCURRA, CLARA | CARLOS VII, 7 – 4 0 IZDA PORTUGALETE – VIZCAYA 48920 SPAIN |
| DOTSON INVESTMENTS LTD | BES SFE-ES-AV MIGUEL DANTAS – EDIFICIO STATUS VALENCA DO MINHO 4930-678 PORTUGAL |
| FORLER, CHANTAL CATHERINE | 2701 EVELINA HIRANANDANI ESTATE THANE WEST 400607 INDIA |
| GENEVIEVE, DEVERD | CARRER IMMANUEL KANT 4 PALAU-SAVERDERA(GIRONA) 17495 SPAIN |
| GESTION PARTICIPATIVA XXI, S.L. | ESCALMENDI, 3 VITORIA 01013 SPAIN |
| GONZALO PEREZ DE GUZMAN SAN ROMAN | CL. BETIS 1, 4-C SEVILLE 41010 SPAIN |
| HEINZ-JOACHIN, ELBE | HANS-BOHM-ZEILE 32 BERLIN 14165 GERMANY |
| INTERNATIONAL DOMESTIC BALANCED FUND | 7-9 KIFISIAS AV. AND 2 NEAPOLEOS STR. MAROUSI ATHENS 15123 GREECE |
| JIMENEZ CASADO, MARIA DEL CARMEN | C/ ONA, 183 – 5 2 MADRID 28050 SPAIN |
| JIMENEZ CASADO, SANTIAGO | C/ MALDONADO, 56 – 4 C MADRID 28006 SPAIN |
| LINUESA SANCHEZ, ANDRES | MA DOLORES CATALAN SANAHUJA CAMPRODON, 15-17 1-1 SANTA COLOMA GRAMANET BARCELONA 08922 SPAIN |
| MARTINEZ, ENRIQUE VILLAGRASA | SINIA MORERA, 10 1 1A SITGES (BARCELONA) 08870 SPAIN |
| MATEOS ESCUDERO, MARIA AGUEDA | AVDA JOSE MESA Y LOPEZ 15, 5 E E-35006 LAS PALMAS DE GRAN CANARIA CANARY ISLANDS SPAIN |
| PEREZ GARCIA, BLAS | C/AGUERE 13 – 8 A EDF TORRE CRISTAL II S/C DE TENERIFE 38005 SPAIN |
| VAN ROOY, S.A.B. | SCHOONOUWENSEWEG 24 STOLWIJK 2821 NX NETHERLANDS |
| YARNOZ DIEZ, ISABEL MARIA | CARLOS VII, 7 – 4 0 IZDA PORTUGALETE – VIZCAYA 48920 SPAIN |
| ZEELAND INTERNATIONAL LIMITED | 10-1 BAMBOO ROAD 2ND HSINCHU 30079 TAIWAN, PROVINCE OF CHINA |

