UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x Ref. Docket Nos. 30266-30268 &
30270

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
           ) ss.:
COUNTY OF NEW YORK )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 21, 2012, I caused to be served the following:

   a) "Notice of Hearing on the Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated August 21, 2012 [Docket No. 30266], (the "71st Omnibus NOH"),

   b) "Notice of Hearing on the One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims) Solely as to the Claim of Elim Park Baptist Home, Inc.," dated August 21, 2012 [Docket No. 30267], (the "162nd Omnibus NOH"),

   c) "Notice of Hearing on the Two Hundred Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated August 21, 2012 [Docket No. 30268], (the "219th Omnibus NOH"), and

   d) "Notice of Hearing on the One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) Solely as to Certain Claims," dated August 21, 2012 [Docket No. 30270], (the "112th Omnibus NOH"),

   by causing true and correct copies of the:

   i. 71st Omnibus NOH, 162nd Omnibus NOH, 219th Omnibus NOH, and 112th Omnibus NOH, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii. 71st Omnibus NOH, 162nd Omnibus NOH, 219th Omnibus NOH, and 112th Omnibus NOH, to be delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

iii. 71st Omnibus NOH, 162nd Omnibus NOH, 219th Omnibus NOH, and 112th Omnibus NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

iv. 71st Omnibus NOH, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit D</u>,

v. 162nd Omnibus NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit E</u>,

vi. 219th Omnibus NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit F</u>, and

vii. 112th Omnibus NOH, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit G</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Panagiota Manatakis

Sworn to before me this
22nd day of August, 2012

_____
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20<u>14</u>

**EXHIBIT A**

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | austin.bankruptcy@publicans.com | contact@lawofficesjje.com |
| aalfonso@willkie.com | avenes@whitecase.com | cp@stevenslee.com |
| abeaumont@fklaw.com | azylberberg@whitecase.com | cpappas@dilworthlaw.com |
| abraunstein@riemerlaw.com | bankr@zuckerman.com | craig.goldblatt@wilmerhale.com |
| acaton@kramerlevin.com | bankruptcy@goodwin.com | crmomjian@attorneygeneral.gov |
| acker@chapman.com | bankruptcy@morrisoncohen.com | cs@stevenslee.com |
| adam.brezine@hro.com | bankruptcy@ntexas-attorneys.com | csalomon@beckerglynn.com |
| adarwin@nixonpeabody.com | bankruptcymatters@us.nomura.com | cschreiber@winston.com |
| adiamond@diamondmccarthy.com | barbra.parlin@hklaw.com | cshore@whitecase.com |
| aeckstein@blankrome.com | bbisignani@postschell.com | cshulman@sheppardmullin.com |
| aentwistle@entwistle-law.com | bcarlson@co.sanmateo.ca.us | ctatelbaum@adorno.com |
| afriedman@irell.com | bdk@schlamstone.com | cwalsh@mayerbrown.com |
| agbanknewyork@ag.tn.gov | bguiney@pbwt.com | cward@polsinelli.com |
| aglenn@kasowitz.com | bkmail@prommis.com | cweber@ebg-law.com |
| agold@herrick.com | bmanne@tuckerlaw.com | cweiss@ingramllp.com |
| agoldstein@tnsj-law.com | bmiller@mofo.com | dallas.bankruptcy@publicans.com |
| aisenberg@saul.com | boneill@kramerlevin.com | daniel.guyder@allenovery.com |
| akantesaria@oppenheimerfunds.com | brian.corey@greentreecreditsolutions.com | dave.davis@isgria.com |
| akolod@mosessinger.com | brosenblum@jonesday.com | david.bennett@tklaw.com |
| akornikova@lcbf.com | broy@rltlawfirm.com | david.heller@lw.com |
| alum@ftportfolios.com | bruce.wright@sutherland.com | david.powlen@btlaw.com |
| amarder@msek.com | bstrickland@wtplaw.com | david.seligman@kirkland.com |
| amartin@sheppardmullin.com | btrust@mayerbrown.com | davids@blbglaw.com |
| amcmullen@boultcummings.com | bturk@tishmanspeyer.com | davidwheeler@mvalaw.com |
| amenard@tishmanspeyer.com | bwolfe@sheppardmullin.com | dbalog@intersil.com |
| anann@foley.com | cahn@clm.com | dbarber@bsblawyers.com |
| andrew.brozman@cliffordchance.com | calbert@reitlerlaw.com | dbaumstein@whitecase.com |
| andrew.lourie@kobrekim.com | canelas@pursuitpartners.com | dbesikof@loeb.com |
| angelich.george@arentfox.com | carol.weinerlevy@bingham.com | dcimo@gjb-law.com |
| ann.reynaud@shell.com | cbelisle@wfw.com | dcoffino@cov.com |
| anthony_boccanfuso@aporter.com | cbelmonte@ssbb.com | dcrapo@gibbonslaw.com |
| aoberry@bermanesq.com | cbrotstein@bm.net | ddavis@paulweiss.com |
| aostrow@beckerglynn.com | cdesiderio@nixonpeabody.com | ddrebsky@nixonpeabody.com |
| apo@stevenslee.com | cgoldstein@stcwlaw.com | ddunne@milbank.com |
| aquale@sidley.com | chammerman@paulweiss.com | deggermann@kramerlevin.com |
| arahl@reedsmith.com | charles@filardi-law.com | deggert@freebornpeters.com |
| arheaume@riemerlaw.com | charles_malloy@aporter.com | demetra.liggins@tklaw.com |
| arlbank@pbfcm.com | chipford@parkerpoe.com | dfelder@orrick.com |
| arosenblatt@chadbourne.com | chris.donoho@lovells.com | dflanigan@polsinelli.com |
| arthur.rosenberg@hklaw.com | christopher.schueller@bipc.com | dgrimes@reedsmith.com |
| arwolf@wlrk.com | clarkb@sullcrom.com | dhayes@mcguirewoods.com |
| aseuffert@lawpost-nyc.com | clynch@reedsmith.com | dheffer@foley.com |
| ashmead@sewkis.com | cmontgomery@salans.com | diconzam@gtlaw.com |
| asnow@ssbb.com | cohen@sewkis.com | djoseph@stradley.com |
| aunger@sidley.com | colea@gtlaw.com | dkleiner@velaw.com |

