# UBS

**UBS AG**
P.O.Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Flurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

## Message



RECEIVED AUG 21 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

August 10, 2012

TOCE033 CSZH55829VariousUBS 155K 20120721

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of    Attention: Clerk of the Court

you are receiving    1 Evidence of Transfer of Claim between Credit Suisse, Zurich and UBS AG, Zurich
dated 21.7.2012 :
USD    10'000.00    XS0339537804
USD    75'000.00    CH0027120622

☐ for your information         ☐ returned with thanks       ☐ please return
☒ for your records             ☐ please comment             ☒ please confirm receipt
☐ as agreed                    ☐ please sign                ☒ please process
☐ please complete              ☐ please forward to

Remarks
USD    30'000.00    XS0327165550
units  4.00         ANN521331184
units  40.00        ANN5214A8303
units  50.00        XS0267329307
USD    40'000.00    XS0349857317
Transferor: Credit Suisse AG, Zurich / Initial Claim Number 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director



61555 E    05.2005    J1

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **UBS AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule 1 hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON JULY 21, 2012.

**Credit Suisse AG**

By: _[signature]_
Name: Martina Berli
Title: Vice President

By: _i.A. [signature]_
Name: Juliette Diallo
Title: Assistant Vice President

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| CH0027120622 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 75'000.00 |
| XS0339537804 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 10'000.00 |
| XS0327165550 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 30'000.00 |
| ANN521331184 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | 4 Units |
| ANN5214A8303 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | 40.00 Units |
| XS0267329307 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | 50 Units |
| XS0349857317 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | USD 40'000.00 |

**UBS**

|  |  |
|---|---|
| BY REGISTERED MAIL<br>Epiq Bankruptcy Solutions, LLC<br>757 Third Avenue, 3rd Floor<br><br>New York, NY 10017 | **UBS AG**<br>P.O.Box, / CH-8098 Zurich<br>Tel.<br><br>Securities Services Corporate Events<br>Special Transactions & Default<br><br>Jean-Claude Besson<br>OQ9C / O5GC - JWJ<br>Flurstrasse 62 / FFFE - 020<br>Tel. +41 44 235 60 42<br>Fax +41 44 235 47 21<br>jean-claude.besson@ubs.com<br><br>www.ubs.com |

# Message

August 10, 2012

TOCE033 CSZH55829VariousUBS 155K 20120721

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of

you are receiving    1 Evidence of Transfer of Claim between Credit Suisse, Zurich and UBS AG, Zurich
dated 21.7.2012 :
USD    10'000.00    XS0339537804
USD    75'000.00    CH0027120622

| ☐ for your information | ☐ returned with thanks | ☐ please return |
|---|---|---|
| ☒ for your records | ☐ please comment | ☒ please confirm receipt |
| ☐ as agreed | ☐ please sign | ☒ please process |
| ☐ please complete | ☐ please forward to | |

Remarks
USD    30'000.00    XS0327165550
units    4.00    ANN521331184
units    40.00    ANN5214A8303
units    50.00    XS0267329307
USD    40'000.00    XS0349857317
Transferor: Credit Suisse AG, Zurich / Initial Claim Number 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

*[signature]*

Jean-Claude Besson
Associate Director

61555 E    05.2005    J1

