AUG 21 2012

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al. ,                Case No. 08-13555

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Phillips 66 Company | ConocoPhillips Company |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Candace Schiffman, Sr. Counsel, P.O. Box 4428, Houston, TX 77210

Court Claim # (if known): 67602
Amount of Claim: $16,512,665.00
Date Claim Filed: 08/15/2011

Phone: 281-293-2677
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Candace Schiffman                        Date: Aug. 20, 2012
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

ConocoPhillips Company ("Assignor") hereby acknowledges that pursuant to that certain Master Assignment Agreement dated April 26, 2012, between ConocoPhillips Company and Phillips 66 Company it has contributed, transferred, conveyed, assigned and delivered to Phillips 66 Company ("Assignee") certain assets including all rights, title and interest in and to all claims of Assignor including claim no. 67602 (the "Claim") filed in the jointly administered bankruptcy cases styled In re Lehman Brothers Holdings, Inc., Case No. 08-13555 (*Jointly Administered*) et al., United States Bankruptcy Court, Southern District of New York (the "Court").,

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claim, recognizing Assignee as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 17th day of August, 2012.

CONOCOPHILLIPS COMPANY

By: *Frances M Vallejo*
Name: Frances M Vallejo
Title: VP Treasurer