UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x
In re:                                          :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS, INC.,  :    08-13555 (JMP)
*et al.*,                                       :
                        Debtors.                :    (Jointly Administered)
                                                :
--------------------------------------------------------- x

## REQUEST FOR REMOVAL FROM ECF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby requests to be removed from the ECF and any other service list in this case.

Dated:  August 27, 2012

                                            Respectfully submitted,

                                            /s/ Kevin M. Eckhardt
                                            Kevin M. Eckhardt
                                            HUNTON & WILLIAMS LLP
                                            Bank of America Plaza
                                            101 S. Tryon Street
                                            Suite 3500
                                            Charlotte, NC  28280
                                            Telephone:  (704) 378-4729
                                            Facsimile:  (704) 378-4890
                                            Email: keckhardt@hunton.com

                                            *Counsel for Creditor Paulson Credit Opportunities Master Ltd.*

99900.02369 EMF_US 41626696v1