B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.       Case No. 08-13555 (JPM)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lehman Brothers Commodity Services Inc. | Citibank, N.A., London Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

1271 Avenue of the Americas
New York, New York 10020
Attn: Ron Geraghty

Phone: (646) 285-9706
Last Four Digits of Acct #: N/A

Court Claim # (if known): 58911
Amount of Claim: Transferred Portion: $4,272,947.19
(See Schedule I)
Date Claim Filed: 10/30/09

Phone: (212) 373-3000
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

USD (US Dollar)
Pay Citibank N.A., New York
Swift CITIUS33
ABA 021-000-089
For Lehman Brothers Commodity Services - DIP
a/c 3078-4803
Reference: Claim No. 58911

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: August 27, 2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

US_ACTIVE:\44078720\1\58399.0008

Schedule I

| ISIN | Blocking Number | Filed Amount | Allowed Amount |
|---|---|---|---|
| CH0036891189 | 9746244726091610 | 853,898.00 | 851,900.75 |
| CH0036891189 | 0717220627091610 | 8,941.00 | 8,920.43 |
| CH0036891197 | 1570845603081610 | 894,663.00 | 894,036.64 |
| CH0036891247 | 9600060825091610 | 704,370.00 | 703,876.46 |
| CH0036891247 | 2362482025091610 | 85,206.00 | 85,146.35 |
| CH0039308678 | 4172514732091610 | 280,000.00 | 280,000.00 |
| CH0043088670 | 2532001635091610 | 717,150.50 | 716,648.41 |
| CH0043088704 | 9902440435091610 | 728,719.29 | 727,014.78 |
| | **Total:** | **$4,272,947.79** | **$4,267,543.82** |