B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.          Case No. 08-13555 (JPM)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lehman Brothers Commodity Services Inc. | Lehman Brothers International (Europe) (in administration) |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

1271 Avenue of the Americas
New York, New York 10020
Attn: Ron Geraghty

Phone: (646) 285-9706
Last Four Digits of Acct #:  N/A

Court Claim # (if known): 62786
Amount of Claim: Transferred Portion: $97,480,555.43
(See Schedule I)
Date Claim Filed: 11/2/09

Phone: (212) 903-9000
Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

USD (US Dollar)
Pay Citibank N.A., New York
Swift CITIUS33
ABA 021-000-089
For Lehman Brothers Commodity Services - DIP
a/c 3078-4803
Reference: Claim No. 62786

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: August 27, 2012
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

US_ACTIVE:\44078719\1\58399.0008

## Schedule I

| ISIN | Blocking Number | Filed Amount | Allowed Amount |
| --- | --- | --- | --- |
| XS0246449440 | 6032175 | 3,390,000.00 | 3,390,000.00 |
| XS0259959962 | 6032208 | 340,000.00 | 340,000.00 |
| XS0267460359 | 6029778 | 304,956.00 | 305,107.74 |
| XS0272634535 | 6029823 | 100,000.00 | 100,000.00 |
| XS0276121307 | 6029835 | 13,233,672.00 | 13,240,256.85 |
| XS0276162327 | 6033674 | 222,688.73 | 222,799.61 |
| XS0278983191 | 6029853 | 99,288.00 | 99,337.40 |
| XS0280241851 | 6029854 | 50,000.00 | 50,000.00 |
| XS0291974664 | 6030716 | 2,300,000.00 | 2,271,137.09 |
| XS0292459327 | 6030725 | 289,000.00 | 289,000.00 |
| XS0293964002 | 6030734 | 40,000.00 | 40,000.00 |
| XS0295438369 | 6030735 | 2,016,965.00 | 2,017,968.41 |
| XS0296792582 | 6030751 | 2,450,000.00 | 2,450,000.00 |
| XS0299701655 | 6030776 | 450,000.00 | 450,000.00 |
| XS0303539273 | 6032225 | 431,000.00 | 431,000.00 |
| XS0306096628 | 6032632 | 3,580.00 | 3,586.60 |
| XS0308389807 | 6032260 | 183,000.00 | 183,000.00 |
| XS0309306651 | 6032262 | 200,000.00 | 200,000.00 |
| XS0310309785 | 6032274 | 20,000,000.00 | 20,000,000.00 |
| XS0311769219 | 6032641 | 396.00 | 424,062.49 |
| XS0312439556 | 6032642 | 60,991.00 | 61,021.55 |
| XS0314479337 | 6032305 | 1,570,000.00 | 1,700,746.20 |
| XS0314918276 | 6032644 | 4,211.23 | 4,619,154.98 |
| XS0320100323 | 6032334 | 400,000.00 | 400,000.00 |
| XS0320337685 | 6032330 | 286,432.00 | 286,927.61 |
| XS0321124801 | 6032335 | 1,370,000.00 | 1,370,000.00 |
| XS0322064840 | 6032342 | 283,680.00 | 283,821.15 |
| XS0323108265 | 6032350 | 949,000.00 | 949,000.00 |
| XS0323493584 | 6032352 | 1,391,000.00 | 1,391,000.00 |
| XS0323535418 | 6032654 | 974.00 | 1,330,230.05 |
| XS0323619600 | 6032357 | 10,367,947.00 | 10,483,181.41 |
| XS0323619782 | 6030813 | 1,965,339.00 | 2,186,597.00 |
| XS0324841153 | 6030831 | 1,851,000.00 | 1,851,000.00 |
| XS0325477379 | 6030839 | 85,000.00 | 85,000.00 |
| XS0326046504 | 6030855 | 2,000,000.00 | 2,000,000.00 |
| XS0327723580 | 6030880 | 400,000.00 | 389,064.20 |
| XS0327774732 | 6030882 | 448,522.00 | 425,731.73 |
| XS0329715394 | 6032656 | 70,000.00 | 70,000.00 |
| XS0330889493 | 6032377 | 250,000.00 | 250,000.00 |
| XS0331533173 | 6032660 | 43.00 | 36,484.99 |
| XS0331533256 | 6032389 | 905,000.00 | 905,000.00 |
| XS0331533330 | 6032659 | 14,184.12 | 14,191.06 |
| XS0331566181 | 6035139 | 200,000.00 | 200,000.00 |
| XS0332526929 | 6032398 | 490,000.00 | 490,000.00 |
| XS0332675338 | 6032664 | 10,000.00 | 10,000.00 |
| XS0333420395 | 6032399 | 250,000.00 | 250,000.00 |
| XS0334205795 | 6032402 | 1,040,000.00 | 1,040,000.00 |
| XS0334494290 | 6032666 | 500.58 | 574,566.78 |
| XS0335137120 | 6032667 | 1,889.37 | 2,091,693.32 |
| XS0337407943 | 6032430 | 200,000.00 | 182,268.57 |

