UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :    (Jointly Administered)
            Debtors.                               :
                                                   :
                                                   :    Ref. Docket Nos. 29983, 29985,
---------------------------------------------------------------x    30143, 30144, 30150-30153, 30155-
                                                        30160, 30162-30167, 30169-30171,
                                                        30179-30181

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 21, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
27th day of August, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 30440    Filed 08/27/12    Entered 08/27/12 20:46:28    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To: EMPYREAN INVESTMENTS, LLC
        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
        C/O EMPYREAN CAPITAL PARTNERS, L.P.
        ATTN: STERLING HATHAWAY
        10250 CONSTELLATION BLVD., SUITE 2950
        LOS ANGELES CA 90067

Please note that your claim # 16839 in the above referenced case and in the amount of
    $6,306,000.00   allowed at $6,306,000.00        has been transferred (**unless previously expunged by court order**)

        DEUTSCHE BANK AG, LONDON BRANCH
        TRANSFEROR: EMPYREAN INVESTMENTS, LLC
        C/O DEUTSCHE BANK SECURITIES INC.
        ATTN: RICH VICHAIDITH
        60 WALL STREET, 3RD FLOOR
        NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 29983     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/21/2012                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 21, 2012.

**EXHIBIT B**

08-13555-mg    Doc 30440    Filed 08/27/12    Entered 08/27/12 20:46:28    Main Document
Pg 4 of 5

```
TIME: 17:12:21                                         LEHMAN BROTHERS HOLDING INC.                                        PAGE:    1
DATE: 08/21/12                                              CREDITOR LISTING

Name                                              Address
AG CENTRE STREET PARTNERSHIP, L.P.                TRANSFEROR: RBS SECURITIES INC. 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
BAUPOST GROUP SECURITIES, L.L.C.                  TRANSFEROR: RBS SECURITIES INC. C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
CANDLEWOOD SPECIAL SITUATIONS MASTER              TRANSFEROR: NOMURA GLOBAL FINANCIAL PRODUCTS, INC. C/O CANDLEWOOD INVESTMENT GROUP 777 THIRD AVE., SUITE 19B NEW YORK NY 10017
 FUND, LTD.
CHENAVARI FINANCIAL ADVISORS LTD                  TRANSFEROR: EFG BANK AG ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM
CREDIT SUISSE AG                                  TRANSFEROR: NEUE AARGAUER BANK AG C/O CRAVATH, SWAINE & MOORE LLP ATTN: STEPHANIE R. TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  TRANSFEROR: UBS AG C/O CRAVATH, SWAINE & MOORE LLP ATTN: STEPHANIE R. TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
CWD OC 522 MASTER FUND, LTD.                      TRANSFEROR: NOMURA GLOBAL FINANCIAL PRODUCTS, INC. C/O CANDLEWOOD INVESTMENT GROUP 777 THIRD AVE., SUITE 19B NEW YORK NY 10017
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR
                                                   NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: METROPOLITAN TRANSPORTATION AUTHORITY OF NEW YORK C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN
                                                   60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
EFG BANK AG                                       GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166
EFG BANK AG                                       BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND
EMPYREAN INVESTMENTS, LLC                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O EMPYREAN CAPITAL PARTNERS, L.P. ATTN: STERLING HATHAWAY
                                                   10250 CONSTELLATION BLVD., SUITE 2950 LOS ANGELES CA 90067
GOLDMAN SACHS LENDING PARTNERS                    TRANSFEROR: SPCP GROUP, LLC ATTN: RICK CANONICO GOLDMAN SACHS LENDING PARTNERS LLC JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: SPCP GROUP, LLC ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC C/O GOLDMAN, SACHS & CO. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR
                                                   JERSEY CITY NJ 07302
METROPOLITAN TRANSPORTATION AUTHORITY OF          PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660
 NEW YORK
METROPOLITAN TRANSPORTATION AUTHORITY OF          C/O GALLIARD CAPITAL MANAGEMENT ATTN: ANDREA JOHNSON 800 LASALLE AVENUE, SUITE 1100 MINNEAPOLIS MN 55402
 NEW YORK
NEUE AARGAUER BANK AG                             ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
NEUE AARGAUER BANK AG                             CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
NEUE AARGAUER BANK AG                             RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
NOMURA GLOBAL FINANCIAL PRODUCTS, INC.            DOUGLAS P BARTNER / SOLOMON J NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
NOMURA GLOBAL FINANCIAL PRODUCTS, INC.            THOMAS SALATTE, ESQ 2 WORLD FINANCIAL CENTER NEW YORK NY 10281
RBS SECURITIES INC.                               TRANSFEROR: PACIFIC INTERNATIONAL FINANCE LIMITED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
SPCP GROUP, LLC                                   PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                   PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
SPCP GROUP, LLC                                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH CT 06830
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
YORK GLOBAL FINANCE BDH, LLC                      TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORVIK CAPITAL LTD                                TRANSFEROR: YORVIK PARTNERS LLP ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: YORVIK CAPITAL LTD 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM

Total Number of Records Printed    32                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```