UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                Debtors.                                          :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 9182, 29106,
                                                                       29666, 29968, 29969, 30009, 30048,
                                                                       30049, 30126, 30172-30174, 30182,
                                                                       30184, 30194, 30206-30211, 30218,
                                                                       30220, 30225

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 22, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
27th day of August, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 9182, 29106, 29666...30218, 30220, 30225_AFF_08-22-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CREDIT SUISSE                              CREDIT SUISSE
      ATTN: ALLEN GAGE                           CRAVATH, SWAINE & MOORE LLP
      1 MADISON AVE                              ATTN: RICHARD LEVIN
      NEW YORK NY 10010                          WORLDWIDE PLAZA
                                                 825 EIGHTH AVENUE
                                                 NEW YORK NY 10019
```

Please note that your claim # 555829-53 in the above referenced case and in the amount of
$0.00   allowed at $224,280.63         has been transferred (**unless previously expunged by court order**)

```
      NOTENSTEIN PRIVATBANK AG
      TRANSFEROR: CREDIT SUISSE
      BOHL 17
      ST. GALLEN    CH-9004
      SWITZERLAND
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 29106     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/22/2012                     Vito Genna, Clerk of Court

                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 22, 2012.

**EXHIBIT B**

```
TIME: 20:57:11                                                                                                                           PAGE:   1
DATE: 08/22/12                                          LEHMAN BROTHERS HOLDING INC.
                                                              CREDITOR LISTING

Name                                          Address
BSOF PARALLEL MASTER FUND, L.P.               BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF PARALLEL MASTER FUND, L.P.               TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ.
                                              1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
CHAN KIT CHEONG                               B2508 HONG MEI HOUSE CHEUNG HONG ESTATE TSING YI NT   HONG KONG
CHIMNEY ROCK VALUE FUND, L.P.                 ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
CHIMNEY ROCK VALUE FUND, L.P.                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: BEAU LESCOTT 350 PARK AVENUE NEW YORK NY 10022
CREDIT SUISSE                                 ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                 CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                 RICHARD LEVIN, ESQ. C/O CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                              TRANSFEROR: UBS AG C/O CRAVATH, SWAINE & MOORE LLP ATTN: STEPHANIE R. TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: OHA HEDGED CREDIT, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR
                                              NEW YORK NY 10005
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                              10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O EMPYREAN CAPITAL PARTNERS, LP; ATTN: STERLING HATHAWAY
                                              10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
FORGA - CONSULTADORIA E MARKETING LDA         TRANSFEROR: RAKEPOLL FINANCE N.V. RUA DOS MURCAS, 98 FUNCHAL-MADEIRA    9000-058 PORTUGAL
FRANDZEL ROBINS BLOOM & CSATO, L.C.           17F 6500 WILSHIRE BOULEVARD LOS ANGELES CA 90048-4920
GMO CREDIT OPPORTUNITIES FUND, L.P.           TRANSFEROR: JPMORGAN CHASE BANK, N.A. 40 ROWES WHARF BOSTON MA 02110
GOLDMAN SACHS LENDING PARTNERS LLC            RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: ORE HILL HUB FUND LTD. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: SERENGETI OVERSEAS MM L.P. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: SERENGETI OVERSEAS MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: SERENGETI PARTNERS LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: SPCP GROUP, LLC ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC-WILSHIRE ORE HILL INTERNATIONAL SEGREGATED PORTFOLIO ATTN: RICK CANONICO
                                              30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
INVEST BANCA SPA                              TRANSFEROR: INVEST BANCA SPA VIA CHERUBINI N. 99 EMPOLI (FI)   50053 ITALY
J.P. MORGAN SECURITIES PLC                    TRANSFEROR: INVEST BANCA SPA C/O J.P. MORGAN SECURITIES ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37
                                              NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: ANGLO IRISH BANK CORPORATION PLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                              NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: CHEWTON CAPITAL LTD. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                              383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: YAKIMA-TIETON IRRIGATION DISTRICT ATTN: JEFFREY L PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37
                                              NEW YORK NY 10179
LIQUIDITY SOLUTIONS, INC.                     TRANSFEROR: FRANDZEL ROBINS BLOOM & CSATO, L.C. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
MIZUHO CORPORATE BANK, LTD.                   ATTN: KEVIN HOLMES, SENIOR VICE PRESIDENT 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
MIZUHO CORPORATE BANK, LTD.                   STROOCK & STROOCK & LAVAN LLP ATTN: SHERRY MILLMAN, ESQ. 180 MAIDEN LANE NEW YORK NY 10038
NOTENSTEIN PRIVATBANK AG                      TRANSFEROR: CREDIT SUISSE BOHL 17 ST. GALLEN   CH-9004 SWITZERLAND
ORE HILL HUB FUND LTD                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O GLG HORE HILL LLC ATTN: RACHEL CARR-HARRIS HSBC TOWER 452 FIFTH AVENUE, 27TH FLOOR
                                              NEW YORK NY 10018
ORE HILL HUB FUND LTD                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS HSBC TOWER 452 FIFTH AVENUE, 27TH FLOOR
ORE HILL HUB FUND LTD                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS HSBC TOWER 452 FIFTH AVENUE, 27TH FLOOR
                                              NEW YORK NY 10018
OZ SPECIAL MASTER FUND, LTD                   TRANSFEROR: MIZUHO CORPORATE BANK, LTD. C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR
                                              NEW YORK NY 10019
RAKEPOLL FINANCE N.V.                         DLA PIPER LLP (US) ATTN: TIMOTHY W. WALSH 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020-1104
SPCP GROUP, LLC                               PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                               RONALD S. BEACHER, ESQ. C/O PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                               TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
STANDARD CHARTERED BANK (HONG KONG) Ltd.      TRANSFEROR: CHAN KIT CHEONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
UBS AG                                        BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH   8001 SWITZERLAND
UBS AG                                        ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH   8098 SWITZERLAND
YAKIMA-TIETON IRRIGATION DISTRICT             C/O FOSTER PEPPER PLLC ATTN: JANE PEARSON 1111 THIRD AVENUE, SUITE 3400 SEATTLE WA 98101-3299


Total Number of Records Printed        43                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```