UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re                                          :        **Chapter 11 Case No.**

                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
                                               :        **(Jointly Administered)**
                Debtors.                       :
                                               :
-------------------------------------------------------------------x        **Ref. Docket No. 30221**


<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 22, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                               */s/ Lauren Rodriguez*
                                               Lauren Rodriguez

Sworn to before me this
27<u>th</u> day of August, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE OF DEFECTIVE TRANSFER

Transferor:     MIZUHO CORPORATE BANK, LTD.
                ATTN: KEVIN HOLMES, SENIOR VICE PRESIDENT
                1251 AVENUE OF THE AMERICAS
                NEW YORK NY 10020


Additional:     MIZUHO CORPORATE BANK, LTD.
                STROOCK & STROOCK & LAVAN LLP
                ATTN: SHERRY MILLMAN, ESQ.
                180 MAIDEN LANE
                NEW YORK NY 10038


Transferee:     HBK MASTER FUND L.P.
                C/O HBK SERVICES LLC ATTN: LEGAL
                2101 CEDAR SPRINGS ROAD, SUITE 700
                DALLAS TX 75201


**Your transfer   of claim #   68032   is defective for the reason(s) checked below:**

Other                                   insufficient funds to complete the transfer


Docket Number 30221              Date 08/20/12


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 22, 2012.

# EXHIBIT B

TIME: 20:57:44
DATE: 08/22/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|------|---------|
| HBK MASTER FUND L.P. | C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| MIZUHO CORPORATE BANK, LTD. | ATTN: KEVIN HOLMES, SENIOR VICE PRESIDENT 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MIZUHO CORPORATE BANK, LTD. | STROOCK & STROOCK & LAVAN LLP ATTN: SHERRY MILLMAN, ESQ. 180 MAIDEN LANE NEW YORK NY 10038 |

Total Number of Records Printed    3

EPIQ BANKRUPTCY SOLUTIONS, LLC