UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                                              :

In re                                                      :     Chapter 11 Case No.
                                                             :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :     08-13555 (JMP)
                                                             :     (Jointly Administered)

                       Debtors.                   :
                                                             :

---------------------------------------------------------------x   Ref. Docket Nos. 30060, 30233,
                                                                            30271, 30278-30281, 30286, 30290,
                                                                            30294-30297, 30299-30308, 30310,
                                                                            30316-30321

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                               ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 24, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    */s/ Lauren Rodriguez*
                                                                      Lauren Rodriguez

Sworn to before me this
27th day of August, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |     Chapter 11 Case No.
                                        |
                                        |     08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,   |
                                        |     (Jointly Administered)
                                        |
            Debtors.                    |
                                        |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CREDIT SUISSE                              CREDIT SUISSE
     ATTN: ALLEN GAGE                           CRAVATH, SWAINE & MOORE LLP
     1 MADISON AVE                              ATTN: RICHARD LEVIN
     NEW YORK NY 10010                          WORLDWIDE PLAZA
                                                825 EIGHTH AVENUE
                                                NEW YORK NY 10019
```

Please note that your claim # 555829-55 in the above referenced case and in the amount of
          $0.00    allowed at $283,821.15         has been transferred **(unless previously expunged by court order)**

```
     BANK JULIUS BAR & CO AG
     TRANSFEROR: CREDIT SUISSE
     ATTN: PATRIK RRRRROOS
     BAHNHOFSTRASSE 36
     ZURICH     8010
     SWITZERLAND
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 30271       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/24/2012                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 24, 2012.

