**SCHIFF HARDIN LLP**
Louis T. DeLucia, Esq.
666 Fifth Avenue, 17th Floor
New York, New York 10103
Telephone: (212) 753-5000
Facsimile: (212) 753-5044

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. | ) Case No. 08-13555-JMP |
| Debtor. | ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that undersigned counsel, Louis T. DeLucia of Schiff Hardin LLP, hereby withdraws his notice of appearance in the above captioned case.

Dated: New York, New York
August 28, 2012

        SCHIFF HARDIN LLP

        By: /s/Louis T. DeLucia
            Louis T. DeLucia, Esq.
            666 Fifth Avenue, 17th Floor
            New York, New York 10103
            Telephone: (212) 753-5000
            Facsimile: (212) 753-5454
            Email: ldelucia@schiffhardin.com

23004-23004-3240
NY\51208820.1