IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC. | ) Case No. 08-13555-JMP |
| | ) |
| Debtor. | ) |

### CERTIFICATE OF SERVICE

Maria R. Vecchione, being duly sworn, deposes and says:

1. I am over the age of eighteen years, I am employed by Schiff Hardin LLP, located at 666 Fifth Avenue, New York, NY, 10103 and I am not a party to the above entitled action.

2. On the 28th day of August, 2012, I caused a true and correct copy of the following to be served *via* U.S. First Class Mail and/or electronic mail to the persons on the attached service list:

- Notice of Withdrawal of Appearance

MARIA R. VECCHIONE

Sworn to before me this
28th day of August, 2012

Notary Public

LAURA A. FACOPOULOS
NOTARY PUBLIC, State of New York
No. 01-FA5070696 Suffolk
Qualified in Suffolk County
Commission Expires Dec. 23, 2014

# USBC SDNY
## In re Lehman Brothers Holdings Inc.
## Case No.: 08-13555-JMP
### SERVICE LIST

| | |
|---|---|
| Arthur J. Margulies, Benjamin Rosenblum, Jane Rue Wittstein, William J. Hine<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017<br><br>Diane Harvey, Harvey R. Miller, Jacqueline Marcus, Robert J. Lemons, Shai Waisman<br>WEIL GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br><br>Ralph I. Miller<br>WEIL GOTSHAL & MANGES, LLP<br>1300 Eye Street, N.W., Suite 1900<br>Washington, DC 20005<br><br>James N. Lawlor<br>WOLLMUTH MAHER & DEUTSCH, LLP<br>One Gateway Center, 9th Floor<br>Newark, NJ 07102<br><br>Jerrold Lyle Bregman, Steven J. Reisman, Lynn P. Harrison, III<br>CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>101 Park Avenue<br>New York, NY 10178<br><br>Joshua Dorchak<br>BINGHAM McCUTCHEN LLP<br>399 Park Avenue<br>New York, NY 10022<br><br>Michael A. Rollin<br>REILLY POZNER LLP<br>1900 Sixteenth Street Ste. 1700<br>Denver, CO 80202<br><br>Paul B. O'Neill, Thomas T. Janover<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br><br>Robert M. Novick<br>KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP<br>1633 Broadway, 21st Floor<br>New York, NY 10019<br><br>*Counsel to Debtor* | Andrea B. Schwartz<br>Department of Justice – Office of U.S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br><br>*U.S. Trustee* |
| | **To all parties entitled to receive notice electronically via the court's electronic docket.** |

NY\51208824.1