Laurie Selber Silverstein, Esquire
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
E-Mail: LSilverstein@potteranderson.com
　　　　RMcNeill@potteranderson.com

*Attorneys for West Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | Case No. 08-13555 (JMP) |
| **Debtors.** | (Jointly Administered) |
| | Re: Docket Number 21429 |

**NOTICE OF WITHDRAWAL OF APPEARNCE AND
REQUEST FOR REMOVAL FROM SERVICE LISTS IN CASE 08-13555**

**PLEASE TAKE NOTICE** that Potter Anderson & Corroon LLP ("Potter Anderson") hereby withdraws (the "Withdrawal") its appearance as counsel for West Corporation ("West") in the above-captioned bankruptcy cases (the "Chapter 11 Cases"). Given the resolution of West's claims in the Chapter 11 Cases, West has determined that Potter Anderson's services are no longer required in connection with the Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests to be removed from all service lists for the Chapter 11 Cases, including the Court's CM/ECF electronic notification list.

**PLEASE TAKE FURTHER NOTICE** that this Withdrawal shall NOT apply to the Lehman Brothers Inc. SIPA Proceeding, Case No. 08-1420 (JMP) SIPA (the "SIPA Case"). Potter Anderson continues to represent affiliates of West as indicated in docket number 4683 of the SIPA Case.

1

Dated: August 28, 2012

POTTER ANDERSON & CORROON LLP

By: /s/ Laurie Selber Silverstein
Laurie Selber Silverstein (Admitted Pro Hac Vice)
P. O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19899
Telephone: (302) 984-6000

*Counsel for West Corporation*

1071378