Laurie Selber Silverstein, Esquire
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
E-Mail: LSilverstein@potteranderson.com
        RMcNeill@potteranderson.com

*Attorneys for West Corporation*

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

      I, Laurie Selber Silverstein, hereby certify that I am not less than 18 years of age and on this 28th day of August, 2012, I caused a true and correct copy of the *Notice of Withdrawal of Appearance and Request for Removal from Service List In Case 08-13555* to be served upon the following parties in the manner indicated below:

**VIA FIRST CLASS MAIL**

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Richard A. Rothman, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(*Counsel to the Debtors and Debtors In Possession*)

**VIA FIRST CLASS MAIL**

Dennis Dunne, Esq.
Wilbur Foster, Jr., Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley
& McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
(*Counsel to Official Committee Of Unsecured Creditors*)

**VIA FEDEX**

Office of the U.S. Trustee
c/o Clerk's Office
United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, NY 10004-1408

**VIA FEDEX**

The Honorable James M. Peck
United States Bankruptcy Judge
c/o Clerk's Office
United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, NY 10004-1408

I declare under penalty of perjury the foregoing is true and correct.

_____
Laurie Selber Silverstein

1071378