**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*., | ) | Case No. 08-13555 (JMP) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**REQUEST FOR REMOVAL FROM ECF SERVICE**

PLEASE TAKE NOTICE that the undersigned hereby requests to be removed from the Court's CM/ECF and any other service list in this case.

Dated:  August 28, 2012        GOLDBERG KOHN LTD.

　　　　　　　　　　　　　　　 /s/ Dimitri G. Karcazes
　　　　　　　　　　　　　　　Dimitri G. Karcazes
　　　　　　　　　　　　　　　GOLDBERG KOHN LTD.
　　　　　　　　　　　　　　　55 East Monroe Street, Suite 3300
　　　　　　　　　　　　　　　Chicago, Illinois  60603
　　　　　　　　　　　　　　　Telephone: (312) 201-4000
　　　　　　　　　　　　　　　Facsimile: (312) 332-2196
　　　　　　　　　　　　　　　ECF Email:  dimitri.karcazes@goldbergkohn.com

4381803                                                                                                                          6580.001