UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
## PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice and attached evidence.

LOAN VALUE OC MASTER FUND LTD.
Name of Transferee

CAMULOS LOAN VEHICLE I, LTD.
Name of Transferor

Name and Address where notices to transferee should be sent:

Loan Value OC Master Fund Ltd.
c/o Brigade Capital Management
399 Park Avenue 16th Floor
New York, NY 10022
Telephone: 212 745 9718
Attention: Aaron Daniels

Claim No.: 29192

Amount of Claim: see attached

Date Claim Filed: September 22, 2009

Evidence of Transfer of Claim is attached as Exhibit A.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [signature]                                    Date: 28 August 2012
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 11 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:        Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:    Camulos Loan Vehicle I, Ltd.

Camulos Loan Vehicle I, Ltd., with offices located at c/o Brigade Capital Management, 399 Park Avenue 16th Floor, New York, NY 10022 (the "Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Loan Value OC Master Fund Ltd., with offices located at c/o Brigade Capital Management, 399 Park Avenue 16th Floor, New York, NY 10022 ("Buyer"), all right, title and interest in and to the claims of Seller against **LEHMAN COMMERCIAL PAPER INC.** (and its affiliates) to the extent of **$2,570,033.00** of Claim No. **29192** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the  28  day of August, 2012

**Camulos Loan Vehicle I, Ltd.**

By: _____
Name:    **Andrew Dean**
Title:     **Director**

**Loan Value OC Master Fund Ltd.**

By: _____
Name:
Title:    Director