UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                 :      Chapter 11 Case No.
                                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,              :      08-13555 (JMP)
                                                      :
                    Debtors.                          :      (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | CES Aviation LLC (08-13905) |
| Creditor Name and Address: | Citibank, N.A.<br>Attn: Edward G. Turan<br>388 Greenwich Street<br>New York, NY 10013-2375<br><br>With copies to:<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Douglas R. Davis<br>1285 Avenue of the Americas<br>New York, New York, 10019-0604 |
| Claim Number (if known): | 17930 |
| Date Claim Filed: | 9/18/2009 |
| Total Amount of Claim Filed: | $0 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature: Douglas R. Davis]* | Dated: August 28, 2012 |
|---|---|
| Printed Name:<br><br>Douglas R. Davis<br><br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br><br>*Attorneys for Citibank, N.A.* | |