## UBS

**UBS AG**
P.O.Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Flurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

# Message

August 20, 2012

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of        Attention: Clerk of the Court

you are receiving  1 Evidence of Transfer of Claim between Credit Suisse, Zurich and UBS AG, Zurich dated 15.8.2012

- [ ] for your information
- [x] for your records
- [ ] as agreed
- [ ] please complete
- [ ] returned with thanks
- [ ] please comment
- [ ] please sign
- [ ] please forward to
- [ ] please return
- [x] please confirm receipt
- [x] please process

Remarks
37) USD 50'000.00    CH1784537    ISIN XS0186883798

Transferor: Credit Suisse AG, Zurich
Initial Claim Number 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

RECEIVED AUG 24 2012 U.S. BANKRUPTCY COURT SD OF NEW YORK

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director



61555 E    05.2005    J1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to UBS AG ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule 1 hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 15 day of August 2012.

**Credit Suisse AG**

By: _____
Name: Martina Berli
Title: Vice President

By: _____
Name: Juliette Diallo
Title: Assistant Vice President

RECEIVED AUG 24 2012
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

TOCE037 CSZH55829UBS0230 50K 20120820
Seite 1 von 2



# SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0186883798 | 59233 | October 30, 2009 | Lehman Brothers Securities NV | USD 50'000.00 |



**UBS**

|  | UBS AG |
|---|---|
|  | P O Box, / CH-8098 Zurich |
|  | Tel |
|  | Securities Services Corporate Events |
|  | Special Transactions & Default |
| **BY REGISTERED MAIL** | Jean-Claude Besson |
| Epiq Bankruptcy Solutions, LLC | OQ9C / O5GC - JWJ |
| 757 Third Avenue, 3rd Floor | Flurstrasse 62 / FFFE - 020 |
|  | Tel. +41 44 235 60 42 |
| New York, NY 10017 | Fax +41 44 235 47 21 |
|  | jean-claude.besson@ubs.com |
|  | www.ubs.com |

# Message

August 20, 2012

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of

you are receiving    1 Evidence of Transfer of Claim between Credit Suisse, Zurich and UBS AG, Zurich dated 15.8.2012

| ☐ for your information | ☐ returned with thanks | ☐ please return |
| ☒ for your records | ☐ please comment | ☒ please confirm receipt |
| ☐ as agreed | ☐ please sign | ☒ please process |
| ☐ please complete | ☐ please forward to | |

Remarks
37) USD 50'000.00     CH1784537     ISIN XS0186883798

Transferor: Credit Suisse AG, Zurich
Initial Claim Number 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

*[signature]*

Jean-Claude Besson
Associate Director

61555 E    -05.2005    J1