B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc. et al. Debtors ,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Banque Cantonale Neuchâteloise                              Crédit Suisse AG
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee                Court Claim # (if known): 55829
should be sent:                                             Amount of Claim: € 30'000
Banque Cantonale Neuchâteloise                              Date Claim Filed: 10/20/2009
Avenue de la Gare 12
2013 Colombier

Phone: +41 32 723 64 10                                     Phone:
Last Four Digits of Acct #:                                 Last Four Digits of Acct. #:

Name and Address where transferee payments
should be sent (if different from above):

                                                            RECEIVED
                                                            AUG 23 2012
                                                            U.S BANKRUPTCY COURT
                                                            SO DIST OF NEW YORK

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                               Date: 08/20/2012
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

_____                                   _____
Christian Debrot                                            David Janko
Fondé de pouvoir                                            Mandataire commercial
Responsable Transactions et                                 Responsable E-banking
opérations finanicères

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Banque Cantonale Neuchâteloise** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON AUGUST 3, 2012.

**Credit Suisse AG**

By: _____
Name: Martina Berli
Title:  Vice President

By: _____
Name: Juliette Diallo
Title:  Assistant Vice President

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0339537390 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | EUR 30'000.00 |



United States Bankruptcy Court
Southern District of New-York
Lehman Brothers Holdings
Claims Center
c/o Epiq Bankruptcy Solutions LLC
FTR Station, P.O. Box 5076
New-York, NY 10150-5076
United States

N/réf. : LO/LO44
Tél. +41 32 723 64 10
Fax +41 32 723 63 21

Colombier, Août 20, 2012

Dear Sir or Madam,

Enclosed we send you an Evidence of Transfer of Claim Form.

Thank you for your attention.

Yours faithfully

BANQUE CANTONALE NEUCHATELOISE

Christian Debrot
Fondé de pourvoir
Responsable Transactions et
Opérations financières

David Janko
Mandataire commercial
Responsable E-banking

Banque Cantonale Neuchâteloise
Place Pury 4, CH-2001 Neuchâtel / Avenue Léopold-Robert 44, CH-2301 La Chaux-de-Fonds
T +41(0)32 723 61 11, F +41(0)32 723 62 36
info@bcn.ch, www.bcn.ch




**URGENT**

X **FB 80**

| Absender / Mittente | Empfänger / Destinatario | Tel. / Tel |
|---|---|---|
| BANQUE CANTONALE NEUCHÂTELOISE SERVICES INTERNES CASE POSTALE 1836 2001 NEUCHÂTEL 1 SWITZERLAND | Name / Nome: UNITED STATES BANKRUPTCY COURT SOUTHERN DISTICT OF NEW-YORK Strasse / Via: C/O EPIQ BANKRUPTCY SOLUTIONS FTR STATION, P.O. BOX 5076 Ort / Luogo: 10150-5076 NEW-YORK, NY Land / Paese: UNITED STATES OF AMERICA | Kontakt |

Ref. Nr / N. di rif.  Tel. +41327236331

X Dokumente / Documenti

Gesamtbruttogewicht / Peso lordo totale: 0 kg 150 g

Landescode ISO und PLZ / Codice Paese ISO e NPA: **US - 10150-5076**

URGENT: Sammelpakete MPS / URGENT: Consegne pacchi multipli MPS
09:00 h Service
12:00 h Service

| Menge Quantità | Genaue Bezeichnung des Inhalts Descrizione dettagliata del contenuto | Tarifnummer N. di tariffa | Schlüssel Codice | Nettogewicht Peso netto | Wert in CHF Valore in CHF | Ursprungsland Paese d'origine |
|---|---|---|---|---|---|---|
| 1 | DOCUMENTS | | | 0.150 | 0.00 | CH |

TOTAL Warenwert in CHF / Valore TOTALE in CHF: 0.00

Bestimmungsland / Paese di destinazione: UNITED STATES OF AMERICA

Datum / Data: 20.08.2012

Special Delivery Instructions

X 2) Postkonto / Conto postale: 20-136-4
3) Rechnung (Debitorennr.) / Fattura (N° debitore)
Rechnungsreferenznr. / N° riferimento fattura: 501200686
Preis / Prezzo: 69.00
Zusatzleistungen / Supplemento: 0.00

Ortscode / Codice del luogo: **5115**

**SWISS POST**

TOTAL CHF 69.00



2 Fakturierung / *Facturation*