United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In re Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| In re Lehman Brothers Commodity Services Inc. | Case No. 08-13885 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER ACCOUNT, L.P. | Credit Suisse Loan Funding LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim #: 66593
Claim Amount: $2,500,000.00

Name and Address where notices to Transferee should be sent:

MATLINPATTERSON DISTRESSED OPPORTUNITIES
MASTER ACCOUNT, L.P.
MatlinPatterson Capital Management, L.P.
520 Madison Avenue, 35th Floor
New York, New York 10022-4213
Attention: Jacob Whyman
Telephone: (212) 651-4281
Fax: (212) 651-4011
Email: whyman@mpasset.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MATLINPATTERSON DISTRESSED OPPORTUNITIES
MASTER ACCOUNT, L.P.

By: MatlinPatterson Capital Management, L.P. as
Advisor for MatlinPatterson Distressed
Opportunities Master Account, L.P.

By: [signature]                                    Date: August 29, 2012
Name: Cameron Millyer
Title: Authorized Signatory

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Lehman Brothers Commodity Services Inc. and The Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, CREDIT SUISSE LOAN FUNDING LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to the MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER ACCOUNT, L.P. (the "Buyer") pursuant to a Transfer of Claim Agreement dated August 29, 2012 between Seller and Buyer, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's general unsecured claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Commodity Services Inc. (the "Debtor"), a debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of US$2,500,000 and filed with the Bankruptcy Court under Proof of Claim Number 66593 (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 29th day of August, 2012

| SELLER: | BUYER: |
|---|---|
| **CREDIT SUISSE LOAN FUNDING LLC** | **MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER ACCOUNT, L.P.** |
| | By:  MatlinPatterson Capital Management, L.P. as advisor for MatlinPatterson Distressed Opportunities Master Account, L.P. |
| By: _____ <br> Name: Douglas DiBella <br> Title: Authorized Signatory <br><br> By: _____ <br> Name: IAN LANDOW <br> Title: AUTHORIZED SIGNATORY | By: _____ <br> Name: <br> Title: |

- 17 -

038-16385/AGR/3398287.4

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Lehman Brothers Commodity Services Inc. and The Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, CREDIT SUISSE LOAN FUNDING LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to the MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER ACCOUNT, L.P. (the "Buyer") pursuant to a Transfer of Claim Agreement dated August 29, 2012 between Seller and Buyer, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's general unsecured claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Commodity Services Inc. (the "Debtor"), a debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of US$2,500,000 and filed with the Bankruptcy Court under Proof of Claim Number 66593 (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 29th day of August, 2012

**SELLER:**

**CREDIT SUISSE LOAN FUNDING LLC**

By:_____
Name:
Title:

By:_____
Name:
Title:

**BUYER:**

**MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER ACCOUNT, L.P.**

By:   MatlinPatterson Capital Management, L.P. as advisor for MatlinPatterson Distressed Opportunities Master Account, L.P.

By:_____
Name:   Cameron Hillyer
Title:   Authorized Signatory

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000066593 |
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Commodity Serv. Inc. | Case No. of Debtor<br>08-13885 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionaly, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Glencore Energy UK Limited
50 Berkeley Street
London
W1J 8HD

Email Address: lee.munden@glencore.co.uk

Telephone number: +44 207 412 3297    Email Address: See above

[✓] Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** 0000029720
(If known)

Filed on: Sep 22, 2009

**Name and address where payment should be sent (if different from above)**
Same as above

Telephone number:    Email Address:

[ ] Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

[ ] Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 2,500,000

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

[✓] Check this box if all or part of your claim is based on a Derivative Contract.*
[ ] Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

[ ] Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Non payment of UK nat gas transactions
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** N/A
   3a. Debtor may have scheduled account as: N/A
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: [ ] Real Estate    [ ] Motor Vehicle    [ ] Other
Describe: N/A
Value of Property: $ _____ Annual Interest Rate ____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ _____ Basis for perfection: _____

Amount of Secured Claim: $ _____    Amount Unsecured: $ _____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ _____
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

[ ] Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

[ ] Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

[ ] Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

[ ] Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

[ ] Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

[ ] Other -- Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$ _____

FOR COURT USE ONLY

| Date:<br>April 15, 2010 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *[signature]*<br>Lee Munden<br>Head of Credit |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.