**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |
|  | : | Ref. Docket No. 30421 |

------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 28, 2012, I caused to be served the "Order Establishing Discovery Procedures in Connection with Omnibus Objections to Reclassify Proofs of Claim as Equity Interests," dated August 27, 2012 [Docket No. 30421], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.  delivered via facsimile to the party listed on the annexed Exhibit B,

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C, and

    iv.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Panagiota Manatakis
Panagiota Manatakis

Sworn to before me this
29th day of August, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | avenes@whitecase.com | cp@stevenslee.com |
| aalfonso@willkie.com | azylberg@whitecase.com | cpappas@dilworthlaw.com |
| abeaumont@fklaw.com | bankr@zuckerman.com | craig.goldblatt@wilmerhale.com |
| abraunstein@riemerlaw.com | bankruptcy@goodwin.com | crmomjian@attorneygeneral.gov |
| acaton@kramerlevin.com | bankruptcy@morrisoncohen.com | cs@stevenslee.com |
| acker@chapman.com | bankruptcy@ntexas-attorneys.com | csalomon@beckerglynn.com |
| adam.brezine@hro.com | bankruptcymatters@us.nomura.com | cschreiber@winston.com |
| adarwin@nixonpeabody.com | barbra.parlin@hklaw.com | cshore@whitecase.com |
| adiamond@diamondmccarthy.com | bbisignani@postschell.com | cshulman@sheppardmullin.com |
| aeckstein@blankrome.com | bcarlson@co.sanmateo.ca.us | ctatelbaum@adorno.com |
| aentwistle@entwistle-law.com | bdk@schlamstone.com | cwalsh@mayerbrown.com |
| afriedman@irell.com | bguiney@pbwt.com | cward@polsinelli.com |
| agbanknewyork@ag.tn.gov | bkmail@prommis.com | cweber@ebg-law.com |
| aglenn@kasowitz.com | bmanne@tuckerlaw.com | cweiss@ingramllp.com |
| agold@herrick.com | bmiller@mofo.com | dallas.bankruptcy@publicans.com |
| agoldstein@tnsj-law.com | boneill@kramerlevin.com | daniel.guyder@allenovery.com |
| aisenberg@saul.com | brian.corey@greentreecreditsolutions.com | dave.davis@isgria.com |
| akantesaria@oppenheimerfunds.com | brosenblum@jonesday.com | david.bennett@tklaw.com |
| akolod@mosessinger.com | broy@rltlawfirm.com | david.heller@lw.com |
| akornikova@lcbf.com | bruce.wright@sutherland.com | david.powlen@btlaw.com |
| alum@ftportfolios.com | bstrickland@wtplaw.com | david.seligman@kirkland.com |
| amarder@msek.com | btrust@mayerbrown.com | davids@blbglaw.com |
| amartin@sheppardmullin.com | bturk@tishmanspeyer.com | davidwheeler@mvalaw.com |
| amcmullen@boultcummings.com | bwolfe@sheppardmullin.com | dbalog@intersil.com |
| amenard@tishmanspeyer.com | cahn@clm.com | dbarber@bsblawyers.com |
| andrew.brozman@cliffordchance.com | calbert@reitlerlaw.com | dbaumstein@whitecase.com |
| andrew.lourie@kobrekim.com | canelas@pursuitpartners.com | dbesikof@loeb.com |
| angelich.george@arentfox.com | carol.weinerlevy@bingham.com | dcimo@gjb-law.com |
| ann.reynaud@shell.com | cbelisle@wfw.com | dcoffino@cov.com |
| anthony_boccanfuso@aporter.com | cbelmonte@ssbb.com | dcrapo@gibbonslaw.com |
| aoberry@bermanesq.com | cbrotstein@bm.net | ddavis@paulweiss.com |
| aostrow@beckerglynn.com | cdesiderio@nixonpeabody.com | ddrebsky@nixonpeabody.com |
| apo@stevenslee.com | cgoldstein@stcwlaw.com | ddunne@milbank.com |
| aquale@sidley.com | chammerman@paulweiss.com | deggermann@kramerlevin.com |
| arahl@reedsmith.com | charles@filardi-law.com | deggert@freebornpeters.com |
| arheaume@riemerlaw.com | charles_malloy@aporter.com | demetra.liggins@tklaw.com |
| arlbank@pbfcm.com | chipford@parkerpoe.com | dfelder@orrick.com |
| arosenblatt@chadbourne.com | chris.donoho@lovells.com | dflanigan@polsinelli.com |
| arthur.rosenberg@hklaw.com | christopher.schueller@bipc.com | dgrimes@reedsmith.com |
| arwolf@wlrk.com | clarkb@sullcrom.com | dhayes@mcguirewoods.com |
| aseuffert@lawpost-nyc.com | clynch@reedsmith.com | dheffer@foley.com |
| ashmead@sewkis.com | cmontgomery@salans.com | diconzam@gtlaw.com |
| asnow@ssbb.com | cohen@sewkis.com | djoseph@stradley.com |
| aunger@sidley.com | colea@gtlaw.com | dkleiner@velaw.com |
| austin.bankruptcy@publicans.com | contact@lawofficesjje.com | dkozusko@willkie.com |

