B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

VÄRDE INVESTMENT PARTNERS, L.P.          GOLDMAN SACHS LENDING PARTNERS LLC
Name of Transferee                                     Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): 15919
should be sent:                                        Amount of Claim Transferred: $5,000,000.00
                                                       Date Claim Filed: September 17, 2009
8500 Normandale Lake Blvd                              Debtor: Lehman Brothers OTC Derivatives Inc.
Suite 1500
Minneapolis, MN  55437
Attention:  Edwina Steffer
Fax:  (952) 893-9613
Phone:  (952) 374-6983
Email:  esteffer@varde.com

740809v.4

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

VÄRDE INVESTMENT PARTNERS, L.P.
By: Värde Investment Partners G.P., LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____    **Brad P. Bauer**
                                  **Senior Managing Director**            Date: ___8/29/12___
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

VÄRDE INVESTMENT PARTNERS, L.P.
By: Värde Investment Partners G.P., LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner


By: _____          Date: ____8/29/12____
      Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC


By: _____

          Michelle Latzoni
          Authorized Signatory