# Invest Banca

INVEST BANCA S.p.A.
ABI 03017.1
SEDE LEGALE E DIREZIONE GENERALE:
50053 EMPOLI (FI) – Via L. Cherubini 99
Tel. (+39) 0571 020.301
www.investbanca.it - e-mail: info@investbanca.it
Registro Imprese FI e Cod. Fiscale 02586460582
P.IVA 01082611003 – R.E.A. FI 503435
Patrimonio al 31/12/2010 Euro 25.021.411
Aderente al Fondo Nazionale di Garanzia e
al Fondo Interbancario di Tutela dei Depositi



RECEIVED AUG 23 2012 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Legal Department
Prot. 2012/001368

*To*

**LEHMAN BROTHERS HOLDINGS**
**CLAIM PROCESSING**
c/o Epiq Bankrupty Solution, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

*Object:*    **TRANSFER OF CLAIM: COURT CLAIM TRANSFEROR # 62892**

Dear Sirs,

here enclosed we are pleased to send you the documents required to register the transfer, other than for security, from claim of Transferor, Credito Emiliano SPA - Court Claim n. 62892 - to the claim of Transferee, Invest Banca SPA (Court Claim n. 63325), ISIN XS0176153350.

Should you need further information please do not hesitate to contact us.

Best regards.

INVEST BANCA S.p.A.

Empoli, 07-31-2012

INVEST BANCA
13 GIU 2012
PROT. N.

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **CREDITO EMILIANO SPA** ("Seller"), acting on behalf of one customer (the "Customer") hereby unconditionally and irrevocably sells, transfers and assigns to **INVEST BANCA SPA** (the "Purchaser"), acting on behalf of one or more of its customers (together with its customers, the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the nominal amount specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to **Proof of Claim Number 62892** filed by or on behalf of Seller] (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller and its Customer relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's and its Customer's right, title and interest in, to and under the transfer agreements, if any, under which Seller and its Customer or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2. Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller and its Customer owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (f) neither Seller nor its Customer has engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3. Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.



RECEIVED
AUG 23 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 04th day of June 2012.

CREDITO EMILIANO SPA
By:_____
Name: Giorgio Ferrari
Title: Chairman of the board
Via Emilia San Pietro, n.4
42121 Reggio Emilia, Italy

Attn. Efisio Bertrand
Phone 0039 0522 582
Fax 0039 0522 583129
e-mail ebertrand@credem.it

INVEST BANCA SPA
By:_____
Name: ...........................................
Title: ............................ Direttore Generale
       Stefano Sardelli
Via Cherubini, n.99
50053 Empoli (FI), Italy

Attn. ...........................................
Phone 0039 ..................................
Fax 0039 ......................................
e-mail .........................................

Schedule 1

## Transferred Claims

Purchased Claim

0,120642 % of XS0176153350 EUR = USD 43,663.35 of USD 36,192,552.48 (i.e. the outstanding amount of XS0176153350 as described in the Proof of Claim dated 29 October, 2009 and filed on 2 November, 2009),

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREAS.BV 7%/LINKED 10.10.2003/2013 EUR | XS0176153350 | LEHMAN BROTHERS TREASURY BV | Lehman Brothers Holdings Inc. | EUR 30,000.00 (equivalent to USD 42,453.00) | 10/10/2013 | EUR 30,855.31 (equivalent to USD 43,663.35) |

CREDITO EMILIANO S.P.A.

INVEST BANCA SPA

INVEST BANCA

IN THE UNITED STATES BANKRUPTCY COURT 2012
SOUTHERN DISTRICT OF NEW YORK

PROT. N.

Form 210A

United States Bankruptcy Court

SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS        Case No. 08-13555 (JMP)
                                                              JOINTLY ADMINISTERED

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Invest Banca SPA**
Name of Transferee

**Credito Emiliano SPA**
Name of Transferor

Name and Address where notices to transferee
should be sent:

INVEST BANCA S.p.A.
VIA CHERUBINI 99
50053 - EMPOLI (FI)
Italy
Attn: UFFICIO LEGALE
E-mail: boestero@investbanca.it
        legale@investbanca.it
Phone: +39 0571 020.301
Last Four Digits of Acct #: N/A

Court Claim #: 62892
Amount of Claim: $ 152,505,272.33
Date Claim Filed: November , 2 2009
Amount of claim transferred: $ 43,663.35




Phone: 0039 0522 582601
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: [inserire contatto telefonico del ricevente il pagamento per conto del cessionario] +39 0571 020.301
Last Four Digits of Acct #: N/A  6803

[Inserire riferimenti bancari del cessionario] IT26L 050000 16008C 0990003017/USD

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: _____
    Invest Banca S.p.A.
    Direttore Generale
    Transferee/Transferee's Agent

Date: [data di invio comunicazione]
07-31-2012

Penalty for making a false statement: Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S
C. §1152 & 3571.

