## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Neue Aargauer Bank AG** ("Transferor") unconditionally and irrevocably transferred to **Berner Kantonalbank AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55814**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON JULY 30, 2012.

**Neue Aargauer Bank AG**

By: _____
Name: Fermin Alventosa
Title: NPC 3 / A946699
       056 462 75 52

By: _____
Name: Timo Heck
Title: A624814 / NIDG 22
       056 462 79 65

We confirm above information:

**Berner Kantonalbank AG**
Banque Cantonale Bernoise SA
3550 Langnau im Emmental

Renato Herrmann              Samuel Niklaus
Asset Manager Adviser        Head of Private Banking

RECEIVED AUG 23 2012 U.S. BANKRUPTCY COURT SD DIST OF NY

If you need further informations please contact:

BEKB|BCBE
Professional management investment clients – VKAK
Bundesplatz 8 / Postfach
CH – 3001 Bern
Switzerland

Phone: 0041 31 666 63 02
Time shift: + 6 hours

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| CH0036891122 | 55814 | October 29, 2009 | Lehman Brothers Treasury BV | CHF 5'000.00 |