, 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BBVA (Suiza) S.A. | Goldman, Sachs & Co. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Selnaustrasse 32, 4th floor,
CH-8021 Zürich
Switzerland
**Attn: Francisca Anselmi (Back Office)**
*Ref: Lehman adjustment #51168*

Court Claim # (if known): 51168

Amount of Claim Transferred: $11,489.75 (in allowed claim amount)

Date Claim Filed: 10/28/2009

Phone: _____
Last Four Digits of Acct #: _____

Phone: +41442659624
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

*BBVA Suiza SA*
*Citibank NY N36141665*
*citius33*
*ABA: 021000089*

BBVA (Suiza) SA
Selnaustrasse 32/36
CH-8021 Zürich

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BBVA (Suiza) S.A.

BBVA (Suiza) SA
Selnaustrasse 32/36
CH-8021 Zürich

By: _____
Transferee/Transferee's Agent  H. MAESO
Francisca Anselmi

Date: _____

VALIDIERT
29. Aug. 2012
Erl. _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

P.S. Agent and Goldman Sachs made an error calculation on our first distribution claim 51168 in our favour and now they are sending the difference in money usd 11'489.75 as calculated and offered by Lehman Distribution LBT Guarantee claims