B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holding Inc., et. Al.,                Case No. 08-13555 (JMP)
                                                            (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence **(SEE EXHIBIT A)** and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                          Name of Transferor

Macquarie Bank  Limited                     Merle Chase LLC
                                            Court Claim # (if known): 17169
                                            Amount of Claim: $555,679.80
                                            Date Claim Filed: September 18, 2009

Name and Address where notices to Transferee should be sent:

Macquarie Bank Limited
c/o Macquarie Capital (USA) Inc.
125 West 55th Street
New York, New York  10019
Attention: FICC Credit Sales & Trading

With a copy to:
Sidley Austin LLP
787 Seventh Avenue
New York, New York  10019
Attn: Jaime Senior
E-Mail: jsenior@sidley.com
Phone: (212) 839-5300; Facsimile: (212) 839-5599

Last Four Digits of Acct #: N/A              Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

MACQUARIE BANK LIMITED
c/o Macquarie Capital (USA) Inc.
125 West 55th Street
New York, New York  10019
Attention: Robert Perdock
Telephone: 212-231-2338
E-Mail: robert.perdock@macquarie.com
Last Four Digits of Acct #: 5375

#986044

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: See signatures below          Date: August 29, 2012

By: /s/ Nathan Booker          /s/ Alan Cameron
Transferee/Transferee's Agent

Nathan Booker
Associate Director
Legal Risk Management

Alan D Cameron
Executive Director
Fixed Income & Currencies
Macquarie Bank Ltd

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 8479066v.1

#986044

## Exhibit A

**Evidence of Transfer of Claim**

Refer to the attached.

#986044

## Evidence of Transfer of Claim

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO: LEHMAN BROTHERS HOLDINGS INC.

**MERLE CHASE LLC** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **MACQUARIE BANK LIMITED** ("Buyer"), all of its right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. 17169 (the "Claim"), in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 20 day of August, 2012.

| MERLE CHASE LLC | MACQUARIE BANK LIMITED |
|---|---|
| By: *[signature]* <br> Name: Peter D. Smith <br> Title: Member | By: _____ <br> Name: <br> Title: |
| | By: _____ <br> Name: <br> Title: |

## Evidence of Transfer of Claim

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO: LEHMAN BROTHERS HOLDINGS INC.

MERLE CHASE LLC ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to MACQUARIE BANK LIMITED ("Buyer"), all of its right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. 17169 (the "Claim"), in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the __20__ day of August, 2012.

| MERLE CHASE LLC | MACQUARIE BANK LIMITED |
|---|---|
| By:_____ | By:_____ Marc Thatcher, Managing Director |
| Name: | Name: |
| Title: | Title: |
| | By:_____ |
| | Name: Joel Outlaw |
| | Title: Associate Director, Legal Risk Management |

(Macquarie POA Ref: # 594/10
dated 25 November 2010)

KL2 27504153