WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777
Stephen A. Youngman

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:  (212) 530-5000
Dennis F. Dunne
Evan R. Fleck

-and-

MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street, NW, Suite 1100
Washington, D.C. 20006
Telephone:  (202) 835-7500
David S. Cohen

Attorneys for Litigation Subcommittee of the
Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |

------------------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION
UNDER 28 U.S.C. § 1746 REGARDING JOINT MOTION OF LEHMAN
BROTHERS HOLDINGS INC. AND LITIGATION SUBCOMMITTEE OF
CREDITORS' COMMITTEE PURSUANT TO RULE 9019 OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE FOR APPROVAL OF SETTLEMENT
AGREEMENT RELATED TO PROOFS OF CLAIM NUMBER 3813 AND 17120**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of

the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management

Order"), the undersigned hereby certify as follows:

1.      Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"),

as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman

Brothers Holdings Inc. and Its Affiliated Debtors, and the litigation subcommittee of the Official

Committee of Unsecured Creditors appointed in these cases (the "Committee") filed a joint

motion to approve a settlement and compromise related to proofs of claim number 3813 and

17120 [ECF No. 30064] (the "Motion") with this Court on August 15, 2012.  In accordance with

the Second Amended Case Management Order and the Order Modifying Certain Existing Claims

Orders [ECF No. 29505], August 29, 2012 at 4:00 p.m. (Prevailing Eastern Time), was

established as the deadline (the "Objection Deadline") for parties to object or file a response to

the Motion.

2.      The Second Amended Case Management Order provides that pleadings

may be granted without a hearing, provided that, *inter alia*, no objections have been filed prior to

the relevant Objection Deadline and the attorney for the entity who filed the pleading complies

with the relevant procedural and notice requirements.  The Objection Deadline has now passed

2

and, to the best of my knowledge, no objection or other responsive pleading to the Motion has

been filed on the docket of the above-referenced cases in accordance with the procedures set

forth in the Second Amended Case Management Order, nor has any objection or other

responsive pleading to the Motion been served on counsel for the Plan Administrator or the

Committee.  To the best of my knowledge, notice of the Motion was provided to the parties

described in the Affidavit of Service filed on August 21, 2012 [ECF. No. 30244].

   3.  Accordingly, for the reasons set forth in the Motion, the Plan

Administrator and the Committee respectfully request that the Proposed Order annexed hereto as

3

<u>Exhibit A</u>, be entered in accordance with the procedures described in the Second Amended Case

Management Order.

        I declare that the foregoing is true and correct.

Dated: August 29, 2012
      New York, New York

                    /s/ Stephen A. Youngman
                    Stephen A. Youngman

                    WEIL, GOTSHAL & MANGES LLP
                    200 Crescent Court, Suite 300
                    Dallas, Texas 75201
                    Telephone: (214) 746-7700
                    Facsimile: (214) 746-7777

                    Attorneys for Lehman Brothers Holdings Inc.
                    and Certain of Its Affiliates

                    /s/ Evan R. Fleck
                    Dennis F. Dunne
                    Evan R. Fleck

                    MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
                    1 Chase Manhattan Plaza
                    New York, New York 10005
                    Telephone:  (212) 530-5000

                    -and-

                    David S. Cohen
                    MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
                    1850 K Street, NW, Suite 1100
                    Washington, D.C. 20006
                    Telephone:  (202) 835-7500

                    Attorneys for Litigation Subcommittee of the
                    Official Committee of Unsecured Creditors

US_ACTIVE:\44082375\1\58399.0011

**<u>EXHIBIT A</u>**

**(Proposed Order)**

US_ACTIVE:\44082375\1\58399.0011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------------x
                                                    :
In re                                               :    **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    **08-13555 (JMP)**
                                                    :
                            **Debtors.**            :    **(Jointly Administered)**
                                                    :
--------------------------------------------------------------------------------x

## ORDER PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING AND APPROVING A SETTLEMENT AGREEMENT RELATED TO PROOFS OF CLAIM NUMBER 3813 AND 17120

Upon the motion, dated August 15, 2012 (the "Motion"), of Lehman Brothers

Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors (the "Plan"), and the litigation subcommittee of the Official Committee of Unsecured

Creditors appointed in these cases pursuant to Rule 9019 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules") for approval of that certain Settlement Agreement, dated

August 15, 2012 (the "Settlement Agreement"), a copy of which is attached to the Motion as

Exhibit A, all as more fully described in the Motion;[1] and the Court having jurisdiction to

consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and

1334 and Standing Order M-431 Referring to Bankruptcy Judges for the Southern District of

New York Any and All Proceedings Under Title 11, dated January 31, 2012 (Preska, C.J.); and

consideration of the Motion and the relief requested therein being a core proceeding pursuant to

28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

US_ACTIVE:\44082375\1\58399.0011

1409; and due and proper notice of the Motion having been provided in accordance with the

procedures set forth in the second amended order entered June 17, 2010 governing case

management and administrative procedures [ECF No. 9635]; and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the Motion is in the best interests of LBHI, its creditors, and all other parties in interest

and that the legal and factual bases set forth in the Motion establish just cause for the relief

granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted; and it is further

ORDERED that, pursuant to Bankruptcy Rule 9019, the Settlement Agreement is

approved; and it is further

ORDERED that LBHI is duly authorized to execute, deliver, implement, and fully

perform any and all obligations, instruments, documents, and papers and to take any and all

actions reasonably necessary or appropriate to consummate the Settlement Agreement and

perform any and all obligations contemplated therein; and it is further

ORDERED that the following documents filed in these Chapter 11 Cases shall be

deemed withdrawn:

1. Motion of OMX Timber Finance Investments II, LLC for Limited Relief from

   the Automatic Stay [ECF No. 2023];

2. Objection of Official Committee of Unsecured Creditors to Motion of OMX

   Timber Finance Investments II, LLC for Limited Relief from the Automatic

   Stay [ECF No. 2335];

US_ACTIVE:\44082375\1\58399.0011

3.  Joinder of the Debtors to the Official Committee of Unsecured Creditors'
Objection to OMX Timber Finance Investments II, LLC's Motion for Relief
from the Automatic Stay [ECF No. 2340]; and

4.  Preliminary Objection of Official Committee of Unsecured Creditors to OMX
Claim and Disputed Boise Claim [ECF No. 25925].

ORDERED that notice of the Motion as provided therein shall be deemed good
and sufficient notice of such Motion; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising
from or related to the implementation of this Order, including any action or proceedings relating
to the enforcement or interpretation of the Settlement Agreement.

Dated: _____, 2012
     New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE