UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                                    :
In re                                                                            :     Chapter 11 Case No.
                                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :     08-13555 (JMP)
                                                                                    :
                    Debtors.                                         :     (Jointly Administered)
                                                                                    :
-------------------------------------------------------------------x

### ORDER PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING AND APPROVING A SETTLEMENT AGREEMENT RELATED TO PROOFS OF CLAIM NUMBER 3813 AND 17120

Upon the motion, dated August 15, 2012 (the "Motion"), of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), and the litigation subcommittee of the Official Committee of Unsecured Creditors appointed in these cases pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for approval of that certain Settlement Agreement, dated August 15, 2012 (the "Settlement Agreement"), a copy of which is attached to the Motion as Exhibit A, all as more fully described in the Motion;[1] and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and Standing Order M-431 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

procedures set forth in the second amended order entered June 17, 2010 governing case management and administrative procedures [ECF No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of LBHI, its creditors, and all other parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted; and it is further

ORDERED that, pursuant to Bankruptcy Rule 9019, the Settlement Agreement is approved; and it is further

ORDERED that LBHI is duly authorized to execute, deliver, implement, and fully perform any and all obligations, instruments, documents, and papers and to take any and all actions reasonably necessary or appropriate to consummate the Settlement Agreement and perform any and all obligations contemplated therein; and it is further

ORDERED that the following documents filed in these Chapter 11 Cases shall be deemed withdrawn:

1. Motion of OMX Timber Finance Investments II, LLC for Limited Relief from the Automatic Stay [ECF No. 2023];

2. Objection of Official Committee of Unsecured Creditors to Motion of OMX Timber Finance Investments II, LLC for Limited Relief from the Automatic Stay [ECF No. 2335];

3. Joinder of the Debtors to the Official Committee of Unsecured Creditors' Objection to OMX Timber Finance Investments II, LLC's Motion for Relief from the Automatic Stay [ECF No. 2340]; and

    4. Preliminary Objection of Official Committee of Unsecured Creditors to OMX Claim and Disputed Boise Claim [ECF No. 25925].

ORDERED that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order, including any action or proceedings relating to the enforcement or interpretation of the Settlement Agreement.

Dated: New York, New York
       August 30, 2012

                          *s/ James M. Peck*
                          HONORABLE JAMES M. PECK
                          UNITED STATES BANKRUPTCY JUDGE