B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                                (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Solus Core Opportunities Master Fund Ltd | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 28105
Amount of Claim Transferred: $10,000,000.00 (as allowed)
Date Claim Filed: 9/22/09
Debtor: Lehman Brothers Holdings Inc.

Attn: Solus Compliance Officer
Solus Core Opportunities Master Fund Ltd
C/O Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, NY 10022
Tele #: (212) 284-4300
Fax#:  (212) 284-4338
E-Mail: Compliance@soluslp.com

715428v.8 3091/00071                          24

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Solus Core Opportunities Master Fund Ltd
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____         Date: 8/28/12
Name of Transferee/Transferee's Agent

Christopher Bondy
Executive Vice President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

715428v.8 3091/00071                    25

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 28105

GOLDMAN SACHS LENDING PARTNERS LLC and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

SOLUS CORE OPPORTUNITIES MASTER FUND LTD

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 28105, solely to the extent of $10,000,000.00, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated August 26, 2012.

Solus Core Opportunities Master Fund Ltd
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
Name:
Title:

Christopher Bondy
Executive Vice President

Goldman Sachs Lending Partners LLC

By: _____
Name:
Title:

715428v.8 3091/00071                                26

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 28105

GOLDMAN SACHS LENDING PARTNERS LLC and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

SOLUS CORE OPPORTUNITIES MASTER FUND LTD

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 28105, solely to the extent of $10,000,000.00, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated August 28, 2012.

Solus Core Opportunities Master Fund Ltd
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
Name:
Title:

Goldman Sachs Lending Partners LLC

By: _____
Name:
Title: Michelle Latzoni
Authorized Signatory

715428v.8 3091/00071                    26