Patrick L. Hayden
Shawn R. Fox
McGuireWoods LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
Telephone: (212) 548-2100
Facsimile: (212) 548-2150
phayden@mcguirewoods.com
sfox@mcguirewoods.com

Counsel for Commonwealth of Virginia
Tobacco Settlement Financing Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re                                          :    **Chapter 11 Case No.**
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*    :    **08-13555 (JMP)**
                                               :
                  Debtors.                     :    **(Jointly Administered)**
                                               :
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Thomas Matthew Collins, hereby certify that on August 30, 2012, I served or caused to be served a true and correct copy of the Response of Commonwealth of Virginia Tobacco Settlement Financing Corporation to Debtors' One Hundred Ninety-First Omnibus Objection to Claims (Valued Derivative Claims) upon the following parties:

Via Electronic Mail:

| | |
|---|---|
| LehmanTeam@Weil.Com | jbregman@curtis.com |
| lharrison@curtis.com | sreisman@curtis.com |
| andrea.b.schwartz@usdoj.gov | |

Via United States Postal Service, First Class Mail, Postage Prepaid:

| | |
|---|---|
| Harvey R. Miller<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Lori R. Fife<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Jacqueline Marcus<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Robert J. Lemons<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Alfredo R. Perez<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Alvarez & Marsal North America, LLC<br>600 Lexington Avenue, 6th Floor<br>New York, NY 10022 |
| Lazard Freres & Co. LLC<br>30 Rockefeller Plaza<br>New York, NY 10020 | The Office of the United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 |
| Arthur J. Margulies<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | Benjamin Rosenblum<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |
| James N. Lawlor<br>Wollmuth Maher & Deutsch LLP<br>One Gateway Center<br>9th Floor<br>Newark, NJ 07102 | Jane Rue Wittstein<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |
| Jerrold Lyle Bregman<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 | Joshua Dorchak<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022 |
| Lynn P. Harrison, III<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178-0061 | Michael A. Rollin<br>Reilly Pozner LLP<br>1900 Sixteenth Street Ste. 1700<br>Denver, CO 80202 |
| Paul B. O'Neill<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Robert M. Novick<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>21st Floor<br>New York, NY 10019 |
| Steven J. Reisman<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 | Thomas T. Janover<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |

| | |
|---|---|
| William J. Hine<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017-6702 | Christopher K. Kiplok<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| Daniel Steven Lubell<br>Hughes Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, NY 10004 | |

Dated: August 30, 2012

/s/ *Thomas Matthew Collins*
Thomas Matthew Collins
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222
Telephone: (412) 667-6067
tcollins@mcguirewoods.com