**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)
*Bankruptcy Counsel for Lead Plaintiff and the Putative Class*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF CLAIM NOS. 22023, 22024 AND 27760**

Lead Plaintiff, Locals 302 and 612 of the International Union of Operating Engineers - Employers Construction Industry Retirement Trust ("**Op. Engineers Retirement Trust**") and Plaintiff New Jersey Carpenters Health Fund ("**NJCHF**," and collectively, "**Plaintiffs**"), in the consolidated securities action entitled *In re Lehman Brothers Mortgage Backed Securities Litigation*, Case No. 08-6762 (the "**MBS Litigation**"), filed in the United States District Court for the Southern District of New York, hereby withdraws Claim Nos. 22023, 22024 and 27760 filed by Plaintiffs on their own behalf (Claim Nos. 22023 and 22024) and on behalf of "all persons and entities who purchased or otherwise acquired Lehman Brothers Holdings Inc. securities between February 13, 2007 and September 15, 2008, inclusive, pursuant or traceable to materially false and misleading registration statement and prospectuses and certain documents

99992/47
08/30/2012 21444925.1

incorporated therein by reference, and who were damaged thereby" (Claim No. 27760). On June 21, 2012, final approval of settlement was granted in the MBS Litigation, which, in part, released Plaintiffs' and the Class' claims against the Debtor. As a result, this withdrawal is being made with prejudice pursuant to paragraph 4 of the Settlement Agreement, dated January 13, 2012.

Respectfully submitted,

**LOWENSTEIN SANDLER PC**

By: */s/ S. Jason Teele*
    Michael S. Etkin
    S. Jason Teele
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel for Plaintiffs and the Class*

Dated: August 30, 2012
      New York, New York