# **Exhibit A**

| Proposed New Holder | Filed Amount | Allowed Amount | Proposed New Claim Number |
|---|---:|---:|---:|
| Allianz Bank | $0.00 | $40,481.61 | 200073 |
| Baden-Württembergische Bank | $0.00 | $12,307,352.33 | 200074 |
| BHF Bank | $0.00 | $33,723.81 | 200075 |
| Bremer Landesbank | $0.00 | $677,844.43 | 200076 |
| comdirect Bank | $0.00 | $82,175.86 | 200077 |
| Commerzbank AG | $0.00 | $37,212.77 | 200078 |
| Commerzbank AG (Berlin) | $0.00 | $10,338.04 | 200079 |
| Commerzbank AG Frankfurt | $0.00 | $66,458.85 | 200080 |
| Commerzbank Lauf | $0.00 | $5,907.45 | 200081 |
| Cortal Consors S.A. | $0.00 | $18,315.33 | 200082 |
| DAB bank AG | $0.00 | $33,723.81 | 200083 |
| Delbrueck Bethmann Maffei AG | $0.00 | $150,193.79 | 200084 |
| Deutsche Apotheker- und Ärtzebank | $0.00 | $39,980.33 | 200085 |
| Deutsche Bank | $0.00 | $10,840.42 | 200086 |
| Deutsche Bank 24 AG | $0.00 | $13,954.79 | 200087 |
| Deutsche Bank AG | $0.00 | $101,869.22 | 200088 |
| Deutsche Postbank Köln | $0.00 | $70,959.45 | 200089 |
| Dresdner Bank AG Frankfurt | $0.00 | $5,310.77 | 200090 |
| Dresdner Bank AG Hannover | $0.00 | $7,384.32 | 200091 |
| Frankfurter Sparkasse | $0.00 | $113,175,277.37 | 200092 |
| Hannoversche Volksbank | $0.00 | $9,933.74 | 200093 |
| Hannoversche Volksbank eG | $0.00 | $58,228.94 | 200094 |
| HSH Nordbank AG | $0.00 | $110,464.85 | 200095 |
| ING-Diba AG | $0.00 | $75,136.49 | 200096 |
| Kasseler Sparkasse | $0.00 | $242,759.61 | 200097 |
| Kreissparkasse Böblingen | $0.00 | $10,661.46 | 200098 |
| Kreissparkasse Eichsfeld | $0.00 | $211,920.05 | 200099 |
| Kreissparkasse Freudenstadt | $0.00 | $18,606.39 | 200100 |
| Kreissparkasse Gelnhausen | $0.00 | $295,040.20 | 200101 |
| Kreissparkasse Gotha | $0.00 | $106,144.57 | 200102 |
| Kreissparkasse Groß-Gerau | $0.00 | $840,531.26 | 200103 |
| Kreissparkasse Herzogtum Lauenburg | $0.00 | $1,004,242.34 | 200104 |
| Kreissparkasse Köln | $0.00 | $18,606.38 | 200105 |
| Kreissparkasse Northeim | $0.00 | $31,249.40 | 200106 |
| Kreissparkasse Saalfeld-Rudolstadt | $0.00 | $130,462.83 | 200107 |
| Kreissparkasse Saarlouis | $0.00 | $1,097,776.79 | 200108 |
| Kreissparkasse Schlüchtern | $0.00 | $66,440.65 | 200109 |
| Kreissparkasse Schwalm-Eder | $0.00 | $391,204.46 | 200110 |
| Kreissparkasse Waiblingen | $0.00 | $11,241.27 | 200111 |
| Kreissparkasse Weilburg | $0.00 | $80,993.17 | 200112 |
| Landesbank Baden-Württemberg | $0.00 | $21,243.09 | 200113 |
| Landessparkasse zu Oldenburg | $0.00 | $354,374.63 | 200114 |
