PROSKAUER ROSE, LLP
ELEVEN TIMES SQUARE
NEW YORK, NY 10036
(212) 969-3000
Martin J. Bienenstock, Esq.
Irena Goldstein, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                       :
                                                            :   Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., *et al.*,:                       08-13555 (JMP)
                                                            :
                            Debtors.                        :   Jointly Administered
                                                            :
------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK )

   SOWON YOON, being duly sworn, deposes and says:

   1. I am not a party to this action and I am over the age of 18 years and reside in New York, New York.

   2. On the 24th of July, 2012, I electronically filed the following documents: (1) NOTICE OF MOTION OF CREDIT PROTECTION TRUSTS 207 AND 283 FOR ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(B)(1) AND (4), BANKRUPTCY RULE 9024, AND BANKRUPTCY CODE SECTION 105(A) GRANTING RELIEF FROM CONFIRMATION ORDER; (2) MEMORANDUM OF LAW IN SUPPORT OF MOTION OF

CREDIT PROTECTION TRUSTS 207 AND 283 FOR ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(B)(1) AND (4), BANKRUPTCY RULE 9024, AND BANKRUPTCY CODE SECTION 105(A) GRANTING RELIEF FROM CONFIRMATION ORDER; (3) DECLARATION OF JONATHAN P. MEYERS IN SUPPORT OF MOTION OF CREDIT PROTECTION TRUSTS 207 AND 283 FOR AN ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(B)(1) AND (4), BANKRUPTCY RULE 9024, AND BANKRUPTCY CODE SECTION 105(A) GRANTING RELIEF FROM CONFIRMATION ORDERL; AND (4) DECLARATION OF JEFFRET CHUBAK IN SUPPORT OF MOTION OF CREDIT PROTECTION TRUSTS 207 AND 283 FOR AN ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 609B)(1) AND (4), BAKRUPTCY RULE 9024, AND BANKRUPTCY CODE SECTION 105(A) GRANTING RELIEF FROM CONFIRMATION ORDER. On the 29th of July, 2012, caused the true and correct copies of same to be served:

(1) by Overnight Federal Express Mail upon all parties listed on the annexed Exhibit A.

Dated: New York, New York,

July 30, 2012

_____
Sowon Yoon

Sworn to before me this 30th day of
July, 2012

_____
NOTARY PUBLIC, State of New York Qualified
in the County of New York
My Commission Expires  10/24/15

ALISON S. ZIFFREN
Notary Public, State of New York
No. 01ZI6250364
Qualified in New York County
Commission Expires Oct. 24, 2015

**EXHIBIT A**

Jones Day
222 E 41st Street
New York, NY 10017
Attn: Aviva Warter Sisitsky, Esq.