B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.     Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim.

| Goldman Sachs Lending Partners LLC | Solus Recovery Fund LP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

GOLDMAN SACHS LENDING PARTNERS LLC
200 West Street
New York, NY 10282
Fax: 646-769-7700

Court Claim # (if known): 14162

Amount of Claim Listed on Claims Register as Reduced and Allowed by Court Order:
$1,700,000.00

Amount of Claim Transferred: $442,941.80

Date Claim Filed: 9/17/2009

Debtor: Lehman Brothers Holdings Inc.

14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Goldman Sachs Lending Partners LLC

By: _____  Michelle Latzoni Authorized Signatory  Date: 8/30/12
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

Solus Recovery Fund LP
By: Solus Alternative Asset Management LP
    Its Investment Advisor

By: _____
Transferor/Transferor's Agent

15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Goldman Sachs Lending Partners LLC

By: _____          Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

Solus Recovery Fund LP
By: Solus Alternative Asset Management LP
    Its Investment Advisors

By: _____
    Transferor/Transferor's Agent

15