GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re                                                        :          Chapter 11
                                                             :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.,*                 :          Case No. 08-13555 (JMP)
                                                             :
                                    Debtors.                 :          (Jointly Administered)
------------------------------------------------------------- x

## STIPULATION BETWEEN MOULTON BELLINGHAM PC
## AND THE FEE COMMITTEE REGARDING THE
## SECOND INTERIM APPLICATION OF MOULTON BELLINGHAM PC,
## SPECIAL COUNSEL TO THE DEBTORS, FOR COMPENSATION AND EXPENSES
## FOR THE PERIOD OCTOBER 1, 2011 THROUGH MARCH 5, 2012

TO:    **THE HONORABLE JAMES M. PECK,**
       **UNITED STATES BANKRUPTCY JUDGE**

WHEREAS, on May 21, 2012, Moulton Bellingham PC filed the *Second Interim*

*Application of Moulton Bellingham PC, Special Counsel to the Debtors in Possession, Seeking*

*Allowance and Payment of Interim Compensation and Reimbursement of Actual and Necessary*

*Expenses for October 1, 2011 Through March 5, 2012* (the "**Second Fee Application**") [Docket

No. 27970] seeking interim fees in the amount of $421,009.50 for professional services rendered

and reimbursement of out-of-pocket expenses in the amount of $8,125.10 with respect to the

period from October 1, 2011 through March 5, 2012 (the "**Tenth Interim Period**");

WHEREAS, Moulton Bellingham regularly has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for out-of-pocket expenses during the pendency of these cases;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to the *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in the chapter 11 cases of Lehman Brothers Holdings, Inc., *et al.* (the "**Fee Committee**") has reviewed the Second Fee Application, issued a Confidential Letter Report with respect thereto on July 23, 2012, and entered into negotiations with Moulton Bellingham regarding the Second Fee Application;

WHEREAS, as a result of these negotiations, Moulton Bellingham and the Fee Committee have agreed to a reduction of $9,695.75 for professional services rendered and no reduction for expenses incurred by Moulton Bellingham in the Tenth Interim Period;

## STIPULATION

NOW, THEREFORE, the Fee Committee and Moulton Bellingham hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving Moulton Bellingham's request for allowance and payment of interim compensation and reimbursement of out-of-pocket expenses in the reduced amount of $411,313.75 in fees and reimbursement of $8,125.10 in out-of-pocket expenses for the period from October 1, 2011 to March 5, 2012, and directing the Debtors to pay any such amounts not previously paid to Moulton Bellingham.

[Signature page follows]

Dated: Madison, Wisconsin
   August 24, 2012.

          GODFREY & KAHN, S.C.


      By:   /s/ *Katherine Stadler*
          Katherine Stadler
          GODFREY & KAHN, S.C.
          One East Main Street, Suite 500
          Madison, WI 53703
          Telephone: (608) 257-3911
          Facsimile: (608) 257-0609
          E-mail: kstadler@gklaw.com

          *Attorneys for the Fee Committee*

Dated: Billings, Montana
   August 22, 2012.


          MOULTON BELLINGHAM PC


      By:   /s/ *Doug James*
          Doug James
          Suite 1900, Crowne Plaza
          27 North 27th Street
          Billings, MT 59103
          Telephone: (406) 248-7731
          Facsimile: (406) 248-7889
          Email: doug.james@moultonbellingham.com

8350945_2

Dated: Madison, Wisconsin
     August 24, 2012.

                                   GODFREY & KAHN, S.C.

By: _____

                                   Katherine Stadler
                                   GODFREY & KAHN, S.C.
                                   One East Main Street, Suite 500
                                   Madison, WI 53703
                                   Telephone: (608) 257-3911
                                   Facsimile: (608) 257-0609
                                   E-mail: kstadler@gklaw.com

                                   *Attorneys for the Fee Committee*

Dated: Billings, Montana
     August 22, 2012.

                                   MOULTON BELLINGHAM PC

By: _____

                                   Doug James
                                   Suite 1900, Crowne Plaza
                                   27 North 27th Street
                                   Billings, MT 59103
                                   Telephone: (406) 248-7731
                                   Facsimile: (406) 248-7889
                                   Email: doug.james@moultonbellingham.com

8350945_2