GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re                                            :    Chapter 11
                                                 :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,     :    Case No. 08-13555 (JMP)
                                                 :
                              Debtors.           :    (Jointly Administered)
------------------------------------------------------------- x

**STIPULATION BETWEEN KREBSBACH & SNYDER, P.C. AND
THE FEE COMMITTEE REGARDING THE
SECOND INTERIM APPLICATION OF KREBSBACH & SNYDER, P.C.,
SPECIAL COUNSEL TO THE DEBTORS,
FOR COMPENSATION AND EXPENSES
FOR THE PERIOD OCTOBER 1, 2011 THROUGH MARCH 6, 2012**

TO:   THE HONORABLE JAMES M. PECK
      U.S. BANKRUPTCY JUDGE

WHEREAS, on May 21, 2012, Krebsbach & Snyder, P.C. ("**Krebsbach**") filed the

*Second Interim Application of Krebsbach & Snyder, P.C., Special Litigation Counsel to the*

*Debtor Lehman Brothers Holdings Inc., for Allowance of Interim Compensation and*

*Reimbursement of Expenses for the Tenth Interim Period from October 1, 2011 to March 6, 2012*

(the "**Second Fee Application**") [Docket No. 27992] seeking interim fees in the amount of

$512,385.50 for professional services rendered and reimbursement of out-of-pocket expenses in the amount of $7,750.98;

WHEREAS, Krebsbach regularly has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "**Fee Committee**") has reviewed the Second Fee Application, issued a Confidential Letter Report on July 20, 2012, and entered into a dialogue with Krebsbach regarding this application; and

WHEREAS, as a result of this dialogue, Krebsbach has agreed to accept the Fee Committee's proposed disallowance of fees in the amount of $980.00 for professional services rendered and $260.96 in out-of-pocket expenses.

## STIPULATION

NOW, THEREFORE, the Fee Committee and Krebsbach hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving Krebsbach's request for interim compensation and reimbursement of expenses in the reduced amount of $511,405.50 in fees and $7,490.02 in expenses.

[*Signature Page Follows*]

2

Dated: Madison, Wisconsin
       August 21, 2012.

                              GODFREY & KAHN, S.C.

By:     /s/ *Katherine Stadler*

       Katherine Stadler
       GODFREY & KAHN, S.C.
       One East Main Street, Suite 500
       Madison, WI 53703
       Telephone: (608) 257-3911
       Facsimile: (608) 257-0609
       E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

Dated: New York, New York
       August 20, 2012.

                              KREBSBACH & SNYDER, P.C.

By:     /s/ *Barry S. Gold*

       Barry S. Gold
       Krebsbach & Snyder, P.C.
       One Exchange Plaza
       55 Broadway, Suite 1600
       New York, NY 10006
       Telephone: 212-825-9811
       Facsimile: 212-825-9828
       E-mail: bgold@krebsbach.com

8349203_1

Dated: Madison, Wisconsin
August 21, 2012.

                         GODFREY & KAHN, S.C.

By: _____
       Katherine Stadler
       GODFREY & KAHN, S.C.
       One East Main Street, Suite 500
       Madison, WI 53703
       Telephone: (608) 257-3911
       Facsimile: (608) 257-0609
       E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

Dated: New York, New York
August 20, 2012.

                         KREBSBACH & SNYDER, P.C.

By: _____
       Barry S. Gold
       Krebsbach & Snyder, P.C.
       One Exchange Plaza
       55 Broadway, Suite 1600
       New York, NY 10006
       Telephone: 212-825-9811
       Facsimile: 212-825-9828
       E-mail: bgold@krebsbach.com

8349203_1