UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------x    Ref. Docket No. 29977

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 13, 2012, I caused to be served the "Fee Committee's Position Statement on Pending Section 503(B) Applications," dated August 13, 2012 [Docket No. 29977], by causing true and correct copies to be:

   i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii. delivered via facsimile to the party listed on the annexed Exhibit B, and

   iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Kerry O'Neil*
Kerry O'Neil

Sworn to before me this
14th day of August, 2012

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\LBH\Affidavits\GAK_Fee Committees Position Statement_DI_29977_AFF_8-13-12_SS.doc

# EXHIBIT A

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | austin.bankruptcy@publicans.com | cp@stevenslee.com |
| aalfonso@willkie.com | avenes@whitecase.com | cpappas@dilworthlaw.com |
| abeaumont@fklaw.com | azylberberg@whitecase.com | craig.goldblatt@wilmerhale.com |
| abraunstein@riemerlaw.com | bankr@zuckerman.com | crmomjian@attorneygeneral.gov |
| acaton@kramerlevin.com | bankruptcy@goodwin.com | cs@stevenslee.com |
| acker@chapman.com | bankruptcy@morrisoncohen.com | csalomon@beckerglynn.com |
| adam.brezine@hro.com | bankruptcy@ntexas-attorneys.com | cschreiber@winston.com |
| adarwin@nixonpeabody.com | bankruptcymatters@us.nomura.com | cshore@whitecase.com |
| adiamond@diamondmccarthy.com | barbra.parlin@hklaw.com | cshulman@sheppardmullin.com |
| aeckstein@blankrome.com | bbisignani@postschell.com | ctatelbaum@adorno.com |
| aentwistle@entwistle-law.com | bcarlson@co.sanmateo.ca.us | cwalsh@mayerbrown.com |
| afriedman@irell.com | bdk@schlamstone.com | cward@polsinelli.com |
| agbanknewyork@ag.tn.gov | bguiney@pbwt.com | cweber@ebg-law.com |
| aglenn@kasowitz.com | bkmail@prommis.com | cweiss@ingramllp.com |
| agold@herrick.com | bmanne@tuckerlaw.com | dallas.bankruptcy@publicans.com |
| agoldstein@tnsj-law.com | bmiller@mofo.com | daniel.guyder@allenovery.com |
| aisenberg@saul.com | boneill@kramerlevin.com | dave.davis@isgria.com |
| akantesaria@oppenheimerfunds.com | brian.corey@greentreecreditsolutions.com | david.bennett@tklaw.com |
| akolod@mosessinger.com | brosenblum@jonesday.com | david.heller@lw.com |
| akornikova@lcbf.com | broy@rltlawfirm.com | david.powlen@btlaw.com |
| alum@ftportfolios.com | bruce.wright@sutherland.com | david.seligman@kirkland.com |
| amarder@msek.com | bstrickland@wtplaw.com | davids@blbglaw.com |
| amartin@sheppardmullin.com | btrust@mayerbrown.com | davidwheeler@mvalaw.com |
| amcmullen@boultcummings.com | bturk@tishmanspeyer.com | dbalog@intersil.com |
| amenard@tishmanspeyer.com | bwolfe@sheppardmullin.com | dbarber@bsblawyers.com |
| anann@foley.com | cahn@clm.com | dbaumstein@whitecase.com |
| andrew.brozman@cliffordchance.com | calbert@reitlerlaw.com | dbesikof@loeb.com |
| andrew.lourie@kobrekim.com | canelas@pursuitpartners.com | dcimo@gjb-law.com |
| angelich.george@arentfox.com | carol.weinerlevy@bingham.com | dcoffino@cov.com |
| ann.reynaud@shell.com | cbelisle@wfw.com | dcrapo@gibbonslaw.com |
| anthony_boccanfuso@aporter.com | cbelmonte@ssbb.com | ddavis@paulweiss.com |
| aoberry@bermanesq.com | cbrotstein@bm.net | ddrebsky@nixonpeabody.com |
| aostrow@beckerglynn.com | cdesiderio@nixonpeabody.com | ddunne@milbank.com |
| apo@stevenslee.com | cgoldstein@stcwlaw.com | deggermann@kramerlevin.com |
| aquale@sidley.com | chammerman@paulweiss.com | deggert@freebornpeters.com |
| arahl@reedsmith.com | charles@filardi-law.com | demetra.liggins@tklaw.com |
| arheaume@riemerlaw.com | charles_malloy@aporter.com | dfelder@orrick.com |
| arlbank@pbfcm.com | chipford@parkerpoe.com | dflanigan@polsinelli.com |
| arosenblatt@chadbourne.com | chris.donoho@lovells.com | dgrimes@reedsmith.com |
| arthur.rosenberg@hklaw.com | christopher.schueller@bipc.com | dhayes@mcguirewoods.com |
| arwolf@wlrk.com | clarkb@sullcrom.com | dheffer@foley.com |
| aseuffert@lawpost-nyc.com | clynch@reedsmith.com | diconzam@gtlaw.com |
| ashmead@sewkis.com | cmontgomery@salans.com | djoseph@stradley.com |
| asnow@ssbb.com | cohen@sewkis.com | dkleiner@velaw.com |
| aunger@sidley.com | colea@gtlaw.com | dkozusko@willkie.com |

