Exhibit B (to Terms and Conditions of Assignment)

LBHI Notice of Assignment

TO:  United States Bankruptcy Court for the
     Southern District of New York ("**Bankruptcy Court**")

TO:  Lehman Brothers Holdings Inc. ("**Debtor**")
     Chapter 11
     Case No. 08-13555 (JMP)

     Attn:  Lehman Brothers Holdings Claims Processing Center
     c/o Epiq Bankruptcy Solutions, LLC
     FDR Station
     P.O. Box 5076
     New York NY 10150-5076
     United States of America

Date: 30 May, 2012

Claim #: 66500 (supersedes and replaces Claim #: 2710 previously filed)

**Deutsche Bank AG, London Branch,** its successors and assigns ("**Assignor**"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

CVF Lux Master Sarl
C/o Carval Investors UK Limited
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT
Telephone: + 44 207 292 7720/ 21
Fax: +44 207 292 7777
Attn: Annemarie Jacobsen/ David Short
Email: Annemarie.Jacobsen@carval.com/ David.Short@carval.com

its successors and assigns ("**Assignee**"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of USD4,647,353.63 plus all outstanding and accrued interest in relation thereto (the "**Claim**") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or

LMA Assignment Agree. (Dist/Claims)                - 11 -

applicable law. Assignor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 30 May, 2012.

**Deutsche Bank AG, London Branch, as Assignor**

By: _____
Name:
Title:     **Jack Tsai**
           **Director**

           **Heng Cheam**
           **Director**

**CVF Lux Master Sarl, as Assignee**

**Signed by Carval Investors UK Limited
on behalf of CVF Lux Master Sarl**

By: _____
Name:  DAVID SHORT
Title:    OPERATIONS MANAGER

LMA Assignment Agree. (Dist/Claims)            - 12 -