## LBHI TRANSFER NOTICE

B 210A (Form 210A) (12/09)

United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.        Case No. 08-13555(JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Warwickshire Holdings LLC<br>Name of Transferee | UBS AG, Stamford Branch<br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br>Address: c/o Elliott Management Corporation, 40 West 57th Street, New York, NY 10019-4001<br>Att/Ref: Michael Stephan<br>Email: mstephan@elliottmgmt.com | Court Claim # (if known): 17511<br>Amount of Claim: $8,053,416.90*<br>Date Claim Filed: 9/18/2009<br>Debtor: Lehman Brothers Holdings Inc. |
| Phone: (212) 478-2310<br>Fax: (212) 478-2311<br>Last Four Digits of Acct #: | Phone: (203) 719-5547<br>Last Four Digits of Acct. #: |
| Name and Address where transferee payments should be sent (if different from above): | *plus additional amounts as set forth in the proof of claim |
| Phone:<br>Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: _____August 9, 2012_____
    Transferee/Transferee's Agent
    ELLIOT GREENBERG
    VICE PRESIDENT

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571*

A-4

MSEIDE\212198.1 - 08/16/12

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

UBS AG, Stamford Branch, a Swiss company, located at 677 Washington Boulevard, Stamford CT 06901 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Warwickshire Holdings LLC, its successors and assigns, with offices at 40 West 57th Street, New York, New York 10019 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim Nos.: 17528 and 17511) in the amount of $994,200.48 and $8,053,416.90, respectively (collectively, the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

A-1

A/75025367.1

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 9th day of August, 2012.

UBS AG, Stamford Branch,
By its agent, USB Securities, LLC

By: _____
Name: Joselin Fernandes
Title: Associate Director
Banking Products Services, US

By: _____
Name: Darlene Arias
Title: Director
Banking Products Services, US

Warwickshire Holdings LLC

By: _____
Name: ELLIOT GREENBERG
Title: VICE PRESIDENT

A-2

A/75025367.1