## EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Coop AG, Legal Department, Dufourstrasse 50, CH-4002 Basel, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Luzerner Kantonalbank AG, Pilatusstrasse 12, CH-6002 Luzern, Switzerland** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 38511) in the amount of $ USD 381,744.00 (claim amount as filed), respectively USD 348,549.74 (Allowed Claim Amount) related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 3 day of July 2012.

**Bank Coop AG**

By: _____          _____

Name of person signing:  Schmid Karl                    Salib Alexandra
Title of person signing:  Head of Legal & Compliance    Legal Counsel
                          Departement

## SCHEDULE

### Lehman Programs Securities Related to Transferred Portion of Claim:

USD 381,744.00 (Claim Amount as Filed), respectively USD 348,546.74 (Allowed Claim Amount), together with interest, fees, expenses and other recoveries due

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim/Units related to Security |
|---|---|---|---|---|
| XS0330834598 | 38511 | 10/13/2009 | Lehman Brothers Treasury Co. B.V. | USD 381,744.00 (claim amount as filed) USD 348,549.74 (Allowed Claim Amount) EUR 240,000.00 (Nominal Amount) |

Blocking Number: CA 4572