B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc.          ,          Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Banca Popolare dell'Alto Adige Soc.Coop. | Cassa di Risparmio di Bolzano |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Banca Popolare dell'Alto Adige
Financial Back Office
Frasnelli Verena
via Siemens 18 - 39100 Bolzano (ITALY)
Phone: +39 0471 996118
Last Four Digits of Acct #: _____

Court Claim # (if known): 35499.02
Amount of Claim: EUR 302,000.00
Date Claim Filed: 09/28/2009
Amount of Transfer: 75.000 EUR nominal of XS0176153350
Phone: +39 0471 231161
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Banca Popolare dell'Alto Adige
By: [signature]                                         Date: 08/30/2012
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.