B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

BARCLAYS BANK, S.A.

Name of Transferor

ASSAN HOTCHAND SUKHWANI

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 50856
Amount of Claim: $851,463.46
Date Claim Filed: 10/28/2009

BARCLAYS BANK, S.A.
C/ Mateo Inurria 15
28036, Madrid
Spain
Attn: Abraham Carpintero

Phone:   0034 91 336 23 50
Last Four Digits of Acct #:N/A

Phone:   0034 91 336 23 50
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: BARCLAYS BANK, S.A.U.
    Transferee/Transferee's Agent

Date:   August 30, 2012

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

NY - 002659 000002 - 2382856 v1

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,　　　　　　Case No. 08-13555 (JMP)

　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                          Name of Transferor

BARCLAYS BANK, S.A.                      BHAGWAN SUKHWANI GANGARAM

Name and Address where notices to transferee       Court Claim # (if known): 50849
should be sent:                              Amount of Claim: $2,554,390.39
                                         Date Claim Filed: 10/28/2009

BARCLAYS BANK, S.A.
C/ Mateo Inurria 15
28036, Madrid
Spain
Attn: Abraham Carpintero

Phone:   0034 91 336 23 50                  Phone:   0034 91 336 23 50
Last Four Digits of Acct #:N/A               Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:N/A


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: BARCLAYS BANK, S.A.U.                  Date:   August 30, 2012
　　　Transferee/Transferee's Agent

　　　_/s/_____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

NY - 002659/000002 - 2382856 v1

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555 (JMP)

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


Name of Transferee                              Name of Transferor

BARCLAYS BANK, S.A.                             GANGARAM SUKHWANI HOTCHAND

Name and Address where notices to transferee    Court Claim # (if known): 50851
should be sent:                                     Amount of Claim: $567,642.31
                                                    Date Claim Filed: 10/28/2009

BARCLAYS BANK, S.A.
C/ Mateo Inurria 15
28036, Madrid
Spain
Attn: Abraham Carpintero

Phone:   0034 91 336 23 50                       Phone:   0034 91 336 23 50
Last Four Digits of Acct #:N/A                   Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:N/A


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: BARCLAYS BANK, S.A.U.                        Date:   August 30, 2012
       Transferee/Transferee's Agent

_Penalty for making a false statement_ Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C §§ 152 & 3571

\NY - 002659/000002 - 2382856 v1

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| BARCLAYS BANK, S.A. | GEET SUKHWANI PRAKASH |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 50850
Amount of Claim: $425,731.73
Date Claim Filed: 10/28/2009

BARCLAYS BANK, S.A.
C/ Mateo Inurria 15
28036, Madrid
Spain
Attn: Abraham Carpintero

Phone:    0034 91 336 23 50
Last Four Digits of Acct #:N/A

Phone:    0034 91 336 23 50
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: BARCLAYS BANK, S.A.U.
    Transferee/Transferee's Agent

Date:    August 30, 2012

_Penalty for making a false statement_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

NY - 062659/000002 - 2182856 v1

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,  　　　　　Case No. 08-13555 (JMP)

　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.


Name of Transferee　　　　　　　　　　　　　Name of Transferor

BARCLAYS BANK, S.A.　　　　　　　　　　　GONZALVEZ LOPEZ, ANGEL

Name and Address where notices to transferee　　Court Claim # (if known): 50853
should be sent:　　　　　　　　　　　　　　　Amount of Claim: $709,552.89
　　　　　　　　　　　　　　　　　　　　　　Date Claim Filed: 10/28/2009

BARCLAYS BANK, S.A.
C/ Mateo Inurria 15
28036, Madrid
Spain
Attn: Abraham Carpintero

Phone:   0034 91 336 23 50　　　　　　　　　　Phone:   0034 91 336 23 50
Last Four Digits of Acct #:N/A　　　　　　　　Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:N/A


I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: BARCLAYS BANK, S.A.U.　　　　　　　　　Date:   August 30, 2012
　　　Transferee/Transferee's Agent

Penalty for making a false statement. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 & 3571.

