CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

WITHDRAWAL OF PROOF OF CLAIMS OF U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FILED AGAINST LEHMAN BROTHERS HOLDINGS INC., AND
LEHMAN BROTHERS SPECIAL FINANCING INC. IN CONNECTION WITH
SWAPS ISSUED WITH AIRLIE LCDO II (PEBBLE CREEK 2007-1), LIMITED AS A COUNTERPARTY

**PLEASE TAKE NOTICE** that U.S. Bank National Association, not individually but as Trustee ("*US. Bank*") by and through its counsel, Chapman and Cutler LLP, hereby withdraws its Proofs of Claim Numbers 32836 and 32852 filed against Lehman Brothers Holdings Inc., and Lehman Brothers Special Financing inc. in connection with a certain swap transaction entered into in conjunction with the issuance of securities under the terms of that certain Indenture (the "*Indenture*") dated as of January 30, 2007 by and between Airlie LCDO II

3259041.01.01.doc

(Pebble Creek 2007-1), Ltd., Airlie LCDO II (Pebble Creek 2007-1), Corp. and U.S. Bank National Association, as Trustee. These claims were settled under the terms of a Termination Agreement dated as of August 30, 2012. No other claim of U.S. Bank National Association, in any capacity, shall be affected hereby.

August 31, 2012

                                    Respectfully submitted,

                                    U.S. BANK NATIONAL ASSOCIATION, not individually but as Trustee under the Indenture

By: _____

Its:         Timothy Pillar
            Vice President