## Notice Pursuant to Bankruptcy Rule 3001

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.   Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: **BSI SA** | Name of Transferor: **UBS AG** |
|---|---|
| Notices to Transferee should be sent to:<br><br>BSI SA<br>Via Magatti n. 2<br>CH – 6900 Lugano<br>PHONE: +41 (0) 58 808 3373<br>Attn: Andrea Ferrari<br>EMAIL:Group.Bsicustodyadministartion@bsibank.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Attn: Andrea Ferrari<br>CITIBANK NEW YORK<br>SWIFT ADDRESS: CITIUS33<br>ACCOUNT NR. 10938561<br>registered in the name of BSI SA | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>USD 100'000.00<br>(face amount of securities) | ***NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS*** |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _P. Vetere AVP_     Date: 24 August 2012
       NAME, TITLE     FIRST VICE
P. VETERE AVP           PRESIDENT
BSI SA
Via Magatti n. 2
CH – 6900 Lugano

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*


FILED / RECEIVED
AUG 29 2012
EPIQ BANKRUPTCY SOLUTIONS, LLC



**Evidence of Transfer**

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 10.50% ELN Leman Bros. Treasury BV 2008-23.1.2009 | XS0340648145 | LBT BV | LBH Inc. | USD 100'000.00 out of USD 2'150'000.00 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 14 and in paragraphs/lines 16 of the Addendum to the Proof of Claim.**

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**BSI SA**
Via Magatti n. 2
CH – 6900 Lugano

Telephone: 41 (0) 58 808 3373
Attention: Andrea Ferrari

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent





BANCHIERI SVIZZERI DAL 1873

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
757 Third Avenue, 3rd Floor
New York, New York 10017
USA

Ref. no.   AF/LBHI/002                         Lugano        27th August 2012

A) Notice of transfer from **UBS AG, Zurich** (the "Transferor") to **BSI SA** on behalf of its client/s (the "Transferee") of securities issued by Lehman Brothers Treasury CO. BV (the "Securities") and the relevant claim pursuant to Proof of Claim n. 59233 (the "Claim")
B) Submission of Tax Form with OFAC Certification.

Dear Sirs,

A) Reference is made to the transfer of the above mentioned Securities and Claim (the "Transfer") to our bank as nominee on behalf of its client/s.

In order to duly notify you of the Transfer, please find here attached the following documents, so that you can kindly proceed and amend the Claim Register accordingly:

1) Form 210/A, signed by our bank as Transferee on behalf of its client/s;

2) *"Evidence of Transfer of Claim"*, signed by UBS AG. Zurich, as Transferor, as a proof that UBS AG has transferred a registered claim to BSI SA (on behalf of its client/s).

B) Please find here enclosed
   i)   Tax Form for BSI SA
   ii)  OFAC Certification in respect of this Claim signed by BSI SA.

We would also appreciate if you could advise us immediately if something (e.g. information, document, etc.) is missing by sending a message to the following e-mail address: group.bsicustodyadministration@bsibank.com

Thank you very much in advance for your kind attention.

Yours faithfully,

                                                              BSI SA

Andrea Fincato                                                Paola Vetere

BSI SA
Sede centrale Lugano, Via Magatti 2, CH-6900 Lugano
Tel. +41(0)91 809 31 11, Fax +41(0)91 809 36 78
info@bsi.ch, www.bsi.ch