Form 210A (10/06)

# UNITED STATES BANKRUTPCY COURT

## Southern District of New York

In re **Lehman Brothers Holdings, Inc.**          Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**                    **Name of Transferor**

**CVI GVF (Lux) Master Sarl**              **Raiffeisen Bank ZRT**


**Name and Address where notices to Transferee**      Court Claim# (if Known): **13017**
**should be sent:**                                    Amount of Claim: **$950,000**
c/o CarVal Investors UK limited                        Date Claim Filed: **September 15, 2009**
11-13 Boulevard de la Foire                            Debtor: **Lehman Brothers Holdings Inc.**
L-1528, Luxembourg
Tel: 952-984-3416
Attention: Teri Salberg



I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By: **/s/ David Short**                    Date:    August 31, 2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## **Exhibit A**

## **NOTICE OF ASSIGNMENT OF CLAIM**

Raiffeisen Bank ZRT, 6 Akademia U, Budapest, 1054, Hungary, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does hereby absolutely, irrevocably and unconditionally sell, transfer and assign unto CVI GVF (Lux) Master Sarl, having an office at 11-13 Boulevard de la Foire, L-1528, Luxembourg, its successors and assigns ("Assignee"), all rights, title and interest in, and claims and causes of action arising out of the claim(s) of Assignor in the principal amount of $950,000.00 (defined as "Claim") against LEHMAN BROTHERS SPECIAL FINANCING, INC. (the "Debtor"), together with interest, if any, in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case No. 08-13888 (defined as the "Proceedings").

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, the Bankruptcy Code, and the Local Bankruptcy Rules and stipulates that an order may be entered recognizing this assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim without further notice.

IN WITNESS WHEREOF, the undersigned has duly executed this Notice of Assignment of Claim on the 2**9** day of August, 2012.

RAIFFEISEN BANK ZRT, Assignor

By: _Katalin Pelle_wg_

_Deputy – head of
Legal_

_Gábor Liener_
Head of Treasury

WITNESS (Signature)
Dr. Zita Tihanyi
Head of Legal
Raiffeisen Bank Zrt.

Name of Title of Witness