B 210A (Form 210A) (12/09)

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

*PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY*

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CVF Lux Master S.a.r.l.
Name of Transferee

Merrill Lynch Credit Products, LLC
Name of Transferor

Name and Address where notices to transferee should be sent:
c/o Carval Investors, LLC
12700 Whitewater Drive, MS 144
Minnetonka, Minnesota 55343-9439
Attn: Teri Salberg

Phone: (952) 940-3416
Last Four Digits of Acct #: ______

Court Claim # (if known) 33171
Amount of Claim Total: $7,737,547.10
Amount of Claim Transferred: $3,737,547.00
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone: (646) 855-7450
Last Four Digits of Acct. #: ______

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [signature] Tiffany Parr Authorized Signer
Transferee/Transferee's Agent
by Carval Investors, LLC
its attorney-in-fact

Date: August 31, 2012

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Merrill Lynch Credit Products, LLC, with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to CVF Lux Master S.a.r.l., with offices at c/o CarVal Investors, LLC, [illegible] Whitewater Drive, Mail Stop 144, Minnetonka, Minnesota 55343-[illegible] ("Buyer"), a pro rata portion, in the amount of $[illegible], in and to all rights, title and interest in and to the claim of Seller against Lehman Brothers Special Financing Inc. (Claim No. [illegible]) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 29th day of August 2012.

MERRILL LYNCH CREDIT PRODUCTS, LLC

By:
Name:
Title:

CVF LUX MASTER S.A.R.L.

By: CarVal Investors, LLC
Its Attorney-in-Fact

By:
Name:
Title: Tiffany Parr
Authorized Signer

[illegible]

B 210A (Form 210A) (12/09)

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

*PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY*

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CVF Lux Master S.a.r.l.
Name of Transferee

Name and Address where notices to transferee should be sent:
c/o Carval Investors, LLC
12700 Whitewater Drive, MS 144
Minnetonka, Minnesota 55343-9439
Attn: Teri Salberg

Phone: (952) 940-3416
Last Four Digits of Acct #: ________________

Merrill Lynch Credit Products, LLC
Name of Transferor

Court Claim # (if known): 66800
Amount of Claim Total: $64,000,000.00
Amount of Claim Transferred: $4,000,000.00
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone: (646) 855-7450
Last Four Digits of Acct. #: ________________

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Tiffany Parr
Authorized Signer

By: ______________________ Date: August 31, 2012
Transferee/Transferee's Agent by Carval Investors, LLC its attorney-in-fact

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Merrill Lynch Credit Products, LLC, with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to CVF Lux Master S.a.r.l., with offices at c/o CarVal Investors, LLC, 12700 Whitewater Drive, MS 144, Minnetonka, Minnesota 55343-9439 ("Buyer"), a pro rata portion, in the amount of $4,000,000.00 in and to all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.** (Claim No.: 66800) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 29th day of August, 2012.

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: [signature]
Name:
Title: VP

CVF LUX MASTER S.A.R.L.

By: CarVal Investors, LLC
Its Attorney-in-Fact

By: [signature]
Name:
Title:
Tiffany Parr
Authorized Signer

KL2 2737422.3