B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

CVIC Lux Master
Name of Transferee

Goldman Sachs Lending Partners LLC
Name of Transferor

Name and Address where notices to transferee should be sent:

Carval Investors, LLC
12700 Whitewater Drive, MS 144
Minnetonka, Minnesota 55343-9439
Attn: Teri Salberg

Court Claim # (if known): 28103
Amount of Claim Transferred: $12,500,000.00
Date Claim Filed: 9/22/09
Debtor: Lehman Brothers Holdings Inc.

Phone: (952) 984-3416
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

727456v.3 3091/00095                22

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 8/31/12
Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

By: _____  Date: _____
Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

727456v.3 3091/00095                    23

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

By: _____/s/ Michelle Latzoni_____          Date: __8/30/12__
Name of Transferor/Transferor's Agent
Michelle Latzoni
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.