B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc., *et al.*,     Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

THE CLAIMS SET FORTH ON EXHIBIT A HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfers, other than for security, of the claim referenced in this evidence and notice.

| Sparkasse Starkenburg | See Exhibit A |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Sparkasse Starkenburg
Attn: Peter Meusel
An der Sparkasse
64646 Heppenheim, Germany

Phone: 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-120-5110

Court Claim # (if known): See Exhibit A
Amount of Claim: See Exhibit A
Date Claim Filed: See Exhibit A

Name and Address where transferee payments should be sent (if different from above):

[N/A]

Phone: [N/A]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

By: _Sparkasse Starkenburg_ (signature)     Date: 08-31-2012
Title or Source of Authority: director asset management,
Transferee's Agent

# Exhibit A

| | |
|---|---|
| Transferor: | Volksbank Weschnitztal eG<br>Rathausstr. 20<br>64668 Rimbach<br>Germany |
| Court Claim # (if known): | original Claim ID 60631,<br>Proposed New Claim No. as per Docket No. 30324: 200196: |
| Date Claim Filed | 2 November 2009 |
| Amount of Claim: | 26,653.55 USD |
| | Amount of Claim is the Allowed Claim Amount relating to Blocking Reference Number 73592009101311000220 |