B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc., *et al.*,   Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

THE CLAIMS SET FORTH ON EXHIBIT A HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfers, other than for security, of the claim referenced in this evidence and notice.

| Sparkasse Hannover | See Exhibit A |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Sparkasse Hannover
Attn: Ralf Ebert, Bereichsleiter Treasury
Aegidientorplatz 1
30159 Hannover
Germany

Phone: 0049 511 3000 4200

Court Claim # (if known): See Exhibit A
Amount of Claim: See Exhibit A
Date Claim Filed: See Exhibit A

Name and Address where transferee payments should be sent (if different from above):

[N/A]

Phone: [N/A]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

By: *EBERT RALF*   Date: 08/31/2012
Title or Source of Authority:
Transferee's Agent

*Sparkasse Hannover* [signature]

30.08.2012 21:18 (2K)
FRANKFURT 1985160 v1 [1985160_1.DOC]

# Exhibit A

| | |
|---|---|
| Transferor: | comdirect Bank<br>Mainzer Landstr. 293<br>60326 Frankfurt am Main<br>Germany |
| Court Claim # (if known): | original Claim ID 60631,<br>New Proposed Allowed Claim No. as per Docket No. 30324: Claim ID 200077: |
| Date Claim Filed | 2 November 2009 |
| Amount of Claim: | 36,393.09 USD |

Amount of Claim is the sum of Allowed Claim Amounts relating to Blocking Reference Numbers:

| | |
|---|---|
| 7004200909240409945 | 21,835.85 USD |
| [7004200910070409971 | 14,557.24 USD] |

30.08.2012 21:10 (2K)
FRANKFURT 1983764 v1 [1983764_1.DOC]