UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
                        Debtors.                                 :
                                                                 :
-----------------------------------------------------------------x   Ref. Docket Nos. 30329-30332,
                                                                     30344-30346, 30348-30352, 30354,
                                                                     30367, 30369, 30371, 30375, 30376,
                                                                     30382, 30400

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 28, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
31st day of August, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BARCLAYS BANK PLC
TRANSFEROR: GOLDENTREE DISTRESSED DEBT MASTER FUND, LP
ATTN: DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK NY 10019

BARCLAYS BANK PLC
ANTHONY VITELLO
BARCLAYS BANK PLC
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK NY 10019

Please note that your claim # 60702 in the above referenced case and in the amount of
$11,433,666.67  allowed at $9,672,409.72      has been transferred (**unless previously expunged by court order**)

AG CENTRE STREET PARTNERSHIP, L.P.
TRANSFEROR: BARCLAYS BANK PLC
245 PARK AVENUE, 26TH FLOOR
NEW YORK NY 10167

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 30369    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/28/2012                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 28, 2012.

# EXHIBIT B

```
TIME: 19:25:49                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:  1
DATE: 08/28/12                                         CREDITOR LISTING

Name                                                              Address
AG CENTRE STREET PARTNERSHIP, L.P.                                TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
BANCA MONTE DEI PASCHI DI SIENA S.P.A                             ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BARCLAYS BANK PLC                                                 ANTHONY VITELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                                 TRANSFEROR: GOLDENTREE DISTRESSED DEBT MASTER FUND, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BSOF PARALLEL MASTER FUND LP                                      AUTHUR LIAO BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES LLC 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF PARALLEL MASTER FUND LP                                      TRANSFEROR: JP MORGAN SECURITIES LLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ. 623 5TH AVENUE, 29TH FLOOR NEW YORK NY 10022
BSOF PARALLEL MASTER FUND LP                                      TRANSFEROR: JP MORGAN SECURITIES LLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ. 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022
CAPITAL PARTNERS SECURITIES CO., LTD                              TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: FUMIO KOJIMA ASAHI BUILDING, 6TH FLOOR 3-12-2 NIHONBASHI, CHUO-KU TOKYO 103-0027 JAPAN
CHENAVARI FINANCIAL ADVISORS LTD                                  TRANSFEROR: EFG BANK AG ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM
D.E. SHAW COMPOSITE PORTFOLIOS LLC                                ATTN: BRANDON BAER 120 WEST 45TH STREET, 39TH FLOOR NEW YORK NY 10036
D.E. SHAW COMPOSITE PORTFOLIOS LLC                                CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: THOMAS J. MOLONEY, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
DEUTSCHE BANK AG, LONDON BRANCH                                   TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                                   TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. ATTN: JEFFERY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                                   TRANSFEROR: D.E. SHAW COMPOSITE PORTFOLIOS LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                                   TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                                   TRANSFEROR: GAM EQUITY SIX, INC. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                                   TRANSFEROR: LUXOR CAPITAL PARTNERS LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                                   TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                                   TRANSFEROR: LUXOR SPECTRUM LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                                   TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                                   TRANSFEROR: LUXOR WAVEFRONT LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                                   TRANSFEROR: OC 19 MASTER FUND LP - LCG ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                                   TRANSFEROR: UNDERLYING FUNDS TRUST, O/B/O ITS SERIES RELATIVE VALUE ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
EMPYREAN INVESTMENTS, LLC                                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., SUITE 2950 LOS ANGELES CA 90067
HACKLANDER, HANS HERMANN                                          SONNENELANGSTR. 2 MUNCHEN D-81369 GERMANY
HLF LP                                                            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HOF HOORNEMAN INVESTMENT FUNDS NV                                 TRANSFEROR: YORVIK PARTNERS LLP C/O HOF HOORNAMAN BANKIERS OOSTHAVEN 52 GOUDA 2801 PE THE NETHERLANDS
J.P. MORGAN SECURITIES LLC                                        TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O J.P. MORGAN SECURITIES ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC                                        TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O J.P. MORGAN SECURITIES ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JP MORGAN SECURITIES LLC                                          TRANSFEROR: GARLAND BUSINESS CORPORATION C/O JP MORGAN SECURITIES ATTN: JEFFREY L PANZO MAIL CODE NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
MERRILL LYNCH INTERNATIONAL                                       TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
NOETZEL, URSULA                                                   WACHSMUTH STR. 14 04229 LEIPZIG GERMANY
NOMURA SECURITIES CO., LTD.                                       TRANSFEROR: CAPITAL PARTNERS SECURITIES CO., LTD ATTN: FINANCIAL PRODUCT DEPARTMENT 2-2-2, OTEMACHI, CHIYODA-KU TOKYO JAPAN
NOMURA SECURITIES CO., LTD.                                       TRANSFEROR: CAPITAL PARTNERS SECURITIES CO., LTD FINANCIAL PRODUCT DEPARTMENT 2-2-2, OTEMACHI, CHIYODA-KU TOKYO JAPAN
STICHTING THE IAMEX VALUE FOUNDATION                              TRANSFEROR: HACKLANDER, HANS HERMANN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                              TRANSFEROR: NOETZEL, URSULA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
TRADONI INTERNATIONAL BV                                          TRANSFEROR: TRADONI INTERNATIONAL BV ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS
                                                                  MAX REGERSTRASSE 40 NORDHORN 48527 GERMANY
UNDERLYING FUNDS TRUST, O/B/O ITS SERIES RELATIVE VALUE           BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES 280 SOUTH MANGUM ST., SUITE 301 DURHAM NC 27701
UNDERLYING FUNDS TRUST, O/B/O ITS SERIES RELATIVE VALUE           TRANSFEROR: UNDERLYING FUNDS TRUST O/B/O FIXED INCOME ARBITRAGE-1 C/O HATTERAS FUNDS 8540 COLONNADE CENTER DRIVE, ST. 401 RALEIGH NC 27615
UNDERLYING FUNDS TRUST, O/B/O ITS SERIES RELATIVE VALUE           TRANSFEROR: UNDERLYING FUNDS TRUST, O/B/O FIXED INCOME ARBITRAGE-1 C/O HATTERAS FUNDS 8540 COLONNADE CENTER DRIVE, ST. 401 RALEIGH NC 27615
YORVIK PARTNERS LLP                                               TRANSFEROR: INCORE BANK AG 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                                               TRANSFEROR: PENSIONSKASSE DER BASLER KANTONALBANK 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM

Total Number of Records Printed                  44                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```