**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
|  | : | **(Jointly Administered)** |
| Debtors. | : |  |
|  | : |  |

----------------------------------------------------------------x    **Ref. Docket Nos. 30365, 30373**

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 28, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                    */s/ Lauren Rodriguez*
                                    Lauren Rodriguez

Sworn to before me this
31st day of August, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |        Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |        08-13555 (JMP)
                                        |
                                        |        (Jointly Administered)
              Debtors.                  |
                                        |
_____ |
```

### NOTICE OF DEFECTIVE TRANSFER

Transferor:      CAPITAL PARTNERS SECURITIES CO., LTD
                 TRANSFEROR: LEHMAN BROTHERS JAPAN INC
                 ATTN: FUMIO KOJIMA
                 ASAHI BUILDING, 6TH FLOOR 3-12-2
                 NIHONBASHI, CHUO-KU
                 TOKYO 103-0027 JAPAN


Additional:




Transferee:      NOMURA SECURITIES CO., LTD.
                 FINANCIAL PRODUCT DEPARTMENT
                 2-2-2, OTEMACHI, CHIYODA-KU
                 TOKYO JAPAN


**Your transfer    of claim #   62783-82   is defective for the reason(s) checked below:**

Other                              Transfer Amount exceeds dollars currently owned.




Docket Number 30365              Date 08/24/12


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  August 28, 2012.

# EXHIBIT B

TIME: 19:22:02
DATE: 08/28/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| CAPITAL PARTNERS SECURITIES CO., LTD NOMURA SECURITIES CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: FUMIO KOJIMA ASAHI BUILDING, 6TH FLOOR 3-12-2 NIHONBASHI, CHUO-KU TOKYO 103-0027 JAPAN FINANCIAL PRODUCT DEPARTMENT 2-2-2, OTEMACHI, CHIYODA-KU TOKYO  JAPAN |

Total Number of Records Printed        2

EPIQ BANKRUPTCY SOLUTIONS, LLC