B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc., *et al.*,     Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

THE CLAIMS SET FORTH ON EXHIBIT A HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfers, other than for security, of the claim referenced in this evidence and notice.

| Frankfurter Sparkasse | See Exhibit A |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Frankfurter Sparkasse
Attn: Michael Weis, Abteilung Recht II
Neue Mainzer Straße 47-53
60255 Frankfurt, Germany

Phone: 011-49-69 2641-2551

Court Claim # (if known): See Exhibit A
Amount of Claim: See Exhibit A
Date Claim Filed: See Exhibit A

Name and Address where transferee payments should be sent (if different from above):

[N/A]

Phone: [N/A]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

By: *S. Matthiesen*    Date: 08-31-2012
Title or Source of Authority: Dr. Sven Matthiesen, Director, Frankfurter Sparkasse ,

Transferee's Agent

30.08.2012 20:19
FRANKFURT 1985152 v1 [1985152_1.DOCX]

# Exhibit A

| | |
|---|---|
| Transferor: | Deutsche Apotheker- und Ärztebank<br>Mainzer Landstr. 275<br>60326 Frankfurt am Main<br>Germany |
| Court Claim # (if known): | original Claim ID 60631,<br>Proposed New Claim No. as per Docket No. 30324: 200085: |
| Date Claim Filed | 2 November 2009 |
| Amount of Claim: | 39,980.33 USD<br><br>Amount of Claim is the Allowed Claim Amount relating to Blocking Reference Number 4011200909170000468 |