UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
:
In re                                                               :   Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :   08-13555 (JMP)
:   (Jointly Administered)
Debtors.                                                    :
:
-----------------------------------------------------------------------x   Ref. Docket Nos. 29106, 30181,
30182, 30188, 30189, 30221, 30307,
30308, 30310, 30359, 30411, 30413,
30414, 30417, 30418, 30425-30431,
30433-30436

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 29, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
31st day of August, 2012

/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CONOCOPHILLIPS COMPANY
     CANDACE SCHIFFMAN, SENIOR COUNSEL
     600 NORTH DAIRY ASHFORD
     ML-3158
     HOUSTON TX 77079
```

Please note that your claim # 67602 in the above referenced case and in the amount of
    $16,512,665.00       has been transferred (**unless previously expunged by court order**)

```
     PHILLIPS 66 COMPANY
     TRANSFEROR: CONOCOPHILLIPS COMPANY
     C/O CANDACE SCHIFFMAN, SR. COUNSEL
     P.O. BOX 4428
     HOUSTON TX 77210
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 30417      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/29/2012                             Vito Genna, Clerk of Court

                                             /s/ Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 29, 2012.

# EXHIBIT B

08-13555-mg    Doc 30767    Filed 08/31/12    Entered 08/31/12 17:24:38    Main Document
Pg 4 of 5

```
TIME: 14:50:50                                        LEHMAN BROTHERS HOLDING INC.                                      PAGE:     1
DATE: 08/29/12                                             CREDITOR LISTING

Name                                          Address
ALTERNATIVE BANK SCHWEIZ AG                   TRANSFEROR: CREDIT SUISSE AMTHAUSQUAI 21 OLTEN CH-4601 SWITZERLAND
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.       ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012
CITIBANK, N.A., LONDON BRANCH                 TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTENTION: RANJIT CHATTERJI CITIGROUP CENTRE, CANARY WHARF
                                              LONDON E14 5LB UNITED KINGDOM
CONOCOPHILLIPS COMPANY                        CANDACE SCHIFFMAN, SENIOR COUNSEL 600 NORTH DAIRY ASHFORD ML-3158 HOUSTON TX 77079
CREDIT SUISSE                                 ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                 CRAVATH, SWAINE & MOORE LLP C/O CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                 RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                              TRANSFEROR: UBS AG C/O CRAVATH, SWAINE & MOORE LLP ATTN: MS. STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: PRO CAPITAL SOCIEDAD DE BOLSA S.A. 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: DOLOSTONE L.L.C. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GRF MASTER FUND II, L.P.                      ROBERT SCHEININGER SIDLEY AUSTIN LLP NEW YORK NY 10019
GRF MASTER FUND II, L.P.                      ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
GRF MASTER FUND L.P.                          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012
HBK MASTER FUND L.P.                          TRANSFEROR: MIZUHO CORPORATE BANK, LTD. C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
JACKSON CANYON PARTNERS, LLC                  TRANSFEROR: MACQUARIE BANK LIMITED C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
LEHMAN BROTHERS COMMODITY SERVICES INC.       TRANSFEROR: CITIBANK, N.A., LONDON BRANCH ATTN: RON GERAGHTY 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS COMMODITY SERVICES INC.       TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) ATTN: RON GERAGHTY 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS INTERNATIONAL (EUROPE)        ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)        PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM
LIQUIDITY SOLUTIONS, INC.                     LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
MACQUARIE BANK LIMITED                        TRANSFEROR: STEIN III., SIDNEY J. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
MACQUARIE BANK LIMITED                        ATTN: EXECUTIVE DIRECTOR, LEGAL RISK MANAGEMENT TREASURY AND COMMODITIES GROUP NO. 1 MARTIN PLACE SYDNEY NSW 2000 AUSTRALIA
MIZUHO CORPORATE BANK, LTD.                   ATTN: KEVIN HOLMES, SENIOR VICE PRESIDENT 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
MIZUHO CORPORATE BANK, LTD.                   STROOCK & STROOCK & LAVAN LLP ATTN: SHERRY MILLMAN, ESQ. 180 MAIDEN LANE NEW YORK NY 10038
MORGAN STANLEY SENIOR FUNDING, INC.           TRANSFEROR: RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.           TRANSFEROR: JACKSON NATIONAL LIFE INSURANCE COMPANY 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
NOTENSTEIN PRIVATBANK AG                      TRANSFEROR: CREDIT SUISSE BOHL 17 ST. GALLEN CH-9004 SWITZERLAND
PHILLIPS 66 COMPANY                           TRANSFEROR: CONOCOPHILLIPS COMPANY C/O CANDACE SCHIFFMAN, SR. COUNSEL P.O. BOX 4428 HOUSTON TX 77210
PRO CAPITAL SOCIEDAD DE BOLSA S.A.            TRANSFEROR: ROSPIDE SOCIEDAD DE BOLSA SA NO ADDRESS PROVIDED
ROSPIDE SOCIEDAD DE BOLSA SA                  MISIONES 1372 PB E LOS PATRICIOS MONTEVIDEO URUGUAY
SOLUS CORE OPPORTUNITIES LP                   TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                              410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES MASTER FUND LTD      TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                              410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                        TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                              410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
STEIN III., SIDNEY J.                         33 EAST RIDGE RD LOUDONVILLE NY 12211
STONEHILL INSTITUTIONAL PARTNERS LP           C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK 885 THIRD AVE, 30TH FLOOR NEW YORK NY 10022
STONEHILL INSTITUTIONAL PARTNERS LP           C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK, ESQ. 885 THIRD AVE., 30TH FLOOR NEW YORK NY 10022
STONEHILL INSTITUTIONAL PARTNERS, LP          TRANSFEROR: STONEHILL OFFSHORE PARTNERS LIMITED C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON
                                              885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STONEHILL OFFSHORE PARTNERS LIMITED           C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK 885 THIRD AVE., 30TH FLOOR NEW YORK NY 10022
STONEHILL OFFSHORE PARTNERS LIMITED           C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK, ESQ. 885 THIRD AVE., 30TH FLOOR NEW YORK NY 10022
STONEHILL OFFSHORE PARTNERS LIMITED           TRANSFEROR: STONEHILL INSTITUTIONAL PARTNERS LP C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON
                                              885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
UBS AG                                        BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                        ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UBS AG                                        TRANSFEROR: CREDIT SUISSE BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND

Total Number of Records Printed               45
```