UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

-----------------------------------------------------------------x    Ref. Docket Nos. 30282, 30415,
30449, 30450, 30453, 30462-30472,
30477, 30479-30483, 30493


<u>AFFIDAVIT OF SERVICE</u>

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 30, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
31st day of August, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                |
In re                           |      Chapter 11 Case No.
                                |
LEHMAN BROTHERS HOLDINGS INC., et al., |  08-13555 (JMP)
                                |
                                |      (Jointly Administered)
              Debtors.          |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CAMULOS LOAN VEHICLE I, LTD.                    CAMULOS LOAN VEHICLE I, LTD.
     C/O BRIGADE CAPITAL MANAGEMENT                  CLIFFORD CHANCE US LLP
     ATTN: PATRICK V. CRISCILLO, FUND CONTROLLER      ATTN: ANDREW P BRONZMAN & JENNIFER B PREMISL
     399 PARK AVENUE, 16TH FLOOR                      31 WEST 52ND STREET
     NEW YORK NY 10022                                NEW YORK NY 10019

Please note that your claim # 29192 in the above referenced case and in the amount of
$2,793,515.38  allowed at $2,570,033.00        has been transferred (**unless previously expunged by court order**)

          LOAN VALUE OC MASTER FUND LTD.
          TRANSFEROR: CAMULOS LOAN VEHICLE I, LTD.
          C/O BRIGADE CAPITAL MANAGEMENT
          ATTN: AARON DANIELS
          399 PARK AVENUE, 16TH FLOOR
          NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 30472    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/30/2012

                         Vito Genna, Clerk of Court

                         /s/ Lauren Rodriguez
                         _____
                         By: Epiq Bankruptcy Solutions, LLC
                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 30, 2012.

