RE CE IV ED

AUG 2 7 2012

U.S.

Form 210A (12/09)

# United States Bankruptcy Court

_____**Southern**_____ District Of _____**New York**_____

In re _Lehman Brothers Holdings Inc._    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Willy or Brigitha Leupi-Lehmann
Name of Transferee

Name and Address where notices to transferee should be sent:

Zwängiweg 11
CH-8038 Zürich

Phone: _____0041 44 483 05 09_____
Last Four Digits of Acct #: _____-_____

Name and Address where transferee payments should be sent (if different from above):

-

Phone: _____-_____
Last Four Digits of Acct #: _____-_____

Credit Suisse AG
Name of Transferor

Court Claim # (if known): _____55829_____
Amount of Claim: _____CHF 25,000.00_____
Date Claim Filed: _____October 29, 2009_____

Phone: _____-_____
Last Four Digits of Acct. #: _____-_____

Note: This is a partial transfer of claim only. See attached evidence of transfer for details.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____**Zürcher Kantonalbank**_____    Date: _____August 17, 2012_____
Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. _18 U.S.C. §§ 152 & 3571._

## EVIDENCE OF TRANSFER OF CLAIM

### TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Willy or Brigitha Leupi-Lehmann** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON AUGUST 14, 2012.

Credit Suisse AG

By: _____
Name:  Martina Berli
Title:   Vice President

By: _____
Name:  Juliette Diallo
Title:   Assistant Vice President

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0187967160 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 25'000.00 |

**Zürcher Kantonalbank**

| | |
|---|---|
| Reference | Corporate Actions LOAV3 |
| Contact | Paulo Da Silva Ribeiro |
| E-mail | corporateactions@zkb.ch |
| Direct tel. | +41 44 292 78 63 |
| Fax | +41 44 292 86 64 |

Postal address: P.O. Box, CH-8010, Zurich

**Registered Mail**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Zurich, August 17, 2012

**Partial Transfer of Claim "Lehman Brothers Holdings Inc."**

Dear Sir or Madam

Please find enclosed, both the "Notice Pursuant to Bankruptcy Rule 3001" and the signed "Evidence of Transfer of Claim" released by Credit Suisse AG on August 14, 2012.

We kindly ask you to process the partial transfer of claim:

| | |
|---|---|
| ISIN: | XS0187967160 |
| Title: | (1/2% min.) Bonus Coupon Notes Lehman Brothers 2004-22.3.10 Variable Rate |
| Nominal: | CHF 25,000.00 |
| Transferor: | Credit Suisse AG |
| Transferee: | Willy or Brigitha Leupi-Lehmann |
| Initial Proof of Claim Number: | 55829 |

Please confirm us the receipt. We thank you in advance.

Yours sincerely

Zürcher Kantonalbank

Oguzhan Demirel                    Thomas Seebacher

- "Notice Pursuant to Bankruptcy Rule 3001"
- "Evidence of Transfer of Claim"