## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Baumann & Cie** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON AUGUST 14, 2012.

**Credit Suisse AG**

By: _____
Name: Martina Berli
Title: Vice President

By: _____
Name: Juliette Diallo
Title: Assistant Vice President

RECEIVED AUG 27 2012

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| CH0036891148 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 30'000.00 |

# BAUMANN & CIE
## BANQUIERS

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

Basel, 20 August 2012 ut

**EVIDENCE OF TRANSFER OF CLAIM**

Dear Sirs

Please find enclosed the form „EVIDENCE OF TRANSFER OF CLAIM" from Credit Suisse AG.

We would be very grateful if you could send us an acknowledgement of receipt of our above mentioned form. For this purpose we send you a self-addressed envelope.

Yours faithfully
Baumann & Cie

U. Laube               R. Uttinger

Baumann & Cie, Banquiers, St. Jakobs-Strasse 46, Postfach 2282, CH-4002 Basel, T +41 (0)61 279 41 41, F +41 (0)61 279 41 14
Baumann & Cie, Banquiers, Bellevueplatz 5, Postfach 715, CH-8024 Zürich, T +41 (0)44 563 64 65, F +41 (0)44 563 64 66
info@baumann-banquiers.ch, www.baumann-banquiers.ch