WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
**Debtors.** : **(Jointly Administered)**
:
:
-------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF ONE
## HUNDRED SIXTIETH OMNIBUS OBJECTION TO CLAIMS
## (SETTLED DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan

Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing without

prejudice its One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims)

[ECF No. 18444] **solely as to the claims listed on Exhibit A attached hereto**.  The Plan

US_ACTIVE:\44087252\1\58399.0003

Administrator reserves its rights to object to the claims listed on <u>Exhibit A</u> on any grounds in the

future.

Dated:  September 4, 2012
        New York, New York

                                        /s/ Robert J. Lemons
                                        Robert J. Lemons

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates

US_ACTIVE:\44087252\1\58399.0003

## Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| HBK MASTER FUND L.P. | 19275 | 26362 |
| HBK MASTER FUND L.P. | 19276 | 26362 |