# EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

ANDOR TECHNOLOGY OFFSHORE FUND, INC., with offices at 4 International Drive, Suite 100 Rye Brook, NY 10573 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to CHASE LINCOLN FIRST COMMERCIAL CORPORATION, its successors and assigns, ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 19672) in the amount of $1,896,620.52 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 5 day of September, 2012.

SELLER:                                             BUYER:
**ANDOR TECHNOLOGY OFFSHORE**    **CHASE LINCOLN FIRST COMMERCIAL**
**FUND, INC.**                                  **CORPORATION**

By: _Kevin O'Brien_                      By: _[signature]_
Name: Kevin E. O'Brien              Name: Alexander Wilk
Title: Director                               Title: Authorized Signatory

# EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

ANDOR TECHNOLOGY PERENNIAL FUND, L.P., with offices at 4 International Drive, Suite 100 Rye Brook, NY 10573 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to CHASE LINCOLN FIRST COMMERCIAL CORPORATION, its successors and assigns, ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 19673) in the amount of $6,151,279.80 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 5 day of September 2012.

SELLER:  
**ANDOR TECHNOLOGY PERENNIAL FUND, L.P.**

By: _____  
Name: Amiel Peretz  
Title: C.O.O., Andor Capital Management, Investment Manager

BUYER:  
**CHASE LINCOLN FIRST COMMERCIAL CORPORATION**

By: _____  
Name: Alexander Wilk  
Title: Authorized Signatory

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

ANDOR TECHNOLOGY FUND, L.P., with offices at 4 International Drive, Suite 100, Rye Brook, NY 10573 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to CHASE LINCOLN FIRST COMMERCIAL CORPORATION, its successors and assigns, ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 19688) in the amount of $232,811.17 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 5 day of September, 2012.

SELLER:
ANDOR TECHNOLOGY FUND, L.P.

By: _____
Name: Amrel Peretz
Title: C.O.O., Andor Capital Mgmt, Inc
Investment Manager

BUYER:
CHASE LINCOLN FIRST COMMERCIAL CORPORATION

By: _____
Name: Alexander Wilk
Title: Authorized Signatory