## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Bank Linth LLB AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON JULY 27, 2012.

**Credit Suisse AG**

By: _____
Name: Martina Berli
Title: Vice President

By: _____
Name: Juliette Diallo
Title: Assistant Vice President

FILED / RECEIVED

SEP 0 4 2012

EPIQ BANKRUPTCY SOLUTIONS, LLC

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0257101856 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | 15 Units |

 **Bank Linth**

**Bank Linth LLB AG**

Zürcherstrasse 3
Postfach
8730 Uznach

Telefon   0844 11 44 11
Telefax   0844 11 44 12
www.banklinth.ch

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**Ueli Schläpfer**
Risk Manager
Vizedirektor
Direktwahl 055 285 71 95
ueli.schlaepfer@banklinth.ch

Uznach, 30. August 2012
Seite 1/1

**Claim Transfer**

Dear Sir and Madam

Credit Suisse has transferred the claim No. 55829; 15 Units (see attachment) to Bank Linth LLB AG.

We kindliy ask you to register this claim under bank Linth LLB AG. Bank Linth registered already claims against Lehman Brothers under the following numbers: 63463, 63464.

Thank you very much for your cooperation.

If you need any further information, please contact Mr. Schläpfer.

Attachments:

- CS claim transfer
- Certification regarding status
- w-8 tax form

Kind regards

Bank Linth LLB AG

K. Rosenberger
Director

U. Schläpfer
Risk Manager