Michael L. Schleich
Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha NE 68102
Phone: 402-341-6000
Fax: 402-341-8290
MSchleich@fraserstryker.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 Case No. 08-13555 (JMP) |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) | (Jointly Administered) |
| Debtors. | ) | |

**REQUEST FOR REMOVAL FROM ECF SERVICE**

PLEASE TAKE NOTICE that the undersigned hereby requests to be removed from the ECF and any other service list in this case.

DATED this 5th day of September, 2012.

Respectfully submitted,

/s/ Michael L. Schleich
Michael L. Schleich - NE #13690
FRASER STRYKER PC LLO
500 Energy Plaza, 409 South 17th Street
Omaha, Nebraska 68102
Phone: 402/341-6000
Fax: 402/341-8290
MSchleich@fraserstryker.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court for the United States Bankruptcy Court for the Southern District of New York using the CM/ECF system this 5th day of September, 2012, which system sent notification of such filing to counsel of record.

/s/ Michael L. Schleich
Michael L. Schleich