B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Realclub Holdings LLC | The 32 Capital Master Fund SPC Ltd., for and on behalf of its segregated portfolio, Global Market Neutral Segregated Portfolio |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Realclub Holdings LLC
c/o Richards Kibbe & Orbe LLP
Attn: Larry Halperin
One World Financial Center
New York, New York 10281

Court Claim # (if known): 67076 (amending claim 14008, filed on 9/16/09)
Amount of Claim as Filed: $30,181,512.43
Amount of Claim Transferred: $30,181,512.43
Date Claim Filed: 9/14/10
Debtor: Lehman Brothers Holdings Inc.

Phone: 212-530-1870
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

742424v.1 445/01631

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___Richards Kibbe & Orbe LLP___    Date: 9/5/12
Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Realclub Holdings LLC

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

742424v.1 445/01631

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

The 32 Capital Master Fund SPC Ltd., for and on behalf of its segregated portfolio, Global Market Neutral Segregated Portfolio with offices c/o Walkers Corporate Services Limited, Walker House, 87 Mary Street, George Town Grand Cayman, KY1-9002 Cayman Islands ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to  Realclub Holdings LLC  its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 67076 (as such claim number amends the previously filed claim number 14008) in the amount of $30,181,512.43 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 18th day of May 2012.

**The 32 Capital Master Fund SPC Ltd.**
**for and on behalf of its segregated portfolio,**
**Global Market Neutral Segregated Portfolio**

By: _____
Name:  W. WILLIAM WOODS
Title:  DIRECTOR

**Realclub Holdings LLC**
By: Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Realclub Holdings LLC

By: _____
Name:
Title: Authorized Signatory

A-2

KL2 2746799 3

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**The 32 Capital Master Fund SPC Ltd., for and on behalf of its segregated portfolio, Global Market Neutral Segregated Portfolio** with offices c/o Walkers Corporate Services Limited, Walker House, 87 Mary Street, George Town Grand Cayman, KY1-9002 Cayman Islands ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Realclub Holdings LLC** its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 67076 (as such claim number amends the previously filed claim number 14008) in the amount of **$30,181,512.43** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 18th day of May 2012.

**The 32 Capital Master Fund SPC Ltd.**
**for and on behalf of its segregated portfolio,**
**Global Market Neutral Segregated Portfolio**

By: _____
Name:
Title:

**Realclub Holdings LLC**
By: Richards Kibbe & Orbe LLP, as authorized
signatory and not in the capacity as legal counsel to
Realclub Holdings LLC

By: _____
Name:
Title: Authorized Signatory

A-2

KL2 2746799.3