# UBS

**UBS AG**
P.O.Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Flurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

# Message

August 21, 2012


RECEIVED AUG 28 2012

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of        Attention: Clerk of the Court

you are receiving   1 Evidence of Transfer of Claim between Notenstein Privatbank AG and UBS AG, Zurich dated 17.8.2012

☐ for your information      ☐ returned with thanks      ☐ please return
☒ for your records          ☐ please comment             ☒ please confirm receipt
☐ as agreed                 ☐ please sign                ☒ please process
☐ please complete           ☐ please forward to

Remarks
TOCE025     NOTENSTEIN49651     CHF     10'000.00     CH0034774536

Transferor: Notenstein Privatbank AG
Initial Claim Number 49651
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson          Stephan Gfeller
Associate Director          Associate Director

61555 E     05.2005     J1

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Notenstein Privatbank AG ("Transferor") unconditionally and irrevocably transferred to UBS AG, Zürich ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 49651**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON August 17th, 2012.

Notenstein Privatbank AG

By: _____
Name: August Bing[?]
Title: Member of Management

By: _____
Name: _____
Title: Member of Management

**Schedule 1**

**Lehman Programs Securities Related to Transferred Portion of Claim**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Amount of Claim Related to Security |
|---|---|---|---|---|
| CH0034774536 | 49651 | October 29, 2009 | Lehman Brothers Securities NV | CHF 10'000 |

**Schedule 1**

**Lehman Programs Securities Related to Transferred Portion of Claim**


## UBS

**UBS AG**
P.O. Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Flurstrasse 62 / FFFE - 020
Tel +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor

New York, NY 10017

# Message

August 21, 2012

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of

you are receiving    1 Evidence of Transfer of Claim between Notenstein Privatbank AG and UBS AG, Zurich dated 17.8.2012

| | | |
|---|---|---|
| ☐ for your information | ☐ returned with thanks | ☐ please return |
| ☒ for your records | ☐ please comment | ☒ please confirm receipt |
| ☐ as agreed | ☐ please sign | ☒ please process |
| ☐ please complete | ☐ please forward to | |

Remarks
TOCE025    NOTENSTEIN49651    CHF    10'000.00    CH0034774536

Transferor: Notenstein Privatbank AG
Initial Claim Number 49651
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)


Yours sincerely,

UBS AG

Jean-Claude Besson            Stephan Gfeller
Associate Director            Associate Director

61555 E        05.2005    J1