B 210A (Form 210A) (12/09)

AUG 28 2012

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re  Lehman Brothers Holdings, Inc.              Case No  08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Notenstein Privatbank AG
Name of Transferee

Luzerner Kantonalbank AG
Name of Transferor

Name and Address where notices to transferee should be sent:

Notenstein Privatbank AG
Bohl 17
CH-9004 St. Gallen
Switzerland

Court Claim # (if known): 44593
Amount of Claim: Note: This is a Partial Transfer of Claim. See attached Evidence of Transfer of Claim for Details
Date Claim Filed: 10/29/2009

Phone: +41 71 242 57 52
Email: ca@notenstein.ch
Last Four Digits of Acct #: n/a

Phone:
Last Four Digits of Acct. #: n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ A. Jung                    Date: 08/17/2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Luzerner Kantonalbank AG, Pilatusstrasse 12, CH-6002 Luzern, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Notenstein Privatbank AG, Bohl 17, Postfach, CH-9004 St. Gallen, Switzerland** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 44593) in the amount of $ USD 1,729,046.51 (claim amount as filed), respectively USD 1,701,400.04 (Allowed Claim Amount) related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 9th day of August 2012.

Luzerner Kantonalbank AG

By: _____

Name of person signing:  Peter Felder       /  Jörg Gubler
Title of person signing:  Vice President    /  Vice President

## SCHEDULE

### Lehman Programs Securities Related to Transferred Portion of Claim:

USD 16,307.35 (Claim Amount as Filed), respectively USD 16,572.33 (Allowed Claim Amount), together with interest, fees, expenses and other recoveries due

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim/Units related to Security |
|---|---|---|---|---|
| CH0036891361 | 44593 | 10/13/2009 | Lehman Brothers Treasury Co. B.V. | USD 16,307.35 (claim amount as filed) USD 16,572.33 (Allowed Claim Amount) CHF 18,000.00 (Nominal Amount) |

Blocking Number: 3249131152111210