# UBS

UBS AG
P.O.Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Flurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

## Message

August 19, 2012



RECEIVED SEP - 4 2012 U.S. BANKRUPTCY COURT SD DIST OF NEW YORK

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of     Attention: Clerk of the Court

you are receiving    Agreement and Evidence of Transfer of Claim + Schedule 1 between
Pictet & Cie, Geneva and UBS AG, Zurich dated 15.8.2012 and released
on 29.8.2012

☐ for your information   ☐ returned with thanks   ☐ please return
☒ for your records       ☐ please comment         ☒ please confirm receipt
☐ as agreed              ☐ please sign            ☒ please process
☐ please complete        ☐ please forward to

Remarks
32) EUR 25'000.00 EMTN LBT Co. BV 2008-4.3.2011 XS034982151 / ch 3757637
Transferor: Pictet & Cie, Geneva
Initial Claim Number 64249

Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson          Hugo Koller
Associate Director          Director

61555 E     05.2005     J1

SEP − 4 2012

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.        Case No.: 08-13555 (JMP
                                                Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**UBS AG** | Name of Transferor:<br>**PICTET & CIE** |
|---|---|
| Notices to Transferee should be sent to:<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>Route des Acacias 60<br>1211 Geneva 73<br>Switzerland<br>Attn. Mr. Antoine Salamolard<br>+41583231326  asalamolard@pictet.com |
| Amount of Claim Being Transferred:<br><br>EUR 25'000.00<br>(face amount of securities) | **NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS** |
| Court Claim No. (if known): 64249 | |
| Date Claim Filed: 28.10. / 3.11.2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____        Date:   August 15, 2012
     Hugo Koller, Director
     UBS AG
     Bahnhofstrasse 45
     8001 Zurich, Switzerland

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).



Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:   Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number 64249 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| EMTN Lehman Brothers Treasury BV 2008-4.3.2011 | XS0349282151 | LBT BV | LBH Inc. | EUR 25'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the schedule and in line 24 of the Addendum to the Proof of Claim.

**PICTET & CIE** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

UBS AG
Bahnhofstrasse 45
8001 Zurich, Switzerland
Attn: Mr. Hugo Koller
+41 44 235 37 36 - hugo.koller@ubs.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or

applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August 15, 2012.

**PICTET & CIE**
Transferor

By: _____
Name:  Antoine SALAMOLARD
Title:  AVP

By: _____
Name:
Title:  Olivier BÉGOIN
        VP

ACKNOWLEDGED BY:

**UBS AG**
Transferee

By: _____
Name:  Hugo Koller
Title:  Director

**UBS**

**UBS AG**
P.O.Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Flurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor

New York, NY 10017

# Message

August 29, 2012

subject **Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555**

On behalf of

you are receiving    Agreement and Evidence of Transfer of Claim + Schedule 1 between Pictet & Cie, Geneva and UBS AG, Zurich dated 15.8.2012 and released on 29.8.2012

☐ for your information    ☐ returned with thanks    ☐ please return
☒ for your records       ☐ please comment        ☒ please confirm receipt
☐ as agreed              ☐ please sign           ☒ please process
☐ please complete        ☐ please forward to

Remarks..
32) EUR 25'000.00 EMTN LBT Co. BV 2008-4.3.2011 XS034982151 / ch 3757637
Transferor: Pictet & Cie, Geneva
Initial Claim Number 64249

Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson    Hugo Koller
Associate Director    Director

61555 E    05.2005    J1