Legal Services of the Hudson Valley
Attorneys for Grace Farrelly
Marian S. Henry, Of Counsel
90 Maple Avenue
White Plains, New York 10601
(914) 949-1305 ext. 124

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

-----------------------------------------------------------------X

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

### NOTICE OF WITHDRAWAL OF MOTION OF GRACE FARRELLY FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE**, that the Motion of Grace Farrelly for Relief from the Automatic Stay [ECF No. 25205], currently scheduled for a Hearing before the Honorable James M. Peck, Unites States Bankruptcy Judge, on September 19, 2012 at 10:00 AM at Courtroom 601, is hereby withdrawn upon notice to and consent of Weil Gotshal & Manges LLP, the attorneys for the Debtor herein.

Dated: White Plains, New York
September 6, 2012

*[signature]*
Legal Services of the Hudson Valley
Attorneys for Grace Farrelly
Marian S. Henry, Of Counsel
90 Maple Avenue
White Plains, New York 10601
(914) 949-1305 ext. 124

To:

United States Trustee
Attn: Elisabeth Gasparini, Esq.
21st Floor

33 Whitehall Street
New York, New York 10004

United States Trustee
Attn: Andrea Schwartz, Esq.
21st Floor
33 Whitehall Street
New York, New York 10004

Weil, Gotshal & Manges LLP
Attn: J. Zaw Win, Esq.
767 Fifth Avenue
New York, New York 10153

Weil, Gotshal & Manges LLP
Attn: Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis O'Donnell, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Milbank, Tweed, Hadley & McCloy LLP
Attn: Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005