Form 210A (10/06)

RECEIVED AUG 30 2012

# United States Bankruptcy Court

## Southern District Of New York

in re Lehman Brothers Holdings Inc., et al. Debtors,   Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P. of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Banca Esperia SpA | Banco Emiliano Romagnolo S.p.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and address where notices to transferee and payments should be sent
Via Filodrammatici 5 20121 Milan Italy
Ph 0039 02 88219 393

Court Claim #: 49719
Date Claim Filed: 27 October 2009
Amount of Claim: $9,742,790.59
Portion of Claim Transferred: see Schedule 1
Phone +39 051 4135586

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   date: 29 August 2012
    Transferee

Penalty for making a false statement: fine up to $ 500,000 or imprisonment for up to 5 years or both 18 U.S.C. §§ 152 & 3571