## LBHI TRANSFER NOTICE

B210a (Form 210A) (12/09)

### United States Bankruptcy Court

### Southern District of New York

| | |
|---|---|
| In re Lehman Brothers Holdings Inc., et al., Debtors | Case No: 08-13555 (JMP)<br>(Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Name of Address where notices to transferee should be sent<br><br>Name and Address: Morgan Stanley Bank International Limited<br><br>25 Cabot Square, Canary Wharf, London E14 4Q<br><br>Attention:    Brian Cripps<br><br>Email: brian.cripps@morganstanley.com | Tribridge AF1 Limited<br><br>c/o Tribridge Investment Partners Limited, 2301-2, Tower Two, Lippo Centre, 89 Queensway, Hong Kong<br><br>Attention:    Wilkie Lai<br><br>Email: wilkie.lai@tribridgecap.com<br><br>Court Claim: 6163<br><br>Amount of Claim: US$1,305,563<br><br>Date of Claim Filed: 27 July 2009<br><br>Debtor: Lehmann Brothers Holdings Inc. |
| Phone: :+44 20 7677 7974<br><br>Last Four Digits of Act # | Phone +852 21479238<br><br>Last Four Digits of Acct. #: |
| Name and Address where transferee payments should be sent (if different form above) | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 6 September 2012
Transferee/Transferee's Agent
BRIAN CRIPPS
Authorised Signatory

C:\Documents and Settings\Crippsbr\Local Settings\Temporary Internet Files\OLKF4\LBHI Transfer Notice 02 07 12 (v2).doc

**EXHIBIT B: EVIDENCE OF TRANSFER OF CLAIM**

Dated 22 June 2012

To: Clerk, United States Bankruptcy Court, Southern District of New York

Tribridge AF 1 Limited, an exempted company, incorporated in Cayman Islands with registered number MC-129891 ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Morgan Stanley Bank International Limited, a company incorporated in England and Wales with registered number 2068222, whose registered office is at 25 Cabot Square, London E14 4QW, its successors and assigns ("**Buyer**"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 6163) in the amount $1,305,563 (the "**Claim**) in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice of hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognising this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future repayments and distributions, and to give all notices and other communications, in respect o the Claim to Buyer.

**IN WITNESS WHEREOF**, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorised representatives as of the date first written above.

**TRIBRIDGE AF 1 LIMITED:**

By: ........................................
Name    Yuh Chung PARK
Title    Director

**MORGAN STANLEY BANK INTERNATIONAL LIMITED:**

By: ........................................
Name
Title
         BRIAN CRIPPS
         Authorised Signatory