UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* : 08-13555 (JMP)
 : (Jointly Administered)
Debtors. :
 :
------------------------------------------------------------------x Ref. Docket Nos. 28115, 28496,
28607, 28610, 28613, 30102, 30413,
30414, 30468, 30471, 30484-30490,
30492, 30494-30510, 30512-30517,
30519-30540, 30542-30544, 30547,
30549, 30550, 30552, 30553, 30555,
30557-30559, 30561-30578, 30580-
30587, 30590-30599, 30602, 30604-
30606, 30608-30612, 30622, 30623,
30625-30679, 30681-30684, 30686-
30755, 30757-30759, 30761-30766,
30768-30771, 30773, 30774, 30776

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 4, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
6th day of September, 2012

/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 30837    Filed 09/06/12    Entered 09/06/12 17:44:36    Main Document
Pg 3 of 15

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                        |    Chapter 11 Case No.
                                             |
LEHMAN BROTHERS HOLDINGS INC., et al.,       |    08-13555 (JMP)
                                             |
                                             |    (Jointly Administered)
          Debtors.                           |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   BARCLAYS BANK PLC
          TRANSFEROR: ICP STRUCTURED CREDIT INCOME MASTER FUND LTD
          745 SEVENTH AVENUE
          NEW YORK NY 10019

Please note that your claim # 67074 in the above referenced case and in the amount of
        $1,444,042.64         has been transferred **(unless previously expunged by court order)**

          MONARCH MASTER FUNDING LTD
          TRANSFEROR: BARCLAYS BANK PLC
          C/O MONARCH ALTERNATIVE CAPITAL LP
          ATTN: MICHAEL GILLIN
          535 MADISON AVENUE, FLOOR 26
          NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 30519        in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/04/2012                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 4, 2012.

# EXHIBIT B

```
TIME: 14:28:24                                          LEHMAN BROTHERS HOLDING INC.                                                      PAGE:    1
DATE: 09/04/12                                              CREDITOR LISTING

Name                                     Address
ACREVIS BANK AG                          TRANSFEROR: UBS AG ATTN: MARCEL LEDERGERBER C/O FINANZ-LOGISTIC AG ROSENBERGSTRASSE 16 9004 ST GALLEN  SWITZERLAND
AEK BANK 1826                            TRANSFEROR: UBS AG ATTN: MARCEL LEDERGERBER C/O FINANZ-LOGISTIC AG ROSENBERGSTRASSE 16 9004 ST GALLEN  SWITZERLAND
AG CENTER STREET PARTNERSHIP, L.P.       TRANSFEROR: BARCLAYS BANK PLC ANGELO GORDON & CO MICHAEL GORDON 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
AG CENTRE STREET PARTNERSHIP, LP         TRANSFEROR: J.P. MORGAN SECURITIES LLC 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
AG INSURANCE                             ATTN: JACQUES CRABBE AND WILLIAM VAN IMPE BOULEVARD EMILE JACQMAIN 53 BRUSSELS 1000 BELGIUM
AG INSURANCE                             DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
ALLIANZ BANK FINANCIAL ADVISORS SPA      TRANSFEROR: CREDITO VALTELLINESE S.C. PIAZZALE LODI 3 MILANO 20135 ITALY
ALTERNATIVE BANK SCHWEIZ AG              TRANSFEROR: CREDIT SUISSE AMTHAUSQUAI 21 OLTEN CH-4601 SWITZERLAND
ANDRE, FISSORE                           19 BLD DE SUISSE MONACO 98000 MONACO
ASSAN HOTCHAND SUKHWANI                  ALAMEDA PRINCIPAL, 16 2 PLANTA MALAGA 29005 SPAIN
BANCA ESPERIA S.P.A.                     ATTN: LUCA PELLEGRINO VIA FILODRAMMATICI, 5 MILANO 20121 ITALY
BANCA POPOLARE DELL'ALTO ADIGE SOC.COOP. TRANSFEROR: CASSA DI RISPARMIO DI BOLZANO SPA FINANCIAL BACK OFFICE FRASNELLI VERENA VIA SIEMENS 18 BOLZANO 39100 ITALY
BANK COOP AG, BASEL                      TRANSFEROR: PENSIONSKASSE SVZ ATTN: LEGAL DEPARTMENT DUFOURSTRASSE 50 BASEL 4002 SWITZERLAND
BANK INSINGER DE BEAUFORT NV (ITALIA)    VIA BOEZIO 4C ROMA 00193 ITALY
BANKIA BANCA PRIVADA, S.A.               ATTN: MR. MARCELINO BLANCO GARNACHO MARIA DE MOLINA, 39, 3A MADRID 28006 SPAIN
BARCLAYS BANK PLC                        ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                        BARCLAYS BANK PLC ATTN: ANTHONY VITIELLO 745 SEVENTH AVE 2ND FL NEW YORK NY 10019
BARCLAYS BANK PLC                        ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                        TRANSFEROR: AG INSURANCE ATTN: DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                        TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA ATTN: DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                        TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                        TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOCIETA COOPERATIVA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                        TRANSFEROR: BARCLAYS BANK, S.A. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                        TRANSFEROR: BARCLAYS BANK, S.A. ATTN: DANIEL MIRANDA & ANDREW VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                        TRANSFEROR: BARCLAYS BANK, S.A. ATTN: DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVE 2ND FL NEW YORK NY 10019
BARCLAYS BANK PLC                        TRANSFEROR: BARCLAYS BANK, S.A. ATTN: DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                        TRANSFEROR: BARCLAYS BANK, S.A. ATTN: DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                        TRANSFEROR: BARCLAYS BANK, SA ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                        TRANSFEROR: ICP STRUCTURED CREDIT INCOME MASTER FUND LTD 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                        TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                        TRANSFEROR: SERENGETI RAPAX MM L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                        TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                        TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                        TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK, S.A.                      TRANSFEROR: ASSAN HOTCHAND SUKHWANI ATTN: ABRAHAM CARPINTERO C/ MATEO INURRIA 15 MADRID 28036 SPAIN
BARCLAYS BANK, S.A.                      TRANSFEROR: BHAGWANSUKHWANI GANGARAM ATTN: ABRAHAM CARPINTERO C/ MATEO INURRIA 15 MADRID 28036 SPAIN
BARCLAYS BANK, S.A.                      TRANSFEROR: GANGARAM SUKHWANI HOTCHAND ATTN: ABRAHAM CARPINTERO C/ MATEO INURRIA 15 MADRID 28036 SPAIN
BARCLAYS BANK, S.A.                      TRANSFEROR: GEET SUKHWANI PRAKASH ATTN: ABRAHAM CARPINTERO C/ MATEO INURRIA 15 MADRID 28036 SPAIN
BARCLAYS BANK, S.A.                      TRANSFEROR: GONZALVEZ LOPEZ, ANGEL ATTN: ABRAHAM CARPINTERO C/O MATEO INURRIA 15 MADRID 28036 SPAIN
BARCLAYS BANK, S.A.                      TRANSFEROR: GRUPO DE EMPRESAS PRA, SA ATTN: ABRAHAM CARPINTERO C/ MATEO INURRIA 15 MADRID 28036 SPAIN
BARCLAYS BANK, S.A.                      TRANSFEROR: GRUPO INMOBILIARIO N XXI, S.L. ATTN: ABRAHAM CARPINTERO C/ MATEO INURRIA 15 MADRID 28036 SPAIN
BARCLAYS BANK, S.A.                      TRANSFEROR: RODRIGUEZ GARCIA, ANTONIO JOSE ATTN: ABRAHAM CARPINTERO C/ MATEO INURRIA 15 MADRID 28036 SPAIN
BARCLAYS BANK, S.A.                      TRANSFEROR: RODRIGUEZ GOMEZ, MONICA MERCEDES ATTN: ABRAHAM CARPINTERO C/O MATEO INURRIA 15 MADRID 28036 SPAIN
BARCLAYS BANK, S.A.                      TRANSFEROR: SANKAR REAL ESTATE PARTNERS, S.L. ATTN: ABRAHAM CARPINTERO C/ MATEO INURRIA 15 MADRID 28036 SPAIN
BARCLAYS BANK, S.A.                      TRANSFEROR: SUNIL SUKHWANI GANGARAM ATTN: ABRAHAM CARPINTERO C/ MATEO INURRIA 15 MADRID 28036 SPAIN
BARCLAYS BANK, S.A.                      TRANSFEROR: VELASCO, MARIANO MIGUEL ATTN: ABRAHAM CARPINTERO C/ MATEO INURRIA 15 MADRID 28036 SPAIN
BARCLAYS BANK, SA                        TRANSFEROR: HERNANDEZ GONZALEZ, AGUSTIN ATTN: ABRAHAM CARPINTERO C/ MATEO INURRIA 15 MADRID 28036 SPAIN
BBVA (SUIZA) S.A.                        TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: FRANCISCA ANSELMI (BACK OFFICE) SELNAUSTRASSE 32, 4TH FLOOR ZURICH CH-8021 SWITZERLAND
BERLEMIS, PANAGIOTIS                     A. LYKOUREZOS LAW OFFICES ATTN: PETROS MACHAS 19, DIMOKRITOU STREET ATHENS 10673 GREECE
BERNER KANTONALBANK AG                   TRANSFEROR: CREDIT SUISSE ATTN: SAMUEL STUCKI POSTFACH BERN CH 3001 SWITZERLAND
BERNER KANTONALBANK AG                   TRANSFEROR: NEUE AARGAUER BANK AG ATTN: RENATO HERRMANN BUNDESPLATZ 8 / POSTFACH BERN CH - 3001 SWITZERLAND
BERNER KANTONALBANK AG                   TRANSFEROR: UBS AG ATTN: SAMUEL STUCKI POSTFACH BERN CH 3001 SWITZERLAND
BHAGWANSUKHWANI GANGARAM                 ALAMEDA PRINCIPAL, 16 2 PLANTA OFICINA 1 MALAGA 29005 SPAIN
BINDEWALD, JOCHEN                        KUNFERMUHLE BISCHHELM 67294 GERMANY
BLACKBIRD INTERNATIONAL LTD.             60 MARKET SQUARE PO BOX 364 BELIZE CITY  BELIZE

                                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:28:24                                                                          PAGE:  2
DATE: 09/04/12
```

