UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                :

In re                                              :       Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :       08-13555 (JMP)

            Debtors.                          :       (Jointly Administered)

------------------------------------------------------------------x       Ref. Docket Nos. 30803-30805

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK  )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 4, 2012, I caused to be served the following:

   a) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Ampersand Investments (UK) Limited*, dated September 5, 2012 [Docket No. 30803],

   b) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Anthracite Investments (Cayman) Limited*, dated September 5, 2012 [Docket No. 30804], and

   c) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Wincent Investment Limited*, dated September 5, 2012 [Docket No. 30805],

by causing true and correct copies to be:

i. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kerry O'Neil
Kerry O'Neil

Sworn to before me this
6th day of September, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

Lehman Brothers Holdings Inc., et al.
Email Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
colea@gtlaw.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com

Lehman Brothers Holdings Inc., et al.
Email Service List

| | |
|---|---|
| craig.goldblatt@wilmerhale.com | dmcguire@winston.com |
| crmomjian@attorneygeneral.gov | dmurray@jenner.com |
| cs@stevenslee.com | dneier@winston.com |
| csalomon@beckerglynn.com | dodonnell@milbank.com |
| cschreiber@winston.com | dove.michelle@dorsey.com |
| cshore@whitecase.com | dpegno@dpklaw.com |
| cshulman@sheppardmullin.com | draelson@fisherbrothers.com |
| ctatelbaum@adorno.com | dravin@wolffsamson.com |
| cwalsh@mayerbrown.com | drose@pryorcashman.com |
| cward@polsinelli.com | drosenzweig@fulbright.com |
| cweber@ebg-law.com | drosner@goulstonstorrs.com |
| cweiss@ingramllp.com | drosner@kasowitz.com |
| dallas.bankruptcy@publicans.com | dshaffer@wtplaw.com |
| daniel.guyder@allenovery.com | dshemano@pwkllp.com |
| dave.davis@isgria.com | dspelfogel@foley.com |
| david.bennett@tklaw.com | dtatge@ebglaw.com |
| david.heller@lw.com | dtheising@harrisonmoberly.com |
| david.powlen@btlaw.com | dwdykhouse@pbwt.com |
| david.seligman@kirkland.com | dwildes@stroock.com |
| davids@blbglaw.com | dworkman@bakerlaw.com |
| davidwheeler@mvalaw.com | easmith@venable.com |
| dbalog@intersil.com | echang@steinlubin.com |
| dbarber@bsblawyers.com | ecohen@russell.com |
| dbaumstein@whitecase.com | efleck@milbank.com |
| dbesikof@loeb.com | efriedman@fklaw.com |
| dcimo@gjb-law.com | efriedman@friedumspring.com |
| dcoffino@cov.com | egeekie@schiffhardin.com |
| dcrapo@gibbonslaw.com | eglas@mccarter.com |
| ddavis@paulweiss.com | ekbergc@lanepowell.com |
| ddrebsky@nixonpeabody.com | eleicht@whitecase.com |
| ddunne@milbank.com | eli.mattioli@klgates.com |
| deggermann@kramerlevin.com | ellen.halstead@cwt.com |
| deggert@freebornpeters.com | emerberg@mayerbrown.com |
| demetra.liggins@tklaw.com | enkaplan@kaplanlandau.com |
| dfelder@orrick.com | eobrien@sbchlaw.com |
| dflanigan@polsinelli.com | erin.mautner@bingham.com |
| dgrimes@reedsmith.com | eschwartz@contrariancapital.com |
| dhayes@mcguirewoods.com | esmith@dl.com |
| dheffer@foley.com | etillinghast@sheppardmullin.com |
| diconzam@gtlaw.com | ezujkowski@emmetmarvin.com |
| djoseph@stradley.com | ezweig@optonline.net |
| dkleiner@velaw.com | fbp@ppgms.com |
| dkozusko@willkie.com | ffm@bostonbusinesslaw.com |
| dlemay@chadbourne.com | fhyman@mayerbrown.com |
| dlipke@vedderprice.com | foont@foontlaw.com |
| dludman@brownconnery.com | francois.janson@hklaw.com |

