KLEE, TUCHIN, BOGDANOFF & STERN LLP
Daniel J. Bussel (admitted *pro hac vice*)
David M. Guess (admitted *pro hac vice*)
1999 Avenue of the Stars, 39th Floor
Los Angeles, California  90067-6049
Telephone:   (310) 407-4000
Facsimile:   (310) 407-9090
Email:   dbussel@ktbslaw.com
             dguess@ktbslaw.com

*Counsel for Perry Capital LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

In re:

LEHMAN BROTHERS HOLDINGS INC.,
*et al.*,

                    Debtors.

-------------------------------------------------------X

Case No. 08-13555 (JMP)

Chapter 11

Jointly Administered

# REQUEST FOR REMOVAL FROM ECF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby request to be removed as recipients for e-mail service in the Debtors' bankruptcy cases through the Court's CM/ECF system, and removed from any other service list in this case.

DATED:  September 6, 2012    By:    */s/ David M. Guess*

                                    KLEE, TUCHIN, BOGDANOFF
                                      & STERN LLP
                                    Daniel J. Bussel, Esq.
                                    David M. Guess, Esq.
                                    1999 Avenue of the Stars, 39th Floor
                                    Los Angeles, California 90067
                                    Telephone:   (310) 407-4000
                                    Facsimile:    (310) 407-9090
                                    *Counsel for Perry Capital LLC*

135839.1