**LBHI TRANSFER NOTICE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the following claims of CVF Lux Master S.a.r.l. ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $1,597,309.94 | 66880 |

have been transferred and assigned to Merrill Lynch Credit Products, LLC ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: Merrill Lynch Credit Products, LLC
Address: c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, New York 10036\
Telephone: (646) 855-7450
Attention: Jeff Benesh
Email: jeffrey.benesh@baml.com

Signature: /s/ Shawn Evinger
Name: Shawn Evinger
Title: VP
Date:

SELLER: CVF Lux Master S.a.r.l.
Address: c/o CarVal Investors UK Limited
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT

Signature: _____
Name: _____
Title: _____
Date: _____

**LBHI TRANSFER NOTICE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ch-11 LEHMAN BROTHERS HOLDINGS, INC.<br><br>Debtor | Case No. 08-13555<br><br>Chapter 11 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the following claims of CVF Lux Master S.a.r.l. ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $1,597,309.94 | 66880 |

have been transferred and assigned to Merrill Lynch Credit Products, LLC ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: Merrill Lynch Credit Products, LLC
Address: c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, New York 10036

Signature: _____
Name: _____
Title: _____
Date: _____

SELLER: CVF Lux Master S.a.r.l.
Address: c/o CarVal Investors UK Limited
3rd Floor, 25 Great Pulteney Street
London, W1F 9LT

BY CARVAL INVESTORS UK LIMITED

Signature: _____
Name: DAVID SHORT
Title: OPERATIONS MANAGER
Date: _____