**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                 :
In re                                            :        **Chapter 11 Case No.**
                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*     :        **08-13555 (JMP)**
                                                 :
            **Debtors.**                         :        **(Jointly Administered)**
                                                 :
------------------------------------------------------------------------x    **Ref. Docket Nos. 30786 & 30791**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 4, 2012, I caused to be served the following:

   a)  "Notice of Withdrawal of One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claim," dated September 4, 2012 [Docket No. 30786], (the "138th Omnibus NOW"), and

   b)  "Notice of Withdrawal of One Hundred Sixtieth Omnibus Objection to Claims (Settled Derivatives Claims) Solely as to Certain Claims," dated September 4, 2012 [Docket No. 30791], (the "160th Omnibus NOW"),

by causing true and correct copies of the:

   i.    138th Omnibus NOW and 160th Omnibus NOW, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

   ii.   138th Omnibus NOW and 160th Omnibus NOW, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>,

   iii.  138th Omnibus NOW, to be enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit C</u>, and

   iv.   160th Omnibus NOW, to be enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit D</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL
    DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE,
    PRESIDENT OR LEGAL DEPARTMENT."

                                                            _____
                                                            Carol Zhang

Sworn to before me this
____ day of September, 2012

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

-2-

**EXHIBIT A**

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | avenes@whitecase.com | cp@stevenslee.com |
| aalfonso@willkie.com | azylberberg@whitecase.com | cpappas@dilworthlaw.com |
| abeaumont@fklaw.com | bankr@zuckerman.com | craig.goldblatt@wilmerhale.com |
| abraunstein@riemerlaw.com | bankruptcy@goodwin.com | crmomjian@attorneygeneral.gov |
| acaton@kramerlevin.com | bankruptcy@morrisoncohen.com | cs@stevenslee.com |
| acker@chapman.com | bankruptcy@ntexas-attorneys.com | csalomon@beckerglynn.com |
| adam.brezine@hro.com | bankruptcymatters@us.nomura.com | cschreiber@winston.com |
| adarwin@nixonpeabody.com | barbra.parlin@hklaw.com | cshore@whitecase.com |
| Adiamond@DiamondMcCarthy.com | bbisignani@postschell.com | cshulman@sheppardmullin.com |
| aeckstein@blankrome.com | bcarlson@co.sanmateo.ca.us | ctatelbaum@adorno.com |
