Mark D. Sherrill (*pro hac vice*)
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 383-0100

*Counsel for Aviva S.p.A., Aviva Vita S.p.A.,*
*Aviva Life S.p.A., Aviva Italia S.p.A.*
*and Aviva Assicurazioni S.p.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: § <br> § <br> LEHMAN BROTHERS HOLDINGS, § <br> INC., et al., § <br> § <br>     Debtors. § <br> _____§ | **Chapter 11** <br><br> **Jointly Administered under** <br> **Case No. 08-13555 (JMP)** |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF AVIVA S.P.A., AVIVA VITA S.P.A., AVIVA LIFE S.P.A., AVIVA ITALIA S.P.A. AND AVIVA ASSICURAZIONI S.P.A. TO THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

PLEASE TAKE NOTICE that Aviva S.p.A., Aviva Vita S.p.A., Aviva Life S.p.A., Aviva Italia S.p.A. and Aviva Previdenza S.p.A., by and through their undersigned counsel, hereby withdraws their Limited Objection to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors [docket no. 22681].

19336996.1

Dated: September 7, 2012
       Washington, DC

          SUTHERLAND ASBILL & BRENNAN LLP

          By:   /s/ Mark Sherrill
              Mark Sherrill (*pro hac vice*)
              1275 Pennsylvania Avenue, NW
              Washington, DC 20004
              Tel:   (202) 383-0100
              Fax:   (202) 637-3593

          COUNSEL FOR AVIVA S.P.A., AVIVA VITA S.P.A.,
          AVIVA LIFE S.P.A., AVIVA ITALIA S.P.A. AND
          AVIVA ASSICURAZIONI  S.P.A.