WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                            :
In re                                       :    **Chapter 11 Case No.**
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (JMP)**
                                            :
                Debtors.                    :    **(Jointly Administered)**
                                            :
                                            :
-----------------------------------------------------------------x

**NOTICE OF HEARING ON ONE HUNDRED FORTY-THIRD**
**OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)**

     **PLEASE TAKE NOTICE** that a hearing to consider the One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **September 27, 2012 at 10:00 a.m. (Eastern Time)**, *solely* as to those claims listed on the annexed **Exhibit A**.

Dated:  September 7, 2012
      New York, New York

                      /s/ Robert J. Lemons
                      Robert J. Lemons

                      WEIL, GOTSHAL & MANGES LLP
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone: (212) 310-8000
                      Facsimile: (212) 310-8007

                      Attorneys for Lehman Brothers Holdings Inc. and
                      certain of its affiliates

## Exhibit A

## Claims Going Forward at the September 27, 2012 Hearing

| Claimant Name | Claim Number |
|---|---|
| DE CLERCQ, FRANCOISE | 66244 |
| VALKENBORGS, ROGER | 66245 |
| GODARD, ALAIN & JEANNINE BRONCKART | 66247 |
| BERNIER, FRANCOIS | 66248 |
| FITVOYE, CLAUDE | 66249 |
| FRANSSEN, MATTHIAS | 66250 |
| BOOTEN, MICHELE | 66251 |
| BANQUE PROFIL DE GESTION | 67083 |