UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
: 
In re                                                                           :    Chapter 11 Case No.
                                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*     :    08-13555 (JMP)
                                                                                :    (Jointly Administered)
                    Debtors.                                           :
                                                                                :
------------------------------------------------------------------x    Ref. Docket Nos. 28607, 28610,
                                                                                      28613, 30342, 30343, 30558, 30690,
                                                                                      30777-30781


**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                               ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 5, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                         */s/ Lauren Rodriguez*
                                                                                         Lauren Rodriguez

Sworn to before me this
7th day of September, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 28607, 28610, 28613...30690, 30777-30781_AFF_09-05-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          | Chapter 11 Case No.
                                               |
                                               | 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,         |
                                               | (Jointly Administered)
                                               |
        Debtors.                               |
                                               |
_____

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BARCLAYS BANK PLC                                    BARCLAYS BANK PLC
     TRANSFEROR: MF GLOBAL UK LIMITED (IN SPECIAL ADMINISTRATION)   DANIEL MIRANDA
     ATTN: AILEEN MONTANA                                 745 SEVENTH AVENUE, 2ND FLOOR
     1301 SIXTH AVENUE, 8TH FLOOR                         NEW YORK NY 10019
     NEW YORK NY 10019
```

Please note that your claim # 18079-01 in the above referenced case and in the amount of
       $1,353,475.30   allowed at $800,000.00      has been transferred **(unless previously expunged by court order)**

```
        HALCYON LOAN TRADING FUND LLC
        TRANSFEROR: BARCLAYS BANK PLC
        C/O HALCYON ASSET MANAGEMENT LP
        ATTN: MATT SELTZER
        477 MADISON AVENUE, 8TH FLOOR
        NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                       UNITED STATES BANKRUPTCY COURT
                       Southern District of New York
                       One Bowling Green
                       New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 30342    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/05/2012                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 5, 2012.

# EXHIBIT B

08-13555-mg    Doc 30855    Filed 09/07/12    Entered 09/07/12 16:05:17    Main Document
Pg 4 of 5

```
TIME: 17:26:44                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 09/05/12                                           CREDITOR LISTING

Name                                                  Address
AARGAUISCHE KANTONALBANK                              TRANSFEROR: LERCH-STUDER, HANS ATTN: IAAA POSTFACH 5000 AARAU    SWITZERLAND
BARCLAYS BANK PLC                                     DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                     TRANSFEROR: MF GLOBAL UK LIMITED (IN SPECIAL ADMINISTRATION) ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019
BAUMANN & CIE                                         BELLEVUEPLATZ 5 POSTFACH 715 ZURICH CH-8024 SWITZERLAND
BAUMANN & CIE                                         TRANSFEROR: CREDIT SUISSE ST. JAKOBS-STRASSE 46 POSTFACH 2282 BASEL    CH-4002 SWITZERLAND
CITIGROUP FINANCIAL PRODUCTS INC.                     TRANSFEROR: SOLUS RECOVERY FUND LP C/O CITIGROUP FINANCIAL MARKETS INC. ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR
                                                      NEW YORK NY 10013
CREDIT SUISSE                                         ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                         CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                         RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH                       TRANSFEROR: GAM EQUITY SIX, INC. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                       TRANSFEROR: LUXOR CAPITAL PARTNERS LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                       TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                       TRANSFEROR: LUXOR SPECTRUM LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                       TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                       TRANSFEROR: LUXOR WAVEFRONT LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                       TRANSFEROR: OC 19 MASTER FUND LP - LCG ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
EFG BANK AB (PUBL)                                    P.O. BOX 55963 STOCKHOLM S-102 16 SWEDEN
GUSTAFSSON, MAGNUS                                    TRANSFEROR: EFG BANK AB (PUBL) STALLIVAGEN 2 VENDELSO S-136 73 SWEDEN
HALCYON LOAN TRADING FUND LLC                         TRANSFEROR: BARCLAYS BANK PLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HLF LP                                                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                      NEW YORK NY 10022
HLP LP                                                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                      NEW YORK NY 10022
ILLIQUIDX LLP                                         TRANSFEROR: BANKIA BANCA PRIVADA, S.A. ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
LERCH-STUDER, HANS                                    AARGAUISCHE KANTONALBANK ISFS / EBU9 BAHNHOFSTRASSE 58 AARAU CH-5001 SWITZERLAND
LERCH-STUDER, HANS                                    KAISERSTRASSE 8 RHEINFELDEN 4310 SWITZERLAND
LEUPI-LEHMANN, WILLY OR BRIGITHA                      TRANSFEROR: CREDIT SUISSE ZWANGIWEG 11 ZURICH CH-8038 SWITZERLAND
SOLUS RECOVERY FUND LP                                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                      410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
STIFTELSEN CURAMUS                                    TRANSFEROR: EFG BANK AB (PUBL) C/O KPMG BOHLINS AB BOX 140 BORAS 503 07 SWEDEN
VARDE FUND VI-A LP, THE                               TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)                  TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437
 MASTER, L.P.
VARDE INVESTMENT PARTNERS, LP                         TRANSFEROR: ILLIQUIDX LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437
VOLKSBANK AG                                          TRANSFEROR: CREDIT SUISSE C/O ENTRIS OPERATIONS AG ATTN: MARCO GNAEGI MATTENSTRASSE 8 GUEMLIGEN CH 3073 SWITZERLAND

Total Number of Records Printed          31
```

EPIQ BANKRUPTCY SOLUTIONS, LLC