WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
: 
In re : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
-----------------------------------------------------------------x

### NOTICE OF HEARING ON ONE HUNDRED FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)

**PLEASE TAKE NOTICE** that a hearing to consider the One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **October 31, 2012 at 10:00 a.m. (Eastern Time)**, *solely* as to those claims listed on the annexed **Exhibit A**.

Dated: September 7, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and
certain of its affiliates

US_ACTIVE:\44089659\1\58399.0011

## Exhibit A

## Claims Going Forward at the September 27, 2012 Hearing

| Claim Number | Claimant Name |
|---|---|
| 43935 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES |
| 43936 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES |
| 43937 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES |
| 43938 | ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. |
| 43939 | ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. |
| 43940 | SANFORD C. BERNSTEIN FUND, INC. - |
| 43941 | SANFORD C. BERNSTEIN FUND, INC. - |
| 43942 | ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - |
| 43943 | ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - |
| 43944 | ALLIANCE BERNSTEIN BOND FUND, INC. |
| 43945 | ALLIANCE BERNSTEIN BOND FUND, INC. |
| 43946 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES |
| 43947 | SANFORD C. BERNSTEIN FUND II, INC. - |
| 43948 | SANFORD C. BERNSTEIN FUND II, INC. - |
| 43949 | ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)- |
| 43950 | ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)- |
| 43952 | ACM GLOBAL CREDIT - U.S. SUB-FUND |

US_ACTIVE:\44089659\1\58399.0011