WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                        :
**In re**                               :    **Chapter 11 Case No.**
                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
                                        :
            Debtors.                    :    **(Jointly Administered)**
                                        :
                                        :
-----------------------------------------------------------------x

**NOTICE OF HEARING ON ONE HUNDRED NINETY-EIGHTH**
**OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)**

      **PLEASE TAKE NOTICE** that a hearing to consider the One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **October 31, 2012 at 10:00 a.m. (Eastern Time)**, *solely* as to the claim listed on the annexed **Exhibit A**.

Dated:  September 7, 2012
     New York, New York

                              /s/ Robert J. Lemons
                              Robert J. Lemons

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Lehman Brothers Holdings Inc. and
                              certain of its affiliates

## Exhibit A

## Claim Going Forward at the September 27, 2012 Hearing

| Claim Number | Claimant Name |
|---|---|
| 43934 | PHILIPS PENSION TRUSTEES LTD, |

2