UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                     :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
         Debtors.                                                :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 30624, 30772

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 5, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ *Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
7th day of September, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 30858    Filed 09/07/12    Entered 09/07/12 17:08:29    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
              Debtors.                         |
```

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:   YUGEN KAISHA CHISEN
              TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L.
              FUJI BUILDING 10F
              3-2-3, MARUNOUCHI
              CHIYODA-KU
              TOKYO JAPAN

Additional:

Transferee:   CVI GVF LUXEMBOURG TWELVE S.A.R.L.
              C/O CARVAL INVESTORS UK LTD.
              KNOWLE HILL PARK
              FAIRMILE LANE
              COBHAM
              SURREY KT112PD UNITED KINGDOM

**Your transfer   of claim #   15164    is defective for the reason(s) checked below:**

Previously Transferred
Previously Transferred
Other                                          Not current owner of claim

Docket Number 30624             Date 08/31/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

# EXHIBIT B

```
TIME: 17:27:37                                         LEHMAN BROTHERS HOLDING INC.                                          PAGE:   1
DATE: 09/05/12                                              CREDITOR LISTING

Name                              Address
CVI GVF LUXEMBOURG TWELVE S.A.R.L. C/O CARVAL INVESTORS UK LTD. KNOWLE HILL PARK FAIRMILE LANE COBHAM SURREY  KT112PD UNITED KINGDOM
FRANKFURTER SPARKASSE             ATTN: MICHAEL WEISS ABTEILUNG RECHT II NEUE MAINZER STRASSE 47-53  60255 FRANKFURT    GERMANY
VEREINIGTE VOLKSBANK MAINGAU EG.  SELIGENSTADTER STR. 52 OBERHAUSEN  63179 GERMANY
YUGEN KAISHA CHISEN               TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. FUJI BUILDING 10F 3-2-3, MARUNOUCHI CHIYODA-KU TOKYO    JAPAN

Total Number of Records Printed         4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC