UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :    08-13555 (JMP)
                                                              :    (Jointly Administered)
                Debtors.                                      :
                                                              :
-----------------------------------------------------------------x    Ref. Docket Nos. 30365, 30371,
                                                                    30373, 30489, 30580, 30583, 30584,
                                                                    30643, 30799-30801

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 6, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      /s/ *Lauren Rodriguez*
                                                      Lauren Rodriguez

Sworn to before me this
7th day of September, 2012

/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)
                                                   |
                    Debtors.                       | (Jointly Administered)

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   BARCLAYS BANK PLC                              BARCLAYS BANK PLC
          TRANSFEROR: VARDE FUND X (MASTER) LP, THE      ANTHONY VITIELLO
          ATTN: DANIEL MIRANDA                           745 SEVENTH AVENUE, 2ND FLOOR
          745 SEVENTH AVENUE, 2ND FLOOR                  NEW YORK NY 10019
          NEW YORK NY 10019
```

Please note that your claim # 60865-21 in the above referenced case and in the amount of
$4,324,800.01 allowed at $1,418,075.04     has been transferred **(unless previously expunged by court order)**

```
          AG CENTRE STREET PARTNERSHIP, L.P.
          TRANSFEROR: BARCLAYS BANK PLC
          245 PARK AVENUE, 26TH FLOOR
          NEW YORK NY 10167
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 30643   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/06/2012                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on September 6, 2012.

# EXHIBIT B

```
TIME: 19:28:10                              LEHMAN BROTHERS HOLDING INC.                                           PAGE:   1
DATE: 09/06/12                                   CREDITOR LISTING
```

| Name | Address |
|---|---|
| AG CENTRE STREET PARTNERSHIP, L.P. | TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| BANCA ESPERIA S.P.A. | ATTN: LUCA PELLEGRINO VIA FILODRAMMATICI, 5 MILANO 20121 ITALY |
| BANQUE PRIVEE ESPIRITO SANTO SA | TRANSFEROR: CREDIT SUISSE 18, RUE DE HESSE GENEVE 1204 SWITZERLAND |
| BARCLAYS BANK PLC | ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| CAPITAL PARTNERS SECURITIES CO., LTD | TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: FUMIO KOJIMA ASAHI BUILDING, 6TH FLOOR 3-12-2 NIHONBASHI, CHUO-KU TOKYO 103-0027 JAPAN |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY |
| GIOVANNI, VENTRE | TRANSFEROR: CREDITO EMILIANO S.P.A. VIA CUPA FOSSA DEL LUPO, 167 NAPOLI 80144 ITALY |
| ILLIQUIDX LLP | TRANSFEROR: BANCA ESPERIA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| INCORE BANK AG | TRANSFEROR: CREDIT SUISSE SWISS BANKING SERVICES DREIKONIGSTRASSE 8 ZURICH CH-8022 SWITZERLAND |
| NOMURA SECURITIES CO LTD | TRANSFEROR: CAPITAL PARTNERS SECURITIES CO., LTD FINANCIAL PRODUCT DEPARTMENT 2-2-2, OTEMACHI, CHIYODA-KU TOKYO JAPAN |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: THE VARDE FUND, L.P. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |

Total Number of Records Printed      21