Form 210A (10/06)

# United States Bankruptcy Court

### Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,   Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NG YEE KONG | Standard Chartered Bank (Hong Kong) Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HOUSE 32 12TH STREET
HONG LOK YUEN
TAI PO, NT, HONG KONG

Phone: _____
Last Four Digits of Acct #: 5408

Court Claim # (if known): 38674
Amount of Claim: USD 100,000
Date Claim Filed: 13 Oct, 2009

Phone: N/A
Last Four Digits of Acct. #: 8881

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ (signature)      Date: 24 Aug, 2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____    Case No. _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. \_\_\_\_\_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on \_\_\_\_\_ (date).

_____    _____
Name of Alleged Transferor    Name of Transferee

Address of Alleged Transferor:    Address of Transferee:

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____    _____
**CLERK OF THE COURT**