NIXON PEABODY LLP
Christopher M. Desiderio
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
and
Amanda D. Darwin
Richard C. Pedone (admitted *pro hac vice*)
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000

*Counsel to Deutsche Bank National Trust Company
as Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF WITHDRAWAL OF CLAIM NO. 18541
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3006**

| | |
|---|---|
| Creditor Name and Address: | Deutsche Bank National Trust Company
1761 East St. Andrew Place
Santa Ana, CA 92705
Attention: Walmart Lease Backed
Commercial Mortgage Pass-Through
Certificates, Series 1991-3-LH913 |
| Debtor: | Lehman Commercial Paper, Inc. |
| Claim Number: | 18541 |
| Date Claim Filed: | September 18, 2009 |
| Amount of Claim Filed: | Unliquidated |

Deutsche Bank National Trust Company f/k/a Bankers Trust Company of California, N.A., is the successor trustee by operation of law to Bank of America NT & SA by successor by merger to Security

Pacific National Bank, as trustee (the "Creditor"), by its attorneys, Nixon Peabody LLP, hereby files this notice of withdrawal of the above-referenced claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

The Creditor hereby withdraws the above-referenced claim and hereby authorizes the Clerk of the Court, or its duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced debtor.

Dated: New York, New York
September 10, 2012

Respectfully Submitted,

By: /s/ Christopher M. Desiderio
Christopher M. Desiderio
NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111

and

Amanda D. Darwin
Richard C. Pedone (admitted *pro hac vice*)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000

*Counsel to Deutsche Bank Trust Company as Trustee*