Martin J. Bienenstock
Irena M. Goldstein
Jeffrey Chubak
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for Credit Protection Trusts 207 and 283*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ----------------------------------------------------------------- x | |
| In re                                             : | Chapter 11 |
|                                                   : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*,          : | Case No. 08-13555 (JMP) |
|                                                   : | |
| Debtors.                                          : | (Jointly Administered) |
| ----------------------------------------------------------------- x | |
| CREDIT PROTECTION TRUST 207 AND                   : | |
| CREDIT PROTECTION TRUST 283,                      : | |
|                                                   : | |
| Movants,                                          : | |
|                                                   : | |
| v.                                                : | |
|                                                   : | |
| LEHMAN BROTHERS HOLDINGS INC. AND                 : | |
| LEHMAN BROTHERS SPECIAL FINANCING INC.,           : | |
|                                                   : | |
| Respondents.                                      : | |
| ----------------------------------------------------------------- x | |

**NOTICE OF WITHDRAWAL OF MOTION OF CREDIT PROTECTION
TRUSTS 207 AND 283 FOR ORDER PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 60(b)(1) AND (4), BANKRUPTCY RULE 9024, AND BANKRUPTCY
CODE SECTION 105(a) GRANTING RELIEF FROM CONFIRMATION ORDER**

PLEASE TAKE NOTICE that Credit Protection Trust 207 and Credit Protection Trust

283 (together, the "Moving Trusts") hereby withdraw, with prejudice, their motion, filed August

24, 2012, for an order pursuant to Rule 60(b)(1) and (4) of the Federal Rules of Civil Procedure,

Rule 9024 of the Federal Rules of Bankruptcy Procedure, and section 105(a) of title 11 of the

30570853v1

2

United States Code granting the Moving Trusts relief from the order confirming the modified third amended joint chapter 11 plan of Lehman Brothers Holdings Inc. and its affiliated debtors, entered December 6, 2011.

Dated: September 10, 2012
      New York, New York

    /s/ Martin J. Bienenstock
    Martin J. Bienenstock
    Irena M. Goldstein
    Jeffrey Chubak
    PROSKAUER ROSE LLP
    Eleven Times Square
    New York, NY 10036
    Tel: (212) 969-3000
    Fax: (212) 969-2900

    *Attorneys for Credit Protection Trusts 207 and 283*