# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| **NAME** | **FAX** |
|---|---|
| Office of the US Trustee: T H Davis, E Gasparini, A Schwartz | 212-668-2255 |

230665