WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                        :
In re                                   :   Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :   08-13555 (JMP)
                                        :
                    Debtors.            :   (Jointly Administered)
                                        :
------------------------------------------------------------x
```

### NOTICE OF WITHDRAWAL OF THREE HUNDRED THIRTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS) AND TWO HUNDRED FORTY-FIRST OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, is withdrawing without prejudice the Two Hundred Forty-First Omnibus Objection to Claims (No Liability Claims) [ECF No. 23247] and the Three Hundred Thirty-Fourth Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF No. 29329] *solely* with respect to the claims listed on Exhibit A annexed hereto. The Plan Administrator reserves its rights to object to the claims listed on Exhibit A on any grounds in the

future.

Dated:  September 10, 2012
        New York, New York

        /s/ Robert J. Lemons
        Robert J. Lemons
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Lehman Brothers
        Holdings Inc. and Certain of Its Affiliates

# Exhibit A

## Claims For Which Objection Is Withdrawn Without Prejudice:

| **Two Hundred Forty-First Omnibus Objection to Claims** ||
|---|---|
| **Claimant** | **Claim #** |
| Wiley Rein LLP | 4475 |
| **Three Hundred Thirty-Seventh Omnibus Objection to Claims** ||
| **Claimant** | **Claim #** |
| Tarrant County | 67747 |