B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,        Case No. 08-13555(JMP)
                                                                                    (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                                             Name of Transferor

**Paulson Credit Opportunities Master Ltd.**       **Merrill Lynch Credit Products, LLC**

Name and Address where notices to                    Court Claim # (if known): 66883 (amends
transferee should be sent:                                      claim 36792, filed October 6, 2009)
                                                                              Claim Amount: $4,354,701.94
Paulson Credit Opportunities Master Ltd.              Amount Transferred: $4,354,701.94
c/o Paulson & Co. Inc.                                           Date Claim Filed: June 22, 2010
1251 Avenue of the Americas                                Debtor against claim filed: Lehman Brothers
50th Floor                                                             Holdings Inc.
New York, NY 10020
Tel: 212-956-2221
Fax: 212-977-9505
Emails: Paul_ops@paulsonco.com; James.Olivo@paulsonco.com


With a copy to:
Michael Greenblatt
Sidley Austin LLP
787 7th Avenue
New York, NY 10019
mgreenblatt@sidley.com


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: August 30, 2012
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


NY1 8478487v.1

**ANNEX 2**
**LBHI TRANSFER NOTICE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ch-11 LEHMAN BROTHERS HOLDINGS, INC.<br><br>Debtor | Case No. 08-13555<br><br>Chapter 11 |

**NOTICE OF TRANSFER OF CLAIM**
**PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that the following claims of Merrill Lynch Credit Products, LLC ("Seller") that are scheduled by Lehman Brothers Holdings Inc. ("Debtor") and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| USD 11,113,058.10 | Claim no. 66243 (amends claim 36794) |
| USD 1,597,309.94 | Claim no. 66880 (amends claim 36791) |
| USD 4,354,701.94 | Claim no. 66883 (amends claim 36792) |
| USD 11,615,407.98 | Claim no. 33466 |

have been transferred and assigned to Paulson Credit Opportunities Master Ltd. ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment

and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

| ASSIGNEE: | **Paulson Credit Opportunities Master Ltd.** | SELLER: | **Merrill Lynch Credit Products, LLC** |
|---|---|---|---|
| Signature: | *[signature]* | Signature: | _____ |
| Name: | STUART MERZER | Name: | _____ |
| Title: | Authorized Signatory | Title: | _____ |
| Date: | August 30 2012 | Date: | August ___ 2012 |

20

and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

| ASSIGNEE: | **Paulson Credit Opportunities Master Ltd.** | SELLER: | **Merrill Lynch Credit Products, LLC** |
|---|---|---|---|
| Signature: | _____ | Signature: | *[signature]* |
| Name: | _____ | Name: | Shawn Evinger |
| Title: | _____ | Title: | VP |
| Date: | August ___ 2012 | Date: | August 30 2012 |

20

KL2 2757281.4