**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------x Ref. Docket No. 30871-30872

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 10, 2012, I caused to be served the following:

   a) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated September 10, 2012 [Docket No. 30871], and

   b) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated September 10, 2012 [Docket No. 30872],

   by causing true and correct copies to be:

   i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kerry O'Neil
Kerry O'Neil

Sworn to before me this
11th day of September, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

Lehman Brothers Holdings, Inc.
Email Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com

bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
colea@gtlaw.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov

Lehman Brothers Holdings, Inc.
Email Service List

| | |
|---|---|
| cs@stevenslee.com | dodonnell@milbank.com |
| csalomon@beckerglynn.com | dove.michelle@dorsey.com |
| cschreiber@winston.com | dpegno@dpklaw.com |
| cshore@whitecase.com | draelson@fisherbrothers.com |
| cshulman@sheppardmullin.com | dravin@wolffsamson.com |
| ctatelbaum@adorno.com | drose@pryorcashman.com |
| cwalsh@mayerbrown.com | drosenzweig@fulbright.com |
| cward@polsinelli.com | drosner@goulstonstorrs.com |
| cweber@ebg-law.com | drosner@kasowitz.com |
| cweiss@ingramllp.com | dshaffer@wtplaw.com |
| dallas.bankruptcy@publicans.com | dshemano@pwkllp.com |
| daniel.guyder@allenovery.com | dspelfogel@foley.com |
| dave.davis@isgria.com | dtatge@ebglaw.com |
| david.bennett@tklaw.com | dtheising@harrisonmoberly.com |
| david.heller@lw.com | dwdykhouse@pbwt.com |
| david.powlen@btlaw.com | dwildes@stroock.com |
| david.seligman@kirkland.com | dworkman@bakerlaw.com |
| davids@blbglaw.com | easmith@venable.com |
| davidwheeler@mvalaw.com | echang@steinlubin.com |
| dbalog@intersil.com | ecohen@russell.com |
| dbarber@bsblawyers.com | efleck@milbank.com |
| dbaumstein@whitecase.com | efriedman@fklaw.com |
| dbesikof@loeb.com | efriedman@friedumspring.com |
| dcimo@gjb-law.com | eglas@mccarter.com |
| dcoffino@cov.com | ekbergc@lanepowell.com |
| dcrapo@gibbonslaw.com | eleicht@whitecase.com |
| ddavis@paulweiss.com | eli.mattioli@klgates.com |
| ddrebsky@nixonpeabody.com | ellen.halstead@cwt.com |
| ddunne@milbank.com | emerberg@mayerbrown.com |
| deggermann@kramerlevin.com | enkaplan@kaplanlandau.com |
| deggert@freebornpeters.com | eobrien@sbchlaw.com |
| demetra.liggins@tklaw.com | erin.mautner@bingham.com |
| dfelder@orrick.com | eschwartz@contrariancapital.com |
| dflanigan@polsinelli.com | esmith@dl.com |
| dgrimes@reedsmith.com | etillinghast@sheppardmullin.com |
| dhayes@mcguirewoods.com | ezujkowski@emmetmarvin.com |
| dheffer@foley.com | ezweig@optonline.net |
| diconzam@gtlaw.com | fbp@ppgms.com |
| djoseph@stradley.com | ffm@bostonbusinesslaw.com |
| dkleiner@velaw.com | fhyman@mayerbrown.com |
| dkozusko@willkie.com | foont@foontlaw.com |
| dlemay@chadbourne.com | francois.janson@hklaw.com |
| dlipke@vedderprice.com | fsosnick@shearman.com |
| dludman@brownconnery.com | fyates@sonnenschein.com |
| dmcguire@winston.com | gabriel.delvirginia@verizon.net |
| dmurray@jenner.com | gbray@milbank.com |
| dneier@winston.com | ggitomer@mkbattorneys.com |

LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com

Lehman Brothers Holdings, Inc.
Email Service List

| | |
|---|---|
| jowen769@yahoo.com | kressk@pepperlaw.com |
| jowolf@law.nyc.gov | KReynolds@mklawnyc.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com |
| JPintarelli@mofo.com | kuehn@bragarwexler.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com |
| jprol@lowenstein.com | lacyr@sullcrom.com |
| jrabinowitz@rltlawfirm.com | Landon@StreusandLandon.com |
| jrsmith@hunton.com | lapeterson@foley.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com |
| jshickich@riddellwilliams.com | Lee.Stremba@troutmansanders.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com |
| jtorf@schiffhardin.com | lisa.kraidin@allenovery.com |
| jtougas@mayerbrown.com | LJKotler@duanemorris.com |
| judy.morse@crowedunlevy.com | lkatz@ltblaw.com |
| jvail@ssrl.com | LKISS@KLESTADT.COM |
| jwallack@goulstonstorrs.com | lmarinuzzi@mofo.com |
| jwang@sipc.org | Lmay@coleschotz.com |
| jwcohen@daypitney.com | lmcgowen@orrick.com |
| jweiss@gibsondunn.com | lml@ppgms.com |
| jwest@velaw.com | lnashelsky@mofo.com |
| jwh@njlawfirm.com | loizides@loizides.com |
| kanema@formanlaw.com | lromansic@steptoe.com |
| karen.wagner@dpw.com | lscarcella@farrellfritz.com |
| KDWBankruptcyDepartment@kelleydrye.com | lschweitzer@cgsh.com |
| | lubell@hugheshubbard.com |
| keckhardt@hunton.com | lwhidden@salans.com |
| keith.simon@lw.com | mabrams@willkie.com |
| Ken.Coleman@allenovery.com | MAOFILING@CGSH.COM |
| ken.higman@hp.com | Marc.Chait@SC.com |
| kerry.moynihan@hro.com | margolin@hugheshubbard.com |
| kgwynne@reedsmith.com | mark.bane@ropesgray.com |
| kiplok@hugheshubbard.com | mark.deveno@bingham.com |
| kjarashow@fklaw.com | mark.ellenberg@cwt.com |
| kkelly@ebglaw.com | mark.ellenberg@cwt.com |
| kkolbig@mosessinger.com | mark.hellerer@pillsburylaw.com |
| klyman@irell.com | mark.sherrill@sutherland.com |
| klynch@formanlaw.com | martin.davis@ots.treas.gov |
| kmayer@mccarter.com | Marvin.Clements@ag.tn.gov |
| kobak@hugheshubbard.com | matt@willaw.com |
| korr@orrick.com | matthew.klepper@dlapiper.com |
| kovskyd@pepperlaw.com | maustin@orrick.com |
| kpiper@steptoe.com | max.polonsky@skadden.com |

Lehman Brothers Holdings, Inc.
Email Service List

| | |
|---|---|
| mbenner@tishmanspeyer.com | mrosenthal@gibsondunn.com |
| mberman@nixonpeabody.com | mruetzel@whitecase.com |
| mberman@nixonpeabody.com | mschimel@sju.edu |
| mbienenstock@dl.com | mschlesinger@julienandschlesinger.com |
| mbloemsma@mhjur.com | msegarra@mayerbrown.com |
| mbossi@thompsoncoburn.com | mshiner@tuckerlaw.com |
| mcademartori@sheppardmullin.com | msiegel@brownrudnick.com |
| mcantor@normandyhill.com | msolow@kayescholer.com |
| mccombst@sullcrom.com | mspeiser@stroock.com |
| mcordone@stradley.com | mstamer@akingump.com |
| mcto@debevoise.com | mvenditto@reedsmith.com |
| mcyganowski@oshr.com | mwarren@mtb.com |
| mdorval@stradley.com | nathan.spatz@pillsburylaw.com |
| melorod@gtlaw.com | ncoco@mwe.com |
| meltzere@pepperlaw.com | neal.mann@oag.state.ny.us |
| metkin@lowenstein.com | ned.schodek@shearman.com |
| mfeldman@willkie.com | neilberger@teamtogut.com |
| mgordon@briggs.com | newyork@sec.gov |
| mgreger@allenmatkins.com | Nherman@morganlewis.com |
| mh1@mccallaraymer.com | nickolas.karavolas@pillsburylaw.com |
| mhopkins@cov.com | nissay_10259-0154@mhmjapan.com |
| michael.frege@cms-hs.com | nlepore@schnader.com |
| michael.kelly@monarchlp.com | notice@bkcylaw.com |
| michael.kim@kobrekim.com | oipress@travelers.com |
| michael.mccrory@btlaw.com | otccorpactions@finra.org |
| michael.reilly@bingham.com | paronzon@milbank.com |
| millee12@nationwide.com | patrick.oh@freshfields.com |
| miller@taftlaw.com | paul.turner@sutherland.com |
| mimi.m.wong@irscounsel.treas.gov | pbattista@gjb-law.com |
| mitchell.ayer@tklaw.com | pbosswick@ssbb.com |
| mjedelman@vedderprice.com | pdublin@akingump.com |
| MJR1@westchestergov.com | peisenberg@lockelord.com |
| mkjaer@winston.com | peter.gilhuly@lw.com |
| mlahaie@akingump.com | peter.macdonald@wilmerhale.com |
| MLandman@lcbf.com | peter.simmons@friedfrank.com |
| mlichtenstein@crowell.com | peter@bankrupt.com |
| mlynch2@travelers.com | pfeldman@oshr.com |
| mmendez@hunton.com | phayden@mcguirewoods.com |
| mmooney@deilylawfirm.com | pmaxcy@sonnenschein.com |
| mmorreale@us.mufg.jp | ppascuzzi@ffwplaw.com |
| mneier@ibolaw.com | ppatterson@stradley.com |
| monica.lawless@brookfieldproperties.com | psp@njlawfirm.com |
| mpage@kelleydrye.com | ptrain-gutierrez@kaplanlandau.com |
| mparry@mosessinger.com | ptrostle@jenner.com |
| mpomerantz@julienandschlesinger.com | r.stahl@stahlzelloe.com |
| mprimoff@kayescholer.com | raj.madan@bingham.com |
| mpucillo@bermanesq.com | ramona.neal@hp.com |

