

Klee,
Tuchin,
Bogdanoff &
Stern
LLP

| 1999 Avenue of the Stars | voice: 310-407-4000 |
| Thirty-Ninth Floor | fax: 310-407-9090 |
| Los Angeles, California 90067 | www.ktbslaw.com |

abond@ktbslaw.com
Direct Dial: 310-407-4092

# TRANSMITTAL

**VIA FIRST-CLASS MAIL**

TO:    Clerk of Court
       U.S. Bankruptcy Court
       Southern District of New York
       One Bowling Green
       New York, NY  10004-1408

SEP 1 0 2012

FROM:    Apryl C. Bond, Secretary to David M. Guess

DATE:    September 6, 2012

RE:    Lehman Brothers Holdings Inc., et al.; Case No. 08-13555 (JMP)

*Enclosed Please Find:*    Request for Removal from ECF Service (electronically filed
on September 6, 2012)

☐  Your immediate response is required        ☐  Please comment

☐  For your information                        ☐  Please complete

☒  For your file                               ☐  Please review

☐  Please acknowledge receipt                 ☐  Please sign

☐  Please handle                               ☐  Please sign and return originals

☐  Please telephone me                        ☐  In accordance with your request

☐  Other:

141221.1

KLEE, TUCHIN, BOGDANOFF & STERN LLP
Daniel J. Bussel (admitted *pro hac vice*)
David M. Guess (admitted *pro hac vice*)
1999 Avenue of the Stars, 39th Floor
Los Angeles, California  90067-6049
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090
Email:        dbussel@ktbslaw.com
              dguess@ktbslaw.com

*Counsel for Perry Capital LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------X

In re:

LEHMAN BROTHERS HOLDINGS INC.,
*et al.*,

                            Debtors.
----------------------------------------------------X

Case No. 08-13555 (JMP)

Chapter 11

Jointly Administered

<u>**REQUEST FOR REMOVAL FROM ECF SERVICE**</u>

PLEASE TAKE NOTICE that the undersigned hereby request to be removed as recipients for e-mail service in the Debtors' bankruptcy cases through the Court's CM/ECF system, and removed from any other service list in this case.

DATED:  September 6, 2012    By:    */s/ David M. Guess*
                                    _____

                                    KLEE, TUCHIN, BOGDANOFF
                                     & STERN LLP
                                    Daniel J. Bussel, Esq.
                                    David M. Guess, Esq.
                                    1999 Avenue of the Stars, 39th Floor
                                    Los Angeles, California 90067
                                    Telephone:    (310) 407-4000
                                    Facsimile:    (310) 407-9090
                                    *Counsel for Perry Capital LLC*

RECEIVED
SEP 1 0 2012

135839.1