UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                                        )
In re:                                                                  )    Chapter 11
                                                                        )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                )    Case No. 08-13555 (JMP)
                                                                        )
                                                                        )
                                                                        )
       Debtors                                                          )    (Jointly Administered)
------------------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| CCP Credit Acquisition Holdings, LLC | Schroder Investment Management Limited on behalf of Schroder Alternative Solutions |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

   Centerbridge Partners, L.P.
   375 Park Ave, 13th Floor
   New York, NY, 10152
   Attn: Lauren Grainer
   212 672 4678 (phone)
   212 672 5004 (fax)

With a copy to:
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt

**Case No. 08-13555**

Court Claim # (if known): 67933
Amount of Claim Filed: $19,026,319.00
Amount of Claim Transferred: $7,991,053.98
Date Claim Filed: 2/29/12
Debtor:  Lehman Brothers Holdings Inc.

NYC:242487.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Schroder Investment Management Limited on behalf of Schroder Alternative Solutions** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **CCP Credit Acquisition Holdings, LLC** ("Assignee") **42.0% (or $7,991,053.98)** of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. **67933**) filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 12th day of September 2012.

| | |
|---|---|
| **Schroder Investment Management Limited on behalf of Schroder Alternative Solutions** | **CCP Credit Acquisition Holdings, LLC** |
| By: _[signature]_<br>Name: Karen Pracy<br>Title: Director | By: _____<br>Name:<br>Title: |
| By: _[signature]_<br>Name: T H Luetimann<br>Title: Director | |

18

31744178_3

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Schroder Investment Management Limited on behalf of Schroder Alternative Solutions** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **CCP Credit Acquisition Holdings, LLC** ("Assignee") **42.0%** (or **$7,991,053.98**) of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. **67933**) filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 12th day of September 2012.

| Schroder Investment Management Limited on behalf of Schroder Alternative Solutions | CCP Credit Acquisition Holdings, LLC |
|---|---|
| By: _____<br>Name:<br>Title:<br><br>By: _____<br>Name:<br>Title: | By: _____<br>Name: Alexsandra Markovic<br>Title: Director |

18

31744178_3