**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
:
In re                                                                   :        Chapter 11 Case No.
                                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                            :        **08-13555 (JMP)**
                                                                        :
            Debtors.                                                    :        **(Jointly Administered)**
                                                                        :
------------------------------------------------------------------------x        **Ref. Docket No. 30867 & 30870**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 10, 2012, I caused to be served the following:

   a) "Notice of Withdrawal of the Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) as to Certain Claims," dated September 10, 2012 [Docket No. 30867], (the "NOW Omni 71"), and

   b) "Notice of Withdrawal of Three Hundred Thirty-Fourth Omnibus Objection to Claims (Insufficient Documentation Claims) and Two Hundred Forty-First Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated September 10, 2012 [Docket No. 30870], (the "NOW Omni 241 & 334"),

   by causing true and correct copies of the:

   i.   NOW Omni 71 and NOW Omni 241 & 334, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

   ii.  NOW Omni 71 and NOW Omni 241 & 334, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>,

   iii. NOW Omni 71, to be enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit C</u>, and

      iv.      NOW Omni 241 & 334, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ Carol Zhang

Sworn to before me this                     Carol Zhang
11th day of September, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6220196
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankr@zuckerman.com |
| aalfonso@willkie.com | bankruptcy@goodwin.com |
| abeaumont@fklaw.com | bankruptcy@morrisoncohen.com |
| abraunstein@riemerlaw.com | bankruptcy@ntexas-attorneys.com |
| acaton@kramerlevin.com | bankruptcymatters@us.nomura.com |
| acker@chapman.com | barbra.parlin@hklaw.com |
| adam.brezine@hro.com | bbisignani@postschell.com |
| adarwin@nixonpeabody.com | bcarlson@co.sanmateo.ca.us |
| Adiamond@DiamondMcCarthy.com | bdk@schlamstone.com |
| aeckstein@blankrome.com | bguiney@pbwt.com |
| aentwistle@entwistle-law.com | bkmail@prommis.com |
| afriedman@irell.com | bmanne@tuckerlaw.com |
| agbanknewyork@ag.tn.gov | BMiller@mofo.com |
| aglenn@kasowitz.com | boneill@kramerlevin.com |
| agold@herrick.com | Brian.Corey@greentreecreditsolutions.com |
| agoldstein@tnsj-law.com | brosenblum@jonesday.com |
| aisenberg@saul.com | broy@rltlawfirm.com |
| akantesaria@oppenheimerfunds.com | bruce.wright@sutherland.com |
| akolod@mosessinger.com | bstrickland@wtplaw.com |
| akornikova@lcbf.com | btrust@mayerbrown.com |
| alum@ftportfolios.com | bturk@tishmanspeyer.com |
| amarder@msek.com | bwolfe@sheppardmullin.com |
| amartin@sheppardmullin.com | cahn@clm.com |
| AMcMullen@BoultCummings.com | calbert@reitlerlaw.com |
| amenard@tishmanspeyer.com | canelas@pursuitpartners.com |
| Andrew.Brozman@cliffordchance.com | carol.weinerlevy@bingham.com |
| andrew.lourie@kobrekim.com | cbelisle@wfw.com |
| angelich.george@arentfox.com | cbelmonte@ssbb.com |
| ann.reynaud@shell.com | cbrotstein@bm.net |
| anthony_boccanfuso@aporter.com | cdesiderio@nixonpeabody.com |
| aoberry@bermanesq.com | cgoldstein@stcwlaw.com |
| aostrow@beckerglynn.com | chammerman@paulweiss.com |
| apo@stevenslee.com | charles@filardi-law.com |
| aquale@sidley.com | charles_malloy@aporter.com |
| arahl@reedsmith.com | chipford@parkerpoe.com |
| arheaume@riemerlaw.com | chris.donoho@lovells.com |
| arlbank@pbfcm.com | christopher.schueller@bipc.com |
| arosenblatt@chadbourne.com | clarkb@sullcrom.com |
| arthur.rosenberg@hklaw.com | clynch@reedsmith.com |
| arwolf@wlrk.com | cmontgomery@salans.com |
| aseuffert@lawpost-nyc.com | cohen@sewkis.com |
| ashmead@sewkis.com | colea@gtlaw.com |
| asnow@ssbb.com | contact@lawofficesjje.com |
| aunger@sidley.com | cp@stevenslee.com |
| austin.bankruptcy@publicans.com | cpappas@dilworthlaw.com |
| avenes@whitecase.com | craig.goldblatt@wilmerhale.com |
| azylberberg@whitecase.com | crmomjian@attorneygeneral.gov |

LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com

dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
ggitomer@mkbattorneys.com

LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

| | |
|---|---|
| ggoodman@foley.com | jeannette.boot@wilmerhale.com |
| giddens@hugheshubbard.com | jeff.wittig@coair.com |
| gkaden@goulstonstorrs.com | jeffery.black@bingham.com |
| glenn.siegel@dechert.com | jeffrey.sabin@bingham.com |
| gmoss@riemerlaw.com | jeldredge@velaw.com |
| gravert@ravertpllc.com | jen.premisler@cliffordchance.com |
| gspilsbury@jsslaw.com | jennifer.demarco@cliffordchance.com |
| harrisjm@michigan.gov | jennifer.gore@shell.com |
| harveystrickon@paulhastings.com | jeremy.eiden@ag.state.mn.us |
| hbeltzer@mayerbrown.com | jfalgowski@reedsmith.com |
| heim.steve@dorsey.com | jflaxer@golenbock.com |
| heiser@chapman.com | jfox@joefoxlaw.com |
| hollace.cohen@troutmansanders.com | jfreeberg@wfw.com |
| holsen@stroock.com | jg5786@att.com |
| howard.hawkins@cwt.com | jgenovese@gjb-law.com |
| hseife@chadbourne.com | jguy@orrick.com |
| hsnovikoff@wlrk.com | jherzog@gklaw.com |
| hsteel@brownrudnick.com | jhiggins@fdlaw.com |
| icatto@mwe.com | jhorgan@phxa.com |
| igoldstein@dl.com | jhuggett@margolisedelstein.com |
| ilevee@lowenstein.com | jim@atkinslawfirm.com |
| ira.herman@tklaw.com | jjoyce@dresslerpeters.com |
| isgreene@hhlaw.com | jjtancredi@daypitney.com |
| israel.dahan@cwt.com | jjureller@klestadt.com |
| iva.uroic@dechert.com | jkehoe@btkmc.com |
| jacobsonn@sec.gov | jlamar@maynardcooper.com |
| james.heaney@lawdeb.com | jlawlor@wmd-law.com |
| james.mcclammy@dpw.com | jlee@foley.com |
| james.sprayregen@kirkland.com | jlevitin@cahill.com |
| jamestecce@quinnemanuel.com | jlipson@crockerkuno.com |
| jamie.nelson@dubaiic.com | jlovi@steptoe.com |
| jar@outtengolden.com | jlscott@reedsmith.com |
| jason.jurgens@cwt.com | jmaddock@mcguirewoods.com |
| jay.hurst@oag.state.tx.us | jmakower@tnsj-law.com |
| jay@kleinsolomon.com | jmazermarino@msek.com |
| Jbecker@wilmingtontrust.com | jmcginley@wilmingtontrust.com |
| jbeemer@entwistle-law.com | jmelko@gardere.com |
| jbeiers@co.sanmateo.ca.us | jmerva@fult.com |
| jbird@polsinelli.com | jmmurphy@stradley.com |
| jbromley@cgsh.com | jmr@msf-law.com |
| jcarberry@cl-law.com | jnadritch@olshanlaw.com |
| jchristian@tobinlaw.com | jnm@mccallaraymer.com |
| jdoran@haslaw.com | john.monaghan@hklaw.com |
| Jdrucker@coleschotz.com | john.rapisardi@cwt.com |
| jdyas@halperinlaw.net | jorbach@hahnhessen.com |
| jean-david.barnea@usdoj.gov | Joseph.Cordaro@usdoj.gov |
| jeanites@whiteandwilliams.com | joshua.dorchak@bingham.com |

LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

| | |
|---|---|
| jowen769@yahoo.com | kressk@pepperlaw.com |
| jowolf@law.nyc.gov | KReynolds@mklawnyc.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com |
| JPintarelli@mofo.com | kuehn@bragarwexler.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com |
| jprol@lowenstein.com | lacyr@sullcrom.com |
| jrabinowitz@rltlawfirm.com | Landon@StreusandLandon.com |
| jrsmith@hunton.com | lapeterson@foley.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com |
| jshickich@riddellwilliams.com | Lee.Stremba@troutmansanders.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com |
| jtorf@schiffhardin.com | lisa.kraidin@allenovery.com |
| jtougas@mayerbrown.com | LJKotler@duanemorris.com |
| judy.morse@crowedunlevy.com | lkatz@ltblaw.com |
| jvail@ssrl.com | LKISS@KLESTADT.COM |
| jwallack@goulstonstorrs.com | lmarinuzzi@mofo.com |
| jwang@sipc.org | Lmay@coleschotz.com |
| jwcohen@daypitney.com | lmcgowen@orrick.com |
| jweiss@gibsondunn.com | lml@ppgms.com |
| jwest@velaw.com | lnashelsky@mofo.com |
| jwh@njlawfirm.com | loizides@loizides.com |
| kanema@formanlaw.com | lromansic@steptoe.com |
| karen.wagner@dpw.com | lscarcella@farrellfritz.com |
| KDWBankruptcyDepartment@kelleydrye.com | lschweitzer@cgsh.com |
| keckhardt@hunton.com | lubell@hugheshubbard.com |
| keith.simon@lw.com | lwhidden@salans.com |
| Ken.Coleman@allenovery.com | mabrams@willkie.com |
| ken.higman@hp.com | MAOFILING@CGSH.COM |
| kerry.moynihan@hro.com | Marc.Chait@SC.com |
| kgwynne@reedsmith.com | margolin@hugheshubbard.com |
| kiplok@hugheshubbard.com | mark.bane@ropesgray.com |
| kjarashow@fklaw.com | mark.deveno@bingham.com |
| kkelly@ebglaw.com | mark.ellenberg@cwt.com |
| kkolbig@mosessinger.com | mark.ellenberg@cwt.com |
| klyman@irell.com | mark.hellerer@pillsburylaw.com |
| klynch@formanlaw.com | mark.sherrill@sutherland.com |
| kmayer@mccarter.com | martin.davis@ots.treas.gov |
| kobak@hugheshubbard.com | Marvin.Clements@ag.tn.gov |
| korr@orrick.com | matt@willaw.com |
| kovskyd@pepperlaw.com | matthew.klepper@dlapiper.com |
| kpiper@steptoe.com | maustin@orrick.com |
| | max.polonsky@skadden.com |

LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com

mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
Nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com

## Lehman Brothers Holdings, Inc.
### Email Service List

raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
SABVANROOY@HOTMAIL.COM
sagolden@hhlaw.com
Sally.Henry@skadden.com

samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com

LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

steven@blbglaw.com
Streusand@StreusandLandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS, INC.
MASTER SERVICE LIST

**OFFICE OF THE US TRUSTEE**
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


**INTERNAL REVENUE SERVICE**
*SPECIAL PROCEDURES BRANCH*
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

LEHMAN BROTHERS HOLDINGS, INC.
ADDITIONAL PARTY LIST

**NORDDEUTSCHE LANDESBANK GIROZENTRALE**
<u>ATTN</u>: SUSANNE KOLDEWEY
<u>ATTN</u>: DR. SASCHA LOTZE
FRIEDRICHSWALL 10
HANNOVER  30159
GERMANY

**EXHIBIT D**

LEHMAN BROTHERS HOLDINGS, INC.
ADDITIONAL PARTIES LIST

**WILEY REIN LLP**
DYLAN G. TRACHE
7925 JONES BRANCH DRIVE
SUITE 6200
MCLEAN, VA 22102

**TARRANT COUNTY**
ELIZABETH WELLER/LAURIE SPINDLER HUFFMAN
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201