UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                           :   Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :   08-13555 (JMP)
                                                                :   (Jointly Administered)
                           Debtors.                             :
                                                                :
------------------------------------------------------------------x   Ref. Docket Nos. 30815, 30816,
                                                                    30819


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 7, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ Lauren Rodriguez
                                                        Lauren Rodriguez

Sworn to before me this
12th day of September, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014


T:\Clients\LBH\Affidavits\Transfers\Transfers 30815, 30816, 30819_AFF_09-07-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>　　　　　　Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CREDIT SUISSE                              CREDIT SUISSE
      ATTN: ALLEN GAGE                           CRAVATH, SWAINE & MOORE LLP
      1 MADISON AVE                              ATTN: RICHARD LEVIN
      NEW YORK NY 10010                          WORLDWIDE PLAZA
                                                 825 EIGHTH AVENUE
                                                 NEW YORK NY 10019
```

Please note that your claim # 555829-79 in the above referenced case and in the amount of
$0.00    allowed at $8,000.00        has been transferred **(unless previously expunged by court order)**

```
      BANK VONTOBEL AG
      TRANSFEROR: CREDIT SUISSE
      GOTTHARDSTRASSE 43
      POSTFACH
      ZURICH    CH-8022
      SWITZERLAND
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 30819      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/07/2012                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 7, 2012.

# EXHIBIT B

```
TIME: 12:56:08                                    LEHMAN BROTHERS HOLDING INC.                                                PAGE:   1
DATE: 09/07/12                                         CREDITOR LISTING

Name                             Address
BANK VONTOBEL AG                 TRANSFEROR: CREDIT SUISSE GOTTHARDSTRASSE 43 POSTFACH ZURICH  CH-8022 SWITZERLAND
CREDIT SUISSE                    ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                    CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
                                 RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
LUZERNER KANTONALBANK AG         BAKER & MCKENZIE LLP ATT. IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG         LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN  CH-6002 SWITZERLAND
NEUE AARGAUER BANK AG            ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
NEUE AARGAUER BANK AG            CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 8TH AVENUE NEW YORK NY 10019
NEUE AARGAUER BANK AG            RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
NOTENSTEIN PRIVATBANK AG         TRANSFEROR: LUZERNER KANTONALBANK AG BOHL 17 ST. GALLEN  CH-9004 SWITZERLAND
NOTENSTEIN PRIVATBANK AG         TRANSFEROR: NEUE AARGAUER BANK AG BOHL 17 ST. GALLEN  CH-9004 SWITZERLAND


Total Number of Records Printed      11
```

EPIQ BANKRUPTCY SOLUTIONS, LLC