UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                    :
In re                                               :     Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :     08-13555 (JMP)
                                                    :     (Jointly Administered)
                     Debtors.                       :
                                                    :
------------------------------------------------------------------x     Ref. Docket Nos. 30822, 30827-
                                                          30829


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 7, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
12th day of September, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S.
               ATTN: ATOS CAVAZZA
               VIA FARINI, 17
               BOLOGNA 40124 ITALY

Additional:

Transferee:    BANCA ESPERIA SPA
               VIA FILODRAMMATICI 5
               MILAN 20121 ITALY

Your transfer of claim # 49719-01 is defective for the reason(s) checked below:

Other                         NO TRANSFER DETAIL PROVIDED, WAS ONLY ONE PAGE ON DOCKET

Docket Number 30827           Date 08/30/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on September 7, 2012.

# EXHIBIT B

```
TIME: 12:56:37                          LEHMAN BROTHERS HOLDING INC.                                         PAGE:  1
DATE: 09/07/12                              CREDITOR LISTING

Name                            Address
BANCA ESPERIA SPA               ATTN: LUCA PELLEGRINO, LEGAL DEPT. VIA FILODRAMMATICI 5 MILAN  20121 ITALY
BANCA ESPERIA SPA               VIA FILODRAMMATICI 5 MILAN  20121 ITALY
BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S.  ATTN: ATOS CAVAZZA VIA FARINI, 17 BOLOGNA  40124 ITALY
BANK VONTOBEL AG                GOTTHARDSTRASSE 43 POSTFACHPO BOX ZURICH  CH-8022 SWITZERLAND
CREDIT SUISSE                   ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                   CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                   RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019

Total Number of Records Printed       7
```

EPIQ BANKRUPTCY SOLUTIONS, LLC