WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
: 
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THE**
**THREE HUNDRED TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS**
**(PARTNERSHIP AND OTHER EMPLOYEE CLAIMS) AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" and the

"Plan Administrator"), as Plan Administrator, under the Modified Third Amended Joint Chapter

11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for the entities

in the above-referenced chapter 11 cases, is withdrawing without prejudice its Three Hundred

Twenty-Seventh Omnibus Objection to Claims (Partnership and Other Employee Claims) [ECF

No. 29322], solely with respect to the claims identified on Exhibit A annexed hereto (the "Claims").

Dated:  September 12, 2012
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

US_ACTIVE:\44093252\1\58399.0008

# EXHIBIT A

| Claimant Name | Claim Number |
|---|---|
| Francois Chu-Fong | 17414 |
| Christopher Deegan | 30076 |
| Robert Eby | 28696 |
| James Glen | 29201 |
| Michael Karp | 67681 |
| Seth Konheim | 17413 |
| James Metaxas | 10886 |
| Thomas John Rogers | 27738 |
| John Shaughnessy | 17263 |
| Greg Shavel | 15282 |

US_ACTIVE:\44093252\1\58399.0008