HEARING DATE AND TIME: September 27, 2012 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: September 20, 2012 at 4:00 p.m. (Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons, Esq.

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                    :    Chapter 11 Case No.
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,             :    08-13555 (JMP)
                                                         :
                         Debtors.                        :    (Jointly Administered)
------------------------------------------------------------------x

# NOTICE OF AMENDMENT TO EXHIBIT A
# TO THE THREE HUNDRED FORTY-SEVENTH OMNIBUS OBJECTION
# TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

**PLEASE TAKE NOTICE** that, on August 24, 2012, Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, filed the Three Hundred Forty-Seventh Omnibus Objection to Claims [1] (the "Objection") [ECF No. 30357], which included Exhibit A, identifying all claims subject to the Objection and the amounts that LBHI is seeking to reclassify as equity interests. In order to correct certain errors contained in Exhibit A to the Objection, Exhibit 1 attached hereto shall amend and replace Exhibit A in its entirety. Attached hereto as Exhibit 2 is a blackline comparing Exhibit A and Exhibit 1.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Forty-Seventh Omnibus Objection to Claims.

US_ACTIVE:\44093838\1\58399.0008

2

**PLEASE TAKE FURTHER NOTICE** that notice of the amendment to <u>Exhibit A</u> will be served on (i) the U.S. Trustee, (ii) the Securities and Exchange Commission, (iii) the Internal Revenue Service, (iv) the United States Attorney for the Southern District of New York, (iv) the claimants listed on <u>Exhibit A</u>, and (v) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for the above referenced cases [ECF No. 9635].

Dated: New York, New York
September 13, 2012

                                               <u>/s/ Robert J. Lemons</u>
                                               Robert J. Lemons

                                               WEIL, GOTSHAL & MANGES LLP
                                               767 Fifth Avenue
                                               New York, New York 10153
                                               Telephone: (212) 310-8000
                                               Facsimile: (212) 310-8007

                                               Attorneys for Lehman Brothers Holdings Inc.
                                               and Certain of Its Affiliates

# EXHIBIT 1

US_ACTIVE:\44093838\1\58399.0008

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 347: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | TOTAL CLAIM DOLLARS SUBJECT TO OBJECTION | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | AGRAWAL, SHASHANK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/15/2009 | 13002 | $1,400,470.76 | Undetermined | $1,400,470.76 |
| 2 | AINSLIE, MICHAEL L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66193 | Undetermined | Undetermined | Undetermined |
| 3 | AKERS, JOHN F. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66192 | Undetermined | Undetermined | Undetermined |
| 4 | BERLIND, ROGER S. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66186 | Undetermined | Undetermined | Undetermined |
| 5 | COVEY, DAVID J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 19815 | $626,992.88 | Undetermined | $626,992.88 |
| 6 | CRUIKSHANK, THOMAS H. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66185 | Undetermined | Undetermined | Undetermined |
| 7 | DEEGAN, CHRISTOPHER J | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30076 | $143,198.00 | $121,883.00 | $21,315.00 |
| 8 | EVANS, MARSHA JOHNSON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66189 | Undetermined | Undetermined | Undetermined |
| 9 | GENT, CHRISTOPHER, SIR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66190 | Undetermined | Undetermined | Undetermined |
| 10 | GOYAL, ANSHU | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/30/2009 | 2292 | $4,176,740.27 | Undetermined | $4,176,740.27 |
| 11 | HERNANDEZ, ROLAND A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66183 | Undetermined | Undetermined | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 347: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | TOTAL CLAIM DOLLARS SUBJECT TO OBJECTION | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 12 | HUGHSON, PAUL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 29627 | $10,950.00 * | Undetermined | $10,950.00 |
| 13 | KAUFMAN, HENRY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66188 | Undetermined | Undetermined | Undetermined |
| 14 | LAX, STEPHEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/16/2009 | 13727 | $60,900.00 | $5,657.00 | $55,243.00 |
| 15 | LEGER, EITAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 21394 | $200,000.00 | Undetermined | $200,000.00 |
| 16 | LEVILEV, YERUCHIM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 33565 | $10,430.42 | $10,430.42 | None |
| 17 | MACOMBER, JOHN D. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66184 | Undetermined | Undetermined | Undetermined |
| 18 | SPITAL, SAUL H. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/28/2009 | 9607 | $30,000.00 | Undetermined | $30,000.00 |
| 19 | SPITAL, SAUL H. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/28/2009 | 9609 | $100,000.00 | Undetermined | $100,000.00 |
| 20 | SPITAL, SAUL H. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/28/2009 | 9610 | $89,806.68 | Undetermined | $89,806.68 |
| 21 | VAI, CRISTIANA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/16/2009 | 13763 | $292,431.33 | Undetermined | $292,431.33 |
| | | | | | TOTAL | $7,141,920.34 | $137,970.42 | $7,003,949.92 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

