# Structure Chart: MB Fund IV



*As of 9/12/08*

1 – Blocker may be US or non-US depending on situation. Each of SRAM and Highview have two blockers – one US and one non-US.

**LEHMAN BROTHERS**

1