# Lehman Brothers Holdings Inc · SC 13D/A · Transmontaigne Inc · On 6/15/05

**Filed On 6/15/05** 9:24pm ET · SEC File **5-36106** · Accession Number 895345-5-635

Find [ ] in [ this entire Filing. ] · Show [ Docs searched ] · and [ every "hit". ] ·
Help... *Wildcards:* **?** (any letter), **\*** (many). *Logic:* for Docs: **&** (and), **|** (or); for Text: | (anywhere), "(**&**)" (near).

| *As Of* | *Filer* | *Filing* | *For/On/As* | *Docs:Size* | *Issuer* | *Agent* |
|---|---|---|---|---|---|---|
| 6/16/05 | Lehman Brothers Holdings Inc | **SC 13D/A** | | 1:13 | Transmontaigne Inc | Fried Fr..Jacobson/NY/FA |

**Amendment to General Statement of Beneficial Ownership · Schedule 13D**

**Filing Table of Contents**

| *Document/Exhibit* | *Description* | *Pages* | *Size* |
|---|---|---|---|
| 1: **SC 13D/A** | Amendment to General Statement of Beneficial Ownership | 13 | 56K |

**Document Table of Contents**

| *Page* | (sequential) | (alphabetic) | Top |
|---|---|---|---|
| 1 | 1st Page - Filing Submission | • Alternative Formats (Word, et al.) | |
| 5 | Item 2. Identity and Background | • Contracts, Arrangements, Understandings or Relationships With Respect to Securities of the Issuer | |
| " | Item 4. Purpose of Transaction | | |
| " | Item 5. Interest in Securities of the Issuer | • Identity and Background | |
| " | Item 6. Contracts, Arrangements, Understandings or Relationships With Respect to Securities of the Issuer | • Interest in Securities of the Issuer | |
| | | • Purpose of Transaction | |

Sponsored Ads

**SCHEDULE 13D**

**(RULE 13D-101)**

Information to be Included in Statements Filed Pursuant to Rule 13d-1(a) and Amendments Thereto Filed Pursuant to Rule 13d-2(a)

**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

Under the Securities Exchange Act of 1934
(Amendment No. 1)*

**TRANSMONTAIGNE INC.**
--------------------------------------------------------------------------------
(Name of Issuer)

Common Stock, par value $0.01 per share
--------------------------------------------------------------------------------
(Title of Class of Securities)

89393410
---------------------------------------------------------
(CUSIP Number)

|  |  |
|---|---|
| Jeffrey A. Welikson, Esq. | With a copy to: |
| Secretary | David Golay, Esq. |
| Lehman Brothers Holdings Inc. | Fried, Frank, Harris, Shriver & Jacobson |
| 399 Park Avenue, 11th Floor | One New York Plaza |
| New York, NY 10022 | New York, New York 10004 |
| (212) 526-0858 | (212) 859-8000 |

(Name, Address and Telephone Number of Persons Authorized to Receive Notices and Communications)

See Item 5
--------------------------------------------------------------------------------
(Date of Event Which Requires Filing of This Statement)

If the filing person has previously filed a statement on Schedule 13G to report the acquisition which is the subject of this Schedule 13D, and is filing this Schedule because of Rule 13d-1(e), 13d-1(f) or 13d-1(g), check the following box |_|.

   Note. Schedules filed in paper format shall include a signed original and five copies of the schedule, including all exhibits. See Rule 13d-7 for other parties to whom copies are to be sent.

   * The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the subject class of securities, and for any subsequent amendment containing information which would alter disclosures provided in a prior cover page.

   The information required on the remainder of this cover page shall not be deemed to be "*filed*" for the purpose of Section 18 of the Securities Exchange Act of 1934 (the "*Act*") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).

