CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000
Lindsee P. Granfield
Boaz S. Morag

Attorneys for Barclays Capital Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., ET AL., <br><br> Debtors. | Chapter 11 Case No. <br> 08-13555 (JMP) <br> Jointly Administered |
| FIRSTBANK PUERTO RICO, <br><br> Plaintiff, <br><br> -against- <br><br> BARCLAYS CAPITAL INC., <br><br> Defendant. | Adversary Proc. No. <br> 10-04103 (JMP) |

**MEMORANDUM OF LAW IN SUPPORT OF BARCLAYS CAPITAL INC.'S
MOTION FOR CIVIL CONTEMPT SANCTIONS AGAINST
<u>FIRSTBANK PUERTO RICO FOR WILLFUL VIOLATION OF THE SALE ORDER</u>**

THE WITHIN DOCUMENT IS **FILED UNDER SEAL** PURSUANT TO THE CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER BETWEEN BARCLAYS CAPITAL INC. AND FIRSTBANK PUERTO RICO, FILED AND ENTERED ON APRIL 5, 2011 (ECF DOC. #6).