WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
**In re**                                           :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    **08-13555 (JMP)**
:
Debtors.                           :    **(Jointly Administered)**
:
:
-----------------------------------------------------------------x

**NOTICE OF HEARING ON ONE HUNDRED FORTIETH OMNIBUS
OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)**

**PLEASE TAKE NOTICE** that a hearing to consider the One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **September 27, 2012 at 10:00 a.m. (Eastern Time)**, *solely* as to the claim listed on the annexed **Exhibit A**.

Dated: September 13, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and
certain of its affiliates

US_ACTIVE:\44094526\1\58399.0011

## Exhibit A

### Claim Going Forward at the September 27, 2012 Hearing

| Claim Number | Claimant |
|---|---|
| **33557** | LEUMI PRIVATE BANK LTD F/K/A BANQUE SAFDIE SA |

US_ACTIVE:\44094526\1\58399.0011