UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
: 
: Chapter 11
In re: :
: Case No. 08-13555 (JMP)
Lehman Brothers Holdings Inc., *et al.*, :
: (Jointly Administered)
Debtors, :
:
---------------------------------------------------------------X

## ORDER GRANTING MOTION PURSUANT TO SECTION 502(j) OF THE BANKRUPTCY CODE FOR RECONSIDERATION OF ORDER GRANTING DEBTORS' ONE HUNDRED SECOND OMNIBUS OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS)

Upon the Motion, dated September 13, 2012 and its supporting declaration and exhibits (the "Motion"), of Luxicav Obbligazionario, Luxicav Plus Flex 35 and Luxicav Plus Flex 50 (collectively "Luxicav") for entry of an order pursuant to section 502(j) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3008 and 9024 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 3008-1 of the Local Bankruptcy Rules for the Bankruptcy Court for the Southern District of New York (the "Local Rules") granting a hearing for reconsideration of this Court's order granting *Debtors One Hundred Second Omnibus Objection to Claims (Foreign Currency Claims)* [Dkt. No. 14950] (the "Omnibus Objection") as to Claim Numbers 59055, 59056 and 59057 (the "Luxicav Claims"); and due and proper notice of the Motion having been given; and the Court having read and considered the Motion and objections to the Motion, if any; and after due deliberation, and sufficient cause appearing to grant the requested relief; it is

**ORDERED**, that the Motion is granted as provided in this Order; and it is further

**ORDERED**, that responses and objections to the Motion, if any, that have not been withdrawn are overruled; and it is further

**ORDERED**, that reconsideration of the Order as to the Luxicav Claims is granted; and it is further

**ORDERED**, that a hearing on the Omnibus Objection solely as to the Luxicav Claims shall be held on _____ __, 2012 at __:__ _.m. or as soon thereafter as counsel may be heard; and it is further

**ORDERED**, that the Motion shall be deemed to be a response to the Omnibus Objection; and it is further

**ORDERED**, that any reply must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and shall be served in accordance with General Order M-399 upon (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for Luxicav, Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019 (Attn: Alex R. Rovira, Esq. and Andrew P. Propps, Esq.); and (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.); so as to be so filed and received by no later than _____ __**, 2012 at 4:00 p.m. (Eastern Time)**; and it is further

**[(As an alternative to the preceding three decretal paragraphs) ORDERED**, that the following claims should be and hereby are allowed in the amounts indicated:

- Claim Number 59055:  $709,500.00
- Claim Number 59056:  $1,064,250.00
- Claim Number 59057:  $2,128,500.00; and it is further]

2

3

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.


Dated: _____ \_\_, 2012
      New York, New York

                                            UNITED STATES BANKRUPTCY JUDGE