**Hearing Date: October 31, 2012 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: October 24, 2012 at 4:00 p.m. (Prevailing Eastern Time)**

Alex R. Rovira
Andrew P. Propps
SIDLEY AUSTIN LLP
787 Seventh Ave.
New York, NY 10019
Tel: (212)839-5300
Fax: (212)839-5599

*Counsel For Luxicav Obbligazionario,*
*Luxicav Plus Flex 35 and Luxicav*
*Plus Flex 50*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
: Chapter 11
In re: :
: Case No. 08-13555 (JMP)
Lehman Brothers Holdings Inc., *et al.*, :
: (Jointly Administered)
Debtors, :
:
---------------------------------------------------------------X

### NOTICE OF MOTION OF LUXICAV FOR RECONSIDERATION OF ORDER GRANTING DEBTORS' ONE HUNDRED SECOND OMNIBUS OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS)

**PLEASE TAKE NOTICE** that a hearing on the annexed motion, dated September 13, 2012 (the "Motion"), of Luxicav Obbligazionario, Luxicav Plus Flex 35 and Luxicav Plus Flex 50 (collectively "Luxicav"), for entry of an order pursuant to section 502(j) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3008 and 9024 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 3008-1 of the Local Bankruptcy Rules for the Bankruptcy Court for the Southern District of New York (the "Local Rules") for reconsideration of this Court's *Order Granting Debtors' One Hundred Second Omnibus Objection to Claims (Foreign Currency Claims)*, will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court for the

Southern District of New York (the "Court"), One Bowling Green, Courtroom 601, New York, New York 10004, **October 31, 2012 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion must: (a) be made in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York; (c) state with particularity the legal and factual basis for the objection; and (d) be filed with the Court (with a copy to Chambers) in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and by all other parties in interest, on a 3.5 inch disk, preferably in a Portable Document Format (PDF), Workperfect, or any other Windows-based word processing format (with a hard copy delivered directly to chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons and Maurice Horwitz); (ii) attorneys for Luxicav, Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019 (Attn: Alex R. Rovira and Andrew P. Propps) and (iii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, (Attn: Elisabeth Gasparini and Andrea Schwartz); so as to be received no later than **4:00 p.m. on October 24, 2012 (Prevailing Eastern Time)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served with respect to the Motion, Luxicav may, on or after the Objection Deadline, submit to

2

the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard.

Dated: September 13, 2012

Respectfully submitted,

SIDLEY AUSTIN LLP

By: /s/ Alex R. Rovira
Alex R. Rovira
Andrew P. Propps
787 Seventh Ave.
New York, NY 10019
Tel: (212)839-5300
Fax: (212)839-5599

*Counsel For Luxicav Obbligazionario, Luxicav Plus Flex 35 and Luxicav Plus Flex 50*