**BulletProof Group Info.**

| | |
|---|---|
| From: | Kornbluth, Scott [scott@lehman.com] |
| Sent: | Wednesday, February 20, 2008 9:54 AM |
| To: | mkieran@optonline.net |
| Subject: | CONGRATS !!! |

Mike - Great news !!! very excited for you and you did wonderful yesterday ! send me the following in order to generate an offer package immed :

I need the following :

Full Name -

Home Email - mkieran@optonline.net

Home Address -

Home/Cell # -

Tentative Start Date - PLEASE MAKE BEFORE 29TH OF FEB. - AS IF YOU START IN FEB. YOU WILL ACCRUE BONUS @ 100%

SS# -

BASE - 125,000
EXPECTED BONUS FOR 08 - 50-55 ( EXPECTATION BUT CRITICAL THAT YOU START IN FEB IN ORDER TO CAPTURE 100%


GO TO MS -  GET A LUMP SUM PACKAGE AND TAKE A FEW DAYS OFF W THE FAMILY AND JUST CHILL !!!! ; ) CONGRATS TO YOU !!!!



THX, SCOTT


---

This message is intended only for the personal and confidential use of the designated recipient(s) named above.  If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited.  This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free.  Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such.  All information is subject to change without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the

1

purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.