## BulletProof Group Info.

| | |
|---|---|
| **From:** | Garrido, Stephanie [stephanie.garrido@lehman.com] |
| **Sent:** | Monday, February 25, 2008 1:58 PM |
| **To:** | mkieran@optonline.net |
| **Cc:** | Kalyanswamy, Ashok; Jasti, Ravi |
| **Subject:** | Pre-Employment Clearance & Instructions - Michael Kieran |

Michael,

You have successfully cleared pre-employment and are on schedule to start on Friday, Feb 29, 2008 (this week). Below are instructions pertaining to your first day, if you should have any questions or require additional information please let me know.

Start Date
Your start date is scheduled for Friday, February 29, 2008.

Lehman Employee ID badge
You can pick up your badge at the Lehman Security office on the 6th Floor at 1301 Avenue of the Americas, New York, NY 10019 on the day you start. The receptionist desk will direct you to the Security Office. You will need a photo ID and your Social Security Number.

New Hire Orientation
You are scheduled to attend two (2) Orientation Classes on Monday, March 3, 2008

\*      Firm-wide Employee Orientation:
Location:    745 7th Avenue, 4th Floor Auditorium
Time: 9 am to 11:30 am
Description:    Given to all new employees across the firm. This provides you with an overview of Lehman policies and procedures.

\*      IT Employee Orientation: (Immediately following Firm-Wide Orientation)
Location:    745 7th Avenue, 20th floor, Conference Room 20C
Time: 12:00 pm to 1:00 pm
Description: This orientation focuses specifically on the Information Technology Organization.

On your First Day you should report to:

\*      Work Location :        1301 Avenue of the Americas - 3rd Floor, New York, NY 10019
\*      Manager Name:          Ashok Kalyanswamy
\*      Manager Phone:         (212) 320-6163

\*\*If, for whatever reason, Ashok is not available when you come in, please also try contacting the following:

\*      Warren Lieberman (212) 320-6313
\*      Eric Anderson  (212) 320-6123


Best Regards,

Stephanie Garrido
LEHMAN BROTHERS | ITD Human Capital Management

1

1301 Ave. of the Americas, 5th floor
Ph.   212-320-7310
Fax 646-758-1144
Stephanie.Garrido@lehman.com

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This message is intended only for the personal and confidential use of the designated recipient(s) named above.  If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited.  This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free.  Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such.  All information is subject to change without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.