UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

In re                                                                                  Chapter 11

LEHMAN BROTHERS HOLDINGS, et al.,                        Case No. 08-13555 (JMP)

                             Debtors.                                          (Jointly Administered)

------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

     I, JOSHUA S. SHTEIERMAN, hereby certify that on September 14, 2012 I served a true and correct copy of the Response of Michael D. Kieran to Debtors' 342nd Omnibus Objection to Claims upon the following parties:

        Robert J. Lemons, Esq.
        Weil Gotshal & Manges, LLP
        767 Fifth Avenue
        New York, NY 10153

        Office of the United States Trustee for Region 2
        33 Whitehall Street, 21st Floor
        New York, NY 10004
        Attn: Tracy Hope Davis, Esq.

        Chambers of Hon. James M. Peck
        United States Bankruptcy Court, Southern District of New York
        One Bowling Green, Courtroom 601
        New York, NY 10004

Via ECF and First Class Mail, postage pre-paid by depositing in a U.S. Postal Service mail box located at 50 Route 111, Smithtown, New York 11787, before 2:00 p.m.

Dated: Smithtown, New York
       September 14, 2012

                                                _____/S/_____
                                                  Joshua S. Shteierman
                                             DEVITT SPELLMAN BARRETT, LLP
                                             Attorneys for Claimant
                                             MICHAEL D. KIERAN
                                             50 Route 111
                                             Smithtown, New York 11787
                                             (631) 724-8833