**JULIEN & SCHLESINGER, P.C.**
One Whitehall Street
17th Floor
New York, NY 10004
(212) 962-8020

**KAPLAN LANDAU LLP**
1065 Avenue of the Americas
27th Floor
New York, New York 10018
(212) 593-1700

*Attorneys for Claimants: Richard S. Levine (Claim No. 31657).*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

                                   Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.    08-13555 (JMP)

                 Debtors.             (Jointly Administered)
------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Julien & Schlesinger, P.C. and Kaplan Landau LLP have been jointly retained as attorneys for Claimant Richard S. Levine (Claim No. 31657) in this action and demand that a copy of all papers and pleadings in this action be served upon the offices of the undersigned.

Dated: New York, New York
      September 13, 2012

| JULIEN & SCHLESINGER, P.C. | KAPLAN LANDAU, LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Michael S. Schlesinger (MS-0399) | Eugene Neal Kaplan (EK-4229) |
| One Whitehall Street | Patrick Train-Gutiérrez (PT-1015) |
| 17th Floor | 1065 Avenue of the Americas |
| New York, New York 10004 | 27th Floor |
| (212) 962-8020 | New York, New York 10018 |
| | (212) 593-1700 |

*Attorneys for Claimants: Richard S. Levine (Claim No. 31657).*

## AFFIRMATION OF SERVICE

EUGENE NEAL KAPLAN, an attorney who is not a party to this action, and is duly licensed to practice in the courts of the Stare of New York, affirms under penalty of perjury pursuant to CPLR §2106 that I served the annexed Notice of Appearance, by depositing true and correct copies of same, enclosed in a postage prepaid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to the following attorneys of record on September 13, 2012:

>WEIL, GOTSHAL & MANGES LLP
>Attorneys for the Debtors
>767 Fifth Avenue
>New York, New York 10153
>Attn:   Denise Alvarez, Esq.
>        Robert J. Lemons, Esq.
>        Mark Bernstein, Esq.
>*Attorneys for the Debtors*
>
>OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2
>33 Whitehall Street, 21st Floor
>New York, New York 10004
>Attn:   Tracy Hope Davis, Esq.
>        Elisabeth Gasparini, Esq.
>        Andrea B. Schwartz, Esq.
>
>MILBANK, TWEED, HADLEY & MCCLOY LLP
>Attorneys for the Official Committee of Unsecured Creditors
>1 Chase Manhattan Plaza
>New York, New York 10005
>Attn:   Dennis F. Dunne, Esq.
>        Dennis O'Donnell, Esq.
>        Evan Fleck, Esq.
>*Attorneys for the Official Committee of Unsecured Creditors*

Dated: September 13, 2012

EUGENE NEAL KAPLAN