# UBS

UBS AG
P.O.Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Flurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor

New York, NY 10017

# Message

August 23, 2012

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of

you are receiving    1 Evidence of Transfer of Claim between Credit Suisse, Zurich and UBS AG, Zurich
dated 24.7.2012

☐ for your information         ☐ returned with thanks         ☐ please return
☒ for your records             ☐ please comment               ☒ please confirm receipt
☐ as agreed                    ☐ please sign                  ☒ please process
☐ please complete              ☐ please forward to

Remarks
TOCE040        units    9.00    3118201        XS0302356737

Transferor: Credit Suisse AG, Zurich
Initial Claim Number 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson         Stephen Gfeller
Associate Director         Associate Director



61555 E        .05.2005    J1

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **UBS AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON JULY 24, 2012.

**Credit Suisse AG**

By: _[signature]_
Name: Martina Berli
Title:   Vice President

By: _i.A. [signature]_
Name: Juliette Diallo
Title:   Assistant Vice President

TOCE040 CSZH55829UBS233 9u 20120823
Seite 1 von 2

# UBS

|  | UBS AG |
|---|---|
|  | P.O.Box, / CH-8098 Zurich |
|  | Tel. |
|  | Securities Services Corporate Events |
|  | Special Transactions & Default |
| BY REGISTERED MAIL | |
| U.S. Bankruptcy Court for the | Jean-Claude Besson |
| Southern District of N.Y. | OQ9C / O5GC - JWJ |
| One Bowling Green | Flurstrasse 62 / FFFE - 020 |
|  | Tel. +41 44 235 60 42 |
|  | Fax +41 44 235 47 21 |
| New York, N.Y. 10004 | jean-claude.besson@ubs.com |
|  | www.ubs.com |

# Message

August 23, 2012

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of        Attention: Clerk of the Court

you are receiving    1 Evidence of Transfer of Claim between Credit Suisse, Zurich and UBS AG, Zurich dated 24.7.2012

☐ for your information     ☐ returned with thanks    ☐ please return
☒ for your records         ☐ please comment          ☒ please confirm receipt
☐ as agreed                ☐ please sign             ☒ please process
☐ please complete          ☐ please forward to

Remarks
TOCE040      units   9.00    3118201    XS0302356737

Transferor: Credit Suisse AG, Zurich
Initial Claim Number 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)


Yours sincerely,

UBS AG

Jean-Claude Besson          Stephan Gfeller
Associate Director          Associate Director


61555 E       05.2005     J1

**A**     **P.P.**     AUG 30 2012

**Priority**
8098 Zurich

RM 562 695 955 CH

AUG 30 2012

**BY REGISTERED MAIL**
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor

New York, NY 10017

FILED / RECEIVED
SEP 04 2012
EPIQ SYSTEMS

*[signature: LBH]*