

Reference: Special Actions LOAV3
Contact: Thomas Seebacher
E-mail: corporateactions@zkb.ch
Direct tel.: +41 44 292 78 66
Fax: +41 44 292 86 64

Postal address: P.O. Box, CH-8010, Zurich

**Registered Mail**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

FILED / RECEIVED
SEP 06 2012
EPIQ BANKRUPTCY SOL LLC

Zurich, 29-August-12

**Partial Transfer of Claim "Lehman Brothers Holdings Inc."**

Dear Sir or Madam

Please find enclosed, both the "Notice Pursuant to Bankruptcy Rule 3001" and the originally signed "Evidence of Transfer of Claim" released by Notenstein Privatbank AG on August 22, 2012.

We kindly ask you to process the partial transfer of claim:

| | |
|---|---|
| ISIN: | CH0027120812 |
| Title: | Lehman Brothers - Cap. protected Cert. 07-13.4.11 (EXP.6.4.11) on a Basket of Shs |
| Nominal: | CHF 50,000 |
| Transferor: | Notenstein Privatbank AG |
| Transferee: | Ernst Bodmer |
| Initial Proof of Claim Number: | 49651 |

Please confirm us the receipt. We thank you in advance.

Yours sincerely
Zürcher Kantonalbank

Sandra Azzolina    Thomas Seebacher



RECEIVED SEP 10 2012

- "Notice Pursuant to Bankruptcy Rule 3001"
- "Evidence of Transfer of Claim"

Form 210A (12/09)

# United States Bankruptcy Court

__Southern__ District Of __New York__

In re Lehman Brothers Holdings Inc.    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Ernst Bodmer | Notenstein Privatbank AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Im Boge 15
CH-8332 Russikon

Court Claim # (if known): 49651
Amount of Claim: CHF 50,000.00
Date Claim Filed: xxxxx

Phone: -
Last Four Digits of Acct #: -

Phone: -
Last Four Digits of Acct. #: -

Name and Address where transferee payments should be sent (if different from above):
-

Note: This is a partial transfer of claim only. See attached evidence of transfer for details.

Phone: -
Last Four Digits of Acct #: -

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __Zürcher Kantonalbank__    Date: __August 29, 2012__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Thomas Seebacher    Sandra Azzolino

**EVIDENCE OF TRANSFER OF CLAIM**

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Notenstein Privatbank AG ("Transferor") unconditionally and irrevocably transferred to Ernst Bodmer, Im Boge 15, 8332 Russikon ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 49651**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF. this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON August 22nd, 2012.

Notenstein Privatbank AG

By: _____
Name: August Zinsg
Title: Member of Management

By: _____
Name: _____
Title: Member of Management

## Schedule 1

### Lehman Programs Securities Related to Transferred Portion of Claim

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Amount of Claim Related to Security |
|---|---|---|---|---|
| CH0027120812 | 49651 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 50'000 |