CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
(212) 225-2000
Lindsee P. Granfield
Boaz S. Morag

Attorneys for Barclays Capital Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., ET AL.,<br><br>      Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>Jointly Administered |
| In re:<br><br>LEHMAN BROTHERS, INC.,<br><br>      Debtor. | Case No.<br>08-01420 (JMP) SIPA |
| FIRSTBANK PUERTO RICO,<br><br>      Plaintiff,<br><br>    -against-<br><br>BARCLAYS CAPITAL INC.,<br><br>      Defendant. | Adversary Proc. No.<br>10-04103 (JMP)<br><br>CERTIFICATE OF SERVICE |

    I, Richard V. Conza, an attorney admitted to practice in the State of the New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 13th day of September 2012, the Notice of Motion of Defendant Barclays Capital Inc. for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order; the Memorandum of Law in Support of Barclays Capital Inc.'s Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order; and the Declaration of Boaz S. Morag in Support of Defendant Barclays Capital Inc.'s Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order were served by email upon:

"Mitchell, Jeffrey" <MitchellJ@dicksteinshapiro.com>,
"Cohen, Judith" <CohenJudith@dicksteinshapiro.com>

Dated:  New York, New York
        September 14, 2012

_____
Richard V. Conza