UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE BY REGULAR MAIL

I, Laurie Schwall, hereby certify that on September 13, 2012, I caused to be served a true copy of the **RESPONSE OF SPANISH BROADCASTING SYSTEM, INC. TO THREE HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS** (NO LIABILITY CLAIMS), upon each of the parties on the annexed service list by regular mail.

*/s/ Laurie Schwall*
Laurie Schwall

Sworn to before me this
14th day of September 2012.

*/s/ Paul J. Somelofske*
Notary Public, State of New York
No. 02SO6136677
Qualified in New York County
Commission Expires Nov. 14, 2013

SERVICE LIST

Tracy Hope Davis, Esq.
U.S. Trustee's Office
33 Whitehall Street
21st Floor
New York, NY 10004

Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153