# EXHIBIT 1

# PROOF OF CLAIM

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al. Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
| LEHMAN BROTHERS HOLDINGS, INC. | 08-13555 (JMP) |

UNIQUE IDENTIFICATION NUMBER: 555248610

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000028278

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

LBH (MERGE2.DBF,SCHED_NO) SCHEDULE #: 555248610*****
NICHOLAS P., HOWARD
114 WEST ROAD
NEW CANAAN, CT 06840

Telephone number: 646-262-7204    Email Address: nicholas.howard@barcap.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

**NOTICE OF SCHEDULED CLAIM:**
Your Claim is scheduled by the indicated Debtor as:

SCHEDULE G - EXECUTORY CONTRACT OR UNEXPIRED LEASE

DESCRIPTION:
RESTRICTED STOCK UNIT AGREEMENT

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:    Email Address:

1. **Amount of Claim as of Date Case Filed:** $ 3,247,606.03

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☑ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Deferred and accrued compensation, MLP fund, Immedium Lomder, Derivative Contract, long term medical benefits
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: _____
Value of Property: $_____  Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____    Basis for perfection: _____
**Amount of Secured Claim:** $_____    **Amount Unsecured:** $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☑ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☑ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

| Date: 09/21/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.   /s/ Nicholas P. Howard |
|---|---|

FOR COURT USE ONLY
**FILED / RECEIVED**
SEP 22 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

(1)

**HAND DELIVERY**

___(signature)___  | **FILED / RECEIVED** SEP 2 2 2009 EPIQ BANKRUPTCY SOLUTIONS, LLC | 11:17
**RECEIVED BY** | **DATE** | **TIME**

Nick Howard

(2)

# PROOF OF CLAIM

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al. Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

**Name of Debtor Against Which Claim is Held:** LEHMAN BROTHERS Holdings Inc
**Case No. of Debtor:** 08-13555 (JMP)

UNIQUE IDENTIFICATION NUMBER: 1000231801

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)   0000028279

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionaly, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)
LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000231801******
HOWARD, NICHOLAS P.
114 WEST ROAD
NEW CANAAN, CT 06840

**Telephone number:** 646-262-7204  **Email Address:** nicholas.howard@barcap.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____ (If known)

**Filed on:** _____

**Name and address where payment should be sent** (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $3,247,606.03
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☑ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☐ Check this box if all or part of your claim is based on a Guarantee.*
   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Deferred and accrued compensation, MLP fund Prendihation
   (See instruction #2 on reverse side.) Derivative Contract, Long Term Medical Benefit (unclear)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe: _____
   Value of Property: $_____   Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____   Basis for perfection: _____
   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.
   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☑ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☑ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   **Amount entitled to priority:** $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
   (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**Date:** 09/21/09

**Signature:** Nicholas P. Howard
The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

FOR COURT USE ONLY
**FILED / RECEIVED**
SEP 2 2 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

(3)

To: whom it may concern:
From: Nick Howard

I received two proof of claim forms for some reason and therefore filled them both out.

(4)

Claim against Lehman Bros Holdings Inc.                    for N. Howard.

A. 1. Unvested RSUs / Deferred Compensation Item

    Total Award Units Outstanding    44,700

    Grant Value of Award Units    $1,920,000

2. Unvested Stock Options    12,000

    Grant value of stock option awards    $160,000

Total value of stock and options grants    $2,080,000

B. 1. Unpaid cash Commissions that were accrued in 2008    $362,226.03

C. 1. Derivative Contract.    $55,380.00
Structured Investment with Lehman
52520W143 is the Security Identifier
213 units at $260 on July 24, 2007

D. 1. Lehman Brothers MLP Opportunity    $150,000.00
Capital Partners L.P.
Product Reference LBMLP;
[Held in Lehman harden liquidation]
in Lehman Prime Services harden.

*. Long Term Medical Benefits    $600,000.00
Age 50 plus 16 years of service
qualified me for this benefit.
20 x $30,000 a year.
[This I have not been able to clarify so I have been advised to submit this estimate by Epiq personnel.]

Grand Total.     $3,247,600.03

08-13555-mg    Doc 30921-2    Filed 09/14/12    Entered 09/14/12 16:27:04    Exhibit
ersonal Award Summary                 Howard Aff.    Exh. 1    Pg 7 of 13                              Page 1 of

# EHMAN BROTHERS | LehmanLive

ata as of August 31, 2008                                                                         10051851 Nicholas P. Howar

