# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                :   Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             :   08-13555 (JMP)
                                                     :
                      Debtors.                 :   (Jointly Administered)
----------------------------------------------------------------x

AMENDED SCHEDULES OF ASSETS AND LIABILITIES FOR

LEHMAN BROTHERS HOLDINGS INC.

CASE NO. 08-13555 (JMP)

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

Southern District Of New York

In re  Lehman Brothers Holdings Inc. ,
Debtor

Case No. 08-13555 (JMP)

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | 1 | $ 14,790,508.12 | | |
| B - Personal Property | | 31 | $ 211,989,973,754.2 + undetermined amounts 2 | | |
| C - Property Claimed as Exempt | | 1 | | | |
| D - Creditors Holding Secured Claims | | 124 | | $ 235,515,629.40 + undetermined amounts | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | 12 | | $ Undetermined | |
| F - Creditors Holding Unsecured Nonpriority Claims | | 238 | | $ Undetermined | |
| G - Executory Contracts and Unexpired Leases | | 515 | | | |
| H - Codebtors | | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ N/A |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ N/A |
| TOTAL | | 923 | $ 212,004,764,262.3 + undetermined amounts 4 | $ 235,515,629.40 + undetermined amounts | |

LBHI Schedules 11

Lehman Brothers Holdings Inc.

Case No. 08-13555 (JMP)

Sch G
Executory Contracts and Unexpired Leases
G: Restricted Stock Unit Agreements

| Counterparty Last Name | Counterparty First Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country | Contract Description |
|---|---|---|---|---|---|---|---|---|---|
| Horta-Soto | Ezelle | | | | | | | | Restricted Stock Unit Agreement |
| Horton | Malcolm | | | | | | | | Restricted Stock Unit Agreement |
| Horvath | Richard | | | | | | | | Restricted Stock Unit Agreement |
| Horwath | Tina Lynn | | | | | | | | Restricted Stock Unit Agreement |
| Hosana | Michael | | | | | | | | Restricted Stock Unit Agreement |
| Hosek | Benjamin | | | | | | | | Restricted Stock Unit Agreement |
| Hoshi | Manabu | | | | | | | | Restricted Stock Unit Agreement |
| Hoshina | Noriko | | | | | | | | Restricted Stock Unit Agreement |
| Hoshino | Mai | | | | | | | | Restricted Stock Unit Agreement |
| Hosie | William | | | | | | | | Restricted Stock Unit Agreement |
| Hoskins | Damian | | | | | | | | Restricted Stock Unit Agreement |
| Hosmer | Jennifer | | | | | | | | Restricted Stock Unit Agreement |
| Hosoi | Junko | | | | | | | | Restricted Stock Unit Agreement |
| Hosoi | Toru | | | | | | | | Restricted Stock Unit Agreement |
| Hosokawa | Keiko | | | | | | | | Restricted Stock Unit Agreement |
| Hossain | Salma | | | | | | | | Restricted Stock Unit Agreement |
| Hossain | Tarique | | | | | | | | Restricted Stock Unit Agreement |
| Hotarek | Meredith | | | | | | | | Restricted Stock Unit Agreement |
| Hotchandani | Timothy G. | | | | | | | | Restricted Stock Unit Agreement |
| Hoti | Laura | | | | | | | | Restricted Stock Unit Agreement |
| Hotta | Nozomi | | | | | | | | Restricted Stock Unit Agreement |
| Hotz | Lori M. | | | | | | | | Restricted Stock Unit Agreement |
| Hou | Chi-Sheng | | | | | | | | Restricted Stock Unit Agreement |
| Hou | Dajun | | | | | | | | Restricted Stock Unit Agreement |
| Hou | Mark | | | | | | | | Restricted Stock Unit Agreement |
| Hou | Thomas T. | | | | | | | | Restricted Stock Unit Agreement |
| Hou | Yankun | | | | | | | | Restricted Stock Unit Agreement |
| Hou | Yuanfeng | | | | | | | | Restricted Stock Unit Agreement |
| Hough | Marcus Daniel | | | | | | | | Restricted Stock Unit Agreement |
| Houghtaling | Joseph | | | | | | | | Restricted Stock Unit Agreement |
| Houghtlin | James | | | | | | | | Restricted Stock Unit Agreement |
| Houghton | Brett T. | | | | | | | | Restricted Stock Unit Agreement |
| Houghton | Gareth C | | | | | | | | Restricted Stock Unit Agreement |
| Houghton | Shirley | | | | | | | | Restricted Stock Unit Agreement |
| Houlihan | Brenna A. | | | | | | | | Restricted Stock Unit Agreement |
| Houlihan | Jennifer F. | | | | | | | | Restricted Stock Unit Agreement |
| Houpis | George | | | | | | | | Restricted Stock Unit Agreement |
| Hourigan | Alecia | | | | | | | | Restricted Stock Unit Agreement |
| Houscheid | Marco | | | | | | | | Restricted Stock Unit Agreement |
| Houseal | Darius | | | | | | | | Restricted Stock Unit Agreement |
| Hoveland | Shubha | | | | | | | | Restricted Stock Unit Agreement |
| How | Desmond | | | | | | | | Restricted Stock Unit Agreement |
| Howard | Christopher Mar | | | | | | | | Restricted Stock Unit Agreement |
| Howard | James | | | | | | | | Restricted Stock Unit Agreement |
| Howard | Jason | | | | | | | | Restricted Stock Unit Agreement |
| Howard | Karen | | | | | | | | Restricted Stock Unit Agreement |
| Howard | Kyle | | | | | | | | Restricted Stock Unit Agreement |
| Howard | Marta | | | | | | | | Restricted Stock Unit Agreement |
| Howard | Natalie | | | | | | | | Restricted Stock Unit Agreement |
| Howard | Nicholas P. | | | | | | | | Restricted Stock Unit Agreement |
| Howard | Rawle | | | | | | | | Restricted Stock Unit Agreement |
| Howard | Sharon | | | | | | | | Restricted Stock Unit Agreement |
| Howard | Stephen E. | | | | | | | | Restricted Stock Unit Agreement |
| Howard | Vivian | | | | | | | | Restricted Stock Unit Agreement |
| Howarth | Julian | | | | | | | | Restricted Stock Unit Agreement |
| Howden | Mark Edward | | | | | | | | Restricted Stock Unit Agreement |
| Howe | Cheryl Ann | | | | | | | | Restricted Stock Unit Agreement |
| Howe | Christian J. | | | | | | | | Restricted Stock Unit Agreement |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re __Lehman Brothers Holdings Inc.__,
              Debtor

Case No. __08-13555 (JMP)__
                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____
                                                              Debtor

Date _____    Signature: _____
                                                          (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                       (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

Address

X _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer, Treasurer, Controller and Executive Vice President [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the __corporation__ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date __6/14/2009__                Signature: _____
                                                William Fox; Chief Financial Officer, Treasurer,
                                                Controller and Executive Vice President
                                                [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.