PROSKAUER ROSE, LLP
ELEVEN TIMES SQUARE
NEW YORK, NY 10036
(212) 969-3000
Martin J. Bienenstock, Esq.
Irena Goldstein, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                       :
                                                            :    **Chapter 11 Case No.**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,:    **08-13555 (JMP)**
                                                            :
                    Debtors.                    :    **Jointly Administered**
                                                            :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                                  ) ss.:
COUNTY OF NEW YORK )

SOWON YOON, being duly sworn, deposes and says:

1. I am not a party to this action and I am over the age of 18 years and reside in New York, New York.

2. On the 10th of September, 2012, I electronically filed the following document: NOTICE OF WITHDRAWAL OF MOTION OF CREDIT PROTECTION TRUSTS 207 AND 283 FOR ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(B)(1) AND (4), BANKRUPTCY RULE 9024, AND BANKRUPTCY CODE SECTION 105(A) GRANTING RELIEF FROM CONFIRMATION ORDER. On the 10th of September,

2012, caused the true and correct copies of same to be served:

    (1) by First Class Mail upon all parties listed on the annexed Exhibit A; and

on the 12th of September, 2012, caused the true and correct copies of same to be served:

    (2) by Electronic Mail upon all parties listed on the annexed Exhibit B.

Dated: New York, New York,

September 14, 2012

_____
Sowon Yoon

Sworn to before me this 14th day
of September, 2012

_____
NOTARY PUBLIC, State of New York
Qualified in the County of New York
My Commission Expires  10/24/15

ALISON S. ZIFFREN
Notary Public, State of New York
No. 01ZI6250364
Qualified in New York County
Commission Expires Oct. 24, 2015

**EXHIBIT A**

The Chambers of the Honorable James M. Peck
One Bowling Green
New York, NY 10004
Courtroom 601

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Richard P. Krasnow, Esq.
Lori Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan R. Fleck, Esq.

Jones Day
222 E 41st Street
New York, NY 10017
Attn: Aviva Warter Sisitsky, Esq.

**EXHIBIT B**

SHEEHAN@TXSCHOOLLAW.COM;
RICHARD.KRASNOW@WEIL.COM;
LORI.FIFE@WEIL.COM;
ROBERT.LEMONS@WEIL.COM;
JACQUELINE.MARCUS@WEIL.COM;
GIDDENS@HUGHESHUBBARD.COM;
KIPLOK@HUGHESHUBBARD.COM;
KOBAK@HUGHESHUBBARD.COM;
MARGOLIN@HUGHESHUBBARD.COM;
UBELL@HUGHESHUBBARD.COM;
WILTENBURG@HUGHESHUBBARD.COM;
DDUNNE@MILBANK.COM;
WFOSTER@MILBANK.COM;
DODONNELL@MILBANK.COM;
EFLECK@MILBANK.COM;
PARONZON@MILBANK.COM;
GBRAY@MILBANK.COM;
ROBERT.YALEN@USDOJ.GOV;
TARBIT@CFTC.GOV;
RWASSERMAN@CFTC.GOV;
SHARBECK@SIPC.ORG;
JWANG@SIPC.ORG;
NEWYORK@SEC.GOV;
JACOBSONN@SEC.GOV;
JBROMLEY@CGSH.COM;
LSCHWEITZER@CGSH.COM;
LGRANFIELD@CGSH.COM;
CTATELBAUM@ADORNO.COM;
MSTAMER@AKINGUMP.COM;
PDUBLIN@AKINGUMP.COM;
MLAHAIE@AKINGUMP.COM;
RAJOHNSON@AKINGUMP.COM;
MSTAMER@AKINGUMP.COM;
NLEVINE@AKINGUMP.COM;
SSCHULTZ@AKINGUMP.COM;
LISA.KRAIDIN@ALLENOVERY.COM;
KEN.COLEMAN@ALLENOVERY.COM;
DANIEL.GUYDER@ALLENOVERY.COM;
MGREGER@ALLENMATKINS.COM;
KRODRIGUEZ@ALLENMATKINS.COM;
TDUFFY@ANDERSONKILL.COM;
RRUSSELL@ANDREWSKURTH.COM;
S.MINEHAN@AOZORABANK.CO.JP;
ANGELICH.GEORGE@ARENTFOX.COM;
SCOUSINS@ARMSTRONGTEASDALE.COM;
SEHLERS@ARMSTRONGTEASDALE.COM;
CHARLES_MALLOY@APORTER.COM;
ANTHONY_BOCCANFUSO@APORTER.COM;
JG5786@ATT.COM;
NEAL.MANN@OAG.STATE.NY.US;
TONY.DAVIS@BAKERBOTTS.COM;
DWORKMAN@BAKERLAW.COM;
PETER@BANKRUPT.COM;
MICHAEL.MCCRORY@BTLAW.COM;
DAVID.POWLEN@BTLAW.COM;
FFM@BOSTONBUSINESSLAW.COM;
CSALOMON@BECKERGLYNN.COM;
AOSTROW@BECKERGLYNN.COM;
CBROTSTEIN@BM.NET;
MPUCILLO@BERMANESQ.COM;
WZOBERMAN@BERMANESQ.COM;
AOBERRY@BERMANESQ.COM;
DAVIDS@BLBGLAW.COM;
STEVEN@BLBGLAW.COM;
DBARBER@BSBLAWYERS.COM;
DBARBER@BSBLAWYERS.COM;
SMULLIGAN@BSBLAWYERS.COM;
JEFFREY.SABIN@BINGHAM.COM;
RONALD.SILVERMAN@BINGHAM.COM;
STEVEN.WILAMOWSKY@BINGHAM.COM;
SABIN.WILLETT@BINGHAM.COM;
JEFFREY.SABIN@BINGHAM.COM;
ROBERT.DOMBROFF@BINGHAM.COM;
STEVEN.WILAMOWSKY@BINGHAM.COM;
MARK.DEVENO@BINGHAM.COM;
JEFFREY.SABIN@BINGHAM.COM;
RONALD.SILVERMAN@BINGHAM.COM;
JOSHUA.DORCHAK@BINGHAM.COM;
JEFFREY.SABIN@BINGHAM.COM;
RONALD.SILVERMAN@BINGHAM.COM;
STEVEN.WILAMOWSKY@BINGHAM.COM;
CAROL.WEINERLEVY@BINGHAM.COM;
JEFFREY.SABIN@BINGHAM.COM;
OSHUA.DORCHAK@BINGHAM.COM;
RAJ.MADAN@BINGHAM.COM;
MICHAEL.REILLY@BINGHAM.COM;
JOSHUA.DORCHAK@BINGHAM.COM;
ERIN.MAUTNER@BINGHAM.COM;
TIM.DESIENO@BINGHAM.COM;
JEFFREY.BLACK@BINGHAM.COM;
AECKSTEIN@BLANKROME.COM;

