WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
: 
In re                                                   :    **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,            :    **08-13555 (JMP)**
                                                        :
             Debtors.                                   :    **(Jointly Administered)**
                                                        :
                                                        :
-----------------------------------------------------------------x

**NOTICE OF HEARING ON TWO HUNDRED**
**FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS (LATE FILED CLAIMS)**

    **PLEASE TAKE NOTICE** that a hearing to consider the Two Hundred Fifty-Ninth Omnibus Objection to Claims (Late Filed Claims) will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **September 27, 2012 at 10:00 a.m. (Eastern Time)**, *solely* as to the claim listed on the annexed **Exhibit A**.

Dated:  September 14, 2012
   New York, New York

                /s/ Robert J. Lemons
                Robert J. Lemons

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Lehman Brothers Holdings Inc. and
                certain of its affiliates

US_ACTIVE:\44095569\1\58399.0011

## Exhibit A

## Claim Going Forward at the September 27, 2012 Hearing

| Claim Number | Claimant |
| --- | --- |
| **67787** | STEELE, ANNA M. |

US_ACTIVE:\44095569\1\58399.0011