Joanna M. Baricevic
238 N. Railroad Avenue
Staten Island, NY 10304
August 20, 2012

The Honorable James J. Peck
U.S. Bankruptcy Judge
Courtroom 601
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004

Re: Lehman Brothers Holdings Inc., et al., Bankruptcy

Dear Judge Peck,

I was a loyal employee of Lehman Brothers for 47 years. What happened to all the loyal employees of this firm is outrageous and a travesty of justice. I am 69 years of age and lost quite a large sum of money, i.e, in my 401K, since I held Lehman Brothers stock, severance pay, which I was promised in writing, health care benefits, which I was supposed to receive for life for my husband and myself, restricted stock units and my holdings in the partnership account. I cannot give an exact figure as to my losses, but they are well over $100,000, which is a great deal of money to a person like me. I am living on a fixed income now and finding it difficult to make ends meet. I'm sure this is not the case for Mr. Fuld, the Executive Committee and the Board of Directors of the now bankrupt Lehman Brothers. I can imagine the founding fathers of the firm turning over in their graves due to the underhanded practices that led to a wonderful firm's demise. I am truly shocked and so saddened to witness this happen to Lehman Brothers after being in existence for 158 years.

I could have salvaged at least the money in my 401K, if the management of the firm had not lied to us by saying we are not going bankrupt. We have plenty of liquidity. I would have transferred my stock to the principal preservation fund, but I believed all that was told to us. I had no reason to question the truthfulness of our Chairman, Richard Fuld, who I thought was an honorable man. For him and the rest of his team to walk away as millionaires without punishment is just not fair.

I respectfully ask that in your deliberations, you do not forget the many employees who have suffered great losses through no fault of our own. We were just the unknowing pawns of many greedy people who ran Lehman. I loved working at Lehman. We were like a family and we all worked very hard to help the firm succeed. We should all be entitled to a fair settlement.

Thank you for taking the time to read my letter.

Sincerely,

Joanna M. Baricevic