To Honorable James M Peck
One Bowling Green, New York, NY 10004
Courtroom 601



08-13555 (JMP)

Joinder in response to Debtors Three Hundred Thirteenth Omnibus Objection To
Claims (To Reclassify Proofs Of Claim As Equity Interests)

I, Gary M Killian hereby join in the responses of Claimants Michael K McCully, Michael
J Mullen and other claimants in opposition to debtors 313th Omnibus Objection to
Claims (to reclassify proof of claims as equity interests).  I Gary M Killian reserve all rights
to assert any additional in response and opposition to the Objection.  I further take no
position at this time with respect to the motion to certify a class with respect to this
matter, and reserve all of my rights in that regard, including without limitation of my right
to opt out of any potential class.

Regards,

Gary M Killian
42 Forest Ave
Rye, NY 10580
914 967 2782