**Fecha Emisión:** 30/07/12

La PUB desde su emisión tiene una vigencia de treinta (30) días continuos para ser candelada: una vez efectuado la cancelación respectiva, tiene una vigencia de sesenta (60) no prorrogables para presentar el documento. Agotados dichos lapsos la PUB es nula y deberá emitirse una nueva PUB para realizar el trámite, Debiendo cancelarse nuevamente el monto correspondiente

República Bolivariana de Venezuela
Ministerio del Poder Popular para Relaciones Interiores y Justicia
Servicio Autónomo de Registros y Notarías

## PLANILLA ÚNICA BANCARIA

**Número Planilla: 213 213-10/ 0 467**

**Tipo de Acto**
LEGALIZACION.

**Nombre y Apellido del Depositante: BANCO CANARIAS EN PROCESO DE LIQUIDACION**

**Número Control: 488-0000-0000**

**CI/RIF/Pasaporte del Solicitante** 3256

**Nombre y apellido del Depositante : BANCO CANARIAS EN PROCESO DE LIQUIDACION**

**CI/RIF/Pasaporte del Depositante Oficio Nº 3256**

**Firma del Depositante: BANCO CANARIAS EN PROCESO DE LIQUIDACION**

| Forma de Pago | No. Cheque/Aprobación | Monto (Bs.F) |
|---|---|---|
| Monto Efectivo | | 0.00 |
| Cheque Gerencial/del mismo Banco | | |
| Punto de Venta | | |
| Pago por Internet | | |
| | Monto Total | 0.00 |

**Monto en Letras:**
CERO CON 00/100 CTMS

## SOLO PARA USO DEL SAREN

| FUNCIONARIO EMISOR | FUNCIONARIO RECEPTOR | FUNCIONARIO REVISOR | REGISTRADOR/NOTARIO |
|---|---|---|---|
| Nombre(s) y Apellidos | | | DR. MAURO PEREZ J. |
| Cédula de Identidad LIC. ENNY L. RODRIGUEZ P. C.I 17.502.255 ESCRIBIENTE III | LIC. ENNY L. RODRIGUEZ P. C.I 17.502.255 ESCRIBIENTE III | Dr. Alexis Espinoza Abogado Jefe de Los Servicios | |
| Cargo: Escribiente III | | | |
| Fecha: | | 31 JUL. 2012 | 31 JUL 2012 |
| Firma 31/07/12. | 30/07/12. | | |

Sello de la Oficina

REPÚBLICA BOLIVARIANA DE VENEZUELA SAREN Sec. (213) REGISTRO PRINCIPAL DEL DISTRITO CAPITAL

**Bancos Recaudadores**

**Nombre y Apellido del** Solicitante
0003 - Banco Industrial de Venezuela
0007 – Banco Bicentenario
0102 - Banco de Venezuela
0163 - Banco del Tesoro
0108 – Banco Provincial

Sello y Firma del Banco





**Fecha Emisión** 30/07/12

La PUB desde su emisión tiene una vigencia de treinta (30) días continuos para ser candelada: una vez efectuado la cancelación respectiva, tiene una vigencia de sesenta (60) no prorrogables para presentar el documento. Agotados dichos lapsos la PUB es nula y deberá emitirse una nueva PUB para realizar el trámite, Debiendo cancelarse nuevamente el monto correspondiente

SAREN
SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS

República Bolivariana de Venezuela
Ministerio del Poder Popular para Relaciones Interiores y Justicia
Servicio Autónomo de Registros y Notarías

# PLANILLA ÚNICA BANCARIA

**Número Planilla: 213 213-10/ 0 467**

Tipo de Acto
LEGALIZACION.

**Nombre y Apellido del Depositante: BANCO CANARIAS EN PROCESO DE LIQUIDACION**

**Número Control: 488-0000-0000**

**CI/RIF/Pasaporte del Solicitante** 3256

**Nombre y apellido del Depositante : BANCO CANARIAS EN PROCESO DE LIQUIDACION**

**CI/RIF/Pasaporte del Depositante**
**Oficio Nº 3256**

**Firma del Depositante: BANCO CANARIAS EN PROCESO DE LIQUIDACION**

| Forma de Pago | No. Cheque/Aprobación | Monto (Bs.F) |
|---|---|---|
| Monto Efectivo | | 0.00 |
| Cheque Gerencial/del mismo Banco | | |
| Punto de Venta | | |
| Pago por Internet | | |
| Monto Total | | 0.00 |

**Monto en Letras:**
CERO CON 00/100 CTMS

## SOLO PARA USO DEL SAREN

| FUNCIONARIO EMISOR | FUNCIONARIO RECEPTOR | FUNCIONARIO REVISOR | REGISTRADOR/NOTARIO |
|---|---|---|---|
| Nombre(s) y Apellidos | | Dr. Alexis Espinoza Abogado Jefe de Los Servicios | DR. MAURO PEREZ J. |
| Cédula de Identidad LIC. ENNY L. RODRIGUEZ P. C.I 17.502.255 ESCRIBIENTE III | LIC. ENNY L. RODRIGUEZ P. C.I 17.502.255 ESCRIBIENTE III | | |
| Cargo: Escribiente III | | | |
| Fecha: | [signature] | 31 JUL. 2012 | 31 JUL. 2012 |
| Firma 31/07/12. | 30/07/12. | | |

**Sello de la Oficina**

REPÚBLICA BOLIVARIANA DE VENEZUELA SAREN Sec. (213) REGISTRO PRINCIPAL DEL DISTRITO CAPITAL

**Bancos Recaudadores**

**Nombre y Apellido del** Solicitante
0003 - Banco Industrial de Venezuela
0007 – Banco Bicentenario
0102 - Banco de Venezuela
0163 - Banco del Tesoro
0108 – Banco Provincial

**Sello y Firma del Banco**

REPÚBLICA BOLIVARIANA DE VENEZUELA SAREN Sec. (213) REGISTRO PRINCIPAL DEL DISTRITO CAPITAL







Fecha Emisión: 26/06/2012 12:52 p.m. 201° y 153°

La PUB desde su emisión tiene una vigencia de treinta (30) días continuos para ser cancelada, una vez realizada la cancelación respectiva, tiene una vigencia de sesenta (60) dias no prorrogables para presentar el documento. Agotados dichos lapsos la PUB es nula y deberé emitirse una nueva PUB para realizar el trámite, debiendo cancelar nuevamente el monto correspondiente.

República Bolivariana de Venezuela
Ministerio del Poder Popular para Relaciones Interiores y Justicia
Servicio Autonomo de Registros y Notarías
Notaría PublicaCuarta Municipio Libertador

164206

## PLANILLA ÚNICA BANCARIA

29/06/2012 08:45 Tx: VPTF Us: NM11343 0102 0213
Número Planilla: 011-00031483
Serial: 00031483 I Trace SCH: 5GFDIHPXCAJE6
Monto Efectivo: 540,00
Monto Cheques BdV: 0,00
Monto Cheques Otro Bco: 0,00
Monto Total Planilla: 540,00

Tomo: ___ Nro: ___ F.Otorgamiento: ___

Original

6/97

| Tipo de Acto: | Monto Bs. |
|---|---|
| AUTENTICACION | 90,00 |
| TRASLADO | 270,00 |
| TRANSPORTE | 180,00 |

Nombre y Apellido Solicitante
BANCO CANARIAS

C.I./RIF/Pasaporte Solicitante
J-080035321

Nombres y Apellidos Depositante

C.I./RIF/Pasaporte Depositante

Firma del Solicitante

Monto en Letras
QUINIENTOS CUARENTA

Número Control: 488-0000-0000

| Forma de Pago | N° Cheque/Aprobacion | Monto Bs. |
|---|---|---|
| Monto Efectivo | | |
| Cheque Gerencia del mismo Banco | | |
| Punto de Venta | | |
| Pago por Internet | | |
| | MONTO TOTAL | 540,00 |

## SOLO PARA USO DEL SAREN

| FUNCIONARIO EMISOR | FUNCIONARIO RECEPTOR | FUNCIONARIO REVISOR | REGISTRADOR/NOTARIO |
|---|---|---|---|
| YVETTE CESIN DOMINGUEZ | JEISON CASTELLANOS | Betty C. Martinez B. | Carmen De Abreu Caires. |
| V-15795728 | V-16.662.159 | V-5330499 | V-6273581 |
| ADMINISTRADORA | ESCRIBIENTE III | Jefe de Servicio | Notaria (E) |
| 26 JUN 2012 | 13 JUL 2012 | 13 JUL 2012 | 16/07/2012 |

Sello de la Oficina

BANCOS RECAUDADORES

0003 - Banco Industrial de Venezuela
0007 - Banco Bicentenario
0102 - Banco de Venezuela
0163 - Banco del Tesoro
0108 - Banco Provincial

Sello y Firma del Banco





BANCO
CANARIAS

(En Proceso de Liquidación)

MINISTERIO DEL INTERIOR Y JUSTICIA
NOTARIA PUBLICA CUARTA
DEL MUNICIPIO LIBERTADOR
DEL DISTRITO CAPITAL
PROHIBICION
Planilla N° 164206
Derechos Bs
Otorgamiento para el día
A las Horas
N° 06 Tomo 97

Ciudadano
**Notario Público Cuarto del Municipio Libertador del Distrito Capital**
Su Despacho.-

Nosotros, LUCINDA XIOMARA DAVILA DE LA TORRE, MIRIAM CEDEÑO DE CARRION y JOSÉ FÉLIX RODRÍGUEZ CALLES, venezolanos, mayores de edad, de este domicilio, titulares de las Cédulas de Identidad Números V-4.252.184, V-4.271.569 y V- 5.525.357 respectivamente, procediendo en nuestra condición de Miembros de la Junta Coordinadora del Proceso de Liquidación del Banco Canarias de Venezuela Banco Universal C. A (Banco en Proceso de Liquidación), antes denominado LA MARGARITA ENTIDAD DE AHORRO Y PRÉSTAMO, C. A, sociedad mercantil anteriormente domiciliada en la Ciudad de Porlamar, Municipio Autónomo Mariño del Estado Nueva Esparta, actualmente domiciliada en la Ciudad de Caracas, constituida por Acta inscrita en la Oficina de Registro Público del Municipio Autónomo Mariño del Estado Nueva Esparta, en fecha 28 de noviembre de 1.966, bajo el Nº73, Folios 126 al 129, Protocolo Primero, Tomo Segundo, sucesor a titulo universal del Patrimonio de la sociedad mercantil Banco Canarias de Venezuela, C. A., la cual fue absorbida por fusión, y cuya última reforma de Estatutos Sociales fue la realizada mediante Asamblea General Extraordinaria de Accionistas, celebrada el 22 de septiembre de 2.004, inscrita por ante el Registro Mercantil V de la Circunscripción Judicial del Distrito Capital y Estado Miranda, en fecha 6 de febrero de 2.006, bajo el Nº 69, Tomo 1.258–A, e inscrita en el Registro de Información Fiscal ( RIF) bajo el Nº J-08003532-1, sociedad mercantil esta cuya liquidación administrativa fue acordada mediante Resolución Número 627.09 de fecha 27 de noviembre de 2009, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Número 39.316 de esa misma fecha, Resolución esta emanada de la Superintendencia de Bancos y Otras Instituciones Financieras, actualmente denominada Superintendencia de las Instituciones del Sector Bancario (SUDEBAN), carácter el nuestro que consta de designaciones efectuadas mediante Providencias Números 028 y 087 de fechas 29 de abril de 2.010 y 05 de agosto de 2.011 en su orden, publicadas en las Gacetas Oficiales de la República Bolivariana de Venezuela Números 39.423 y 39.734, de fechas 13 de mayo de 2010 y 12 de agosto de 2.011 respectivamente emitidas por el Fondo de Protección Social de los Depósitos Bancarios, y procediendo en este acto en ejercicio de las atribuciones que nos confiere, el Poder especial otorgado por el Presidente y Representante Legal del Fondo de Protección Social de los Depósitos Bancarios, Instituto Autónomo creado mediante Decreto Ejecutivo Nº 540 de fecha 20 de Marzo de 1985, publicado en la Gaceta Oficial de la República de Venezuela Número 33.190, de fecha 22 de Marzo de 1985, y regido actualmente por el Decreto Número 8.079 de fecha 1 de marzo

