

I, Elsa Casanova Alzuru, Venezuelan Identification Card No. 3,185,660, the undersigned

Certified Interpreter/Translator of the Bolivarian Republic of Venezuela in English, have

been named so in the Official Gazette No. 29,829 dated June 13, 1972. The Title was

registered at the Principal Public Registry of the Federal District under the number 124,

page 204,470 of the Sole Principal Registry of the Main Protocol, Volume 3 and recorded

at the First Civil Court of First Instance of this city on July 3, 1972. I hereby certify that

the document enclosed has been brought before me for its translation into English and it

reads:--------------------------------------------------------------------------------------------

BANCO CANARIAS

(In process of liquidation)

Fourth Notary Public's Office of the Libertador Municipality, Capital District.


We, **LUCINDA XIOMARA DAVILA DE LA TORRE, MIRIAM CEDEÑO DE
CARRION and JOSÉ FÉLIX RODRÍGUEZ CALLES,** all Venezuelans of age and of

this domicile, bearers of the Identification Cards Nos. V-4,252,184, V-4,271,569 and V-

5.525.357, respectively, herein acting as Members of the Board of Coordinators of the

Liquidation Process of Banco Canarias de Venezuela Banco Universal C.A. (Bank in the

process of liquidation), formerly identified as LA MARGARITA ENTIDAD DE

AHORRO Y PRESTAMO, C.A., a Company previously domiciled in the city of Porlamar,

Mariño Municipality of Nueva Esparta State, currently domiciled in the city of Caracas

(incorporated through document registered at the Principal Office of Public Registry of the

Mariño Municipality of Nueva Esparta State on November 28, 1966, under the No. 73,

Pages 126 to 129, First Protocol, Volume II, universal successor of shareholders' equity of



the company Banco Canarias de Venezuela, C.A., which was absorbed through merger and

whose last Bylaws reform was made by way of a Special Shareholders' Meeting held on

September 22, 2004 and recorded at the Mercantile Registry V of the Judicial District of

the Capital District and Miranda State on February 6, 2006 under the No. 69, Volume

1,258-A and registered in the Tax Registry (RIF) under No. J-08003532-1). The

administrative liquidation of this company was agreed through Resolution No. 627.09

dated November 27, 2009, published in Official Gazette of the Bolivarian Republic of

Venezuela No. 39,316 of the same date and issued by the Superintendency of Banks and

other Financial Institutions-SUDEBAN (currently the Superintendency of Banking Sector

Institutions). Our appointments appear in Official Documents Nos. 028 and 087 dated

April 29, 2010 and August 5, 2011 and published in Official Gazettes of the Bolivarian

Republic of Venezuela Nos. 39,423 and 39, 734, dated May 13, 2010 and August 12, 2011,

respectively, issued by the Fondo de Protección de los Depósitos Bancarios and in the

exercise of the functions conferred by the Special Power of Attorney granted by the

President and Legal Representative of the Fondo de Protección de los Depósitos Bancarios

(Autonomous Institution created through Executive Decree No. 540, dated March 20,

1985, published in Official Gazette of the Republic of Venezuela No. 33,190, dated March

22, 1985 and currently ruled by Decree Law Reform of the Law on Banking Sector

Institutions No. 8,079, dated March 1, 2011, published in Official Gazette of the Bolivarian

Republic of Venezuela No. 39,627, dated March 2, 2011, as Liquidator of this Financial

Institution (in accordance with Article 106, Number 2 and Article 264 of said Decree Law

Reform of the Law on Banking Sector Institutions) by Power of Attorney granted by the

the President and Legal Representative of the Fondo de Protección de los Depósitos



Bancarios (through the power invested in them by way of Article 113, Number 1 of said

text) and registered before the Office of Public Registry of the Chacao Municipality,

Miranda State, on August 23, 2011 and recorded under No. 43, page 34 of the Transcripts

Protocol for the year 2011, hereby request that you certify the enclosed documents which

are detailed below:

1.   Identification cards and passports of each one of the representatives.

2.   Resolution No. 627-09 dated November 27, 2009, published in Official Gazette of the

     Bolivarian Republic of Venezuela No. 39,316 of the same date.

