UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                      :    Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,                     :    08-13555 (JMP)
                                                           :
                    Debtors.                               :    (Jointly Administered)
------------------------------------------------------------x

NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY
IN CONNECTION WITH OMNIBUS OBJECTIONS TO
RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS

NOTICE IS HEREBY GIVEN that MADELYN ANTONCIC, PhD, represented by HERSELF, has filed Claim(s) Number(s) 16516 against LBHI in the amount of $14,011,714 in the above-captioned chapter 11 cases (the "Chapter 11 Cases") and intends to participate in discovery in connection with the Debtors' and LBHI's Omnibus Objection(s) to such claim(s). The employee identification number for the above-named party while employed by LBHI and/or its affiliates was 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.

ACCORDINGLY, PLEASE TAKE FURTHER NOTICE that, subject to any objections by LBHI and/or any limitations imposed by the Court, the above-named party and his/her counsel intends to participate in RSU Claims Discovery, as defined in the Order Establishing Discovery Procedures in Connection with Omnibus Objections to Reclassify Proofs of Claim as Equity Interests, entered by the Court on 8/27/12 [ECF No. 30421] (30421)

Dated: _____                    _____

Contact Information for RSU Claimant (address, phone and email):
MADELYN ANTONCIC, PhD
3251 PROSPECT ST NW #302
WASHINGTON, DC 20007
MADELYNANTONCIC@AOL.COM

917-217-3217 cell
202-458-0774 office phone

Contact Information for Attorneys for RSU Claimant (address, phone and email):
_____
_____
_____

RECEIVED
SEP - 6 2012
U.S. BANKRUPTCY COURT, SDNY
JMP

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                        :       Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :       08-13555 (JMP)
                                                             :
                                          Debtors.           :       (Jointly Administered)
-------------------------------------------------------------x

## AGREEMENT TO ABIDE BY THE PROTECTIVE ORDER

I hereby certify that I have read the Protective Order[5] SO ORDERED by the Court in the above-captioned chapter 11 cases (the "Chapter 11 Cases") on August 27, 2012 [ECF No. 30421]. I further certify that I understand the terms and provisions of the Protective Order and agree to be fully bound by them, and hereby submit to the jurisdiction of the United States Bankruptcy Court for the Southern District of New York for purposes of the Protective Order's enforcement. I understand and agree, in particular, that I may not use any Confidential Information, or any copies, excerpts or summaries thereof, or materials containing Confidential Information derived therefrom, as well as any knowledge or information derived from any of these items, for any purpose other than matters related to the RSU Claims or other contested matters or adversary proceedings between LBHI and an RSU Claimant arising out of these Chapter 11 Cases, in accordance with the provisions of the Protective Order, including, without limitation, any business or commercial purpose.

I further understand that failure to abide fully by the terms of the Protective Order

---

[5] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Protective Order.

1

may result in legal action against me, such as for contempt of court and liability for monetary damages.

Dated: 9/4/12

Agreed: M. Antmac

[PARTICIPANT'S NAME & ADDRESS AND, IF REPRESENTED BY COUNSEL, ATTORNEY'S NAME AND ADDRESS]

3251 Prospect St NW
unit 302
Washington DC
20007

2