WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
J. Christopher Shore (JCS – 6031)

*Attorneys for the Ad Hoc Group*
*of Lehman Brothers Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
In re                                        :     Chapter 11 Case No.
                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,       :     08-13555 (JMP)
                                             :
                  Debtors.                   :     (Jointly Administered)
-----------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT IN PART OF APPLICATION OF THE AD HOC**
**GROUP OF LEHMAN BROTHERS CREDITORS FOR COMPENSATION FOR**
**PROFESSIONAL SERVICES RENDERED BY, AND REIMBURSEMENT OF ACTUAL**
**AND NECESSARY EXPENSES OF, ITS PROFESSIONALS PURSUANT**
**TO SECTION 503(B) OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that the hearing (the "Hearing") on the relief requested in the

Application of the Ad Hoc Group of Lehman Brothers Creditors (the "Group") for

Compensation for Professional Services Rendered By, and Reimbursement of Actual and

Necessary Expenses Of, Its Professionals Pursuant to Section 503(b) of the Bankruptcy Code

[Docket No. 29195], **solely with respect to AlixPartners, LLP and Molinaro Advisors LLC**,

which was scheduled for September 19, 2012, at 10:00 a.m., **has been further adjourned to**

**October 10, 2012, at 10:00 a.m. (New York Time)**, or as soon thereafter as counsel may be

heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy

Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room

601, and such Hearing may be further adjourned by the Group from time to time without further

notice other than an announcement at the Hearing.


Dated:  September 17, 2012
      New York, New York

                    Respectfully submitted,

                    WHITE & CASE LLP
                    1155 Avenue of the Americas
                    New York, New York 10036-2787
                    Telephone: (212) 819-8200
                    Facsimile:  (212) 354-8113
                    J. Christopher Shore (JS – 6031)

                    By:  /s/ J. Christopher Shore
                        J. Christopher Shore

                    ATTORNEYS FOR THE AD HOC GROUP
                    OF LEHMAN BROTHERS CREDITORS