CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Thomas J. Moloney
Sean A. O'Neal

*Attorneys for Goldman Sachs Bank USA
and Goldman Sachs International*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING REVISED PROPOSED ORDER APPROVING THE
APPLICATION OF GOLDMAN SACHS BANK USA AND GOLDMAN SACHS
INTERNATIONAL FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§
503(b)(3)(D) AND 503(b)(4) FOR ALLOWANCE AND REIMBURSEMENT OF
REASONABLE PROFESSIONAL FEES IN MAKING A SUBSTANTIAL
CONTRIBUTION IN THESE CASES**

    **PLEASE TAKE NOTICE** that on July 5, 2012, Goldman Sachs Bank USA and Goldman Sachs International (collectively, "Goldman Sachs") filed the *Application of Goldman Sachs for Entry of an Order Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Reimbursement of Reasonable Professional Fees in Making a Substantial Contribution in These Cases* [ECF No. 29240] (the "Application").

    **PLEASE TAKE FURTHER NOTICE** that Goldman Sachs hereby files the revised proposed order approving the Application (the "Revised Proposed Order"), attached hereto as **Exhibit A**, with a blackline attached as **Exhibit B**.

    **PLEASE TAKE FURTHER NOTICE** that the Revised Proposed Order reflects a reduction of $180,800 in the proposed allowed amount of professional fees, following discussions between Goldman Sachs and the Office of the United States Trustee. As a result, the Office of the United States Trustee, although it takes no position as to whether Goldman Sachs has made a substantial contribution, has no objection to the reasonableness of the proposed allowed amount of professional fees under the Revised Proposed Order.

Dated: September 17, 2012
      New York, New York

           Respectfully submitted,

           CLEARY GOTTLIEB STEEN & HAMILTON LLP

           By: /s/ Sean A. O'Neal
               Thomas J. Moloney
               Sean A. O'Neal
               Member of the Firm
               One Liberty Plaza
               New York, New York 10006
               Telephone: (212) 225-2000
               Facsimile: (212) 225-3999

               *Attorneys for Goldman Sachs Bank USA and Goldman Sachs International*

# EXHIBIT A

**Revised Proposed Order**

08-13555-mg    Doc 30950    Filed 09/17/12    Entered 09/17/12 12:45:56    Main Document
Pg 3 of 10

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
In re                                                         :    Chapter 11
                                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,                        :    Case No. 08-13555 (JMP)
                                                              :
Debtors.                                                      :    (Jointly Administered)
                                                              :
-----------------------------------------------------------------X

### ORDER GRANTING APPLICATION OF GOLDMAN SACHS BANK USA AND GOLDMAN SACHS INTERNATIONAL FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D) AND 503(b)(4) FOR ALLOWANCE AND REIMBURSEMENT OF REASONABLE PROFESSIONAL FEES IN MAKING A SUBSTANTIAL CONTRIBUTION IN THESE CASES

Upon consideration of the application (the "Application")[1] of Goldman Sachs Bank USA ("GSB") and Goldman Sachs International ("GSI", and together with GSB, "Goldman Sachs") for allowance and payment by the estates of a Chapter 11 administrative expense claim pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for making a substantial contribution to the above-captioned jointly administered Chapter 11 cases of Lehman Brothers Holdings Inc. ("LBHI") and certain of its subsidiaries and affiliates (collectively, the "Debtors"); and it appearing that this Court has jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it further appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b); and it further appearing that venue of this proceeding and the Application is proper in this District in accordance with 28 U.S.C. §§ 1408 and 1409; and it further appearing that adequate and proper notice of the Application has been given, and that no other or further notice is necessary; and it further appearing that the relief

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Application.

requested in the Application is in the best interests of the Debtors, their estates and their creditors; and after due consideration and sufficient cause appearing therefor,

**IT IS HEREBY FOUND THAT** Goldman Sachs has made a substantial contribution to the Debtors' estates within the meaning of Section 503(b)(3)(D) of the Bankruptcy Code; and

**IT IS FURTHER FOUND THAT** Goldman Sachs is entitled to the allowance of an administrative expense claim under Section 503(b)(4) of the Bankruptcy Code for reasonable compensation for professional services rendered by its counsel, Cleary Gottlieb Steen & Hamilton LLP, ("Cleary Gottlieb") in connection with Goldman Sachs' efforts in making a substantial contribution in these cases.

