ANDREWS KURTH LLP
Jeremy B. Reckmeyer (JR 7536)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

-and-

ANDREWS KURTH LLP
Robin Russell (admitted *pro hac vice*)
Joseph P. Rovira (24066008 (TX))
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285

*Counsel to CSCP Credit Acquisition Holdings LUXCO, SARL
and CCP Credit Acquisition Holdings LUXCO, SARL*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM 22898

Reference is made to proof of claim number 22898, filed on September 21, 2009, against Lehman Brothers Holdings Inc. by Bank of Commerce in the amount of $15,178,972.22 (the "Claim"). The Claim was transferred to Deutsche Bank AG, London Branch ("Deutsche Bank"). On August 26, 2011, Deutsche Bank transferred a $10,918,494.96 portion of the Claim to CCP Credit Acquisition Holdings Luxco, SARL ("CCP") [Docket No. 19547]. On August 26, 2011, Deutsche Bank transferred a $4,260,477.26 portion of the Claim to CSCP Credit

NYC:242870.1

Acquisition Holdings Luxco, SARL ("CSCP" and, together with CCP, "Centerbridge") [Docket No. 19546].

PLEASE TAKE NOTICE that, through their undersigned counsel, CCP and CSCP hereby withdraw their respective portions of the Claim with prejudice to re-file such Claim and direct Epiq Bankruptcy Solutions LLC, the court-approved claims agent, to expunge the Claim from the claims register in its entirety.   Withdrawal of the Claim by Centerbridge is without prejudice to any other claims of Centerbridge.

Dated: September 17, 2012
New York, New York

ANDREWS KURTH LLP

By: /s/ Jeremy B. Reckmeyer
Jeremy B. Reckmeyer (JR 7536)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

-and-

Robin Russell (admitted *pro hac vice*)
Joseph P. Rovira ((24066008 (TX))
600 Travis, Suite 4200
Houston, Texas  77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285

*Counsel to CSCP Credit Acquisition Holdings LUXCO, SARL and CCP Credit Acquisition Holdings LUXCO, SARL*

NYC:242870.1