CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Thomas J. Moloney
Sean A. O'Neal

*Attorneys for Goldman Sachs Bank USA*
*and Goldman Sachs International*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

------------------------------------------------------------ X

Chapter 11
Case No. 08-13555(JMP)
(Jointly Administered)

CERTIFICATE OF SERVICE

I, Brendan Cyr, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 17th day of September 2012, the Notice of Filing Revised Proposed Order Approving the Application of Goldman Sachs Bank USA and Goldman Sachs International for Entry of an Order Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Reimbursement of Reasonable Professional Fees in Making a Substantial Contribution in these Cases with Exhibit A and B was served by hand and by Federal Express, as indicated, upon:

**BY HAND**

Tracy Hope Davis, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

John Suckow
William Fox
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, NY  10020

Harvey Miller, Esq.
Richard P. Krasnow, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

**BY FEDERAL EXPRESS**

Brady C. Williamson, Esq.
Katherine Stadler, Esq.
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, Wisconsin  53703

2. This service was made by assistant managing clerks of this firm under my general supervision.

Dated:  New York, New York
        September 17, 2012

_____
Brendan Cyr