UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                      :
In re                                   :         Chapter 11 Case No.
                                      :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :        08-13555 (JMP)
                                      :
       Debtors.                    :         (Jointly Administered)
                                      :
------------------------------------------------------------------x     Ref. Docket No. 30894

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 12, 2012, I caused to be served the "Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts," dated September 12, 2012 [Docket No. 30894], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                     /s/ Konstantina Haidopoulos
                                                        Konstantina Haidopoulos

Sworn to before me this
13th day of September, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

**Email Addresses**

| | |
|---|---|
| aaaronson@dilworthlaw.com | aseuffert@lawpost-nyc.com |
| aalfonso@willkie.com | ashmead@sewkis.com |
| abeaumont@fklaw.com | asnow@ssbb.com |
| abraunstein@riemerlaw.com | aunger@sidley.com |
| acaton@kramerlevin.com | austin.bankruptcy@publicans.com |
| acker@chapman.com | avenes@whitecase.com |
| adam.brezine@hro.com | azylberberg@whitecase.com |
| adarwin@nixonpeabody.com | bankr@zuckerman.com |
| adiamond@diamondmccarthy.com | bankruptcy@goodwin.com |
| aeckstein@blankrome.com | bankruptcy@morrisoncohen.com |
| aentwistle@entwistle-law.com | bankruptcy@ntexas-attorneys.com |
| afriedman@irell.com | bankruptcymatters@us.nomura.com |
| agbanknewyork@ag.tn.gov | barbra.parlin@hklaw.com |
| aglenn@kasowitz.com | bbisignani@postschell.com |
| agold@herrick.com | bcarlson@co.sanmateo.ca.us |
| agoldstein@tnsj-law.com | bdk@schlamstone.com |
| aisenberg@saul.com | bguiney@pbwt.com |
| akantesaria@oppenheimerfunds.com | bkmail@prommis.com |
| akolod@mosessinger.com | bmanne@tuckerlaw.com |
| akornikova@lcbf.com | bmiller@mofo.com |
| alum@ftportfolios.com | boneill@kramerlevin.com |
| amarder@msek.com | brian.corey@greentreecreditsolutions.com |
| amartin@sheppardmullin.com | brosenblum@jonesday.com |
| amcmullen@boultcummings.com | broy@rltlawfirm.com |
| amenard@tishmanspeyer.com | bruce.wright@sutherland.com |
| andrew.brozman@cliffordchance.com | bstrickland@wtplaw.com |
| andrew.lourie@kobrekim.com | btrust@mayerbrown.com |
| angelich.george@arentfox.com | bturk@tishmanspeyer.com |
| ann.reynaud@shell.com | bwolfe@sheppardmullin.com |
| anthony_boccanfuso@aporter.com | cahn@clm.com |
| aoberry@bermanesq.com | calbert@reitlerlaw.com |
| aostrow@beckerglynn.com | canelas@pursuitpartners.com |
| apo@stevenslee.com | carol.weinerlevy@bingham.com |
| aquale@sidley.com | cbelisle@wfw.com |
| arahl@reedsmith.com | cbelmonte@ssbb.com |
| arheaume@riemerlaw.com | cbrotstein@bm.net |
| arlbank@pbfcm.com | cdesiderio@nixonpeabody.com |
| arosenblatt@chadbourne.com | cgoldstein@stcwlaw.com |
| arthur.rosenberg@hklaw.com | chammerman@paulweiss.com |
| arwolf@wlrk.com | charles@filardi-law.com |
| | charles_malloy@aporter.com |

chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
colea@gtlaw.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com

ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com

2

efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com

hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
ilevee@lowenstein.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com

3

| | |
|---|---|
| jflaxer@golenbock.com | jporter@entwistle-law.com |
| jfox@joefoxlaw.com | jprol@lowenstein.com |
| jfreeberg@wfw.com | jrabinowitz@rltlawfirm.com |
| jg5786@att.com | jrsmith@hunton.com |
| jgenovese@gjb-law.com | jschwartz@hahnhessen.com |
| jguy@orrick.com | jsheerin@mcguirewoods.com |
| jherzog@gklaw.com | jshickich@riddellwilliams.com |
| jhiggins@fdlaw.com | jsmairo@pbnlaw.com |
| jhorgan@phxa.com | jstoll@mayerbrown.com |
| jhuggett@margolisedelstein.com | jsullivan@mosessinger.com |
| jim@atkinslawfirm.com | jteitelbaum@tblawllp.com |
| jjoyce@dresslerpeters.com | jtimko@shutts.com |
| jjtancredi@daypitney.com | jtorf@schiffhardin.com |
| jjureller@klestadt.com | jtougas@mayerbrown.com |
| jkehoe@btkmc.com | judy.morse@crowedunlevy.com |
| jlamar@maynardcooper.com | jvail@ssrl.com |
| jlawlor@wmd-law.com | jwallack@goulstonstorrs.com |
| jlee@foley.com | jwang@sipc.org |
| jlevitin@cahill.com | jwcohen@daypitney.com |
| jlipson@crockerkuno.com | jweiss@gibsondunn.com |
| jlovi@steptoe.com | jwest@velaw.com |
| jlscott@reedsmith.com | jwh@njlawfirm.com |
| jmaddock@mcguirewoods.com | kanema@formanlaw.com |
| jmakower@tnsj-law.com | karen.wagner@dpw.com |
| jmazermarino@msek.com | kdwbankruptcydepartment@kelleydrye.com |
| jmcginley@wilmingtontrust.com | keckhardt@hunton.com |
| jmelko@gardere.com | keith.simon@lw.com |
| jmerva@fult.com | ken.coleman@allenovery.com |
| jmmurphy@stradley.com | ken.higman@hp.com |
| jmr@msf-law.com | kerry.moynihan@hro.com |
| jnadritch@olshanlaw.com | kgwynne@reedsmith.com |
| jnm@mccallaraymer.com | kiplok@hugheshubbard.com |
| john.monaghan@hklaw.com | kjarashow@fklaw.com |
| john.rapisardi@cwt.com | kkelly@ebglaw.com |
| jorbach@hahnhessen.com | kkolbig@mosessinger.com |
| joseph.cordaro@usdoj.gov | klyman@irell.com |
| joshua.dorchak@bingham.com | klynch@formanlaw.com |
| jowen769@yahoo.com | kmayer@mccarter.com |
| jowolf@law.nyc.gov | kobak@hugheshubbard.com |
| joy.mathias@dubaiic.com | korr@orrick.com |
| jpintarelli@mofo.com | kovskyd@pepperlaw.com |

kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com

mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com

mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com

pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com

6

rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com

sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com

7

tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com

wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALEX R. ROVIRA | SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| ALEX R. ROVIRA | NICHOLAS P. CROWELL SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| ANDREW C. GOLD | HANH V. HUYNH HERRICK, FEINSTEIN LLP 2 PARK AVE NEW YORK NY 10016 |
| ANDREW K. GLENN | MATTHEW B. STEIN KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY NEW YORK NY 10019 |
| BRADLEY ARENT BOULT CUMMINGS LLP | COUNSEL FOR WELLMONT HEALTH SYSTEM ONE FEDERAL PLACE 1819 FIFTH AVENUE NORTH BIRMINGHAM AL 35203 |
| BRUCE E. CLARK | MATTHEW A. SCHWARTZ THEODORE A.B. MCCOMBS SULLIVAN & CROMWELL LLP 125 BROAD ST NEW YORK NY 10004 |
| BRYAN KRAKAUER | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN CHICAGO IL 60603 |
| CAROLE NEVILLE, ESQ. | SNR DENTON US LLP 1221 AVE OF THE AMERICAS NEW YORK NY 10020-1089 |
| CHAPMAN AND CUTLER LLP | CRAIG M. PRICE 330 MADISON AVE, 34TH FL NEW YORK NY 10017-5010 |
| CHAPMAN AND CUTLER LLP | JAMES E. SPIOTTO, ANN E. ACKER FRANKLIN H. TOP, III, JAMES HEISER 111 WEST MONROE ST CHICAGO IL 60603 |
| CHARLES M. TATELBAUM | STEVEN E. SEWARD HINSHAW & CULBERTSON LLP 1 EAST BROWARD BOULEVARD STE 1010 FT. LAUDERDALE FL 33301 |
| CHRISTOPHER R. DONOHO III | HOGAN LOVELLS US LLP 875 THIRD AVE NEW YORK NY 10022 |
| CHRISTOPHER S. CHOW | BALLARD SPAHR LLP 919 N. MARKET ST, 11TH FL WILMINGTON DE 19801 |
| CLIFFORD CHANCE US LLP | JENNIFER C. DEMARCO DAVID A. SULLIVAN 31 WEST 52ND ST NEW YORK NY 10019 |
| CONCEPCION A. MONTOYA | HINSHAW & CULBERTSON LLP 780  THIRD AVE 4TH FL NEW YORK NY 10017 |
| CRAIG M. PRICE | LAURA E. APPLEBY CHAPMAN AND CUTLER LLP 330 MADISON AVE, 34TH FL NEW YORK NY 10017-5010 |
| CRAIG M. PRICE | CHAPMAN AND CUTLER LLP 330 MADISON AVE, 34TH FL NEW YORK NY 10017-5010 |
| CRAIG M. PRICE | 330 MADISON AVE, 34TH FL NEW YORK NY 10017-5010 |
| D. ROSS MARTIN | PRUDENTIAL TOWER 800 BOYLSTON ST BOSTON MA 02199 |
| DAVID J. THEISING | HARRISON & MOBERLY, LLP 10 WEST MARKET ST, STE 700 INDIANAPOLIS IN 46204 |
| DAVID M. CAPRIOTTI, ESQ. | HARRIS BEACH PLLC ONE PARK PLACE, 4TH FL 300 SOUTH STATE ST SYRACUSE NY 13202 |
| DAVID M. LEMAY | CHRISTY L. RIVERA CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| DAVID R. SELIGMAN | KIRKLAND & ELLIS LLP 300 N LASALLE ST CHICAGO IL 60652 |
| DLA PIPER LLP (US) | THOMAS R. CALIFANO, ESQ. DANIEL G. EGAN, ESQ. 1251 AVE OF THE AMERICAS, 25TH FLR. NEW YORK NY 10020 |
| ERIC A. SCHAFFER | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| HARRIS BEACH PLLC | DAVID M. CAPRIOTTI, ESQ. ONE PARK PLACE, 4TH FL 300 SOUTH STATE ST SYRACUSE NY 13202 |
| JAMES E. SPIOTTO | ANN E. ACKER FRANKLIN H. TOP III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST CHICAGO IL 60603 |
| JAMES E. SPIOTTO | ANN E. ACKER FRANKLIN H. TOP, III JEREMY SCHREIBER CHAPMAN AND CUTLER LLP 111 WEST MONROE ST CHICAGO IL 60603 |
| JAMES H.M. SPRAYREGEN | DAVID R. SELIGMAN KIRKLAND & ELLIS LLP 601 LEXINGTON AVE NEW YORK NY 10022 |
| JAMES H.M. SPRAYREGEN, P.C. | DAVID R. SELIGMAN, P.C. KIRKLAND & ELLIS LLP 601 LEXINGTON AVE NEW YORK NY 10022 |
| JAMES M. RINGER | STEPHEN M. PLOTNICK CARTER LEDYARD & MILBURN LLP 2 WALL STREET NEW YORK NY 10005 |
| JENNIFER C. DEMARCO | SARA M. TAPINEKIS CLIFFORD CHANCE US LLP 31 WEST 52ND ST NEW YORK NY 10019 |
| JOSE RAUL ALCANTAR VILLAGRAN | ROPES & GRAY LLP 1211 AVE OF THE AMERICAS NEW YORK NY 10036-8704 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | ANDREW K. GLENN MATTHEW B. STEIN 1633 BROADWAY NEW YORK NY 10019 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | 1633 BROADWAY NEW YORK NY 10019 |
| LAUREN MACKSOUD | JOSHUA FRIEDMAN KRAMER LEVIN NAFTALIS & FRANKEL LLP 1177 AVE OF THE AMERICAS NEW YORK NY 10036 |
| LEE S. ATTANASIO | ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019 |

| Claim Name | Address Information |
| --- | --- |
| MARK I. BANE | JOSE RAUL ALCANTAR VILLAGRAN ROPES & GRAY LLP 1211 AVE OF THE AMERICAS NEW YORK NY 10036-8704 |
| MICHAEL G. BURKE | ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| PATRICK DARBY, ESQ | BRADLEY ARANT BOULT CUMMINGS LLP (COUNSEL FOR WELLMONT HEALTH) ON FEDERAL PLACE, 1819 FIFTH AVENUE N BIRMINGHAM AL 35203 |
| REED SMITH | ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE NEW YORK NY 10022 |
| REED SMITH LLP | ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE NEW YORK NY 10022 |
| SHERON KORPUS | MATTHEW B. STEIN MEISTER SEELIG & FEIN LLP 140 E. 45TH ST NEW YORK NY 10017 |
| SIDLEY AUSTIN LLP | BRYAN KRAKAUER ROBERT J. ROBINSON ALEX R. ROVIRA SOPHIA P. MULLEN,787 SEVENTH AVE NEW YORK NY 10019 |
| STEVEN J. FINK | THOMAS C. MITCHELL ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND ST NEW YORK NY 10019-6142 |
| SULLIVAN & CROMWELL LLP | BRUCE E. CLARK MATTHEW A. SCHWARTZ THEODORE A.B. MCCOMBS 125 BROAD ST NEW YORK NY 10004 |
| THOMAS R. CALIFANO, ESQ. | DANIEL G. EGAN, ESQ. DLA PIPER LLP (US) 1251 AVE OF THE AMERICAS, 25TH FLR. NEW YORK NY 10020 |
| THOMAS S. MARRION | HINCKLEY, ALLEN & SNYDER LLP 20 CHURCH ST HARTFORD CT 06103-1221 |
| WILLIAM A. SLAUGHTER | BALLARD SPAHR LLP 1735 MARKET ST, 51ST FL PHILADELPHIA PA 19103-7599 |

**Total Creditor count  49**