**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
: 
In re  :  Chapter 11 Case No.
 : 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**  :  08-13555 (JMP)
 : 
Debtors.  :  (Jointly Administered)
 : 
-----------------------------------------------------------------x  Ref. Docket Nos. 30897-30898

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 13, 2012, I caused to be served the:

   a. "Notice of Withdrawal of the Three Hundred Twenty-Seventh Omnibus Objection to Claims (Partnership and Other Employee Claims) as to Certain Claims," dated September 13, 2012 [Docket No. 30897], (the "NOW"), and

   b. "Notice of Amendment to Exhibit A to the Three Hundred Forty-Seventh Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests)," dated September 13, 2012 [Docket No. 30898], (the "Notice of Amendment"),

by causing true and correct copies of the:

   i. NOW and Notice of Amendment, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii. NOW and Notice of Amendment, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

   iii. NOW, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C, and

   iv. Notice of Amendment, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

      /s/ Panagiota Manatakis
      Panagiota Manatakis

Sworn to before me this
14th day of September, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

LBH MSL Email Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com

LBH MSL Email Service List

chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
colea@gtlaw.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com

deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com

LBH MSL Email Service List

| | |
|---|---|
| eglas@mccarter.com | hsteel@brownrudnick.com |
| ekbergc@lanepowell.com | icatto@mwe.com |
| eleicht@whitecase.com | igoldstein@dl.com |
| eli.mattioli@klgates.com | igoldstein@proskauer.com |
| ellen.halstead@cwt.com | ilevee@lowenstein.com |
| emerberg@mayerbrown.com | ira.herman@tklaw.com |
| enkaplan@kaplanlandau.com | isgreene@hhlaw.com |
| eobrien@sbchlaw.com | israel.dahan@cwt.com |
| erin.mautner@bingham.com | iva.uroic@dechert.com |
| eschwartz@contrariancapital.com | jacobsonn@sec.gov |
| esmith@dl.com | james.heaney@lawdeb.com |
| etillinghast@sheppardmullin.com | james.mcclammy@dpw.com |
| ezujkowski@emmetmarvin.com | james.sprayregen@kirkland.com |
| ezweig@optonline.net | jamestecce@quinnemanuel.com |
| fbp@ppgms.com | jamie.nelson@dubaiic.com |
| ffm@bostonbusinesslaw.com | jar@outtengolden.com |
| fhyman@mayerbrown.com | jason.jurgens@cwt.com |
| foont@foontlaw.com | jay.hurst@oag.state.tx.us |
| francois.janson@hklaw.com | jay@kleinsolomon.com |
| fsosnick@shearman.com | jbecker@wilmingtontrust.com |
| fyates@sonnenschein.com | jbeemer@entwistle-law.com |
| gabriel.delvirginia@verizon.net | jbeiers@co.sanmateo.ca.us |
| gbray@milbank.com | jbird@polsinelli.com |
| ggitomer@mkbattorneys.com | jbromley@cgsh.com |
| ggoodman@foley.com | jcarberry@cl-law.com |
| giddens@hugheshubbard.com | jchristian@tobinlaw.com |
| gkaden@goulstonstorrs.com | jchubak@proskauer.com |
| glenn.siegel@dechert.com | jdoran@haslaw.com |
| gmoss@riemerlaw.com | jdrucker@coleschotz.com |
| gravert@ravertpllc.com | jdyas@halperinlaw.net |
| gspilsbury@jsslaw.com | jean-david.barnea@usdoj.gov |
| harrisjm@michigan.gov | jeanites@whiteandwilliams.com |
| harveystrickon@paulhastings.com | jeannette.boot@wilmerhale.com |
| hbeltzer@mayerbrown.com | jeff.wittig@coair.com |
| heim.steve@dorsey.com | jeffery.black@bingham.com |
| heiser@chapman.com | jeffrey.sabin@bingham.com |
| hollace.cohen@troutmansanders.com | jeldredge@velaw.com |
| holsen@stroock.com | jen.premisler@cliffordchance.com |
| howard.hawkins@cwt.com | jennifer.demarco@cliffordchance.com |
| hseife@chadbourne.com | jennifer.gore@shell.com |
| hsnovikoff@wlrk.com | jeremy.eiden@ag.state.mn.us |

LBH MSL Email Service List

jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtorf@schiffhardin.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com

kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michael.reilly@bingham.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com

LBH MSL Email Service List

mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com

paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com

LBH MSL Email Service List

- rmatzat@hahnhessen.com
- rnetzer@willkie.com
- robert.bailey@bnymellon.com
- robert.dombroff@bingham.com
- robert.henoch@kobrekim.com
- robert.malone@dbr.com
- robert.yalen@usdoj.gov
- robin.keller@lovells.com
- roger@rnagioff.com
- ronald.silverman@bingham.com
- ross.martin@ropesgray.com
- rqureshi@reedsmith.com
- rrainer@wmd-law.com
- rreid@sheppardmullin.com
- rroupinian@outtengolden.com
- rrussell@andrewskurth.com
- rterenzi@stcwlaw.com
- russj4478@aol.com
- rwasserman@cftc.gov
- rwyron@orrick.com
- s.minehan@aozorabank.co.jp
- sabin.willett@bingham.com
- sabramowitz@velaw.com
- sabvanrooy@hotmail.com
- sagolden@hhlaw.com
- sally.henry@skadden.com
- samuel.cavior@pillsburylaw.com
- sandyscafaria@eaton.com
- sara.tapinekis@cliffordchance.com
- scargill@lowenstein.com
- schannej@pepperlaw.com
- schepis@pursuitpartners.com
- schnabel.eric@dorsey.com
- schristianson@buchalter.com
- schwartzmatthew@sullcrom.com
- scottshelley@quinnemanuel.com
- scousins@armstrongteasdale.com
- sdnyecf@dor.mo.gov
- sehlers@armstrongteasdale.com
- seichel@crowell.com
- sfelderstein@ffwplaw.com
- sfineman@lchb.com
- sfox@mcguirewoods.com
- sgordon@cahill.com
- sgubner@ebg-law.com
- shannon.nagle@friedfrank.com
- sharbeck@sipc.org
- shari.leventhal@ny.frb.org
- shgross5@yahoo.com
- sidorsky@butzel.com
- slerman@ebglaw.com
- slerner@ssd.com
- slevine@brownrudnick.com
- sloden@diamondmccarthy.com
- smayerson@ssd.com
- smillman@stroock.com
- smulligan@bsblawyers.com
- snewman@katskykorins.com
- sory@fdlaw.com
- spiotto@chapman.com
- splatzer@platzerlaw.com
- sree@lcbf.com
- sschultz@akingump.com
- sselbst@herrick.com
- sshimshak@paulweiss.com
- sskelly@teamtogut.com
- sstarr@starrandstarr.com
- steele@lowenstein.com
- stephen.cowan@dlapiper.com
- steve.ginther@dor.mo.gov
- steven.troyer@commerzbank.com
- steven.usdin@flastergreenberg.com
- steven.wilamowsky@bingham.com
- steven@blbglaw.com
- streusand@streusandlandon.com
- susheelkirpalani@quinnemanuel.com
- sweyl@haslaw.com
- swolowitz@mayerbrown.com
- szuch@wiggin.com
- tannweiler@greerherz.com
- tarbit@cftc.gov
- tbrock@ssbb.com

LBH MSL Email Service List

tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com

wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

# EXHIBIT B

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CHU-FONG, FRANCOIS | 578 60TH STREET BROOKLYN NY 11220 |
| DEEGAN, CHRISTOPHER J | 268 EAST SHORE DRIVE MASSAPEQUA NY 11758-8401 |
| EBY, ROBERT | 15 SYCAMORE HILL RD BERNARDSVILLE NJ 07924 |
| GLEN, JAMES J. | 100 CHESTNUT HILL DRIVE NEW PROVIDENCE NJ 07974 |
| KARP, MICHAEL | 11 CANDLEWOOD DR WEST WINDSOR NJ 08550 |
| KONHEIM, SETH L. | 10 LYNDALE PARK WESTPORT CT 06880 |
| METAXAS, JAMES | 717 BIG RIDGE EAST STROUDSBURG PA 18302 |
| ROGERS, THOMAS JOHN | 116 MORNINGSIDE ROAD PARAMUS NJ 07652 |
| SHAUGHNESSY, JOHN C. | 11 BUTLER HILL RD N SOMERS NY 10589-2410 |
| SHAVEL, GREG | 339 E 22ND ST, APT 10 NEW YORK NY 10010 |

**Total Creditor count  10**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| AGRAWAL, SHASHANK | 205 HUDSON STREET 511 HOBOKEN NJ 07030 |
| AINSLIE, MICHAEL L. | DECHERT LLP ATTN: ANDREW J. LEVANDER 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| AINSLIE, MICHAEL L. | 415 SEA SPRAY AVENUE PALM BEACH FL 33480 |
| AKERS, JOHN F. | ONE STURGES HIGHWAY WESTPORT CT 06880 |
| AKERS, JOHN F. | DECHERT LLP ATTN: ANDREW J. LEVANDER 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| BERLIND, ROGER S. | 120 EAST END AVENUE, APT. 18A NEW YORK NY 10028 |
| BERLIND, ROGER S. | DECHERT LLP ATTN: ANDREW J. LEVANDER 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| COVEY, DAVID J. | 64 THE MARLOWES LONDON NW8 6NA UNITED KINGDOM |
| CRUIKSHANK, THOMAS H. | DECHERT LLP ATTN: ANDREW J. LEVANDER 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| CRUIKSHANK, THOMAS H. | 4751 BOWSER COURT DALLAS TX 75219 |
| DEEGAN, CHRISTOPHER J | 268 EAST SHORE DRIVE MASSAPEQUA NY 11758-8401 |
| EVANS, MARSHA JOHNSON | DECHERT LLP ATTN: ANDREW J. LEVANDER 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| EVANS, MARSHA JOHNSON | 169 LINKSIDE CIR PONTE VEDRA FL 32082-2032 |
| GENT, CHRISTOPHER, SIR | C/O GLAXOSMITHKLINE, PLC 980 GREAT WEST ROAD BRENTFORD MIDDLESEX TW8 9GS UNITED KINGDOM |
| GENT, CHRISTOPHER, SIR | DECHERT LLP ATTN: ANDREW J. LEVANDER 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| GOYAL, ANSHU | MICHAEL R. DAL LAGO, ESQ. MORRISON COHEN LLP 909 THIRD AVENUE NEW YORK NY 10022 |
| GOYAL, ANSHU | 21 PENNY LANE SCARSDALE NY 10583 |
| HERNANDEZ, ROLAND A. | DECHERT LLP ATTN: ANDREW J. LEVANDER 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HERNANDEZ, ROLAND A. | 300 NORTH SAN RAFAEL AVENUE PASADENA CA 91105 |
| HUGHSON, PAUL | DLA PIPER LLP (US) ATTN: JEREMY JOHNSON 1251 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020-1104 |
| HUGHSON, PAUL | 20 HIGHFIELD ROAD HARRISON NY 10528 |
| KAUFMAN, HENRY | 934 CHEROKEE LANE FRANKLIN LAKES NJ 07417 |
| KAUFMAN, HENRY | DECHERT LLP ATTN: ANDREW J. LEVANDER 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LAX, STEPHEN | 324 AUTUMN HILL DRIVE MORGANVILLE NJ 07751-2043 |
| LEGER, EITAN | 30 WEST STREET, # 17E NEW YORK NY 10004 |
| LEVILEV, YERUCHIM | 786 MONTGOMERY ST BROOKLYN NY 11213 |
| MACOMBER, JOHN D. | DECHERT LLP ATTN: ANDREW J. LEVANDER 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| MACOMBER, JOHN D. | 2806 N STREET NW WASHINGTON DC 20007 |
| SPITAL, SAUL H. | 10 JEANINE COURT MANALAPAN NJ 07226 |
| SPITAL, SAUL H. | 10 JEANINE COURT MANALAPAN NJ 07726 |
| VAI, CRISTIANA | PIAZZA DEL CARMINE 2 MILANO 20121 ITALY |

**Total Creditor count  31**