UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
: 
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                :
           Debtors.                                       :    (Jointly Administered)
                                                                :
----------------------------------------------------------------------x    Ref. Docket Nos. 30924, 30932 &
                                                                      30935

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                              ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 14, 2012, I caused to be served the following:

   a) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated September 14, 2012 [Docket No. 30924], (the "Notice of Subpoena"),

   b) "Notice of Presentment of Supplemental Order Reinstating Claim," dated September 14, 2012 [Docket No. 30932], (the "Notice of Presentment"), and

   c) "Notice of Hearing on Two Hundred Fifty-Ninth Omnibus Objection to Claims (Late Filed Claims)," dated September 14, 2012 [Docket No. 30935], (the "Notice of Hearing"),

   by causing true and correct copies of the:

   i. Notice of Subpoena, Notice of Presentment, and Notice of Hearing, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii. Notice of Subpoena, Notice of Presentment, and Notice of Hearing, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

-2-

    iii.    Notice of Presentment, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>, and

    iv.    Notice of Hearing, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the party listed on the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  /s/ Kerry O'Neil
                                                    Kerry O'Neil

Sworn to before me this
14th day of September, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

-2-

T:\Clients\LBH\Affidavits\Notice of Subpoena, Notice of Presentment & Notice of Hearing_DI_30924, 30932 & 30935_AFF_9-14-12.doc

# EXHIBIT A

Lehman Brothers Holdings, Inc.
Email Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com

asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com

Lehman Brothers Holdings, Inc.
Email Service List

clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
colea@gtlaw.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com

dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
eli.mattioli@klgates.com

Lehman Brothers Holdings, Inc.
Email Service List

| | |
|---|---|
| ellen.halstead@cwt.com | ira.herman@tklaw.com |
| emerberg@mayerbrown.com | isgreene@hhlaw.com |
| enkaplan@kaplanlandau.com | israel.dahan@cwt.com |
| eobrien@sbchlaw.com | iva.uroic@dechert.com |
| erin.mautner@bingham.com | jacobsonn@sec.gov |
| eschwartz@contrariancapital.com | james.heaney@lawdeb.com |
| esmith@dl.com | james.mcclammy@dpw.com |
| etillinghast@sheppardmullin.com | james.sprayregen@kirkland.com |
| ezujkowski@emmetmarvin.com | jamestecce@quinnemanuel.com |
| ezweig@optonline.net | jamie.nelson@dubaiic.com |
| fbp@ppgms.com | jar@outtengolden.com |
| ffm@bostonbusinesslaw.com | jason.jurgens@cwt.com |
| fhyman@mayerbrown.com | jay.hurst@oag.state.tx.us |
| foont@foontlaw.com | jay@kleinsolomon.com |
| francois.janson@hklaw.com | Jbecker@wilmingtontrust.com |
| fsosnick@shearman.com | jbeemer@entwistle-law.com |
| fyates@sonnenschein.com | jbeiers@co.sanmateo.ca.us |
| gabriel.delvirginia@verizon.net | jbird@polsinelli.com |
| gbray@milbank.com | jbromley@cgsh.com |
| ggitomer@mkbattorneys.com | jcarberry@cl-law.com |
| ggoodman@foley.com | jchristian@tobinlaw.com |
| giddens@hugheshubbard.com | jchubak@proskauer.com |
| gkaden@goulstonstorrs.com | jdoran@haslaw.com |
| glenn.siegel@dechert.com | Jdrucker@coleschotz.com |
| gmoss@riemerlaw.com | jdyas@halperinlaw.net |
| gravert@ravertpllc.com | jean-david.barnea@usdoj.gov |
| gspilsbury@jsslaw.com | jeanites@whiteandwilliams.com |
| harrisjm@michigan.gov | jeannette.boot@wilmerhale.com |
| harveystrickon@paulhastings.com | jeff.wittig@coair.com |
| hbeltzer@mayerbrown.com | jeffery.black@bingham.com |
| heim.steve@dorsey.com | jeffrey.sabin@bingham.com |
| heiser@chapman.com | jeldredge@velaw.com |
| hollace.cohen@troutmansanders.com | jen.premisler@cliffordchance.com |
| holsen@stroock.com | jennifer.demarco@cliffordchance.com |
| howard.hawkins@cwt.com | jennifer.gore@shell.com |
| hseife@chadbourne.com | jeremy.eiden@ag.state.mn.us |
| hsnovikoff@wlrk.com | jfalgowski@reedsmith.com |
| hsteel@brownrudnick.com | jflaxer@golenbock.com |
| icatto@mwe.com | jfox@joefoxlaw.com |
| igoldstein@dl.com | jfreeberg@wfw.com |
| igoldstein@proskauer.com | jg5786@att.com |
| ilevee@lowenstein.com | jgenovese@gjb-law.com |

LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtorf@schiffhardin.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com

Lehman Brothers Holdings, Inc.
Email Service List

| | |
|---|---|
| Landon@StreusandLandon.com | mberman@nixonpeabody.com |
| lapeterson@foley.com | mberman@nixonpeabody.com |
| lathompson@co.sanmateo.ca.us | mbienenstock@proskauer.com |
| lberkoff@moritthock.com | mbloemsma@mhjur.com |
| Lee.Stremba@troutmansanders.com | mbossi@thompsoncoburn.com |
| lgotko@fklaw.com | mcademartori@sheppardmullin.com |
| lgranfield@cgsh.com | mcantor@normandyhill.com |
| lhandelsman@stroock.com | mccombst@sullcrom.com |
| linda.boyle@twtelecom.com | mcordone@stradley.com |
| lisa.ewart@wilmerhale.com | mcto@debevoise.com |
| lisa.kraidin@allenovery.com | mcyganowski@oshr.com |
| LJKotler@duanemorris.com | mdorval@stradley.com |
| lkatz@ltblaw.com | melorod@gtlaw.com |
| LKISS@KLESTADT.COM | meltzere@pepperlaw.com |
| lmarinuzzi@mofo.com | metkin@lowenstein.com |
| Lmay@coleschotz.com | mfeldman@willkie.com |
| lmcgowen@orrick.com | mgordon@briggs.com |
| lml@ppgms.com | mgreger@allenmatkins.com |
| lnashelsky@mofo.com | mh1@mccallaraymer.com |
| loizides@loizides.com | mhopkins@cov.com |
| lromansic@steptoe.com | michael.frege@cms-hs.com |
| lscarcella@farrellfritz.com | michael.kelly@monarchlp.com |
| lschweitzer@cgsh.com | michael.kim@kobrekim.com |
| lubell@hugheshubbard.com | michael.mccrory@btlaw.com |
| lwhidden@salans.com | millee12@nationwide.com |
| mabrams@willkie.com | miller@taftlaw.com |
| MAOFILING@CGSH.COM | mimi.m.wong@irscounsel.treas.gov |
| Marc.Chait@SC.com | mitchell.ayer@tklaw.com |
| margolin@hugheshubbard.com | mjedelman@vedderprice.com |
| mark.bane@ropesgray.com | MJR1@westchestergov.com |
| mark.deveno@bingham.com | mkjaer@winston.com |
| mark.ellenberg@cwt.com | mlahaie@akingump.com |
| mark.ellenberg@cwt.com | MLandman@lcbf.com |
| mark.hellerer@pillsburylaw.com | mlichtenstein@crowell.com |
| mark.sherrill@sutherland.com | mlynch2@travelers.com |
| martin.davis@ots.treas.gov | mmendez@hunton.com |
| Marvin.Clements@ag.tn.gov | mmooney@deilylawfirm.com |
| matt@willaw.com | mmorreale@us.mufg.jp |
| matthew.klepper@dlapiper.com | mneier@ibolaw.com |
| maustin@orrick.com | monica.lawless@brookfieldproperties.com |
| max.polonsky@skadden.com | mpage@kelleydrye.com |
| mbenner@tishmanspeyer.com | mparry@mosessinger.com |

Lehman Brothers Holdings, Inc.
Email Service List

mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
Nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com

Lehman Brothers Holdings, Inc.
Email Service List

rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
SABVANROOY@HOTMAIL.COM
sagolden@hhlaw.com
Sally.Henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
Streusand@StreusandLandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com

Lehman Brothers Holdings, Inc.
Email Service List

tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

Lehman Brothers Holdings, Inc.
Master Service List

**OFFICE OF THE US TRUSTEE**
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

**INTERNAL REVENUE SERVICE**
*SPECIAL PROCEDURES BRANCH*
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT C

LEHMAN BROTHERS HOLDINGS, INC.
ADDITIONAL PARTIES LIST

**LEVINE, RICHARD S.**
85 CHESTNUT STREET, SOUTH
LIVINGSTON, NJ  07039

**JULIEN & SCHLENSINGER, P.C.**
*Counsel To:  Richard S. Levine*
ATTN: Michael Schlesinger
ONE WHITE STREET, 17TH FLOOR
NEW YORK, NY 10004

**KAPLAN LANDAU, LLP**
*Counsel To:  Richard S. Levine*
ATTN: Eugene Kaplan; Patrick Train-Gutierrez
1065 AVENUE OF AMERICAS, 27TH FLOOR
NEW YORK, NY 10018

**EXHIBIT D**

LEHMAN BROTHERS HOLDINGS, INC.
ADDITIONAL PARTY LIST

**STEELE, ANNA M.**
*Edward Jones Investment*
794 CLIFF ST.
LANDER, WY  82520