**BancaStato**
BANCA DELLO STATO DEL CANTONE TICINO

**Sede centrale**

Viale H. Guisan 5
Casella postale
CH - 6501 Bellinzona

Tel. +41 91 803 71 11
Fax +41 91 803 71 70

www.bancastato.ch


FILED / RECEIVED
SEP 1 3 2012
EPIQ BANKRUPTCY SOLUTIONS, LLC

EPIQ Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

*Taken care of by:*
Roberta Scalabrini
Department area Logistica Amministrazione Titoli
Tel.

Bellinzona, September 12, 2012

*Vostro rif.* TRANSFER OF CLAIM  ANN5214A8303 - LEHMAN BROTHERS HOLDINGS INC.
*Ihre Ref.*
*Votre réf.*

| | | | |
|---|---|---|---|
| ☐ | per informazione / zur Kenntnisnahme / pour information | ☐ | da ritornare p.f. entro il / bitte zurücksenden bis / à renvoyer s.v.p. jusqu'au |
| ☒ | per i vostri atti / zu Ihren Akten / pour vos dossiers | ☐ | di ritorno con ringraziamenti / mit Dank zurück / en retour avec remerciements |
| ☐ | come inteso / gemäss Besprechung / suivant l'accord | ☐ | per la firma/visto / zur Unterschrift/Visum / pour la signature/visa |
| ☐ | telefonare p.f. / bitte anrufen / téléphoner s.v.p. | ☐ | per approvazione / zur Genehmigung / pour approbation |
| ☒ | per il disbrigo / zur Erledigung / pour règlement | ☐ | ricevuto per errore / irrtümlicherweise erhalten / reçu par erreur |
| ☐ | come da vostra richiesta / gemäss Ihrem Wunsch / selon votre demande | ☐ | per una presa di posizione / zur Stellungnahme / pour avis |

☒ Please fnd herewith attached the "transfer of claims other than for security", duly filled in and signed by the Transferor Credit Suisse  AG and the Transferee Banca Dello Stato Cantone Ticino

Distinti saluti

BANCA DELLO STATO DEL CANTONE TICINO

M. Redaelli            E. Snozzi

Annesso:

RECEIVED
SEP 1 7 2012
U.S. BANKRUPTCY COURT
SD DIST OF NEW YORK

Foglio accompagnatorio – 6154 i.d.f. – 27.06.2000       Garanzia dello Stato       1/1

RECEIVED
SEP 17 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                          :
          Debtors.                        :    (Jointly Administered)
                                          :
-----------------------------------------------------------------x

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). The Transferee named below hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice.

| BANCA DELLO STATO DEL CANTONE TICINO | CREDIT SUISSE AG |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and address where notices to Transferee should be sent:<br><br>BANCA DELLO STATO DEL CANTONE TICINO<br>VIALE H. GUISAN 5<br>6500 BELLINZONA<br>SWITZERLAND | Court Claim # (if known):    55829<br>Amount of Claim as Filed:<br>Amount of Claim Transferred: See Schedule I<br>Date Claim Filed:    Oct. 29, 2009 |
| Name and address where payments to Transferee should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>Banca dello Stato del Cantone Ticino</u>    Date: <u>September 12, 2012</u>
        Transferee/Transferee's Agent
Name: <u>M. Redaelli</u>            <u>E. Snozzi</u>
Title: <u>Officer</u>                <u>Officer</u>

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357.*

1028357

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Banca dello Stato del Cantone Ticino** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON AUGUST 15, 2012.

**Credit Suisse AG**

By: _____
Name: Martina Berli
Title:  Vice President

By: _____
Name: Juliette Diallo
Title: Assistant Vice President

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| ANN5214A8303 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | 200 Units |


