WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Peter D. Isakoff
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                          :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THE**
**OBJECTION TO PROOF OF CLAIM NUMBER 22898**

       **PLEASE TAKE NOTICE** that on July 17, 2012, Lehman Brothers Holdings

Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman

Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter

11 cases, filed the Objection to Proof of Claim Number 22898 [ECF No. 29459] and on August

7, 2012, filed the Amendment to the Objection to Proof of Claim Number 22898 [ECF No.

29867] (together, the "Objection").

       **PLEASE TAKE FURTHER NOTICE** that on September 17, 2012, each of

CSCP Credit Acquisition Holdings LUXCO, SARL and CCP Credit Acquisition Holdings

LUXCO, SARL withdrew its respective portion of Proof of Claim Number 22898 with prejudice

[ECF No. 30951], resulting in a withdrawal of Proof of Claim Number 22898 in its entirety with

prejudice.

**PLEASE TAKE FURTHER NOTICE** that as a result of the withdrawal of

Proof of Claim Number 22898, the Plan Administrator hereby withdraws the Objection as moot.

Dated:  September 18, 2012
        New York, New York

                              /s/ Robert J. Lemons
                              Peter D. Isakoff
                              Robert J. Lemons

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Lehman Brothers Holdings Inc.
                              and Certain of Its Affiliates

US_ACTIVE:\44097118\2\58399.0008