WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :    **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :    **08-13555 (JMP)**
                                                               :
            **Debtors.**                                       :    **(Jointly Administered)**
                                                               :
---------------------------------------------------------------x
                                                               :
**In re**                                                      :
                                                               :    **Case No.**
**LEHMAN BROTHERS INC.,**                                      :
                                                               :    **08-01420 (JMP) (SIPA)**
            **Debtor.**                                        :
                                                               :
---------------------------------------------------------------x

# NOTICE OF **AMENDED** AGENDA OF MATTERS SCHEDULED FOR
# THE FIFTY-THIRD OMNIBUS HEARING ON SEPTEMBER 19, 2012 AT 10:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I.   UNCONTESTED MATTERS:

1. Application of the Ad Hoc Group of Lehman Brothers Creditors for Compensation for Professional Services Rendered by, and Reimbursement of Actual and Necessary Expenses of, Its Professionals Pursuant to Section 503(b) of the Bankruptcy Code Rendered by, and Reimbursement of Actual and Necessary Expenses of, Its Professionals Pursuant to Section 503(b) of the Bankruptcy Code **[ECF No. 29195]**

    Response Deadline:   July 25, 2012 at 4:00 p.m.

    Responses Received:

        A.   Omnibus Objection of United States Trustee **[ECF No. 29639]**

        B.   Omnibus Response of Official Committee of Unsecured Creditors **[ECF No. 29785]**

    Related Documents:

        C.   Fee Committee's Position Statement on Pending Section 503(b) Applications **[ECF No. 29977]**

        D.   Fee Committee's Amended Position Statement on Pending Section 503(b) Applications **[ECF No. 30124]**

        E.   Preliminary Reply of the Ad Hoc Group of Lehman Brothers Creditors **[ECF No. 30943]**

    Status:   This matter is going forward as to the uncontested portion of the application and is adjourned to a date to be determined as to the contested portion of the application.

2. Application of the Ad Hoc Group of Holders of Notes Issued by Lehman Brothers Treasury Co. B.V. and Guaranteed by Lehman Brothers Holdings Inc., Pursuant to 11 U.S.C. § 503(b) for Allowance of Administrative Expenses for Counsel's Services Incurred in Making A Substantial Contribution in These Chapter 11 Cases **[ECF No. 29222]**

    Response Deadline:   July 25, 2012 at 4:00 p.m.

Responses Received:

    A.    Omnibus Objection of United States Trustee **[ECF No. 29639]**

    B.    Omnibus Response of Official Committee of Unsecured Creditors **[ECF No. 29785]**

Related Documents:

    C.    Declaration of Steven B. Levine in Support of Application **[ECF No. 29223]**

    D.    Reply of the Ad Hoc Group of Holders of Notes Issued by Lehman Brothers Treasure Co. B.V. and Guaranteed by Lehman Brothers Holdings Inc. to the Omnibus Objection of the United States Trustee **[ECF No. 29967]**

    E.    Fee Committee's Position Statement on Pending Section 503(b) Applications **[ECF No. 29977]**

    F.    Fee Committee's Amended Position Statement on Pending Section 503(b) Applications **[ECF No. 30124]**

    G.    Notice of Filing of Revised Proposed Order **[ECF No. 30972]**

Status:  This matter is going forward.

3. Application of Goldman Sachs Bank USA and Goldman Sachs International for Entry of an Order Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Reimbursement of Reasonable Professional Fees in Making a Substantial Contribution in These Cases **[ECF No. 29240]**

Response Deadline:    July 25, 2012 at 4:00 p.m.

Responses Received:

    A.    Omnibus Objection of United States Trustee **[ECF No. 29639]**

    B.    Omnibus Response of Official Committee of Unsecured Creditors **[ECF No. 29785]**

Related Documents:

    C.    Declaration of Thomas J. Moloney in Support of Application **[ECF No. 29241]**

    D.    Fee Committee's Position Statement on Pending Section 503(b) Applications **[ECF No. 29977]**

3

      E.    Fee Committee's Amended Position Statement on Pending Section 503(b) Applications **[ECF No. 30124]**

      F.    Notice of Filing Revised Proposed Order **[ECF No. 30950]**

Status:  This matter is going forward.

## II.    CONTESTED MATTER:

4.    Lehman Brothers Special Financing Inc. Working Group's Application for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution in These Cases **[ECF No. 29239]**

Response Deadline:    July 25, 2012 at 4:00 p.m.

Responses Received:

      A.    Omnibus Objection of United States Trustee **[ECF No. 29639]**

      B.    Omnibus Response of Official Committee of Unsecured Creditors **[ECF No. 29785]**

Related Documents:

      C.    Fee Committee's Position Statement on Pending Section 503(b) Applications **[ECF No. 29977]**

      D.    Fee Committee's Amended Position Statement on Pending Section 503(b) Applications **[ECF No. 30124]**

Status:  This matter is going forward.

## SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS

## III.    CONTESTED MATTERS:

5.    Trustee's Motion for Authorization to Sell Shares of Navigator Holdings, Ltd. and Related Relief **[LBI ECF No. 5220]**

Response Deadline:    September 5, 2012 at 4:00 p.m., extended by agreement for certain parties.

Response Received:

      A.    Objection of Elliott Management to the Trustee's Motion **[LBI ECF No. 5315]**

Related Documents:

  B. Notice of Revised Proposed Order **[LBI ECF No. 5247]**

  C. Notice of Further Revised Proposed Order **[LBI ECF No. 5249]**

  D. Sale Procedure Order **[LBI ECF No. 5253]**

  E. Supplemental Declaration in Support of Motion **[LBI ECF No. 5311**]

  F. WL Ross & Co LLC's Response to Elliott Management Corporation Objection **[LBI ECF No. 5318]**

  G. Trustee's Reply to Objection of Elliott Management Corporation **[LBI ECF No. 5319]**

Status:  This matter is going forward.

6. Motion of Elliott Management Corporation For an Order, Pursuant to 15 U.S.C. §§ 78fff-1(B), 78fff-2(B) and 78fff-2(C)(1) and 11 U.S.C. § 105(A), (I) Determining the Method of Distribution on Customer Claims and (II) Directing an Initial Distribution on Allowed Customer Claims **[LBI ECF No. 5129]**

Response Deadline:  September 12, 2012 at 4:00 p.m.

Responses Received:

  A. Trustee's Opposition to Motion of Elliott Management Corporation **[LBI ECF No. 5284]**

  B. Response of the Securities Investor Protection Corporation to Motion of Elliott Management Corporation **[LBI ECF No. 5282]**

  C. Limited Objection by Barclays Capital Inc. **[LBI ECF No. 5156]**

  D. Objection of Joy Global, Inc. **[LBI ECF No. 5274]**

  E. Limited Objection by PricewaterhouseCoopers AG, Zurich **[LBI ECF No. 5275]**

  F. Objection of Teva Pharmaceuticals **[LBI ECF No. 5277]**

  G. Objection of SL Green Realty Corp. **[LBI ECF No. 5278]**

  H. Objection of Belmont Insurance Company **[LBI ECF No. 5279]**

  I. Limited Objection and Request by the Joint Administrations of Lehman Brothers International (Europe) (In Administration) **[LBI ECF No. 5280]**

5

  J. Objection of LibertyView **[LBI ECF No. 5281]**

  K. Objection of Goldman Sachs Investment Partners Master Fund, L.P. **[LBI ECF No. 5283]**

  L. Joinder of PEP Credit Investor L.P., Providence Equity Partners VI L.P., Providence Equity Partners VI-A L.P., and Providence TMT Special Situations Fund, L.P. to Objection of LibertyView **[LBI ECF No. 5285]**

  M. Response of Lehman Brothers Holdings Inc. **[LBI ECF No. 5287]**

  N. LBHI Official Committee of Unsecured Creditors' Statement **[LBI ECF No. 5297]**

  O. Response and Reservation of Rights of the Ad Hoc Group of Lehman Brothers Creditors **[LBI ECF No. 5298]**

Related Document:

  P. Notices of Adjournment **[LBI ECF Nos. 5143, 5155, 5206]**

  Q. Elliott Management Corporation's Reply in Further Support of Motion **[LBI ECF No. 5316]**

Status: This matter is going forward.

## IV. ADJOURNED MATTERS:

### A. Lehman Brothers Holdings Inc.

7. Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[ECF No. 11513]**

Response Deadline: February 9, 2011 at 4:00 p.m.

Responses Received:

  A. Debtors' Objection **[ECF No. 14398]**

  B. Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[ECF No. 14462]**

Related Documents:

  C. Affidavit of Michael E. Busch, Esq. in Support of Motion **[ECF No. 11514]**

6

       D.      Declaration of Christopher Milenkevich in Support of Debtors' Objection **[ECF No. 14454]**

   Status:  This matter has been adjourned at October 10, 2012 at 10:00 a.m.

8. Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004 **[ECF No. 16016]**

   Response Deadline:    May 11, 2011 at 4:00 p.m.

   Responses Received:

       A.    Debtors' Objection **[ECF No. 16680]**

       B.    Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[ECF No. 16683]**

    Status:  This matter has been adjourned at October 10, 2012 at 10:00 a.m.

9. Amended Motion of Ironbridge Homes, LLC, et al. for Relief from the Automatic Stay **[ECF No. 23551]**

   Response Deadline:    September 12, 2012 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:  None.

   Status:  This matter has been adjourned at October 10, 2012 at 10:00 a.m.

**B.   Lehman Brothers Inc.**

10. Cardinal Investment Sub I, L.P. and Oak Hill Strategic Partners, L.P.'s Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates **[LBI ECF No. 4634]**

    Response Deadline:    October 3, 2012 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

        A.    Declaration of Luke A. Barefoot in Support of Movant's Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of its Affiliates **[LBI ECF No. 4635]**

        B.    Notices of Adjournment **[LBI ECF Nos. 4663, 4759, 4824, 4892, 4946, 5017, 5066, 5108, 5132, 5207, 5270]**

<u>Status</u>:  This matter has been adjourned to October 10, 2012 at 10:00 a.m.

## V.    **WITHDRAWN MATTER:**

11.    Motion of Grace Farrelly for Relief from Automatic Stay **[ECF No. 25205]**

<u>Response Deadline</u>:    March 23, 2012 at 4:00 p.m.

<u>Response Received</u>:

    A.    Response of BNC Mortgage LLC **[ECF No. 27145]**

<u>Related Document</u>:

    B.    Notice of Withdrawal **[ECF No. 30823]**

<u>Status</u>:  This matter has been withdrawn.

Dated: September 18, 2012
      New York, New York

           <u>/s/ Robert J. Lemons</u>
           Robert J. Lemons

           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Lehman Brothers Holdings Inc.
           and Certain of Its Affiliates

Dated: September 18, 2012
      New York, New York

           <u>/s/ Jeffrey S. Margolin</u>
           James B. Kobak, Jr.
           Christopher K. Kiplok
           Jeffrey S. Margolin

           HUGHES HUBBARD & REED LLP
           One Battery Park Plaza
           New York, New York 10004
           Telephone: (212) 837-6000
           Facsimile: (212) 422-4726

           Attorneys for James W. Giddens, Trustee for
           the SIPA Liquidation of Lehman Brothers Inc.