# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

September 19, 2012

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**Re: ADR Procedures Order Dated 9/17/09 ("Order")**
      **Thirty-fourth Status Report**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the thirty-fourth) to the Court pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. Debtors will file this report on the docket in advance of the September 19, 2012 omnibus hearing.

In the 36 days following the last report, Debtors served nine additional ADR Notices in Tier I. When added to the total Notices served in Tier Two, the total number of Notices served is now 262. During the immediately past reporting period, Debtors achieved settlements with counterparties in seven ADR matters, all as a result of mediation. Upon closing of such settlements, Debtors will have received an aggregate total of $1,288,387,373 new dollars for the Debtors' estates. Settlements have been achieved in 216 ADR matters involving 238 counterparties.

Honorable James M. Peck  **Weil, Gotshal & Manges LLP**
September 19, 2012
Page 2

To date, of the 88 ADR matters that have reached the mediation stage and have been concluded, 83 have been settled in mediation. Only five mediations have terminated without settlement. Nine additional mediations have been scheduled to commence on the following dates: September 21 and 25; October 3, 4; 16 and 30; and November 6, 7 and 27, 2012.

Respectfully submitted,

*[signature]*

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp

cc:  Jacob Esher, Esq.
    James Freund, Esq.
    David Geronemus, Esq.
    Ralph Mabey, Esq.
    David Cohen, Esq.
    (all cc's via E-mail)