WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF HEARING ON THE ONE HUNDRED THIRTY-SECOND OMNIBUS
OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY
<u>AS TO THE CLAIM OF KSC AFFORDABLE HOUSING INVESTMENT FUND LLC</u>**

**PLEASE TAKE NOTICE** that a hearing to consider the One Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) *solely* as to claim number 18705 of the KSC Affordable Housing Investment Fund LLC will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

US_ACTIVE:\44098427\1\58399.0011

New York, Room 601, on **September 27, 2012 at 10:00 a.m. (Eastern Time)**.

Dated:  September 19, 2012
      New York, New York

                                       /s/ Robert J. Lemons
                                       Robert J. Lemons
                                       Penny P. Reid
                                       Ralph Miller
                                       WEIL, GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone: (212) 310-8000
                                       Facsimile: (212) 310-8007

                                       Attorneys for Lehman Brothers Holdings Inc.
                                       and Certain of Its Affiliates