UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
In re:                                                             :   Chapter 11
                                                                   :   Case No. 08-13555(JMP)
                                                                   :   (Jointly Administered)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :
                                                                   :   CERTIFICATE OF
            Debtors.                                               :   SERVICE
                                                                   :
------------------------------------------------------------------ X

        I, Brendan Cyr, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1. On the 18th day of September 2012, the Notice of Adjournment of Hearing on Lehman Brothers Special Financing Inc. Working Group's Application for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution in these Cases was served by Federal Express upon:

        Tracy Hope Davis, Esq.
        Office of the United States Trustee
        for the Southern District of New York
        33 Whitehall Street, 21st Floor
        New York, New York 10004

        John Suckow
        William Fox
        Lehman Brothers Holdings Inc.
        1271 Avenue of the Americas, 45th Floor
        New York, NY 10020

        Harvey Miller, Esq.
        Richard P. Krasnow, Esq.
        Weil, Gotshal & Manges, LLP
        767 Fifth Avenue
        New York, NY 10153

>Dennis F. Dunne, Esq.
>Dennis O'Donnell, Esq.
>Evan Fleck, Esq.
>Milbank, Tweed, Hadley & McCloy LLP
>1 Chase Manhattan Plaza
>New York, New York 10005
>
>Brady C. Williamson, Esq.
>Katherine Stadler, Esq.
>Godfrey & Kahn, S.C.
>One East Main Street, Suite 500
>Madison, Wisconsin 53703

2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
        September 19, 2012

_____
Brendan Cyr