ROPES & GRAY LLP
Mark I. Bane (MB 4883)
Philip A. Wells (PW 0619)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  (212) 596-9000
Facsimile:   (212) 596-9090

*Attorneys for Each of Sankaty Credit Opportunities III,
L.P. and Sankaty Special Situations I, L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears pursuant to rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), in the above-captioned cases on behalf of Sankaty Credit Opportunities III, L.P. and Sankaty Special Situations I, L.P. (collectively, "Sankaty"), and requests that all notices given or required to be given and all papers served in these cases be delivered to and served upon the party identified below at the following address:

>Philip A. Wells
>ROPES & GRAY LLP
>1211 Avenue of the Americas
>New York, NY 10036-8704
>Telephone:  (212) 596-9000
>Facsimile:   (212) 596-9090
>E-mail: *philip.wells@ropesgray.com*

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive Sankaty's: (i) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Sankaty is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: September 19, 2012  ROPES & GRAY LLP
       New York, NY

By: _/s/ Philip A. Wells_
Philip A. Wells (PW 0619)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Attorneys for Each of Sankaty Credit Opportunities III, L.P. and Sankaty Special Situations I, L.P.*