**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that the undersigned hereby withdraws as counsel in the representation of Sankaty Credit Opportunities III, L.P. and Sankaty Special Situations I, L.P., and requests to be removed from all notice and service lists in this case.

Dated: September 19, 2012
New York, NY

By  */s/ Jose Raul Alcantar Villagran*
Jose Raul Alcantar Villagran, Esq. (JA-0925)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596 9000
Facsimile: (212) 596-9090
Email: raul.alcantar@ropesgray.com

31984694_1