**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the undersigned hereby withdraws as counsel in the representation of Massachusetts Housing Finance Agency, and requests to be removed from all notice and service lists in this case.

Dated: September 19, 2012
         New York, NY

By */s/ Jose Raul Alcantar Villagran*
Jose Raul Alcantar Villagran, Esq. (JA-0925)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596 9000
Facsimile: (212) 596-9090
Email: raul.alcantar@ropesgray.com

31984991_1