Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen PC
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Elliott Associates, L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :     **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :     **08-13555 (JMP)**
                                                               :
                            Debtors.                           :     **(Jointly Administered)**
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 66398, filed on March 17, 2010, which amended claim number 21347 against Lehman Brothers Holdings Inc., filed by Autonomy Master Fund Limited in the amount of $43,708,621 (the "Claim"). Elliott Associates, L.P. ("Elliott") purchased a 100% interest in the Claim, *see* ECF No. 11449. Elliott represents and warrants that as of the date hereof, Elliott has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that, through its undersigned counsel, Elliott hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. This withdrawal shall not affect any claim held by Elliott other than the Claim. Elliott represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: September 14, 2012
       New York, New York

/s/ Matthew J. Gold
Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen PC
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Elliott Associates, L.P.*

RGREEN\212857.1 - 09/11/12