Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*Attorneys for Autonomy Master Fund Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | : Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| Debtors. | : (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 66585, filed on April 28, 2010, which amended claim number 21348, against Lehman Brothers Holdings Inc., filed by Autonomy Master Fund Limited ("Autonomy") in the amount of $22,545,169.26 (the "Claim"). Autonomy represents and warrants that as of the date hereof, Autonomy has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that, through its undersigned counsel, Autonomy hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. This withdrawal shall not affect any claim held by Autonomy other than the Claim. Autonomy represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: September 14, 2012
       New York, New York

_____
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*Attorneys for Autonomy Master Fund Limited*