**BROWN RUDNICK LLP**
Steven B. Levine
Peter J.M. Declercq
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Fax: (617) 856-8201

*Counsel to the Lehman Brothers Treasury B.V. Noteholders Identified Herein*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Lehman Brothers Holdings, Inc., *et al.*,** | **Case No. 08-13555 (JMP)** |
| **Debtors** | **(Jointly Administered)** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF ONTARIO )

Carol S. Ennis, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Canandaigua, New York.

On September 18, 2012, I caused to be served a true copy of the *Notice of Filing of Revised Proposed Order Granting the Application of the Ad Hoc Group of Holders of Notes Issued by Lehman Brothers Treasury Co. B.V. and Guaranteed by Lehman Brothers Holdings, Inc. Pursuant to 11 U.S.C. Section 503(b) for Allowance of Administrative Expenses for Counsel's Services Incurred in Making a Substantial Contribution in These Chapter 11 Cases* in this proceeding, upon the parties set forth below and in the manner specified:

| | |
|---|---|
| Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attention: Tracy Hope Davis, Esq.,<br>Elisabetta G. Gasparini, Esq.<br>and Andrea B. Schwartz, Esq.<br>By Federal Express | Internal Revenue Service<br>Special Procedures Branch<br>Attn: District Director<br>290 Broadway<br>New York, NY 10007<br>By Federal Express |
| ddunne@milbank.com;<br>andrea.b.schwartz@usdoj.gov;<br>harvey.miller@weil.com;<br>lori.fife@weil.com;<br>alfredo.perez@weil.com;<br>kstadler@gklaw.com; and<br>bwilliam@gklaw.com<br>and all parties listed on Exhibit A attached.<br>By Electronic Mail | |

Carol S. Ennis

Sworn to before me this
19th day of September, 2012

Notary Public

DEBORAH E. ROUGHT
NOTARY PUBLIC, STATE OF NEW YORK
YATES COUNTY REG. #01RO6032768
COMMISSION EXPIRES 11/08/2013

**EMAIL DISTRIBUTION LISTS (parts 1-15)**

**Lehman Brothers Holding Master Service List (part 1)**

aaaronson@dilworthlaw.com; aalfonso@willkie.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com; adam.brezine@hro.com; adarwin@nixonpeabody.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com; aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com; agold@herrick.com; ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com; ; alum@ftportfolios.com; amarder@msek.com; AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com; anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; aostrow@beckerglynn.com; apo@stevenslee.com; aquale@sidley.com; araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashaffer@mayerbrown.com; ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; aunger@sidley.com; austin.bankruptcy@publicans.com; avenes@whitecase.com; azylberberg@whitecase.com; bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com;

**Lehman Brothers Holding Master Service List (part 2)**

bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com; bdk@schlamstone.com; ; bguiney@pbwt.com; bill.freeman@pillsburylaw.com; bkmail@prommis.com; bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com; Brian.Corey@greentreecreditsolutions.com; ; ; broy@rltlawfirm.com; btrust@mayerbrown.com; ; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; bzabarauskas@crowell.com; cahn@clm.com; calbert@reitlerlaw.com; canelas@pursuitpartners.com; carol.weinerlevy@bingham.com; cbelisle@wfw.com; cbelmonte@ssbb.com; cbrotstein@bm.net; cgoldstein@stcwlaw.com; chammerman@paulweiss.com; chardman@klestadt.com; charles@filardi-law.com; charles_malloy@aporter.com; ; chipford@parkerpoe.com; chris.donoho@lovells.com; christopher.schueller@bipc.com; clarkb@sullcrom.com; clynch@reedsmith.com; cmontgomery@salans.com; cohenr@sewkis.com; cp@stevenslee.com; cpappas@dilworthlaw.com; craig.goldblatt@wilmerhale.com; crmomjian@attorneygeneral.gov; cs@stevenslee.com; csalomon@beckerglynn.com; cschreiber@winston.com; cshore@whitecase.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com;

**Lehman Brothers Holding Master Service List (part 3)**

cwalsh@mayerbrown.com; cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com; dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com; dave.davis@isgria.com; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com; david.heller@lw.com; david.seligman@kirkland.com; davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com; dbarber@bsblawyers.com; dbaumstein@whitecase.com; dbesikof@loeb.com; dcimo@gjb-law.com; ; dcoffino@cov.com; dcrapo@gibbonslaw.com; ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; ddunne@milbank.com; deggermann@kramerlevin.com; deggert@freebornpeters.com; demetra.liggins@tklaw.com; ; dfelder@orrick.com; dflanigan@polsinelli.com; dgrimes@reedsmith.com; dhayes@mcguirewoods.com; dheffer@foley.com; diconzam@gtlaw.com; djoseph@stradley.com; dkleiner@velaw.com; dkozusko@willkie.com; dlemay@chadbourne.com; dlipke@vedderprice.com; dludman@brownconnery.com; dmcguire@winston.com; dmurray@jenner.com; dneier@winston.com; dodonnell@milbank.com; dove.michelle@dorsey.com; dowd.mary@arentfox.com; DPiazza@HodgsonRuss.com; draelson@fisherbrothers.com;

**Lehman Brothers Holding Master Service List (part 4)**

dravin@wolffsamson.com; drose@pryorcashman.com; drosenzweig@fulbright.com; drosner@goulstonstorrs.com; drosner@kasowitz.com; dshemano@pwkllp.com; dspelfogel@foley.com; dtatge@ebglaw.com; dwdykhouse@pbwt.com; dwildes@stroock.com; dworkman@bakerlaw.com; easmith@venable.com; echang@steinlubin.com; ecohen@russell.com; ; efleck@milbank.com; efriedman@friedumspring.com; egeekie@schiffhardin.com; eglas@mccarter.com; ehollander@whitecase.com; ekbergc@lanepowell.com; elevin@lowenstein.com; eli.mattioli@klgates.com; ellen.halstead@cwt.com; eobrien@sbchlaw.com; eschaffer@reedsmith.com; eschwartz@contrariancapital.com; esmith@dl.com; ezujkowski@emmetmarvin.com; ezweig@optonline.net; fbp@ppgms.com; ; ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; ; francois.janson@hklaw.com; ; fsosnick@shearman.com; fyates@sonnenschein.com; gabriel.delvirginia@verizon.net; gbray@milbank.com; ; geraci@thalergertler.com; ggitomer@mkbattorneys.com; giddens@hugheshubbard.com; gkaden@goulstonstorrs.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com; ;

**Lehman Brothers Holding Master Service List (part 5)**

gspilsbury@jsslaw.com; guzzi@whitecase.com; harrisjm@michigan.gov; ; harveystrickon@paulhastings.com; hbeltzer@mayerbrown.com; heim.steve@dorsey.com; heiser@chapman.com; ; hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com; hseife@chadbourne.com; hsnovikoff@wlrk.com; icatto@kirkland.com; igoldstein@dl.com; ilevee@lowenstein.com; info2@normandyhill.com; ira.herman@tklaw.com; isgreene@hhlaw.com; israel.dahan@cwt.com; iva.uroic@dechert.com; ; jacobsonn@sec.gov; jacqueline.marcus@weil.com; ; james.mcclammy@dpw.com; james.sprayregen@kirkland.com; jamestecce@quinnemanuel.com; jamie.nelson@dubaiic.com; jar@outtengolden.com; jason.jurgens@cwt.com;

jay.hurst@oag.state.tx.us; jay@kleinsolomon.com; Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com; jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-law.com; jchristian@tobinlaw.com; Jdrucker@coleschotz.com; jdyas@halperinlaw.net;; jeannette.boot@wilmerhale.com; jeff.wittig@coair.com; jeffrey.sabin@bingham.com; jeldredge@velaw.com; jen.premisler@cliffordchance.com; jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com;

**Lehman Brothers Holding Master Service List (part 6)**

jeremy.eiden@state.mn.us; jessica.fink@cwt.com; jfalgowski@reedsmith.com; jflaxer@golenbock.com; jfox@joefoxlaw.com; jfreeberg@wfw.com; jg5786@att.com; ; jgenovese@gjb-law.com; jguy@orrick.com; jherzog@gklaw.com; jhiggins@fdlaw.com; jhorgan@phxa.com; jhuggett@margolisedelstein.com; ; jim@atkinslawfirm.com; jjoyce@dresslerpeters.com; jjtancredi@daypitney.com; jjureller@klestadt.com; jkehoe@sbtklaw.com; jlamar@maynardcooper.com; jlawlor@wmd-law.com; jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com; ; jlovi@steptoe.com; jlscott@reedsmith.com; jmaddock@mcguirewoods.com; jmazermarino@msek.com; jmcginley@wilmingtontrust.com; jmelko@gardere.com; jmerva@fult.com; jmmurphy@stradley.com; jmr@msf-law.com; john.monaghan@hklaw.com; john.rapisardi@cwt.com; ; jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov; joshua.dorchak@bingham.com; ; jowolf@law.nyc.gov; joy.mathias@dubaiic.com; JPintarelli@mofo.com; jpintarelli@mofo.com; jporter@entwistle-law.com; jprol@lowenstein.com; jrabinowitz@rltlawfirm.com;

**Lehman Brothers Holding Master Service List (part 7)**

jrsmith@hunton.com; jschwartz@hahnhessen.com; jsheerin@mcguirewoods.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jstoll@mayerbrown.com; ; jtimko@shutts.com; jtougas@mayerbrown.com; judy.morse@crowedunlevy.com; jwallack@goulstonstorrs.com; jwang@sipc.org; jwcohen@daypitney.com; jweiss@gibsondunn.com; jwest@velaw.com; jwh@njlawfirm.com; ; ; karen.wagner@dpw.com; KDWBankruptcyDepartment@kelleydrye.com; keith.simon@lw.com; Ken.Coleman@allenovery.com; ken.higman@hp.com; kgwynne@reedsmith.com; kiplok@hugheshubbard.com; kkelly@ebglaw.com; klyman@irell.com; kmayer@mccarter.com; kobak@hugheshubbard.com; korr@orrick.com; ; kovskyd@pepperlaw.com; ; kpiper@steptoe.com; kressk@pepperlaw.com; KReynolds@mklawnyc.com; krosen@lowenstein.com; kuehn@bragarwexler.com; kurt.mayr@bgllp.com; lacyr@sullcrom.com; Landon@StreusandLandon.com; lawallf@pepperlaw.com; lberkoff@moritthock.com; Lee.Stremba@troutmansanders.com; lgranfield@cgsh.com; lhandelsman@stroock.com; linda.boyle@twtelecom.com; lisa.ewart@wilmerhale.com; lisa.kraidin@allenovery.com; LJKotler@duanemorris.com;

**Lehman Brothers Holding Master Service List (part 8)**

lmarinuzzi@mofo.com; Lmay@coleschotz.com; lmcgowen@orrick.com; lml@ppgms.com; ; lnashelsky@mofo.com; loizides@loizides.com; lori.fife@weil.com;

lromansic@steptoe.com; lscarcella@farrellfritz.com; lschweitzer@cgsh.com; ; lubell@hugheshubbard.com; lwhidden@salans.com; mabrams@willkie.com; MAOFILING@CGSH.COM; ; margolin@hugheshubbard.com; mark.deveno@bingham.com; mark.ellenberg@cwt.com; mark.houle@pillsburylaw.com; mark.sherrill@sutherland.com; martin.davis@ots.treas.gov; Marvin.Clements@ag.tn.gov; matthew.klepper@dlapiper.com; ; mbenner@tishmanspeyer.com; mberman@nixonpeabody.com; mbienenstock@dl.com; mbossi@thompsoncoburn.com; mcademartori@sheppardmullin.com; mcordone@stradley.com; mcto@debevoise.com; mdorval@stradley.com; meltzere@pepperlaw.com; metkin@lowenstein.com; mfeldman@willkie.com; mgordon@briggs.com; mgreger@allenmatkins.com; ; mhopkins@cov.com; michael.frege@cms-hs.com; michael.kim@kobrekim.com; millee12@nationwide.com; miller@taftlaw.com; mimi.m.wong@irscounsel.treas.gov; mitchell.ayer@tklaw.com; mjacobs@pryorcashman.com; mjedelman@vedderprice.com; MJR1@westchestergov.com;

**Lehman Brothers Holding Master Service List (part 9)**

mkjaer@winston.com; mlahaie@akingump.com; MLandman@lcbf.com; mlynch2@travelers.com; mmendez@hunton.com; mmooney@deilylawfirm.com; mmorreale@us.mufg.jp; ; mneier@ibolaw.com; monica.lawless@brookfieldproperties.com; ; mprimoff@kayescholer.com; mpucillo@bermanesq.com; mrosenthal@gibsondunn.com; mruetzel@whitecase.com; mschimel@sju.edu; mshiner@tuckerlaw.com; msiegel@brownrudnick.com; mspeiser@stroock.com; mstamer@akingump.com; mvenditto@reedsmith.com; mwarren@mtb.com; ncoco@mwe.com; neal.mann@oag.state.ny.us; ned.schodek@shearman.com; newyork@sec.gov; ; Nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com; nlepore@schnader.com; notice@bkcylaw.com; oipress@travelers.com; ; paronzon@milbank.com; patrick.oh@freshfields.com; paul.turner@sutherland.com; pbattista@gjb-law.com; pbosswick@ssbb.com; pdublin@akingump.com; peisenberg@lockelord.com; peter.gilhuly@lw.com; peter.macdonald@wilmerhale.com; peter.simmons@friedfrank.com; peter@bankrupt.com; pfeldman@oshr.com; phayden@mcguirewoods.com; pmaxcy@sonnenschein.com; ppascuzzi@ffwplaw.com; ppatterson@stradley.com; psp@njlawfirm.com;

**Lehman Brothers Holding Master Service List (part 10)**

ptrostle@jenner.com; ; r.stahl@stahlzelloe.com; raj.madan@bingham.com; rajohnson@akingump.com; ramona.neal@hp.com; ranjit.mather@bnymellon.com; rbeacher@pryorcashman.com; ; rbyman@jenner.com; rdaversa@orrick.com; relgidely@gjb-law.com; rfleischer@pryorcashman.com; rfrankel@orrick.com; rfriedman@silvermanacampora.com; rgmason@wlrk.com; rgraham@whitecase.com; rgraham@whitecase.com; rhett.campbell@tklaw.com; ; richard.krasnow@weil.com; richard.lear@hklaw.com; richard.levy@lw.com; richard.tisdale@friedfrank.com; ritkin@steptoe.com; RJones@BoultCummings.com; RLevin@cravath.com; rmatzat@hahnhessen.com; rnetzer@willkie.com; ; robert.bailey@bnymellon.com;

robert.dombroff@bingham.com; robert.henoch@kobrekim.com; robert.malone@dbr.com; Robert.yalen@usdoj.gov; robertdakis@quinnemanuel.com; Robin.Keller@Lovells.com; ronald.silverman@bingham.com; rqureshi@reedsmith.com; rreid@sheppardmullin.com; rroupinian@outtengolden.com; rrussell@andrewskurth.com; rterenzi@stcwlaw.com; ; russj4478@aol.com; rwasserman@cftc.gov; rwyron@orrick.com; s.minehan@aozorabank.co.jp; sabin.willett@bingham.com; sabramowitz@velaw.com;

**Lehman Brothers Holding Master Service List (part 11)**
sagolden@hhlaw.com; Sally.Henry@skadden.com; sandyscafaria@eaton.com; Sara.Tapinekis@cliffordchance.com; ; scargill@lowenstein.com; schannej@pepperlaw.com; Schepis@pursuitpartners.com; schnabel.eric@dorsey.com; schristianson@buchalter.com; schwartzmatthew@sullcrom.com; scottshelley@quinnemanuel.com; scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov; sehlers@armstrongteasdale.com; sfelderstein@ffwplaw.com; sfineman@lchb.com; sfox@mcguirewoods.com; sgordon@cahill.com; sgubner@ebg-law.com; ; shannon.nagle@friedfrank.com; sharbeck@sipc.org; shari.leventhal@ny.frb.org; ; sidorsky@butzel.com; slerner@ssd.com; slevine@brownrudnick.com; SLoden@DiamondMcCarthy.com; smayerson@ssd.com; smillman@stroock.com; smulligan@bsblawyers.com; snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com; splatzer@platzerlaw.com; ; SRee@lcbf.com; sselbst@herrick.com; sshimshak@paulweiss.com; steele@lowenstein.com; stephen.cowan@dlapiper.com; steve.ginther@dor.mo.gov; steven.troyer@commerzbank.com; steven.wilamowsky@bingham.com; Streusand@StreusandLandon.com; ; susheelkirpalani@quinnemanuel.com; swolowitz@mayerbrown.com; szuch@wiggin.com;

**Lehman Brothers Holding Master Service List (part 12)**
tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tduffy@andersonkill.com; teresa.oxford@invescoaim.com; TGoren@mofo.com; thaler@thalergertler.com; thomas.califano@dlapiper.com; ; Thomas_Noguerola@calpers.ca.gov; timothy.brink@dlapiper.com; timothy.palmer@bipc.com; tjfreedman@pbnlaw.com; tkarcher@dl.com; tkiriakos@mayerbrown.com; tlauria@whitecase.com; tmacwright@whitecase.com; ; tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov; tony.davis@bakerbotts.com; tslome@msek.com; ttracy@crockerkuno.com; twheeler@lowenstein.com; ukreppel@whitecase.com; ; Villa@StreusandLandon.com; vmilione@nixonpeabody.com; vrubinstein@loeb.com; walter.stuart@freshfields.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com; wbenzija@halperinlaw.net; wcurchack@loeb.com; wfoster@milbank.com; william.m.goldman@dlapiper.com; wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; wk@pwlawyers.com; ; wsilverm@oshr.com; wswearingen@llf-law.com; wtaylor@mccarter.com; wzoberman@bermanesq.com; yamashiro@sumitomotrust.co.jp; YUwatoko@mofo.com; cshore@whitecase.com;

**Lehman Brothers Holding Master Service List (part 13)**

etillinghast@sheppardmullin.com; tdewey@dpklaw.com; dpegno@dpklaw.com; jeanites@whiteandwilliams.com; jsullivan@mosessinger.com; neilberger@teamtogut.com; sskelly@teamtogut.com; mccombst@sullcrom.com; bstrickland@wtplaw.com; dshaffer@wtplaw.com; Michael.kelly@monarchlp.com; colea@gtlaw.com; melorod@gtlaw.com; Richard@rwmaplc.com; jnm@mccallaraymer.com; Michael.reilly@bingham.com; Joshua.dorchak@bingham.com; erin.mautner@bingham.com; efriedman@fklaw.com; wweintraub@fklaw.com; abeaumont@fklaw.com; jshenwick@gmail.com; mdahlman@kayescholer.com; mlichtenstein@crowell.com; seichel@crowell.com; rrigolosi@smsm.com; akolod@mosessinger.com; mparry@mosessinger.com; kkolbig@mosessinger.com; lsilverstein@potteranderson.com; rmcneill@potteranderson.com; jdoran@haslaw.com; akornikova@lcbf.com; jnadritch@olshanlaw.com; hbeltzer@mayerbrown.com; cwalsh@mayerbrown.com; wmarcari@ebglaw.com; slerman@ebglaw.com; dtatge@ebglaw.com; scargill@lowenstein.com;

**New Distribution List - Lehman Brothers Holding Master Service List (part 14)**

agoldstein@tnsj-law.com; akantesaria@oppenheimerfunds.com; amartin@sheppardmullin.com; anann@foley.com; bankruptcy@ntexas-attorneys.com; bcarlson@co.sanmateo.ca.us; bhinerfeld@sbtklaw.com; bruce.wright@sutherland.com; cdesiderio@nixonpeabody.com; david.powlen@btlaw.com; dtheising@harrisonmoberly.com; emerberg@mayerbrown.com; foont@foontlaw.com; ggoodman@foley.com; gravert@ravertpllc.com; jbeiers@co.sanmateo.ca.us; jeffrey.black@bingham.com; jmakower@tnsj-law.com; jteitelbaum@tblawllp.com; jvail@ssrl.com; kanema@formanlaw.com; keckhardt@hunton.com; kerry.moynihan@hro.com; kjarashow@fklaw.com; klynch@formanlaw.com; krodriguez@allenmatkins.com; lapeterson@foley.com; lathompson@co.sanmateo.ca.us; lgotko@fklaw.com; lkatz@ltblaw.com; marc.chait@sc.com; mark.bane@ropesgray.com; matt@willaw.com; maustin@orrick.com; mbloemsma@mhjur.com; mcyganowski@oshr.com; mh1@mccallaraymer.com; michael.mccrory@btlaw.com; mpage@kelleydrye.com; mpomerantz@julienandschlesinger.com; mschlesinger@julienandschlesinger.com; msolow@kayescholer.com; msteel@brownrudnick.com; nlevine@akingump.com; otccorpactions@finra.org;

**New Distribution List - Lehman Brothers Holding Master Service List (part 15)**

raul.alcantar@ropesgray.com; richard.fingard@newedgegroup.com; rleek@hodgsonruss.com; robert.lemons@weil.com; roger@rnagioff.com; ross.martin@ropesgray.com; rrainer@wmd-law.com; sabvanrooy@hotmail.com; schannej@pepperlaw.com; sschultz@akingump.com; sstarr@starrandstarr.com; steven.usdin@flastergreenberg.com; steven@blbglaw.com; sweyl@haslaw.com; tim.desieno@bingham.com; tmarrion@haslaw.com; wchen@tnsj-law.com; wdase@fzwz.com; wmaher@wmd-law.com; wmckenna@foley.com