WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
J. Christopher Shore (JCS – 6031)

*Attorneys for the Ad Hoc Group
of Lehman Brothers Creditors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11 Case No.** |
| **Lehman Brothers Holdings Inc., et al.,** | **08-13555 (JMP)** |
| Debtors. | **(Jointly Administered)** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK
                                    s.s:
COUNTY OF NEW YORK

Gregory C. Beller, being duly sworn, deposes and states:

1. I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, New York, New York, 10036. I am over the age of twenty-one years and not a party to the above-captioned proceeding.

2. On September 17, 2012, I caused to be served a copy of the following documents via the indicated methods below, upon those identified on the service list attached hereto as **Exhibit A**:

    a. *Notice of Adjournment in Part of Application of the Ad Hoc Group of Lehman Brothers Creditors for Compensation for Professional Services Rendered By, and Reimbursement of Actual and Necessary Expenses of, Its Professionals Pursuant to Section 503(B) of the Bankruptcy Code* [Docket No. 30947]

    b. *Preliminary Reply in Support of Application of the Ad Hoc Group of Lehman Brothers Creditors for Compensation for Professional Services Rendered by, and Reimbursement of Actual and Necessary Expenses of, Its Professionals Pursuant to Section 503(B) of the Bankruptcy Code* [Docket No. 30943]

_____
Gregory C. Beller

Sworn to before me this 19th day of September, 2012

_____
Elizabeth Shihae Moon
Notary Public, State of New York, No. 01MO6254423
Qualified in New York County
My commission expires January 17, 2016

# EXHIBIT A

# SERVICE LIST

**VIA HAND DELIVERY**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN,
COURTROOM 601
NEW YORK, NY 10004

**VIA USPS FIRST CLASS MAIL**

WEIL GOTSHAL & MANGES LLP
RICHARD P. KRASNOW, LORI R. FIFE JACQUELINE MARCUS
ROBERT LEMONS (COUNSEL TO THE DEBTORS)
767 FIFTH AVENUE
NEW YORK, NY 10153

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ;
ELISABETTA G GASPARINI, ESQ. ANDREA B SCHWARTZ, ESQ
33 WHITEHALL STREET,
21ST FLOOR
NEW YORK, NY 10004

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

GODFREY & KAHN, S.C.
KATHERINE STADLER
ONE EAST MAIN STREET, SUITE 500
P.O. BOX 2719
MADISON, WISCONSIN 53701