**Presentment Date and Time: September 27, 2012 at 10 a.m. (Prevailing Eastern Time)**
**Objection Deadline: September 26, 2012 at 4:00 p.m. (Prevailing Eastern Time)**
**Hearing Date and Time (Only if Objection Filed): September 27, 2012 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                              :
In re                                         :      Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :      08-13555 (JMP)
                                              :
                        Debtors.              :      (Jointly Administered)
                                              :
------------------------------------------------------------------x
```

**NOTICE OF PRESENTMENT OF**
**SUPPLEMENTAL ORDER MODIFYING ORDER**
**GRANTING THE THREE HUNDRED TWENTY-SEVENTH**
**OMNIBUS OBJECTION TO CLAIMS (PARTNERSHIP AND OTHER**
**EMPLOYEE CLAIMS) SOLELY AS IT RELATES TO CLAIM NUMBER 11089**

        **PLEASE TAKE NOTICE** that the undersigned will present the annexed proposed order (the "Supplemental Order") to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **September 27, 2012 at 10:00 a.m. (Prevailing Eastern Time)**.  The Supplemental Order modifies the Order Granting the Three Hundred Twenty-Seventh Omnibus Objection to Claims (Partnership and Other Employee Claims), dated August 23, 2012, ECF No. 30340, solely as it relates to claim number 11089.

        **PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Supplemental Order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the undersigned so as to be received by **September 26, 2012 at 4:00 p.m. (Prevailing Eastern Time)**, there will not be a hearing and the Supplemental Order may be signed.

        **PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Supplemental Order on **September 27, 2012 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: September 19, 2012
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                              :

**In re**                                :         **Chapter 11 Case No.**
                                              :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :        **08-13555 (JMP)**
                                            :

                   **Debtors.**        :         **(Jointly Administered)**
                                            :
-------------------------------------------------------------------x

**SUPPLEMENTAL ORDER MODIFYING ORDER**
**GRANTING THE THREE HUNDRED TWENTY-SEVENTH**
**OMNIBUS OBJECTION TO CLAIMS (PARTNERSHIP AND OTHER**
**EMPLOYEE CLAIMS) SOLELY AS IT RELATES TO CLAIM NUMBER 11089**

WHEREAS on September 10, 2009, Andrew D. Skala (the "Claimant") filed

proof of claim number 11089 (the "Skala Claim") against CES Aviation LLC based on an

interest in the Lehman Brothers Partnership Account Plan;

WHEREAS Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator

under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and

Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases, filed the Three

Hundred Twenty-Seventh Omnibus Objection to Claims (Partnership and Other Employee

Claims),[1] dated July 10, 2012, ECF No. 29322 (the "Three Hundred Twenty-Seventh Omnibus

Objection to Claims"), against the Skala Claim;

WHEREAS the Three Hundred Twenty-Seventh Omnibus Objection to Claims

sought, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"),

Rule 3007(d) of the Federal Rules of Bankruptcy Procedures, and this Court's order approving

procedures for the filing of omnibus objections to proofs of claim, ECF No. 6664 (the

"Procedures Order"), to allow the Skala Claim as a general unsecured claim in the amount of

$16,437.60, all as more fully described in the Three Hundred Twenty-Seventh Omnibus

Objection to Claims;

WHEREAS the Court held a hearing on August 23, 2012 (the "Omnibus

Hearing") to consider the relief requested in the Three Hundred Twenty-Seventh Omnibus

Objection to Claims;

WHEREAS the Court entered an order on August 23, 2012, ECF No. 30340,

granting the relief requested in the Three Hundred Twenty-Seventh Omnibus Objection to

Claims (the "Order"), which, among other things, allowed the Skala Claim as a general

unsecured claim against CES Aviation LLC in the amount of $16,437.60;

WHEREAS the Skala Claim was inadvertently allowed against CES Aviation

LLC and should have been allowed against LBHI instead of CES Aviation LLC because CES

Aviation LLC has no liability for the partnership interests asserted in the Skala Claim;

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Three
Hundred Twenty-Seventh Omnibus Objection to Claims.

US_ACTIVE:\44094479\2\58399.0008

**IT IS HEREBY**:

ORDERED that the Skala Claim shall be allowed as a general unsecured claim

against LBHI in the amount of $16,437.60 instead of allowed as a general unsecured claim

against CES Aviation LLC in the amount of $16,437.60; and it is further

ORDERED that other than with respect to the Skala Claim, this Supplemental

Order shall have no affect on the claims subject to the Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Supplemental Order.

Dated: _____, 2012
       New York, New York

                                           _____
                                           UNITED STATES BANKRUPTCY JUDGE

3