WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                       :    **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                :    **08-13555 (JMP)**
                                                            :
                    Debtors.                                :    **(Jointly Administered)**
                                                            :
                                                            :
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF THE THREE
### HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION
### TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 29323**], that was scheduled for September 27, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claim of Spanish Broadcasting Inc., claim number 67707, to October 31, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an

US_ACTIVE:\44099169\1\58399.0008

announcement at the Hearing.

Dated: September 20, 2012
       New York, New York

    /s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates