REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | |
|---|---|
| **In re** | : **Chapter 11 Case No.** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : **08-13555 (JMP)** |
| | : |
| **Debtors.** | : **(Jointly Administered)** |

-------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS'
### NINETY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
### (INSUFFICIENT DOCUMENTATION) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on Debtors' Ninety-Seventh Omnibus

Objection to Claims (Insufficient Documentation) [Docket No. 14492] that was scheduled for

September 27, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to**

**the claims listed on Exhibit A attached hereto, to October 31, 2012, at 10:00 a.m. (Prevailing**

**Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will

be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander

Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

1070537

such Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated:  September 20, 2012

/s/  Michael A. Rollin
Michael A. Rollin
REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110

Attorneys for Debtors
and Debtors in Possession

2

1070537

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Bank of America, National Association, successor by merger to LaSalle Bank, N.A. | 25648 |
| U.S. Bank National Association, and U.S. Bank National Association as Trustee Transferor: Bank of America, National Association[1] | 15989, 15992, 15993, 15994, 15995, 15996, 16357, 16358, 16359, 16361, 16363, 16367, 16378, 16380, 16381, 16383, 16387, 16388, 16416, 16418, 24349, 24582, 25654 |
| U.S. Bank National Association Transferor: Bank of America, National Association[2] | 15981, 15983, 15984, 15985, 15986, 15987, 15988, 15997, 15998, 16349, 16351, 16352, 16354, 16355, 16356, 16360, 16362, 16364, 16365, 16366, 16368, 16369, 16370, 16371, 16372, 16374, 16375, 16376, 16384, 16385, 16386, 16390, 16391, 16393, 16394, 16395, 16396, 16397, 16398, 16399, 16415, 16417, 16419, 16420, 16421, 16422, 16423, 16424, 16425, 16426, 16427, 16428 |
| Deutsche Bank, National Trust Company, as Trustee | 18542 |
| Wilmington Trust Company[3] | 16382 |

---

[1] Claims transferred by Bank of America National Association to U.S. Bank National Association and U.S. Bank National Association, as Trustee pursuant to Transfer of Claims Other Than for Security filed June 20, 2011 [Docket No. 17904].

[2] Claims transferred by Bank of America National Association to U.S. Bank National Association pursuant to Transfer of Claims Other Than for Security filed October 11, 2011 [Docket No. 20739].

[3] Claim transferred by Bank of America National Association to Wilmington Trust Company pursuant to Transfer of Claims Other Than for Security filed December 13, 2011 [Docket No. 23280].

1070537