JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Jayant W. Tambe
Aviva W. Sisitsky
Laura W. Sawyer
Benjamin Rosenblum

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                                    :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
:
:    (Jointly Administered)
:
Debtors.                            :
:
--------------------------------------------------------------  x

**NOTICE OF SUBPOENA ISSUED PURSUANT TO
ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE
SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND
<u>AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES</u>**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, entered on November 23, 2009 (the "<u>Order</u>"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "<u>Debtors</u>") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit to examinations by the Debtors.

---

[1]    All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

NYI-4475612v1

As required by the Order, the Debtors hereby file: (i) notice of the subpoena, naming the witness and setting forth the date, time and place of any examination (attached hereto as Exhibit A); and (ii) a declaration of service (attached hereto as Exhibit B).

Dated: September 20, 2012
      New York, New York

JONES DAY

*s/* Benjamin Rosenblum
Jayant W. Tambe
Aviva W. Sisitsky
Laura W. Sawyer
Benjamin Rosenblum
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

*Attorneys for Debtors and Debtors in Possession*

NYI-4475612v1

# EXHIBIT A

## NOTICE OF SUBPOENA

| | |
|---|---|
| Name of Witness: | Lamont Financial Services Corporation |
| Date of Service of Subpoena: | September 19, 2012 |
| Subject of Subpoena: | Production of documents pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination | Documents to be produced by October 19, 2012 at 10:00 A.M. (ET) at:<br>Jones Day, 222 East 41st Street, New York, New York 10017 |

# EXHIBIT B

# DECLARATION OF SERVICE

NYI-4475612v1

Form 27 - GENERAL PURPOSE



*P231167*

**LEX-SERV** JONES-DAY
UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
IN RE LEHMAN BROTHERS HOLDINGS INC ETAL DEBTOR       index No. 08-13555(JMP)
                                                    Date Filed

                            - vs -

                                                    Office No. C/M#105143-600038
                                                    Court Date. 10/18/2012
------------------------------------------------------------
              STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**JOHNNY TAMAYO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **19TH** day of **SEPTEMBER, 2012 3:55PM** at
            **30 TWO BRIDGES ROAD SUITE 205**
            **FAIRFIELD NJ 07004**
I served a true copy of the **SUBPOENA,**
upon **LAMONT FINANCIAL SERVICES CORPORATION**
the **WITNESS** therein named by delivering to, and leaving personally with
**NICKIE BENE, EXECUTIVE ASSISTANT AUTHORIZED TO ACCEPT**
a true copy of each thereof.
        Deponent describes the person served as aforesaid to the best of
deponent's ability at the time and circumstances of the service as follows.

            SEX: **FEMALE** COLOR: **WHITE** HAIR: **BLONDE**
            APP.AGE: **32** APP. HT: **5/4** APP. WT: **140**
            OTHER IDENTIFYING FEATURES


COMMENTS:


Sworn to before me this
20TH day of SEPTEMBER, 2012


JEFFREY RUBELL                      JOHNNY TAMAYO 0976118
Notary Public, NASSAU COUNTY        Empire Lawyers Service, LLC
  01RU6216027                       d/b/a Aetna Judicial Service
Qualified in NASSAU COUNTY          225 BROADWAY, SUITE 1802
Commission Expires 01/11/2014       NEW YORK, NY, 10007
                                    Reference No: 2-L-S-231443