WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ralph Miller
Teresa C. Brady

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                    :
**In re**                                           :    **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    **08-13555 (JMP)**
                                                    :
                        Debtors.                    :    **(Jointly Administered)**
                                                    :
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF CLAIMS OBJECTIONS
### HEARING WITH RESPECT TO CLAIM NOS. 23895 AND 23896

**PLEASE TAKE NOTICE** that the hearing on the Objection to Claim Nos. 23895 and 23896 [ECF No. 12533] that was scheduled for September 27, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to December 19, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green,

US_ACTIVE:\44099187\1\58399.0011

New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: September 20, 2012
       New York, New York

          /s/ Ralph Miller
          Ralph Miller
          Teresa C. Brady
          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          *Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*