UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re                                               :        Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS, INC. *et al.,*            :        Case No. 08-13555 (JMP)
                                                    :
                            Debtors.                :        (Jointly Administered)
------------------------------------------------------------- x

## ORDER GRANTING APPLICATION FOR THE ALLOWANCE OF INTERIM COMPENSATION FOR THE PERIOD OF JUNE 1, 2011 THROUGH SEPTEMBER 30, 2011 FOR PROFESSIONAL SERVICES PERFORMED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AND OTHER RELIEF

Upon consideration of the application (the "**Application**") of FTI Consulting, Inc. ("**FTI**") for allowance of interim compensation for professional services performed and reimbursement of actual and necessary expenses incurred during the period June 1, 2011 through September 30, 2011 (the "**Application Period**"), pursuant to section 330(a) and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure; and FTI having voluntarily reduced the amount of requested compensation for the Application Period from $8,474,924.15 to $8,463,227.15 and its requested reimbursement of expenses from $123,107.37 to $122,855.95 after discussions with the fee committee appointed in these chapter 11 cases with respect to the Application; and FTI and the fee committee having agreed to defer, without prejudice, FTI's request for allowance of $1,167,938.50 of compensation for the Application Period; and after due notice pursuant to the second amended order dated June 17, 2010, governing case management and administrative procedures [ECF No. 9635]; and there being no objections to the allowance of the amounts set forth on **Schedule A**; and after due consideration and upon all of the proceedings had before the Court, and sufficient cause appearing therefor, it is hereby

2

ORDERED, that the Application is granted to the extent provided in <u>Schedule A</u>.

Dated:  New York, New York
       September 20, 2012

                                              *s/ James M. Peck*
                                              HONORABLE JAMES M. PECK
                                              UNITED STATES BANKRUPTCY JUDGE

## SCHEDULE A
## CURRENT INTERIM FEE PERIOD
### June 1, 2011 Through September 30, 2011
### (Ninth Fee Period)

Case No.: 08-13555 (JMP) (Chapter 11)
Case Name: In re Lehman Brothers Holdings, Inc., *et al.*

| Applicant | Date/Document Number of Application | Interim Fees Requested on Application ($) | Fees Allowed ($) | Fees to be Paid for Current Fee Period ($) | Fees to be Paid for Prior Fee Period(s) (if any) (Including Fees Held Back) ($) | Total Fees to be Paid ($) | Interim Expenses Requested ($) | Expenses to be Paid for Current Fee Period[1] ($) |
|---|---|---|---|---|---|---|---|---|
| FTI Consulting, Inc. | 12/14/2011 [23403] | 8,474,924.15 | 7,295,288.65 | 660,836.45 | 0.00 | 660,836.45 | 123,107.37 | 122,855.95 |

Schedule A                    Dated: September 20, 2012                    INITIALS: *JMP*, USBJ

---

[1] In accordance with the Court's *Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* [ECF No. 15997], FTI received 100% of the payments it requested as reimbursement for expenses incurred in the Application Period. After taking into account subsequent voluntary reductions, FTI received a total of $251.42 more than it should have for expenses for the Application Period. Accordingly, Lehman Brothers Holdings Inc., as "Plan Administrator" under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* [ECF No. 22738] for the entities in the above referenced chapter 11 cases, will deduct this amount from the above total of "Fees to be Paid for Current Fee Period" when making payment to FTI pursuant to this Order.

## SCHEDULE B
## CUMULATIVE FEE APPLICATIONS
### (September 15, 2008 Through and Including September 30, 2011)

Case No.:  08-13555 (JMP) (Chapter 11)
Case Name:  In re Lehman Brothers Holdings, Inc., *et al.*

| Applicant | Total Fees Requested ($) | Total Fees Paid (including amounts to be paid pursuant to this Order) ($) | Total Expenses Requested ($) | Total Expenses Paid (including amounts to be paid pursuant to this Order) ($) |
|---|---|---|---|---|
| FTI Consulting, Inc. | 85,582,663.49 | 84,047,590.61 | 1,445,036.12 | 1,384,012.47 |

**Schedule B**                    **Dated:  September 20, 2012**                    **INITIALS: *JMP*, USBJ**