UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
                                       :

In re                                :      Chapter 11 Case No.
                                         :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :      08-13555 (JMP)
                                       :      (Jointly Administered)

                 Debtors.           :

-------------------------------------------------------------------------x      Ref. Docket No. 30666

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 18, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
Sworn to before me this                     Lauren Rodriguez
20th day of September, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   CASSA DI RISPARMIO DI BOLZANO SPA
              VIA CASSA DI RISPARMIO 12/B
              BOLZANO    39100
              ITALY

Please note that your claim # 35499-09 in the above referenced case and in the amount of
        $106,507.50  allowed at $109,411.89       has been transferred **(unless previously expunged by court order)**

              BANCA POPOLARE DELL'ALTO ADIGE SOC. COOP.
              TRANSFEROR: CASSA DI RISPARMIO DI BOLZANO SPA
              FINANCIAL BACK OFFICE
              FRASNELLI VERENA
              VIA SIEMENS 18
              BOLZANO    39100
              ITALY

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 30666      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/18/2012                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez

                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 18, 2012.

EXHIBIT B

TIME: 09:28:01
DATE: 09/18/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| BANCA POPOLARE DELL'ALTO ADIGE SOC. COOP. | TRANSFEROR: CASSA DI RISPARMIO DI BOLZANO SPA FINANCIAL BACK OFFICE FRASNELLI VERENA VIA SIEMENS 18 BOLZANO 39100 ITALY |
| CASSA DI RISPARMIO DI BOLZANO SPA | VIA CASSA DI RISPARMIO 12/B BOLZANO 39100 ITALY |

Total Number of Records Printed    2

EPIQ BANKRUPTCY SOLUTIONS, LLC