B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.,</u>

                Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Botticelli, L.L.C.** | **Cantor Fitzgerald & Co.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Botticelli, L.L.C.**
**245 Park Avenue**
**New York, NY 10167**

Phone: _____
Last Four Digits of Acct #: _____

Court Claim #: **47954**
Amount of Claim as Filed: **$825,000.00**
Amount of Claim as Allowed: **$741,851.53**
Date Claim Filed: **10/27/09**

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Thomas M. Fuller_              Date: _9/4/12_
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Thomas M. Fuller
Authorized Signatory

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Cantor Fitzgerald & Co.

    For value received, the adequacy and sufficiency of which are hereby acknowledged, Cantor Fitzgerald & Co. ("Seller") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to Botticelli, L.L.C. ("Purchaser"), an undivided interest, to the extent of the applicable percentage/principal amount/nominal amount specified in Schedule 1 attached hereto in Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the security referred to on Schedule 1 hereto together with all other claims (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "Claim") in respect thereof and against **Lehman Brothers Treasury Co. B.V.** and/or **Lehman Brothers Holdings Inc.** (debtor in Case No. 08-13555 pending in the U.S. Bankruptcy Court for the Southern District of New York) (each a "Debtor"), including, without limitation on, any and all proofs of claim filed in respect of the Claim, including without limitation, **Proof of Claim Number 47954** filed in the bankruptcy case of **Lehman Brothers Holdings Inc.**

    Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

    IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 31ST day of August, 2012.

| Cantor Fitzgerald & Co. | Botticelli, L.L.C. |
|---|---|
| By: _____ | By: Angelo, Gordon & Co., L.P. |
| Name: James Bond |     Manager |
| Title: Chief Operating Officer | By: _____ |
| 110 East 59th Street | Name: Thomas M. Fuller |
| New York, NY 10022 | Title: Authorized Signatory |
| | 245 Park Avenue |
| | New York, NY 10167 |



EOT – CFCO to AG Botticelli 47954 – Signature Page

Schedule 1

## Transferred Claims

**Purchased Claim**

On the original Proof of Claim filed on October 27, 2009, the portion of the Security/ISIN purchased hereunder and referred to below represented $825,000.00 (equal to 100.00 % of the total Proof of Claim amount, as originally filed, of $825,000.00).

Pursuant to the Notice of Proposed Allowed Claim Amount dated August 24, 2011, the portion of the Security/ISIN purchased hereunder and referred to below has been allowed in the amount of $741,851.53 (equal to 100.00 % of the total allowed Proof of Claim amount of $741,851.53).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| Issue of SEK 6,000,000 Index Linked Notes due April 2012 relating to the OMX Stockholm 30 Index guaranteed by Lehman Brothers Holdings Inc. under the U.S. $100,000,000,000 Euro Medium-Term Note Retail Program | SE0002419242 (Blocking no. NECG091016911 31) | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | USD 825,000.00 SEK 5,000,000.00 | N/A | April 16, 2012 | N/A |

AMR-377032-v3

Schedule 1-1

S6-40522400