B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| AG Centre Street Partnership, L.P. | Cantor Fitzgerald & Co. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim #: **58475 (12.3149% of claim)**
Amount of Claim as Filed: **$181,152,897.00**
Amount of Allowed Claim: **$179,744,689.89**
Amount of Claim Transferred: **$22,135,365.90**
(as allowed)
Date Claim Filed: **10/30/09**

AG Centre Street Partnership, L.P.
245 Park Avenue, 26th Floor
New York, NY 10167

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]   Date: 9/4/12
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Michael L. Gordon
Authorized Signatory

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Cantor Fitzgerald & Co.

    For value received, the adequacy and sufficiency of which are hereby acknowledged, Cantor Fitzgerald & Co. ("Seller") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to AG Centre Street Partnership, L.P. ("Purchaser"), an undivided interest, to the extent of the applicable percentage/principal amount/nominal amount specified in Schedule I attached hereto (the "Purchased Claim") in Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the security referred to on Schedule I hereto together with all other claims (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "Claim") in respect thereof and against Lehman Brothers Treasury Co. B.V. and/or Lehman Brothers Holdings Inc. (debtor in Case No. 08-13555 pending in the U.S. Bankruptcy Court for the Southern District of New York) (each a "Debtor"), including, without limitation on, any and all proofs of claim filed in respect of the Claim, including without limitation, Proof of Claim Number 58475 (the "Proof of Claim") filed in the bankruptcy case of Lehman Brothers Holdings Inc.

    Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

    IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 31st day of August, 2012.

| Cantor Fitzgerald & Co. | AG Centre Street Partnership, L.P. |
|---|---|
| By: _____ | By: Angelo, Gordon & Co., L.P., Fund Advisor |
| Name: James Bond | |
| Title: Chief Operating Officer | By: _____ |
| 110 East 59th Street | Name: Thomas M. Fuller |
| New York, NY 10022 | Title: Authorized Signatory |
| | 245 Park Avenue, 26th Floor |
| | New York, NY 10167 |

EOT – CFCO to AG Centre St 58475 – Signature Page

Schedule 1

## Transferred Claims

Purchased Claim

On the original Proof of Claim filed on October 30, 2009, the portion of the Security/ISIN purchased hereunder and referred to below represented $22,308,785.04186.91 (equal to 12.314893 % of the total Proof of Claim amount, as originally filed, of $181,152,897.00).

Pursuant to the Notice of Proposed Allowed Claim Amount dated August 24, 2011, the portion of the Security/ISIN purchased hereunder and referred to below has been allowed in the amount of $22,135,365.90 (equal to 12.314893 % of the total allowed Proof of Claim amount of $179,744,689.89).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| Lehman Brothers Treasury Co. BV Program Securities Bonds – Asian FX Basket Quanto Note | XS0277538681 (blocking no. 6044583) | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | SEK 149,190,000.00 | N/A | March 2, 2010 | N/A |

Schedule 1-1

AMR-377030-v3

80-40522400