**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re:

    **Lehman Brothers Holdings Inc., et al.,**

                              **Debtors**

-----------------------------------------------------------x

**Chapter 11**

**Case No. 08-13555 (JPM)**

**(Jointly Administered)**

## NOTICE AND EVIDENCE OF TRANSFER OF CLAIM

To: RWE Supply & Trading GmbH ("Assignor")

    Assignor, for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Barclays Bank PLC, its respective successors and assigns ("Assignee") all rights, title and interest in and to[ the claims of Assignor in the principal amount of $7,754,486.64 plus all interest, fees and other amounts related thereto] (the "Claim") against LEHMAN BROTHERS HOLDINGS INC. ("LBHI")whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (JPM) (Jointly Administered). Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All future payments and distributions, and all notices and other communications, in respect of the Claim are to be made to Assignee. Assignee's payment and delivery instructions are attached as Annex A hereto. A copy of the Proof of Claim filed by Assignor is attached as Annex B. No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER:

| Mailing Address: | Physical Address: |
|---|---|
| U. S. Bankruptcy Court<br>_____ District of _____<br>Attn: Claims Docketing Center<br>[_____]<br>[_____] | U. S. Bankruptcy Court<br>_____ District of _____<br>Attn: Claims Docketing Center<br>[_____]<br>[_____] |

If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE ASSIGNEE WILL BE SUBSTITUTED FOR THE ASSIGNOR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.



IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the 19th day of September, 2012.

**RWE SUPPLY & TRADING GMBH**

By: _____
    Name: [_____]
    Title:   Duly Authorised Signatory

By: _____
    Name: [_____]
    Title:   Duly Authorised Signatory

**BARCLAYS BANK PLC**

By: _____
    Name:
    Title:

> **Authorized Signatory**
> Tina Wong
> Vice President



IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the 19th day of September, 2012.

RWE SUPPLY & TRADING GMBH

By: _____
Name: [Bernhard] Gauther
Title:  Duly Authorised Signatory

By: _____
Name: [Ulf Kerstin]
Title:  Duly Authorised Signatory

**BARCLAYS BANK PLC**

By: _____
Name:
Title:



**Annex A**

Name of Assignee
Barclays Bank PLC

Name and Address where notices to assignee:
Aileen Montana
Barclays Bank PLC
1301 Sixth Avenue, 8th Floor
New York, NY 10019
Email: aileen.montana@barclays.com

With a copy to:
Daniel Miranda
Barclays Bank PLC
745 Seventh Avenue, 2nd Floor
New York, NY 10019
Email: daniel.miranda@barclays.com

Wire Instructions:
U.S. Dollars
Bank Name: Barclays Bank PLC
Address (City, State): 1301 Ave of the Americas, 8th Fl, New York, N.Y. 10019
ABA#:          026 002 574
Account Name: Clad Control Account
Account Number: 050-019104
Reference: Lehman Claim Payment

**Annex B**

**Proof of Claim**

# PROOF OF CLAIM

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000017597

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held: LEHMAN BROTHERS HOLDINGS, INC. | Case No. of Debtor: 08-13555(JMP) |

**THIS SPACE IS FOR COURT USE ONLY**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503. Additionally, this form should not be used to make a claim for Lehman Program Securities. (See definition on reverse side).

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

LBH (MERGER DBF_SCHED_NO) SCHEDULE #685004910*****

RWE SUPPLY & TRADING GMBH
Altenessener Straße 27
Essen 45141, Germany
Attn: Max Liesenhoff

NOTICE ADDRESS:
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Attn: Hollace T. Cohen, Esq.
Tel: (212) 704-6000
Email: hollace.cohen@troutmansanders.com

Telephone number: +49-0-201-12-17523    Email Address: Max.Liesenhoff@rwe.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

**Name and address where payment should be sent** (if different from above)
RWE SUPPLY & TRADING GMBH
Altenessener Straße 27
Essen 45141, Germany
Attn: Max Liesenhoff

Telephone number: +49-0-201-12-17523    Email Address: Max.Liesenhoff@rwe.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 10,928,788.84

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☑ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

**2. Basis for Claim:** Guarantee of Derivative Contract (See Attached)
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: _____
Value of Property: $_____    Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**Date:** _____
**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
MAX LIESENHOFF, Senior Manager    DR. ELMAR SCHWEERS, SENIOR MANAGER (See Creditor Address Above)

FOR COURT USE ONLY

FILED / RECEIVED
SEP 18 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

DOC #1368784.1