WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,** : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**THE THREE HUNDRED FIFTEENTH OMNIBUS OBJECTION TO**
**CLAIMS (EMPLOYMENT-RELATED CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Fifteenth

Omnibus Objection to Claims (Employment-Related Claims) [ECF No. 28438] that was

scheduled for September 27, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been**

**adjourned, solely as to the claims listed on Exhibit A attached hereto, to a date to be**

**determined**.

Dated: September 21, 2012
       New York, New York

                                        /s/ Jacqueline Marcus
                                        Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

# Exhibit A

## Adjourned Claims:

| CLAIMANT NAME | CLAIM NO. | CLAIMANT RESPONSE ECF NO. |
|---|---|---|
| CHARLES C. MOORE | 34234 | 30902 |
| EDWARD PARK | 34235 | 30902 |