WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,** : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
---------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE**
**THREE HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION TO**
**CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Twenty-Fourth Omnibus Objection to Claims (No Liability Claims) [ECF No. 29296] that was scheduled for September 27, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to a date to be determined**.

Dated: September 21, 2012
 New York, New York

                                                    /s/ Robert J. Lemons
                                                  Robert J. Lemons

                                                  WEIL, GOTSHAL & MANGES LLP
                                                  767 Fifth Avenue
                                                  New York, New York 10153
                                                  Telephone: (212) 310-8000
                                                  Facsimile: (212) 310-8007

                                                  Attorneys for Lehman Brothers Holdings Inc.
                                                  and Certain of Its Affiliates

US_ACTIVE:\44099826\1\58399.0008

## **Exhibit A**

## **Adjourned Claims:**

| CLAIMANT NAME | CLAIM NO. | CLAIMANT RESPONSE ECF NO. |
|---|---|---|
| THE GREENTREE GAZETTE, INC. | 1190 | 30081 |
| MARSH USA INC. | 8537 | 30854 |