WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF THE
## THREE HUNDRED FORTY-THIRD OMNIBUS OBJECTION TO
## CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Forty-Third Omnibus Objection to Claims (No Liability Claims) [ECF No. 30032] that was scheduled for September 27, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to October 31, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated: September 21, 2012
       New York, New York

                                                   /s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

# Exhibit A

## Adjourned Claims:

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| LBOREP III (CAN), L.P. | 68022 |
| LBOREP III (CAN), L.P. | 28917 |
| LBOREP III PARTNERS | 68030 |
| LBOREP III PARTNERS | 29383 |
| LBREM II ECI AIV, L.P. (US) | 67956 |
| LBREM II ECI AIV, LP (US) | 29211 |
| LBREM II OFFSHORE AIV, L.P. (UK LP) | 67953 |
| LBREM II OFFSHORE AIV,L.P. (UK LP) | 29218 |
| LBREM II REIT HOLDINGS LLC | 29220 |
| LBREM II REIT HOLDINGS LLC | 27446 |
| LBREM II REIT HOLDINGS LLLC | 67952 |
| LBREM REIT II HOLDINGS LLC | 67960 |
| LBREP III PP (CAN) GP LLC | 27449 |
| LBREP III PP (CAN) GP LLC | 67967 |
| LBREP III PP (CAN), L.P. | 68021 |
| LBREP III PP (CAN), L.P. | 28916 |
| LEHMAN BROTHERS (EUROPE 2) REAL ESTATE PARTENRS LP | 68003 |
| LEHMAN BROTHERS (EUROPE 2) REAL ESTATE PARTNERS LP | 68007 |
| LEHMAN BROTHERS (EUROPE 2) REAL ESTATE PARTNERS, L.P. | 28033 |

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| LEHMAN BROTHERS (EUROPE 2) REAL ESTATE PARTNERS, L.P. | 28029 |
| LEHMAN BROTHERS OFFSHORE (EUROPE 1) REAL ESTATE PARTNERS, L.P. | 68000 |
| LEHMAN BROTHERS OFFSHORE (EUROPE 1) REAL ESTATE PARTNERS, L.P. | 28026 |
| LEHMAN BROTHERS OFFSHORE (EUROPE 3) REAL ESTATE PARTNERS, L.P. | 67999 |
| LEHMAN BROTHERS OFFSHORE (EUROPE 3) REAL ESTATE PARTNERS,L.P. | 28025 |
| LEHMAN BROTHERS OFFSHORE (EUROPE 4) REAL ESTATE PARTNERS, L.P. | 67998 |
| LEHMAN BROTHERS OFFSHORE (EUROPE 4) REAL ESTATE PARTNERS, L.P. | 28024 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II LP | 67966 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II LTD | 68027 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II, L.P. | 27447 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II, L.P. | 29222 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES III LLC | 68013 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES III, L.P. | 27459 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES III, LP | 67968 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES, L.P. | 27461 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES, LP | 67970 |

US_ACTIVE:\44099247\3\58399.0008

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES, LTD. | 68029 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE CAPITAL PARTNERS I LP | 67996 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE CAPITAL PARTNERS I, L.P. | 28022 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE CAPITAL PARTNERS II LP | 67988 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE CAPITAL PARTNERS II LP | 27804 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND II LP | 67992 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND II LP | 27808 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND III LP | 67982 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND III LP | 27784 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND III LP | 67976 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND, L.P. | 68002 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND, L.P. | 28028 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASSOC. LP | 67947 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASSOCIATES II, LP | 29216 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASSOCIATES II, L.P. | 67954 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASSOCIATES II, L.P. | 67954 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE PARTNERS (NORBAN) LP | 26323 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE PARTNERS (NORBAN), L.P. | 67962 |

US_ACTIVE:\44099247\3\58399.0008

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS (NORBAN) II LP | 27806 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS (NORBAN) II, L.P. | 67990 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS II LP | 67991 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS II, LP | 27807 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III LP | 67975 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III LP | 67981 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III LP | 27783 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-A LP | 67974 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-A LP | 27782 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-A LP | 67980 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-B LP | 29281 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-B LP | 27781 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-B LP | 67973 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-B LP | 68016 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS, L.P. | 68001 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS, L.P. | 28027 |

| CLAIMANT NAME | CLAIM NO. |
| --- | --- |
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES II, L.P. | 27445 |
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES II, L.P. | 67965 |
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES III | 27444 |
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES III, L.P. | 68014 |
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES III, L.P. | 67964 |
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES, L.P. | 28858 |
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES, L.P. | 68026 |
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES, L.P. | 68015 |
| LEHMAN BROTHERS REAL ESTATE ASSOCITES , LP | 29219 |
| LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS I LP | 67997 |
| LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS I, L.P. | 28023 |
| LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS II LP | 27805 |
| LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS II LP | 67989 |
| LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS III L.P. | 68017 |
| LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS III L.P. | 28912 |
| LEHMAN BROTHERS REAL ESTATE FUND II, L.P. | 28021 |
| LEHMAN BROTHERS REAL ESTATE FUND III LP | 67987 |
| LEHMAN BROTHERS REAL ESTATE FUND III, L.P. | 28032 |
| LEHMAN BROTHERS REAL ESTATE FUND III, L.P. | 68006 |
| LEHMAN BROTHERS REAL ESTATE FUND LP | 27780 |
| LEHMAN BROTHERS REAL ESTATE FUND, L.P. | 67972 |
| LEHMAN BROTHERS REAL ESTATE FUND, L.P. | 68011 |

US_ACTIVE:\44099247\3\58399.0008

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| LEHMAN BROTHERS REAL ESTATE FUND, L.P. | 28037 |
| LEHMAN BROTHERS REAL ESTATE III, L.P. | 67979 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE ASSCCOCIATES II, L.P. | 29226 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE ASSOCIATES II LP | 67946 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE ASSOCIATES II LP | 29284 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE ASSOCIATES LP | 67959 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE ASSOCIATES LP | 67949 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE CAPITAL PARTNERS LP | 68031 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE CAPITAL PARTNERS, LP | 29763 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II LP | 67951 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II LP | 67950 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II LP | 67957 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II, L.P. | 29221 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II, LP | 29186 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS LP | 26321 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS LP | 67963 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS, LP | 27788 |

US_ACTIVE:\44099247\3\58399.0008

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| LEHMAN BROTHERS REAL ESTATE MEZZANNINE PARTNERS II, L.P. | 29225 |
| LEHMAN BROTHERS REAL ESTATE OFFSHORE CAPITAL PARTNERS III, L.P. | 28913 |
| LEHMAN BROTHERS REAL ESTATE OFFSHORE CAPITAL PARTNERS III, LP | 68018 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS (NYC) III LP | 67983 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS II LP | 67995 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS II, L.P. | 67994 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III (NYC) LP | 67978 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III (NYC) LP | 27786 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III (TRS) LP | 27800 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III (TRS) LP | 67984 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III LP | 67986 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS, L.P. | 68008 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS, L.P. | 68005 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS, L.P. | 28034 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS, L.P. | 28031 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS II LP | 67993 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS II LP | 27809 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS III LP | 67977 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS III LP | 67985 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS III LP | 27785 |

US_ACTIVE:\44099247\3\58399.0008

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS III LP | 67977 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS III LP | 67985 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS III LP | 27785 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS, L.P. | 68009 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS, L.P. | 68009 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS, L.P. | 68004 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS, L.P. | 28035 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS, L.P. | 28030 |
| LEHMAN BROTHERS/PSERS REAL ESTATE LP | 27779 |
| LEHMAN BROTHERS/PSERS REAL ESTATE, L.P. | 67971 |
| LEHMAN BROTHERS/PSERS REAL ESTATE, L.P. | 68010 |
| LEHMAN BROTHERS/PSERS REAL ESTATE, L.P. | 28036 |
| OFFSHORE FUNDS III NON-US SPV, L.P. | 68023 |
| OFFSHORE FUNDS III NONUS SPV,,L.P. | 28918 |
| OFFSHORE FUNDS III US SPV, L.P. | 68024 |
| OFFSHORE FUNDS III US SPV, L.P. | 28919 |
| PP III NON-US SPV, L.P. | 68020 |
| PP III NON-US SPV, L.P. | 28915 |
| PP III US SPV, L.P. | 68019 |
| PP III US SPV, L.P. | 28914 |

US_ACTIVE:\44099247\3\58399.0008

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| REPE CANADA LP | 27460 |
| REPE CANADA LP | 67969 |
| SILVERPEAK LEGACY PARTNERS II, LP | 27810 |
| SILVERPEAK LEGACY PARTNERS III, L.P | 27787 |
| XANADU MEZZ HOLDINGS LLC | 67958 |
| XANADU MEZZ HOLDINGS LLC | 27789 |