WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                             :    **Chapter 11 Case No.**
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      :    **08-13555 (JMP)**
                                                  :
Debtors.                                          :    **(Jointly Administered)**
                                                  :
                                                  :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF THE THREE HUNDRED
FORTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY
PROOFS OF CLAIM AS EQUITY INTERESTS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Forty-Seventh Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [**ECF No. 30357**], that was scheduled for September 27, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claim of Yeruchim Levilev, claim number 33565, to a date to be determined** (the "Hearing"). The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time

US_ACTIVE:\44100123\1\58399.0008

without further notice other than an announcement at the Hearing.

Dated: September 21, 2012
      New York, New York

      /s/ Robert J. Lemons
      Robert J. Lemons

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      Attorneys for Lehman Brothers Holdings Inc.
      and Certain of its Affiliates

2