MORRISON COHEN LLP
Joseph T. Moldovan
Neil Y. Siegel
909 Third Avenue
New York, New 10022
Telephone: (212) 735-8600

*Counsel to Charles C. Moore and Edward Park*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
                                                     :
                                                     :
LEHMAN BROTHERS HOLDINGS INC., et al   : 08-13555 (JMP)
                                                     :
                                    Debtors.   : (Jointly Administered)
-------------------------------------------------------------x

STATE OF NEW YORK       )
                                        )   ss.:
COUNTY OF NEW YORK  )

## AFFIDAVIT OF SERVICE

**MARIOLA WIATRAK**, being duly sworn, deposes and says:

Deponent is not a party to this action is over 18 years of age and resides in Forest Hills, New York.

On September 13, 2012, deponent caused to be served a copy of the Response by Edward Park and Charles C. Moore to the Plan Administrator's 315th and 318th Omnibus Objections to Claims, via electronic mail in pdf format, and by overnight delivery, upon:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, NY 10153
> Attn: Erika Del Nido, Esq.
> E-mail: Erika.delNido@weil.com

                                                                        */s/ Mariola Wiatrak*
                                                                          MARIOLA WIATRAK

Sworn to before me this
21st day of September, 2012

*/s/ Notary Public*
        Notary Public

#4066962 v1 \017918 \0002