**THE SUPPLEMENTAL OMNIBUS OBJECTION TO CLAIMS SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS NOTICE OF THE SUPPLEMENTAL OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE SUPPLEMENTAL OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE SUPPLEMENTAL OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT LEHMAN BROTHERS HOLDINGS INC.'S COUNSEL, ERIC D. KASENETZ, AT 212-310-8737.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

---------------------------------------------------------------x

**NOTICE OF HEARING ON SUPPLEMENT**
**TO THE NINETY-SECOND OMNIBUS OBJECTION TO CLAIMS**

**PLEASE TAKE NOTICE** that on September 21, 2012, Lehman Brothers

Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors for certain entities in the above-referenced chapter 11 cases, filed its supplement (the "Supplemental Omnibus Objection") to the Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims), dated February 14, 2011  [ECF No. 14472], and that a hearing (the "Hearing") to consider the Supplemental Omnibus Objection will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **October 31, 2012 at 10:00 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Supplemental Omnibus Objection must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for LBHI, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); and (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B.

US_ACTIVE:\44085515\3\58399.0008

Schwartz, Esq.); so as to be so filed and received by no later than **October 22, 2012 at 4:00 p.m.**

**(Eastern Time)** (the "Response Deadline").

    **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Supplemental Omnibus Objection or any claim set forth thereon, the

Plan Administrator may, on or after the Response Deadline, submit to the Bankruptcy Court an

order substantially in the form of the proposed order annexed to the Supplemental Omnibus

Objection, which order may be entered with no further notice or opportunity to be heard offered

to any party.

Dated:  September 21, 2012
   New York, New York

         /s/ Robert J. Lemons
         Robert J. Lemons

         WEIL, GOTSHAL & MANGES LLP
         767 Fifth Avenue
         New York, New York 10153
         Telephone: (212) 310-8000
         Facsimile: (212) 310-8007

         Attorneys for Lehman Brothers Holdings Inc.
         and Certain of Its Affiliates

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                              :     **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*       :     **08-13555 (JMP)**
                                                   :
                        **Debtors.**               :     **(Jointly Administered)**
---------------------------------------------------------------x

<u>**SUPPLEMENT TO THE NINETY-SECOND OMNIBUS OBJECTION TO CLAIMS**</u>

---

**THIS SUPPLEMENTAL OMNIBUS OBJECTION TO CLAIMS SEEKS TO
DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
PARTIES RECEIVING THIS SUPPLEMENTAL OMNIBUS OBJECTION
TO CLAIMS SHOULD REVIEW THE SUPPLEMENTAL OMNIBUS
OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE
LOCATED IN THE SUPPLEMENTAL OMNIBUS OBJECTION AND/OR
THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER
THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT
LEHMAN BROTHERS HOLDINGS INC.'S COUNSEL,
ERIC D. KASENETZ, AT 212-310-8737.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

        Lehman Brothers Holdings Inc. ("<u>LBHI</u>" and the "<u>Plan Administrator</u>"), as Plan

Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers

Holdings Inc. and Its Affiliated Debtors (the "<u>Plan</u>") for the entities in the above-referenced

chapter 11 cases (the "Chapter 11 Estates"), hereby submits this supplement (the "Supplemental
Omnibus Objection to Claims") to the previously filed Ninety-Second Omnibus Objection to
Claims, dated February 14, 2011 [ECF No. 14472] (the "Ninety-Second Omnibus Objection to
Claims").[1]  In support of this Supplemental Omnibus Objection to Claims, the Plan
Administrator respectfully represents as follows:

### Preliminary Statement

1.      By the Ninety-Second Omnibus Objection to Claims, the Plan
Administrator is seeking to disallow and expunge the No Blocking Number LPS Claims on the
basis that such claims fail to comply with the Bar Date Order's specific direction that Securities
Programs Proofs of Claim include Blocking Numbers (as defined herein).

2.      Following the filing of the Ninety-Second Omnibus Objection to Claims,
the holders of the No Blocking Number LPS Claims identified on Exhibit A hereto under the
heading "*Claims to be Disallowed and Expunged*" (collectively, the "Duplicative LPS Claims")
have provided the Plan Administrator with certain Blocking Numbers (the "Duplicative Blocking
Numbers") that allegedly relate to such holders' respective No Blocking Number LPS Claims.
The Plan Administrator has reviewed the Duplicative Blocking Numbers in conjunction with the
Duplicative LPS Claims and has determined that the Duplicative Blocking Numbers and the
Duplicative LPS Claims are duplicative of the claims identified on Exhibit A hereto under the
heading "*Surviving Claims*" (collectively, the "Surviving Claims").   Each of the Surviving
Claims has been allowed with respect to the duplicative portions.

3.      As such, this Supplemental Omnibus Objection to Claims supplements the
Ninety-Second Omnibus Objection to Claims by seeking to disallow and expunge the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Ninety-Second
Omnibus Objection to Claims.

2

Duplicative LPS Claims on separate grounds from the grounds set forth in the Ninety-Second

Omnibus Objection to Claims.

## **Relief Requested**

4.        The Plan Administrator files this Supplemental Omnibus Objection to

Claims, pursuant to section 502(b) of title 11 of the United States Code (the "<u>Bankruptcy</u>

<u>Code</u>"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order

approving procedures for the filing of omnibus objections to proofs of claim filed in these

chapter 11 cases (the "<u>Procedures Order</u>") [ECF No. 6664], seeking to disallow and expunge the

Duplicative LPS Claims, which are duplicative of other filed claims based on Lehman Programs

Securities.

5.        The Plan Administrator has examined the Duplicative LPS Claims and has

determined that such claims, which generally were filed by the beneficial holders of Lehman

Programs Securities, are substantively duplicative, in whole or in part, of the corresponding

Surviving Claims, which generally were filed by a bank, broker or other party on behalf of the

beneficial holders of the same Lehman Programs Securities.

6.        This Supplemental Omnibus Objection to Claims does not affect the

Surviving Claims and does not constitute any admission or finding with respect to the Surviving

Claims.  Further, the Plan Administrator reserves all its rights to object on any other basis to any

Duplicative LPS Claim as to which the Court does not grant the relief requested herein.

## **Jurisdiction**

7.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

US_ACTIVE:\44085515\3\58399.0008

**Background**

8.      The Plan Administrator incorporates herein by reference all of the

background set forth in the Ninety-Second Omnibus Objection to Claims as if fully set forth

herein.

9.      As described in the Ninety-Second Omnibus Objection to Claims, the Bar

Date Order set forth the Lehman Programs Securities Procedures that specifically required,

among other things, that claims for Lehman Programs Securities "include either a Euroclear

electronic instruction reference number or a Clearstream blocking reference number" (a

"Blocking Number"). (*Id.* at 13.) Each Blocking Number issued by the applicable clearing

agency relates to a specific holder of a specific Lehman Programs Security in a specific amount.

The issuance of a Blocking Number prevented the holder of a Lehman Programs Security from

trading that security through November 2, 2009 (the "Lehman Programs Securities Bar Date")

and the Blocking Number is utilized by the Plan Administrator to reconcile such claims.

10.     The Blocking Number requirement in the Bar Date Order was included for

the purpose of avoiding duplicative payments. The procedures were designed to ensure that only

one Blocking Number could be issued for any particular security.

11.      Generally, in order to ease distributions, trading and maintenance of a

record of the holders of securities, depositories, such as Depository Trust Company, Euroclear

and Clearstream, maintain the records of owners of securities. Such depositories' records

include the names of only the banks or brokers that are participants therein. Such banks or

brokers hold the securities on behalf of their customers or on their own behalf. Only the banks

or brokers were able to request a Blocking Number from the depositories.

12.     The Lehman Programs Securities did not have an indenture trustee that

would file a global claim on behalf of all holders of a particular security; therefore, there was

4

uncertainty among some security holders as to the appropriate and authorized party to file such claims.  To address such uncertainty, the Lehman Programs Securities Procedures provided flexibility regarding the identity of the party authorized to file such claims ("claims based on any Lehman Programs Securities shall not be disallowed on the ground that such claims were not filed by the proper party or an authorized agent, as contemplated by Bankruptcy Rule 3001(b).") (Bar Date Order at 14.)  In some cases, the banks or brokers used the Blocking Number and filed claims on behalf of all of their customers.  In other cases, the banks or brokers provided the Blocking Numbers to their customers who then filed their claims in their individual capacities as beneficial holders.

13.     On February 14, 2011, the Plan Administrator filed the Ninety-Second Omnibus Objection to Claims.  A hearing was held on March 31, 2011, and an order was entered the same day disallowing and expunging certain of the No Blocking Number LPS Claims that were the subject of the Ninety-Second Omnibus Objection to Claims.

14.     With respect to the Duplicative LPS Claims, the Plan Administrator adjourned the hearing on the Ninety-Second Omnibus Objection to Claims several times, ultimately adjourning to a date to be determined.  On April 5, 2012, certain holders of the Duplicative LPS Claims responded to the Ninety-Second Omnibus Objection to Claims by filing the *Creditors' Consolidated Opposition to Debtors' Ninety-Second Omnibus Objection and Memorandum in Support* [ECF Nos. 27526, 27528] (the "No Blocking Number LPS Claims Response").[2]  Separately, the holders of the Duplicative LPS Claims provided the Duplicative Blocking Numbers to the Plan Administrator.

---

[2] All but five of the Duplicative LPS Claims were explicitly included in the No Blocking Number LPS Claims Response.

US_ACTIVE:\44085515\3\58399.0008

15.     On December 6, 2011, the Court approved and entered an order confirming the Plan.  The Plan became effective on March 6, 2012 (the "Effective Date").

16.     Pursuant to the Plan, the Plan Administrator is authorized to interpose and prosecute objections to claims filed against the Chapter 11 Estates.

### The Duplicative LPS Claims Should Be Disallowed and Expunged

17.     The Plan Administrator has reviewed claims based on Lehman Programs Securities.  Using the Blocking Numbers, the International Security Identification Numbers ("ISIN"), notional amounts, and other information provided on the claims, the Plan Administrator has determined that in certain cases, duplicative claims were filed in respect of a particular security.  In such cases, the beneficial holder of the security filed a claim based on its holdings, and another party (including, without limitation, a beneficial holder's bank, broker or other agent) also filed a claim on behalf of such holder based on the same security.

18.     In this case, each Duplicative LPS Claim seeks to recover, in whole or in part, for the same alleged obligation and on behalf of the same individual as the Surviving Claim. Exhibit B hereto provides, among other things, the specific ISIN and Blocking Number of each Duplicative LPS Claim and Surviving Claim.  The Surviving Claims were filed prior to the Lehman Programs Securities Bar Date with the applicable Blocking Numbers.  [The holders of the Duplicative LPS Claims have not asserted that the bank or broker that filed the respective Surviving Claim is not the bank or broker that holds the Lehman Programs Security on behalf of such claimant.][3]  To avoid paying out distributions twice on the same obligation, this Objection seeks to expunge the Duplicative LPS Claims.

---

[3] The holders of the Duplicative LPS Claims whose claims are included in the No Blocking Number LPS Claims Response admit in that response that their claims are, to at least some extent, duplicative of the Surviving Claims. *See, e.g.,* No Blocking Number LPS Claims Response at page 25, ¶ 3 ("As far as the [beneficial holders'] claims are duplicative to and/or congruent with the [banks'] claims . . . .") *and* page 25, § II (same).  In fact, in the Prayer for

6

19.    A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*,

Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20,

2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

20.    Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a

claim may not be allowed to the extent that "such claim is unenforceable against the debtor and

property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).

Accordingly, courts in the Southern District of New York routinely disallow and expunge

duplicative claims filed against the same debtor.  *See, e.g.*, *In re Worldcom, Inc.*, Case No. 02-

13533 (AJG), 2005 WL 3875191, at *8 (Bankr. S.D.N.Y. June 3, 2005) (expunging duplicate

claim); *In re Best Payphones, Inc.*, Case No. 01-15472, 2002 WL 31767796, at *4, 11 (Bankr.

S.D.N.Y. Dec. 11, 2002) (expunging duplicate claim); *In re Drexel Burnham Lambert Group,*

*Inc.*, 148 B.R. 993, 1001-02 (S.D.N.Y. 1992) (dismissing duplicate claim).

21.    Further, the Chapter 11 Estates cannot be required to pay on the same

claim more than once.  *See, e.g., In re Finley, Kumble, Wagner, Heine, Underberg, Manley,*

*Myerson, & Casey*, 160 B.R. 882, 894 (Bankr. S.D.N.Y. 1993) ("In bankruptcy, multiple

recoveries for an identical injury are generally disallowed.").  Elimination of redundant claims

will also enable the Plan Administrator to maintain a claims register that more accurately reflects

the proper claims existing against each Chapter 11 Estate.

---

Relief, the holders request that the Court "expunge the [banks'] claims . . .as far as the [beneficial holders'] claims
are duplicative to and/or congruent with the [banks'] claims," or "order the assignment of the [banks'] claims – as
far as the [beneficial holders'] claims are duplicative to and/or congruent with the [banks'] claims – to the
[beneficial holders]."  No Blocking Number LPS Claims Response at page 27.

7

22.     The Duplicative LPS Claims should be disallowed as substantively duplicative, in whole or in part, of the Surviving Claims.  For the sake of administrative efficiency and in the interest of reducing expenses relating to the administration of these claims, the Plan Administrator is generally seeking to expunge claims filed by the beneficial holders of Lehman Programs Securities and deem the claims of the banks, brokers, custodians or other parties filed on behalf of the beneficial holders as the Surviving Claims.  The Effective Date has occurred and distributions began on April 17, 2012, including distributions to the holders of the Surviving Claims.  Any distributions that have been or will be made on the Surviving Claims have been or will be made to the banks or brokers, and such parties are or will then be responsible for remitting such distributions to the applicable beneficial holders of the Lehman Programs Securities.  Such procedures enable the Plan Administrator to communicate with fewer parties regarding determinations of the allowed amounts of such claims and to make distributions to fewer parties on account of such claims.

23.     For these reasons, it would be inequitable and inappropriate for the Plan Administrator to be required to make distributions on account of the Duplicative LPS Claims. Accordingly, to avoid the possibility of a creditor receiving duplicative or multiple recoveries on its claim, the Plan Administrator requests that the Court disallow and expunge the Duplicative LPS Claims listed on <u>Exhibit A</u> to the extent set forth therein.  The Surviving Claims will remain on the claims register subject to the Plan Administrator's right to file further objections on any basis, unless the applicable Surviving Claim has previously been allowed by order of this Court.

**<u>Notice</u>**

24.     No trustee has been appointed in these chapter 11 cases.  Notice of this Supplemental Omnibus Objection to Claims has been provided to (i) the U.S. Trustee; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States

8

Attorney for the Southern District of New York; (v) each claimant listed on <u>Exhibit A</u> under the heading "*Claims to be Disallowed and Expunged*;" and (vi) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [ECF No. 9635].  The Plan Administrator submits that no other or further notice need be provided.

    25. No previous request for the relief sought herein has been made by the Plan Administrator or the Chapter 11 Estates to this or any other Court.

    WHEREFORE the Plan Administrator respectfully requests that the Court grant the relief requested herein and such other and further relief as is just.

Dated:  September 21, 2012
   New York, New York

        /s/ Robert J. Lemons_____
        Robert J. Lemons

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Lehman Brothers Holdings Inc.
        and Certain of Its Affiliates

US_ACTIVE:\44085515\3\58399.0008

# EXHIBIT A

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT A – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | AMONN-DINGER, VERENA C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11169 | $14,606.43 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 2 | BAYER, DR. INGEBORG C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/14/2009 | 08-13555 (JMP) | 12425 | $4,381.92 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 3 | BAYER, DR. INGEBORG C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/14/2009 | 08-13555 (JMP) | 12426 | $5,785.85 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 4 | FASSBENDER, MARIA C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/16/2009 | 08-13555 (JMP) | 13638 | $7,090.50 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT A – DUPLICATIVE LPS CLAIMS**

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | |
| 5 | FETKENHEUER, LOTHAR C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS, MT 59401 | 12/17/2010 | 08-13555 (JMP) | 67257 | $7,232.31 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 6 | GANSER, ALBERT C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS, MT 59401 | 09/21/2009 | 08-13555 (JMP) | 24995 | $7,232.31 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 7 | HASSE, KLAUS-DIETER C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/16/2009 | 08-13555 (JMP) | 13628 | $14,464.62 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 8 | HEINZEN, HANS C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11178 | $16,067.07 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT A – DUPLICATIVE LPS CLAIMS**

| | NAME | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 9 | HIRSCH, KURT ORTSSTR. 18 BOLSTERLANG, 87538 GERMANY | 09/10/2009 | 08-13555 (JMP) | 11179 | $80,335.37 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 10 | JAHN, URSULA & HORST C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS, MT 59401 | 09/21/2009 | 08-13555 (JMP) | 24987 | $13,018.16 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 11 | JANSEN, WALTER C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/23/2009 | 08-13555 (JMP) | 34347 | $36,161.55 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 12 | JANSEN, WALTER C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/23/2009 | 08-13555 (JMP) | 34350 | $21,696.93 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT A – DUPLICATIVE LPS CLAIMS**

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 13 | KOECHLING, HERMANN C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11184 | $28,929.24 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 14 | KRAWINKEL, ODO C/O NABER PC 300 CNETRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/14/2009 | 08-13555 (JMP) | 12427 | $28,929.24 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 15 | KRAWINKEL, ODO C/O NABER PC 300 CNETRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/14/2009 | 08-13555 (JMP) | 12428 | $57,858.48 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 16 | LEWIN, JOERG C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/23/2009 | 08-13555 (JMP) | 34348 | $14,464.62 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT A – DUPLICATIVE LPS CLAIMS**

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 17 | MASTALEREK, MICHAEL C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11187 | $43,393.86 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 18 | NOERRENBERG-SUDHAUS, WERNER C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11190 | $144,646.20 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 19 | OBERKERSCH, BEATRICE C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11191 | $46,286.78 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 20 | RAMPOLD, HEIDRUN ELISABETH BARTHELSTRASSE 125 50823 KOLN, GERMANY | 09/10/2009 | 08-13555 (JMP) | 11193 | $14,606.43 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT A – DUPLICATIVE LPS CLAIMS**

| | NAME | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 21 | RODRIGUEZ, KARSTEN C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/16/2009 | 08-13555 (JMP) | 13621 | $14,464.62 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 22 | SCHIENER, FRIEDBERT WALTER UND HANNELORE EDELTRAUT C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11196 | $10,125.23 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 23 | SCHMIDT, KARIN C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11197 | $21,547.60 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 24 | SCHMIDT, RA PETRA C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11198 | $72,323.10 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT A – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 25 | SCHWEBIUS, SANDRA C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11199 | $13,018.16 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 26 | SCHWERDT, KORINNA, DR. C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 11/02/2009 | 08-13555 (JMP) | 61158 | $70,905.00 | FRANKFURTER SPARKASSE 1822 ATTN: MICHAEL WEIS NEUE MAINZER STR. 47-53 FRANKFURT AM MAIN, 60311 GERMANY | 10/30/2009 | 08-13555 (JMP) | 60564 | $1,191,565.56 |
| 27 | SPERZEL, SUSANNE C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/14/2009 | 08-13555 (JMP) | 12443 | $85,086.00 | FRANKFURTER SPARKASSE 1822 ATTN: MICHAEL WEIS NEUE MAINZER STR. 47-53 FRANKFURT AM MAIN, 60311 GERMANY | 10/30/2009 | 08-13555 (JMP) | 60564 | $1,191,565.56 |
| 28 | SPRINGER, WERNER C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/16/2009 | 08-13555 (JMP) | 13623 | $11,571.70 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT A – DUPLICATIVE LPS CLAIMS**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | STANGE, HANS-JOACHIM C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/14/2009 | 08-13555 (JMP) | 12440 | $4,381.93 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 30 | STEINFORT, SILVIA C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11201 | $14,464.62 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 31 | STEINFORT, SILVIA C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11203 | $14,464.62 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 32 | VOLK, HELMUT UND ANNEMARIE C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11209 | $14,464.62 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT A – DUPLICATIVE LPS CLAIMS**

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 33 | VON DER HEYDE, PHILIP C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11210 | $14,464.62 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 34 | WARTAK, BEATE C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11211 | $72,323.10 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 35 | WEIDLICH, JOERG C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/16/2009 | 08-13555 (JMP) | 13642 | $4,339.39 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 36 | WIPPERN, MARGIT C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/16/2009 | 08-13555 (JMP) | 13619 | $2,853.93 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT A – DUPLICATIVE LPS CLAIMS**

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 37 | WITTIG, HANSPETER C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57824 | $1,460.84 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 38 | WOLSKI, MIECZYSLAW C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 11/02/2009 | 08-13555 (JMP) | 61159 | $7,232.31 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 39 | WOLSKI, MIECZYSLAW C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 11/02/2009 | 08-13555 (JMP) | 61160 | $11,571.70 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 40 | WOLSKI, MIECZYSLAW C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 11/02/2009 | 08-13555 (JMP) | 61191 | $14,464.62 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT A – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | ZELLINGER, ERNST C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11224 | $20,250.47 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| | | | | TOTAL | $1,102,966.05 | | | | | |

# EXHIBIT B

**SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT B**

| Duplicative LPS Claimant Name | Duplicative LPS Claim Number | Duplicative LPS Claimant Response ECF No. | Amount Asserted in Duplicative LPS Claim | ISIN | Blocking Number | Surviving Claimant (Original Filer) | Surviving Claim Number | Has Duplicative Portion of Surviving Claim Already Been Allowed? |
|---|---|---|---|---|---|---|---|---|
| AMONN-DINGER, VERENA | 11169 | 27526, 27528 | $14,606.43 | XS0258411239 | CA02569 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| BAYER, DR. INGEBORG | 12425 | 27526, 27528 | $4,381.92 | XS0331533173 | CA02592 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| BAYER, DR. INGEBORG | 12426 | 27526, 27528 | $5,785.85 | DE000A0MHXQ6 | 4062200910190271976/1 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| FASSBENDER, MARIA | 13638 | 27526, 27528 | $7,090.50 | DE000A0MJHE1 | 4062200910190271977/1 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| FETKENHEUER, LOTHAR | 67257 | N/A | $7,232.31 | XS0311769219 | CA02594 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| GANSER, ALBERT | 24995 | 27526, 27528 | $7,232.31 | XS0311769219 | CA02594 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| HASSE, KLAUS-DIETER | 13628 | 27526, 27528 | $14,464.62 | DE000A0N6GH8 | 4062200910190271979/8 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| HEINZEN, HANS | 11178 | 27526, 27528 | $16,067.07 | XS0258411239 | CA02569 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| HIRSCH, KURT | 11179 | N/A | $80,335.37 | DE000A0S5NN9 | 4062200910150271994/1 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| JAHN, URSULA & HORST | 24987 | 27526, 27528 | $13,018.16 | DE000A0S5NN9 | 4062200910150271994/1 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| JANSEN, WALTER | 34350 | 27526, 27528 | $21,696.93 | XS0340076321 | CA02590 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| JANSEN, WALTER | 34347 | 27526, 27528 | $36,161.55 | DE000A0S1160 | 4062200910190271993/1 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| KOECHLING, HERMANN | 11184 | 27526, 27528 | $28,929.24 | DE000A0V4E15 | 4062200910190271979/1 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| KRAWINKEL, ODO | 12427 | 27526, 27528 | $28,929.24 | DE000A0V4E15 | 4062200910190271979/1 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| KRAWINKEL, ODO | 12428 | 27526, 27528 | $57,858.48 | DE000A0N6GH8 | 4062200910150271983/1 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| LEWIN, JOERG | 34348 | 27526, 27528 | $14,464.62 | DE000A0SUEV6 | 4062200909290271989/8 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| MASTALEREK, MICHAEL | 11187 | 27526, 27528 | $43,393.86 | DE000A0N6GH8 | 4062200910190271979/18 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| NOERRENBERG-SUDHAUS, WERNER | 11190 | 27526, 27528 | $144,646.20 | DE000A0S7D50 | 4062200910150271995/1 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| OBERKERSCH, BEATRICE | 11191 | 27526, 27528 | $46,286.78 | DE000A0S1160 | 4062200910150271993/1 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| RAMPOLD, HEIDRUN ELISABETH | 11193 | N/A | $14,606.43 | XS0258411239 | CA02569 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| RODRIGUEZ, KARSTEN | 13621 | 27526, 27528 | $14,464.62 | DE000A0N7XQ2 | 4062200909290271980/33 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| SCHIENER, FRIEDBERT WALTER UND HANNELORE EDELTRAUT | 11196 | 27526, 27528 | $10,125.23 | DE000A0SHLW6 | 4062200910150271997/1 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| SCHMIDT, KARIN | 11197 | 27526, 27528 | $21,547.60 | DE000A0MHVV0 | 4062200910150271999/1 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| SCHMIDT, RA PETRA | 11198 | 27526, 27528 | $72,323.10 | DE000A0SUEV6 | 4062200910190271989/30 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| SCHWEBIUS, SANDRA | 11199 | 27526, 27528 | $13,018.16 | DE000A0S1160 | 4062200910150271993/1 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| SCHWERDT, KORINNA, DR. | 61158 | N/A | $70,905.00 | DE000A0LJV62 | 7012009100093945487 | FRANKFURTER SPARKASSE 1822 | 60564 | YES |
| SPERZEL, SUSANNE | 12443 | N/A | $85,086.00 | DE000A0SG1J6 | 7010200910093940000 | FRANKFURTER SPARKASSE 1822 | 60564 | YES |
| SPRINGER, WERNER | 13623 | 27526, 27528 | $11,571.70 | DE000A0V4E15 | 4062200909290271979/1 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| STANGE, HANS-JOACHIM | 12440 | 27526, 27528 | $4,381.93 | XS0255689589 | CA02582 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| STEINFORT, SILVIA | 11201 | 27526, 27528 | $14,464.62 | DE000A0MHXQ6 | 4062200910190271976/1 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| STEINFORT, SILVIA | 11203 | 27526, 27528 | $14,464.62 | XS0335137120 | 4062200910150271993/1 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| VOLK, HELMUT UND ANNEMARIE | 11209 | 27526, 27528 | $14,464.62 | DE000A0S1160 | 4062200910150271993/1 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| VON DER HEYDE, PHILIP | 11210 | 27526, 27528 | $14,464.62 | DE000A0N7XQ2 | 4062200910150271984/1 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| WARTAK, BEATE | 11211 | 27526, 27528 | $72,323.10 | DE000A0SUEV6 | 4062200909290271989/30 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| WEIDLICH, JOERG | 13642 | 27526, 27528 | $4,339.39 | DE000A0N7XQ2 | 4062200910150271984/1 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| WIPPERN, MARGIT | 13619 | 27526, 27528 | $2,853.93 | DE000A0MJHE1 | 4062200910190271977/1 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| WITTIG, HANSPETER | 57824 | 27526, 27528 | $1,460.84 | DE000A0S5NN9 | 4062200910150271993/1 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| WOLSKI, MIECZYSLAW | 61159 | 27526, 27528 | $7,232.31 | XS0311769219 | 4062200909290271991/15 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| WOLSKI, MIECZYSLAW | 61160 | 27526, 27528 | $11,571.70 | DE000A0V4E15 | 4062200909290271984/20 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| WOLSKI, MIECZYSLAW | 61191 | 27526, 27528 | $14,464.62 | DE000A0S1160 | CA02594 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |
| ZELLINGER, ERNST | 11224 | 27526, 27528 | $20,250.47 | DE000A0NMXZ5 | 4062200910150271988/1 | CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 | YES |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                            :        **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                                                 :
                                        **Debtors.**             :        **(Jointly Administered)**
------------------------------------------------------------------x

<u>**ORDER GRANTING SUPPLEMENTAL OMNIBUS OBJECTION TO CLAIMS**</u>

Upon the supplement, dated September 21, 2012 (the "<u>Supplemental Omnibus</u>

<u>Objection to Claims</u>"), to the previously filed Debtors' Ninety-Second Omnibus Objection to

Claims, dated February 14, 2011 [ECF No. 14472] (the "<u>Ninety-Second Omnibus Objection to</u>

<u>Claims</u>"),[1] of Lehman Brothers Holdings Inc. ("<u>LBHI</u>" and the "<u>Plan Administrator</u>"), as Plan

Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers

Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases

(the "<u>Chapter 11 Estates</u>"), seeking, pursuant to section 502(b) of title 11 of the United States

Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and

this Court's order approving procedures for the filing of omnibus objections to proofs of claim

[ECF No. 6664] (the "<u>Procedures Order</u>"), to disallow and expunge the Duplicative LPS Claims

on the grounds that such claims are duplicative of the corresponding Surviving Claims, either

exactly or in substance, all as more fully described in the Supplemental Omnibus Objection to

Claims; and due and proper notice of the Supplemental Omnibus Objection to Claims having

been provided, and it appearing that no other or further notice need be provided; and the Court

having found and determined that the relief sought in the Supplemental Omnibus Objection to

Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Supplemental Omnibus Objection to Claims and the Ninety-Second Omnibus Objection to Claims.

and that the legal and factual bases set forth in the Supplemental Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Supplemental Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "Duplicative LPS Claims") are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading "*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the claims register subject to the Plan Administrator's right to object as set forth herein; and it is further

ORDERED that all information included on and all documentation filed in support of any Duplicative LPS Claim shall be treated as having been filed in support of the corresponding Surviving Claim; and it is further

ORDERED that nothing in this Order or the disallowance and expungement of the Duplicative LPS Claims constitutes any admission or finding with respect to any of the Surviving Claims, and the Plan Administrator's rights to object to the Surviving Claims on any basis are preserved, unless the applicable Surviving Claim has previously been allowed by order of this Court; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis, including with respect to the grounds set forth in the Ninety-Second Omnibus Objection to

US_ACTIVE:\44085515\3\58399.0008

Claims, are expressly reserved with respect to, (i) any claim listed on <u>Exhibit A</u> annexed to the

Supplemental Omnibus Objection to Claims under the heading "*Claims to be Disallowed and*

*Expunged*" that is not listed on <u>Exhibit 1</u> annexed hereto and (ii) the Surviving Claims; and it is

further

       ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2012
     New York, New York


                               _____
                               UNITED STATES BANKRUPTCY JUDGE