B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc., *et al.*,            Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

THE CLAIMS SET FORTH ON EXHIBIT A HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfers, other than for security, of the claim referenced in this evidence and notice.

<u>Frankfurter Sparkasse</u>                                    <u>See Exhibit A</u>
Name of Transferee                                           Name of Transferor

Name and Address where notices to transferee            Court Claim # (if known): See Exhibit A
should be sent:                                              Amount of Claim: See Exhibit A
                                                             Date Claim Filed: See Exhibit A

Frankfurter Sparkasse
Attn: Michael Weis, Abteilung Recht II
Neue Mainzer Straße 47-53
60255 Frankfurt, Germany

Phone: <u>011-49-69 2641-2551</u>

Name and Address where transferee payments should be sent (if different from above):

[N/A]

Phone: [N/A]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

By: <u>S. Matthiesen</u>     Date: <u>09-19-2012</u>
Title or Source of Authority: <u>Dr. Sven Matthiesen, Director, Frankfurter Sparkasse,</u>

Transferee's Agent

# Exhibit A

| | |
|---|---|
| Transferor: | Vereinigte Volksbank Maingau eG<br>Seligenstädter Str. 52<br>63179 Oberhause<br>Germany |
| Court Claim # (if known): | original Claim ID 60631,<br>Proposed New Claim No. as per Docket No. 30324: 200191: |
| Date Claim Filed | 2 November 2009 |
| Amount of Claim: | 6,663.39 USD<br><br>Amount of Claim is Allowed Claim Amount relating to Blocking Reference Number: 73592009091811000148 |