GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone:  (414) 273-3500
Facsimile:  (414) 273-5198

Katherine Stadler
Eric J. Wilson (*Pro Hac Vice*)

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                                        :     Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS, INC. *et al.,*                     :     Case No. 08-13555 (JMP)
                                                             :
                                     Debtors.                :     (Jointly Administered)
                                                             x
------------------------------------------------------------

**STIPULATION BETWEEN PRICEWATERHOUSECOOPERS LLP
AND THE FEE COMMITTEE ON THE EIGHTH INTERIM APPLICATION OF
PRICEWATERHOUSECOOPERS LLP, TAX ADVISORS TO THE DEBTORS, FOR
COMPENSATION AND EXPENSES FOR THE PERIOD
OCTOBER 1, 2011 THROUGH MARCH 6, 2012**

**TO:    THE HONORABLE JAMES M. PECK
          U.S. BANKRUPTCY JUDGE**

WHEREAS, on May 21, 2012, PricewaterhouseCoopers LLP ("**PwC**") filed the *Eighth Interim Fee Statement of PricewaterhouseCoopers LLP, Tax Advisors to the Debtors and Debtors-in-Possession, for Compensation for Services Rendered and for Reimbursement of Expenses* (the "**Eighth Fee Application**") [Docket No. 27980] seeking interim compensation for the period from October 1, 2011 through March 6, 2012, of $444,135.40 for professional services rendered, and reimbursement of out-of-pocket expenses in the amount of $4,072.30;

WHEREAS, PwC has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "**Fee Committee**") has reviewed the Eighth Fee Application, issued a Confidential Letter Report on July 23, 2012, and entered into a dialogue with PwC regarding the application;

WHEREAS, as a result of that dialogue, PwC has agreed to accept the Fee Committee's proposal of no disallowance of fees for professional services rendered, and a disallowance of $350.38 for the reimbursement of out-of-pocket expenses; and

WHEREAS, notwithstanding this Stipulation, the Eighth Fee Application remains subject to notice, an opportunity for a hearing, and Court approval under Rule 2016 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 330, 331.

## STIPULATION

NOW, THEREFORE, the Fee Committee and PwC hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving PwC's request for interim compensation and reimbursement of expenses in the reduced amount of $444,135.40 in fees and $3,721.92 in expenses.

[*Signature Page Follows*]

Dated: Madison, Wisconsin
       September 21, 2012.

                              GODFREY & KAHN, S.C.

                By:      /s/ *Katherine Stadler*
                         Katherine Stadler
                         GODFREY & KAHN, S.C.
                         One East Main Street, Suite 500
                         Madison, Wisconsin 53703
                         Telephone: (608) 257-3911
                         Facsimile: (608) 257-0609
                         E-mail: kstadler@gklaw.com

                         *Attorneys for the Fee Committee*

Dated: New York, New York
       September 21, 2012.

                              PRICEWATERHOUSECOOPERS LLP

                By:      /s/ *Joseph Foy*
                         Joseph Foy, Partner
                         PRICEWATERHOUSECOOPERS LLP
                         300 Madison Avenue
                         New York, NY 10017
                         Telephone: (646) 471-8628
                         Facsimile: (646) 471-8873
                         E-mail: joseph.foy@us.pwc.com

                         *Tax Advisors to the Debtors*

8391572_1

Dated: Madison, Wisconsin
September 21, 2012.

                                 GODFREY & KAHN, S.C.

By: _____
Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

Dated: New York, New York
September 21, 2012.

                                 PRICEWATERHOUSECOOPERS LLP

By: _____
Joseph Foy, Partner
PRICEWATERHOUSECOOPERS LLP
300 Madison Avenue
New York, NY 10017
Telephone: (646) 471-8628
Facsimile: (646) 471-8873
E-mail: joseph.foy@us.pwc.com

*Tax Advisors to the Debtors*

8391572_1

3