GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                 :    Chapter 11
                                      :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.,*    :    Case No. 08-13555 (JMP)
                                      :
                            Debtors.  :    (Jointly Administered)
------------------------------------------------------------ x

### STIPULATION BETWEEN JONES DAY AND THE FEE COMMITTEE REGARDING THE TENTH INTERIM APPLICATION OF JONES DAY, SPECIAL COUNSEL TO THE DEBTORS, FOR COMPENSATION AND EXPENSES FOR THE PERIOD OCTOBER 1, 2011 THROUGH MARCH 6, 2012

**TO:    THE HONORABLE JAMES M. PECK,
         UNITED STATES BANKRUPTCY JUDGE**

WHEREAS, on May 23, 2012, Jones Day filed the *Tenth Interim Application of Jones Day, Special Counsel to the Debtors and Debtors in Possession, Seeking Allowance and Payment of Interim Compensation and Reimbursement of Actual and Necessary Expenses for the Period from October 1, 2011 Through March 6, 2012* (the "**Tenth Fee Application**") [Docket No. 28023] seeking interim fees in the amount of $3,751,313.83 for professional services rendered and reimbursement of out-of-pocket expenses in the amount of $54,018.06;

WHEREAS, Jones Day regularly has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to the *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc., (the "**Fee Committee**") has reviewed the Tenth Fee Application, issued a Confidential Letter Report on July 26, 2012, and entered into a dialogue with Jones Day regarding this application; and

WHEREAS, as a result of this dialogue, Jones Day has agreed to a reduction of fees in the amount of $1,501.25 for professional services rendered and $679.88 in out-of-pocket expenses;

WHEREAS, Jones Day and the Fee Committee continue to discuss charges in the Tenth Fee Application directly attributable to rate increases.

## STIPULATION

NOW, THEREFORE, the Fee Committee and Jones Day hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving Jones Day's request for interim compensation and reimbursement of expenses in the reduced amount of $3,749,812.58 in fees and $53,338.18 in expenses for the Tenth Fee Application, and directing the Debtors to pay any such amounts not previously paid to Jones Day. The Fee Committee's and Jones Day's rights with respect to charges in the Tenth Fee Application directly attributable to rate increases are hereby reserved.

Dated: Madison, Wisconsin
        September 21, 2012

                          GODFREY & KAHN, S.C.

                By:      /s/ *Katherine Stadler*
                        Katherine Stadler
                        GODFREY & KAHN, S.C.
                        One East Main Street, Suite 500
                        Madison, WI 53703
                        Telephone: (608) 257-3911
                        Facsimile: (608) 257-0609
                        E-mail: kstadler@gklaw.com

                        *Attorneys for Fee Committee*

Dated: New York, New York
        September 21, 2012

                          JONES DAY

                By:      /s/ *Robert W. Gaffey*
                        Robert W. Gaffey
                        Jones Day
                        222 E. 41st Street
                        New York, NY 10017
                        Telephone: (212) 326-7887
                        Facsimile: (212) 755-7306
                        Email: rwgaffey@jonesday.com

Dated: Madison, Wisconsin
September 21, 2012

GODFREY & KAHN, S.C.

By: *[signature]*

Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for Fee Committee*

Dated: New York, New York
September 21, 2012

JONES DAY

By: *[signature]*

Robert W. Gaffey
Benjamin Rosenblum
Jones Day
222 E. 41st Street
New York, NY 10017
Telephone: (212) 326-8312
Facsimile: (212) 755-7306
Email: brosenblum@jonesday.com