GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler
Eric J. Wilson (*Pro Hac Vice*)

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re                                  :    Chapter 11
                                       :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.,*   :    Case No. 08-13555 (JMP)
                                       :
                           Debtors.    :    (Jointly Administered)
------------------------------------------------------------- x

**STIPULATION BETWEEN ERNST & YOUNG LLP AND THE FEE COMMITTEE ON
THE TENTH INTERIM APPLICATION OF ERNST & YOUNG LLP,
AUDITORS AND TAX SERVICES PROVIDERS TO THE DEBTORS,
FOR COMPENSATION AND EXPENSES FOR THE PERIOD
OCTOBER 1, 2011 THROUGH MARCH 6, 2012**

**TO:    THE HONORABLE JAMES M. PECK
U.S. BANKRUPTCY JUDGE**

WHEREAS, on May 21, 2012, Ernst & Young LLP ("**E&Y**") filed the *Tenth Interim Fee Application of Ernst & Young LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Auditors and Tax Services Providers to the Debtors and Debtors-in-Possession for the Period from October 1, 2011 Through March 6, 2012* [Docket No. 27990] (the "**Tenth Fee Application**") seeking interim compensation of $135,135.50 for

professional services rendered, and reimbursement of out-of-pocket expenses in the amount of $352.00;

WHEREAS, E&Y has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "**Fee Committee**") has reviewed the Tenth Fee Application, issued a Confidential Letter Report on July 26, 2012, and entered into a dialogue with E&Y regarding the application;

WHEREAS, as a result of that dialogue, E&Y has agreed to accept the Fee Committee's proposal of no disallowance of fees for professional services rendered, and a disallowance of $352.00 for the reimbursement of out-of-pocket expenses; and

WHEREAS, notwithstanding this Stipulation, the Tenth Fee Application remains subject to notice, an opportunity for a hearing, and Court approval under Rule 2016 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 330, 331.

## STIPULATION

NOW, THEREFORE, the Fee Committee and E&Y hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving E&Y's request for interim compensation and reimbursement of expenses in the amount of $135,135.50 in fees and no amount of expenses.

[*Signature Page Follows*]

Dated: Madison, Wisconsin
        September 12, 2012.

GODFREY & KAHN, S.C.

By:     /s/ *Katherine Stadler*
Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

Dated: New York, New York
        August 31, 2012.

ERNST & YOUNG, LLP

By:     /s/ *William Schlich*
William Schlich
ERNST & YOUNG, LLP
5 Times Square
New York, New York 10036
Telephone: (212) 773-3000
Email: William.schlich@ey.com

*Auditors and Tax Services Providers to the Debtors and Debtors in Possession*

8309311_1

Dated: Madison, Wisconsin
~~September~~ ~~August~~ /2, 2012.

By: *[signature]*

GODFREY & KAHN, S.C.

Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*


Dated: New York, New York
August 31, 2012.

ERNST & YOUNG, LLP

By: *[signature]*

William Schlich
ERNST & YOUNG, LLP
5 Times Square
New York, New York 10036
Telephone: (212) 773-3000
Email: william.schlich@ey.com

*Auditors and Tax Services Providers to the Debtors
and Debtors in Possession*

8309311_1

3