UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS, INC.

                    Debtor

Case No. 08-13555

Chapter 11

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of CVI GVF (LUX) MASTER S.A.R.L ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), relating to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $3,171,994* | 66098 |

*plus additional amounts as set forth in the proof of claim

have been transferred and assigned to CYNERGI LLC ("Assignee"). Evidence of the transfer of the claims and all rights thereto is attached hereto.

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.*

MSEIDE\213324.1 - 09/07/12

ASSIGNEE:  CYNERGI LLC

SELLER:  CVI GVF (LUX) MASTER S.A.R.L

c/o Elliott Management Corporation
40 West 57th Street
New York, New York 10019
Attn:  Michael Stephan
Tel:  (212) 478-2310
Fax: (212) 478-2311
Email: mstephan@elliottmgmt.com

c/o Carval Investors UK Limited
3rd Floor, 25 Great Pulteney Street,
London, W1F 9LT, UK
Attn: Matt Shipton
Tel: 00 44 207 292 7724

Signature:
Name:        ELLIOT GREENBERG
Title:        VICE PRESIDENT
Date:        September 11, 2012

EVIDENCE OF TRANSFER OF CLAIM

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CVI GVF (LUX) MASTER S.A.R.L (the "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Cynergi LLC (the "Assignee") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., Chapter 11, Case No. 08-13555, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), arising out of, in connection with and/or related to Global Master Repurchase Agreement dated December 05, 2005 between Lehman Brothers International Europe and Pond View Credit (Master) L.P. together with all schedules and confirmations and guarantees related thereto, in the amount of no less than $3,171,994, Claim No. 66098 (the "Claim").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.  The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 11th day of September 2012.

CYNERGI LLC

By: _____
Name:
Title:
ELLIOT GREENBERG
VICE PRESIDENT

CVI GVF (LUX) MASTER S.A.R.L

By: _____
Name:
Title:

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 11th day of September 2012.

CYNERGI LLC

By:_____

Name:

Title:

CVI GVF (LUX) MASTER S.A.R.L

By:_____    BY CARVAL INVESTORS UK LIMITED

Name: ASIM CHOHAN

Title: DIRECTOR