**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
------------------------------------------------------------------------x    **Ref. Docket Nos. 31007, 31012 &**
**31013**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                                         ) ss.:
COUNTY OF NEW YORK    )

KERRY O'NEIL, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 20, 2012, I caused to be served the following:

   a)  "Notice of Adjournment of the Three Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claim," dated September 20, 2012 [Docket No. 31007], (the "328th Omnibus NOA"),

   b)  "Notice of Withdrawal of the Three Hundred Thirty-Ninth Omnibus Objection to Claims (Reduce or Reclassify, and Allow) as to Certain Claim," dated September 20, 2012 [Docket No. 31012], (the "339th Omnibus NOW"), and

   c)  "Notice of Adjournment of Claims Objections Hearing with Respect to Claim Nos. 23895 and 23896," dated September 20, 2012 [Docket No. 31013], (the "Claim Nos. 23895 & 23896 NOA"),

   by causing true and correct copies of the:

   i.   328th Omnibus NOA, 339th Omnibus NOW, and Claim Nos. 23895 & 23896 NOA, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

   ii.  339th Omnibus NOW, and Claim Nos. 23895 & 23896 NOA, to be delivered via electronic mail to the party listed on the annexed <u>Exhibit B</u>,

   iii.    328th Omnibus NOA, 339th Omnibus NOW, and Claim Nos. 23895 & 23896 NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

   iv.    328th Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>,

   v.    339th Omnibus NOW, to be enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit E</u>, and

   vi.    Claim Nos. 23895 & 23896 NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit F</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                               Kerry O'Neil

Sworn to before me this
_____ day of September, 2012

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

**EXHIBIT A**

LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | asnow@ssbb.com |
| aalfonso@willkie.com | aunger@sidley.com |
| abeaumont@fklaw.com | austin.bankruptcy@publicans.com |
| abraunstein@riemerlaw.com | avenes@whitecase.com |
| acaton@kramerlevin.com | azylberberg@whitecase.com |
| acker@chapman.com | bankr@zuckerman.com |
| adam.brezine@hro.com | bankruptcy@goodwin.com |
| adarwin@nixonpeabody.com | bankruptcy@morrisoncohen.com |
| Adiamond@DiamondMcCarthy.com | bankruptcy@ntexas-attorneys.com |
| aeckstein@blankrome.com | bankruptcymatters@us.nomura.com |
| aentwistle@entwistle-law.com | barbra.parlin@hklaw.com |
| afriedman@irell.com | bbisignani@postschell.com |
| agbanknewyork@ag.tn.gov | bcarlson@co.sanmateo.ca.us |
| aglenn@kasowitz.com | bdk@schlamstone.com |
| agold@herrick.com | bguiney@pbwt.com |
| agoldstein@tnsj-law.com | bkmail@prommis.com |
| aisenberg@saul.com | bmanne@tuckerlaw.com |
| akantesaria@oppenheimerfunds.com | BMiller@mofo.com |
| akolod@mosessinger.com | boneill@kramerlevin.com |
| akornikova@lcbf.com | Brian.Corey@greentreecreditsolutions.com |
| alum@ftportfolios.com | brosenblum@jonesday.com |
| amarder@msek.com | broy@rltlawfirm.com |
| amartin@sheppardmullin.com | bruce.wright@sutherland.com |
| AMcMullen@BoultCummings.com | bstrickland@wtplaw.com |
| amenard@tishmanspeyer.com | btrust@mayerbrown.com |
| Andrew.Brozman@cliffordchance.com | bturk@tishmanspeyer.com |
| andrew.lourie@kobrekim.com | bwolfe@sheppardmullin.com |
| angelich.george@arentfox.com | cahn@clm.com |
| ann.reynaud@shell.com | calbert@reitlerlaw.com |
| anthony_boccanfuso@aporter.com | canelas@pursuitpartners.com |
| aoberry@bermanesq.com | carol.weinerlevy@bingham.com |
| aostrow@beckerglynn.com | cbelisle@wfw.com |
| apo@stevenslee.com | cbelmonte@ssbb.com |
| aquale@sidley.com | cbrotstein@bm.net |
| arahl@reedsmith.com | cdesiderio@nixonpeabody.com |
| arheaume@riemerlaw.com | cgoldstein@stcwlaw.com |
| arlbank@pbfcm.com | chammerman@paulweiss.com |
| arosenblatt@chadbourne.com | charles@filardi-law.com |
| arthur.rosenberg@hklaw.com | charles_malloy@aporter.com |
| arwolf@wlrk.com | chipford@parkerpoe.com |
| aseuffert@lawpost-nyc.com | chris.donoho@lovells.com |
| ashmead@sewkis.com | christopher.schueller@bipc.com |

LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

| | |
|---|---|
| clarkb@sullcrom.com | dfelder@orrick.com |
| clynch@reedsmith.com | dflanigan@polsinelli.com |
| cmontgomery@salans.com | dgrimes@reedsmith.com |
| cohen@sewkis.com | dhayes@mcguirewoods.com |
| colea@gtlaw.com | dheffer@foley.com |
| contact@lawofficesjje.com | diconzam@gtlaw.com |
| cp@stevenslee.com | djoseph@stradley.com |
| cpappas@dilworthlaw.com | dkleiner@velaw.com |
| craig.goldblatt@wilmerhale.com | dkozusko@willkie.com |
| crmomjian@attorneygeneral.gov | dlemay@chadbourne.com |
| cs@stevenslee.com | dlipke@vedderprice.com |
| csalomon@beckerglynn.com | dludman@brownconnery.com |
| cschreiber@winston.com | dmcguire@winston.com |
| cshore@whitecase.com | dmurray@jenner.com |
| cshulman@sheppardmullin.com | dneier@winston.com |
| ctatelbaum@adorno.com | dodonnell@milbank.com |
| cwalsh@mayerbrown.com | dove.michelle@dorsey.com |
| cward@polsinelli.com | dpegno@dpklaw.com |
| cweber@ebg-law.com | draelson@fisherbrothers.com |
| cweiss@ingramllp.com | dravin@wolffsamson.com |
| dallas.bankruptcy@publicans.com | drose@pryorcashman.com |
| daniel.guyder@allenovery.com | drosenzweig@fulbright.com |
| dave.davis@isgria.com | drosner@goulstonstorrs.com |
| david.bennett@tklaw.com | drosner@kasowitz.com |
| david.heller@lw.com | dshaffer@wtplaw.com |
| david.powlen@btlaw.com | dshemano@pwkllp.com |
| david.seligman@kirkland.com | dspelfogel@foley.com |
| davids@blbglaw.com | dtatge@ebglaw.com |
| davidwheeler@mvalaw.com | dtheising@harrisonmoberly.com |
| dbalog@intersil.com | dwdykhouse@pbwt.com |
| dbarber@bsblawyers.com | dwildes@stroock.com |
| dbaumstein@whitecase.com | dworkman@bakerlaw.com |
| dbesikof@loeb.com | easmith@venable.com |
| dcimo@gjb-law.com | echang@steinlubin.com |
| dcoffino@cov.com | ecohen@russell.com |
| dcrapo@gibbonslaw.com | efleck@milbank.com |
| ddavis@paulweiss.com | efriedman@fklaw.com |
| ddrebsky@nixonpeabody.com | efriedman@friedumspring.com |
| ddunne@milbank.com | eglas@mccarter.com |
| deggermann@kramerlevin.com | ekbergc@lanepowell.com |
| deggert@freebornpeters.com | eleicht@whitecase.com |
| demetra.liggins@tklaw.com | eli.mattioli@klgates.com |

LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

| | |
|---|---|
| ellen.halstead@cwt.com | ira.herman@tklaw.com |
| emerberg@mayerbrown.com | isgreene@hhlaw.com |
| enkaplan@kaplanlandau.com | israel.dahan@cwt.com |
| eobrien@sbchlaw.com | iva.uroic@dechert.com |
| erin.mautner@bingham.com | jacobsonn@sec.gov |
| eschwartz@contrariancapital.com | james.heaney@lawdeb.com |
| esmith@dl.com | james.mcclammy@dpw.com |
| etillinghast@sheppardmullin.com | james.sprayregen@kirkland.com |
| ezujkowski@emmetmarvin.com | jamestecce@quinnemanuel.com |
| ezweig@optonline.net | jamie.nelson@dubaiic.com |
| fbp@ppgms.com | jar@outtengolden.com |
| ffm@bostonbusinesslaw.com | jason.jurgens@cwt.com |
| fhyman@mayerbrown.com | jay.hurst@oag.state.tx.us |
| foont@foontlaw.com | jay@kleinsolomon.com |
| francois.janson@hklaw.com | Jbecker@wilmingtontrust.com |
| fsosnick@shearman.com | jbeemer@entwistle-law.com |
| fyates@sonnenschein.com | jbeiers@co.sanmateo.ca.us |
| gabriel.delvirginia@verizon.net | jbird@polsinelli.com |
| gbray@milbank.com | jbromley@cgsh.com |
| ggitomer@mkbattorneys.com | jcarberry@cl-law.com |
| ggoodman@foley.com | jchristian@tobinlaw.com |
| giddens@hugheshubbard.com | jchubak@proskauer.com |
| gkaden@goulstonstorrs.com | jdoran@haslaw.com |
| glenn.siegel@dechert.com | Jdrucker@coleschotz.com |
| gmoss@riemerlaw.com | jdyas@halperinlaw.com |
| gravert@ravertpllc.com | jean-david.barnea@usdoj.gov |
| gspilsbury@jsslaw.com | jeanites@whiteandwilliams.com |
| harrisjm@michigan.gov | jeannette.boot@wilmerhale.com |
| harveystrickon@paulhastings.com | jeff.wittig@coair.com |
| hbeltzer@mayerbrown.com | jeffery.black@bingham.com |
| heim.steve@dorsey.com | jeffrey.sabin@bingham.com |
| heiser@chapman.com | jeldredge@velaw.com |
| hollace.cohen@troutmansanders.com | jen.premisler@cliffordchance.com |
| holsen@stroock.com | jennifer.demarco@cliffordchance.com |
| howard.hawkins@cwt.com | jennifer.gore@shell.com |
| hseife@chadbourne.com | jeremy.eiden@ag.state.mn.us |
| hsnovikoff@wlrk.com | jfalgowski@reedsmith.com |
| hsteel@brownrudnick.com | jflaxer@golenbock.com |
| icatto@mwe.com | jfox@joefoxlaw.com |
| igoldstein@dl.com | jfreeberg@wfw.com |
| igoldstein@proskauer.com | jg5786@att.com |
| ilevee@lowenstein.com | jgenovese@gjb-law.com |

LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

| | |
|---|---|
| jguy@orrick.com | jshickich@riddellwilliams.com |
| jherzog@gklaw.com | jsmairo@pbnlaw.com |
| jhiggins@fdlaw.com | jstoll@mayerbrown.com |
| jhorgan@phxa.com | jsullivan@mosessinger.com |
| jhuggett@margolisedelstein.com | jteitelbaum@tblawllp.com |
| jim@atkinslawfirm.com | jtimko@shutts.com |
| jjoyce@dresslerpeters.com | jtorf@schiffhardin.com |
| jjtancredi@daypitney.com | jtougas@mayerbrown.com |
| jjureller@klestadt.com | judy.morse@crowedunlevy.com |
| jkehoe@btkmc.com | jvail@ssrl.com |
| jlamar@maynardcooper.com | jwallack@goulstonstorrs.com |
| jlawlor@wmd-law.com | jwang@sipc.org |
| jlee@foley.com | jwcohen@daypitney.com |
| jlevitin@cahill.com | jweiss@gibsondunn.com |
| jlipson@crockerkuno.com | jwest@velaw.com |
| jlovi@steptoe.com | jwh@njlawfirm.com |
| jlscott@reedsmith.com | kanema@formanlaw.com |
| jmaddock@mcguirewoods.com | karen.wagner@dpw.com |
| jmakower@tnsj-law.com | KDWBankruptcyDepartment@kelleydrye.com |
| jmazermarino@msek.com | keckhardt@hunton.com |
| jmcginley@wilmingtontrust.com | keith.simon@lw.com |
| jmelko@gardere.com | Ken.Coleman@allenovery.com |
| jmerva@fult.com | ken.higman@hp.com |
| jmmurphy@stradley.com | kerry.moynihan@hro.com |
| jmr@msf-law.com | kgwynne@reedsmith.com |
| jnadritch@olshanlaw.com | kiplok@hugheshubbard.com |
| jnm@mccallaraymer.com | kjarashow@fklaw.com |
| john.monaghan@hklaw.com | kkelly@ebglaw.com |
| john.rapisardi@cwt.com | kkolbig@mosessinger.com |
| jorbach@hahnhessen.com | klyman@irell.com |
| Joseph.Cordaro@usdoj.gov | klynch@formanlaw.com |
| joshua.dorchak@bingham.com | kmayer@mccarter.com |
| jowen769@yahoo.com | kobak@hugheshubbard.com |
| jowolf@law.nyc.gov | korr@orrick.com |
| joy.mathias@dubaiic.com | kovskyd@pepperlaw.com |
| JPintarelli@mofo.com | kpiper@steptoe.com |
| jporter@entwistle-law.com | kressk@pepperlaw.com |
| jprol@lowenstein.com | KReynolds@mklawnyc.com |
| jrabinowitz@rltlawfirm.com | krosen@lowenstein.com |
| jrsmith@hunton.com | kuehn@bragarwexler.com |
| jschwartz@hahnhessen.com | kurt.mayr@bgllp.com |
| jsheerin@mcguirewoods.com | lacyr@sullcrom.com |

LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

| | |
|---|---|
| Landon@StreusandLandon.com | mberman@nixonpeabody.com |
| lapeterson@foley.com | mberman@nixonpeabody.com |
| lathompson@co.sanmateo.ca.us | mbienenstock@proskauer.com |
| lberkoff@moritthock.com | mbloemsma@mhjur.com |
| Lee.Stremba@troutmansanders.com | mbossi@thompsoncoburn.com |
| lgotko@fklaw.com | mcademartori@sheppardmullin.com |
| lgranfield@cgsh.com | mcantor@normandyhill.com |
| lhandelsman@stroock.com | mccombst@sullcrom.com |
| linda.boyle@twtelecom.com | mcordone@stradley.com |
| lisa.ewart@wilmerhale.com | mcto@debevoise.com |
| lisa.kraidin@allenovery.com | mcyganowski@oshr.com |
| LJKotler@duanemorris.com | mdorval@stradley.com |
| lkatz@ltblaw.com | melorod@gtlaw.com |
| LKISS@KLESTADT.COM | meltzere@pepperlaw.com |
| lmarinuzzi@mofo.com | metkin@lowenstein.com |
| Lmay@coleschotz.com | mfeldman@willkie.com |
| lmcgowen@orrick.com | mgordon@briggs.com |
| lml@ppgms.com | mgreger@allenmatkins.com |
| lnashelsky@mofo.com | mh1@mccallaraymer.com |
| loizides@loizides.com | mhopkins@cov.com |
| lromansic@steptoe.com | michael.frege@cms-hs.com |
| lscarcella@farrellfritz.com | michael.kelly@monarchlp.com |
| lschweitzer@cgsh.com | michael.kim@kobrekim.com |
| lubell@hugheshubbard.com | michael.mccrory@btlaw.com |
| lwhidden@salans.com | millee12@nationwide.com |
| mabrams@willkie.com | miller@taftlaw.com |
| MAOFILING@CGSH.COM | mimi.m.wong@irscounsel.treas.gov |
| Marc.Chait@SC.com | mitchell.ayer@tklaw.com |
| margolin@hugheshubbard.com | mjedelman@vedderprice.com |
| mark.bane@ropesgray.com | MJR1@westchestergov.com |
| mark.deveno@bingham.com | mkjaer@winston.com |
| mark.ellenberg@cwt.com | mlahaie@akingump.com |
| mark.ellenberg@cwt.com | MLandman@lcbf.com |
| mark.hellerer@pillsburylaw.com | mlichtenstein@crowell.com |
| mark.sherrill@sutherland.com | mlynch2@travelers.com |
| martin.davis@ots.treas.gov | mmendez@hunton.com |
| Marvin.Clements@ag.tn.gov | mmooney@deilylawfirm.com |
| matt@willaw.com | mmorreale@us.mufg.jp |
| matthew.klepper@dlapiper.com | mneier@ibolaw.com |
| maustin@orrick.com | monica.lawless@brookfieldproperties.com |
| max.polonsky@skadden.com | mpage@kelleydrye.com |
| mbenner@tishmanspeyer.com | mparry@mosessinger.com |

LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

| | |
|---|---|
| mpomerantz@julienandschlesinger.com | ppascuzzi@ffwplaw.com |
| mprimoff@kayescholer.com | ppatterson@stradley.com |
| mpucillo@bermanesq.com | psp@njlawfirm.com |
| mrosenthal@gibsondunn.com | ptrain-gutierrez@kaplanlandau.com |
| mruetzel@whitecase.com | ptrostle@jenner.com |
| mschimel@sju.edu | r.stahl@stahlzelloe.com |
| mschlesinger@julienandschlesinger.com | raj.madan@bingham.com |
| msegarra@mayerbrown.com | ramona.neal@hp.com |
| mshiner@tuckerlaw.com | raul.alcantar@ropesgray.com |
| msiegel@brownrudnick.com | rbeacher@pryorcashman.com |
| msolow@kayescholer.com | rbernard@foley.com |
| mspeiser@stroock.com | rbyman@jenner.com |
| mstamer@akingump.com | rdaversa@orrick.com |
| mvenditto@reedsmith.com | relgidely@gjb-law.com |
| mwarren@mtb.com | rfleischer@pryorcashman.com |
| nathan.spatz@pillsburylaw.com | rfrankel@orrick.com |
| ncoco@mwe.com | rfriedman@silvermanacampora.com |
| neal.mann@oag.state.ny.us | rgmason@wlrk.com |
| ned.schodek@shearman.com | rgraham@whitecase.com |
| neilberger@teamtogut.com | rhett.campbell@tklaw.com |
| newyork@sec.gov | richard.fingard@newedge.com |
| Nherman@morganlewis.com | richard.lear@hklaw.com |
| nickolas.karavolas@pillsburylaw.com | richard.levy@lw.com |
| nissay_10259-0154@mhmjapan.com | richard.tisdale@friedfrank.com |
| nlepore@schnader.com | richard@rwmaplc.com |
| notice@bkcylaw.com | ritkin@steptoe.com |
| oipress@travelers.com | RJones@BoultCummings.com |
| otccorpactions@finra.org | rleek@HodgsonRuss.com |
| paronzon@milbank.com | RLevin@cravath.com |
| patrick.oh@freshfields.com | rmatzat@hahnhessen.com |
| paul.turner@sutherland.com | rnetzer@willkie.com |
| pbattista@gjb-law.com | robert.bailey@bnymellon.com |
| pbosswick@ssbb.com | robert.dombroff@bingham.com |
| pdublin@akingump.com | robert.henoch@kobrekim.com |
| peisenberg@lockelord.com | robert.malone@dbr.com |
| peter.gilhuly@lw.com | Robert.yalen@usdoj.gov |
| peter.macdonald@wilmerhale.com | Robin.Keller@Lovells.com |
| peter.simmons@friedfrank.com | roger@rnagioff.com |
| peter@bankrupt.com | ronald.silverman@bingham.com |
| pfeldman@oshr.com | ross.martin@ropesgray.com |
| phayden@mcguirewoods.com | rqureshi@reedsmith.com |
| pmaxcy@sonnenschein.com | rrainer@wmd-law.com |

LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

| | |
|---|---|
| rreid@sheppardmullin.com | smillman@stroock.com |
| rroupinian@outtengolden.com | smulligan@bsblawyers.com |
| rrussell@andrewskurth.com | snewman@katskykorins.com |
| rterenzi@stcwlaw.com | sory@fdlaw.com |
| russj4478@aol.com | spiotto@chapman.com |
| rwasserman@cftc.gov | splatzer@platzerlaw.com |
| rwyron@orrick.com | SRee@lcbf.com |
| s.minehan@aozorabank.co.jp | sschultz@akingump.com |
| sabin.willett@bingham.com | sselbst@herrick.com |
| sabramowitz@velaw.com | sshimshak@paulweiss.com |
| SABVANROOY@HOTMAIL.COM | sskelly@teamtogut.com |
| sagolden@hhlaw.com | sstarr@starrandstarr.com |
| Sally.Henry@skadden.com | steele@lowenstein.com |
| samuel.cavior@pillsburylaw.com | stephen.cowan@dlapiper.com |
| sandyscafaria@eaton.com | steve.ginther@dor.mo.gov |
| Sara.Tapinekis@cliffordchance.com | steven.troyer@commerzbank.com |
| scargill@lowenstein.com | steven.usdin@flastergreenberg.com |
| schannej@pepperlaw.com | steven.wilamowsky@bingham.com |
| Schepis@pursuitpartners.com | steven@blbglaw.com |
| schnabel.eric@dorsey.com | Streusand@StreusandLandon.com |
| schristianson@buchalter.com | susheelkirpalani@quinnemanuel.com |
| schwartzmatthew@sullcrom.com | sweyl@haslaw.com |
| scottshelley@quinnemanuel.com | swolowitz@mayerbrown.com |
| scousins@armstrongteasdale.com | szuch@wiggin.com |
| sdnyecf@dor.mo.gov | tannweiler@greerherz.com |
| sehlers@armstrongteasdale.com | tarbit@cftc.gov |
| seichel@crowell.com | tbrock@ssbb.com |
| sfelderstein@ffwplaw.com | tdewey@dpklaw.com |
| sfineman@lchb.com | tduffy@andersonkill.com |
| sfox@mcguirewoods.com | teresa.oxford@invescoaim.com |
| sgordon@cahill.com | TGoren@mofo.com |
| sgubner@ebg-law.com | thaler@thalergertler.com |
| shannon.nagle@friedfrank.com | thomas.califano@dlapiper.com |
| sharbeck@sipc.org | Thomas_Noguerola@calpers.ca.gov |
| shari.leventhal@ny.frb.org | tim.desieno@bingham.com |
| shgross5@yahoo.com | timothy.brink@dlapiper.com |
| sidorsky@butzel.com | timothy.palmer@bipc.com |
| slerman@ebglaw.com | tjfreedman@pbnlaw.com |
| slerner@ssd.com | tkarcher@dl.com |
| slevine@brownrudnick.com | tkiriakos@mayerbrown.com |
| SLoden@DiamondMcCarthy.com | tlauria@whitecase.com |
| smayerson@ssd.com | tmacwright@whitecase.com |

LEHMAN BROTHERS HOLDINGS, INC.
Email Service List

tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

# EXHIBIT B

Lehman Brothers Holdings, Inc.
Email Service List

michael.mccrory@btlaw.com

**EXHIBIT C**

LEHMAN BROTHERS HOLDINGS, INC.
MASTER SERVICE LIST

**OFFICE OF THE US TRUSTEE**
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

**INTERNAL REVENUE SERVICE**
*SPECIAL PROCEDURES BRANCH*
<u>ATTN</u>: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

LEHMAN BROTHERS HOLDINGS, INC.
ADDITIONAL SERVICE LIST

**SPANISH BROADCASTING SYSTEM, INC.**
ATTN: JOSEPH A. GARCIA, CHIEF FINANCIAL OFFICER
2601 S. BAYSHORE DR., PH2
COCONUT GROVE, FL 33133

**KAYE SCHOLER LLP**
WILLIAM WALLACE
425 PARK AVENUE
NEW YORK, NY 10022

# EXHIBIT E

LEHMAN BROTHERS HOLDINGS, INC.
ADDITIONAL SERVICE LIST

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**

DANNA DRORI, AUSA

86 CHAMBERS STREET, 3RD FLOOR

NEW YORK, NY 10007

**EXHIBIT F**

LEHMAN BROTHERS HOLDINGS, INC.
ADDITIONAL SERVICE LIST

**FEDERAL HOME LOAN BANK OF DES MOINES**

<u>ATTN</u>: AARON B. LEE

801 WALNUT STREET, SUITE 200

DES MOINES, IA 50309