# EXHIBIT C

## Goyal, Anshu

| | |
|---|---|
| From: | Amin, Kaushik |
| Sent: | Tuesday, September 16, 2008 12:19 PM |
| To: | Brumbach, Christopher J; Phillips, Alexander; Goyal, Anshu; Jain, Amit |
| Cc: | Johnson, Jack; Sullivan, Eileen (Equities); Tibbetts, Pamela J; Michaels, Jeff |
| Subject: | RE: All positions in LBI |

Guys:

For purposes of your contract to determine your compensation this year, we'd mark your book as of Sept. 12. That would be the last day of the "performance period" for your portfolio, as you start unwinding of positions. I'm copying Legal so that this is clear for the file. I will be in touch to discuss with you which positions you need to unwind. In particular, please make sure you identify all your trades by legal entity and start unwinding all trades that are in LBI.

Thanks

Kaushik

1