# EXHIBIT D

9/15/2008
2:40:31 PM

**LEHMAN BROTHERS**
**FOREIGN EXCHANGE OPTIONS P&L REPORT**

runid:  2,010,707

**BUSINESS LINE: Americas Local Markets Pr**
**TRADE DATE:  9/12/2008**

| CCY PAIR | DAILY P&L | MTD P&L | YTD P&L | YTD S/C | DAILY S/C | YTD HEDGE S/C | DAILY HEDGE S/C |
|---|---|---|---|---|---|---|---|
| **1 Shashank US Swap BLOCK** | | | | | | | |
| USDSHASHANK | (22,818) | (16,569) | 6,329,072 | 0 | 0 | 0 | 0 |
| Interest Allocation | (226) | (3,575) | (27,945) | 0 | 0 | 0 | 0 |
| US Swap SUB TOTAL | (23,044) | (20,144) | 6,301,127 | 0 | 0 | 0 | 0 |
| **1 Shashank US Swap BLOCK TOTAL** | (23,044) | (20,144) | 6,301,127 | 0 | 0 | 0 | 0 |
| **1 South America BLOCK** | | | | | | | |
| 062-002 | 14,693 | (25,479) | (3,046,066) | 0 | 0 | 0 | 0 |
| 067-002 | 593 | (1,130) | (10,401) | 0 | 0 | 0 | 0 |
| EUR-USD | 0 | 0 | (48,670) | 0 | 0 | 0 | 0 |
| USD-CAD | 0 | 0 | 9 | 0 | 0 | 0 | 0 |
| USD-JPY | 49,775 | 199,811 | 352,277 | 0 | 0 | 0 | 0 |
| USD-MEP | 94,837 | (238,951) | (660,427) | 0 | 0 | 0 | 0 |
| USD-TRY | (501) | 894 | 86,222 | 0 | 0 | 0 | 0 |
| Interest Allocation | (122) | (1,451) | (119,498) | 0 | 0 | 0 | 0 |
| * 002_70021 | 0 | 0 | 34,895 | 0 | 0 | 0 | 0 |
| * Argentina | 0 | 0 | (89) | 0 | 0 | 0 | 0 |
| * EMG BRL NY | (588) | 1,122 | (31,415) | 0 | 0 | 0 | 0 |
| Argentina SUB TOTAL | 158,687 | (65,184) | (3,443,164) | 0 | 0 | 0 | 0 |
| EUR-CHF | (1,449) | 210 | 1,362,580 | 0 | 0 | 0 | 0 |
| EUR-GBP | 23 | 300 | (199,866) | 0 | 0 | 0 | 0 |
| EUR-JPY | (70) | 54 | 71 | 0 | 0 | 0 | 0 |
| USD-JPY | 231,274 | 933,877 | 5,282,604 | 0 | 0 | 0 | 0 |
| Interest Allocation | (1,977) | (27,177) | (665,003) | 0 | 0 | 0 | 0 |
| FX G7 SUB TOTAL | 227,801 | 907,264 | 5,780,386 | 0 | 0 | 0 | 0 |
| 072004GS0302 | (12,088) | 3,480 | (1,704,239) | 0 | 0 | 0 | 0 |
| SHASHANK | (9,264) | 73,994 | 1,677,283 | 0 | 0 | 0 | 0 |
| USD-ARS | 0 | 0 | 282,914 | 0 | 0 | 0 | 0 |
| USDSAFX | 96,143 | (194,728) | (1,411,848) | 0 | 0 | 0 | 0 |
| Interest Allocation | 2 | (343) | (19,625) | 0 | 0 | 0 | 0 |
| * EMG LOC MXN | 12,088 | (3,479) | 33,375 | 0 | 0 | 0 | 0 |
| * Reserves1 | 0 | 0 | (176,180) | 0 | 0 | 0 | 0 |
| * Shashank | 0 | 0 | (394,898) | 0 | 0 | 0 | 0 |
| Shashank SUB TOTAL | 86,882 | (121,075) | (1,713,219) | 0 | 0 | 0 | 0 |
| HUFEMGFX | (89,378) | 38,696 | 146,572 | 0 | 0 | 0 | 0 |
| SGDEMGFX | (182,924) | (390,231) | 22,657 | 0 | 0 | 0 | 0 |
| Interest Allocation | 46 | 255 | (370) | 0 | 0 | 0 | 0 |
| Shashank Euro SUB TOTAL | (272,255) | (351,281) | 168,859 | 0 | 0 | 0 | 0 |
| 067-002 | (48,750) | 126,375 | 1,159,362 | 0 | 0 | 0 | 0 |
| USDEMGFX | 55,313 | (115,481) | (1,097,382) | 0 | 0 | 0 | 0 |
| USDNSFX | 2,469 | (7,651) | 7,793 | 0 | 0 | 0 | 0 |
| Interest Allocation | (184) | (2,493) | (38,418) | 0 | 0 | 0 | 0 |
| * 002_77100 | 0 | 0 | (58) | 0 | 0 | 0 | 0 |
| USD NEW SUB TOTAL | 8,849 | 750 | 31,296 | 0 | 0 | 0 | 0 |
| **1 South America BLOCK TOTAL** | 209,963 | 370,475 | 824,158 | 0 | 0 | 0 | 0 |
| **1 South America Anshu BLOCK** | | | | | | | |

* Manual adjustments such as Timing,  Reserves, etc.

9/15/2009
2:40:31 PM

**LEHMAN BROTHERS**
**FOREIGN EXCHANGE OPTIONS P&L REPORT**

runid:  2,010,707

**BUSINESS LINE: Americas Local Markets Pr**
**TRADE DATE:  9/12/2008**

| CCY PAIR | DAILY P&L | MTD P&L | YTD P&L | YTD S/C | DAILY S/C | YTD HEDGE S/C | DAILY HEDGE S/C |
|---|---|---|---|---|---|---|---|
| 074000390302 | (19,919) | (33,629) | 119,546 | 0 | 0 | 0 | 0 |
| 075002830302 | 2 | 43 | (1,526) | 0 | 0 | 0 | 0 |
| Interest Allocation | 0 | 2 | 1,010 | 0 | 0 | 0 | 0 |
| * EMG LOC BRL | 23,326 | (122,088) | 51,885 | 0 | 0 | 0 | 0 |
| ARS Performance Bonds SUB TOTAL | 3,410 | (155,672) | 170,916 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| USD-INR | 0 | 0 | (66) | 0 | 0 | 0 | 0 |
| USD-MYR | (1) | (20) | 506,549 | 0 | 0 | 0 | 0 |
| USD-TWD | (63) | (794) | (219,023) | 0 | 0 | 0 | 0 |
| Interest Allocation | 45 | 637 | (62) | 0 | 0 | 0 | 0 |
| ASIA GOYAL SUB TOTAL | (19) | (177) | 287,398 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| 067-002 | 31,250 | (56,250) | (3,274,420) | 0 | 0 | 0 | 0 |
| USDANSHUFX | (19,482) | 15,095 | (1,160,467) | 0 | 0 | 0 | 0 |
| Interest Allocation | 78 | 194 | 7,942 | 0 | 0 | 0 | 0 |
| * 002_77406 | 0 | 0 | (199) | 0 | 0 | 0 | 0 |
| * GAVY | 732 | (5,140) | 23,722 | 0 | 0 | 0 | 0 |
| Brazil C Bonds SUB TOTAL | 12,578 | (46,101) | (4,403,422) | 0 | 0 | 0 | 0 |
| | | | | | | | |
| 063-002 | (66) | 34 | 260 | 0 | 0 | 0 | 0 |
| BRLEMGFX | (11,096) | 87,252 | 1,792,821 | 0 | 0 | 0 | 0 |
| USD-BRL | (289,727) | 10,344,765 | 3,076,792 | 0 | 0 | 0 | 0 |
| Interest Allocation | (1,242) | (12,496) | 24,101 | 0 | 0 | 0 | 0 |
| * BNP_07800108 | 621,877 | (1,601,679) | (3,590,566) | 0 | 0 | 0 | 0 |
| * Brazil EMN7 | 0 | 0 | 19,379 | 0 | 0 | 0 | 0 |
| * Reserves2 | (0) | (0) | (156,440) | 0 | 0 | 0 | 0 |
| Brazil EMN7 SUB TOTAL | 319,746 | 8,817,876 | 1,166,347 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| NZDEMGFX | (68,222) | 74,251 | 1,773,470 | 0 | 0 | 0 | 0 |
| PLNANSHUFX | 6 | (7) | 25,363 | 0 | 0 | 0 | 0 |
| USD-COP | 142 | 1,865 | 1,784,357 | 0 | 0 | 0 | 0 |
| Interest Allocation | (84) | (1,139) | (19,859) | 0 | 0 | 0 | 0 |
| * Brazil GOYAL | 26 | (265) | (19) | 0 | 0 | 0 | 0 |
| Brazil GOYAL SUB TOTAL | (68,131) | 74,705 | 3,563,312 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| ANSHU | (50,149) | 4,347,581 | 16,396,758 | 0 | 0 | 0 | 0 |
| ANSHU2 | 100,563 | (467,642) | 1,283,973 | 0 | 0 | 0 | 0 |
| CDS books2 | (6,677) | 636,457 | 1,844,363 | 0 | 0 | 0 | 0 |
| Interest Allocation | (643) | (7,336) | (193,875) | 0 | 0 | 0 | 0 |
| CDS BOOKS SUB TOTAL | 43,094 | 4,509,060 | 19,331,218 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| EUR-CZK | (0) | 53,982 | 436,210 | 0 | 0 | 0 | 0 |
| EUR-HUF | 38 | 493,482 | (1,096,451) | 0 | 0 | 0 | 0 |
| EUR-ISK | 0 | 0 | 81,853 | 0 | 0 | 0 | 0 |
| EUR-NOK | (31,460) | (38,877) | 269,067 | 0 | 0 | 0 | 0 |
| EUR-PLN | 2,893 | 79,661 | 79,661 | 0 | 0 | 0 | 0 |
| EUR-TRY | 950 | (1,544) | (193,187) | 0 | 0 | 0 | 0 |
| USD-AED | 10,632 | 22,297 | (901,796) | 0 | 0 | 0 | 0 |
| USD-KWD | 57,796 | (107,498) | 893,328 | 0 | 0 | 0 | 0 |
| USD-KZT | (188) | (2,551) | (1,155,299) | 0 | 0 | 0 | 0 |
| USD-NOK | 0 | (3,037) | (3,037) | 0 | 0 | 0 | 0 |
| USD-RUB | 18,610 | (616,223) | (1,504,187) | 0 | 0 | 0 | 0 |
| USD-SAR | 8,924 | 35,784 | (1,371,644) | 0 | 0 | 0 | 0 |
| USD-TRY | (667) | 657 | (608,573) | 0 | 0 | 0 | 0 |
| USD-UAH | 81 | 1,114 | 1,148,136 | 0 | 0 | 0 | 0 |
| USD-ZAR | (0) | 122,963 | (29,432) | 0 | 0 | 0 | 0 |
| Interest Allocation | 50 | 673 | (50,224) | 0 | 0 | 0 | 0 |
| Eastern Europe GOYAL SUB TOTAL | 67,659 | 40,883 | (4,005,575) | 0 | 0 | 0 | 0 |
| | | | | | | | |
| CHF-GBP | 13 | (51) | (2,082) | 0 | 0 | 0 | 0 |
| EUR-CHF | 117 | 1,316 | (1,493,757) | 0 | 0 | 0 | 0 |
| EUR-GBP | 392 | (241) | 17,253 | 0 | 0 | 0 | 0 |
| EUR-JPY | 38 | (28) | (4,377) | 0 | 0 | 0 | 0 |
| EUR-USD | 1,029 | (5,701) | 2,467,473 | 0 | 0 | 0 | 0 |
| GOYAL | (0) | 0 | 0 | 0 | 0 | 0 | 0 |
| JPY-AUD | 19 | (14) | (1,853) | 0 | 0 | 0 | 0 |

* Manual adjustments such as Timing,  Reserves, etc.

9/15/2008
2:40:31 PM

**LEHMAN BROTHERS**
**FOREIGN EXCHANGE OPTIONS P&L REPORT**

runid: 2,010,707

BUSINESS LINE: Americas Local Markets Pr
TRADE DATE: 9/12/2008

| CCY PAIR | DAILY P&L | MTD P&L | YTD P&L | YTD S/C | DAILY S/C | YTD HEDGE S/C | DAILY HEDGE S/C |
|---|---|---|---|---|---|---|---|
| USD-AUD | 0 | 0 | 264,500 | 0 | 0 | 0 | 0 |
| USD-CAD | (126) | (28) | 14,201 | 0 | 0 | 0 | 0 |
| USD-JPY | 30,142 | 105,169 | (15,411) | 0 | 0 | 0 | 0 |
| USD-PLN | 2,668 | (3,051) | (4,899) | 0 | 0 | 0 | 0 |
| Interest Allocation | (61) | (1,107) | (117,566) | 0 | 0 | 0 | 0 |
| G7 GOYAL SUB TOTAL | 34,231 | 96,264 | 1,123,482 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| ANSHUKRWTRS | 7,462 | 104,464 | 3,073,606 | 0 | 0 | 0 | 0 |
| KRWTRS | 0 | 0 | (693,750) | 0 | 0 | 0 | 0 |
| Interest Allocation | (95) | (1,305) | (13,161) | 0 | 0 | 0 | 0 |
| KRWTRS SUB TOTAL | 7,367 | 103,160 | 2,366,695 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| USD-CLP | (3) | (42) | 691,230 | 0 | 0 | 0 | 0 |
| Interest Allocation | 2 | 33 | (25,905) | 0 | 0 | 0 | 0 |
| Latin EMG SUB TOTAL | (1) | (9) | 665,325 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| 067-002 | 0 | 0 | (80,623) | 0 | 0 | 0 | 0 |
| TRY BASIS SUB TOTAL | 0 | 0 | (80,623) | 0 | 0 | 0 | 0 |
| | | | | | | | |
| USD-TRY | 518 | 30 | (335,222) | 0 | 0 | 0 | 0 |
| Interest Allocation | (45) | (643) | 227,920 | 0 | 0 | 0 | 0 |
| TRY USD SUB TOTAL | 473 | (613) | (107,302) | 0 | 0 | 0 | 0 |
| | | | | | | | |
| 1 South America Anshu BLOCK TOTA | 420,406 | 13,439,376 | 20,077,771 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| Anshu Corp CDS BLOCK | | | | | | | |
| | | | | | | | |
| ANSHUCORP | 169,874 | 858,990 | 7,737,390 | 0 | 0 | 0 | 0 |
| ANSHUSWOPT | 0 | 0 | 508,750 | 0 | 0 | 0 | 0 |
| Interest Allocation | (276) | (2,879) | (51,772) | 0 | 0 | 0 | 0 |
| * CORP CDS | (156,926) | 65,692 | (55,222) | 0 | 0 | 0 | 0 |
| CORP CDS SUB TOTAL | 12,672 | 921,803 | 8,139,147 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| Anshu Corp CDS BLOCK TOTAL | 12,672 | 921,803 | 8,139,147 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| NEW MEXICO BLOCK | | | | | | | |
| | | | | | | | |
| Interest Allocation | 5 | 71 | 3,535 | 0 | 0 | 0 | 0 |
| * Reserves6 | 0 | 0 | 105,649 | 0 | 0 | 0 | 0 |
| Basis Reserves SUB TOTAL | 5 | 71 | 109,184 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| USD-MEP | 57 | (295) | 420,227 | 0 | 0 | 0 | 0 |
| Interest Allocation | (0) | (3) | (4,462) | 0 | 0 | 0 | 0 |
| FXPROP EMG SUB TOTAL | 57 | (298) | 415,765 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| MXPEMGFX2 | (24,061) | 467,615 | 2,709,146 | 0 | 0 | 0 | 0 |
| USD-MEP | 1,990 | (10,285) | (1,152,597) | 0 | 0 | 0 | 0 |
| USDEMGTIIE | 0 | (0) | 0 | 0 | 0 | 0 | 0 |
| Interest Allocation | (255) | (3,827) | (128,991) | 0 | 0 | 0 | 0 |
| * MXP NEW | (55) | 388 | (509) | 0 | 0 | 0 | 0 |
| MXP NEW SUB TOTAL | (22,381) | 453,891 | 1,427,049 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| USD-MEP | 43,436 | (491,031) | (301,206) | 0 | 0 | 0 | 0 |
| Interest Allocation | (481) | (7,412) | (126,518) | 0 | 0 | 0 | 0 |
| MXP OPT SUB TOTAL | 42,955 | (498,443) | (427,724) | 0 | 0 | 0 | 0 |
| | | | | | | | |
| INREMGFX | 1 | (7) | 504,429 | 0 | 0 | 0 | 0 |
| Interest Allocation | 0 | 0 | (313) | 0 | 0 | 0 | 0 |
| MXP SWPT SUB TOTAL | 1 | (6) | 504,117 | 0 | 0 | 0 | 0 |

* Manual adjustments such as Timing, Reserves, etc.

9/15/2008
2:40:31 PM

**LEHMAN BROTHERS**
**FOREIGN EXCHANGE OPTIONS P&L REPORT**

runid:  2,010,707

BUSINESS LINE: Americas Local Markets Pr
TRADE DATE:  9/12/2008

| CCY PAIR | DAILY P&L | MTD P&L | YTD P&L | YTD S/C | DAILY S/C | YTD HEDGE S/C | DAILY HEDGE S/C |
|---|---|---|---|---|---|---|---|
| NEW MEXICO BLOCK TOTAL | 20,637 | (44,784) | 2,028,391 | 0 | 0 | 0 | 0 |
| Americas Local Markets Pr GRAND T | 640,633 | 14,666,725 | 37,370,593 | 0 | 0 | 0 | 0 |

*Manual adjustments such as Timing, Reserves, etc.*