# EXHIBIT E

## Table showing calculation of the claim

| | |
|---|---:|
| Total profit for the year | 37,370,593.00 |
| Compensation calculation | |
| 12% of First 25 mm | 3,000,000.00 |
| 14% of remaining | 1,731,883.02 |
| | |
| Total Compensation | 4,731,883.02 |
| | |
| Percentage of Total compensation due to me | 75% |
| **Total money owed to me** | 3,548,912.27 |

Notes 1

Percentage of Total compensation due to me is based on last year's distribution of the total bonus pool. I was paid 75% of the pool