UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 Case No. |
|---|---|
| **Lehman Brothers Holdings Inc., et al.,** | 08-13555 |
| Debtors. | |

### AUGUST 2012 POST-EFFECTIVE OPERATING REPORT

AUGUST 2012
SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS

DEBTORS' ADDRESS:   LEHMAN BROTHERS HOLDINGS INC.
c/o WILLIAM J. FOX
1271 AVENUE OF THE AMERICAS
40th FLOOR
NEW YORK, NY 10020

DEBTORS' ATTORNEYS:   WEIL, GOTSHAL & MANGES LLP
c/o HARVEY R. MILLER, LORI R. FIFE
767 FIFTH AVENUE
NEW YORK, NY 10153

REPORT PREPARER:   LEHMAN BROTHERS HOLDINGS INC., AS PLAN ADMINISTRATOR

Date:  September 25, 2012

Indicate if this is an amended statement by checking here:    AMENDED STATEMENT ☐

**TABLE OF CONTENTS**

Schedule of Debtors ……………………………………………………………………………………… 3

Lehman Brothers Holdings Inc. ("LBHI") and Other Debtors and Other Controlled Entities
   Basis of Presentation — Schedule of Cash Receipts and Disbursements ……………………………………… 4
   Schedule of Cash Receipts and Disbursements …………………………………………………….... 6

LBHI
   Basis of Presentation – Schedule of Professional Fee and Expense Disbursements …………………………… 10
   Schedule of Professional Fee and Expense Disbursements …………………………………………….... 11

**SCHEDULE OF DEBTORS**

The following entities (the "Debtors") filed for bankruptcy in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").  On December 6, 2011, the Bankruptcy Court confirmed the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"). On March 6, 2012, the "Effective Date" (as defined in the Plan) occurred.  The Debtors' Chapter 11 cases remain open as of the date hereof.

|  | Case No. | Date Filed |
|---|---|---|
| Lehman Brothers Holdings Inc. ("LBHI") | 08-13555 | 9/15/2008 |
| LB 745 LLC | 08-13600 | 9/16/2008 |
| PAMI Statler Arms LLC | 08-13664 | 9/23/2008 |
| Lehman Brothers Commodity Services Inc. ("LBCS") | 08-13885 | 10/3/2008 |
| Lehman Brothers Special Financing Inc. ("LBSF") | 08-13888 | 10/3/2008 |
| Lehman Brothers OTC Derivatives Inc. ("LOTC") | 08-13893 | 10/3/2008 |
| Lehman Brothers Derivative Products Inc. ("LBDP") | 08-13899 | 10/5/2008 |
| Lehman Commercial Paper Inc. ("LCPI") | 08-13900 | 10/5/2008 |
| Lehman Brothers Commercial Corporation ("LBCC") | 08-13901 | 10/5/2008 |
| Lehman Brothers Financial Products Inc. ("LBFP") | 08-13902 | 10/5/2008 |
| Lehman Scottish Finance L.P. | 08-13904 | 10/5/2008 |
| CES Aviation LLC | 08-13905 | 10/5/2008 |
| CES Aviation V LLC | 08-13906 | 10/5/2008 |
| CES Aviation IX LLC | 08-13907 | 10/5/2008 |
| East Dover Limited | 08-13908 | 10/5/2008 |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 | 1/7/2009 |
| BNC Mortgage LLC | 09-10137 | 1/9/2009 |
| LB Rose Ranch LLC | 09-10560 | 2/9/2009 |
| Structured Asset Securities Corporation | 09-10558 | 2/9/2009 |
| LB 2080 Kalakaua Owners LLC | 09-12516 | 4/23/2009 |
| Merit LLC | 09-17331 | 12/14/2009 |
| LB Somerset LLC | 09-17503 | 12/22/2009 |
| LB Preferred Somerset LLC | 09-17505 | 12/22/2009 |

**The Company has established an email address to receive questions from readers regarding this presentation. The Company plans to review questions received and for those subjects which the Company determines a response would not (i) violate a confidentiality provision, (ii) place the Company in a competitive or negotiation disadvantage, or (iii) be unduly burdensome, the Company shall endeavor to post a response (maintaining the anonymity of the question origination) on the Epiq website maintained for the Company, www.lehman-docket.com. The Company assumes no obligation to respond to e-mail inquiries.  Please provide questions in clear language with document references, and email to QUESTIONS@lehmanholdings.com.**

**LEHMAN BROTHERS HOLDINGS INC. ("LBHI") AND OTHER DEBTORS AND OTHER CONTROLLED ENTITIES**

**BASIS OF PRESENTATION**
**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
**AUGUST 1, 2012 – AUGUST, 31 2012**

The information and data included in this August 2012 Post-Effective Operating Report (the "Operating Report") are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator, and its Controlled Entities (collectively, the "Company"). The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, and excludes, among others, those entities that are under separate administrations in the United States or abroad and excludes Aurora Bank FSB, which is indirectly controlled by LBHI. LBHI and certain of its Controlled Entities had filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors". The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. LBHI has prepared this Operating Report, which includes certain information as required by the Office of the US Trustee, based on the information available to LBHI at this time, but note that such information may be incomplete and may be materially deficient in certain respects. This Operating Report is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. LBHI reserves all rights to revise this report.

1. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP), is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future. Cash balances and activity denominated in foreign currencies have been converted to US Dollars.

2. Beginning and ending balances include cash in demand-deposit accounts (DDA), money-market funds (MMF), treasury bills and other investments.

3. Beginning and ending cash balances are based on preliminary closing numbers and are subject to adjustment.

4. Beginning and ending cash and investment balances exclude the following:

   - Cash posted as collateral for hedging activity;
   - Cash related to LBHI's wholly-owned indirect subsidiary Aurora Bank FSB; and
   - Cash held at real estate owned properties or at third party managers.

5. Restricted cash balances are based on preliminary estimates as of August 31, 2012. Reserves determined in connection with the October 1st distribution will be reflected in the September 2012 Post-Effective Date Operating Report:

| ($ in millions) | Debtors | | | | | Debtor-Controlled Entities | Total Debtors and Debtor-Controlled Entities |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | LBHI | LBSF | LCPI | Other | Total | | |
| Reserves for Claims: | | | | | | | |
| Disputed unsecured claims | $ 1,198 | $ 1,704 | $ 50 | $ 1,459 | $ 4,412 | $ - | $ 4,412 |
| Priority tax claims | 2,828 | 117 | 0 | 4 | 2,949 | - | 2,949 |
| Distributions on Allowed Claims (not remitted)(1) | 495 | 169 | 200 | 2 | 866 | - | 866 |
| Secured, Admin, Priority Claims and Other (2) | 1,652 | 85 | 106 | 138 | 1,981 | - | 1,981 |
| Cash pledged to JPMorgan (CDA)(3) | 316 | - | 6 | - | 323 | - | 323 |
| Subtotal, Claims Reserves | 6,490 | 2,075 | 362 | 1,604 | 10,531 | - | 10,531 |
| Citigroup and HSBC (4) | 2,036 | - | - | - | 2,036 | - | 2,036 |
| Woodlands and LB Bancorp (5) | - | - | - | - | - | 540 | 540 |
| Other (6) | 244 | 94 | 8 | 52 | 398 | 48 | 447 |
| Total | $ 8,770 | $ 2,169 | $ 370 | $ 1,656 | $ 12,966 | $ 588 | $ 13,554 |

(1) Approximately $670 million of the $866 million reserve has been paid or resolved prior to, or part of, the October 1st distribution.

(2) Includes approximately $1.2 billion reserved at LBHI for a disputed claim of the Federal Home Loan Mortgage Corporation that was asserted with priority status.

(3) Represents $323 million of cash deposited into accounts by LBHI and LCPI and pledged to JPMorgan ("JPM") pursuant to paragraph 6(b) of the Collateral Disposition Agreement ("CDA") with JPM effective March 31, 2010; related to, but not limited to, contingent letters of credit exposures, clearance exposures and derivative exposures, pending resolution of these items.

(4) Represents cash deposited on or prior to September 15, 2008 by the Company in connection with certain requests and/or documents executed by the Company and Citibank N.A. of approximately $2 billion and HSBC Bank PLC of $30 million, including interest earned thereon.

(5) Represents cash at Woodlands Commercial Corporation ("Woodlands") of $505 million and its parent company, Lehman Brothers Bancorp Inc., a savings and loan holding company, of $35 million, subject to various regulations and supervision by the Federal Reserve Board of Governors.

(6) Other includes (i) various pre-petition balances on administrative hold by certain financial institutions of $125 million; (ii) asserted misdirected wires and other cash received by LBHI for the benefit of third parties and Non-Controlled Affiliates of approximately $111 million; (iii) cash collected by LBSF on derivative trades which collateralize certain notes of approximately $94 million; (iv) net cash collections on assets reported on the books of LBHI and LCPI related to Intercompany-Only Repurchase transactions of approximately $10 million; (v) cash received by LBHI related to securities transferred to LBHI under the CDA with JPM of approximately $22 million; (vi) and other cash required to be restricted by various agreements of $85 million.

Restricted cash balances do not include cash required for operating expenses, asset preservation and other commitments (e.g. unfunded loans or anticipated investments).

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
**Summary Schedule of Cash Receipts and Disbursements**
**August 1, 2012 - August 31, 2012**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

|  | Debtors | | | | | Debtor-Controlled Entities | | | | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|
|  | LBHI | LBSF | LCPI | Other | Total | LB1 Grp | PAMI | Other | Total |  |
| **Beginning Free Cash and Investments (8/1/12)** | $ 3,757 | $ 819 | $ 2,138 | $ 349 | $ 7,063 | $ 620 | $ 84 | $ 1,774 | $ 2,478 | $ 9,541 |
| Restricted Cash | 8,895 | 2,169 | 378 | 1,680 | 13,122 | - | - | 588 | 588 | 13,711 |
| **Beginning Total Cash and Investments** | 12,652 | 2,988 | 2,516 | 2,029 | 20,185 | 620 | 84 | 2,362 | 3,067 | 23,252 |
| **Sources of Cash** | | | | | | | | | | |
| Commercial Real Estate | 3 | - | 70 | 0 | 73 | 26 | 13 | 35 | 74 | 147 |
| Loans (Corporate and Residential) | 26 | - | 88 | - | 114 | - | - | 2 | 2 | 116 |
| Private Equity / Principal Investing | 14 | - | 29 | - | 44 | 55 | - | 2 | 56 | 100 |
| Derivatives | - | 494 | 2 | 2 | 498 | - | - | 0 | 0 | 498 |
| Receipts from Affiliates | 90 | - | - | - | 90 | - | - | 0 | 0 | 90 |
| Other | 8 | 0 | (5) | 1 | 4 | 0 | 0 | 4 | 4 | 9 |
| **Total Sources of Cash** | 142 | 495 | 185 | 3 | 824 | 81 | 13 | 43 | 137 | 961 |
| **Uses of Cash** | | | | | | | | | | |
| Non-Operating | | | | | | | | | | |
| Commercial Real Estate | (0) | - | (3) | - | (3) | - | (2) | (4) | (6) | (9) |
| Loans (Corporate and Residential) | (0) | - | (0) | - | (0) | - | - | - | - | (0) |
| Private Equity / Principal Investing | - | - | - | - | - | (1) | - | - | (1) | (1) |
| Derivatives | - | (0) | - | - | (0) | - | - | - | - | (0) |
| Payments to Creditors | (1) | - | - | - | (1) | - | - | (0) | (0) | (1) |
| Other | (5) | (0) | (0) | (0) | (5) | (1) | - | (1) | (2) | (7) |
| Operating Expenses | (34) | (0) | (0) | (0) | (35) | (0) | (0) | (12) | (12) | (47) |
| **Total Uses of Cash** | (40) | (0) | (3) | (0) | (44) | (2) | (2) | (18) | (22) | (66) |
| **Net Cash Flow** | 101 | 494 | 182 | 3 | 780 | 79 | 11 | 25 | 115 | 895 |
| Inter-Company Transfers, Net | 765 | 4 | 302 | 25 | 1,096 | (591) | (61) | (443) | (1,096) | 0 |
| Transfers from (to) Securitization Trustee | - | - | (26) | - | (26) | - | - | - | - | (26) |
| Loan Agencies, Net | 0 | - | (4) | - | (4) | - | - | - | - | (4) |
| FX Fluctuation | 0 | 0 | 0 | - | 1 | - | - | 1 | 1 | 1 |
| **Ending Total Cash and Investments** | 13,518 | 3,486 | 2,972 | 2,057 | 22,033 | 108 | 34 | 1,945 | 2,086 | 24,119 |
| Restricted Cash | (8,770) | (2,169) | (370) | (1,656) | (12,966) | - | - | (588) | (588) | (13,554) |
| **Ending Free Cash and Investments (8/31/12)** | $ 4,748 | $ 1,316 | $ 2,602 | $ 401 | $ 9,067 | $ 108 | $ 34 | $ 1,356 | $ 1,498 | $ 10,565 |

All values that are exactly zero are shown as "-".  Values between zero and $0.5 million appear as "0".
Totals may not foot due to rounding.

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**August 1, 2012 - August 31, 2012**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | | Debtors | | | | | Debtor-Controlled Entities | | | | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | LBHI | LBSF | LCPI | Other | Total | LB1 Grp | PAMI | Other | Total | |
| **Beginning Free Cash and Investments (8/1/12)** | | $ 3,757 | $ 819 | $ 2,138 | $ 349 | $ 7,063 | $ 620 | $ 84 | $ 1,774 | $ 2,478 | $ 9,541 |
| Restricted Cash | | 8,895 | 2,169 | 378 | 1,680 | 13,122 | - | - | 588 | 588 | 13,711 |
| **Beginning Total Cash and Investments** | | 12,652 | 2,988 | 2,516 | 2,029 | 20,185 | 620 | 84 | 2,362 | 3,067 | 23,252 |
| **Sources of Cash** | | | | | | | | | | | |
| Commercial Real Estate | | | | | | | | | | | |
| Principal | (a) | 2 | - | 68 | 0 | 70 | 26 | 13 | 34 | 73 | 143 |
| Interest | | 1 | - | 3 | - | 3 | - | 0 | 1 | 1 | 4 |
| Loans (Corporate and Residential) | | | | | | | | | | | |
| Principal | (b) | 23 | - | 84 | - | 106 | - | - | 0 | 0 | 106 |
| Interest | | 3 | - | 4 | - | 7 | - | - | 2 | 2 | 10 |
| Private Equity / Principal Investing | | | | | | | | | | | |
| Principal | | 3 | - | 27 | - | 30 | 55 | - | 2 | 56 | 86 |
| Interest and Dividends | | 12 | - | 2 | - | 14 | 0 | - | - | 0 | 14 |
| Derivatives | | | | | | | | | | | |
| Return / (Posting) of Hedging Collateral, net | | - | 10 | - | 1 | 11 | - | - | - | - | 11 |
| Collections from Live / Terminated Trades | (c) | - | 483 | 2 | 1 | 486 | - | - | 0 | 0 | 486 |
| Other | | - | 1 | - | - | 1 | - | - | - | - | 1 |
| Receipts from Affiliates | | | | | | | | | | | |
| Distributions from Non-Controlled Affiliates | (d) | 90 | - | - | - | 90 | - | - | 0 | 0 | 90 |
| Other | | | | | | | | | | | |
| Interest | (e) | 9 | 0 | 1 | 1 | 12 | 0 | 0 | 0 | 0 | 12 |
| Other | (f) | (1) | 0 | (6) | - | (7) | - | 0 | 4 | 4 | (3) |
| **Total Sources of Cash** | | 142 | 495 | 185 | 3 | 824 | 81 | 13 | 43 | 137 | 961 |

All values that are exactly zero are shown as "-". Values between zero and $0.5 million appear as "0".
Totals may not foot due to rounding.

7

08-13555-mg    Doc 31085    Filed 09/25/12    Entered 09/25/12 19:54:05    Main Document
Pg 8 of 12

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**August 1, 2012 - August 31, 2012**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

|  |  | Debtors | | | | | Debtor-Controlled Entities | | | | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | LBHI | LBSF | LCPI | Other | Total | LB1 Grp | PAMI | Other | Total |  |
| **Uses of Cash** | | | | | | | | | | | |
| Non-Operating | | | | | | | | | | | |
| Commercial Real Estate | | | | | | | | | | | |
| Preservation of Assets | | (0) | - | (3) | - | **(3)** | - | (2) | (4) | **(6)** | **(9)** |
| Loans (Corporate and Residential) | | | | | | | | | | | |
| Preservation of Assets | | (0) | - | (0) | - | **(0)** | - | - | - | **-** | **(0)** |
| Private Equity / Principal Investing | | | | | | | | | | | |
| Capital Calls | | - | - | - | - | **-** | (1) | - | - | **(1)** | **(1)** |
| Derivatives | | | | | | | | | | | |
| Payments on Live Trades | | - | (0) | - | - | **(0)** | - | - | - | **-** | **(0)** |
| Payments to Creditors | | | | | | | | | | | |
| Payments to Creditors - Non Controlled Affiliates | | (1) | - | - | - | **(1)** | - | - | (0) | **(0)** | **(1)** |
| Other | | | | | | | | | | | |
| Other | | (5) | (0) | (0) | (0) | **(5)** | (1) | - | (1) | **(2)** | **(7)** |
| Operating Expenses | (g) | | | | | | | | | | |
| Compensation and Benefits | (h) | (16) | - | - | - | **(16)** | - | - | (6) | **(6)** | **(22)** |
| Professional Fees | | (15) | - | (0) | - | **(15)** | - | - | (0) | **(0)** | **(15)** |
| Other | (i) | (4) | (0) | (0) | (0) | **(4)** | (0) | (0) | (6) | **(6)** | **(10)** |
| **Total Uses of Cash** | | **(40)** | **(0)** | **(3)** | **(0)** | **(44)** | **(2)** | **(2)** | **(18)** | **(22)** | **(66)** |
| **Net Cash Flow** | | **101** | **494** | **182** | **3** | **780** | **79** | **11** | **25** | **115** | **895** |
| Inter-Company Receipts | (j) | 987 | 7 | 418 | 36 | 1,448 | 88 | 7 | 50 | 145 | 1,593 |
| Inter-Company Disbursements | (k) | (222) | (4) | (115) | (11) | (352) | (679) | (68) | (493) | (1,241) | (1,592) |
| Transfers from (to) Securitization Trustee | (l) | - | - | (26) | - | (26) | - | - | - | - | (26) |
| Loan Agencies, Net | | 0 | - | (4) | - | (4) | - | - | - | - | (4) |
| FX Fluctuation | | 0 | 0 | 0 | - | 1 | - | - | 1 | 1 | 1 |
| **Ending Total Cash and Investments** | (m) | 13,518 | 3,486 | 2,972 | 2,057 | 22,033 | 108 | 34 | 1,945 | 2,086 | 24,119 |
| Restricted Cash | (n) | (8,770) | (2,169) | (370) | (1,656) | (12,966) | - | - | (588) | (588) | (13,554) |
| **Ending Free Cash and Investments (8/31/12)** | | $ 4,748 | $ 1,316 | $ 2,602 | $ 401 | $ 9,067 | $ 108 | $ 34 | $ 1,356 | $ 1,498 | $ 10,565 |

All values that are exactly zero are shown as "-".  Values between zero and $0.5 million appear as "0".
Totals may not foot due to rounding.

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**August 1, 2012 - August 31, 2012**

Unaudited ($)

Notes:

(a) Includes cash received on Commercial Real Estate loans and other Commercial Real Estate assets.

(b) Primarily includes cash received from sales of assets and principal pay downs related to Corporate Loans and Residential Real Estate assets.

(c) Includes collections on live and terminated trades, net of purchases of SPV notes.  LBSF collections include the settlement of two significant derivative transactions of approximately $400 million.

(d) Includes receipts by LBHI of approximately $90 million on distributions from Lehman Brothers Investments Pte Ltd (Singapore).

(e) Includes interest collected on short term investments, net of purchased interest, and amortization on treasury investments.

(f)  Primarily relates to posting of collateral at LCPI on foreign currency hedges for Commercial Real Estate and Corporate Loans.

(g)  A portion of the Operating Expenses paid by LBHI is subject to allocations to, and reimbursement from, various Controlled Entities.

(h)  Compensation and Benefits includes Company employees as well as fees paid to Alvarez & Marsal as interim management for May and June 2012 invoices.

(i)  Primarily includes expenses related to outsourced services and IT, occupancy, taxes, insurance and other operating disbursements.

(j)  The receipt of $1.4 billion at Debtors includes cash received from Debtor-Controlled Entities for partial repayment on intercompany balances, dividend distributions, settlement of cost allocations and other administrative activity.

(k)  Disbursements of $352 million at Debtors primarily include disbursements related to the settlement of cost allocations, cash collected on assets for the benefit of another legal entity and other administrative activity.

(l) Includes cash outflows to the Spruce and Verano Securitization Trustee for proceeds received on underlying collateral, netted against any receipts for pay downs and interest on the Spruce and Verano notes (paid quarterly by the Trustee).  Cash collections on the underlying collateral are presented in "Sources of Cash" in Loans (Corporate and Residential).

(m)  Other Debtor-Controlled Entities - Other Ending Cash and Investments at August 31, 2012 includes $683 million of cash balances at Controlled Entities in Asia.

(n)  The decrease in LBHI's restricted cash of approximately $125 million was primarily due to (i) the reduction of $50 million in cash pledged to JPMorgan (CDA) as the result of the expiration of certain letters of credit and (ii) the transfer to LCPI of approximately $50 million related to cash collected on Intercompany-Only Repurchase transactions.

**LEHMAN BROTHERS HOLDINGS INC. ("LBHI") AND OTHER DEBTORS AND OTHER CONTROLLED ENTITIES**

**BASIS OF PRESENTATION**
**SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS**
**FROM SEPTEMBER 15, 2008 TO AUGUST 31, 2012**

The information and data included in this August 2012 Post-Effective Operating Report (the "Operating Report") are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator and its Controlled Entities (collectively, the "Company"). The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, and excludes, among others, those entities that are under separate administrations in the United States or abroad, and Aurora Bank FSB, which is indirectly controlled by LBHI. LBHI and certain of its Controlled Entities had filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors". The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. LBHI has prepared this Operating Report, including certain information as required by the Office of the United States Trustee, based on the information available to LBHI at this time, but note that such information may be incomplete and may be materially deficient in certain respects. This Operating Report is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. LBHI reserves all rights to revise this report.

1. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP), is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.

2. The professional fee disbursements presented in this report reflect the date of actual cash payments to professional service providers. The Company has incurred additional professional fee expenses during the reporting period that will be reflected in future Operating Reports as cash payments are made to providers.

3. The professional fee disbursements presented in this report have primarily been paid by LBHI; a portion of these fees have been and will be allocated to Debtors and certain Controlled Entities based on the dedicated costs associated with each entity and an allocation methodology.

4. Ordinary Course Professionals are being paid in compliance with the "Amended Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business" (the "Amended OCP Order"). Should a professional or firm exceed specified thresholds in the Amended OCP Order, prior to the Effective Date of the Plan, then they must file a retention application with the Court and receive payment in compliance with subsequent amended orders establishing procedures for interim monthly compensation and reimbursement of expenses of professionals. Professional fees incurred subsequent to the Effective Date will comply with the terms of the engagement as agreed to with LBHI, as Plan Administrator.

5. This Operating Report includes disbursements for services rendered on or prior to March 6, 2012 ("Pre-Effective Date") and subsequent to March 6, 2012 ("Post-Effective Date").

