UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                        :
In re                                                   :    Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
                                                        :
            Debtors.                                    :    (Jointly Administered)
                                                        :
---------------------------------------------------------------------x    Ref. Docket Nos. 31025 & 31026

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 21, 2012, I caused to be served the following:

   a) "Notice of Adjournment of Three Hundred Forty-Sixth Omnibus Objection to Claims (Securities Claims) Solely as to Certain Claims," dated September 21, 2012 [Docket No. 31025], (the "NOA 346th Omni"), and

   b) "Notice of Adjournment of the Three Hundred Fifteenth Omnibus Objection to Claims (Employment-Related Claims) Solely as to Certain Claims," dated September 21, 2012 [Docket No. 31026], (the "NOA 315th Omni"),

   by causing true and correct copies of the:

   i. NOA 346th Omni, and NOA 315th Omni, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii. NOA 346th Omni, and NOA 315th Omni, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

   iii. NOA 346th Omni, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit C, and

   iv. NOA 315th Omni, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

|  |  |
|---|---|
| Sworn to before me this<br>24th day of September, 2012<br>*/s/ Panagiota Manatakis*<br>Notary Public, State of New York<br>No. 01MA6220196<br>Qualified in Queens County<br>Commission Expires April 26, 2014 | */s/ Carol Zhang*<br>Carol Zhang |

**EXHIBIT A**

# LEHMAN BROTHERS HOLDING INC.

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | igoldstein@proskauer.com | mneier@ibolaw.com |
| aalfonso@willkie.com | ilevee@lowenstein.com | monica.lawless@brookfieldproperties.com |
| abeaumont@fklaw.com | ira.herman@tklaw.com | mpage@kelleydrye.com |
| abraunstein@riemerlaw.com | isgreene@hhlaw.com | mparry@mosessinger.com |
| acaton@kramerlevin.com | israel.dahan@cwt.com | mpomerantz@julienandschlesinger.com |
| acker@chapman.com | iva.uroic@dechert.com | mprimoff@kayescholer.com |
| adam.brezine@hro.com | jacobsonn@sec.gov | mpucillo@bermanesq.com |
| adarwin@nixonpeabody.com | james.heaney@lawdeb.com | mrosenthal@gibsondunn.com |
| adiamond@diamondmccarthy.com | james.mcclammy@dpw.com | mruetzel@whitecase.com |
| aeckstein@blankrome.com | james.sprayregen@kirkland.com | mschimel@sju.edu |
