**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                    :    08-13555 (JMP)
                                                                :
    Debtors.                                                    :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x    Ref. Docket Nos. 31027-31029

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 21, 2012, I caused to be served the following:

    a) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Marshgate Investments LLC*, dated September 21, 2012 [Docket No. 31027],

    b) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to PI. US Holding, Inc.*, dated September 21, 2012 [Docket No. 31028], and

    c) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to AXA Sun Life PLC*, dated September 21, 2012 [Docket No. 31029],

    by causing true and correct copies to be:

    i.  delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                     */s/ Carol Zhang*
                                                      Carol Zhang

Sworn to before me this
24th day of September, 2012

/s/ *Sidney J. Garabato*

Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDING INC.

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | igoldstein@proskauer.com | mneier@ibolaw.com |
| aalfonso@willkie.com | ilevee@lowenstein.com | monica.lawless@brookfieldproperties.com |
| abeaumont@fklaw.com | ira.herman@tklaw.com | mpage@kelleydrye.com |
| abraunstein@riemerlaw.com | isgreene@hhlaw.com | mparry@mosessinger.com |
| acaton@kramerlevin.com | israel.dahan@cwt.com | mpomerantz@julienandschlesinger.com |
| acker@chapman.com | iva.uroic@dechert.com | mprimoff@kayescholer.com |
| adam.brezine@hro.com | jacobsonn@sec.gov | mpucillo@bermanesq.com |
| adarwin@nixonpeabody.com | james.heaney@lawdeb.com | mrosenthal@gibsondunn.com |
| adiamond@diamondmccarthy.com | james.mcclammy@dpw.com | mruetzel@whitecase.com |
| aeckstein@blankrome.com | james.sprayregen@kirkland.com | mschimel@sju.edu |
| aentwistle@entwistle-law.com | jamestecce@quinnemanuel.com | mschlesinger@julienandschlesinger.com |
| afriedman@irell.com | jamie.nelson@dubaiic.com | msegarra@mayerbrown.com |
| agbanknewyork@ag.tn.gov | jar@outtengolden.com | mshiner@tuckerlaw.com |
| aglenn@kasowitz.com | jason.jurgens@cwt.com | msiegel@brownrudnick.com |
