**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                                : Chapter 11 Case No.
                                                     :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,         : 08-13555 (JMP)
                                                     :
Debtors.                                             : (Jointly Administered)
                                                     :
---------------------------------------------------------------------x   Ref. Docket No. 31031

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 21, 2012, I caused to be served the "Plan Administrator's Reply to Laurel Cove Development, LLC's Response to Objection to Claim No. 17763," dated September 21, 2012 [Docket No. 31031], by causing true and correct copies to be:

    i.  delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Kerry O'Neil*
Kerry O'Neil

Sworn to before me this
24th day of September, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

Lehman Brothers Holdings Inc., et al.
Email Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com

Lehman Brothers Holdings Inc., et al.
Email Service List

clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
colea@gtlaw.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com

dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
eli.mattioli@klgates.com

Lehman Brothers Holdings Inc., et al.
Email Service List

| | |
|---|---|
| ellen.halstead@cwt.com | ira.herman@tklaw.com |
| emerberg@mayerbrown.com | isgreene@hhlaw.com |
| enkaplan@kaplanlandau.com | israel.dahan@cwt.com |
| eobrien@sbchlaw.com | iva.uroic@dechert.com |
| erin.mautner@bingham.com | jacobsonn@sec.gov |
| eschwartz@contrariancapital.com | james.heaney@lawdeb.com |
| esmith@dl.com | james.mcclammy@dpw.com |
| etillinghast@sheppardmullin.com | james.sprayregen@kirkland.com |
| ezujkowski@emmetmarvin.com | jamestecce@quinnemanuel.com |
| ezweig@optonline.net | jamie.nelson@dubaiic.com |
| fbp@ppgms.com | jar@outtengolden.com |
| ffm@bostonbusinesslaw.com | jason.jurgens@cwt.com |
| fhyman@mayerbrown.com | jay.hurst@oag.state.tx.us |
| foont@foontlaw.com | jay@kleinsolomon.com |
| francois.janson@hklaw.com | Jbecker@wilmingtontrust.com |
| fsosnick@shearman.com | jbeemer@entwistle-law.com |
| fyates@sonnenschein.com | jbeiers@co.sanmateo.ca.us |
| gabriel.delvirginia@verizon.net | jbird@polsinelli.com |
| gbray@milbank.com | jbromley@cgsh.com |
| ggitomer@mkbattorneys.com | jcarberry@cl-law.com |
| ggoodman@foley.com | jchristian@tobinlaw.com |
| giddens@hugheshubbard.com | jchubak@proskauer.com |
| gkaden@goulstonstorrs.com | jdoran@haslaw.com |
| glenn.siegel@dechert.com | Jdrucker@coleschotz.com |
| gmoss@riemerlaw.com | jdyas@halperinlaw.net |
| gravert@ravertpllc.com | jean-david.barnea@usdoj.gov |
| gspilsbury@jsslaw.com | jeanites@whiteandwilliams.com |
| harrisjm@michigan.gov | jeannette.boot@wilmerhale.com |
| harveystrickon@paulhastings.com | jeff.wittig@coair.com |
| hbeltzer@mayerbrown.com | jeffery.black@bingham.com |
| heim.steve@dorsey.com | jeffrey.sabin@bingham.com |
| heiser@chapman.com | jeldredge@velaw.com |
| hollace.cohen@troutmansanders.com | jen.premisler@cliffordchance.com |
| holsen@stroock.com | jennifer.demarco@cliffordchance.com |
| howard.hawkins@cwt.com | jennifer.gore@shell.com |
| hseife@chadbourne.com | jeremy.eiden@ag.state.mn.us |
| hsnovikoff@wlrk.com | jfalgowski@reedsmith.com |
| hsteel@brownrudnick.com | jflaxer@golenbock.com |
| icatto@mwe.com | jfox@joefoxlaw.com |
| igoldstein@dl.com | jfreeberg@wfw.com |
| igoldstein@proskauer.com | jg5786@att.com |
| ilevee@lowenstein.com | jgenovese@gjb-law.com |

Lehman Brothers Holdings Inc., et al.
Email Service List

jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com

jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtorf@schiffhardin.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com

