**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                        :        Chapter 11 Case No.
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :        **08-13555 (JMP)**
                                                              :
Debtors.                                         :        **(Jointly Administered)**
                                                              :
------------------------------------------------------------------------x        **Ref. Docket Nos. 31032-31038**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                         ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 21, 2012, I caused to be served the following:

    a)  "Notice of Adjournment *sine die* of the Three Hundred Eighteenth Omnibus Objection to Claims (Partnership Claims) Solely as to Certain Claims," dated September 21, 2012 [Docket No. 31032], (the "318th Omnibus NOA"),

    b)  "Notice of Adjournment of the Three Hundred Twenty-Fourth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated September 21, 2012 [Docket No. 31033], (the "324th Omnibus NOA *sine die*"),

    c)  "Notice of Adjournment of the Three Hundred Twenty-Fourth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated September 21, 2012 [Docket No. 31034], (the "324th Omnibus NOA"),

    d)  "Notice of Adjournment *sine die* of the Three Hundred Forty-First Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated September 21, 2012 [Docket No. 31035], (the "341st Omnibus NOA"),

    e)  "Notice of Adjournment *sine die* of the Three Hundred Forty-Second Omnibus Objection to Claims (Employment-Related Claims) Solely as to Certain Claims," dated September 21, 2012 [Docket No. 31036], (the "342nd Omnibus NOA"),

    f)  "Notice of Adjournment of the Three Hundred Forty-Third Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated September 21, 2012 [Docket No. 31037], (the "343rd Omnibus NOA"), and

g)  "Notice of Adjournment *sine die* of the Three Hundred Forty-Seventh Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) Solely as to Certain Claims," dated September 21, 2012 [Docket No. 31038], (the "347th Omnibus NOA"),

by causing true and correct copies of the:

i.   318th Omnibus NOA, 324th Omnibus NOA *sine die*, 324th Omnibus NOA, 341st Omnibus NOA, 342nd Omnibus NOA, 343rd Omnibus NOA, and 347th Omnibus NOA, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii.  318th Omnibus NOA, 324th Omnibus NOA *sine die*, 324th Omnibus NOA, 341st Omnibus NOA, 342nd Omnibus NOA, 343rd Omnibus NOA, and 347th Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

iii. 318th Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

iv.  324th Omnibus NOA *sine die*, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D,

v.   324th Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E,

vi.  341st Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit F,

vii. 342nd Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit G,

viii. 343rd Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit H, and

ix.  347th Omnibus NOA, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit I.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
24th day of September, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
akornikova@lcbf.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com

avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
colea@gtlaw.com
contact@lawofficesjje.com

cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com

dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@dl.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jteitelbaum@tblawllp.com

jtimko@shutts.com

jtorf@schiffhardin.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kjarashow@fklaw.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kpiper@steptoe.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krosen@lowenstein.com

kuehn@bragarwexler.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

landon@streusandlandon.com

lapeterson@foley.com

lathompson@co.sanmateo.ca.us

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lgotko@fklaw.com

lgranfield@cgsh.com

lhandelsman@stroock.com

linda.boyle@twtelecom.com

lisa.ewart@wilmerhale.com

lisa.kraidin@allenovery.com

ljkotler@duanemorris.com

lkatz@ltblaw.com

lkiss@klestadt.com

lmarinuzzi@mofo.com

lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

loizides@loizides.com

lromansic@steptoe.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lubell@hugheshubbard.com

lwhidden@salans.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@sc.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.ellenberg@cwt.com

mark.hellerer@pillsburylaw.com

mark.sherrill@sutherland.com

martin.davis@ots.treas.gov

marvin.clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

max.polonsky@skadden.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mberman@nixonpeabody.com

mbienenstock@proskauer.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcantor@normandyhill.com

mccombst@sullcrom.com

mcordone@stradley.com

mcto@debevoise.com

mcyganowski@oshr.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.kim@kobrekim.com

michael.mccrory@btlaw.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com

paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
raul.alcantar@ropesgray.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com

robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

steven@blbglaw.com

streusand@streusandlandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

tgoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

thomas_noguerola@calpers.ca.gov

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

tunrad@burnslev.com

twheeler@lowenstein.com

ukreppel@whitecase.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

yuwatoko@mofo.com

# EXHIBIT B

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

| Claim Name | Address Information |
| --- | --- |
| MONAHAN, BRIAN W. | 2 HANCOCK PLACE IRVINGTON NY 10533 |
| MOORE, CHARLES C. | MICHAEL DAL DAGO, ESQ MORRISON COHEN LLP 909 THIRD AVENUE NEW YORK NY 10022 |
| MOORE, CHARLES C. | 10 SUSSEX AVENUE BRONXVILLE NY 10708 |
| O'BRIEN, BARRY J. | 22 MEADOWBROOK ROAD SHORT HILLS NJ 07078-3316 |
| PARK, EDWARD | 130 WEST 30THSTREET APT 15A NEW YORK NY 10001 |
| PARK, EDWARD | MICHAEL DAL LAGO, ESQ MORRISON COHEN LLP 909 THIRD AVENUE NEW YORK NY 10022 |

**Total Creditor count  6**

**EXHIBIT D**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| GREENTREE GAZETTE, INC., THE | 609 DATURA ST WEST PALM BCH FL 33401-5309 |
| MARSH USA INC. | ATTN: CRAIG PADOVER 121 RIVER STREET, 11TH FLOOR HOBOKEN NJ 07030 |

**Total Creditor count  2**

**EXHIBIT E**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| FINDLAY RSI | 1210 DISTRIBUTION WAY VISTA CA 920818816 |
| HOSPITAL FOR SPECIAL SURGERY | CONSTANCE B. MARGOLIN, ESQ., SENIOR VICE PRESIDENT 535 EAST 70TH STREET NEW YORK NY 10021 |

Total Creditor count  2

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| BARICEVIC, JOANNA M. | 238 N RAILROAD AVE STATEN ISLAND NY 10304-4261 |
| BLUM, G KEVIN | 169 WELLINGTON ROAD GARDEN CITY NY 11530 |
| KENNEY, ARTHUR J. | 200 E END AVE APT 5E NEW YORK NY 101287889 |

**Total Creditor count  3**

**EXHIBIT G**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HOWARD, NICHOLAS P. | 114 WEST ROAD NEW CANAAN CT 06840 |
| KIERAN, MICHAEL DENNIS | 12 ELMWOOD ROAD DEER PARK NY 11729 |
| MARSHALL, NIKKI A. | 12 THOMAS ROAD WESTPORT CT 06880 |

**Total Creditor count  3**

# EXHIBIT H

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| JOHN A. PRETE, VICE PRESIDENT | PCCP, LLC 280 PARK AVENUE, 35TH FLOOR NEW YORK NY 10017 |
| JOHN PRETE, BARRIE BLOOM AND GABRIEL WILLEY | 280 PARK AVENUE, 35TH FLOOR NEW YORK NY 10017 |
| JUDY TURCHIN & JI YEONG CHU | 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10020 |
| KIRKLAND & ELLIS LLP | ATTN:PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| RODOLPHO AMBOSS AND JI YEONG CHU | 1330 AVENUE OF THE AMERICAS 12TH FLOOR NEW YORK NY 10019 |
| YON CHO AND JOHN RANDALL | 1271 AVENUE OF THE AMERICAS, 38TH FL NEW YORK NY 10020 |

**Total Creditor count  7**

**EXHIBIT I**

| Claim Name | Address Information |
| --- | --- |
| LEVILEV, YERUCHIM | 786 MONTGOMERY ST BROOKLYN NY 11213 |

**Total Creditor count  1**