

Reference     Corporate Actions
Contact       Paulo Da Silva Ribeiro
E-mail        corporateactions@zkb.ch
Direct tel.   +41 44 292 78 63
Fax           +41 44 292 86 64

Postal address: P.O. Box, CH-8010, Zurich

**Registered Mail**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA



Zurich, August 30, 2012

**Partial Transfer of Claim "Lehman Brothers Holdings Inc."**

Dear Sir or Madam

Please find enclosed, both the "Notice Pursuant to Bankruptcy Rule 3001" and the signed "Evidence of Transfer of Claim" released by Credit Suisse AG on August 24, 2012.

We kindly ask you to process the partial transfer of claim:

| | |
|---|---|
| ISIN: | XS0234632700 |
| Title: | Lehman Brothers – Outperformance Auto Redeemer Notes 2005-30.11.09 (EXP.17.11.09) on Bskt of Indices |
| Units: | 100 |
| Transferor: | Credit Suisse AG |
| Transferee: | Rudolf Limacher |
| Initial Proof of Claim Number: | 55829 |

Please confirm us the receipt. We thank you in advance.

Yours sincerely

Zürcher Kantonalbank

Gabriele Frossard        Thomas Seebacher



- "Notice Pursuant to Bankruptcy Rule 3001"
- "Evidence of Transfer of Claim"

Form 210A (12/09)

# United States Bankruptcy Court

**Southern** District Of **New York**

In re **Lehman Brothers Holdings Inc.**    Case No. **08-13555 (JMP)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Rudolf Limacher**
Name of Transferee

**Credit Suisse AG**
Name of Transferor

Name and Address where notices to transferee should be sent:

Rudolf Limacher
Isisbuehlstr. 11
CH-8800 Thalwil

Court Claim # (if known): **55829**
Amount of Claim: **100 Units**
Date Claim Filed: **October 29, 2009**

Phone: 0041 79 273 72 44
Last Four Digits of Acct #: -

Phone: -
Last Four Digits of Acct. #: -

Name and Address where transferee payments should be sent (if different from above):
-

Note: This is a partial transfer of claim only. See attached evidence of transfer for details.

Phone: -
Last Four Digits of Acct #: -

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **Zürcher Kantonalbank**    Date: **August 30, 2012**
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Gabriele Frossard        Thomas Seebacher

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Rudolf Limacher** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

      Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

      IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON AUGUST 24, 2012.

**Credit Suisse AG**

By: _[signature]_
Name: Martina Berli
Title:   Vice President

By: _[signature]_
Name: Juliette Diallo
Title:   Assistant Vice President

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0234632700 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | 100 Units |