**BERENBERG BANK**
*Joh. Berenberg, Gossler & Co. KG*

*Privatbankiers gegründet 1590*

*400 Jahre*
*Erfahrung hat Zukunft*

Mary Lopez
New York Southern Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004
USA

RECEIVED SEP 2 4 2012

| | | |
|---|---|---|
| Sven Stegelmann<br>Legal Department | Phone +49 40 350 60-218<br>Fax   +49 40 350 60-270 | 21 September 2012<br>STM |

Dear Ms Lopez,

**Lehman Brothers Holdings Inc., Case No. 08-13555**
**Claim No. 55813**

Please be informed that the above claim has been transferred as follows:

| Date | Transferor | Transferee |
|---|---|---|
| 30th August 2012 | Credit Suisse (Deutschland) AG | Berenberg Bank<br>Joh. Berenberg, Gossler & Co.KG |
| 21st September 2012 | Berenberg Bank<br>Joh. Berenberg, Gossler & Co.KG | Mrs. Else Schnabel |

The respective documentations are attached.

Yours faithfully,

Joh. Berenberg, Gossler & Co. KG

(Dr. Graf v. Schwerin)      (Stegelmann)

Encl.

Neuer Jungfernstieg 20 · 20354 Hamburg
Telefon (040) 350 60-0 · Telefax (040) 350 60-900 · info@berenberg.de
Sitz: Hamburg · Amtsgericht Hamburg HR A 42659

# EVIDENCE OF TRANSFER OF CLAIM

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG (formerly Clariden Leu AG)** ("Transferor") unconditionally and irrevocably transferred to **Berenberg Bank** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **(Claim No. 55813)** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON AUGUST 30, 2012.

**Credit Suisse AG**

By:_____
Name: Schwarz Manfred
Title: Managing Director

By:_____
Name: Tresch Lukas
Title: Director

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0229269856 | 55813 | October 29, 2009 | LEHMAN BROTHERS UK CAPITAL FUNDING II LP | EUR 150'000.00 |