

# Banca del Piemonte

| 3048.6 Società per Azioni | Swift BDCP IT TT | Capitale Sociale e 25.010.800 |
| con unico socio | R.E.A. n. 35228 | Cod. Fisc. - Part. IVA - iscr. Registro |
| Sede Legale e Sede Centrale: | Iscritta all'Albo delle Banche | Imprese di Torino n. 00821100013 |
| 10121 Torino - Via Cernaia, 7 | www.bancadelpiemonte.it | Aderente al Fondo Interbancario |
| Telefono +39.011.56.52.1 | Telefax +39.011.531.280 | di Tutela dei Depositi e al Fondo Nazionale di Garanzia |

Funzione Sistemi di pagamento Domestici ed Internazionali/GC/ag

SEP 1 9 2012

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

To: The Debtor and the U.S. Bankruptcy Court

For value received, the adequacy and sufficient of which are hereby acknowledged, **Banca del Piemonte S.p.a.** ("Transferor"), unconditionally and irrevocably transfers and assigns to **Ubi Banca S.p.a.** an undivided pro rata interest in **USD 10.074,49** ("Transferred Portion") of Transferor's right, title, interest and claims in an to, or arising under or in connection with, its claim (as such term is defined in Section 101 (5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. ("Debtor"), debtor in Case No. 08-13555 ("Claim") filed by the Transferor in the case with respect to the Claim.

The Transferred Portion regards:

| Description of Security | ISIN | Accrued Amount |
|---|---|---|
| Lehman Brothers Treasury | XS0189294225 | Usd 10.074,49 |

Transferor waives any objection to the transfer of the Transferred Portion of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and waives to the fullest extent permitted by law any notice or right to a hearing that may be provided by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local rules of the Bankruptcy Court or applicable law with respect to such transfer. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing Transferred Portion of the Claim, recognizing Transferor as the sole owner and holder of the Transferred Portion of the Claim, and directing that all payments or distributions of money or property in respect of the Transferred Portion of the claim be delivered or made to the Transferee.

In witness whereof, this Evidence of Partial Transfer of Claim is executed ad of this day of 21 August, 2012.

| BANCA DEL PIEMONTE S.p.a. | UBI BANCA S.p.a |
|---|---|
| Transferor | Transferee |
| By: _BANCA DEL PIEMONTE S.p.a. con unico socio | By: UBI BANCA S.p.a |
| Name: dott. CAMILLO VENESIO | Name dott ROSA DUNIA BRAMBILLA |
| Title: GENERAL MANAGER | Title : GENERAL MANAGER |



# Banca del Piemonte

| | | |
|---|---|---|
| **3048.6** Società per Azioni con unico socio<br>Sede Legale e Sede Centrale:<br>10121 Torino - Via Cernaia, 7<br>Telefono +39.011.56.52.1 | Swift BDCP IT TT<br>R.E.A. n. 35228<br>Iscritta all'Albo delle Banche<br>www.bancadelpiemonte.it<br>Telefax +39.011.531.280 | Capitale Sociale e 25.010.800<br>Cod. Fisc. - Part. IVA - iscr. Registro<br>Imprese di Torino n. 00821100013<br>Aderente al Fondo Interbancario<br>di Tutela dei Depositi e al Fondo<br>Nazionale di Garanzia |

Funzione Sistemi di Pagamento Domestici ed Internazionali/GC/ag

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

To: The Debtor and the U.S. Bankruptcy Court

For value received, the adequacy and sufficient of which are hereby acknowledged, **Banca del Piemonte S.p.a.** ("Transferor"), unconditionally and irrevocably transfers and assigns to **Ubi Banca S.p.a**. ("Transferee") an undivided pro rata interest in **USD 10.074,49** -("Transferred Portion") of Transferor's right, title, interest and claims in an to, or arising under or in connection with, its claim (as such term is defined in Section 101 (5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc.("Debtor"), debtor in Case No. 08-13555 ("Claim") filed by the Transferor in the case with respect to the Claim.

Transferor waives any objection to the transfer of the Transferred Portion of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and waives to the fullest extent permitted by law any notice or right to a hearing that may be provided by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local rules of the Bankruptcy Court or applicable law with respect to such transfer. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing Transferred Portion of the Claim, recognizing Transferor as the sole owner and holder of the Transferred Portion of the Claim, and directing that all payments or distributions of money or property in respect of the Transferred Portion of the claim be delivered or made to the Transferee.

In witness whereof, this Evidence of Partial Transfer of Claim is executed ad of this day of 21 August, 2012.

BANCA DEL PIEMONTE S.p.a.
Transferor

By: BANCA DEL PIEMONTE S.p.a. con unico socio
Name: dott. CAMILLO VENESIO
Title: GENERAL MANAGER

UBI BANCA S.p.a.
Transferee

By: UBI BANCA S.p.a.
Name: dott ROSA DUNIA BRAMBILLA
Title: . GENERAL MANAGER