## CREDITO PRIVATO COMMERCIALE SA
Banca di diritto svizzero

RECEIVED SEP 25 2012 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

<u>By UPS</u>

**UNITED STATES BANKCUPTCY COURT**
Southern District of New York
One Bowling Green
New York, NY 10004-1408
USA

Lugano, September 24th 2012

**RE: TRANSFER OF CLAIMS – LEHMAN BROTHERS HOLDINGS INC.**

Dear Sirs,

Please find herewith attached the "transfer of claims other than for security", duly filled in and signed by the Transferor Credito Privato Commerciale SA, in liquidation and the Transferee BSI SA, Lugano, Switzerland.

Yours sincerely

**CREDITO PRIVATO COMMERCIALE SA,**
**in liquidation**

Erico BERTOLI
The liquidator

Jean-Michel Kunz
The liquidator

CH-6904 Lugano - Via Zurigo 46 - Tel. 091 912 29 29 - Fax 091 923 54 26 - E-mail: info@cpclugano.ch - No IVA 248 508
GRUPPO BANCO DESIO

SEP 25 2012

2 1 SET. 2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                       :    08-13555 (JMP)
                                                                   :
                        Debtors.                                   :    (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). The Transferee named below hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice.

| **BSI SA** | **CREDITO PRIVATO COMMERCIALE SA** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and address where notices to Transferee should be sent:<br><br>BSI SA<br>Via Magatti 2<br>Attn. Andrea Ferrari – Custody Administration<br>6900 Lugano, Switzerland<br>Phone: +41 80)58 8083373<br>e-mail: group.bsicustodyadministration@bsibank.com | Court Claim # (if known):        44207<br>Amount of Claim as Filed:        US$ 10,783,770.00<br>Amount of Claim Transferred:  EUR 10,000.00<br>Amount of Claim Transferred:  US$ 14,236.00<br>Date Claim Filed:                   Oct. 22, 2009 |
| Name and address where payments to Transferee should be sent (if different from above):<br><br>CITIBANK NEW YORK<br>SWIFT address: CITIUS33<br>Account nr. 10938561<br>In the name of BSI SA<br>Attn. Andrea Ferrari | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: _____19th September 2012_____
        Transferee  BSI SA
Name:  A. Fincato              A. Ferrari
Title: Frst Vice President   Assistant Vice President

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357.*

1028357

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   The Debtor and the U.S. Bankruptcy Court

For value received, the adequacy and sufficient of which are hereby acknowledged, Credito Privato Commerciale SA ("Transferor"), unconditionally and irrevocably transfers and assigns to BSI SA ("Transferee") an undivided pro rata interest in EUR 10,000.00 (US$ 14,236.00) ("Transferred Portion") of Transferor's right, title, interest and claims in an to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. ("Debtor"), debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") and the relevant portion of the claim evidenced by Proof of Claim No. 44207 ("Claim") filed by the Transferor in the case with respect to the Claim.

Transferor waives any objection to the transfer of the Transferred Portion of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and waives to the fullest extent permitted by law any notice or right to a hearing that may be provided by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local rules of the Bankruptcy Court or applicable law with respect to such transfer. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing Transferred Portion of the Claim, recognizing Transferor as the sole owner and holder of the Transferred Portion of the Claim, and directing that all payments or distributions of money or property in respect of the Transferred Portion of the claim be delivered or made to the Transferee.

IN WITNESS WHEREOF, this Evidence of Partial Transfer of Claim is executed as of this 19 day of September, 2012.

Transferor          CREDITO PRIVATO COMMERCIALE SA
                    VIA ZURIGO 46
                    CH-6904 LUGANO

By: CPC, LUGANO IN LIQUIDAZIONE
Name: R. BERTOL          J.M. KONF
Title: LIQUIDATOR        LIQUIDATOR


Transferee  BSI SA

By: _____   _____
Name:  A. Fincato        A. Ferrari
Title: First Vice President   Assistant Vice President

1028357