**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Lehman Brothers Holdings Inc., et al. | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | Proof of Claim No.: **10720** |
| | Date Proof of Claim Filed: **9/8/09** |
| | Amount of Claim Transferred: **$2,384,583.87** |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**
**PURSUANT TO FRBP RULE 3001(e)(2)**

TO:   TRANSFEROR:   MORGAN STANLEY SENIOR FUNDING, INC.
                    1585 Broadway
                    New York, NY 10036
                    Attention:   John Rawlins
                    Telephone: 212-761-2991
                    E-mail:    Joshua.rawlins@morganstanley.com

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **10720** against Lehman Brothers Holdings Inc. in the amount of **$2,384,583.87** as evidenced by the attached Evidence of Transfer of Claim to:

   TRANSFEREE:   BURLINGTON LOAN MANAGEMENT LIMITED
                 c/o Davidson Kempner Capital Management LLC
                 65 East 55th Street, 19th Floor
                 New York, NY 10022
                 Attention:   Jennifer Donovan
                 Telephone: 212-446-4018
                 E-mail:    jdonovan@dkpartners.com

No action is required if you do not object to the transfer of the claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

                                                    _____
                                                    Clerk of the Court

8233875

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.            Case No. 08-13555 (JMP)
                                                                 (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| Burlington Loan Management Limited<br>Name of Transferee | Morgan Stanley Senior Funding, Inc.<br>Name of Transferor |
|---|---|
| | |
| Name and Address where notices to transferee should be sent:<br><br>c/o Davidson Kempner Capital Management LLC<br>65 East 55th Street, 19th Floor<br>New York, NY 10022<br>Attn: Jennifer Donovan<br>Tel: 212-446-4018<br>Email: jdonovan@dkpartners.com | Court Claim # (if known): 10720<br>Amount of Claim: $2,384,583.87<br>Date Claim Filed: September 8, 2009<br>Debtor: Lehman Brothers Holdings Inc. |
| | |
| Phone:<br>Last Four Digits of Acct #: | Phone:<br>Last Four Digits of Acct. #: |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone: | |

| Last Four Digits of Acct #: | |
|---|---|

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee/Transferee's Agent:

Burlington Loan Management Limited
Acting through Davidson Kempner Capital Management LLC,
Its investment manager

By: _____
Name: Anthony Geertoff
Title: Managing Member of the Manager         Date: 4/23/12


By: _____                             Date: _____
     Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| Last Four Digits of Acct #: | |
|---|---|

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee/Transferee's Agent:

Burlington Loan Management Limited
Acting through Davidson Kempner Capital Management LLC,
Its investment manager

By: _____
Name:
Title: Managing Member of the Manager          Date:_____


By: ___*John Ragusa*___          Date: 4/23/12
        Transferor/Transferor's Agent
        John Ragusa
        Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.