WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x

| | |
|---|---|
| **In re** | : **Chapter 11 Case No.** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : **08-13555 (JMP)** |
| | : |
| **Debtors.** | : **(Jointly Administered)** |

-------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR CLAIMS HEARING ON SEPTEMBER 27, 2012 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS:**

1.    One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 16856]**

    Response Deadline:    June 15, 2011 at 4:00 p.m.

    Responses Received:

        A.    Response of Francoise De Clercq regarding Claim No. 66244, filed by Deminor International SCRL/CVBA **[ECF No. 17985]**

        B.    Response of Roger Valkenborgs regarding Claim No. 66245, filed by Deminor International SCRL/CVBA **[ECF No. 17977]**

        C.    Response of Alain Godard and Jeannine Bronckart regarding Claim No. 66247, filed by Deminor International SCRL/CVBA **[ECF No. 17978]**

      D.      Response of Francois Bernier regarding Claim No. 66248, filed by Deminor International SCRL/CVBA **[ECF No. 17988]**

      E.      Response of Claude Fitvoye regarding Claim No. 66249, filed by Deminor International SCRL/CVBA **[ECF No. 17980]**

      F.      Response of Matthias Franssen regarding Claim No. 66250, filed by Deminor International SCRL/CVBA **[ECF No. 17979]**

      G.      Response of Michele Booten regarding Claim No. 66251, filed by Deminor International SCRL/CVBA **[ECF No. 17986]**

      H.      Response filed by Francois Bernier **[ECF No. 17545]**

      I.      Response filed by Claude Fitvoye **[ECF No. 17741]**

Related Document:

      J.      Omnibus Reply to Certain Responses to Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 31068]**

Status:  This matter is going forward on a contested basis solely with respect to the above responses.

2.      Three Hundred Twenty-Ninth Omnibus Objection to Claims (Misclassified Claims) **[ECF No. 29324]**

Response Deadline:    August 9, 2012 at 4:00 p.m.

Responses Received:

      A.      Response of Charles L. Kuykendall **[ECF No. 29868]**

      B.      Response of Riccardo Banchetti **[ECF No. 29903]**

      C.      Response of Russell Schreiber and Andrew Weber **[ECF No. 29921]**

      D.      Response of Karen Simon Kreiger **[ECF No. 30085]**

      E.      Response of Nikki Marshall **[ECF No. 30089]**

Status:  This matter is going forward on a contested basis with respect to the above responses.

US_ACTIVE:\44100166\4\58399.0011

## II.    ADJOURNED MATTERS:

3.    Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12533]**

Response Deadline:    December 6, 2010 at 4:00 p.m.

Adjourned Responses:  See Exhibit 1.

Status:  All Adjourned Responses identified on Exhibit 1 attached hereto were previously adjourned sine die to a date to be determined. The hearing solely with respect to Claim Nos. 23895 and 23896 has been adjourned to December 19, 2012 at 10:00 a.m.

4.    Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13230]**

Response Deadline:    January 5, 2011 at 4:00 p.m.

Status:  This matter was previously adjourned *sine die* to a date to be determined.

5.    Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 14492]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Response:

    A.    Response of Deutsche Bank National Trust Company **[ECF No. 17879]**

Related Documents:

    B.    Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 14502]**

    C.    Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Claim Nos. 16353 and 16389 **[ECF No. 25371]**

    D.    Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Certain Claims **[ECF No. 26901]**

Status:  The hearing on the objection to the claims identified on Exhibit 2 has been adjourned to October 31, 2012 at 10:00 a.m.

3

6.      One Hundred Twenty-Fifth Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 16079]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Adjourned Response:

A.      Response of Wilmington Trust Company **[ECF No. 17886]**

Related Document:

B.      Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 16080]**

Status:  The hearing on the objection to the claims identified above has been adjourned to October 31, 2012 at 10:00 a.m.

7.      One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16865]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Status:  The hearing for Claim Nos. 12589 and 12590 has been adjourned to October 31, 2012.

8.      One Hundred Sixty-Second Omnibus Objection to Claims (Valued Derivative Claims **[ECF No. 18405]**

Response Deadline:    August 10, 2011 at 4:00 p.m.

