WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                        :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :    08-13555 (JMP)
:
Debtors.                          :    (Jointly Administered)
:
:
------------------------------------------------------------x

### NOTICE OF ADJOURNMENT *SINE DIE* OF THREE HUNDRED THIRTEENTH OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Thirteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 28433] that was scheduled for September 27, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to a date to be determined** (the "Hearing").  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time

without further notice other than an announcement at the Hearing.

Dated: September 26, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

2

US_ACTIVE:\44079545\1\58399.0008

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Craig O. Benson | 2136 |
| Paola Biraschi | 34980 |
| Karen H. Brewer | 11297 |
| William Broadbent | 65126 |
| David J. Brooks | 34559 |
| Michael Collier | 11588 |
| Joseph G. D'Amadeo | 19076 |
| Nestor E. de Jesus | 34492 |
| John J. Dmuchowski | 34401 |
| Steven Engel | 15255 |
| Louise Goldberg | 19518 |
| Adrian T. Graves | 24498 |
| Sandra M. Hahn-Colbert | 34727 and 34728 |
| Peter Hornick | 66971 |
| Nicholas P. Howard | 28279 |
| Arthur J. Kenney | 67880 |
| Harriet Chan King | 34546 |
| Sarah J. Lewis | 8812 |
| Patricia M. Luken | 22763 |
| Michael K. McCully | 65949 |
| Hugh McGee | 31081 |
| Michael J. Mullen | 27599 |
| Ian A. Neville | 31678 |
| Helmut Olivier | 14855 |
| Martin Patterson | 16289 |
| Michael J. Petrucelli | 5770 |
| Alvaro Santodomingo Martell | 19947 |
| Brian Seward | 11590 |
| Ross B. Shapiro | 31374 |
| Margaret E. Smith | 11054 |
| Stephen J. Snelling | 8813 |
| Pierluigi Volini | 25900 |
| Peter Ward | 9915 |
| Jeffrey Wecker | 29718 |
| Timothy B. Wilkinson | 34829 |