WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF THE**
**THREE HUNDRED FORTY-SEVENTH OMNIBUS**
**OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF**
**CLAIM AS EQUITY INTERESTS) SOLELY AS TO CERTAIN CLAIM**

       **PLEASE TAKE NOTICE** that the hearing on the Three Hundred Forty-Seventh

Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[ECF No.**

**30357]**, that was scheduled for September 27, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has**

**been adjourned, solely as to the claim of Anshuman Goyal, proof of claim number 2292, to**

**a date to be determined** (the "Hearing").  The Hearing will be held before the Honorable James

M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling

Green, New York, New York, Room 601, and such Hearing may be further adjourned from time

to time without further notice other than an announcement at the Hearing.

Dated: September 26, 2012
          New York, New York

                                        /s/ Robert J. Lemons
                                        Robert J. Lemons

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                         and Certain of its Affiliates

US_ACTIVE:\44103646\1\58399.0011