UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
                                               :

In re                              :      **Chapter 11 Case No.**

                                         :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :      **08-13555 (JMP)**

                                         :

               **Debtors.**         :      **(Jointly Administered)**

                                         :

-------------------------------------------------------------------------x  **Ref. Docket Nos. 31039-31042 &**
                                                        **31044-31049**

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the:

    a)  "Notice of Hearing on Three Hundred Forty-Ninth Omnibus Objection to Claims (No Liability Claims)," dated September 21, 2012, to which was attached the "Three Hundred Forty-Ninth Omnibus Objection to Claims (No Liability Claims)," dated September 21, 2012 [Docket No. 31039], (the "349th Omnibus Objection"),

    b)  "Notice of Hearing on Three Hundred Fiftieth Omnibus Objection to Claims (No Liability Derivatives Claims)," dated September 21, 2012, to which was attached the "Three Hundred Fiftieth Omnibus Objection to Claims (No Liability Derivatives Claims)," dated September 21, 2012 [Docket No. 31040], (the "350th Omnibus Objection"),

    c)  "Notice of Hearing on Three Hundred Fifty-First Omnibus Objection to Claims (Settled Derivatives Claims)," dated September 21, 2012, to which was attached the "Three Hundred Fifty-First Omnibus Objection to Claims (Settled Derivatives Claims)," dated September 21, 2012 [Docket No. 31041], (the "351st Omnibus Objection"),

    d)  "Notice of Hearing on Three Hundred Fifty-Second Omnibus Objection to Claims (Duplicative Claims)," dated September 21, 2012, to which was attached the "Three Hundred Fifty-Second Omnibus Objection to Claims (Duplicative Claims)," dated September 21, 2012 [Docket No. 31042], (the "352nd Omnibus Objection"),

e) "Notice of Hearing on Three Hundred Fifty-Third Omnibus Objection to Claims (No Liability Claims)," dated September 21, 2012, to which was attached the "Three Hundred Fifty-Third Omnibus Objection to Claims (No Liability Claims)," dated September 21, 2012 [Docket No. 31044], (the "353rd Omnibus Objection"),

f) "Notice of Hearing on Three Hundred Fifty-Fourth Omnibus Objection to Claims (Late-Filed Claims)," dated September 21, 2012, to which was attached the "Three Hundred Fifty-Fourth Omnibus Objection to Claims (Late-Filed Claims)," dated September 21, 2012 [Docket No. 31045], (the "354th Omnibus Objection"),

g) "Notice of Hearing on Three Hundred Fifty-Fifth Omnibus Objection to Claims (No Guarantee Claims)," dated September 21, 2012, to which was attached the "Three Hundred Fifty-Fifth Omnibus Objection to Claims (No Guarantee Claims)," dated September 21, 2012 [Docket No. 31046], (the "355th Omnibus Objection"),

h) "Notice of Hearing on Three Hundred Fifty-Sixth Omnibus Objection to Claims (Insufficient Documentation Claims)," dated September 21, 2012, to which was attached the "Three Hundred Fifty-Sixth Omnibus Objection to Claims (Insufficient Documentation Claims)," dated September 21, 2012 [Docket No. 31047], (the "356th Omnibus Objection"),

i) "Notice of Hearing on Three Hundred Fifty-Seventh Omnibus Objection to Claims (Misclassified Claims)," dated September 21, 2012, to which was attached the "Three Hundred Fifty-Sixth Omnibus Objection to Claims (Misclassified Claims)," dated September 21, 2012 [Docket No. 31048], (the "357th Omnibus Objection"), and

j) "Notice of Hearing on Three Hundred Fifty-Eighth Omnibus Objection to Claims (Improper Amendments)," dated September 21, 2012, to which was attached the "Three Hundred Fifty-Seventh Omnibus Objection to Claims (Improper Amendments)," dated September 21, 2012 [Docket No. 31049], (the "358th Omnibus Objection"),

by causing true and correct copies of the:

i. 349th Omnibus Objection, 350th Omnibus Objection, 351st Omnibus Objection, 352nd Omnibus Objection, 353rd Omnibus Objection, 354th Omnibus Objection, 355th Omnibus Objection, 356th Omnibus Objection, 357th Omnibus Objection, and 358th Omnibus Objection, to be delivered via electronic mail to those parties listed on the annexed Exhibit A, on September 21, 2012

