WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
: 
In re                                                                   :   Chapter 11 Case No.
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (JMP)
                                                                        :
              Debtors.                                              :   (Jointly Administered)
                                                                        :
                                                                        :
---------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT
OF THE THREE HUNDRED TWENTY-NINTH OMNIBUS
OBJECTION TO CLAIMS (MISCLASSIFED CLAIMS) AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing to consider the Three Hundred Twenty-Ninth Objection to Claims (misclassified claims) [ECF No. 29324] that was originally scheduled for August 23, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit 1, to a date to be determined**.

Dated:  September 27, 2012
         New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Lehman Brothers Holdings Inc. and certain of its affiliates

US_ACTIVE:\44104164\2\58399.0011

**Exhibit 1**

| Claimant | Claim Number |
|---|---|
| Andrew Weber | 66938 |
| Andrew Weber | 66940 |