# **Exhibit 1**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 346: EXHIBIT 1 – SUBORDINATED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLASS | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|
| 1 | BAGLEY, MILTON F. ROLLOVER IRA<br>19319 CHAPEL CREEK DRIVE<br>BOCA RATON, FL 33434 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32784 | LBHI Class 11 | $625,000.00* |
| 2 | BENT II, BRUCE R.<br>C/O DUANE MORRIS LLP<br>ATTN: JOHN DELLAPORTAS AND WILLIAM HEUER<br>1540 BROADWAY<br>NEW YORK, NY 10036-4086 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17314 | LBHI Class 11 | Undetermined* |
| 3 | BENT, ARTHUR T.<br>C/O DUANE MORRIS LLP<br>ATTN: JOHN DELLAPORTAS AND WILLIAM HEUER<br>1540 BROADWAY<br>NEW YORK, NY 10036-4086 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17312 | LBHI Class 11 | Undetermined* |
| 4 | BENT, BRUCE R.<br>C/O DUANE MORRIS LLP<br>ATTN: JOHN DELLAPORTAS AND WILLIAM HEUER<br>1540 BROADWAY<br>NEW YORK, NY 10036-4086 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17313 | LBHI Class 11 | Undetermined* |
| 5 | CONTRA COSTA WATER DISTRICT<br>ATTN: BRICE BLEDSOE<br>1331 CONCORD AVENUE<br>P.O. BOX H20<br>CONCORD, CA 94524 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23490 | LBHI Class 11 | Undetermined* |
| 6 | LIGHTEN, WILLIAM E.<br>48 WELLINGTON AVE.<br>NEW ROCHELLE, NY 10804 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28232 | LBHI Class 12 | $4,570,182.71* |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 346: EXHIBIT 1 – SUBORDINATED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLASS | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|
| 7 | NOAH BANK F/K/A ROYAL ASIAN BANK ATTN: JAMES MCSWIGGAN 7301 OLD YORK ROAD ELKINS PARK, PA 19027 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21868 | LBHI Class 11 | Undetermined* |
| 8 | PRIMARY FUND OF THE RESERVE FUND, THE C/O DUANE MORRIS LLP ATTN: JOHN DELLAPORTAS AND WILLIAM HEUER 1540 BROADWAY NEW YORK, NY 10036-4086 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17321 | LBHI Class 11 | Undetermined* |
| 9 | RESERVE INTERNATIONAL LIQUIDITY FUND LTD., THE C/O DUANE MORRIS LLP ATTN: JOHN DELLAPORTAS AND WILLIAM HEUER 1540 BROADWAY NEW YORK, NY 10036-4086 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17318 | LBHI Class 11 | Undetermined* |
| 10 | RESERVE MANAGEMENT COMPANY, INC. C/O DUANE MORRIS LLP ATTN: JOHN DELLAPORTAS AND WILLIAM HEUER 1540 BROADWAY NEW YORK, NY 10036-4086 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17316 | LBHI Class 11 | Undetermined* |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 346: EXHIBIT 1 – SUBORDINATED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLASS | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|
| 11 | RESERVE YIELD PLUS FUND OF THE RESERVE SHORT-TERM INVESTMENT TRUST, THE<br>C/O DUANE MORRIS LLP<br>ATTN: JOHN DELLAPORTAS AND WILLIAM HEUER<br>1540 BROADWAY<br>NEW YORK, NY 10036-4086 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17317 | LBHI Class 11 | Undetermined* |
| 12 | RESRV PARTNERS, INC.<br>C/O DUANE MORRIS LLP<br>ATTN: JOHN DELLAPORTAS AND WILLIAM HEUER<br>1540 BROADWAY<br>NEW YORK, NY 10036-4086 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17315 | LBHI Class 11 | Undetermined* |
| | | | | | | TOTAL | $5,195,182.71 |