# **<u>Exhibit 1</u>**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 132: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

|   | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | KSC AFFORDABLE HOUSING INVESTMENT FUND LLC<br>C/O BRET H. REED, JR, A LAW CORPORATION<br>621 ACACIA AVENUE<br>CORONA DEL MAR, CA 92625 | 18705 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $52,250.00 | Lehman Brothers Special Financing Inc. | Unsecured | $40,000.00 |
|   |   |   |   |   | TOTAL | $52,250.00 |   | TOTAL | $40,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts