**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                          :
**In re**                                                 :      **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :      **08-13555 (JMP)**
                                                          :
                                    **Debtors.**          :      **(Jointly Administered)**
                                                          :
------------------------------------------------------------------x

**SUPPLEMENTAL ORDER MODIFYING ORDER**
**GRANTING THE THREE HUNDRED TWENTY-SEVENTH**
**OMNIBUS OBJECTION TO CLAIMS (PARTNERSHIP AND OTHER**
**EMPLOYEE CLAIMS) SOLELY AS IT RELATES TO CLAIM NUMBER 11089**

WHEREAS on September 10, 2009, Andrew D. Skala (the "Claimant") filed

proof of claim number 11089 (the "Skala Claim") against CES Aviation LLC based on an

interest in the Lehman Brothers Partnership Account Plan;

WHEREAS Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator

under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and

Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases, filed the Three

Hundred Twenty-Seventh Omnibus Objection to Claims (Partnership and Other Employee

Claims),[1] dated July 10, 2012, ECF No. 29322 (the "Three Hundred Twenty-Seventh Omnibus

Objection to Claims"), against the Skala Claim;

WHEREAS the Three Hundred Twenty-Seventh Omnibus Objection to Claims

sought, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"),

Rule 3007(d) of the Federal Rules of Bankruptcy Procedures, and this Court's order approving

procedures for the filing of omnibus objections to proofs of claim, ECF No. 6664 (the

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Three
Hundred Twenty-Seventh Omnibus Objection to Claims.

"Procedures Order"), to allow the Skala Claim as a general unsecured claim in the amount of $16,437.60, all as more fully described in the Three Hundred Twenty-Seventh Omnibus Objection to Claims;

WHEREAS the Court held a hearing on August 23, 2012 (the "Omnibus Hearing") to consider the relief requested in the Three Hundred Twenty-Seventh Omnibus Objection to Claims;

WHEREAS the Court entered an order on August 23, 2012, ECF No. 30340, granting the relief requested in the Three Hundred Twenty-Seventh Omnibus Objection to Claims (the "Order"), which, among other things, allowed the Skala Claim as a general unsecured claim against CES Aviation LLC in the amount of $16,437.60;

WHEREAS the Skala Claim was inadvertently allowed against CES Aviation LLC and should have been allowed against LBHI instead of CES Aviation LLC because CES Aviation LLC has no liability for the partnership interests asserted in the Skala Claim;

**IT IS HEREBY**:

ORDERED that the Skala Claim shall be allowed as a general unsecured claim against LBHI in the amount of $16,437.60 instead of allowed as a general unsecured claim against CES Aviation LLC in the amount of $16,437.60; and it is further

ORDERED that other than with respect to the Skala Claim, this Supplemental Order shall have no affect on the claims subject to the Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Supplemental Order.

Dated: New York, New York
         September 28, 2012

                              *s/ James M. Peck*
                              HONORABLE JAMES M. PECK
                              UNITED STATES BANKRUPTCY JUDGE