# **Exhibit 1**

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 140: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 1 | BANQUE SAFDIE SA<br>1, RUE DE LA TOUR-DE-L'ILE<br>CASE POSTALE 5415<br>CH - 1211<br>GENEVE 11, SWITZERLAND | 09/22/2009 | 08-13555 (JMP) | 33557[1] | $3,131,753.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE<br>ATTN: JULIE J. BECKER<br>50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA<br>MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $48,883,940,671.38 | Duplicative of Indenture Trustee Claim |
| | | | | | | BANK OF NEW YORK MELLON,<br>AS INDENTURE TRUSTEE FOR CUSIP 52520E200<br>THE BANK OF NEW YORK<br>ATTN: JOHN GUILIANO<br>101 BARCLAY STREET 8 WEST<br>NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 22123 | $416,013,746.69 | |
| | | | | | | U.S. BANK NATIONAL ASSOCIATION<br>U.S. BANK OPERATIONS CENTER<br>ATTN: TRUST FINANCE MANAGEMENT<br>LOCKBOX SERVICES-CM9705<br>PO BOX 70870<br>ST. PAUL, MN 55170-9705 | 09/22/2009 | 08-13555 (JMP) | 30871 | Undetermined | |

---

[1] Claim 33557 is being expunged solely with respect to its asserted claim of $2,901,519 for the securities with CUSIP Nos. 52517PXW6, 5252M0CM7, 52517PUP4, 52517PE31, 52517P7H8, 5252M0CH8, 5252M0DG9, 5252M0EA1, 5252M0EU7, 52520E200, 524908XA3, and 5252M0BL0. The portion of Claim 33557 that is asserting a claim of $230,234 for the security with CUSIP No. US5249081002 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 33557 in the future.

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 140: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| | | | TOTAL | $3,131,753.00 | | | | | | |