# **<u>Exhibit 1</u>**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 324: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 89 | STADT ESCHBORN RATHAUSPLATZ 36 ESCHBORN, 65760 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/24/2009 | 9278 | $1,485,990.00 | Claim 9278 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| | | | | | TOTAL | $1,485,990.00 | |