# **Exhibit 1**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 347: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | TOTAL CLAIM DOLLARS SUBJECT TO OBJECTION | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | AGRAWAL, SHASHANK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/15/2009 | 13002 | $1,400,470.76 | Undetermined | $1,400,470.76 |
| 2 | AINSLIE, MICHAEL L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66193 | Undetermined | Undetermined | Undetermined |
| 3 | AKERS, JOHN F. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66192 | Undetermined | Undetermined | Undetermined |
| 4 | BERLIND, ROGER S. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66186 | Undetermined | Undetermined | Undetermined |
| 5 | COVEY, DAVID J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 19815 | $626,992.88 | Undetermined | $626,992.88 |
| 6 | CRUIKSHANK, THOMAS H. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66185 | Undetermined | Undetermined | Undetermined |
| 7 | DEEGAN, CHRISTOPHER J | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30076 | $143,198.00 | $121,883.00 | $21,315.00 |
| 8 | EVANS, MARSHA JOHNSON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66189 | Undetermined | Undetermined | Undetermined |
| 9 | GENT, CHRISTOPHER, SIR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66190 | Undetermined | Undetermined | Undetermined |
| 10 | HERNANDEZ, ROLAND A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66183 | Undetermined | Undetermined | Undetermined |
| 11 | HUGHSON, PAUL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 29627 | $10,950.00  * | Undetermined | $10,950.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 347: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | TOTAL CLAIM DOLLARS SUBJECT TO OBJECTION | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 12 | KAUFMAN, HENRY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66188 | Undetermined | Undetermined | Undetermined |
| 13 | LAX, STEPHEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/16/2009 | 13727 | $60,900.00 | $5,657.00 | $55,243.00 |
| 14 | LEGER, EITAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 21394 | $200,000.00 | Undetermined | $200,000.00 |
| 15 | MACOMBER, JOHN D. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2010 | 66184 | Undetermined | Undetermined | Undetermined |
| 16 | SPITAL, SAUL H. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/28/2009 | 9607 | $30,000.00 | Undetermined | $30,000.00 |
| 17 | SPITAL, SAUL H. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/28/2009 | 9609 | $100,000.00 | Undetermined | $100,000.00 |
| 18 | SPITAL, SAUL H. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/28/2009 | 9610 | $89,806.68 | Undetermined | $89,806.68 |
| 19 | VAI, CRISTIANA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/16/2009 | 13763 | $292,431.33 | Undetermined | $292,431.33 |
| | | | | | TOTAL | $2,954,749.65 | $127,540.00 | $2,827,209.65 |

\* - Indicates claim contains unliquidated and/or undetermined amounts