# **Exhibit 1**

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 338: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | COSENZA, JO-ANNE<br>3133 B. MORLEY AVE<br>STATEN ISLAND, NY 10306 | | Lehman No Case Asserted/All Cases Asserted | 07/03/2012 | 68114 | $10,000.00 | Late-Filed Claim |
| 2 | MINERO, ROBERT T.<br>8 SHEFFIELD ROAD<br>SUMMIT, NJ 07901 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/04/2012 | 68109 | $21,315.00 | Late-Filed Claim |
| | | | | | TOTAL | $31,315.00 | |