# **<u>Exhibit 1</u>**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 342: EXHIBIT 1 - EMPLOYMENT-RELATED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT NOT SUBJECT TO THIS OBJECTION | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BARICEVIC, JOANNA M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/16/2009 | 13425 | Undetermined | Undetermined | Undetermined | Priority | Undetermined |
| 2 | BARICEVIC, JOANNA M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/16/2009 | 13426 | $56,000.00 * | $56,000.00 | | Priority | Undetermined |
| 3 | BRIER, BRUCE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/23/2009 | 34372 | $489,000.00 | $366,000.00 | | Priority Unsecured | $10,950.00 $112,050.00 $123,000.00 |
| 4 | BROADBENT, WILLIAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/9/2009 | 65126 | $1,870,078.90 | $44,217.84 | | Unsecured | $1,825,861.06 |
| 5 | COVEY, DAVID J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 19815 | $626,992.88 | $626,992.88 | | | None |
| 6 | FILLER, RONALD H. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 18688 | Undetermined | Undetermined | | Priority | Undetermined |
| 7 | HEALY, MICHAEL C | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31874 | $18,119.85 | $18,119.85 | | | None |
| 8 | JENDRUSIAK, KARINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/11/2009 | 7998 | Undetermined | Undetermined | | Priority | Undetermined |
| 9 | KEY, TIMOTHY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/7/2009 | 1616 | $269,105.00 | $269,105.00 | | | None |
| 10 | MCCARTHY, ROBERT E. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/4/2009 | 10413 | $208,000.00 | $203,000.00 | | Unsecured | $5,000.00 |
| 11 | SALVATORE, JULIANNE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/8/2009 | 10633 | $776,889.00 | $112,959.00 | | Unsecured | $663,930.00 |
| 12 | SINER, JASON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/6/2008 | 534 | $111,546.99 | $96,712.44 | | Unsecured | $14,834.55 |
| 13 | STATHATOS, ELEFTERIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30358 | Undetermined | Undetermined | | | None |
| 14 | STONE, DEBRA L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27931 | $16,334.00 | $16,334.00 | | | None |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 342: EXHIBIT 1 - EMPLOYMENT-RELATED CLAIMS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNT TO BE DISALLOWED | AMOUNT TO BE RECLASSIFIED AS EQUITY INTEREST | AMOUNT NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 15 THAI, THANH H. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/18/2009 | 8619 | $547,903.86 | $547,903.86 | | None |
| | | | | Total | $4,989,970.48 | $2,357,344.87 | $0.00 | $2,632,625.61 |

\* - Indicates claim contains unliquidated and/or undetermined amounts