# **<u>Exhibit 1</u>**

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 344: EXHIBIT 1 – DUPLICATIVE CLAIMS**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | BURGER, MARTIN S.<br>10 CITY PLACE, TRUMP TOWER, 29D<br>WHITE PLAINS, NY 10601 | 09/30/2011 | 08-13893 (JMP) | 67672 | $183,307.80 | BURGER, MARTIN S.<br>10 CITY PLACE, TRUMP TOWER, 29D<br>WHITE PLAINS, NY 10601 | 01/14/2009 | 08-13893 (JMP) | 1703 | $183,307.80 |
| 2 | BURGER, MARTIN S.<br>10 CITY PLACE, TRUMP TOWER, 29D<br>WHITE PLAINS, NY 10601 | 09/30/2011 | 08-13893 (JMP) | 67673 | $50,000.00 | BURGER, MARTIN S.<br>10 CITY PLACE, TRUMP TOWER, 29D<br>WHITE PLAINS, NY 10601 | 01/14/2009 | 08-13893 (JMP) | 1702 | $50,000.00 |
| 3 | HAMM, WILLIAM A. & RUTH<br>3619 THORNDIKE DR<br>FAYETTEVILLE, NC 28311-0308 | 08/03/2009 | 08-13555 (JMP) | 7200 | $12,000.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE<br>ATTN: JULIE J. BECKER<br>50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA<br>MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $48,883,940,671.38 |
| 4 | MCCULLY, MICHAEL K.<br>340 EAST 23RD STREET APARTMENT 5M<br>NEW YORK, NY 10010-4747 | 12/15/2009 | 08-13555 (JMP) | 65947 | $148,735.70 | MCCULLY, MICHAEL K.<br>340 EAST 23RD STREET APARTMENT 5M<br>NEW YORK, NY 10010-4747 | 12/15/2009 | 08-13555 (JMP) | 65946 | $148,735.70 |
| 5 | RODGERS, CATHERINE M.<br>477 HARRISON STREET<br>NUTLEY, NJ 07110 | 09/22/2009 | 08-13555 (JMP) | 32723 | Undetermined | RODGERS, CATHERINE M.<br>477 HARRISON STREET<br>NUTLEY, NJ 07110 | 09/22/2009 | 08-13555 (JMP) | 32722 | $54,417.61 |
| | | | | TOTAL | $394,043.50 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts