# **Exhibit 1**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 340: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 8<br>ATTN: THE DIRECTORS<br>AIB INTERNATIONAL CENTRE<br>I.F.S.C.<br>DUBLIN 1,<br>IRELAND | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20320 | Undetermined* | No Liability Claim – Derivative Settled |
| 2 | ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 8<br>ATTN: THE DIRECTORS<br>AIB INTERNATIONAL CENTRE<br>I.F.S.C.<br>DUBLIN 1,<br>IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20321 | Undetermined* | No Liability Claim – Derivative Settled |
| 3 | CHATTANOOGA-HAMILTON COUNTY HOSPITAL AUTHORITY<br>KING & SPALDING LLP<br>ATTN: JOHN F ISBELL<br>1180 PEACHTREE STREET, N.E.<br>ATLANTA, GA 30309 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31100 | Undetermined* | No Liability Claim – Derivative Settled |
| 4 | CHATTANOOGA-HAMILTON COUNTY HOSPITAL AUTHORITY<br>KING & SPALDING LLP<br>ATTN: JOHN F ISBELL<br>1180 PEACHTREE STREET, N.E.<br>ATLANTA, GA 30309 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31101 | Undetermined* | No Liability Claim – Derivative Settled |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 340: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | GUADELETE INVESTMENTS SARL<br>ATTN: DANIEL JANE (ON BEHLAF OF ALCANJANE S.A.R.L.),<br>PHILIPPE TOUSSAINT & ERIC MAGRINI AS DIRECTORS OF GUADELETE<br>INVESTMENTS OF SARL<br>22, RUE JEAN-PIERRE BRASSEUR<br><br>LUXEMBOURG | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27209 | $151,297.00* | No Liability Claim – Derivative Settled |
| 6 | GUADELETE INVESTMENTS SARL<br>ATTN: DANIEL JANE (ON BEHALF OF ALCANJANE S.A.R.L.), PHILIPPE TOUSSAINT & ERIC MAGRINI AS DIRECTORS OF GUADELETE INVESTMENTS SARL<br>22, RUE JEAN-PIERRE BRASSEUR<br>L-1258 LUXEMBOURG, G.D. LUXEMBOURG<br><br>LUXEMBOURG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27210 | Undetermined* | No Liability Claim – Derivative Settled |
| 7 | PHOENIX 2002-1 LIMITED<br>C/O THE BANK OF NEW YORK MELLON<br>GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP<br>ATTN: SANJAY JOBANPUTRA<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28481 | Undetermined* | No Liability Claim – Derivative Settled |

\* - Indicates claim contains unliquidated and/or undetermined amounts

### IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 340: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | PHOENIX 2002-1 LIMITED<br>C/O THE BANK OF NEW YORK MELLON<br>GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP<br>ATTN: SANJAY JOBANPUTRA<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28482 | Undetermined* | No Liability Claim – Derivative Settled |
| 9 | QUARTZ FINANCE PUBLIC LIMITED COMPANY<br>SERIES 2003-1 ELDON STREET B<br>ATTN: SANJAY JOBANPUTRA<br>C/O BNY CORPORATE TRUST SERVICES LIMITED<br>GLOBAL CORPORATE TRUST SERVICES-DEFUALT GROUP<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26055 | Undetermined* | No Liability Claim – Derivative Settled |
| 10 | QUARTZ FINANCE PUBLIC LIMITED COMPANY<br>SERIES 2003-1 ELDON STREET B<br>ATTN: SANJAY JOBANPUTRA<br>C/O BNY CORPORATE TRUST SERVICES LIMITED<br>GLOBAL CORPORATE TRUST SERVICES-DEFUALT GROUP<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26056 | Undetermined* | No Liability Claim – Derivative Settled |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 340: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | QUARTZ FINANCE PUBLIC LIMITED COMPANY SERIES 2003-1 ELDON STREET A ATTN: SANJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES-DEFUALT GROUP LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26057 | Undetermined* | No Liability Claim – Derivative Settled |
| 12 | QUARTZ FINANCE PUBLIC LIMITED COMPANY SERIES 2003-1 ELDON STREET A ATTN: SANJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES-DEFUALT GROUP LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 26058 | Undetermined* | No Liability Claim – Derivative Settled |
| | | | | | TOTAL | $151,297.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts