# **Exhibit 1**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 337: EXHIBIT 1 – NO LIABILITY TAX CLAIMS

| # | Creditor | Case No. | Debtor | Date Filed | Claim # | Amount |
|---|---|---|---|---|---|---|
| 1 | ARLINGTON INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/10/2008 | 147 | $2,060.91 |
| 2 | COUNTY OF SANTA CLARA<br>TAX COLLECTOR<br>COUNTY GOVERNMENT CENTER<br>6TH FLOOR, EAST WING<br>70 WEST HEDDING STREET<br>SAN JOSE, CA 95110 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/20/2009 | 4502 | $1,107,221.21 |
| 3 | FARMINGTON TAX COLLECTOR<br>1 MONTEITH DRIVE<br>FARMINGTON, CT 06032-1053 | 09-10137 (JMP) | BNC Mortgage LLC | 07/15/2009 | 5362 | $5,039.32 |
| 4 | KELLER INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/10/2008 | 144 | $4,264.41 |
| 5 | L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90051-0110 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10661 | $912,364.71 |
| 6 | MANSFIELD INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/10/2008 | 148 | $3,654.15 |
| 7 | PLACER COUNTY TAX COLLECTOR<br>PLACER COUNTY TAX COLLECTORS OFFFICE<br>2976 RICHARDSON RD<br>AUBURN, CA 95603 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/01/2009 | 10048 | $9,799.88* |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 337: EXHIBIT 1 – NO LIABILITY TAX CLAIMS

| # | Creditor | Case | Debtor | Date Filed | Claim # | Amount |
|---|---|---|---|---|---|---|
| 8 | SAN DIEGO COUNTY TREASURER-TAX COLLECTOR<br>DAN MCALLISTER<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2008 | 2 | $157,892.10 |
| 9 | SAN DIEGO COUNTY TREASURER-TAX COLLECTOR<br>ATTN: DAN MCALLISTER, BANKRUPTCY DESK<br>1600 PACIFIC HIGHWAY, ROOM 162<br>SAN DIEGO, CA 92101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/01/2008 | 119 | $517,778.35 |
| 10 | TAX COLLECTOR<br>COUNTY OF SANTA CLARA<br>COUNTY GOVERNMENT CENTER<br>6TH FLOOR, EAST WING<br>70 WEST HEDDING STREET<br>SAN JOSE, CA 95110 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32251 | $639,227.06 |
| | | | | | **TOTAL** | **$3,362,956.25** |