# **<u>Exhibit 1</u>**

**[IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 339: EXHIBIT 1 – PROOFS OF CLAIM TO BE REDUCED AND ALLOWED

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ANDERSON, ANDRE<br>95 KENWOOD ROAD<br>GARDEN CITY, NY 11530 | 3520 | 03/26/2009 | Lehman Brothers Holdings Inc. | Priority | $2,850.00 | Lehman Brothers Holdings Inc. | Unsecured | $2,850.00 |
| 2 | BERLIN-HANNOVERSCHE HYPOTHEKENBANK AKTIENGESELLSCHAFT ATTN: RONALD NAHRMANN (RISIKOBETREUUNG IMMOBILIEN) BUDAPESTER STRASSE 1 BERLIN, 10787 GERMANY | 14868 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,989,268.39* | Lehman Brothers Holdings Inc. | Unsecured | $1,494,634.20 |
| 3 | MERRITT & HARRIS INC.<br>90 JOHN STREET<br>NEW YORK, NY 10038 | 18223 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $35,876.66 | Lehman Brothers Holdings Inc. | Unsecured | $20,026.66 |
| 4 | WEINGARTEN WEATHER CONSULTING<br>502 L ESPRIT PKWY<br>PENDLETON, KY 40055-7745 | 6433 | 07/27/2009 | Lehman Brothers Commodity Services Inc. | Priority | $1,200.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $1,200.00 |
| 5 | ZIELINSKI, JIMMY<br>23 LINDEN AVENUE<br>BELLEVILLE, NJ 07109 | 7442 | 08/05/2009 | Lehman Brothers Holdings Inc. | Priority | $3,000.00 | Lehman Brothers Holdings Inc. | Unsecured | $3,000.00 |
| | | | | | TOTAL | $3,032,195.05 | | TOTAL | $1,521,710.86 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1