# <u>Exhibit 1</u>

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 341: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ARMAN, ANNE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 18130 | Undetermined | Undetermined | | None |
| 2 | BENSON, CRAIG O. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2009 | 2136 | $312,864.31 | $2,625.64 | PRIORITY | $310,238.67 |
| 3 | CASTELLANOS, JOSE G | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30045 | $1,062.08 | $1,062.08 | | None |
| 4 | CHIN, NEVILLE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/10/2009 | 11322 | $1,319.16 | $1,319.16 | | None |
| 5 | GOLDSTEIN, JOSH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 7/2/2009 | 5070 | $421.58 | $421.58 | | None |
| 6 | HAMILL,ROBERT B. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 7/15/2009 | 5345 | $1,386.00 | $1,386.00 | | None |
| 7 | JENDRUSIAK, KARINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/11/2009 | 7998 | Undetermined | Undetermined | PRIORITY | Undetermined |
| 8 | MAHLER, JAY M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 24031 | $166,121.59 | $4,417.49 | PRIORITY UNSECURED | $10,950.00 $150,754.10 $161,704.10 |
| 9 | MCCARTHY,ROBERT E. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/4/2009 | 10413 | $208,000.00 | $5,000.00 | UNSECURED | $203,000.00 |
| 10 | NASH, ANTHONY A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 7/23/2009 | 5942 | $20,101.14 | $20,101.14 | | None |
| 11 | ORLOSKY, JASON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 26150 | $925.60 | $925.60 | | None |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 341: EXHIBIT 1 - NO LIABILITY CLAIMS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION | |
|---|---|---|---|---|---|---|---|---|
| 12  PETRUCELLI, MICHAEL J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 7/20/2009 | 5770 | $2,452,214.56 | $1,289.86 | PRIORITY UNSECURED | $10,950.00 $2,439,974.70 $2,450,924.70 |
| 13  REGAN, DONALD HENRY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31385 | $575,550.00 | $575,550.00 | | None |
| 14  SINER, JASON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/6/2008 | 534 | $111,547.00 | $7,831.09 | PRIORITY UNSECURED | $10,950.00 $92,765.91 $103,715.91 |
| 15  TOY, JUDY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/13/2009 | 8187 | $668.76 | $668.76 | | None |
| 16  WELCH, MICHAEL GODFREY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 1/29/2009 | 2127 | $115,437.66 | $4,729.58 | PRIORITY | $110,708.08 |
| | | | TOTAL | | $3,967,619.44 | $627,327.98 | | $3,340,291.46 |

\* - Indicates claim contains unliquidated and/or undetermined amounts