# **<u>Exhibit 1</u>**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 343: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | FUKUOKA SECURITIES CO., LTD. F/K/A MAEDA SECURITIES CO LTD ATTN: YOSHIAKI TAKAKURA FUKUOKA-SHI CHUO-KU TENJIN 2-13-1 FUKUOKA BANK HEAD OFFICE BUILDING 9TH FL FUKUOKA, 810-0001 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13081 | $19,674,829.90 | This claim is based on LBHI's purported guarantee of obligations incurred by Lehman Brothers Japan Inc. ("LBJ"), a foreign affiliate of the Debtors that is not a Debtor in these jointly administered chapter 11 cases. Claimant filed a claim against LBJ for the underlying obligation, but such claim is no longer a valid claim against LBJ and the underlying obligation no longer exists. LBHI is not liable to claimant for any purported guarantee of such extinguished obligation. |
| 2 | HARNEYS CORPORATE SERVICES LIMITED & HARNEY WESTWOOD & RIEGELS LLP CLAIRE L MARTIN CRAIGMUIR CHAMBERS P.O. BOX 71 ROAD TOWN, TORTOLA, VIRGIN ISLANDS (BRITISH) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/31/2009 | 3583 | $10,226.03 | Claimant agrees with the Debtors that LBHI does not have any liability for the transaction or transactions that form the basis of this claim. |
| 3 | HAVENS PARTNERS, LP 600 LEXINGTON AVENUE NEW YORK, NY 10022 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 05/27/2010 | 66701 | $163,834.00 | The Debtors' records reflect that Claim 66701 is based on a transaction or transactions between claimant and Lehman Brothers International Europe. Lehman Brothers OTC Derivatives Inc. has no liability to claimant for such transaction or transactions. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

US_ACTIVE:\44072141\3\58399.0008

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 343: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4 | HUA NAN COMMERCIAL BANK, LTD. CHENG TUNG BR. ATTN: HENRY HSIEH NO. 146 SUNG CHIANG ROAD TAIPEI, TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12584 | $34,123,166.00 | This claim is based on LBHI's purported guarantees of certain obligations incurred by two non-Debtor subsidiaries of LBHI. Claimant settled the underlying obligations with the two non-Debtor subsidiaries and released LBHI of any liability on account of the purported guarantees. Claimant agrees that LBHI has no liability for this claim. |
| 5 | KIMURA SECURITIES CO. LTD ATTN: KAZUYUKI HORI NAGOYA-SHI NAKA-KU SAKAE 3-8-21 AICHI, 460-0008 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13076 | $6,540,132.49 | This claim is based on LBHI's purported guarantee of obligations incurred by Lehman Brothers Japan Inc. ("LBJ"), a foreign affiliate of the Debtors that is not a Debtor in these jointly administered chapter 11 cases. Claimant filed a claim against LBJ for the underlying obligation, but such claim is no longer a valid claim against LBJ and the underlying obligation no longer exists. LBHI is not liable to claimant for any purported guarantee of such extinguished obligation. |
| 6 | KINKI OSAKA BANK, LIMITED, THE 4-27 SHIROMI 1-CHOME CHUO-KU OSAKA, 540-8560 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25558 | $19,931,534.68 | This claim is based on LBHI's purported guarantee of obligations incurred by Lehman Brothers Japan Inc. ("LBJ"), a foreign affiliate of the Debtors that is not a Debtor in these jointly administered chapter 11 cases. Claimant filed a claim against LBJ for the underlying obligation, but such claim is no longer a valid claim against LBJ and the underlying obligation no longer exists. LBHI is not liable to claimant for any purported guarantee of such extinguished obligation. |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 343: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | NICE NETZWERKE UND INNOVATIVER COMPUTER-EINSATZ GMBH NICE GMBH 9 LIEBIGSTRASSE LEONBERG, 71229 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/02/2008 | 78 | $122,465.58 | The Debtors' records reflect that Claim 78 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant for such transaction or transactions. |
| 8 | SEIBEL, GEORG ON ACCOUNT WITH BNP PARIBAS ZUM KREUZWEG 1A OELDE, 59302 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/10/2009 | 5252 | $4,844.00 | Claim 5252 was filed by a holder of securities that were issued by a non-Debtor entity. LBHI did not issue the securities and is not liable on account of them. |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 343: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED<br>ATT: RICHARD OLLIVER<br>P.O. BOX 78<br>18 THE ESPLANADE ST HELIER JE4 8RT<br>JERSEY,<br>UNITED KINGDOM | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/18/2009 | 19120 | $1,753,100.00* | Claim 19120 is based on a certain foreign exchange spot transaction (the "FX Spot Transaction") between the claimant and Lehman Brothers International (Europe) ("LBIE"). The claimant asserts that it made payment to LBIE under the FX Spot Transaction and that LBIE was obligated to make its payment to the claimant under the FX Spot Transaction through LBIE's delivery agent, Lehman Brothers Commercial Corporation ("LBCC"). The claimant asserts that no payments have been made by LBIE or LBCC pursuant to the FX Spot Transaction. The claimant acknowledges, however, that it does not know whether the monies purportedly owed to it under the FX Spot Transaction are in LBIE's accounts or LBCC's. LBIE never delivered to LBCC any monies purportedly owed to the claimant under the FX Spot Transaction. Accordingly, LBCC has no liability to the claimant in respect of the FX Spot Transaction or claim 19120. