# **<u>Exhibit 1</u>**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 345: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | LANDESBANK BADEN-WURTTEMBERG FORMERLY LANDESBANK RHEINLAND-PFALZ GIROZ.) ATTN: LEGAL DEPARTMENT 1150/H AM HAUPTBAHNHOF 2 STUTTGART, 70173 GERMANY | 18886 | 09/18/2009 | Lehman Brothers Financial Products Inc. | Unsecured | $73,707.62* | Lehman Brothers Financial Products Inc. | Unsecured | $72,944.59 |
| 2 | TWO SIGMA HORIZON PORTFOLIO, LLC C/O TWO SIGMA INVESTMENTS, LLC ATTN: MICHAEL MARINIC 379 WEST BROADWAY, 5TH FLOOR NEW YORK, NY 10012 | 66403 | 03/18/2010 | Lehman Brothers Holdings Inc. | Unsecured | $415,385.00* | Lehman Brothers Holdings Inc. | Unsecured | $415,385.00 |
| 3 | TWO SIGMA HORIZON PORTFOLIO, LLC C/O TWO SIGMA INVESTMENTS, LLC ATTN: MICHAEL MARINIC 379 WEST BROADWAY, 5TH FLOOR NEW YORK, NY 10012 | 66404 | 03/18/2010 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $415,385.00* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $415,385.00 |
| | | | | | TOTAL | $904,477.62 | | TOTAL | $903,714.59 |

\* - Indicates claim contains unliquidated and/or undetermined amounts