UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                            Debtors.                           :    (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 27876, filed on September 22, 2009, against Lehman Brothers Holdings Inc. by Ampersand Investments (UK) Limited in the amount of $185,169,176.59 (the "Claim"). Barclays Bank PLC ("Barclays") purchased a 100% interest in the Claim, *see* ECF No. 30278. Barclays represents and warrants that as of the date hereof, Barclays has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that Barclays hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. This withdrawal shall not affect any claim held by Barclays other than the Claim. Barclays represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: September 28, 2012

_____
Authorized Signatory for Barclays Bank PLC
Name:   Authorized Signatory
Title:   Tina Wong
745 Seventh Avenue   Vice President
New York, NY 10019