WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
: 
In re                                                                    :    **Chapter 11 Case No.**
                                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                                                              :
                        Debtors.                                   :    **(Jointly Administered)**
                                                                              :
                                                                              :
-----------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF ONE
### HUNDRED SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS
### (NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing without prejudice its One Hundred Seventy-Ninth Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 19378] **solely as to the claims listed on Exhibit A attached hereto**.  The Plan Administrator reserves its rights to object to the claims listed on Exhibit A on

US_ACTIVE:\44105506\1\58399.0003

any grounds in the future.

Dated:  October 1, 2012
       New York, New York

                               /s/ Robert J. Lemons
                               Robert J. Lemons

                               WEIL, GOTSHAL & MANGES LLP
                               767 Fifth Avenue
                               New York, New York 10153
                               Telephone: (212) 310-8000
                               Facsimile: (212) 310-8007

                               Attorneys for Lehman Brothers Holdings Inc.
                               and Certain of Its Affiliates

US_ACTIVE:\44105506\1\58399.0003

## Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number | ECF No. |
|---|---|---|
| CASPIAN CAPITAL PARTNERS LP | 26224 | 20128 |
| MARINER OPPORTUNITIES FUND LP | 23765 | 20127 |