Duncan E. Barber *(Pro Hac Vice Motion Pending)* (Colo. Bar No. 16768)

Steven T. Mulligan (Colo. Bar # 19901)

4582 S. Ulster St. Pkwy., Suite 1650

Denver, CO  80237

Phone:  720-488-0220

Fax:  720-488-7711

Email:  dbarber@bsblawyers.com

Email:  smulligan@bsblawyers.com

Attorneys for Movants

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

In re:

LEHMAN BROTHERS HOLDINGS
INC. and LB ROSE RANCH LLC
      :
          Debtors.                    :

Chapter 11

Case No. 08-13555 (JMP)

(Jointly Administered)

---------------------------------------------------------------

**ELEVENTH NOTICE OF ADJOURNMENT *SINE DIE* OF HEARING OF
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

PLEASE TAKE NOTICE that the hearing to consider *Motion for Relief from the Automatic Stay* (the "Motion") (Docket No. 23097), scheduled for October 10, 2012, **has been adjourned to a date to be determined**, before the Honorable James M. Peck, Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court").

This hearing may be rescheduled by Movant by the filing of a Notice of Hearing in accordance with the procedures as set by this Court.

232725

Dated: October 2, 2012,
     Denver, Colorado

BIEGING SHAPIRO & BARBER LLP

By:   */s/ Steven T. Mulligan*
    Duncan E. Barber, #16768
    Steven T. Mulligan, #19901
4582 South Ulster St. Parkway, Suite 1650
Denver, CO  80237
Tel:  (720) 488-0220; Fax:  (720) 488-7711
E-mail dbarber@bsblawyers.com

Attorneys for Movant

232725                                          2