Duncan E. Barber, #16768
Steven T. Mulligan, #19901
4582 S. Ulster St. Pkwy., Suite 1650
Denver, CO 80237
Phone: 720-488-0220
Fax: 720-488-7711

ATTORNEYS FOR IRONBRIDGE MOUNTAIN COTTAGES, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11
                                          :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*  :   Case No. 08-13555 (JMP)
                                          :
        Debtor.                           :   Jointly Administered
                                          :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Lacy Sorensen, certify and say:

1. Deponent is not a party to this action, is over eighteen years of age, and is an employee of Bieging Shapiro & Barber LLP, 4582 S. Ulster Street Parkway, Suite 1650, Denver, Colorado 80237.

2. On October 2, 2012 I caused to be served the *Eleventh Notice of Adjournment Sine Die of Hearing of Motion for Relief from the Automatic Stay* by causing true and correct copies be:

    (a) delivered via electronic mail to those parties listed on the annexed Exhibit A;

    (b) delivered via facsimile to those parties listed on the annexed Exhibit B;

    (c) enclosed securely in a separate postage-pre-paid envelope and delivered via overnight mail to the Office of the U.S. Trustee, Tracy Hope Davis, Esq., Elisabetta G Gasparini, Esq., Andrea B. Schwartz, Esq., 33 Whitehall Street, 21st Floor, New York, NY 10004

                                          /s/ *Lacy Sorensen*
                                          Lacy Sorensen

232729