**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : | 08-13555 (JMP) |
| : | |
| Debtors. : | (Jointly Administered) |

-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF THE TWO HUNDRED**
**EIGHTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing on the Two Hundred Eightieth Omnibus Objection to Claims (No Liability Claims) (the "Objection"), that was scheduled for September 27, 2012 at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned to a date to be determined.**

Dated: October 2, 2012
New York, New York

                                                **CURTIS, MALLET-PREVOST,**
                                                 **COLT & MOSLE LLP**

                                                 By: */s/ L. P. Harrison 3rd*
                                                       L. P. Harrison 3rd
                                                       Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

## EXHIBIT A

## Adjourned Claim

| Claimant | Claim Number |
|---|---|
| Brookfield Properties One WFC Co. LLC | 30077 |

13107146