**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                                  :
In re                                             :        **Chapter 11 Case No.**
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      :        **08-13555 (JMP)**
                                                  :
        **Debtors.**                              :        **(Jointly Administered)**
                                                  :
-------------------------------------------------------------------------x        **Ref. Docket Nos. 31104 & 31106-**
                                                                                  **31108**


<u>**AFFIDAVIT OF SERVICE**</u>


STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

KERRY O'NEIL, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 26, 2012, I caused to be served the following:

    a)  "Notice of Adjournment of Debtors' Three Hundred Fourth Omnibus Objection to Certain Filed Proofs of Claim Solely as to Certain Claims," dated September 26, 2012 [Docket No. 31104], (the "304th Omnibus NOA"),

    b)  "Notice of Adjournment *Sine Die* of Three Hundred Thirteenth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) Solely as to Certain Claims," dated September 26, 2012 [Docket No. 31106], (the "313th Omnibus NOA"),

    c)  "Notice of Adjournment *Sine Die* of Three Hundred Nineteenth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) Solely as to Certain Claims," dated September 26, 2012 [Docket No. 31107], (the "319th Omnibus NOA"),

    d)  "Notice of Adjournment *Sine Die* of the Three Hundred Forty-Seventh Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) Solely as to Certain Claims," dated September 26, 2012 [Docket No. 31108], (the "347th Omnibus NOA"),

    by causing true and correct copies of the:

        i.  304th Omnibus NOA, 313th Omnibus NOA, 319th Omnibus NOA, and 347th Omnibus NOA, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.    304th Omnibus NOA, 313th Omnibus NOA, 319th Omnibus NOA, and 347th Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B,</u>

    iii.    304th Omnibus NOA, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C,</u>

    iv.    304th Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D,</u>

    v.    313th Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit E,</u>

    vi.    319th Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit F,</u>

    vii.    347th Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit G,</u> and

    viii.    304th Omnibus NOA, to be delivered via facsimile mail to those parties listed on the annexed <u>Exhibit H.</u>

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Kerry O'Neil*
Kerry O'Neil

Sworn to before me this
26th day of September, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

LEHMAN BROTHERS HOLDINGS, INC.
Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | austin.bankruptcy@publicans.com |
| aalfonso@willkie.com | avenes@whitecase.com |
| abeaumont@fklaw.com | azylberberg@whitecase.com |
| abraunstein@riemerlaw.com | bankr@zuckerman.com |
| acaton@kramerlevin.com | bankruptcy@goodwin.com |
| acker@chapman.com | bankruptcy@morrisoncohen.com |
| adam.brezine@hro.com | bankruptcy@ntexas-attorneys.com |
| adarwin@nixonpeabody.com | bankruptcymatters@us.nomura.com |
| Adiamond@DiamondMcCarthy.com | barbra.parlin@hklaw.com |
| aeckstein@blankrome.com | bbisignani@postschell.com |
| aentwistle@entwistle-law.com | bcarlson@co.sanmateo.ca.us |
| afriedman@irell.com | bdk@schlamstone.com |
| agbanknewyork@ag.tn.gov | bguiney@pbwt.com |
| aglenn@kasowitz.com | bkmail@prommis.com |
| agold@herrick.com | bmanne@tuckerlaw.com |
| agoldstein@tnsj-law.com | BMiller@mofo.com |
| aisenberg@saul.com | boneill@kramerlevin.com |
| akantesaria@oppenheimerfunds.com | Brian.Corey@greentreecreditsolutions.com |
| akolod@mosessinger.com | brosenblum@jonesday.com |
| akornikova@lcbf.com | broy@rltlawfirm.com |
| alum@ftportfolios.com | bruce.wright@sutherland.com |
| amarder@msek.com | bstrickland@wtplaw.com |
| amartin@sheppardmullin.com | btrust@mayerbrown.com |
| AMcMullen@BoultCummings.com | bturk@tishmanspeyer.com |
| amenard@tishmanspeyer.com | bwolfe@sheppardmullin.com |
| Andrew.Brozman@cliffordchance.com | cahn@clm.com |
| andrew.lourie@kobrekim.com | calbert@reitlerlaw.com |
| angelich.george@arentfox.com | canelas@pursuitpartners.com |
| ann.reynaud@shell.com | carol.weinerlevy@bingham.com |
| anthony_boccanfuso@aporter.com | cbelisle@wfw.com |
| aoberry@bermanesq.com | cbelmonte@ssbb.com |
| aostrow@beckerglynn.com | cbrotstein@bm.net |
| apo@stevenslee.com | cdesiderio@nixonpeabody.com |
| aquale@sidley.com | cgoldstein@stcwlaw.com |
| arahl@reedsmith.com | chammerman@paulweiss.com |
| arheaume@riemerlaw.com | charles@filardi-law.com |
| arlbank@pbfcm.com | charles_malloy@aporter.com |
| arosenblatt@chadbourne.com | chipford@parkerpoe.com |
| arthur.rosenberg@hklaw.com | chris.donoho@lovells.com |
| arwolf@wlrk.com | christopher.schueller@bipc.com |
| aseuffert@lawpost-nyc.com | clarkb@sullcrom.com |
| ashmead@sewkis.com | clynch@reedsmith.com |
| asnow@ssbb.com | cmontgomery@salans.com |
| aunger@sidley.com | cohen@sewkis.com |

