CERTILMAN BALIN ADLER & HYMAN, LLP
90 Merrick Avenue
East Meadow, New York 11554
Telephone: (516) 296-7000
Facsimile: (516) 296-7111
Richard J. McCord, Esq.
rmccord@certilmanbalin.com

*Attorneys for Monti Family Holding Company, Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                      :

                                                            :        Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., *et al*.,                   Case No.: 08-13555(JMP)
                                                            :
                            Debtors.                                (Jointly Administered)
                                                            :
-------------------------------------------------------------X

## NOTICE OF ADJOURNMENT OF HEARING ON THE MOTION OF MONTI FAMILY HOLDING COMPANY, LTD FOR LEAVE TO CONDUCT RULE 2004 DISCOVERY OF DEBTOR LEHMAN BROTHERS HOLDINGS INC AND OTHER ENTITIES

PLEASE TAKE NOTICE that the hearing on the relief requested in the Motion of Monti

Family Holding Company, Ltd ("Movant"), by and through its counsel, Certilman Balin Adler &

Hyman, LLP, Seeking Leave to Conduct Rule-2004 Discovery of the Debtor, Lehman Brothers

Holdings, Inc. and Other Entities (Docket No. 16803), which is scheduled for October 10, 2012

at 10:00 a.m. (Eastern Time), has been adjourned by agreement with the Debtors and Movant, to

December 12, 2012 at 10:00 a.m. The hearing will be held before the Honorable James M. Peck,

United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, Courtroom 601, New York, New York 10004-1408, and such

Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

2554972.1

Dated:  East Meadow, New York
        October 4, 2012

                    **CERTILMAN BALIN ADLER & HYMAN, LLP**


                    By:     /s/ Richard J. McCord                    _
                            **RICHARD J. MCCORD, ESQ.**
                            90 Merrick Avenue
                            East Meadow, New York 11554
                            Phone: (516) 296-7000

                            *Attorneys for Monti Family Holding Company, Ltd.*

2554972.1