UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**REQUEST FOR REMOVAL FROM ECF SERVICE**

**PLEASE TAKE NOTICE** that the undersigned hereby requests to be removed from the Court's CM/ECF and any other service list in this case.

Dated: October 4, 2012

Respectfully submitted,

 /s/ J. Michael Kelly
J. Michael Kelly (CA State Bar #133657)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone: (415) 693-2000
Facsimile:  (415) 693-2222
Email:  kellyjm@cooley.com

Attorneys for Sumtotal Systems, Inc.

1288714 v1/SF