**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
: 
In re                                              :   Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :   08-13555 (JMP)
                                                   :
                    Debtors.                       :   (Jointly Administered)
                                                   :
------------------------------------------------------------------x   Ref. Docket No. 31177

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 2, 2012, I caused to be served the "Notice of Adjournment *Sine Die* of the Two Hundred Eightieth Omnibus Objection to Claims (No Liability Claims)," dated October 2, 2012 [Docket No. 31177], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Carol Zhang*
Sworn to before me this                             Carol Zhang
3rd day of October, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6220196
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC.**

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | igoldstein@dl.com | mmorreale@us.mufg.jp |
| aalfonso@willkie.com | igoldstein@proskauer.com | mneier@ibolaw.com |
| abeaumont@fklaw.com | ilevee@lowenstein.com | monica.lawless@brookfieldproperties.com |
| abraunstein@riemerlaw.com | ira.herman@tklaw.com | mpage@kelleydrye.com |
| acaton@kramerlevin.com | isgreene@hhlaw.com | mparry@mosessinger.com |
| acker@chapman.com | israel.dahan@cwt.com | mpomerantz@julienandschlesinger.com |
| adam.brezine@hro.com | iva.uroic@dechert.com | mprimoff@kayescholer.com |
| adarwin@nixonpeabody.com | jacobsonn@sec.gov | mpucillo@bermanesq.com |
| adiamond@diamondmccarthy.com | james.heaney@lawdeb.com | mrosenthal@gibsondunn.com |
| aeckstein@blankrome.com | james.mcclammy@dpw.com | mruetzel@whitecase.com |
| aentwistle@entwistle-law.com | james.sprayregen@kirkland.com | mschimel@sju.edu |
| afriedman@irell.com | jamestecce@quinnemanuel.com | mschlesinger@julienandschlesinger.com |
| agbanknewyork@ag.tn.gov | jamie.nelson@dubaiic.com | msegarra@mayerbrown.com |
| aglenn@kasowitz.com | jar@outtengolden.com | mshiner@tuckerlaw.com |
| agold@herrick.com | jason.jurgens@cwt.com | msiegel@brownrudnick.com |
| agoldstein@tnsj-law.com | jay.hurst@oag.state.tx.us | msolow@kayescholer.com |
