B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  LEHMAN BROTHERS HOLDINGS INC.  ,     Case No.  08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| AVIVA ASSICURAZIONI S.p.A. | BNY Mellon Corporate Trustee Services |
|---|---|
| Name of Transferee | Name of Transferor (Please see attached for detail.) |

Name and Address where notices to transferee should be sent:
Mark Sherrill, 1275 Pennsylvania Ave. NW
Washington, DC  20004

Court Claim # (if known):  55570
Amount of Claim:  $179,826,554.28
Date Claim Filed:  10/29/2009

Phone:  (202) 383-0100
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

PLEASE NOTE THAT THIS IS A PARTIAL TRANSFER OF THE ABOVE CLAIM. PLEASE SEE THE ATTACHED.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Mark Sherrill_ (signature)    Date: 10/5/2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

**For value received**, the adequacy and sufficiency of which are hereby acknowledged, BNY Mellon Corporate Trustee Services Limited, *f/k/a* BNY Corporate Trustee Services Limited, on behalf of, and in the right of, Ruby Finance PLC, as trustee for the holders of Ruby Finance PLC Series 2007-2 Class A Eur 135,000,000 Class A Ulisse Capital Managed Constant Proportion Debt Obligations due 2017 ("**Assignor**"), acting as the trustee for the holders of notes issued under the Multi Issuer Secured Obligation Programme of Dante Finance PLC and other Specified Companies arranged by Lehman Brothers International (Europe) pursuant to a trust deed dated October 10, 2002, as amended and restated, with Dante Finance PLC, as supplemented by the Supplemental Trust Deed and Drawdown Agreement, dated March 20, 2007, as amended and restated on May 18, 2007 and again on May 22, 2007, to which Ruby Finance PLC acceded by a deed of accession dated July 21, 2006, as may have been amended and restated from time to time, having filed the proof of claim referenced below on behalf of, and in the right of, Ruby Finance PLC, hereby unconditionally and irrevocably conveys, transfers and assigns to **Aviva Assicurazioni S.p.A.** ("**Assignee**") its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of US $ 665,358.25 due pursuant to a guarantee from Lehman Brothers Holdings Inc. (the "**Debtor**"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District or New York (the "**Bankruptcy Court**"), and the relevant portion of the proof of claim (assigned No. 55570) filed by Assignor on behalf of, and in the right of, Ruby Finance PLC, with the Bankruptcy Court on October 29, 2009, in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this ___ day of September, 2012.

Aviva Assicurazioni S.p.A.
By:_____
Name:  ANDREA BATTISTA
Title:  CEO


BNY Mellon Corporate Trustee Services Limited
By:_____
Name:
Title:   Authorised Signatory
         Mark Breacadin

Claim No. 55570

Form 210B (12/09)

# United States Bankruptcy Court

## Sourthern District Of New York

In re Lehman Brothers Holdings, Inc.,    Case No. 08-13555

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 55570 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on October 5, 2012.

| | |
|---|---|
| BNY Mellon Corporate Trustee Services Limited | Aviva Assicurazioni S.p.A. |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: c/o Mark Sherrill |
| | |
| 1 Canada Square, London, UK  E14 5AL | 1275 Pennsylvania Ave NW, Washington, DC 20004 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                    _____
                                                  **CLERK OF THE COURT**