HEARING DATE AND TIME: October 30, 2012 at 2:00 p.m. (Eastern Time)
RESPONSE DEADLINE: October 19, 2012 at 4:00 p.m. (Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                    :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :    **08-13555 (JMP)**
:
Debtors.                        :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

NOTICE OF HEARING ON FINAL APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC FOR
FINAL ALLOWANCE AND APPROVAL OF INCENTIVE
FEE EARNED COMPRISED OF (i) ASSET MANAGEMENT
INCENTIVE FEE AND (ii) CLAIMS MANAGEMENT INCENTIVE
FEE DURING THE PERIOD OF SEPTEMBER 15, 2008 TO MARCH 6, 2012

**PLEASE TAKE NOTICE** that a hearing to consider the Final Application of Alvarez & Marsal North America, LLC for Final Allowance and Approval of Incentive Fee Earned Comprised of (i) Asset Management Incentive Fee and (ii) Claims Management Incentive Fee During the Period of September 15, 2008 to March 6, 2012 (the "Fee Application"), filed June 29, 2012 [ECF No. 29165] will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **October 30, 2012 at 2:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Fee Application must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered

directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for Lehman Brothers Holdings Inc., Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Lori R. Fife, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.); (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.); and (v) chief restructuring officer for Lehman Brothers Holdings Inc., Alvarez & Marsal North America, LLC, 600 Madison Avenue, 8th Floor, New York, New York 10022 (Attn: John Suckow) so as to be so filed and received by no later than **October 19, 2012 at 4:00 p.m. (Prevailing Eastern Time)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Fee Application, Alvarez & Marsal may, on or after the Response Deadline, submit to the Bankruptcy Court an order granting the Fee Application, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: October 5, 2012
New York, New York

/s/ Lori R. Fife
Lori R. Fife

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2