**DAY PITNEY LLP**  
Joshua W. Cohen (JC-2978)  
James J. Tancredi (JT-3269)  
One Audubon Street  
New Haven, CT 06511-6433  
Telephone: (203) 752-5000  
Facsimile: (203) 752-5001  

– and –

7 Times Square  
New York, NY 10036-7311  
Telephone: (212) 297-5800  
Facsimile: (212) 916 2940  

*Counsel to Fidelity National Title Insurance Company*

Hearing Date: November 14, 2012  
Hearing Time: 10:00 A.M.

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING**  
**ON FIDELITY NATIONAL TITLE INSURANCE COMPANY'S**  
**MOTION TO COMPEL COMPLIANCE WITH REQUIREMENTS**  
**OF TITLE INSURANCE POLICIES INSURING DEEDS OF TRUST HELD**  
**BY THE BANKRUPTCY ESTATE OF DEBTOR LEHMAN COMMERCIAL PAPER INC.**  
**PURSUANT TO SECTIONS 105, 362, 365 AND 1107 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that the hearing on the relief requested in Fidelity National Title Insurance Company's Motion to Compel Compliance with Requirements of Title Insurance Policies Insuring Deeds of Trust Held by the Bankruptcy Estate of Debtor Lehman Commercial Paper Inc. Pursuant to Sections 105, 362, 365 and 1107 of the Bankruptcy Code [Docket No. 11513] (the "Motion to Compel"), which is scheduled for October 10, 2012 at 10:00 a.m. (prevailing Eastern Time), **has been adjourned to November 14, 2012 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on the relief requested in the Motion to Compel will be held before the Honorable James M. Peck, United States

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion to Compel may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated at New Haven, Connecticut, this 8th day of October, 2012.

        FIDELITY NATIONAL TITLE INSURANCE COMPANY

By: */s/ Joshua W. Cohen*
    Joshua W. Cohen (JC-2978)
    James J. Tancredi (JT-3269)
    DAY PITNEY LLP
    One Audubon Street
    New Haven, CT 06511-6433
    Tel:   (203) 752-5008
    Fax:  (203) 752-5001
    E-mail: jwcohen@daypitney.com