B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re Lehman Brothers Holdings Inc.                     Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lehman Brothers Special Financing Inc<br><br>*Name of Transferee* | Government of Singapore Investment Corp.<br><br>*Name of Transferor* |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>Derivatives Legal<br>Lehman Brothers Holdings Inc.<br>1271 Avenue of the Americas, 40th Floor<br>New York, NY 10020<br>Phone: (646) 285-9585 | Court Claim # (if known): 23523<br><br>Amount of Claim: $25,952,581<br><br>Date Claim Filed: September 21, 2009<br><br>Michael G. Burke<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Phone: 212-839-6742 |
| Last Four Digits of Acct #: LBSF<br><br>Name and Address where transferee payments should be sent (if different from above):<br><br>(same as above) | Last Four Digits of Acct. #: DIV5 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____                     Date: 10/5/12

Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIMS

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Government of Singapore Investment Corporation Pte Ltd.** ("Transferor") does hereby unconditionally and irrevocably transfer and assign unto **Lehman Brothers Special Financing Inc.** ("Transferee") all rights, title and interest in and to the claims of Transferor referenced as proof of claim number 23523 in the principal amount of $25,952,581, plus all other amounts, including interest, fees and other amounts related thereto (the "Claims") against Lehman Brothers Holdings Inc. ("LBHI") whose Bankruptcy Proceeding (Case No. 08-13555) is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings).

Transferor hereby waives any objection to the transfer of the Claims assigned herein to Transferee on the books and records of LBHI and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claims and recognizing the Transferee as the sole owner and holder of the Claims. Transferor further directs LBHI, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claims by its duly authorized representative dated the 28th day of September, 2012.

| TRANSFEROR: | TRANSFEREE: |
|---|---|
| **Government of Singapore Investment Corp. Pte Ltd.** | **Lehman Brothers Special Financing Inc.** |
| By: _[signature]_ _[signature]_ | By: _[signature]_ |
| Name: CHUA LEE MING — Managing Director    **Deanna Ong** Managing Director | Name: Robert Hershan |
| Title: _____ | Title: Vice President |