Hearing Date and Time: October 30, 2012 at 2:00 p.m. (Prevailing Eastern Time)
Objection Deadline: October 19, 2012 at 4:00 p.m. (Prevailing Eastern Time)
Response Deadline: October 24, 2012 at 4:00 p.m. (Prevailing Eastern Time)

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler
Brady C. Williamson

*Attorneys for the Fee Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF HEARING ON FINAL APPLICATIONS OF RETAINED
PROFESSIONALS FOR FINAL ALLOWANCE AND APPROVAL OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED
FROM SEPTEMBER 15, 2008 TO MARCH 6, 2012**

**PLEASE TAKE NOTICE** that a hearing to consider the final applications of the retained professionals listed on the attached **Exhibit A** (the "**Final Fee Applications**") will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004 (the "**Bankruptcy Court**") on **October 30, 2012 at 2:00 p.m. (Prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that the Final Fee Applications seek allowance of final compensation for professional services performed, and reimbursement of actual and necessary expenses incurred, during the periods listed on Exhibit A, pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Final Fee Applications shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and the Local Rules of the Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), shall set forth the name of the objecting party, the basis for the objection and specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Orders M-182 and M-399 (which can be found at www.nysb.uscourts.gov ) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York, 10004, Courtroom 601; (ii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York, 10153, Attn: Lori R. Fife, Esq., attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York, 10004, Attn: Tracy Hope Davis, Esq. and Andrea B. Schwartz, Esq.; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York, 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases; (v) Alvarez & Marsal North America, LLC, 600 Madison

2

Avenue, 8th Floor, New York, New York 10022, Attn: John Suckow, chief restructuring officer for Lehman Brothers Holdings, Inc.; (vi) Bortstein Legal, LLC, 1271 Avenue of the Americas, 42nd Floor, New York, New York, Attn: Lawrence A. Bortstein, Special Counsel to the Debtors; (vii) Bracewell & Giuliani LLP, 711 Louisiana Street, Suite 2300, Houston, Texas 77002, Attn: Marcy E. Kurtz, Esq., Special Counsel to the Debtors; (viii) Clyde Click, P.C., 3475 Piedmont Road, N.E., Suite 1910, Atlanta, Georgia 30305, Attn: Clyde Click, Esq., Special Counsel to the Debtors; (ix) Dechert LLP, 1095 Avenue of the Americas, New York, New York 10036-6797, Attn: Brian E. Greer, Esq., Special Counsel to the Debtors; (x) Deloitte Tax LLP, 2 World Financial Center, New York, New York 10281-1414, Attn: Samuel Lowenthal, Debtors' Tax Services Provider; (xi) Ernst & Young LLP, 5 Times Square, New York, New York 10036, Attn: Jerry Gruner, Debtors' Auditors and Tax Services Providers; (xii) Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004, Attn: Bonnie Steingart, Esq., Special Counsel to the Debtors; (xiii) Gianni, Origoni, Grippo, Cappelli & Partners, Via delle Quattro Fontane, 20 00184 Rome, Italy, Attn: Cesare Vento, Special Counsel to the Debtors; (xiiii) Hardinger & Tanenholz LLP, 1325 G Street, NW – Suite 500, Washington, D.C. 20005, Attn: Julia Hardinger, Esq. and David Tanenholz, Esq., Special Counsel to the Debtors; (xv) Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York 10019, Attn: Michelle J. Vladimirsky, Esq. and Robert M. Novick, Esq., Special Counsel to the Debtors; (xvi) Kleyr Grasso Associes, 31-33 rue Ste Zithe, B.P. 559 L-2015 Luxembourg, Attn: Jérôme Burel, Special Counsel to the Debtors; (xvii) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036-2714, Attn: Kevin B. Leblang, Esq., Special Counsel to the Debtors; (xviii) Krebsbach & Snyder, PC, One Exchange Plaza, 55 Broadway, Suite 1600, New York, NY 10006, Attn: Barry S. Gold, Esq., Special Counsel to the

