**Hearing Date and Time: October 30, 2012 at 2:00 p.m. (Prevailing Eastern Time)**
**Objection Deadline:  October 19, 2012 at 4:00 p.m. (Prevailing Eastern Time)**
**Response Deadline:  October 24, 2012 at 4:00 p.m. (Prevailing Eastern Time)**

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609

Katherine Stadler
Brady C. Williamson

*Attorneys for the Fee Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                    :          **Chapter 11**
                                         :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.,*   :          **Case No. 08-13555 (JMP)**
                                         :
               **Debtors.**              :          **(Jointly Administered)**
------------------------------------------------------------ x

### NOTICE OF HEARING ON TENTH APPLICATION OF WEIL, GOTSHAL & MANGES LLP, AS ATTORNEYS FOR THE DEBTORS, FOR INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY <u>EXPENSES INCURRED FROM OCTOBER 1, 2011 THROUGH MARCH 5, 2012</u>

**PLEASE TAKE NOTICE** that a hearing to consider the *Tenth Application of Weil,*

*Gotshal & Manges LLP, as Attorneys for the Debtors, for Interim Allowance of Compensation*

*for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses*

*Incurred from October 1, 2011 through March 5, 2012* (the "**Tenth Fee Application**") filed on

May 21, 2012 (ECF No. 28001) will be held before the Honorable James M. Peck, United States

Bankruptcy Judge, at the United States Bankruptcy Court, Hamilton Customs House, Courtroom

601, One Bowling Green, New York, New York 10004 (the "**Bankruptcy Court**") on **October 30, 2012 at 2:00 p.m. (Prevailing Eastern Time).**

 **PLEASE TAKE FURTHER NOTICE** that the Tenth Fee Application seeks allowance of interim compensation for professional services performed, and reimbursement of actual and necessary expenses incurred for the period from October 1, 2011 through March 5, 2012, pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

 **PLEASE TAKE FURTHER NOTICE** that an objection, if any, to the Tenth Fee Application shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and the Local Rules of the Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), shall set forth the name of the objecting party, the basis for the objection and specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Orders M-182 and M-399 (which can be found at www.nysb.uscourts.gov ) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York, 10004, Courtroom 601; (ii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York, 10153, Attn: Lori R. Fife, Esq., attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York, 10004, Attn: Tracy Hope Davis, Esq. and Andrea B. Schwartz, Esq.; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York, 10005, Attn: Dennis F. Dunne, Esq., Dennis

O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Official Committee of Unsecured

Creditors appointed in these cases; and (v) Godfrey & Kahn, S.C., One East Main Street, Suite

500, Madison, WI 53703, Attn: Brady C. Williamson, Esq. and Katherine Stadler, Esq. attorneys

for the Fee Committee **so as to be so filed and received by no later than October 19, 2012 at**

**4:00 p.m. (Prevailing Eastern Time)** (the "**Objection Deadline**").

       **PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed and served

with respect to the Tenth Fee Application, the Fee Committee may, on or after the Objection

Deadline, submit to the Bankruptcy Court an order granting the Tenth Fee Application, which

order may be entered with no further notice or opportunity to be heard offered to any party.

       Dated: Madison, Wisconsin
          October 8, 2012.

                   GODFREY & KAHN, S.C.


By:      /s/ *Katherine Stadler*
           Brady C. Williamson
           Katherine Stadler

           GODFREY & KAHN, S.C.
           One East Main Street, Suite 500
           P.O. Box 2719
           Madison, Wisconsin 53701-2719
           Telephone: (608) 257-3911
           Facsimile: (608) 257-0609
           E-mail: bwilliam@gklaw.com
                  kstadler@gklaw.com

           *Attorneys for the Fee Committee*

8547535_2