**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                                                         :
In re                                                                    :   Chapter 11 Case No.
                                                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                             :   08-13555 (JMP)
                                                                         :   (Jointly Administered)
                                    Debtors.                             :
                                                                         :
-------------------------------------------------------------------------x   Ref. Docket No. 30782, 30784,
                                                                             30808, 30832, 30841, 30842, 30844,
                                                                             30850, 30866, 30874, 30879-30881,
                                                                             30889, 30890, 30896, 30933, 30934

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 2, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Lauren Rodriguez*
Sworn to before me this                                 Lauren Rodriguez
8th day of October, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CITIGROUP FINANCIAL PRODUCTS INC.
      TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP
      ATTN: BRIAN BROYLES
      390 GREENWICH STREET, 4TH FLOOR
      NEW YORK NY 10013
```

Please note that your claim # 28104-28 in the above referenced case and in the amount of
$17,881,324.77  allowed at $14,788,920.00       has been transferred **(unless previously expunged by court order)**

```
      EMPYREAN INVESTMENTS, LLC
      TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
      ATTN: STERLING HATHAWAY
      10250 CONSTELLATION BLVD., SUITE 2950
      LOS ANGELES CA 90067
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 30879       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/02/2012                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 2, 2012.

**EXHIBIT B**

```
TIME: 19:10:41                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE: 1
DATE: 10/02/12                                       CREDITOR LISTING
```

| Name | Address |
|---|---|
| 32 CAPITAL MASTER FUND SPC LTD., FOR AND ON BEHALF OF ITS SEGREGATED PORTFOLIO, GLOBAL MARKET NEUTRAL SEGREGATED | BARCLAYS GLOBAL INVESTORS N.A. (LONDON BRANCH) MURRAY HOUSE 1 ROYAL MINT COURT LONDON EC3N 4HH UK |
| 32 CAPITAL MASTER FUND SPC LTD., FOR AND ON BEHALF OF ITS SEGREGATED | PORTFOLIO, GLOBAL MARKET NEUTRAL SEGREGATED PORTFOLIO, WALKERS CORPORATE SERVICES LIMITED WALKER HOUSE 87 MARY STREET GEORGE TOWN KY1-9002 CAYMAN ISLANDS |
| CANTOR FITZGERALD & CO. | TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022 |
| CANTOR FITZGERALD & CO. | TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | DAVID HOYT ANDREWS KURTH LLP 50 LEXINGTON AVENUE NEW YORK NY 10017 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: SCHRODER INVESTMENT MANAGEMENT LIMITED ATTN: LAUREN GRAINER 375 PARK AVE, 13TH FL NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | TRANSFEROR: SCHRODER INVESTMENT MANAGEMENT LIMITED 375 PARK AVENUE, 13TH FLOOR ATTN: LAUREN GRAINER NEW YORK NY 10152 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOLUS RECOVERY FUND LP ATTN: BRIAN BROYLES; C/O CITIGROUP FINANCIAL MARKETS INC 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOLUS RECOVERY FUND LP C/O CITIGROUP FINANCIAL MARKETS INC. ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP ATTN: BRIAN BROYLES 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: HAWAII FUND C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: SELF-INVESTED PENSION - S TINDALL, THE C/O CARVAL INVESTORS UK LIMITED 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: TINDALL, SIMON & CAROLINE C/O CARVAL INVESTORS UK LIMITED 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: D.E. SHAW COMPOSITE PORTFOLIOS LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION 40 WEST 57TH STREET NEW YORK NY 10019 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD, SUITE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., SUITE 2950 LOS ANGELES CA 90067 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FIR TREE PARTNERS ATTN: STEPHEN SCARPULLA 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: ALLEN BLASKOVIC 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| FIR TREE VALUE MASTER FUND, L.P. | WILLKIE FARR & GALLAGHER LLP ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ. (COUNSEL TO FIR TREE VALUE MASTER FUND, L.P. AND FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.) 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| FIR TREE VALUE MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FIR TREE PARTNERS ATTN: STEPHEN SCARPULLA 505 FIFTH AVE., 23RD FLOOR NEW YORK NY 10017 |
| FIR TREE VALUE MASTER FUND, L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: ALLEN BLASKOVIC 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| GLAXOSMITHKLINE FINANCE PLC | ATTN: AMANDA BRADLEY, ASSISTANT TREASURER - INTERNATIONAL 980 GREAT WEST ROAD BRENTFORD MIDDLESEX TW8 9GS UNITED KINGDOM |
| GLAXOSMITHKLINE FINANCE PLC | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| JATRALEC CAPITAL LLC | TRANSFEROR: YORVIK PARTNERS LLP C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| LYXOR ASSET MANAGEMENT S.A. | AS SUB-MANAGER OF THE LYXOR/CENTAURUS EVENT DRIVEN FUND LIMITED ATTN: EMILLIEN SIMOES TOURS SOCIETE GENERALE 17 COURS VALMY PARIS - LA DEFENSE CEDEX 92987 FRANCE |
| LYXOR ASSET MANAGEMENT S.A., | AS SUB-MANAGER OF THE LYXOR/CENTAURUS EVENT DRIVEN FUND LIMITED ATTN: EMILIEN SIMOES TOURS SOCIETE GENERALE - 17 COURS VALMY PARIS - LA DEFENSE CEDEX 92987 FRANCE |
| LYXOR ASSET MANAGEMENT S.A., | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | MAYOR BROWN LLP ATT: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L. C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: TRIBRIDGE AF 1 LTD 25 CABOT SQUARE CANARY WHARF LONDON E14 4Q UNITED KINGDOM |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD | MICHAEL GREENBLATT SIDLEY AUSTIN LLP 787 7TH AVENUE NEW YORK NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O PAULSON & CO, INC. 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020 |
| PRINCETON INSURANCE COMPANY | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREG JUBIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| PRINCETON INSURANCE COMPANY | C/O INVESCO INSTITUTIONAL (N.A.), INC. ATTN: BENJAMIN GRUDER 1166 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| REALCLUB HOLDINGS LLC | TRANSFEROR: 32 CAPITAL MASTER FUND SPC LTD., FOR AND ON BEHALF OF ITS SEGREGATED PORTFOLIO, GLOBAL MARKET NEUTRAL SEGREGATED PORTFOLIO C/O RICHARDS KIBBE & ORBE LLP; ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 19:10:41                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    2
DATE: 10/02/12                                         CREDITOR LISTING

