WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
-----------------------------------------------------------------x

**NOTICE OF HEARING ON ONE HUNDRED FORTY-THIRD**
**OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)**

     **PLEASE TAKE NOTICE** that a hearing to consider the One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) (the "Objection") will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **October 31, 2012 at 10:00 a.m. (Eastern Time)**, *solely* as to those claims listed on the annexed **Exhibit A**.

     **PLEASE TAKE FURTHER NOTICE** that any responses to the Objection shall be filed and served in accordance with the Notice of Hearing On Debtors' One Hundred Forty-Third Omnibus Objection To Claims (Late Filed Claims) filed concurrently with the Objection [ECF No. 16856] (the "Notice"), so as to be so filed and received by no later than **October 24, 2012 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

US_ACTIVE:\44111650\1\58399.0011

**PLEASE TAKE FUIRTHER NOTICE** that if no responses are timely filed and served with respect to the Objection in accordance with the Notice, Lehman Brothers Holdings Inc. may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Objection, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated:  October 8, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and certain of its affiliates

## Exhibit A

## Claims Going Forward at the October 31, 2012 Hearing

| Claimant Name | Claim Number |
|---|---|
| CARTY, LEA | 35593 |

US_ACTIVE:\44111650\1\58399.0011