UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                            :   Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :   08-13555 (JMP)
                                                 :   (Jointly Administered)
              Debtors.                           :
                                                 :
---------------------------------------------------------------x   Ref. Docket No. 30843, 30845-
                                                     30847, 30862, 30863, 30873, 30875-
                                                     30877, 30969, 30977, 30978, 30987,
                                                     31018, 31022, 31023, 31030, 31051,
                                                     31061, 31073, 31077, 31078, 31080,
                                                     31083, 31099-31101, 31123, 31124,
                                                     31137

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 3, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
8th day of October, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 30843, 30845-30847...31123, 31124, 31137_AFF_10-03-12.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALSTON INVESTMENTS LLC
      TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
      C/O ELLIOTT MANAGEMENT CORPORATION
      ATTN: MICHAEL STEPHAN
      40 WEST 57TH STREET
      NEW YORK NY 10019
```

Please note that your claim # 60481-03 in the above referenced case and in the amount of $523,776.13   allowed at $511,750.00   has been transferred (**unless previously expunged by court order**)

```
      ASHTON INVESTMENTS LLC
      TRANSFEROR: ALSTON INVESTMENTS LLC
      C/O ELLIOTT MANAGEMENT CORPORATION
      ATTN:  ELLIOTT GREENBERG / RAJAT BOSE
      712 FIFTH AVENUE, 35TH FLOOR
      NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 31077   in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/03/2012                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 3, 2012.

