UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (JMP)
                                                                  :   (Jointly Administered)
                    Debtors.                                      :
                                                                  :
------------------------------------------------------------------x   Ref. Docket No. 30365, 30367,
                                                                      30371, 30373, 30818, 30849, 30852,
                                                                      30916, 30926-30930, 31138-31141,
                                                                      31143, 31144, 31146, 31148

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 4, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
8th day of October, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  GENERALI INVESTMENTS FRANCE              GENERALI INVESTMENTS FRANCE
         C/O SEWARD & KISSEL LLP                  SIMMONS & SIMMONS
         ATTN: JUSTIN L SHEARER ESQ               CAPITAL MARKETS DEPARTMENT
         ONE BATTERY PARK PLAZA                   ATTN: ARNAULD ACHARD, LOUMA HAFFAR, SARAH PO
         NEW YORK NY 10004-1485                   5 BOULEVARD DE LA MADELEINE
                                                  PARIS 75001 FRANCE
```

Please note that your claim # 33473 in the above referenced case and in the amount of
    $546,062.84   Unliquidated       has been transferred **(unless previously expunged by court order)**

```
         YORVIK PARTNERS LLP
         TRANSFEROR: GENERALI INVESTMENTS FRANCE
         9 IRONMONGER LANE
         LONDON     EC2V 8EY
         UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 31139   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/04/2012                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 4, 2012.

