**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                               :          Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :          08-13555 (JMP)
                                                    :
            Debtors.                                :          (Jointly Administered)
                                                    :
---------------------------------------------------------------------x         Ref. Docket Nos. 31238-31239

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 8, 2012, I caused to be served the:

   a. "Notice of Hearing on Final Applications of Retained Professionals for Final Allowance and Approval of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from September 15, 2008 to March 6, 2012," dated October 8, 2012 [Docket No. 31238], and

   b. "Notice of Hearing on Tenth Application of Weil, Gotshal & Manges LLP, as Attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2011 through March 5, 2012," dated October 8, 2012 [Docket No. 31239],

   by causing true and correct copies to be:

   i. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

   ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
___8th___ day of October, 2012

_____
Notary Public

SAMUEL DEJESUS GARCIA
NOTARY PUBLIC-STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01GA6237514
COMM. EXP. MARCH 21, 2015

-2-

T:\Clients\LBH\Affidavits\GAK_NOH on Fee Applications_DI_31238-31239_AFF_10-8-12.doc

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcymatters@us.nomura.com |
| aalfonso@willkie.com | barbra.parlin@hklaw.com |
| abeaumont@fklaw.com | bbisignani@postschell.com |
| abraunstein@riemerlaw.com | bcarlson@co.sanmateo.ca.us |
| acaton@kramerlevin.com | bdk@schlamstone.com |
| acker@chapman.com | bguiney@pbwt.com |
| adam.brezine@hro.com | bkmail@prommis.com |
| adarwin@nixonpeabody.com | bmanne@tuckerlaw.com |
| adiamond@diamondmccarthy.com | bmiller@mofo.com |
| aeckstein@blankrome.com | boneill@kramerlevin.com |
| aentwistle@entwistle-law.com | brian.corey@greentreecreditsolutions.com |
| afriedman@irell.com | brosenblum@jonesday.com |
| agbanknewyork@ag.tn.gov | broy@rltlawfirm.com |
| aglenn@kasowitz.com | bruce.wright@sutherland.com |
| agold@herrick.com | bstrickland@wtplaw.com |
| agoldstein@tnsj-law.com | btrust@mayerbrown.com |
| aisenberg@saul.com | bturk@tishmanspeyer.com |
| akantesaria@oppenheimerfunds.com | bwolfe@sheppardmullin.com |
| akolod@mosessinger.com | cahn@clm.com |
| akornikova@lcbf.com | calbert@reitlerlaw.com |
| alum@ftportfolios.com | canelas@pursuitpartners.com |
| amarder@msek.com | carol.weinerlevy@bingham.com |
| amartin@sheppardmullin.com | cbelisle@wfw.com |
| amcmullen@boultcummings.com | cbelmonte@ssbb.com |
| amenard@tishmanspeyer.com | cbrotstein@bm.net |
| andrew.brozman@cliffordchance.com | cdesiderio@nixonpeabody.com |
| andrew.lourie@kobrekim.com | cgoldstein@stcwlaw.com |
| angelich.george@arentfox.com | chammerman@paulweiss.com |
| ann.reynaud@shell.com | charles@filardi-law.com |
| anthony_boccanfuso@aporter.com | charles_malloy@aporter.com |
| aoberry@bermanesq.com | chipford@parkerpoe.com |
| aostrow@beckerglynn.com | chris.donoho@lovells.com |
| apo@stevenslee.com | christopher.schueller@bipc.com |
| aquale@sidley.com | clarkb@sullcrom.com |
| arahl@reedsmith.com | clynch@reedsmith.com |
| arheaume@riemerlaw.com | cmontgomery@salans.com |
| arlbank@pbfcm.com | cohen@sewkis.com |
| arosenblatt@chadbourne.com | colea@gtlaw.com |
| arthur.rosenberg@hklaw.com | contact@lawofficesjje.com |
| arwolf@wlrk.com | cp@stevenslee.com |
| aseuffert@lawpost-nyc.com | cpappas@dilworthlaw.com |
| ashmead@sewkis.com | craig.goldblatt@wilmerhale.com |
| asnow@ssbb.com | crmomjian@attorneygeneral.gov |
| aunger@sidley.com | cs@stevenslee.com |
| austin.bankruptcy@publicans.com | csalomon@beckerglynn.com |
| avenes@whitecase.com | cschreiber@winston.com |
| azylberberg@whitecase.com | cshore@whitecase.com |
| bankr@zuckerman.com | cshulman@sheppardmullin.com |
| bankruptcy@goodwin.com | ctatelbaum@adorno.com |
| bankruptcy@morrisoncohen.com | cwalsh@mayerbrown.com |
| bankruptcy@ntexas-attorneys.com | cward@polsinelli.com |

# LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

| | |
|---|---|
| cweber@ebg-law.com | dtatge@ebglaw.com |
| cweiss@ingramllp.com | dtheising@harrisonmoberly.com |
| dallas.bankruptcy@publicans.com | dwdykhouse@pbwt.com |
| daniel.guyder@allenovery.com | dwildes@stroock.com |
| dave.davis@isgria.com | dworkman@bakerlaw.com |
| david.bennett@tklaw.com | easmith@venable.com |
| david.heller@lw.com | echang@steinlubin.com |
| david.powlen@btlaw.com | ecohen@russell.com |
| david.seligman@kirkland.com | efleck@milbank.com |
| davids@blbglaw.com | efriedman@fklaw.com |
| davidwheeler@mvalaw.com | efriedman@friedumspring.com |
| dbalog@intersil.com | eglas@mccarter.com |
| dbarber@bsblawyers.com | ekbergc@lanepowell.com |
| dbaumstein@whitecase.com | eleicht@whitecase.com |
| dbesikof@loeb.com | eli.mattioli@klgates.com |
| dcimo@gjb-law.com | ellen.halstead@cwt.com |
| dcoffino@cov.com | emerberg@mayerbrown.com |
| dcrapo@gibbonslaw.com | enkaplan@kaplanlandau.com |
| ddavis@paulweiss.com | eobrien@sbchlaw.com |
| ddrebsky@nixonpeabody.com | erin.mautner@bingham.com |
| ddunne@milbank.com | eschwartz@contrariancapital.com |
| deggermann@kramerlevin.com | esmith@dl.com |
| deggert@freebornpeters.com | etillinghast@sheppardmullin.com |
| demetra.liggins@tklaw.com | ezujkowski@emmetmarvin.com |
| dfelder@orrick.com | ezweig@optonline.net |
| dflanigan@polsinelli.com | fbp@ppgms.com |
| dgrimes@reedsmith.com | ffm@bostonbusinesslaw.com |
| dhayes@mcguirewoods.com | fhyman@mayerbrown.com |
| dheffer@foley.com | foont@foontlaw.com |
| diconzam@gtlaw.com | francois.janson@hklaw.com |
| djoseph@stradley.com | fsosnick@shearman.com |
| dkleiner@velaw.com | fyates@sonnenschein.com |
| dkozusko@willkie.com | gabriel.delvirginia@verizon.net |
| dlemay@chadbourne.com | gary.holtzer@weil.com |
| dlipke@vedderprice.com | gbray@milbank.com |
| dludman@brownconnery.com | ggitomer@mkbattorneys.com |
| dmcguire@winston.com | ggoodman@foley.com |
| dmurray@jenner.com | giddens@hugheshubbard.com |
| dneier@winston.com | gkaden@goulstonstorrs.com |
| dodonnell@milbank.com | glenn.siegel@dechert.com |
| dove.michelle@dorsey.com | gmoss@riemerlaw.com |
| dpegno@dpklaw.com | gravert@ravertpllc.com |
| draelson@fisherbrothers.com | gspilsbury@jsslaw.com |
| dravin@wolffsamson.com | harrisjm@michigan.gov |
| drose@pryorcashman.com | harveystrickon@paulhastings.com |
| drosenzweig@fulbright.com | hbeltzer@mayerbrown.com |
| drosner@goulstonstorrs.com | heim.steve@dorsey.com |
| drosner@kasowitz.com | heiser@chapman.com |
| dshaffer@wtplaw.com | hollace.cohen@troutmansanders.com |
| dshemano@peitzmanweg.com | holsen@stroock.com |
| dspelfogel@foley.com | howard.hawkins@cwt.com |

# LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

| | |
|---|---|
| hseife@chadbourne.com | jhiggins@fdlaw.com |
| hsnovikoff@wlrk.com | jhorgan@phxa.com |
| hsteel@brownrudnick.com | jhuggett@margolisedelstein.com |
| icatto@mwe.com | jim@atkinslawfirm.com |
| igoldstein@dl.com | jjoyce@dresslerpeters.com |
| igoldstein@proskauer.com | jjtancredi@daypitney.com |
| ilevee@lowenstein.com | jjureller@klestadt.com |
| ira.herman@tklaw.com | jkehoe@btkmc.com |
| isgreene@hhlaw.com | jlamar@maynardcooper.com |
| israel.dahan@cwt.com | jlawlor@wmd-law.com |
| iva.uroic@dechert.com | jlee@foley.com |
| jacobsonn@sec.gov | jlevitin@cahill.com |
| james.heaney@lawdeb.com | jlipson@crockerkuno.com |
| james.mcclammy@dpw.com | jlovi@steptoe.com |
| james.sprayregen@kirkland.com | jlscott@reedsmith.com |
| jamestecce@quinnemanuel.com | jmaddock@mcguirewoods.com |
| jamie.nelson@dubaiic.com | jmakower@tnsj-law.com |
| jar@outtengolden.com | jmazermarino@msek.com |
| jason.jurgens@cwt.com | jmcginley@wilmingtontrust.com |
| jay.hurst@oag.state.tx.us | jmelko@gardere.com |
| jay@kleinsolomon.com | jmerva@fult.com |
| jbecker@wilmingtontrust.com | jmmurphy@stradley.com |
| jbeemer@entwistle-law.com | jmr@msf-law.com |
| jbeiers@co.sanmateo.ca.us | jnadritch@olshanlaw.com |
| jbird@polsinelli.com | jnm@mccallaraymer.com |
| jbromley@cgsh.com | john.monaghan@hklaw.com |
| jcarberry@cl-law.com | john.rapisardi@cwt.com |
| jchristian@tobinlaw.com | jorbach@hahnhessen.com |
| jchubak@proskauer.com | joseph.cordaro@usdoj.gov |
| jdoran@haslaw.com | joshua.dorchak@bingham.com |
| jdrucker@coleschotz.com | jowen769@yahoo.com |
| jdyas@halperinlaw.net | jowolf@law.nyc.gov |
| jean-david.barnea@usdoj.gov | joy.mathias@dubaiic.com |
| jeanites@whiteandwilliams.com | jpintarelli@mofo.com |
| jeannette.boot@wilmerhale.com | jporter@entwistle-law.com |
| jeff.wittig@coair.com | jprol@lowenstein.com |
| jeffery.black@bingham.com | jrabinowitz@rltlawfirm.com |
| jeffrey.sabin@bingham.com | jrsmith@hunton.com |
| jeldredge@velaw.com | jschwartz@hahnhessen.com |
| jen.premisler@cliffordchance.com | jsheerin@mcguirewoods.com |
| jennifer.demarco@cliffordchance.com | jshickich@riddellwilliams.com |
| jennifer.gore@shell.com | jsmairo@pbnlaw.com |
| jeremy.eiden@ag.state.mn.us | jstoll@mayerbrown.com |
| jfalgowski@reedsmith.com | jsullivan@mosessinger.com |
| jflaxer@golenbock.com | jteitelbaum@tblawllp.com |
| jfox@joefoxlaw.com | jtimko@shutts.com |
| jfreeberg@wfw.com | jtorf@schiffhardin.com |
| jg5786@att.com | jtougas@mayerbrown.com |
| jgenovese@gjb-law.com | judy.morse@crowedunlevy.com |
| jguy@orrick.com | jvail@ssrl.com |
| jherzog@gklaw.com | jwallack@goulstonstorrs.com |

# LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

| | |
|---|---|
| jwang@sipc.org | lromansic@steptoe.com |
| jwcohen@daypitney.com | lscarcella@farrellfritz.com |
| jweiss@gibsondunn.com | lschweitzer@cgsh.com |
| jwest@velaw.com | lubell@hugheshubbard.com |
| jwh@njlawfirm.com | lwhidden@salans.com |
| kanema@formanlaw.com | mabrams@willkie.com |
| karen.wagner@dpw.com | maofiling@cgsh.com |
| kdwbankruptcydepartment@kelleydrye.com | marc.chait@sc.com |
| keckhardt@hunton.com | margolin@hugheshubbard.com |
| keith.simon@lw.com | mark.bane@ropesgray.com |
| ken.coleman@allenovery.com | mark.deveno@bingham.com |
| ken.higman@hp.com | mark.ellenberg@cwt.com |
| kerry.moynihan@hro.com | mark.ellenberg@cwt.com |
| kgwynne@reedsmith.com | mark.hellerer@pillsburylaw.com |
| kiplok@hugheshubbard.com | mark.sherrill@sutherland.com |
| kjarashow@fklaw.com | martin.davis@ots.treas.gov |
| kkelly@ebglaw.com | marvin.clements@ag.tn.gov |
| kkolbig@mosessinger.com | matt@willaw.com |
| klyman@irell.com | matthew.klepper@dlapiper.com |
| klynch@formanlaw.com | maustin@orrick.com |
| kmayer@mccarter.com | max.polonsky@skadden.com |
| kobak@hugheshubbard.com | mbenner@tishmanspeyer.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| kovskyd@pepperlaw.com | mberman@nixonpeabody.com |
| kpiper@steptoe.com | mbienenstock@proskauer.com |
| kressk@pepperlaw.com | mbloemsma@mhjur.com |
| kreynolds@mklawnyc.com | mbossi@thompsoncoburn.com |
| krosen@lowenstein.com | mcademartori@sheppardmullin.com |
| kuehn@bragarwexler.com | mcantor@normandyhill.com |
| kurt.mayr@bgllp.com | mccombst@sullcrom.com |
| lacyr@sullcrom.com | mcordone@stradley.com |
| landon@streusandlandon.com | mcto@debevoise.com |
| lapeterson@foley.com | mcyganowski@oshr.com |
| lathompson@co.sanmateo.ca.us | mdorval@stradley.com |
| lberkoff@moritthock.com | melorod@gtlaw.com |
| lee.stremba@troutmansanders.com | meltzere@pepperlaw.com |
| lgotko@fklaw.com | metkin@lowenstein.com |
| lgranfield@cgsh.com | mfeldman@willkie.com |
| lhandelsman@stroock.com | mgordon@briggs.com |
| linda.boyle@twtelecom.com | mgreger@allenmatkins.com |
| lisa.ewart@wilmerhale.com | mh1@mccallaraymer.com |
| lisa.kraidin@allenovery.com | mhopkins@cov.com |
| ljkotler@duanemorris.com | michael.frege@cms-hs.com |
| lkatz@ltblaw.com | michael.kelly@monarchlp.com |
| lkiss@klestadt.com | michael.kim@kobrekim.com |
| lmarinuzzi@mofo.com | michael.mccrory@btlaw.com |
| lmay@coleschotz.com | millee12@nationwide.com |
| lmcgowen@orrick.com | miller@taftlaw.com |
| lml@ppgms.com | mimi.m.wong@irscounsel.treas.gov |
| lnashelsky@mofo.com | mitchell.ayer@tklaw.com |
| loizides@loizides.com | mjedelman@vedderprice.com |

# LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

| | |
|---|---|
| mjr1@westchestergov.com | peter@bankrupt.com |
| mkjaer@winston.com | pfeldman@oshr.com |
| mlahaie@akingump.com | phayden@mcguirewoods.com |
| mlandman@lcbf.com | philip.wells@ropesgray.com |
| mlichtenstein@crowell.com | pmaxcy@sonnenschein.com |
| mlynch2@travelers.com | ppascuzzi@ffwplaw.com |
| mmendez@hunton.com | ppatterson@stradley.com |
| mmooney@deilylawfirm.com | psp@njlawfirm.com |
| mmorreale@us.mufg.jp | ptrain-gutierrez@kaplanlandau.com |
| mneier@ibolaw.com | ptrostle@jenner.com |
| monica.lawless@brookfieldproperties.com | r.stahl@stahlzelloe.com |
| mpage@kelleydrye.com | raj.madan@bingham.com |
| mparry@mosessinger.com | ramona.neal@hp.com |
| mpomerantz@julienandschlesinger.com | rbeacher@pryorcashman.com |
| mprimoff@kayescholer.com | rbernard@foley.com |
| mpucillo@bermanesq.com | rbyman@jenner.com |
| mrosenthal@gibsondunn.com | rdaversa@orrick.com |
| mruetzel@whitecase.com | relgidely@gjb-law.com |
| mschimel@sju.edu | rfleischer@pryorcashman.com |
| mschlesinger@julienandschlesinger.com | rfrankel@orrick.com |
| msegarra@mayerbrown.com | rfriedman@silvermanacampora.com |
| mshiner@tuckerlaw.com | rgmason@wlrk.com |
| msiegel@brownrudnick.com | rgraham@whitecase.com |
| msolow@kayescholer.com | rhett.campbell@tklaw.com |
| mspeiser@stroock.com | richard.fingard@newedge.com |
| mstamer@akingump.com | richard.lear@hklaw.com |
| mvenditto@reedsmith.com | richard.levy@lw.com |
| mwarren@mtb.com | richard.tisdale@friedfrank.com |
| nathan.spatz@pillsburylaw.com | richard@rwmaplc.com |
| ncoco@mwe.com | ritkin@steptoe.com |
| neal.mann@oag.state.ny.us | rjones@boultcummings.com |
| ned.schodek@shearman.com | rleek@hodgsonruss.com |
| neilberger@teamtogut.com | rlevin@cravath.com |
| newyork@sec.gov | rmatzat@hahnhessen.com |
| nherman@morganlewis.com | rnetzer@willkie.com |
| nickolas.karavolas@pillsburylaw.com | robert.bailey@bnymellon.com |
| nissay_10259-0154@mhmjapan.com | robert.dombroff@bingham.com |
| nlepore@schnader.com | robert.henoch@kobrekim.com |
| notice@bkcylaw.com | robert.malone@dbr.com |
| oipress@travelers.com | robert.yalen@usdoj.gov |
| otccorpactions@finra.org | robin.keller@lovells.com |
| paronzon@milbank.com | roger@rnagioff.com |
| patrick.oh@freshfields.com | ronald.silverman@bingham.com |
| paul.turner@sutherland.com | ross.martin@ropesgray.com |
| pbattista@gjb-law.com | rqureshi@reedsmith.com |
| pbosswick@ssbb.com | rrainer@wmd-law.com |
| pdublin@akingump.com | rreid@sheppardmullin.com |
| peisenberg@lockelord.com | rroupinian@outtengolden.com |
| peter.gilhuly@lw.com | rrussell@andrewskurth.com |
| peter.macdonald@wilmerhale.com | rterenzi@stcwlaw.com |
| peter.simmons@friedfrank.com | russj4478@aol.com |

# LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

| | |
|---|---|
| rwasserman@cftc.gov | steve.ginther@dor.mo.gov |
| rwyron@orrick.com | steven.troyer@commerzbank.com |
| s.minehan@aozorabank.co.jp | steven.usdin@flastergreenberg.com |
| sabin.willett@bingham.com | steven.wilamowsky@bingham.com |
| sabramowitz@velaw.com | steven@blbglaw.com |
| sabvanrooy@hotmail.com | streusand@streusandlandon.com |
| sagolden@hhlaw.com | susheelkirpalani@quinnemanuel.com |
| sally.henry@skadden.com | sweyl@haslaw.com |
| samuel.cavior@pillsburylaw.com | swolowitz@mayerbrown.com |
| sandyscafaria@eaton.com | szuch@wiggin.com |
| sara.tapinekis@cliffordchance.com | tannweiler@greerherz.com |
| scargill@lowenstein.com | tarbit@cftc.gov |
| schannej@pepperlaw.com | tbrock@ssbb.com |
| schepis@pursuitpartners.com | tdewey@dpklaw.com |
| schnabel.eric@dorsey.com | tduffy@andersonkill.com |
| schristianson@buchalter.com | teresa.oxford@invescoaim.com |
| schwartzmatthew@sullcrom.com | tgoren@mofo.com |
| scottshelley@quinnemanuel.com | thaler@thalergertler.com |
| scousins@armstrongteasdale.com | thomas.califano@dlapiper.com |
| sdnyecf@dor.mo.gov | thomas_noguerola@calpers.ca.gov |
| sehlers@armstrongteasdale.com | tim.desieno@bingham.com |
| seichel@crowell.com | timothy.brink@dlapiper.com |
| sfelderstein@ffwplaw.com | timothy.palmer@bipc.com |
| sfineman@lchb.com | tjfreedman@pbnlaw.com |
| sfox@mcguirewoods.com | tkarcher@dl.com |
| sgordon@cahill.com | tkiriakos@mayerbrown.com |
| sgubner@ebg-law.com | tlauria@whitecase.com |
| shannon.nagle@friedfrank.com | tmacwright@whitecase.com |
| sharbeck@sipc.org | tmarrion@haslaw.com |
| shari.leventhal@ny.frb.org | tnixon@gklaw.com |
| shgross5@yahoo.com | toby.r.rosenberg@irscounsel.treas.gov |
| sidorsky@butzel.com | tomwelsh@orrick.com |
| slerman@ebglaw.com | tony.davis@bakerbotts.com |
| slerner@ssd.com | tslome@msek.com |
| slevine@brownrudnick.com | ttracy@crockerkuno.com |
| sloden@diamondmccarthy.com | tunrad@burnslev.com |
| smayerson@ssd.com | twheeler@lowenstein.com |
| smillman@stroock.com | ukreppel@whitecase.com |
| smulligan@bsblawyers.com | villa@streusandlandon.com |
| snewman@katskykorins.com | vmilione@nixonpeabody.com |
| sory@fdlaw.com | vrubinstein@loeb.com |
| spiotto@chapman.com | walter.stuart@freshfields.com |
| splatzer@platzerlaw.com | wanda.goodloe@cbre.com |
| sree@lcbf.com | wballaine@lcbf.com |
| sschultz@akingump.com | wbenzija@halperinlaw.net |
| sselbst@herrick.com | wchen@tnsj-law.com |
| sshimshak@paulweiss.com | wcurchack@loeb.com |
| sskelly@teamtogut.com | wdase@fzwz.com |
| sstarr@starrandstarr.com | wfoster@milbank.com |
| steele@lowenstein.com | william.m.goldman@dlapiper.com |
| stephen.cowan@dlapiper.com | wiltenburg@hugheshubbard.com |

**LEHMAN BROTHERS HOLDINGS, INC.**
EMAIL SERVICE LIST

wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**Additional Parties**
harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
robert.lemons@weil.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS, INC.**
OVERNIGHT MAIL

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005
ATTN: DENNIS F. DUNNE, ESQ., DENNIS O'DONNELL,
ESQ., AND EVAN R. FLECK, ESQ.,


WEIL GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153
ATTN: RICHARD P. KRASNOW, ESQ., LORI R. FIFE, ESQ., ROBERT J. LEMONS, ESQ., AND
JACQUELINE MARCUS, ESQ.


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004