WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
                                                                    :
**In re**                                                           :   **Chapter 11 Case No.**
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                        :   **08-13555 (JMP)**
                                                                    :
             **Debtors.**                                           :   **(Jointly Administered)**
                                                                    :
--------------------------------------------------------------------x
                                                                    :
**In re**                                                           :
                                                                    :   **Case No.**
**LEHMAN BROTHERS INC.,**                                           :
                                                                    :   **08-01420 (JMP) (SIPA)**
             **Debtor.**                                            :
                                                                    :
--------------------------------------------------------------------x

US_ACTIVE:\44107467\1\58399.0011

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR THE
# FIFTY-FOURTH OMNIBUS HEARING ON OCTOBER 10, 2012 AT 10:00 A.M.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I.    UNCONTESTED MATTERS:

1.  Lehman Brothers Special Financing Inc. Working Group's Application for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution in These Cases **[ECF No. 29239]**

    Response Deadline:    July 25, 2012 at 4:00 p.m.

    Responses Received:

    A.    Omnibus Objection of United States Trustee **[ECF No. 29639]**

    B.    Omnibus Response of Official Committee of Unsecured Creditors **[ECF No. 29785]**

    Related Documents:

    C.    Statement of the United States Trustee **[ECF No. 31252]**

    D.    Fee Committee's Position Statement on Pending Section 503(b) Applications **[ECF No. 29977]**

    E.    Fee Committee's Amended Position Statement on Pending Section 503(b) Applications **[ECF No. 30124]**

    Status:  This matter is going forward.

2.  Application of the Ad Hoc Group of Lehman Brothers Creditors for Compensation for Professional Services Rendered by, and Reimbursement of Actual and Necessary Expenses of, Its Professionals Pursuant to Section 503(b) of the Bankruptcy Code Rendered by, and Reimbursement of Actual and Necessary Expenses of, Its Professionals Pursuant to Section 503(b) of the Bankruptcy Code **[ECF No. 29195]**

    Response Deadline:    July 25, 2012 at 4:00 p.m.

    Responses Received:

    A.    Omnibus Objection of United States Trustee **[ECF No. 29639]**

2

      B.    Omnibus Response of Official Committee of Unsecured Creditors **[ECF No. 29785]**

Related Documents:

      C.    Statement of the United States Trustee **[ECF No. 31252]**

      D.    Fee Committee's Position Statement on Pending Section 503(b) Applications **[ECF No. 29977]**

      E.    Fee Committee's Amended Position Statement on Pending Section 503(b) Applications **[ECF No. 30124]**

      F.    Preliminary Reply of the Ad Hoc Group of Lehman Brothers Creditors **[ECF No. 30943]**

Status:  This matter is going forward solely with respect to AlixPartners, LLP and Molinaro Advisors LLC.

## SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS

**II.**    **STATUS CONFERENCE:**

    3.    Lehman Brothers Inc. Status Conference

    Status:  This matter is going forward.

## IN RE LEHMAN BROTHERS AUSTRALIA LIMITED [CASE NO. 12-10063]

**III.**    **STATUS CONFERENCE:**

    4.    In re Lehman Brothers Australia Limited Status Conference

    Related Documents:

      A.    Chapter 15 Petition for Recognition of Foreign Proceeding **[ECF No. 1]**

      B.    Declaration of Marcus Ayres in Support of Verified Petition **[ECF No. 2]**

      C.    Declaration of Marcus Ayres Pursuant to 11 U.S.C. Sec. 1515 and Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure **[ECF No. 3]**

      D.    Verified Petition for Recognition and Chapter 15 Relief **[ECF No. 4]**

      E.    Status Report of Foreign Representatives for the October 10, 2012 Status Conference **[ECF No. 20]**

US_ACTIVE:\44107467\1\58399.0011

Status: This matter is going forward solely as a status conference.

**IV.    ADJOURNED MATTERS:**

**A.    Lehman Brothers Holdings Inc.**

5. Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[ECF No. 11513]**

   Response Deadline:    February 9, 2011 at 4:00 p.m.

   Responses Received:

       A.    Debtors' Objection **[ECF No. 14398]**

       B.    Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[ECF No. 14462]**

   Related Documents:

       C.    Affidavit of Michael E. Busch, Esq. in Support of Motion **[ECF No. 11514]**

       D.    Declaration of Christopher Milenkevich in Support of Debtors' Objection **[ECF No. 14454]**

   Status: This matter has been adjourned to November 14, 2012 at 10:00 a.m.

6. Motion of Monti Family Holding Company, Ltd for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc. and Other Entities **[ECF No. 16803]**

   Response Deadline: June 8, 2011 at 4:00 p.m.

