# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

**Peter Gruenberger**
212-310-8555
peter.gruenberger@weil.com

October 10, 2012

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY  10004

**Re: ADR Procedures Order Dated 9/17/09 ("Order")**
     <u>**Thirty-fifth Status Report**</u>

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the thirty-fourth) to the Court pursuant to Order ¶13 that governs Tier One ADRs.  In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012.  Debtors will file this report on the docket in advance of the October 10, 2012 omnibus hearing.

In the 21 days following the last report, Debtors served two additional ADR Notices in Tier I.  When added to the total Notices served in Tier Two, the total number of Notices served is now 264.  During the immediately past reporting period, Debtors achieved settlements with counterparties in four ADR matters, three as a result of mediation.  Upon closing of such settlements, Debtors will have received an aggregate total of $1,321,787,873 new dollars for the Debtors' estates.  Settlements have been achieved in 220 ADR matters involving 242 counterparties.

Honorable James M. Peck
October 10, 2012
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 91 ADR matters that have reached the mediation stage and have been concluded, 86 have been settled in mediation.  Only five mediations have terminated without settlement.  Twelve additional mediations have been scheduled to commence on the following dates:  October 16 and 30; November 6, 7, 12, 13 and 27; and December 6, 7, 12, 13 and 14, 2012.

Respectfully submitted,

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp

cc:  Jacob Esher, Esq.
     James Freund, Esq.
     David Geronemus, Esq.
     Ralph Mabey, Esq.
     David Cohen, Esq.
     (all cc's via E-mail)