Rosa E Venegas
PO Box 5644
Astoria, NY 11105

September 11, 2012

The Honorable James M Peck
US Bankruptcy Judge
Courtroom 601
US Bankruptcy Court for
the Southern District of NY
One Bowling Green
New York, NY 10004

Re  Lehman Brothers Holdings, Inc.
    Chapter 11 Case No. 08-13555 (JMP)
    Notice of Hearing on Three Hundred Twenty-Seventh
    Omnibus Objection to Claims
    (Partnership and Other Employee Claims)

Dear Judge Peck:

With this letter I am making my claim for my share of Lehman Brothers' Partnership Account. I was an employee of Lehman Brothers for 28 years. Therefore, I am entitled to my portion of the proceeds that will be allocated. Thank you very much for your attention to this matter.

Sincerely,
Rosa E Venegas

[Stamp: RECEIVED SEP 13 2012 U.S. BANKRUPTCY COURT, SDNY JMP]