SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
George A. Zimmerman
Jeffery Geier
Max S. Polonsky
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Counsel for Drawbridge Global Macro Master Fund Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
In re:                                : Chapter 11
                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.,* : Case No. 08-13555 (JMP)
                                      :
                    Debtors.          : (Jointly Administered)
------------------------------------- x

## CERTIFICATE OF SERVICE

    I, Jeffrey Geier, hereby certify that I caused to be served the Responses and Objections of Drawbridge Global Macro Master Fund Ltd. to Debtor's Request for Production of Documents on the following recipients by hand delivery and U.S. mail on October 5, 2012:

Jennifer Larson, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

    Additionally, I sent the Responses and Objections of Drawbridge Global Macro Master Fund Ltd. to Debtor's Request for Production of Documents to the following recipients via electronic mail on October 5, 2012:

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(Attn: Jennifer Larson, Esq., Arielle Gordon, Esq. and M. Jarrad Wright, Esq.)


Dated: New York, New York            */s/ Jeffrey Geier*
      October 10, 2012              Jeffrey Geier