UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                                                       :

In re                                                    :

                                                                    :        Chapter 11

LEHMAN BROTHERS HOLDINGS INC., et al.    :

                                                                    :        Case No. 08-13555 (JMP)

       Debtor.                                     :

                                                                    :        (Jointly Administered)

------------------------------------------------------------ X

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

### TO: THE CLERK OF THE COURT; AND ALL PARTIES IN INTEREST

**PLEASE TAKE NOTICE** that the undersigned attorney in his individual capacity hereby withdraws his appearance in the above-captioned case, and requests to be removed from the ECF and any other service list in this case

Dated:  Garden City, New York
          October 11, 2012

                                                       By:/s/ Lawrence Brenner
                                                       Lawrence Brenner
                                                       Cullen and Dykman LLP
                                                       100 Quentin Roosevelt Blvd.
                                                       Garden City, New York 11530
                                                       Telephone: (516) 296-9169
                                                       Email: lbrenner@cullenanddykman.com

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served via the Court's CM/ECF system on this 11th day of October 2012.

/s/ Lawrence Brenner
Lawrence Brenner
Cullen and Dykman LLP
100 Quentin Roosevelt Blvd.
Garden City, New York 11530
Telephone: (516) 296-9169
Email: lbrenner@cullenanddykman.com