Mark D. Sherrill (*pro hac vice*)
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 383-0100

*Counsel for Aviva Life S.p.A.*

| | |
|---|---|
| **In re:** § § | |
| **LEHMAN BROTHERS HOLDINGS,** § **INC., et al.,** § § | **Chapter 11** **Jointly Administered under** **Case No. 08-13555 (JMP)** |
| Debtors. § § | |

# NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE that Aviva Life S.p.A. ("Claimant"), by and through its undersigned counsel, hereby withdraws proof of claim number 18166.  For the avoidance of doubt, Claimant is not withdrawing any other claim held by Claimant or its affiliates.

Dated:  October 11, 2012
Washington, DC

SUTHERLAND ASBILL & BRENNAN LLP

By:  /s/ Mark Sherrill
Mark Sherrill (*pro hac vice*)
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:   (202) 383-0100
Fax:   (202) 637-3593

COUNSEL FOR AVIVA LIFE S.P.A.

19450061.1