Mark D. Sherrill (*pro hac vice*)
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 383-0100

*Counsel for Aviva S.p.A.*

| | |
|---|---|
| **In re:** § § | |
| § | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS,** § | |
| **INC., et al.,** § | **Jointly Administered under** |
| § | **Case No. 08-13555 (JMP)** |
| **Debtors.** § | |
| § | |

# NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE that Aviva S.p.A. ("Claimant"), by and through its undersigned counsel, hereby withdraws proof of claim number 18173. For the avoidance of doubt, Claimant is not withdrawing any other claim held by Claimant or its affiliates.

Dated:  October 11, 2012
          Washington, DC

                              SUTHERLAND ASBILL & BRENNAN LLP

                              By:  /s/ Mark Sherrill
                                    Mark Sherrill (*pro hac vice*)
                                    1275 Pennsylvania Avenue, NW
                                    Washington, DC 20004
                                    Tel:  (202) 383-0100
                                    Fax:  (202) 637-3593

                              COUNSEL FOR AVIVA, S.P.A.

19450028.1