Mark D. Sherrill (*pro hac vice*)
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 383-0100

*Counsel for Aviva Vita S.p.A.*

| | |
|---|---|
| **In re:** § § | |
| **LEHMAN BROTHERS HOLDINGS,** § **INC., et al.,** § § | **Chapter 11** |
| | **Jointly Administered under** |
| **Debtors.** § § § | **Case No. 08-13555 (JMP)** |

# NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE that Aviva Vita S.p.A. ("Claimant"), by and through its undersigned counsel, hereby withdraws proof of claim number 18168. For the avoidance of doubt, Claimant is not withdrawing any other claim held by Claimant or its affiliates.

Dated:   October 11, 2012
             Washington, DC

SUTHERLAND ASBILL & BRENNAN LLP

By:    /s/ Mark Sherrill
          Mark Sherrill (*pro hac vice*)
          1275 Pennsylvania Avenue, NW
          Washington, DC 20004
          Tel:    (202) 383-0100
          Fax:    (202) 637-3593

COUNSEL FOR AVIVA VITA S.P.A.

19450064.1