Attention Mr. James M. Peck
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY10004
United States of America

K. Norimatsu
2-4-306, Nakazato-Cho
2-Chome
Kitaku, Kobe—City、
Hyogo—Pref.、651—1103
Japan
TEL 0+11( your National No.) +81
—90—1594—6136
September 13, 2012


Re : Lehman Brothers Holdings Inc.、et al. (08—13555 (JMP) )

Dear Mr. Peck

I've received the letter ( enclosed herewith ) from Mr. Lauren Rodriguez of EPIQ Bankruptcy Solution, LLC of New York recently.

After all he and Miss Julie Becker won't consent to act as my order.
Therefore please explain the situation of Equity Interest of my cases to them and me in simple words again in your letter.
Or is better to have no connection with them ?
Awaiting for your reply.
Your kind attention will be highly appreciated.

Yours sincerely,

K. Norimatsu
Signature

1

RECEIVED  SEP 2 5 2012  U.S. BANKRUPTCY COURT, SDNY



[illegible]

United States of America

[illegible]

Dear Mr. Peck

[illegible] recently.

[illegible]

Or it means to have no connection with them?

[illegible] your reply.

Your kind attention will be highly appreciated.

[illegible]

EPIQ Bankruptcy Solutions, LLC
757 3rd Avenue, 3rd Floor
New York, NY 10017

RECEIVED ON
SEPTEMBER 5, 2012

August 28, 2012

K. Norimatsu
14-10-306 Suzurandai
Higashimachi 9-Chrome
Kitaku, Kobe-City
Hyogo-Pref., 651-1112
Japan

RE: Lehman Brothers Holdings, Inc. (Claim Nos. 46343-46362)

Dear Mr. Norimatsu,

A letter that you had sent addressed to Miss Julie Becker was forwarded to us back in July. We would like to remind you that your claims were ordered reclassified to Equity Interest as per the 41st, 91st and 74th Omnibus Objections. The Plan of Reorganization indicates that Equity will not receive a distribution.

If you have any further questions, please feel free to reach me at the email below.

Sincerely,

Lauren Rodriguez
Case Manager
larodriguez@epiqsystems.com