# Exhibit 10

# LEHMAN BROTHERS HOLDINGS INC. PLAN TRUST

1271 AVENUE OF THE AMERICAS  
NEW YORK, NY 10020  
646 285−9000

## 10−K

**10−K**  
**Filed on 02/13/2007 − Period: 11/30/2006**  
File Number 001−09466



LIVEDGAR® Information Provided by Thomson Reuters Accelus, ©2011. All Rights Reserved.  
800.669.1154  
www.gsionline.com

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 10−K

(Mark One)

☒ **Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended November 30, 2006**

OR

☐ **Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the transition period from           to**

Commission File Number 1−9466

# Lehman Brothers Holdings Inc.
(Exact Name of Registrant as Specified in its Charter)

| | |
|---|---|
| **Delaware** | **13−3216325** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **745 Seventh Avenue** <br> **New York, New York** | **10019** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: (212) 526−7000

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, $.10 par value | New York Stock Exchange |
| Depositary Shares representing 5.94% Cumulative Preferred Stock, Series C | New York Stock Exchange |
| Depositary Shares representing 5.67% Cumulative Preferred Stock, Series D | New York Stock Exchange |
| Depositary Shares representing 6.50% Cumulative Preferred Stock, Series F | New York Stock Exchange |
| Depositary Shares representing Floating Rate Cumulative Preferred Stock, Series G | New York Stock Exchange |
| 6.375% Trust Preferred Securities, Series K, of Subsidiary Trust (and Registrant's guarantee thereof) | New York Stock Exchange |
| 6.375% Trust Preferred Securities, Series L, of Subsidiary Trust (and Registrant's guarantee thereof) | New York Stock Exchange |
| 6.00% Trust Preferred Securities, Series M, of Subsidiary Trust (and Registrant's guarantee thereof) | New York Stock Exchange |
| 6.24% Trust Preferred Securities, Series N, of Subsidiary Trust (and Registrant's guarantee thereof) | New York Stock Exchange |
| 6¼% Exchangeable Notes Due October 15, 2007 (subject to exchange into shares of common stock of General Mills, Inc.) | New York Stock Exchange |
| 2.00% Medium Term Notes, Series H, Due March 3, 2009 Performance Linked to the Common Stock of Morgan Stanley (MS) | American Stock Exchange |
| Absolute Buffer Notes Due July 29, 2008, Linked to the Dow Jones EURO STOXX50 $^{SM}$ Index (SX5E) | American Stock Exchange |
| Absolute Buffer Notes Due July 7, 2008, Linked to the Dow Jones EURO STOXX 50 $^{SM}$ Index (SX5E) | American Stock Exchange |
| Currency Basket Warrants Expiring February 13, 2008 | American Stock Exchange |
| Dow Jones Industrial Average 112.5% Minimum Redemption PrincipalPlus Stock Upside Note Securities® Due August 5, 2007 | American Stock Exchange |
| Dow Jones Global Titans 50 Index $^{SM}$ Stock Upside Note Securities® Due February 9, 2010 | American Stock Exchange |
| Dow Jones Industrial Average Stock Upside Note Securities® Due April 29, 2010 | American Stock Exchange |
| Index−Plus Notes Due December 23, 2009, Performance Linked to the Russell 2000® INDEX (RTY) | American Stock Exchange |
| Index−Plus Notes Due March 3, 2010, Linked to the S&P 500® Index (SPX) | American Stock Exchange |
| Index−Plus Notes Due November 15, 2009, Linked to the Dow Jones STOXX 50 $^{SM}$ Index (SX5P) | American Stock Exchange |
| Index−Plus Notes Due September 28, 2009, Performance Linked to S&P 500® Index (SPX) | American Stock Exchange |
| Japanese Yen Linked Warrants Expiring June 20, 2008 | American Stock Exchange |
| Nasdaq−100® Index Rebound Risk AdjustiNG Equity Range Securities $^{SM}$ Notes Due May 20, 2007 | American Stock Exchange |
| Nasdaq−100® Index Rebound Risk AdjustiNG Equity Range Securities $^{SM}$ Notes Due June 7, 2008 | American Stock Exchange |
| Nikkei 225$^{SM}$ Index Call Warrants Expiring May 8, 2007 | American Stock Exchange |
| Nikkei 225$^{SM}$ Index Stock Upside Note Securities® Due June 10, 2010 | American Stock Exchange |
| S&P 500® Index Callable Stock Upside Note Securities® Due November 6, 2009 | American Stock Exchange |
| S&P 500® Index Stock Upside Note Securities® Due August 5, 2008 | American Stock Exchange |
| S&P 500® Index Stock Upside Note Securities® Due September 27, 2007 | American Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well−known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the Registrant: (1) has filed all reports required to be filed by Section 13 or 15 (d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S−K (Section 229.405 of this chapter) is not contained herein, and will not be contained, to the best of Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10−K or any amendment to this Form 10−K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non−accelerated filer. See definition of 'accelerated filer and large accelerated filer' in Rule 12b−2 of the Exchange Act. (Check one): Large accelerated filer ☒   Accelerated filer ☐   Non−accelerated filer ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b−2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of the voting and nonvoting common equity held by non−affiliates of the Registrant at May 31, 2006 (the last business day of the Registrant's most recently completed second fiscal quarter) was approximately $34,891,000,000. As of that date, 523,812,764 shares of the Registrant's common stock, $0.10 par value per share, were held by non−affiliates. For purposes of this information, the outstanding shares of common stock that were and that may be deemed to have been beneficially owned by directors and executive officers of the Registrant were deemed to be shares of common stock held by affiliates at that date.

