# Exhibit 18



**CBRE**
CB RICHARD ELLIS

CB Richard Ellis Limited
St Martin's Court
10 Paternoster Row
London EC4M 7HP

Switchboard  +44 (0)20 7182 2000
Fax          +44 (0)20 7182 2001

Direct Dial  020 7182 3847
Email:       daniel.roberts@cbre.com
Our ref      DR/SF/131010
Your ref

R Archer Esq
Canary Wharf Group
30th Floor
One Canada Square
London
E14 5AD

13 October 2010

Dear Richard

**RE: 25 BANK STREET**

We have been asked to give our opinion on the market conditions in relation to the likely leasing up scenario for 25 Bank Street to include letting voids, refurbishment costs, rent free periods, rental levels and lease terms. We have also enclosed CBRE's quarterly research bulletins for the Central London market for the last 3 quarters.

In our opinion the likelihood of achieving a single letting on 25 Bank Street is remote in today's current market, taking into account current demand. Over the last 3 years there have only been 4 transactions in excess of 200,000 sq ft with the two largest ones being Nomura's letting at Watermark Place for 460,000 sq ft and Barcap's letting of 20 Cabot Square for 350,000 sq ft. Over the last 6 months no lettings have been concluded on built stock in the City on units over 100,000 sq ft.

At present there are 4 buildings in the City where units in excess of 300,000 sq ft are available. It is important to know that 3 of these buildings have now instigated a single floor letting strategy due to the lack of large requirements in the market. In addition, at Canary Wharf there are two buildings, 5 Churchill Place and 30 South Colonnade, both able to offer units of 200,000 sq ft. The leasing up of 25 Bank Street will be on a multi let basis and this is backed up by research that shows that 98% of all lettings carried out over the last 10 years are in units of sub 50,000 sq ft.

In the attached CBRE quarterly research bulletins there is also further information on other transactions carried out in the market.

It is important to note that 25 Bank Street, which was completed in 2003, has an investment banking fitout which is very bespoke and is unlikely to suit the majority of tenants in the market. As a result we have commented in the table below on the cost of the Cat A allowance that will need to be offered to tenants and refurbishment cost that you might incur.

The lease up of the space will be based around trying to find tenants looking for in excess of 150,000 sq ft for the large podium floors (70,000 sq ft each) on levels 1-7 and single and multiple floor lettings for the tower floors (25,000 sq ft each) for levels 8-31. Set out below is our opinion of the likely leasing up scenario.


www.cbre.co.uk
Registered in England No 3536032 Registered Office St Martin's Court 10 Paternoster Row London EC4M 7HP
CB Richard Ellis Limited is regulated by RICS and is an appointed representative of CB Richard Ellis Indirect Investment Services Limited
which is authorised and regulated by the Financial Services Authority.


/2

|  | Letting void | Rent | Term | Rent Free | Cat A/ Refurbishment |
|---|---|---|---|---|---|
| Ground & 1st to 7th floors | 24 months | £32.50-£37.50 psf | 25 years 20 years | 48 months + 40 months + | £40-50.00 psf |
| 8th to 31st floors | 30 months | £.35.00-£40.00 psf | 15 years 10 years | 36 months + 30 months | £40-50.00 psf |

NB: Rent free periods and Cat A contributions are known in the US as Work letters

The above leasing up parameters is based on our expertise of letting large office buildings in Central London. We comment below on the above terms and also set out information on recent transactions.

Letting Voids

Our experience of letting tower buildings in the City such as Tower 42 (300,000 sq ft), and the Swiss Re Tower (300,000 sq ft) show that these buildings have taken between 3-4 years to let. Currently Broadgate Tower (400,000 sq ft) which was completed in Quarter 1 2008 still has over 100,000 sq ft to let. At Canary Wharf, 40 Bank Street which comprises of 600,000 sq ft was completed in January 2003, and was not completely let until September 2006.

Rent Free Period

In the current City market rent free periods on Grade A specification buildings are as follows:
- 10 year terms – 24-26 months rent free
- 15 year terms – 30-36 months rent free
- 20 year terms – 38- 40 months rent free
- 25 year terms - 42 -44 months rent free

In situations where the space taken is in excess of 100,000 sq ft, tenants are able to negotiate slightly longer rent free periods to those quoted above. Typically at Canary Wharf, rent free periods have exceeded those offered on equivalent City buildings.

Rent

You will note for the transactions set out below that rental levels at Canary Wharf on Grade A space range from £32.50 psf on the MF Global letting at 5 Churchill Place to £37.50 psf on the Shell deal at 40 Bank Street.



/3

Recent Transactions

Set out below are recent transactions at Canary Wharf

- Shell's letting of 187,000 sq ft at 40 Bank Street on a 15 year lease term, with a 10 year break and a rent of £37.50 psf and 42 months rent free.
- MF Global under offer due to sign shortly on 100,000 sq ft at 5 Churchill Place on an 18 year lease at a rent of £32.50 psf with 46 months rent free.
- MasterCard letting of 26,000 sq ft at 10 Upper Bank Street on a 10 year lease term at a rent of £35.00 psf and 33 months rent free.
- FSA letting of 84,000 sq ft at One Canada Square on an 8 year lease with a break on approximately a third of the space after 5 years at a rent of £35.00 psf and a rent free period of approximately 23 months.
- HSBC letting of 80,000 sq ft at One Canada Square on a 5 year lease with annual breaks at a rent of £34.00 psf and 2 months rent free for each year of the term.
- NYSE Technologies letting of 27,000 sq ft on a 10 year lease with a 4 year break and a rent of £29.00 psf and 6 months rent free.

The result of the building being multi let is that a large portion of it is going to have short to medium term leases (5-10 years) and will therefore require an active management regime. You will therefore need to make provisions for future letting voids and rent free periods as well as potential additional capital costs as and when break options are exercised or leases expire.

We trust this sets out clearly our view on the potential leasing up of 25 Bank Street and should you wish to discuss in further detail then please do not hesitate to contact me.

Kind regards

Yours sincerely

**DAN ROBERTS**
**Managing Director – City Agency**

Encl.

