# Exhibit A

3/28/01

27 March 2001

# CANARY WHARF

## BUILDING HQ2
## LEHMAN BROTHERS

### MINIMUM STANDARD DEVELOPER'S FINISH

### FOR TENANT WORK

1. **FLOORING**

    1.1  Hewetsons Floors or equal raised access floor shall be installed to suit the building design height for the demised premises (generally 200mm average measured from top of slab to top of raised floor). The performance criteria of the system shall meet the working strength requirements of a medium grade platform specification of the Department of the Environment, Property Services Agency document MOB 08-801. The system shall consist of 600mm x 600mm or 750mm x 750mm fully accessible panels on adjustable jacks.

    1.2  600mm x 600mm carpet tiles shall be installed throughout. Quality to be equal to Heuga Connections, Milliken Corporate Square Nova, Interface Palette 3000 or Sommer Avenue.

2. **CEILINGS**

    2.1  Perforated metal pan 750mm x 750mm or 600mm x 600mm lay-in ceiling, Aluminium Ceiling System 15mm x 8mm aluminium capped steel grid shall be installed throughout the demised premises. Ceiling tiles to be powder coated white finish with 16mm thick mineral wool padding. Quality shall be at least equal to SAS Ceilings System 130.

    2.2  Painted drywall window soffits will be installed at the perimeter of the ceiling system to receive perimeter slot diffusers.

    2.3  Lift lobbies shall have painted drylined ceilings.

3. **LIGHTING**

    3.1  600mm x 600mm deep cell parabolic light fixtures, with electronic control gear, shall be installed to maintain a lighting level of 500 lux average in the office areas.

3.2 Fixtures shall be by Creed Light Engineering Limited or equal. Louvre will be low brightness with iridescent specular (highly polished) high purity aluminium curved profile sides, compound curved profile sides and compound curved profile wedge cross blades designed to meet the requirements of CIBSE LG3 Category 2. Each fixture will be fitted with a 750mm x 750mm surround metal frame to allow installation into 750mm x 750mm (where used) ceiling module.

3.3 Switching in all areas shall be controlled by the DDC electronic controller which is provided as part of the air conditioning terminal temperature control unit.

3.4 Incandescent downlights and/or wall washers shall be installed in each lift lobby.

4. **WALL FINISHES**

   4.1 Perimeter walls, columns and core walls shall be fully drylined, taped and sanded, ready for painting.

   4.2 All exposed surfaces of drylining shall receive:

   a) One coat of primer sealer
   b) Two coats of emulsion

   4.3 Lift lobbies shall have fabric backed vinyl wall covering, 460 grams, with a flame spread of Class 0 and Class I - Carteret by Helen Sheane Wall covering or equal.

   4.4 All drylined partitions will receive 100mm high timber (American Cherry or equal) skirting.

5. **PARTITIONS, DOORS AND IRONMONGERY**

   5.1 Two pairs of glass entrance doors with glazed side screens shall be installed at each lift lobby. Doors and screens can be either frameless or framed in timber or aluminium.

6. **SPRINKLER/FIRE PROTECTION**

   6.1 A system of sprinkler protection shall be installed throughout all areas.

   6.2 Flush mounted sprinkler heads, as Reliable Model G4, shall be provided to achieve a design density of Ordinary Hazard Group II, in accordance with the requirements of British Standard 5306 Part 2 and the Landlord's insurance requirements.

   6.3 The base building fire alarm system shall be extended to provide coverage throughout all areas and shall comply with the requirements of British Standard

5839 Parts 1 and 4.

6.4 The base building public address system, which forms part of the fire alarm installation, shall be extended to provide the required audibility levels of 65dB(A) in all areas.

## 7. MECHANICAL

7.1 HVAC systems shall be installed in all office areas, consistent with the design criteria indicated in the "Outline Shell & Core Specification".

7.2 Fan assisted terminal variable air volume (FATVAV) boxes shall be installed to serve all general office areas. Perimeter FATVAV boxes shall be equipped with electrical heating coils. Each FATVAV unit shall be provided with a standalone DDC electronic controller connected to a wall mounted room temperature sensor.

7.3 Thermal loading shall be based on the stated "Shell and Core" mechanical system design load. The perimeter zones shall be provided with a terminal at each corner exposure and one for every, approximately, 6 metres by 4.5 metres. Interior areas shall be provided with one terminal for every, approximately, 81 square metres of net internal area.

7.4 Perimeter zones shall be provided with multi-slot continuous or discrete aluminium supply air diffusers located adjacent to each window module. Interior thermal zones shall be provided with one supply air diffuser for 30 square metres. Return air to the ceiling plenum shall be through the heat extract modular light fittings and supplemented with additional return air grilles.

7.5 Primary supply air trunk duct shall be internally or externally lined rectangular sheet metal connected to the base building system at each core. Terminal units shall be connected to the primary trunk duct with insulated round ducting, rigid or flexible types as appropriate. Branch supply air ducting from each terminal unit shall be internally lined. Sheet metal connections to each air distribution device shall be round, rigid or flexible.

## 8. ELECTRICAL

8.1 Electrak or equal horizontal underfloor power distribution, shall be installed; approx 4.5m on centre.

8.2   One three compartment floor box per 10m5 (108 sq.ft) of net internal area shall be installed and located in the raised floor. Floor box shall be located centrally to one side of the panel. Each floor box to contain:

   2 No. Unswitched General Purpose Outlets
   2 No. Data Blanks
   2 No. Telephone Blanks
   1 No. 3m tail

   Floor boxes manufactured by Thorsman or equal.

## 9    STATUTORY SIGNS/TENANT SIGNS

9.1   Internal signs to exit and hose reels shall be installed as necessary to comply with statutory and local authority requirements.

## 10   WINDOW COVERING

10.1   25mm wide horizontal solid aluminium slat, silver window blinds manufactured by Claxton Blinds or equal shall be installed at all perimeter windows.