# Exhibit B

# CANARY WHARF CONTRACTORS LTD

## Estimating Breakdown Sheet

| Client: | CANARY WHARF PLC | Date: | 13th September 2010; Revised October 2012 to Correct NIA and corresponding totals |
|---|---|---|---|
| Project: | 25 Bank Street | Job No: | |
| Estimate Type: | Cost Plan - REV 00 | Element Code: | Summary |
| Estimate No: | Fit Out - Strip Out | | |

| Description | Cost per m2 based on 92,566 NIA | Cost per ft2 based on 996,367 NIA | | Total based on 996,367 NIA |
|---|---|---|---|---|
| **SUMMARY** | | | | |
| **Demolition/Strip Out** | 51.64 | 4.80 | | 4,780,157 |
| **Furniture Removal (34 levels @ £15K)** | 5.51 | 0.51 | | 510,000 |
| **Services Isolations (34 levels @£2K)** | 0.73 | 0.07 | | 68,000 |
| **CWML attendances - Allowance** | 1.30 | 0.12 | | 120,000 |
| **Provide base build services coverage at completion** | 23.81 | 2.21 | | 2,204,000 |
| **Commissioning at completion** | | | | 250,000 |
| | 85.69 | 7.96 | | 7,932,157 |
| **Preliminaries @12.5%** | 10.71 | 1.00 | | 991,520 |
| **Special Preliminaries - Hoist etc** | | | | 562,000 |
| | | | | 9,485,677 |
| **Fee @ 5%** | 5.12 | 0.48 | | 474,284 |
| | | | | 9,959,960 |
| **Design Fees - Allowance** | | | | 100,000 |
| **Building Regulations** | 1.30 | 0.12 | | 120,000 |
| | | | | 10,179,960 |
| **Insurance @1%** | | | | 101,800 |
| | | | | 10,281,760 |
| **Contingency at 10%** | | | | 1,028,176 |
| **TOTAL (Excluding VAT)** | **122.18** | **11.35** | | **11,309,936** |

**NOTES:**
1. **No allowance for stripping out or re-commisisoning any Shell & Core plant.**
2. **Includes services alterations to bring the spaces back to Shell & Core.**