# Exhibit C

CANARY WHARF CONTRACTORS LTD
## Estimating Breakdown Sheet

| Client: | CANARY WHARF PLC | Date: | 1st September 2010 |
| --- | --- | --- | --- |
| Project: | 25 Bank Street | Job No: | |
| Estimate Type: | Cost Plan | Element Code: | Summary |
| Estimate No: | CAT A (VAV Scheme) | | |

| Description | | Cost per m2 | Cost per ft2 | | Total |
| --- | --- | --- | --- | --- | --- |
| **SUMMARY** | | | | | |
| 2945 | Builders Work | 3.21 | 0.30 | | 7,500 |
| 4305 | Suspended Ceilings | 42.99 | 3.99 | | 100,595 |
| 4365 | GRG Ceilings | 6.41 | 0.60 | | 15,000 |
| 4415 | Raised Flooring | 34.30 | 3.19 | | 80,260 |
| 4455 | Stone Flooring | 11.11 | 1.03 | | 26,000 |
| 4505 | Floor Finishes | 19.15 | 1.78 | | 44,820 |
| 4775 | Glazed Screens and Timber Panels | 21.37 | 1.98 | | 50,000 |
| 4815 | Painting and Decorating | 2.82 | 0.26 | | 6,590 |
| 5405 | Window Blinds | 12.39 | 1.15 | | 29,000 |
| 5715 | Signage | 0.85 | 0.08 | | 2,000 |
| 6125 | Ductwork | 55.24 | 5.13 | | 129,250 |
| 6135 | FATVAV Boxes/Grilles | 36.88 | 3.43 | | 86,300 |
| 6515 | Sprinklers | 20.83 | 1.94 | | 48,750 |
| 6905 | BMS/Controls | 24.52 | 2.28 | | 57,375 |
| 7305 | Electrical | 42.70 | 3.97 | | 99,915 |
| 7355 | Fire Alarms | 11.22 | 1.04 | | 26,250 |
| 7445 | Lighting | 31.09 | 2.89 | | 72,750 |
| | | 377.07 | 35.03 | | 882,355 |
| | Preliminaries @12.5% | 47.13 | 4.38 | | 110,294 |
| | | | | | 992,649 |
| | Fee @ 5% | 21.21 | 1.97 | | 49,632 |
| | | | | | 1,042,282 |
| | Design Fees | 32.05 | 2.98 | | 75,000 |
| | Building Regulations | 2.14 | 0.20 | | 5,000 |
| | | | | | 1,122,282 |
| | Insurance @1% | 4.80 | 0.45 | | 11,223 |
| | **TOTAL** | **484.40** | **45.00** | | **1,133,505** |
| | VAT EXCLUDED | | | | |

25BankStreetCatAVAVBudget010910nobackuprev01/Summary 01/09/2010        Estimating Breakdown Sheet                Page 1 of 1