WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
**In re**                                              :    **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                                                  :
                                    Debtors.              :    **(Jointly Administered)**
                                                                  :
                                                                  :
------------------------------------------------------------------x

**NOTICE OF HEARING TO**
**CONSIDER THE THREE HUNDRED TWENTY-NINTH OMNIBUS**
**OBJECTION TO CLAIMS (MISCLASSIFED CLAIMS) AS TO A CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing to consider the Three Hundred Twenty-Ninth Objection to Claims (misclassified claims) [ECF No. 29324] that was originally scheduled for August 23, 2012, at 10:00 a.m. (Prevailing Eastern Time), will be held, solely as to the claim listed on Exhibit A, before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **October 31, 2012 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.

Dated: October 12, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and certain of its affiliates

**Exhibit 1**

| Claimant | Claim Number | Response ECF No. |
|---|---|---|
| Theresa J. Carpenter | 67688 | 30080 |