**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

**TO:   THE CLERK OF THE COURT; AND ALL PARTIES IN INTEREST**

*PLEASE TAKE NOTICE* that the undersigned attorney hereby withdraws his appearance in the above-captioned cases, and hereby requests removal from the Court's CM/ECF and any other service lists in these cases.

Dated:   New York, New York
         October 12, 2012                              Respectfully submitted,

                                                      */s/ Marc E. Richards*
                                                      Marc E. Richards
                                                      **BLANK ROME LLP**
                                                      405 Lexington Avenue
                                                      New York, NY 10174
                                                      Telephone:  (212) 885-5000
                                                      Facsimile:   (212) 885-5001
                                                      MRichards@blankrome.com

900200.00001/40198583v.1