## **CERTIFICATE OF SERVICE**

I, Marc E. Richards, hereby certify that on October 12, 2012, a copy of the attached **Notice of Withdrawal of Appearance and Request for Removal from Service Lists** has been served via the Court's CM/ECF system.

                                                                            */s/ Marc E. Richards*
                                                                             Marc E. Richards

2