**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------x
|  | : |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

----------------------------------------------------------------------x    **Ref. Docket Nos. 31275 & 31276**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 10, 2012, I caused to be served the following:

   a) "Notice of Withdrawal of the One Hundred Thirty-Sixth Omnibus Objection to Claims (Misclassified Claims) Solely as to Certain Claim," dated October 10, 2012 [Docket No. 31275], (the "NOW 136th Omni"), and

   b) "Notice of Withdrawal of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated October 10, 2012 [Docket No. 31276], (the "NOW Tyticus Subpoena"),

   by causing true and correct copies of the:

      i.    NOW 136th Omni, and NOW Tyticus Subpoena, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

     ii.    NOW 136th Omni, and NOW Tyticus Subpoena, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii.    NOW 136th Omni, to be enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*

Carol Zhang

Sworn to before me this
11th day of October, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6220196
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.

### E-Mail Service List

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | igoldstein@proskauer.com | mneier@ibolaw.com |
| aalfonso@willkie.com | ilevee@lowenstein.com | monica.lawless@brookfieldproperties.com |
| abeaumont@fklaw.com | ira.herman@tklaw.com | mpage@kelleydrye.com |
| abraunstein@riemerlaw.com | isgreene@hhlaw.com | mparry@mosessinger.com |
| acaton@kramerlevin.com | israel.dahan@cwt.com | mpomerantz@julienandschlesinger.com |
| acker@chapman.com | iva.uroic@dechert.com | mprimoff@kayescholer.com |
| adam.brezine@hro.com | jacobsonn@sec.gov | mpucillo@bermanesq.com |
| adarwin@nixonpeabody.com | james.heaney@lawdeb.com | mrosenthal@gibsondunn.com |
| adiamond@diamondmccarthy.com | james.mcclammy@dpw.com | mruetzel@whitecase.com |
| aeckstein@blankrome.com | james.sprayregen@kirkland.com | mschimel@sju.edu |
| aentwistle@entwistle-law.com | jamestecce@quinnemanuel.com | mschlesinger@julienandschlesinger.com |
| afriedman@irell.com | jamie.nelson@dubaiic.com | msegarra@mayerbrown.com |
| agbanknewyork@ag.tn.gov | jar@outtengolden.com | mshiner@tuckerlaw.com |
