SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-7413
Facsimile: (212) 291-9689
Thomas John Wright

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

**CERTIFICATION OF SERVICE**

I, Thomas John Wright, hereby certify that, on October 10, 2012, I served a true and correct copy of **Creditor Giants Stadium LLC's Notice of Appearance of Co-Counsel and Request to Electronically Receive Notices**, dated October 9, 2012 [Docket No. 31255], via certified U.S. mail upon:

    The Chambers of the Honorable James M. Peck
    One Bowling Green
    Courtroom 601
    New York, New York 10004

    Weil Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq.,
    Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.
    *Attorneys for the Debtors*

    U.S. Trustee
    33 Whitehall Street
    21st Floor

New York, New York 10004
Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq.,
Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan R. Fleck, Esq.
*Attorneys for the Creditors' Committee*

Dated: New York, New York
       October 12, 2012

Respectfully submitted,

/s/ Thomas John Wright
Thomas John Wright
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-7413
Facsimile: (212) 291-9689

*Attorneys for Giants Stadium LLC*

-2-