## United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc       Case No.    08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Paulson Enhanced Ltd.** | **Yorvik Partners LLP** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known):    25879

1251 Avenue of the Americas, 50th Floor
New York, NY 10020
USA
Attention: James Olivio
Email: James.olivio@paulsonco.com

Amount of Claim: 100% of the original filed claim which is equal to US$ 22,167,154.64

Date Claims Filed:   21 September 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Yorvik Partners LLP

By: _____       Date: 10/09/2012
     Transferor/Transferor's Agent
        SIMON MULLALY
        PARTNER

Paulson Enhanced Ltd.

By: _____       Date: 7/27/2012
     Transferee/Tranferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:  CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW
     YORK

AND TO:  LEHMAN BROTHERS HOLDINGS INC.

Yorvik Partners LLP  ("Seller"), for good and valuable consideration, the receipt and
sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally
and irrevocably sold, transferred and assigned to Paulson Enhanced Ltd. ("Buyer"), a 100%
interest (equal to US$22,167,154.64) in all of Seller's right, title and interest in and to the claim
of Seller against LEHMAN BROTHERS HOLDINGS INC., docketed as Claim No. 25879 (the
"Claim"), in the case entitled _In re Lehman Brothers Holdings Inc., et al._, Chapter 11 Case No.
08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court,
Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal
Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered
recognizing this transfer of Claim as an unconditional assignment and Buyer herein as the valid
owner of the Claim.  You are hereby requested to make all future payments and distributions,
and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 9th day of October, 2012.

**SELLER**                                        **BUYER**
Yorvik Partners LLP                               Paulson Enhanced Ltd.

By:_____                      By:_____
Name:                                             Name:
Title                                             Title:    STUART MERZER
                                                            Authorized Signatory

NY1 8373452v.1