UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    08-13555 (JMP)
                                                                   :
                                   Debtors.                     :    (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING IN PART THE APPLICATION OF THE AD HOC GROUP OF LEHMAN BROTHERS CREDITORS FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED BY, AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES OF, ITS PROFESSIONALS PURSUANT TO SECTION 503(B) OF THE BANKRUPTCY CODE

Upon consideration of the *Application of the Ad Hoc Group of Lehman Brothers Creditors for Compensation for Professional Services Rendered By, and Reimbursement of Actual and Necessary Expenses of, Its Professionals Pursuant to Section 503(b) of the Bankruptcy Code* [Docket No. 29195], dated July 3, 2012 (the "Application"); and after due notice pursuant to the Second Amended Order Pursuant to Section 105(a) Of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures [Docket No. 9635]; and it appearing that this Court has jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it further appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b); and it further appearing that venue of this proceeding and the Application is proper in this District in accordance with 28 U.S.C. § 1408; and upon the *Omnibus Objection of the United States Trustee to Applications of: (i) the Ad Hoc Group of Lehman Brothers Creditors, (ii) the Ad Hoc Group of Holders of Notes Issued by Lehman Brothers Treasury Co. B.V. and Guaranteed by Lehman Brothers Holdings, Inc., (iii) Goldman Bank USA and Goldman International, and (iv) the Lehman Brothers Special Financing Inc. Working Group, for*

*Allowance and Payment of Fees and Reimbursement of Expenses Pursuant to 11 U.S.C. § 503(b)* [Docket No. 29639], dated July 25, 2012 (the "UST Objection"); and upon the United States Trustee's consideration of additional documents and information provided by the § 503(b) applicants; and upon the Group[1] having made a substantial contribution to these cases and, based on the foregoing, the UST Objection having been resolved and withdrawn; and it further appearing that adequate and proper notice of the Application has been given, and that no other or further notice is necessary; and it further appearing that the relief requested in the Application, with respect to AlixPartners and Molinaro Advisors, is in the best interests of the Debtors, their estates and their creditors; and for the reasons set forth on the record of the October 10, 2012 hearing on the Application; and after due consideration and sufficient cause appearing therefor,

Now, therefore, it is hereby:

**ORDERED**, that the Application is granted as set forth herein; and it is further

**ORDERED**, that the Group is hereby granted, pursuant to section 503(b) of the Bankruptcy Code, an allowed administrative claim in the amount of $2,824,307.97 (the "Administrative Claim Amount") against LBHI, representing reimbursement to the Group for the fees and expenses of its professionals, AlixPartners and Molinaro Advisors, in connection with the Group's substantial contribution in these Chapter 11 Cases; and it is further

**ORDERED**, that the Debtors are hereby authorized and directed to pay the Group the Administrative Claim Amount in full within ten (10) days after the date of entry of this Order; and it is further

**ORDERED,** that this Order may not be used as precedent in other cases; and it is further

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

2

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated:  New York, New York
        October 15, 2012

                                            *s/ James M. Peck*
                                       HONORABLE JAMES M. PECK
                                       UNITED STATES BANKRUPTCY JUDGE