210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings, Inc.          Case No.  08-13555 (JMP)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Mr. Jose Antonio Jesus Garcia Garcia | Bank Julius Baer & Co. Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Mr. Jose Antonio Jesus Garcia Garcia
Bucarelli 2624 3-E Buenos Aires,
Argentina

Court Claim # if known)    58786
Amount of Claim:  Note: This is a Partial Transfer of Claim. See Attached Evidence of Transfer of Claim for Details.
Date Claim Filed:  10/30/2009

Phone:  + 549 11 44 344 815
Email:   alfonso.vilas@terras.es
Last Four Digits of Acct #:   n/a

Phone:
Last Four Digits of Acct #:    n/a

Name and Address where transferee payments should be sent (if different from above):
Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  Davis Polk & Wardwell LLP as counsel for Transferor    Date:  10/15/12
     /s/ James I. McClammy
           James I. McClammy

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.