UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
: 
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                             :
Debtors.                                               :    (Jointly Administered)
                                                             :
-------------------------------------------------------------x

### DECLARATION OF TRIMONT REAL ESTATE ADVISORS AS SERVICER OF THE CONSTRUCTION LOAN PROVIDED TO LAUREL COVE DEVELOPMENT, LLC

I, Nicholas Lane, hereby declare that the following is true to the best of my knowledge, information and belief:

1. I am an Associate Asset Manager of TriMont Real Estate Advisors ("TriMont"). I have personal knowledge of the facts set forth herein and am competent and authorized to make the statements contained in this declaration ("Declaration"). I make this Declaration in connection with TriMont's role as the appointed servicer of the construction loan in the aggregate amount of $121,500,000, provided by Lehman Brothers Holdings Inc. ("LBHI"), as lender, to Laurel Cove Development, LLC ("Laurel Cove"), as borrower, pursuant to the terms and conditions of the construction loan agreement, dated May 15, 2007 (the "Loan Agreement"). Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, and/or are based upon knowledge obtained from employees of TriMont that is or was derived in the course of their duties.

2. In preparing this Declaration, I reviewed the first fifteen (15) draws in the aggregate amount of approximately $78 million requested by Laurel Cove and advanced by LBHI. In addition, I reviewed Laurel Cove's sixteenth draw request in the amount of

$5,069,485.32 and seventeenth draw request in the amount of $5,796,671.68, neither of which was advanced by LBHI.

3. Attached hereto as <u>Exhibit A</u> is a chart listing each draw request, the date the draw request package was initially received, the amount requested, the actual date of the funding, if applicable, and whether there were defects in each of the initial draw submissions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of October 2012.

Name: Nicholas Lane
Title: Associate Asset Manager

Exhibit A

| Draw # | Date Draw Package Submission Received by Trimont | Amount Requested | Date of Funding | Initial Submission Defective |
|---|---|---|---|---|
| 1 | 5/31/2007 | $1,082,284.50 | 6/7/2007 | Yes |
| 2 | 7/6/2007 | $745,260.63 | 7/19/2007 | Yes |
| 3 | 8/14/2007 | $704,468.58 | 8/17/2007 | Yes |
| 4 | 9/11/2007 | $569,924.35 | 9/18/2007 | Yes |
| 5 | 10/13/2007 | $1,889,127.66 | 10/19/2007 | Yes |
| 6 | 11/5/2007 | $1,533,218.26 | 11/13/2007 | Yes |
| 7 | 12/7/2007 | $2,835,484.05 | 12/19/2007 | Yes |
| 8 | 1/16/2008 | $1,760,684.00 | 1/30/2008 | Yes |
| 9 | 2/11/2008 | $2,274,088.43 | 2/25/2008 | Yes |
| 10 | 3/12/2008 | $3,587,322.90 | 3/26/2008 | Yes |
| 11 | 4/10/2008 | $3,097,652.41 | 4/17/2008 | Yes |
| 12 | 5/8/2008 | $11,684,336.26 | 5/27/2008 | Yes |
| 13 | 6/5/2008 | $2,998,067.54 | 6/17/2008 | No |
| 14 | 7/14/2008 | $4,587,745.99 | 7/21/2008 | Yes |
| 15 | 8/13/2008 | $5,159,458.63 | 8/26/2008 | Yes |
| 16 | 9/14/2008 | $5,069,485.32 | N/A | Yes |
| 17 | 10/20/2008 | $5,796,671.78 | N/A | Yes |