# AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **CREDITO EMILIANO SPA** ("Seller"), acting on behalf of one customer (the "Customer") hereby unconditionally and irrevocably sells, transfers and assigns to **BANCA LEONARDO SPA** (the "Purchaser"), acting on behalf of one or more of its customers (together with its customers, the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the nominal amount specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to **Proof of Claim Number 62892** filed by or on behalf of Seller] (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller and its Customer relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's and its Customer' s right, title and interest in, to and under the transfer agreements, if any, under which Seller and its Customer or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2. Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller and its Customer owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (f) neither Seller nor its Customer has engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3. Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

OCT 15 2012

Schedule 1

Transferred Claims

Purchased Claim

0,1305142 % of XS0189294225 EUR = USD 14,393.81 of USD 11,028,535 (i.e. the outstanding amount of XS0189294225 as described in the Proof of Claim dated 29 October, 2009 and filed on 2 November, 2009),

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREAS.BV 7,%/LNK 23.04.2004/ 2014 EUR | XS0189294225 | LEHMAN BROTHERS TREASURY BV | Lehman Brothers Holdings Inc. | EUR 10,000.00 (equivalent to USD 14,151.00) | 04/23/2014 | EUR 10,171.58 (equivalent to USD 14,393.81) |

CREDITO EMILIANO S.P.A.

............................................

GRUPPO BANCA LEONARDO

............................................

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Form 210A

United States Bankruptcy Court

SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS       Case No. 08-13555 (JMP)
JOINTLY ADMINISTERED

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Gruppo Banca Leonardo S.p.A.**               **Credito Emiliano SPA**
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee   Court Claim #: 62892
should be sent:                                 Amount of Claim: $ 152,505,272.33
                                                Date Claim Filed: November , 2 2009
                                                Amount of claim transferred: $ 14,393.81

Via Broletto 46
20121 Milano
Italy
Attn. Francesco Prato-Matteo Catenacci
E-mail: francesco.prato@bancaleonardo.com
        Matteo.catenacci@bancaleonardo.com

Phone: 0039 02 7220 6659                       Phone: 0039 0522 582464
Last Four Digits of Acct #: N/A                Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Clearstream Banking Luxembourg bank account n. 11336

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: _____/s/_____                            Date: 10 August 2012

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S C. §1152 & 3571.

Exhibit C

[address and name of Transferee]

Address for Notices:

GRUPPO BANCA LEONARDO SPA
VIA BROLETTO 46
20121 MILANO (ITALY)
Attn. Francesco Prato - Matteo Catenacci
Tel 0039 02 7220 6659 – 0039 02 7220 6512
Email matteo.catenacci@bancaleonardo.com
Francesco.prato@bancaleonardo.com

**EVIDENCE OF TRANSFER OF CLAIM**

**TRANSFER AGREEMENT**

2

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re: Lehman Brothers Holdings Inc., et al., Debtors.
Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

LEHMAN SECURITIES PROGRAMS
PROOF OF CLAIM

Note: This form [illegible]

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Credito Emiliano S.p.A.
Via Emilia S. Pietro, 4
42100 Reggio Emilia
Italy
Attention: Mr. Luca Mariani

☐ Check this box to indicate that this claim amends a previously filed claim
Court Claim Number: _____
(If known)

Telephone number: +39 0522583005    Email Address: lmariank@credem.it

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: See attached _____ (Required)

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates

International Securities Identification Number (ISIN): See attached _____ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

See attached _____ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

See attached _____ (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

Date: October 23, 2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Name: Giorgio Ferrari    Title: President

FOR COURT USE ONLY

FILED / RECEIVED
NOV 02 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., ET AL
08-13555 (JMP)    0000062892

