UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
In re                                                     :    Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                  :    08-13555 (JMP)
                                                          :    (Jointly Administered)
                    Debtors.                              :
                                                          :
                                                          :    Ref. Docket No. 30787, 30788,
----------------------------------------------------------------x    30789, 30792, 30793, 30795, 30796,
                                                               30806, 30914, 30915, 30974, 31091-
                                                               31095, 31115, 31134, 31188-31192

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 8, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
16th day of October, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CREDIT SUISSE                          CREDIT SUISSE
     ATTN: ALLEN GAGE                       CRAVATH, SWAINE & MOORE LLP
     1 MADISON AVE                          ATTN: RICHARD LEVIN
     NEW YORK NY 10010                      WORLDWIDE PLAZA
                                            825 EIGHTH AVENUE
                                            NEW YORK NY 10019
```

Please note that your claim # 555829-84 in the above referenced case and in the amount of $0.00 allowed at $40,274.05 has been transferred **(unless previously expunged by court order)**

```
     BANK VONTOBEL AG, ZURICH/SWITZERLAND
     TRANSFEROR: CREDIT SUISSE
     GOTTHARDSTRASSE 43
     POSTFACH
     ZURICH     CH-8022
     SWITZERLAND
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 31093 in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/08/2012                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 8, 2012.

# EXHIBIT B

```
TIME: 15:27:11                                    LEHMAN BROTHERS HOLDING INC.                                           PAGE:  1
DATE: 10/08/12                                         CREDITOR LISTING

Name                                              Address
ATTESTOR VALUE MASTER FUND LP                     TRANSFEROR: HURLEY, STEPHEN NASH C/O ATTESTOR CAPITAL LLP ATTN: ISOBELLE WHITE 67-68 GROSVENOR STREET LONDON W1K 3JN UNITED KINGDOM
BANCA DELLO STATO DEL CANTONE TICINO              TRANSFEROR: CREDIT SUISSE VIALE H. GUISAN 5 BELLINZONA 6500 SWITZERLAND
BANCA ZARATTINI & CO. SA,                         F/K/A BANCA EUROMOBILIARE (SUISSE) TRANSFEROR: FIDEURAM BANK SUISSE SA VIA BALESTRA 17 LUGANO CH 6900 SWITZERLAND
BANCA ZARATTINI & CO. SA,                         F/K/A BANCA EUROMOBILIARE (SUISSE) SA TRANSFEROR: BANCO DI CREDITO P. AZZOAGLIO S.P.A. ATTN: ELENA CAROSI VIA BALESTRA 17 LUGANO 6900 SWITZERLAND
BANCA ZARATTINI & CO. SA,                         F/K/A BANCA EUROMOBILIARE (SUISSE) SA VIA BALESTRA 17 6900 LUGANO SWITZERLAND
BANK LINTH LLB AG                                 TRANSFEROR: CREDIT SUISSE ZURCHERSTRASSE 3 POSTFACH UZNACH 8730 SWITZERLAND
BANK VONTOBEL AG, ZURICH/SWITZERLAND              TRANSFEROR: CREDIT SUISSE GOTTHARDSTRASSE 43 POSTFACH ZURICH CH-8022 SWITZERLAND
BARCLAYS BANK PLC                                 DANIEL MIRANDA BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: PTT PUBLIC COMPANY LIMITED ATTN: AILEEN MONTANA 1301 SIXTH AVENUE 8TH FLOOR NEW YORK NY 10019
BERENBERG BANK                                    TRANSFEROR: CREDIT SUISSE AG C/O GOSSLER & CO. KG ATTN: JOH. BERENBERG NEUER JUNGFERNSTIEG 20 HAMBURG 20354 GERMANY
CONTRARIAN FUNDS, LLC                             TRANSFEROR: BANCA ZARATTINI & CO. SA, ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  STEPHANIE TUMBIOLO CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: MONARCH MASTER FUNDING LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SPCP GROUP, L.L.C. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DIPL. WI-ING. DR. GEREON FRIEDERES                DLA PIPER WEISS-TESSBACH ATTN: THOMAS RUHM, ESQ., CHRISTIAN TEMMEL, ESQ. SCHOTTENRING 14 VIENNA A-1010 AUSTRIA
DIPL. WI-ING. DR. GEREON FRIEDERES                DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ & VINCENT ROLDAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
DIPL. WI-ING. DR. GEREON FRIEDERES                PORZELLANGASSE 32 VIENNA A-1090 AUSTRIA
EFG BANK AB (PUBL)                                P.O. BOX 55963 STOCKHOLM S-102 16 SWEDEN
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ESKILSTUNA, REGNAL I.                             TRANSFEROR: EFG BANK AB (PUBL) TORSHALLAVAGEN 41 ESKILSTUNA S-633 44 SWEDEN
HURLEY, STEPHEN NASH                              1 POST OFFICE SQ FL 30 BOSTON MA 02109-2106
HURLEY, STEPHEN NASH                              C/O PETER J. HALEY 1 POST OFFICE SQ FL 30 BOSTON MA 02109-2106
LIMACHER, RUDOLF                                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O MONARCH ALTERNATIVE CAPITAL LP; ATTN: MICHAEL GILLIN
MONARCH MASTER FUNDING LTD                        535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022
MORGAN STANLEY & CO. INTERNATIONAL PLC            MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC            TRANSFEROR: DIPL. WI-ING. DR. GEREON FRIEDERES 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM
PAULSON CREDIT OPPORTUNITIES MASTER LTD           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PTT PUBLIC COMPANY LIMITED                        555 VIBHAVADI RANGSIT RD. CHATUCHAK BANGKOK 10900 THAILAND
ROYAL BANK OF SCOTLAND, PLC, THE                  TRANSFEROR: SABMILLER PLC ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
SABMILLER PLC                                     LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222
SABMILLER PLC                                     ATTN: JONATHAN GAY, GROUP TREASURY COUNSEL SABMILLER HOUSE CHURCH STREET WEST WOKING SURREY GU21 6HS UNITED KINGDOM
SCHNABEL, ELSE                                    TRANSFEROR: BERENBERG BANK SASELBERGWEG 51 HAMBURG 22395 GERMANY
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: VAN DEN WASSENBERG, EJM ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
UBS AG                                            TRANSFEROR: CREDIT SUISSE BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND
UBS AG                                            TRANSFEROR: CREDIT SUISSE BHANHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND
VAN DEN WASSENBERG, EJM                           BURGEMEESTER LOEFFPLEIN 46 S'HERTOGENBOSCH 5211 RZ NETHERLANDS
YORVIK PARTNERS LLP                               TRANSFEROR: CO-OPERATIVE BANK P.L.C., THE ATTN: CHRIS JONES 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: CO-OPERATIVE BANK PLC (FKA BRITANNIA BUILDING SOCIETY) ATTN: CHRIS JONES 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM


Total Number of Records Printed    46                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```