UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                           :   Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (JMP)
                                                                :   (Jointly Administered)
                    Debtors.                             :
                                                                :
------------------------------------------------------------------x   Ref. Docket No. 31097

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 8, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                              /s/ *Lauren Rodriguez*
                                                                              Lauren Rodriguez

Sworn to before me this
16th day of October, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   BANCA DEL PIEMONTE CON UNICO SOCIO S.P.A.
              (ON BEHALF OF ITS CLIENTS)
              FAO: ILARIA SICA
              VIA CERNAIA, 7
              TORINO 10121 ITALY

Additional:

Transferee:   UBI BANCA S.P.A.
              ATTN: ROSA DUNIA BRAMBILLA, GENERAL MANAGER
              MILANO ITALY

Your transfer of claim #   49619-01   is defective for the reason(s) checked below:

Address Missing

Docket Number 31097            Date 09/19/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on   October 8, 2012.

# EXHIBIT B

```
TIME: 15:28:02                                                                                    PAGE:    1
DATE: 10/08/12
                              LEHMAN BROTHERS HOLDING INC.
                                    CREDITOR LISTING

Name                           Address
BANCA DEL PIEMONTE CON UNICO SOCIO   (ON BEHALF OF ITS CLIENTS) FAO: ILARIA SICA VIA CERNAIA, 7 TORINO  10121 ITALY
S.P.A.
UBI BANCA S.P.A.               ATTN: ROSA DUNIA BRAMBILLA, GENERAL MANAGER MILANO      ITALY


Total Number of Records Printed         2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC