UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
                            :

In re                        :       Chapter 11 Case No.

                            :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :       08-13555 (JMP)

                          :       (Jointly Administered)

                    Debtors.     :

                          :

-----------------------------------------------------------------------x   Ref. Docket No. 30794, 30797,
                                      30798, 31019-31021, 31175, 31176,
                                      31197, 31198

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.   I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On October 9, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
16th day of October, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  ANDOR TECHNOLOGY FUND, L.P.               ANDOR TECHNOLOGY FUND, L.P.
     C/O SEWARD & KISSEL LLP                    C/O ANDOR CAPITAL MANAGEMENT, INC.
     ATTN: JUSTIN L. SHEARER, ESQ.              4 INTERNATIONAL DR STE 190
     ONE BATTERY PARK PLAZA                     PORT CHESTER NY 10573-1065
     NEW YORK NY 10004

Please note that your claim # 19688 in the above referenced case and in the amount of
$232,811.17  Unliquidated      has been transferred (**unless previously expunged by court order**)

CHASE LINCOLN FIRST COMMERCIAL CORPORATION
TRANSFEROR: ANDOR TECHNOLOGY FUND, L.P.
ONE CHASE MANHATTAN PLAZA
26TH FLOOR
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 30794    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/09/2012                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez

                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 9, 2012.

# EXHIBIT B

```
TIME: 12:48:04                                                      LEHMAN BROTHERS HOLDING INC.                                        PAGE:    1
DATE: 10/09/12                                                           CREDITOR LISTING

Name                                          Address

AG CENTRE STREET PARTNERSHIP, L.P.            TRANSFEROR: CANTOR FITZGERALD & CO. 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
AG SUPER FUND INTERNATIONAL PARTNERS,         TRANSFEROR: CANTOR FITZGERALD & CO. 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
L.P.
ANDOR TECHNOLOGY FUND, L.P.                   C/O ANDOR CAPITAL MANAGEMENT, INC. 4 INTERNATIONAL DR STE 190 PORT CHESTER NY 10573-1065
ANDOR TECHNOLOGY FUND, L.P.                   C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004
ANDOR TECHNOLOGY OFFSHORE FUND, INC.          ANDOR TECHOLOGY OFFSHORE FUND, INC. 4 INTERNATIONAL DR STE 100 RYE BROOK NY 10573-1065
ANDOR TECHNOLOGY OFFSHORE FUND, INC.          C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004
ANDOR TECHNOLOGY PERENNIAL FUND, L.P.         C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004
BOTTICELLI, L.L.C.                            TRANSFEROR: CANTOR FITZGERALD & CO. 245 PARK AVENUE NEW YORK NY 10167
CANTOR FITZGERALD & CO.                       TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022
CANTOR FITZGERALD & CO.                       TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022
CHASE LINCOLN FIRST COMMERCIAL                TRANSFEROR: ANDOR TECHNOLOGY FUND, L.P. ONE CHASE MANHATTAN PLAZA 26TH FLOOR NEW YORK NY 10005
CORPORATION
CHASE LINCOLN FIRST COMMERCIAL                TRANSFEROR: ANDOR TECHNOLOGY OFFSHORE FUND, INC. ONE CHASE MANHATTAN PLAZA 26TH FLOOR NEW YORK NY 10005
CORPORATION
CHASE LINCOLN FIRST COMMERCIAL                TRANSFEROR: ANDOR TECHNOLOGY PERENNIAL FUND, L.P. ONE CHASE MANHATTAN PLAZA 26TH FLOOR NEW YORK NY 10005
CORPORATION
CITIGROUP FINANCIAL PRODUCTS, INC.            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.            TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: ROHIT BANSAL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CORRE OPPORTUNITIES FUND, L.P.                TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR
                                              NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: SPCP GROUP, LLC, AS AGENT FOR SILVER POINT CAPITAL FUND LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: J. ARON & COMPANY ATTN: MICHELLE LATZONI 30 HUDSON STREET 5TH FLOOR JERSEY CITY NJ 07302
J. ARON & COMPANY                             ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
J. ARON & COMPANY                             CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
PAULSON CREDIT OPPORTUNITIES MASTER LTD       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020
PAULSON CREDIT OPPORTUNITIES MASTER LTD       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH NEW YORK NY 10020

Total Number of Records Printed               22


                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```