UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.

Case No. 08-13555 (JMP)
Court ID (Court Use Only) _____

## NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
## PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to Bankruptcy Rule
3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>Perry Principals LLC | Name of Transferor:<br>JPMorgan Chase Bank, N.A. |
| Notices to Transferee should be sent to:<br><br>Perry Principals LLC<br>c/o Perry Capital<br>767 Fifth Avenue, 19th Floor<br>New York, NY 10153<br>Attention: Michael Neus<br>Email: mneus@perrycap.com | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#: | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor:<br><br>JPMorgan Chase Bank, N.A,<br>c/o JPMorgan Securities LLC<br>Mail Code: NY1-M138<br>383 Madison Avenue, Floor 37<br>New York, NY 10179<br>Attention: Matthew Pennella |
| Claim Amount:<br>$50,000,000.00 portion (12.5%) of<br>$400,000,000.00 allowed claim | *Note: This is a partial transfer of claim.* |
| Court Claim No. (if known):<br>32695 | |
| Date Claim Filed:<br>September 22, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my
knowledge and belief.
By: _____          Date: ___10/16/12___
         NAME: Michael Neus
         TITLE: General Counsel

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by
law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

A/75221143.1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

**JPMorgan Chase Bank, N.A.**, a national banking association, with offices at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Perry Principals LLC**, with offices located at 767 Fifth Avenue, 19th Fl, NY, NY 10153 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) docketed as Claim No. 32695 to the extent of $50,000,000 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 12 day of October, 2012.

**JPMORGAN CHASE BANK, N.A.**

WITNESS:

_____
(Signature)

By: _____
(Signature of authorized signatory)

Name: Christopher Janorczyk
Title: _____
(Print name and title of witness)

Name: Alexander Wilk
Title: Authorized Signatory
Tel.: _____

**PERRY PRINCIPALS LLC**

WITNESS:

_____
(Signature)

By: _____
(Signature of authorized signatory)

Name: Lauren Ury
Title: Authorized Person
(Print name and title of witness)

Name: _____
Title: Michael C. Neus
Tel.: General Counsel

10