Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for MacKay Shields Credit Strategy Partners LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                              :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC.,                     :    Case No. 08-13555 (JMP)
:
Debtor.                             :    (Jointly Administered)
:
----------------------------------------------------------------x

## NOTICE OF PARTIAL WITHDRAWAL OF CLAIM NO. 28749

PLEASE TAKE NOTICE that MacKay Shields Credit Strategy Partners LP, through its undersigned counsel, hereby withdraws Proof of Claim No. 28749 filed in the above-captioned case, <u>solely</u> to the extent the claim therein is based on a direct claim against LBHI, and that the claim therein is <u>preserved</u> to the extent it is based on LBHI's guaranty, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: October 17, 2012           **BINGHAM MCCUTCHEN LLP**
New York, New York

By: /s/Joshua Dorchak
Joshua Dorchak
joshua.dorchak@bingham.com
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for MacKay Shields Credit Strategy Partners LP*

A/75211985.3