Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for MacKay Shields Credit Strategy Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                    :

In re                                :        Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,  :        Case No. 08-13555 (JMP)

      Debtor.                      :        (Jointly Administered)

---------------------------------------------------------------x

**NOTICE OF PARTIAL WITHDRAWAL OF CLAIM NO. 28750**

PLEASE TAKE NOTICE that MacKay Shields Credit Strategy Fund Ltd., through its undersigned counsel, hereby withdraws Proof of Claim No. 28750 filed in the above-captioned case, <u>solely</u> to the extent the claim therein is based on a direct claim against LBHI, and that the claim therein is <u>preserved</u> to the extent it is based on LBHI's guaranty, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: October 17, 2012                  **BINGHAM MCCUTCHEN LLP**
       New York, New York

                                        By: /s/Joshua Dorchak
                                            Joshua Dorchak
                                            joshua.dorchak@bingham.com
                                            399 Park Avenue
                                            New York, New York 10022
                                            (212) 705-7000

                                            *Attorneys for MacKay Shields Credit*
                                            *Strategy Fund Ltd.*

A/75211985.3