Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for MacKay Shields Credit Strategy Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11
                                                                 :
LEHMAN BROTHERS COMMODITY                                        :
SERVICES INC.,                                                   :    Case No. 08-13885 (JMP)
                                                                 :
         Debtor.                                                 :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 28752

PLEASE TAKE NOTICE that MacKay Shields Credit Strategy Fund Ltd., through its undersigned counsel, hereby withdraws Claim No. 28752 filed in the above-captioned case, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated:  October 17, 2012                    **BINGHAM MCCUTCHEN LLP**
        New York, New York

                                            By: /s/Joshua Dorchak
                                              Joshua Dorchak
                                              joshua.dorchak@bingham.com
                                              399 Park Avenue
                                              New York, New York 10022
                                              (212) 705-7000

                                              *Attorneys for MacKay Shields Credit
                                              Strategy Fund Ltd.*

A/75211985.3