Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for MacKay Shields Credit Strategy Partners LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                               :    Chapter 11
:
LEHMAN BROTHERS COMMODITY            :
SERVICES INC.,                                 :    Case No. 08-13885 (JMP)
:
Debtor.                                  :    (Jointly Administered)
:
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 28741

PLEASE TAKE NOTICE that MacKay Shields Credit Strategy Partners LP, through its undersigned counsel, hereby withdraws Claim No. 28741 filed in the above-captioned case, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated:  October 17, 2012               **BINGHAM MCCUTCHEN LLP**
        New York, New York

                                       By: /s/Joshua Dorchak
                                           Joshua Dorchak
                                           joshua.dorchak@bingham.com
                                           399 Park Avenue
                                           New York, New York 10022
                                           (212) 705-7000

                                           *Attorneys for MacKay Shields Credit*
                                           *Strategy Partners LP*

A/75211985.3