Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for MacKay Shields Credit Strategy Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re : Chapter 11
: 
LEHMAN BROTHERS SPECIAL :
FINANCING INC., : Case No. 08-13888 (JMP)
: 
Debtor. : (Jointly Administered)
: 
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 28758

PLEASE TAKE NOTICE that MacKay Shields Credit Strategy Fund Ltd., through its undersigned counsel, hereby withdraws Claim No. 28758 filed in the above-captioned case, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: October 17, 2012         **BINGHAM MCCUTCHEN LLP**
       New York, New York

                                             By: /s/Joshua Dorchak
                                                Joshua Dorchak
                                                joshua.dorchak@bingham.com
                                                399 Park Avenue
                                                New York, New York 10022
                                                (212) 705-7000

                                                *Attorneys for MacKay Shields Credit*
                                                *Strategy Fund Ltd.*

A/75211985.3