Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for MacKay Shields Credit Strategy Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11
                                                               :
LEHMAN BROTHERS OTC DERIVATIVES INC.   :
                                                               :   Case No. 08-13893 (JMP)
                                                               :
        Debtor.                                                :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 28753

PLEASE TAKE NOTICE that MacKay Shields Credit Strategy Fund Ltd., through its undersigned counsel, hereby withdraws Claim No. 28753 filed in the above-captioned case, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: October 17, 2012                           **BINGHAM MCCUTCHEN LLP**
       New York, New York

                                                  By: /s/Joshua Dorchak
                                                     Joshua Dorchak
                                                     joshua.dorchak@bingham.com
                                                     399 Park Avenue
                                                     New York, New York 10022
                                                     (212) 705-7000

                                                     *Attorneys for MacKay Shields Credit*
                                                     *Strategy Fund Ltd.*

A/75211985.3