Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for MacKay Shields Credit Strategy Partners LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11
                                                               :
LEHMAN BROTHERS OTC DERIVATIVES INC.   :
                                                               :   Case No. 08-13893 (JMP)
                                                               :
         Debtor.                                               :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 28746

PLEASE TAKE NOTICE that MacKay Shields Credit Strategy Partners LP, through its undersigned counsel, hereby withdraws Claim No. 28746 filed in the above-captioned case, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: October 17, 2012
       New York, New York

**BINGHAM MCCUTCHEN LLP**

By: /s/Joshua Dorchak
    Joshua Dorchak
    joshua.dorchak@bingham.com
    399 Park Avenue
    New York, New York 10022
    (212) 705-7000

    *Attorneys for MacKay Shields Credit*
    *Strategy Partners LP*

A/75211985.3