Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for MacKay Shields Credit Strategy Fund Ltd.*


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                              :
In re                                         :        Chapter 11
                                              :
LEHMAN BROTHERS DERIVATIVES                   :
PRODUCTS INC.                                 :        Case No. 08-13899 (JMP)
                                              :
        Debtor.                               :        (Jointly Administered)
                                              :
-----------------------------------------------------------------x

<u>NOTICE OF WITHDRAWAL OF CLAIM NO. 28754</u>

PLEASE TAKE NOTICE that MacKay Shields Credit Strategy Fund Ltd., through its

undersigned counsel, hereby withdraws Claim No. 28754 filed in the above-captioned case, and

that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated

accordingly.


Dated:  October 17, 2012                      **BINGHAM MCCUTCHEN LLP**
        New York, New York

                                              By: /s/Joshua Dorchak
                                                  Joshua Dorchak
                                                  joshua.dorchak@bingham.com
                                                  399 Park Avenue
                                                  New York, New York 10022
                                                  (212) 705-7000

                                                  *Attorneys for MacKay Shields Credit*
                                                  *Strategy Fund Ltd.*


A/75211985.3