Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for MacKay Shields Credit Strategy Partners LP*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS DERIVATIVES PRODUCTS INC. | : | Case No. 08-13899 (JMP) |
| | : | |
| Debtor. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 28751

PLEASE TAKE NOTICE that MacKay Shields Credit Strategy Partners LP, through its undersigned counsel, hereby withdraws Claim No. 28751 filed in the above-captioned case, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: October 17, 2012
       New York, New York

**BINGHAM MCCUTCHEN LLP**

By: /s/Joshua Dorchak
    Joshua Dorchak
    joshua.dorchak@bingham.com
    399 Park Avenue
    New York, New York 10022
    (212) 705-7000

*Attorneys for MacKay Shields Credit Strategy Partners LP*

A/75211985.3