Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for MacKay Shields Credit Strategy Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                              :    Chapter 11
:
LEHMAN BROTHERS COMMERCIAL         :
PAPER INC.                         :
:    Case No. 08-13900 (JMP)
:
Debtor.                     :    (Jointly Administered)
:
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 28755

PLEASE TAKE NOTICE that MacKay Shields Credit Strategy Fund Ltd., through its undersigned counsel, hereby withdraws Claim No. 28755 filed in the above-captioned case, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: October 17, 2012        **BINGHAM MCCUTCHEN LLP**
New York, New York

By: /s/Joshua Dorchak
Joshua Dorchak
joshua.dorchak@bingham.com
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for MacKay Shields Credit
Strategy Fund Ltd.*

A/75211985.3