CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
Telephone:  (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York  10017-5010
Telephone:  (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE NO. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jeremy D. Schreiber, an attorney, hereby certify that prior to 4:00 pm EST on the 17th day of October 2012, I caused a true and correct copy of the **Response of U.S. Bank National Association, as Trustee, to the Debtors' Three Hundred Forty-Eighth Omnibus Objection to Claims (Valued Derivate Claims) with Respect to Claims Numbers 30966 and 30967,** to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

| | |
|---|---|
| Honorable James M. Peck<br>United States Bankruptcy Court for the<br>    Southern District of New York<br>Courtroom 601<br>One Bowling Green<br>New York, NY  10004 | Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Jacqueline Marcus, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 |

3283695.01.01.doc

- 2 -

| | |
|---|---|
| Andy Velez-Rivera, Esq. | Dennis F. Dunne, Esq. |
| Paul Schwartzberg, Esq. | Dennis O'Donnell, Esq. |
| Brian Masumoto, Esq. | Evan R. Fleck, Esq. |
| Linda Riffkin, Esq. | Milbank, Tweed, Hadley & McCloy LLP |
| Tracy Hope Davis, Esq. | 1 Chase Manhattan Plaza |
| Office of the United States Trustee for the Southern District of New York | New York, NY  10005 |
| 33 Whitehall Street, 21st Floor | |
| New York, NY  10004 | |

        /s/ Jeremy D. Schreiber
_____
    Jeremy D. Schreiber