Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for MacKay Shields Credit Strategy Partners LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
LEHMAN BROTHERS COMMERCIAL                                     :
PAPER INC.                                                     :
                                                               :    Case No. 08-13900 (JMP)
                                                               :
        Debtor.                                                :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 28743

PLEASE TAKE NOTICE that MacKay Shields Credit Strategy Partners LP, through its undersigned counsel, hereby withdraws Claim No. 28743 filed in the above-captioned case, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated:  October 17, 2012                    **BINGHAM MCCUTCHEN LLP**
        New York, New York

                                            By: /s/Joshua Dorchak
                                                Joshua Dorchak
                                                joshua.dorchak@bingham.com
                                                399 Park Avenue
                                                New York, New York 10022
                                                (212) 705-7000

                                                *Attorneys for MacKay Shields Credit*
                                                *Strategy Partners LP*

A/75211985.3