Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for MacKay Shields Credit Strategy Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                                            :    Chapter 11
:
LEHMAN BROTHERS COMMERCIAL            :
CORPORATION                                                       :    Case No. 08-13901 (JMP)
:
         Debtor.                                           :    (Jointly Administered)
:
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 28756

PLEASE TAKE NOTICE that MacKay Shields Credit Strategy Fund Ltd., through its undersigned counsel, hereby withdraws Claim No. 28756 filed in the above-captioned case, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated:  October 17, 2012
       New York, New York

                                     **BINGHAM MCCUTCHEN LLP**

                                     By: /s/Joshua Dorchak
                                         Joshua Dorchak
                                         joshua.dorchak@bingham.com
                                         399 Park Avenue
                                         New York, New York 10022
                                         (212) 705-7000

                                         *Attorneys for MacKay Shields Credit*
                                         *Strategy Fund Ltd.*

A/75211985.3