Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for MacKay Shields Credit Strategy Partners LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11
                                                                :
LEHMAN BROTHERS COMMERCIAL                                      :
CORPORATION                                                     :    Case No. 08-13901 (JMP)
                                                                :
        Debtor.                                                 :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 28744

PLEASE TAKE NOTICE that MacKay Shields Credit Strategy Partners LP, through its undersigned counsel, hereby withdraws Claim No. 28744 filed in the above-captioned case, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated:  October 17, 2012         **BINGHAM MCCUTCHEN LLP**
        New York, New York

                                 By: /s/Joshua Dorchak
                                     Joshua Dorchak
                                     joshua.dorchak@bingham.com
                                     399 Park Avenue
                                     New York, New York 10022
                                     (212) 705-7000

                                     *Attorneys for MacKay Shields Credit*
                                     *Strategy Partners LP*

A/75211985.3