Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for MacKay Shields Credit Strategy Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11
                                          :
LEHMAN BROTHERS FINANCIAL   :
PRODUCTS INC.                             :    Case No. 08-13902 (JMP)
                                          :
        Debtor.                           :    (Jointly Administered)
                                          :
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 28757

PLEASE TAKE NOTICE that MacKay Shields Credit Strategy Fund Ltd., through its undersigned counsel, hereby withdraws Claim No. 28757 filed in the above-captioned case, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: October 17, 2012          **BINGHAM MCCUTCHEN LLP**
       New York, New York

                                 By: /s/Joshua Dorchak
                                     Joshua Dorchak
                                     joshua.dorchak@bingham.com
                                     399 Park Avenue
                                     New York, New York 10022
                                     (212) 705-7000

                                     *Attorneys for MacKay Shields Credit*
                                     *Strategy Fund Ltd.*

A/75211985.3