08-13555-mg    Doc 31541    Filed 10/17/12    Entered 10/17/12 15:28:59    Main Document
Pg 1 of 1

Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for MacKay Shields Credit Strategy Partners LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                  :    Chapter 11
                                       :
LEHMAN BROTHERS FINANCIAL               :
PRODUCTS INC.                          :    Case No. 08-13902 (JMP)
                                       :
         Debtor.                       :    (Jointly Administered)
                                       :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 28745

PLEASE TAKE NOTICE that MacKay Shields Credit Strategy Partners LP, through its undersigned counsel, hereby withdraws Claim No. 28745 filed in the above-captioned case, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: October 17, 2012         **BINGHAM MCCUTCHEN LLP**
       New York, New York
                                By: /s/Joshua Dorchak
                                    Joshua Dorchak
                                    joshua.dorchak@bingham.com
                                    399 Park Avenue
                                    New York, New York 10022
                                    (212) 705-7000

                                    *Attorneys for MacKay Shields Credit*
                                    *Strategy Partners LP*

A/75211985.3