UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
                                           :

In re                                  :       Chapter 11 Case No.
                                           :

LEHMAN BROTHERS HOLDINGS INC., *et al.,*   :       08-13555 (JMP)
                                           :

                   Debtors.     :       (Jointly Administered)
                                         :

-------------------------------------------------------------------------x   Ref. Docket Nos. 31504, 31506 &
                                                          31519

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                          ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 16, 2012, I caused to be served the following:

    a)  "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Plan Administrator's Objection to Claim filed by Hale Avenue Borrower, LLC" dated October 16, 2012 [Docket No. 31504], (the "Hale Avenue Borrower CNO"),

    b)  "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated October 16, 2012 [Docket No. 31506], (the "Subpoena Notice"), and

    c)  "Notice of Presentment of Supplemental Order Reinstating Claim," dated October 16, 2012 [Docket No. 31519], (the "Supplemental Order NOP"),

by causing true and correct copies of the:

      i.  Hale Avenue Borrower CNO, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A,</u>

      ii.  Subpoena Notice, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B,</u>

      iii.  Supplemental Order NOP to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C,</u>

     iv.    Hale Avenue Borrower CNO, Subpoena Notice, and Supplemental Order NOP, to be enclosed securely in a separate postage pre-paid envelopes and delivered via overnight mail to the party listed on the annexed <u>Exhibit D</u>,

     v.    Subpoena Notice and Supplemental Order NOP, to be enclosed securely in a separate postage pre-paid envelopes and delivered via overnight mail to the party listed on the annexed <u>Exhibit E</u>, and

     vi.    Supplemental Order NOP, to be enclosed securely in a separate postage pre-paid envelopes and delivered via overnight mail to the party listed on the annexed <u>Exhibit F</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Kerry O'Neil*
*Kerry O'Neil*

Sworn to before me this
17th day of October, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Hale Avenue Borrower CNO, Subpoena Notice, and Supplemental Order NOP_DI_31504, 31506 & 31519_AFF_10-16-12_SS.doc

# EXHIBIT A

# Exhibit A

## Counsel To The Official Committee Of Unsecured  Creditors

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED  CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT B**

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | azylberberg@whitecase.com | cpappas@dilworthlaw.com |
| aalfonso@willkie.com | bankr@zuckerman.com | craig.goldblatt@wilmerhale.com |
| abeaumont@fklaw.com | bankruptcy@goodwin.com | crmomjian@attorneygeneral.gov |
| abraunstein@riemerlaw.com | bankruptcy@morrisoncohen.com | cs@stevenslee.com |
