CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Richard Levin

*Attorneys for Credit Suisse AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | **(Jointly Administered)** |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Credit Suisse AG, as successor in interest to Clariden Leu Limited, hereby withdraws Proof of Claim number 22855 (the "Proof of Claim"). To be clear, no other claim filed by Credit Suisse AG or Clariden Leu Limited shall be affected hereby.

Respectfully submitted on this 17th day of October 2012.

By
/s/ Richard Levin
Richard Levin
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

[[3374803]]