CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Richard Levin

*Attorneys for Credit Suisse AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | **(Jointly Administered)** |

### NOTICE OF PARTIAL WITHDRAWAL OF PROOF OF CLAIM

Credit Suisse AG hereby partially withdraws Proof of Claim number 55829 (the "Proof of Claim") to the extent, and only to the extent, of the following positions in the following corresponding amounts:

| ISIN | Blocking Number | Amount |
|---|---|---|
| 1. XS0318527495 | 9494606 | USD  50,000 |
| 2. XS0325369725 | 9494552 | USD 100,000 |
| 3. XS0328064810 | 9494599 | USD  50,000 |
| 4. XS0332199115 | 9494651 | USD  50,000 |

To be clear, no other portion of the above ISINs, no other portion of any claim of Credit Suisse AG and no other claim of Credit Suisse AG and shall be affected hereby.

Respectfully submitted on this 17th day of October 2012.

By
  /s/ Richard Levin
Richard Levin
Worldwide Plaza
  825 Eighth Avenue
    New York, NY 10019
      (212) 474-1000

B-1

[[3374746]]