LATHAM & WATKINS LLP
885 Third Avenue
New York, New York  10022
(212) 906-1200
Mark A. Broude, Esq.
*Attorneys for AXA Sun Life PLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re : | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | 08-13555 (JMP) |
| Debtors. : | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 15479, filed on September 17, 2009, against Lehman Brothers Holdings Inc. by AXA Sun Life PLC in the amount of $901,810.30 (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned counsel, Latham & Watkins LLP hereby withdraws with prejudice the claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.  AXA Sun Life PLC represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or

agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: October 18, 2012
New York, New York

        LATHAM & WATKINS LLP
        By: /s/ Mark A. Broude
           Mark A. Broude
           885 Third Avenue
           New York, New York  10022
           (212) 906-1200
        *Attorneys for AXA Sun Life PLC*