UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                            : Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         : 08-13555 (JMP)
                                                 : (Jointly Administered)
                           Debtors.              :
                                                 :
---------------------------------------------------------------x   Ref. Docket No. 31073, 31077,
                                                     31078, 31080, 31206, 31209, 31210,
                                                     31212, 31221-31224, 31226-31228

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 10, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Lauren Rodriguez*
                                                          Lauren Rodriguez

Sworn to before me this
18th day of October, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>       Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALSTON INVESTMENTS LLC
      TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
      C/O ELLIOTT MANAGEMENT CORPORATION
      ATTN: MICHAEL STEPHAN
      40 WEST 57TH STREET
      NEW YORK NY 10019
```

Please note that your claim # 60481-04 in the above referenced case and in the amount of
$511,750.00   allowed at $500,000.00          has been transferred **(unless previously expunged by court order)**

```
      ASHTON INVESTMENTS LLC
      TRANSFEROR: ALSTON INVESTMENTS LLC
      C/O ELLIOT MANAGEMENT CORPORATION
      ATTN: ELLIOT GREENBERG / RAJAT BOSE
      712 FIFTH AVENUE, 35TH FLOOR
      NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 31077        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/10/2012                                Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 10, 2012.

# EXHIBIT B

```
TIME: 12:21:40                                    LEHMAN BROTHERS HOLDING INC.                                                              PAGE:   1
DATE: 10/10/12                                          CREDITOR LISTING

Name                                    Address
ALSTON INVESTMENTS LLC                  TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ASHTON INVESTMENTS LLC                  TRANSFEROR: ALSTON INVESTMENTS LLC C/O ELLIOT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG / RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR
                                        NEW YORK NY 10019
ASHTON INVESTMENTS LLC                  TRANSFEROR: ALSTON INVESTMENTS LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG / RAJAT BOSE
                                        712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ASHTON INVESTMENTS LLC                  TRANSFEROR: ALSTON INVESTMENTS LLC C/O ELLIOTT MGMT CORPORATION ATTN: ELLIOT GREENBERG / RAJAT BOSE NEW YORK NY 10019
BARCLAYS BANK PLC                       ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                       TRANSFEROR: SERENGETI RAPAX MM L.P. ATTN: DANAIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                       TRANSFEROR: SERENGETI RAPAX MM LP ATTN: DANAIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                       TRANSFEROR: SERENGETI RAPAX MM LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
DIVERSIFIED CREDIT INVESTMENTS LLC FAO  C/O DIAMOND MCCARTHY LLP ATTN: HOWARD D RESSLER, ESQ 620 EIGHTH AVE NEW YORK NY 10018
   GIC PTE LTD
DIVERSIFIED CREDIT INVESTMENTS LLC FAO  C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET, SUITE 250 SAN FRANCISCO CA 94105
   GIC PTE LTD
ELLIOTT ASSOCIATES, L.P.                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.             TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
GOVERNMENT OF SINGAPORE INVESTMENT CORP.168 ROBINSON ROAD ATTN: DAWN TEE #37-01 CAPITAL TOWER 68912 SINGAPORE
   PTE LTD
GOVERNMENT OF SINGAPORE INVESTMENT CORP.SIDLEY AUSTIN LLP ATTN: MICHAEL G. BURKE, ESQ. 787 SEVENTH AVE NEW YORK NY 10019
   PTE LTD
LEHMAN BROTHERS SPECIAL FINANCING INC.  TRANSFEROR: DIVERSIFIED CREDIT INVESTMENTS LLC FAO GIC PTE LTD C/O LEHMAN BROTHERS HOLDINGS INC. ATTN: DERIVATIVES LEGAL
                                        1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020
LEHMAN BROTHERS SPECIAL FINANCING INC.  TRANSFEROR: GOVERNMENT OF SINGAPORE INVESTMENT CORP. PTE LTD C/O LEHMAN BROTHERS HOLDINGS INC. ATTN: DERIVATIVES LEGAL
                                        1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020
SERENGETI OPPORTUNITIES MM L.P.         TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS LP     TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM L.P.                 TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR
                                        NEW YORK NY 10012
SERENGETI RAPAX MM LP                   ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
SERENGETI RAPAX MM LP                   TRANSFEROR: ILLIQUIDX LLP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM LP                   TRANSFEROR: ILLIQUIDX LLP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM LP                   TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR
                                        NEW YORK NY 10012

Total Number of Records Printed         23
```

EPIQ BANKRUPTCY SOLUTIONS, LLC