**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------x
                                                                )
In re:                                                          ) Chapter 11
                                                                )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        ) Case No. 08-13555 (JMP)
                                                                )
                                                                )
                                                                )
       Debtors                                                  ) (Jointly Administered)
---------------------------------------------------------------------------------x

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| The Royal Bank of Scotland plc | Caisse Régionale de Crédit Agricole Mutuel Charente-Périgord |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Case No. 08-13555**

Court Claim # (if known):  #27706

Amount of Claim Filed:  $500,022.44

The Royal Bank of Scotland plc
600 Washington Blvd.
Stamford, CT  06901
Attn:  Matthew Rosencrans
Tel: 203-618-2644

Amount of Claim Transferred:  $500,022.44

Date Claim Filed: 9/22/2009

Debtor:  Lehman Brothers Holdings Inc.

With a copy to:
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt

NYC:243581.1



CHARENTE-PERIGORD

### EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Caisse Régionale de Crédit Agricole Mutuel Charente-Périgord** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **The Royal Bank of Scotland plc** ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 27706) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 19th day of October, 2012.

| | |
|---|---|
| **CAISSE REGIONALE DE CREDIT AGRICOLE MUTUEL CHARENTE-PERIGORD** Séverine TOURTOIS Directrice Financière<br>By: _____<br>Name:<br>Title:<br><br>By: _____<br>Name: GAILLARDS Philippe<br>Title: Treasurer | **THE ROYAL BANK OF SCOTLAND PLC**<br>By: RBS Securities Inc., its agent<br><br>By: Mason Chau<br>Name: Mason Chau<br>Title: Vice President |

CAISSE REGIONALE DE
CREDIT AGRICOLE MUTUEL
*CHARENTE-PERIGORD*
Rue d'Epagnac - 16800 SOYAUX
Tél. 05.45.20.45.20

NYC 2408554

CAISSE REGIONALE DE CREDIT AGRICOLE MUTUEL CHARENTE-PERIGORD