UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
:
In re                                                                                   :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                                   :
:
-----------------------------------------------------------------------x    Ref. Docket No. 31213-31217,
31258, 31265-31270

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 11, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
18th day of October, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 31213-31217, 31258, 31265-31270_AFF_10-11-12.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                                          | Chapter 11 Case No.
                                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,                         | 08-13555 (JMP)
                                                               |
                    Debtors.                                   | (Jointly Administered)

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  DEUTSCHE BANK AG, LONDON BRANCH
         TRANSFEROR: SPCP GROUP, LLC, AS AGENT FOR SILVER POINT CAPITAL FUND LP
         ATTN: JEFFREY OLINSKY
         60 WALL ST., 3RD FLOOR
         NEW YORK NY 10005

Please note that your claim # 1122-02 in the above referenced case and in the amount of
    $16,935,973.82   allowed at $14,500,000.00        has been transferred **(unless previously expunged by court order)**

         PAULSON CREDIT OPPORTUNITIES MASTER LTD
         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
         ATTN: JAMES OLIVO
         1251 AVENUE OF THE AMERICAS, 50TH FLOOR
         NEW YORK NY 10020

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 30798      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/11/2012                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 11, 2012.

# EXHIBIT B

```
TIME: 14:34:02                                              LEHMAN BROTHERS HOLDING INC.                                                              PAGE:   1
DATE: 10/11/12                                                   CREDITOR LISTING

Name                                              Address
AVIVA ASSICURAZIONI SPA                           TRANSFEROR: RUBY FINANCE PLC SERIES 2007-2 ATTN: MARK SHERRILL 1275 PENNSYLVANIA AVE NW WASHINGTON DC 20004
AVIVA ITALIA SPA                                  TRANSFEROR: RUBY FINANCE PLC SERIES 2007-2 ATTN: MARK SHERRILL 1275 PENNSYLVANIA AVE NW WASHINGTON DC 20004
AVIVA LIFE SPA                                    TRANSFEROR: RUBY FINANCE PLC SERIES 2007-2 ATTN: MARK SHERRILL 1275 PENNSYLVANIA AVE NW WASHINGTON DC 20004
AVIVA SPA                                         TRANSFEROR: RUBY FINANCE PLC SERIES 2007-2 ATTN: MARK SHERRILL 1275 PENNSYLVANIA AVE NW WASHINGTON DC 20004
AVIVA VITA SPA                                    TRANSFEROR: RUBY FINANCE PLC SERIES 2007-2 ATTN: MARK SHERRILL 1275 PENNSYLVANIA AVE NW WASHINGTON DC 20004
BROUWER RE RA, J. (SOESTER HOEKJE ACC.            KERKPAD NOORDZYDE 21 SOEST  3764 AH NETHERLANDS
 BV)
DEUTSCHE BANK AG,LONDON BRANCH                    TRANSFEROR: SPCP GROUP, LLC, AS AGENT FOR SILVER POINT CAPITAL FUND LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DOMINICAS, C.                                     DUINWEG 3 DEN HELDER  1783 AP NETHERLANDS
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: ILLIQUIDX LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
GAIJMANS R.  EN GAIIJMANS-WESTERMANN, E.          LIGNESTRAAT 15 MADE  4921 ET NETHERLANDS
GAIJMANS, R. & E. GAIJMANS-WESTERMANN             LIGNESTRAAT 15 MADE  4921 ET NETHERLANDS
ILLIQUIDX LLP                                     TRANSFEROR: KRISHNA ENTERPRISES LTD. ATTN: CELESTINO AMORE, MANAGING PARTNER 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
MUSKENS, JPM                                      KAPELSTRAAT 50 ELSHOUT  5154 AX NETHERLANDS
PAULSON CREDIT OPPORTUNITIES MASTER LTD           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
RUBY FINANCE PLC SERIES 2007-2                    C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE
                                                  LONDON  E14 5AL UNITED KINGDOM
RUBY FINANCE PLC SERIES 2007-2                    MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: BROUWER RE RA, J. (SOESTER HOEKJE ACC. BV) ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: DOMINICAS, C. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: GAIJMANS R.  EN GAIIJMANS-WESTERMANN, E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: GAIJMANS, R. & E. GAIJMANS-WESTERMANN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: MUSKENS, JPM ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: VAN DER EIJK, G. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
VAN DER EIJK, G.                                  BODDENS HOSANGWEG 102 WOUBRUGGE  2481 LB NETHERLANDS


Total Number of Records Printed           23
```