## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

GoldenTree Multistrategy, Ltd, a Cayman Islands company, located at 300 Park Avenue, 21st Floor, New York, New York 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Chase Lincoln First Commercial Corporation, its successors and assigns, with offices at 383 Madison Avenue - Floor 37, New York, New York 10179 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 15039) in an undetermined amount (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the _2_ day of July, 2012.

**GOLDENTREE MULTISTRATEGY, LTD**

By: GoldenTree Asset Management, LP

By: _____
       Authorized Signatory
Name:
Title:

**CHASE LINCOLN FIRST COMMERCIAL CORPORATION**

By: _____
Name:    Peter Schoepe
Title:    Authorized Signatory

G:\AGREEMEN\Lehman Claims\(LBIE Stipulated and LBHI)\(LBIE Stipulated and LBHI) GT to CL [1548948] 6.6.12TD; £3.6M\EOT (LBIE Stipulated and LBHI) Goldentree Mult Ltd  to Chase Lincoln [1548948] 6.6.12TD; £3.6M.docx