MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000

*Attorneys for the DWS Communications Fund*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC. *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

### CERTIFICATE OF SERVICE

I, Patrick D. Fleming, hereby certify that on October 19, 2012, I caused a true and correct copy of the *Response of the DWS Communications Fund to the Plan Administrator's Three Hundred and Fifty Third Omnibus Objection to Claims* to be served upon the parties on the attached list via overnight mail.

/s/ Patrick D. Fleming
Patrick D. Fleming

DB1/ 71445395.1

TO:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:   Robert J. Lemons, Esq.
        Mark Bernstein, Esq.

United States Trustee
33 Whitehall Street – 21st Floor
New York, NY  10004
Attn:   Tracy Hope Davis, Esq.
        Elisabetta Gasparini, Esq.
        Andrea B. Schwartz, Esq.

DB1/ 71445395.1