Form 210A (10/06)

# UNITED STATES BANKRUTPCY COURT

## Southern District of New York

In re **Lehman Brothers Holdings, Inc.**          Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Name of Transferee** | **Name of Transferor** |
| CVF Lux Master S.a.r.l. | Lily Pond Currency Plus Master Fund Ltd |

**Name and Address where notices to Transferee should be sent:**
c/o CarVal Investors UK limited
25 Great Pulteney Street, 3rd Floor
London W1F 9LT
United Kingdom

Court Claim# (if Known): **21583**
Amount of Claim: **$5,196,470.00**
Date Claim Filed: **9/21/2009**
Debtor: **Lehman Brothers Holdings Inc.**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Clifford Bottomley**          Date:     October 19, 2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**ANNEX 2**
**LBHI TRANSFER NOTICE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ch-11 LEHMAN BROTHERS HOLDINGS, INC.<br><br>Debtor | Case No. 08-13555<br><br>Chapter 11 |

**NOTICE OF TRANSFER OF CLAIM**
**PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that the following claim(s) of Lily Pond Currency Plus Master Fund Ltd. ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $5,196,470.00 | 21583 |

has / have been transferred and assigned to CVF Lux Master Sarl ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVF LUX MASTER SARL
Address: c/o CarVal Investors UK Limited
25 Great Pulteney Street
3rd Floor
London
W1F 9LT,
United Kingdom

Signature: _____
Name: _____
Title: _____
Date: _____

SELLER: LILY POND CURRENCY PLUS MASTER FUND LTD
Address: c/o Lily Pond Capital Management, LLC
Attn: Glen Carnes
450 Park Avenue
New York, NY 10022

Signature: /s/ Howard Kurz
Name: Howard Kurz
Title: Director
Date:

24

**ANNEX 2**
**LBHI TRANSFER NOTICE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 08-13555 |
|---|---|
| Ch-11 LEHMAN BROTHERS HOLDINGS, INC. | Chapter 11 |
| Debtor | |

**NOTICE OF TRANSFER OF CLAIM**
**PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that the following claim(s) of Lily Pond Currency Plus Master Fund Ltd. ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $5,196,470.00 | 21583 |

has / have been transferred and assigned to CVF Lux Master Sarl ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVF LUX MASTER SARL
Address: c/o CarVal Investors UK Limited
25 Great Pulteney Street
3rd Floor
London
W1F 9LT,
United Kingdom

Signature: _(signed)_
Name: CLIFFORD BOTTOMLEY
Title: DIRECTOR (EUROPEAN FUND OPS)
Date: 8 OCT 2012

SELLER: LILY POND CURRENCY PLUS MASTER FUND LTD
Address:

Signature: _____
Name: _____
Title: _____
Date: _____