WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF**
**DEBTORS' THREE HUNDRED FOURTH OMNIBUS**
**OBJECTION (DUPLICATE DERIVATIVES CLAIMS)**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases is withdrawing without prejudice the Debtors' Three Hundred Fourth Omnibus Objection to Claims (Duplicate Derivatives Claims) [ECF No. 27875]

2

<u>solely with respect to the claims listed on **Exhibit A**</u>.

Dated: October 19, 2012
       New York, New York

                                             /s/ Robert J. Lemons
                                             Robert J. Lemons

                                             WEIL, GOTSHAL & MANGES LLP
                                             767 Fifth Avenue
                                             New York, New York 10153
                                             Telephone:  (212) 310-8000
                                             Facsimile:   (212) 310-8007

                                             Attorneys for Lehman Brothers Holdings Inc.
                                             and Certain of Its Affiliates

2

# Exhibit A

## Adjourned Claims:

| Claimant | Claim No. |
|---|---|
| AVIVA ASSICURAZIONI S.P.A | 18174 |
| AVIVA ITALIA S.P.A. | 18167 |
| AVIVA LIFE S.P.A. | 18166 |
| AVIVA S.P.A. | 18173 |
| AVIVA VITA S.P.A. | 18168 |