FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Leif T. Simonson

Attorneys for Santa Fe Partners, LLC;
Santa Fe Partners, LLC for and on behalf of
Anasazi Systematic Long Short LP and
Anasazi Market Neutral LP; and Santa Fe
Master Fund SPC for and on behalf of
Anasazi Market Neutral 2x, Segregated
Portfolio, Anasazi Market Neutral 3x,
Segregated Portfolio, Anasazi Systematic
Long Short B, Segregated Portfolio, Anasazi
Systematic European Long Short C,
Segregated Portfolio, Anasazi Japanese
Systematic Long Short D, Segregated
Portfolio, Anasazi Systematic European
Long Short E, Segregated Portfolio and
Anasazi Systematic Japanese Long Short F,
Segregated Portfolio

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
----------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CERTAIN PROOFS OF CLAIM

PLEASE TAKE NOTICE that Santa Fe Partners, LLC, for and on behalf of

Anasazi Systematic Long Short LP and Anasazi Market Neutral LP, and Santa Fe Master Fund

SPC, for and on behalf of Anasazi Market Neutral 2x, Segregated Portfolio, Anasazi Market

Neutral 3x, Segregated Portfolio, Anasazi Systematic Long Short B, Segregated Portfolio,

Anasazi Systematic European Long Short C, Segregated Portfolio, Anasazi Japanese Systematic Long Short D, Segregated Portfolio, Anasazi Systematic European Long Short E, Segregated Portfolio, and Anasazi Systematic Japanese Long Short F, Segregated Portfolio, (collectively, the "Santa Fe Entities"), by and through their undersigned counsel, hereby withdraw with prejudice the proofs of claim listed on Exhibit A attached hereto (the "Claims").

The undersigned counsel is authorized to submit this Notice of Withdrawal of Certain Proofs of Claim on behalf of the Santa Fe Entities and represents and warrants that the withdrawal of the Claims is within each of the Santa Fe Entities' corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

The Santa Fe Entities hereby authorize Epiq Bankruptcy Solutions LLC to update the claims registry accordingly.

Dated: October 19, 2012

_____
Leif T. Simonson

FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Attorneys for the Santa Fe Entities

2

## Exhibit A

### Claims Withdrawn With Prejudice:

| Claimant Name | Claim Number |
|---|---|
| SANTA FE MSTR FD. SPC., FAOBO ANASAZI JAPANESE SYSTEMATIC LONG SHORT D, SEG. POR. | 43797 |
| SANTA FE MSTR FD. SPC., FAOBO ANASAZI MARKET NEUTRAL 2X, SEG. POR. | 43801 |
| SANTA FE MSTR FD. SPC., FAOBO ANASAZI MARKET NEUTRAL 3X, SEG. PORT. | 43800 |
| SANTA FE MSTR FD. SPC., FAOBO ANASAZI SYSTEMATIC EUROPEAN LONG SHORT C, SEG. POR. | 43798 |
| SANTA FE MSTR FD. SPC., FAOBO ANASAZI SYSTEMATIC EUROPEAN LONG SHORT E, SEG. POR. | 43796 |
| SANTA FE MSTR FD. SPC., FAOBO ANASAZI SYSTEMATIC JAPANESE LONG SHORT F, SEG. POR. | 43795 |
| SANTA FE MSTR FD. SPC., FAOBO ANASAZI SYSTEMATIC LONG SHORT B, SEG. POR. | 43799 |
| SANTA FE PARTNERS LLC, FAOBO ANASAZI MARKET NEUTRAL LP | 43794 |
| SANTA FE PARTNERS LLC, FAOBO ANASAZI SYSTEMATIC LONG SHORT LP | 43793 |