**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |
|---|---|
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| Lehman Brothers Special Financing Inc., <u>et al</u>. | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

_____

Proof of Claim No.: **19936**
Date Proof of Claim Filed: **9/21/2009**
Amount of Claim Transferred: **$3,000,000.00**

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)

**TO:    TRANSFEROR:    GOLDMAN SACHS LENDING PARTNERS LLC**
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Attention:   Michelle Latzoni
Telephone:  212-934-3921
E-mail:      gsd.link@gs.com

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **19936** against Lehman Brothers Special Financing Inc. in the amount of **$3,000,000.00** as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:    PMT CREDIT OPPORTUNITIES FUND LTD.**
c/o GLG Ore Hill LLC
HSBC Tower
452 5th Ave., 27th Floor
New York, NY 10018
Attention:   Rachel Carr-Harris
Telephone:  212-224-7255
E-mail:      Rachel.car-harris@glgpartners.com

No action is required if you do not object to the transfer of the claim as described above.  **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

–   FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
–   SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
–   IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
–   IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED
    FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

8233875

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>PMT Credit Opportunities Fund Ltd.</u>          <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): <u>19936</u>
should be sent:                                        Amount of Claim Transferred: <u>$3,000,000.00</u>
                                                       Date Claim Filed: <u>9/21/2009</u>
PMT Credit Opportunities Fund Ltd.                     Debtor: <u>Lehman Brothers Special Financing Inc.</u>
c/o GLG Ore Hill LLC
HSBC Tower
452 5th Ave., 27th Floor
New York, NY 10018
Attn: Rachel Carr-Harris
Tel: 212-224-7255
Email: rachel.carr-harris@glgpartners.com

Phone:_____          Phone:_____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PMT CREDIT OPPORTUNITIES FUND LTD.
By: GLG Ore Hill LLC
Its: Investment Advisor

By: _____          Date: _10\19\12_____
      Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC


By: _____
      Transferor/Transferor's Agent

14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

PMT CREDIT OPPORTUNITIES FUND LTD.
By: GLG Ore Hill LLC
Its: Investment Advisor

By: _____
      Name of Transferee/Transferee's Agent

Date: 10|19|12

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
      Transferor/Transferor's Agent

**Michelle Latzoni**
**Authorized Signatory**

14