WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                               :   **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,            :   **08-13555 (JMP)**
:
Debtors.                                      :   **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**THREE HUNDRED FORTY-SIXTH OMNIBUS OBJECTION**
**TO CLAIMS (SECURITIES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Forty-Sixth

Omnibus Objection to Claims (Securities Claims) [ECF No. 30062] that was scheduled for

October 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the**

**claims listed on Exhibit A attached hereto, to November 20, 2012 at 10:00 a.m. (Prevailing**

**Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will

be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601

of the United States Bankruptcy Court for the Southern District of New York, One Bowling

Green, New York, New York 10004, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: October 22, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

2

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Alameda County Employees' Retirement Association | 27762 |
| American European Insurance Company | 27763 |
| Belmont Holdings Corp | 27764 |
| Brockton Contributory Retirement System | 27776 |
| City of Edinburgh Council as Administering Authority of the Lothian Pension Fund | 27777 |
| Fleischman, Rick | 27778 |
| Gott, Stephen | 28048 |
| Kano, Karim | 28052 |
| Kosseff, Marsha | 27761 |
| Lee, Ann | 27769 |
| Northern Ireland Local Government Officers' Superannuation Committee | 27768 |
| Operating Engineers Local 3 Trust Fund | 27767 |
| Perez, Francisco | 27766 |
| Police and Fire Retirement System of the City of Detroit | 27765 |
| Profili, Ronald | 27775 |
| Shea-Edwards Limited Partnership | 27774 |
| Teamsters Allied Benefit Funds | 27773 |
| Telling, Fred | 27772 |
| Wang, Grace | 27771 |
| Zahniser Trust | 27770 |