WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                              :
**In re**                                     :        **Chapter 11 Case No.**
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :        **08-13555 (JMP)**
                                              :
                    Debtors.                  :        **(Jointly Administered)**
                                              :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THE THREE HUNDRED**
**FIFTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT**
**DOCUMENTATION CLAIMS) SOLELY AS TO CLAIM NUMBER 13576**

        **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan
Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of
Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced
chapter 11 cases, is withdrawing without prejudice the Three Hundred Fifty-Sixth Omnibus
Objection to Claims (Insufficient Documentation Claims) [ECF No. 31047] *solely* with respect to
the claim of Pierre Opman/Danopi, proof of claim number 13576 ("Claim No. 13576"). The Plan
Administrator reserves its rights to object to Claim No. 13576 on any grounds in the future.

Dated:  October 22, 2012
        New York, New York

                                        /s/ Robert J. Lemons
                                        Robert J. Lemons

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates