B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

                Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Botticelli, L.L.C.
Name of Transferee

Cantor Fitzgerald & Co.
Name of Transferor

Name and Address where notices to transferee should be sent:

Botticelli, L.L.C.
245 Park Avenue
New York, NY 10167

Phone: _____
Last Four Digits of Acct #: _____

Court Claim #: 58098 (85.2862% of claim)
Amount of Claim as Filed: $64,022,343.00
Amount of Claim as Allowed: $9,136,852.86
Amount of Claim Transferred: $7,792,475.95
(as allowed)
Date Claim Filed: 10/30/09

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Thomas M. Fuller_                Date: 10/12/12
    Transferee/Transferee's Agent
    Thomas M. Fuller
    Authorized Signatory

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Cantor Fitzgerald & Co.

    For value received, the adequacy and sufficiency of which are hereby acknowledged, **Cantor Fitzgerald & Co.** ("Seller") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to **Botticelli, L.L.C.** ("Purchaser"), an undivided interest, to the extent of the applicable percentage/principal amount/nominal amount specified in Schedule I attached hereto in Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the security referred to on Schedule I hereto together with all other claims (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "Claim") in respect thereof and against **Lehman Brothers Treasury Co. B.V.** and/or **Lehman Brothers Holdings Inc.** (debtor in **Case No. 08-13555** pending in the U.S. Bankruptcy Court for the Southern District of New York) (each a "Debtor"), including, without limitation on, any and all proofs of claim filed in respect of the Claim, including without limitation, **Proof of Claim Number 58098** filed in the bankruptcy case of **Lehman Brothers Holdings Inc.**

    Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

    IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this _____ day of October, 2012.

**Cantor Fitzgerald & Co.**

By: _____
Name: Shawn Matthews
Title: Chief Executive Officer

110 East 59th Street
New York, NY 10022

**Botticelli, L.L.C.**

By: Angelo, Gordon & Co., L.P.
Manager

By: _____
Name: Thomas M. Fuller
Title: Authorized Signatory

245 Park Avenue
New York, NY 10167

Schedule 1

Transferred Claims

Purchased Claims

1. $5,582,359.56 of XS0283497005, which is 85.088889% of the allowed amount of XS0283497005 of the Proof of Claim as of the date hereof.

2. $1,056,602.77 of AU300LBTC011, which is 86.666667% of the allowed amount of AU300LBTC011 of the Proof of Claim as of the date hereof.

3. $1,153,513.62 of CH0029197156, which is 85.0000000% of the allowed amount of CH0029197156 of the Proof of Claim as of the date hereof.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| Issue of EUR 17,000,000 CMS-linked Notes due January 2017 consolidated with EUR 360,000,000 CMS-linked Notes due January 2017 by Lehman Brothers Treasury Co. B.V. Guaranteed by Lehman Brothers Holdings Inc. under the U.S. $60,000,000,000 Euro Medium-Term Note Program | XS0283497005 (blocking no. 6043658) | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | EUR 3,829,000.00 | 4.46016% | 01/31/2017 | $151,942.38 |
| Issue of AUD 250,000,000 Fixed Rate Australian Domestic Notes due 24 August 2011 by Lehman Brothers Treasury Co. B.V. under the US $60,000,000,000 Euro Medium-Term Note Program of Lehman | AU300LBTC011 (blocking no. 6043649) | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | AUD 1,300,000.00 | 6.65% | 08/24/2011 | $4,203.33 |

AMR-383329-v1

Schedule 1-1

80-40522400

| | | | | | |
|---|---|---|---|---|---|
| Brothers Holdings Inc., Lehman Brothers Treasury Co. B.V. and Lehman Brothers Bankhaus AG | | | | | |
| Issue of 2.875% Notes of CHF 150,000,000 due 14 March 2013 by Lehman Brothers Treasury Co. B.V. unconditionally and irrevocably guaranteed by Lehman Brothers Holding Inc. under the U.S. $60,000,000,000 Euro Medium-Term Note Program | CH0029197156 (blocking no. 6043650) | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | CHF 1,275,000.00 | 2.875% | 03/14/2013 | $21,020.50 |