**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    08-13555 (JMP)
                                                                 :
            Debtors.                                        :    (Jointly Administered)
                                                                 :
----------------------------------------------------------------x    Ref. Docket No. 31569

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                            ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 19, 2012, I caused to be served the "Eighth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts," dated October 19, 2012 [Docket No. 31569], by causing true and correct copies to be:

    i.  delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
19th day of October, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6220196
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | barbra.parlin@hklaw.com |
| aalfonso@willkie.com | bbisignani@postschell.com |
| abeaumont@fklaw.com | bcarlson@co.sanmateo.ca.us |
| abraunstein@riemerlaw.com | bdk@schlamstone.com |
| acaton@kramerlevin.com | bguiney@pbwt.com |
| acker@chapman.com | bkmail@prommis.com |
| adam.brezine@hro.com | bmanne@tuckerlaw.com |
| adarwin@nixonpeabody.com | bmiller@mofo.com |
| adiamond@diamondmccarthy.com | boneill@kramerlevin.com |
| aeckstein@blankrome.com | brian.corey@greentreecreditsolutions.com |
| aentwistle@entwistle-law.com | brosenblum@jonesday.com |
| afriedman@irell.com | broy@rltlawfirm.com |
| agbanknewyork@ag.tn.gov | bruce.wright@sutherland.com |
| aglenn@kasowitz.com | bstrickland@wtplaw.com |
| agold@herrick.com | btrust@mayerbrown.com |
| agoldstein@tnsj-law.com | bturk@tishmanspeyer.com |
| aisenberg@saul.com | bwolfe@sheppardmullin.com |
| akantesaria@oppenheimerfunds.com | cahn@clm.com |
| akolod@mosessinger.com | calbert@reitlerlaw.com |
| alum@ftportfolios.com | canelas@pursuitpartners.com |
| amarder@msek.com | carol.weinerlevy@bingham.com |
| amartin@sheppardmullin.com | cbelisle@wfw.com |
| amcmullen@boultcummings.com | cbelmonte@ssbb.com |
| amenard@tishmanspeyer.com | cbrotstein@bm.net |
| andrew.brozman@cliffordchance.com | cdesiderio@nixonpeabody.com |
| andrew.lourie@kobrekim.com | cgoldstein@stcwlaw.com |
| angelich.george@arentfox.com | chammerman@paulweiss.com |
| ann.reynaud@shell.com | charles@filardi-law.com |
| anthony_boccanfuso@aporter.com | charles_malloy@aporter.com |
| aoberry@bermanesq.com | chipford@parkerpoe.com |
| aostrow@beckerglynn.com | chris.donoho@lovells.com |
| apo@stevenslee.com | christopher.schueller@bipc.com |
| aquale@sidley.com | clarkb@sullcrom.com |
| arahl@reedsmith.com | clynch@reedsmith.com |
| arheaume@riemerlaw.com | cmontgomery@salans.com |
| arlbank@pbfcm.com | cohen@sewkis.com |
| arosenblatt@chadbourne.com | colea@gtlaw.com |
| arthur.rosenberg@hklaw.com | contact@lawofficesjje.com |
| arwolf@wlrk.com | cp@stevenslee.com |
| aseuffert@lawpost-nyc.com | cpappas@dilworthlaw.com |
| ashmead@sewkis.com | craig.goldblatt@wilmerhale.com |
