B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,          Case No. 08-13555(JMP)
                                                       (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the partial transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                          Name of Transferor
GRF Master Fund II, L.P.                     JPMorgan Chase Bank, N.A.


Name and Address where notices to            Court Claim # (if known): 32697
transferee should be sent:                   Claim Amount: $400,000,000.00
                                             Amount Transferred: $500,000.00
GRF Master Fund II, L.P.                      Date Claim Filed: 09/22/2009
610 Broadway, 6th Floor                       Debtor against claim filed: Lehman
New York, NY 10012                            Commercial Paper Inc.
Phone: (212) 432-4600
Facsimile: (212) 432-4601
Email: loanclosers@anchoragecap.com
       smoriello@anchoragecap.com

With a copy to:
Robert Scheininger
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Bank: JPMorgan Chase Bank, N.A.
ABA Number: 021-000-021
Account Name: Goldman Sachs & Co., N.Y.
Account Number: 066642426
F/F/C: GRF Master Fund II, LP - Bank Loan
Account Number: 002-47796-6


I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By:_____  Date:_____22 October 2012_____
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


NY1 8548545v.1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

      **JPMorgan Chase Bank, N.A.**, a national banking association, with offices at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **GRF Master Fund II, L.P.**, with offices located at 610 Broadway, 6th Floor, New York, NY 10012 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN COMMERCIAL PAPER INC. (and its affiliates) docketed as Claim No. 32697 to the extent of $500,000 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13900 (JMP) (jointly administered under Case No. 08-13555).

      Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

      IN WITNESS WHEREOF, dated as of the 18 day of October, 2012.

**JPMorgan Chase Bank, N.A.**

By: _____
(Signature of authorized signatory)

Name:_____Alexander Wilk_____
Title:_____Authorized Signatory_____
Tel.:_____

**GRF Master Fund II, L.P.**
By: Anchorage Capital Group, L.L.C., its
Investment Manager

Anne-Marie Kim
General Counsel

By:_____
(Signature of authorized signatory)

Name:_____
Title:_____
Tel.:_____

State Street - JPM to Anchorage Flip AOC $500k (4) (2)