Peter Feldman, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104
*Counsel for The Bank of Tokyo-Mitsubishi UFJ, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| In re | : | Chapter 11 Case No. |
|---|---|---|
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, The Bank of Tokyo-Mitsubishi UFJ, Ltd. ("BTMU"), hereby withdraws, with prejudice, the following proofs of claim (the "Subject Claims") that it filed against the below listed Debtor and directs Epiq Bankruptcy Solutions LLC to expunge the Subject Claims from the claims register.

| Claim No. | Debtor Name | Case No. | Claim Amount |
|---|---|---|---|
| 65124 | Lehman Brothers Holdings Inc. | 08-13555 | $68,085,131.71 |
| 65125 | Lehman Brothers Holdings Inc. | 08-13555 | $68,085,131.71 |

This Notice only concerns the Subject Claims. It is not intended to, and does not, affect in any respect any other claims filed or scheduled by or on behalf of BTMU, including without limitation, claim numbers 15313 and 15314, which claims are allowed as reflected on the claims register maintained by Epiq Systems, Inc. in connection with these cases.

2255165.1

Dated: October 22, 2012

          OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

          By: /s/ Peter Feldman
               Peter Feldman

Peter Feldman
230 Park Avenue
New York, New York 10169
Tel.: (212) 661-9100

*Counsel for The Bank of Tokyo-Mitsubishi UFJ, Ltd.*

2255165.1