Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen PC
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Marshgate Investments, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 28700, filed on September 22, 2009, against Lehman Brothers Holdings Inc. by Lydian Overseas Partners Master Fund, Ltd. in the amount of $244,614,797.97 (the "Claim"). Marshgate Investments, LLC ("Marshgate") purchased a 100% interest in the Claim, *see* ECF No. 28631. Marshgate represents and warrants that as of the date hereof, Marshgate has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that, through its undersigned counsel, Marshgate hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. This withdrawal shall not affect any claim held by Marshgate other than the Claim. Marshgate represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: October 22, 2012

/s/ Matthew J. Gold
Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen PC
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Marshgate Investments, LLC*

RGREEN\214669.1 - 10/16/12