**Total Creditor count  23**

# EXHIBIT K

| Claim Name | Address Information |
| --- | --- |
| ADVENTIST UNION LIMITED | 798 THOMSON ROAD SINGAPORE 298186 SINGAPORE |
| ALONSO VERTIZ, RAFAEL | PEDRO FIGARI 1615 MONTEVIDEO CP 11500 URUGUAY |
| AVELINO ORNELAS, MANUEL | CAMINBO DA TERCA NO. 2 SAO ROQUE 9020-123 FUNCHAL PORTUGAL |
| AVELINO ORNELAS, MANUEL | MANUEL AVELINO ORNELAS CA, TERCA 2 SAO ROQUE FUNCHAL 9020-123 PORTUGAL |
| BANCO SANTANDER INTERNATIONAL AS AGENT | DLA PIPER ATTN: WILLIAM M. GOLDMAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BANCO SANTANDER INTERNATIONAL AS AGENT | ATTN: LEGAL DEPARTMENT 1401 BRICKWELL AVE, SUITE 1500 MIAMI FL 33131 |
| BANK OF EAST ASIA LTD, THE; AS NOMINEE | FOR A/C LUNG TAK CHUNG J, TONG YUK KWAN 35/F BEA TOWER, MILLENNIUM CITY 5 CYD DEPT KWUN TONG HONG KONG |
| BANK OF EAST ASIA LTD, THE; AS NOMINEE | FOR A/C LUNG WING MAN VIRGINIA 35/F BEA TOWER, MILLENNIUM CITY 5 CYD DEPT KWUN TONG HONG KONG |
| BANQUE POPULAIRE COTE D'AZUR | SPORTING D'HIVER - PLACE DU CASINO MONTE-CARLO 98000 MONACO |
| BESSIO, MIRTA | BERUTI 2485- PISO 14 BUENOS AIRES CP 1117 ARGENTINA |
| BIROL, ATIL | MIMAR SINAN MAH 1400 SOKAK NO=11 D=30 GOKTASI APT KONAK 1ZMIR TURKEY |
| BLOOMINGDALE'S INT VENT LTD. | C/O MERRILL LYNCH, ATTN: TRUST DEPT 2 HARBOURFRONT PLACE #02-01 BAC ML HARBOURFRONT SINGAPORE 098499 SINGAPORE |
| BORRINO, ALBERTO M. | 402-1416 HARWOOD STREET VANCOUVER BC V6G JX5 CANADA |
| BUOYANT HILL CORPORATION | 242 KWAI SHUI ST 6/F TAIPEI TAIWAN, PROVINCE OF CHINA |
| CHAN, PETER AND ROSE | 4B GREENVIEW GARDENS 125 ROBINSON ROAD HONG KONG |
| CHEN, ROSA TE | HANGCHOW SOUTH RD, SEC 1, LANE 18 NO. 13, 1F TAIPEI TAIWAN, PROVINCE OF CHINA |
| CHINA UNIQUE HOLDINGS LTD | C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |
| CHIPHAR CORPORATION | C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |
| DARYANI, PARASRAM/ NEELAM P DARYANI/ | VIKAS P DARYANI/ NIKESH P DARYANI PO BOX 15668 DUBAI UNITED ARAB EMIRATES |
| DARYANI, VIKAS PARASRAM/ | NEELAM PARASRAM DARYANI PO BOX 15668 DUBAI UNITED ARAB EMIRATES |
| DE BAEREMAECKER, CAROLINA | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| FUNG, GRACE SIN YU | FLAT B, 24/F, BLOCK 7, CAVENDISH HEIGHTS 33 PERKINS ROAD, JARDINE'S LOOKOUT HONG KONG |
| GARCIA PASTORI, SYLVIA | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| IP LAM SANG & TSE SIU MUI | BLOCK 5C 11/F PHOENIX COURT 39 KENNEDY ROAD HONG KONG |
| KADER, SAMIR AMR MOHAMED ZAKI ABDEL | 19 ISMAIL MOHAMED STR. ZAMALEK CAIRO EGYPT |
| KRAEMER, WILHELM | FINTHER ZANDSTRASSE 89 MAINZ D-55124 GERMANY |
| LEE, TSU-SHIU AND LEE, YEN SHU MEEI | NO. 198-2 HSIN LOG ST KAOSHIUNG TAIWAN, PROVINCE OF CHINA |
| LIN WEN YEN AND LIN-CHOU CHIANG HUA | C/O WING SANG CHEONG LTD 56 KA YIP STREET HONG KONG |
| LLOVET GARCIA, JUAN ENRIQUE | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| LLOVET GARCIA, MARIA DOLORES | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| LLOVET GARCIA, MARIA ISABEL | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| LLOVET GARCIA, MARIA SYLVIA | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| LLOVET RUBIO, JUAN ENRIQUE | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| LUMINANCE VENTURES LTD | C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |
| MATRIX CONTROL | C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |
| MICHELINI, MARGARITA | BOLSA DE VALORES RINCON 454 PLANTA BAJA MONTEVIDEO URUGUAY |
| MIDDLE EAST SHIPPING | AGENCIES OVERSEAS LTD 19 MILTIADOU STR GLYFADA 16675 GREECE |
| MM2275 CO. LTD. | 39 AGUSAN CIRCLE ST. INSULAR VILLAGE 1, LANANG DAVAD CITY 8000 PHILIPPINES |
| NEMOY, DANIEL | OBLIGADO 1113 MONTEVIDEO URUGUAY |
| OCCHIONE, LIONEL DARDO | PASATE BOLLINI 2281 CABA BUENOS AIRES 1425 ARGENTINA |
| PINKY LIMITED | PO BOX N-1576 NASSAU BAHAMAS |
| PO WAN LUK, KIT CHE FAN, KITTY KIT TAK | AND A CHEUNG FAN KIT LING 24C, BLOCK 19 555 VICTORIA ROAD POKFULAM HONG KONG |