| | | |
|---|---|---|
| dkozusko@willkie.com | ezweig@optonline.net | jason.jurgens@cwt.com |
| dlemay@chadbourne.com | fbp@ppgms.com | jay.hurst@oag.state.tx.us |
| dlipke@vedderprice.com | ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| dludman@brownconnery.com | fhyman@mayerbrown.com | jbecker@wilmingtontrust.com |
| dmcguire@winston.com | foont@foontlaw.com | jbeemer@entwistle-law.com |
| dmurray@jenner.com | francois.janson@hklaw.com | jbeiers@co.sanmateo.ca.us |
| dneier@winston.com | fsosnick@shearman.com | jbird@polsinelli.com |
| dodonnell@milbank.com | fyates@sonnenschein.com | jbromley@cgsh.com |
| dove.michelle@dorsey.com | gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| dpegno@dpklaw.com | gbray@milbank.com | jchristian@tobinlaw.com |
| draelson@fisherbrothers.com | geraci@thalergertler.com | jdoran@haslaw.com |
| dravin@wolffsamson.com | ggitomer@mkbattorneys.com | jdrucker@coleschotz.com |
| drose@pryorcashman.com | ggoodman@foley.com | jdyas@halperinlaw.net |
| drosenzweig@fulbright.com | giddens@hugheshubbard.com | jean-david.barnea@usdoj.gov |
| drosner@goulstonstorrs.com | gkaden@goulstonstorrs.com | jeanites@whiteandwilliams.com |
| drosner@kasowitz.com | glenn.siegel@dechert.com | jeannette.boot@wilmerhale.com |
| dshaffer@wtplaw.com | gmoss@riemerlaw.com | jeff.wittig@coair.com |
| dshemano@pwkllp.com | gravert@ravertpllc.com | jeffery.black@bingham.com |
| dspelfogel@foley.com | gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| dtatge@ebglaw.com | guzzi@whitecase.com | jeldredge@velaw.com |
| dtheising@harrisonmoberly.com | harrisjm@michigan.gov | jen.premisler@cliffordchance.com |
| dwdykhouse@pbwt.com | harveystrickon@paulhastings.com | jennifer.demarco@cliffordchance.com |
| dwildes@stroock.com | hbeltzer@mayerbrown.com | jennifer.gore@shell.com |
| dworkman@bakerlaw.com | heim.steve@dorsey.com | jeremy.eiden@ag.state.mn.us |
| easmith@venable.com | heiser@chapman.com | jfalgowski@reedsmith.com |
| echang@steinlubin.com | hollace.cohen@troutmansanders.com | jflaxer@golenbock.com |
| ecohen@russell.com | holsen@stroock.com | jfox@joefoxlaw.com |
| efleck@milbank.com | howard.hawkins@cwt.com | jfreeberg@wfw.com |
| efriedman@fklaw.com | hseife@chadbourne.com | jg5786@att.com |
| efriedman@friedumspring.com | hsnovikoff@wlrk.com | jgenovese@gjb-law.com |
| egeekie@schiffhardin.com | hsteel@brownrudnick.com | jguy@orrick.com |
| eglas@mccarter.com | icatto@mwe.com | jherzog@gklaw.com |
| ehollander@whitecase.com | igoldstein@dl.com | jhiggins@fdlaw.com |
| ekbergc@lanepowell.com | ilevee@lowenstein.com | jhorgan@phxa.com |
| eleicht@whitecase.com | ira.herman@tklaw.com | jhuggett@margolisedelstein.com |
| eli.mattioli@klgates.com | isgreene@hhlaw.com | jim@atkinslawfirm.com |
| ellen.halstead@cwt.com | israel.dahan@cwt.com | jjoyce@dresslerpeters.com |
| emerberg@mayerbrown.com | iva.uroic@dechert.com | jjtancredi@daypitney.com |
| enkaplan@kaplanlandau.com | jacobsonn@sec.gov | jjureller@klestadt.com |
| eobrien@sbchlaw.com | james.heaney@lawdeb.com | jkehoe@btkmc.com |
| erin.mautner@bingham.com | james.mcclammy@dpw.com | jlamar@maynardcooper.com |
| eschwartz@contrariancapital.com | james.sprayregen@kirkland.com | jlawlor@wmd-law.com |
| esmith@dl.com | jamestecce@quinnemanuel.com | jlee@foley.com |
| etillinghast@sheppardmullin.com | jamie.nelson@dubaiic.com | jlevitin@cahill.com |
| ezujkowski@emmetmarvin.com | jar@outtengolden.com | jlipson@crockerkuno.com |