| | | | |
|---|---|---|---|
| XS0337763576 | 6032435 | 139,003.00 | 139,072.37 |
| XS0338071987 | 6032437 | 964,512.00 | 964,991.92 |
| XS0338072019 | 6032438 | 80,000.00 | 80,000.00 |
| XS0338078131 | 6032673 | 20,000.00 | 20,000.00 |
| XS0338483588 | 6032443 | 482,256.00 | 482,495.96 |
| XS0338685299 | 6032450 | 1,843,920.00 | 1,844,837.50 |
| XS0339532672 | 6032454 | 300,000.00 | 300,000.00 |
| XS0339537390 | 6032452 | 3,435,365.00 | 3,437,074.18 |
| XS0339537804 | 6032456 | 480,000.00 | 480,000.00 |
| XS0339538448 | 6032461 | 240,000.00 | 240,000.00 |
| XS0340076321 | 6032678 | 1,637.16 | 1,649,335.75 |
| XS0340756898 | 6032679 | 35,000.00 | 35,000.00 |
| XS0341730363 | 6032682 | 33,000.00 | 33,000.00 |
| XS0342097317 | 6032474 | 161,250.00 | 161,938.31 |
| XS0343610530 | 6032689 | 60,000.00 | 60,000.00 |
| XS0344537997 | 6032491 | 200,000.00 | 200,000.00 |
| XS0344556864 | 6032493 | 581,000.00 | 581,000.00 |
| XS0344557839 | 6032489 | 212,760.00 | 212,865.87 |
| XS0344583249 | 6032497 | 90,079.00 | 90,194.98 |
| XS0346007320 | 6032502 | 106,380.00 | 106,432.93 |
| XS0346438061 | 6032509 | 4,320,000.00 | 4,320,000.00 |
| XS0346461634 | 6032506 | 130,000.00 | 130,000.00 |
| XS0346707903 | 6032512 | 344,671.00 | 344,842.70 |
| XS0347683400 | 6032514 | 100,000.00 | 100,000.00 |
| XS0348299180 | 6033697 | 50,000.00 | 50,000.00 |
| XS0349166917 | 6032696 | 363.00 | 366,199.30 |
| XS0349282151 | 6032528 | 626,933.00 | 627,244.75 |
| XS0350390406 | 6032532 | 551,758.00 | 374,121.78 |
| XS0351506257 | 6032541 | 69,735.00 | 70,061.48 |
| XS0351979587 | 6032700 | 9,827.00 | 7,375.46 |
| XS0353289472 | 6032551 | 84,228.00 | 84,822.11 |
| XS0353676082 | 6032555 | 92,014.00 | 91,880.40 |
| XS0353821860 | 6032559 | 1,170,000.00 | 1,170,000.00 |
| XS0354002577 | 6032556 | 146,095.00 | 146,167.89 |
| XS0356499052 | 6032567 | 176,513.24 | 172,031.60 |
| XS0357658672 | 6032570 | 936,144.00 | 936,609.81 |
| XS0361886699 | 6033650 | 3,000,000.00 | 3,000,000.00 |
| XS0362447558 | 6033661 | 997,812.00 | 998,233.00 |
| XS0363582460 | 6033698 | 20,000.00 | 20,000.00 |
| XS0365671121 | 6033652 | 2,000,000.00 | 2,000,000.00 |
| XS0366131497 | 6033700 | 10,000.00 | 10,000.00 |
| XS0366802964 | 6033696 | 25,000.00 | 17,200.05 |
| XS0371015750 | 6033693 | 81,000.00 | 81,000.00 |
| XS0373858249 | 6033691 | 102,041.00 | 102,217.96 |
| | Total: | $97,480,555.43 | $108,772,184.83 |