# EXHIBIT B

```
TIME: 13:00:27                                    LEHMAN BROTHERS HOLDING INC.                                            PAGE:    1
DATE: 08/24/12                                         CREDITOR LISTING

Name                                              Address
AMPERSAND INVESTMENTS (UK) LIMITED                AND SWISS RE SERVICES LIMITED ATTN:  HEAD OF LEGAL, HEAD OF STRATEGIC TRANSACTIONS GROUP BUSINESS MANAGEMENT GROUP 30 ST. MARY AVE
                                                  LONDON   EC3A 8EP UNITED KINGDOM
AMPERSAND INVESTMENTS (UK) LIMITED                CLIFFORD CHANCE US LLP ATTN:  JENNIFER C. DEMARCO, DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
BANK JULIUS BAR & CO AG                           TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH   8010 SWITZERLAND
BANK JULIUS BAR & CO AG                           TRANSFEROR: CREDIT SUISSE ATTN: PATRIK RRRRROOS BAHNHOFSTRASSE 36 ZURICH   8010 SWITZERLAND
BARCLAYS BANK PLC                                 TRANSFEROR: AMPERSAND INVESTMENTS (UK) LIMITED 5 THE NORTH COLONNADE CANARY WHARF LONDON   E14 4BB UNITED KINGDOM
BSOF PARALLEL MASTER FUND L.P.                    BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF PARALLEL MASTER FUND L.P.                    TRANSFEROR: RBS SECURITIES INC. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 1140 AVENUE OF THE AMERICAS, 12TH FLOOR
                                                  NEW YORK NY 10036
CASPIAN FOCUSED CREDIT L FUND, L.P.               CASPIAN FOCUSED CREDIT L FUND, L.P. ATTN: SUSAN LANCASTER AND KELLY MURPHY 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153
CASPIAN FOCUSED CREDIT L FUND, L.P.               TRANSFEROR: JPMORGAN CHASE BANK, N.A. 500 MAMARONECK AVENUE HARRISON NY 10528
CASSA DI RISPARMIO DI PARMA E PIACENZA            TRANSFEROR: INTESA SANPAOLO SPA VIA MISTRALI 1 PARMA   43121 ITALY
SPA
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG, SINGAPORE BRANCH                TRANSFEROR: CREDIT SUISSE ONE RAFFLES QUAY NORTH TOWER #29-00 SINGAPORE   048583 SINGAPORE
GOLDMAN SACHS INTERNATIONAL                       ASHURST LLP ATTN: JACK J. ROSE, ESQ. 7 TIMES SQUARE, 42ND FL NEW YORK NY 10036
GOLDMAN SACHS INTERNATIONAL                       ASHURST LLP ATTN: JAMES COLLEY BOARDWALK HOUSE 5 APPOLD STREET LONDON   EC2A 2HA UNITED KINGDOM
GOLDMAN SACHS INTERNATIONAL                       ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: SPCP GROUP, LLC ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
INTESA SANPAOLO SPA                               ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO   20121 ITALY
JATRALEE CAPITAL LLC                              TRANSFEROR: YORVIK PARTNERS LLP C/O RICHARDS KIBBLE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
JATRALEE CAPITAL, LLC                             TRANSFEROR: YORVIK PARTNERS LLP C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: CANPARTNERS INVESTMENTS IV, LLC C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                  383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
LMA SPC FOR AND ON BEHALF OF THE MAP 84           TRANSFEROR: RBS SECURITIES INC. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 1140 AVENUE OF THE AMERICAS, 12TH FLOOR
SEGREGATED PORTFOLIO                              NEW YORK NY 10036
MEDICAL LIABILITY MUTUAL INSURANCE                CADWALADER, WICKERSHAM & TAFT LLP ATTN:  GREGG JUBIN 700 SIXTH STREET, N.W. WASHINGTON DC 20004
COMPANY
MEDICAL LIABILITY MUTUAL INSURANCE                C/O INVESCO INSTITUTIONAL (N.A.), INC. ATTN:  BENJAMIN GRUDER 1166 AVENUE OF THE AMERICAS NEW YORK NY 10036
COMPANY
MORGAN STANLEY SENIOR FUNDING, INC.               RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.               TRANSFEROR: JACKSON NATIONAL LIFE INSURANCE COMPANY 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: BPCE C/O NOMURA AMERICAS ATTN: PAMELA OH 2 WORLD FINANCIAL CENTER BUILDING 2, FLOOR 21 NEW YORK NY 10281
ORE HILL HUB FUND LTD                             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ORE HILL PARTNERS ATTN: KATE SINOPOLI HSBC TOWER 452 FIFTH AVENUE
                                                  NEW YORK NY 10018
ORE HILL HUB FUND LTD                             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ORE HILL PARTNERS LLC ATTN: KATE SINOPOLI HSBC TOWER 452 FIFTH AVENUE
                                                  NEW YORK NY 10018
PAULSON & CO. INC                                 SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON & CO. INC                                 TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC 1251 AVENUE OF THE AMERICAS, 50TH FL NEW YORK NY 10020
PBC 1 LTD.                                        SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
PBC 1 LTD.                                        TRANSFEROR: PAULSON & CO. INC C/O PAULSON & CO. INC 1251 AVENUE OF THE AMERICAS, 50TH FL NEW YORK NY 10020
RBS SECURITIES INC.                               TRANSFEROR: PACIFIC INTERNATIONAL FINANCE LIMITED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
SOLUS CORE OPPORTUNITIES LP                       TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                  410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES MASTER FUND LTD          TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                  410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES LP                       TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                  410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVER FUND LP                             TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                  410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                            TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                  410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022

                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 13:00:27                                          LEHMAN BROTHERS HOLDING INC.
DATE: 08/24/12                                               CREDITOR LISTING                                                           PAGE:    2

Name                                  Address
SOLUS RECOVERY FUND OFFSHORE MASTER LP TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                      410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
ULTRA MASTER LTD                      TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                      410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
VARDE INVESTMENT PARTNERS, L.P.       TRANSFEROR: MEDICAL LIABILITY MUTUAL INSURANCE COMPANY ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD MINNEAPOLIS MN 55437
YORVIK PARTNERS LLP                   TRANSFEROR: BROAD PEAK MASTER FUND LTD. 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                   TRANSFEROR: TOTENS SPAREBANK 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM

Total Number of Records Printed       46
```

EPIQ BANKRUPTCY SOLUTIONS, LLC