| | | |
|---|---|---|
| dlemay@chadbourne.com | ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| dlipke@vedderprice.com | fhyman@mayerbrown.com | jbecker@wilmingtontrust.com |
| dludman@brownconnery.com | foont@foontlaw.com | jbeemer@entwistle-law.com |
| dmcguire@winston.com | francois.janson@hklaw.com | jbeiers@co.sanmateo.ca.us |
| dmurray@jenner.com | fsosnick@shearman.com | jbird@polsinelli.com |
| dneier@winston.com | fyates@sonnenschein.com | jbromley@cgsh.com |
| dodonnell@milbank.com | gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| dove.michelle@dorsey.com | gbray@milbank.com | jchristian@tobinlaw.com |
| dpegno@dpklaw.com | geraci@thalergertler.com | jdoran@haslaw.com |
| draelson@fisherbrothers.com | ggitomer@mkbattorneys.com | jdrucker@coleschotz.com |
| dravin@wolffsamson.com | ggoodman@foley.com | jdyas@halperinlaw.net |
| drose@pryorcashman.com | giddens@hugheshubbard.com | jean-david.barnea@usdoj.gov |
| drosenzweig@fulbright.com | gkaden@goulstonstorrs.com | jeanites@whiteandwilliams.com |
| drosner@goulstonstorrs.com | glenn.siegel@dechert.com | jeannette.boot@wilmerhale.com |
| drosner@kasowitz.com | gmoss@riemerlaw.com | jeff.wittig@coair.com |
| dshaffer@wtplaw.com | gravert@ravertpllc.com | jeffery.black@bingham.com |
| dshemano@pwkllp.com | gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| dspelfogel@foley.com | guzzi@whitecase.com | jeldredge@velaw.com |
| dtatge@ebglaw.com | harrisjm@michigan.gov | jen.premisler@cliffordchance.com |
| dtheising@harrisonmoberly.com | harveystrickon@paulhastings.com | jennifer.demarco@cliffordchance.com |
| dwdykhouse@pbwt.com | hbeltzer@mayerbrown.com | jennifer.gore@shell.com |
| dwildes@stroock.com | heim.steve@dorsey.com | jeremy.eiden@ag.state.mn.us |
| dworkman@bakerlaw.com | heiser@chapman.com | jfalgowski@reedsmith.com |
| easmith@venable.com | hollace.cohen@troutmansanders.com | jflaxer@golenbock.com |
| echang@steinlubin.com | holsen@stroock.com | jfox@joefoxlaw.com |
| ecohen@russell.com | howard.hawkins@cwt.com | jfreeberg@wfw.com |
| efleck@milbank.com | hseife@chadbourne.com | jg5786@att.com |
| efriedman@fklaw.com | hsnovikoff@wlrk.com | jgenovese@gjb-law.com |
| efriedman@friedumspring.com | hsteel@brownrudnick.com | jguy@orrick.com |
| egeekie@schiffhardin.com | icatto@mwe.com | jherzog@gklaw.com |
| eglas@mccarter.com | igoldstein@dl.com | jhiggins@fdlaw.com |
| ekbergc@lanepowell.com | ilevee@lowenstein.com | jhorgan@phxa.com |
| eleicht@whitecase.com | ira.herman@tklaw.com | jhuggett@margolisedelstein.com |
| eli.mattioli@klgates.com | isgreene@hhlaw.com | jim@atkinslawfirm.com |
| ellen.halstead@cwt.com | israel.dahan@cwt.com | jjoyce@dresslerpeters.com |
| emerberg@mayerbrown.com | iva.uroic@dechert.com | jjtancredi@daypitney.com |
| enkaplan@kaplanlandau.com | jacobsonn@sec.gov | jjureller@klestadt.com |
| eobrien@sbchlaw.com | james.heaney@lawdeb.com | jkehoe@btkmc.com |
| erin.mautner@bingham.com | james.mcclammy@dpw.com | jlamar@maynardcooper.com |
| eschwartz@contrariancapital.com | james.sprayregen@kirkland.com | jlawlor@wmd-law.com |
| esmith@dl.com | jamestecce@quinnemanuel.com | jlee@foley.com |
| etillinghast@sheppardmullin.com | jamie.nelson@dubaiic.com | jlevitin@cahill.com |
| ezujkowski@emmetmarvin.com | jar@outtengolden.com | jlipson@crockerkuno.com |
| ezweig@optonline.net | jason.jurgens@cwt.com | jlovi@steptoe.com |
| fbp@ppgms.com | jay.hurst@oag.state.tx.us | jlscott@reedsmith.com |

| | | |
|---|---|---|
| jmaddock@mcguirewoods.com | ken.coleman@allenovery.com | lubell@hugheshubbard.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | lwhidden@salans.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | mabrams@willkie.com |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | maofiling@cgsh.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | marc.chait@sc.com |
| jmerva@fult.com | kjarashow@fklaw.com | margolin@hugheshubbard.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.bane@ropesgray.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.deveno@bingham.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.ellenberg@cwt.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | mark.hellerer@pillsburylaw.com |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | mark.sherrill@sutherland.com |
| jorbach@hahnhessen.com | korr@orrick.com | martin.davis@ots.treas.gov |
| joseph.cordaro@usdoj.gov | kovskyd@pepperlaw.com | marvin.clements@ag.tn.gov |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | matt@willaw.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | matthew.klepper@dlapiper.com |
| jowolf@law.nyc.gov | kreynolds@mklawnyc.com | maustin@orrick.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | max.polonsky@skadden.com |
| jpintarelli@mofo.com | kuehn@bragarwexler.com | mbenner@tishmanspeyer.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mberman@nixonpeabody.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mberman@nixonpeabody.com |
| jrabinowitz@rltlawfirm.com | landon@streusandlandon.com | mbienenstock@dl.com |
| jrsmith@hunton.com | lapeterson@foley.com | mbloemsma@mhjur.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mbossi@thompsoncoburn.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mcademartori@sheppardmullin.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com | mcantor@normandyhill.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mccombst@sullcrom.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mcordone@stradley.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | mcto@debevoise.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | mcyganowski@oshr.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | mdorval@stradley.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | melorod@gtlaw.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | meltzere@pepperlaw.com |
| jvail@ssrl.com | lkatz@ltblaw.com | metkin@lowenstein.com |
| jwallack@goulstonstorrs.com | lkiss@klestadt.com | mfeldman@willkie.com |
| jwang@sipc.org | lmarinuzzi@mofo.com | mgordon@briggs.com |
| jwcohen@daypitney.com | lmay@coleschotz.com | mgreger@allenmatkins.com |
| jweiss@gibsondunn.com | lmcgowen@orrick.com | mh1@mccallaraymer.com |
| jwest@velaw.com | lml@ppgms.com | mhopkins@cov.com |
| jwh@njlawfirm.com | lnashelsky@mofo.com | michael.frege@cms-hs.com |
| kanema@formanlaw.com | loizides@loizides.com | michael.kelly@monarchlp.com |
| karen.wagner@dpw.com | lromansic@steptoe.com | michael.kim@kobrekim.com |
| kdwbankruptcydepartment@kelleydrye.com | lscarcella@farrellfritz.com | michael.mccrory@btlaw.com |
| keckhardt@hunton.com | lschweitzer@cgsh.com | michael.reilly@bingham.com |
| keith.simon@lw.com | lsilverstein@potteranderson.com | millee12@nationwide.com |