RECEIVED
AUG 23 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

# Exhibit C

## [address and name of Transferee]

Address for Notices:

INVEST BANCA SPA
VIA CHERUBINI, 99
50053 EMPOLI (FI), ITALY
Attn. ...... UFFICIO LEGALE - LEGAL DEPARTMENT
Tel 0039 ... 0571.020.301
Email ........ boestero@investbanca.it
            legale@investbanca.it

INVEST BANCA
13 GIU 2012
PROT. N.

ORIGINAL
CLAIM OF
TRANSFEROR
N. 62892

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

In Re: Lehman Brothers Holdings Inc., et al., Debtors.
Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Credko Emiliano S.p.A.
Via Emilia S. Pietro, 4
42100 Reggio Emilia
Italy
Attention: Mr. Luca Mariani

Telephone number: +39 0522583005   Email Address: lmariani@credem.it

☐ Check this box to indicate that this claim amends a previously filed claim
Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:   Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: See attached _____ (Required)

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates

International Securities Identification Number (ISIN): See attached _____ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

See attached _____ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

See attached _____ (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

Date: October 23, 2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Name: Giorgio Ferrari   Title: President

FILED | RECEIVED
NOV 02 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al
08-13555 (JMP)   0000062892

**EXHIBIT 2**

| ISIN Code | Nominal Amount (Foreign Currency) | Interest*** (Foreign Currency) | Total (Foreign Currency) | Nominal (USD)** | Interest (USD)** | Total (USD)** |
|---|---|---|---|---|---|---|
| IT0006578600 | EUR 261,000.00 | EUR 5,138.05 | EUR 266,138.05 | 369,341.10 | 7,270.85 | 376,611.95 |
| XS0286532523 | EUR 10,000.00 | EUR 0 | EUR 10,000.00 | 14,151.00 | 0 | 14,151.00 |
| XS0278838191 | EUR 6,022,000.00 | EUR 0 | EUR 6,022,000.00 | 8,521,732.20 | 0 | 8,521,732.20 |
| XS0208453023 | EUR 17,154,000.00 | EUR 384,946.05 | EUR 17,538,946.05 | 24,274,625.40 | 544,737.16 | 24,819,362.56 |
| XS0204505023 | EUR 150,000.00 | EUR 3,366.09 | EUR 153,366.09 | 212,365.00 | 4,763.25 | 217,028.35 |
| XS0181945972 | EUR 6,497,000.00 | EUR 156,056.64 | EUR 6,653,056.64 | 9,193,904.70 | 220,835.75 | 9,414,740.45 |
| XS0144360042 | EUR 18,000.00 | EUR 83.25 | EUR 18,083.25 | 25,477.80 | 117.81 | 25,595.61 |
| XS0162289663 | EUR 330,000.00 | EUR 0 | EUR 330,000.00 | 466,983.00 | 0 | 466,983.00 |
| XS0163559841 | EUR 3,443,000.00 | EUR 66,834.14 | EUR 3,509,834.14 | 4,872,189.30 | 94,576.99 | 4,966,766.29 |
| XS0176153330 | EUR 24,867,000.00 | EUR 708,968.12 | EUR 25,575,968.12 | 35,189,491.70 | 1,003,260.78 | 36,192,552.48 |
| XS0176968209 | EUR 1,763,000.00 | EUR 48,707.99 | EUR 1,811,707.99 | 2,494,821.30 | 68,926.67 | 2,563,747.97 |
| XS0185565445 | EUR 2,495,000.00 | EUR 62,507.73 | EUR 2,557,507.73 | 3,530,674.50 | 88,454.69 | 3,619,129.19 |
| XS0187929225 | EUR 7,662,000.00 | EUR 131,466.89 | EUR 7,793,466.89 | 10,842,496.20 | 186,038.80 | 11,028,535.00 |
| XS0195431613 | EUR 4,182,000.00 | EUR 35,896.62 | EUR 4,217,896.62 | 5,917,948.20 | 50,797.30 | 5,968,745.50 |
| XS0200284247 | EUR 8,367,000.00 | EUR 250,316.38 | EUR 8,617,316.38 | 11,840,141.70 | 354,222.70 | 12,194,364.40 |
| XS0204117030 | EUR 251,000.00 | EUR 6,673.64 | EUR 257,673.64 | 355,190.10 | 9,443.81 | 364,633.91 |
| XS0205185436 | EUR 1,926,000.00 | EUR 9,770.79 | EUR 1,935,770.79 | 2,725,482.60 | 13,826.65 | 2,739,309.25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| XS0210782552 | EUR 1,518,000.00 | EUR 33,328.75 | EUR 1,551,328.75 | 2,148,121.80 | 47,163.52 | 2,195,285.32 |
| XS0211093041 | EUR 12,560,000.00 | EUR 145,503.83 | EUR 12,705,503.83 | 17,773,656.00 | 205,902.47 | 17,979,558.47 |
| XS0211814123 | EUR 4,076,000.00 | EUR 98,432.14 | EUR 4,174,432.14 | 5,767,947.60 | 139,291.32 | 5,907,238.92 |
| XS0213416141 | EUR 43,000.00 | EUR 431.18 | EUR 43,431.18 | 60,849.30 | 610.16 | 61,459.46 |
| XS0213971210 | EUR 1,200,000.00 | EUR 11,901.36 | EUR 1,211,901.36 | 1,698,120.00 | 16,841.61 | 1,714,961.61 |
| XS0215349357 | EUR 265,000.00 | EUR 5,519.08 | EUR 270,519.08 | 375,001.50 | 7,810.04 | 382,811.54 |
| XS0218304458 | EUR 318,000.00 | EUR 7,379.35 | EUR 325,379.35 | 450,001.80 | 10,442.52 | 460,444.32 |
| XS0239269856 | EUR 10,000.00 | EUR 504.10 | EUR 10,504.10 | 14,151.00 | 713.35 | 14,864.35 |
| XS0276162327 | EUR 28,000.00 | EUR 0 | EUR 28,000.00 | 39,622.80 | 0 | 39,622.80 |
| XS0286302988 | EUR 1,177,000.00 | EUR 0 | EUR 1,177,000.00 | 1,665,572.70 | 0 | 1,665,572.70 |
| XS0299701499 | EUR 740,000.00 | EUR 0 | EUR 740,000.00 | 1,047,174.00 | 0 | 1,047,174.00 |
| XS0301086475 | EUR 194,000.00* | EUR 0 | EUR 194,000.00* | 274,529.40 | 0 | 274,529.40 |
| XS0302634059 | EUR 5,000.00 | EUR 0 | EUR 5,000.00 | 7,075.50 | 0 | 7,075.50 |
| **Total Claim Amount** | | | | | | **USD $ 152,505,272.33** |