| Mittelbrandenburgische Sparkasse in Potsdam | $0.00 | N/A | 200115 |
| Nassauische Sparkasse | $0.00 | $25,874.23 | 200116 |
| Norddeutsche Landesbank | $0.00 | N/A | 200117 |
| OnVista Bank GmbH | $0.00 | $11,241.27 | 200118 |
| OstseeSparkasse Rostock | $0.00 | $470,704.04 | 200119 |

08-13555-jmp Doc 30324 Filed 08/22/12 Entered 08/22/12 20:17:35 Main Document Pg 11 of 12

| Proposed New Holder | Filed Amount | Allowed Amount | Proposed New Claim Number |
|---|---:|---:|---:|
| Postbank Köln | $0.00 | $59,583.44 | 200120 |
| SEB Bank Frankfurt | $0.00 | $33,316.94 | 200121 |
| Spar- und Leihkasse zu Bredstedt | $0.00 | $676,913.47 | 200122 |
| Sparda Bank Hessen eG | $0.00 | $98,450.25 | 200123 |
| Sparkasse Arnstadt-Ilmenau | $0.00 | $10,233.50 | 200124 |
| Sparkasse Baden-Baden Gaggenau | $0.00 | $92,101.48 | 200125 |
| Sparkasse Battenberg / S-Broker | $0.00 | $0.00 | 200126 |
| Sparkasse Bensheim | $0.00 | $270,027.68 | 200127 |
| Sparkasse Bielefeld | $0.00 | $14,557.24 | 200128 |
| Sparkasse Bochum | $0.00 | N/A | 200129 |
| Sparkasse Bodensee | $0.00 | $18,606.39 | 200130 |
| Sparkasse Bremerhaven | $0.00 | $8,138.34 | 200131 |
| Sparkasse Coburg-Lichtenfels | $0.00 | $648,608.91 | 200132 |
| Sparkasse Dieburg | $0.00 | $991,397.11 | 200133 |
| Sparkasse Essen | $0.00 | N/A | 200134 |
| Sparkasse Freyung-Grafenau | $0.00 | $283,821.20 | 200135 |
| Sparkasse Fulda | $0.00 | $513,820.11 | 200136 |
| Sparkasse Gera-Greiz | $0.00 | $298,394.18 | 200137 |
| Sparkasse Gießen | $0.00 | $198,379.62 | 200138 |
| Sparkasse Goslar/Harz | $0.00 | $226,141.39 | 200139 |
| Sparkasse Gronau | $0.00 | $21,659.92 | 200140 |
| Sparkasse Grünberg | $0.00 | $77,242.92 | 200141 |
| Sparkasse Gummersbach-Bergneustadt | $0.00 | $475,400.43 | 200142 |
| Sparkasse Gütersloh | $0.00 | N/A | 200143 |
| Sparkasse Hanau | $0.00 | $944,219.35 | 200144 |
| Sparkasse Hannover | $0.00 | $33,045,156.80 | 200145 |
| Sparkasse Herford | $0.00 | $440,797.02 | 200146 |
| Sparkasse Holstein | $0.00 | $14,191.06 | 200147 |
| Sparkasse Jena-Saale-Holzland | $0.00 | $86,624.06 | 200148 |
| Sparkasse KölnBonn | $0.00 | $7,236,944.30 | 200149 |
| Sparkasse Krefeld | $0.00 | $1,091,483.78 | 200150 |
| Sparkasse Langen-Seligenstadt | $0.00 | $80,070.89 | 200151 |
| Sparkasse Leipzig | $0.00 | $416,882.55 | 200152 |
| Sparkasse Leverkusen | $0.00 | N/A | 200153 |
| Sparkasse Lüdenscheid | $0.00 | $18,613.30 | 200154 |
| Sparkasse Marburg-Biedenkopf | $0.00 | $1,451,244.47 | 200155 |
| Sparkasse Märkisches Sauerland Hemer - Menden | $0.00 | $113,528.46 | 200156 |