| | | |
|---|---|---|
| dlemay@chadbourne.com | ezweig@optonline.net | jason.jurgens@cwt.com |
| dlipke@vedderprice.com | fbp@ppgms.com | jay.hurst@oag.state.tx.us |
| dludman@brownconnery.com | ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| dmcguire@winston.com | fhyman@mayerbrown.com | jbecker@wilmingtontrust.com |
| dmurray@jenner.com | foont@foontlaw.com | jbeemer@entwistle-law.com |
| dneier@winston.com | francois.janson@hklaw.com | jbeiers@co.sanmateo.ca.us |
| dodonnell@milbank.com | fsosnick@shearman.com | jbird@polsinelli.com |
| dove.michelle@dorsey.com | fyates@sonnenschein.com | jbromley@cgsh.com |
| dpegno@dpklaw.com | gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| draelson@fisherbrothers.com | gbray@milbank.com | jchristian@tobinlaw.com |
| dravin@wolffsamson.com | geraci@thalergertler.com | jdoran@haslaw.com |
| drose@pryorcashman.com | ggitomer@mkbattorneys.com | jdrucker@coleschotz.com |
| drosenzweig@fulbright.com | ggoodman@foley.com | jdyas@halperinlaw.net |
| drosner@goulstonstorrs.com | giddens@hugheshubbard.com | jean-david.barnea@usdoj.gov |
| drosner@kasowitz.com | gkaden@goulstonstorrs.com | jeanites@whiteandwilliams.com |
| dshaffer@wtplaw.com | glenn.siegel@dechert.com | jeannette.boot@wilmerhale.com |
| dshemano@pwkllp.com | gmoss@riemerlaw.com | jeff.wittig@coair.com |
| dspelfogel@foley.com | gravert@ravertpllc.com | jeffery.black@bingham.com |
| dtatge@ebglaw.com | gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| dtheising@harrisonmoberly.com | guzzi@whitecase.com | jeldredge@velaw.com |
| dwdykhouse@pbwt.com | harrisjm@michigan.gov | jen.premisler@cliffordchance.com |
| dwildes@stroock.com | harveystrickon@paulhastings.com | jennifer.demarco@cliffordchance.com |
| dworkman@bakerlaw.com | hbeltzer@mayerbrown.com | jennifer.gore@shell.com |
| easmith@venable.com | heim.steve@dorsey.com | jeremy.eiden@ag.state.mn.us |
| echang@steinlubin.com | heiser@chapman.com | jfalgowski@reedsmith.com |
| ecohen@russell.com | hollace.cohen@troutmansanders.com | jflaxer@golenbock.com |
| efleck@milbank.com | holsen@stroock.com | jfox@joefoxlaw.com |
| efriedman@fklaw.com | howard.hawkins@cwt.com | jfreeberg@wfw.com |
| efriedman@friedumspring.com | hseife@chadbourne.com | jg5786@att.com |
| egeekie@schiffhardin.com | hsnovikoff@wlrk.com | jgenovese@gjb-law.com |
| eglas@mccarter.com | hsteel@brownrudnick.com | jguy@orrick.com |
| ehollander@whitecase.com | icatto@mwe.com | jherzog@gklaw.com |
| ekbergc@lanepowell.com | igoldstein@dl.com | jhiggins@fdlaw.com |
| eleicht@whitecase.com | ilevee@lowenstein.com | jhorgan@phxa.com |
| eli.mattioli@klgates.com | ira.herman@tklaw.com | jhuggett@margolisedelstein.com |
| ellen.halstead@cwt.com | isgreene@hhlaw.com | jim@atkinslawfirm.com |
| emerberg@mayerbrown.com | israel.dahan@cwt.com | jjoyce@dresslerpeters.com |
| enkaplan@kaplanlandau.com | iva.uroic@dechert.com | jjtancredi@daypitney.com |
| eobrien@sbchlaw.com | jacobsonn@sec.gov | jjureller@klestadt.com |
| erin.mautner@bingham.com | james.heaney@lawdeb.com | jkehoe@btkmc.com |
| eschaffer@reedsmith.com | james.mcclammy@dpw.com | jlamar@maynardcooper.com |
| eschwartz@contrariancapital.com | james.sprayregen@kirkland.com | jlawlor@wmd-law.com |
| esmith@dl.com | jamestecce@quinnemanuel.com | jlee@foley.com |
| etillinghast@sheppardmullin.com | jamie.nelson@dubaiic.com | jlevitin@cahill.com |
| ezujkowski@emmetmarvin.com | jar@outtengolden.com | jlipson@crockerkuno.com |