NY - 002659.000002 - 2382856 v1

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555 (JMP)

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                               Name of Transferor

BARCLAYS BANK, S.A.                              GRUPO DE EMPRESAS PRA, SA

Name and Address where notices to transferee     Court Claim # (if known): 55066
should be sent:                                      Amount of Claim: $1,135,284.62
                                                     Date Claim Filed: 10/29/2009

BARCLAYS BANK, S.A.
C/ Mateo Inurria 15
28036, Madrid
Spain
Attn: Abraham Carpintero

Phone:   0034 91 336 23 50                       Phone:   0034 91 336 23 50
Last Four Digits of Acct #:N/A                   Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: BARCLAYS BANK, S.A.U.                         Date:   August 30, 2012
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

\NY - 002659.000002 - 2382856 v1

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,                Case No. 08-13555 (JMP)

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


Name of Transferee                                   Name of Transferor

BARCLAYS BANK, S.A.                                  MONICA MERCEDES RODRIGUEZ GOMEZ

Name and Address where notices to transferee         Court Claim # (if known): 50855
should be sent:                                          Amount of Claim: $170,292.69
                                                         Date Claim Filed: 10/28/2009

BARCLAYS BANK, S.A.
C/ Mateo Inurria 15
28036, Madrid
Spain
Attn: Abraham Carpintero

Phone:   0034 91 336 23 50                            Phone:   0034 91 336 23 50
Last Four Digits of Acct #:N/A                       Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:N/A


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: BARCLAYS BANK, S.A.U.                             Date:   August 30, 2012
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

NY - 002659/000002 - 2332856 v1

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,                     Case No. 08-13555 (JMP)

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                                      Name of Transferor

BARCLAYS BANK, S.A.                                     ANTONIO JOSE RODRIGUEZ GARCIA

Name and Address where notices to transferee            Court Claim # (if known): 50852
should be sent:                                            Amount of Claim: $539,260.19
                                                           Date Claim Filed: 10/28/2009

BARCLAYS BANK, S.A.
C/ Mateo Inurria 15
28036, Madrid
Spain
Attn: Abraham Carpintero

Phone:   0034 91 336 23 50                                  Phone:   0034 91 336 23 50
Last Four Digits of Acct #:N/A                             Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:N/A


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: BARCLAYS BANK, S.A.U.                     Date:   August 30, 2012
      Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571

\NY - 002659 000002 - 2382856 v1

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555 (JMP)

                                                                (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                              Name of Transferor

BARCLAYS BANK, S.A.                             GRUPO INMOBILIARIO N XXI, S.L.

Name and Address where notices to transferee    Court Claim # (if known): 56591
should be sent:                                      Amount of Claim: $1,135,284.62
                                                     Date Claim Filed: 10/29/2009

BARCLAYS BANK, S.A.
C/ Mateo Inurria 15
28036, Madrid
Spain
Attn: Abraham Carpintero

Phone:   0034 91 336 23 50                       Phone:   0034 91 336 23 50
Last Four Digits of Acct #:N/A                   Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: BARCLAYS BANK, S.A.U.                        Date:   August 30, 2012
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

\NY - 002659.00\002 - 2382856 v1

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555 (JMP)

                                                                (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| BARCLAYS BANK, S.A. | SUNIL SUKHWANI GANGARAM |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 50854
 Amount of Claim: $2,128,658.66
 Date Claim Filed: 10/28/2009

BARCLAYS BANK, S.A.
C/ Mateo Inurria 15
28036, Madrid
Spain
Attn: Abraham Carpintero

Phone:   0034 91 336 23 50
Last Four Digits of Acct #:N/A

Phone:   0034 91 336 23 50
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: BARCLAYS BANK, S.A.U.                       Date:   August 30, 2012
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

\NY - 002652.000002 - 2382856 v1