# EXHIBIT B

TIME: 17:44:45
DATE: 08/30/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
| --- | --- |
| BANQUE CANTONALE NEUCHATELOISE | TRANSFEROR: CREDIT SUISSE AVENUE DE LA GARE 12 COLOMBIER 2013 SWITZERLAND |
| BARCLAYS BANK PLC | ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CREDIT SUISSE AG ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: PICTET & CIE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SERENGETI RAPAX MM L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| CAMULOS LOAN VEHICLE I, LTD. | CLIFFORD CHANCE US LLP ATTN: ANDREW P BRONZMAN & JENNIFER B PREMISLER 31 WEST 52ND STREET NEW YORK NY 10019 |
| CAMULOS LOAN VEHICLE I, LTD. | C/O BRIGADE CAPITAL MANAGEMENT ATTN: PATRICK V. CRISCILLO, FUND CONTROLLER 399 PARK AVENUE, 16TH FLOOR NEW YORK NY 10022 |
| CHAN YUK YING JOANNA / TAM SIU MING | RM 2108 KA YEUNG HOUSE KA SHING COURT FANLING NT HK  HONG KONG |
| CHHUGANI, RAJU | THOMAS R SLOME, ESQ MEYER, SUOZZI, ENGLISH & KLEIN. PC 990 STEWART AVENUE PO BOX 9194 GARDEN CITY NY 11530-9194 PH.O 4118 DUBAI UNITED ARAB EMIRATES |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GAM EQUITY SIX INC. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GAM EQUITY SIX INC. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LUXOR CAPITAL PARTNERS LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LUXOR SPECTRUM LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LUXOR WAVEFRONT LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OC 19 MASTER FUND LP- LCG ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: OC 19 MASTER FUND LP-LCG ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SPARKASSE HANNOVER ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: TD NORDIQUE, INC. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| FRANZZEL ROBINS BLOOM & CSATO, L.C. | 17F 6500 WILSHIRE BOULEVARD LOS ANGELES CA 90048-4920 |
| GAM EQUITY SIX INC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| GAM EQUITY SIX INC. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| HA SHOK YEE, STELLA | FLAT D 16/F BLOCK 9 PARK ISLAND MA WAN  NT HONG KONG |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA  00178 ITALY |
| ILLIQUIDX LLP | TRANSFEROR: CHHUGANI, RAJU ATTN: CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: ICCREA BANCA S.P.A. ATTN: CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| INVEST BANCA SPA | TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: UFFICIO LEGALE-LEGAL DEPARTMENT VIA CHERUBINI 99 EMPOLI (FI) 50053 ITALY |
| LAM FUI NAN | FLAT E 14/F BLOCK 10 HOI SING MANSION RIVIERA GARDEN TSUEN WAN NT  HONG KONG |
| LEE CHI PAN | 2/F 556 FUK WAH STREET SHAM SHUI PO KLN  HONG KONG |
| LIQUIDITY SOLUTIONS, INC. | FRANDZEL ROBINS BLOOM & CSATO, L.C. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK NJ 07601 |
| LOAN VALUE OC MASTER FUND LTD. | CAMULOS LOAN VEHICLE I, LTD. C/O BRIGADE CAPITAL MANAGEMENT ATTN: AARON DANIELS 399 PARK AVENUE, 16TH FLOOR NEW YORK NY 10022 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR SPECTRUM LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: OMAR KHAWAJA LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 17:44:45                                                                   PAGE:   2
DATE: 08/30/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| LUXOR SPECTRUM LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR SPECTRUM OFFSHORE MASTER FUND LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR SPECTRUM OFFSHORE MASTER FUND LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR WAVEFRONT LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| LUXOR WAVEFRONT LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| NAGAHARA AKIHIRO | 24/F ALLIED KAJIMA BUILDING 138 GLOUCESTER ROAD WAN CHAI HONG KONG, HK   HONG KONG |
| NATIONAL BANK OF FUJAIRAH PSC | ATTN: DERMONT WHELAN (HEAD OF CREDIT RISK) PO BOX 2979 AL FUJAIRAH BUILDING KHALID BIN AL WALEED STREET DUBAI   UNITED ARAB EMIRATES |
| OC 19 MASTER FUND LP- LCG | TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O LUXOR CAPITAL GROUP ATTN: OMAR KHAWAJA 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| OC 19 MASTER FUND LP-LCG | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: OMAR KHAWAJA C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10036 |
| PICTET & CIE | 60 ROUTE DES ACACIAS GENEVA 73   CH-1211 SWITZERLAND |
| PICTET & CIE | TRANSFEROR: CREDIT SUISSE ATTN: LEGAL DEPARTMENT ROUTE DES ACACIAS 60 GENEVA   1211-73 SWITZERLAND |
| SERENGETI RAPAX MM L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SPARKASSE HANNOVER | ATTN: RENATE SCHMIDT-TEMMELMANN RASCHPLATZ 4 HANNOVER   30161 GERMANY |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: CHAN YUK YING JOANNA / TAM SIU MING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: HA SHOK YEE, STELIA 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LAM PUI KAN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: LEE CHI PAN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: NAGAHARA AKIHIRO 21/F STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: SUNG KWOK CHIU 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: TANG WAI LIN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: TANG WAI, LIN 21/F, STANDARD CHARTERED BANK (HONG KONG) LIMITED 388 KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LIMITED | TRANSFEROR: YUEN PATRICK SE-KIT 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG   HONG KONG |
| SUNG KWOK CHIU | FLAT G 15/F BLOCK 2 MAN LAI COURT 43-49 MAN LAI STREET TAI WAI, NT   HONG KONG |
| TANG WAI LIN | C/O S C S EXPRESS INTERNATIONAL LTD FLAT C, G/F, PHASE 5 HONG KONG SPINNERS INDUSTRIAL BLDG. 760-762 CHEING SHA WAN ROAD KOWLOON   HONG KONG |
| TANG WAI, LIN | C/O S C S EXPRESS INTERNATIONAL LTD FLAT C, G/F PHASE 5 HONG KONG SPINNERS INDUSTRIAL BUILDING 760-762 CHEING SHA WAN ROAD KOWLOON   HONG KONG |
| TD NORDIQUE, INC. | C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK NY 10105 |
| UBS AG | TRANSFEROR: CREDIT SUISSE BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |
| YORVIK CAPITAL LTD | TRANSFEROR: SPARKASS WALDECK-FRANKENBERG 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: YORVIK CAPITAL LTD ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YUEN PATRICK SE-KIT | C/O SHEILA M.Y. YUEN 10 MOUNT BUTLER DRIVE JARDINE'S LOOKOUT HK   HONG KONG |

Total Number of Records Printed        78