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BLACKBIRD INTERNATIONAL LTD. | BANCO PORTUGUES DE NEGOCIOS SA SETTLEMENT AND CUSTODIAN SECURITIES DEPARTMENT AV. ANTONIO AUGUSTO AGUIAR 132 LISBOA 1050-020 PORTUGAL |
| BRISTOL PARTNERS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| BSI SA | TRANSFEROR: UBS AG ATTN: ANDREA FERRARI VIA MAGATTI N 2 CH-6900 LUGANO SWITZERLAND |
| BSOF MASTER FUND L.P. | TRANSFEROR: BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES, L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154 |
| BSOF MASTER FUND L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ. 623 5TH AVE., 29TH FLOOR NEW YORK NY 10022 |
| BSOF PARALLEL MASTER FUND L.P. | TRANSFEROR: BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES LLC ATTN: ARTHUR LIAO 345 PARK AVE 28TH FL NEW YORK NY 10154 |
| BSOF PARALLEL MASTER FUND L.P. | TRANSFEROR: BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154 |
| BSOF PARALLEL MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT LLC ATTN: LAURA TORRADO ESQ 623 5TH AVE 29TH FL NEW YORK NY 10022 |
| BSOF PARALLEL MASTER FUND L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ. 623 5TH AVE., 29TH FLOOR NEW YORK NY 10022 |
| BSOF PARALLEL MASTER FUND L.P | TRANSFEROR: RBS SECURITIES INC. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ. 623 5TH AVE., 29TH FLOOR NEW YORK NY 10022 |
| BSOF PARALLEL MASTER FUND LP | TRANSFEROR: BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES LLC ATTN: ARTHUR LIAO 345 PARK AVE 28TH FL NEW YORK NY 10154 |
| BSOF PARALLEL MASTER FUND LP | TRANSFEROR: GOLDMAN, SACHS & CO C/O KNIGHTHEAD CAPITAL MANAGEMENT LLC ATTN: LAURA TORRADO ESQ 623 5TH AVE 29TH FL NEW YORK NY 10154 |
| CALOGY ASSOCIATES LLC | TRANSFEROR: MIZUHO CORPORATE BANK, LTD. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CASPIAN FOCUSED CREDIT L FUND, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CASPIAN CAPITAL LP ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CASSA DI RISPARMIO DI BOLZANO SPA | VIA CASSA DI RISPARMIO 12/B BOLZANO 39100 ITALY |
| CEHNAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: STICHTING THE VALUE FOUNDATION ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM |
| CHILDERS, MICHAEL P. AND REBECCA | 8066 PARK LN APT 1107 DALLAS TX 75231-5969 |
| CITIBANK, N.A. | ATTN: KEN SUMMERS 390 GREENWICH ST 5TH FL NEW YORK NY 10013 |
| CITIBANK, N.A. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK, N.A. | ATTN: MARIA ELIZABETH COLL 601 LEXINGTON AVENUE, 17TH FLOOR NEW YORK NY 10022 |
| CITIGROUP FINANCIAL PRODUCTS INC. | DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOLUS RECOVERY FUND LP ATTN: BRIAN BROYLES; C/O CITIGROUP FINANCIAL MARKETS INC 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: VR-LIW GMBH ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013 |
| CO-OPERATIVE BANK P.L.C., THE | TRANSFEROR: TRILANTIC CAPITAL PARTNERS IV (EUROPE) L.P. 92 UNION AVENUE CRESSKILL NJ 07626 |
| CO-OPERATIVE BANK PLC (FKA BRITANNIA BUILDING SOCIETY) | F/K/A BRITANNIA BUILDING SOCIETY ATTN: DAVE MCCARTHY BRITANNIA HOUSE CHEADLE ROAD LEAK ST13 5RG UNITED KINGDOM NO. 1000091616 ATTN: DAVE MCCARTHY BRITANNIA HOUSE CHEADLE ROAD LEEK ST13 5RG UNITED KINGDOM |
| COMDIRECT BANK | MAINZER LANDSTRASSE 293 FRANKFURT 60326 GERMANY |
| COMMERZBANK AG | TRANSFEROR: BINDEWALD, JOCHEN ATTN: MARTIN HANNOEVER FRANKFURT 60261 GERMANY |
| COMMERZBANK AG | TRANSFEROR: FOELL-GROSSHANS, ELKE ATTN: MARTIN HANNOEVER FRANKFURT 60261 GERMANY |
| COMMERZBANK AG | TRANSFEROR: WURZENBERGER-AMANN, BEATE & DIETER AMANN ATTN: MARTIN HANNOEVER FRANKFURT 60261 GERMANY |
| COOPERA SAMMELSTIFTUNG PUK | TRANSFEROR: LUZERNER KANTONALBANK AG TALWEG 17 3063 ITTIGEN SWITZERLAND |
| CORTAL CONSORS S.A. | BAHNHOFSTR. 55 NURNBERG 90402 GERMANY |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG C/O CRAVATH, SWAINE & MOORE LLP ATTN: STEPHANIE R. TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG, SINGAPORE BRANCH | TRANSFEROR: CREDIT SUISSE ONE RAFFLES LINK UNIT 05-02 SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE LOAN FUNDING LLC | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: GLENCORE ENERGY UK LIMITED ATTN: GIL GOLAN ELEVEN MADISON AVE, 5TH FL NEW YORK NY 10010 |
| CREDIT SUISSE SECURITIES (USA) LLC | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE SECURITIES (USA) LLC | TRANSFEROR: TPG CREDIT OPPORTUNITIES FUND LP ATTN: TERRI LABARBERA ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE SECURITIES (USA) LLC | TRANSFEROR: TPG CREDIT OPPORTUNITIES INVESTORS LP ATTN: TERRI LABARBERA ELEVEN MADISON AVENUE NEW YORK NY 10010 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 14:28:24                                      LEHMAN BROTHERS HOLDING INC.                                      PAGE:    3
DATE: 09/04/12                                            CREDITOR LISTING