Lehman Brothers Holdings Inc., et al.
Email Service List

| | |
|---|---|
| fsosnick@shearman.com | jbromley@cgsh.com |
| fyates@sonnenschein.com | jcarberry@cl-law.com |
| gabriel.delvirginia@verizon.net | jchristian@tobinlaw.com |
| gbray@milbank.com | jdoran@haslaw.com |
| geraci@thalergertler.com | Jdrucker@coleschotz.com |
| ggitomer@mkbattorneys.com | jdyas@halperinlaw.net |
| ggoodman@foley.com | jean-david.barnea@usdoj.gov |
| giddens@hugheshubbard.com | jeanites@whiteandwilliams.com |
| gkaden@goulstonstorrs.com | jeannette.boot@wilmerhale.com |
| glenn.siegel@dechert.com | jeff.wittig@coair.com |
| gmoss@riemerlaw.com | jeffery.black@bingham.com |
| gravert@ravertpllc.com | jeffrey.sabin@bingham.com |
| gspilsbury@jsslaw.com | jeldredge@velaw.com |
| guzzi@whitecase.com | jen.premisler@cliffordchance.com |
| harrisjm@michigan.gov | jennifer.demarco@cliffordchance.com |
| harveystrickon@paulhastings.com | jennifer.gore@shell.com |
| hbeltzer@mayerbrown.com | jeremy.eiden@ag.state.mn.us |
| heim.steve@dorsey.com | jfalgowski@reedsmith.com |
| heiser@chapman.com | jflaxer@golenbock.com |
| hollace.cohen@troutmansanders.com | jfox@joefoxlaw.com |
| holsen@stroock.com | jfreeberg@wfw.com |
| howard.hawkins@cwt.com | jg5786@att.com |
| hseife@chadbourne.com | jgenovese@gjb-law.com |
| hsnovikoff@wlrk.com | jguy@orrick.com |
| hsteel@brownrudnick.com | jherzog@gklaw.com |
| icatto@mwe.com | jhiggins@fdlaw.com |
| igoldstein@dl.com | jhorgan@phxa.com |
| ilevee@lowenstein.com | jhuggett@margolisedelstein.com |
| ira.herman@tklaw.com | jim@atkinslawfirm.com |
| isgreene@hhlaw.com | jjoyce@dresslerpeters.com |
| israel.dahan@cwt.com | jjtancredi@daypitney.com |
| iva.uroic@dechert.com | jjureller@klestadt.com |
| jacobsonn@sec.gov | jkehoe@btkmc.com |
| james.heaney@lawdeb.com | jlamar@maynardcooper.com |
| james.mcclammy@dpw.com | jlawlor@wmd-law.com |
| james.sprayregen@kirkland.com | jlee@foley.com |
| jamestecce@quinnemanuel.com | jlevitin@cahill.com |
| jamie.nelson@dubaiic.com | jlipson@crockerkuno.com |
| jar@outtengolden.com | jlovi@steptoe.com |
| jason.jurgens@cwt.com | jlscott@reedsmith.com |
| jay.hurst@oag.state.tx.us | jmaddock@mcguirewoods.com |
| jay@kleinsolomon.com | jmakower@tnsj-law.com |
| Jbecker@wilmingtontrust.com | jmazermarino@msek.com |
| jbeemer@entwistle-law.com | jmcginley@wilmingtontrust.com |
| jbeiers@co.sanmateo.ca.us | jmelko@gardere.com |
| jbird@polsinelli.com | jmerva@fult.com |