| aentwistle@entwistle-law.com | bdk@schlamstone.com | cwalsh@mayerbrown.com |
| afriedman@irell.com | bguiney@pbwt.com | cward@polsinelli.com |
| agbanknewyork@ag.tn.gov | bkmail@prommis.com | cweber@ebg-law.com |
| aglenn@kasowitz.com | bmanne@tuckerlaw.com | cweiss@ingramllp.com |
| agold@herrick.com | BMiller@mofo.com | dallas.bankruptcy@publicans.com |
| agoldstein@tnsj-law.com | boneill@kramerlevin.com | daniel.guyder@allenovery.com |
| aisenberg@saul.com | Brian.Corey@greentreecreditsolutions.com | dave.davis@isgria.com |
| akantesaria@oppenheimerfunds.com | brosenblum@jonesday.com | david.bennett@tklaw.com |
| akolod@mosessinger.com | broy@rltlawfirm.com | david.heller@lw.com |
| akornikova@lcbf.com | bruce.wright@sutherland.com | david.powlen@btlaw.com |
| alum@ftportfolios.com | bstrickland@wtplaw.com | david.seligman@kirkland.com |
| amarder@msek.com | btrust@mayerbrown.com | davids@blbglaw.com |
| amartin@sheppardmullin.com | bturk@tishmanspeyer.com | davidwheeler@mvalaw.com |
| AMcMullen@BoultCummings.com | bwolfe@sheppardmullin.com | dbalog@intersil.com |
| amenard@tishmanspeyer.com | cahn@clm.com | dbarber@bsblawyers.com |
| Andrew.Brozman@cliffordchance.com | calbert@reitlerlaw.com | dbaumstein@whitecase.com |
| andrew.lourie@kobrekim.com | canelas@pursuitpartners.com | dbesikof@loeb.com |
| angelich.george@arentfox.com | carol.weinerlevy@bingham.com | dcimo@gjb-law.com |
| ann.reynaud@shell.com | cbelisle@wfw.com | dcoffino@cov.com |
| anthony_boccanfuso@aporter.com | cbelmonte@ssbb.com | dcrapo@gibbonslaw.com |
| aoberry@bermanesq.com | cbrotstein@bm.net | ddavis@paulweiss.com |
| aostrow@beckerglynn.com | cdesiderio@nixonpeabody.com | ddrebsky@nixonpeabody.com |
| apo@stevenslee.com | cgoldstein@stcwlaw.com | ddunne@milbank.com |
| aquale@sidley.com | chammerman@paulweiss.com | deggermann@kramerlevin.com |
| arahl@reedsmith.com | charles@filardi-law.com | deggert@freebornpeters.com |
| arheaume@riemerlaw.com | charles_malloy@aporter.com | demetra.liggins@tklaw.com |
| arlbank@pbfcm.com | chipford@parkerpoe.com | dfelder@orrick.com |
| arosenblatt@chadbourne.com | chris.donoho@lovells.com | dflanigan@polsinelli.com |
| arthur.rosenberg@hklaw.com | christopher.schueller@bipc.com | dgrimes@reedsmith.com |
| arwolf@wlrk.com | clarkb@sullcrom.com | dhayes@mcguirewoods.com |
| aseuffert@lawpost-nyc.com | clynch@reedsmith.com | dheffer@foley.com |
| ashmead@sewkis.com | cmontgomery@salans.com | diconzam@gtlaw.com |
| asnow@ssbb.com | cohen@sewkis.com | djoseph@stradley.com |
| aunger@sidley.com | colea@gtlaw.com | dkleiner@velaw.com |
| austin.bankruptcy@publicans.com | contact@lawofficesjje.com | dkozusko@willkie.com |