Lehman Brothers Holdings, Inc.
Email Service List

| | |
|---|---|
| raul.alcantar@ropesgray.com | samuel.cavior@pillsburylaw.com |
| rbeacher@pryorcashman.com | sandyscafaria@eaton.com |
| rbernard@foley.com | Sara.Tapinekis@cliffordchance.com |
| rbyman@jenner.com | scargill@lowenstein.com |
| rdaversa@orrick.com | schannej@pepperlaw.com |
| relgidely@gjb-law.com | Schepis@pursuitpartners.com |
| rfleischer@pryorcashman.com | schnabel.eric@dorsey.com |
| rfrankel@orrick.com | schristianson@buchalter.com |
| rfriedman@silvermanacampora.com | schwartzmatthew@sullcrom.com |
| rgmason@wlrk.com | scottshelley@quinnemanuel.com |
| rgraham@whitecase.com | scousins@armstrongteasdale.com |
| rhett.campbell@tklaw.com | sdnyecf@dor.mo.gov |
| richard.fingard@newedge.com | sehlers@armstrongteasdale.com |
| richard.lear@hklaw.com | seichel@crowell.com |
| richard.levy@lw.com | sfelderstein@ffwplaw.com |
| richard.tisdale@friedfrank.com | sfineman@lchb.com |
| richard@rwmaplc.com | sfox@mcguirewoods.com |
| ritkin@steptoe.com | sgordon@cahill.com |
| RJones@BoultCummings.com | sgubner@ebg-law.com |
| rleek@HodgsonRuss.com | shannon.nagle@friedfrank.com |
| RLevin@cravath.com | sharbeck@sipc.org |
| rmatzat@hahnhessen.com | shari.leventhal@ny.frb.org |
| rnetzer@willkie.com | shgross5@yahoo.com |
| robert.bailey@bnymellon.com | sidorsky@butzel.com |
| robert.dombroff@bingham.com | slerman@ebglaw.com |
| robert.henoch@kobrekim.com | slerner@ssd.com |
| robert.malone@dbr.com | slevine@brownrudnick.com |
| Robert.yalen@usdoj.gov | SLoden@DiamondMcCarthy.com |
| Robin.Keller@Lovells.com | smayerson@ssd.com |
| roger@rnagioff.com | smillman@stroock.com |
| ronald.silverman@bingham.com | smulligan@bsblawyers.com |
| ross.martin@ropesgray.com | snewman@katskykorins.com |
| rqureshi@reedsmith.com | sory@fdlaw.com |
| rrainer@wmd-law.com | spiotto@chapman.com |
| rreid@sheppardmullin.com | splatzer@platzerlaw.com |
| rroupinian@outtengolden.com | SRee@lcbf.com |
| rrussell@andrewskurth.com | sschultz@akingump.com |
| rterenzi@stcwlaw.com | sselbst@herrick.com |
| russj4478@aol.com | sshimshak@paulweiss.com |
| rwasserman@cftc.gov | sskelly@teamtogut.com |
| rwyron@orrick.com | sstarr@starrandstarr.com |
| s.minehan@aozorabank.co.jp | steele@lowenstein.com |
| sabin.willett@bingham.com | stephen.cowan@dlapiper.com |
| sabramowitz@velaw.com | steve.ginther@dor.mo.gov |
| SABVANROOY@HOTMAIL.COM | steven.troyer@commerzbank.com |
| sagolden@hhlaw.com | steven.usdin@flastergreenberg.com |
| Sally.Henry@skadden.com | steven.wilamowsky@bingham.com |

Lehman Brothers Holdings, Inc.
Email Service List

steven@blbglaw.com
Streusand@StreusandLandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

Lehman Brothers Holdings, Inc.
Master Service List

**OFFICE OF THE US TRUSTEE**
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

**INTERNAL REVENUE SERVICE**
*SPECIAL PROCEDURES BRANCH*
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007