US_ACTIVE:\44093838\1\58399.0008

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 347: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | TOTAL CLAIM DOLLARS SUBJECT TO OBJECTION | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | AGRAWAL, SHASHANK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/15/2009 | 13002 | $1,400,470.76 | Undetermined | $1,400,470.76 |
| 2 | AINSLIE, MICHAEL L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66193 | Undetermined | Undetermined | Undetermined |
| 3 | AKERS, JOHN F. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66192 | Undetermined | Undetermined | Undetermined |
| 4 | BERLIND, ROGER S. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66186 | Undetermined | Undetermined | Undetermined |
| 5 | COVEY, DAVID J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 19815 | $626,992.88 | Undetermined | $626,992.88 |
| 6 | CRUIKSHANK, THOMAS H. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66185 | Undetermined | Undetermined | Undetermined |
| 7 | DEEGAN, CHRISTOPHER J | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30076 | $143,198.00 | $121,883.00 | $21,315.00 |
| 8 | EVANS, MARSHA JOHNSON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66189 | Undetermined | Undetermined | Undetermined |
| 9 | GENT, CHRISTOPHER, SIR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66190 | Undetermined | Undetermined | Undetermined |
| 10 | GOYAL, ANSHU | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/30/2009 | 2292 | $4,176,740.27 | Undetermined | $4,176,740.27 |
| 11 | HERNANDEZ, ROLAND A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66183 | Undetermined | Undetermined | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
### OMNIBUS OBJECTION 347: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | TOTAL CLAIM DOLLARS SUBJECT TO OBJECTION | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 12 | HUGHSON, PAUL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 29627 | $10,950.00 * | Undetermined | $10,950.00 |
| 13 | KAUFMAN, HENRY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66188 | Undetermined | Undetermined | Undetermined |
| 14 | LAX, STEPHEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/16/2009 | 13727 | $60,900.00 | $5,657.00 ~~Undetermined~~ | $55,243.00 ~~$60,900.00~~ |
| 15 | LEGER, EITAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 21394 | $200,000.00 | Undetermined | $200,000.00 |
| 16 | LEVILEV, YERUCHIM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 33565 | $10,430.42 | $10,430.42 | None |
| 17 | MACOMBER, JOHN D. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66184 | Undetermined | Undetermined | Undetermined |
| 18 | SPITAL, SAUL H. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/28/2009 | 9607 | $30,000.00 | Undetermined | $30,000.00 |
| 19 | SPITAL, SAUL H. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/28/2009 | 9609 | $100,000.00 | Undetermined | $100,000.00 |
| 20 | SPITAL, SAUL H. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/28/2009 | 9610 | $89,806.68 | Undetermined | $89,806.68 |
| 21 | VAI, CRISTIANA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/16/2009 | 13763 | $292,431.33 | Undetermined | $292,431.33 |
| | | | | TOTAL | | $7,141,920.34 | $137,970.42 ~~$132,313.42~~ | $7,003,949.92 ~~$7,009,606.92~~ |

\* - Indicates claim contains unliquidated and/or undetermined amounts