SCHEDULE 13D

CUSIP NO. 89393410                                          PAGE 2 OF 7 PAGES

1   NAME OF REPORTING PERSON         Lehman Brothers Holdings Inc.
    S.S. OR I.R.S. IDENTIFICATION    13-3216325
    NO. OF ABOVE PERSON

2   CHECK THE APPROPRIATE BOX IF A                           (a) [ ]
    MEMBER OF A GROUP                                        (b) [ ]

3   SEC USE ONLY

4   SOURCE OF FUNDS

                                    OO

5   CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED
    PURSUANT TO ITEM 2(d) OR 2(e)                                [ ]

6   CITIZENSHIP OR PLACE OF ORGANIZATION

                                 DELAWARE

 NUMBER OF    7   SOLE VOTING POWER
  SHARES
                  4,039,422 shares of Common Stock

BENEFICIALLY  8   SHARED VOTING POWER
 OWNED BY
                  -0-

   EACH       9   SOLE DISPOSITIVE POWER
 REPORTING
                  4,039,422 shares of Common Stock

  PERSON      10  SHARED DISPOSITIVE POWER
   WITH
                  -0-

11          AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING
            PERSON

            4,039,422 shares of Common Stock

12          CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES
            CERTAIN SHARES                                          [ ]

13          PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)

            8.5%

14          TYPE OF REPORTING PERSON

            HC/CO

SCHEDULE 13D

CUSIP NO.  89393410                                                PAGE 3 OF 7 PAGES

1   NAME OF REPORTING PERSON        Lehman Brothers Inc.
    S.S. OR I.R.S. IDENTIFICATION   13-2518466
    NO. OF ABOVE PERSON

2   CHECK THE APPROPRIATE BOX IF A                         (a) [ ]
    MEMBER OF A GROUP                                      (b) [ ]

3   SEC USE ONLY

4   SOURCE OF FUNDS

                              OO

5   CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED
    PURSUANT TO ITEM 2(d) OR 2(e)                              [ ]

6   CITIZENSHIP OR PLACE OF ORGANIZATION

                              DELAWARE

 NUMBER OF    7   SOLE VOTING POWER
  SHARES
                  4,039,422 shares of Common Stock

BENEFICIALLY  8   SHARED VOTING POWER
 OWNED BY
                  -0-

   EACH       9   SOLE DISPOSITIVE POWER
 REPORTING
                  4,039,422 shares of Common Stock

  PERSON     10   SHARED DISPOSITIVE POWER
   WITH
                  -0-

11          AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING
            PERSON

            4,039,422 shares of Common Stock

12          CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES
            CERTAIN SHARES                                          [ ]

13          PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)

            8.5%

14          TYPE OF REPORTING PERSON

            HC/CO

SCHEDULE 13D

CUSIP NO. 89393410                                           PAGE 4 OF 7 PAGES

1   NAME OF REPORTING PERSON          LB I Group Inc.
    S.S. OR I.R.S. IDENTIFICATION     13-2741778
    NO. OF ABOVE PERSON

2   CHECK THE APPROPRIATE BOX IF A                          (a) [ ]
    MEMBER OF A GROUP                                       (b) [ ]

3   SEC USE ONLY

4   SOURCE OF FUNDS

                        OO

5   CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED
    PURSUANT TO ITEM 2(d) OR 2(e)                             [ ]

6   CITIZENSHIP OR PLACE OF ORGANIZATION

                        DELAWARE

 NUMBER OF    7   SOLE VOTING POWER
  SHARES
                  4,035,758 shares of Common Stock

BENEFICIALLY  8   SHARED VOTING POWER
 OWNED BY
                  -0-

   EACH       9   SOLE DISPOSITIVE POWER
 REPORTING
                  4,035,758 shares of Common Stock

  PERSON     10   SHARED DISPOSITIVE POWER
   WITH
                  -0-

11          AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING
            PERSON

            4,035,758 shares of Common Stock

12          CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES
            CERTAIN SHARES                                         [ ]

13          PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)

            8.4%

14          TYPE OF REPORTING PERSON

            HC/CO

This Amendment No. 1 to the Schedule 13D (this "*Amendment*") is filed by the Reporting Persons as an amendment to the initial statement on Schedule 13D (the "*Original Schedule 13D*") as filed with the Securities and Exchange Commission on October 17, 2003. Capitalized terms used but not defined in this Amendment shall have the respective meanings set forth with respect thereto in the Original Schedule 13D.