## AWARD UNITS¹ OUTSTANDING

| Grant Date | Description | Grant Price | Grant Value² | Restriction Ends | Units Granted | Dividend Equivalents | Units Delivered | Units Vested³ | Units Outstanding | Market Value at $0.142 |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/01/2008 | July 2008 IR RSU | $20.9600 | $109,303 | 11/30/2011 | 5,214.86 | 65.91 | 0.00 | 0.00 | 5,280.77 | $75( |
| 2/07/2007 | 2007 IR MD Principal | $44.4300 | $512,860 | 11/30/2012 | 11,543.11 | 237.76 | 0.00 | 0.00 | 11,780.87 | $1,67: |
| 2/07/2007 | 2007 IR MD Discount | $44.4300 | $219,797 | 11/30/2012 | 4,947.05 | 101.85 | 0.00 | 0.00 | 5,048.90 | $71 |
| 2/08/2006 | 2006 IR MD Principal | $53.9200 | $456,035 | 11/30/2011 | 8,457.63 | 250.32 | 0.00 | 0.00 | 8,707.95 | $1,23 |
| 2/08/2006 | 2006 IR MD Discount | $53.9200 | $195,444 | 11/30/2011 | 3,624.70 | 107.30 | 0.00 | 0.00 | 3,732.00 | $53( |
| 1/30/2005 | 2005 IR MD Principal | $44.1000 | $202,251 | 11/30/2010 | 4,586.20 | 168.34 | 0.00 | 0.00 | 4,754.54 | $67! |
| 1/30/2005 | 2005 IR MD Discount | $44.1000 | $86,679 | 11/30/2010 | 1,965.52 | 72.15 | 0.00 | 0.00 | 2,037.67 | $28! |
| 2/09/2004 | 2004 IR MD Principal | $30.0300 | $136,703 | 11/30/2009 | 4,552.22 | 204.46 | 0.00 | 2,378.33 | 4,756.68 | $67! |
| 2/09/2004 | 2004 IR MD Discount | $30.0300 | $58,587 | 11/30/2009 | 1,950.94 | 87.55 | 0.00 | 0.00 | 2,038.49 | $28! |
| 2/10/2003 | 2003 IR MD Principal | $24.9850 | $3,267 | 11/30/2008 | 130.76 | 6.90 | 0.00 | 68.83 | 137.66 | $2( |
| 2/10/2003 | 2003 IR MD Discount | $24.9850 | $1,400 | 11/30/2008 | 56.04 | 2.90 | 0.00 | 0.00 | 58.94 | $: |
| **Total** | | | **$1,982,326** | | **47,029.03** | **1,305.44** | **0.00** | **2,447.16** | **48,334.47** | **$6,86:** |

## STOCK OPTIONS OUTSTANDING

| Grant Date | Description | Exercise Price | Black-Scholes Grant Price | Expiration Date | Black-Scholes Grant Value | Options Granted | Options Exercised | Options Exercisable | Options Outstanding | Intrinsi Valu at $0.142 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/30/2005 | 2005 IR MD Options | $63.0000 | $16.4350 | 11/29/2015 | $96,276 | 5,858 | 0 | 0 | 5,858 | $( |
| 2/09/2004 | 2004 IR MD Options | $42.9000 | $10.4750 | 11/29/2014 | $65,071 | 6,212 | 0 | 2,174 | 6,212 | $( |
| 2/10/2003 | 2003 IR MD Options | $35.6950 | $9.7250 | 11/29/2013 | $1,537 | 158 | 0 | 54 | 158 | $( |
| 2/11/2002 | 2002 MD Options | $27.2100 | $9.1250 | 11/29/2012 | $130,998 | 14,356 | 10,768 | 3,588 | 3,588 | $( |
| 2/03/2001 | December 2001 MD Options | $31.7000 | $10.5100 | 11/29/2011 | $274,710 | 26,138 | 17,148 | 8,990 | 8,990 | $( |
| 9/20/2001 | September 2001 MD Options | $23.3200 | $7.1650 | 09/19/2011 | $182,507 | 25,472 | 20,472 | 5,000 | 5,000 | $( |
| **Total** | | | | | **$751,099** | **78,194** | **48,388** | **19,806** | **29,806** | **$(** |
| **Total Equity** | | | | | | | | | | **$6,86:** |

Market value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated stock price. The intrinsic value of stock
ptions is calculated by multiplying the number of options outstanding by the difference between the indicated stock price and the option exercise
ice. Please note that the current market price is based on a delayed 20 minutes feed from Reuters. (03:59 PM EDT on September 4 2009)

Award Units are those equity-based awards other than stock options, i.e. Restricted Stock Units, Conditional Equity Awards or Contingent Stock
wards, as applicable.
Grant Value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated grant price.
Units Vested refers to that portion of the award that has become vested and/or subject to limited conditions, as determined under the applicable
an documents.