AMCMULLEN@BOULTCUMMINGS.COM; RJONES@BOULTCUMMINGS.COM;
KURT.MAYR@BGLLP.COM;
KUEHN@BRAGARWEXLER.COM;
NOTICE@BKCYLAW.COM;
MGORDON@BRIGGS.COM;
MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM;
DLUDMAN@BROWNCONNERY.COM;
MSIEGEL@BROWNRUDNICK.COM;
SLEVINE@BROWNRUDNICK.COM;
MSTEEL@BROWNRUDNICK.COM;
SCHRISTIANSON@BUCHALTER.COM;
CHRISTOPHER.SCHUELLER@BIPC.COM; TIMOTHY.PALMER@BIPC.COM;
TUNRAD@BURNSLEV.COM;
SIDORSKY@BUTZEL.COM;
JOHN.RAPISARDI@CWT.COM;
HOWARD.HAWKINS@CWT.COM;
ELLEN.HALSTEAD@CWT.COM;
ISRAEL.DAHAN@CWT.COM;
MARK.ELLENBERG@CWT.COM;
HOWARD.HAWKINS@CWT.COM;
ELLEN.HALSTEAD@CWT.COM;
HOWARD.HAWKINS@CWT.COM;
ELLEN.HALSTEAD@CWT.COM;
HOWARD.HAWKINS@CWT.COM;
JASON.JURGENS@CWT.COM;
ELLEN.HALSTEAD@CWT.COM;
SGORDON@CAHILL.COM;
JLEVITIN@CAHILL.COM;
THOMAS_NOGUEROLA@CALPERS.CA.GOV; CAHN@CLM.COM;
WANDA.GOODLOE@CBRE.COM;
DLEMAY@CHADBOURNE.COM;
HSEIFE@CHADBOURNE.COM;
AROSENBLATT@CHADBOURNE.COM;
SPIOTTO@CHAPMAN.COM;
ACKER@CHAPMAN.COM;
HEISER@CHAPMAN.COM;
LGRANFIELD@CGSH.COM;
LSCHWEITZER@CGSH.COM;
MAOFILING@CGSH.COM;
JENNIFER.DEMARCO@CLIFFORDCHANCE.COM;
ANDREW.BROZMAN@CLIFFORDCHANCE.COM;
SARA.TAPINEKIS@CLIFFORDCHANCE.COM;
ANDREW.BROZMAN@CLIFFORDCHANCE.COM;
JEN.PREMISLER@CLIFFORDCHANCE.COM; PSP@NJLAWFIRM.COM;
JWH@NJLAWFIRM.COM;
LMAY@COLESCHOTZ.COM;
JDRUCKER@COLESCHOTZ.COM;
JEFF.WITTIG@COAIR.COM;
ESCHWARTZ@CONTRARIANCAPITAL.COM; BCARLSON@CO.SANMATEO.CA.US;
JBEIERS@CO.SANMATEO.CA.US;
LATHOMPSON@CO.SANMATEO.CA.US;
MHOPKINS@COV.COM;
DCOFFINO@COV.COM;
ARABOY@COV.COM;
RLEVIN@CRAVATH.COM;
JLIPSON@CROCKERKUNO.COM;
TTRACY@CROCKERKUNO.COM;
JUDY.MORSE@CROWEDUNLEVY.COM;
BZABARAUSKAS@CROWELL.COM;
MLICHTENSTEIN@CROWELL.COM;
SEICHEL@CROWELL.COM;
JCARBERRY@CL-LAW.COM;
KAREN.WAGNER@DPW.COM;
JAMES.MCCLAMMY@DPW.COM;
JAMES.MCCLAMMY@DPW.COM;
JJTANCREDI@DAYPITNEY.COM;
JWCOHEN@DAYPITNEY.COM;
MCTO@DEBEVOISE.COM;
GLENN.SIEGEL@DECHERT.COM;
IVA.UROIC@DECHERT.COM;
MMOONEY@DEILYLAWFIRM.COM;
MBIENENSTOCK@DL.COM;
TKARCHER@DL.COM; ESMITH@DL.COM;
MBIENENSTOCK@DL.COM;
IGOLDSTEIN@DL.COM;
MBIENENSTOCK@DL.COM;
IGOLDSTEIN@DL.COM;
TDEWEY@DPKLAW.COM;
DPEGNO@DPKLAW.COM;
ADIAMOND@DIAMONDMCCARTHY.COM;
SLODEN@DIAMONDMCCARTHY.COM;
AAARONSON@DILWORTHLAW.COM;
CPAPPAS@DILWORTHLAW.COM;
TIMOTHY.BRINK@DLAPIPER.COM;
MATTHEW.KLEPPER@DLAPIPER.COM;