BANCO CANARIAS DE VENEZUELA BANCO UNIVERSAL, C.A. En Liquidación Consultoría Jurídica

de 2.011, con Rango, Valor y Fuerza de Ley de Reforma de la Ley de Instituciones del Sector Bancario, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Número 39.627, de fecha 02 de Marzo de 2.011, en su carácter de "Ente Liquidador" de esta Institución Financiera, de conformidad con lo dispuesto en el ordinal 2° del artículo 106, en concordancia con el articulo 264 del citado Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial de la Ley de Instituciones del Sector Bancario, Poder Especial otorgado por el Presidente y Representante Legal del Fondo de Protección Social de los Depósitos Bancarios en ejercicio de las atribuciones que le confieren el numeral 1 del artículo 113 del citado texto normativo; poder este protocolizado por ante la Oficina de Registro Público del Municipio Chacao del Estado Miranda, el 23 de agosto de 2.011, anotado bajo el N° 43, Folio 344 del Tomo 34 del Protocolo de Transcripción del año 2.011, por medio de la presente nos dirigimos a usted, en la oportunidad de solicitarle se sirva certificar que ha tenido a la vista los documentos que se anexan, los cuales se detallan a continuación:

1. Cedulas de Identidad y Pasaportes de cada uno de los Presentantes.

2. Resolución Número 627-09 de fecha 27 de noviembre de 2.009, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Número 39.316 de la misma fecha antes indicada.

3. Providencias Números 028 y 087 de fechas 29 de abril de 2.010 y 05 de agosto de 2.011 en su orden, publicadas en las Gacetas Oficiales de la República Bolivariana de Venezuela Números 39.423 y 39.734 de fechas 13 de mayo de 2.010 y 12 de agosto de 2.011 respectivamente.

4. Documento Poder protocolizado por ante la Oficina, de Registro Público del Municipio Chacao del Estado Miranda, el 23 de agosto de 2.011, anotado bajo el Número 43, Folio 344 del Tomo 34 del Protocolo de Transcripción del año 2.011.

Sin otro particular a que hacer referencia, quedamos de usted.

Atentamente,

LUCINDA XIOMARA DÁVILA DE LA TORRE — MIRIAM CEDEÑO DE CARRIÓN

JOSÉ FÉLIX RODRÍGUEZ CALLES

Designados según Providencias Nros. 028 y 087 de fechas 29 de Abril de 2010 y 05 de Agosto de 2011 en su orden, publicadas en las Gacetas Oficiales de la República Bolivariana de Venezuela Nros. 39.423 y 39.734 de fechas 13 de Mayo de 2010 y 12 de Agosto de 2.011 respectivamente, emanadas del Fondo de Protección Social de los Depósitos Bancarios.

APR/

**REPUBLICA BOLIVARIANA DE VENEZUELA**
**NOTARIO ENCARGADA DRA. CARMEN DE ABREU CAIRES**
**NOTARIA PÚBLICA CUARTA MUNICIPIO LIBERTADOR**
**DISTRITO CAPITAL**

Caracas, DIECISEIS (16) de JULIO de Dos Mil Doce. (2012). 202° y 153°. El anterior documento redactado por el Abogado GLADYS RONDON SULBARAN inscrito en el Inpreabogado bajo el No. 43098, fue presentado para su Autenticación y devolución, según Planilla No. 164206 de Fecha 13-07-2012. Presentes sus otorgantes bajo juramento legal dijeron llamarse: LUCINDA XIOMARA DAVILA DE LA TORRE, MIRIAM CEDEÑO DE CARRION y JOSE FELIX RODRIGUEZ CALLES, de nacionalidad VENEZOLANA, mayores de edad, domiciliados en Caracas, de estado civil: 1° y 3° solteros, 2ª casada y titulares de las cédulas de identidad Nos. V-4.252.184. V-4.271.569 y V-5.525.357, respectivamente. Leídole y confrontado el original con sus fotocopias y firmada éstas y el original en presencia del Notario Público, los Otorgantes expusieron: "SU CONTENIDO ES CIERTO Y NUESTRAS LAS FIRMAS QUE APARECEN AL PIE DEL INSTRUMENTO". El Notario en tal virtud, a solicitud de la parte interesada, da FE PUBLICA del presente documento que contiene el Acto o negocio Jurídico otorgado en su presencia, y de las copias firmadas en original, que formarán los tomos Principal y Duplicado, dejándolo inserto bajo el No. 06, tomo 97 de los Libros de Autenticaciones llevados por esta Notaría en presencia de los testigos MARIA RAMIREZ y EDINFORD GONZALEZ, venezolano, mayores de edad, de este domicilio y portadores de las cédulas de identidad Nos. V-4.163.345 y V-12.765.384. El Notario que suscribe hace constar que se dio cumplimiento al Ordinal 2° del Artículo 79 de la Ley de Registro Público y del Notariado e igualmente le ha sido exhibido: Cédulas de identidad y Pasaportes de los Otorgantes, cuyas copias se anexan al presente documento; Resolución No. 627.09 de fecha 27-11-2009, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela No. 39.316 de esa misma fecha mediante la cual se acuerda la Liquidación Administrativa del Banco Canarias de Venezuela, Banco Universal, C.A.; Providencias Nos: 028 y 087 de fechas 29-04-2010 y 05-08-2011 publicadas en las Gacetas Oficiales de la República Bolivariana de Venezuela Nos: 39.423 y 39.734 de fechas 13-05-2010 y 12-08-2011, respectivamente en las cuales consta la designación de los Otorgantes y Documento poder que acredita la representación que ejercen LUCINDA XIOMARA DAVILA DE LA TORRE, MIRIAM CEDEÑO DE CARRION y JOSE FELIX RODRIGUEZ CALLES, protocolizado por ante la Oficina de Registro Público del Municipio Chacao del Estado Miranda en fecha 23-08-2011, bajo el No. 43, folio 344 tomo 34 del protocolo de transcripción del año 2011. Para este acto la Notaría se constituyó en la sede del BANCO CANARIAS DE VENEZUELA, BANCO UNIVERSAL C.A.

EL NOTARIO PÚBLICO,

Carmen De Abreu Caires
Notaria Encargada
Notaría Pública 4ta. del Municipio
Libertador del Distrito Capital

LOS OTORGANTES,

LUCINDA XIOMARA DAVILA DE LA TORRE

MIRIAM CEDEÑO DE CARRION

JOSE FELIX RODRIGUEZ CALLES

LOS TESTIGOS,

MARIA RAMIREZ

EDINFORD GONZALEZ

Realizado por MARIA RAMIREZ

Otorgado por ____________







CEDULA DE IDENTIDAD

V 4.259.184 MM653

APELLIDOS DAVILA DE LA TORRE

NOMBRES LUCINDA XIOMARA

Dante Rivas
Director

FIRMA TITULAR

07-11-56 SOLTERA
F. NACIMIENTO EDO CIVIL

04-10-10 10-2020
F. EXPEDICION F. VENCIMIENTO

VENEZOLANO

REPUBLICA BOLIVARIANA DE VENEZUELA

CEDULA DE IDENTIDAD

V 4.271.569 MF065

APELLIDOS CEDEÑO DE CARRION

NOMBRES MIRIAM JOSEFINA

Hugo Cabezas
Director

FIRMA TITULAR

09-04-50 CASADA
F. NACIMIENTO EDO CIVIL

26-06-04 06-2014
F. EXPEDICION F. VENCIMIENTO

VENEZOLANO

V 5.525.357 MM530

APELLIDOS RODRIGUEZ CALLES

NOMBRES JOSE FELIX

Dante Rivas
Director

FIRMA TITULAR

04-08-59 SOLTERO
F. NACIMIENTO EDO CIVIL

24-09-10 09-2020
F. EXPEDICION F. VENCIMIENTO

VENEZOLANO











REPÚBLICA BOLIVARIANA DE VENEZUELA

PASAPORTE / PASSPORT

Tipo / Type: P
País Emisor / Issuing State: VEN
Pasaporte Nº / Passport Nº: 036422108
Apellidos / Surnames: DAVILA DE LA TORRE
Nombres / Given names: LUCINDA XIOMARA
Nacionalidad / Nationality: VENEZOLANA
Cédula de Identidad Nº / Personal Nº: 4252184
Fecha de Nacimiento / Date of birth: 07 / Nov / Nov / 1956
Sexo / Sex: F
Fecha de Emisión / Date of issue: 27 / Jul / Jul / 2010
Lugar de Nacimiento / Place of birth: CARACAS VEN
Fecha de Vencimiento / Date of expiry: 26 / Jul / Jul / 2015
Autoridad / Authority
Titular / Holder's signature

07-11-56

P<VENDAVILA<DE<LA<TORRE<<LUCINDA<XIOMARA<<<<
0364221086VEN5611078F1507263425218 4<<<<<<<24

REPUBLICA BOLIVARIANA DE VENEZUELA
NOTARIO CUARTO
NOTARIA PUBLICA CUARTA DEL MUNICIPIO
LIBERTADOR DEL DISTRITO CAPITAL

REPÚBLICA BOLIVARIANA DE VENEZUELA

PASAPORTE / PASSPORT

Tipo / Type: P
País Emisor / Issuing State: VEN
Pasaporte Nº / Passport Nº: 036877669
Apellidos / Surnames: CEDEÑO DE CARRION
Nombres / Given names: MIRIAM JOSEFINA
Nacionalidad / Nationality: VENEZOLANA
Cédula de Identidad Nº / Personal Nº: 4271569
Fecha de Nacimiento / Date of birth: 09 / Abr / Apr / 1950
Sexo / Sex: F
Fecha de Emisión / Date of issue: 06 / Ago / Aug / 2010
Lugar de Nacimiento / Place of birth: CARACAS VEN
Fecha de Vencimiento / Date of expiry: 05 / Ago / Aug / 2015
Autoridad / Authority
Titular / Holder's signature

05-08-55

P<VENCEDENO<DE<CARRION<<MIRIAM<JOSEFINA<<<<<

0368776698VEN5004092F1508053427 1569<<<<<<<26













3

PASAPORTE Nº
PASSPORT Nº

022863746

OBSERVACIONES
COMMENTS

237

REPÚBLICA BOLIVARIANA DE VENEZUELA

PASAPORTE PASSPORT

Tipo / Type: P
País Emisor / Issuing State: VEN
Pasaporte Nº / Passport Nº: 022863746
Apellidos / Surnames: RODRIGUEZ CALLES
Nombres / Given names: JOSE FELIX
Nacionalidad / Nationality: VENEZOLANA
Cédula de Identidad Nº / Personal Nº: 5525357
Fecha de Nacimiento / Date of birth: 04 / Ago / Aug / 1959
Sexo / Sex: M
Fecha de Emisión / Date of issue: 20 / Mayo / May / 2009
Lugar de Nacimiento / Place of birth: CARACAS VEN
Fecha de Vencimiento / Date of expiry: 19 / Mayo / May / 2014
Autoridad / Authority
Titular / Holder's signature

04-08-59

P<VENRODRIGUEZ<CALLES<<JOSE<FELIX<<<<<<<<<<<<
0228637462VEN5908042M1405196552535 7<<<<<<<02







# GACETA OFICIAL
## DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

AÑO CXXXVII MES II Caracas, viernes 27 de noviembre de 2009 Número 39.316

SUMARIO

**Ministerio del Poder Popular para Relaciones Interiores y Justicia**

Resoluciones mediante las cuales se designa a los ciudadanos que en ellas se mencionan, para ocupar los cargos que en ellas se señalan.