3.   Official Documents Nos. 028 and 087, dated April 29, 2010 and August 5, 2011,

     respectively, published in Official Gazettes of the Bolivarian Republic of Venezuela

     Nos. 39,423 and 39,734, dated May 13, 2010 and August 12, 2011, respectively.

4.   Power of Attorney registered before the Office of Public Registry of the Chacao

     Municipality of Miranda State on August 23, 2011, under the number 43, Page 344,

     Volume 34 of the Transcripts Protocol for the year 2011,



With nothing more to refer to, we remain,

Sincerely yours,

LUCINDA XIOMARA DAVILA DE LA TORRE, MIRIAM CEDEÑO DE

CARRION and JOSÉ FÉLIX RODRÍGUEZ CALLES.

---

Bolivarian Republic of Venezuela. Fourth Notary Public's Office of the Libertador Municipality of the Capital District. Carmen De Abreu Caires, Acting Notary Public. Caracas, July 16, 2012. The foregoing document made by Gladys Rondon Sulbaran, Lawyers' Association No. 43,098 was presented for authentication through form No. 164206 dated 7/13/2012. The signing party said to be LUCINDA XIOMARA DAVILA DE LA TORRE, MIRIAM CEDEÑO DE CARRION and JOSÉ FÉLIX RODRÍGUEZ CALLES, Identification Cards Nos. V-4,252,184, V-4,271,569 and V-5.525.357, respectively, all of age and domiciled in Caracas; the first and third are single and the second is married. After reading the document, comparing the copies with the original and signing them in the presence of the Notary Public, the signing parties expressed that the content is true and theirs the signatures that appear thereon. In view of the above, the Notary Public declares the documents authenticated and to be recorded in the Principal and Duplicate Volume and recorded under No. 6, Volume 97 of the Book of Authentications kept by this Notary Public's Office. Witnesses to this act were Maria Ramirez and Edinford Gonzalez, Venezuelans of age and of this domicile, bearers of the Identification Cards Nos. V-4,163,345 and V-12,765,384, respectively. As required by Article 79 of the Law on Public Registries and Notary Public's Offices, the Notary Public leaves record of having



complied with this obligation and testifies that she has beheld: the identification card and

passports of the signing party (copies attached); Resolution No. 627.09 dated 11/27/2009,

published published in Official Gazette of the Bolivarian Republic of Venezuela No.

39,316 of the same date, which contains the administrative liquidation of Banco Canarias

de Venezuela Banco Universal C.A.; the appointment of LUCINDA XIOMARA DAVILA

DE LA TORRE, MIRIAM CEDEÑO DE CARRION and JOSÉ FÉLIX RODRÍGUEZ

CALLES through Official Documents Nos. 028 and 087 dated April 29, 2010 and August

5, 2011 and published in Official Gazettes of the Bolivarian Republic of Venezuela Nos.

39,423 and 39, 734, dated May 13, 2010 and August 12, 2011, respectively, and

Corresponding Powers of Attorneys, which were registered before the Office of Public

Registry of the Chacao Municipality, Miranda State, on August 23, 2011 and recorded

under No. 43, page 34 of the Transcripts Protocol for the year 2011. The Notary act was

performed at the office of Banco Canarias de Venezuela Banco Universal C.A.

There follow the illegible signatures of: the Acting Notary Public, Carmen De Abreu; the

signing parties LUCINDA XIOMARA DAVILA DE LA TORRE, MIRIAM CEDEÑO DE

CARRION and JOSÉ FÉLIX RODRÍGUEZ CALLES and the witnesses.