Now, therefore, it is hereby:

**ORDERED** that the Application is granted as set forth herein;

**IT IS FURTHER ORDERED** that Goldman Sachs is hereby granted, pursuant to sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code, an allowed administrative claim in the amount of $3,112,068.03 (the "Administrative Claim Amount") against LBSF, representing reimbursement to Goldman Sachs for the fees of its counsel, Cleary Gottlieb Steen & Hamilton LLP, in connection with Goldman Sachs' efforts in making a substantial contribution in these cases;

**IT IS FURTHER ORDERED** that the Debtors are hereby authorized and directed to pay Goldman Sachs the Administrative Claim Amount in full within ten (10) days after the date of entry of this Order; and

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the relief granted in this Order.

Dated: New York, New York
_____, 2012

                                            HONORABLE JAMES M. PECK
                                      UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT B**

**Blackline of Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X
:
In re                                                          :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :    Case No. 08-13555 (JMP)
:
Debtors.                                                       :    (Jointly Administered)
:
:
----------------------------------------------------------------X

### ORDER GRANTING APPLICATION OF GOLDMAN SACHS BANK USA AND GOLDMAN SACHS INTERNATIONAL FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D) AND 503(b)(4) FOR ALLOWANCE AND REIMBURSEMENT OF REASONABLE PROFESSIONAL FEES IN MAKING A SUBSTANTIAL CONTRIBUTION IN THESE CASES

Upon consideration of the application (the "Application")[1] of Goldman Sachs Bank USA ("GSB") and Goldman Sachs International ("GSI", and together with GSB, "Goldman Sachs") for allowance and payment by the estates of a Chapter 11 administrative expense claim pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for making a substantial contribution to the above-captioned jointly administered Chapter 11 cases of Lehman Brothers Holdings Inc. ("LBHI") and certain of its subsidiaries and affiliates (collectively, the "Debtors"); and it appearing that this Court has jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it further appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b); and it further appearing that venue of this proceeding and the Application is proper in this District in accordance with 28 U.S.C. §§ 1408 and 1409; and it further appearing that adequate and proper notice of the Application has been given, and that no other or further notice is necessary; and it further appearing that the relief

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Application.

requested in the Application is in the best interests of the Debtors, their estates and their creditors; and after due consideration and sufficient cause appearing therefor,

**IT IS HEREBY FOUND THAT** Goldman Sachs has made a substantial contribution to the Debtors' estates within the meaning of Section 503(b)(3)(D) of the Bankruptcy Code; and

**IT IS FURTHER FOUND THAT** Goldman Sachs is entitled to the allowance of an administrative expense claim under Section 503(b)(4) of the Bankruptcy Code for reasonable compensation for professional services rendered by its counsel, Cleary Gottlieb Steen & Hamilton LLP, ("Cleary Gottlieb") in connection with Goldman Sachs' efforts in making a substantial contribution in these cases.

Now, therefore, it is hereby:

**ORDERED** that the Application is granted ~~in its entirety~~ as set forth herein;

**IT IS FURTHER ORDERED** that Goldman Sachs is hereby granted, pursuant to sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code, an allowed administrative claim in the amount of $~~3,292,868.03~~3,112,068.03 (the "Administrative Claim Amount") against LBSF, representing reimbursement to Goldman Sachs for the fees of its counsel, Cleary Gottlieb Steen & Hamilton LLP, in connection with Goldman Sachs' efforts in making a substantial contribution in these cases;

**IT IS FURTHER ORDERED** that the Debtors are hereby authorized and directed to pay Goldman Sachs the Administrative Claim Amount in full within ten (10) days after the date of entry of this Order; and

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the relief granted in this Order.

Dated: New York, New York
_____, 2012

_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE