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
Schedule of Professional Fee and Expense Disbursements
For Services Rendered Pre-Effective Date
August 2012

| Unaudited ($ in thousands) | | For services rendered Pre-Effective Date | |
|---|---|---|---|
| | | August-2012 | Sept-2008 Through August-2012 |
| **Debtors - Claims and Noticing Agent** | | | |
| Epiq Bankruptcy Solutions LLC | Claims Management and Noticing Agent | $ - | $ 28,773 |
| **Debtors - Section 363 Professionals** | | | |
| Alvarez & Marsal LLC | Interim Management | - | 535,520 |
| **Debtors - Section 327 Professionals** | | | |
| Akerman Senterfit | Special Counsel - Mortgage Litigation and Claims | - | 26 |
| Bingham McCutchen LLP | Special Counsel - Tax | 508 | 23,967 |
| Bortstein Legal LLC | Special Counsel - IT and Other Vendor Contracts | - | 4,131 |
| Clyde Click, P.C. | Special Counsel - Real Estate | - | 363 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Special Counsel - Conflicts | - | 50,166 |
| Dechert LLP | Special Counsel - Real Estate | 404 | 7,736 |
| Deloitte LLP | Tax Services | 34 | 924 |
| Discover Ready LLC | eDiscovery Services | - | 15,007 |
| Ernst & Young LLP | Audit and Tax Services | - | 1,734 |
| Foster, Graham, Milstein & Calisher, LLP | Special Counsel - Mortgage Litigation and Claims | - | 819 |
| Fried, Frank, Harris, Shriver & Jacobson LLP | Special Counsel - Real Estate | - | 421 |
| Gibson Dunn & Crutcher LLP | Special Counsel - Real Estate | - | 3,670 |
| Gleacher | Financial Advisor | - | 6,195 |
| Hardinger & Tenenholz LLP | Special Counsel - Discovery | - | 194 |
| Hudson Global Resources | Contract Attorneys | - | 11,789 |
| Jones Day | Special Counsel - Asia and Domestic Litigation | 470 | 65,697 |
| Kasowitz, Benson, Torres & Friedman | Special Counsel - Litigation | 144 | 2,527 |
| Kleyr Grasso Associes | Special Counsel - UK | - | 1,049 |
| Kramer Levin Naftalis and Frankel LLP | Special Counsel - Employee Matters | - | 197 |
| Krebsbach & Snyder, P.C. | Special Counsel - Litigation | - | 541 |
| Lazard Freres & Co. | Investment Banking Advisor | - | 31,773 |
| Locke Lord Bissell & Liddell LLP | Special Counsel - Mortgage Litigation and Claims | - | 1,668 |
| McKenna Long & Aldridge LLP | Special Counsel - Commercial Real Estate Lending | - | 5,834 |
| MMOR Consulting | Tax Services | - | 1,012 |
| Momo-o, Matsuo & Namba | Special Counsel - Asia | 32 | 674 |
| Moulton Bellingham P. C. | Special Counsel - Mortgage Litigation and Claims | 58 | 691 |
| O'Neil Group | Tax Services | - | 3,288 |
| Pachulski Stang Ziehl & Jones | Special Counsel - Real Estate | 396 | 5,219 |
| Paul, Hastings, Janofsky & Walker LLP | Special Counsel - Real Estate | 13 | 3,460 |
| Pricewaterhouse Coopers LLP | Tax Services | 103 | 2,531 |
| Reed Smith LLP | Special Counsel - Insurance | 61 | 1,235 |
| Reilly Pozner LLP | Special Counsel - Mortgage Litigation and Claims | 171 | 8,964 |
| Simpson Thacher & Bartlett LLP | Special Counsel - SEC Reporting, Asset Sales, and Congressional Testimony | - | 2,820 |
| SNR Denton LLP | Special Counsel - Real Estate | - | 2,524 |
| Sutherland LLP | Special Counsel - Tax | 124 | 969 |
| Weil Gotshal & Manges LLP | Lead Counsel | - | 419,228 |
| Windels Marx Lane & Mittendorf, LLP | Special Counsel - Real Estate | 39 | 3,403 |
| Wollmuth Maher & Deutsch LLP | Special Counsel - Derivatives | 167 | 1,951 |
| **Creditors - Section 327 Professionals** | | | |
| FTI Consulting Inc. | Financial Advisor | - | 89,670 |
| Houlihan Lokey Howard & Zukin Capital Inc. | Investment Banking Advisor | 319 | 17,410 |
| Milbank Tweed Hadley & McCloy LLP | Lead Counsel | 1,171 | 140,320 |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | Special Counsel - Conflicts | 3,242 | 34,908 |
| Richard Sheldon, Q.C. | Special Counsel - UK | - | 378 |
| **Examiner - Section 327 Professionals** | | | |
| Duff & Phelps LLC | Financial Advisor | - | 43,210 |
| Jenner & Block LLP | Examiner | - | 59,454 |
| **Fee Examiner** | | | |
| Godfrey & Kahn, S.C. | Fee Examiner (Current) | - | 6,135 |
| Feinberg Rozen LLP | Fee Examiner (Previous) | - | 3,158 |
| Brown Greer Plc | Fee and Expense Analyst | - | 1,149 |
| **Total Non-Ordinary Course Professionals** | | 7,456 | 1,654,485 |
| **Inactive Non-Ordinary Course Professionals** | | 49 | 17,911 |
| **Debtors - Ordinary Course Professionals** | | - | 46,871 |
| **Other Professionals** | | 419 (a) | 10,368 |
| **US Trustee Quarterly Fees** | | - | 1,959 |
| **Total Pre-Effective Date Professional Fees and UST Fees** | | $ 7,924 | $ 1,731,594 |