| aentwistle@entwistle-law.com | jamestecce@quinnemanuel.com | mschlesinger@julienandschlesinger.com |
| afriedman@irell.com | jamie.nelson@dubaiic.com | msegarra@mayerbrown.com |
| agbanknewyork@ag.tn.gov | jar@outtengolden.com | mshiner@tuckerlaw.com |
| aglenn@kasowitz.com | jason.jurgens@cwt.com | msiegel@brownrudnick.com |
| agold@herrick.com | jay.hurst@oag.state.tx.us | msolow@kayescholer.com |
| agoldstein@tnsj-law.com | jay@kleinsolomon.com | mspeiser@stroock.com |
| aisenberg@saul.com | jbecker@wilmingtontrust.com | mstamer@akingump.com |
| akantesaria@oppenheimerfunds.com | jbeemer@entwistle-law.com | mvenditto@reedsmith.com |
| akolod@mosessinger.com | jbeiers@co.sanmateo.ca.us | mwarren@mtb.com |
| akornikova@lcbf.com | jbird@polsinelli.com | nathan.spatz@pillsburylaw.com |
| alum@ftportfolios.com | jbromley@cgsh.com | ncoco@mwe.com |
| amarder@msek.com | jcarberry@cl-law.com | neal.mann@oag.state.ny.us |
| amartin@sheppardmullin.com | jchristian@tobinlaw.com | ned.schodek@shearman.com |
| amcmullen@boultcummings.com | jchubak@proskauer.com | neilberger@teamtogut.com |
| amenard@tishmanspeyer.com | jdoran@haslaw.com | newyork@sec.gov |
| andrew.brozman@cliffordchance.com | jdrucker@coleschotz.com | nherman@morganlewis.com |
| andrew.lourie@kobrekim.com | jdyas@halperinlaw.net | nickolas.karavolas@pillsburylaw.com |
| angelich.george@arentfox.com | jean-david.barnea@usdoj.gov | nissay_10259-0154@mhmjapan.com |
| ann.reynaud@shell.com | jeanites@whiteandwilliams.com | nlepore@schnader.com |
| anthony_boccanfuso@aporter.com | jeannette.boot@wilmerhale.com | notice@bkcylaw.com |
| aoberry@bermanesq.com | jeff.wittig@coair.com | oipress@travelers.com |
| aostrow@beckerglynn.com | jeffery.black@bingham.com | otccorpactions@finra.org |
| apo@stevenslee.com | jeffrey.sabin@bingham.com | paronzon@milbank.com |
| aquale@sidley.com | jeldredge@velaw.com | patrick.oh@freshfields.com |
| arahl@reedsmith.com | jen.premisler@cliffordchance.com | paul.turner@sutherland.com |
| arheaume@riemerlaw.com | jennifer.demarco@cliffordchance.com | pbattista@gjb-law.com |
| arlbank@pbfcm.com | jennifer.gore@shell.com | pbosswick@ssbb.com |
| arosenblatt@chadbourne.com | jeremy.eiden@ag.state.mn.us | pdublin@akingump.com |
| arthur.rosenberg@hklaw.com | jfalgowski@reedsmith.com | peisenberg@lockelord.com |
| arwolf@wlrk.com | jflaxer@golenbock.com | peter.gilhuly@lw.com |
| aseuffert@lawpost-nyc.com | jfox@joefoxlaw.com | peter.macdonald@wilmerhale.com |
| ashmead@sewkis.com | jfreeberg@wfw.com | peter.simmons@friedfrank.com |
| asnow@ssbb.com | jg5786@att.com | peter@bankrupt.com |