| agold@herrick.com | jay.hurst@oag.state.tx.us | msolow@kayescholer.com |
| agoldstein@tnsj-law.com | jay@kleinsolomon.com | mspeiser@stroock.com |
| aisenberg@saul.com | jbecker@wilmingtontrust.com | mstamer@akingump.com |
| akantesaria@oppenheimerfunds.com | jbeemer@entwistle-law.com | mvenditto@reedsmith.com |
| akolod@mosessinger.com | jbeiers@co.sanmateo.ca.us | mwarren@mtb.com |
| akornikova@lcbf.com | jbird@polsinelli.com | nathan.spatz@pillsburylaw.com |
| alum@ftportfolios.com | jbromley@cgsh.com | ncoco@mwe.com |
| amarder@msek.com | jcarberry@cl-law.com | neal.mann@oag.state.ny.us |
| amartin@sheppardmullin.com | jchristian@tobinlaw.com | ned.schodek@shearman.com |
| amcmullen@boultcummings.com | jchubak@proskauer.com | neilberger@teamtogut.com |
| amenard@tishmanspeyer.com | jdoran@haslaw.com | newyork@sec.gov |
| andrew.brozman@cliffordchance.com | jdrucker@coleschotz.com | nherman@morganlewis.com |
| andrew.lourie@kobrekim.com | jdyas@halperinlaw.net | nickolas.karavolas@pillsburylaw.com |
| angelich.george@arentfox.com | jean-david.barnea@usdoj.gov | nissay_10259-0154@mhmjapan.com |
| ann.reynaud@shell.com | jeanites@whiteandwilliams.com | nlepore@schnader.com |
| anthony_boccanfuso@aporter.com | jeannette.boot@wilmerhale.com | notice@bkcylaw.com |
| aoberry@bermanesq.com | jeff.wittig@coair.com | oipress@travelers.com |
| aostrow@beckerglynn.com | jeffery.black@bingham.com | otccorpactions@finra.org |
| apo@stevenslee.com | jeffrey.sabin@bingham.com | paronzon@milbank.com |
| aquale@sidley.com | jeldredge@velaw.com | patrick.oh@freshfields.com |
| arahl@reedsmith.com | jen.premisler@cliffordchance.com | paul.turner@sutherland.com |
| arheaume@riemerlaw.com | jennifer.demarco@cliffordchance.com | pbattista@gjb-law.com |
| arlbank@pbfcm.com | jennifer.gore@shell.com | pbosswick@ssbb.com |
| arosenblatt@chadbourne.com | jeremy.eiden@ag.state.mn.us | pdublin@akingump.com |
| arthur.rosenberg@hklaw.com | jfalgowski@reedsmith.com | peisenberg@lockelord.com |
| arwolf@wlrk.com | jflaxer@golenbock.com | peter.gilhuly@lw.com |
| aseuffert@lawpost-nyc.com | jfox@joefoxlaw.com | peter.macdonald@wilmerhale.com |
| ashmead@sewkis.com | jfreeberg@wfw.com | peter.simmons@friedfrank.com |
| asnow@ssbb.com | jg5786@att.com | peter@bankrupt.com |