Lehman Brothers Holdings Inc., et al.
Email Service List

| | |
|---|---|
| Landon@StreusandLandon.com | mberman@nixonpeabody.com |
| lapeterson@foley.com | mberman@nixonpeabody.com |
| lathompson@co.sanmateo.ca.us | mbienenstock@proskauer.com |
| lberkoff@moritthock.com | mbloemsma@mhjur.com |
| Lee.Stremba@troutmansanders.com | mbossi@thompsoncoburn.com |
| lgotko@fklaw.com | mcademartori@sheppardmullin.com |
| lgranfield@cgsh.com | mcantor@normandyhill.com |
| lhandelsman@stroock.com | mccombst@sullcrom.com |
| linda.boyle@twtelecom.com | mcordone@stradley.com |
| lisa.ewart@wilmerhale.com | mcto@debevoise.com |
| lisa.kraidin@allenovery.com | mcyganowski@oshr.com |
| LJKotler@duanemorris.com | mdorval@stradley.com |
| lkatz@ltblaw.com | melorod@gtlaw.com |
| LKISS@KLESTADT.COM | meltzere@pepperlaw.com |
| lmarinuzzi@mofo.com | metkin@lowenstein.com |
| Lmay@coleschotz.com | mfeldman@willkie.com |
| lmcgowen@orrick.com | mgordon@briggs.com |
| lml@ppgms.com | mgreger@allenmatkins.com |
| lnashelsky@mofo.com | mh1@mccallaraymer.com |
| loizides@loizides.com | mhopkins@cov.com |
| lromansic@steptoe.com | michael.frege@cms-hs.com |
| lscarcella@farrellfritz.com | michael.kelly@monarchlp.com |
| lschweitzer@cgsh.com | michael.kim@kobrekim.com |
| lubell@hugheshubbard.com | michael.mccrory@btlaw.com |
| lwhidden@salans.com | millee12@nationwide.com |
| mabrams@willkie.com | miller@taftlaw.com |
| MAOFILING@CGSH.COM | mimi.m.wong@irscounsel.treas.gov |
| Marc.Chait@SC.com | mitchell.ayer@tklaw.com |
| margolin@hugheshubbard.com | mjedelman@vedderprice.com |
| mark.bane@ropesgray.com | MJR1@westchestergov.com |
| mark.deveno@bingham.com | mkjaer@winston.com |
| mark.ellenberg@cwt.com | mlahaie@akingump.com |
| mark.ellenberg@cwt.com | MLandman@lcbf.com |
| mark.hellerer@pillsburylaw.com | mlichtenstein@crowell.com |
| mark.sherrill@sutherland.com | mlynch2@travelers.com |
| martin.davis@ots.treas.gov | mmendez@hunton.com |
| Marvin.Clements@ag.tn.gov | mmooney@deilylawfirm.com |
| matt@willaw.com | mmorreale@us.mufg.jp |
| matthew.klepper@dlapiper.com | mneier@ibolaw.com |
| maustin@orrick.com | monica.lawless@brookfieldproperties.com |
| max.polonsky@skadden.com | mpage@kelleydrye.com |
| mbenner@tishmanspeyer.com | mparry@mosessinger.com |

LEHMAN BROTHERS HOLDINGS INC., ET AL.
EMAIL SERVICE LIST

| | |
|---|---|
| mpomerantz@julienandschlesinger.com | pmaxcy@sonnenschein.com |
| mprimoff@kayescholer.com | ppascuzzi@ffwplaw.com |
| mpucillo@bermanesq.com | ppatterson@stradley.com |
| mrosenthal@gibsondunn.com | psp@njlawfirm.com |
| mruetzel@whitecase.com | ptrain-gutierrez@kaplanlandau.com |
| mschimel@sju.edu | ptrostle@jenner.com |
| mschlesinger@julienandschlesinger.com | r.stahl@stahlzelloe.com |
| msegarra@mayerbrown.com | raj.madan@bingham.com |
| mshiner@tuckerlaw.com | ramona.neal@hp.com |
| msiegel@brownrudnick.com | raul.alcantar@ropesgray.com |
| msolow@kayescholer.com | rbeacher@pryorcashman.com |
| mspeiser@stroock.com | rbernard@foley.com |
| mstamer@akingump.com | rbyman@jenner.com |
| mvenditto@reedsmith.com | rdaversa@orrick.com |
| mwarren@mtb.com | relgidely@gjb-law.com |
| nathan.spatz@pillsburylaw.com | rfleischer@pryorcashman.com |
| ncoco@mwe.com | rfrankel@orrick.com |
| neal.mann@oag.state.ny.us | rfriedman@silvermanacampora.com |
| ned.schodek@shearman.com | rgmason@wlrk.com |
| neilberger@teamtogut.com | rgraham@whitecase.com |
| newyork@sec.gov | rhett.campbell@tklaw.com |
| Nherman@morganlewis.com | richard.fingard@newedge.com |
| nickolas.karavolas@pillsburylaw.com | richard.lear@hklaw.com |
| nissay_10259-0154@mhmjapan.com | richard.levy@lw.com |
| nlepore@schnader.com | richard.tisdale@friedfrank.com |
| notice@bkcylaw.com | richard@rwmaplc.com |
| oipress@travelers.com | ritkin@steptoe.com |
| otccorpactions@finra.org | RJones@BoultCummings.com |
| paronzon@milbank.com | rleek@HodgsonRuss.com |
| patrick.oh@freshfields.com | RLevin@cravath.com |
| paul.turner@sutherland.com | rmatzat@hahnhessen.com |
| pbattista@gjb-law.com | rnetzer@willkie.com |
| pbosswick@ssbb.com | robert.bailey@bnymellon.com |
| pdublin@akingump.com | robert.dombroff@bingham.com |
| peisenberg@lockelord.com | robert.henoch@kobrekim.com |
| peter.gilhuly@lw.com | robert.malone@dbr.com |
| peter.macdonald@wilmerhale.com | Robert.yalen@usdoj.gov |
| peter.simmons@friedfrank.com | Robin.Keller@Lovells.com |
| peter@bankrupt.com | roger@rnagioff.com |
| pfeldman@oshr.com | ronald.silverman@bingham.com |
| phayden@mcguirewoods.com | ross.martin@ropesgray.com |
| philip.wells@ropesgray.com | rqureshi@reedsmith.com |