Adjourned Responses:

A.      Response of Cascade Investment, L.L.C. **[ECF No. 19349]**

B.      Response of Goldman Sachs & Co. Profit Sharing Master Trust. **[ECF No. 19064]**

C.      Response of Zephyr 2004-4 LLC f/k/a  Lehman Brothers CDO Opportunity Partners 2004-4 LLC  **[ECF No. 19101]**

D.      Response of Oz Asia Master Fund, Ltd. **[ECF No. 19061]**

E.      Response of Oz Europe Master Fund, Ltd. **[ECF No. 19063]**

F.      Response of Oz Master Fund, Ltd. **[ECF No. 19060]**

G.      Response of Zephyr Recovery 2004-1 LP **[ECF No. 19103]**

4

H.         Response of Zephyr Recovery 2004-2 LP **[ECF No. 19104]**

I.         Response of Zephyr Recovery 2004-3 LP **[ECF No. 19105]**

J.         Response of Zephyr Recovery II-A LP **[ECF No. 19107]**

K.         Response of Zephyr Recovery II-B LP **[ECF No. 19108]**

L.         Response of Zephyr Recovery II-C **[ECF No. 19109]**

Status:  This matter was previously adjourned *sine die* to a date to be determined.

9.        Two Hundred Nineteenth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 20787]**

Response Deadline:    November 11, 2011 at 4:00 p.m.

Status:  This matter was previously adjourned *sine die* to a date to be determined.

10.        Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 20886]**

Response Deadline:    November 17, 2011 at 4:00 p.m.

Status:  The hearing for Claim Nos. 25006, 25009, 32089, and 32101 has been adjourned to October 31, 2012.

11.        Two Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 21727]**

Response Deadline:    December 7, 2011 at 4:00 p.m.

Adjourned Responses:

A.         Response of Italease Finance S.P.A. **[ECF No. 23087]**

B.         Response of Zwinger Opco 6 BV **[ECF No. 23070]**

Status:  This matter was previously adjourned *sine die* to a date to be determined.

12.        Three Hundred Fifteenth Omnibus Objection to Claims (Employment-Related Claims) **[ECF No. 28438]**

Response Deadline:    July 6, 2012 at 4:00 p.m.

Adjourned Response:

A.         Response of Edwark Park and Charles C. Moore **[ECF No. 30902]**

5

Status:  The hearing on the Objection to claim nos. 34234 of Charles C. Moore and 34235 of Edward Park has been adjourned to a date to be determined.

13. Three Hundred Seventeenth **Omnibus** Objection to Claims (No Liability LBL Employee Claims) **[ECF No. 28441]**

Response Deadline:    July 6, 2012 at 4:00 p.m.

Status:  The hearing for Claim No. 12755 has been adjourned to October 31, 2012.

14. Three Hundred Eighteenth Omnibus Objection to Claims (Partnership Claims) **[ECF No. 28442]**

Response Deadline:    July 6, 2012 at 4:00 p.m.

Adjourned Responses:  See Exhibit 3.

Status:  This matter is adjourned to a date to be determined.

15. Three Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 29323]**

Response Deadline:    August 9, 2012 at 4:00 p.m.

Adjourned Responses:  Response of Spanish Broadcasting, Inc. [ECF No. 30907]

Status:  This matter is adjourned to October 31, 2012 at 10:00 a.m.

16. Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. **[ECF No. 20087]**

Response Deadline:    October 17, 2011 at 4:00 p.m.

Adjourned Response:

    A.    Response of Syncora Guarantee, Inc. **[ECF No. 20915]**

Related Documents:  None.

Status:  The hearing on the objection to the claim identified above has been adjourned to October 31, 2012 at 10:00 a.m.

17. Objection to Claim No. 17588 Filed by Logan Hotels and Resorts, Mexico, S.A. de c.v. et al. **[ECF No. 29174]**

Response Deadline:    August 9, 2012 at 4:00 p.m.

US_ACTIVE:\44100166\4\58399.0011

Status:  This matter has been adjourned to October 31, 2012 at 10:00 a.m.

18.    Objection to Claim No. 17763 Filed by Laurel Cove Development, LLC **[ECF No. 29187]**

Response Deadline:    August 9, 2012 at 4:00 p.m.

Response Received:

A.    Laurel Cove Development, LLC's Response **[ECF No. 29912]**

Related Document:

B.    Plan Administrator's Reply **[ECF No. 31031]**

Status:  This matter has been adjourned to October 31, 2012 at 10:00 a.m.