ii. 349th Omnibus Objection, 350th Omnibus Objection, 351st Omnibus Objection, 352nd Omnibus Objection, 353rd Omnibus Objection, 354th Omnibus Objection, 355th Omnibus Objection, 356th Omnibus Objection, 357th Omnibus Objection, and 358th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, on September 21, 2012

iii.     349th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>, on September 21, 2012

iv.     350th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>, on September 21, 2012

v.     351st Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>, on September 21, 2012

vi.     352nd Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>, on September 21, 2012

vii.     353rd Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u>, on September 21, 2012

viii.     354th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit H</u>, on September 21, 2012

ix.     355th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit I</u>, on September 21, 2012

x.     356th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit J</u>, on September 21, 2012

xi.     357th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit K</u>, on September 21, 2012,

xii.     358th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit L</u>, on September 21, 2012, and

xiii.     358th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit M</u>, on September 26, 2012.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*

Pete Caris

Sworn to before me this
26th day of September, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | avenes@whitecase.com | cp@stevenslee.com |
| aalfonso@willkie.com | azylberberg@whitecase.com | cpappas@dilworthlaw.com |
| abeaumont@fklaw.com | bankr@zuckerman.com | craig.goldblatt@wilmerhale.com |
| abraunstein@riemerlaw.com | bankruptcy@goodwin.com | crmomjian@attorneygeneral.gov |
| acaton@kramerlevin.com | bankruptcy@morrisoncohen.com | cs@stevenslee.com |
| acker@chapman.com | bankruptcy@ntexas-attorneys.com | csalomon@beckerglynn.com |
| adam.brezine@hro.com | bankruptcymatters@us.nomura.com | cschreiber@winston.com |
| adarwin@nixonpeabody.com | barbra.parlin@hklaw.com | cshore@whitecase.com |
| adiamond@diamondmccarthy.com | bbisignani@postschell.com | cshulman@sheppardmullin.com |
| aeckstein@blankrome.com | bcarlson@co.sanmateo.ca.us | ctatelbaum@adorno.com |
| aentwistle@entwistle-law.com | bdk@schlamstone.com | cwalsh@mayerbrown.com |
| afriedman@irell.com | bguiney@pbwt.com | cward@polsinelli.com |
| agbanknewyork@ag.tn.gov | bkmail@prommis.com | cweber@ebg-law.com |
| aglenn@kasowitz.com | bmanne@tuckerlaw.com | cweiss@ingramllp.com |
| agold@herrick.com | bmiller@mofo.com | dallas.bankruptcy@publicans.com |
| agoldstein@tnsj-law.com | boneill@kramerlevin.com | daniel.guyder@allenovery.com |
| aisenberg@saul.com | brian.corey@greentreecreditsolutions.com | dave.davis@isgria.com |
| akantesaria@oppenheimerfunds.com | brosenblum@jonesday.com | david.bennett@tklaw.com |
| akolod@mosessinger.com | broy@rltlawfirm.com | david.heller@lw.com |
| akornikova@lcbf.com | bruce.wright@sutherland.com | david.powlen@btlaw.com |
| alum@ftportfolios.com | bstrickland@wtplaw.com | david.seligman@kirkland.com |
| amarder@msek.com | btrust@mayerbrown.com | davids@blbglaw.com |
| amartin@sheppardmullin.com | bturk@tishmanspeyer.com | davidwheeler@mvalaw.com |
| amcmullen@boultcummings.com | bwolfe@sheppardmullin.com | dbalog@intersil.com |
| amenard@tishmanspeyer.com | cahn@clm.com | dbarber@bsblawyers.com |
| andrew.brozman@cliffordchance.com | calbert@reitlerlaw.com | dbaumstein@whitecase.com |
| andrew.lourie@kobrekim.com | canelas@pursuitpartners.com | dbesikof@loeb.com |
| angelich.george@arentfox.com | carol.weinerlevy@bingham.com | dcimo@gjb-law.com |
| ann.reynaud@shell.com | cbelisle@wfw.com | dcoffino@cov.com |
| anthony_boccanfuso@aporter.com | cbelmonte@ssbb.com | dcrapo@gibbonslaw.com |
| aoberry@bermanesq.com | cbrotstein@bm.net | ddavis@paulweiss.com |
| aostrow@beckerglynn.com | cdesiderio@nixonpeabody.com | ddrebsky@nixonpeabody.com |
| apo@stevenslee.com | cgoldstein@stcwlaw.com | ddunne@milbank.com |
| aquale@sidley.com | chammerman@paulweiss.com | deggermann@kramerlevin.com |
| arahl@reedsmith.com | charles@filardi-law.com | deggert@freebornpeters.com |
| arheaume@riemerlaw.com | charles_malloy@aporter.com | demetra.liggins@tklaw.com |
| arlbank@pbfcm.com | chipford@parkerpoe.com | dfelder@orrick.com |
| arosenblatt@chadbourne.com | chris.donoho@lovells.com | dflanigan@polsinelli.com |
| arthur.rosenberg@hklaw.com | christopher.schueller@bipc.com | dgrimes@reedsmith.com |
| arwolf@wlrk.com | clarkb@sullcrom.com | dhayes@mcguirewoods.com |
| aseuffert@lawpost-nyc.com | clynch@reedsmith.com | dheffer@foley.com |
| ashmead@sewkis.com | cmontgomery@salans.com | diconzam@gtlaw.com |
| asnow@ssbb.com | cohen@sewkis.com | djoseph@stradley.com |
| aunger@sidley.com | colea@gtlaw.com | dkleiner@velaw.com |
| austin.bankruptcy@publicans.com | contact@lawofficesjje.com | dkozusko@willkie.com |