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 343: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | STAALBANKIERS N.V. LANGE HOUTSTRAAT 4-8 CW 'S-GRAVENHAGE, 2511 NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27412 | Undetermined* | Claim 27412 was filed by a former holder of securities issued by Lehman Brothers Treasury Co. B.V. and is based on losses allegedly incurred by the claimant when it sold the securities. LBHI has no liability for any trading losses suffered by the claimant. And, claimant has not offered any legal theory to support its assertion of liability. |
| 11 | SUN HUNG KAI INVESTMENT SERVICES LIMITED ATTN: MS. SYLVIA LAU 42/F THE LEE GARDENS 33 HYSAN AVE CAUSEWAY BAY HONG KONG, HONG KONG | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25793 | Undetermined* | Claims 25793, 23944, and 23492 (the "Direct Claims"), and claims 25679, 23943, and 23941 (the "Guarantee Claims," and, together with the Direct Claims, the "Minibond Claims") are filed by a holder of Series 5, 6, and 7 notes (the "Minibonds") issued by Pacific International Finance Limited |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 343: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | SUN HUNG KAI INVESTMENT SERVICES LIMITED ATTN: MS SYLVIA LAU 42/F THE LEE GARDENS 33 HYSAN AVE CAUSEWAY BAY HONG KONG, CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25679 | Undetermined* | ("Pacific"). In the Direct Claims, the claimant seeks to recover against Lehman Brothers Special Financing Inc. ("LBSF") as alleged swap provider of certain purported derivatives obligations which are allegedly guaranteed by Lehman Brothers Holdings Inc. ("LBHI," and, together with LBSF, the "Chapter 11 Estates") in respect of certain notes issued by Lehman Brothers Treasury Co. B.V. ("LBT") and guaranteed by LBHI (the "LBT Notes"), which purportedly constitute collateral for the Minibonds. In the Guarantee Claims, the claimant seeks to recover against LBHI as guarantor of such purported derivatives obligations. The Debtors have no liability to the claimant on the Minibond Claims. First, the claimant lacks standing as a holder of the Minibonds to assert this claim against the Chapter 11 Estates. *See Wong v. HSBC USA, Inc., et al.*, Adv. Proc. No. 09-01120 (Bankr. S.D.N.Y.), Nov. 18, 2009 Hr'g Tr., at 25:4-6 (dismissing minibond holders' complaint and holding that minibond holders lack direct standing to assert claims against LBSF because, under governing English law, "it is the trustee and not a beneficiary of the trust that is the appropriate party to bring an action on behalf of trust beneficiaries"); *see also Wong v. HSBC USA, Inc., et al.*, 2010 WL 3154976, at *6 (S.D.N.Y. Aug. 9, |
| 13 | SUN HUNG KAI INVESTMENT SERVICES LIMITED ATTN: SYLVIA LAU 42/F THE LEE GARDENS 33 HYSAN AVE CAUSEWAY BAY HONG KONG, HONG KONG | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23944 | Undetermined* | |
| 14 | SUN HUNG KAI INVESTMENT SERVICES LIMITED ATTN: SYLVIA LAU 42/F THE LEE GARDENS 33 HYSAN AVE CAUSEWAY BAY HONG KONG, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23943 | Undetermined* | |
| 15 | SUN HUNG KAI INVESTMENT SERVICES LIMITED ATTN: SYLVIA LAU 42/F THE LEE GARDENS 33 HYSAN AVE CAUSEWAY BAY HONG KONG, HONG KONG | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23942 | Undetermined* | |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 343: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | SUN HUNG KAI INVESTMENT SERVICES LIMITED<br>ATTN: SYLVIA LAU<br>42/F THE LEE GARDENS<br>33 HYSAN AVE<br>CAUSEWAY BAY<br>HONG KONG,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23941 | Undetermined* | 2010) (affirming dismissal of complaint and holding that "the Bankruptcy Court properly held that Plaintiffs lack standing under English law to sue LBSF directly").  Second, the trustee – which is the appropriate party to assert a claim on behalf of the claimants – has asserted claims with respect to the Minibonds. Such claims have already been allowed or withdrawn, and the trustee either has or will distribute to the claimants any proceeds of the Minibonds' purported collateral, including the guarantee thereof, to which the claimants may be entitled. *See Order Pursuant to Sections 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Procedures for the Determination of the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc.*, dated Aug. 10, 2011 [ECF No. 19120] (allowing claim 62721 (guarantee of LBT Notes)); claim 67584 at www.lehman-docket.com (indicating that claim is withdrawn). |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 343: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32869 | Undetermined* | As per the *Order Granting Three Hundred Fourth Omnibus Objection to Claims (Duplicative Derivative Claims)* [ECF No. 29125], this claim has been disallowed and expunged with prejudice with respect to all portions of the claim unrelated to any fees and expenses due to the claimant. The underlying agreement that forms the basis of this claim does not provide for claimant's entitlement to fees and expenses. Therefore, no Debtor has any liability to claimant for the remaining portion of this claim. |