## LEHMAN BROTHERS HOLDINGS, INC.
### EMAIL SERVICE LIST

| | |
|---|---|
| colea@gtlaw.com | djoseph@stradley.com |
| contact@lawofficesjje.com | dkleiner@velaw.com |
| cp@stevenslee.com | dkozusko@willkie.com |
| cpappas@dilworthlaw.com | dlemay@chadbourne.com |
| craig.goldblatt@wilmerhale.com | dlipke@vedderprice.com |
| crmomjian@attorneygeneral.gov | dludman@brownconnery.com |
| cs@stevenslee.com | dmcguire@winston.com |
| csalomon@beckerglynn.com | dmurray@jenner.com |
| cschreiber@winston.com | dneier@winston.com |
| cshore@whitecase.com | dodonnell@milbank.com |
| cshulman@sheppardmullin.com | dove.michelle@dorsey.com |
| ctatelbaum@adorno.com | dpegno@dpklaw.com |
| cwalsh@mayerbrown.com | draelson@fisherbrothers.com |
| cward@polsinelli.com | dravin@wolffsamson.com |
| cweber@ebg-law.com | drose@pryorcashman.com |
| cweiss@ingramllp.com | drosenzweig@fulbright.com |
| dallas.bankruptcy@publicans.com | drosner@goulstonstorrs.com |
| daniel.guyder@allenovery.com | drosner@kasowitz.com |
| dave.davis@isgria.com | dshaffer@wtplaw.com |
| david.bennett@tklaw.com | dshemano@pwkllp.com |
| david.heller@lw.com | dshemano@peitzmanweg.com |
| david.powlen@btlaw.com | dspelfogel@foley.com |
| david.seligman@kirkland.com | dtatge@ebglaw.com |
| davids@blbglaw.com | dtheising@harrisonmoberly.com |
| davidwheeler@mvalaw.com | dwdykhouse@pbwt.com |
| dbalog@intersil.com | dwildes@stroock.com |
| dbarber@bsblawyers.com | dworkman@bakerlaw.com |
| dbaumstein@whitecase.com | easmith@venable.com |
| dbesikof@loeb.com | echang@steinlubin.com |
| dcimo@gjb-law.com | ecohen@russell.com |
| dcoffino@cov.com | efleck@milbank.com |
| dcrapo@gibbonslaw.com | efriedman@fklaw.com |
| ddavis@paulweiss.com | efriedman@friedumspring.com |
| ddrebsky@nixonpeabody.com | eglas@mccarter.com |
| ddunne@milbank.com | ekbergc@lanepowell.com |
| deggermann@kramerlevin.com | eleicht@whitecase.com |
| deggert@freebornpeters.com | eli.mattioli@klgates.com |
| demetra.liggins@tklaw.com | ellen.halstead@cwt.com |
| dfelder@orrick.com | emerberg@mayerbrown.com |
| dflanigan@polsinelli.com | enkaplan@kaplanlandau.com |
| dgrimes@reedsmith.com | eobrien@sbchlaw.com |
| dhayes@mcguirewoods.com | erin.mautner@bingham.com |
| dheffer@foley.com | eschwartz@contrariancapital.com |
| diconzam@gtlaw.com | esmith@dl.com |

LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

| | |
|---|---|
| etillinghast@sheppardmullin.com | jamie.nelson@dubaiic.com |
| ezujkowski@emmetmarvin.com | jar@outtengolden.com |
| ezweig@optonline.net | jason.jurgens@cwt.com |
| fbp@ppgms.com | jay.hurst@oag.state.tx.us |
| ffm@bostonbusinesslaw.com | jay@kleinsolomon.com |
| fhyman@mayerbrown.com | Jbecker@wilmingtontrust.com |
| foont@foontlaw.com | jbeemer@entwistle-law.com |
| francois.janson@hklaw.com | jbeiers@co.sanmateo.ca.us |
| fsosnick@shearman.com | jbird@polsinelli.com |
| fyates@sonnenschein.com | jbromley@cgsh.com |
| gabriel.delvirginia@verizon.net | jcarberry@cl-law.com |
| gbray@milbank.com | jchristian@tobinlaw.com |
| ggitomer@mkbattorneys.com | jchubak@proskauer.com |
| ggoodman@foley.com | jdoran@haslaw.com |
| giddens@hugheshubbard.com | Jdrucker@coleschotz.com |
| gkaden@goulstonstorrs.com | jdyas@halperinlaw.net |
| glenn.siegel@dechert.com | jean-david.barnea@usdoj.gov |
| gmoss@riemerlaw.com | jeanites@whiteandwilliams.com |
| gravert@ravertpllc.com | jeannette.boot@wilmerhale.com |
| gspilsbury@jsslaw.com | jeff.wittig@coair.com |
| harrisjm@michigan.gov | jeffery.black@bingham.com |
| harveystrickon@paulhastings.com | jeffrey.sabin@bingham.com |
| hbeltzer@mayerbrown.com | jeldredge@velaw.com |
| heim.steve@dorsey.com | jen.premisler@cliffordchance.com |
| heiser@chapman.com | jennifer.demarco@cliffordchance.com |
| hollace.cohen@troutmansanders.com | jennifer.gore@shell.com |
| holsen@stroock.com | jeremy.eiden@ag.state.mn.us |
| howard.hawkins@cwt.com | jfalgowski@reedsmith.com |
| hseife@chadbourne.com | jflaxer@golenbock.com |
| hsnovikoff@wlrk.com | jfox@joefoxlaw.com |
| hsteel@brownrudnick.com | jfreeberg@wfw.com |
| icatto@mwe.com | jg5786@att.com |
| igoldstein@dl.com | jgenovese@gjb-law.com |
| igoldstein@proskauer.com | jguy@orrick.com |
| ilevee@lowenstein.com | jherzog@gklaw.com |
| ira.herman@tklaw.com | jhiggins@fdlaw.com |
| isgreene@hhlaw.com | jhorgan@phxa.com |
| israel.dahan@cwt.com | jhuggett@margolisedelstein.com |
| iva.uroic@dechert.com | jim@atkinslawfirm.com |
| jacobsonn@sec.gov | jjoyce@dresslerpeters.com |
| james.heaney@lawdeb.com | jjtancredi@daypitney.com |
| james.mcclammy@dpw.com | jjureller@klestadt.com |
| james.sprayregen@kirkland.com | jkehoe@btkmc.com |
| jamestecce@quinnemanuel.com | jlamar@maynardcooper.com |

LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

| | |
|---|---|
| jlawlor@wmd-law.com | jweiss@gibsondunn.com |
| jlee@foley.com | jwest@velaw.com |
| jlevitin@cahill.com | jwh@njlawfirm.com |
| jlipson@crockerkuno.com | kanema@formanlaw.com |
| jlovi@steptoe.com | karen.wagner@dpw.com |
| jlscott@reedsmith.com | KDWBankruptcyDepartment@kelleydrye.com |
| jmaddock@mcguirewoods.com | keckhardt@hunton.com |
| jmakower@tnsj-law.com | keith.simon@lw.com |
| jmazermarino@msek.com | Ken.Coleman@allenovery.com |
| jmcginley@wilmingtontrust.com | ken.higman@hp.com |
| jmelko@gardere.com | kerry.moynihan@hro.com |
| jmerva@fult.com | kgwynne@reedsmith.com |
| jmmurphy@stradley.com | kiplok@hugheshubbard.com |
| jmr@msf-law.com | kjarashow@fklaw.com |
| jnadritch@olshanlaw.com | kkelly@ebglaw.com |
| jnm@mccallaraymer.com | kkolbig@mosessinger.com |
| john.monaghan@hklaw.com | klyman@irell.com |
| john.rapisardi@cwt.com | klynch@formanlaw.com |
| jorbach@hahnhessen.com | kmayer@mccarter.com |
| Joseph.Cordaro@usdoj.gov | kobak@hugheshubbard.com |
| joshua.dorchak@bingham.com | korr@orrick.com |
| jowen769@yahoo.com | kovskyd@pepperlaw.com |
| jowolf@law.nyc.gov | kpiper@steptoe.com |
| joy.mathias@dubaiic.com | kressk@pepperlaw.com |
| JPintarelli@mofo.com | KReynolds@mklawnyc.com |
| jporter@entwistle-law.com | krosen@lowenstein.com |
| jprol@lowenstein.com | kuehn@bragarwexler.com |
| jrabinowitz@rltlawfirm.com | kurt.mayr@bgllp.com |
| jrsmith@hunton.com | lacyr@sullcrom.com |
| jschwartz@hahnhessen.com | Landon@StreusandLandon.com |
| jsheerin@mcguirewoods.com | lapeterson@foley.com |
| jshickich@riddellwilliams.com | lathompson@co.sanmateo.ca.us |
| jsmairo@pbnlaw.com | lberkoff@moritthock.com |
| jstoll@mayerbrown.com | Lee.Stremba@troutmansanders.com |
| jsullivan@mosessinger.com | lgotko@fklaw.com |
| jteitelbaum@tblawllp.com | lgranfield@cgsh.com |
| jtimko@shutts.com | lhandelsman@stroock.com |
| jtorf@schiffhardin.com | linda.boyle@twtelecom.com |
| jtougas@mayerbrown.com | lisa.ewart@wilmerhale.com |
| judy.morse@crowedunlevy.com | lisa.kraidin@allenovery.com |
| jvail@ssrl.com | LJKotler@duanemorris.com |
| jwallack@goulstonstorrs.com | lkatz@ltblaw.com |
| jwang@sipc.org | LKISS@KLESTADT.COM |
| jwcohen@daypitney.com | lmarinuzzi@mofo.com |

LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

| | |
|---|---|
| Lmay@coleschotz.com | mgreger@allenmatkins.com |
| lmcgowen@orrick.com | mh1@mccallaraymer.com |
| lml@ppgms.com | mhopkins@cov.com |
| lnashelsky@mofo.com | michael.frege@cms-hs.com |
| loizides@loizides.com | michael.kelly@monarchlp.com |
| lromansic@steptoe.com | michael.kim@kobrekim.com |
| lscarcella@farrellfritz.com | michael.mccrory@btlaw.com |
| lschweitzer@cgsh.com | millee12@nationwide.com |
| lubell@hugheshubbard.com | miller@taftlaw.com |
| lwhidden@salans.com | mimi.m.wong@irscounsel.treas.gov |
| mabrams@willkie.com | mitchell.ayer@tklaw.com |
| MAOFILING@CGSH.COM | mjedelman@vedderprice.com |
| Marc.Chait@SC.com | MJR1@westchestergov.com |
| margolin@hugheshubbard.com | mkjaer@winston.com |
| mark.bane@ropesgray.com | mlahaie@akingump.com |
| mark.deveno@bingham.com | MLandman@lcbf.com |
| mark.ellenberg@cwt.com | mlichtenstein@crowell.com |
| mark.ellenberg@cwt.com | mlynch2@travelers.com |
| mark.hellerer@pillsburylaw.com | mmendez@hunton.com |
| mark.sherrill@sutherland.com | mmooney@deilylawfirm.com |
| martin.davis@ots.treas.gov | mmorreale@us.mufg.jp |
| Marvin.Clements@ag.tn.gov | mneier@ibolaw.com |
| matt@willaw.com | monica.lawless@brookfieldproperties.com |
| matthew.klepper@dlapiper.com | mpage@kelleydrye.com |
| maustin@orrick.com | mparry@mosessinger.com |
| max.polonsky@skadden.com | mpomerantz@julienandschlesinger.com |
| mbenner@tishmanspeyer.com | mprimoff@kayescholer.com |
| mberman@nixonpeabody.com | mpucillo@bermanesq.com |
| mberman@nixonpeabody.com | mrosenthal@gibsondunn.com |
| mbienenstock@proskauer.com | mruetzel@whitecase.com |
| mbloemsma@mhjur.com | mschimel@sju.edu |
| mbossi@thompsoncoburn.com | mschlesinger@julienandschlesinger.com |
| mcademartori@sheppardmullin.com | msegarra@mayerbrown.com |
| mcantor@normandyhill.com | mshiner@tuckerlaw.com |
| mccombst@sullcrom.com | msiegel@brownrudnick.com |
| mcordone@stradley.com | msolow@kayescholer.com |
| mcto@debevoise.com | mspeiser@stroock.com |
| mcyganowski@oshr.com | mstamer@akingump.com |
| mdorval@stradley.com | mvenditto@reedsmith.com |
| melorod@gtlaw.com | mwarren@mtb.com |
| meltzere@pepperlaw.com | nathan.spatz@pillsburylaw.com |
| metkin@lowenstein.com | ncoco@mwe.com |
| mfeldman@willkie.com | neal.mann@oag.state.ny.us |
| mgordon@briggs.com | ned.schodek@shearman.com |

LEHMAN BROTHERS HOLDINGS, INC.
Email Service List

| | |
|---|---|
| neilberger@teamtogut.com | richard.fingard@newedge.com |
| newyork@sec.gov | richard.lear@hklaw.com |
| Nherman@morganlewis.com | richard.levy@lw.com |
| nickolas.karavolas@pillsburylaw.com | richard.tisdale@friedfrank.com |
| nissay_10259-0154@mhmjapan.com | richard@rwmaplc.com |
| nlepore@schnader.com | ritkin@steptoe.com |
| notice@bkcylaw.com | RJones@BoultCummings.com |
| oipress@travelers.com | rleek@HodgsonRuss.com |
| otccorpactions@finra.org | RLevin@cravath.com |
| paronzon@milbank.com | rmatzat@hahnhessen.com |
| patrick.oh@freshfields.com | rnetzer@willkie.com |
| paul.turner@sutherland.com | robert.bailey@bnymellon.com |
| pbattista@gjb-law.com | robert.dombroff@bingham.com |
| pbosswick@ssbb.com | robert.henoch@kobrekim.com |
| pdublin@akingump.com | robert.malone@dbr.com |
| peisenberg@lockelord.com | Robert.yalen@usdoj.gov |
| peter.gilhuly@lw.com | Robin.Keller@Lovells.com |
| peter.macdonald@wilmerhale.com | roger@rnagioff.com |
| peter.simmons@friedfrank.com | ronald.silverman@bingham.com |
| peter@bankrupt.com | ross.martin@ropesgray.com |
| pfeldman@oshr.com | rqureshi@reedsmith.com |
| phayden@mcguirewoods.com | rrainer@wmd-law.com |
| philip.wells@ropesgray.com | reid@sheppardmullin.com |
| pmaxcy@sonnenschein.com | rroupinian@outtengolden.com |
| ppascuzzi@ffwplaw.com | rrussell@andrewskurth.com |
| ppatterson@stradley.com | rterenzi@stcwlaw.com |
| psp@njlawfirm.com | russj4478@aol.com |
| ptrain-gutierrez@kaplanlandau.com | rwasserman@cftc.gov |
| ptrostle@jenner.com | rwyron@orrick.com |
| r.stahl@stahlzelloe.com | s.minehan@aozorabank.co.jp |
| raj.madan@bingham.com | sabin.willett@bingham.com |
| ramona.neal@hp.com | sabramowitz@velaw.com |
| raul.alcantar@ropesgray.com | SABVANROOY@HOTMAIL.COM |
| rbeacher@pryorcashman.com | sagolden@hhlaw.com |
| rbernard@foley.com | Sally.Henry@skadden.com |
| rbyman@jenner.com | samuel.cavior@pillsburylaw.com |
| rdaversa@orrick.com | sandyscafaria@eaton.com |
| relgidely@gjb-law.com | Sara.Tapinekis@cliffordchance.com |
| rfleischer@pryorcashman.com | scargill@lowenstein.com |
| rfrankel@orrick.com | schannej@pepperlaw.com |
| rfriedman@silvermanacampora.com | Schepis@pursuitpartners.com |
| rgmason@wlrk.com | schnabel.eric@dorsey.com |
| rgraham@whitecase.com | schristianson@buchalter.com |
| rhett.campbell@tklaw.com | schwartzmatthew@sullcrom.com |

LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

| | |
|---|---|
| scottshelley@quinnemanuel.com | tannweiler@greerherz.com |
| scousins@armstrongteasdale.com | tarbit@cftc.gov |
| sdnyecf@dor.mo.gov | tbrock@ssbb.com |
| sehlers@armstrongteasdale.com | tdewey@dpklaw.com |
| seichel@crowell.com | tduffy@andersonkill.com |
| sfelderstein@ffwplaw.com | teresa.oxford@invescoaim.com |
| sfineman@lchb.com | TGoren@mofo.com |
| sfox@mcguirewoods.com | thaler@thalergertler.com |
| sgordon@cahill.com | thomas.califano@dlapiper.com |
| sgubner@ebg-law.com | Thomas_Noguerola@calpers.ca.gov |
| shannon.nagle@friedfrank.com | tim.desieno@bingham.com |
| sharbeck@sipc.org | timothy.brink@dlapiper.com |
| shari.leventhal@ny.frb.org | timothy.palmer@bipc.com |
| shgross5@yahoo.com | tjfreedman@pbnlaw.com |
| sidorsky@butzel.com | tkarcher@dl.com |
| slerman@ebglaw.com | tkiriakos@mayerbrown.com |
| slerner@ssd.com | tlauria@whitecase.com |
| slevine@brownrudnick.com | tmacwright@whitecase.com |
| SLoden@DiamondMcCarthy.com | tmarrion@haslaw.com |
| smayerson@ssd.com | tnixon@gklaw.com |
| smillman@stroock.com | toby.r.rosenberg@irscounsel.treas.gov |
| smulligan@bsblawyers.com | tomwelsh@orrick.com |
| snewman@katskykorins.com | tony.davis@bakerbotts.com |
| sory@fdlaw.com | tslome@msek.com |
| spiotto@chapman.com | ttracy@crockerkuno.com |
| splatzer@platzerlaw.com | tunrad@burnslev.com |
| SRee@lcbf.com | twheeler@lowenstein.com |
| sschultz@akingump.com | ukreppel@whitecase.com |
| sselbst@herrick.com | Villa@StreusandLandon.com |
| sshimshak@paulweiss.com | vmilione@nixonpeabody.com |
| sskelly@teamtogut.com | vrubinstein@loeb.com |
| sstarr@starrandstarr.com | walter.stuart@freshfields.com |
| steele@lowenstein.com | wanda.goodloe@cbre.com |
| stephen.cowan@dlapiper.com | WBallaine@lcbf.com |
| steve.ginther@dor.mo.gov | wbenzija@halperinlaw.net |
| steven.troyer@commerzbank.com | wchen@tnsj-law.com |
| steven.usdin@flastergreenberg.com | wcurchack@loeb.com |
| steven.wilamowsky@bingham.com | wdase@fzwz.com |
| steven@blbglaw.com | wfoster@milbank.com |
| Streusand@StreusandLandon.com | william.m.goldman@dlapiper.com |
| susheelkirpalani@quinnemanuel.com | wiltenburg@hugheshubbard.com |
| sweyl@haslaw.com | wisotska@pepperlaw.com |
| swolowitz@mayerbrown.com | wk@pwlawyers.com |
| szuch@wiggin.com | wmaher@wmd-law.com |

LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS, INC.
MASTER SERVICE LIST

**OFFICE OF THE US TRUSTEE**
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


**INTERNAL REVENUE SERVICE**
*SPECIAL PROCEDURES BRANCH*
<u>ATTN</u>: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

Lehman Brothers Holdings, Inc.
Additional Email Service List

mark.sherrill@sutherland.com
mvenditto@reedsmith.com

**EXHIBIT D**

LEHMAN BROTHERS HOLDINGS, INC.
ADDITIONAL SERVICE LIST

**AVIVA ET AL.**
C/O MARK SHERRILL
SUTHERLAND, ASBILL & BRENNAN LLP
1275 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20004

**RUBY FINANCE PLC SERIES 2007-2**
C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH
<u>ATTN</u>: SANJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL
CORPORATE TRUST
ONE CANADA SQUARE
LONDON     E14 5AL
UNITED KINGDOM

**REED SMITH LLP**
MICHAEL J. VENDITTO, ESQ.
599 LEXINGTON AVENUE
NEW YORK,  NY  10022

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| BENSON, CRAIG O. | 1411 NORTH STATE PKWY #35 CHICAGO IL 60610 |
| BIRASCHI,PAOLA | FLAT 73 BRYANSTON COURT II GEORGE STREET LONDON, GT LON W1H 7HD UNITED KINGDOM |
| BREWER, KAREN H | 79 POPLAR ROAD WIMBLEDON LONDON SW193JS UNITED KINGDOM |
| BROADBENT, WILLIAM | 75 PECKSLAND ROAD GREENWICH CT 06831 |
| BROOKS, DAVID J | 22 BARTLETT DR MANHASSET NY 11030-2121 |
| COLLIER, MICHAEL | 9 MOOR LANE RICKMANSWORTH HERTS WD3 1LE UNITED KINGDOM |
| D'AMADEO, JOSEPH G | 16 HASTINGS ROAD HOLMDEL NJ 07733-2818 |
| DE JESUS, NESTOR E | LA VILLA DE TORRIMAR REINA ANA STREET #163 GUAYNABO PR 00969 |
| DMUCHOWSKI, JOHN J | 86 WINCHESTER DRIVE EAST WINDSOR NJ 08520 |
| DMUCHOWSKI, JOHN J | OMAR-JOHN C. CHAVEZ WENDY L. MAGER SMITH STRATTON WISE HEHER & BRENNAN LLP 2 RESEARCH WAY PRINCETON NJ 08540 |
| ENGEL, STEVEN | 15 ORAN PLACE MORGANVILLE NJ 07751 |
| GOLDBERG, LOUISE | 6 RUSSELL GROVE MILL HILL LONDON NW73QX UNITED KINGDOM |
| GRAVES, ADRIAN T | 17 WILLOW WAY WING BEDS LEIGHTON BUZZARD LU7 0TJ UNITED KINGDOM |
| HAHN-COLBERT, SANDRA M | 70 BEAVER BROOK RD. HOLMES NY 12531 |
| HORNICK, PETER | 243 WEST 98TH STREET APARTMENT 3D NEW YORK NY 10025 |
| HOWARD, NICHOLAS P. | 114 WEST ROAD NEW CANAAN CT 06840 |
| KENNEY, ARTHUR J. | 200 EAST END AVE, APT 5-DE NEW YORK NY 10128 |
| KING, HARRIET CHAN | 395 SOUTH 2ND STREET #1 BROOKLYN NY 11211 |
| LEWIS, SARAH J | FLAT 12 WATERLOO MANSIONS 59 WEBBER STREET LONDON,ANT SE1 0RD UNITED KINGDOM |