| aisenberg@saul.com | jay@kleinsolomon.com | mspeiser@stroock.com |
| akantesaria@oppenheimerfunds.com | jbecker@wilmingtontrust.com | mstamer@akingump.com |
| akolod@mosessinger.com | jbeemer@entwistle-law.com | mvenditto@reedsmith.com |
| akornikova@lcbf.com | jbeiers@co.sanmateo.ca.us | mwarren@mtb.com |
| alum@ftportfolios.com | jbird@polsinelli.com | nathan.spatz@pillsburylaw.com |
| amarder@msek.com | jbromley@cgsh.com | ncoco@mwe.com |
| amartin@sheppardmullin.com | jcarberry@cl-law.com | neal.mann@oag.state.ny.us |
| amcmullen@boultcummings.com | jchristian@tobinlaw.com | ned.schodek@shearman.com |
| amenard@tishmanspeyer.com | jchubak@proskauer.com | neilberger@teamtogut.com |
| andrew.brozman@cliffordchance.com | jdoran@haslaw.com | newyork@sec.gov |
| andrew.lourie@kobrekim.com | jdrucker@coleschotz.com | nherman@morganlewis.com |
| angelich.george@arentfox.com | jdyas@halperinlaw.net | nickolas.karavolas@pillsburylaw.com |
| ann.reynaud@shell.com | jean-david.barnea@usdoj.gov | nissay_10259-0154@mhmjapan.com |
| anthony_boccanfuso@aporter.com | jeanites@whiteandwilliams.com | nlepore@schnader.com |
| aoberry@bermanesq.com | jeannette.boot@wilmerhale.com | notice@bkcylaw.com |
| aostrow@beckerglynn.com | jeff.wittig@coair.com | oipress@travelers.com |
| apo@stevenslee.com | jeffery.black@bingham.com | otccorpactions@finra.org |
| aquale@sidley.com | jeffrey.sabin@bingham.com | paronzon@milbank.com |
| arahl@reedsmith.com | jeldredge@velaw.com | patrick.oh@freshfields.com |
| arheaume@riemerlaw.com | jen.premisler@cliffordchance.com | paul.turner@sutherland.com |
| arlbank@pbfcm.com | jennifer.demarco@cliffordchance.com | pbattista@gjb-law.com |
| arosenblatt@chadbourne.com | jennifer.gore@shell.com | pbosswick@ssbb.com |
| arthur.rosenberg@hklaw.com | jeremy.eiden@ag.state.mn.us | pdublin@akingump.com |
| arwolf@wlrk.com | jfalgowski@reedsmith.com | peisenberg@lockelord.com |
| aseuffert@lawpost-nyc.com | jflaxer@golenbock.com | peter.gilhuly@lw.com |
| ashmead@sewkis.com | jfox@joefoxlaw.com | peter.macdonald@wilmerhale.com |
| asnow@ssbb.com | jfreeberg@wfw.com | peter.simmons@friedfrank.com |
| aunger@sidley.com | jg5786@att.com | peter@bankrupt.com |
| austin.bankruptcy@publicans.com | jgenovese@gjb-law.com | pfeldman@oshr.com |