3

Debtors; (xix) Latham & Watkins LLP, 885 Third Avenue, New York NY 10022, Attn: Aaron Singer, Esq., Special Counsel to the Debtors; (xx) Locke Lord LLP, 2200 Ross Avenue, Suite 2200, Dallas, Texas 75201, Attn: Robert Mowrey, Esq., Special Counsel to the Debtors; (xxi) MMOR Consulting, Inc., 750 Third Avenue, 9th Floor, New York, NY 10017, Attn: Michael Morgese, Debtors' Tax Services Provider; (xxii) Momo-o, Matsuo & Namba, Kojimachi Diamond Building 6F, 4-1 Kojimachi, Chiyoda-ku Tokyo 102-0083 Japan, Attn: Junya Naito and Peter R. Tyksinski, Special Counsel to the Debtors; (xxiii) Moulton Bellingham PC, P. O. Box 2559, Billings, MT 59103, Attn: Doug James, Esq., Special Counsel to the Debtors; (xxiv) Paul Hastings LLP, 515 South Flower Street, Twenty-fifth Floor, Los Angeles, CA 90071, Attn: Katherine Traxler, Esq., Special Counsel to the Debtors; (xxv) PricewaterhouseCoopers LLP, 225 South Sixth Street, Suite 1400, Minneapolis, MN 55402, Attn: Andrea Clark Smith, Debtors' Tax Advisors; (xxvi) Reed Smith LLP, 10 South Wacker Drive, 40th Floor, Chicago, IL 60606-7507, Attn: Carolyn H. Rosenberg, Esq., Special Counsel to the Debtors; (xxvii) Richard Sheldon, Q.C., 3-4 South Square, Gray's Inn, London, England, WC1 R 5HP, Special U.K. Counsel to the Official Committee of Unsecured Creditors; (xxviii) Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017-3954, Attn: Terry Sanders, Esq., Special Counsel to the Debtors; (xxix) SNR Denton US LLP, 1221 Avenue of the Americas, New York, NY 10020-1089, Attn: Hugh M. McDonald, Esq., Special Counsel to the Debtors; (xxx) Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, Wisconsin 53703, Attn: Brady C. Williamson, Esq. and Katherine Stadler, Esq. attorneys for the Fee Committee **so as to be so filed and received by no later than October 19, 2012 at 4:00 p.m. (Prevailing Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served with respect to the Final Fee Applications listed on Exhibit A, the Fee Committee may, on or after the Objection Deadline, submit to the Bankruptcy Court an order granting the Final Fee Applications, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: Madison, Wisconsin
October 8, 2012.

              GODFREY & KAHN, S.C.

              By:  /s/ *Katherine Stadler*
                 Brady C. Williamson
                 Katherine Stadler

                 GODFREY & KAHN, S.C.
                 One East Main Street, Suite 500
                 P.O. Box 2719
                 Madison, Wisconsin 53701-2719
                 Telephone: (608) 257-3911
                 Facsimile: (608) 257-0609
                 E-mail: bwilliam@gklaw.com
                     kstadler@gklaw.com