Name                                          Address
SCHRODER INVESTMENT MANAGEMENT LIMITED        ON BEHALF OF SCHRODER ALTERNATIVE SOLUTIONS C/O ROPES & GRAY LLP ATTN: PETER L. WELSH PRUDENTIAL TOWER 800 BOYLSTON STREET
                                              BOSTON MA 02199-3600
SELF-INVESTED PENSION - S TINDALL, THE        C/O ORIGEN - SIPP TEAM 40-43 CHANCERY LANE LONDON  WC2A 1JA UNITED KINGDOM
TINDALL, SIMON & CAROLINE                     31 LONSDALE ROAD, BARNES LONDON  SW13 9JP UNITED KINGDOM
TRIBRIDGE AF 1 LTD                            ATTN:EUGENE KIM TRIBRIDGE AF 1 LTD C/O TRIBRIDGE INVESTMENT PARTNERS LTD 2202 TOWER 2 LIPPO CENTRE 89 QUEENSWAY, HONG KONG HONG KONG
VARDE INVESTMENT PARTNERS, L.P.               TRANSFEROR: PRINCETON INSURANCE COMPANY ATTN: EDWINA P. J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
VONWIN CAPITAL MANAGEMENT, LP                 TRANSFEROR: LYXOR ASSET MANAGEMENT S.A. C/O VONWIN CAPITAL, LLC ATTN: ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR
                                              NEW YORK NY 10016
VONWIN CAPITAL MANAGEMENT, LP                 TRANSFEROR: LYXOR ASSET MANAGEMENT S.A., C/O VONWIN CAPITAL, LLC 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016
YORVIK PARTNERS LLP                           TRANSFEROR: GLAXOSMITHKLINE FINANCE PLC 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed    45
```

EPIQ BANKRUPTCY SOLUTIONS, LLC