# EXHIBIT B

```
TIME: 19:36:56                                           LEHMAN BROTHERS HOLDING INC.                                                      PAGE:   1
DATE: 10/03/12                                                CREDITOR LISTING

Name                                             Address
ALSTON INVESTMENTS LLC                           TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ASHTON INVESTMENTS LLC                           TRANSFEROR: ALSTON INVESTMENTS LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOTT GREENBERG / RAJAT BOSE
                                                 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ASHTON INVESTMENTS LLC                           TRANSFEROR: ALSTON INVESTMENTS LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG / RAJAT BOSE
                                                 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
BANCA DELLO STATO DEL CANTONE TICINO             TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA VIALE H GUISAN 5 BELLINZONA    CH-6501 SWITZERLAND
BARCLAYS BANK PLC                                ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                DANIEL MIRANDA BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                TRANSFEROR: CAJA LABORAL POPULAR COOP. DE CREDITO 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                TRANSFEROR: RWE SUPPLY & TRADING GMBH ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019
BHCO MASTER LTD                                  TRANSFEROR: BARCLAYS BANK PLC ATTN: WILLIAM BROWN 545 MADISON AVENUE NEW YORK NY 10022
BOTTICELLI, L.L.C.                               TRANSFEROR: CANTOR FITZGERALD & CO. 245 PARK AVENUE NEW YORK NY 10167
BSI SA                                           TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: ANDREA FERRARI - CUSTODY ADMINISTRATION VIA MAGATTI 2 LUGANO 6900 SWITZERLAND
BURLINGTON LOAN MANAGEMENT LIMITED               TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: JENNIFER DONOVAN
                                                 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022
BURLINGTON LOAN MANAGEMENT LIMITED               TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: JENNIFER DONOVAN
                                                 65 EAST 55TH STREET, 19TH NEW YORK NY 10022
CANTOR FITZGERALD & CO.                          TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022
CANTOR FITZGERALD & CO.                          TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022
CREDITO PRIVATO COMMERCIALE SA                   VIA ZURIGO 46 LUGANO  6901 SWITZERLAND
CVF LUX MASTER S.A.R.L.                          TRANSFEROR: FROLEY REVY ALTERNATIVE STRATEGIES MASTER FUND C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON
                                                 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM
CVF LUX MASTER S.A.R.L.                          TRANSFEROR: HAWAI 2 FUND C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET
                                                 LONDON W1F 9LT UNITED KINGDOM
CVF LUX MASTER S.A.R.L.                          TRANSFEROR: HAWAI 2 PEA FUND C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET
                                                 LONDON W1F 9LT UNITED KINGDOM
CVF LUX MASTER S.A.R.L.                          TRANSFEROR: HAWAII PEA FUND C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET
                                                 LONDON W1F 9LT UNITED KINGDOM
CVI GVF (LUX) MASTER S.A.R.L.                    TRANSFEROR: POND VIEW CREDIT (MASTER), L.P. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON
                                                 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM
CYNERGI LLC                                      TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. C/O ELLIOTT MANAGEMENT CORPORATION 40 WEST 57TH STREET NEW YORK NY 10019
DANSKE BANK A/S LONDON BRANCH                    JOVAN ATKINSON, ESQ. 75 KING WILLIAM STREET LONDON EC4N 7DT UNITED KINGDOM
DANSKE BANK A/S LONDON BRANCH                    VENABLE LLP ATTN: CAROLLYNN CALLARI & EDWARD SMITH 1270 AVENUE OF THE AMERICAS, 25TH FL NEW YORK NY 10020
DANSKE BANK A/S LONDON BRANCH                    VENABLE LLP ATTN: CAROLLYNN CALLARI & EDWARD SMITH COUNSEL TO DANSKE BANK A/S LONDON BRANCH 1270 AVENUE OF THE AMERICAS, 25TH FL.
                                                 NEW YORK NY 10020
DANSKE BANK A/S LONDON BRANCH                    VENABLE LLP ATTN: MITCHELL KOLKIN, ESQ. 750 E. PRATT STREET, SUITE 900 BALTIMORE MD 21202
DANSKE BANK A/S LONDON BRANCH                    ATTN: PETER HUGHES 75 KING WILLIAM STREET LONDON EC4N 7DT UNITED KINGDOM
DANSKE BANK A/S LONDON BRANCH                    ATTN: PETER HUGHES 75 KING WILLIAM STREET LONDON LONDON EC4N 7DT UNITED KINGDOM
DANSKE BANK A/S LONDON BRANCH                    MITCHELL KOLKIN VENABLE LLP 750 E. PRATT ST., SUITE 900 BALTIMORE MD 21202
DEUTSCHE BANK AG, LONDON BRANCH                  TRANSFEROR: DIE SPARKASSE BREMEN AG ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                 LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                  TRANSFEROR: SOLUS RECOVERY FUND LP ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
ELLIOTT ASSOCIATES, L.P.                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                      TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION 40 WEST 57TH STREET NEW YORK NY 10019
FIR TREE CAPITAL OPPORTUNITY MASTER              ATTN: BRIAN A. MEYER C/O FIR TREE PARTNERS 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017
FUND, L.P.
FIR TREE CAPITAL OPPORTUNITY MASTER              JOSEPH G. MINIAS, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
FUND, L.P.
FIR TREE VALUE MASTER FUND, L.P.                 ATTN: BRIAN A. MEYER C/O FIR TREE PARTNERS 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017
FIR TREE VALUE MASTER FUND, L.P.                 JOSEPH G. MINIAS, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
FRANKFURTER SPARKASSE                            TRANSFEROR: VEREINIGTE VOLKSBANK MAINGAU EG. ATTN: MICHAEL WEIS, ABTEILUNG RECHT II NEUE MAINZER STRASSE 47-53
                                                 FRANKFURT 60255 GERMANY
GENERALI VIE                                     C/O GENERALI INVESTMENTS FRANCE ATTN: BRUNO SERVANT 7, BOULEVARD HAUSSMAN PARIS CEDEX 09  75309 FRANCE
GENERALI VIE                                     C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485

                                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 19:36:56                                                LEHMAN BROTHERS HOLDING INC.                                                     PAGE:    2
DATE: 10/03/12                                                      CREDITOR LISTING

Name                                          Address
GENERALI VIE                                  SIMMONS & SIMMONS CAPITAL MARKETS DEPARTMENT ATTN: ARNAULD ACHARD, LOUMA HAFFAR, SARAH POYNTON 5 BOULEVARD DE LA MADELEINE
                                              PARIS 75001 FRANCE
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: DANSKE BANK A/S LONDON BRANCH ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                          TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                          TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR NEW JERSEY NJ 07302
HBK MASTER FUND LP                            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700
                                              DALLAS TX 75201
LO MEE LAI CAROL                              TRANSFEROR: STANDARD CHARTERED BANK (HONG KONG) LTD. ROOM 15A PHOENIX HEIGHTS 16 SUI WO ROAD SHATIN 33 SHATIN, NT  HONG KONG
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: CVF LUX MASTER S.A.R.L. C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR
                                              ONE BRYANT PARK NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING INC             MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING INC             TRANSFEROR: VISIUM BALANCED OFFSHOREFUND LTD 1585 BROADWAY NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.           MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.           TRANSFEROR: VISIUM LONG BIAS OFFSHOREFUND LTD 1585 BROADWAY NEW YORK NY 10036
NG YEE KONG                                   TRANSFEROR: STANDARD CHARTERED BANK (HONG KONG) LTD. HOUSE 32 12TH STREET HON LOK YUEN TAI PO, NT   HONG KONG
PAULSON CREDIT OPPORTUNITIES MASTER LTD.      SIDLEY AUSTIN LLP ATTN: MICHAEL GREENBLATT 787 7TH AVENUE NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD.      TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020
PP OPPORTUNITIES LTD.                         SIDLEY AUSTIN LLP ATTN: MICHAEL GREENBLATT 787 7TH AVENUE NEW YORK NY 10019
PP OPPORTUNITIES LTD.                         TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O PAULSON & CO. INC. 900 THIRD AVENUE NEW YORK NY 10022
RWE SUPPLY & TRADING GMBH                     TROUTMAN SANDERS LLP ATTN: HOLLACE T. COHEN, ESQ. THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174
RWE SUPPLY & TRADING GMBH                     ATTN: MAX LIESENHOFF ALTENESSENER STRASSE 27 ESSEN D-45141 GERMANY
SOLUS RECOVERY FUND LP                        TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                              410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: LO MEE LAI CAROL 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: NG YEE KONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
VEREINIGTE VOLKSBANK MAINGAU EG.              SELIGENSTADTER STR. 52 OBERHAUSEN  63179 GERMANY
YORVIK PARTNERS LLP                           TRANSFEROR: GENERALI VIE 9 IRONMONGER LANE LONDON   EC2V 8EY UNITED KINIGDOM


Total Number of Records Printed                64                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```