**EXHIBIT B**

```
TIME: 13:10:08                                            LEHMAN BROTHERS HOLDING INC.                                                          PAGE:    1
DATE: 10/04/12                                                 CREDITOR LISTING

Name                                              Address
BANCA DI LEGNANO SPA,                             F/K/A CASSA DI RISPARMIO DI ALESSANDRIA SPA ATTENTION: STEFANO BALDI VIA DANTE, 2 15121 ALESSANDRIA (AL)    ITALY
BANCA POPOLARE DI MILANO S.C.A.R.L.               TRANSFEROR: BANCA DI LEGNANO SPA, F/K/A CASSA DI RISPARMIO DI ALESSANDRIA S.P.A. ATTN: MARIA TERESA GUERRA PIAZZA MEDA N. 4
                                                  MILANO 20121 ITALY
BODMER, ERNST                                     TRANSFEROR: NOTENSTEIN PRIVATBANK AG IM BOGE 15 RUSSIKON  CH-8332 SWITZERLAND
CAPITAL PARTNERS SECURITIES CO., LTD              TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: FUMIO KOJIMA ASAHI BUILDING, 6TH FLOOR 3-12-2 NIHONBASHI, CHUO-KU TOKYO   103-0027 JAPAN
CASPIAN FOCUSED CREDIT L FUND, L.P.               TRANSFEROR: UBS SECURITIES LLC 767 FIFTH AVE, 45TH FLOOR NEW YORK NY 10153
CHAN OI YING                                      FLAT A 14/F BROADWOOD PARK NO.38 BROADWOOD ROAD HAPPY VALLEY, HK   HONG KONG
CHOW LI CHE CRISTINA                              TRANSFEROR: STANDARD CHARTERED BANK (HONG KONG) LIMITED FLAT 22B BLK 2 ROBINSON PLACE 70 ROBINSON ROAD HONG KONG
CHOW LICHE CHRISTINA                              TRANSFEROR: STANDARD CHARTERED BANK (HONG KONG) LIMITED FLAT 22B BLK2 ROBINSON PLACE 70 ROBINSON ROAD HONG KONG
GENERALI INVESTMENTS FRANCE                       GENERALI AIRD C/O GENERALI INVESTMENTS FRANCE ATTN: BRUNO SERVANT 7, BOULEVARD HAUSSMAN PARIS CEDEX 09   75309 FRANCE
GENERALI INVESTMENTS FRANCE                       C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
GENERALI INVESTMENTS FRANCE                       SIMMONS & SIMMONS CAPITAL MARKETS DEPARTMENT ATTN: ARNAULD ACHARD, LOUMA HAFFAR, SARAH POYNTON 5 BOULEVARD DE LA MADELEINE
                                                  PARIS 75001 FRANCE
GENERALI VIE                                      C/O GENERALI INVESTMENTS FRANCE ATTN: BRUNO SERVANT 7, BOULEVARD HAUSSMAN PARIS CEDEX 09   75309 FRANCE
GENERALI VIE                                      C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485
GENERALI VIE                                      SIMMONS & SIMMONS CAPITAL MARKETS GROUP ATTN: ARNAULD ACHARD, LOUMA HAFFAR, SARAH POYNTON 5 BOULEVARD DE LA MADELEINE
                                                  PARIS 75001 FRANCE
LBVN HOLDINGS, L.L.C.                             PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
LBVN HOLDINGS, L.L.C.                             TRANSFEROR: RBS SECURITIES INC. P.O. BOX 1641 NEW YORK NY 10150
NOMURA SECURITIES CO., LTD.                       TRANSFEROR: CAPITAL PARTNERS SECURITIES CO., LTD FINANCIAL PRODUCT DEPARTMENT 2-2-2, OTEMACHI, CHIYODA-KU TOKYO   JAPAN
NOTENSTEIN PRIVATBANK AG                          TRANSFEROR: WEGELIN & CO, PRIVATBANKIERS BOHL 17 ST. GALLEN  CH-9004 SWITZERLAND
PAULSON CREDIT OPPORTUNITIES MASTER LTD           TRANSFEROR: YORVIK PARTNERS LLP ATTN: JAMES OLIVIO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PICTET & CIE                                      60 ROUTE DES ACACIAS GENEVA 73  CH-1211 SWITZERLAND
PP OPPORTUNITIES LTD                              TRANSFEROR: YORVIK PARTNERS LLP ATTN: JAMES OLIVIO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
RBS SECURITIES INC.                               ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
RBS SECURITIES INC.                               IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036
RBS SECURITIES INC.                               TRANSFEROR: CONTRARIAN FUNDS, LLC ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06901
RBS SECURITIES INC.                               TRANSFEROR: GREENLIGHT CAPITAL OFFSHORE PARTNERS C/O THE ROYAL BANK OF SCOTLAND PLC ATTN: JEFFERY FARKAS 600 WASHINGTON BLVD.
                                                  STAMFORD CT 06901
RBS SECURITIES INC.                               TRANSFEROR: GREENLIGHT CAPITAL QUALIFIED, L.P. C/O THE ROYAL BANK OF SCOTLAND PLC ATTN: JEFFERY FARKAS 600 WASHINGTON BLVD.
                                                  STAMFORD CT 06901
RBS SECURITIES INC.                               TRANSFEROR: GREENLIGHT CAPITAL, L.P. C/O THE ROYAL BANK OF SCOTLAND PLC ATTN: JEFFERY FARKAS 600 WASHINGTON BLVD. STAMFORD CT 06901
RBS SECURITIES INC.                               TRANSFEROR: GREENLIGHT REINSURANCE, LTD. C/O THE ROYAL BANK OF SCOTLAND PLC ATTN: JEFFERY FARKAS 600 WASHINGTON BLVD.
                                                  STAMFORD CT 06901
STANDARD CHARTERED BANK (HONG KONG)               21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
LIMITED
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: CHAN OI YING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
LIMITED
UBS AG                                            TRANSFEROR: PICTET & CIE ATTN: HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH  8001 SWITZERLAND
UBS SECURITIES LLC                                TRANSFEROR: BANK JULIUS BAER & CO. LTD. ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD. STAMFORD CT 06901
WU LUNG WEN                                       TRANSFEROR: STANDARD CHARTERED BANK (HONG KONG) LIMITED 7F NO.5 LANE 242 SEC 2 JINCHENG RD, TU CHENG CITY TAIPEI COUNTRY 236 TAIWAN
YORVIK PARTNERS LLP                               TRANSFEROR: GENERALI INVESTMENTS FRANCE 9 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: GENERALI VIE 9 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: GENERALI VIE ATTN: CHRIS JONES 9 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM

Total Number of Records Printed             36                                                                                               EPIQ BANKRUPTCY SOLUTIONS, LLC
```