   Response Received:

       A.    Debtors' Objection **[ECF No. 17502]**

   Status: This matter has been adjourned to December 12, 2012 at 10:00 a.m.

7. Amended Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004 **[ECF No. 31105]**

   Response Deadline: May 11, 2011 at 4:00 p.m.

   Responses Received:

       A.    Debtors' Objection **[ECF No. 16680]**

4

      B.     Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[ECF No. 16683]**

Status:  This matter has been adjourned to November 14, 2012 at 10:00 a.m.

8.     Amended Motion of Ironbridge Homes, LLC, et al. for Relief from the Automatic Stay **[ECF No. 23551]**

Response Deadline:   September 12, 2012 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to a date to be determined.

**B.    Adversary Proceedings**

9.     Turnberry Centra Sub, LLC, *et al.* v. Lehman Brothers Holdings Inc., *et al.* **[Adversary Case No. 09-01062]**

**MOTION TO RECONSIDER**

Related Documents:

      A.     Plaintiffs' Motion to Reargue and for Reconsideration of a Portion of the Court's August 30, 2012 Order that Dismissed Count III of the Amended Complaint Sounding in Promissory Estoppel, and, in the Alternative, for Leave to Amend **[ECF No. 78]**

      B.     Lehman's Opposition to Plaintiffs' Motion to Reargue **[ECF No. 81]**

Status:  This matter has been adjourned to a date to be determined.

**C.    Lehman Brothers Inc.**

10.    Cardinal Investment Sub I, L.P. and Oak Hill Strategic Partners, L.P.'s Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates **[LBI ECF No. 4634]**

Response Deadline:   November 7, 2012 at 4:00 p.m.

Responses Received:  None.

5

Related Documents:

    A.    Declaration of Luke A. Barefoot in Support of Movant's Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of its Affiliates **[LBI ECF No. 4635]**

    B.    Notices of Adjournment **[LBI ECF Nos. 4663, 4759, 4824, 4892, 4946, 5017, 5066, 5108, 5132, 5207, 5270, 5355]**

Status: This matter has been adjourned to November 14, 2012 at 10:00 a.m.

11. Motion of FirstBank Puerto Rico for (1) Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA Trustee's Denial of FirstBank's Customer Claim, and (2) Limited Intervention, Pursuant to Bankruptcy Rule 7024 and Local Bankruptcy Rule 9014-1, in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates **[LBI ECF No. 5197]**

Response Deadline: August 8, 2012 at 4:00 p.m.

Responses Received:

    A.    Response of LBHI Entities **[LBI ECF No. 5211]**

    B.    Limited Response of Barclays Capital Inc. **[LBI ECF No. 5212]**

    C.    Declaration of Boaz S. Morag in Support of Limited Response of Barclays Capital Inc. **[LBI ECF No. 5213]**

    D.    Trustee's Opposition **[LBI ECF No. 5215]**

    E.    Declaration of Sarah L. Cave in Support of Trustee's Opposition **[LBI ECF No. 5216]**

    F.    Joint Statement of the FDIC, as Receiver for Westernbank Puerto Rico, CarVal Investors UK Limited and Hudson City Savings Bank **[LBI ECF No. 5217]**

Related Documents:

    G.    Declaration of Victor M. Barreras in Support of Motion **[LBI ECF No. 5198]**

    H.    Declaration of Robert T. Honeywell in Support of Motion **[LBI ECF No. 5199]**

    I.    FirstBank Puerto Rico's Reply in Further Support of Motion **[LBI ECF No. 5224]**

  J. Supplemental Declaration of Victor M. Barreras in Support of Motion **[LBI ECF No. 5225]**

  K. Notice of Adjournment **[LBI ECF No. 5348]**

<u>Status</u>: This matter has been adjourned to November 14, 2012 at 10:00 a.m.

Dated: October 9, 2012
   New York, New York

             /s/ Robert J. Lemons
             Robert J. Lemons

             WEIL, GOTSHAL & MANGES LLP
             767 Fifth Avenue
             New York, New York 10153
             Telephone: (212) 310-8000
             Facsimile: (212) 310-8007

             Attorneys for Lehman Brothers Holdings Inc.
             and Certain of Its Affiliates

Dated: October 9, 2012
   New York, New York

             /s/ Jeffrey S. Margolin
             James B. Kobak, Jr.
             Christopher K. Kiplok
             Jeffrey S. Margolin

             HUGHES HUBBARD & REED LLP
             One Battery Park Plaza
             New York, New York 10004
             Telephone: (212) 837-6000
             Facsimile: (212) 422-4726

             Attorneys for James W. Giddens, Trustee for
             the SIPA Liquidation of Lehman Brothers Inc.