As of January 31, 2007, 526,088,102 shares of the Registrant's common stock, $.10 par value per share, were issued and outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE:**

Portions of Lehman Brothers Holdings Inc.'s Definitive Proxy Statement for its 2007 Annual Meeting of Stockholders (the "Proxy Statement") are incorporated in Part III.

**LEHMAN BROTHERS HOLDINGS INC.**
**TABLE OF CONTENTS**

| | | |
|---|---|---|
| Available Information | | 2 |
| **Part I** | | |
| Item 1. | Business | 3 |
| Item 1A. | Risk Factors | 14 |
| Item 1B. | Unresolved Staff Comments | 20 |
| Item 2. | Properties | 20 |
| Item 3. | Legal Proceedings | 20 |
| Item 4. | Submission of Matters to a Vote of Security Holders | 25 |
| **Part II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 26 |
| Item 6. | Selected Financial Data | 28 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 30 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 70 |
| Item 8. | Financial Statements and Supplementary Data | 71 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 121 |
| Item 9A. | Controls and Procedures | 121 |
| Item 9B. | Other Information | 121 |
| **Part III** | | |
| Item 10. | Directors and Executive Officers of the Registrant | 121 |
| Item 11. | Executive Compensation | 122 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 122 |
| Item 13. | Certain Relationships and Related Transactions | 122 |
| Item 14. | Principal Accountant Fees and Services | 122 |
| **Part IV** | | |
| Item 15. | Exhibits and Financial Statement Schedules | 123 |
| **Signatures** | | 127 |
| **Index to Consolidated Financial Statements and Schedule** | | F−1 |
| **Schedule I−Condensed Financial Information of Registrant** | | F−2 |
| **Exhibit Index** | | |
| **Exhibits** | | |

**LEHMAN BROTHERS HOLDINGS INC.**
Notes to Consolidated Financial Statements

Minimum future rental commitments under non−cancelable operating leases (net of subleases of $309 million) and future commitments under capital leases are as follows:

**Minimum Future Rental Commitments Under Operating and Capital Lease Agreements**

| In millions | Operating Leases | Capital Leases |
|---|---|---|
| Fiscal 2007 | $ 176 | $ 68 |
| Fiscal 2008 | 168 | 74 |
| Fiscal 2009 | 160 | 99 |
| Fiscal 2010 | 156 | 101 |
| Fiscal 2011 | 193 | 102 |
| December 1, 2011 and thereafter | 861 | 2,599 |
| Total minimum lease payments | $ 1,714 | 3,043 |
| Less: Amount representing interest | | (1,635) |
| Present value of future minimum capital lease payments | | $ 1,408 |

**Note 12 Stockholders' Equity**

On April 5, 2006, our Board of Directors approved a 2−for−1 common stock split, in the form of a stock dividend that was effected on April 28, 2006. Prior period share and earnings per share amounts have been restated to reflect the split. The par value of the common stock remained at $0.10 per share. Accordingly, an adjustment from Additional paid−in capital to Common stock was required to preserve the par value of the post−split shares.

**Preferred Stock**
Holdings is authorized to issue a total of 24,999,000 shares of preferred stock. At November 30, 2006, Holdings had 798,000 shares issued and outstanding under various series as described below. All preferred stock has a dividend preference over Holdings' common stock in the paying of dividends and a preference in the liquidation of assets.

*Series C.* **On May 11, 1998, Holdings issued 5,000,000 Depositary Shares, each representing 1/10th of a share of 5.94% Cumulative Preferred Stock, Series C ("Series C Preferred Stock"), $1.00 par value. The shares of Series C Preferred Stock have a redemption price of $500 per share, together with accrued and unpaid dividends. Holdings may redeem any or all of the outstanding shares of Series C Preferred Stock beginning on May 31, 2008. The $250 million redemption value of the shares outstanding at November 30, 2006 is classified in the Consolidated Statement of Financial Condition as a component of Preferred stock.**

*Series D.* On July 21, 1998, Holdings issued 4,000,000 Depositary Shares, each representing 1/100th of a share of 5.67% Cumulative Preferred Stock, Series D ("Series D Preferred Stock"), $1.00 par value. The shares of Series D Preferred Stock have a redemption price of $5,000 per share, together with accrued and unpaid dividends. Holdings may redeem any or all of the outstanding shares of Series D Preferred Stock beginning on August 31, 2008. The $200 million redemption value of the shares outstanding at November 30, 2006 is classified in the Consolidated Statement of Financial Condition as a component of Preferred stock.

*Series E.* On March 28, 2000, Holdings issued 5,000,000 Depositary Shares, each representing 1/100th of a share of Fixed/Adjustable Rate Cumulative Preferred Stock, Series E ("Series E Preferred Stock"), $1.00 par value. The initial cumulative dividend rate on the Series E Preferred Stock was 7.115% per annum through May 31, 2005. On May 31, 2005, Holdings redeemed all of our issued and outstanding shares, together with accumulated and unpaid dividends.

*Series F.* On August 20, 2003, Holdings issued 13,800,000 Depositary Shares, each representing 1/100th of a share of 6.50% Cumulative Preferred Stock, Series F ("Series F Preferred Stock"), $1.00 par value. The shares of Series F Preferred Stock have a redemption price of $2,500 per share, together with accrued and unpaid dividends. Holdings may redeem any or all of the outstanding shares of Series F Preferred Stock beginning on August 31, 2008. The $345 million redemption value of the shares outstanding at November 30, 2006 is classified in the Consolidated Statement of Financial Condition as a component of Preferred stock.