| aglenn@kasowitz.com | jason.jurgens@cwt.com | msiegel@brownrudnick.com |
| agold@herrick.com | jay.hurst@oag.state.tx.us | msolow@kayescholer.com |
| agoldstein@tnsj-law.com | jay@kleinsolomon.com | mspeiser@stroock.com |
| aisenberg@saul.com | jbecker@wilmingtontrust.com | mstamer@akingump.com |
| akantesaria@oppenheimerfunds.com | jbeemer@entwistle-law.com | mvenditto@reedsmith.com |
| akolod@mosessinger.com | jbeiers@co.sanmateo.ca.us | mwarren@mtb.com |
| akornikova@lcbf.com | jbird@polsinelli.com | nathan.spatz@pillsburylaw.com |
| alum@ftportfolios.com | jbromley@cgsh.com | ncoco@mwe.com |
| amarder@msek.com | jcarberry@cl-law.com | neal.mann@oag.state.ny.us |
| amartin@sheppardmullin.com | jchristian@tobinlaw.com | ned.schodek@shearman.com |
| amcmullen@boultcummings.com | jchubak@proskauer.com | neilberger@teamtogut.com |
| amenard@tishmanspeyer.com | jdoran@haslaw.com | newyork@sec.gov |
| andrew.brozman@cliffordchance.com | jdrucker@coleschotz.com | nherman@morganlewis.com |
| andrew.lourie@kobrekim.com | jdyas@halperinlaw.net | nickolas.karavolas@pillsburylaw.com |
| angelich.george@arentfox.com | jean-david.barnea@usdoj.gov | nissay_10259-0154@mhmjapan.com |
| ann.reynaud@shell.com | jeanites@whiteandwilliams.com | nlepore@schnader.com |
| anthony_boccanfuso@aporter.com | jeannette.boot@wilmerhale.com | notice@bkcylaw.com |
| aoberry@bermanesq.com | jeff.wittig@coair.com | oipress@travelers.com |
| aostrow@beckerglynn.com | jeffery.black@bingham.com | otccorpactions@finra.org |
| apo@stevenslee.com | jeffrey.sabin@bingham.com | paronzon@milbank.com |
| aquale@sidley.com | jeldredge@velaw.com | patrick.oh@freshfields.com |
| arahl@reedsmith.com | jen.premisler@cliffordchance.com | paul.turner@sutherland.com |
| arheaume@riemerlaw.com | jennifer.demarco@cliffordchance.com | pbattista@gjb-law.com |
| arlbank@pbfcm.com | jennifer.gore@shell.com | pbosswick@ssbb.com |
| arosenblatt@chadbourne.com | jeremy.eiden@ag.state.mn.us | pdublin@akingump.com |
| arthur.rosenberg@hklaw.com | jfalgowski@reedsmith.com | peisenberg@lockelord.com |
| arwolf@wlrk.com | jflaxer@golenbock.com | peter.gilhuly@lw.com |
| aseuffert@lawpost-nyc.com | jfox@joefoxlaw.com | peter.macdonald@wilmerhale.com |
| ashmead@sewkis.com | jfreeberg@wfw.com | peter.simmons@friedfrank.com |