EXHIBIT 2

| ISIN Code | Nominal Amount (Foreign Currency) | Interest*** (Foreign Currency) | Total (Foreign Currency) | Nominal Amount (USD)** | Interest (USD)** | Total (USD)** |
|---|---|---|---|---|---|---|
| IT0006578600 | EUR 261,000.00 | EUR 5,138.05 | EUR 266,138.05 | 369,341.10 | 7,270.85 | 376,611.95 |
| XS0286535223 | EUR 10,000.00 | EUR 0 | EUR 10,000.00 | 14,151.00 | 0 | 14,151.00 |
| XS0278983191 | EUR 6,022,000.00 | EUR 0 | EUR 6,022,000.00 | 8,521,732.20 | 0 | 8,521,732.20 |
| XS0208459023 | EUR 17,154,000.00 | EUR 384,946.05 | EUR 17,538,946.05 | 24,274,625.40 | 544,737.16 | 24,819,362.56 |
| XS0208459023 | EUR 150,000.00 | EUR 3,366.09 | EUR 153,366.09 | 212,265.00 | 4,763.35 | 217,028.35 |
| XS0181945972 | EUR 6,497,000.00 | EUR 156,056.64 | EUR 6,653,056.64 | 9,193,904.70 | 220,835.75 | 9,414,740.45 |
| XS0148360042 | EUR 18,000.00 | EUR 83.25 | EUR 18,083.25 | 25,471.80 | 117.81 | 25,589.61 |
| XS0162289663 | EUR 330,000.00 | EUR 0 | EUR 330,000.00 | 466,983.00 | 0 | 466,983.00 |
| XS0163559841 | EUR 3,443,000.00 | EUR 66,834.14 | EUR 3,509,834.14 | 4,872,189.30 | 94,576.99 | 4,966,766.29 |
| XS0176153350 | EUR 24,867,000.00 | EUR 708,968.12 | EUR 25,575,968.12 | 35,189,291.70 | 1,003,260.78 | 36,192,552.48 |
| XS0178969209 | EUR 1,763,000.00 | EUR 48,707.99 | EUR 1,811,707.99 | 2,494,821.30 | 68,926.67 | 2,563,747.97 |
| XS0185655445 | EUR 2,495,000.00 | EUR 62,507.73 | EUR 2,557,507.73 | 3,530,674.50 | 88,454.69 | 3,619,129.19 |
| XS0189294225 | EUR 7,662,000.00 | EUR 131,466.89 | EUR 7,793,466.89 | 10,842,496.20 | 186,038.80 | 11,028,535.00 |
| XS0195431613 | EUR 4,182,000.00 | EUR 35,896.62 | EUR 4,217,896.62 | 5,917,948.20 | 50,797.30 | 5,968,745.50 |
| XS0200284247 | EUR 8,367,000.00 | EUR 250,316.38 | EUR 8,617,316.38 | 11,840,141.70 | 354,222.70 | 12,194,364.40 |
| XS0202417050 | EUR 251,000.00 | EUR 6,673.64 | EUR 257,673.64 | 355,190.10 | 9,443.87 | 364,633.97 |
| XS0205185456 | EUR 1,926,000.00 | EUR 9,770.79 | EUR 1,935,770.79 | 2,725,482.60 | 13,826.65 | 2,739,309.25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| XS0210782552 | EUR 1,518,000.00 | EUR 33,328.75 | EUR 1,551,328.75 | 2,148,121.80 | 47,163.52 | 2,195,285.32 |
| XS0211093041 | EUR 12,560,000.00 | EUR 145,503.83 | EUR 12,705,503.83 | 17,773,656.00 | 205,902.47 | 17,979,558.47 |
| XS0211814123 | EUR 4,076,000.00 | EUR 98,432.14 | EUR 4,174,432.14 | 5,767,947.60 | 139,291.32 | 5,907,238.92 |
| XS0213416141 | EUR 43,000.00 | EUR 431.18 | EUR 43,431.18 | 60,849.30 | 610.16 | 61,459.46 |
| XS0213971210 | EUR 1,200,000.00 | EUR 11,901.36 | EUR 1,211,901.36 | 1,698,120.00 | 16,841.61 | 1,714,961.61 |
| XS0215349357 | EUR 265,000.00 | EUR 5,519.08 | EUR 270,519.08 | 375,001.50 | 7,810.04 | 382,811.54 |
| XS0218304458 | EUR 318,000.00 | EUR 7,379.35 | EUR 325,379.35 | 450,001.80 | 10,442.52 | 460,444.32 |
| XS0229269856 | EUR 10,000.00 | EUR 504.10 | EUR 10,504.10 | 14,151.00 | 713.35 | 14,864.35 |
| XS0276162327 | EUR 28,000.00 | EUR 0 | EUR 28,000.00 | 39,622.80 | 0 | 39,622.80 |
| XS0286302988 | EUR 1,177,000.00 | EUR 0 | EUR 1,177,000.00 | 1,665,572.70 | 0 | 1,665,572.70 |
| XS0299701499 | EUR 740,000.00 | EUR 0 | EUR 740,000.00 | 1,047,174.00 | 0 | 1,047,174.00 |
| XS0301086475 | EUR 194,000.00* | EUR 0 | EUR 194,000.00* | 274,529.40 | 0 | 274,529.40 |
| XS0302634059 | EUR 5,000.00 | EUR 0 | EUR 5,000.00 | 7,075.50 | 0 | 7,075.50 |
| **Total Claim Amount** | | | | | | **USD $ 152,505,272.33** |

\* EUR 1,000.00 of nominal value for each certificate

\*\* Amounts due in EUR have been converted to US Dollars using the exchange rate published by the European Central Bank for September 15, 2008: 1 EUR = 1.4151 USD.

\*\*\* Interest accrued until September 14, 2008 (included).