| acaton@kramerlevin.com | bankruptcy@ntexas-attorneys.com | csalomon@beckerglynn.com |
| acker@chapman.com | bankruptcymatters@us.nomura.com | cschreiber@winston.com |
| adam.brezine@hro.com | barbra.parlin@hklaw.com | cshore@whitecase.com |
| adarwin@nixonpeabody.com | bbisignani@postschell.com | cshulman@sheppardmullin.com |
| adiamond@diamondmccarthy.com | bcarlson@co.sanmateo.ca.us | ctatelbaum@adorno.com |
| aeckstein@blankrome.com | bdk@schlamstone.com | cwalsh@mayerbrown.com |
| aentwistle@entwistle-law.com | bguiney@pbwt.com | cward@polsinelli.com |
| afriedman@irell.com | bkmail@prommis.com | cweber@ebg-law.com |
| agbanknewyork@ag.tn.gov | bmanne@tuckerlaw.com | cweiss@ingramllp.com |
| aglenn@kasowitz.com | bmiller@mofo.com | dallas.bankruptcy@publicans.com |
| agold@herrick.com | boneill@kramerlevin.com | daniel.guyder@allenovery.com |
| agoldstein@tnsj-law.com | brian.corey@greentreecreditsolutions.com | dave.davis@isgria.com |
| aisenberg@saul.com | brosenblum@jonesday.com | david.bennett@tklaw.com |
| akantesaria@oppenheimerfunds.com | broy@rltlawfirm.com | david.heller@lw.com |
| akolod@mosessinger.com | bruce.wright@sutherland.com | david.powlen@btlaw.com |
| alum@ftportfolios.com | bstrickland@wtplaw.com | david.seligman@kirkland.com |
| amarder@msek.com | btrust@mayerbrown.com | davids@blbglaw.com |
| amartin@sheppardmullin.com | bturk@tishmanspeyer.com | davidwheeler@mvalaw.com |
| amcmullen@boultcummings.com | bwolfe@sheppardmullin.com | dbalog@intersil.com |
| amenard@tishmanspeyer.com | cahn@clm.com | dbarber@bsblawyers.com |
| andrew.brozman@cliffordchance.com | calbert@reitlerlaw.com | dbaumstein@whitecase.com |
| andrew.lourie@kobrekim.com | canelas@pursuitpartners.com | dbesikof@loeb.com |
| angelich.george@arentfox.com | carol.weinerlevy@bingham.com | dcimo@gjb-law.com |
| ann.reynaud@shell.com | cbelisle@wfw.com | dcoffino@cov.com |
| anthony_boccanfuso@aporter.com | cbelmonte@ssbb.com | dcrapo@gibbonslaw.com |
| aoberry@bermanesq.com | cbrotstein@bm.net | ddavis@paulweiss.com |
| aostrow@beckerglynn.com | cdesiderio@nixonpeabody.com | ddrebsky@nixonpeabody.com |
| apo@stevenslee.com | cgoldstein@stcwlaw.com | ddunne@milbank.com |
| aquale@sidley.com | chammerman@paulweiss.com | deggermann@kramerlevin.com |
| arahl@reedsmith.com | charles@filardi-law.com | deggert@freebornpeters.com |
| arheaume@riemerlaw.com | charles_malloy@aporter.com | demetra.liggins@tklaw.com |
| arlbank@pbfcm.com | chipford@parkerpoe.com | dfelder@orrick.com |
| arosenblatt@chadbourne.com | chris.donoho@lovells.com | dflanigan@polsinelli.com |
| arthur.rosenberg@hklaw.com | christopher.schueller@bipc.com | dgrimes@reedsmith.com |
| arwolf@wlrk.com | clarkb@sullcrom.com | dhayes@mcguirewoods.com |
| aseuffert@lawpost-nyc.com | clynch@reedsmith.com | dheffer@foley.com |
| ashmead@sewkis.com | cmontgomery@salans.com | diconzam@gtlaw.com |
| asnow@ssbb.com | cohen@sewkis.com | djoseph@stradley.com |
| aunger@sidley.com | colea@gtlaw.com | dkleiner@velaw.com |
| austin.bankruptcy@publicans.com | contact@lawofficessjje.com | dkozusko@willkie.com |
| avenes@whitecase.com | cp@stevenslee.com | dlemay@chadbourne.com |