| asnow@ssbb.com | crmomjian@attorneygeneral.gov |
| aunger@sidley.com | cs@stevenslee.com |
| austin.bankruptcy@publicans.com | csalomon@beckerglynn.com |
| avenes@whitecase.com | cschreiber@winston.com |
| azylberberg@whitecase.com | cshore@whitecase.com |
| bankr@zuckerman.com | cshulman@sheppardmullin.com |
| bankruptcy@goodwin.com | ctatelbaum@adorno.com |
| bankruptcy@morrisoncohen.com | cwalsh@mayerbrown.com |
| bankruptcy@ntexas-attorneys.com | cward@polsinelli.com |
| bankruptcymatters@us.nomura.com | cweber@ebg-law.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| cweiss@ingramllp.com | dtheising@harrisonmoberly.com |
| dallas.bankruptcy@publicans.com | dwdykhouse@pbwt.com |
| daniel.guyder@allenovery.com | dwildes@stroock.com |
| dave.davis@isgria.com | dworkman@bakerlaw.com |
| david.bennett@tklaw.com | easmith@venable.com |
| david.heller@lw.com | echang@steinlubin.com |
| david.powlen@btlaw.com | ecohen@russell.com |
| david.seligman@kirkland.com | efleck@milbank.com |
| davids@blbglaw.com | efriedman@fklaw.com |
| davidwheeler@mvalaw.com | efriedman@friedumspring.com |
| dbalog@intersil.com | eglas@mccarter.com |
| dbarber@bsblawyers.com | ekbergc@lanepowell.com |
| dbaumstein@whitecase.com | eleicht@whitecase.com |
| dbesikof@loeb.com | eli.mattioli@klgates.com |
| dcimo@gjb-law.com | ellen.halstead@cwt.com |
| dcoffino@cov.com | emerberg@mayerbrown.com |
| dcrapo@gibbonslaw.com | enkaplan@kaplanlandau.com |
| ddavis@paulweiss.com | eobrien@sbchlaw.com |
| ddrebsky@nixonpeabody.com | erin.mautner@bingham.com |
| ddunne@milbank.com | eschwartz@contrariancapital.com |
| deggermann@kramerlevin.com | etillinghast@sheppardmullin.com |
| deggert@freebornpeters.com | ezujkowski@emmetmarvin.com |
| demetra.liggins@tklaw.com | ezweig@optonline.net |
| dfelder@orrick.com | fbp@ppgms.com |
| dflanigan@polsinelli.com | ffm@bostonbusinesslaw.com |
| dgrimes@reedsmith.com | fhyman@mayerbrown.com |
| dhayes@mcguirewoods.com | foont@foontlaw.com |
| dheffer@foley.com | francois.janson@hklaw.com |
| diconzam@gtlaw.com | fsosnick@shearman.com |
| djoseph@stradley.com | fyates@sonnenschein.com |
| dkleiner@velaw.com | gabriel.delvirginia@verizon.net |
| dkozusko@willkie.com | gbray@milbank.com |
| dlemay@chadbourne.com | ggitomer@mkbattorneys.com |
| dlipke@vedderprice.com | ggoodman@foley.com |
| dludman@brownconnery.com | giddens@hugheshubbard.com |
| dmcguire@winston.com | gkaden@goulstonstorrs.com |
| dmurray@jenner.com | glenn.siegel@dechert.com |
| dneier@winston.com | gmoss@riemerlaw.com |
| dodonnell@milbank.com | gravert@ravertpllc.com |
| dove.michelle@dorsey.com | gspilsbury@jsslaw.com |
| dpegno@dpklaw.com | harrisjm@michigan.gov |
| draelson@fisherbrothers.com | harveystrickon@paulhastings.com |
| dravin@wolffsamson.com | hbeltzer@mayerbrown.com |
| drose@pryorcashman.com | heim.steve@dorsey.com |
| drosenzweig@fulbright.com | heiser@chapman.com |
| drosner@goulstonstorrs.com | hollace.cohen@troutmansanders.com |