| Claim Name | Address Information |
| --- | --- |
| FAN, | AND A CHEUNG FAN KIT LING 24C, BLOCK 19 555 VICTORIA ROAD POKFULAM HONG KONG |
| RIDGECREST HOLDINGS LTD | P.O. BOX 31106 GRAND CAYMAN, KYI 1205 CAYMAN ISLANDS |
| ROLDOS, JORGE | GREGORIO SUAREZ 2726 MONTEVIDEO URUGUAY |
| ROLDOS, MARGARITA | RBLA. REPUBLICA DEL PERU 1483 PISO 3 MONTEVIDEO URUGUAY |
| SAUER, KLAUS PETER | 1 ALLEE L'OPIO VILLENEUVE-LOUBET 06270 FRANCE |
| SCHIARITI, EDUARDO RAFAEL | AVDA. RIVADAVIA 6346 PISO 2 A CP 1406 BUENOS AIRES ARGENTINA |
| SHYH-AN SU AND SHIOW-CHIN SU LUO | 11F-2, NO. 93, SEC 1, SINHAI ROAD DA-AN DISTRICT TAIPEI CITY 106 TAIWAN, PROVINCE OF CHINA |
| SUGIARTO, BAMBANG/ LAU HA CHUN | FLAT A 15TH FLOOR STARLIGHT GARDEN 2-14 ELECTRIC ST WANCHAI HONG KONG |
| SUWANG-SUN CO LTD | C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |
| TAN, CARIDAD & ALLEN ANTONIO | 2064 LUMBANG ST., CORNER CALUMPANG ST. DASMARINAS VILLAGE MAKAT PHILIPPINES |
| TU, CHARLES AND PATTY | 2362 42ND AVENUE SAN FRANCISCO CA 94116 |
| WING LUNG BANK LIMITED | ATTN: WMC 2/F WING LUNG BANK BLDG. 45 DES VOEUX RD. CENTRAL HONG KONG HONG KONG |
| WONG HUNG YING | 10E TOWER 11 PARC OASIS YAU YAT CHUEN KOWLOON HONG KONG |
| YETTI LTD. | C/O MERRILL LYNCH INT'L BANK ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |

**Total Creditor count  55**

**EXHIBIT L**

| Claim Name | Address Information |
|---|---|
| ALMADA GONZALEZ, ERNESTO JAVIER & | ANA MARIA GOMEZ MUNDO AV LAS PALMAS N 100 CASA 81, COL SANTA FE ZAPOPAN JALISCO C.P. 45110 MEXICO |
| BENSION HALLO, ANDRES | SAN RAFAEL 1227 BARRA DE CARRASCO CANELONES CP 15001 URUGUAY |
| BENSION, ALBERTO AND/OR ZULEMA MALLO | BR.ARTIGAS 34 P.10 MONTEVIDEO CP 11300 URUGUAY |
| BLASCO MARTIN, GREGORIO & | MARTINEZ GARCIA, NATIVIDAD CL MARQUES DE LOZOYA 13,   4-A MADRID 28007 SPAIN |
| BLASCO MARTIN, GREGORIO & | FRANCISCO GUTIERREZ, JUAN ARAOZ & RUEDA ABOGADOS CASTELLANA, 164 ENTREPLANTA 2"A" MADRID 28046 SPAIN |
| BRICENO VARGAS ANTONIO & | DE LAR DE BRICENO, PATRICIA CALLE 38 18B X 9 Y 11 FRACC. CAMPESTRE MERIDA YUCATAN CP 97120 MEXICO |
| CALZADA REBOLLEDO, ROSA MARIA & | SHARPE CALZADA, CLAUDIA ELENA BEETHOVEN 111 COL LEON MODERNO LEON GUANJUATO 37480 MEXICO |
| CAMARENA PADILLA, EDUARDO & MARIA DE LA LUZ | 220 ANTONIO ALZATE FRACC HIDALGO LEON GUANAJUATO 37220 MEXICO |
| CAMARENA PADILLA, MA DE LA LUZ & ROSA EVELIA | 308 MONTANA, JARDINES DEL MORAL LEON GUANAJUATO 37160 MEXICO |
| CAMARENA PADILLA, ROSA EVELIA & MA DE LA LUZ | CANADA 105-A COL.JARDIN DEL MORAL LEON GTO 37160 MEXICO |
| CAMARENA PADILLA, SOCORRO & MA DE LA LUZ | BLVD CAMPESTRE 1102 COL VALLE DEL CAMPESTRE LEON GTO 37150 MEXICO |
| CASTANEDA SAN ROMAN, HERMINIA & | CASTANEDA, SILVA HERMINIARAMIREZ PLATEROS # 102, COL. CARRETAS QUERETARO QRO 76050 MEXICO |
| CASTELLANOS RAMIREZ, HECTOR | LILLIAN FRANK DE CASTELLANOS AND HECTOR MANUEL CASTELLANOS EFRAIN GONZALES LUNA 2565 COL ARCOS GUADALAJARA JAL 44100 MEXICO |
| DAVID JESUS ALPIZAR CARRILLO & | MARISSA NAVARRETE SIERRA CALLE 3 # 380X8Y8B COL.LA GUERRERO MERIDA, YUC. 97118 MEXICO |
| DIAZ CLARK, MONICA | 941 ORANGE AVE # 403 CORONADO CA 92118 |
| DUARTE, ALEJANDRO DIEGO | C/O BNP PARIBAS ATTN: EDUARDO ANDRADE 201 S. BISCAYNE BLVD. SUITE 1800 MIAMI FL 33131 |
| FLORES, SERGIO LEAL AND JOSEFINA FLORES OCHOA | ARCIGA 34COL CENTRO PATZCUARO MICH 61600 MEXICO |
| FRANCISCO D'LUNA CANTON, JOSE/ | LILIANA ASCENCIO DE LUNA VERONICA VANESSA/JACQUELINE/ CYNTHIA P. D'LUNA ASCENCIO RAYON #237 COL. OBRERA ENSENADA BC-22830 MEXICO |
| GALLEGO, JAIME HERNANDEZ & | TERCERO, REGINA HERNANDEZ C/O HEYMAN & ASSOCIATES PO BOX 387905 LA JOLLA CA 92038-7905 |
| GOMEZ FLORES, MA DE LA PAZ & MA DEL REFUGIO | CALLE 31 DE MARZO NRO 105 COL. CENTRO LAGOS DE MORENO, JALISCO 47400 MEXICO |
| GONZALEZ ENRIQUE, ALICIA & GARCIA GONZALEZ, RUBEN | OLIMPO 106 COL LA MARTINICA LEON GUANAJUATO 37500 MEXICO |
| GONZALEZ, GEORGINA MARGARITA | CALLE DEL CRESTON # 1542 SECC. JARDINES PLAYAS DE TIJUANA BC CP 22206 MEXICO |
| GUZMAN ALDANA, ESTHELA M | PROL COLON #1605 JARDINES DE LA ASUNCION AGUASCALIENTES, AGS 20270 MEXICO |
| JABBOUR, LAMITA | VILLA JABBOUR, TALLET SROUR ZONE ROUGE N 78 NACCACHE LEBANON |
| JABBOUR, LAMITA | ME GREGORY J CONNOR 100 RUE DU RHONE GENEVA 1204 SWITZERLAND |
| JANUS SYSTEMS S A | INTL TECNOPARK OF PANAMA BLDG 218, APT 10701 EL DORADO CITY OF KNOWLEDGE PANAMA |
| JOSEFINA FLORES OCHOA/SERGIO LEAL FLORES | ARCIGA 34 COL CENTRO PATZCUARO MICHOACAN 61600 MEXICO |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: | MR.NABIH ZAKI MIKHAEL 20, RAMSES STREET HELIOPOLIS, CAIRO EGYPT |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: | WALIBI FINANCIAL HOLDINGS 7 RUE DU RHONE GENEVA 1204 SWITZERLAND |
| LLOYDS TSB BANK PLC(GENEVA BRANCH), ON BEHALF OF: | LLOYDS TSB BANK PLC GENEVA BRANCH ATTN: CORPORATE ACTION PLACE BEL-AIR 1 GENEVA 11 1211 SWITZERLAND |
| LUNA, JOSE RICARDO ALCALA AND | ANA MARIA OCAMPO FLORES CENTAURO #3056 COL. RINC. DE LA CALMA ZAPOPAN, JALISCO |