| | | |
|---|---|---|
| jlovi@steptoe.com | keckhardt@hunton.com | lschweitzer@cgsh.com |
| jlscott@reedsmith.com | keith.simon@lw.com | lsilverstein@potteranderson.com |
| jmaddock@mcguirewoods.com | ken.coleman@allenovery.com | lubell@hugheshubbard.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | lwhidden@salans.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | mabrams@willkie.com |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | maofiling@cgsh.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | marc.chait@sc.com |
| jmerva@fult.com | kjarashow@fklaw.com | margolin@hugheshubbard.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.bane@ropesgray.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.deveno@bingham.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.ellenberg@cwt.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | mark.hellerer@pillsburylaw.com |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | mark.sherrill@sutherland.com |
| jorbach@hahnhessen.com | korr@orrick.com | martin.davis@ots.treas.gov |
| joseph.cordaro@usdoj.gov | kovskyd@pepperlaw.com | marvin.clements@ag.tn.gov |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | matt@willaw.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | matthew.klepper@dlapiper.com |
| jowolf@law.nyc.gov | kreynolds@mklawnyc.com | maustin@orrick.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | max.polonsky@skadden.com |
| jpintarelli@mofo.com | kuehn@bragarwexler.com | mbenner@tishmanspeyer.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mberman@nixonpeabody.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mberman@nixonpeabody.com |
| jrabinowitz@rltlawfirm.com | landon@streusandlandon.com | mbienenstock@dl.com |
| jrsmith@hunton.com | lapeterson@foley.com | mbloemsma@mhjur.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mbossi@thompsoncoburn.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mcademartori@sheppardmullin.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com | mcantor@normandyhill.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mccombst@sullcrom.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mcordone@stradley.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | mcto@debevoise.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | mcyganowski@oshr.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | mdorval@stradley.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | melorod@gtlaw.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | meltzere@pepperlaw.com |
| jvail@ssrl.com | lkatz@ltblaw.com | metkin@lowenstein.com |
| jwallack@goulstonstorrs.com | lkiss@klestadt.com | mfeldman@willkie.com |
| jwang@sipc.org | lmarinuzzi@mofo.com | mgordon@briggs.com |
| jwcohen@daypitney.com | lmay@coleschotz.com | mgreger@allenmatkins.com |
| jweiss@gibsondunn.com | lmcgowen@orrick.com | mh1@mccallaraymer.com |
| jwest@velaw.com | lml@ppgms.com | mhopkins@cov.com |
| jwh@njlawfirm.com | lnashelsky@mofo.com | michael.frege@cms-hs.com |
| kanema@formanlaw.com | loizides@loizides.com | michael.kelly@monarchlp.com |
| karen.wagner@dpw.com | lromansic@steptoe.com | michael.kim@kobrekim.com |
| kdwbankruptcydepartment@kelleydrye.com | lscarcella@farrellfritz.com | michael.mccrory@btlaw.com |