| | | |
|---|---|---|
| miller@taftlaw.com | paronzon@milbank.com | rnetzer@willkie.com |
| mimi.m.wong@irscounsel.treas.gov | patrick.oh@freshfields.com | robert.bailey@bnymellon.com |
| mitchell.ayer@tklaw.com | paul.turner@sutherland.com | robert.dombroff@bingham.com |
| mjedelman@vedderprice.com | pbattista@gjb-law.com | robert.henoch@kobrekim.com |
| mjr1@westchestergov.com | pbosswick@ssbb.com | robert.malone@dbr.com |
| mkjaer@winston.com | pdublin@akingump.com | robert.yalen@usdoj.gov |
| mlahaie@akingump.com | peisenberg@lockelord.com | robin.keller@lovells.com |
| mlandman@lcbf.com | peter.gilhuly@lw.com | roger@rnagioff.com |
| mlichtenstein@crowell.com | peter.macdonald@wilmerhale.com | ronald.silverman@bingham.com |
| mlynch2@travelers.com | peter.simmons@friedfrank.com | ross.martin@ropesgray.com |
| mmendez@hunton.com | peter@bankrupt.com | rqureshi@reedsmith.com |
| mmooney@deilylawfirm.com | pfeldman@oshr.com | rrainer@wmd-law.com |
| mmorreale@us.mufg.jp | phayden@mcguirewoods.com | rreid@sheppardmullin.com |
| mneier@ibolaw.com | pmaxcy@sonnenschein.com | rroupinian@outtengolden.com |
| monica.lawless@brookfieldproperties.com | ppascuzzi@ffwplaw.com | rrussell@andrewskurth.com |
| mpage@kelleydrye.com | ppatterson@stradley.com | rterenzi@stcwlaw.com |
| mparry@mosessinger.com | psp@njlawfirm.com | russj4478@aol.com |
| mpomerantz@julienandschlesinger.com | ptrain-gutierrez@kaplanlandau.com | rwasserman@cftc.gov |
| mprimoff@kayescholer.com | ptrostle@jenner.com | rwyron@orrick.com |
| mpucillo@bermanesq.com | r.stahl@stahlzelloe.com | s.minehan@aozorabank.co.jp |
| mrosenthal@gibsondunn.com | raj.madan@bingham.com | sabin.willett@bingham.com |
| mruetzel@whitecase.com | ramona.neal@hp.com | sabramowitz@velaw.com |
| mschimel@sju.edu | raul.alcantar@ropesgray.com | sabvanrooy@hotmail.com |
| mschlesinger@julienandschlesinger.com | rbeacher@pryorcashman.com | sagolden@hhlaw.com |
| msegarra@mayerbrown.com | rbernard@foley.com | sally.henry@skadden.com |
| mshiner@tuckerlaw.com | rbyman@jenner.com | samuel.cavior@pillsburylaw.com |
| msiegel@brownrudnick.com | rdaversa@orrick.com | sandyscafaria@eaton.com |
| msolow@kayescholer.com | relgidely@gjb-law.com | sara.tapinekis@cliffordchance.com |
| mspeiser@stroock.com | rfleischer@pryorcashman.com | scargill@lowenstein.com |
| mstamer@akingump.com | rfrankel@orrick.com | schannej@pepperlaw.com |
| mvenditto@reedsmith.com | rfriedman@silvermanacampora.com | schepis@pursuitpartners.com |
| mwarren@mtb.com | rgmason@wlrk.com | schnabel.eric@dorsey.com |
| nathan.spatz@pillsburylaw.com | rgraham@whitecase.com | schristianson@buchalter.com |
| ncoco@mwe.com | rhett.campbell@tklaw.com | schwartzmatthew@sullcrom.com |
| neal.mann@oag.state.ny.us | richard.fingard@newedge.com | scottshelley@quinnemanuel.com |
| ned.schodek@shearman.com | richard.lear@hklaw.com | scousins@armstrongteasdale.com |
| neilberger@teamtogut.com | richard.levy@lw.com | sdnyecf@dor.mo.gov |
| newyork@sec.gov | richard.tisdale@friedfrank.com | sehlers@armstrongteasdale.com |
| nherman@morganlewis.com | richard@rwmaplc.com | seichel@crowell.com |
| nickolas.karavolas@pillsburylaw.com | ritkin@steptoe.com | sfelderstein@ffwplaw.com |
| nissay_10259-0154@mhmjapan.com | rjones@boultcummings.com | sfineman@lchb.com |
| nlepore@schnader.com | rleek@hodgsonruss.com | sfox@mcguirewoods.com |
| notice@bkcylaw.com | rlevin@cravath.com | sgordon@cahill.com |
| oipress@travelers.com | rmatzat@hahnhessen.com | sgubner@ebg-law.com |
| otccorpactions@finra.org | rmcneill@potteranderson.com | shannon.nagle@friedfrank.com |

sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com

timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**
FAX LIST

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT D

| Claim Name | Address Information |
| --- | --- |
| ABRAMS, STANLEY | 712 N. CRESCENT DRIVE BEVERLY HILLS CA 90210 |
| ADLER, JENNIFER S. | 166 EAST 61ST STREET # 17G NEW YORK NY 10065 |
| ALI, ASGAR | 470 MALCOLM X BLVD APT 7C NEW YORK NY 10037-3024 |
| ALLARD, ANDREW | 647 DELAWARE AVENUE RIDGEWOOD NJ 07450 |
| ANDERSON, IAN W. | 7 DANSON ROAD KENT BEXLEYHEATH DA6 8HA UNITED KINGDOM |
| ANDRIOLA, ROCCO F. | 45 MOREWOOD OAKS PORT WASHINGTON NY 11050 |
| ANTONCIC, MADELYN | 3251 PROSPECT STREET NW UNIT 302 WASHINGTON DC 20007 |
| BANCHETTI, RICCARDO | FORO BUONAPARTE 24 MILANO 20121 ITALY |
| BANCHETTI, RICCARDO | FORO BONAPARTE 24 MILANO 20121 ITALY |
| BANCHETTI, RICCARDO | LAW OFFICES OF LISA M. SOLOMON ATTN: LISA M. SOLOMON, ESQ. 305 MADISON AVENUE, SUITE 4700 NEW YORK NY 10165 |
| BARDEHLE, CHRISTIAN | VOLTASTRASSE 70 FRANKFURT 60486 GERMANY |
| BAREGGI, MICHELE | 18 SEYMOUR WALK LONDON SW109NF UNITED KINGDOM |
| BASS, BRADLEY | 110 E DELAWARE PL APT 804 CHICAGO IL 60611-1485 |
| BAZYLEVSKY, BO | 25447 MALIBU ROAD MALIBU CA 90265 |
| BECKER, JENNIFER | 611 BUCHANAN BLVD RED BANK NJ 07701 |
| BENSON, CRAIG O. | 1411 NORTH STATE PKWY #35 CHICAGO IL 60610 |
| BIRASCHI,PAOLA | FLAT 73 BRYANSTON COURT II GEORGE STREET LONDON, GT LON W1H 7HD UNITED KINGDOM |
| BIRD, RICHARD | 45 DERWENT ROAD HARPENDEN AL5 3NY UNITED KINGDOM |
| BOGERT, LISA R | 13311 LOST CREEK RD. TOMBALL TX 77375 |
| BOUGHRUM, DONALD J. | 247 MONMOUTH AVE NAVESINK NJ 07752-0808 |
| BOWYER, MICHAEL L. | 26 OAK LANE SCARSDALE NY 10583 |
| BRANCATO, JENNIFER | 35 N. CHATSWORTH AVE, 1R LARCHMONT NY 105383 |
| BREWER, KAREN H | 79 POPLAR ROAD WIMBLEDON LONDON SW193JS UNITED KINGDOM |
| BROADBENT, WILLIAM | 75 PECKSLAND ROAD GREENWICH CT 06831 |
| BROADBENT, WILLIAM S. | 75 PECKSLAND ROAD GREENWICH CT 06831-3647 |
| BROOKS, DAVID J | 22 BARTLETT DR MANHASSET NY 11030-2121 |
| BURKE, TIMOTHY A. | 149 SPLIT ROCK ROAD SYOSSET NY 11791 |
| BUTLER-MCLAUGHLIN, CECELIA | 2 LANGDON ROAD CARLE PLACE NY 11514 |
| CALLIES, GUILLEMETTE | 16 BIS, RUE SOYER NEUILLY-SUR-SEINE F92200 FRANCE |
| CARANGO, ANTHONY T. | #601 HILLVIEW 21-23 MACDONNELL ROAD MIDLEVELS HONG KONG |
| CASSANOVA, CATRINA | 605 THIRD AVENUE, 22ND FLOOR NEW YORK NY 10158 |
| CASUPLE, VIRGILIO | 57 EDGAR PLACE NUTLEY NJ 07110 |
| CATALAO MAIA, ALEXANDRE | 200 EAST 94TH STREET APT 514 NEW YORK NY 10128 |
| CHAN, SHIRLEY | 20B DRAGONVIEW COURT 5 KOTEWALL MID-LEVELS HONG KONG |
| CINTRON, JACQUELINE | 84-01 MAIN ST APT 406 JAMAICA NY 11435 |
| COHEN GUSTAVO SEBASTIAN | ORTIZ DE OCAMPO 2655 PISO 7 DTO 1 BUENOS AIRES 1425 ARGENTINA |
| COHEN, DARIAN J. | 5035 WAGNER WAY OAK PARK CA 91377 |
| COLLIER, MICHAEL | 69 HIGHFIELD WAY RICKMANSWORTH HERTS WD3 7PP UNITED KINGDOM |
| COLTON, DAVID | 345 WASHINGTON AVE GLENCOE IL 60022-1832 |
| CRASTON, EDMUND ANTHONY | 8 ST. MAUR ROAD LONDON SW6 4DP UNITED KINGDOM |
| CREMIN, PATRICK G. | 12 LAUDERDALE MANSIONS LAUDERDALE ROAD MAIDA VALE LONDON W91NE UNITED KINGDOM |
| D'AMADEO, JOSEPH G | 16 HASTINGS ROAD HOLMDEL NJ 07733-2818 |
| DAS, NACHIKETA | 301 EAST 69TH STREET APARTMENT 19B NEW YORK NY 10021 |
| DAY, GEMMA | 33 KENTISH TOWN ROAD LONDON NW1 8NL UNITED KINGDOM |
| DE JESUS, NESTOR E | LA VILLA DE TORRIMAR REINA ANA STREET #163 GUAYNABO PR 00969 |
| DELLARUSSO, RICHARD J. | 8 SUNSET ROAD DARIEN CT 06820 |
| DESFORGES, MATHIEU | 2 DICKENS MEWS LONDON EC1 M5SZ UNITED KINGDOM |
| DICCIANNI, CHARLES | 53 WEDGEWOOD DRIVE GOSHEN NY 10924 |