\* EUR 1,000.00 of nominal value for each certificate

\*\* Amounts due in EUR have been converted to US Dollars using the exchange rate published by the European Central Bank for September 15, 2008: 1 EUR = 1.4151 USD.

\*\*\* Interest accrued until September 14, 2008 (included).

# SDA EXPRESS COURIER

**INTERNAZIONALE**

SDA Express Courier S.p.A. con unico socio
Società appartenente al Gruppo Poste Italiano
Sede Legale e Direzione Generale: 00163 Roma
Via E. Gra, 19 - tel 06.665921   - fax 06.66411595-6
www.sda.it - e-mail: infosda@sda.it
Cap. Soc.: Euro 54.600.000 int. vers. REA 906440
Reg. Imp. di Roma e C.F. 02335990541 - P.IVA 05714511002

**1943084000038**

## MITTENTE

INVEST BANCA S.P.A.

VIA CHERUBINI,99

50053 EMPOLI (FI)

ITALIA    Telefono

Spedito da:

| | | | | |
|---|---|---|---|---|
| N. Colli: | 1 di 1 | Peso (KG): | 0,00 | L/W/H:    // |
| Peso T (Kg): | 0,00 | Data: | 17/08/2012 | |
| Imballaggio: | envelope | Tipologia: | Documento | |
| Contenuto: | | | | |

## DESTINATARIO

LEHMAN BROTHERS HOLDINGS

FDR STATION,P.O. BOX 5076

101505076 NEW YORK

U.S.A.    Telefono    +390571020301

Att.ne di:    CLAIM PROCESSING C/O EPIQ BANKRUPTY SOLUTION,LLC

N. IDENT. FISCALE:

Assicurazione:              Valore Dichiarato:    0,00
Pag. Oneri:    MITTENTE    Valore Totale:

La Presente e' una lettera di vettura non negoziabile regolata esclusivamente dalle 'condizioni di trasporto' riportate sul modulo vendita che il cliente dichiara di avere esaminato ed accettato.



**INTERNAZIONALE**

SDA Express Courier S.p.A. con unico socio
Società appartenente al Gruppo Poste Italiano
Sede Legale e Direzione Generale: 00163 Roma
Via E. Gra, 19 - tel 06.665921   - fax 06.66411595-6
www.sda.it - e-mail: infosda@sda.it
Cap. Soc.: Euro 54.600.000 int. vers. REA 906440
Reg. Imp. di Roma e C.F. 02335990541 - P.IVA 05714511002

**1943084000038**

## MITTENTE

INVEST BANCA S.P.A.

VIA CHERUBINI,99

50053 EMPOLI (FI)

ITALIA    Telefono

Spedito da:

| | | | | |
|---|---|---|---|---|
| N. Colli: | 1 di 1 | Peso (KG): | 0,00 | L/W/H:    // |
| Peso T (Kg): | 0,00 | Data: | 17/08/2012 | |
| Imballaggio: | envelope | Tipologia: | Documento | |
| Contenuto: | | | | |

## DESTINATARIO

LEHMAN BROTHERS HOLDINGS

FDR STATION,P.O. BOX 5076

101505076 NEW YORK

U.S.A.    Telefono    +390571020301

Att.ne di:    CLAIM PROCESSING C/O EPIQ BANKRUPTY SOLUTION,LLC

N. IDENT. FISCALE:

Assicurazione:              Valore Dichiarato:    0,00
Pag. Oneri:    MITTENTE    Valore Totale:

La Presente e' una lettera di vettura non negoziabile regolata esclusivamente dalle 'condizioni di trasporto' riportate sul modulo vendita che il cliente dichiara di avere esaminato ed accettato.