| Sparkasse Mittelfranken-Süd | $0.00 | $113,528.46 | 200157 |
| Sparkasse Mittelthüringen | $0.00 | $239,367.08 | 200158 |
| Sparkasse Münsterland Ost | $0.00 | $7,588.29 | 200159 |
| Sparkasse Oberhessen | $0.00 | $200,994.75 | 200160 |
| Sparkasse Odenwaldkreis | $0.00 | $59,970.50 | 200161 |
| Sparkasse Rhein-Nahe | $0.00 | $5,310.77 | 200162 |
| Sparkasse Rhön-Rennsteig | $0.00 | $99,805.48 | 200163 |
| Sparkasse Rotenburg-Bremervörde | $0.00 | $16,260.63 | 200164 |
| Sparkasse Schaumburg | $0.00 | N/A | 200165 |
| Sparkasse Schwelm | $0.00 | $36,099.86 | 200166 |

| Proposed New Holder | Filed Amount | Allowed Amount | Proposed New Claim Number |
|---|---:|---:|---:|
| Sparkasse Spree-Neiße | $0.00 | $10,661.46 | 200167 |
| Sparkasse Starkenburg | $0.00 | $2,430,524.36 | 200168 |
| Sparkasse Südliche Weinstraße Landau | $0.00 | $34,058.54 | 200169 |
| Sparkasse Ulm | $0.00 | $7,095.53 | 200170 |
| Sparkasse Vest-Recklinghausen | $0.00 | N/A | 200171 |
| Sparkasse Waldeck-Frankenberg | $0.00 | $191,538.05 | 200172 |
| Sparkasse Werra-Meißner | $0.00 | $1,517,656.66 | 200173 |
| Sparkasse Westmünsterland/S-Broker | $0.00 | N/A | 200174 |
| Sparkasse Wetzlar | $0.00 | $902,396.44 | 200175 |
| Sparkasse Witten | $0.00 | $535,918.82 | 200176 |
| Sparkasse Zollernalb | $0.00 | N/A | 200177 |
| Stadt- und Kreis-Sparkasse Darmstadt | $0.00 | $1,793,784.86 | 200178 |
| Städt. Sparkasse Offenbach a. M. | $0.00 | $355,207.03 | 200179 |
| Stadtsparkasse Augsburg | $0.00 | $147,886.34 | 200180 |
| Stadtsparkasse Baden-Baden Gaggenau | $0.00 | $23,257.97 | 200181 |
| Stadtsparkasse Barsinghausen | $0.00 | $22,705.69 | 200182 |
| Stadtsparkasse Emmerich-Rees | $0.00 | $443,781.68 | 200183 |
| Stadt-Sparkasse Gelsenkirchen | $0.00 | $122,130.30 | 200184 |
| Stadtsparkasse Grebenstein | $0.00 | $6,043.08 | 200185 |
| Stadtsparkasse Schwerte | $0.00 | $132,975.44 | 200186 |
| Stadtsparkasse Wuppertal | $0.00 | N/A | 200187 |
| Stuttgarter Volksbank AG | $0.00 | $44,965.08 | 200188 |
| TaunusSparkasse | $0.00 | $1,369,210.61 | 200189 |
| VerbundSparkasse Emsdetten-Ochtrup | $0.00 | $163,915.23 | 200190 |
| Vereinigte Volksbank Maingau eG. | $0.00 | $6,663.39 | 200191 |
| Volksbank Bielefeld | $0.00 | $47,672.70 | 200192 |
| Volksbank Göppingen eG | $0.00 | $16,861.90 | 200193 |
| Volksbank Kurpfalz | $0.00 | $73,068.25 | 200194 |
| Volksbank Weinheim eG | $0.00 | $13,954.79 | 200195 |
| Volksbank Weschnitztal EG | $0.00 | $26,653.55 | 200196 |
| Wartburg-Sparkasse | $0.00 | $121,625.32 | 200197 |