| | | |
|---|---|---|
| jlovi@steptoe.com | keckhardt@hunton.com | lschweitzer@cgsh.com |
| jlscott@reedsmith.com | keith.simon@lw.com | lsilverstein@potteranderson.com |
| jmaddock@mcguirewoods.com | ken.coleman@allenovery.com | lubell@hugheshubbard.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | lwhidden@salans.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | mabrams@willkie.com |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | maofiling@cgsh.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | marc.chait@sc.com |
| jmerva@fult.com | kjarashow@fklaw.com | margolin@hugheshubbard.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.bane@ropesgray.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.deveno@bingham.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.ellenberg@cwt.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | mark.hellerer@pillsburylaw.com |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | mark.sherrill@sutherland.com |
| jorbach@hahnhessen.com | korr@orrick.com | martin.davis@ots.treas.gov |
| joseph.cordaro@usdoj.gov | kovskyd@pepperlaw.com | marvin.clements@ag.tn.gov |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | matt@willaw.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | matthew.klepper@dlapiper.com |
| jowolf@law.nyc.gov | kreynolds@mklawnyc.com | maustin@orrick.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | max.polonsky@skadden.com |
| jpintarelli@mofo.com | kuehn@bragarwexler.com | mbenner@tishmanspeyer.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mberman@nixonpeabody.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mberman@nixonpeabody.com |
| jrabinowitz@rltlawfirm.com | landon@streusandlandon.com | mbienenstock@dl.com |
| jrsmith@hunton.com | lapeterson@foley.com | mbloemsma@mhjur.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mbossi@thompsoncoburn.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mcademartori@sheppardmullin.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com | mcantor@normandyhill.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mccombst@sullcrom.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mcordone@stradley.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | mcto@debevoise.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | mcyganowski@oshr.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | mdorval@stradley.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | melorod@gtlaw.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | meltzere@pepperlaw.com |
| jvail@ssrl.com | lkatz@ltblaw.com | metkin@lowenstein.com |
| jwallack@goulstonstorrs.com | lkiss@klestadt.com | mfeldman@willkie.com |
| jwang@sipc.org | lmarinuzzi@mofo.com | mgordon@briggs.com |
| jwcohen@daypitney.com | lmay@coleschotz.com | mgreger@allenmatkins.com |
| jweiss@gibsondunn.com | lmcgowen@orrick.com | mh1@mccallaraymer.com |
| jwest@velaw.com | lml@ppgms.com | mhopkins@cov.com |
| jwh@njlawfirm.com | lnashelsky@mofo.com | michael.frege@cms-hs.com |
| kanema@formanlaw.com | loizides@loizides.com | michael.kelly@monarchlp.com |
| karen.wagner@dpw.com | lromansic@steptoe.com | michael.kim@kobrekim.com |
| kdwbankruptcydepartment@kelleydrye.com | lscarcella@farrellfritz.com | michael.mccrory@btlaw.com |