Name                                        Address
CREDITO COOPERATIVO REGGIANO SOC. COOP.     TRANSFEROR: CREDITO EMILIANO S.P.A. ATTN: MAZZI GIOVANNI 42030  S GIOVANNI DI QUERCIOLA VIANO RE ITALY
  AS AGENT
CREDITO EMILIANO S.P.A.                     ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA   42100 ITALY
CREDITO EMILIANO S.P.A.                     ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA  42121 ITALY
CREDITO EMILIANO SPA                        TRANSFEROR: ICCREA BANCA S.P.A. ATTN: GIORGIO FERRARI VIA EMILIA SAN PIETRO, N.4 42121 REGGIO EMILIA     ITALY
CREDITO EMILIANO SPA                        ATTN: STEFANIA CATELLANI VIA GANDHI 2/C 42123 REGGIO EMILIA  ITALY
CREDITO VALTELLINESE S.C.                   ATTENTION: CINZIA GERNA PIAZZA QUADRIVIO, 8 SONDRIO  23100 ITALY
CRESCENT I, LP                              TRANSFEROR: SEA PORT GROUP SECURITIES, LLC 399 PARK AVENUE NEW YORK NY 10022
CRS FUND, LTD.                              TRANSFEROR: SEA PORT GROUP SECURITIES, LLC 399 PARK AVENUE NEW YORK NY 10022
CSS, LLC                                    TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC ATTN: MITCHELL BIALEK 175 WEST JACKSON BLVD. SUITE 440 CHICAGO IL 60604
CVF LUX M ASTER S.A.R.L.                    TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144
                                              MINNETONKA MN 55343-9439
CVF LUX MASTER S.A.R.L.                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144
                                              MINNETONKA MN 55343-9439
CVF LUX MASTER S.A.R.L.                     TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144
                                              MINNETONKA MN 55343-9439
CVF LUX MASTER SARL                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN/DAVID SHORT
                                              25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM
CVF LUX MASTERR S.A.R.L.                    TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144
                                              MINNETONKA MN 55343-9439
CVI GVF (LUX) MASTER S.A.R.L.               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O CARVAL INVESTORS UK LTD 25 GREAT PULTENEY STREET, 3RD FLOOR
                                              LONDON  W1F 9LT UNITED KINGDOM
CVI GVF (LUX) MASTER SARL                   TRANSFEROR: RAIFFEISEN BANK RT C/O CARVAL INVESTORS UK LIMITED ATTN: TERI SALBERG 11-13 BOULEVARD DE LA FOIRE
                                              LUXEMBOURG L-1528 LUXEMBOURG
CVIC LUX MASTER                             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144
                                              MINNETONKA MN 55343-9439
CVIX LUX MASTER SARL                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN/DAVID SHORT
                                              25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM
CYRUS EUROPE MASTER FUND, LTD.              TRANSFEROR: SEA PORT GROUP SECURITIES, LLC 399 PARK AVENUE NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II, LTD.    TRANSFEROR: SEA PORT GROUP SECURITIES, LLC 399 PARK AVENUE NEW YORK NY 10022
CYRUS SELECT OPPORTUNITIES MASTER FUND      TRANSFEROR: SEA PORT GROUP SECURITIES, LLC 399 PARK AVENUE NEW YORK NY 10022
DEBELLO INVESTORS LLC                       C/O WEXFORD CAPITAL LP ATTN: TIMOTHY DIDONA 411 WEST PUTNAM AVENUE GREENWICH CT 06830
DELBRUECK BETHMANN MAFFEI AG                BETHMANNSTR. 7-9 FRANKFURT AM MAIN  60311 GERMANY
DEUTSCHE APOTHEKER- UND ARTZEBANK           MAINZER LANDSTR. 275 FRANKFURT AM MAIN  60326 GERMANY
DEUTSCHE BANK 24 AG                         ESCHERSHEIMER LANDSTR. 299-301 FRANKFURT  60320 GERMANY
DEUTSCHE BANK AG                            ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858
DEUTSCHE BANK AG                            BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006
DEUTSCHE BANK AG, LONDON BRANCH             BINGHAM MCCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006
DEUTSCHE BANK AG, LONDON BRANCH             ATTN: MICHAEL SUTTON AND ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: BANK OF MONTREAL ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: BANK OF MONTREAL ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: CLAIMS RECOVERY GROUP LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                              NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: GAM EQUITY SIX INC. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: GAM EQUITY SIX INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: GOODMORNING SHINHAN SECURITIES CO.,LTD., N/K/A SHINHAN INVESTMENT CORPORATION; ATTN: JACK TSAI/UDAI BAJAJ
                                              DEUTSCHE BANK AG, HONG KONG BRANCH LEVEL 60, INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON  HONG KONG
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: LUXOR CAPITAL PARTNERS LP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: LUXOR CAPITAL PARTNERS, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: LUXOR SPECTRUM LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: LUXOR SPECTRUM LLC ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: LUXOR WAVEFRONT LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
```