Lehman Brothers Holdings Inc., et al.
Email Service List

| | |
|---|---|
| jmmurphy@stradley.com | kkolbig@mosessinger.com |
| jmr@msf-law.com | klyman@irell.com |
| jnadritch@olshanlaw.com | klynch@formanlaw.com |
| jnm@mccallaraymer.com | kmayer@mccarter.com |
| john.monaghan@hklaw.com | kobak@hugheshubbard.com |
| john.rapisardi@cwt.com | korr@orrick.com |
| jorbach@hahnhessen.com | kovskyd@pepperlaw.com |
| Joseph.Cordaro@usdoj.gov | kpiper@steptoe.com |
| joshua.dorchak@bingham.com | kressk@pepperlaw.com |
| jowen769@yahoo.com | KReynolds@mklawnyc.com |
| jowolf@law.nyc.gov | krosen@lowenstein.com |
| joy.mathias@dubaiic.com | kuehn@bragarwexler.com |
| JPintarelli@mofo.com | kurt.mayr@bgllp.com |
| jporter@entwistle-law.com | lacyr@sullcrom.com |
| jprol@lowenstein.com | Landon@StreusandLandon.com |
| jrabinowitz@rltlawfirm.com | lapeterson@foley.com |
| jrsmith@hunton.com | lathompson@co.sanmateo.ca.us |
| jschwartz@hahnhessen.com | lberkoff@moritthock.com |
| jsheerin@mcguirewoods.com | Lee.Stremba@troutmansanders.com |
| jshickich@riddellwilliams.com | lgotko@fklaw.com |
| jsmairo@pbnlaw.com | lgranfield@cgsh.com |
| jstoll@mayerbrown.com | lhandelsman@stroock.com |
| jsullivan@mosessinger.com | linda.boyle@twtelecom.com |
| jteitelbaum@tblawllp.com | lisa.ewart@wilmerhale.com |
| jtimko@shutts.com | lisa.kraidin@allenovery.com |
| jtougas@mayerbrown.com | LJKotler@duanemorris.com |
| judy.morse@crowedunlevy.com | lkatz@ltblaw.com |
| jvail@ssrl.com | LKISS@KLESTADT.COM |
| jwallack@goulstonstorrs.com | lmarinuzzi@mofo.com |
| jwang@sipc.org | Lmay@coleschotz.com |
| jwcohen@daypitney.com | lmcgowen@orrick.com |
| jweiss@gibsondunn.com | lml@ppgms.com |
| jwest@velaw.com | lnashelsky@mofo.com |
| jwh@njlawfirm.com | loizides@loizides.com |
| kanema@formanlaw.com | lromansic@steptoe.com |
| karen.wagner@dpw.com | lscarcella@farrellfritz.com |
| KDWBankruptcyDepartment@kelleydrye.com | lschweitzer@cgsh.com |
| keckhardt@hunton.com | lubell@hugheshubbard.com |
| keith.simon@lw.com | lwhidden@salans.com |
| Ken.Coleman@allenovery.com | mabrams@willkie.com |
| ken.higman@hp.com | MAOFILING@CGSH.COM |
| kerry.moynihan@hro.com | Marc.Chait@SC.com |
| kgwynne@reedsmith.com | margolin@hugheshubbard.com |
| kiplok@hugheshubbard.com | mark.bane@ropesgray.com |
| kjarashow@fklaw.com | mark.deveno@bingham.com |
| kkelly@ebglaw.com | mark.ellenberg@cwt.com |

Lehman Brothers Holdings Inc., et al.
Email Service List

mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
Nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com