| | | |
|---|---|---|
| dlemay@chadbourne.com | ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| dlipke@vedderprice.com | fhyman@mayerbrown.com | Jbecker@wilmingtontrust.com |
| dludman@brownconnery.com | foont@foontlaw.com | jbeemer@entwistle-law.com |
| dmcguire@winston.com | francois.janson@hklaw.com | jbeiers@co.sanmateo.ca.us |
| dmurray@jenner.com | fsosnick@shearman.com | jbird@polsinelli.com |
| dneier@winston.com | fyates@sonnenschein.com | jbromley@cgsh.com |
| dodonnell@milbank.com | gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| dove.michelle@dorsey.com | gbray@milbank.com | jchristian@tobinlaw.com |
| dpegno@dpklaw.com | geraci@thalergertler.com | jdoran@haslaw.com |
| draelson@fisherbrothers.com | ggitomer@mkbattorneys.com | Jdrucker@coleschotz.com |
| dravin@wolffsamson.com | ggoodman@foley.com | jdyas@halperinlaw.net |
| drose@pryorcashman.com | giddens@hugheshubbard.com | jean-david.barnea@usdoj.gov |
| drosenzweig@fulbright.com | gkaden@goulstonstorrs.com | jeanites@whiteandwilliams.com |
| drosner@goulstonstorrs.com | glenn.siegel@dechert.com | jeannette.boot@wilmerhale.com |
| drosner@kasowitz.com | gmoss@riemerlaw.com | jeff.wittig@coair.com |
| dshaffer@wtplaw.com | gravert@ravertpllc.com | jeffery.black@bingham.com |
| dshemano@pwkllp.com | gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| dspelfogel@foley.com | guzzi@whitecase.com | jeldredge@velaw.com |
| dtatge@ebglaw.com | harrisjm@michigan.gov | jen.premisler@cliffordchance.com |
| dtheising@harrisonmoberly.com | harveystrickon@paulhastings.com | jennifer.demarco@cliffordchance.com |
| dwdykhouse@pbwt.com | hbeltzer@mayerbrown.com | jennifer.gore@shell.com |
| dwildes@stroock.com | heim.steve@dorsey.com | jeremy.eiden@ag.state.mn.us |
| dworkman@bakerlaw.com | heiser@chapman.com | jfalgowski@reedsmith.com |
| easmith@venable.com | hollace.cohen@troutmansanders.com | jflaxer@golenbock.com |
| echang@steinlubin.com | holsen@stroock.com | jfox@joefoxlaw.com |
| ecohen@russell.com | howard.hawkins@cwt.com | jfreeberg@wfw.com |
| efleck@milbank.com | hseife@chadbourne.com | jg5786@att.com |
| efriedman@fklaw.com | hsnovikoff@wlrk.com | jgenovese@gjb-law.com |
| efriedman@friedumspring.com | hsteel@brownrudnick.com | jguy@orrick.com |
| egeekie@schiffhardin.com | icatto@mwe.com | jherzog@gklaw.com |
| eglas@mccarter.com | igoldstein@dl.com | jhiggins@fdlaw.com |
| ekbergc@lanepowell.com | ilevee@lowenstein.com | jhorgan@phxa.com |
| eleicht@whitecase.com | ira.herman@tklaw.com | jhuggett@margolisedelstein.com |
| eli.mattioli@klgates.com | isgreene@hhlaw.com | jim@atkinslawfirm.com |
| ellen.halstead@cwt.com | israel.dahan@cwt.com | jjoyce@dresslerpeters.com |
| emerberg@mayerbrown.com | iva.uroic@dechert.com | jjtancredi@daypitney.com |
| enkaplan@kaplanlandau.com | jacobsonn@sec.gov | jjureller@klestadt.com |
| eobrien@sbchlaw.com | james.heaney@lawdeb.com | jkehoe@btkmc.com |
| erin.mautner@bingham.com | james.mcclammy@dpw.com | jlamar@maynardcooper.com |
| eschwartz@contrariancapital.com | james.sprayregen@kirkland.com | jlawlor@wmd-law.com |
| esmith@dl.com | jamestecce@quinnemanuel.com | jlee@foley.com |
| etillinghast@sheppardmullin.com | jamie.nelson@dubaiic.com | jlevitin@cahill.com |
| ezujkowski@emmetmarvin.com | jar@outtengolden.com | jlipson@crockerkuno.com |
| ezweig@optonline.net | jason.jurgens@cwt.com | jlovi@steptoe.com |
| fbp@ppgms.com | jay.hurst@oag.state.tx.us | jlscott@reedsmith.com |