**ITEM 2. IDENTITY AND BACKGROUND**

No change except as described below.

The names, residence or business addresses, citizenships and present principal occupations or employment of the senior executive officers and directors of the Reporting Persons are set forth in Appendix A hereto.

**ITEM 4. PURPOSE OF TRANSACTION**

No change except as described below.

LBI owned 2,020 shares of Common Stock as of the date of the original Schedule 13D that were inadvertently not reported therein. See Appendix B for a list of transactions in the Common Stock by the Reporting Persons since the date of the original Schedule 13D. As of the date hereof, the Reporting Persons continue to beneficially own 26,636 shares of Series B Convertible Preferred Stock ("*Preferred Stock*") and 3,664 shares of Common Stock. The shares of Preferred Stock are convertible into 4,035,758 shares of Common Stock at a conversion price of $6.60 per share of Common Stock.

**ITEM 5. INTEREST IN SECURITIES OF THE ISSUER**

No change except as described below.

(a) According to the Company's quarterly report filed with the Securities and Exchange Commission on May 6, 2005, there were 43,459,487 outstanding shares of Common Stock as of May 2, 2005. As of the date hereof, the Reporting Persons continue to beneficially own 26,636 shares of the Preferred Stock. The shares of Preferred Stock are convertible into 4,035,758 shares of Common Stock at a conversion price of $6.60 per share of Common Stock. LB I Group is the direct beneficial owner of the Preferred Stock. LBI is the direct beneficial owner of 3,664 shares of Common Stock and may be deemed to be indirect owner of the Preferred Stock. Holdings may be deemed to be an indirect owner of both the Preferred Stock and Common Stock.

To the best knowledge of the Reporting Persons, none of the persons listed on Appendix A (i) beneficially owns any Common Stock (other than in his capacity as an executive officer or director of such corporations) or (ii) has the right to acquire any Common Stock.

(c) See Appendix B for a list of transactions in the Common Stock by the Reporting Persons since the date of the original Schedule 13D.

**ITEM 6. CONTRACTS, ARRANGEMENTS, UNDERSTANDINGS OR RELATIONSHIPS WITH RESPECT TO SECURITIES OF THE ISSUER**

No change except as described below.

On July 1, 2004, David J. Butters, LB I Group's designee to the board of directors of the Company (the "*Board*"), resigned as a member of the Board effective immediately.

## SIGNATURES

After reasonable inquiry and to the best of its knowledge and belief, each of the undersigned certifies that the information set forth in this statement is true, complete and correct.

Dated:   June 15, 2005

                            **LEHMAN BROTHERS HOLDINGS INC.**

                            By:/s/   *Barrett S. DiPaolo*
                                 --------------------------
                                Name:   Barrett S. DiPaolo
                                Title:   Vice President

                            **LEHMAN BROTHERS INC.**

                            By:/s/   *Barrett S. DiPaolo*
                                 --------------------------
                                Name:   Barrett S. DiPaolo
                                Title:   Senior Vice President

                            **LB I GROUP INC.**

                            By: /s/   *Barrett S. DiPaolo*
                                 --------------------------
                                Name:   Barrett S. DiPaolo
                                Title: Authorized Signatory