Compensation Statement

Name: 10051851 - NICHOLAS HOWARD
From: 12/1/2007 To: 12/31/2008

| | Year Total | Dec-08 | Nov-08 | Oct-08 | Sep-08 | Aug-08 | Jul-08 | Jun-08 | May-08 | Apr-08 | Mar-08 | Feb-08 | Jan-08 | Dec-07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Production | 10,760,102.10 | 432,113.74 | 26,769.17 | 146,722.51 | 319,972.97 | 1,236,646.69 | 1,151,863.09 | 825,013.27 | 1,026,542.87 | 831,346.24 | 989,642.40 | 2,038,075.40 | 1,015,567.59 | 719,826.17 |
| Net Production | 1,402,072.96 | 58,057.01 | 3,493.35 | 24,766.55 | 47,071.21 | 148,452.98 | 147,086.43 | 105,385.92 | 152,486.82 | 121,165.13 | 127,998.21 | 228,561.56 | 138,830.61 | 98,697.18 |
| Average Rate (%) | 13.03 | 13.44 | 13.05 | 16.89 | 14.71 | 12 | 12.77 | 12.77 | 14.85 | 14.57 | 12.93 | 11.21 | 13.67 | 13.71 |
| Prior Months -Deficit/Overage | | -28,208.97 | 0 | -945.87 | -46,503.29 | 0 | 0 | 0 | 0 | -0.01 | 0 | 0 | -0.01 | 0 |
| Adj to Net Production | -175,803.55 | -750 | 0 | 0 | -1,513.78 | -28,537.00 | -39,779.01 | -19,019.35 | -23,979.10 | -18,883.44 | -26,846.12 | -6,438.73 | -5,142.73 | -4,814.28 |
| Monthly Payout Balance | | 29,098.05 | 3,493.35 | 23,840.68 | -945.87 | 119,915.98 | 107,307.42 | 86,366.57 | 128,507.72 | 102,281.68 | 101,152.08 | 222,122.83 | 133,687.88 | 93,882.89 |
| Draw Amount | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Sales Compensation | 1,151,557.14 | 29,098.05 | 3,493.35 | 23,840.68 | 0 | 119,815.98 | 107,307.42 | 86,366.57 | 128,507.72 | 102,281.68 | 101,152.08 | 222,122.83 | 133,687.88 | 93,882.89 |
| Cash Commissions | 789,331.11 | 29,098.05 | 3,493.35 | 23,840.68 | 0 | 80,553.14 | 74,649.10 | 69,320.47 | 84,150.53 | 75,546.38 | 75,177.89 | 118,086.10 | 87,100.66 | 68,312.73 |
| Equity Accrual Calculated | 362,226.03 | 0 | 0 | 0 | 0 | 39,262.84 | 32,658.32 | 17,046.10 | 44,357.19 | 26,733.30 | 25,974.20 | 104,036.73 | 46,587.20 | 25,570.17 |
| Recorded Total Sales Compensation | 1,226,269.41 | 29,098.05 | 31,702.32 | 23,840.68 | 0 | 166,319.27 | 107,307.42 | 86,366.57 | 128,507.72 | 102,281.68 | 101,152.09 | 222,122.83 | 133,687.88 | 93,882.90 |
| -Deficit/Overage | | 0 | -28,208.97 | 0 | -945.87 | -46,503.29 | 0 | 0 | 0 | 0 | -0.01 | 0 | 0 | -0.01 |

(7)



**BARCLAYS WEALTH**                                                                    Log Out | Contact Us

HOME   ACCOUNT   MY PROFILE   BARCLAYS CAPITAL

Summary   HOLDINGS   Activity   Gains/Losses   Margin Balances   Statements & Reports

# HOLDINGS – DETAILS

Account(s):           834-23469 - HOWARD NICHOLAS

Valuation Currency:   USD United States Dollar


SUBMIT

Showing results for account 834-23469 - HOWARD NICHOLAS; valuation currency USD; holdings are as of end of business day 18 Sep 2009

\* Includes securities for which prices are not readily available or other factors that prevent the pricing of these securities. Market Values for these computed and the total equity in your account does not reflect the long or short market value (if any) of those securities.