THOMAS.CALIFANO@DLAPIPER.COM;
STEPHEN.COWAN@DLAPIPER.COM;
WILLIAM.M.GOLDMAN@DLAPIPER.COM;
SCHNABEL.ERIC@DORSEY.COM;
HEIM.STEVE@DORSEY.COM;
DOVE.MICHELLE@DORSEY.COM;
STEVEN.TROYER@COMMERZBANK.COM;
JJOYCE@DRESSLERPETERS.COM;
ROBERT.MALONE@DBR.COM;
LJKOTLER@DUANEMORRIS.COM;
TDUFFY@ANDERSONKILL.COM;
JIM@ATKINSLAWFIRM.COM;
SANDYSCAFARIA@EATON.COM;
EZUJKOWSKI@EMMETMARVIN.COM;
AENTWISTLE@ENTWISTLE-LAW.COM;
JBEEMER@ENTWISTLE-LAW.COM;
JPORTER@ENTWISTLE-LAW.COM;
KKELLY@EBGLAW.COM;
DTATGE@EBGLAW.COM;
WMARCARI@EBGLAW.COM;
SLERMAN@EBGLAW.COM;
SGUBNER@EBG-LAW.COM;
CWEBER@EBG-LAW.COM;
LSCARCELLA@FARRELLFRITZ.COM;
SHARI.LEVENTHAL@NY.FRB.ORG;
SFELDERSTEIN@FFWPLAW.COM;
PPASCUZZI@FFWPLAW.COM;
CHARLES@FILARDI-LAW.COM;
ALUM@FTPORTFOLIOS.COM;
STEVEN.USDIN@FLASTERGREENBERG.COM;
WDASE@FZWZ.COM;
DHEFFER@FOLEY.COM;
JLEE@FOLEY.COM;
WMCKENNA@FOLEY.COM;
DSPELFOGEL@FOLEY.COM;
ANANN@FOLEY.COM;
GGOODMAN@FOLEY.COM;
LAPETERSON@FOLEY.COM;
KLYNCH@FORMANLAW.COM;
KANEMA@FORMANLAW.COM;
SORY@FDLAW.COM;
JHIGGINS@FDLAW.COM;
AHAMMER@FREEBORNPETERS.COM;
DEGGERT@FREEBORNPETERS.COM;
WALTER.STUART@FRESHFIELDS.COM;
PATRICK.OH@FRESHFIELDS.COM;
PETER.SIMMONS@FRIEDFRANK.COM;
RICHARD.TISDALE@FRIEDFRANK.COM
; SHANNON.NAGLE@FRIEDFRANK.COM;
RICHARD.TISDALE@FRIEDFRANK.COM;
EFRIEDMAN@FRIEDUMSPRING.COM;
EFRIEDMAN@FKLAW.COM;
WWEINTRAUB@FKLAW.COM;
ABEAUMONT@FKLAW.COM;
WWEINTRAUB@FKLAW.COM;
LGOTKO@FKLAW.COM;
ABEAUMONT@FKLAW.COM;
KJARASHOW@FKLAW.COM;
DROSENZWEIG@FULBRIGHT.COM;
JMERVA@FULT.COM;
JMELKO@GARDERE.COM;
BANKRUPTCY@NTEXAS-ATTORNEYS.COM;
RELGIDELY@GJB-LAW.COM;
JGENOVESE@GJB-LAW.COM;
PBATTISTA@GJB-LAW.COM;
DCIMO@GJB-LAW.COM;
DCRAPO@GIBBONSLAW.COM;
MROSENTHAL@GIBSONDUNN.COM;
JWEISS@GIBSONDUNN.COM;
ASEUFFERT@LAWPOST-NYC.COM;
TNIXON@GKLAW.COM;
JHERZOG@GKLAW.COM;
JFLAXER@GOLENBOCK.COM;
JWALLACK@GOULSTONSTORRS.COM;
DROSNER@GOULSTONSTORRS.COM;
GKADEN@GOULSTONSTORRS.COM;
BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM;
DICONZAM@GTLAW.COM;
COLE@GTLAW.COM;
MELOROD@GTLAW.COM;
TANNWEILER@GREERHERZ.COM;
JAMIE.NELSON@DUBAIIC.COM;
JOY.MATHIAS@DUBAIIC.COM;
JSCHWARTZ@HAHNHESSEN.COM;
JORBACH@HAHNHESSEN.COM;
RMATZAT@HAHNHESSEN.COM;
WBENZIJA@HALPERINLAW.NET;
JDYAS@HALPERINLAW.NET;
DTHEISING@HARRISONMOBERLY.COM;
AGOLD@HERRICK.COM;
SSELBST@HERRICK.COM;
RAMONA.NEAL@HP.COM;
KEN.HIGMAN@HP.COM;
JDORAN@HASLAW.COM;
TMARRION@HASLAW.COM;
SWEYL@HASLAW.COM;