**Ministerio del Poder Popular para Economía y Finanzas**

Resolución mediante la cual se ordena la liquidación del Banco Canarias de Venezuela, Banco Universal, C.A., en los términos que en ella se indica.

Resolución mediante la cual se acuerda la rehabilitación de Bolívar Banco, C.A. y se ordena el cese de intermediación financiera, en los términos que en ella se indica.

Resolución mediante la cual se ordena la liquidación del Banco Provivienda, C.A., Banco Universal (Banpro), en los términos que en ella se indica.

Resolución mediante la cual se acuerda la rehabilitación del Banco Confederado, S.A., y se ordena el cese de intermediación financiera, en los términos que en ella se indica.

Resolución por la cual se designa al ciudadano Ygnacio Lara Ceballos, como Director de Programación Financiera de la Oficina Nacional del Tesoro, adscrita a este Ministerio.

CADIVI

Providencia mediante la cual se establecen los requisitos, controles y trámites para la solicitud de autorización de adquisición de Divisas destinadas al pago de consumos en el extranjero.

Superintendencia de Cajas de Ahorro

Providencia mediante la cual se mantiene en pleno vigor la aplicación del artículo 34 de la Ley de Cajas de Ahorro, Fondos de Ahorro y Asociaciones de Ahorro Similares.

**Ministerio del Poder Popular para el Turismo**

INATUR

Providencia por la cual se designa a la ciudadana Betty Margarita Tovar Villamizar, Gerente de Capacitación y Formación de este Instituto, a partir del día 25 de julio de 2009.

**Ministerio del Poder Popular para la Agricultura y Tierras**

INSOPESCA

Providencias mediante las cuales se delega en los ciudadanos que en ellas se indican, la firma de los actos y documentos que en ellas se especifican.

**Ministerio del Poder Popular para la Salud**

Resolución por la cual se designa a la ciudadana Nelly del Valle Vázquez, como Directora (E) del Banco Municipal de Sangre, adscrita a la Dirección Estadal de Salud del Distrito Capital

**Tribunal Supremo de Justicia**

Dirección Ejecutiva de la Magistratura

Resoluciones por las cuales se designa a los ciudadanos que en ellas se indican, para ocupar los cargos que en ellas se mencionan.

**Comisión de Funcionamiento y Reestructuración del Sistema Judicial**

Sentencia dictada por esta Comisión.- (Dra. Alexa Josefina Gamardo Rivero).

## MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES Y JUSTICIA

**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES Y JUSTICIA**
**DESPACHO DEL MINISTRO**
**199° y 150°**

Nº 564 Fecha 26 NOV. 2009

**RESOLUCIÓN**

El Ministro del Poder Popular para Relaciones Interiores y Justicia, designado según Decreto Nº 6.398 de fecha 09 de septiembre de 2008, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 39.012 de fecha 09 de septiembre de 2008, en ejercicio de las atribuciones que le confiere lo dispuesto en los numerales 2, 13 y 19 del artículo 77 del Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública; en concordancia con lo establecido en los artículos 5 numeral 2 y 20 numeral 9 de la Ley del Estatuto de la Función Pública y con lo previsto en los artículos 12 y 15 de la Ley de Registro Público y del Notariado, designa al ciudadano **Douglas Alexis Linares Veliz**, titular de la cédula de identidad Nº **V-10.056.797, Registrador Interino del Municipio Pao Estado Cojedes.**

Comuníquese y Publíquese.
Por el Ejecutivo Nacional,

**TARECK EL AISSAMI**
**MINISTRO DEL PODER POPULAR PARA RELACIONES INTERIORES Y JUSTICIA**

**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES Y JUSTICIA**
**DESPACHO DEL MINISTRO**
**199° y 150°**

Nº 565 Fecha 26 NOV. 2009

**RESOLUCIÓN**

El Ministro del Poder Popular para Relaciones Interiores y Justicia, designado según Decreto Nº 6.398 de fecha 09 de septiembre de 2008, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 39.012 de fecha 09 de septiembre de 2008, en ejercicio de las atribuciones que le confiere lo dispuesto en los numerales 2, 13 y 19 del artículo 77 del Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública; en concordancia con lo establecido en EL artículo 5 numeral 2 y 20 numeral 9 de la Ley del Estatuto de la Función Pública y con lo previsto en los artículos 12 y 70 de la Ley de Registro Público y del Notariado, designa al ciudadano **LUIS FERNANDO TURMERO BARRIOS**, titular de la cédula de identidad Nº **V-587.978**, como **NOTARIO PÚBLICO VIGÉSIMO SÉPTIMO DEL MUNICIPIO LIBERTADOR.**

Comuníquese y Publíquese.
Por el Ejecutivo Nacional,

**TARECK EL AISSAMI**
**MINISTRO DEL PODER POPULAR PARA RELACIONES INTERIORES Y JUSTICIA**

# MINISTERIO DEL PODER POPULAR PARA ECONOMÍA Y FINANZAS

Superintendencia de Bancos y Otras Instituciones Financieras

**RESOLUCIÓN**

**FECHA: 27 de Noviembre de 2009** **NÚMERO: 627.09**

Visto que el Banco Canarias de Venezuela, Banco Universal, C.A., es una institución financiera bajo la inspección, supervisión, vigilancia, regulación y control de esta Superintendencia de Bancos y Otras Instituciones Financieras de conformidad con lo previsto en el Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial de la Ley General de Bancos y Otras Instituciones Financieras.

Visto que el 19 de noviembre de 2009, mediante Resolución Nº 598.09, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 39.310, de esa misma fecha, oída la opinión favorable del Banco Central de Venezuela, emitida por su Directorio en sesión Nº 4.236 de fecha 19 de noviembre de 2009 y, del Consejo Superior, la cual consta en Acta Nº 0012-2009 del 19 de noviembre del presente año, esta Superintendencia de Bancos y Otras Instituciones Financieras, en aras de preservar los intereses de la República, la estabilidad del sistema financiero nacional y los derechos e intereses de los ahorristas, depositantes, clientes y acreedores del citado Banco; de conformidad con los numerales 5 y 15 del artículo 235 en concordancia con los artículos 387 y 392 del Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial de la Ley General de Bancos y Otras Instituciones Financieras; resolvió intervenir sin cese de intermediación financiera al Banco Canarias de Venezuela, Banco Universal, C.A.

Visto que de acuerdo con informe de la Junta Interventora designada mediante Resolución Nro. 598.09 del 19 de noviembre de 2009, Banco Canarias de Venezuela, Banco Universal, C.A., al cierre de las operaciones del 27 de noviembre de 2009, registra un descalce entre los activos liquidables y pasivos exigibles, y que, adicionalmente, considerando el total captaciones y otros financiamientos presenta una brecha importante, incluido el mantenimiento de certificados de depósitos de grandes proporciones en bancos intervenidos; todo lo cual se ha evidenciado del seguimiento constante que ha efectuado esta Superintendencia.

Visto que esta Superintendencia de Bancos y Otras Instituciones Financieras, en virtud de la inviabilidad operativa de Banco Canarias de Venezuela, Banco Universal, C.A., considera que existen razones técnicas, financieras y legales para aplicar la medida de liquidación del Banco Canarias de Venezuela, Banco Universal, C.A., prevista en el numeral 3 del artículo 397 de Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial de la Ley General de Bancos y Otras Instituciones Financieras, por lo que estima viable la liquidación del mismo.

Vista la opinión favorable del Banco Central de Venezuela, emitida por su Directorio en sesión Nº 4.239 de fecha 27 de noviembre de 2009, este Organismo de conformidad con lo establecido en el numeral 4 del artículo 255 ejusdem, sometió a la consideración del Consejo Superior, cuya opinión favorable consta en Acta Nº 0013-2009 del 27 de noviembre del presente año.

Esta Superintendencia de Bancos y Otras Instituciones Financieras, en aras de preservar los intereses de la República, y la estabilidad del sistema financiero nacional; de conformidad con el numeral 5 del artículo 235, y el numeral 3 del artículo 397 del Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial de la Ley General de Bancos y Otras Instituciones Financieras;

**RESUELVE**

1º Ordenar la Liquidación del Banco Canarias de Venezuela, Banco Universal, C.A.

2º Notificar al Banco Canarias de Venezuela, Banco Universal, C.A.

3º Notificar al Fondo de Garantía de Depósitos y Protección Bancaria, a los fines que de conformidad con lo previsto en los artículos 400 y 401 del Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial de la Ley General de Bancos y Otras Instituciones Financieras, ejerza las funciones atribuidas a los liquidadores y establezca las normas mediante las cuales deba procederse a la liquidación.

Contra esta decisión de conformidad con los artículos 451 y 456 del Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial de la Ley General de Bancos y Otras Instituciones Financieras, podrá ejercerse el Recurso de Reconsideración ante esta Superintendencia de Bancos y Otras Instituciones Financieras, dentro de los diez (10) días hábiles bancarios siguientes a la publicación de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela, o el Recurso de Anulación ante cualesquiera de las Cortes de lo Contencioso Administrativo, dentro de los cuarenta y cinco (45) días siguientes a la publicación de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela, o de aquella mediante la cual se resuelva el Recurso de Reconsideración, si éste fuera interpuesto, de acuerdo con el artículo 452 eiusdem.

Comuníquese y Publíquese

Edgar Hernández Behrens
Superintendente

Superintendencia de Bancos y Otras Instituciones Financieras

**RESOLUCIÓN**

**FECHA: 27 de Noviembre de 2009** **NÚMERO: 628.09**

Visto que bolívar Banco, C.A., es una institución financiera bajo la inspección, supervisión, vigilancia, regulación y control de esta Superintendencia de Bancos y Otras Instituciones Financieras de conformidad con lo previsto en el Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial de la Ley General de Bancos y Otras Instituciones Financieras.

Visto que 19 de noviembre de 2009, mediante Resolución Nº 596.09, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 39.310 de esa misma fecha, oída la opinión favorable del Banco Central de Venezuela, emitida por su Directorio en sesión Nº 4.236 de fecha 19 de noviembre de 2009 y del Consejo Superior, la cual consta en Acta Nº 0012-2009 del 19 de noviembre del presente año, esta Superintendencia de Bancos, en aras de preservar los intereses de la República, la estabilidad del sistema financiero nacional y los derechos e intereses de los ahorristas, depositantes, clientes y acreedores del citado Banco; de conformidad con los numerales 5 y 15 del artículo 235 en concordancia con los artículos 387 y 392 del Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial de la Ley General de Bancos y Otras Instituciones Financieras, resolvió intervenir sin cese de intermediación financiera, a bolívar Banco, C.A.

Visto que en fecha 27 de noviembre de 2009, con ocasión a las facultades conferidas en el artículo 392 del Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial de la Ley General de Bancos y Otras Financieras, y con el objeto de dar cumplimiento a los fines de la medida de intervención impuesta mediante la Resolución antes identificada, los Interventores de conformidad con lo dispuesto en el primer aparte del artículo 395 ejusdem, presentaron ante esta Superintendencia de Bancos y Otras Instituciones Financieras el plan de rehabilitación del que será objeto bolívar Banco, C.A., el cual incluye entre otras acciones la reposición de las pérdidas existentes, el ajuste del capital social, las reformas estatutarias que fueran pertinentes, el traspaso accionario a accionistas que sean calificados por esta Superintendencia y la recuperación de la cartera de créditos, en aras de darle continuidad a la actividad financiera de la Institución, el cual se da aquí por reproducido.