---

## VENEZUELAN IDENTIFICATION CARD
### V   4,252,184

Last Names: DAVILA DE LA TORRE

First Names: LUCINDA XIOMARA

Signature: (Illegible)

Date of Birth: 11/07/56

Marital Status: Single



Date of issue: 10/4/10

Expires: October 2020

This document is signed by Dante Rivas, Director

## VENEZUELAN IDENTIFICATION CARD
### V  4,271,569

Last Names: CEDEÑO DE CARRION

First Names: MIRIAM JOSEFINA

Signature: (Illegible)

Date of Birth: 04/09/50

Marital Status: Married

Date of issue: 06/26/04

Expires: June 2014

This document is signed by Hugo Cabezas, Director

## VENEZUELAN IDENTIFICATION CARD
### V  5,525,357

Last Names: JOSÉ FÉLIX

First Names: RODRÍGUEZ CALLES

Signature: (Illegible)

Date of Birth: 08/04/59

Marital Status: Single

Date of issue: 09/24/10

Expires: September 2020

This document is signed by Dante Rivas, Director



## BOLIVARIAN REPUBLIC OF VENEZUELA

### PASSPORT

TYPE  P      ISSUING COUNTRY: VENEZUELA        PASSPORT No. 036422108

Last Names: DAVILA DE LA TORRE

First Names: LUCINDA XIOMARA

Nationality: VENEZUELAN                Personal ID No. 4,252,184

Date of birth: 11/07/1956              Sex: F

Date of issue: 07/27/2010             Place of birth: CARACAS, VEN

Expires: 07/26/2015                   Authority: (Illegible)

Signature: (Illegible)

There follow several seals and stamps.

---

## BOLIVARIAN REPUBLIC OF VENEZUELA

### PASSPORT

TYPE  P      ISSUING COUNTRY: VENEZUELA        PASSPORT No. 036877669

Last Names: CEDEÑO DE CARRION

First Names: MIRIAM JOSEFINA

Nationality: VENEZUELAN                Personal ID No. 4,271,569

Date of birth: 04/09/1950              Sex: F

Date of issue: 08/06/2010             Place of birth: CARACAS, VEN

Expires: 08/05/2015                   Authority: (Illegible)

Signature: (Illegible)

There follow several seals and stamps.



## BOLIVARIAN REPUBLIC OF VENEZUELA

### PASSPORT

TYPE  P      ISSUING COUNTRY: VENEZUELA        PASSPORT No. 022863746

Last Names: RODRÍGUEZ CALLES

First Names: JOSÉ FÉLIX

Nationality: VENEZUELAN          Personal ID No. 5,525,357

Date of birth: 08/04/1959        Sex: M

Date of issue: 05/20/2009        Place of birth: CARACAS, VEN

Expires: 05/19/2014              Authority: (Illegible)

Signature: (Illegible)

There follow several seals and stamps.

---

OFFICIAL GAZETTE

OF THE BOLIVARIAN REPUBLIC OF VENEZUELA

Year:  CXXXVII    Month: II    Caracas, Friday November 27, 2009      No.: 39,316

### SUMMARY

.......

Ministry of Popular Power for Economics and Finance

Resolution ordering the liquidation of Banco Canarias de Venezuela Banco Universal C.A.

under the terms therein stated.

........



Ministry of Popular Power for Economics and Finance

RESOLUTION

November 27, 2009                                    Number: 627.09

Whereas Banco Canarias de Venezuela Banco Universal C.A. is a financial institution under the inspection, supervision, surveillance, regulation and control of this Superintendency of Banks and Other Financial Institutions as per Decree Law on the Partial Reform of the General Law on Banks and Other Financial Institutions.

Whereas on November 9, 2009 (through Resolution No. 598.09 published in Official Gazette of the Bolivarian Republic of Venezuela No. 39,310 of the same date, quotes the favorable opinion of Banco Central de Venezuela, issued by its Board on its Meeting No. 4,236 dated November 19, 2009 and that of the Superior Council recorded on Document No. 0012-2009 dated November 19 of this year), this Superintendency of Banks and Other Financial Institutions, in order to preserve the interests of the Republic, the stability of the national financial system and the rights and interests of the small savers, investors, clients and creditors of said Bank and, in accordance with Article 235, numbers 5 and 15, and Article 387 and 392 of the Decree Law on the Partial Reform of the General Law on Banks and Other Financial Institutions hereby resolved to intervene, without closing, the financial intermediation of Banco Canarias de Venezuela Banco Universal C.A.