(a) Includes disbursements to various professionals not subject to court retention.

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
Schedule of Professional Fee and Expense Disbursements
For Services Rendered Post-Effective Date
August 2012

| Unaudited ($ in thousands) | | For services rendered Post-Effective Date | |
|---|---|---|---|
| | | August-2012 | March 7, 2012 - August-2012 |
| Alvarez & Marsal LLC | Interim Management | $ 13,427 (a) | $ 26,889 |
| **Professional Fees** | | | |
| Bingham McCutchen LLP | Special Counsel - Tax | - | 620 |
| Epiq Bankruptcy Solutions LLC | Claims Management and Noticing Agent | 516 | 3,260 |
| FTI Consulting Inc. | Financial Advisor - Creditors | 215 | 384 |
| Houlihan Lokey Howard & Zukin Capital Inc. | Investment Banking Advisor | - | 441 |
| Jones Day | Special Counsel - Asia and Domestic Litigation | 199 | 199 |
| Lazard Freres & Co. | Investment Banking Advisor | - | 150 |
| Milbank Tweed Hadley & McCloy LLP | Lead Counsel - Creditors | - | 2,626 |
| Pachulski Stang Ziehl & Jones | Special Counsel - Real Estate | 342 | 342 |
| Skadden, Arps, Slate, Meagher & Flom LLP | Board of Directors Counsel | - | 958 |
| Weil Gotshal & Manges LLP | Lead Counsel - Debtors | 221 | 5,436 |
| Wollmuth Maher & Deutsch LLP | Special Counsel - Derivatives | 310 | 928 |
| US Trustee Quarterly Fees | | - | 302 |
| Other Professionals - Legal | Various | 3,673 | 12,590 (b) |
| Other Professionals - Non-Legal | Various | 1,355 | 3,753 (b) |
| Other Professionals - Asia | Various | 410 | 1,247 (b) |
| Sub-total Professional Fees | | 7,242 | 33,238 |
| **Total Post-Effective Date Professional Fees - Including Alvarez & Marsal** | | $ 20,668 | $ 60,126 |

(a) Includes disbursements for May 2012 and June 2012 invoices of $7.0 million and $6.4 million respectively.
(b) Includes disbursements to over 100 vendors of which the majority of these payments were less than $150,000.