**LEHMAN BROTHERS HOLDING INC.**

| | | |
|---|---|---|
| aunger@sidley.com | jgenovese@gjb-law.com | pfeldman@oshr.com |
| austin.bankruptcy@publicans.com | jguy@orrick.com | phayden@mcguirewoods.com |
| avenes@whitecase.com | jherzog@gklaw.com | philip.wells@ropesgray.com |
| azylberberg@whitecase.com | jhiggins@fdlaw.com | pmaxcy@sonnenschein.com |
| bankr@zuckerman.com | jhorgan@phxa.com | ppascuzzi@ffwplaw.com |
| bankruptcy@goodwin.com | jhuggett@margolisedelstein.com | ppatterson@stradley.com |
| bankruptcy@morrisoncohen.com | jim@atkinslawfirm.com | psp@njlawfirm.com |
| bankruptcy@ntexas-attorneys.com | jjoyce@dresslerpeters.com | ptrain-gutierrez@kaplanlandau.com |
| bankruptcymatters@us.nomura.com | jjtancredi@daypitney.com | ptrostle@jenner.com |
| barbra.parlin@hklaw.com | jjureller@klestadt.com | r.stahl@stahlzelloe.com |
| bbisignani@postschell.com | jkehoe@btkmc.com | raj.madan@bingham.com |
| bcarlson@co.sanmateo.ca.us | jlamar@maynardcooper.com | ramona.neal@hp.com |
| bdk@schlamstone.com | jlawlor@wmd-law.com | raul.alcantar@ropesgray.com |
| bguiney@pbwt.com | jlee@foley.com | rbeacher@pryorcashman.com |
| bkmail@prommis.com | jlevitin@cahill.com | rbernard@foley.com |
| bmanne@tuckerlaw.com | jlipson@crockerkuno.com | rbyman@jenner.com |
| bmiller@mofo.com | jlovi@steptoe.com | rdaversa@orrick.com |
| boneill@kramerlevin.com | jlscott@reedsmith.com | relgidely@gjb-law.com |
| brian.corey@greentreecreditsolutions.com | jmaddock@mcguirewoods.com | rfleischer@pryorcashman.com |
| brosenblum@jonesday.com | jmakower@tnsj-law.com | rfrankel@orrick.com |
| broy@rltlawfirm.com | jmazermarino@msek.com | rfriedman@silvermanacampora.com |
| bruce.wright@sutherland.com | jmcginley@wilmingtontrust.com | rgmason@wlrk.com |
| bstrickland@wtplaw.com | jmelko@gardere.com | rgraham@whitecase.com |
| btrust@mayerbrown.com | jmerva@fult.com | rhett.campbell@tklaw.com |
| bturk@tishmanspeyer.com | jmmurphy@stradley.com | richard.fingard@newedge.com |
| bwolfe@sheppardmullin.com | jmr@msf-law.com | richard.lear@hklaw.com |
| cahn@clm.com | jnadritch@olshanlaw.com | richard.levy@lw.com |
| calbert@reitlerlaw.com | jnm@mccallaraymer.com | richard.tisdale@friedfrank.com |
| canelas@pursuitpartners.com | john.monaghan@hklaw.com | richard@rwmaplc.com |
| carol.weinerlevy@bingham.com | john.rapisardi@cwt.com | ritkin@steptoe.com |
| cbelisle@wfw.com | jorbach@hahnhessen.com | rjones@boultcummings.com |
| cbelmonte@ssbb.com | joseph.cordaro@usdoj.gov | rleek@hodgsonruss.com |
| cbrotstein@bm.net | joshua.dorchak@bingham.com | rlevin@cravath.com |
| cdesiderio@nixonpeabody.com | jowen769@yahoo.com | rmatzat@hahnhessen.com |
| cgoldstein@stcwlaw.com | jowolf@law.nyc.gov | rnetzer@willkie.com |
| chammerman@paulweiss.com | joy.mathias@dubaiic.com | robert.bailey@bnymellon.com |
| charles@filardi-law.com | jpintarelli@mofo.com | robert.dombroff@bingham.com |
| charles_malloy@aporter.com | jporter@entwistle-law.com | robert.henoch@kobrekim.com |
| chipford@parkerpoe.com | jprol@lowenstein.com | robert.malone@dbr.com |
| chris.donoho@lovells.com | jrabinowitz@rltlawfirm.com | robert.yalen@usdoj.gov |
| christopher.schueller@bipc.com | jrsmith@hunton.com | robin.keller@lovells.com |
| clarkb@sullcrom.com | jschwartz@hahnhessen.com | roger@rnagioff.com |
| clynch@reedsmith.com | jsheerin@mcguirewoods.com | ronald.silverman@bingham.com |