**LEHMAN BROTHERS HOLDING INC.**

| | | |
|---|---|---|
| aunger@sidley.com | jgenovese@gjb-law.com | pfeldman@oshr.com |
| austin.bankruptcy@publicans.com | jguy@orrick.com | phayden@mcguirewoods.com |
| avenes@whitecase.com | jherzog@gklaw.com | philip.wells@ropesgray.com |
| azylberberg@whitecase.com | jhiggins@fdlaw.com | pmaxcy@sonnenschein.com |
| bankr@zuckerman.com | jhorgan@phxa.com | ppascuzzi@ffwplaw.com |
| bankruptcy@goodwin.com | jhuggett@margolisedelstein.com | ppatterson@stradley.com |
| bankruptcy@morrisoncohen.com | jim@atkinslawfirm.com | psp@njlawfirm.com |
| bankruptcy@ntexas-attorneys.com | jjoyce@dresslerpeters.com | ptrain-gutierrez@kaplanlandau.com |
| bankruptcymatters@us.nomura.com | jjtancredi@daypitney.com | ptrostle@jenner.com |
| barbra.parlin@hklaw.com | jjureller@klestadt.com | r.stahl@stahlzelloe.com |
| bbisignani@postschell.com | jkehoe@btkmc.com | raj.madan@bingham.com |
| bcarlson@co.sanmateo.ca.us | jlamar@maynardcooper.com | ramona.neal@hp.com |
| bdk@schlamstone.com | jlawlor@wmd-law.com | raul.alcantar@ropesgray.com |
| bguiney@pbwt.com | jlee@foley.com | rbeacher@pryorcashman.com |
| bkmail@prommis.com | jlevitin@cahill.com | rbernard@foley.com |
| bmanne@tuckerlaw.com | jlipson@crockerkuno.com | rbyman@jenner.com |
| bmiller@mofo.com | jlovi@steptoe.com | rdaversa@orrick.com |
| boneill@kramerlevin.com | jlscott@reedsmith.com | relgidely@gjb-law.com |
| brian.corey@greentreecreditsolutions.com | jmaddock@mcguirewoods.com | rfleischer@pryorcashman.com |
| brosenblum@jonesday.com | jmakower@tnsj-law.com | rfrankel@orrick.com |
| broy@rltlawfirm.com | jmazermarino@msek.com | rfriedman@silvermanacampora.com |
| bruce.wright@sutherland.com | jmcginley@wilmingtontrust.com | rgmason@wlrk.com |
| bstrickland@wtplaw.com | jmelko@gardere.com | rgraham@whitecase.com |
| btrust@mayerbrown.com | jmerva@fult.com | rhett.campbell@tklaw.com |
| bturk@tishmanspeyer.com | jmmurphy@stradley.com | richard.fingard@newedge.com |
| bwolfe@sheppardmullin.com | jmr@msf-law.com | richard.lear@hklaw.com |
| cahn@clm.com | jnadritch@olshanlaw.com | richard.levy@lw.com |
| calbert@reitlerlaw.com | jnm@mccallaraymer.com | richard.tisdale@friedfrank.com |
| canelas@pursuitpartners.com | john.monaghan@hklaw.com | richard@rwmaplc.com |
| carol.weinerlevy@bingham.com | john.rapisardi@cwt.com | ritkin@steptoe.com |
| cbelisle@wfw.com | jorbach@hahnhessen.com | rjones@boultcummings.com |
| cbelmonte@ssbb.com | joseph.cordaro@usdoj.gov | rleek@hodgsonruss.com |
| cbrotstein@bm.net | joshua.dorchak@bingham.com | rlevin@cravath.com |
| cdesiderio@nixonpeabody.com | jowen769@yahoo.com | rmatzat@hahnhessen.com |
| cgoldstein@stcwlaw.com | jowolf@law.nyc.gov | rnetzer@willkie.com |
| chammerman@paulweiss.com | joy.mathias@dubaiic.com | robert.bailey@bnymellon.com |
| charles@filardi-law.com | jpintarelli@mofo.com | robert.dombroff@bingham.com |
| charles_malloy@aporter.com | jporter@entwistle-law.com | robert.henoch@kobrekim.com |
| chipford@parkerpoe.com | jprol@lowenstein.com | robert.malone@dbr.com |
| chris.donoho@lovells.com | jrabinowitz@rltlawfirm.com | robert.yalen@usdoj.gov |
| christopher.schueller@bipc.com | jrsmith@hunton.com | robin.keller@lovells.com |
| clarkb@sullcrom.com | jschwartz@hahnhessen.com | roger@rnagioff.com |
| clynch@reedsmith.com | jsheerin@mcguirewoods.com | ronald.silverman@bingham.com |