LEHMAN BROTHERS HOLDINGS INC., ET AL.
EMAIL SERVICE LIST

| | |
|---|---|
| rrainer@wmd-law.com | smayerson@ssd.com |
| rreid@sheppardmullin.com | smillman@stroock.com |
| rroupinian@outtengolden.com | smulligan@bsblawyers.com |
| rrussell@andrewskurth.com | snewman@katskykorins.com |
| rterenzi@stcwlaw.com | sory@fdlaw.com |
| russj4478@aol.com | spiotto@chapman.com |
| rwasserman@cftc.gov | splatzer@platzerlaw.com |
| rwyron@orrick.com | SRee@lcbf.com |
| s.minehan@aozorabank.co.jp | sschultz@akingump.com |
| sabin.willett@bingham.com | sselbst@herrick.com |
| sabramowitz@velaw.com | sshimshak@paulweiss.com |
| SABVANROOY@HOTMAIL.COM | sskelly@teamtogut.com |
| sagolden@hhlaw.com | sstarr@starrandstarr.com |
| Sally.Henry@skadden.com | steele@lowenstein.com |
| samuel.cavior@pillsburylaw.com | stephen.cowan@dlapiper.com |
| sandyscafaria@eaton.com | steve.ginther@dor.mo.gov |
| Sara.Tapinekis@cliffordchance.com | steven.troyer@commerzbank.com |
| scargill@lowenstein.com | steven.usdin@flastergreenberg.com |
| schannej@pepperlaw.com | steven.wilamowsky@bingham.com |
| Schepis@pursuitpartners.com | steven@blbglaw.com |
| schnabel.eric@dorsey.com | Streusand@StreusandLandon.com |
| schristianson@buchalter.com | susheelkirpalani@quinnemanuel.com |
| schwartzmatthew@sullcrom.com | sweyl@haslaw.com |
| scottshelley@quinnemanuel.com | swolowitz@mayerbrown.com |
| scousins@armstrongteasdale.com | szuch@wiggin.com |
| sdnyecf@dor.mo.gov | tannweiler@greerherz.com |
| sehlers@armstrongteasdale.com | tarbit@cftc.gov |
| seichel@crowell.com | tbrock@ssbb.com |
| sfelderstein@ffwplaw.com | tdewey@dpklaw.com |
| sfineman@lchb.com | tduffy@andersonkill.com |
| sfox@mcguirewoods.com | teresa.oxford@invescoaim.com |
| sgordon@cahill.com | TGoren@mofo.com |
| sgubner@ebg-law.com | thaler@thalergertler.com |
| shannon.nagle@friedfrank.com | thomas.califano@dlapiper.com |
| sharbeck@sipc.org | Thomas_Noguerola@calpers.ca.gov |
| shari.leventhal@ny.frb.org | tim.desieno@bingham.com |
| shgross5@yahoo.com | timothy.brink@dlapiper.com |
| sidorsky@butzel.com | timothy.palmer@bipc.com |
| slerman@ebglaw.com | tjfreedman@pbnlaw.com |
| slerner@ssd.com | tkarcher@dl.com |
| slevine@brownrudnick.com | tkiriakos@mayerbrown.com |
| SLoden@DiamondMcCarthy.com | tlauria@whitecase.com |

Lehman Brothers Holdings Inc., et al.
Email Service List

tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

# EXHIBIT B

Lehman Brothers Holdings, Inc.
Master Service List

**OFFICE OF THE US TRUSTEE**
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

**INTERNAL REVENUE SERVICE**
*SPECIAL PROCEDURES BRANCH*
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

LEHMAN BROTHERS HOLDINGS INC., ET AL.
ADDITIONAL SERVICE LIST

**LAUREL COVE DEVELOPMENT, LLC**
<u>ATTN</u>: RONALD TERENZI, ESQ
STAGG TERENZI CONFUSIONE & WABNIK
401 FRANKLIN AVENUE, SUITE 300
GARDEN CITY PLAZA, NY 11530

**WILLIAM NAJAM JR**
457 MAIN STREET, SUITE 1A
DANBURY, CT  06811