Dated:  September 26, 2012
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

US_ACTIVE:\44100166\4\58399.0011

Exhibit 1

(**Sixty-Seventh** Omnibus Objection to Claims
(Valued Derivative Claims) **[Docket No. 12533]** - Adjourned Responses)

US_ACTIVE:\44100166\4\58399.0011

| Claimant Name | ECF Number |
|---|---|
| Response of Kilroy Realty, LP | 12597 |
| Response of Mitsui & Co. Commodity Risk Management Limited | 13113 |
| Response of Federal Home Loan Bank of Des Moines | 13156 |
| Response of E-Capital Profits Limited | 13166 |
| Response of Loeb Arbitrage B Fund LP, Loeb Arbitrage Fund, Loeb Offshore B Fund Ltd., and Loeb Offshore Fund Ltd. | 13217 |
| Response of SPCP Group LLC, As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, as Successor to Certain Claims of Alliance Laundry Systems LLC | 13218 |
| Response of Aozora Bank, Ltd. | 13220 |
| Response of Mariner LDC | 13222 |
| Response of Tricadia Capital Management, LLC, on behalf of Tricadia Distressed and Special Situations Master Fund, Ltd. | 13223 |
| Response of Venoco, Inc. | 13205 |
| Response of Mariner-Tricadia Credit Strategies Master Fund, Ltd. | 13224 |
| Response of ICM Business Trust | 13226 |
| Response of Merrill Lynch Credit Products, LLC | 13229 |
| Response of Ross Financial Corporation | 13232 |
| Response of Commonwealth Bank of Australia | 13242 |
| Response of Royal Charter Properties – East, Inc. | 15918 |
| Response of China Minsheng Banking Corp., Ltd. | 20984 |

US_ACTIVE:\44100166\4\58399.0011

<u>Exhibit 2</u>

(**<u>Ninety-Seventh</u>** Omnibus Objection to Claims
(Insufficient Documentation) **[Docket No. 14492]** – Adjourned Responses)

10

| Claimant Name | Claim Number |
|---|---|
| Bank of America, National Association, successor by merger to LaSalle Bank, N.A. | 25648 |
| U.S. Bank National Association, and U.S. Bank National Association as Trustee Transferor: Bank of America, National Association[1] | 15989, 15992, 15993, 15994, 15995, 15996, 16357, 16358, 16359, 16361, 16363, 16367, 16378, 16380, 16381, 16383, 16387, 16388, 16416, 16418, 24349, 24582, 25654 |
| U.S. Bank National Association Transferor: Bank of America, National Association[2] | 15981, 15983, 15984, 15985, 15986, 15987, 15988, 15997, 15998, 16349, 16351, 16352, 16354, 16355, 16356, 16360, 16362, 16364, 16365, 16366, 16368, 16369, 16370, 16371, 16372, 16374, 16375, 16376, 16384, 16385, 16386, 16390, 16391, 16393, 16394, 16395, 16396, 16397, 16398, 16399, 16415, 16417, 16419, 16420, 16421, 16422, 16423, 16424, 16425, 16426, 16427, 16428 |
| Deutsche Bank, National Trust Company, as Trustee | 18542 |
| Wilmington Trust Company[3] | 16382 |

---

[1] Claims transferred by Bank of America National Association to U.S. Bank National Association and U.S. Bank National Association, as Trustee pursuant to Transfer of Claims Other Than for Security filed June 20, 2011 [Docket No. 17904].

[2] Claims transferred by Bank of America National Association to U.S. Bank National Association pursuant to Transfer of Claims Other Than for Security filed October 11, 2011 [Docket No. 20739].

[3] Claim transferred by Bank of America National Association to Wilmington Trust Company pursuant to Transfer of Claim Other Than for Security filed December 13, 2011 [Docket No. 23280].

US_ACTIVE:\44100166\4\58399.0011

<u>Exhibit 3</u>

(**<u>Three Hundred Eighteenth</u>** Omnibus Objection to Claims
(Partnership Claims) [**ECF No. 28442**] – Adjourned Responses)

| Claimant Name | Claim Number | ECF Number |
|---|---|---|
| Monahan, Brian W. | 4706 | ECF No. 29263 |
| Moore, Charles C. | 34234 | N/A |
| O'Brien, Barry J. | 31941 | ECF No. 29437 |
| Park, Edward | 34235 | N/A |

US_ACTIVE:\44100166\4\58399.0011