| | | |
|---|---|---|
| dlemay@chadbourne.com | fhyman@mayerbrown.com | jbeemer@entwistle-law.com |
| dlipke@vedderprice.com | foont@foontlaw.com | jbeiers@co.sanmateo.ca.us |
| dludman@brownconnery.com | francois.janson@hklaw.com | jbird@polsinelli.com |
| dmcguire@winston.com | fsosnick@shearman.com | jbromley@cgsh.com |
| dmurray@jenner.com | fyates@sonnenschein.com | jcarberry@cl-law.com |
| dneier@winston.com | gabriel.delvirginia@verizon.net | jchristian@tobinlaw.com |
| dodonnell@milbank.com | gbray@milbank.com | jchubak@proskauer.com |
| dove.michelle@dorsey.com | ggitomer@mkbattorneys.com | jdoran@haslaw.com |
| dpegno@dpklaw.com | ggoodman@foley.com | jdrucker@coleschotz.com |
| draelson@fisherbrothers.com | giddens@hugheshubbard.com | jdyas@halperinlaw.net |
| dravin@wolffsamson.com | gkaden@goulstonstorrs.com | jean-david.barnea@usdoj.gov |
| drose@pryorcashman.com | glenn.siegel@dechert.com | jeanites@whiteandwilliams.com |
| drosenzweig@fulbright.com | gmoss@riemerlaw.com | jeannette.boot@wilmerhale.com |
| drosner@goulstonstorrs.com | gravert@ravertpllc.com | jeff.wittig@coair.com |
| drosner@kasowitz.com | gspilsbury@jsslaw.com | jeffery.black@bingham.com |
| dshaffer@wtplaw.com | harrisjm@michigan.gov | jeffrey.sabin@bingham.com |
| dshemano@pwkllp.com | harveystrickon@paulhastings.com | jeldredge@velaw.com |
| dspelfogel@foley.com | hbeltzer@mayerbrown.com | jen.premisler@cliffordchance.com |
| dtatge@ebglaw.com | heim.steve@dorsey.com | jennifer.demarco@cliffordchance.com |
| dtheising@harrisonmoberly.com | heiser@chapman.com | jennifer.gore@shell.com |
| dwdykhouse@pbwt.com | hollace.cohen@troutmansanders.com | jeremy.eiden@ag.state.mn.us |
| dwildes@stroock.com | holsen@stroock.com | jfalgowski@reedsmith.com |
| dworkman@bakerlaw.com | howard.hawkins@cwt.com | jflaxer@golenbock.com |
| easmith@venable.com | hseife@chadbourne.com | jfox@joefoxlaw.com |
| echang@steinlubin.com | hsnovikoff@wlrk.com | jfreeberg@wfw.com |
| ecohen@russell.com | hsteel@brownrudnick.com | jg5786@att.com |
| efleck@milbank.com | icatto@mwe.com | jgenovese@gjb-law.com |
| efriedman@fklaw.com | igoldstein@dl.com | jguy@orrick.com |
| efriedman@friedumspring.com | igoldstein@proskauer.com | jherzog@gklaw.com |
| eglas@mccarter.com | ilevee@lowenstein.com | jhiggins@fdlaw.com |
| ekbergc@lanepowell.com | ira.herman@tklaw.com | jhorgan@phxa.com |
| eleicht@whitecase.com | isgreene@hhlaw.com | jhuggett@margolisedelstein.com |
| eli.mattioli@klgates.com | israel.dahan@cwt.com | jim@atkinslawfirm.com |
| ellen.halstead@cwt.com | iva.uroic@dechert.com | jjoyce@dresslerpeters.com |
| emerberg@mayerbrown.com | jacobsonn@sec.gov | jjtancredi@daypitney.com |
| enkaplan@kaplanlandau.com | james.heaney@lawdeb.com | jjureller@klestadt.com |
| eobrien@sbchlaw.com | james.mcclammy@dpw.com | jkehoe@btkmc.com |
| erin.mautner@bingham.com | james.sprayregen@kirkland.com | jlamar@maynardcooper.com |
| eschwartz@contrariancapital.com | jamestecce@quinnemanuel.com | jlawlor@wmd-law.com |
| esmith@dl.com | jamie.nelson@dubaiic.com | jlee@foley.com |
| etillinghast@sheppardmullin.com | jar@outtengolden.com | jlevitin@cahill.com |
| ezujkowski@emmetmarvin.com | jason.jurgens@cwt.com | jlipson@crockerkuno.com |
| ezweig@optonline.net | jay.hurst@oag.state.tx.us | jlovi@steptoe.com |
| fbp@ppgms.com | jay@kleinsolomon.com | jlscott@reedsmith.com |
| ffm@bostonbusinesslaw.com | jbecker@wilmingtontrust.com | jmaddock@mcguirewoods.com |