| 18 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32860 | Undetermined* | As per the *Order Granting Three Hundred Fourth Omnibus Objection to Claims (Duplicative Derivative Claims)* [ECF No. 29125], this claim has been disallowed and expunged with prejudice with respect to all portions of the claim unrelated to any fees and expenses due to the claimant. The underlying agreement that forms the basis of this claim does not provide for claimant's entitlement to fees and expenses. Therefore, no Debtor has any liability to claimant for the remaining portion of this claim. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 343: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31053 | Undetermined* | As per the *Order Granting Three Hundred Fourth Omnibus Objection to Claims (Duplicative Derivative Claims)* [ECF No. 29125], this claim has been disallowed and expunged with prejudice with respect to all portions of the claim unrelated to any fees and expenses due to the claimant. The underlying agreement that forms the basis of this claim does not provide for claimant's entitlement to fees and expenses. Therefore, no Debtor has any liability to claimant for the remaining portion of this claim. |
| 20 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31043 | Undetermined* | As per the *Order Granting Three Hundred Fourth Omnibus Objection to Claims (Duplicative Derivative Claims)* [ECF No. 29125], this claim has been disallowed and expunged with prejudice with respect to all portions of the claim unrelated to any fees and expenses due to the claimant. The underlying agreement that forms the basis of this claim does not provide for claimant's entitlement to fees and expenses. Therefore, no Debtor has any liability to claimant for the remaining portion of this claim. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 343: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32872 | Undetermined* | As per the *Order Granting Three Hundred Fourth Omnibus Objection to Claims (Duplicative Derivative Claims)* [ECF No. 29125], this claim has been disallowed and expunged with prejudice with respect to all portions of the claim unrelated to any fees and expenses due to the claimant.  The underlying agreement that forms the basis of this claim does not provide for claimant's entitlement to fees and expenses.  Therefore, no Debtor has any liability to claimant for the remaining portion of this claim. |
| 22 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31027 | Undetermined* | As per the *Order Granting Three Hundred Fourth Omnibus Objection to Claims (Duplicative Derivative Claims)* [ECF No. 29125], this claim has been disallowed and expunged with prejudice with respect to all portions of the claim unrelated to any fees and expenses due to the claimant.  The underlying agreement that forms the basis of this claim does not provide for claimant's entitlement to fees and expenses.  Therefore, no Debtor has any liability to claimant for the remaining portion of this claim. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 343: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31055 | Undetermined* | As per the *Order Granting Three Hundred Fourth Omnibus Objection to Claims (Duplicative Derivative Claims)* [ECF No. 29125], this claim has been disallowed and expunged with prejudice with respect to all portions of the claim unrelated to any fees and expenses due to the claimant. The underlying agreement that forms the basis of this claim does not provide for claimant's entitlement to fees and expenses. Therefore, no Debtor has any liability to claimant for the remaining portion of this claim. |
| 24 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31025 | Undetermined* | As per the *Order Granting Three Hundred Fourth Omnibus Objection to Claims (Duplicative Derivative Claims)* [ECF No. 29125], this claim has been disallowed and expunged with prejudice with respect to all portions of the claim unrelated to any fees and expenses due to the claimant. The underlying agreement that forms the basis of this claim does not provide for claimant's entitlement to fees and expenses. Therefore, no Debtor has any liability to claimant for the remaining portion of this claim. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 343: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 25 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31057 | Undetermined* | As per the *Order Granting Three Hundred Fourth Omnibus Objection to Claims (Duplicative Derivative Claims)* [ECF No. 29125], this claim has been disallowed and expunged with prejudice with respect to all portions of the claim unrelated to any fees and expenses due to the claimant. The underlying agreement that forms the basis of this claim does not provide for claimant's entitlement to fees and expenses. Therefore, no Debtor has any liability to claimant for the remaining portion of this claim. |