| LUKEN, PATRICIA M. | 200 MARYLEBONE RD. #51 LONDON NW1 5PW UNITED KINGDOM |
| MCCULLY, MICHAEL K. | 340 EAST 23RD STREET APARTMENT 5M NEW YORK NY 10010-4747 |
| MCGEE, HUGH | 5457 HOLLY SPRINGS HOUSTON TX 77056 |
| MULLEN, MICHAEL J. | 396 NORTH STREET GREENWICH CT 06830 |
| NEVILLE, IAN A | 22 LAKESIDE RAINHAM ESSEX RM13 9 SW UNITED KINGDOM |
| OLIVIER, HELMUT | UNTERER MITTEL WEG 39 HE BAD HOMBURG D61352 GERMANY |
| PATTERSON, MARTIN | FOREST LODGE, NEW LODGE CHASE LITTLE BADDOW ESSEX CM3 4AZ UNITED KINGDOM |
| PETRUCELLI, MICHAEL J. | 305 OTTAWA LANE OAK BROOK IL 60523 |
| SANTODOMINGO MARTELL, ALVARO | C/ JOSE SILVA 24, BJ-D MADRID 28043 SPAIN |
| SANTODOMINGO MARTELL, ALVARO | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: ELLEN HAYES & RICH MERTL. 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022 |
| SEWARD, BRIAN | 56 LODGE ROAD BRAINTREE, ESSEX CM7 1JB UNITED KINGDOM |
| SHAPIRO, ROSS B. | 2 HUGH HILL LANE IRVINGTON NY 10533 |
| SMITH, MARGARET E | 19 TRINITY GROVE BENGEO HERTFORD, HERTS SG143HB UNITED KINGDOM |
| SNELLING, STEPHEN J | 17 THORNFIELD ROAD HERTS BISHOP'S STORTFORD CM232RB UNITED KINGDOM |
| VOLINI, PIERLUIGI | LONG MEADOW BICKLEY PARK ROAD BROMLEY, KENT BR1 ZAS UNITED KINGDOM |
| WARD, PETER | 2816 RIVERSIDE DRIVE WANTAGH NY 11793 |
| WECKER, JEFFREY | KATTEN MUCHIN ROSENMAN LLP ATTN: STEVEN G. ECKAUS, ESQ. 575 MADISON AVENUE NEW YORK NY 10022 |
| WECKER, JEFFREY | 198 MIDDLE LINE HIGHWAY SOUTHAMPTON NY 11968 |
| WILKINSON, TIMOTHY B | CORNER COTTAGE PARSONAGE LANE ESSEX LITTLE BADDOW CHELMSFORD CM3 4SU UNITED KINGDOM |

**Total Creditor count  38**

**EXHIBIT F**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| IRAGORRI, JULIAN | 800 5TH AVE-25C NEW YORK NY 10065-7289 |
| LEV ARI, TAL | FLAT 2 STRAFFAN LODGE 1-3 BELSIZE GROVE LONDON NW3 4XE UNITED KINGDOM |
| MCCARTHY, LAWRENCE E | 78 BEDFORD ST APT 3A NEW YORK NY 10014-3746 |
| RIVKIN, JACK L. | PO BOX 2249 AMAGANSETT NY 11930 |

**Total Creditor count  4**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| GOYAL, ANSHU | MICHAEL R. DAL LAGO, ESQ. MORRISON COHEN LLP 909 THIRD AVENUE NEW YORK NY 10022 |
| GOYAL, ANSHU | 21 PENNY LANE SCARSDALE NY 10583 |

**Total Creditor count  2**

**EXHIBIT H**

Lehman Brothers Holdings, Inc.
Fax Service List

| FAX | NAME |
| --- | --- |
| **202-637-3593** | **SUTHERLAND ASBILL**<br>ATTN: MARK SHERRILL |
| **212-521-5450** | **REED SMITH**<br>ATTN: MICHAEL VENDITTO |