# LEHMAN BROTHERS HOLDINGS INC.

| | | |
|---|---|---|
| avenes@whitecase.com | jguy@orrick.com | phayden@mcguirewoods.com |
| azylberberg@whitecase.com | jherzog@gklaw.com | philip.wells@ropesgray.com |
| bankr@zuckerman.com | jhiggins@fdlaw.com | pmaxcy@sonnenschein.com |
| bankruptcy@goodwin.com | jhorgan@phxa.com | ppascuzzi@ffwplaw.com |
| bankruptcy@morrisoncohen.com | jhuggett@margolisedelstein.com | ppatterson@stradley.com |
| bankruptcy@ntexas-attorneys.com | jim@atkinslawfirm.com | psp@njlawfirm.com |
| bankruptcymatters@us.nomura.com | jjoyce@dresslerpeters.com | ptrain-gutierrez@kaplanlandau.com |
| barbra.parlin@hklaw.com | jjtancredi@daypitney.com | ptrostle@jenner.com |
| bbisignani@postschell.com | jjureller@klestadt.com | r.stahl@stahlzelloe.com |
| bcarlson@co.sanmateo.ca.us | jkehoe@btkmc.com | raj.madan@bingham.com |
| bdk@schlamstone.com | jlamar@maynardcooper.com | ramona.neal@hp.com |
| bguiney@pbwt.com | jlawlor@wmd-law.com | raul.alcantar@ropesgray.com |
| bkmail@prommis.com | jlee@foley.com | rbeacher@pryorcashman.com |
| bmanne@tuckerlaw.com | jlevitin@cahill.com | rbernard@foley.com |
| bmiller@mofo.com | jlipson@crockerkuno.com | rbyman@jenner.com |
| boneill@kramerlevin.com | jlovi@steptoe.com | rdaversa@orrick.com |
| brian.corey@greentreecreditsolutions.com | jlscott@reedsmith.com | relgidely@gjb-law.com |
| brosenblum@jonesday.com | jmaddock@mcguirewoods.com | rfleischer@pryorcashman.com |
| broy@rltlawfirm.com | jmakower@tnsj-law.com | rfrankel@orrick.com |
| bruce.wright@sutherland.com | jmazermarino@msek.com | rfriedman@silvermanacampora.com |
| bstrickland@wtplaw.com | jmcginley@wilmingtontrust.com | rgmason@wlrk.com |
| btrust@mayerbrown.com | jmelko@gardere.com | rgraham@whitecase.com |
| bturk@tishmanspeyer.com | jmerva@fult.com | rhett.campbell@tklaw.com |
| bwolfe@sheppardmullin.com | jmmurphy@stradley.com | richard.fingard@newedge.com |
| cahn@clm.com | jmr@msf-law.com | richard.lear@hklaw.com |
| calbert@reitlerlaw.com | jnadritch@olshanlaw.com | richard.levy@lw.com |
| canelas@pursuitpartners.com | jnm@mccallaraymer.com | richard.tisdale@friedfrank.com |
| carol.weinerlevy@bingham.com | john.monaghan@hklaw.com | richard@rwmaplc.com |
| cbelisle@wfw.com | john.rapisardi@cwt.com | ritkin@steptoe.com |
| cbelmonte@ssbb.com | jorbach@hahnhessen.com | rjones@boultcummings.com |
| cbrotstein@bm.net | joseph.cordaro@usdoj.gov | rleek@hodgsonruss.com |
| cdesiderio@nixonpeabody.com | joshua.dorchak@bingham.com | rlevin@cravath.com |
| cgoldstein@stcwlaw.com | jowen769@yahoo.com | rmatzat@hahnhessen.com |
| chammerman@paulweiss.com | jowolf@law.nyc.gov | rnetzer@willkie.com |
| charles@filardi-law.com | joy.mathias@dubaiic.com | robert.bailey@bnymellon.com |
| charles_malloy@aporter.com | jpintarelli@mofo.com | robert.dombroff@bingham.com |
| chipford@parkerpoe.com | jporter@entwistle-law.com | robert.henoch@kobrekim.com |
| chris.donoho@lovells.com | jprol@lowenstein.com | robert.malone@dbr.com |
| christopher.schueller@bipc.com | jrabinowitz@rltlawfirm.com | robert.yalen@usdoj.gov |
| clarkb@sullcrom.com | jrsmith@hunton.com | robin.keller@lovells.com |
| clynch@reedsmith.com | jschwartz@hahnhessen.com | roger@rnagioff.com |
| cmontgomery@salans.com | jsheerin@mcguirewoods.com | ronald.silverman@bingham.com |
| cohen@sewkis.com | jshickich@riddellwilliams.com | ross.martin@ropesgray.com |
| colea@gtlaw.com | jsmairo@pbnlaw.com | rqureshi@reedsmith.com |
| contact@lawofficesjje.com | jstoll@mayerbrown.com | rrainer@wmd-law.com |