                 *Attorneys for the Fee Committee*

8545760_1

# EXHIBIT A

## List of Final Fee Applications Scheduled for Hearing on October 30, 2012

**Lehman Brothers Holdings, Inc., et al.**
**Case No. 08-13555 (JMP)**

## EXHIBIT A

| No. | Name of Retained Professional | Date Final Fee Application Submitted [ECF No.] | Period Covered by Final Fee Application | Amounts Requested for Final Fee Period (Sept. 15, 2008 thru March 6, 2012) | |
|---|---|---|---|---|---|
| | | | | Fees | Expenses |
| 1 | **Alvarez & Marsal North America, LLC**[1]<br><br>Chief Restructuring Officer | 06/29/2012<br>[ECF No. 29165] | Sept. 15, 2008 to March 6, 2012 | $90,760,000.00 | $0.00 |
| 2 | **Bortstein Legal LLC**<br><br>Debtors' Special Counsel | 07/12/2012<br>[ECF No. 29375] | Dec. 15, 2008 to March 6, 2012 | 4,208,127.25 | 0.00 |
| 3 | **Bracewell & Giuliani LLP**<br><br>Debtors' Special Counsel | 07/20/2012<br>[ECF No. 29577] | January 31, 2009 to February 27, 2009 | 194,370.00 | 4,122.19 |
| 4 | **Clyde Click, P.C.**<br><br>Debtors' Special Counsel | 07/13/2012<br>[ECF No. 29390] | October 1, 2010 to March 5, 2012 | 335,495.00 | 27,836.84 |
| 5 | **Dechert LLP**<br><br>Debtors' Special Counsel | 07/03/2012<br>[ECF No. 29192] | March 1, 2010 to March 6, 2012 | 8,393,840.78 | 154,179.94 |
| 6 | **Deloitte Tax LLP**<br><br>Debtors' Tax Services Provider | 07/02/2012<br>[ECF No. 29168] | November 1, 2008 to March 6, 2012 | 925,083.05 | 34,322.74 |

**Lehman Brothers Holdings, Inc., et al.**
**Case No. 08-13555 (JMP)**

## EXHIBIT A

| No. | Name of Retained Professional | Date Final Fee Application Submitted [ECF No.] | Period Covered by Final Fee Application | Amounts Requested for Final Fee Period (Sept. 15, 2008 thru March 6, 2012) ||
|---|---|---|---|---|---|
| | | | | Fees | Expenses |
| 7 | **Ernst & Young LLP**<br><br>Debtors' Auditors and Tax Services Providers | 07/03/2012<br>[ECF No. 29191] | Sept. 15, 2008 to March 6, 2012 | 1,777,338.63 | 352.00 |
| 8 | **Fried, Frank, Harris, Shriver & Jacobson LLP**<br><br>Debtors' Special Counsel | 06/29/2012<br>[ECF No. 29138] | March 2011 and June 1, 2011 to March 6, 2012 | 877,088.50 | 36,837.33 |
| 9 | **Gianni, Origoni, Grippo, Cappelli & Partners**<br><br>Debtors' Special Counsel | 07/23/2012<br>[ECF No. 29584] | July 1, 2010 to March 5, 2012 | 229,364.62 | 12,761.00 |
| 10 | **Hardinger & Tanenholz LLP**<br><br>Debtors' Special Counsel | 05/25/2012<br>[ECF No. 28108] | September 1, 2010 to March 6, 2012 | 1,211,383.85 | 23,483.64 |
| 11 | **Kasowitz, Benson, Torres & Friedman LLP**<br><br>Debtors' Special Counsel | 07/05/2012<br>[ECF No. 29234] | January 6, 2010 to March 6, 2012 | 2,523,737.14 | 756,229.29 |

**Lehman Brothers Holdings, Inc., et al.**
**Case No. 08-13555 (JMP)**

## EXHIBIT A

| No. | Name of Retained Professional | Date Final Fee Application Submitted [ECF No.] | Period Covered by Final Fee Application | Amounts Requested for Final Fee Period (Sept. 15, 2008 thru March 6, 2012) | |
|---|---|---|---|---|---|
| | | | | Fees | Expenses |
| 12 | **Kleyr Grasso Associes**<br><br>Debtors' Special Counsel | 07/05/2012<br>[ECF No. 29219] | June 1, 2009 to March 6, 2012 | 1,214,959.80 | 18,147.02 |
| 13 | **Kramer Levin Naftalis & Frankel LLP**<br><br>Debtors' Special Counsel | 07/05/2012<br>[ECF No. 29218] | January 1, 2011 to March 6, 2012 | 201,934.80 | 4,594.53 |
| 14 | **Krebsbach & Snyder, P.C.**<br><br>Debtors' Special Counsel | 07/16/2012<br>[ECF No. 29426] | July 1, 2011 to March 6, 2012 | 799,238.50 | 15,013.89 |
| 15 | **Latham & Watkins LLP**<br><br>Debtors' Special Counsel | 06/29/2012<br>[ECF No. 29158] | February 1, 2010 to August 31, 2011 | 610,148.50 | 10,564.48 |
| 16 | **Locke Lord Bissell & Liddell LLP**<br><br>Debtors' Special Counsel | 07/05/2012<br>[ECF No. 29220] | July 1, 2010 to March 6, 2012 | 1,563,436.62 | 166,539.68 |