# LEHMAN BROTHERS HOLDINGS INC.

E-Mail Service List

| | | |
|---|---|---|
| asnow@ssbb.com | jg5786@att.com | peter@bankrupt.com |
| aunger@sidley.com | jgenovese@gjb-law.com | pfeldman@oshr.com |
| austin.bankruptcy@publicans.com | jguy@orrick.com | phayden@mcguirewoods.com |
| avenes@whitecase.com | jherzog@gklaw.com | philip.wells@ropesgray.com |
| azylberberg@whitecase.com | jhiggins@fdlaw.com | pmaxcy@sonnenschein.com |
| bankr@zuckerman.com | jhorgan@phxa.com | ppascuzzi@ffwplaw.com |
| bankruptcy@goodwin.com | jhuggett@margolisedelstein.com | ppatterson@stradley.com |
| bankruptcy@morrisoncohen.com | jim@atkinslawfirm.com | psp@njlawfirm.com |
| bankruptcy@ntexas-attorneys.com | jjoyce@dresslerpeters.com | ptrain-gutierrez@kaplanlandau.com |
| bankruptcymatters@us.nomura.com | jjtancredi@daypitney.com | ptrostle@jenner.com |
| barbra.parlin@hklaw.com | jjureller@klestadt.com | r.stahl@stahlzelloe.com |
| bbisignani@postschell.com | jkehoe@btkmc.com | raj.madan@bingham.com |
| bcarlson@co.sanmateo.ca.us | jlamar@maynardcooper.com | ramona.neal@hp.com |
| bdk@schlamstone.com | jlawlor@wmd-law.com | rbeacher@pryorcashman.com |
| bguiney@pbwt.com | jlee@foley.com | rbernard@foley.com |
| bkmail@prommis.com | jlevitin@cahill.com | rbyman@jenner.com |
| bmanne@tuckerlaw.com | jlipson@crockerkuno.com | rdaversa@orrick.com |
| bmiller@mofo.com | jlovi@steptoe.com | relgidely@gjb-law.com |
| boneill@kramerlevin.com | jlscott@reedsmith.com | rfleischer@pryorcashman.com |
| brian.corey@greentreecreditsolutions.com | jmaddock@mcguirewoods.com | rfrankel@orrick.com |
| brosenblum@jonesday.com | jmakower@tnsj-law.com | rfriedman@silvermanacampora.com |
| broy@rltlawfirm.com | jmazermarino@msek.com | rgmason@wlrk.com |
| bruce.wright@sutherland.com | jmcginley@wilmingtontrust.com | rgraham@whitecase.com |
| bstrickland@wtplaw.com | jmelko@gardere.com | rhett.campbell@tklaw.com |
| btrust@mayerbrown.com | jmerva@fult.com | richard.fingard@newedge.com |
| bturk@tishmanspeyer.com | jmmurphy@stradley.com | richard.lear@hklaw.com |
| bwolfe@sheppardmullin.com | jmr@msf-law.com | richard.levy@lw.com |
| cahn@clm.com | jnadritch@olshanlaw.com | richard.tisdale@friedfrank.com |
| calbert@reitlerlaw.com | jnm@mccallaraymer.com | richard@rwmaplc.com |
| canelas@pursuitpartners.com | john.monaghan@hklaw.com | ritkin@steptoe.com |
| carol.weinerlevy@bingham.com | john.rapisardi@cwt.com | rjones@boultcummings.com |
| cbelisle@wfw.com | jorbach@hahnhessen.com | rleek@hodgsonruss.com |
| cbelmonte@ssbb.com | joseph.cordaro@usdoj.gov | rlevin@cravath.com |
| cbrotstein@bm.net | joshua.dorchak@bingham.com | rmatzat@hahnhessen.com |
| cdesiderio@nixonpeabody.com | jowen769@yahoo.com | rnetzer@willkie.com |
| cgoldstein@stcwlaw.com | jowolf@law.nyc.gov | robert.bailey@bnymellon.com |
| chammerman@paulweiss.com | joy.mathias@dubaiic.com | robert.dombroff@bingham.com |
| charles@filardi-law.com | jpintarelli@mofo.com | robert.henoch@kobrekim.com |
| charles_malloy@aporter.com | jporter@entwistle-law.com | robert.malone@dbr.com |
| chipford@parkerpoe.com | jprol@lowenstein.com | robert.yalen@usdoj.gov |
| chris.donoho@lovells.com | jrabinowitz@rltlawfirm.com | robin.keller@lovells.com |
| christopher.schueller@bipc.com | jrsmith@hunton.com | roger@rnagioff.com |