| | | |
|---|---|---|
| dlipke@vedderprice.com | foont@foontlaw.com | jbeiers@co.sanmateo.ca.us |
| dludman@brownconnery.com | francois.janson@hklaw.com | jbird@polsinelli.com |
| dmcguire@winston.com | fsosnick@shearman.com | jbromley@cgsh.com |
| dmurray@jenner.com | fyates@sonnenschein.com | jcarberry@cl-law.com |
| dneier@winston.com | gabriel.delvirginia@verizon.net | jchristian@tobinlaw.com |
| dodonnell@milbank.com | gbray@milbank.com | jchubak@proskauer.com |
| dove.michelle@dorsey.com | ggitomer@mkbattorneys.com | jdoran@haslaw.com |
| dpegno@dpklaw.com | ggoodman@foley.com | jdrucker@coleschotz.com |
| draelson@fisherbrothers.com | giddens@hugheshubbard.com | jdyas@halperinlaw.net |
| dravin@wolffsamson.com | gkaden@goulstonstorrs.com | jean-david.barnea@usdoj.gov |
| drose@pryorcashman.com | glenn.siegel@dechert.com | jeanites@whiteandwilliams.com |
| drosenzweig@fulbright.com | gmoss@riemerlaw.com | jeannette.boot@wilmerhale.com |
| drosner@goulstonstorrs.com | gravert@ravertpllc.com | jeff.wittig@coair.com |
| drosner@kasowitz.com | gspilsbury@jsslaw.com | jeffery.black@bingham.com |
| dshaffer@wtplaw.com | harrisjm@michigan.gov | jeffrey.sabin@bingham.com |
| dshemano@peitzmanweg.com | harveystrickon@paulhastings.com | jeldredge@velaw.com |
| dspelfogel@foley.com | hbeltzer@mayerbrown.com | jen.premisler@cliffordchance.com |
| dtatge@ebglaw.com | heim.steve@dorsey.com | jennifer.demarco@cliffordchance.com |
| dtheising@harrisonmoberly.com | heiser@chapman.com | jennifer.gore@shell.com |
| dwdykhouse@pbwt.com | hollace.cohen@troutmansanders.com | jeremy.eiden@ag.state.mn.us |
| dwildes@stroock.com | holsen@stroock.com | jfalgowski@reedsmith.com |
| dworkman@bakerlaw.com | howard.hawkins@cwt.com | jflaxer@golenbock.com |
| easmith@venable.com | hseife@chadbourne.com | jfox@joefoxlaw.com |
| echang@steinlubin.com | hsnovikoff@wlrk.com | jfreeberg@wfw.com |
| ecohen@russell.com | hsteel@brownrudnick.com | jg5786@att.com |
| efleck@milbank.com | icatto@mwe.com | jgenovese@gjb-law.com |
| efriedman@fklaw.com | igoldstein@dl.com | jguy@orrick.com |
| efriedman@friedumspring.com | igoldstein@proskauer.com | jherzog@gklaw.com |
| eglas@mccarter.com | ilevee@lowenstein.com | jhiggins@fdlaw.com |
| ekbergc@lanepowell.com | ira.herman@tklaw.com | jhorgan@phxa.com |
| eleicht@whitecase.com | isgreene@hhlaw.com | jhuggett@margoliseedelstein.com |
| eli.mattioli@klgates.com | israel.dahan@cwt.com | jim@atkinslawfirm.com |
| ellen.halstead@cwt.com | iva.uroic@dechert.com | jjoyce@dresslerpeters.com |
| emerberg@mayerbrown.com | jacobsonn@sec.gov | jjtancredi@daypitney.com |
| enkaplan@kaplanlandau.com | james.heaney@lawdeb.com | jjureller@klestadt.com |
| eobrien@sbchlaw.com | james.mcclammy@dpw.com | jkehoe@btkmc.com |
| erin.mautner@bingham.com | james.sprayregen@kirkland.com | jlamar@maynardcooper.com |
| eschwartz@contrariancapital.com | jamestecce@quinnemanuel.com | jlawlor@wmd-law.com |
| esmith@dl.com | jamie.nelson@dubaiic.com | jlee@foley.com |
| etillinghast@sheppardmullin.com | jar@outtengolden.com | jlevitin@cahill.com |
| ezujkowski@emmetmarvin.com | jason.jurgens@cwt.com | jlipson@crockerkuno.com |
| ezweig@optonline.net | jay.hurst@oag.state.tx.us | jlovi@steptoe.com |
| fbp@ppgms.com | jay@kleinsolomon.com | jlscott@reedsmith.com |
| ffm@bostonbusinesslaw.com | jbecker@wilmingtontrust.com | jmaddock@mcguirewoods.com |
| fhyman@mayerbrown.com | jbeemer@entwistle-law.com | jmakower@tnsj-law.com |