| drosner@kasowitz.com | holsen@stroock.com |
| dshaffer@wtplaw.com | howard.hawkins@cwt.com |
| dshemano@peitzmanweg.com | hseife@chadbourne.com |
| dspelfogel@foley.com | hsnovikoff@wlrk.com |
| dtatge@ebglaw.com | hsteel@brownrudnick.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| icatto@mwe.com | jjoyce@dresslerpeters.com |
| igoldstein@proskauer.com | jjtancredi@daypitney.com |
| ilevee@lowenstein.com | jjureller@klestadt.com |
| ira.herman@tklaw.com | jkehoe@btkmc.com |
| isgreene@hhlaw.com | jlamar@maynardcooper.com |
| israel.dahan@cwt.com | jlawlor@wmd-law.com |
| iva.uroic@dechert.com | jlee@foley.com |
| jacobsonn@sec.gov | jlevitin@cahill.com |
| james.heaney@lawdeb.com | jlipson@crockerkuno.com |
| james.mcclammy@dpw.com | jlovi@steptoe.com |
| james.sprayregen@kirkland.com | jlscott@reedsmith.com |
| jamestecce@quinnemanuel.com | jmaddock@mcguirewoods.com |
| jamie.nelson@dubaiic.com | jmakower@tnsj-law.com |
| jar@outtengolden.com | jmazermarino@msek.com |
| jason.jurgens@cwt.com | jmcginley@wilmingtontrust.com |
| jay.hurst@oag.state.tx.us | jmelko@gardere.com |
| jay@kleinsolomon.com | jmerva@fult.com |
| jbecker@wilmingtontrust.com | jmmurphy@stradley.com |
| jbeemer@entwistle-law.com | jmr@msf-law.com |
| jbeiers@co.sanmateo.ca.us | jnadritch@olshanlaw.com |
| jbird@polsinelli.com | jnm@mccallaraymer.com |
| jbromley@cgsh.com | john.monaghan@hklaw.com |
| jcarberry@cl-law.com | john.rapisardi@cwt.com |
| jchristian@tobinlaw.com | jorbach@hahnhessen.com |
| jchubak@proskauer.com | joseph.cordaro@usdoj.gov |
| jdoran@haslaw.com | joshua.dorchak@bingham.com |
| jdrucker@coleschotz.com | jowen769@yahoo.com |
| jdyas@halperinlaw.net | jowolf@law.nyc.gov |
| jean-david.barnea@usdoj.gov | joy.mathias@dubaiic.com |
| jeanites@whiteandwilliams.com | jpintarelli@mofo.com |
| jeannette.boot@wilmerhale.com | jporter@entwistle-law.com |
| jeff.wittig@coair.com | jprol@lowenstein.com |
| jeffery.black@bingham.com | jrabinowitz@rltlawfirm.com |
| jeffrey.sabin@bingham.com | jrsmith@hunton.com |
| jeldredge@velaw.com | jschwartz@hahnhessen.com |
| jen.premisler@cliffordchance.com | jsheerin@mcguirewoods.com |
| jennifer.demarco@cliffordchance.com | jshickich@riddellwilliams.com |
| jennifer.gore@shell.com | jsmairo@pbnlaw.com |
| jeremy.eiden@ag.state.mn.us | jstoll@mayerbrown.com |
| jfalgowski@reedsmith.com | jsullivan@mosessinger.com |
| jflaxer@golenbock.com | jteitelbaum@tblawllp.com |
| jfox@joefoxlaw.com | jtimko@shutts.com |
| jfreeberg@wfw.com | jtorf@schiffhardin.com |
| jg5786@att.com | jtougas@mayerbrown.com |
| jgenovese@gjb-law.com | judy.morse@crowedunlevy.com |
| jguy@orrick.com | jvail@ssrl.com |
| jherzog@gklaw.com | jwallack@goulstonstorrs.com |
| jhiggins@fdlaw.com | jwang@sipc.org |
| jhorgan@phxa.com | jwcohen@daypitney.com |
| jhuggett@margolisedelstein.com | jweiss@gibsondunn.com |
| jim@atkinslawfirm.com | jwest@velaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| jwh@njlawfirm.com | lwhidden@salans.com |
| kanema@formanlaw.com | mabrams@willkie.com |