| Claim Name | Address Information |
|---|---|
| LUNA, JOSE RICARDO ALCALA AND | 45082 MEXICO |
| MURCIA, JAMIE H. | ATTN: CARLOS SARDI, ESQ. GENOVESE JOBLOVE & BATTISTA, P.A. 100 SE 2ND STREET, SUITE 4400 MIAMI FL 33131 |
| MURCIA, JAMIE H. | 5770 LA LUNETA AVE. MIAMI FL 33155 |
| OCTAVIO VELASCO, MARGARITA AND SEVILLA | EFRAIN GONZALES LUNA 2565 COLONIA ARCOS GUADALAJARA, JAL 44100 MEXICO |
| OROZCO COVARRUBIAS, FRANCISCO | CIRCUNVALACION NTE #129 COL NORTE AGUASCALIENTES AGS 20020 MEXICO |
| PARAMO, PATRICIA DE GUADALUPE | OLIVEROS, JOSE MA DE LOS ANGELES OLIVEROS MAQUEO AV TORRESLANDA 204 PB COL EL PARQUE CELAYA GUANAJUATO 38010 MEXICO |
| PRECIAT DE MENENDEZ, ANA MARIA | CALLE 6 NO.59 X 21 PRIVADA REAL MONTECRISTO MERIDA, YUCATAN 97133 MEXICO |
| SAEZ JORGE, CONCEPCION | FRANCISCO GUTIERREZ, JUAN ARAOZ & RUEDA ABOGADOS CASTELLANA, 164 ENTREPLANTA, 2"A" MADRID 28046 SPAIN |
| SAEZ JORGE, CONCEPCION | C/HUERTA SACEDILLA, 2 CHALET 23 MAJADAHONDA MADRID 28220 SPAIN |
| SANTOS GRADIM, JOAQUIM ARMINDO | SADOR, INC 60 MARKET SQUARE PO BOX 364 BELIZE |
| SANTOS GRADIM, JOAQUIM ARMINDO | RUA PARRINHO, 365 SAO JOAO DA MADEIRA 3700-217 PORTUGAL |
| TACTICS LIMITED | FLAT 8B, BLOCK 8, BEVERLY VILLAS 16 LA SALLE ROAD KOWLOON HONG KONG |
| TAHRA HOLDINGS INC | 3 MILTIADOU STR GLYFADA ATHENS 16675 GREECE |
| TOUCHE, ANTONIO WALKER & DE WALKER, IRMA OLVERA | CALLE ALGARROBO #23 CLUB DE GOLF LA CEIBA MERIDA YUCATAN 97000 MEXICO |
| TU, CHARLES AND PATTY | 2362 42ND AVENUE SAN FRANCISCO CA 94116 |
| VIDRIO CHAVEZ, GERARDO ARMANDO | PASEO SAN RAIMUNDO 373 VALLE REAL ZAPOPAN JAL 45100 MEXICO |
| VIDRIO CHAVEZ, GERARDO ARMANDO | PASEO ATLAS COLOMOS #3000 INT 88 ATLAS COLOMOS ZAPOPAN JALISCO 45118 MEXICO |

**Total Creditor count  47**

**EXHIBIT M**

| Claim Name | Address Information |
|---|---|
| BANK OF VALLETTA P.L.C. | C/O PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036-7311 |
| BANQUE PRIVEE | EDMOND DE ROTHSCHILD S.A. 18, RUE DE HESSE GENEVE 1204 SWITZERLAND |
| HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH | CONTACT: SARAH CHAN, DIRECTOR LEVEL 13 & 14 1 QUEEN'S ROAD CENTRAL HONG KONG |
| LEUMI PRIVATE BANK LTD | F/K/A BANQUE SAFDIE SA 1, RUE DE LA TOUR-DE-L'ILE CASE POSTALE 5415 GENEVA 11 CH-1211 SWITZERLAND |
| LEUMI PRIVATE BANK LTD | EDWARD NEIGER 317 MADISON AVE FL 21 NEW YORK NY 10017-5208 |
| S. FEIJ | HOGE BARAKKEN 7D MAASTRICHT 6221 GM NETHERLANDS |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |

**Total Creditor count  8**