| | | |
|---|---|---|
| michael.reilly@bingham.com | notice@bkcylaw.com | rmatzat@hahnhessen.com |
| millee12@nationwide.com | oipress@travelers.com | rmcneill@potteranderson.com |
| miller@taftlaw.com | otccorpactions@finra.org | rnetzer@willkie.com |
| mimi.m.wong@irscounsel.treas.gov | paronzon@milbank.com | robert.bailey@bnymellon.com |
| mitchell.ayer@tklaw.com | patrick.oh@freshfields.com | robert.dombroff@bingham.com |
| mjedelman@vedderprice.com | paul.turner@sutherland.com | robert.henoch@kobrekim.com |
| mjr1@westchestergov.com | pbattista@gjb-law.com | robert.malone@dbr.com |
| mkjaer@winston.com | pbosswick@ssbb.com | robert.yalen@usdoj.gov |
| mlahaie@akingump.com | pdublin@akingump.com | robin.keller@lovells.com |
| mlandman@lcbf.com | peisenberg@lockelord.com | roger@rnagioff.com |
| mlichtenstein@crowell.com | peter.gilhuly@lw.com | ronald.silverman@bingham.com |
| mlynch2@travelers.com | peter.macdonald@wilmerhale.com | ross.martin@ropesgray.com |
| mmendez@hunton.com | peter.simmons@friedfrank.com | rqureshi@reedsmith.com |
| mmooney@deilylawfirm.com | peter@bankrupt.com | rrainer@wmd-law.com |
| mmorreale@us.mufg.jp | pfeldman@oshr.com | rreid@sheppardmullin.com |
| mneier@ibolaw.com | phayden@mcguirewoods.com | rroupinian@outtengolden.com |
| monica.lawless@brookfieldproperties.com | pmaxcy@sonnenschein.com | rrussell@andrewskurth.com |
| mpage@kelleydrye.com | ppascuzzi@ffwplaw.com | rterenzi@stcwlaw.com |
| mparry@mosessinger.com | ppatterson@stradley.com | russj4478@aol.com |
| mpomerantz@julienandschlesinger.com | psp@njlawfirm.com | rwasserman@cftc.gov |
| mprimoff@kayescholer.com | ptrain-gutierrez@kaplanlandau.com | rwyron@orrick.com |
| mpucillo@bermanesq.com | ptrostle@jenner.com | s.minehan@aozorabank.co.jp |
| mrosenthal@gibsondunn.com | r.stahl@stahlzelloe.com | sabin.willett@bingham.com |
| mruetzel@whitecase.com | raj.madan@bingham.com | sabramowitz@velaw.com |
| mschimel@sju.edu | ramona.neal@hp.com | sabvanrooy@hotmail.com |
| mschlesinger@julienandschlesinger.com | raul.alcantar@ropesgray.com | sagolden@hhlaw.com |
| msegarra@mayerbrown.com | rbeacher@pryorcashman.com | sally.henry@skadden.com |
| mshiner@tuckerlaw.com | rbyman@jenner.com | samuel.cavior@pillsburylaw.com |
| msiegel@brownrudnick.com | rdaversa@orrick.com | sandyscafaria@eaton.com |
| msolow@kayescholer.com | relgidely@gjb-law.com | sara.tapinekis@cliffordchance.com |
| mspeiser@stroock.com | rfleischer@pryorcashman.com | scargill@lowenstein.com |
| mstamer@akingump.com | rfrankel@orrick.com | schannej@pepperlaw.com |
| mvenditto@reedsmith.com | rfriedman@silvermanacampora.com | schepis@pursuitpartners.com |
| mwarren@mtb.com | rgmason@wlrk.com | schnabel.eric@dorsey.com |
| nathan.spatz@pillsburylaw.com | rgraham@whitecase.com | schristianson@buchalter.com |
| ncoco@mwe.com | rhett.campbell@tklaw.com | schwartzmatthew@sullcrom.com |
| neal.mann@oag.state.ny.us | richard.fingard@newedge.com | scottshelley@quinnemanuel.com |
| ned.schodek@shearman.com | richard.lear@hklaw.com | scousins@armstrongteasdale.com |
| neilberger@teamtogut.com | richard.levy@lw.com | sdnyecf@dor.mo.gov |
| newyork@sec.gov | richard.tisdale@friedfrank.com | sehlers@armstrongteasdale.com |
| nfurman@scottwoodcapital.com | richard@rwmaplc.com | seichel@crowell.com |
| nherman@morganlewis.com | ritkin@steptoe.com | sfelderstein@ffwplaw.com |
| nickolas.karavolas@pillsburylaw.com | rjones@boultcummings.com | sfineman@lchb.com |
| nissay_10259-0154@mhmjapan.com | rleek@hodgsonruss.com | sfox@mcguirewoods.com |
| nlepore@schnader.com | rlevin@cravath.com | sgordon@cahill.com |