| Claim Name | Address Information |
|---|---|
| DICENSO, JOSEPH | 17 TREETOPS LN DANVERS MA 01923-1140 |
| DMUCHOWSKI, JOHN J | 86 WINCHESTER DRIVE EAST WINDSOR NJ 08520 |
| DMUCHOWSKI, JOHN J | OMAR-JOHN C. CHAVEZ WENDY L. MAGER SMITH STRATTON WISE HEHER & BRENNAN LLP 2 RESEARCH WAY PRINCETON NJ 08540 |
| DUFFY, KATHLEEN C | 375 SOUTH END AVENUE APT 27A NEW YORK NY 10280 |
| DUFOURNIER, PHILIPPE | 5 MOORHOUSE ROAD LONDON W25DH UNITED KINGDOM |
| DUNKIN, ROBEN L | 107 CLARK STREET GLEN RIDGE NJ 07028 |
| DYER, ROBERT C. | 2 MCLAREN ROAD SOUTH DARIEN CT 06820 |
| ENGEL, STEVEN | 15 ORAN PLACE MORGANVILLE NJ 07751 |
| ERTMANN, JAMES | 1350 ASBURY AVE WINNETKA IL 60093-1406 |
| ESCOBAR, CALIXTO M. JR. | 84 SHERIDAN AVE. STATEN ISLAND NY 10305 |
| FALLTRICK, BARRY J | 9A VAN DIEMANS ROAD CHELMSFORD ESSEX CM2 9QG UNITED KINGDOM |
| FELDERHOF, STEPHEN | 170 HOLLAND PARK AVENUE LONDON W11 4UH UNITED KINGDOM |
| FINKEL, SETH J. | 6 EAST HILL COURT TENAFLY NJ 07670 |
| FINKEL, SETH J. | MICHAEL SCHLESHINGER & MICHELLE L. POMERANTZ JULIEN & SCHLESINGER, P.C. ONE WHITEHALL STREET 17TH FLOOR NEW YORK NY 10004 |
| FINKEL, SETH J. | EUGENE NEAL KAPLAN PATRICK TRAIN-GUTIERREZ KAPLAN LANDAUE, LLP 1065 AVENUE OF THE AMERICAS 27TH FLOOR NEW YORK NY 10018 |
| FLACKMAN, CYNTHIA | 105 PINE BROOK ROAD MONTVILLE NJ 07045 |
| FLEISCHMAN RICHMAN, SANDY | 25 CENTRAL PARK WEST APT #6E NEW YORK NY 10023 |
| FLYNN, PATRICK | 205 9TH STREET WILMETTE IL 60091 |
| FRASER-JENKINS, INIGO L | 10 WYNDHAM STREET 33 PADDINGTON STREET LONDON W1H 1DB UNITED KINGDOM |
| FRYER, DANIEL J. | 3 RIDGEWAY GARDENS ESSEX WESTCLIFF ON SEA SS08PZ UNITED KINGDOM |
| GATTUSO, MARGARET E. | 101 WARREN STREET APT 1120 NEW YORK NY 10007 |
| GLASEBROOK, RICHARD J., II | 515 NORTH STREET GREENWICH CT 06830 |
| GLASEBROOK, RICHARD J., II | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| GOLDBERG, JASON | 745 7TH AVENUE, 17TH FLOOR NEW YORK NY 10019 |
| GOLDBERG, LOUISE | 6 RUSSELL GROVE MILL HILL LONDON NW73QX UNITED KINGDOM |
| GOLDMAN, SHERYL | 1820 BITTERSWEET LANE MOUNT PROSPECT IL 60056 |
| GRAN, MICHAEL | 45 COMELY LANE LATHAM NY 12110 |
| GRAVES, ADRIAN T | 17 WILLOW WAY WING BEDS LEIGHTON BUZZARD LU7 0TJ UNITED KINGDOM |
| GREGG, HAWES | 1911 RUXTON ROAD RUXTON MD 21204 |
| HAHN-COLBERT, SANDRA M | 70 BEAVER BROOK RD. HOLMES NY 12531 |
| HALL, ROOPALI A. | 1 VAN RENSSELAER AVE STAMFORD CT 06902-8018 |
| HARGRAVE, BRIAN | 105 LLEWELLYN ROAD MONTCLAIR NJ 07042 |
| HASHIDA, AKIKO | 713 POINCIANA DR GULF BREEZE FL 32561 |
| HOAR, NICK JOHN | 48A WINCHESTER STREET LONDON SW1V 4NF UNITED KINGDOM |
| HOM, MICHAEL C. | 43 WEST 61ST STREET APT 17K NEW YORK NY 10023 |
| HOOPER, HELEN | 1722 EAST 51ST STREET BROOKLYN NY 11234 |
| HORNICK, PETER | 243 WEST 98TH STREET APARTMENT 3D NEW YORK NY 10025 |
| HOWARD, NICHOLAS P. | 114 WEST ROAD NEW CANAAN CT 06840 |
| HUTTON, RANDALL J. | 22 HILLSIDE LANE NEW HOPE PA 18938 |
| IRAGORRI, JULIAN | 800 5TH AVE-25C NEW YORK NY 10065-7289 |
| IYER, SUBRAMANIUM | C/6, KRIPA SADAN, 9TH CENTER ROAD BORIVALI (EAST) MUMBAI 400066 INDIA |
| JACOBSON, LARS P. | 909 15TH ST. HERMOSA BEACH CA 90254 |
| JAO, ANDREA T. | 77 SEVENTH AVE. APT. 10-S NEW YORK NY 10011 |
| JENCKES, GEORGE A., IV | 76 SCONSET DR FAIRFIELD CT 06824-3854 |
| JOHNSON, BRIAN A. | 888 TOWER ROAD WINNETKA IL 60093 |
| JUDD, IAN | HOLLY HEDGE ST JOHNS HILL ROAD ST JOHNS SURREY WOKING GU21 7RG UNITED KINGDOM |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| KELLARD, CRAIG J | 8 JESMOND ROAD ESSEX CANVEY ISLAND SS8 0AH UNITED KINGDOM |