| | | |
|---|---|---|
| michael.reilly@bingham.com | notice@bkcylaw.com | rmatzat@hahnhessen.com |
| millee12@nationwide.com | oipress@travelers.com | rmcneill@potteranderson.com |
| miller@taftlaw.com | otccorpactions@finra.org | rnetzer@willkie.com |
| mimi.m.wong@irscounsel.treas.gov | paronzon@milbank.com | robert.bailey@bnymellon.com |
| mitchell.ayer@tklaw.com | patrick.oh@freshfields.com | robert.dombroff@bingham.com |
| mjedelman@vedderprice.com | paul.turner@sutherland.com | robert.henoch@kobrekim.com |
| mjr1@westchestergov.com | pbattista@gjb-law.com | robert.malone@dbr.com |
| mkjaer@winston.com | pbosswick@ssbb.com | robert.yalen@usdoj.gov |
| mlahaie@akingump.com | pdublin@akingump.com | robin.keller@lovells.com |
| mlandman@lcbf.com | peisenberg@lockelord.com | roger@rnagioff.com |
| mlichtenstein@crowell.com | peter.gilhuly@lw.com | ronald.silverman@bingham.com |
| mlynch2@travelers.com | peter.macdonald@wilmerhale.com | ross.martin@ropesgray.com |
| mmendez@hunton.com | peter.simmons@friedfrank.com | rqureshi@reedsmith.com |
| mmooney@deilylawfirm.com | peter@bankrupt.com | rrainer@wmd-law.com |
| mmorreale@us.mufg.jp | pfeldman@oshr.com | rreid@sheppardmullin.com |
| mneier@ibolaw.com | phayden@mcguirewoods.com | rroupinian@outtengolden.com |
| monica.lawless@brookfieldproperties.com | pmaxcy@sonnenschein.com | rrussell@andrewskurth.com |
| mpage@kelleydrye.com | ppascuzzi@ffwplaw.com | rterenzi@stcwlaw.com |
| mparry@mosessinger.com | ppatterson@stradley.com | russj4478@aol.com |
| mpomerantz@julienandschlesinger.com | psp@njlawfirm.com | rwasserman@cftc.gov |
| mprimoff@kayescholer.com | ptrain-gutierrez@kaplanlandau.com | rwyron@orrick.com |
| mpucillo@bermanesq.com | ptrostle@jenner.com | s.minehan@aozorabank.co.jp |
| mrosenthal@gibsondunn.com | r.stahl@stahlzelloe.com | sabin.willett@bingham.com |
| mruetzel@whitecase.com | raj.madan@bingham.com | sabramowitz@velaw.com |
| mschimel@sju.edu | ramona.neal@hp.com | sabvanrooy@hotmail.com |
| mschlesinger@julienandschlesinger.com | raul.alcantar@ropesgray.com | sagolden@hhlaw.com |
| msegarra@mayerbrown.com | rbeacher@pryorcashman.com | sally.henry@skadden.com |
| mshiner@tuckerlaw.com | rbyman@jenner.com | samuel.cavior@pillsburylaw.com |
| msiegel@brownrudnick.com | rdaversa@orrick.com | sandyscafaria@eaton.com |
| msolow@kayescholer.com | relgidely@gjb-law.com | sara.tapinekis@cliffordchance.com |
| mspeiser@stroock.com | rfleischer@pryorcashman.com | scargill@lowenstein.com |
| mstamer@akingump.com | rfrankel@orrick.com | schannej@pepperlaw.com |
| mvenditto@reedsmith.com | rfriedman@silvermanacampora.com | schepis@pursuitpartners.com |
| mwarren@mtb.com | rgmason@wlrk.com | schnabel.eric@dorsey.com |
| nathan.spatz@pillsburylaw.com | rgraham@whitecase.com | schristianson@buchalter.com |
| ncoco@mwe.com | rhett.campbell@tklaw.com | schwartzmatthew@sullcrom.com |
| neal.mann@oag.state.ny.us | richard.fingard@newedge.com | scottshelley@quinnemanuel.com |
| ned.schodek@shearman.com | richard.lear@hklaw.com | scousins@armstrongteasdale.com |
| neilberger@teamtogut.com | richard.levy@lw.com | sdnyecf@dor.mo.gov |
| newyork@sec.gov | richard.tisdale@friedfrank.com | sehlers@armstrongteasdale.com |
| nfurman@scottwoodcapital.com | richard@rwmaplc.com | seichel@crowell.com |
| nherman@morganlewis.com | ritkin@steptoe.com | sfelderstein@ffwplaw.com |
| nickolas.karavolas@pillsburylaw.com | rjones@boultcummings.com | sfineman@lchb.com |
| nissay_10259-0154@mhmjapan.com | rleek@hodgsonruss.com | sfox@mcguirewoods.com |
| nlepore@schnader.com | rlevin@cravath.com | sgordon@cahill.com |

sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov

tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**Additional Parties**
harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
robert.lemons@weil.com

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC.**
FAX LIST

| Name | Fax |
| --- | --- |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005
ATTN: DENNIS F. DUNNE, ESQ., DENNIS O'DONNELL, ESQ., AND EVAN R. FLECK, ESQ.,

WEIL GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153
ATTN: RICHARD P. KRASNOW, ESQ., LORI R. FIFE, ESQ., ROBERT J. LEMONS, ESQ.,
AND JACQUELINE MARCUS, ESQ.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004