```
TIME: 14:28:24                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:     4
DATE: 09/04/12                                               CREDITOR LISTING

Name                                                  Address
DEUTSCHE BANK AG, LONDON BRANCH          TRANSFEROR: LUXOR WAVEFRONT LP ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH          TRANSFEROR: MIZUHO CORPORATE BANK, LTD. C/O DEUTSCHE BANK SECURITIES INC. DISTRESSED PRODUCTS GROUP ATTN: MATTHEW WEINSTEIN
                                         60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH          TRANSFEROR: OC19 MASTER FUND LP - LCG ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH          TRANSFEROR: OC19 MASTER FUND LP - LCG ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH          TRANSFEROR: ORE HILL HUB FUND LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH          TRANSFEROR: SPCP GROUP, LLC, AS AGENT FOR SILVER POINT CAPITAL FUND LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH          TRANSFEROR: TD NORDIQUE, INC. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)     TRANSFEROR: DEUTSCHE POSTBANK AG ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                         LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)     TRANSFEROR: DEUTSCHE POSTBANK INTERNATIONAL SA ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                         LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)     TRANSFEROR: WHITEBOX CONVERTIBLE ARBITRAGE PARTNERS, LP ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                         LONDON  EC2N 2DB UNITED KINGDOM
DOLOSTONE, L.L.C.                        ROBERT G. LEONARD BINGHAM MCCUTCHEN LLP 339 PARK AVENUE NEW YORK NY 10022-4689
DOLOSTONE, L.L.C.                        ROBERT G. LEONARD BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689
DOLOSTONE, L.L.C.                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH PO BOX 7954 NEW YORK NY 10150
DRESDNER BANK AG FRANKFURT               ESCHERSHEIMER LANDSTR. 248 FRANKFURT 60320 GERMANY
EFG BANK AB (PUBL)                       P.O. BOX 55963 STOCKHOLM S-102 16 SWEDEN
ELLIOTT ASSOCIATES, L.P.                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                 TRANSFEROR: MIZUHO CORPORATE BANK, LTD. ATTN: ELLIOT GREENBERG 40 WEST 57TH STREET, 4TH FLOOR NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                 TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                 TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.              TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.              TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.              TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
EMPYREAN INVESTMENTS LLC                 TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                         10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                         10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
FOELL-GROSSHANS, ELKE                    MATTIL & KOLLEGEN ATTN: EVA-MARIA UEBERRUCK THIERSCHPLATZ 3 MUNCHEN D-80538 GERMANY
FOELL-GROSSHANS, ELKE                    ONEGINSTR. 21 A MUNCHEN 81247 GERMANY
FRANKFURTER SPARKASSE                    TRANSFEROR: COMDIRECT BANK ATTN: MICHAEL WEIS, ABTEILUNG RECHT II NEUE MAINZER STRASSE 47-53 60255 FRANKFURT GERMANY
FRANKFURTER SPARKASSE                    TRANSFEROR: CORTAL CONSORS S.A. ATTN: MICHAEL WEIS, ABTEILUNG RECHT II NEUE MAINZER STRASSE 47-53 60255 FRANKFURT GERMANY
FRANKFURTER SPARKASSE                    TRANSFEROR: DELBRUECK BETHMANN MAFFEI AG ATTN: MICHAEL WEIS, ABTEILUNG RECHT II NEUE MAINZER STRASSE 47-35 60255 FRANKFURT GERMANY
FRANKFURTER SPARKASSE                    TRANSFEROR: DEUTSCHE APOTHEKER- UND ARTZEBANK ATTN: MICHAEL WEIS, ABTEILUNG RECHT II NEUE MAINZER STRASSE 47-53 60255 FRANKFURT GERMANY
FRANKFURTER SPARKASSE                    TRANSFEROR: DEUTSCHE BANK 24 AG ATTN: MICHAEL WEIS, ABTEILUNG RECHT II NEUE MAINZER STRASSE 47-53 60255 FRANKFURT GERMANY
FRANKFURTER SPARKASSE                    TRANSFEROR: DRESDNER BANK AG FRANKFURT ATTN: MICHAEL WEIS, ABTEILUNG RECHT II NEUE MAINZER STRASSE 47-53 60255 FRANKFURT GERMANY
FRANKFURTER SPARKASSE                    TRANSFEROR: ING-DIBA AG ATTN: MICHAEL WEIS, ABTEILUNG RECHT II NEUE MAINZER STRASSE 47-53 60255 FRANKFURT GERMANY
FRANKFURTER SPARKASSE                    TRANSFEROR: KREISSPARKASSE KOLN ATTN: MICHAEL WEIS, ABTEILUNG RECHT II NEUE MAINZER STRASSE 47-53 60255 FRANKFURT GERMANY
FRANKFURTER SPARKASSE                    TRANSFEROR: NASSAUISCHE SPARKASSE ATTN: MICHAEL WEIS, ABTEILUNG RECHT II NEUE MAINZER STRASSE 47-53 60255 FRANKFURT GERMANY
FRANKFURTER SPARKASSE                    TRANSFEROR: POSTBANK KOLN ATTN: MICHAEL WEIS, ABTEILUNG RECHT II NEUE MAINZER STRASSE 47-53 60255 FRANKFURT GERMANY
FRANKFURTER SPARKASSE                    TRANSFEROR: SPARDA BANK HESSEN EG ATTN: MICHAEL WEIS, ABTEILUNG RECHT II NEUE MAINZER STRASSE 47-53 60255 FRANKFURT GERMANY
FRANKFURTER SPARKASSE                    TRANSFEROR: SPARKASSE BREMERHAVEN ATTN: MICHAEL WEIS, ABTEILUNG RECHT II NEUE MAINZER STRASSE 47-53 60255 FRANKFURT GERMANY
FRANKFURTER SPARKASSE                    TRANSFEROR: SPARKASSE LANGEN-SELIGENSTADT ATTN: MICHAEL WEIS, ABTEILUNG RECHT II NEUE MAINZER STRASSE 47-53 60255 FRANKFURT GERMANY
FRANKFURTER SPARKASSE                    TRANSFEROR: SPARKASSE RHEIN-NAHE ATTN: MICHAEL WEIS, ABTEILUNG RECHT II NEUE MAINZER STRASSE 47-53 60255 FRANKFURT GERMANY
FRANKFURTER SPARKASSE                    TRANSFEROR: TAUNUSSPARKASSE ATTN: MICHAEL WEIS, ABTEILUNG RECHT II NEUE MAINZER STRASSE 47-53 60255 FRANKFURT GERMANY
GAM EQUITY SIX INC.                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS 29TH FLOOR NEW YORK NY 10036
GANGARAM SUKHWANI HOTCHAND               ALAMEDA PRINCIPAL, 16 2 PLANTA MALAGA 29005 SPAIN
GEET SUKHWANI PRAKASH                    ALAMEDA PRINCIPAL, 16 2 PLANTA MALAGA 29005 SPAIN
GOLDMAN SACHS & CO.                      TRANSFEROR: WEXFORD SPECTRUM TRADING LIMITED ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
                                         200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS LLC       RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC       TRANSFEROR: DOLOSTONE, L.L.C. C/O GOLDMAN, SACHS & CO. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC       TRANSFEROR: GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS LLC       TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282