LEHMAN BROTHERS HOLDINGS INC., ET AL.
EMAIL SERVICE LIST

| | |
|---|---|
| pfeldman@oshr.com | rroupinian@outtengolden.com |
| phayden@mcguirewoods.com | rrussell@andrewskurth.com |
| pmaxcy@sonnenschein.com | rterenzi@stcwlaw.com |
| ppascuzzi@ffwplaw.com | russj4478@aol.com |
| ppatterson@stradley.com | rwasserman@cftc.gov |
| psp@njlawfirm.com | rwyron@orrick.com |
| ptrain-gutierrez@kaplanlandau.com | s.minehan@aozorabank.co.jp |
| ptrostle@jenner.com | sabin.willett@bingham.com |
| r.stahl@stahlzelloe.com | sabramowitz@velaw.com |
| raj.madan@bingham.com | SABVANROOY@HOTMAIL.COM |
| ramona.neal@hp.com | sagolden@hhlaw.com |
| raul.alcantar@ropesgray.com | Sally.Henry@skadden.com |
| rbeacher@pryorcashman.com | samuel.cavior@pillsburylaw.com |
| rbernard@foley.com | sandyscafaria@eaton.com |
| rbyman@jenner.com | Sara.Tapinekis@cliffordchance.com |
| rdaversa@orrick.com | scargill@lowenstein.com |
| relgidely@gjb-law.com | schannej@pepperlaw.com |
| rfleischer@pryorcashman.com | Schepis@pursuitpartners.com |
| rfrankel@orrick.com | schnabel.eric@dorsey.com |
| rfriedman@silvermanacampora.com | schristianson@buchalter.com |
| rgmason@wlrk.com | schwartzmatthew@sullcrom.com |
| rgraham@whitecase.com | scottshelley@quinnemanuel.com |
| rhett.campbell@tklaw.com | scousins@armstrongteasdale.com |
| richard.fingard@newedge.com | sdnyecf@dor.mo.gov |
| richard.lear@hklaw.com | sehlers@armstrongteasdale.com |
| richard.levy@lw.com | seichel@crowell.com |
| richard.tisdale@friedfrank.com | sfelderstein@ffwplaw.com |
| richard@rwmaplc.com | sfineman@lchb.com |
| ritkin@steptoe.com | sfox@mcguirewoods.com |
| RJones@BoultCummings.com | sgordon@cahill.com |
| rleek@HodgsonRuss.com | sgubner@ebg-law.com |
| RLevin@cravath.com | shannon.nagle@friedfrank.com |
| rmatzat@hahnhessen.com | sharbeck@sipc.org |
| rnetzer@willkie.com | shari.leventhal@ny.frb.org |
| robert.bailey@bnymellon.com | shgross5@yahoo.com |
| robert.dombroff@bingham.com | sidorsky@butzel.com |
| robert.henoch@kobrekim.com | slerman@ebglaw.com |
| robert.malone@dbr.com | slerner@ssd.com |
| Robert.yalen@usdoj.gov | slevine@brownrudnick.com |
| Robin.Keller@Lovells.com | SLoden@DiamondMcCarthy.com |
| roger@rnagioff.com | smayerson@ssd.com |
| ronald.silverman@bingham.com | smillman@stroock.com |
| ross.martin@ropesgray.com | smulligan@bsblawyers.com |
| rqureshi@reedsmith.com | snewman@katskykorins.com |
| rrainer@wmd-law.com | sory@fdlaw.com |
| rreid@sheppardmullin.com | spiotto@chapman.com |

LEHMAN BROTHERS HOLDINGS INC., ET AL.
EMAIL SERVICE LIST

splatzer@platzerlaw.com
SRee@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
Streusand@StreusandLandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com

ukreppel@whitecase.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

08-13555-mg    Doc 30838    Filed 09/06/12    Entered 09/06/12 17:48:18    Main Document
Pg 11 of 13

Lehman Brothers Holdings, Inc.
Master Service List

**OFFICE OF THE US TRUSTEE**
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


**INTERNAL REVENUE SERVICE**
*SPECIAL PROCEDURES BRANCH*
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**LEHMAN BROTHERS HOLDINGS, INC.**
**ADDITIONAL PARTY LIST**

SCHIFF HARDIN LLP
ATTN: EUGENE J. GEEKIE, JR.
(COUNSEL TO NORTHERN INDIANA PUBLIC SERVICE CO.
AND NISOURCE FINANCE CORP.)
6600 SEARS TOWER
CHICAGO, IL 60606