| | | |
|---|---|---|
| jmaddock@mcguirewoods.com | Ken.Coleman@allenovery.com | lwhidden@salans.com |
| jmakower@tnsj-law.com | ken.higman@hp.com | mabrams@willkie.com |
| jmazermarino@msek.com | kerry.moynihan@hro.com | MAOFILING@CGSH.COM |
| jmcginley@wilmingtontrust.com | kgwynne@reedsmith.com | Marc.Chait@SC.com |
| jmelko@gardere.com | kiplok@hugheshubbard.com | margolin@hugheshubbard.com |
| jmerva@fult.com | kjarashow@fklaw.com | mark.bane@ropesgray.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.deveno@bingham.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.ellenberg@cwt.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.hellerer@pillsburylaw.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | mark.sherrill@sutherland.com |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | martin.davis@ots.treas.gov |
| jorbach@hahnhessen.com | korr@orrick.com | Marvin.Clements@ag.tn.gov |
| Joseph.Cordaro@usdoj.gov | kovskyd@pepperlaw.com | matt@willaw.com |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | matthew.klepper@dlapiper.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | maustin@orrick.com |
| jowolf@law.nyc.gov | KReynolds@mklawnyc.com | max.polonsky@skadden.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | mbenner@tishmanspeyer.com |
| JPintarelli@mofo.com | kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mberman@nixonpeabody.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mbienenstock@dl.com |
| jrabinowitz@rltlawfirm.com | Landon@StreusandLandon.com | mbloemsma@mhjur.com |
| jrsmith@hunton.com | lapeterson@foley.com | mbossi@thompsoncoburn.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mcademartori@sheppardmullin.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mcantor@normandyhill.com |
| jshickich@riddellwilliams.com | Lee.Stremba@troutmansanders.com | mccombst@sullcrom.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mcordone@stradley.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mcto@debevoise.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | mcyganowski@oshr.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | mdorval@stradley.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | melorod@gtlaw.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | meltzere@pepperlaw.com |
| judy.morse@crowedunlevy.com | LJKotler@duanemorris.com | metkin@lowenstein.com |
| jvail@ssrl.com | lkatz@ltblaw.com | mfeldman@willkie.com |
| jwallack@goulstonstorrs.com | LKISS@KLESTADT.COM | mgordon@briggs.com |
| jwang@sipc.org | lmarinuzzi@mofo.com | mgreger@allenmatkins.com |
| jwcohen@daypitney.com | Lmay@coleschotz.com | mh1@mccallaraymer.com |
| jweiss@gibsondunn.com | lmcgowen@orrick.com | mhopkins@cov.com |
| jwest@velaw.com | lml@ppgms.com | michael.frege@cms-hs.com |
| jwh@njlawfirm.com | lnashelsky@mofo.com | michael.kelly@monarchlp.com |
| kanema@formanlaw.com | loizides@loizides.com | michael.kim@kobrekim.com |
| karen.wagner@dpw.com | lromansic@steptoe.com | michael.mccrory@btlaw.com |
| KDWBankruptcyDepartment@kelleydrye.com | lscarcella@farrellfritz.com | michael.reilly@bingham.com |
| keckhardt@hunton.com | lschweitzer@cgsh.com | millee12@nationwide.com |
| keith.simon@lw.com | lubell@hugheshubbard.com | miller@taftlaw.com |