APPENDIX A

**LEHMAN BROTHERS HOLDINGS INC.**

**BOARD OF DIRECTORS**

```
NAME / TITLE                              BUSINESS ADDRESS
------------                              ----------------

MICHAEL L. AINSLIE                        Lehman Brothers Holdings Inc.
Private Investor and former               745 Seventh Avenue
President and Chief Executive             New York, New York 10019
Officer of Sotheby's Holdings

JOHN F. AKERS                             Lehman Brothers Holdings Inc.
Retired Chairman of                       745 Seventh Avenue
International Business Machines           New York, New York 10019
Corporation

ROGER S. BERLIND                          Lehman Brothers Holdings Inc.
Theatrical Producer                       745 Seventh Avenue
                                          New York, New York 10019

THOMAS H. CRUIKSHANK                      Lehman Brothers Holdings Inc.
Retired Chairman and Chief                745 Seventh Avenue
Executive Officer of Halliburton          New York, New York 10019
Company

MARSHA JOHNSON EVANS                      Lehman Brothers Holdings Inc.
President of American Red Cross           745 Seventh Avenue
                                          New York, New York 10019

RICHARD S. FULD, JR.                      Lehman Brothers Holdings Inc.
Chairman and Chief Executive              745 Seventh Avenue
Officer of                                New York, New York 10019
Lehman Brothers Holdings Inc.

SIR CHRISTOPHER GENT                      Lehman Brothers Holdings Inc.
Non-Executive Chairman of                 745 Seventh Avenue
GlaxoSmithKline Plc                       New York, New York 10019

HENRY KAUFMAN                             Lehman Brothers Holdings Inc.
President of Henry Kaufman &              745 Seventh Avenue
Company, Inc.                             New York, New York 10019

JOHN D. MACOMBER                          Lehman Brothers Holdings Inc.
Principal of JDM Investment Group         745 Seventh Avenue
                                          New York, New York 10019

DINA MERRILL                              Lehman Brothers Holdings Inc.
Director and Vice                         745 Seventh Avenue
Chairman of RKO Pictures, Inc. and        New York, New York 10019
Actress
```

All of the above individuals are citizens of the United States, except for Sir Christopher Gent, who is a citizen of the United Kingdom.

**LEHMAN BROTHERS HOLDINGS INC.**

**EXECUTIVE OFFICERS**

| **NAME / TITLE** | **BUSINESS ADDRESS** |
| ------------ | ---------------- |
| RICHARD S. FULD, JR.<br>Chairman and Chief Executive Officer<br>of Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, New York 10019 |
| JONATHAN E. BEYMAN<br>Chief of Operations and Technology | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, New York 10019 |
| DAVID GOLDFARB<br>Chief Administrative Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, New York 10019 |
| JOSEPH M. GREGORY<br>President and Chief Operating Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, New York 10019 |
| CHRISTOPHER O'MEARA<br>Chief Financial Officer and Controller | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, New York 10019 |
| THOMAS A. RUSSO<br>Chief Legal Officer | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, New York 10019 |

All of the above individuals are citizens of the United States.

**LEHMAN BROTHERS INC.**

**BOARD OF DIRECTORS**

```
NAME / TITLE                        BUSINESS ADDRESS
------------                        ----------------

HOWARD L. CLARK, JR.                Lehman Brothers Holdings Inc.
Vice Chairman                       745 Seventh Avenue
                                    New York, New York 10019

THOMAS H. CRUIKSHANK                Lehman Brothers Holdings Inc.
Retired Chairman and Chief          745 Seventh Avenue
Executive Officer of                New York, New York 10019
Halliburton Company

FREDERICK FRANK                     Lehman Brothers Holdings Inc.
Vice Chairman                       745 Seventh Avenue
                                    New York, New York 10019

RICHARD S. FULD, JR.                Lehman Brothers Holdings Inc.
Chairman and Chief Executive        745 Seventh Avenue
Officer of Lehman Brothers          New York, New York 10019
Holdings Inc.

HARVEY M. KRUEGER                   Lehman Brothers Holdings Inc.
Vice Chairman                       745 Seventh Avenue
                                    New York, New York 10019
```

All of the above individuals are citizens of the United States

**LEHMAN BROTHERS INC.**

**EXECUTIVE OFFICERS**

```
NAME / TITLE                            BUSINESS ADDRESS
------------                            ----------------

RICHARD S. FULD, JR.                    Lehman Brothers Holdings Inc.
Chairman and Chief Executive            745 Seventh Avenue
Officer                                 New York, New York 10019

DAVID GOLDFARB                          Lehman Brothers Holdings Inc.
Chief Administrative Officer            745 Seventh Avenue
                                        New York, New York 10019

JOSEPH M. GREGORY                       Lehman Brothers Holdings Inc.
President and Chief Operating           745 Seventh Avenue
Officer                                 New York, New York 10019

JONATHAN E. BEYMAN                      Lehman Brothers Holdings Inc.
Chief of Operations and Technology      745 Seventh Avenue
                                        New York, New York 10019

CHRISTOPHER O'MEARA                     Lehman Brothers Holdings Inc.
Chief Financial Officer and             745 Seventh Avenue
Controller                              New York, New York 10019

THOMAS A. RUSSO                         Lehman Brothers Holdings Inc.
Chief Legal Officer                     745 Seventh Avenue
                                        New York, New York 10019
```

All of the above individuals are citizens of the United States.