**Private Equity**

| Security | Total Capital Commitment/ Remaining Commitment | Called Capital[B]/ Recallable Distributions | Total Contributions/ Total Distributions | Estimated Value | Value in Excess of Net Contributions | Pending Cash[E] | Trading Currency | Com |
|---|---|---|---|---|---|---|---|---|
| Lehman Brothers Capital Partners III, L.P. | | | | | | | | |
| Product Ref: CAP3 | 25,000.00 | 19,077.65 | 19,077.65 | 11,342.00 | 405,860.43 | | USD | |
| Closing Date: 21 Dec 1995 | | | 413,596.08 | | | | | |
| Leverage Factor: 8:0 | | | | | | | | |
| ⊞ ACTIVITY | | | | | | | | |
| ⊞ HISTORY | | | | | | | | |
| Lehman Brothers Capital Partners IV, L.P. | | | | | | | | |
| Product Ref: CAP4 [20] | 15,000.00 | 11,874.00 | 11,874.00 | 2,804.17 | 11,281.10 | | USD | |
| Closing Date: 21 Oct 1997 | | | 20,350.93 | | | | | |
| Lehman Brothers Communications Capital Partners I, L.P. | | | | | | | | |
| Product Ref: CCAP1 [22] | 75,000.00 | 18,750.00 | 18,750.00 | 27.09 | (5,668.91) | | USD | |
| Closing Date: 31 Mar 2000 | | | 13,054.00 | | | | | |
| ⊞ ACTIVITY | | | | | | | | |
| ⊞ HISTORY | | | | | | | | |
| Lehman Brothers MLP Opportunity Capital Partners L.P. | | | | | | | | |
| Product Ref: LBMLP | 150,000.00 | 150,000.00 | 150,000.00 | 24 | (150,000.00) | | USD | |
| Closing Date: 31 May 2007 | | | | | | | | |
| ⊞ ACTIVITY | | | | | | | | |
| ⊞ HISTORY | | | | | | | | |
| **Total in Private Equity USD** | | | | **261,820.72** | | | | |





Log Out | Contact Us

HOME   ACCOUNT   MY PROFILE   BARCLAYS CAPITAL

Summary | HOLDINGS   Activity   Gains/Losses   Margin Balances   Statements & Reports

# HOLDINGS - DETAILS

Account(s):             834-23469 - HOWARD NICHOLAS

Valuation Currency:     USD United States Dollar



Showing results for account 834-23469 - HOWARD NICHOLAS; valuation currency USD; holdings are as of end of business day **18 Sep 2009**

\* Includes securities for which prices are not readily available or other factors that prevent the pricing of these securities. Market Values for thes computed and the total equity in your account does not reflect the long or short market value (if any) of those securities.

**Private Equity**

| Security | Total Capital Commitment/ Remaining Commitment | Called Capital[B]/ Recallable Distributions | Total Contributions/ Total Distributions | Estimated Value | Value in Excess of Net Contributions | Pending Cash[E] | Trading Currency | Comm |
|---|---|---|---|---|---|---|---|---|
| Lehman Brothers Capital Partners III, L.P. | | | | | | | | |
| Product Ref: CAP3 | 25,000.00 | 19,077.65 | 19,077.65 | 11,342.00 | 405,860.43 | | USD | |
| Closing Date: 21 Dec 1995 | | | 413,596.08 | | | | | |
| Leverage Factor: 8:0 | | | | | | | | |
| ⊞ ACTIVITY | | | | | | | | |
| ⊞ HISTORY | | | | | | | | |
| Lehman Brothers Capital Partners IV, L.P. | | | | | | | | |
| Product Ref: CAP4 [20] | 15,000.00 | 11,874.00 | 11,874.00 | 2,804.17 | 11,281.10 | | USD | |
| Closing Date: 21 Oct 1997 | | | 20,350.93 | | | | | |
| Lehman Brothers Communications Capital Partners I, L.P. | | | | | | | | |
| Product Ref: CCAP1 [22] | 75,000.00 | 18,750.00 | 18,750.00 | 27.09 | (5,668.91) | | USD | |
| Closing Date: 31 Mar 2000 | | | 13,054.00 | | | | | |
| ⊞ ACTIVITY | | | | | | | | |
| ⊞ HISTORY | | | | | | | | |
| Lehman Brothers MLP Opportunity Capital Partners L.P. | | | | | | | | |
| Product Ref: LBMLP | 150,000.00 | 150,000.00 | 150,000.00 | 24 | (150,000.00) | | USD | |
| Closing Date: 31 May 2007 | | | | | | | | |
| ⊞ ACTIVITY | | | | | | | | |
| ⊞ HISTORY | | | | | | | | |
| **Total in Private Equity USD** | | | | 261,820.72 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Index Tracking Stocks | GLD | SPDR GOLD TR GOLD SHS | 300.000 | 98.67 18 Sep 2009 | 29,601.00 |
| Structured Investment | 52520W143 | WTS LEHMAN BROS HLDGS INC CALL WT LKD DE SHAW OCULUS FD ACCD INVS | 213.000 | Unpriced* | |

## Howard, Nicholas: Equities Sales (NYK)

Structured Investment 52520W143 WTS LEHMAN BROS HLDGS INC CALL WT LKD DE SHAW OCULUS FD ACCD INVS 213.000 Unpriced* 0.00

*Nicholas P. Howard*
**Managing Director**
**Barclays Capital**
Institutional Client Group
Global Equity Sales
745 7th Avenue
New York, NY 10019
212-526-6789 *(phone)*
212-520-0231 *(fax)*
646-262-7204 *(cell*

**HAND DELIVERY**

_[signature]_
RECEIVED BY:

**FILED / RECEIVED**
SEP 2 2 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC
DATE

11:17
TIME

Nick Howard

(12)