DPIAZZA@HODGSONRUSS.COM;
RLEEK@HODGSONRUSS.COM;
ISGREENE@HHLAW.COM;
SAGOLDEN@HHLAW.COM;
BARBRA.PARLIN@HKLAW.COM;
ARTHUR.ROSENBERG@HKLAW.COM;
FRANCOIS.JANSON@HKLAW.COM;
RICHARD.LEAR@HKLAW.COM;
JOHN.MONAGHAN@HKLAW.COM;
BARBRA.PARLIN@HKLAW.COM;
ADAM.BREZINE@HRO.COM;
KERRY.MOYNIHAN@HRO.COM;
MMENDEZ@HUNTON.COM;
KECKHARDT@HUNTON.COM;
RSMITH@HUNTON.COM;
CWEISS@INGRAMLLP.COM;
DAVE.DAVIS@ISGRIA.COM;
TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV;
MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV; DBALOG@INTERSIL.COM;
TERESA.OXFORD@INVESCOAIM.COM;
AFRIEDMAN@IRELL.COM;
KLYMAN@IRELL.COM;
MNEIER@IBOLAW.COM;
JAY.HURST@OAG.STATE.TX.US;
PTROSTLE@JENNER.COM;
DMURRAY@JENNER.COM;
RBYMAN@JENNER.COM;
GSPILSBURY@JSSLAW.COM;
JFOX@JOEFOXLAW.COM;
JOSEPH.CORDARO@USDOJ.GOV;
MPOMERANTZ@JULIENANDSCHLESINGER.COM;
MSCHLESINGER@JULIENANDSCHLESINGER.COM;
ELI.MATTIOLI@KLGATES.COM;
DROSNER@KASOWITZ.COM;
AGLENN@KASOWITZ.COM;
SNEWMAN@KATSKYKORINS.COM;
MPRIMOFF@KAYESCHOLER.COM;
MSOLOW@KAYESCHOLER.COM;
MDAHLMAN@KAYESCHOLER.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;
MPAGE@KELLEYDRYE.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;
JAMES.SPRAYREGEN@KIRKLAND.COM;
DAVID.SELIGMAN@KIRKLAND.COM;
JAY@KLEINSOLOMON.COM;
JJURELLER@KLESTADT.COM;
LKISS@KLESTADT.COM;
MICHAEL.KIM@KOBREKIM.COM;
ROBERT.HENOCH@KOBREKIM.COM;
ANDREW.LOURIE@KOBREKIM.COM;
BONEILL@KRAMERLEVIN.COM;
ACATON@KRAMERLEVIN.COM;
DEGGERMANN@KRAMERLEVIN.COM;
MLANDMAN@LCBF.COM;
WBALLAINE@LCBF.COM;
SREE@LCBF.COM;
AKORNIKOVA@LCBF.COM;
EKBERGC@LANEPOWELL.COM;
KEITH.SIMON@LW.COM;
DAVID.HELLER@LW.COM;
PETER.GILHULY@LW.COM;
RICHARD.LEVY@LW.COM;
JAMES.HEANEY@LAWDEB.COM;
GABRIEL.DELVIRGINIA@VERIZON.NET;
EZWEIG@OPTONLINE.NET;
LKATZ@LTBLAW.COM;
WSWEARINGEN@LLF-LAW.COM;
SFINEMAN@LCHB.COM;
DALLAS.BANKRUPTCY@PUBLICANS.COM;
AUSTIN.BANKRUPTCY@PUBLICANS.COM; PEISENBERG@LOCKELORD.COM;
WCURCHACK@LOEB.COM;
VRUBINSTEIN@LOEB.COM;
DBESIKOF@LOEB.COM;
LOIZIDES@LOIZIDES.COM;
ROBIN.KELLER@LOVELLS.COM;
CHRIS.DONOHO@LOVELLS.COM;
ROBIN.KELLER@LOVELLS.COM;
KROSEN@LOWENSTEIN.COM;
METKIN@LOWENSTEIN.COM;
STEELE@LOWENSTEIN.COM;
ILEVEE@LOWENSTEIN.COM;
METKIN@LOWENSTEIN.COM;
STEELE@LOWENSTEIN.COM;
TWHEELER@LOWENSTEIN.COM;
JPROL@LOWENSTEIN.COM;
METKIN@LOWENSTEIN.COM;
SCARGILL@LOWENSTEIN.COM;
METKIN@LOWENSTEIN.COM;