Visto que esta Superintendencia de Bancos y Otras Instituciones Financieras en virtud de la facultad legalmente establecida de acordar la rehabilitación de bancos, entidades de ahorro y préstamo y otras instituciones financieras, cuyo objeto es la superación de situaciones de dificultad patrimonial y la preservación de la confianza del público en el sistema bancario nacional, consideró viable los planteamientos señalados por los interventores y solicitó la opinión por parte del Ente Emisor, de conformidad con lo establecido en el primer aparte del artículo 235 del citado Decreto Ley.

Vista la opinión favorable del Banco Central de Venezuela, emitida por su Directorio en sesión Nº 4.239 de fecha 27 de noviembre de 2009 y, del Consejo Superior, la cual consta en Acta Nº 013-2009 del 27 de noviembre del presente año.

Esta Superintendencia de Bancos y Otras Instituciones Financieras, en aras de preservar los intereses de la República, la estabilidad del sistema financiero nacional y los derechos e intereses de los ahorristas, depositantes, clientes y acreedores del citado Banco; de conformidad con el numeral 5 del artículo 235 en concordancia con el artículo 395 del Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial de la Ley General de Bancos y Otras Instituciones Financieras;

**RESUELVE**

1º Acordar la rehabilitación de bolívar Banco, C.A., y en atención a ello y en aras de proteger los intereses del público en general, se ordena el cese de intermediación financiera.

2º La ejecución del plan de rehabilitación, se deberá realizar en término perentorio, conforme lo previsto en el Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial de la Ley General de Bancos y Otras Instituciones Financieras.

Contra esta decisión de conformidad con los artículos 451 y 456 del Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial de la Ley General de Bancos y Otras Instituciones Financieras, podrá ejercerse el Recurso de Reconsideración ante esta Superintendencia de Bancos y Otras Instituciones Financieras, dentro de los diez (10) días hábiles bancarios siguientes a la publicación de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela; o el Recurso de Anulación ante cualesquiera de las Cortes de lo Contencioso Administrativo, dentro de los cuarenta y cinco (45) días siguientes a la publicación de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela, o de aquella mediante la cual se resuelva el Recurso de Reconsideración, si éste fuera interpuesto, de acuerdo con el artículo 452 eiusdem.

Comuníquese y Publíquese

Edgar Hernández Behrens
Superintendente



# GACETA OFICIAL
## DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

AÑO CXXXVII — MES VIII Caracas, jueves 13 de mayo de 2010 Número 39.423

## SUMARIO

**Asamblea Nacional**

Acuerdo mediante el cual se autoriza al Ejecutivo Nacional para decretar un Crédito Adicional al Presupuesto de Gastos vigente del Ministerio del Poder Popular para Relaciones Interiores y Justicia.

**Ministerio del Poder Popular para Relaciones Exteriores**

Resolución mediante la cual se Encarga a la ciudadana Trudimar Sulbarán Guillén, como Directora de Ingeniería y Servicios Generales, adscrita a la Oficina de Servicios Generales de este Ministerio, y se delega la firma de los actos y documentos que en ella se mencionan.

Resoluciones mediante las cuales se procede a la publicación de los Traspasos Presupuestarios de Gastos Corrientes para Gastos de Capital de este Ministerio.

Resolución por la cual se otorga el consentimiento para reubicar la Embajada de Haití desde la dirección que en ella se señala a la dirección que en ella se indica.

Resolución por la cual se suscribe el Acuerdo entre la República Bolivariana de Venezuela y el Estado Plurinacional de Bolivia para la creación de la Comisión de Integración Conjunta Venezuela - Bolivia.

Resolución por la cual se otorga el Exequátur de Estilo a la señora Vivian Sabina Trujillo Tamayo, para el ejercicio de sus funciones como Cónsul General de la República de Cuba en la ciudad de Caracas, con circunscripción consular en todo el territorio nacional, excepto el estado Carabobo.

**Ministerio del Poder Popular de Planificación y Finanzas**

ONAPRE

Providencias mediante las cuales se procede a la publicación de varios Traspasos de Créditos Presupuestarios de los Ministerios que en ellas se especifican.

SUDEBAN

Resolución por la cual se sanciona a Banco Guayana, C.A., con multa por la cantidad que en ella se indica.

Resolución por la cual se designa al ciudadano Gerardo José Fossi Mendia, como Gerente de la Unidad Nacional de Inteligencia Financiera, y se delega la firma de los actos y documentos que en ella se señalan.

Comisión Nacional de Valores

Resolución mediante la cual se declara Sin Lugar el Recurso de Reconsideración interpuesto por la sociedad mercantil Venemutuo Sociedad de Corretaje de Valores, C.A., en contra de la Resolución Nº 025, de fecha 28 de enero de 2010, en los términos que en ella se indican.

Resolución por la cual se autoriza la Oferta Pública de acciones, comunes nominativas, de una misma clase, a ser emitidas por la sociedad mercantil Banco Hipotecario de Inversión Turística, C.A. (INVERBANCO).

Resolución por la cual se ordena levantar la medida de intervención de la sociedad mercantil Globalcorp Casa de Bolsa, C.A.

Resolución por la cual se suspende temporalmente la autorización otorgada a los ciudadanos que en ella se mencionan, para actuar como Corredores Públicos de Valores.

FOGADE

Providencia por la cual se revoca la designación del ciudadano Julio Herrera González, como Consultor Jurídico de este Instituto, y se designa al ciudadano Héctor Guillermo Villalobos Espina, como Consultor Jurídico de este Fondo.

Providencia por la cual se revoca la designación de los ciudadanos que en ella se indican, y se designa a las ciudadanas Lucinda Xiomara Dávila de la Torre y Miriam Josefina Cedeño de Carrión, como Integrantes de la Junta Coordinadora del Proceso de Liquidación.

**Ministerio del Poder Popular para la Defensa**

Resolución por la cual se designa al capitán Mario Manuel Márquez Ramírez, como responsable del manejo de los Fondos de Funcionamiento que se giren a la Unidad Administradora Desconcentrada que en ella se señala.

Resoluciones por las cuales se separan de la Fuerza Armada Nacional Bolivariana a los ciudadanos que en ellas se indican, por haber sido condenados a las penas que en ellas se especifican.

Resoluciones mediante las cuales se delega en el ciudadano Teniente Coronel Leonardo José Marquina Azoulay, en su carácter de Director General del Servicio Autónomo de Bienes y Servicios del Ejército Bolivariano (SABSE), la facultad de suscribir todos los contratos, compromisos y actos jurídicos necesarios para la ejecución de los proyectos que en ellas se mencionan.

Resoluciones mediante las cuales se delega en los ciudadanos Profesionales Militares que en ellas se señalan, la facultad de firmar los actos y documentos que en ellas se especifican.

**Ministerio del Poder Popular para las Industrias Básicas y Minería**

Resolución por la cual se designa al ciudadano Reinaldo Luis Marcano Casado, como Director General de Concesiones Mineras de este Ministerio, y se delega las competencias, la gestión y la firma de los actos y documentos señalados en el artículo 22 del Reglamento Orgánico de este Ministerio.

**Ministerio del Poder Popular para la Agricultura y Tierras**

INSOPESCA

Providencias por las cuales se designa a los ciudadanos que en ellas se mencionan, para ocupar los cargos que en ellas se indican.

**Ministerio del Poder Popular para la Educación**

Resoluciones por las cuales se delega en los ciudadanos que en ellas se especifican, la firma de Títulos de Educación Media General y/o Educación Media Técnica y otras credenciales de carácter académico para el año escolar 2009-2010, de las Zonas Educativas de los estados que en ellas se indican.

Resolución por la cual se identifica con el Epónimo «1810-2010 Bicentenario de Nuestra Gesta Emancipadora», a las promociones que egresen de los planteles de Educación Media General y Educación Media Técnica en las Menciones y/o Especialidades correspondientes, para el período escolar 2009-2010.

**Ministerio del Poder Popular para la Salud**

Resoluciones por las cuales se designa a los ciudadanos que en ellas se indican, en los cargos que en ellas se mencionan.

**Ministerio del Poder Popular para el Trabajo y Seguridad Social**

Resoluciones mediante las cuales se confiere la condecoración Orden al Mérito en el Trabajo, a los ciudadanos que en ellas se señalan.

**Ministerio del Poder Popular para las Obras Públicas y Vivienda**

BANAVIH

Providencias mediante las cuales se designa a los ciudadanos que en ellas se mencionan, para ocupar los cargos que en ellas se indican.

Resolución por la cual se delega en en el ciudadano Rafael Ernesto Contreras Hernández, en su carácter de Presidente de este Banco, las atribuciones que en ella se especifican.

**Ministerio del Poder Popular para las Comunas y Protección Social**

Resolución por la cual se designa al ciudadano Henky Antonio Villegas Guzmán, como Presidente de la Fundación Misión Negra Hipólita, institución adscrita a este Ministerio.

Resolución por la cual se designa a la ciudadana Lídice Altuve Moreno, como Presidenta Encargada de la Fundación Misión Che Guevara, ente adscrito a este Ministerio.

**Ministerio del Poder Popular para la Cultura**

Resolución por la cual queda prohibido el uso de toda publicidad y propaganda comerciales o que se interpreten como tales en los espacios de las instituciones o entes adscritos a este Ministerio.

**Tribunal Supremo de Justicia**

Resolución por la cual se concede el beneficio de Jubilación Especial Post Mortem por vía de gracia a la ciudadana Elizabeth Oropeza Peña, y se otorga Pensión de Sobreviviente por vía de gracia a la ciudadana Yuriana Yadeivis Blanco Oropeza.

Resolución por la cual se asignan funciones de Mediación y Sustanciación a los tres (3) Tribunales de Primera Instancia de Protección de Niños, Niñas y Adolescentes de la Circunscripción Judicial del estado Nueva Esparta, que en ella se señalan.

Resolución por la cual se suprime la competencia para que tramite las causas del Régimen Procesal Transitorio a los Tribunales que en ella se indican, de la Circunscripción Judicial del estado Aragua, con sede en Maracay.

Resoluciones por las cuales se concede el beneficio de Jubilación Especial a los ciudadanos que en ellas se señalan.

Resoluciones por las cuales se prorroga el Régimen Procesal Transitorio en los Tribunales de Primera Instancia de Protección de Niños, Niñas y Adolescentes de las Circunscripciones Judiciales de los estados que en ellas se especifican.

**Defensoría del Pueblo**

Resoluciones por las cuales se designa a los ciudadanos que en ellas se señalan, en los cargos que en ellas se especifican.

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR DE PLANIFICACIÓN Y FINANZAS
FONDO DE GARANTÍA DE DEPÓSITOS Y PROTECCIÓN BANCARIA
FECHA: 29 DE ABRIL DE 2010
200° Y 151°

PROVIDENCIA N° 028

El Presidente del Fondo de Garantía de Depósitos y Protección Bancaria (FOGADE), visto lo acordado por la Superintendencia de Bancos y Otras Instituciones Financieras, mediante Resolución N° 627.09 de fecha 27 de noviembre de 2009, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro. 39.316 de esa misma fecha, mediante la cual se acuerda la Liquidación del BANCO CANARIAS DE VENEZUELA, BANCO UNIVERSAL C.A., de conformidad con lo dispuesto en el numeral 2 del artículo 281 de la Ley General de Bancos y Otras Instituciones Financieras, en ejercicio de las atribuciones que le confiere el numeral 2 del artículo 285 ejusdem, en concordancia con lo previsto en el artículo 346 del citado texto normativo, y conforme a lo acordado en su Cuenta número 21 de fecha veintinueve (29) de abril de dos mil diez (2010), resuelve:

1° Revocar la designación de los ciudadanos LOURDES ELENA DONA DE CASTRO y ORANGEL ANTONIO GODOY BRICEÑO venezolanos, mayores de edad, titulares de las cédulas de identidad Nros. 4.578.027 y 6.021.680 respectivamente, como integrantes de la Junta Coordinadora del Proceso de Liquidación de BANCO CANARIAS DE VENEZUELA, BANCO UNIVERSAL C.A, designada la primera, mediante la Providencia emanada de este Instituto, distinguida con el N° 031 del 30 de noviembre de 2009, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro. 39.317 de esa misma fecha; y el segundo, a través de la Providencia de este Organismo, identificada con el N° 001 del 13 de enero de 2010, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 39.361 de fecha 4 de febrero de 2010.