Whereas the report issued by the Intervention Board designated through Resolution No. 598.09 dated November 19, 2009, Banco Canarias de Venezuela Banco Universal C.A., at the cease of operations on November 27, 2009, presented a mismatch between cashable assets and demand liabilities and, furthermore, taking into consideration total deposits and other financing also presents a significant gap, including certificates of deposits for significant amounts in other intervened banks; all of which has been demonstrated through the constant surveillance of the Superintendency.

Whereas this Superintendency of Banks and Other Financial Institutions, in view of the non-feasibility of operations of Banco Canarias de Venezuela Banco Universal C.A. it considers that there exist technical, financial and legal reasons to apply the liquidation measure to Banco Canarias de Venezuela Banco Universal C.A. provided in Article 397, Number 3, of the Decree Law on the Partial Reform of the General Law on Banks and Other Financial Institutions; hence it considers feasible the liquidation of same.

Whereas in the favorable opinion of Banco Central de Venezuela, issued by its Board of Directors in Meeting No. 4,239 dated November 27, 2009, this Entity submitted to the consideration of the Superior Council, as per Article 255, Number 4 ejusdem and their favorable opinion is stated in Document No. 0013-2009 dated November 27 of the present year.



This Superintendency of Banks and Other Financial Institutions, in order to preserve the interests of the Republic and the stability of the national financial system, in accordance with Article 235, Number 5 and Article 397, Number 3 of the Decree Law on the Partial Reform of the General Law on Banks and Other Financial Institutions;

Therefore resolves

1      Order the liquidation of Banco Canarias de Venezuela Banco Universal C.A.

2      Notify Banco Canarias de Venezuela Banco Universal C.A.

3      Notify Fondo de Garantia de Depósitos y Protección Bancaria so that, acting in accordance with Article 400 and 401 of the Decree Law on the Partial Reform of the General Law on Banks and Other Financial Institutions, it may exercise the functions of the liquidators and establish the norms through which said liquidation will proceed.


It is hereby made known that, in accordance with Articles 451 and 456 of the Decree Law on the Partial Reform of the General Law on Banks and Other Financial Institutions, the party may introduce a Reconsideration Appeal before this Superintendency of Banks and Other Financial Institutions, within ten (10) working days following the publication of this Resolution in the Official Gazette of the Bolivarian Republic of Venezuela, or it may introduce an Appeal for Annulment before any Contentious Administrative Court within forty-five (45) working days following the publication of this Resolution in the Official Gazette of the Bolivarian Republic of Venezuela or the resolve of the Reconsideration Appeal, if it had been introduced, in accordance with Article 452 eiusdem.



Notify and publish,

(Illegible signature)

Edgar Hernandez Behrens

Superintendent

There is also a seal.

---

OFFICIAL GAZETTE

OF THE BOLIVARIAN REPUBLIC OF VENEZUELA

Year: CXXXVII    Month: III    Caracas, Thursday, May 13, 2010    No.: 39,423

SUMMARY

.......

Ministry of Popular Power for Economics and Finance

.........

FOGADE

.....

Official Document revoking the appointments therein indicated and the designation of Lucinda Xiomara Davila de la Torre and Miriam Josefina Cedeño de Carrion as Members of the Coordinating Board of the Liquidation Process.

........

Bolivarian Republic of Venezuela



Ministry of Popular Power for Planning and Finance

April 29, 2010

Official Document No. 028

The President of Fondo de Garantia de Depósitos y Protección Bancaria (FOGADE), in view of the decision of the Superintendency of Banks and Other Financial Institutions, through Resolution No. 627.09 dated November 27, 2009 and published Official Gazette of the Bolivarian Republic of Venezuela No. 39,316 of the same date, to Liquidate **Banco Canarias de Venezuela Banco Universal C.A.** in accordance with Article 281, Number 2, of the General Law on Banks and Other Financial Institutions, in exercise of the powers invested through Article 285, Number 2 ejusdem and Article 346 of said text and in accordance with that agreed on Account 21 dated April 29, 2010, hereby resolves:

1    To revoke the appointments of Lourdes Elena Dona de Castro and Orangel Antonio Godoy Briceño, Identification Cards Nos. 4,578,027 and 6,021,680, respectively, Venezuelans of age, as Members of the Coordinating Board of the Liquidation Process of Banco Canarias de Venezuela Banco Universal C.A., designated the former through Official Document issued by this Institute No. 031 dated November 30, 2009 and published in Official Gazette of the Bolivarian Republic of Venezuela No. 39,317 of the same date and the latter through Official Document issued by this Institute No. 001 dated January 13, 2010 and published in Official Gazette of the Bolivarian Republic of Venezuela No. 39,361 dated February 4, 2010.



2    Designate LUCINDA XIOMARA DAVILA DE LA TORRE and MIRIAM JOSEFINA CEDEÑO DE CARRION, Identification Cards Nos. 4,252,184 and 4,271,569, respectively, Venezuelans of age, as Members of said Coordinating Board of the Liquidation Process.

3    The Coordinating Board of the Liquidation Process of Banco Canarias de Venezuela Banco Universal C.A. (in process of liquidation) is hereby made up of LUCINDA XIOMARA DAVILA DE LA TORRE and MIRIAM JOSEFINA CEDEÑO DE CARRION, Identification Cards Nos. 4,252,184 and 4,271,569, respectively, Venezuelans of age and in that order, and by LUIS ELOY ZARATE AZUAJE, Identification Card No. 6,289,355, a Venezuelan of age.

Signed by the President,

David Lastre and sealed.

---

OFFICIAL GAZETTE

OF THE BOLIVARIAN REPUBLIC OF VENEZUELA

Year: CXXXVIII    Month: XI    Caracas. Friday, August 12, 2012    No.: 39,734

SUMMARY

.......

Ministry of Popular Power for Planning and Finance

........

FOGADE



Official Document revoking the appointment of Luis Eloy Zarate Azuaje as Member of the

Coordinating Board of the Liquidation Process of Banco Canarias de Venezuela Banco

Universal C.A.

........

Bolivarian Republic of Venezuela

Ministry of Popular Power for Planning and Finance

August 6, 2011

Official Document No. 087

The President of Fondo de Garantia de Depósitos y Protección Bancaria, in view of the

decision of the Superintendency of Banks and Other Financial Institutions (currently the

Superintendency of Banking Sector Institutions) through Resolution No. 627.09 dated

November 27, 2009 and published Official Gazette of the Bolivarian Republic of

Venezuela No. 39,316 of the same date, by which it was decided to liquidate **Banco

Canarias de Venezuela Banco Universal C.A.** in accordance with Article 106, Number 2,

of the Decree Law on the Partial Reform of the General Law on Banks and Other Financial

Institutions, in exercise of the powers invested through Article 113, Number 2 ejusdem and

Article 246 of said text hereby resolves:

1        To revoke the appointments of **Luis Eloy Zarate Azuaje**, Identification Card No.

6,289,355, a Venezuelan of age, as Member of the Coordinating Board of the Liquidation

Process of Banco Canarias de Venezuela Banco Universal C.A., designated through



Official Document issued by this Institute No. 026 dated April 21, 2010 and published in Official Gazette of the Bolivarian Republic of Venezuela No. 39,412 dated April 28, 2010 and designate Jose Felix Rodriguez Calles, Identification Card No. 5,525,357, a Venezuelan of age, as Member of the Coordinating Board of the Liquidation Process.

2      Consequently, the Coordinating Board of the Liquidation Process of Banco Canarias de Venezuela Banco Universal C.A. is made up of LUCINDA XIOMARA DAVILA DE LA TORRE and MIRIAM JOSEFINA CEDEÑO DE CARRION, Identification Cards Nos. 4,252,184 and 4,271,569, respectively, Venezuelans of age and in that order, and by JOSE FELIX RODRIGUEZ CALLES, Identification Card No. 5,525,357, a Venezuelan of age.

Signed by the President,

David Lastre and sealed.