**LEHMAN BROTHERS HOLDING INC.**

| | | |
|---|---|---|
| cmontgomery@salans.com | jshickich@riddellwilliams.com | ross.martin@ropesgray.com |
| cohen@sewkis.com | jsmairo@pbnlaw.com | rqureshi@reedsmith.com |
| colea@gtlaw.com | jstoll@mayerbrown.com | rrainer@wmd-law.com |
| contact@lawofficesjje.com | jsullivan@mosessinger.com | rreid@sheppardmullin.com |
| cp@stevenslee.com | jteitelbaum@tblawllp.com | rroupinian@outtengolden.com |
| cpappas@dilworthlaw.com | jtimko@shutts.com | rrussell@andrewskurth.com |
| craig.goldblatt@wilmerhale.com | jtorf@schiffhardin.com | rterenzi@stcwlaw.com |
| crmomjian@attorneygeneral.gov | jtougas@mayerbrown.com | russj4478@aol.com |
| cs@stevenslee.com | judy.morse@crowedunlevy.com | rwasserman@cftc.gov |
| csalomon@beckerglynn.com | jvail@ssrl.com | rwyron@orrick.com |
| cschreiber@winston.com | jwallack@goulstonstorrs.com | s.minehan@aozorabank.co.jp |
| cshore@whitecase.com | jwang@sipc.org | sabin.willett@bingham.com |
| cshulman@sheppardmullin.com | jwcohen@daypitney.com | sabramowitz@velaw.com |
| ctatelbaum@adorno.com | jweiss@gibsondunn.com | sabvanrooy@hotmail.com |
| cwalsh@mayerbrown.com | jwest@velaw.com | sagolden@hhlaw.com |
| cward@polsinelli.com | jwh@njlawfirm.com | sally.henry@skadden.com |
| cweber@ebg-law.com | kanema@formanlaw.com | samuel.cavior@pillsburylaw.com |
| cweiss@ingramllp.com | karen.wagner@dpw.com | sandyscafaria@eaton.com |
| dallas.bankruptcy@publicans.com | kdwbankruptcydepartment@kelleydrye.com | sara.tapinekis@cliffordchance.com |
| daniel.guyder@allenovery.com | keckhardt@hunton.com | scargill@lowenstein.com |
| dave.davis@isgria.com | keith.simon@lw.com | schannej@pepperlaw.com |
| david.bennett@tklaw.com | ken.coleman@allenovery.com | schepis@pursuitpartners.com |
| david.heller@lw.com | ken.higman@hp.com | schnabel.eric@dorsey.com |
| david.powlen@btlaw.com | kerry.moynihan@hro.com | schristianson@buchalter.com |
| david.seligman@kirkland.com | kgwynne@reedsmith.com | schwartzmatthew@sullcrom.com |
| davids@blbglaw.com | kiplok@hugheshubbard.com | scottshelley@quinnemanuel.com |
| davidwheeler@mvalaw.com | kjarashow@fklaw.com | scousins@armstrongteasdale.com |
| dbalog@intersil.com | kkelly@ebglaw.com | sdnyecf@dor.mo.gov |
| dbarber@bsblawyers.com | kkolbig@mosessinger.com | sehlers@armstrongteasdale.com |
| dbaumstein@whitecase.com | klyman@irell.com | seichel@crowell.com |
| dbesikof@loeb.com | klynch@formanlaw.com | sfelderstein@ffwplaw.com |
| dcimo@gjb-law.com | kmayer@mccarter.com | sfineman@lchb.com |
| dcoffino@cov.com | kobak@hugheshubbard.com | sfox@mcguirewoods.com |
| dcrapo@gibbonslaw.com | korr@orrick.com | sgordon@cahill.com |
| ddavis@paulweiss.com | kovskyd@pepperlaw.com | sgubner@ebg-law.com |
| ddrebsky@nixonpeabody.com | kpiper@steptoe.com | shannon.nagle@friedfrank.com |
| ddunne@milbank.com | kressk@pepperlaw.com | sharbeck@sipc.org |
| deggermann@kramerlevin.com | kreynolds@mklawnyc.com | shari.leventhal@ny.frb.org |
| deggert@freebornpeters.com | krosen@lowenstein.com | shgross5@yahoo.com |
| demetra.liggins@tklaw.com | kuehn@bragarwexler.com | sidorsky@butzel.com |
| dfelder@orrick.com | kurt.mayr@bgllp.com | slerman@ebglaw.com |
| dflanigan@polsinelli.com | lacyr@sullcrom.com | slerner@ssd.com |
| dgrimes@reedsmith.com | landon@streusandlandon.com | slevine@brownrudnick.com |