**LEHMAN BROTHERS HOLDING INC.**

| | | |
|---|---|---|
| cmontgomery@salans.com | jshickich@riddellwilliams.com | ross.martin@ropesgray.com |
| cohen@sewkis.com | jsmairo@pbnlaw.com | rqureshi@reedsmith.com |
| colea@gtlaw.com | jstoll@mayerbrown.com | rrainer@wmd-law.com |
| contact@lawofficesjje.com | jsullivan@mosessinger.com | rreid@sheppardmullin.com |
| cp@stevenslee.com | jteitelbaum@tblawllp.com | rroupinian@outtengolden.com |
| cpappas@dilworthlaw.com | jtimko@shutts.com | rrussell@andrewskurth.com |
| craig.goldblatt@wilmerhale.com | jtorf@schiffhardin.com | rterenzi@stcwlaw.com |
| crmomjian@attorneygeneral.gov | jtougas@mayerbrown.com | russj4478@aol.com |
| cs@stevenslee.com | judy.morse@crowedunlevy.com | rwasserman@cftc.gov |
| csalomon@beckerglynn.com | jvail@ssrl.com | rwyron@orrick.com |
| cschreiber@winston.com | jwallack@goulstonstorrs.com | s.minehan@aozorabank.co.jp |
| cshore@whitecase.com | jwang@sipc.org | sabin.willett@bingham.com |
| cshulman@sheppardmullin.com | jwcohen@daypitney.com | sabramowitz@velaw.com |
| ctatelbaum@adorno.com | jweiss@gibsondunn.com | sabvanrooy@hotmail.com |
| cwalsh@mayerbrown.com | jwest@velaw.com | sagolden@hhlaw.com |
| cward@polsinelli.com | jwh@njlawfirm.com | sally.henry@skadden.com |
| cweber@ebg-law.com | kanema@formanlaw.com | samuel.cavior@pillsburylaw.com |
| cweiss@ingramllp.com | karen.wagner@dpw.com | sandyscafaria@eaton.com |
| dallas.bankruptcy@publicans.com | kdwbankruptcydepartment@kelleydrye.com | sara.tapinekis@cliffordchance.com |
| daniel.guyder@allenovery.com | keckhardt@hunton.com | scargill@lowenstein.com |
| dave.davis@isgria.com | keith.simon@lw.com | schannej@pepperlaw.com |
| david.bennett@tklaw.com | ken.coleman@allenovery.com | schepis@pursuitpartners.com |
| david.heller@lw.com | ken.higman@hp.com | schnabel.eric@dorsey.com |
| david.powlen@btlaw.com | kerry.moynihan@hro.com | schristianson@buchalter.com |
| david.seligman@kirkland.com | kgwynne@reedsmith.com | schwartzmatthew@sullcrom.com |
| davids@blbglaw.com | kiplok@hugheshubbard.com | scottshelley@quinnemanuel.com |
| davidwheeler@mvalaw.com | kjarashow@fklaw.com | scousins@armstrongteasdale.com |
| dbalog@intersil.com | kkelly@ebglaw.com | sdnyecf@dor.mo.gov |
| dbarber@bsblawyers.com | kkolbig@mosessinger.com | sehlers@armstrongteasdale.com |
| dbaumstein@whitecase.com | klyman@irell.com | seichel@crowell.com |
| dbesikof@loeb.com | klynch@formanlaw.com | sfelderstein@ffwplaw.com |
| dcimo@gjb-law.com | kmayer@mccarter.com | sfineman@lchb.com |
| dcoffino@cov.com | kobak@hugheshubbard.com | sfox@mcguirewoods.com |
| dcrapo@gibbonslaw.com | korr@orrick.com | sgordon@cahill.com |
| ddavis@paulweiss.com | kovskyd@pepperlaw.com | sgubner@ebg-law.com |
| ddrebsky@nixonpeabody.com | kpiper@steptoe.com | shannon.nagle@friedfrank.com |
| ddunne@milbank.com | kressk@pepperlaw.com | sharbeck@sipc.org |
| deggermann@kramerlevin.com | kreynolds@mklawnyc.com | shari.leventhal@ny.frb.org |
| deggert@freebornpeters.com | krosen@lowenstein.com | shgross5@yahoo.com |
| demetra.liggins@tklaw.com | kuehn@bragarwexler.com | sidorsky@butzel.com |
| dfelder@orrick.com | kurt.mayr@bgllp.com | slerman@ebglaw.com |
| dflanigan@polsinelli.com | lacyr@sullcrom.com | slerner@ssd.com |
| dgrimes@reedsmith.com | landon@streusandlandon.com | slevine@brownrudnick.com |