| | | |
|---|---|---|
| jmakower@tnsj-law.com | ken.coleman@allenovery.com | lwhidden@salans.com |
| jmazermarino@msek.com | ken.higman@hp.com | mabrams@willkie.com |
| jmcginley@wilmingtontrust.com | kerry.moynihan@hro.com | maofiling@cgsh.com |
| jmelko@gardere.com | kgwynne@reedsmith.com | marc.chait@sc.com |
| jmerva@fult.com | kiplok@hugheshubbard.com | margolin@hugheshubbard.com |
| jmmurphy@stradley.com | kjarashow@fklaw.com | mark.bane@ropesgray.com |
| jmr@msf-law.com | kkelly@ebglaw.com | mark.deveno@bingham.com |
| jnadritch@olshanlaw.com | kkolbig@mosessinger.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klyman@irell.com | mark.ellenberg@cwt.com |
| john.monaghan@hklaw.com | klynch@formanlaw.com | mark.hellerer@pillsburylaw.com |
| john.rapisardi@cwt.com | kmayer@mccarter.com | mark.sherrill@sutherland.com |
| jorbach@hahnhessen.com | kobak@hugheshubbard.com | martin.davis@ots.treas.gov |
| joseph.cordaro@usdoj.gov | korr@orrick.com | marvin.clements@ag.tn.gov |
| joshua.dorchak@bingham.com | kovskyd@pepperlaw.com | matt@willaw.com |
| jowen769@yahoo.com | kpiper@steptoe.com | matthew.klepper@dlapiper.com |
| jowolf@law.nyc.gov | kressk@pepperlaw.com | maustin@orrick.com |
| joy.mathias@dubaiic.com | kreynolds@mklawnyc.com | max.polonsky@skadden.com |
| jpintarelli@mofo.com | krosen@lowenstein.com | mbenner@tishmanspeyer.com |
| jporter@entwistle-law.com | kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| jprol@lowenstein.com | kurt.mayr@bgllp.com | mberman@nixonpeabody.com |
| jrabinowitz@rltlawfirm.com | lacyr@sullcrom.com | mbienenstock@proskauer.com |
| jrsmith@hunton.com | landon@streusandlandon.com | mbloemsma@mhjur.com |
| jschwartz@hahnhessen.com | lapeterson@foley.com | mbossi@thompsoncoburn.com |
| jsheerin@mcguirewoods.com | lathompson@co.sanmateo.ca.us | mcademartori@sheppardmullin.com |
| jshickich@riddellwilliams.com | lberkoff@moritthock.com | mcantor@normandyhill.com |
| jsmairo@pbnlaw.com | lee.stremba@troutmansanders.com | mccombst@sullcrom.com |
| jstoll@mayerbrown.com | lgotko@fklaw.com | mcordone@stradley.com |
| jsullivan@mosessinger.com | lgranfield@cgsh.com | mcto@debevoise.com |
| jteitelbaum@tblawllp.com | lhandelsman@stroock.com | mcyganowski@oshr.com |
| jtimko@shutts.com | linda.boyle@twtelecom.com | mdorval@stradley.com |
| jtorf@schiffhardin.com | lisa.ewart@wilmerhale.com | melorod@gtlaw.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | meltzere@pepperlaw.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | metkin@lowenstein.com |
| jvail@ssrl.com | lkatz@ltblaw.com | mfeldman@willkie.com |
| jwallack@goulstonstorrs.com | lkiss@klestadt.com | mgordon@briggs.com |
| jwang@sipc.org | lmarinuzzi@mofo.com | mgreger@allenmatkins.com |
| jwcohen@daypitney.com | lmay@coleschotz.com | mh1@mccallaraymer.com |
| jweiss@gibsondunn.com | lmcgowen@orrick.com | mhopkins@cov.com |
| jwest@velaw.com | lml@ppgms.com | michael.frege@cms-hs.com |
| jwh@njlawfirm.com | lnashelsky@mofo.com | michael.kelly@monarchlp.com |
| kanema@formanlaw.com | loizides@loizides.com | michael.kim@kobrekim.com |
| karen.wagner@dpw.com | lromansic@steptoe.com | michael.mccrory@btlaw.com |
| kdwbankruptcydepartment@kelleydrye.com | lscarcella@farrellfritz.com | millee12@nationwide.com |
| keckhardt@hunton.com | lschweitzer@cgsh.com | miller@taftlaw.com |
| keith.simon@lw.com | lubell@hugheshubbard.com | mimi.m.wong@irscounsel.treas.gov |