| 26 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32871 | Undetermined* | As per the *Order Granting Three Hundred Fourth Omnibus Objection to Claims (Duplicative Derivative Claims)* [ECF No. 29125], this claim has been disallowed and expunged with prejudice with respect to all portions of the claim unrelated to any fees and expenses due to the claimant. The underlying agreement that forms the basis of this claim does not provide for claimant's entitlement to fees and expenses. Therefore, no Debtor has any liability to claimant for the remaining portion of this claim. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 343: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31029 | Undetermined* | As per the *Order Granting Three Hundred Fourth Omnibus Objection to Claims (Duplicative Derivative Claims)* [ECF No. 29125], this claim has been disallowed and expunged with prejudice with respect to all portions of the claim unrelated to any fees and expenses due to the claimant. The underlying agreement that forms the basis of this claim does not provide for claimant's entitlement to fees and expenses. Therefore, no Debtor has any liability to claimant for the remaining portion of this claim. |
| 28 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32873 | Undetermined* | As per the *Order Granting Three Hundred Fourth Omnibus Objection to Claims (Duplicative Derivative Claims)* [ECF No. 29125], this claim has been disallowed and expunged with prejudice with respect to all portions of the claim unrelated to any fees and expenses due to the claimant. The underlying agreement that forms the basis of this claim does not provide for claimant's entitlement to fees and expenses. Therefore, no Debtor has any liability to claimant for the remaining portion of this claim. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 343: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 29 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32870 | Undetermined* | As per the *Order Granting Three Hundred Fourth Omnibus Objection to Claims (Duplicative Derivative Claims)* [ECF No. 29125], this claim has been disallowed and expunged with prejudice with respect to all portions of the claim unrelated to any fees and expenses due to the claimant. The underlying agreement that forms the basis of this claim does not provide for claimant's entitlement to fees and expenses. Therefore, no Debtor has any liability to claimant for the remaining portion of this claim. |
| 30 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31054 | Undetermined* | As per the *Order Granting Three Hundred Fourth Omnibus Objection to Claims (Duplicative Derivative Claims)* [ECF No. 29125], this claim has been disallowed and expunged with prejudice with respect to all portions of the claim unrelated to any fees and expenses due to the claimant. The underlying agreement that forms the basis of this claim does not provide for claimant's entitlement to fees and expenses. Therefore, no Debtor has any liability to claimant for the remaining portion of this claim. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 343: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE<br>ATTN: TIMOTHY PILLAR, VICE PRESIDENT<br>US BANK CORPORATE TRUST SERVICES, ED-MN-WS1D<br>60 LIVINGSTON AVENUE<br>ST PAUL, MN 55107 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/09/2009 | 10995 | Undetermined* | As per the *Order Granting Three Hundred Fourth Omnibus Objection to Claims (Duplicative Derivative Claims)* [ECF No. 29125], this claim has been disallowed and expunged with prejudice with respect to all portions of the claim unrelated to any fees and expenses due to the claimant.  The underlying agreement that forms the basis of this claim does not provide for claimant's entitlement to fees and expenses.  Therefore, no Debtor has any liability to claimant for the remaining portion of this claim. |
| 32 | WINNING MIND, LLC<br>1010 UNIVERSITY AVE., #265<br>SAN DIEGO, CA 92103 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2008 | 1428 | $10,950.00 | As per the *Order Granting the Three Hundred Sixth Omnibus Objection to Claims (No Liability Claims)* [ECF No. 29553] (the "306th Omnibus Order"), this claim was disallowed and expunged, but the Debtors erroneously did not include a portion of the claim, in the amount of $10,950.00, on the exhibit to the 306th Omnibus Order.  The Debtors' records reflect that such portion is based on the same transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant for such transaction or transactions. |
| | | | | | TOTAL | $82,335,082.68 | |