**LEHMAN BROTHERS HOLDINGS INC.**

| | | |
|---|---|---|
| cp@stevenslee.com | jsullivan@mosessinger.com | rreid@sheppardmullin.com |
| cpappas@dilworthlaw.com | jteitelbaum@tblawllp.com | rroupinian@outtengolden.com |
| craig.goldblatt@wilmerhale.com | jtimko@shutts.com | rrussell@andrewskurth.com |
| crmomjian@attorneygeneral.gov | jtorf@schiffhardin.com | rterenzi@stcwlaw.com |
| cs@stevenslee.com | jtougas@mayerbrown.com | russj4478@aol.com |
| csalomon@beckerglynn.com | judy.morse@crowedunlevy.com | rwasserman@cftc.gov |
| cschreiber@winston.com | jvail@ssrl.com | rwyron@orrick.com |
| cshore@whitecase.com | jwallack@goulstonstorrs.com | s.minehan@aozorabank.co.jp |
| cshulman@sheppardmullin.com | jwang@sipc.org | sabin.willett@bingham.com |
| ctatelbaum@adorno.com | jwcohen@daypitney.com | sabramowitz@velaw.com |
| cwalsh@mayerbrown.com | jweiss@gibsondunn.com | sabvanrooy@hotmail.com |
| cward@polsinelli.com | jwest@velaw.com | sagolden@hhlaw.com |
| cweber@ebg-law.com | jwh@njlawfirm.com | sally.henry@skadden.com |
| cweiss@ingramllp.com | kanema@formanlaw.com | samuel.cavior@pillsburylaw.com |
| dallas.bankruptcy@publicans.com | karen.wagner@dpw.com | sandyscafaria@eaton.com |
| daniel.guyder@allenovery.com | kdwbankruptcydepartment@kelleydrye.com | sara.tapinekis@cliffordchance.com |
| dave.davis@isgria.com | keckhardt@hunton.com | scargill@lowenstein.com |
| david.bennett@tklaw.com | keith.simon@lw.com | schannej@pepperlaw.com |
| david.heller@lw.com | ken.coleman@allenovery.com | schepis@pursuitpartners.com |
| david.powlen@btlaw.com | ken.higman@hp.com | schnabel.eric@dorsey.com |
| david.seligman@kirkland.com | kerry.moynihan@hro.com | schristianson@buchalter.com |
| davids@blbglaw.com | kgwynne@reedsmith.com | schwartzmatthew@sullcrom.com |
| davidwheeler@mvalaw.com | kiplok@hugheshubbard.com | scottshelley@quinnemanuel.com |
| dbalog@intersil.com | kjarashow@fklaw.com | scousins@armstrongteasdale.com |
| dbarber@bsblawyers.com | kkelly@ebglaw.com | sdnyecf@dor.mo.gov |
| dbaumstein@whitecase.com | kkolbig@mosessinger.com | sehlers@armstrongteasdale.com |
| dbesikof@loeb.com | klyman@irell.com | seichel@crowell.com |
| dcimo@gjb-law.com | klynch@formanlaw.com | sfelderstein@ffwplaw.com |
| dcoffino@cov.com | kmayer@mccarter.com | sfineman@lchb.com |
| dcrapo@gibbonslaw.com | kobak@hugheshubbard.com | sfox@mcguirewoods.com |
| ddavis@paulweiss.com | korr@orrick.com | sgordon@cahill.com |
| ddrebsky@nixonpeabody.com | kovskyd@pepperlaw.com | sgubner@ebg-law.com |
| ddunne@milbank.com | kpiper@steptoe.com | shannon.nagle@friedfrank.com |
| deggermann@kramerlevin.com | kressk@pepperlaw.com | sharbeck@sipc.org |
| deggert@freebornpeters.com | kreynolds@mklawnyc.com | shari.leventhal@ny.frb.org |
| demetra.liggins@tklaw.com | krosen@lowenstein.com | shgross5@yahoo.com |
| dfelder@orrick.com | kuehn@bragarwexler.com | sidorsky@butzel.com |
| dflanigan@polsinelli.com | kurt.mayr@bgllp.com | slerman@ebglaw.com |
| dgrimes@reedsmith.com | lacyr@sullcrom.com | slerner@ssd.com |
| dhayes@mcguirewoods.com | landon@streusandlandon.com | slevine@brownrudnick.com |
| dheffer@foley.com | lapeterson@foley.com | sloden@diamondmccarthy.com |
| diconzam@gtlaw.com | lathompson@co.sanmateo.ca.us | smayerson@ssd.com |
| djoseph@stradley.com | lberkoff@moritthock.com | smillman@stroock.com |
| dkleiner@velaw.com | lee.stremba@troutmansanders.com | smulligan@bsblawyers.com |
| dkozusko@willkie.com | lgotko@fklaw.com | snewman@katskykorins.com |