**Lehman Brothers Holdings, Inc., et al.**
**Case No. 08-13555 (JMP)**

## EXHIBIT A

| No. | Name of Retained Professional | Date Final Fee Application Submitted [ECF No.] | Period Covered by Final Fee Application | Amounts Requested for Final Fee Period (Sept. 15, 2008 thru March 6, 2012) | |
|---|---|---|---|---|---|
| | | | | Fees | Expenses |
| 17 | **MMOR Consulting, Inc.**<br><br>Debtors' Tax Services Provider | 07/25/2012<br>[ECF No. 29630] | July 1, 2010 to March 6, 2012 | 1,051,407.50 | 19,001.21 |
| 18 | **Momo-o, Matsuo & Namba**<br><br>Debtors' Special Counsel | 07/05/2012<br>[ECF No. 29217] | February 1, 2010 to March 5, 2012 | 758,775.15 | 11,711.00 |
| 19 | **Moulton Bellingham PC**<br><br>Debtors' Special Counsel | 06/12/2012<br>[ECF No. 28571] | March 1, 2011 to March 5, 2012 | 760,219.66 | 17,096.10 |
| 20 | **Paul Hastings LLP (fka Paul Hastings Janofsky & Walker LLP)**<br><br>Debtors' Special Counsel | 07/06/2012<br>[ECF No. 29278] | March 1, 2010 to March 6, 2012 | 3,951,899.41 | 27,093.34 |
| 21 | **PricewaterhouseCoopers LLP**<br><br>Debtors' Tax Advisors | 07/02/2012<br>[ECF No. 29169] | October 1, 2008 to March 6, 2012 | 2,812,987.35 | 22,797.83 |

**Lehman Brothers Holdings, Inc., et al.**
**Case No. 08-13555 (JMP)**

## EXHIBIT A

| No. | Name of Retained Professional | Date Final Fee Application Submitted [ECF No.] | Period Covered by Final Fee Application | Amounts Requested for Final Fee Period (Sept. 15, 2008 thru March 6, 2012) ||
|---|---|---|---|---|---|
| | | | | Fees | Expenses |
| 22 | **Reed Smith LLP**<br><br>Debtors' Special Counsel | 08/13/2012<br>[ECF No. 29991] | June 1, 2010 to March 5, 2012 | 1,223,497.45 | 27,667.70 |
| 23 | **Richard Sheldon, Q.C.**<br><br>Committee's Special U.K. Counsel | 06/19/2012<br>[ECF No. 28876] | June 1, 2009 to March 6, 2012 | 378,109.81 | 19.83 |
| 24 | **Simpson Thacher & Bartlett LLP**<br><br>Debtors' Special Counsel | 06/25/2012<br>[ECF No. 28948] | Sept. 15, 2008 to March 6, 2012 | 2,784,509.63 | 46,315.00 |
| 25 | **SNR Denton US LLP f/k/a Sonnenschein Nath**<br><br>Debtors' Special Counsel | 07/03/2012<br>[ECF No. 29194] | January 1, 2010 to March 6, 2012 | 2,580,865.12 | 17,064.57 |
| 26 | **Weil Gotshal & Manges LLP**<br><br>Debtors' Counsel | 07/03/2012<br>[ECF No. 29201] | Sept. 15, 2008 to March 5, 2012 | 431,578,556.89 | 11,153,196.11 |
| | | | **TOTAL:** | **$563,706,375.01** | **$12,606,947.26** |