# LEHMAN BROTHERS HOLDINGS INC.

## E-Mail Service List

| | | |
|---|---|---|
| clarkb@sullcrom.com | jschwartz@hahnhessen.com | ronald.silverman@bingham.com |
| clynch@reedsmith.com | jsheerin@mcguirewoods.com | ross.martin@ropesgray.com |
| cmontgomery@salans.com | jshickich@riddellwilliams.com | rqureshi@reedsmith.com |
| cohen@sewkis.com | jsmairo@pbnlaw.com | rrainer@wmd-law.com |
| colea@gtlaw.com | jstoll@mayerbrown.com | rreid@sheppardmullin.com |
| contact@lawofficesjje.com | jsullivan@mosessinger.com | rroupinian@outtengolden.com |
| cp@stevenslee.com | jteitelbaum@tblawllp.com | rrussell@andrewskurth.com |
| cpappas@dilworthlaw.com | jtimko@shutts.com | rterenzi@stcwlaw.com |
| craig.goldblatt@wilmerhale.com | jtorf@schiffhardin.com | russj4478@aol.com |
| crmomjian@attorneygeneral.gov | jtougas@mayerbrown.com | rwasserman@cftc.gov |
| cs@stevenslee.com | judy.morse@crowedunlevy.com | rwyron@orrick.com |
| csalomon@beckerglynn.com | jvail@ssrl.com | s.minehan@aozorabank.co.jp |
| cschreiber@winston.com | jwallack@goulstonstorrs.com | sabin.willett@bingham.com |
| cshore@whitecase.com | jwang@sipc.org | sabramowitz@velaw.com |
| cshulman@sheppardmullin.com | jwcohen@daypitney.com | sabvanrooy@hotmail.com |
| ctatelbaum@adorno.com | jweiss@gibsondunn.com | sagolden@hhlaw.com |
| cwalsh@mayerbrown.com | jwest@velaw.com | sally.henry@skadden.com |
| cward@polsinelli.com | jwh@njlawfirm.com | samuel.cavior@pillsburylaw.com |
| cweber@ebg-law.com | kanema@formanlaw.com | sandyscafaria@eaton.com |
| cweiss@ingramllp.com | karen.wagner@dpw.com | sara.tapinekis@cliffordchance.com |
| dallas.bankruptcy@publicans.com | kdwbankruptcydepartment@kelleydrye.com | scargill@lowenstein.com |
| daniel.guyder@allenovery.com | keckhardt@hunton.com | schannej@pepperlaw.com |
| dave.davis@isgria.com | keith.simon@lw.com | schepis@pursuitpartners.com |
| david.bennett@tklaw.com | ken.coleman@allenovery.com | schnabel.eric@dorsey.com |
| david.heller@lw.com | ken.higman@hp.com | christianson@buchalter.com |
| david.powlen@btlaw.com | kerry.moynihan@hro.com | schwartzmatthew@sullcrom.com |
| david.seligman@kirkland.com | kgwynne@reedsmith.com | scottshelley@quinnemanuel.com |
| davids@blbglaw.com | kiplok@hugheshubbard.com | scousins@armstrongteasdale.com |
| davidwheeler@mvalaw.com | kjarashow@fklaw.com | sdnyecf@dor.mo.gov |
| dbalog@intersil.com | kkelly@ebglaw.com | sehlers@armstrongteasdale.com |
| dbarber@bsblawyers.com | kkolbig@mosessinger.com | seichel@crowell.com |
| dbaumstein@whitecase.com | klyman@irell.com | sfelderstein@ffwplaw.com |
| dbesikof@loeb.com | klynch@formanlaw.com | sfineman@lchb.com |
| dcimo@gjb-law.com | kmayer@mccarter.com | sfox@mcguirewoods.com |
| dcoffino@cov.com | kobak@hugheshubbard.com | sgordon@cahill.com |
| dcrapo@gibbonslaw.com | korr@orrick.com | sgubner@ebg-law.com |
| ddavis@paulweiss.com | kovskyd@pepperlaw.com | shannon.nagle@friedfrank.com |
| ddrebsky@nixonpeabody.com | kpiper@steptoe.com | sharbeck@sipc.org |
| ddunne@milbank.com | kressk@pepperlaw.com | shari.leventhal@ny.frb.org |
| deggermann@kramerlevin.com | kreynolds@mklawnyc.com | shgross5@yahoo.com |
| deggert@freebornpeters.com | krosen@lowenstein.com | sidorsky@butzel.com |
| demetra.liggins@tklaw.com | kuehn@bragarwexler.com | slerman@ebglaw.com |