| | | |
|---|---|---|
| jmazermarino@msek.com | ken.higman@hp.com | mabrams@willkie.com |
| jmcginley@wilmingtontrust.com | kerry.moynihan@hro.com | maofiling@cgsh.com |
| jmelko@gardere.com | kgwynne@reedsmith.com | marc.chait@sc.com |
| jmerva@fult.com | kiplok@hugheshubbard.com | margolin@hugheshubbard.com |
| jmmurphy@stradley.com | kjarashow@fklaw.com | mark.bane@ropesgray.com |
| jmr@msf-law.com | kkelly@ebglaw.com | mark.deveno@bingham.com |
| jnadritch@olshanlaw.com | kkolbig@mosessinger.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klyman@irell.com | mark.ellenberg@cwt.com |
| john.monaghan@hklaw.com | klynch@formanlaw.com | mark.hellerer@pillsburylaw.com |
| john.rapisardi@cwt.com | kmayer@mccarter.com | mark.sherrill@sutherland.com |
| jorbach@hahnhessen.com | kobak@hugheshubbard.com | martin.davis@ots.treas.gov |
| joseph.cordaro@usdoj.gov | korr@orrick.com | marvin.clements@ag.tn.gov |
| joshua.dorchak@bingham.com | kovskyd@pepperlaw.com | matt@willaw.com |
| jowen769@yahoo.com | kpiper@steptoe.com | matthew.klepper@dlapiper.com |
| jowolf@law.nyc.gov | kressk@pepperlaw.com | maustin@orrick.com |
| joy.mathias@dubaiic.com | kreynolds@mklawnyc.com | max.polonsky@skadden.com |
| jpintarelli@mofo.com | krosen@lowenstein.com | mbenner@tishmanspeyer.com |
| jporter@entwistle-law.com | kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| jprol@lowenstein.com | kurt.mayr@bgllp.com | mberman@nixonpeabody.com |
| jrabinowitz@rltlawfirm.com | lacyr@sullcrom.com | mbienenstock@proskauer.com |
| jrsmith@hunton.com | landon@streusandlandon.com | mbloemsma@mhjur.com |
| jschwartz@hahnhessen.com | lapeterson@foley.com | mbossi@thompsoncoburn.com |
| jsheerin@mcguirewoods.com | lathompson@co.sanmateo.ca.us | mcademartori@sheppardmullin.com |
| jshickich@riddellwilliams.com | lberkoff@moritthock.com | mcantor@normandyhill.com |
| jsmairo@pbnlaw.com | lee.stremba@troutmansanders.com | mccombst@sullcrom.com |
| jstoll@mayerbrown.com | lgotko@fklaw.com | mcordone@stradley.com |
| jsullivan@mosessinger.com | lgranfield@cgsh.com | mcto@debevoise.com |
| jteitelbaum@tblawllp.com | lhandelsman@stroock.com | mcyganowski@oshr.com |
| jtimko@shutts.com | linda.boyle@twtelecom.com | mdorval@stradley.com |
| jtorf@schiffhardin.com | lisa.ewart@wilmerhale.com | melorod@gtlaw.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | meltzere@pepperlaw.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | metkin@lowenstein.com |
| jvail@ssrl.com | lkatz@ltblaw.com | mfeldman@willkie.com |
| jwallack@goulstonstorrs.com | lkiss@klestadt.com | mgordon@briggs.com |
| jwang@sipc.org | lmarinuzzi@mofo.com | mgreger@allenmatkins.com |
| jwcohen@daypitney.com | lmay@coleschotz.com | mh1@mccallaraymer.com |
| jweiss@gibsondunn.com | lmcgowen@orrick.com | mhopkins@cov.com |
| jwest@velaw.com | lml@ppgms.com | michael.frege@cms-hs.com |
| jwh@njlawfirm.com | lnashelsky@mofo.com | michael.kelly@monarchlp.com |
| kanema@formanlaw.com | loizides@loizides.com | michael.kim@kobrekim.com |
| karen.wagner@dpw.com | lromansic@steptoe.com | michael.mccrory@btlaw.com |
| kdwbankruptcydepartment@kelleydrye.com | lscarcella@farrellfritz.com | millee12@nationwide.com |
| keckhardt@hunton.com | lschweitzer@cgsh.com | miller@taftlaw.com |
| keith.simon@lw.com | lubell@hugheshubbard.com | mimi.m.wong@irscounsel.treas.gov |
| ken.coleman@allenovery.com | lwhidden@salans.com | mitchell.ayer@tklaw.com |