| karen.wagner@dpw.com | maofiling@cgsh.com |
| kdwbankruptcydepartment@kelleydrye.com | marc.chait@sc.com |
| keckhardt@hunton.com | margolin@hugheshubbard.com |
| keith.simon@lw.com | mark.bane@ropesgray.com |
| ken.coleman@allenovery.com | mark.deveno@bingham.com |
| ken.higman@hp.com | mark.ellenberg@cwt.com |
| kerry.moynihan@hro.com | mark.ellenberg@cwt.com |
| kgwynne@reedsmith.com | mark.hellerer@pillsburylaw.com |
| kiplok@hugheshubbard.com | mark.sherrill@sutherland.com |
| kjarashow@fklaw.com | martin.davis@ots.treas.gov |
| kkelly@ebglaw.com | marvin.clements@ag.tn.gov |
| kkolbig@mosessinger.com | matt@willaw.com |
| klyman@irell.com | matthew.klepper@dlapiper.com |
| klynch@formanlaw.com | maustin@orrick.com |
| kmayer@mccarter.com | max.polonsky@skadden.com |
| kobak@hugheshubbard.com | mbenner@tishmanspeyer.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| kovskyd@pepperlaw.com | mberman@nixonpeabody.com |
| kpiper@steptoe.com | mbienenstock@proskauer.com |
| kressk@pepperlaw.com | mbloemsma@mhjur.com |
| kreynolds@mklawnyc.com | mbossi@thompsoncoburn.com |
| krosen@lowenstein.com | mcademartori@sheppardmullin.com |
| kuehn@bragarwexler.com | mcantor@normandyhill.com |
| kurt.mayr@bgllp.com | mccombst@sullcrom.com |
| lacyr@sullcrom.com | mcordone@stradley.com |
| landon@streusandlandon.com | mcto@debevoise.com |
| lapeterson@foley.com | mcyganowski@oshr.com |
| lathompson@co.sanmateo.ca.us | mdorval@stradley.com |
| lberkoff@moritthock.com | melorod@gtlaw.com |
| lee.stremba@troutmansanders.com | meltzere@pepperlaw.com |
| lgotko@fklaw.com | metkin@lowenstein.com |
| lgranfield@cgsh.com | mfeldman@willkie.com |
| lhandelsman@stroock.com | mgordon@briggs.com |
| linda.boyle@twtelecom.com | mgreger@allenmatkins.com |
| lisa.ewart@wilmerhale.com | mh1@mccallaraymer.com |
| lisa.kraidin@allenovery.com | mhopkins@cov.com |
| ljkotler@duanemorris.com | michael.frege@cms-hs.com |
| lkatz@ltblaw.com | michael.kelly@monarchlp.com |
| lkiss@klestadt.com | michael.kim@kobrekim.com |
| lmarinuzzi@mofo.com | michael.mccrory@btlaw.com |
| lmay@coleschotz.com | millee12@nationwide.com |
| lmcgowen@orrick.com | miller@taftlaw.com |
| lml@ppgms.com | mimi.m.wong@irscounsel.treas.gov |
| lnashelsky@mofo.com | mitchell.ayer@tklaw.com |
| loizides@loizides.com | mjedelman@vedderprice.com |
| lromansic@steptoe.com | mjr1@westchestergov.com |
| lscarcella@farrellfritz.com | mkjaer@winston.com |
| lschweitzer@cgsh.com | mlahaie@akingump.com |
| lubell@hugheshubbard.com | mlandman@lcbf.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| mlichtenstein@crowell.com | pmaxcy@sonnenschein.com |
| mlynch2@travelers.com | ppascuzzi@ffwplaw.com |
| mmendez@hunton.com | ppatterson@stradley.com |
| mmooney@deilylawfirm.com | psp@njlawfirm.com |
| mmorreale@us.mufg.jp | ptrain-gutierrez@kaplanlandau.com |
| mneier@ibolaw.com | ptrostle@jenner.com |
| monica.lawless@brookfieldproperties.com | r.stahl@stahlzelloe.com |
| mpage@kelleydrye.com | raj.madan@bingham.com |