| | |
|---|---|
| sgubner@ebg-law.com | tim.desieno@bingham.com |
| shannon.nagle@friedfrank.com | timothy.brink@dlapiper.com |
| sharbeck@sipc.org | timothy.palmer@bipc.com |
| shari.leventhal@ny.frb.org | tjfreedman@pbnlaw.com |
| shgross5@yahoo.com | tkarcher@dl.com |
| sidorsky@butzel.com | tkiriakos@mayerbrown.com |
| slerman@ebglaw.com | tlauria@whitecase.com |
| slerner@ssd.com | tmacwright@whitecase.com |
| slevine@brownrudnick.com | tmarrion@haslaw.com |
| sloden@diamondmccarthy.com | tnixon@gklaw.com |
| smayerson@ssd.com | toby.r.rosenberg@irscounsel.treas.gov |
| smillman@stroock.com | tomwelsh@orrick.com |
| smulligan@bsblawyers.com | tony.davis@bakerbotts.com |
| snewman@katskykorins.com | tslome@msek.com |
| sory@fdlaw.com | ttracy@crockerkuno.com |
| spiotto@chapman.com | tunrad@burnslev.com |
| splatzer@platzerlaw.com | twheeler@lowenstein.com |
| sree@lcbf.com | ukreppel@whitecase.com |
| sschultz@akingump.com | villa@streusandlandon.com |
| sselbst@herrick.com | vmilione@nixonpeabody.com |
| sshimshak@paulweiss.com | vrubinstein@loeb.com |
| sskelly@teamtogut.com | walter.stuart@freshfields.com |
| sstarr@starrandstarr.com | wanda.goodloe@cbre.com |
| steele@lowenstein.com | wballaine@lcbf.com |
| stephen.cowan@dlapiper.com | wbenzija@halperinlaw.net |
| steve.ginther@dor.mo.gov | wchen@tnsj-law.com |
| steven.troyer@commerzbank.com | wcurchack@loeb.com |
| steven.usdin@flastergreenberg.com | wdase@fzwz.com |
| steven.wilamowsky@bingham.com | wfoster@milbank.com |
| steven@blbglaw.com | william.m.goldman@dlapiper.com |
| streusand@streusandlandon.com | wiltenburg@hugheshubbard.com |
| susheelkirpalani@quinnemanuel.com | wisotska@pepperlaw.com |
| sweyl@haslaw.com | wk@pwlawyers.com |
| swolowitz@mayerbrown.com | wmaher@wmd-law.com |
| szuch@wiggin.com | wmarcari@ebglaw.com |
| tannweiler@greerherz.com | wmckenna@foley.com |
| tarbit@cftc.gov | wsilverm@oshr.com |
| tbrock@ssbb.com | wswearingen@llf-law.com |
| tdewey@dpklaw.com | wtaylor@mccarter.com |
| tduffy@andersonkill.com | wweintraub@fklaw.com |
| teresa.oxford@invescoaim.com | wzoberman@bermanesq.com |
| tgoren@mofo.com | yamashiro@sumitomotrust.co.jp |
| thaler@thalergertler.com | yuwatoko@mofo.com |
| thomas.califano@dlapiper.com | |
| thomas_noguerola@calpers.ca.gov | |

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC.**
FAX LIST

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT D

# SERVICE LIST

| Claim Name | Address Information |
|---|---|
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | ATTN: SUSANNE KOLDEWEY ATTN: DR. SASCHA LOTZE FRIEDRICHSWALL 10 HANNOVER 30159 GERMANY |

**Total Creditor count  1**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| ELIM PARK BAPTIST HOME, INC., THE | C/O SHARYN B. ZUCH, WIGGIN AND DANA LLP 185 ASYLUM ST., CITYPLACE I HARTFORD CT 06103 |
| ELIM PARK BAPTIST HOME, INC., THE | ATTN: ZELL GASTON 140 COOK HILL ROAD CHESHIRE CT 06410 |

**Total Creditor count  2**

# EXHIBIT F

| Claim Name | Address Information |
|---|---|
| NEXEN MARKETING | ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY AB T2P 3P7 CANADA |
| NEXEN MARKETING | TRANSFEROR: NEXEN MARKETING SINGAPORE PTELTD ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY AB T2P 3P7 CANADA |

**Total Creditor count  2**

# EXHIBIT G

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANQUE CANTONALE DU VALAIS | C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |

**Total Creditor count  1**