| KENG-CHONG, CHEN | FLAT B, 11/F GRAND FORTUNE MANSION 1 DAVIES STREET KENNEDY TOWN HONG KONG |
| KENNEY, ARTHUR J. | 200 EAST END AVE, APT 5-DE NEW YORK NY 10128 |
| KENNEY, JUDITH ANN | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| KENNEY, JUDITH ANN | 40 WEST 77TH ST APT #11D NEW YORK NY 10024 |
| KETTLER, R. KYLE | 154 PLANTATION HOUSTON TX 77024 |
| KILGALLON, JOHNINE | 21 TENNYSON DR NANUET NY 10954-1116 |
| KING, HARRIET CHAN | 395 SOUTH 2ND STREET #1 BROOKLYN NY 11211 |
| KOTIAN, SURAJ | SAINATHWADI CO-OP HSG SOC FLAT NO - 505 5TH FLOOR. ASALPHA VILLAGE GHATKOPAR (W) MUMBAI 400084 INDIA |
| KRIEGER, KAREN M. SIMON | 19 MARSHALL COURT GREAT NECK NY 11021 |
| LANGEVIN, MARY | 19 FORT CHARLES PLACE BRONX NY 10463 |
| LANKEN, JONATHAN P | 2 BRYANSTON MEWS WEST LONDON W1H 2DD UNITED KINGDOM |
| LATIFA, DEBBARH | FLAT 20 41 MILLHARBOUR LONDON E14 9NA UNITED KINGDOM |
| LAWRENCE, HENRY MORGAN III | 143 READE STREET, APT 3A NEW YORK NY 10013 |
| LAWRENCE, NICOLE S. | 143 READE STREET, APT 3A NEW YORK NY 10013 |
| LAWSKY, MICHAEL | 17 OAK KNOLL ROAD SUMMIT NJ 07901 |
| LEE, MAN YANG | 306 GOLD ST APT 31C BROOKLYN NY 11201-3051 |
| LEGOTTE, LEONARD J. | 370 ALBOURNE AVE. STATEN ISLAND NY 10309 |
| LENG, MANHUA | 25 POLHEMUS PL BROOKLYN NY 11215-2203 |
| LEUNG, PAMELA | 7527 137TH AVE SE RENTON WA 98059-3098 |
| LEV ARI, TAL | FLAT 2 STRAFFAN LODGE 1-3 BELSIZE GROVE LONDON NW3 4XE UNITED KINGDOM |
| LEVY, STEWART F. | 420 EAST 72ND STREET APT. # 20E NEW YORK NY 10021 |
| LEWIS, SARAH J | FLAT 12 WATERLOO MANSIONS 59 WEBBER STREET LONDON,ANT SE1 0RD UNITED KINGDOM |
| LIOTTI, FABIO | 74 YORK MANSIONS PRINCE OF WALES DRIVE LONDON SW11 4BW UNITED KINGDOM |
| LISTER, JAMES G. | 4 MAYFAIR ROAD ST. LOUIS MO 63124 |
| LOWE, TIA GELAINE | 88 GREENWICH APT 2103 NEW YORK NY 10006 |
| LUDWIG, LINDA | 15 BELVEDERE DRIVE LIVINGSTON NJ 07039 |
| LUDWIG, LINDA | ARNOLD LUDWIG 26 COURT STREET, SUITE 400 BROOKLYN NY 11242 |
| LUKEN, PATRICIA M. | 200 MARYLEBONE RD. #51 LONDON NW1 5PW UNITED KINGDOM |
| LYNCH, MARY A. | 501 EAST 79TH ST NEW YORK NY 10075 |
| MALCOLM, ANDREW | 23 ZANGWILL ROAD BLACKHEATH SE3 8EH UNITED KINGDOM |
| MARCUS, LISA | 131 DEVRIESE COURT TENAFLY NJ 07670 |
| MARCUS, LISA | STEVEN ABRAMOWITZ VINSON & ELKINS LLP 666 5TH AVE. NEW YORK NY 10103 |
| MARNEY, LESLEY N | POPLAR GRANGE 48 CLERKE DRIVE KEMSLEY SITTINGBOURNE, KENT ME102RY UNITED KINGDOM |
| MARSHALL, NIKKI A. | 12 THOMAS ROAD WESTPORT CT 06880 |
| MCCARTHY, LAWRENCE E | 78 BEDFORD ST APT 3A NEW YORK NY 10014-3746 |
| MCCOOEY, KEVIN C. | 11 PLYMOUTH ROAD RYE NY 10580 |
| MCCULLY, MICHAEL K. | 340 EAST 23RD STREET APARTMENT 5M NEW YORK NY 10010-4747 |
| MCGEE, HUGH | 5457 HOLLY SPRINGS HOUSTON TX 77056 |
| MCLAUGHLIN, MARY DEIRDRE | 84 BASEVI WAY GREENWICH LONDON SE8 3JS UNITED KINGDOM |
| MEARS, RUSSELL | 44 HOWARD ROAD UPMINSTER ESSEX, ESSEX RM14 2UF UNITED KINGDOM |
| MENZIES, FIONA M. | 4 MILLHURST MEWS SHEERING ROAD OLD HARLOW ESSEX CM17 0GY UNITED KINGDOM |
| MEYER, JAMES P. | 1530 N DEARBORN #14N CHICAGO IL 60610 |
| MISCHLER, VINCENT | 48 THURLEIGH ROAD LONDON SW12 8UD UNITED KINGDOM |
| MODASIA, DIPAK | 801 CASCADES TOWER 4 WESTFERRY ROAD LONDON E14 8JN UNITED KINGDOM |
| MONAHAN, BRIAN W. | 2 HANCOCK PLACE IRVINGTON NY 10533 |
| MONTALVO, MIRIAM | 1918 KIMBALL STREET BROOKLYN NY 11234 |