                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:28:24                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:    5
DATE: 09/04/12                                              CREDITOR LISTING

Name                                            Address
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: PUBLIC POWER GENERATION AGENCY C/O GOLDMAN, SACHS & CO ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR
                                                JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: SOCIETE GENERALE ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: SOLUS RECOVERY FUND LP 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP 200 WEST STREET NEW YORK NY 10282
GOLDMAN, SACHS & CO                             TRANSFEROR: DEBELLO INVESTORS LLC ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                            TRANSFEROR: RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS & CO.                            TRANSFEROR: BBVA (SUIZA) S.A. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                            TRANSFEROR: CITIBANK, N.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                            TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GONZALVEZ LOPEZ, ANGEL                          TRANSFEROR: FIR TREE VALUE MASTER FUND LP ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
                                                CALLE ANTONIO MOYA FERNANDEZ, 13 TORREMOLINOS MALAGA 29620 SPAIN
GRUPO DE EMPRESAS PRA, SA                       CL. SAN ALVARO, 2 CORDOBA 14003 SPAIN
GRUPO INMOBILIARIO N XXI, S.L.                  CL. SALVIA, 1 CORDOBA 14012 SPAIN
GRUPPO BANCA LEONARDO S.P.A.                    TRANSFEROR: BANK INSINGER DE BEAUFORT NV (ITALIA) ATTN: FRANCESCO PRATO - MATTEO CATENACCI VIA BROLETTO, 46 20121 MILANO ITALY
GUSTAFSSON, MAGNUS                              TRANSFEROR: EFG BANK AB (PUBL) STALLVAGEN 2 VENDELSO S-136 73 SWEDEN
HOF HOORNEMAN INVESTMENT FUNDS NV               TRANSFEROR: YORVIK PARTNERS LLP FOR SUBFUND PHOENIX FUND NV HOF HOORNEMAN BANKIERS OOSTHAVEN 52 2801 PE GOUDA  THE NETHERLANDS
HUMLE KAPITALFORVALTNING AB                     TRANSFEROR: EFG BANK AB (PUBL) BIBLIOTEKSGATAN 29 BOX 5769 STOCKHOLM S-114 87 SWEDEN
ICCREA BANCA S.P.A.                             ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
ICCREA BANCA S.P.A.                             ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY
ILLIQUIDX LLP                                   TRANSFEROR: BANCA ESPERIA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: BANKIA BANCA PRIVADA, S.A. ATTN: MR. CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: BERLEMIS, PANAGIOTIS ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: BERLEMIS, PANAGIOTIS MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: CHHUGANI, RAJU ATTN: CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ING-DIBA AG                                     TRANSFEROR: SKOTIDAKIS, JOHN ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
                                                SUDWESTPARK 97 NURNBERG 90449 GERMANY
J.P. MORGAN SECURITIES LLC                      TRANSFEROR: ILLIQUIDX LLP ATTNN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC                      TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG C/O J.P. MORGAN SECURITIES ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
KOOMEN-METRKX, H.C.M.                           NIEUWE KEIZERSGRACHT 450 AMSTERDAM 1018VG NETHERLANDS
KREISSPARKASSE KOLN                             NEUMARKT 18-24 KOLN 50667 GERMANY
KSP PROPERTIES LLC                              840 BLUE MOUNTAIN ROAD SANTA ROSA BEACH FL 32459
LIQUIDITY SOLUTIONS, INC.                       TRANSFEROR: ANDRE, FISSORE ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                       TRANSFEROR: BLACKBIRD INTERNATIONAL LTD. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                       TRANSFEROR: CHILDERS, MICHAEL P. AND REBECCA ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                       TRANSFEROR: KSP PROPERTIES LLC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                       TRANSFEROR: MORAN, ELIZABETH ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                       TRANSFEROR: SAMMONS, JOHN ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LORAIN VISTA LTD.                               EAST BAY STREET PO BOX N-757 NASSAU BAHAMAS
LUXOR CAPITAL PARTNERS LP                       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS 29TH FLOOR NEW YORK NY 10036
LUXOR CAPITAL PARTNERS OFFSHORE MASTER          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS 29TH FLOOR NEW YORK NY 10036
 FUND LP
LUXOR CAPITAL PARTNERS, LP                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS 29TH FLOOR NEW YORK NY 10036
LUXOR SPECTRUM LLC                              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS 29TH FLOOR NEW YORK NY 10036
LUXOR SPECTRUM LLC                              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS 29TH FLOOR NEW YORK NY 10036
LUXOR SPECTRUM OFFSHORE MASTER FUND LP          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS 29TH FLOOR NEW YORK NY 10036
LUXOR WAVEFRONT LP                              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS 29TH FLOOR NEW YORK NY 10036
LUZERNER KANTONALBANK AG                        TRANSFEROR: BANK COOP AG, BASEL PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND
LUZERNER KANTONALBANK AG                        TRANSFEROR: COOPERA SAMMELSTIFTUNG PUK PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND
LYYTINEN, ASA-MATTI                             WHITE & CASE LLP ETELARANTA 14 HELSINKI 00130 FINLAND
LYYTINEN, ASA-MATTI                             SEURASAARENTIE 13 HELSINKI 00250 FINLAND
MACQUARIE BANK LIMITED                          SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED                          TRANSFEROR: MERLE CHASE LLC C/O MACQUARIE CAPITAL (USA) INC. ATTN: FICC CREDIT SALES & TRADING 125 WEST 55TH STREET NEW YORK NY 10019


                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:28:24                                              LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    6
DATE: 09/04/12                                                  CREDITOR LISTING