| | | |
|---|---|---|
| mimi.m.wong@irscounsel.treas.gov | patrick.oh@freshfields.com | robert.dombroff@bingham.com |
| mitchell.ayer@tklaw.com | paul.turner@sutherland.com | robert.henoch@kobrekim.com |
| mjedelman@vedderprice.com | pbattista@gjb-law.com | robert.malone@dbr.com |
| MJR1@westchestergov.com | pbosswick@ssbb.com | Robert.yalen@usdoj.gov |
| mkjaer@winston.com | pdublin@akingump.com | Robin.Keller@Lovells.com |
| mlahaie@akingump.com | peisenberg@lockelord.com | roger@rnagioff.com |
| MLandman@lcbf.com | peter.gilhuly@lw.com | ronald.silverman@bingham.com |
| mlichtenstein@crowell.com | peter.macdonald@wilmerhale.com | ross.martin@ropesgray.com |
| mlynch2@travelers.com | peter.simmons@friedfrank.com | rqureshi@reedsmith.com |
| mmendez@hunton.com | peter@bankrupt.com | rrainer@wmd-law.com |
| mmooney@deilylawfirm.com | pfeldman@oshr.com | rreid@sheppardmullin.com |
| mmorreale@us.mufg.jp | phayden@mcguirewoods.com | rroupinian@outtengolden.com |
| mneier@ibolaw.com | pmaxcy@sonnenschein.com | rrussell@andrewskurth.com |
| monica.lawless@brookfieldproperties.com | ppascuzzi@ffwplaw.com | rterenzi@stcwlaw.com |
| mpage@kelleydrye.com | ppatterson@stradley.com | russj4478@aol.com |
| mparry@mosessinger.com | psp@njlawfirm.com | rwasserman@cftc.gov |
| mpomerantz@julienandschlesinger.com | ptrain-gutierrez@kaplanlandau.com | rwyron@orrick.com |
| mprimoff@kayescholer.com | ptrostle@jenner.com | s.minehan@aozorabank.co.jp |
| mpucillo@bermanesq.com | r.stahl@stahlzelloe.com | sabin.willett@bingham.com |
| mrosenthal@gibsondunn.com | raj.madan@bingham.com | sabramowitz@velaw.com |
| mruetzel@whitecase.com | ramona.neal@hp.com | SABVANROOY@HOTMAIL.COM |
| mschimel@sju.edu | raul.alcantar@ropesgray.com | sagolden@hhlaw.com |
| mschlesinger@julienandschlesinger.com | rbeacher@pryorcashman.com | Sally.Henry@skadden.com |
| msegarra@mayerbrown.com | rbernard@foley.com | samuel.cavior@pillsburylaw.com |
| mshiner@tuckerlaw.com | rbyman@jenner.com | sandyscafaria@eaton.com |
| msiegel@brownrudnick.com | rdaversa@orrick.com | Sara.Tapinekis@cliffordchance.com |
| msolow@kayescholer.com | relgidely@gjb-law.com | scargill@lowenstein.com |
| mspeiser@stroock.com | rfleischer@pryorcashman.com | schannej@pepperlaw.com |
| mstamer@akingump.com | rfrankel@orrick.com | Schepis@pursuitpartners.com |
| mvenditto@reedsmith.com | rfriedman@silvermanacampora.com | schnabel.eric@dorsey.com |
| mwarren@mtb.com | rgmason@wlrk.com | schristianson@buchalter.com |
| nathan.spatz@pillsburylaw.com | rgraham@whitecase.com | schwartzmatthew@sullcrom.com |
| ncoco@mwe.com | rhett.campbell@tklaw.com | scottshelley@quinnemanuel.com |
| neal.mann@oag.state.ny.us | richard.fingard@newedge.com | scousins@armstrongteasdale.com |
| ned.schodek@shearman.com | richard.lear@hklaw.com | sdnyecf@dor.mo.gov |
| neilberger@teamtogut.com | richard.levy@lw.com | sehlers@armstrongteasdale.com |
| newyork@sec.gov | richard.tisdale@friedfrank.com | seichel@crowell.com |
| Nherman@morganlewis.com | richard@rwmaplc.com | sfelderstein@ffwplaw.com |
| nickolas.karavolas@pillsburylaw.com | ritkin@steptoe.com | sfineman@lchb.com |
| nissay_10259-0154@mhmjapan.com | RJones@BoultCummings.com | sfox@mcguirewoods.com |
| nlepore@schnader.com | rleek@HodgsonRuss.com | sgordon@cahill.com |
| notice@bkcylaw.com | RLevin@cravath.com | sgubner@ebg-law.com |
| oipress@travelers.com | rmatzat@hahnhessen.com | shannon.nagle@friedfrank.com |
| otccorpactions@finra.org | rnetzer@willkie.com | sharbeck@sipc.org |
| paronzon@milbank.com | robert.bailey@bnymellon.com | shari.leventhal@ny.frb.org |

shgross5@yahoo.com

sidorsky@butzel.com

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

SLoden@DiamondMcCarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

SRee@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

steven@blbglaw.com

Streusand@StreusandLandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

TGoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

Thomas_Noguerola@calpers.ca.gov

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

tunrad@burnslev.com

twheeler@lowenstein.com

ukreppel@whitecase.com

Villa@StreusandLandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

WBallaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

YUwatoko@mofo.com

# EXHIBIT B

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

**LBH-WTH OMNI 138 9-4-12**

INTERWIND CORP. F/K/A SKYPOWER CORP.
ATTN: SHAYA M. BERGER
C/O DICKSTEIN SHAPIRO LLP
1633 BROADWAY
NEW YORK, NY 10019

**EXHIBIT D**

**LBH-WTH OMNI 160 9-4-12**

HBK MASTER FUND L.P.
C/O HBK SERVICES LLC
ATTN: LEGAL DEPT.
2101 CEDAR SPRINGS ROAD, SUITE 700
DALLAS, TX 75201