**LB I GROUP INC.**

**BOARD OF DIRECTORS**

| NAME / TITLE | BUSINESS ADDRESS |
| ------------ | ---------------- |
| EDWARD S. GRIEB<br>Director | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, New York 10019 |
| CHRISTOPHER O'MEARA<br>Director | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, New York 10019 |

All of the above individuals are citizens of the United States.

**LB I GROUP INC**

**EXECUTIVE OFFICERS**

```
NAME / TITLE                        BUSINESS ADDRESS
------------                        ----------------

DEXTER E. SENFT                     Lehman Brothers Holdings Inc.
Managing Director                   745 Seventh Avenue
                                    New York, New York 10019

MICHAEL I. BRILL                    Lehman Brothers Holdings Inc.
Managing Director                   745 Seventh Avenue
                                    New York, New York 10019

THOMAS BANAHAN                      Lehman Brothers Holdings Inc.
Managing Director                   745 Seventh Avenue
                                    New York, New York 10019

EDWARD B. MCGEOUGH                  Lehman Brothers Holdings Inc.
Managing Director                   745 Seventh Avenue
                                    New York, New York 10019

BRIAN P. WADE                       Lehman Brothers Holdings Inc.
Managing Director                   745 Seventh Avenue
                                    New York, New York 10019

JARETT WAIT                         Lehman Brothers Holdings Inc.
Managing Director                   745 Seventh Avenue
                                    New York, New York 10019

ALAN WASKOWITZ                      Lehman Brothers Holdings Inc.
Managing Director                   745 Seventh Avenue
                                    New York, New York 10019

JEFFREY S. WECKER                   Lehman Brothers Holdings Inc.
Managing Director                   745 Seventh Avenue
                                    New York, New York 10019

STEVEN L. BERKENFELD                Lehman Brothers Holdings Inc.
Managing Director                   745 Seventh Avenue
                                    New York, New York 10019

THOMAS E. BERNARD                   Lehman Brothers Holdings Inc.
Managing Director                   745 Seventh Avenue
                                    New York, New York 10019

MICHAEL S. CASTLEMAN                Lehman Brothers Holdings Inc.
Managing Director                   745 Seventh Avenue
                                    New York, New York 10019

JAMES R. EMMERT                     Lehman Brothers Holdings Inc.
Managing Director                   745 Seventh Avenue
                                    New York, New York 10019

EDWARD S. GRIEB                     Lehman Brothers Holdings Inc.
Managing Director                   745 Seventh Avenue
                                    New York, New York 10019

ROBERT G. HEDLUND III               Lehman Brothers Holdings Inc.
Managing Director                   745 Seventh Avenue
                                    New York, New York 10019

RUTH E. HOROWITZ                    Lehman Brothers Holdings Inc.
Managing Director                   745 Seventh Avenue
                                    New York, New York 10019

WILLIAM J. HUGHES                   Lehman Brothers Holdings Inc.
Managing Director                   745 Seventh Avenue
                                    New York, New York 10019

ALEX KIRK                           Lehman Brothers Holdings Inc.
Managing Director                   745 Seventh Avenue
                                    New York, New York 10019

HENRY KLEIN                         Lehman Brothers Holdings Inc.
Managing Director                   745 Seventh Avenue
                                    New York, New York 10019

WILLIAM E. LIGHTEN                  Lehman Brothers Holdings Inc.
Managing Director                   745 Seventh Avenue
                                    New York, New York 10019

KURT A. LOCHER                      Lehman Brothers Holdings Inc.
Managing Director                   745 Seventh Avenue
                                    New York, New York 10019

RAYMOND C. MIKULICH                 Lehman Brothers Holdings Inc.
Managing Director                   745 Seventh Avenue
```

```
MICHAEL J. ODRICH              Lehman Brothers Holdings Inc.
Managing Director              745 Seventh Avenue
                               New York, New York 10019

ROBERT D. REDMOND              Lehman Brothers Holdings Inc.
Managing Director              745 Seventh Avenue
                               New York, New York 10019

JAMES P. SEERY                 Lehman Brothers Holdings Inc.
Managing Director              745 Seventh Avenue
                               New York, New York 10019

MARK A. WALSH                  Lehman Brothers Holdings Inc.
Managing Director              745 Seventh Avenue
                               New York, New York 10019

MURAT ERKURT                   Lehman Brothers Holdings Inc.
Senior Vice President          745 Seventh Avenue
                               New York, New York 10019

ANTHONY F. FELELLA             Lehman Brothers Holdings Inc.
Senior Vice President          745 Seventh Avenue
                               New York, New York 10019

GERARD J. FOX                  Lehman Brothers Holdings Inc.
Senior Vice President          745 Seventh Avenue
                               New York, New York 10019

KEVIN R. GENIRS                Lehman Brothers Holdings Inc.
Senior Vice President          745 Seventh Avenue
                               New York, New York 10019

FRED E. STEINBERG              Lehman Brothers Holdings Inc.
Senior Vice President          745 Seventh Avenue
                               New York, New York 10019
```