SCARGILL@LOWENSTEIN.COM;
ELEVIN@LOWENSTEIN.COM;
STEELE@LOWENSTEIN.COM;
MWARREN@MTB.COM;
JHUGGETT@MARGOLISEDELSTEIN.COM;
FHYMAN@MAYERBROWN.COM;
ATREHAN@MAYERBROWN.COM;
BTRUST@MAYERBROWN.COM;
JTOUGAS@MAYERBROWN.COM;
ATREHAN@MAYERBROWN.COM;
BTRUST@MAYERBROWN.COM;
FHYMAN@MAYERBROWN.COM;
JTOUGAS@MAYERBROWN.COM;
ATREHAN@MAYERBROWN.COM;
EMERBERG@MAYERBROWN.COM;
TKIRIAKOS@MAYERBROWN.COM;
BTRUST@MAYERBROWN.COM;
FHYMAN@MAYERBROWN.COM;
JTOUGAS@MAYERBROWN.COM;
ATREHAN@MAYERBROWN.COM;
SWOLOWITZ@MAYERBROWN.COM;
BTRUST@MAYERBROWN.COM;
JSTOLL@MAYERBROWN.COM;
ASHAFFER@MAYERBROWN.COM;
HBELTZER@MAYERBROWN.COM;
JTOUGAS@MAYERBROWN.COM;
CWALSH@MAYERBROWN.COM;
BTRUST@MAYERBROWN.COM;
JTOUGAS@MAYERBROWN.COM;
CWALSH@MAYERBROWN.COM;
JLAMAR@MAYNARDCOOPER.COM;
KREYNOLDS@MKLAWNYC.COM;
MH1@MCCALLARAYMER.COM;
BKMAIL@PROMMIS.COM;
JNM@MCCALLARAYMER.COM;
EGLAS@MCCARTER.COM;
KMAYER@MCCARTER.COM;
WTAYLOR@MCCARTER.COM;
GGITOMER@MKBATTORNEYS.COM;
NCOCO@MWE.COM;
ICATTO@MWE.COM;
PHAYDEN@MCGUIREWOODS.COM;
SFOX@MCGUIREWOODS.COM;
DHAYES@MCGUIREWOODS.COM;
JMADDOCK@MCGUIREWOODS.COM;
JSHEERIN@MCGUIREWOODS.COM;
JMR@MSF-LAW.COM;
MBLOEMSMA@MHJUR.COM;
TSLOME@MSEK.COM;
AMARDER@MSEK.COM;
JMAZERMARINO@MSEK.COM;
HARRISJM@MICHIGAN.GOV;
MICHAEL.FREGE@CMS-HS.COM;
SDNYECF@DOR.MO.GOV;
STEVE.GINTHER@DOR.MO.GOV;
MICHAEL.KELLY@MONARCHLP.COM;
DAVIDWHEELER@MVALAW.COM;
NHERMAN@MORGANLEWIS.COM;
NISSAY_10259-0154@MHMJAPAN.COM;
LBERKOFF@MORITTHOCK.COM;
JPINTARELLI@MOFO.COM;
LMARINUZZI@MOFO.COM;
YUWATOKO@MOFO.COM;
TGOREN@MOFO.COM;
JPINTARELLI@MOFO.COM;
LNASHELSKY@MOFO.COM;
BMILLER@MOFO.COM;
BANKRUPTCY@MORRISONCOHEN.COM;
JSULLIVAN@MOSESSINGER.COM;
AKOLOD@MOSESSINGER.COM;
MPARRY@MOSESSINGER.COM;
KKOLBIG@MOSESSINGER.COM;
SABVANROOY@HOTMAIL.COM;
MILLEE12@NATIONWIDE.COM;
JOWOLF@LAW.NYC.GOV;
RICHARD.FINGARD@NEWEDGEGROUP.COM;
DDREBSKY@NIXONPEABODY.COM;
ADARWIN@NIXONPEABODY.COM;
VMILIONE@NIXONPEABODY.COM;
MBERMAN@NIXONPEABODY.COM;
VMILIONE@NIXONPEABODY.COM;
MBERMAN@NIXONPEABODY.COM;
CDESIDERIO@NIXONPEABODY.COM;
BANKRUPTCYMATTERS@US.NOMURA.COM;
MCANTOR@NORMANDYHILL.COM;
CRMOMJIAN@ATTORNEYGENERAL.GOV;
MJR1@WESTCHESTERGOV.COM;
JEREMY.EIDEN@AG.STATE.MN.US;
MARTIN.DAVIS@OTS.TREAS.GOV;
JNADRITCH@OLSHANLAW.COM;
AKANTESARIA@OPPENHEIMERFUNDS.COM;
AKANTESARIA@OPPENHEIMERFUNDS.COM;
RDAVERSA@ORRICK.COM;
RDAVERSA@ORRICK.COM;
JGUY@ORRICK.COM;