2° Designar a las ciudadanas LUCINDA XIOMARA DÁVILA DE LA TORRE y MIRIAM JOSEFINA CEDEÑO DE CARRIÓN, venezolanas, mayores de edad, titulares de las cédulas de identidad Nros. 4.252.184 y 4.271.569, respectivamente, como integrantes de la referida Junta Coordinadora del Proceso de Liquidación.

3° La Junta Coordinadora del Proceso de Liquidación de BANCO CANARIAS DE VENEZUELA, BANCO UNIVERSAL C.A (en proceso de Liquidación) queda integrada por las ciudadanas LUCINDA XIOMARA DÁVILA DE LA TORRE y MIRIAM JOSEFINA CEDEÑO DE CARRIÓN, venezolanas, mayores de edad, en ese mismo orden, titulares de las cédulas de identidad Nros. 4.252.184 y 4.271.569; y por el ciudadano LUIS ELOY ZÁRATE AZUAJE, venezolano, mayor de edad, titular de la cédula de identidad N° 6.289.355.

EL PRESIDENTE
DAVID ALASTRE
Decreto N° 7.229 del 09-02-2010
Gaceta Oficial N° 39.364 del 09-02-2010

# MINISTERIO DEL PODER POPULAR PARA LA DEFENSA

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA LA DEFENSA
DESPACHO DEL MINISTRO

Caracas, 10 MAY 2010

200° y 151°

RESOLUCIÓN N° 014040

El Ministro del Poder Popular para la Defensa, GENERAL EN JEFE CARLOS JOSÉ MATA FIGUEROA, designado mediante Decreto N° 7.193 de fecha 26 de enero de 2010, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 39.358 de fecha 01 de febrero de 2010, en ejercicio de las atribuciones que le confieren los artículos 34 y 77 numerales 19 y 26 del Decreto N° 6.217 con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública de fecha 31 de julio de 2008, actuando de conformidad con lo establecido en el artículo 11 de la Ley Orgánica de la Fuerza Armada Nacional Bolivariana de fecha 21 de octubre de 2009, reimpresa en la Gaceta Oficial de la República Bolivariana de Venezuela N° 39.359 de fecha 02 de febrero de 2010, en concordada relación con lo dispuesto en el artículo 47 del Reglamento N° 1 de la Ley Orgánica de la Administración Financiera del Sector Público sobre el Sistema Presupuestario,

RESUELVE

ÚNICO: Designar a partir del 26 de marzo de 2010, al Capitán **MARIO MANUEL MÁRQUEZ RAMÍREZ, C.I. N° 13.973.136**, como responsable del manejo de los Fondos de Funcionamiento (Partidas 402 y 403), que se giren a la Unidad Administradora Desconcentrada sin delegación de firma, "**DIRECCIÓN DE PROGRAMACIÓN ECONÓMICA**", Código N° **04138**.

Comuníquese y publíquese.
Por el Ejecutivo Nacional,

CARLOS JOSÉ MATA FIGUEROA
General en Jefe
Ministro del Poder Popular para la Defensa

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA LA DEFENSA
DESPACHO DEL MINISTRO

Caracas, 10 MAY 2010

200° y 151°

RESOLUCIÓN N° 014008

El Ministro del Poder Popular para la Defensa, GENERAL EN JEFE CARLOS JOSÉ MATA FIGUEROA, designado mediante Decreto N° 7.193 de fecha 26 de enero de 2010, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 39.358 de fecha 01 de febrero de 2010, en ejercicio de las atribuciones que le confiere el artículo 77 numeral 19 del Decreto N° 6.217 con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública de fecha 31 de julio de 2008, actuando de conformidad con lo establecido en los artículos 11 y 129 último aparte de la Ley Orgánica de la Fuerza Armada Nacional Bolivariana de fecha 21 de octubre de 2009, reimpresa en la Gaceta Oficial de la República Bolivariana de Venezuela N° 39.359 de fecha 02 de febrero de 2010, habida consideración de la Sentencia ejecutoria emanada del Tribunal Militar Cuarto de Ejecución de Sentencias de fecha 08 de febrero de 2010, seguida bajo la Causa N° CJPM-TM4ES-007-10 y en concordada relación con el Punto de Cuenta N° 113 de fecha 08 de abril de 2010,

RESUELVE

PRIMERO: Separar de la Fuerza Armada Nacional Bolivariana al Capitán **JUAN CARLOS GUILLEN ROSALES, C.I. N° 10.809.973**, en virtud de haber sido condenado a cumplir la pena de tres (03) años y ocho (08) meses de prisión, más las penas accesorias.

SEGUNDO: El Comando General del Ejército Bolivariano, queda encargado de notificar al mencionado Oficial Subalterno del presente acto administrativo.

Comuníquese y publíquese.
Por el Ejecutivo Nacional,

CARLOS JOSÉ MATA FIGUEROA
General en Jefe
Ministro del Poder Popular para la Defensa

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA LA DEFENSA
DESPACHO DEL MINISTRO

Caracas, 10 MAY 2010

200° y 151°

RESOLUCIÓN N° 014015

El Ministro del Poder Popular para la Defensa, GENERAL EN JEFE CARLOS JOSÉ MATA FIGUEROA, designado mediante Decreto N° 7.193 de fecha 26 de enero de 2010, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 39.358 de fecha 01 de febrero de 2010, en ejercicio de las atribuciones que le confiere el artículo 77 numeral 19 del Decreto N° 6.217 con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública de fecha 31 de julio de 2008, actuando de conformidad con lo establecido en los artículos 11 y 129 último aparte de la Ley Orgánica de la Fuerza Armada Nacional Bolivariana de fecha 21 de octubre de 2009, reimpresa en la Gaceta Oficial de la República Bolivariana de Venezuela N° 39.359 de fecha 02 de febrero de 2010, habida consideración de la Sentencia ejecutoria emanada del Tribunal Militar Cuarto de Ejecución de Sentencias de fecha 12 de febrero de 2010, seguida bajo la Causa N° CJPM-TM4ES-008-10 y en concordada relación con el Punto de Cuenta N° 075 de fecha 18 de marzo de 2010,

RESUELVE

PRIMERO: Separar de la Fuerza Armada Nacional Bolivariana al Primer Teniente **OSCAR GABRIEL GIL COVO, C.I. N° 13.823.670**, en virtud de haber sido condenado a cumplir la pena de cuatro (04) años y dos (02) meses de prisión, más las penas accesorias.

SEGUNDO: El Comando General del Ejército Bolivariano, queda encargado de notificar al mencionado Oficial Subalterno del presente acto administrativo.

Comuníquese y publíquese.
Por el Ejecutivo Nacional,

CARLOS JOSÉ MATA FIGUEROA
General en Jefe
Ministro del Poder Popular para la Defensa

# GACETA OFICIAL

## DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

ÑO CXXXVIII — MES XI          Caracas, viernes 12 de agosto de 2011          Número 39.734

## SUMARIO

**Vicepresidencia de la República**
Aviso Oficial mediante el cual se corrige por error material el
Decreto Nº 8.330, con Rango, Valor y Fuerza de Ley del Banco
Agrícola de Venezuela, C.A., publicado en la Gaceta Oficial de
la República Bolivariana de Venezuela Nº 39.713, de fecha 14
de julio de 2011.

**Ministerio del Poder Popular
para Relaciones Interiores y Justicia**
Resolución mediante la cual se corrige por error material la
Resolución Nº 195, publicada en la Gaceta Oficial de la República
Bolivariana de Venezuela Nº 39.730, del 08 de agosto de 2011.

**Ministerio del Poder Popular
de Planificación y Finanzas**
Superintendencia de las Instituciones del Sector Bancario
Resolución mediante la cual se acuerda la liquidación de la
empresa Inmobiliaria Industria Pesica, C.A.

Resolución mediante la cual se delega en el ciudadano Miguel
Alexander Caraballo Araque, en su carácter de Abogado
Coordinador en condición de Encargado, adscrito a la Oficina
de Atención Ciudadana, Área de Gestión de Requerimiento y
Denuncias, la firma de los documentos que en ella se indican.

Resolución mediante la cual se revoca en todas y cada una de
sus partes el Acto Administrativo contenido en la Resolución
Nº 657.10, de fecha 28 de diciembre de 2011, en los términos
que en ella se señalan.

Superintendencia de la Actividad Aseguradora
Providencia mediante la cual se suspende temporalmente la
autorización otorgada al ciudadano Gustavo José Rivero Rivera,
para actuar como Corredor de Seguros.

Superintendencia Nacional de Valores
Resolución mediante la cual se cancela la autorización otorgada
al ciudadano Edito José Valera, para actuar como Contador
Público en el Ejercicio Independiente de la Profesión.

Banco de Venezuela S.A., Banco Universal
Providencia mediante la cual se constituye la Comisión Permanente
de Contrataciones de este Banco, integrada por los ciudadanos
y ciudadanas que en ella se mencionan.

FOGADE
Providencia mediante la cual se revoca la designación del ciudadano
Luis Eloy Zárate Azuaje, como integrante de la Junta Coordinadora
del Proceso de Liquidación del Banco Canarias de Venezuela,
Banco Universal C.A.

**Ministerio del Poder Popular para el Comercio**
INDEPABIS
Providencia mediante la cual se designa al ciudadano Arquímedes
Antonio Barrios, Coordinador Regional (E), adscrito a la Oficina
Regional Indepabis-Anzoátegui, dependiente de la Oficina de
Coordinación Regional.

**Ministerio del Poder Popular
para las Industrias Básicas y Minería**
CVG Carbonorca
Providencia mediante la cual se aprueba la reestructuración de la
Comisión de Contrataciones de esta Corporación, integrada
por la ciudadana y ciudadanos que en ella se mencionan.-(Se
reimprime por error de imprenta).

**Ministerio del Poder Popular para el Turismo**
Resoluciones mediante las cuales se designa a la ciudadana y al
ciudadano que en ellas se mencionan, como Presidentes del
Fondo Mixto de Promoción y Capacitación Turística de los estados
que en ellas se indican.

**Ministerio del Poder Popular
para la Agricultura y Tierras**
INIA
Providencias mediante las cuales se nombra a los ciudadanos y
a la ciudadana que en ellas se indican, para ocupar los cargos
que en ellas se especifican.

**Ministerio del Poder Popular
para Transporte y Comunicaciones**
Acta.

**Ministerio del Poder Popular
para las Comunas y Protección Social**
Resolución mediante la cual se designa al ciudadano Ricardo de
Jesús Pérez, como Director General de la Oficina de Programas
Estratégicos, adscrito al Despacho de la Viceministra de
Protección Social de este Ministerio.

**Ministerio del Poder Popular para la Cultura**
Resolución mediante la cual se designa al ciudadano Luis Felipe
Pellicer Peñuela, como Presidente (E) del Centro Nacional de
Historia, ente adscrito a este Ministerio.

Resoluciones mediante las cuales se corrige por error material
las Resoluciones que en ellas se mencionan, correspondientes
a las fechas que en ellas se señalan, en los términos que en
ellas se indican.