Bolivarian Republic of Venezuela.

Ministry of the People's Power for Interior and Justice.

Autonomous Service of Registries and Notary Public's Offices (SAREN)

Public Registry. Chacao Municipality. Miranda State.

Document signed No. 43. Volume 34. Protocol PT. Date: August 23, 2011.

I, David Lastre, Identification Card No. 6,670,938, a Venezuelan of age and of this domicile, acting as President and Legal Representative of the FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS, an Autonomous Institution created through Executive Decree No, 540, dated March 20, 1985, published in the Official Gazette of the Republic of Venezuela No. 33,190, dated March 22, 1985 and ruled by the Decree Law on the Partial Reform of the Law on Banking Sector Institutions No. 8,079, dated March 1, 2011, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 39,627, dated March 2, 2011 ( as per Presidential Decree No. 7,229 dated February 9, 2010, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 39,364, dated February 9, 2010) and acting in accordance with Article 113, No. 1, of the Decree Law on the Partial Reform of the Law on Banking Sector Institutions as Liquidator (as established in Article 106, No. 2, ejusdem) of **BANCO CANARIAS DE VENEZUELA, BANCO UNIVERSAL, C.A.** (formerly known as LA MARGARITA, ENTIDAD DE AHORRO Y PRESTAMO, C.A. a company domiciled in the city of Porlamar, Mariño Municipality, Nueva Esparta State, currently domiciled in Caracas, and incorporated through document registered before the Office of Public Registry of the ,



Mariño Municipality, Nueva Esparta State, on November 28, 1966, under the number 73,

pages 126 to 129, First Protocol, Volume II, universal successor of shareholders' equity of

the company Banco Canarias de Venezuela, C.A., which was absorbed through merger and

whose last Bylaws reform was made by way of a Special Shareholders' Meeting held on

September 22, 2004 and recorded at the Mercantile Registry V of the Judicial District of

the Capital District and Miranda State on February 6, 2006 under the No. 69, Volume

1,258-A; a company in liquidation as per Resolution of the Superintendency of Banks and

Other Financial Institutions (currently the Superintendency of Banking Sector Institutions)

No. 627.09, dated November 27, 2009, published in Official Gazette of the Bolivarian

Republic of Venezuela No. 39,316, dated November 27, 2009) (hereinafter the BANK);

hereby declare: that I confer an ample and sufficient Power of Attorney to LUCINDA

XIOMARA DAVILA DE LA TORRE and MIRIAM JOSEFINA CEDEÑO DE

CARRION and JOSE FELIX RODRIGUEZ CALLES, Identification Cards Nos.

4,252,184, 4,271,569 and 5,525,357, respectively, all Venezuelans of age Member of the

Coordinating Board of the Liquidation Process of the BANK, as shown in the Official

Document issued by the FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS

BANCARIOS No. 087, dated August 5, 2011, published in the Official Gazette of the

Bolivarian Republic of Venezuela No. 39,734, dated August 12, 2011, so that with joint

signature of at least two (2) of them they may sign grant settlements, sign liberations of

mortgage guarantees, collateral and any other of any kind, to receive monies owed, to

receive in payment personal and real property, to refinance o restructure loans, for the

acquisition of equipment and contracting services, sign purchase and sale documents

relating to financial leasing, hiring personnel to grant any type of encumbrance document



of goods property of the BANK and to transfer goods or assets to the property of FONDO

DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS. In the same manner

the representatives are empowered to sign jointly, at least two (2) of them, extrajudicial and

judicial transactions (with the prior written authorization of the President of FONDO DE

PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS, to open and/or operate

accounts in Local and International Financial Institutions, as well as sign any documents

that within the boundaries of the Power of Attorney may be required. Furthermore, these

aforementioned Representatives are empowered to sign, with at least two (2) signatures, the

granting or revoking of Judicial Powers in representation of the BANK in all matters,

lawsuits or judicial or administrative processes that may arise, be they contentious or

voluntary civil, mercantile, labor-related, administrative, tax or any other matter brought

before any Court of the Republic, ordinary or special, as a claimant or as a defendant or

before any administrative authority. With the signing of the present document, the Power of