**LEHMAN BROTHERS HOLDING INC.**

| | | |
|---|---|---|
| dhayes@mcguirewoods.com | lapeterson@foley.com | sloden@diamondmccarthy.com |
| dheffer@foley.com | lathompson@co.sanmateo.ca.us | smayerson@ssd.com |
| diconzam@gtlaw.com | lberkoff@moritthock.com | smillman@stroock.com |
| djoseph@stradley.com | lee.stremba@troutmansanders.com | smulligan@bsblawyers.com |
| dkleiner@velaw.com | lgotko@fklaw.com | snewman@katskykorins.com |
| dkozusko@willkie.com | lgranfield@cgsh.com | sory@fdlaw.com |
| dlemay@chadbourne.com | lhandelsman@stroock.com | spiotto@chapman.com |
| dlipke@vedderprice.com | linda.boyle@twtelecom.com | splatzer@platzerlaw.com |
| dludman@brownconnery.com | lisa.ewart@wilmerhale.com | sree@lcbf.com |
| dmcguire@winston.com | lisa.kraidin@allenovery.com | sschultz@akingump.com |
| dmurray@jenner.com | ljkotler@duanemorris.com | sselbst@herrick.com |
| dneier@winston.com | lkatz@ltblaw.com | sshimshak@paulweiss.com |
| dodonnell@milbank.com | lkiss@klestadt.com | sskelly@teamtogut.com |
| dove.michelle@dorsey.com | lmarinuzzi@mofo.com | sstarr@starrandstarr.com |
| dpegno@dpklaw.com | lmay@coleschotz.com | steele@lowenstein.com |
| draelson@fisherbrothers.com | lmcgowen@orrick.com | stephen.cowan@dlapiper.com |
| dravin@wolffsamson.com | lml@ppgms.com | steve.ginther@dor.mo.gov |
| drose@pryorcashman.com | lnashelsky@mofo.com | steven.troyer@commerzbank.com |
| drosenzweig@fulbright.com | loizides@loizides.com | steven.usdin@flastergreenberg.com |
| drosner@goulstonstorrs.com | lromansic@steptoe.com | steven.wilamowsky@bingham.com |
| drosner@kasowitz.com | lscarcella@farrellfritz.com | steven@blbglaw.com |
| dshaffer@wtplaw.com | lschweitzer@cgsh.com | streusand@streusandlandon.com |
| dshemano@pwkllp.com | lubell@hugheshubbard.com | susheelkirpalani@quinnemanuel.com |
| dspelfogel@foley.com | lwhidden@salans.com | sweyl@haslaw.com |
| dtatge@ebglaw.com | mabrams@willkie.com | swolowitz@mayerbrown.com |
| dtheising@harrisonmoberly.com | maofiling@cgsh.com | szuch@wiggin.com |
| dwdykhouse@pbwt.com | marc.chait@sc.com | tannweiler@greerherz.com |
| dwildes@stroock.com | margolin@hugheshubbard.com | tarbit@cftc.gov |
| dworkman@bakerlaw.com | mark.bane@ropesgray.com | tbrock@ssbb.com |
| easmith@venable.com | mark.deveno@bingham.com | tdewey@dpklaw.com |
| echang@steinlubin.com | mark.ellenberg@cwt.com | tduffy@andersonkill.com |
| ecohen@russell.com | mark.ellenberg@cwt.com | teresa.oxford@invescoaim.com |
| efleck@milbank.com | mark.hellerer@pillsburylaw.com | tgoren@mofo.com |
| efriedman@fklaw.com | mark.sherrill@sutherland.com | thaler@thalergertler.com |
| efriedman@friedumspring.com | martin.davis@ots.treas.gov | thomas.califano@dlapiper.com |
| eglas@mccarter.com | marvin.clements@ag.tn.gov | thomas_noguerola@calpers.ca.gov |
| ekbergc@lanepowell.com | matt@willaw.com | tim.desieno@bingham.com |
| eleicht@whitecase.com | matthew.klepper@dlapiper.com | timothy.brink@dlapiper.com |
| eli.mattioli@klgates.com | maustin@orrick.com | timothy.palmer@bipc.com |
| ellen.halstead@cwt.com | max.polonsky@skadden.com | tjfreedman@pbnlaw.com |
| emerberg@mayerbrown.com | mbenner@tishmanspeyer.com | tkarcher@dl.com |
| enkaplan@kaplanlandau.com | mberman@nixonpeabody.com | tkiriakos@mayerbrown.com |
| eobrien@sbchlaw.com | mberman@nixonpeabody.com | tlauria@whitecase.com |