**LEHMAN BROTHERS HOLDING INC.**

| | | |
|---|---|---|
| dhayes@mcguirewoods.com | lapeterson@foley.com | sloden@diamondmccarthy.com |
| dheffer@foley.com | lathompson@co.sanmateo.ca.us | smayerson@ssd.com |
| diconzam@gtlaw.com | lberkoff@moritthock.com | smillman@stroock.com |
| djoseph@stradley.com | lee.stremba@troutmansanders.com | smulligan@bsblawyers.com |
| dkleiner@velaw.com | lgotko@fklaw.com | snewman@katskykorins.com |
| dkozusko@willkie.com | lgranfield@cgsh.com | sory@fdlaw.com |
| dlemay@chadbourne.com | lhandelsman@stroock.com | spiotto@chapman.com |
| dlipke@vedderprice.com | linda.boyle@twtelecom.com | splatzer@platzerlaw.com |
| dludman@brownconnery.com | lisa.ewart@wilmerhale.com | sree@lcbf.com |
| dmcguire@winston.com | lisa.kraidin@allenovery.com | sschultz@akingump.com |
| dmurray@jenner.com | ljkotler@duanemorris.com | sselbst@herrick.com |
| dneier@winston.com | lkatz@ltblaw.com | sshimshak@paulweiss.com |
| dodonnell@milbank.com | lkiss@klestadt.com | sskelly@teamtogut.com |
| dove.michelle@dorsey.com | lmarinuzzi@mofo.com | sstarr@starrandstarr.com |
| dpegno@dpklaw.com | lmay@coleschotz.com | steele@lowenstein.com |
| draelson@fisherbrothers.com | lmcgowen@orrick.com | stephen.cowan@dlapiper.com |
| dravin@wolffsamson.com | lml@ppgms.com | steve.ginther@dor.mo.gov |
| drose@pryorcashman.com | lnashelsky@mofo.com | steven.troyer@commerzbank.com |
| drosenzweig@fulbright.com | loizides@loizides.com | steven.usdin@flastergreenberg.com |
| drosner@goulstonstorrs.com | lromansic@steptoe.com | steven.wilamowsky@bingham.com |
| drosner@kasowitz.com | lscarcella@farrellfritz.com | steven@blbglaw.com |
| dshaffer@wtplaw.com | lschweitzer@cgsh.com | streusand@streusandlandon.com |
| dshemano@pwkllp.com | lubell@hugheshubbard.com | susheelkirpalani@quinnemanuel.com |
| dspelfogel@foley.com | lwhidden@salans.com | sweyl@haslaw.com |
| dtatge@ebglaw.com | mabrams@willkie.com | swolowitz@mayerbrown.com |
| dtheising@harrisonmoberly.com | maofiling@cgsh.com | szuch@wiggin.com |
| dwdykhouse@pbwt.com | marc.chait@sc.com | tannweiler@greerherz.com |
| dwildes@stroock.com | margolin@hugheshubbard.com | tarbit@cftc.gov |
| dworkman@bakerlaw.com | mark.bane@ropesgray.com | tbrock@ssbb.com |
| easmith@venable.com | mark.deveno@bingham.com | tdewey@dpklaw.com |
| echang@steinlubin.com | mark.ellenberg@cwt.com | tduffy@andersonkill.com |
| ecohen@russell.com | mark.ellenberg@cwt.com | teresa.oxford@invescoaim.com |
| efleck@milbank.com | mark.hellerer@pillsburylaw.com | tgoren@mofo.com |
| efriedman@fklaw.com | mark.sherrill@sutherland.com | thaler@thalergertler.com |
| efriedman@friedumspring.com | martin.davis@ots.treas.gov | thomas.califano@dlapiper.com |
| eglas@mccarter.com | marvin.clements@ag.tn.gov | thomas_noguerola@calpers.ca.gov |
| ekbergc@lanepowell.com | matt@willaw.com | tim.desieno@bingham.com |
| eleicht@whitecase.com | matthew.klepper@dlapiper.com | timothy.brink@dlapiper.com |
| eli.mattioli@klgates.com | maustin@orrick.com | timothy.palmer@bipc.com |
| ellen.halstead@cwt.com | max.polonsky@skadden.com | tjfreedman@pbnlaw.com |
| emerberg@mayerbrown.com | mbenner@tishmanspeyer.com | tkarcher@dl.com |
| enkaplan@kaplanlandau.com | mberman@nixonpeabody.com | tkiriakos@mayerbrown.com |
| eobrien@sbchlaw.com | mberman@nixonpeabody.com | tlauria@whitecase.com |