| | | |
|---|---|---|
| mitchell.ayer@tklaw.com | paul.turner@sutherland.com | robert.dombroff@bingham.com |
| mjedelman@vedderprice.com | pbattista@gjb-law.com | robert.henoch@kobrekim.com |
| mjr1@westchestergov.com | pbosswick@ssbb.com | robert.malone@dbr.com |
| mkjaer@winston.com | pdublin@akingump.com | robert.yalen@usdoj.gov |
| mlahaie@akingump.com | peisenberg@lockelord.com | robin.keller@lovells.com |
| mlandman@lcbf.com | peter.gilhuly@lw.com | roger@rnagioff.com |
| mlichtenstein@crowell.com | peter.macdonald@wilmerhale.com | ronald.silverman@bingham.com |
| mlynch2@travelers.com | peter.simmons@friedfrank.com | ross.martin@ropesgray.com |
| mmendez@hunton.com | peter@bankrupt.com | rqureshi@reedsmith.com |
| mmooney@deilylawfirm.com | pfeldman@oshr.com | rrainer@wmd-law.com |
| mmorreale@us.mufg.jp | phayden@mcguirewoods.com | rreid@sheppardmullin.com |
| mneier@ibolaw.com | philip.wells@ropesgray.com | rroupinian@outtengolden.com |
| monica.lawless@brookfieldproperties.com | pmaxcy@sonnenschein.com | rrussell@andrewskurth.com |
| mpage@kelleydrye.com | ppascuzzi@ffwplaw.com | rterenzi@stcwlaw.com |
| mparry@mosessinger.com | ppatterson@stradley.com | russj4478@aol.com |
| mpomerantz@julienandschlesinger.com | psp@njlawfirm.com | rwasserman@cftc.gov |
| mprimoff@kayescholer.com | ptrain-gutierrez@kaplanlandau.com | rwyron@orrick.com |
| mpucillo@bermanesq.com | ptrostle@jenner.com | s.minehan@aozorabank.co.jp |
| mrosenthal@gibsondunn.com | r.stahl@stahlzelloe.com | sabin.willett@bingham.com |
| mruetzel@whitecase.com | raj.madan@bingham.com | sabramowitz@velaw.com |
| mschimel@sju.edu | ramona.neal@hp.com | sabvanrooy@hotmail.com |
| mschlesinger@julienandschlesinger.com | raul.alcantar@ropesgray.com | sagolden@hhlaw.com |
| msegarra@mayerbrown.com | rbeacher@pryorcashman.com | sally.henry@skadden.com |
| mshiner@tuckerlaw.com | rbernard@foley.com | samuel.cavior@pillsburylaw.com |
| msiegel@brownrudnick.com | rbyman@jenner.com | sandyscafaria@eaton.com |
| msolow@kayescholer.com | rdaversa@orrick.com | sara.tapinekis@cliffordchance.com |
| mspeiser@stroock.com | relgidely@gjb-law.com | scargill@lowenstein.com |
| mstamer@akingump.com | rfleischer@pryorcashman.com | schannej@pepperlaw.com |
| mvenditto@reedsmith.com | rfrankel@orrick.com | schepis@pursuitpartners.com |
| mwarren@mtb.com | rfriedman@silvermanacampora.com | schnabel.eric@dorsey.com |
| nathan.spatz@pillsburylaw.com | rgmason@wlrk.com | schristianson@buchalter.com |
| ncoco@mwe.com | rgraham@whitecase.com | schwartzmatthew@sullcrom.com |
| neal.mann@oag.state.ny.us | rhett.campbell@tklaw.com | scottshelley@quinnemanuel.com |
| ned.schodek@shearman.com | richard.fingard@newedge.com | scousins@armstrongteasdale.com |
| neilberger@teamtogut.com | richard.lear@hklaw.com | sdnyecf@dor.mo.gov |
| newyork@sec.gov | richard.levy@lw.com | sehlers@armstrongteasdale.com |
| nherman@morganlewis.com | richard.tisdale@friedfrank.com | seichel@crowell.com |
| nickolas.karavolas@pillsburylaw.com | richard@rwmaplc.com | sfelderstein@ffwplaw.com |
| nissay_10259-0154@mhmjapan.com | ritkin@steptoe.com | sfineman@lchb.com |
| nlepore@schnader.com | rjones@boultcummings.com | sfox@mcguirewoods.com |
| notice@bkcylaw.com | rleek@hodgsonruss.com | sgordon@cahill.com |
| oipress@travelers.com | rlevin@cravath.com | sgubner@ebg-law.com |
| otccorpactions@finra.org | rmatzat@hahnhessen.com | shannon.nagle@friedfrank.com |
| paronzon@milbank.com | rnetzer@willkie.com | sharbeck@sipc.org |
| patrick.oh@freshfields.com | robert.bailey@bnymellon.com | shari.leventhal@ny.frb.org |