**LEHMAN BROTHERS HOLDINGS INC.**

| | | |
|---|---|---|
| dlemay@chadbourne.com | lgranfield@cgsh.com | sory@fdlaw.com |
| dlipke@vedderprice.com | lhandelsman@stroock.com | spiotto@chapman.com |
| dludman@brownconnery.com | linda.boyle@twtelecom.com | splatzer@platzerlaw.com |
| dmcguire@winston.com | lisa.ewart@wilmerhale.com | sree@lcbf.com |
| dmurray@jenner.com | lisa.kraidin@allenovery.com | sschultz@akingump.com |
| dneier@winston.com | ljkotler@duanemorris.com | sselbst@herrick.com |
| dodonnell@milbank.com | lkatz@ltblaw.com | sshimshak@paulweiss.com |
| dove.michelle@dorsey.com | lkiss@klestadt.com | sskelly@teamtogut.com |
| dpegno@dpklaw.com | lmarinuzzi@mofo.com | sstarr@starrandstarr.com |
| draelson@fisherbrothers.com | lmay@coleschotz.com | steele@lowenstein.com |
| dravin@wolffsamson.com | lmcgowen@orrick.com | stephen.cowan@dlapiper.com |
| drose@pryorcashman.com | lml@ppgms.com | steve.ginther@dor.mo.gov |
| drosenzweig@fulbright.com | lnashelsky@mofo.com | steven.troyer@commerzbank.com |
| drosner@goulstonstorrs.com | loizides@loizides.com | steven.usdin@flastergreenberg.com |
| drosner@kasowitz.com | lromansic@steptoe.com | steven.wilamowsky@bingham.com |
| dshaffer@wtplaw.com | lscarcella@farrellfritz.com | steven@blbglaw.com |
| dshemano@peitzmanweg.com | lschweitzer@cgsh.com | streusand@streusandlandon.com |
| dspelfogel@foley.com | lubell@hugheshubbard.com | susheelkirpalani@quinnemanuel.com |
| dtatge@ebglaw.com | lwhidden@salans.com | sweyl@haslaw.com |
| dtheising@harrisonmoberly.com | mabrams@willkie.com | swolowitz@mayerbrown.com |
| dwdykhouse@pbwt.com | maofiling@cgsh.com | szuch@wiggin.com |
| dwildes@stroock.com | marc.chait@sc.com | tannweiler@greerherz.com |
| dworkman@bakerlaw.com | margolin@hugheshubbard.com | tarbit@cftc.gov |
| easmith@venable.com | mark.bane@ropesgray.com | tbrock@ssbb.com |
| echang@steinlubin.com | mark.deveno@bingham.com | tdewey@dpklaw.com |
| ecohen@russell.com | mark.ellenberg@cwt.com | tduffy@andersonkill.com |
| efleck@milbank.com | mark.ellenberg@cwt.com | teresa.oxford@invescoaim.com |
| efriedman@fklaw.com | mark.hellerer@pillsburylaw.com | tgoren@mofo.com |
| efriedman@friedumspring.com | mark.sherrill@sutherland.com | thaler@thalergertler.com |
| eglas@mccarter.com | martin.davis@ots.treas.gov | thomas.califano@dlapiper.com |
| ekbergc@lanepowell.com | marvin.clements@ag.tn.gov | thomas_noguerola@calpers.ca.gov |
| eleicht@whitecase.com | matt@willaw.com | tim.desieno@bingham.com |
| eli.mattioli@klgates.com | matthew.klepper@dlapiper.com | timothy.brink@dlapiper.com |
| ellen.halstead@cwt.com | maustin@orrick.com | timothy.palmer@bipc.com |
| emerberg@mayerbrown.com | max.polonsky@skadden.com | tjfreedman@pbnlaw.com |
| enkaplan@kaplanlandau.com | mbenner@tishmanspeyer.com | tkarcher@dl.com |
| eobrien@sbchlaw.com | mberman@nixonpeabody.com | tkiriakos@mayerbrown.com |
| erin.mautner@bingham.com | mberman@nixonpeabody.com | tlauria@whitecase.com |
| eschwartz@contrariancapital.com | mbienenstock@proskauer.com | tmacwright@whitecase.com |
| esmith@dl.com | mbloemsma@mhjur.com | tmarrion@haslaw.com |
| etillinghast@sheppardmullin.com | mbossi@thompsoncoburn.com | tnixon@gklaw.com |
| ezujkowski@emmetmarvin.com | mcademartori@sheppardmullin.com | toby.r.rosenberg@irscounsel.treas.gov |
| ezweig@optonline.net | mcantor@normandyhill.com | tomwelsh@orrick.com |
| fbp@ppgms.com | mccombst@sullcrom.com | tony.davis@bakerbotts.com |
| ffm@bostonbusinesslaw.com | mcordone@stradley.com | tslome@msek.com |