# LEHMAN BROTHERS HOLDINGS INC.

E-Mail Service List

| | | |
|---|---|---|
| dfelder@orrick.com | kurt.mayr@bgllp.com | slerner@ssd.com |
| dflanigan@polsinelli.com | lacyr@sullcrom.com | slevine@brownrudnick.com |
| dgrimes@reedsmith.com | landon@streusandlandon.com | sloden@diamondmccarthy.com |
| dhayes@mcguirewoods.com | lapeterson@foley.com | smayerson@ssd.com |
| dheffer@foley.com | lathompson@co.sanmateo.ca.us | smillman@stroock.com |
| diconzam@gtlaw.com | lberkoff@moritthock.com | smulligan@bsblawyers.com |
| djoseph@stradley.com | lee.stremba@troutmansanders.com | snewman@katskykorins.com |
| dkleiner@velaw.com | lgotko@fklaw.com | sory@fdlaw.com |
| dkozusko@willkie.com | lgranfield@cgsh.com | spiotto@chapman.com |
| dlemay@chadbourne.com | lhandelsman@stroock.com | splatzer@platzerlaw.com |
| dlipke@vedderprice.com | linda.boyle@twtelecom.com | sree@lcbf.com |
| dludman@brownconnery.com | lisa.ewart@wilmerhale.com | sschultz@akingump.com |
| dmcguire@winston.com | lisa.kraidin@allenovery.com | sselbst@herrick.com |
| dmurray@jenner.com | ljkotler@duanemorris.com | sshimshak@paulweiss.com |
| dneier@winston.com | lkatz@ltblaw.com | sskelly@teamtogut.com |
| dodonnell@milbank.com | lkiss@klestadt.com | sstarr@starrandstarr.com |
| dove.michelle@dorsey.com | lmarinuzzi@mofo.com | steele@lowenstein.com |
| dpegno@dpklaw.com | lmay@coleschotz.com | stephen.cowan@dlapiper.com |
| draelson@fisherbrothers.com | lmcgowen@orrick.com | steve.ginther@dor.mo.gov |
| dravin@wolffsamson.com | lml@ppgms.com | steven.troyer@commerzbank.com |
| drose@pryorcashman.com | lnashelsky@mofo.com | steven.usdin@flastergreenberg.com |
| drosenzweig@fulbright.com | loizides@loizides.com | steven.wilamowsky@bingham.com |
| drosner@goulstonstorrs.com | lromansic@steptoe.com | steven@blbglaw.com |
| drosner@kasowitz.com | lscarcella@farrellfritz.com | streusand@streusandlandon.com |
| dshaffer@wtplaw.com | lschweitzer@cgsh.com | susheelkirpalani@quinnemanuel.com |
| dshemano@peitzmanweg.com | lubell@hugheshubbard.com | sweyl@haslaw.com |
| dspelfogel@foley.com | lwhidden@salans.com | swolowitz@mayerbrown.com |
| dtatge@ebglaw.com | mabrams@willkie.com | szuch@wiggin.com |
| dtheising@harrisonmoberly.com | maofiling@cgsh.com | tannweiler@greerherz.com |
| dwdykhouse@pbwt.com | marc.chait@sc.com | tarbit@cftc.gov |
| dwildes@stroock.com | margolin@hugheshubbard.com | tbrock@ssbb.com |
| dworkman@bakerlaw.com | mark.bane@ropesgray.com | tdewey@dpklaw.com |
| easmith@venable.com | mark.deveno@bingham.com | tduffy@andersonkill.com |
| echang@steinlubin.com | mark.ellenberg@cwt.com | teresa.oxford@invescoaim.com |
| ecohen@russell.com | mark.ellenberg@cwt.com | tgoren@mofo.com |
| efleck@milbank.com | mark.hellerer@pillsburylaw.com | thaler@thalergertler.com |
| efriedman@fklaw.com | mark.sherrill@sutherland.com | thomas.califano@dlapiper.com |
| efriedman@friedumspring.com | martin.davis@ots.treas.gov | thomas_noguerola@calpers.ca.gov |
| eglas@mccarter.com | marvin.clements@ag.tn.gov | tim.desieno@bingham.com |
| ekbergc@lanepowell.com | matt@willaw.com | timothy.brink@dlapiper.com |
| eleicht@whitecase.com | matthew.klepper@dlapiper.com | timothy.palmer@bipc.com |
| eli.mattioli@klgates.com | maustin@orrick.com | tjfreedman@pbnlaw.com |