| | | |
|---|---|---|
| mjedelman@vedderprice.com | pbattista@gjb-law.com | robert.malone@dbr.com |
| mjr1@westchestergov.com | pbosswick@ssbb.com | robert.yalen@usdoj.gov |
| mkjaer@winston.com | pdublin@akingump.com | robin.keller@lovells.com |
| mlahaie@akingump.com | peisenberg@lockelord.com | roger@rnagioff.com |
| mlandman@lcbf.com | peter.gilhuly@lw.com | ronald.silverman@bingham.com |
| mlichtenstein@crowell.com | peter.macdonald@wilmerhale.com | ross.martin@ropesgray.com |
| mlynch2@travelers.com | peter.simmons@friedfrank.com | rqureshi@reedsmith.com |
| mmendez@hunton.com | peter@bankrupt.com | rrainer@wmd-law.com |
| mmooney@deilylawfirm.com | pfeldman@oshr.com | rreid@sheppardmullin.com |
| mmorreale@us.mufg.jp | phayden@mcguirewoods.com | rroupinian@outtengolden.com |
| mneier@ibolaw.com | philip.wells@ropesgray.com | rrussell@andrewskurth.com |
| monica.lawless@brookfieldproperties.com | pmaxcy@sonnenschein.com | rterenzi@stcwlaw.com |
| mpage@kelleydrye.com | ppascuzzi@ffwplaw.com | russj4478@aol.com |
| mparry@mosessinger.com | ppatterson@stradley.com | rwasserman@cftc.gov |
| mpomerantz@julienandschlesinger.com | psp@njlawfirm.com | rwyron@orrick.com |
| mprimoff@kayescholer.com | ptrain-gutierrez@kaplanlandau.com | s.minehan@aozorabank.co.jp |
| mpucillo@bermanesq.com | ptrostle@jenner.com | sabin.willett@bingham.com |
| mrosenthal@gibsondunn.com | r.stahl@stahlzelloe.com | sabramowitz@velaw.com |
| mruetzel@whitecase.com | raj.madan@bingham.com | sabvanrooy@hotmail.com |
| mschimel@sju.edu | ramona.neal@hp.com | sagolden@hhlaw.com |
| mschlesinger@julienandschlesinger.com | rbeacher@pryorcashman.com | sally.henry@skadden.com |
| msegarra@mayerbrown.com | rbernard@foley.com | samuel.cavior@pillsburylaw.com |
| mshiner@tuckerlaw.com | rbyman@jenner.com | sandyscafaria@eaton.com |
| msiegel@brownrudnick.com | rdaversa@orrick.com | sara.tapinekis@cliffordchance.com |
| msolow@kayescholer.com | relgidely@gjb-law.com | scargill@lowenstein.com |
| mspeiser@stroock.com | rfleischer@pryorcashman.com | schannej@pepperlaw.com |
| mstamer@akingump.com | rfrankel@orrick.com | schepis@pursuitpartners.com |
| mvenditto@reedsmith.com | rfriedman@silvermanacampora.com | schnabel.eric@dorsey.com |
| mwarren@mtb.com | rgmason@wlrk.com | christianson@buchalter.com |
| nathan.spatz@pillsburylaw.com | rgraham@whitecase.com | schwartzmatthew@sullcrom.com |
| ncoco@mwe.com | rhett.campbell@tklaw.com | scottshelley@quinnemanuel.com |
| neal.mann@oag.state.ny.us | richard.fingard@newedge.com | scousins@armstrongteasdale.com |
| ned.schodek@shearman.com | richard.lear@hklaw.com | sdnyecf@dor.mo.gov |
| neilberger@teamtogut.com | richard.levy@lw.com | sehlers@armstrongteasdale.com |
| newyork@sec.gov | richard.tisdale@friedfrank.com | seichel@crowell.com |
| nherman@morganlewis.com | richard@rwmaplc.com | sfelderstein@ffwplaw.com |
| nickolas.karavolas@pillsburylaw.com | ritkin@steptoe.com | sfineman@lchb.com |
| nissay_10259-0154@mhmjapan.com | rjones@boultcummings.com | sfox@mcguirewoods.com |
| nlepore@schnader.com | rleek@hodgsonruss.com | sgordon@cahill.com |
| notice@bkcylaw.com | rlevin@cravath.com | sgubner@ebg-law.com |
| oipress@travelers.com | rmatzat@hahnhessen.com | shannon.nagle@friedfrank.com |
| otccorpactions@finra.org | rnetzer@willkie.com | sharbeck@sipc.org |
| paronzon@milbank.com | robert.bailey@bnymellon.com | shari.leventhal@ny.frb.org |
| patrick.oh@freshfields.com | robert.dombroff@bingham.com | shgross5@yahoo.com |
| paul.turner@sutherland.com | robert.henoch@kobrekim.com | sidorsky@butzel.com |