| mparry@mosessinger.com | ramona.neal@hp.com |
| mpomerantz@julienandschlesinger.com | rbeacher@pryorcashman.com |
| mprimoff@kayescholer.com | rbernard@foley.com |
| mpucillo@bermanesq.com | rbyman@jenner.com |
| mrosenthal@gibsondunn.com | rdaversa@orrick.com |
| mruetzel@whitecase.com | relgidely@gjb-law.com |
| mschimel@sju.edu | rfleischer@pryorcashman.com |
| mschlesinger@julienandschlesinger.com | rfrankel@orrick.com |
| msegarra@mayerbrown.com | rfriedman@silvermanacampora.com |
| mshiner@tuckerlaw.com | rgmason@wlrk.com |
| msiegel@brownrudnick.com | rgraham@whitecase.com |
| msolow@kayescholer.com | rhett.campbell@tklaw.com |
| mspeiser@stroock.com | richard.fingard@newedge.com |
| mstamer@akingump.com | richard.lear@hklaw.com |
| mvenditto@reedsmith.com | richard.levy@lw.com |
| mwarren@mtb.com | richard.tisdale@friedfrank.com |
| nathan.spatz@pillsburylaw.com | richard@rwmaplc.com |
| ncoco@mwe.com | ritkin@steptoe.com |
| neal.mann@oag.state.ny.us | rjones@boultcummings.com |
| ned.schodek@shearman.com | rleek@hodgsonruss.com |
| neilberger@teamtogut.com | rlevin@cravath.com |
| newyork@sec.gov | rmatzat@hahnhessen.com |
| nherman@morganlewis.com | rnetzer@willkie.com |
| nickolas.karavolas@pillsburylaw.com | robert.bailey@bnymellon.com |
| nissay_10259-0154@mhmjapan.com | robert.dombroff@bingham.com |
| nlepore@schnader.com | robert.henoch@kobrekim.com |
| notice@bkcylaw.com | robert.malone@dbr.com |
| oipress@travelers.com | robert.yalen@usdoj.gov |
| otccorpactions@finra.org | robin.keller@lovells.com |
| paronzon@milbank.com | roger@rnagioff.com |
| patrick.oh@freshfields.com | ronald.silverman@bingham.com |
| paul.turner@sutherland.com | ross.martin@ropesgray.com |
| pbattista@gjb-law.com | rqureshi@reedsmith.com |
| pbosswick@ssbb.com | rrainer@wmd-law.com |
| pdublin@akingump.com | rreid@sheppardmullin.com |
| peisenberg@lockelord.com | rroupinian@outtengolden.com |
| peter.gilhuly@lw.com | rrussell@andrewskurth.com |
| peter.macdonald@wilmerhale.com | rterenzi@stcwlaw.com |
| peter.simmons@friedfrank.com | russj4478@aol.com |
| peter@bankrupt.com | rwasserman@cftc.gov |
| pfeldman@oshr.com | rwyron@orrick.com |
| phayden@mcguirewoods.com | s.minehan@aozorabank.co.jp |
| philip.wells@ropesgray.com | sabin.willett@bingham.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com

steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**
OVERNIGHT MAIL LIST

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

WINSTON & STRAWN LLC
ATTN: CAREY D. SCHREIBER
200 PARK AVENUE
NEW YORK, NY 10166-4193

CONSTANTINOS ANTONOPOULOS
64 KIFISSITA AVE & 3
PREMOTIS STR.
151-25
ATHENS, GREECE

HORIZON II INTERNATIONAL LIMITED
WALKER HOUSE
ATTN: THOMAS MUSARRA
P.O. BOX 265 GT
MARY STREET, GRAND
CAYMAN, CAYMAN ISLANDS

CHADBOURNE & PARKE LLP
ATTN: DAVID M. LEMAY CHRISTY L. RIVERA
30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10112

HSBC BANK, USA
ATTN: THOMAS MUSARRA
CTLA - STRUCTURED FINANCE
10 EAST 40TH STREET, FLOOR 14
NEW YORK, NY, 10016