| Claim Name | Address Information |
|---|---|
| MUINOS, BARBARA | 10 GIMBALL RD LTL EGG HBR NJ 08087-3670 |
| MULLEN, MICHAEL J. | 396 NORTH STREET GREENWICH CT 06830 |
| MURPHY, PATRICIA | 71 HAYES STREET GARDEN CITY NY 11530 |
| NACKENSON, RICHARD | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| NACKENSON, RICHARD | 254 E 68TH ST APT 31D NEW YORK NY 10065-6000 |
| NEDEV, BORIS | 4TH FLOOR FLAT 59 COURTFIELD GARDENS LONDON SW5 ONF UNITED KINGDOM |
| NETZEL, GAVIN R | 17 DEFIANT CLOSE CHATHAM, KENT ME5 7QS UNITED KINGDOM |
| NEVILLE, IAN A | 30 FARM ROAD RAINHAM,ESSEX RM13 9JU UNITED KINGDOM |
| NOBLE, RICHARD GRANT | THE FIELD HOUSE, TYRRELLS WOOD LEATHERHEAD SURREY KT22 8QJ UNITED KINGDOM |
| NORTH-CLAUSS, BRYAN | 27 DEVONSHIRE PLACE MEWS LONDON ENGLAND W1G6DA UK |
| O'MARA, MICHAEL J. | 10 HURST VIEW ROAD SURREY SOUTH CROYDON CR2 7AG UNITED KINGDOM |
| O'SULLIVAN, THOMAS J. | 336 NASSAU AVE MANHASSET NY 11030 |
| OLIVIER, HELMUT | UNTERER MITTEL WEG 39 HE BAD HOMBURG D61352 GERMANY |
| PARR, ANKE | 15 DANEHURST STREET LONDON SW6 6 UNITED KINGDOM |
| PARR, ANKE | 15 DANEHURST STREET LONDON SW6 6SA UNITED KINGDOM |
| PATANKAR, SAMEER | GOKUL NAGAR, OLD AGRA ROAD, OPP. NAUNEET MOTORS, NEAR SHIVSENA OFFICE THANE (W) INDIA |
| PENTON, ANDREA M | 71 SALLOWS SHAW SOLE STREET KENT COBHAM DA139BP UNITED KINGDOM |
| PETRUCELLI, MICHAEL J. | 305 OTTAWA LANE OAK BROOK IL 60523 |
| PLASKETT, RODNEY A. | 40 BIRCHWOOD LANE HARTSDALE NY 10530 |
| POCHINAPEDDI, VENKATA | 901 SWALLOW CT. NORTH BRUNSWICK NJ 08902 |
| POPE, SAMANTHA J. | (FORMERLY SAMANTHA MALTHOUSE) 2 BATEMANS MEWS WARLEY BRENTWOOD, ESSEX CM14 5WA UNITED KINGDOM |
| PORTER, BARRY | 22 DOVE PARK CHORLEY WOOD WD3 5NY UNITED KINGDOM |
| PRIMIANO, VINCENT | 122 BROADWAY ROCKVILLE CENTRE NY 11570 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON STE 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 11570 |
| PULJIC, GORAN | 8 SEARLES RD. DARIEN CT 06820 |
| RADICK, JONATHAN | 1300 KNOLLWOOD ROAD MOUNTAINSIDE NJ 07092 |
| RAMALLO, HENRY | 27 DAVENPORT WAY HILLSBOROUGH NJ 08844 |
| RAMALLO, HENRY | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| REINER, BRETT S. | 26 BURR FARMS ROAD WESTPORT CT 06880 |
| REYCROFT, EMILY M. | 40 EAST 20TH STREET APARMENT #4 NEW YORK NY 10003 |
| REYNOLDS, CHRISTIAN F. | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| REYNOLDS, CHRISTIAN F. | 151 EAST 31ST STREET, #28E NEW YORK NY 10016 |
| RIVKIN, JACK L. | PO BOX 2249 AMAGANSETT NY 11930 |
| RONCAGLIOLO, JACQUELINE S | 454 RIVER ROAD APARTMENT G NUTLEY NJ 07110 |
| SAKS, ROGER | 64 TWIN BROOKS RD SADDLE RIVER NJ 07458 |
| SANTODOMINGO MARTELL, ALVARO | C/ JOSE SILVA 24, BJ-D MADRID 28043 SPAIN |
| SANTODOMINGO MARTELL, ALVARO | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: ELLEN HAYES & RICH MERTL. 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022 |
| SARKAR, AMIT K | 78 LANSDOWNE RD NOTTINGHILL LONDON W112LS UNITED KINGDOM |
| SARODE, SUNIL | FLAT NO. 214, 'D' WING, UMIYA COMPLEX GAMESH MANDIR ROAD TITWALA (E) KALYAN 421605 INDIA |
| SARONNE, GIANCARLO | 100 OAKWOOD COURT LONDON W14 8JZ UNITED KINGDOM |
| SAVILLO, JOSEPHINE M. | 34-02 BROOKSIDE ST - FLOOR 2 LITTLE NECK NY 11363 |