Name                                              Address
MARBLEGATE SPECIAL OPPORTUNITIES MASTER            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: MARK E. ZOLDAN, CFO 80 FIELD POINT ROAD GREENWICH CT 06830
 FUND LP
MATLINPATTERSON DISTRESSED OPPORTUNITIES           TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P. ATTN: JACOB WHYMAN
 MASTER ACCOUNT, L.P.                              520 MADISON AVENUE, 35TH FLOOR NEW YORK NY 10022-4213
MATLINPATTERSON DISTRESSED OPPORTUNITIES           TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC C/O MATLINPATTERSON CAPITAL MANAGEMENT, LP ATTN: JACOB WHYMAN
 MASTER ACCOUNT, LP                                520 MADISON AVENUE, 35TH FLOOR NEW YORK NY 10022-4213
MERLE CHASE LLC                                    TRANSFEROR: GPS INCOME FUND (CAYMAN) LTD ATTN: MATTHEW ROTHFLEISCH & PETER SMITH 711 5TH AVENUE NEW YORK NY 10022
MERRILL LYNCH CREDIT PRODUCTS, LLC                 TRANSFEROR: AMERICAN CHARTERED BANK ATTN: GARY S COHEN BANK OF AMERICA TOWER 3RD FL, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                 TRANSFEROR: AMERICAN CHARTERED BANK ATTN: GARY S COHEN BANK OF AMERICA TWR 3RD FL, ONE BRYANT P NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                 TRANSFEROR: FORTRESS INVESTMENT FUND III (COINVESTMENT FUND A) LP ATTN: JEFFREY BENESH & RON TOROK
                                                   BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                 TRANSFEROR: FORTRESS INVESTMENT FUND III (COINVESTMENT FUND B) LP ATTN: JEFFREY BENESH & RON TOROK
                                                   BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                 TRANSFEROR: FORTRESS INVESTMENT FUND III (COINVESTMENT FUND C) LP ATTN: JEFFREY BENESH & RON TOROK
                                                   BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                 TRANSFEROR: FORTRESS INVESTMENT FUND III (COINVESTMENT FUND D) LP ATTN: JEFFREY BENESH & RON TOROK
                                                   BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                 TRANSFEROR: FORTRESS INVESTMENT FUND V (FUND A) L.P. ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK
                                                   NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                 TRANSFEROR: FORTRESS INVESTMENT FUND V (FUND A) LP ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK
                                                   NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                 TRANSFEROR: FORTRESS MORTGAGE OPPORTUNITIES MASTER FUND SERIES 2 LP ATTN: JEFFREY BENESH & RON TOROK
                                                   BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                 TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: JEFFREY BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                 TRANSFEROR: WILLOW RE LIMITED ATTN: GARY COHEN & RON TOROK BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK NEW YORK NY 10036
MIZUHO CORPORATE BANK, LTD.                        ATTN: KEVIN HOLMES, SENIOR VICE PRESIDENT 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
MIZUHO CORPORATE BANK, LTD.                        STROOCK & STROOCK & LAVAN LLP ATTN: SHERRY MILLMAN, ESQ. 180 MAIDEN LANE NEW YORK NY 10038
MONARCH MASTER FUNDING LTD                         TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022
MORAN, ELIZABETH                                   521 EAST 14TH STREET APT 11G NEW YORK NY 10009
MORGAN STANLEY & CO. INTERNATIONAL PLC             RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC             TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM
NASSAUISCHE SPARKASSE                              RHEINSTR. 42-46 WIESBADEN 65195 GERMANY
NATIONAL BANK OF FUJAIRAH PSC                      ATTN: DERMONT WHELAN (HEAD OF CREDIT RISK) PO BOX 2979 AL FUJAIRAH BUILDING KHALID BIN AL WALEED STREET DUBAI    UNITED ARAB EMIRATES
NEUE AARGAUER BANK AG                              ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
NEUE AARGAUER BANK AG                              CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
NEUE AARGAUER BANK AG                              RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
NOTENSTEIN PRIVATBANK AG                           TRANSFEROR: WEGELIN & CO., PRIVATBANKIERS BOHL 17 ST. GALLEN  CH-9004 SWITZERLAND
OC19 MASTER FUND LP - LCG                          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS 29TH FLOOR NEW YORK NY 10036
OC19 MASTER FUND LP - LCG                          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O LUXOR CAPITAL GROUP 1114 AVENUE OF THE AMERICAS 29TH FL NEW YORK NY 10036
OMX TIMBER FINANCE INVESTMENTS II, LLC             PATZIK, FRANK & SAMOTNY LTD. ATTN: STEVEN M. PREBISH 150 SOUTH WACKER DRIVE - SUITE 1500 CHICAGO IL 60606
OMX TIMBER FINANCE INVESTMENTS II, LLC             K&L GATES LLP ATTN: SVEN T. NYLEN 70 WEST MADISON STREET - SUITE 3100 CHICAGO IL 60602
OMX TIMBER FINANCE INVESTMENTS II, LLC             C/O SUSAN WAGNER-FLEMMING 263 SHUMAN BLVD. NAPERVILLE IL 60563
ORE HILL HUB FUND LTD                              BROWN RUDNICK LLP ATTN: TIMOTHY C. BENNETT, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
ORE HILL HUB FUND LTD                              C/O ORE HILL PARTNERS LLC ATTN: CLAUDE BAUM 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019
POSTBANK KOLN                                      EDMUND-RUMPLER-STR. 3 KOLN  51149 GERMANY
PUBLIC POWER GENERATION AGENCY                     ATTN: MR. KEVIN GADEN MUNICIPAL ENERGY AGENCY OF NEBRASKA 1111 "O" STREET, SUITE 200 LINCOLN NE 68508-3614
RAIFFEISEN BANK RT                                 ATTN: MRS ZSUZSANNA VARGE BIRONE RAIFFEISEN BANK ZRT 6 AKADEMIA U BUDAPEST  1054 HUNGARY
RBS SECURITIES INC.                                ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
RBS SECURITIES INC.                                TRANSFEROR: ALANDSBANKEN SVERIGE AB (PUBL) ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
RBS SECURITIES INC.                                TRANSFEROR: GREENLIGHT CAPITAL OFFSHORE PARTNERS C/O THE ROYAL BANK OF SCOTLAND PLC ATTN: JEFFERY FARKAS 600 WASHINGTON BLVD.
                                                   STAMFORD CT 06901
RBS SECURITIES INC.                                TRANSFEROR: GREENLIGHT CAPITAL QUALIFIED, L.P. C/O THE ROYAL BANK OF SCOTLAND PLC ATTN: JEFFERY FARKAS 600 WASHINGTON BLVD.
                                                   STAMFORD CT 06901
RBS SECURITIES INC.                                TRANSFEROR: GREENLIGHT CAPITAL, L.P. C/O THE ROYAL BANK OF SCOTLAND PLC ATTN: JEFFERY FARKAS 600 WASHINGTON BLVD. STAMFORD CT 06901

                                                                                                                                            EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:28:24                                                                                                          PAGE:    7
DATE: 09/04/12                                     LEHMAN BROTHERS HOLDING INC.
                                                       CREDITOR LISTING