All of the above individuals are citizens of the United States.

**APPENDIX B**

**TRANSACTIONS**

| THE IDENTITY OF THE PERSON COVERED BY ITEM 5(C) WHO EFFECTED THE TRANSACTION. | THE DATE OF TRANSACTION. | THE AMOUNT OF SECURITIES INVOLVED. | THE PRICE PER SHARE OR UNIT | WHERE AND HOW THE TRANSACTION WAS EFFECTED. |
|---|---|---|---|---|
| LBI | 3/12/2004 | 592 $ | 5.76 | Sold |
| LBI | 4/6/2004 | 1,157 | 6.35 | Sold |
| LBI | 8/4/2004 | 1,155 | 6.14 | Acquired |
| LB I Group | 4/8/2005 | 400,000 | 6.600 | Converted 2,640 shares of Preferred Stock to 400,000 shares of Common Stock |
| LB I Group | 4/8/2005 | 32,500 | 8.150 | Sold |
| LB I Group | 5/25/2005 | 4,200 | 8.151 | Sold |
| LB I Group | 5/27/2005 | 152,200 | 8.173 | Sold |
| LB I Group | 5/31/2005 | 85,500 | 8.299 | Sold |
| LB I Group | 6/1/2005 | 125,600 | 8.411 | Sold |
| LB I Group | 6/3/2005 | 500,000 | 6.600 | Converted 3,300 shares of Preferred Stock to 500,000 shares of Common Stock |
| LB I Group | 6/3/2005 | 100,000 | 9.002 | Sold |
| LB I Group | 6/6/2005 | 100,000 | 9.030 | Sold |
| LB I Group | 6/7/2005 | 58,600 | 9.025 | Sold |
| LB I Group | 6/8/2005 | 200,000 | 9.033 | Sold |
| LB I Group | 6/9/2005 | 41,400 | 9.049 | Sold |

| This SC 13D/A Filing | Date | Referenced-On Page First | Last | Other Filings |
|---|---|---|---|---|
| | 10/17/03 | 5 | | SC 13D, 424B2 |
| | 7/1/04 | 5 | | 424B5 |
| | 5/2/05 | 5 | | 424B2 |
| | 5/6/05 | 5 | | 4, 424B3, 10-Q, 8-A12B, 8-K |
| Corrected On | 6/15/05 | 6 | | 4 |
| Filed On / Filed As Of | 6/16/05 | | | 424B5, SC 13G, 424B3 |

Top                                                                   List All Filings

---

Filing Submission   -   Alternative Formats (Word / Rich Text, HTML, Plain Text, SGML, XML, et al.)

Sponsored Ads...

---

Copyright © 2012 **Fran Finnegan & Company**.  All Rights Reserved.
About – Privacy – Redactions – Help — Wed, 18 Jul 00:21:06.0 GMT