KORR@ORRICK.COM;
DFELDER@ORRICK.COM;
MAUSTIN@ORRICK.COM;
RFRANKEL@ORRICK.COM;
RWYRON@ORRICK.COM;
JGUY@ORRICK.COM;
DFELDER@ORRICK.COM;
LMCGOWEN@ORRICK.COM;
RDAVERSA@ORRICK.COM;
TOMWELSH@ORRICK.COM;
OTCCORPACTIONS@FINRA.ORG;
WSILVERM@OSHR.COM;
PFELDMAN@OSHR.COM;
MCYGANOWSKI@OSHR.COM;
PFELDMAN@OSHR.COM;
JAR@OUTTENGOLDEN.COM;
RROUPINIAN@OUTTENGOLDEN.COM;
WK@PWLAWYERS.COM;
CHIPFORD@PARKERPOE.COM;
DWDYKHOUSE@PBWT.COM;
BGUINEY@PBWT.COM;
HARVEYSTRICKON@PAULHASTINGS.COM;
DRAELSON@FISHERBROTHERS.COM;
SSHIMSHAK@PAULWEISS.COM;
DDAVIS@PAULWEISS.COM;
CHAMMERMAN@PAULWEISS.COM;
DSHEMANO@PWKLLP.COM;
KRESSK@PEPPERLAW.COM;
KOVSKYD@PEPPERLAW.COM;
WISOTSKA@PEPPERLAW.COM;
LAWALLF@PEPPERLAW.COM;
MELTZERE@PEPPERLAW.COM;
SCHANNEJ@PEPPERLAW.COM;
ARLBANK@PBFCM.COM;
JHORGAN@PHXA.COM;
SAMUEL.CAVIOR@PILLSBURYLAW.COM;
NICKOLAS.KARAVOLAS@PILLSBURYLAW.COM;
BILL.FREEMAN@PILLSBURYLAW.COM;
MARK.HOULE@PILLSBURYLAW.COM;
SPLATZER@PLATZERLAW.COM;
DFLANIGAN@POLSINELLI.COM;
JBIRD@POLSINELLI.COM;
CWARD@POLSINELLI.COM;
JSMAIRO@PBNLAW.COM;
TJFREEDMAN@PBNLAW.COM;
BBISIGNANI@POSTSCHELL.COM;
FBP@PPGMS.COM; LML@PPGMS.COM;
LSILVERSTEIN@POTTERANDERSON.COM; RMCNEILL@POTTERANDERSON.COM;
RFLEISCHER@PRYORCASHMAN.COM;
MJACOBS@PRYORCASHMAN.COM;
RFLEISCHER@PRYORCASHMAN.COM;
MJACOBS@PRYORCASHMAN.COM;
DROSE@PRYORCASHMAN.COM;
RBEACHER@PRYORCASHMAN.COM;
CANELAS@PURSUITPARTNERS.COM;
SCHEPIS@PURSUITPARTNERS.COM;
SUSHEELKIRPALANI@QUINNEMANUEL.COM;
JAMESTECCE@QUINNEMANUEL.COM;
SCOTTSHELLEY@QUINNEMANUEL.COM;
ROBERTDAKIS@QUINNEMANUEL.COM;
JRABINOWITZ@RLTLAWFIRM.COM;
BROY@RLTLAWFIRM.COM;
GRAVERT@RAVERTPLLC.COM;
ARAHL@REEDSMITH.COM;
KGWYNNE@REEDSMITH.COM;
JFALGOWSKI@REEDSMITH.COM;
CLYNCH@REEDSMITH.COM;
ESCHAFFER@REEDSMITH.COM;
MVENDITTO@REEDSMITH.COM;
JLSCOTT@REEDSMITH.COM;
DGRIMES@REEDSMITH.COM;
RQURESHI@REEDSMITH.COM;
CALBERT@REITLERLAW.COM;
RICHARD@RWMAPLC.COM;
JSHICKICH@RIDDELLWILLIAMS.COM;
GMOSS@RIEMERLAW.COM;
ABRAUNSTEIN@RIEMERLAW.COM;
ARHEAUME@RIEMERLAW.COM;
ROGER@RNAGIOFF.COM;
RAUL.ALCANTAR@ROPESGRAY.COM;
MARK.BANE@ROPESGRAY.COM;
ROSS.MARTIN@ROPESGRAY.COM;
ECOHEN@RUSSELL.COM;
RUSSJ4478@AOL.COM;
MSCHIMEL@SJU.EDU;
CMONTGOMERY@SALANS.COM;
LWHIDDEN@SALANS.COM;
CBELMONTE@SSBB.COM;
TBROCK@SSBB.COM;
PBOSSWICK@SSBB.COM;
ASNOW@SSBB.COM;