**Tribunal Supremo de Justicia**
«Sentencia de la Sala Político-Administrativa del Tribunal Supremo
de Justicia de la República Bolivariana de Venezuela que Anula
los encabezados de los artículos 3 y 31, así como el contenido
de los artículos 11 literal c), 29, 43, 71, 100 y 103 del Reglamento
del Personal Docente y de Investigación de la Universidad
Central de Venezuela, aprobado por el Consejo Universitario
en sesión del 6 de enero de 1999 y publicado en la Gaceta de
la Universidad Central de Venezuela, Edición Especial del 20
de mayo de 1999».

**Ministerio Público**
Resoluciones mediante las cuales se designa a los ciudadanos
que en ellas se indican, en los cargos que en ellas se especifican.

NOTARIO CUARTO
NOTARIA PÚBLICA CUARTA DEL MUNICIPIO LIBERTADOR DEL DISTRITO CAPITAL
REPÚBLICA BOLIVARIANA DE VENEZUELA

**CUARTO:** Se designa como Secretaria Principal de la Comisión de Contrataciones a la Ciudadana, **Mónica Molina Vernet**, titular de la cédula de identidad N° 9.878.549; VP de Contrataciones y como Secretaria Suplente a la ciudadana **Andrea Escalante**, titular de la cédula de identidad N°15.989.640, dichas ciudadanas tendrán derecho a voz, mas no a voto, en los procesos relacionados con la selección de contratistas y tendrán las siguientes atribuciones:

1. Convocar y coordinar las reuniones de la Comisión de Contrataciones, velar por la elaboración del Acta correspondiente y la entrega oportuna a cada miembro de la agenda respectiva.

2. Elaborar y remitir convocatorias e invitaciones a los participantes para presentar ofertas, en los procesos de contrataciones.

3. Llevar el control de los Expedientes hasta la finalización del proceso que corresponda, en el entendido que concluido el mismo será remitido para su resguardo a la Oficina de Administración, como unidad administrativa-financiera, tal y como lo preceptúa el artículo 14 de la Ley de Contrataciones Públicas.

4. Certificar las copias de las actas y documentos contentivos de las decisiones de la Comisión de Contrataciones.

5. Elaborar de acuerdo a instrucciones de la Comisión, el informe de recomendación para el otorgamiento de la buena pro y presentarlo a los miembros para su consideración y aprobación.

6. Suscribir la correspondencia relacionada con los procesos de contrataciones en ejecución de las decisiones de la Comisión de Contrataciones.

7. Certificar las copias de las actas y demás documentos contentivos de las decisiones de la Comisión de Contrataciones.

8. Solicitar la asesoría de técnicos especialistas en el área dependiendo de la complejidad de la contratación

9. Cualquier otra atribución que le asigne la Comisión de Contrataciones, conforme a lo previsto en la normativa que rige la materia.

**QUINTO:** Podrá asistir a cualquiera de las reuniones de la Comisión; así como a los procesos o actos públicos que se celebren durante los procedimientos de contratación, un representante de la Unidad de Auditoría como observador, sin derecho a voto, a fin de dar cumplimiento a lo previsto en el artículo 11 de la Ley de Contrataciones Públicas.

**SEXTO:** Se delega en el Presidente del Banco de Venezuela S.A. Banco Universal, la firma del presente Instrumento y demás trámites administrativos para su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela.

**SEPTIMA:** La presente providencia administrativa entrará en vigencia a partir del 06 de junio de 2011.

**RODOLFO MARCO TORRES**
**Presidente**
Decreto N° 8.214 de fecha 16/05/2011, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 39.674 de fecha 16/05/2011, reimpreso en la Gaceta Oficial de la República Bolivariana de Venezuela N° 39.675 de fecha 17/05/2011

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR DE PLANIFICACIÓN Y FINANZAS
FONDO DE PROTECCIÓN SOCIAL DE LOS DEPÓSITOS BANCARIOS
FECHA: 05 DE AGOSTO DE 2011
201° Y 152°
PROVIDENCIA N° 087

El Presidente del Fondo de Protección Social de los Depósitos Bancarios, visto lo acordado por la entonces Superintendencia de Bancos y Otras Instituciones Financieras, actualmente Superintendencia de las Instituciones del Sector Bancario, mediante la Resolución N° 627.09 de fecha 27 de noviembre de 2009, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro. 39.316 de esa misma fecha, mediante la cual se resolvió liquidar al BANCO CANARIAS DE VENEZUELA, BANCO UNIVERSAL, C.A., de conformidad con lo dispuesto en el numeral 2 del artículo 106 del Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial de la Ley de Instituciones del Sector Bancario, en ejercicio de las atribuciones que le confiere el numeral 2 del artículo 113 ejusdem, en concordancia con lo previsto en el artículo 264 del citado texto normativo, resuelve:

1° Revocar la designación del ciudadano LUIS ELOY ZARATE AZUAJE, venezolano, mayor de edad, titular de la cédula de identidad N° 6.289.355, como integrante de la Junta Coordinadora del Proceso de Liquidación del BANCO CANARIAS DE VENEZUELA, BANCO UNIVERSAL C.A., designado mediante la Providencia emanada de este Instituto distinguida con el N° 026 del 21 de abril de 2010, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 39.412 de fecha 28 de abril de 2010, y designar al ciudadano JOSÉ FELIX RODRIGUEZ CALLES, venezolano, mayor de edad, titular de la cédula de identidad N° 5.525.357 como integrante de la referida Junta Coordinadora del Proceso de Liquidación.

2° En consecuencia, la Junta Coordinadora del Proceso de Liquidación del BANCO CANARIAS DE VENEZUELA, BANCO UNIVERSAL C.A. queda integrada por las ciudadanas LUCINDA XIOMARA DAVILA DE LA TORRE y MIRIAM JOSEFINA CEDEÑO DE CARRIÓN, venezolanas, mayores de edad, en ese mismo orden, titulares de las cédulas de identidad Nros. 4.252.184 y 4.271.569; y por el ciudadano JOSÉ FÉLIX RODRÍGUEZ CALLES, venezolano, mayor de edad, titular de la cédula de identidad N° 5.525.357.

EL PRESIDENTE

DAVID ALASTRE
Decreto N° 7.229 del 09-02-2010
Gaceta Oficial N° 39.364 del 09-02-2010

# MINISTERIO DEL PODER POPULAR PARA EL COMERCIO

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA EL COMERCIO
INSTITUTO PARA LA DEFENSA DE LAS PERSONAS EN EL ACCESO A LOS BIENES Y SERVICIOS (INDEPABIS)
DESPACHO DEL PRESIDENTE
200°, 152° Y 12°

PROVIDENCIA ADMINISTRATIVA N° 085

Caracas, 12 de agosto 2011

El Presidente del Instituto para la Defensa de las Personas en el Acceso a los Bienes y Servicios (INDEPABIS) AUGUSTO MONTIEL, titular de la Cédula de Identidad N° 5.209.226, designado mediante Decreto N° 8.061, publicado en Gaceta Oficial de la República de Venezuela N° 39.618 de fecha 17 de febrero de 2011, y en uso de las atribuciones conferidas en el artículo Primero de la Resolución DM/N° 22 del 11 de marzo de 2011, publicada en Gaceta Oficial de la República Bolivariana de Venezuela N° 39.633 de fecha 14 de marzo de 2011, y de conformidad con lo establecido en el artículo 17 de la Ley Orgánica de Procedimientos Administrativos, así acuerda:

RESUELVE

<u>PRIMERO</u>: Designar a partir de su publicación en Gaceta Oficial al ciudadano **ARQUIMEDES ANTONIO BARRIOS**, titular de la cédula de identidad N° V- 8.244.212, en el cargo de **COORDINADOR REGIONAL (E)**, adscrito a la Oficina Regional **INDEPABIS-ANZOATEGUI**, dependiente de la Oficina de Coordinación Regional, con las siguientes responsabilidades:

- Disminuir los índices de especulación e ilícitos económicos en las cadenas de producción, distribución y comercialización para el acceso de las personas a los bienes y servicios, a través de la articulación coordinadas con las múltiples expresiones comunitarias y/o organizaciones sociales, en concordancia a lo establecido en el Proyecto Nacional Simón Bolívar.
- Generación de información y formación, para fortalecer la organización social y del poder popular en la defensa de las personas al acceso de bienes y servicios, en aras de consolidar la contraloría social.
- Garantizar el funcionamiento optimo del sistema productivo, a través de las empresas con medidas de ocupación , respondiendo primordialmente a las necesidades humanas, generando nuevas formas que permitan el cambio a un modelo productivo socialista.
- Cumplir con todas las disposiciones programáticas de los principios constitucionales que describen los derechos económicos del pueblo venezolano en particular el artículo 114 de la Constitución de la República Bolivariana de Venezuela refiriendo a la necesidad de sancionar severamente los ilícitos y delitos económicos como la especulación, acaparamiento, la usura, la estafa, el fraude, la cartelización y otros delitos conexos.

- Garantizar el derecho a disponer de bienes y servicio de calidad a toda la población venezolana, así como a una información adecuada y no engañosa, así como los procedimientos de defensa de los usuarios, y el resarcimiento de los daños ocasionados; según lo establecido en el artículo 117 de la CRBV. Todo ello con el objeto de generar y fortalecer un régimen socio económico donde promuevan fuentes de trabajo con alto valor agregado nacional, elevando el nivel de vida de la población venezolana, fortaleciendo la soberanía económica del país, garantizando la seguridad jurídica, solidez, dinamismo, sustentabilidad, permanencia, y equidad del crecimiento de la economía tal como se expresa en el artículo 299 de la CRBV

<u>SEGUNDO</u>: Notifíquese al precitado ciudadano **ARQUIMEDES ANTONIO BARRIOS**, titular de la cédula de identidad N° V- **8.244.212**, **COORDINADOR REGIONAL (E)** de la Oficina





Ministerio del Poder Popular
Relaciones Interiores y Justicia

SAREN
SERVICIO AUTÓNOMO
DE REGISTROS
Y NOTARÍAS
Ministerio del Poder Popular para
RELACIONES INTERIORES Y JUSTICIA

# REPÚBLICA BOLIVARIANA DE VENEZUELA

## MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES Y JUSTICIA

## Servicio Autónomo de Registros y Notarías (SAREN)

*Registro Público*
*del Municipio Chacao del Estado Bolivariano de Miranda*

# DOCUMENTO OTORGADOS

*Número:* 43

*Tomo:* 34

*Protocolo:* 1°

*De fecha:* 23 de Agosto 2011





MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES Y JUSTICIA.
REPÚBLICA BOLIVARIANA DE VENEZUELA.
SERVICIO AUTÓNOMO DE REGISTROS Y NOTARIAS.

Fecha de Emisión: 22/08/2011 201° y 152°

Número de Trámite: 240.2011.3.4219P

La PUB desde su emisión tiene una vigencia de treinta(30) días continuos para ser cancelada; una vez efectuada la cancelación respectiva, tiene una vigencia de sesenta (60) días no prorrogables para presentar el documento. Agotados dichos lapsos la PUB es nula y deberá emitirse una nueva PUB para realizar el trámite, debiendo cancelarse nuevamente el monto correspondiente.