Attorney (granted before the Fourth Notary Public's Office of the Libertador Municipality

of the Capital District on May 19, 2010, under the number 53, Volume 62 of the Book of

Authentications kept by that Notary Public's Office and duly registered before the Public

Registry of the Chacao Municipality on May 24, 2010, under the Number 7, Volume 16, of

the Transcript Protocol) conferred to LUIS ELOY ZARATE AZUAJE, LUCINDA

XIOMARA DAVILA DE LA TORRE and MIRIAM JOSEFINA CEDEÑO DE

CARRION, Identification Cards Nos. 6,289,355, 4,252,184 and 4,271,569, respectively, all

Venezuelans of age is hereby revoked. The Notary Public and the Registrar are hereby

notified that in accordance with Article 105 of the Decree Law on the Partial Reform of the

Law on Banking Sector Institutions, the FONDO DE PROTECCION SOCIAL DE LOS



DEPOSITOS BANCARIOS has prerogatives and is exempt of taxes and process costs as

granted by Law, it is also exempt from presenting the documentation referred to in Article

137 ejusdem. We also notify that the lawyer who drafted this document did not receive

professional fees for making it. Caracas, at the authentication date.

There follow two illegible signatures and seals.

Bolivarian Republic of Venezuela. Fourth Notary Public's Office of the Libertador

Municipality of the Capital District. Carmen De Abreu Caires, Acting Notary Public.

Caracas, August 19, 2011. The foregoing document made by Anzoria Diaz Medina,

Lawyers' Association No. 109,201 was presented for authentication of the signature

through form No. 154,653 dated 8/19/2011. The signing party swore under oath to be

DAVID LASTRE, Identification Card No. V-6,670,938, a single Venezuelan of this

domicile. After reading the document, comparing the copies with the original and signing

them in the presence of the Notary Public, the signing party expressed that the content is

true and his the signature that appear thereon. In view of the above, the Notary Public

declares the documents authenticated and to be recorded in the Principal and Duplicate

Volume and recorded under No. 36, Volume 141 of the Book of Authentications kept by

this Notary Public's Office. Witnesses to this act were Maria Ramirez and Edinford

Gonzalez, Venezuelans of age and of this domicile, bearers of the Identification Cards Nos.

V-4,163,345 and V-12,765,384, respectively. As required by Article 79, Number 2, of the

Law on Public Registries and Notary Public's Offices, the Notary Public leaves record of

having complied with this obligation and testifies that she has beheld: the Executive Decree

No. 540 dated 3/20/1985 ruled by the Decree Law on the Partial Reform of the Law on

Banking Sector Institutions No. 8,079 dated 3/1/2011 and published in the Official Gazette



of the Bolivarian Republic of Venezuela No. 39,627, dated March 2, 2011 ; Presidential Decree No. 7,229 dated 2/9/2010, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 39,364, dated February 9, 2010, containing the the functions of DAVID LASTRE in the exercise of powers conferred through Article 113, Number 1, of the Decree Law on the Partial Reform of the Law on Banking Sector Institutions being the FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS the liquidating entity (as per Article 106, Number 2, ejusdem) of BANCO CANARIAS DE VENEZUELA, BANCO UNIVERSAL, C.A. the company in liquidation as per Resolution No. 627.09 dated 11/27/2009, published published in Official Gazette of the Bolivarian Republic of Venezuela No. 39,316 on 11/27/2009, issued by the Superintendency of Banks and other Financial Institutions (currently the Superintendency of Banking Sector Institutions). The Notary act was performed at the office of FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS.

There follow the illegible signatures of: the Acting Notary Public, Carmen De Abreu; the signing party, DAVID LASTRE, and the witnesses.

---

Bolivarian Republic of Venezuela. Ministry of the People's Power for Interior and Justice.

Autonomous Service of Registries and Notary Public's Offices.

Public Registry of the Chacao Municipality, Miranda State.