**LEHMAN BROTHERS HOLDING INC.**

| | | |
|---|---|---|
| erin.mautner@bingham.com | mbienenstock@proskauer.com | tmacwright@whitecase.com |
| eschwartz@contrariancapital.com | mbloemsma@mhjur.com | tmarrion@haslaw.com |
| esmith@dl.com | mbossi@thompsoncoburn.com | tnixon@gklaw.com |
| etillinghast@sheppardmullin.com | mcademartori@sheppardmullin.com | toby.r.rosenberg@irscounsel.treas.gov |
| ezujkowski@emmetmarvin.com | mcantor@normandyhill.com | tomwelsh@orrick.com |
| ezweig@optonline.net | mccombst@sullcrom.com | tony.davis@bakerbotts.com |
| fbp@ppgms.com | mcordone@stradley.com | tslome@msek.com |
| ffm@bostonbusinesslaw.com | mcto@debevoise.com | ttracy@crockerkuno.com |
| fhyman@mayerbrown.com | mcyganowski@oshr.com | tunrad@burnslev.com |
| foont@foontlaw.com | mdorval@stradley.com | twheeler@lowenstein.com |
| francois.janson@hklaw.com | melorod@gtlaw.com | ukreppel@whitecase.com |
| fsosnick@shearman.com | meltzere@pepperlaw.com | villa@streusandlandon.com |
| fyates@sonnenschein.com | metkin@lowenstein.com | vmilione@nixonpeabody.com |
| gabriel.delvirginia@verizon.net | mfeldman@willkie.com | vrubinstein@loeb.com |
| gbray@milbank.com | mgordon@briggs.com | walter.stuart@freshfields.com |
| ggitomer@mkbattorneys.com | mgreger@allenmatkins.com | wanda.goodloe@cbre.com |
| ggoodman@foley.com | mh1@mccallaraymer.com | wballaine@lcbf.com |
| giddens@hugheshubbard.com | mhopkins@cov.com | wbenzija@halperinlaw.net |
| gkaden@goulstonstorrs.com | michael.frege@cms-hs.com | wchen@tnsj-law.com |
| glenn.siegel@dechert.com | michael.kelly@monarchlp.com | wcurchack@loeb.com |
| gmoss@riemerlaw.com | michael.kim@kobrekim.com | wdase@fzwz.com |
| gravert@ravertpllc.com | michael.mccrory@btlaw.com | wfoster@milbank.com |
| gspilsbury@jsslaw.com | millee12@nationwide.com | william.m.goldman@dlapiper.com |
| harrisjm@michigan.gov | miller@taftlaw.com | wiltenburg@hugheshubbard.com |
| harveystrickon@paulhastings.com | mimi.m.wong@irscounsel.treas.gov | wisotska@pepperlaw.com |
| hbeltzer@mayerbrown.com | mitchell.ayer@tklaw.com | wk@pwlawyers.com |
| heim.steve@dorsey.com | mjedelman@vedderprice.com | wmaher@wmd-law.com |
| heiser@chapman.com | mjr1@westchestergov.com | wmarcari@ebglaw.com |
| hollace.cohen@troutmansanders.com | mkjaer@winston.com | wmckenna@foley.com |
| holsen@stroock.com | mlahaie@akingump.com | wsilverm@oshr.com |
| howard.hawkins@cwt.com | mlandman@lcbf.com | wswearingen@llf-law.com |
| hseife@chadbourne.com | mlichtenstein@crowell.com | wtaylor@mccarter.com |
| hsnovikoff@wlrk.com | mlynch2@travelers.com | wweintraub@fklaw.com |
| hsteel@brownrudnick.com | mmendez@hunton.com | wzoberman@bermanesq.com |
| icatto@mwe.com | mmooney@deilylawfirm.com | yamashiro@sumitomotrust.co.jp |
| igoldstein@dl.com | mmorreale@us.mufg.jp | yuwatoko@mofo.com |

**EXHIBIT B**

**LEHMAN BROTHERS HOLDING INC.**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| MICHAEL S. ETKIN AND S. JASON TEELE, ESQS. | LOWENSTEIN SANDLER PC 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |

**Total Creditor count  1**

# EXHIBIT D

| Claim Name | Address Information |
|---|---|
| MOORE, CHARLES C. | MICHAEL DAL DAGO, ESQ MORRISON COHEN LLP 909 THIRD AVENUE NEW YORK NY 10022 |
| MOORE, CHARLES C. | 10 SUSSEX AVENUE BRONXVILLE NY 10708 |
| PARK, EDWARD | 130 WEST 30THSTREET APT 15A NEW YORK NY 10001 |
| PARK, EDWARD | MICHAEL DAL LAGO, ESQ MORRISON COHEN LLP 909 THIRD AVENUE NEW YORK NY 10022 |

**Total Creditor count  4**