# LEHMAN BROTHERS HOLDING INC.

| | | |
|---|---|---|
| erin.mautner@bingham.com | mbienenstock@proskauer.com | tmacwright@whitecase.com |
| eschwartz@contrariancapital.com | mbloemsma@mhjur.com | tmarrion@haslaw.com |
| esmith@dl.com | mbossi@thompsoncoburn.com | tnixon@gklaw.com |
| etillinghast@sheppardmullin.com | mcademartori@sheppardmullin.com | toby.r.rosenberg@irscounsel.treas.gov |
| ezujkowski@emmetmarvin.com | mcantor@normandyhill.com | tomwelsh@orrick.com |
| ezweig@optonline.net | mccombst@sullcrom.com | tony.davis@bakerbotts.com |
| fbp@ppgms.com | mcordone@stradley.com | tslome@msek.com |
| ffm@bostonbusinesslaw.com | mcto@debevoise.com | ttracy@crockerkuno.com |
| fhyman@mayerbrown.com | mcyganowski@oshr.com | tunrad@burnslev.com |
| foont@foontlaw.com | mdorval@stradley.com | twheeler@lowenstein.com |
| francois.janson@hklaw.com | melorod@gtlaw.com | ukreppel@whitecase.com |
| fsosnick@shearman.com | meltzere@pepperlaw.com | villa@streusandlandon.com |
| fyates@sonnenschein.com | metkin@lowenstein.com | vmilione@nixonpeabody.com |
| gabriel.delvirginia@verizon.net | mfeldman@willkie.com | vrubinstein@loeb.com |
| gbray@milbank.com | mgordon@briggs.com | walter.stuart@freshfields.com |
| ggitomer@mkbattorneys.com | mgreger@allenmatkins.com | wanda.goodloe@cbre.com |
| ggoodman@foley.com | mh1@mccallaraymer.com | wballaine@lcbf.com |
| giddens@hugheshubbard.com | mhopkins@cov.com | wbenzija@halperinlaw.net |
| gkaden@goulstonstorrs.com | michael.frege@cms-hs.com | wchen@tnsj-law.com |
| glenn.siegel@dechert.com | michael.kelly@monarchlp.com | wcurchack@loeb.com |
| gmoss@riemerlaw.com | michael.kim@kobrekim.com | wdase@fzwz.com |
| gravert@ravertpllc.com | michael.mccrory@btlaw.com | wfoster@milbank.com |
| gspilsbury@jsslaw.com | millee12@nationwide.com | william.m.goldman@dlapiper.com |
| harrisjm@michigan.gov | miller@taftlaw.com | wiltenburg@hugheshubbard.com |
| harveystrickon@paulhastings.com | mimi.m.wong@irscounsel.treas.gov | wisotska@pepperlaw.com |
| hbeltzer@mayerbrown.com | mitchell.ayer@tklaw.com | wk@pwlawyers.com |
| heim.steve@dorsey.com | mjedelman@vedderprice.com | wmaher@wmd-law.com |
| heiser@chapman.com | mjr1@westchestergov.com | wmarcari@ebglaw.com |
| hollace.cohen@troutmansanders.com | mkjaer@winston.com | wmckenna@foley.com |
| holsen@stroock.com | mlahaie@akingump.com | wsilverm@oshr.com |
| howard.hawkins@cwt.com | mlandman@lcbf.com | wswearingen@llf-law.com |
| hseife@chadbourne.com | mlichtenstein@crowell.com | wtaylor@mccarter.com |
| hsnovikoff@wlrk.com | mlynch2@travelers.com | wweintraub@fklaw.com |
| hsteel@brownrudnick.com | mmendez@hunton.com | wzoberman@bermanesq.com |
| icatto@mwe.com | mmooney@deilylawfirm.com | yamashiro@sumitomotrust.co.jp |
| igoldstein@dl.com | mmorreale@us.mufg.jp | yuwatoko@mofo.com |

**EXHIBIT B**

**LEHMAN BROTHERS HOLDING INC.**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007