shgross5@yahoo.com

sidorsky@butzel.com

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

steven@blbglaw.com

streusand@streusandlandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

tgoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

thomas_noguerola@calpers.ca.gov

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

tunrad@burnslev.com

twheeler@lowenstein.com

ukreppel@whitecase.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BRELINSKY, MARYANN | C/O JOHN AKARD, JR. COTHAM, HARWELL & O'CONOR, P.C. 1616 S. VOSS, SUITE 200 HOUSTON TX 77057 |
| MOORE, ROBERT CODY | C/O JOHN AKARD JR. COTHAM, HARWELL & O'CONOR, P.C. 1616 S. VOSS, SUITE 200 HOUSTON TX 77057 |
| MOORE, ROBERT CODY | JESS W. MASON, ESQ. JOHN AKARD, ESQ. COTHAM, HARWELL & O'CONOR, P.C. 1616 S. VOSS, SUITE 200 HOUSTON TX 77057 |
| SCHNEIDER, RUSSELL | 11402 STONEY FALLS DRIVE HOUSTON TX 77095 |

Total Creditor count  4

**EXHIBIT D**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ MBS 31 NEW YORK NY 10022 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | THE BANK OF NEW YORK MELLON, AS CAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK NY 10286 |
| ROSE, WALTER E. | C/O ARI H. JAFFE KOHRMAN JACKSON & KRANTZ, PLL ONE CLEVELAND CENTER, 20TH FLOOR 1375 E. 9TH STREET CLEVELAND OH 44114 |
| ROSE, WALTER E. | C/O ARI H. JAFFE KOHRMAN JACKSON & KRANTZ PLL ONE CLEVELAND CENTER, 20TH FLOOR 1375 E. 9TH STREET CLEVELAND OH 44114-1793 |

Total Creditor count  4

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC- SERIES 2008-1 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC- SERIES 2008-1 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |

**Total Creditor count  2**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, | ATTN: ERIC CHENG, SENIOR TRANSACTION MANAGER LEVEL 30, HSBC MAIN BUILDING, 1 QUEEN'S ROAD CENTRAL HONG KONG |
| HSBC TRUSTEE (C.I.) LIMITED | ATTN: IAN GRAHAM, SENIOR MANAGER, CORPORATE SERVICES P.O. BOX 88 1 GRENVILLE STREET ST. HELIER, JERSEY JE4 9PF UNITED KINGDOM |
| HSBC TRUSTEE (C.I.) LIMITED | ATTN: IAN GRAHAM, SENIOR MANAGER, CORPORATE SERVICES P. O. BOX 88 1 GRENVILLE STREET ST. HELIER JE4 9PF UNITED KINGDOM |
| KT CORPORATION | 206 JEONGIA-DONG BUNDANG-GU SEONGNAM-SI GYEONGGI KOREA, REPUBLIC OF |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: UNITED OVERSEAS BANK LIMITED (UOB) ATTN: JEFFERY BENESH AND RON TOROK BANK OF AMERICAS-3RD FLOOR ONE BRYAN PARK NEW YORK NY 10036 |

**Total Creditor count  5**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| ARGA LEBENSVERSICHERUNGS-AG | ATTN: MR. GREGOR JOHN HOLLERITHSTRABE 11 MUNICH D-81829 GERMANY |
| BADEN-BADENER PENSIONSKASSE VVAG | D-76522 BADED-BADEN GERMANY |
| DWS COMMUNICATIONS FUND, INC. | C/O JOHN MILLETTE SECRETARY & VICE PRES. OF THE DWS SECURITIES TRUST ONE BEACON STREET BOSTON MA 02108 |
| E.ON AG | ATTN: DR. PATRICK WOLFF E.ON PLATZ 1 DUSSELDORF 40479 GERMANY |
| E.ON AG | MICHAEL H. TORKIN & SOLOMON J. NOH ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ENAM SECURITIES PVT LTD. | 109/112 DALAMAL TOWER NARIMAN POINT MUMBAI 400021 INDIA |
| ETALK CORPORATION | 2200 ROSS AVENUE, SUITE 3500 DALLAS TX 75201 |
| FRANKLIN AMERICAN MORTGAGE COMPANY | C/O ROGER G. JONES BRADLEY ARANT BOULT CUMMINGS, LLP 1600 DIVISION STREET, SUITE 700 NASHVILLE TN 37203 |
| KIRCHLICHE ZUSATZVERSORGUNGSKASSE DES VERBANDES | DER DIOZESEN DEUTSCHLANDS AM ROMERTURM 8 COLOGNE 50667 GERMANY |
| KREIS EUSKIRCHEN | ABT. 20 JULICHER RING 32 EUSKIRCHEN 53879 GERMANY |
| LMA SPC FOR AND ON BEHALF OF MAP 42 SEGREGATED POR | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LMA SPC FOR AND ON BEHALF OF MAP 42 SEGREGATED POR | C/O LIGHTHOUSE INVESTMENT PARTNERS ATTN: DAVID POLLOK 3801 PGA BLVD, SUITE 500 PALM BEACH GARDENS FL 33410 |
| LUDWIGSFELDE, STADT | RATHAUSSTRASSE 3 LUDWIGSFELDE 14974 GERMANY |
| NISCAYAH, INC. | 2400 COMMERCE AVENUE, BLDG 1100, SUITE 500 DULUTH GA 30096 |
| RHEINBAHN AG | HANSAALLEE 1 40549 DUSSELDORF GERMANY |
| SHINKONG INSURANCE CO., LTD. | 12F, NO. 15, CHIENKUO NORTH ROAD SEC 2 TAIPEI TAIWAN, PROVINCE OF CHINA |
| STADT FREIBURG IM BREISGAU, STADTKAEMMEREI | ATTN: MR. BERND NUSSBAUMER FAHNENBERGPLATZ 4 FREIBURG DE-79098 GERMANY |
| STADT TROISDORF-DER BURGERMEISTER | KOLNER STR. 176 53840 TROISDORF GERMANY |
| STADTVERWALTUNG PADERBORN | AM ABDINGHOF 11 PADERBORN 33098 GERMANY |
| U.S. BANK NATIONAL ASSOCIATION | U.S. BANK OPERATIONS CENTER ATTN: TRUST FINANCE MANAGEMENT LOCKBOX SERVICES-CM9705 PO BOX 70870 ST. PAUL MN 55170-9705 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| UNIMAC FINANCIAL | 350 MICHELA PLACE CARLSTADT NJ 07072 |