**LEHMAN BROTHERS HOLDINGS INC.**

| | | |
|---|---|---|
| fhyman@mayerbrown.com | mcto@debevoise.com | ttracy@crockerkuno.com |
| foont@foontlaw.com | mcyganowski@oshr.com | tunrad@burnslev.com |
| francois.janson@hklaw.com | mdorval@stradley.com | twheeler@lowenstein.com |
| fsosnick@shearman.com | melorod@gtlaw.com | ukreppel@whitecase.com |
| fyates@sonnenschein.com | meltzere@pepperlaw.com | villa@streusandlandon.com |
| gabriel.delvirginia@verizon.net | metkin@lowenstein.com | vmilione@nixonpeabody.com |
| gary.holtzer@weil.com | mfeldman@willkie.com | vrubinstein@loeb.com |
| gbray@milbank.com | mgordon@briggs.com | walter.stuart@freshfields.com |
| ggitomer@mkbattorneys.com | mgreger@allenmatkins.com | wanda.goodloe@cbre.com |
| ggoodman@foley.com | mh1@mccallaraymer.com | wballaine@lcbf.com |
| giddens@hugheshubbard.com | mhopkins@cov.com | wbenzija@halperinlaw.net |
| gkaden@goulstonstorrs.com | michael.frege@cms-hs.com | wchen@tnsj-law.com |
| glenn.siegel@dechert.com | michael.kelly@monarchlp.com | wcurchack@loeb.com |
| gmoss@riemerlaw.com | michael.kim@kobrekim.com | wdase@fzwz.com |
| gravert@ravertpllc.com | michael.mccrory@btlaw.com | wfoster@milbank.com |
| gspilsbury@jsslaw.com | millee12@nationwide.com | william.m.goldman@dlapiper.com |
| harrisjm@michigan.gov | miller@taftlaw.com | wiltenburg@hugheshubbard.com |
| harveystrickon@paulhastings.com | mimi.m.wong@irscounsel.treas.gov | wisotska@pepperlaw.com |
| hbeltzer@mayerbrown.com | mitchell.ayer@tklaw.com | wk@pwlawyers.com |
| heim.steve@dorsey.com | mjedelman@vedderprice.com | wmaher@wmd-law.com |
| heiser@chapman.com | mjr1@westchestergov.com | wmarcari@ebglaw.com |
| hollace.cohen@troutmansanders.com | mkjaer@winston.com | wmckenna@foley.com |
| holsen@stroock.com | mlahaie@akingump.com | wsilverm@oshr.com |
| howard.hawkins@cwt.com | mlandman@lcbf.com | wswearingen@llf-law.com |
| hseife@chadbourne.com | mlichtenstein@crowell.com | wtaylor@mccarter.com |
| hsnovikoff@wlrk.com | mlynch2@travelers.com | wweintraub@fklaw.com |
| hsteel@brownrudnick.com | mmendez@hunton.com | wzoberman@bermanesq.com |
| icatto@mwe.com | mmooney@deilylawfirm.com | yamashiro@sumitomotrust.co.jp |
| yuwatoko@mofo.com | | |

**LEHMAN BROTHERS HOLDINGS INC.**

*Additional Parties*
harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
robert.lemons@weil.com

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC.**

**NOA ADD-OVN**
BROOKFIELD PROPERTIES ONE WFC CO LLC
C/O BROOKFIELD FINANCIAL PROPERTIES LP
ATTN: GENERAL COUNSEL
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK,  NY  10281-1021

**ADDS – OVN**
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005
ATTN: DENNIS F. DUNNE, ESQ., DENNIS O'DONNELL,
ESQ., AND EVAN R. FLECK, ESQ.,

WEIL GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153
ATTN: RICHARD P. KRASNOW, ESQ., LORI R. FIFE, ESQ.,
ROBERT J. LEMONS, ESQ., AND JACQUELINE MARCUS, ESQ.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

**MSL - OVN**
OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007