# LEHMAN BROTHERS HOLDINGS INC.

## E-Mail Service List

| | | |
|---|---|---|
| ellen.halstead@cwt.com | max.polonsky@skadden.com | tkarcher@dl.com |
| emerberg@mayerbrown.com | mbenner@tishmanspeyer.com | tkiriakos@mayerbrown.com |
| enkaplan@kaplanlandau.com | mberman@nixonpeabody.com | tlauria@whitecase.com |
| eobrien@sbchlaw.com | mberman@nixonpeabody.com | tmacwright@whitecase.com |
| erin.mautner@bingham.com | mbienenstock@proskauer.com | tmarrion@haslaw.com |
| eschwartz@contrariancapital.com | mbloemsma@mhjur.com | tnixon@gklaw.com |
| esmith@dl.com | mbossi@thompsoncoburn.com | toby.r.rosenberg@irscounsel.treas.gov |
| etillinghast@sheppardmullin.com | mcademartori@sheppardmullin.com | tomwelsh@orrick.com |
| ezujkowski@emmetmarvin.com | mcantor@normandyhill.com | tony.davis@bakerbotts.com |
| ezweig@optonline.net | mccombst@sullcrom.com | tslome@msek.com |
| fbp@ppgms.com | mcordone@stradley.com | ttracy@crockerkuno.com |
| ffm@bostonbusinesslaw.com | mcto@debevoise.com | tunrad@burnslev.com |
| fhyman@mayerbrown.com | mcyganowski@oshr.com | twheeler@lowenstein.com |
| foont@foontlaw.com | mdorval@stradley.com | ukreppel@whitecase.com |
| francois.janson@hklaw.com | melorod@gtlaw.com | villa@streusandlandon.com |
| fsosnick@shearman.com | meltzere@pepperlaw.com | vmilione@nixonpeabody.com |
| fyates@sonnenschein.com | metkin@lowenstein.com | vrubinstein@loeb.com |
| gabriel.delvirginia@verizon.net | mfeldman@willkie.com | walter.stuart@freshfields.com |
| gbray@milbank.com | mgordon@briggs.com | wanda.goodloe@cbre.com |
| ggitomer@mkbattorneys.com | mgreger@allenmatkins.com | wballaine@lcbf.com |
| ggoodman@foley.com | mh1@mccallaraymer.com | wbenzija@halperinlaw.net |
| giddens@hugheshubbard.com | mhopkins@cov.com | wchen@tnsj-law.com |
| gkaden@goulstonstorrs.com | michael.frege@cms-hs.com | wcurchack@loeb.com |
| glenn.siegel@dechert.com | michael.kelly@monarchlp.com | wdase@fzwz.com |
| gmoss@riemerlaw.com | michael.kim@kobrekim.com | wfoster@milbank.com |
| gravert@ravertpllc.com | michael.mccrory@btlaw.com | william.m.goldman@dlapiper.com |
| gspilsbury@jsslaw.com | millee12@nationwide.com | wiltenburg@hugheshubbard.com |
| harrisjm@michigan.gov | miller@taftlaw.com | wisotska@pepperlaw.com |
| harveystrickon@paulhastings.com | mimi.m.wong@irscounsel.treas.gov | wk@pwlawyers.com |
| hbeltzer@mayerbrown.com | mitchell.ayer@tklaw.com | wmaher@wmd-law.com |
| heim.steve@dorsey.com | mjedelman@vedderprice.com | wmarcari@ebglaw.com |
| heiser@chapman.com | mjr1@westchestergov.com | wmckenna@foley.com |
| hollace.cohen@troutmansanders.com | mkjaer@winston.com | wrightth@sullcrom.com |
| holsen@stroock.com | mlahaie@akingump.com | wsilverm@oshr.com |
| howard.hawkins@cwt.com | mlandman@lcbf.com | wswearingen@llf-law.com |
| hseife@chadbourne.com | mlichtenstein@crowell.com | wtaylor@mccarter.com |
| hsnovikoff@wlrk.com | mlynch2@travelers.com | wweintraub@fklaw.com |
| hsteel@brownrudnick.com | mmendez@hunton.com | wzoberman@bermanesq.com |
| icatto@mwe.com | mmooney@deilylawfirm.com | yamashiro@sumitomotrust.co.jp |
| igoldstein@dl.com | mmorreale@us.mufg.jp | yuwatoko@mofo.com |

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**
Overnight Mail Service List

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

**LEHMAN BROTHERS HOLDINGS INC.**

First Class Mail Service List

**LBH NOW_OMNI 136 10-10-12**

PSEG ENERGY RESOURCES & TRADE LLC
ATTN: SUZANNE M. KLAR, ESQ.
80 PARK PLAZA, T5D
NEWARK , NJ  07101