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

steven@blbglaw.com

streusand@streusandlandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

tgoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

thomas_noguerola@calpers.ca.gov

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

tunrad@burnslev.com

twheeler@lowenstein.com

ukreppel@whitecase.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

yuwatoko@mofo.com

**EXHIBIT C**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com

azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
colea@gtlaw.com
contact@lawofficessjje.com
cp@stevenslee.com

cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com

| | | |
|---|---|---|
| dlipke@vedderprice.com | francois.janson@hklaw.com | jbromley@cgsh.com |
| dludman@brownconnery.com | fsosnick@shearman.com | jcarberry@cl-law.com |
| dmcguire@winston.com | fyates@sonnenschein.com | jchristian@tobinlaw.com |
| dmurray@jenner.com | gabriel.delvirginia@verizon.net | jchubak@proskauer.com |
| dneier@winston.com | gbray@milbank.com | jdoran@haslaw.com |
| dodonnell@milbank.com | ggitomer@mkbattorneys.com | jdrucker@coleschotz.com |
| dove.michelle@dorsey.com | ggoodman@foley.com | jdyas@halperinlaw.net |
| dpegno@dpklaw.com | giddens@hugheshubbard.com | jean-david.barnea@usdoj.gov |
| draelson@fisherbrothers.com | gkaden@goulstonstorrs.com | jeanites@whiteandwilliams.com |
| dravin@wolffsamson.com | glenn.siegel@dechert.com | jeannette.boot@wilmerhale.com |
| drose@pryorcashman.com | gmoss@riemerlaw.com | jeff.wittig@coair.com |
| drosenzweig@fulbright.com | gravert@ravertpllc.com | jeffery.black@bingham.com |
| drosner@goulstonstorrs.com | gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| drosner@kasowitz.com | harrisjm@michigan.gov | jeldredge@velaw.com |
| dshaffer@wtplaw.com | harveystrickon@paulhastings.com | jen.premisler@cliffordchance.com |
| dshemano@peitzmanweg.com | hbeltzer@mayerbrown.com | jennifer.demarco@cliffordchance.com |
| dspelfogel@foley.com | heim.steve@dorsey.com | jennifer.gore@shell.com |
| dtatge@ebglaw.com | heiser@chapman.com | jeremy.eiden@ag.state.mn.us |
| dtheising@harrisonmoberly.com | hollace.cohen@troutmansanders.com | jfalgowski@reedsmith.com |
| dwdykhouse@pbwt.com | holsen@stroock.com | jflaxer@golenbock.com |
| dwildes@stroock.com | howard.hawkins@cwt.com | jfox@joefoxlaw.com |
| dworkman@bakerlaw.com | hseife@chadbourne.com | jfreeberg@wfw.com |
| easmith@venable.com | hsnovikoff@wlrk.com | jg5786@att.com |
| echang@steinlubin.com | hsteel@brownrudnick.com | jgenovese@gjb-law.com |
| ecohen@russell.com | icatto@mwe.com | jguy@orrick.com |
| efleck@milbank.com | igoldstein@proskauer.com | jherzog@gklaw.com |
| efriedman@fklaw.com | ilevee@lowenstein.com | jhiggins@fdlaw.com |
| efriedman@friedumspring.com | ira.herman@tklaw.com | jhorgan@phxa.com |
| eglas@mccarter.com | isgreene@hhlaw.com | jhuggett@margolisedelstein.com |
| ekbergc@lanepowell.com | israel.dahan@cwt.com | jim@atkinslawfirm.com |
| eleicht@whitecase.com | iva.uroic@dechert.com | jjoyce@dresslerpeters.com |
| eli.mattioli@klgates.com | jacobsonn@sec.gov | jjtancredi@daypitney.com |
| ellen.halstead@cwt.com | james.heaney@lawdeb.com | jjureller@klestadt.com |
| emerberg@mayerbrown.com | james.mcclammy@dpw.com | jkehoe@btkmc.com |
| enkaplan@kaplanlandau.com | james.sprayregen@kirkland.com | jlamar@maynardcooper.com |
| eobrien@sbchlaw.com | jamestecce@quinnemanuel.com | jlawlor@wmd-law.com |
| erin.mautner@bingham.com | jamie.nelson@dubaiic.com | jlee@foley.com |
| eschwartz@contrariancapital.com | jar@outtengolden.com | jlevitin@cahill.com |
| etillinghast@sheppardmullin.com | jason.jurgens@cwt.com | jlipson@crockerkuno.com |
| ezujkowski@emmetmarvin.com | jay.hurst@oag.state.tx.us | jlovi@steptoe.com |
| ezweig@optonline.net | jay@kleinsolomon.com | jlscott@reedsmith.com |
| fbp@ppgms.com | jbecker@wilmingtontrust.com | jmaddock@mcguirewoods.com |
| ffm@bostonbusinesslaw.com | jbeemer@entwistle-law.com | jmakower@tnsj-law.com |
| fhyman@mayerbrown.com | jbeiers@co.sanmateo.ca.us | jmazermarino@msek.com |
| foont@foontlaw.com | jbird@polsinelli.com | jmcginley@wilmingtontrust.com |