| Claim Name | Address Information |
|---|---|
| SCHUSTER, CHRISTIANE | FLAT 5 25 ELVASTON PLACE LONDON SW7 5NL UNITED KINGDOM |
| SCHWAB, STEVEN B | 25 KENT ROAD SCARSDALE NY 10583 |
| SCHWARTZ, MARVIN C | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| SCHWARTZ, MARVIN C | 2 EAST 88TH STREET NEW YORK NY 10128 |
| SEBIRI, JONATHAN | 10 MANCHESTER CT MORRISTOWN NJ 07960 |
| SEBIRI, JONATHAN | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, SUITE 4700 NEW YORK NY 10165 |
| SERAYDAR, ROSE MRS | 525 NEPTUNE AVE. APT 22B BROOKLYN NY 11224-4020 |
| SEWARD, BRIAN | 56 LODGE ROAD BRAINTREE, ESSEX CM7 1JB UNITED KINGDOM |
| SHAH, HARSH | FLAT 2 3 PEMBRIDGE PLACE LONDON W2 4XB UNITED KINGDOM |
| SHAH, HARSH | FLAT 2 3 PEMBRIDGE PLACE LONDON WS 4XB UNITED KINGDOM |
| SHAH, HARSH | LAW OFFICES OF LISA M. SOLOMON ATTN: LISA M. SOLOMON, ESQ. 305 MADISON AVENUE, SUITE 4700 NEW YORK NY 10165 |
| SHAPIRO, ROSS B. | 2 HUGH HILL LANE IRVINGTON NY 10533 |
| SHEFFER, SCOTT T. | 601 LONGCHAMPS DRIVE DEVON PA 19333 |
| SHINDE, SUDARSHAN SUBHASH | 43, SUSWAGOTAM NAGAR POSTAL COLONY ROAD, NEAR FINE ARTS SOCIETY CHEMBUR (E) MUMBAI 400071 INDIA |
| SHOTTON, PAUL NIGEL | 124 LUKES WOOD ROAD NEW CANAAN CT 06840 |
| SHUM, DANIEL T. | 11763 E CHARTER OAK DRIVE SCOTTSDALE AZ 85259 |
| SIBIRSKI, LINDA J. | 2165 BRIGHAM STREET APT 6E BROOKLYN NY 11229 |
| SIEGEL, NORMAN | 550 N. KINGSBURG # RO8 CHICAGO IL 60654 |
| SINGH, ANIL KUMAR | 25 WEST DRIVE SURREY CHEAM SM2 7NB UNITED KINGDOM |
| SMITH, MARGARET E | 19 TRINITY GROVE BENGEO HERTFORD, HERTS SG143HB UNITED KINGDOM |
| SNELLING, STEPHEN J | 17 THORNFIELD ROAD HERTS BISHOP'S STORTFORD CM232RB UNITED KINGDOM |
| SOMMA, GREGG | 4 PETERSON ROAD HILLSBOROUGH NJ 08844 |
| SPERO, CHARLES | 555 WEST 59TH ST APT 9E NEW YORK NY 10019 |
| SPERO, CHARLES | LAW OFFICES OF LISA M. SOLOMON ATTN: LISA M. SOLOMON, ESQ. 305 MADISON AVENUE, SUITE 4700 NEW YORK NY 10165 |
| STATHAM, CHRISTOPHER A. | VALEWOOD FARM HOUSE BELL VALE LANE SURREY HASLEMERE GU27 3DJ UNITED KINGDOM |
| STEFFENS, EDWARD M. | 77 MOTLEY STREET MALVERNE NY 11565 |
| STEVENS, CHRISTIAN E. | 2940 ROCKBRIDGE DRIVE HIGHLANDS RANCH CO 80129 |
| STIEFEL, STEPHANIE J | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| STIEFEL, STEPHANIE J | 1 BEEKMAN PL APT 11A NEW YORK NY 10022-8069 |
| SULLIVAN, ANDREA | 29 ROSTREVOR ROAD LONDON SW65AX UNITED KINGDOM |
| SURI, TARVINDER SINGH | FLAT NO. 11, SHREE SAI APT. ROAD NO. 27, SHANTI NALAR WAGLE ESTATE THANE 400604 INDIA |
| SWEELY, GORDON | 56 GILLESPIE AVENUE FAIR HAVEN NJ 07704 |
| SWEELY, GORDON G. | 56 GILLESPIE AVE. FAIR HAVEN NJ 07704 |
| SWEELY, GORDON G. | LAW OFFICES OF LISA M. SOLOMON ATTN: LISA M. SOLOMON, ESQ. 305 MADISON AVENUE, SUITE 4700 NEW YORK NY 10165 |
| TESCHNER, STEFAN | BAHNHOFSALLEE 2 BAD NAUHEIM 61231 GERMANY |
| TOAL, IAN G | 20 PAIGNTON CLOSE ESSEX RAYLEIGH SS69PW UNITED KINGDOM |
| TRAVERSA, ROBERT | 85 RIVER STREET SLEEPY HOLLOW NY 10591-2415 |
| TUIL, LAURENT | FLAT 4 FORDIE HOUSE 82 SLOANE STREET LONDON SW1X 9PA UNITED KINGDOM |
| TURNBULL, NIGINA | 221 WEST 105TH STREET, APT 3FE NEW YORK NY 10025 |
| VALECCE, JOHN | 3 CARRIAGE HOUSE LANE MAMARONECK NY 10543 |
| VELEBA, MILAN | FLAT 13 / CAPSTAN COURT 24 WAPPING WALL LONDON E1W 3SE UNITED KINGDOM |
| VOLINI, PIERLUIGI | LONG MEADOW BICKLEY PARK ROAD BROMLEY, KENT BR1 ZAS UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| WAIRKAR, DINESH VISHWANATH | A 503, PLOT NO. 10, SAI PREM APT. SECTION 8, CHARKOP KANDIVALI (WEST) MUMBAI 400067 INDIA |
| WALKER, MATTHEW | 30 DUNSTAN ROAD LONDON UNITED KINGDOM |
| WALSH, W. PHILLIP | 20 PINE STREET, APARTMENT #1906 NEW YORK NY 10005 |
| WANG, YULAN | 95 SPRING ST MILLBURN NJ 07041-1129 |
| WARD, PETER | 2816 RIVERSIDE DRIVE WANTAGH NY 11793 |
| WARDELL, JEFFERY K. | 2255 BUSH STREET #1 SAN FRANCISCO CA 94115 |
| WATTEVILLE, JEAN DE | 42 ELSWORTHY ROAD LONDON NW3 3DL UNITED KINGDOM |
| WECKER, JEFFREY | KATTEN MUCHIN ROSENMAN LLP ATTN: STEVEN G. ECKAUS, ESQ. 575 MADISON AVENUE NEW YORK NY 10022 |
| WECKER, JEFFREY | 198 MIDDLE LINE HIGHWAY SOUTHAMPTON NY 11968 |
| WEINER, DAVID I. | JULIEN & SCHLESINGER, P.C. ATTN: MICHELLE L. POMERANTZ ONE WHITEHALL STREET, 17TH FLOOR NEW YORK NY 10004 |
| WEINER, DAVID I. | 173 RIVERSIDE DR. NEW YORK NY 10024 |
| WEINREICH, RUTH | 759 HAMPTON ROAD WOODMERE NY 11598 |
| WELCH, COLIN S. A. | 26 HAMILTON GARDENS ST. JOHN'S WOOD NW8 9PU UNITED KINGDOM |
| WHAMOND, CHRISTIAN | 135 RIVERSIDE AVE RIVERSIDE CT 06878-2012 |
| WIDEMAN, ANDREW | 2801 CLINTON WAY DENVER CO 80238 |
| WILKINSON, TIMOTHY B | CORNER COTTAGE PARSONAGE LANE ESSEX LITTLE BADDOW CHELMSFORD CM3 4SU UNITED KINGDOM |
| WILSON, KELLY WEINBERGER | 349 10 FOREST LANE SOLON OH 44139 |
| WILSON, ROBERT W. | 37 UPLAND ROAD ESSEX BILLERICAY CM120JP UNITED KINGDOM |
| WINCHESTER, JUDITH A. | 3929 IVY TERRACE COURT, NW WASHINGTON DC 20007 |
| WREN, ALEX H | 117 FERNDALE RD EASTON CT 66122008 |

**Total Creditor count  246**