Name                                          Address
RBS SECURITIES INC.                           TRANSFEROR: GREENLIGHT REINSURANCE, LTD. C/O THE ROYAL BANK OF SCOTLAND PLC ATTN: JEFFERY FARKAS 600 WASHINGTON BLVD.
                                              STAMFORD CT 06901
RBS SECURITIES INC.                           TRANSFEROR: UBS AG ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901
RODRIGUEZ GARCIA, ANTONIO JOSE                CALLE ANTONIO MOLINA MARTIN, 3-PORTAL 1-5B MELILLA 52006 SPAIN
RODRIGUEZ GOMEZ, MONICA MERCEDES              CALLE ALCALDE RAFAEL GINEL, 12 - PORTAL II 5K MELILLA 52006 SPAIN
ROYAL BANK OF SCOTLAND PLC, THE               TRANSFEROR: LYYTINEN, ASA-MATTI ATTN: JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM
ROYAL BANK OF SCOTLAND, PLC, THE              TRANSFEROR: MIZUHO CORPORATE BANK, LTD. C/O RBS SECURITIES INC. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
SAMMONS, JOHN                                 9202 MARKVILLE DR DALLAS TX 75243
SANKAR REAL ESTATE PARTNERS, S.L.             CALLE BARROSO, 16 - 1 MALAGA 29001 SPAIN
SEA PORT GROUP SECURITIES, LLC                TRANSFEROR: CEHNAVARI FINANCIAL ADVISORS LTD ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD ATTN: STEPHEN HANSEN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                TRANSFEROR: LORAIN VISTA LTD. ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEMPER CONSTANTIA PRIVATBANK AG               (AS SUCCESSOR TO FORMER CREDITOR CONSTANTIA PRIVATBANK) ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER BANKGASSE 2
                                              WEIN 1010 AUSTRIA
SERENGETI LYCAON MM L.P.                      TRANSFEROR: DEUTSCHE BANK AG C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI LYCAON MM LP                        TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.               TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.               TRANSFEROR: DEUTSCHE BANK AG C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.               TRANSFEROR: DEUTSCHE BANK AG C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR
                                              NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM LP                 TRANSFEROR: ILLIQUIDX LLP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10022
SERENGETI OPPORTUNITIES PARTNERS LP           TRANSFEROR: GOLDMAN, SACHS & CO. C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISOR ATTN: ERIN FINEGAN 632 BROADWAY, 12TH
                                              NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS LP           TRANSFEROR: DEUTSCHE BANK AG C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS LP           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISOR ATTN: ERIN FINEGAN 632 BROADWAY, 12TH
                                              NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS LP           TRANSFEROR: ILLIQUIDX LLP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM L.P.                       TRANSFEROR: GOLDMAN, SACHS & CO. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM LP                         TRANSFEROR: ILLIQUIDX LLP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM LP                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
SKOTIDAKIS, JOHN                              NATIONAL BANK OF GREECE 13, AMERIKIS STR. ATHENS 106 72 GREECE
SKOTIDAKIS, JOHN                              P.O. BOX 53044 NEA IONIA ATHENS 14210 GREECE
SOLUS CORE OPPORTUNITIES LP                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                              410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES MASTER FUND LTD      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                              410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                              410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                        TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                              410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                              410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP        TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                              410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP        TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                              410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SPAR + LEIHKASSE MUNSINGEN AG                 TRANSFEROR: UBS AG C/O ENTRIS OPERATIONS AG MATTENSTRASSE 8 GUEMLIGEN CH 3073 SWITZERLAND
SPARDA BANK HESSEN EG                         OSLOER STR. 2 FRANKFURT 60327 GERMANY
SPARKASSE BREMERHAVEN                         BURGERMEISTER-SMIDT-STR. 24-30 BREMERHAVEN 27568 GERMANY
SPARKASSE HANNOVER                            TRANSFEROR: STADTSPARKASSE BARSINGHAUSEN ATTN: RALF EBERT, BEREICHSLEITER TREASURY AEGIDIENTORPLATZ 1 30159 HANNOVER GERMANY
SPARKASSE HANOVER                             TRANSFEROR: COMDIRECT BANK ATTN: RALF EBERT, BEREICHSLEITER TREASURY AEGIDIENTORPLATZ 1 30159 HANNOVER GERMANY
SPARKASSE LANGEN-SELIGENSTADT                 FRANKFURTER STRASSE 137 SELIGENSTADT 63500 GERMANY

                                                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:28:24                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:    8
DATE: 09/04/12                                              CREDITOR LISTING

Name                                              Address
SPARKASSE RHEIN-NAHE                              KORNMARKT 5  BAD KREUZNACH  55543 GERMANY
SPARKASSE STARKENBURG                             TRANSFEROR: VOLKSBANK WESCHNITZTAL EG ATTN: PETER MEUSEL AN DER SPARKASSE 64646 HEPPENHEIM    GERMANY
SPCP GROUP, LLC, AS AGENT FOR SILVER              RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036
  POINT CAPITAL FUND LP
SPCP GROUP, LLC, AS AGENT FOR SILVER              TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC SILVER POINT CAPITAL OFFSHORE FUND, LTD
  POINT CAPITAL FUND LP                           C/O SILVER POINT CAPITAL, LP/ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830
SPCP GROUP, LLC., AS AGENT FOR SILVER             TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC SILVER POINT CAPITAL OFFSHORE FUND, LTD
  POINT CAPITAL FUND LP                           C/O SILVER POINT CAPITAL, LP/ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830
ST. GALLER KANTONALBANK AG                        TRANSFEROR: CREDIT SUISSE ST. LEONHARDSTRASSE 25 ST. GALLEN  9001 SWITZERLAND
STADTSPARKASSE BARSINGHAUSEN                      DEISTER STR. 1A BARSINGHAUSEN 30890 GERMANY
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: ACKET, J.J.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: AKKERMAN, J.J.P. EN/OF J.P.A.J. AKKERMAN-HORUS ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: AMBID HOLLAND B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: ATEN-BOLT, H.G. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: BALLEGOOIJEN, H.A. VAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: BARLUK B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: BERGSHA, W.J.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: BROUNTS-R.G.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: BUISMAN, J.E.L. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: CIJFFERS, M.F.M. KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: CYBERT MEDIA B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: DE VRIES, H. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: DROS, DE HEER R.D. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: GROOT, N.M.H. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: H. DE VRIES BEHEER B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: HOOGSCHAGEN, K. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: HUBRECHT, T.P.F. E/O H.J. HUBRECHT-HELMS ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: HULSHOFF, A.J.A. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: JAGER, J.H.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: JANSEN, W.B.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: KETWICH VERSCHUUR, F. VAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: KOOMEN-METRKX, H.C.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: KROON, R.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: KWEE, S.G. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: LOON, Q.A.J. VAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: MANEN (B), R. VAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: MOLLEMA-BOS, A.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: MUL, H. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: NOLEN-SMIT, J.U. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: POLDERMAN-DEKKER, I.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: POUW, W. TH ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: REEHORST PENSIOEN, B.V. KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: ROSEMULLER, H.M.B. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: SIMMERMAN, G.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: SON, H.F.M. VAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: STICHTING ROSENSTOCK HUESSY ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: STUTTERHEIM, C.J.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: STUURMAN, A.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: TABBERS, A. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: TANDARTSPRAKTIJK DRS. R.J.M. LAURS B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: TH.M. THIEN E/O PAM THIEN-VANDER HEIJDEN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: TIMMER CONSULTANCY CONCEPT COPY B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: TOUWEN, M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: TRUSTUS CAPITAL MANAGEMENT B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS

                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:28:24                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:  9
DATE: 09/04/12                                        CREDITOR LISTING
```

| Name | Address |
|---|---|
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: VAN DE STADT, H. & VAN DE STADT-SABEL, C.C. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: VAN DE STADT, H. EN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: VAN DEN HEUVEL, C. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: VAN WIEREN, T. EN/OF ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: VAN'T HOOG, E.A. EN/OF I.F.E. IDE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: VEENHUIZEN-FRUIN, M.L. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: VOLBEDA, N. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: W.J. HEYNEN BEHEER BV ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: ZANTEN, P. VAN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: LAM, W. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: LUIJMES, J ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE VALUE FOUNDATION | TRANSFEROR: SCHERPEL-KOLLEN, Y.E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| SUNIL SUKHWANI GANGARAM | ALAMEDA PRINCIPAL, 16 2 PLANTA OFICINA 1 MALAGA 29005 SPAIN |
| TAUNUSSPARKASSE | LUDWIG-ERHARD-ANLAGE 6+7 BAD HOMBURG V.D. HOHE 61352 GERMANY |
| TCA SPV I LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NINTH FLOOR NEW YORK NY 10022 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: ANP FUNDING I LLC ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: ANP FUNDING I, LLC ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: INTEGRYS ENERGY SERVICES, INC. 600 WASHINGTON BOULEVARD ATTN: MATTHEW ROSENCRANS STAMFORD CT 06910 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: INTEGRYS ENERGY SERVICES, INC. 600 WASHINGTON BLVD STAMFORD CT 06901 |
| TOWA PHARMACEUTICAL CO., LTD. | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: NORIKO SHINTANI 2-11, SHINBASHI-CHO, KADOMA OSAKA 571-8580 JAPAN |
| TRIALTIC CAPITAL PARTNERS IV (EUROPE) L.P. | TRANSFEROR: PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| TRIALTIC CAPITAL PARTNERS IV (EUROPE) L.P. | ATTN: LAURENCE MCNAIRN HERITAGE HALL LE MERCHANT STREET PO BOX 225 ST. PETER PORT GY1 4HY UNITED KINGDOM |
| TRIALTIC CAPITAL PARTNERS IV (EUROPE) L.P. | LAURENCE MCNAIRN HERITAGE HALL, LE MARCHANT STREET PO BOX 225 ST PETER PORT GUERNSEY GY1 4HY UNITED KINGDOM |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |
| UBS AG | TRANSFEROR: CREDIT SUISSE ATTN: JEAN-CLAUDE BESSON BAHNHOF STRASSE 45 CH-8001 ZURICH SWITZERLAND |
| UBS AG | TRANSFEROR: CREDIT SUISSE BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |
| UBS AG ZURICH | TRANSFEROR: NOTENSTEIN PRIVATBANK AG ATTN: JEAN-CLAUDE BESSON BAHNHOFSTRASSE 45 CH-8001 ZURICH SWITZERLAND |
| UBS AG, LONDON BRANCH | TRANSFEROR: CAPITAL PARTNERS SECURITIES CO., LTD ATTN: KAZUYA ICHIKAWA AND MARIE MIYAZAWA (TOKYO) 1 FINSBURY AVENUE LONDON EC2M 2PP UNITED KINGDOM |
| UBS AG, LONDON BRANCH | TRANSFEROR: TOWA PHARMACEUTICAL CO., LTD. ATTN: KAZUYA ICHIKAWA AND MARIE MIYAZAWA (TOKYO) 1 FINSBURY AVENUE LONDON EC2M 2PP UNITED KINGDOM |
| UBS AG, STAMFORD BRANCH | TRANSFEROR: MIZUHO CORPORATE BANK, LTD. C/O UBS SECURITIES LLC ATTN: DOUGLAS GERVOLINO 677 WASHINGTON BLVD. STAMFORD CT 06901 |
| UBS AG, STAMFORD BRANCH | TRANSFEROR: VITTORIA FUND - T, L.P. ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901 |
| UBS AG, STAMFORD BRANCH | TRANSFEROR: VITTORIA FUND - T, L.P. ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901 |
| UBS SECURITIES LLC | TRANSFEROR: UBS AG ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901 |
| VARDE FUND VI-A LP, THE | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER) L.P., THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER), L.P, THE | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD., SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER), L.P., THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER), L.P., THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER), L.P., THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER L.P. | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 14:28:24                                          LEHMAN BROTHERS HOLDING INC.                                             PAGE:    10
DATE: 09/04/12                                              CREDITOR LISTING

Name                                          Address
VARDE INVESTMENT PARTNERS, L.P.               TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                 TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                 TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                 TRANSFEROR: THE VARDE FUND, L.P. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VELASCO, MARIANO MIGUEL                       CL. MIZAR, 8 MADRID 28023 SPAIN
VOLKSBANK WESCHNITZTAL EG                     RATHAUSSTR. 20 RIMBACH 64668 GERMANY
WARWICKSHIRE HOLDINGS LLC                     TRANSFEROR: UBS AG, STAMFORD BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                              NEW YORK NY 10019-4001
WELLS FARGO BANK NORTHWEST, N.A. AS           TRANSFEROR: OMX TIMBER FINANCE INVESTMENTS II, LLC ATTN: CORPORATE TRUST SERVICES 299 SOUTH MAIN STREET, 12TH FLOOR
 INDENTURE TRUSTEE                            SALT LAKE CITY UT 84111
WEXFORD SPECTRUM TRADING LIMITED              C/O WEXFORD CAPITAL ATTN: TIMOTHY DIDONA 411 WEST PUTNAM AVENUE GREENWICH CT 06830
WURZENBERGER-AMANN, BEATE & DIETER AMANN      PETERSWEG 4 KOSCHING D-85029 GERMANY
WURZENBERGER-AMANN, BEATE & DIETER AMANN      ARENDTS ANWALTE RECHTSANWALTSKANZLEI PERLACHER STR. 68 GRUNWALD D-82031 GERMANY
YORVIK CAPITAL LTD                            TRANSFEROR: YORVIK PARTNERS LLP 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK CAPITAL LTD                            TRANSFEROR: YORVIK PARTNERS LLP ATTN: BEN RANA 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK CAPITAL LTD                            TRANSFEROR: YORVIK PARTNERS LLP C/O YORVIK PARTNERS LLP ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                           TRANSFEROR: CO-OPERATIVE BANK P.L.C., THE ATTN: CHRIS JONES 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                           TRANSFEROR: CO-OPERATIVE BANK PLC (FKA BRITANNIA BUILDING SOCIETY) ATTN: CHRIS JONES 11 IRONMONGER LANE
                                              LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                           TRANSFEROR: YORVIK CAPITAL LTD 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                           TRANSFEROR: YORVIK CAPITAL LTD ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM


Total Number of Records Printed      450


                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```