AISENBERG@SAUL.COM;
EGEEKIE@SCHIFFHARDIN.COM;
JKEHOE@BTKMC.COM;
BHINERFELD@SBTKLAW.COM;
BDK@SCHLAMSTONE.COM;
NLEPORE@SCHNADER.COM;
JVAIL@SSRL.COM;
COHEN@SEWKIS.COM;
ASHMEAD@SEWKIS.COM;
FSOSNICK@SHEARMAN.COM;
NED.SCHODEK@SHEARMAN.COM;
ANN.REYNAUD@SHELL.COM;
JENNIFER.GORE@SHELL.COM;
JSHENWICK@GMAIL.COM;
CSHULMAN@SHEPPARDMULLIN.COM;
RREID@SHEPPARDMULLIN.COM;
MCADEMARTORI@SHEPPARDMULLIN.COM;
ETILLINGHAST@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLIN.COM;
MCADEMARTORI@SHEPPARDMULLIN.COM;
BWOLFE@SHEPPARDMULLING.COM;
AMARTIN@SHEPPARDMULLIN.COM;
RREID@SHEPPARDMULLIN.COM;
BWOLFE@SHEPPARDMULLIN.COM;
BANKRUPTCY@GOODWIN.COM;
JTIMKO@SHUTTS.COM;
AQUALE@SIDLEY.COM;
AUNGER@SIDLEY.COM;
RFRIEDMAN@SILVERMANACAMPORA.COM; SALLY.HENRY@SKADDEN.COM;
FYATES@SONNENSCHEIN.COM;
PMAXCY@SONNENSCHEIN.COM;
SLERNER@SSD.COM;
SMAYERSON@SSD.COM;
RTERENZI@STCWLAW.COM;
CGOLDSTEIN@STCWLAW.COM;
R.STAHL@STAHLZELLOE.COM;
MARC.CHAIT@SC.COM;
SSTARR@STARRANDSTARR.COM;
ECHANG@STEINLUBIN.COM;
EOBRIEN@SBCHLAW.COM;
JLOVI@STEPTOE.COM;
LROMANSIC@STEPTOE.COM;
RITKIN@STEPTOE.COM;
KPIPER@STEPTOE.COM;
CS@STEVENSLEE.COM;
CP@STEVENSLEE.COM;
APO@STEVENSLEE.COM;
CP@STEVENSLEE.COM;
MCORDONE@STRADLEY.COM;
PPATTERSON@STRADLEY.COM;
MCORDONE@STRADLEY.COM;
PPATTERSON@STRADLEY.COM;
MCORDONE@STRADLEY.COM;
MDORVAL@STRADLEY.COM;
PPATTERSON@STRADLEY.COM;
DJOSEPH@STRADLEY.COM;
JMMURPHY@STRADLEY.COM;
LANDON@STREUSANDLANDON.COM;
VILLA@STREUSANDLANDON.COM;
STREUSAND@STREUSANDLANDON.COM; MSPEISER@STROOCK.COM;
SMILLMAN@STROOCK.COM;
LHANDELSMAN@STROOCK.COM;
DWILDES@STROOCK.COM;
HOLSEN@STROOCK.COM;
LACYR@SULLCROM.COM;
CLARKB@SULLCROM.COM;
SCHWARTZMATTHEW@SULLCROM.COM; MCCOMBST@SULLCROM.COM;
PAUL.TURNER@SUTHERLAND.COM;
MARK.SHERRILL@SUTHERLAND.COM;
BRUCE.WRIGHT@SUTHERLAND.COM;
MILLER@TAFTLAW.COM;
JTEITELBAUM@TBLAWLLP.COM;
AGBANKNEWYORK@AG.TN.GOV;
MARVIN.CLEMENTS@AG.TN.GOV;
THALER@THALERGERTLER.COM;
GERACI@THALERGERTLER.COM;
RANJIT.MATHER@BNYMELLON.COM;
ROBERT.BAILEY@BNYMELLON.COM;
MMORREALE@US.MUFG.JP;
FOONT@FOONTLAW.COM;
YAMASHIRO@SUMITOMOTRUST.CO.JP;
MATT@WILLAW.COM;
IRA.HERMAN@TKLAW.COM;
DEMETRA.LIGGINS@TKLAW.COM;
RHETT.CAMPBELL@TKLAW.COM;
RHETT.CAMPBELL@TKLAW.COM;
MITCHELL.AYER@TKLAW.COM;
DAVID.BENNETT@TKLAW.COM;
MBOSSI@THOMPSONCOBURN.COM;
AMENARD@TISHMANSPEYER.COM;
MBENNER@TISHMANSPEYER.COM;