## PLANILLA ÚNICA BANCARIA

Número Planilla: 24000036456

Tipo de Acto: Poder y Revocatoria de Poder

2011 3 1267

Número Control: 052-3737-3762 (2)

| Nombre y Apellido del Solicitante: ALFREDO JOSE ROJAS MORA | Forma de Pago | Nro. Cheque/Aprobación | Monto (BsF) |
|---|---|---|---|
| CI/RIF/Pasaporte del Solicitante: V-17.219.780 | Monto Efectivo | | |
| Nombre y Apellido del Depositante | Cheque Gerencial/ del mismo Banco | | |
| CI/RIF/Pasaporte del Depositante | Punto de Venta | | |
| Firma del Depositante | Pago por Internet | | |
| MONTO EN LETRAS: CERO BOLIVARES CON CERO CÉNTIMOS | | MONTO TOTAL | 0,00 |

## SOLO PARA USO DEL SAREN

| | FUNCIONARIO EMISOR | FUNCIONARIO RECEPTOR | FUNCIONARIO REVISOR | REGISTRADOR/NOTARIO |
|---|---|---|---|---|
| Nombre(s) y Apellidos | Yeimy Parra | | Fatima Andara | |
| Cédula de Identidad | 14626150 | GILDA FIGUEIRA | V - 13.897.746 ABOGADO | Dra. BLANCA M. MENDOZA M. |
| Cargo | | CI: 14.521.498 ESCRIBIENTE | | C.I. 13.407.511 REGISTRADORA |
| Fecha | 22-8-2011 | 22/08/11 | 23/8/11 | 23/08/2011 |
| Firma | [firma] | [firma] | [firma] | [firma] |

Sello de la Oficina

Bancos Recaudadores

0003 - Banco Industrial de Venezuela
0175 - Banco Bicentenario
0102 - Banco de Venezuela
0108 - Banco Provincial
0163 - Banco del Tesoro

Sello y Firma del Banco



Fecha Emisión: 08/08/2011 | 10:28 a.m. | 200° y 152°

La PUB desde su emisión tiene una vigencia de treinta (30) dias continuos para ser cancelada, una vez realizada la cancelación respectiva, tiene una vigencia de sesenta (60) dias no prorrogables para presentar el documento. Agotados dichos lapsos la PUB es nula y deberé emitirse una nueva PUB para realizar el trámite, debiendo cancelar nuevamente el monto correspondiente.

Republica Bolivariana de Venezuela
Ministerio del Poder Popular para Relaciones Interiores y Justicia
Servicio Autonomo de Registros y Notarías

Notaría PublicaCuarta Municipio Libertador

## PLANILLA ÚNICA BANCARIA

Número Planilla: 01108082011 000202055

Nro. Tomo: _____ F.Otorgamiento: __/__/__

587 CS01587-00002273 12/08/2011 15:12:23 0739
PLN: 01108082011 CSF: 48800000000
Efec: 380.00 CHQ. Bco.: 0.00 CHQ. Otro Bco.: 0.00
Total: 380.00 CSS
BCO 0175-587 CSS
NTR 02273 FEC 12-08-2011 HRM 15:12
MRS 380.00 MRC 0.00 MRT 380.00

| Tipo de Acto: | Monto Bs. |
|---|---|
| AUTENTICACION | 76,00 |
| TRASLADO | 228,00 |
| TRANSPORTE | 76,00 |

Nombre y Apellido Solicitante
FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS

Número Control: 488-0000-0000

C.I./RIF/Pasaporte Solicitante
G-20003241 3

Nombres y Apellidos Depositante
Merelyn Salazar

C.I./RIF/Pasaporte Depositante
06431246

Firma del Solicitante

Monto en Letras
TRESCIENTOS OCHENTA

| Forma de Pago | N° Cheque/Aprobacion | Monto Bs. |
|---|---|---|
| Monto Efectivo | | |
| Cheque Gerencia del mismo Banco | | |
| Punto de Venta | | |
| Pago por Internet | | |
| | MONTO TOTAL | 380,00 |

## SOLO PARA USO DEL SAREN

| FUNCIONARIO EMISOR | FUNCIONARIO RECEPTOR | FUNCIONARIO REVISOR | REGISTRADOR/NOTARIO |
|---|---|---|---|
| Belkis Barrera | 19 AGO 2011 | Betty C. Martinez B. | Betty C. Martinez B. |
| V-11632084 | BELKIS BARRERA V-11632.084 JEFE DE ARCHIVO II | V-5330499 | V-5330499 |
| Jefe de Archivo II | | Jefe de Servicio | Notaria (E) |
| 08 AGO 2011 | | 19 AGO 2011 | 19/08/2011 |

REPUBLICA BOLIVARIANA DE VENEZUELA NOTARIO CUARTO NOTARIA PUBLICA CUARTA DEL MUNICIPIO LIBERTADOR DEL DISTRITO CAPITAL

Sello de la Oficina

BANCOS RECAUDADORES

0003 - Banco Industrial de Venezuela
0007 - Banco Bicentenario
0102 - Banco de Venezuela
0163 - Banco del Tesoro
0108 - Banco Provincial

Sello y Firma del Banco

BancoBicentenario Banco Universal
12 AGO. 2011
Caja No. 1
Agencia Pto. de Serv. Banco del Pueblo

REPUBLICA BOLIVARIANA DE VENEZUELA
Ministerio del Poder Popular para Relaciones Interiores y Justicia
Servicio Autonomo de Registros y Notarias (SAREN)
Registro Publico del Municipio Chacao del Estado Miranda

Anzoria Díaz Medina
Inpreabogado N° 109.201

MINISTERIO DEL INTERIOR Y JUSTICIA
NOTARIA PUBLICA CUARTA
DEL MUNICIPIO LIBERTADOR
DEL DISTRITO CAPITAL
PROHIBICION
N° 36
Tomo 141

Yo, **DAVID ALASTRE**, venezolano, mayor de edad, titular de la cédula de identidad Nº **6.670.938**, de este domicilio, procediendo con el carácter de Presidente y Representante Legal del **FONDO DE PROTECCIÓN SOCIAL DE LOS DEPÓSITOS BANCARIOS**, Instituto Autónomo creado mediante Decreto Ejecutivo N° 540, de fecha 20 de marzo de 1985, publicado en la Gaceta Oficial de la República de Venezuela N° 33.190, de fecha 22 de marzo de 1985, regido por el Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial de la Ley de Instituciones del Sector Bancario, N° 8.079, de fecha 01 de marzo de 2011, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 39.627, de fecha 2 de marzo de 2011, carácter éste que consta en el Decreto Presidencial N° 7.229, de fecha 09 de febrero de 2010, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 39.364, de fecha 09 de febrero de 2010, en ejercicio de la atribución prevista en el numeral 1° del artículo 113 del Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial de la Ley de Instituciones del Sector Bancario, actuando en este acto como ente liquidador, de conformidad con lo establecido en el numeral 2 del artículo 106 ejusdem; del **BANCO CANARIAS DE VENEZUELA, BANCO UNIVERSAL, C.A.**, antes denominado LA MARGARITA, ENTIDAD DE AHORRO Y PRÉSTAMO, C.A., sociedad mercantil anteriormente domiciliada en la ciudad de Porlamar, Municipio Autónomo Mariño del Estado Nueva Esparta, actualmente domiciliada en la ciudad de Caracas, constituida por Acta inscrita en la Oficina de Registro Público del Municipio Autónomo Mariño del Estado Nueva Esparta, en fecha 28 de noviembre de 1966, bajo el número 73, Folios 126 al 129, Protocolo Primero, Tomo Segundo, sucesor a título universal del patrimonio de la sociedad mercantil Banco Canarias de Venezuela, C.A., la cual fue absorbida por fusión, y cuya última reforma de Estatutos Sociales fue la realizada mediante Asamblea General

CONSULTORIA JURIDICA

UD= 23-8-2011
hora: 9:10 am
Maria Rodriguez

COMPROBANTES
REVISIÓN 23/8/11
PROHIBICIONES
23-08-2011



Extraordinaria de Accionistas celebrada el 22 de septiembre de 2004, inscrita por ante el Registro Mercantil V de la Circunscripción Judicial del Distrito Capital y Estado Miranda, en fecha 6 de febrero de 2006 anotado bajo el número 69, Tomo 1258 A; sociedad mercantil en liquidación de acuerdo a la Resolución de la Superintendencia de Bancos y Otras Instituciones Financieras (hoy Superintendencia de las Instituciones del Sector Bancario) N° 627.09, de fecha 27 de noviembre de 2009, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 39.316, de fecha 27 de noviembre de 2009; en lo adelante denominada **"EL BANCO"** por medio del presente documento declaro: Confiero Poder Especial pero amplio, bastante y suficiente cuanto en derecho se requiere, a los ciudadanos **LUCINDA XIOMARA DÁVILA DE LA TORRE, MIRIAM JOSEFINA CEDEÑO DE CARRIÓN** y **JOSÉ FÉLIX RODRÍGUEZ CALLES**, venezolanos, mayores de edad, titulares de las cédulas de identidad Nos. **4.252.184**, **4.271.569**, y **5.525.357**, respectivamente, miembros de la Junta Coordinadora del Proceso de Liquidación de **"EL BANCO"**, según consta de Providencia emanada del **FONDO DE PROTECCIÓN SOCIAL DE LOS DEPÓSITOS BANCARIOS** distinguida con el N° 087 de fecha 05 de agosto de 2011, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 39.734 de fecha 12 de agosto de 2011, para que con la firma conjunta de al menos dos (2) de ellos, otorguen: finiquitos, liberaciones de garantías hipotecarias, prendarias y en general otras de cualquier índole, recibir cantidades de dinero adeudadas, para recibir en pago bienes muebles e inmuebles, para el refinanciamiento o reestructuración de deudas, para la adquisición de equipos y contratación de servicios, otorgar documentos de compra - venta en los casos de arrendamiento financiero, para la contratación de personal, el otorgamiento de cualquier tipo de documento de enajenación de bienes propiedad de **"EL BANCO"**; y para la transferencia de bienes o activos en propiedad al **FONDO DE PROTECCIÓN SOCIAL DE LOS DEPÓSITOS BANCARIOS.** Igualmente los apoderados quedan facultados para que con la firma conjunta de al menos dos (2) de ellos, celebren transacciones extrajudiciales y judiciales, previa autorización por escrito



del Presidente del **FONDO DE PROTECCIÓN SOCIAL DE LOS DEPÓSITOS BANCARIOS**, abrir y/o movilizar cuentas en Instituciones Financieras Nacionales y Extranjeras, así como otorgar cualesquiera otros documentos que en los límites de este poder se requieran para su ejercicio. Por otra parte, quedan expresamente facultados los prenombrados mandatarios, para que con la firma conjunta de al menos dos (2) de ellos, otorguen y revoquen Poderes Judiciales para la representación de **"EL BANCO"**, en todos los asuntos, juicios o procesos judiciales o procedimientos administrativos que puedan ocurrirle o intervenir, tanto contenciosos como de jurisdicción voluntaria, bien sean dichos asuntos civiles, mercantiles, laborales, administrativos, tributarios y de cualquier otra materia, por ante cualquier Tribunal de la República, ordinario o especial, sea como demandante o como demandada o ante cualquier autoridad administrativa. Con el otorgamiento del presente documento, se Revoca el Poder conferido a los ciudadanos **LUIS ELOY ZÁRATE AZUAJE, LUCINDA XIOMARA DÁVILA DE LA TORRE** y **MIRIAM JOSEFINA CEDEÑO DE CARRIÓN**, venezolanos, mayores de edad, titulares de las cédulas de identidad Nos. **6.289.355**, **4.252.184** y **4.271.569** respectivamente, ante la Notaría Pública Cuarta del Municipio Libertador del Distrito Capital, en fecha 19 de mayo de 2010, bajo el N° 53, Tomo 62 de los Libros de Autenticaciones llevados por esa Oficina Notarial, y debidamente protocolizado en la Oficina de Registro Público del Municipio Chacao, en fecha 24 de mayo de 2010, bajo el N° 7, Tomo 16, Protocolo de Transcripción. Se participa al ciudadano Notario Público y al ciudadano Registrador, que de conformidad con lo previsto en el artículo 105 del Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial de la Ley de Instituciones del Sector Bancario, el **FONDO DE PROTECCIÓN SOCIAL DE LOS DEPÓSITOS BANCARIOS**, goza de los privilegios, prerrogativas y exenciones de orden fiscal, tributario y

CONSULTORIA JURIDICA



procesal que la Ley otorga a la República, asimismo, se encuentra
exento de la presentación de los recaudos a que se refiere el artículo
137 ejusdem. Igualmente, se participa que el abogado redactor del
presente documento, no percibió honorarios profesionales por concepto
de la referida redacción. En Caracas, a la fecha de su autenticación.