August 23, 2011. The foregoing document made by Anzoria Diaz Medina, Lawyers' Association No. 109,201 and identified with No. 240,2011.3.1267, dated 8/22/2011. It was presented for registry by Alfredo Jose Rojas Mora, Identification Card No. V-17,219,780.



It was read and compared with the copies before me and the witnesses Emilio Mario Paradiso Di Marco and Cristina Josefina Gonzalez Zuniga, Identification Cards Nos. V-11,993,996 and V-8,477,038, respectively. The legal review was performed by the lawyer Fatima Andreina Andara Briceno, Identification Card No. V-13,897,746, Officer of the Registry Office. The prohibitions review was performed by Maria del Carmen Aleman Rodriguez, Identification Card No. V-5,113,738. The identification of the presenting party was thus: Alfredo Jose Rojas Mora, Identification Card No. V-17,219,780, a single Venezuelan. The receipts and documents were added to the corresponding file Nos. 18392 and 18393, pages 45310-45310 and 45311-45311. The document was recorded under No. 43, Volume 344 of the Book of Transcripts for this year.

There follow the illegible signatures of the Registrar Blanca Mendoza, the signing party, and the witnesses.

---

Bolivarian Republic of Venezuela. Fourth Notary Public's Office of the Libertador Municipality of the Capital District. Carmen De Abreu Caires, Acting Notary Public. Caracas, July 16, 2012. Form number 164,206 dated 7/13/2012. These are the enclosed documents referred to in the document signed by LUCINDA XIOMARA DAVILA DE LA TORRE, MIRIAM CEDEÑO DE CARRION and JOSÉ FÉLIX RODRÍGUEZ CALLES, inserted under the No. 6, Volume 97 of the Book of Authentications kept by this Office.

This bears the illegible signatures of Carmen De Abreu Caires, Acting Notary Public, and the aforementioned persons.



Bolivarian Republic of Venezuela. Ministry of the People's Power for Interior and Justice. Autonomous Service of Registries and Notary Public's Offices. Principal Registry of the Capital District. Department of Legalizations. The undersigned, Mauro Jose Perez Flores, Principal Registrar of the Capital District makes known that in compliance with Article 65 of the Law on Registries and Notary Public's Offices, makes legal the preceding signature of Carmen De Abreu Caires, who was at the time of signing, Acting Notary Public of the Fourth Notary Public's Office of the Libertador Municipality of the Capital District. This is the sole matter herein certified. This certificate is issued in response to request document No. 3256 dated July 30, 2012 made by the Liquidation Board of Banco Canarias. This document was made by Enny Rodriguez. Caracas, July 30, 2012. The document ends here. It is followed by the illegible signatures of Mauro Jose Perez Flores and Enny Rodriguez, seals and stamps.

Bolivarian Republic of Venezuela. Ministry of Popular Power for Internal Relations and Justice. Autonomous Service of Registries and Notary Public's Offices. We make legal the preceding signature of Mauro Jose Perez Flores, who is the Principal Registrar of the Capital District. This is the sole matter herein certified. Caracas, July 31, 2012. This certificate is signed in name of the Minister by Thaer Hasan Abdilhadi, Director General of the Autonomous Service of Registries and Notary Public's Offices (Resolution No. 3 dated 1/10/2011, published in Official Gazette of the Bolivarian Republic of Venezuela No. 39,590 dated 1/10/2011) and sealed by that Ministry.

Bolivarian Republic of Venezuela.   Ministry of Popular Power for Exterior Relations. Office of Consular Relations.   Apostille.   The Hague Convention, October 5, 1961.   1-



Country: Venezuela. The present public document: 2- Has been signed by Thaer Hasan

Abdilhadi, 3- Director General of SAREN and, 4- Having the seal of the Ministry of

Popular Power for Interior and Justice, Certified, 5- In Caracas, August 3, 2012, 7- By No.

00066845, 9- Seal and stamp. Illegible signature of Jose Alexis Sosa Rodriguez, and

stamps.

---

The foregoing is an exact translation of the original in Spanish that I make upon request of

the interested party in Caracas on August 8, 2012.

Elsa Casanova Alzurru