**Total Creditor count  22**

**EXHIBIT H**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ESTATE OF MARY A. SULLIVAN | C/O MARIN COUNTY PUBLIC ADMINISTRATOR PO BOX 4220 SAN RAFAEL CA 94913 |
| GUBEREK, PAULINA & SARA | CALLE 152 A # 13-12 APT 414 BOGOTA COLOMBIA |
| PLYMOUTH PARK TAX SERVICES, LLC D/B/A XSPAND | C/O LAW OFFICE OF JUDA J. EPSTEIN 3543 MAIN STREET, SECOND FLOOR BRIDGEPORT CT 06606 |
| SUIJVER, J.A.W. | 8 TONY OFFERMANSWEG KJ LAREN 1251 THE NETHERLANDS |

**Total Creditor count  4**

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| HJSI DEVONSHIRE, LLC | C/O HJ SIMS INVESTMENTS, LLC 3530 POST ROAD, SUITE 301 SOUTHPORT CT 06890 |
| HSBC BANK USA, NA, AS TRUSTEE FOR LEHMAN MORTGAGE | PASS THROUGH CERTIFICATES SERIES 2006-7 SUPPLEMENTAL INTEREST TRUST CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NA, AS TRUSTEE FOR LEHMAN MORTGAGE | C/O PRYOR CASHMAN LLP ATTN: TINA N MOSS, ESQ 7 TIMES SQUARE NEW YORK NY 10036-6569 |

**Total Creditor count  3**

# EXHIBIT J

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| OPMAN/DANOPI, PIERRE | 15A CHERMIN RIEU GENEVA CH-1208 SWITZERLAND |
| RUTTER, JAY P. | 16 REDMOND DR. MADISON NJ 07940 |

**Total Creditor count  2**

**EXHIBIT K**

| Claim Name | Address Information |
|---|---|
| ARCHDIOCESAN PENSION PLAN | C/O ART MONTEGARI, DIRECTOR 1011 FIRST AVENUE NEW YORK NY 10022 |
| ARCHDIOCESAN PENSION PLAN | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| MAGNETAR STRUCTURED CREDIT FUND LP | STROOCK & STROOCK & LAVAN LLP ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR STRUCTURED CREDIT FUND LP | C/O MAGNETAR FINANCIAL LLC ATTN: SUSAN FURMAN 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| PRINCETON YOUNG ACHIEVERS INC | 25 VALLEY ROAD PRINCETON NJ 08540-0000 |

Total Creditor count  5

**EXHIBIT L**

| Claim Name | Address Information |
|---|---|
| MOSS, STEPHEN | P.O. BOX 400, DEPT. LBHI BRONXVILLE NY 10708-0400 |
| REGAN, DAVID T. | 11609 SHAVEN ROCK PLACE RALEIGH NC 27613 |
| YEUNG, BRIAN | 140-37 CHERRY AVENUE APT #5B FLUSHING NY 11355 |

**Total Creditor count  3**

**EXHIBIT M**

| Claim Name | Address Information |
|---|---|
| CAMILLI-BERNAT, MARY | JESSICA GROSSARTH PULLMAN & COMLEY, LLC 850 MAIN STREET, 8TH FLOOR BRIDGEPORT CT 06604 |
| CHU, HELEN | 22 APPLE TREE LN WARREN NJ 07059 |
| DELUCA, PHILIP F. | 45 BIRCH STREET PORT WASHINGTON NY 11050 |
| EMMERT, JAMES R. | 35 PROSPECT AVE GARDEN CITY NY 11530 |
| FERRARO, MICHAEL | 7 BRANCH CT MARLBORO NJ 07746 |
| GAMBARDELLA, LISA | 80 BAY STREET LANDING APT 3B STATEN ISLAND NY 10301 |
| KARP, MICHAEL | 11 CANDLEWOOD DR WEST WINDSOR NJ 08550 |
| LIU, AMY | 2250 BROADWAY APT 6F NEW YORK NY 10024 |
| LYONS, FREDERICK W. | 75 WINGRA AVE RUTHERFORD NJ 07070 |
| MANNINO, JOSEPH | 126 BACK BONE HILL RD CLARKSBURG NJ 08510 |
| MARTIAK, YULIYA | 2 PENCE RD MANALAPAN NJ 07726 |
| MARTINELLI, JOHN E. | 30 HILLSIDE AVE CEDAR GROVE NJ 07009 |
| MARTINELLI, JOHN E. | 30 HILLSIDE AVE CEDAR GROVE NJ 07009-1415 |
| METAXAS, JAMES | 717 BIG RIDGE ESTS. EAST STROUDSBURG PA 18302-7701 |
| MO KAN LI | 166-05  76TH AVE. FRESH MEADOWS NY 11366 |

**Total Creditor count  15**