| | | |
|---|---|---|
| jmelko@gardere.com | kgwynne@reedsmith.com | marc.chait@sc.com |
| jmerva@fult.com | kiplok@hugheshubbard.com | margolin@hugheshubbard.com |
| jmmurphy@stradley.com | kjarashow@fklaw.com | mark.bane@ropesgray.com |
| jmr@msf-law.com | kkelly@ebglaw.com | mark.deveno@bingham.com |
| jnadritch@olshanlaw.com | kkolbig@mosessinger.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klyman@irell.com | mark.ellenberg@cwt.com |
| john.monaghan@hklaw.com | klynch@formanlaw.com | mark.hellerer@pillsburylaw.com |
| john.rapisardi@cwt.com | kmayer@mccarter.com | mark.sherrill@sutherland.com |
| jorbach@hahnhessen.com | kobak@hugheshubbard.com | martin.davis@ots.treas.gov |
| joseph.cordaro@usdoj.gov | korr@orrick.com | marvin.clements@ag.tn.gov |
| joshua.dorchak@bingham.com | kovskyd@pepperlaw.com | matt@willaw.com |
| jowen769@yahoo.com | kpiper@steptoe.com | matthew.klepper@dlapiper.com |
| jowolf@law.nyc.gov | kressk@pepperlaw.com | maustin@orrick.com |
| joy.mathias@dubaiic.com | kreynolds@mklawnyc.com | max.polonsky@skadden.com |
| jpintarelli@mofo.com | krosen@lowenstein.com | mbenner@tishmanspeyer.com |
| jporter@entwistle-law.com | kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| jprol@lowenstein.com | kurt.mayr@bgllp.com | mberman@nixonpeabody.com |
| jrabinowitz@rltlawfirm.com | lacyr@sullcrom.com | mbienenstock@proskauer.com |
| jrsmith@hunton.com | landon@streusandlandon.com | mbloemsma@mhjur.com |
| jschwartz@hahnhessen.com | lapeterson@foley.com | mbossi@thompsoncoburn.com |
| jsheerin@mcguirewoods.com | lathompson@co.sanmateo.ca.us | mcademartori@sheppardmullin.com |
| jshichich@riddellwilliams.com | lberkoff@moritthock.com | mcantor@normandyhill.com |
| jsmairo@pbnlaw.com | lee.stremba@troutmansanders.com | mccombst@sullcrom.com |
| jstoll@mayerbrown.com | lgotko@fklaw.com | mcordone@stradley.com |
| jsullivan@mosessinger.com | lgranfield@cgsh.com | mcto@debevoise.com |
| jteitelbaum@tblawllp.com | lhandelsman@stroock.com | mcyganowski@oshr.com |
| jtimko@shutts.com | linda.boyle@twtelecom.com | mdorval@stradley.com |
| jtorf@schiffhardin.com | lisa.ewart@wilmerhale.com | melorod@gtlaw.com |
| jtougas@mayerbrown.com | lisa.kraidin@allenovery.com | meltzere@pepperlaw.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | metkin@lowenstein.com |
| jvail@ssrl.com | lkatz@ltblaw.com | mfeldman@willkie.com |
| jwallack@goulstonstorrs.com | lkiss@klestadt.com | mgordon@briggs.com |
| jwang@sipc.org | lmarinuzzi@mofo.com | mgreger@allenmatkins.com |
| jwcohen@daypitney.com | lmay@coleschotz.com | mh1@mccallaraymer.com |
| jweiss@gibsondunn.com | lmcgowen@orrick.com | mhopkins@cov.com |
| jwest@velaw.com | lml@ppgms.com | michael.frege@cms-hs.com |
| jwh@njlawfirm.com | lnashelsky@mofo.com | michael.kelly@monarchlp.com |
| kanema@formanlaw.com | loizides@loizides.com | michael.kim@kobrekim.com |
| karen.wagner@dpw.com | lromansic@steptoe.com | michael.mccrory@btlaw.com |
| kdwbankruptcydepartment@kelleydrye.com | lscarcella@farrellfritz.com | millee12@nationwide.com |
| keckhardt@hunton.com | lschweitzer@cgsh.com | miller@taftlaw.com |
| keith.simon@lw.com | lubell@hugheshubbard.com | mimi.m.wong@irscounsel.treas.gov |
| ken.coleman@allenovery.com | lwhidden@salans.com | mitchell.ayer@tklaw.com |
| ken.higman@hp.com | mabrams@willkie.com | mjedelman@vedderprice.com |
| kerry.moynihan@hro.com | maofiling@cgsh.com | mjr1@westchestergov.com |