BTURK@TISHMANSPEYER.COM;
JCHRISTIAN@TOBINLAW.COM;
WCHEN@TNSJ-LAW.COM;
AGOLDSTEIN@TNSJ-LAW.COM;
JMAKOWER@TNSJ-LAW.COM;
NEILBERGER@TEAMTOGUT.COM;
SSKELLY@TEAMTOGUT.COM;
OIPRESS@TRAVELERS.COM;
MLYNCH2@TRAVELERS.COM;
HOLLACE.COHEN@TROUTMANSANDERS.COM;
LEE.STREMBA@TROUTMANSANDERS.COM;
LEE.STREMBA@TROUTMANSANDERS.COM; BMANNE@TUCKERLAW.COM;
MSHINER@TUCKERLAW.COM;
LINDA.BOYLE@TWTELECOM.COM;
DLIPKE@VEDDERPRICE.COM;
MJEDELMAN@VEDDERPRICE.COM;
EASMITH@VENABLE.COM;
SABRAMOWITZ@VELAW.COM;
JWEST@VELAW.COM;
DKLEINER@VELAW.COM;
JELDREDGE@VELAW.COM;
HSNOVIKOFF@WLRK.COM;
RGMASON@WLRK.COM;
ARWOLF@WLRK.COM;
CBELISLE@WFW.COM;
JFREEBERG@WFW.COM;
RGRAHAM@WHITECASE.COM;
TMACWRIGHT@WHITECASE.COM;
AVENES@WHITECASE.COM;
EHOLLANDER@WHITECASE.COM;
EHOLLANDER@WHITECASE.COM;
AZYLBERBERG@WHITECASE.COM;
DBAUMSTEIN@WHITECASE.COM;
RGRAHAM@WHITECASE.COM;
MRUETZEL@WHITECASE.COM;
UKREPPEL@WHITECASE.COM;
TLAURIA@WHITECASE.COM;
GUZZI@WHITECASE.COM;
CSHORE@WHITECASE.COM;
JEANITES@WHITEANDWILLIAMS.COM;
BSTRICKLAND@WTPLAW.COM;
DSHAFFER@WTPLAW.COM;
SZUCH@WIGGIN.COM;
MABRAMS@WILLKIE.COM;
MFELDMAN@WILLKIE.COM;
AALFONSO@WILLKIE.COM;
RNETZER@WILLKIE.COM;
DKOZUSKO@WILLKIE.COM;
MABRAMS@WILLKIE.COM;
PETER.MACDONALD@WILMERHALE.COM;
JEANNETTE.BOOT@WILMERHALE.COM;
CRAIG.GOLDBLATT@WILMERHALE.COM; LISA.EWART@WILMERHALE.COM;
JMCGINLEY@WILMINGTONTRUST.COM;
JBECKER@WILMINGTONTRUST.COM;
CSCHREIBER@WINSTON.COM;
DMCGUIRE@WINSTON.COM;
MKJAER@WINSTON.COM;
DNEIER@WINSTON.COM;
DRAVIN@WOLFFSAMSON.COM;
JLAWLOR@WMD-LAW.COM;
WMAHER@WMD-LAW.COM;
RRAINER@WMD-LAW.COM;
BANKR@ZUCKERMAN.COM