REPUBLICA BOLIVARIANA DE VENEZUELA
NOTARIO ENCARGADA DRA. CARMEN DE ABREU CAIRES
NOTARIA PÚBLICA CUARTA MUNICIPIO LIBERTADOR
DISTRITO CAPITAL

Caracos, Diecinueve (19) de Agosto de Dos Mil Once (2011). 201° y 152°. El Anterior documento redactado por el Abogado ANZORIA DIAZ MEDINA inscrito en el Inpreabogado bajo el No. 109201 fue presentado para su Autenticación y devolución, según Planilla No. 154653 de fecha 19-08-2011. Solo por lo que respecta a la firmas de su Otorgante quién bajo juramento legal dijo llamarse: DAVID ALASTRE, mayor de edad, de este domicilio, de nacionalidad venezolana, de estado civil soltero y titular de la cédula de identidad No. V-6.670.938. Leídole y confrontado el original con sus fotocopias y firmada éstas y el original en presencia del Notario Público, el Otorgante expuso: "SU CONTENIDO ES CIERTO Y MIA LA FIRMA QUE APARECE AL PIE DEL INSTRUMENTO". El Notario en tal virtud, a solicitud de la parte interesada, da FE PUBLICA del presente documento que contiene el Acto o Negocio Jurídico otorgado en su presencia, y de las copias firmadas en original, que formarán los tomos Principal y Duplicado dejándolo inserto bajo el No. 36, Tomo 141 de los Libros de Autenticaciones llevados por esta Notaria en presencia de los testigos MARIA RAMIREZ y EDINFORD GONZALEZ, venezolanos, mayores de edad, de este domicilio y portadores de las cédulas de identidad Nos. V-4.163.345 y V-12.765.384. El Notario que suscribe hace constar que se dio cumplimiento al Ordinal 2° del Artículo 79 de la Ley de Registro Público y del Notariado e igualmente le ha sido exhibido: Decreto Ejecutivo No. 540 de fecha 20-03-1985, publicado en la Gaceta Oficial de la República de Venezuela No. 33.190 de fecha 22-03-1985, regido por el Decreto con Rango, Valor y Fuerza de Ley Reforma Parcial de la Ley de Instituciones del Sector Bancario No. 8.079, de fecha 01-03-2011, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela No. 39.627 de fecha 02-03-2011; Decreto Presidencial No. 7.229 de fecha 09-02-2010, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela No. 39.364 de fecha 09-02-2010, donde consta el carácter que ejerce DAVID ALASTRE, en ejercicio de la atribución prevista en el numeral 1° del artículo 113 del Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial de la Ley de Instituciones del Sector Bancario, actuando el FONDO en este acto como ente liquidador de conformidad con lo establecido en el numeral 2 del artículo 106 ejusdem del BANCO CANARIAS DE VENEZUELA BANCO UNIVERSAL, C.A., sociedad mercantil en liquidación de acuerdo a la Resolución de la Superintendencia< de Bancos y Otras Instituciones Financieras (hoy Superintendencia de las Instituciones del Sector Bancario ) No. 627.09 de fecha 27-11-2009, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela No. 39.316 de fecha 27-11-2009. Para este acto la Notaría se constituyó en la sede de FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS.

EL NOTARIO PÚBLICO

Carmen De Abreu Caires
Notaria Encargada
Notaría Pública 4ta. del Municipio
Libertador del Distrito Capital

EL OTORGANTE

DAVID ALASTRE

LOS TESTIGOS,

MARIA RAMIREZ

EDINFORD GONZALEZ
Realizado por MARIA RAMIREZ
Otorgado por ____

Poder
Fe de Poder.












## REPÚBLICA BOLIVARIANA DE VENEZUELA

*** MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES Y JUSTICIA ***

*** SERVICIO AUTÓNOMO DE REGISTROS Y NOTARIAS ***

REGISTRO PÚBLICO DEL MUNICIPIO CHACAO DEL ESTADO MIRANDA

Veintitrés (23) de Agosto del dos mil once (2011)

201° y 152°

El anterior documento fue redactado por la Abg. **ANZORIA YEZELLE DIAZ MEDINA** inscrita en el Inpreabogado **No. 109201;** identificado con el Número **240.2011.3.1267**, de fecha **22/08/2011**. Presentado para su registro por **ALFREDO JOSE ROJAS MORA, CÉDULA Nº V-17.219.780**. Fue leído y confrontado con sus copias en los protocolos y firmados en estos y en el presente original por su presentante ante mí y los testigos **EMILIO MARIO PARADISO DI MARCO** y **CRISTINA JOSEFINA GONZALEZ SUNIAGA** con **CÉDULA Nº V-11.993.996** y **CÉDULA Nº V-8.477.038**. La Revisión Legal fue realizada por la **Abg. FATIMA ANDREINA ANDARA BRICEÑO,** con **CÉDULA Nº V-13.897.746** funcionaria de esta Oficina de Registro. La Revisión de Prohibiciones fue realizada por **MARIA DEL CARMEN ALEMAN RODRIGUEZ,** con **CÉDULA Nº V-5.113.738.** La identificación del Presentante fue efectuada así: **ALFREDO JOSE ROJAS MORA,** nacionalidad **VENEZOLANA,** estado civil **SOLTERO, CÉDULA Nº V-17.219.780**. Los Recaudos DOCUMENTO DE IDENTIDAD y OFICIO(S) agregados al Cuaderno de Comprobantes bajo los números 18392 y 18393 y folios 45310-45310 y 45311-45311 respectivamente. **Este documento quedó inscrito bajo el Número 43 folio 344 del Tomo 34 del Protocolo de Transcripción del presente año. Este documento quedó otorgado en esta oficina a las 11:11 a.m.**

El Presentante:

Los Testigos:

Emilio Paradiso

Cristina Gonzalez

Otorgado por el funcionario.

Emilio Paradiso

República Bolivariana de Venezuela
Ministerio del Poder Popular para Relaciones Interiores y Justicia
Servicio Autónomo de Registros y Notarías (SAREN)
Registro Público del Municipio Chacao del Estado Miranda

Dra. BLANCA M. MENDOZA M.
REGISTRADORA

ELABORADO POR: CRISTINA JOSEFINA GONZALEZ SUNIAGA









**REPUBLICA BOLIVARIANA DE VENEZUELA**
**NOTARIO ENCARGADA DRA. CARMEN DE ABREU CAIRES**
**NOTARIA PÚBLICA CUARTA MUNICIPIO LIBERTADOR**
**DISTRITO CAPITAL**

---

Caracas, DIECISEIS (16) de JULIO de Dos Mil Doce. (2012). 202° y 153°. Planilla No. 164206 de Fecha 13-07-2012. Este son los anexos a que hace referencia el documento autenticado por las firmas de sus otorgantes: LUCINDA XIOMARA DAVILA DE LA TORRE, MIRIAM CEDEÑO DE CARRION y JOSE FELIX RODRIGUEZ CALLES, inserto bajo el No. 06, tomo 97 de los Libros de Autenticaciones llevados por esta Notaría Pública.

EL NOTARIO PÚBLICO,

Carmen De Abreu Caires
Notaria Encargada
Notaria Pública 4ta. del Municipio
Libertador del Distrito Capital

LOS OTORGANTES,

LUCINDA XIOMARA DAVILA DE LA TORRE

MIRIAM CEDEÑO DE CARRION

JOSE FELIX RODRIGUEZ CALLES

REPÚBLICA
Sec.
REGISTRO
DEL DISTRITO

Sec.
DEL

REPÚBLICA BOLIV

*REPUBLICA BOLIVARIANA DE VENEZUELA*
*MINISTERIO DEL PODER POPULAR*
*PARA RELACIONES INTERIORES Y JUSTICIA*
*SERVICIO AUTONOMO DE REGISTROS Y NOTARIAS*
*REGISTRO PRINCIPAL DEL DISTRITO CAPITAL*
*DEPARTAMENTO DE LEGALIZACIONES*

*Quien suscribe, **DR. MAURO PEREZ FLORES.** Registrador Principal del Distrito Capital. Hace constar; para dar cumplimiento al Art. **65** de la Ley de Registro Público y del Notariado se legaliza la firma de el (la) ciudadano (a): **CARMEN DE ABREU CAIRES.** Quien para la fecha que suscribe es: **NOTARIO PUBLICO CUARTO DEL MUNICIPIO LIBERTADOR DEL DISTRITO CAPITAL.** La presente legalización no prejuzga acerca de ningún otro extremo de fondo ni de forma. Se expide a solicitud de oficio 3256 de fecha 30 de Julio del 2012, solicitud de Planilla Nº 0467 Emanado DE LA JUNTA LIQUIDADORA DEL BANCO CANARIAS. Presente documento fue elaborado por la Funcionaria. Enny Rodríguez. Caracas, a los Treinta (30) días del mes de Julio del 2012.*

*DR. MAURO PEREZ FLORES*
*REGISTRADOR PRINCIPAL DEL*
*DTTO. CAPITAL*

*Enny Rodriguez.*
*Funcionaria Autorizada*

(SAREN)

REPÚBLICA BOLIVARIANA DE VENEZUELA
SAREN
Sec.
(213)
REGISTRO PRINCIPAL DEL DISTRITO CAPITAL

(SAREN)

## REPÚBLICA BOLIVARIANA DE VENEZUELA

***MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES Y JUSTICIA***

## SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS

Se legaliza la firma que antecede del(la) ciudadano(a)

**MAURO JOSE PEREZ FLORES**

quien es como se titula, **Registrador Principal de Distrito Capital**

Se advierte que la presente legalización no prejuzga acerca de ningún otro extremo de fondo ni de forma.

Caracas, 31 de Julio del 2012

202° y 153°

Por el Ministro,

**THAER HASAN ABDILHADI**
DIRECTOR GENERAL DEL SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS

Resolucion Nro. 03 de fecha 10/01/2011, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro. 39.590 de fecha 10/01/2011.

*Documento firmado electrónicamente con el mismo valor probatorio que la ley otorga a los documentos escritos, según artículo 4º de la Ley de Mensajes de Datos y Firmas Electrónicas.*

REPUBLICA BOLIVARIA
MINISTERIO DEL PO
PARA RELACIONE
DEPARTAMENTO

REPUBLICA BOLIVAR
MINISTERIO DEL PO
PARA RELACIONES
DEPARTAMENTO D

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para Relaciones Exteriores

Fecha Impresión: 03/08/2012
Hora Impresión : 09:05:44

000000028710

No. 00028241

No. 00028241 Sello No. 00066845

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES
OFICINA DE RELACIONES CONSULARES

APOSTILLE

Convention de La Haye du 5 Octubre 1961

1.- País *VENEZUELA*
El presente documento público:
2.- Ha sido suscrito por:
*THAER HASAN ABDILHADI*
3.- Actuando en su calidad de:
*DIRECTOR GENERAL DEL SAREN*
4.- Llevando el sello/timbre de:
*M.P.P PARA LAS RELACIONES INTERIORES Y JUSTICIA*

Certificado

5.- En Caracas: *03-08-2012.*
6.- Por el Ministro:
*José Alexis Sosa Rodríguez*
Coordinador de Asuntos Especiales
G.O.: 39.097 del 13/11/2009 Rs. DM Nº 00036.
7.- No. *00066845*
8.- Sello/Timbre
9.- Firma.

*000000077999*

**TIPO DE ACTUACIÓN:** *DOCUMENTO INHERENTE AL REGISTRO CIVIL*

*MPPRE-C45B937599401A0B5569DD5728DADA83*

**La autenticidad de este documento puede ser verificada en la siguiente página: http://www.mppre.gob.ve**