| | | |
|---|---|---|
| mkjaer@winston.com | pdublin@akingump.com | robin.keller@lovells.com |
| mlahaie@akingump.com | peisenberg@lockelord.com | roger@rnagioff.com |
| mlandman@lcbf.com | peter.gilhuly@lw.com | ronald.silverman@bingham.com |
| mlichtenstein@crowell.com | peter.macdonald@wilmerhale.com | ross.martin@ropesgray.com |
| mlynch2@travelers.com | peter.simmons@friedfrank.com | rqureshi@reedsmith.com |
| mmendez@hunton.com | peter@bankrupt.com | rrainer@wmd-law.com |
| mmooney@deilylawfirm.com | pfeldman@oshr.com | rreid@sheppardmullin.com |
| mmorreale@us.mufg.jp | phayden@mcguirewoods.com | rroupinian@outtengolden.com |
| mneier@ibolaw.com | philip.wells@ropesgray.com | rrussell@andrewskurth.com |
| monica.lawless@brookfieldproperties.com | pmaxcy@sonnenschein.com | rterenzi@stcwlaw.com |
| mpage@kelleydrye.com | ppascuzzi@ffwplaw.com | russj4478@aol.com |
| mparry@mosessinger.com | ppatterson@stradley.com | rwasserman@cftc.gov |
| mpomerantz@julienandschlesinger.com | psp@njlawfirm.com | rwyron@orrick.com |
| mprimoff@kayescholer.com | ptrain-gutierrez@kaplanlandau.com | s.minehan@aozorabank.co.jp |
| mpucillo@bermanesq.com | ptrostle@jenner.com | sabin.willett@bingham.com |
| mrosenthal@gibsondunn.com | r.stahl@stahlzelloe.com | sabramowitz@velaw.com |
| mruetzel@whitecase.com | raj.madan@bingham.com | sabvanrooy@hotmail.com |
| mschimel@sju.edu | ramona.neal@hp.com | sagolden@hhlaw.com |
| mschlesinger@julienandschlesinger.com | rbeacher@pryorcashman.com | sally.henry@skadden.com |
| msegarra@mayerbrown.com | rbernard@foley.com | samuel.cavior@pillsburylaw.com |
| mshiner@tuckerlaw.com | rbyman@jenner.com | sandyscafaria@eaton.com |
| msiegel@brownrudnick.com | rdaversa@orrick.com | sara.tapinekis@cliffordchance.com |
| msolow@kayescholer.com | relgidely@gjb-law.com | scargill@lowenstein.com |
| mspeiser@stroock.com | rfleischer@pryorcashman.com | schannej@pepperlaw.com |
| mstamer@akingump.com | rfrankel@orrick.com | schepis@pursuitpartners.com |
| mvenditto@reedsmith.com | rfriedman@silvermanacampora.com | schnabel.eric@dorsey.com |
| mwarren@mtb.com | rgmason@wlrk.com | schristianson@buchalter.com |
| nathan.spatz@pillsburylaw.com | rgraham@whitecase.com | schwartzmatthew@sullcrom.com |
| ncoco@mwe.com | rhett.campbell@tklaw.com | scottshelley@quinnemanuel.com |
| neal.mann@oag.state.ny.us | richard.fingard@newedge.com | scousins@armstrongteasdale.com |
| ned.schodek@shearman.com | richard.lear@hklaw.com | sdnyecf@dor.mo.gov |
| neilberger@teamtogut.com | richard.levy@lw.com | sehlers@armstrongteasdale.com |
| newyork@sec.gov | richard.tisdale@friedfrank.com | seichel@crowell.com |
| nherman@morganlewis.com | richard@rwmaplc.com | sfelderstein@ffwplaw.com |
| nickolas.karavolas@pillsburylaw.com | ritkin@steptoe.com | sfineman@lchb.com |
| nissay_10259-0154@mhmjapan.com | rjones@boultcummings.com | sfox@mcguirewoods.com |
| nlepore@schnader.com | rleek@hodgsonruss.com | sgordon@cahill.com |
| notice@bkcylaw.com | rlevin@cravath.com | sgubner@ebg-law.com |
| oipress@travelers.com | rmatzat@hahnhessen.com | shannon.nagle@friedfrank.com |
| otccorpactions@finra.org | rnetzer@willkie.com | sharbeck@sipc.org |
| paronzon@milbank.com | robert.bailey@bnymellon.com | shari.leventhal@ny.frb.org |
| patrick.oh@freshfields.com | robert.dombroff@bingham.com | shgross5@yahoo.com |
| paul.turner@sutherland.com | robert.henoch@kobrekim.com | sidorsky@butzel.com |
| pbattista@gjb-law.com | robert.malone@dbr.com | slerman@ebglaw.com |
| pbosswick@ssbb.com | robert.yalen@usdoj.gov | slerner@ssd.com |

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

steven@blbglaw.com

streusand@streusandlandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

tgoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

thomas_noguerola@calpers.ca.gov

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

tunrad@burnslev.com

twheeler@lowenstein.com

ukreppel@whitecase.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

yuwatoko@mofo.com

**EXHIBIT D**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

**EXHIBIT E**

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT F**

LUXICAV PLUS FLEX 50
19/21 BD DU PRINCE HENRY
L-1724
LUXEMBOURG