**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                     :

In re                                     :        Chapter 11 Case No.
                                     :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
                                     :
                  Debtors.          :        (Jointly Administered)
                                     :
---------------------------------------------------------------x    Ref. Docket No. 31521

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                 ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 17, 2012, I caused to be served the "Notice of Withdrawal of the Three Hundred Twenty-Fourth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claim," dated October 17, 2012 [Docket No. 31521], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                   */s/ Pete Caris*
                                                                     Pete Caris

Sworn to before me this
17th day of October, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6220196
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | barbra.parlin@hklaw.com |
| aalfonso@willkie.com | bbisignani@postschell.com |
| abeaumont@fklaw.com | bcarlson@co.sanmateo.ca.us |
| abraunstein@riemerlaw.com | bdk@schlamstone.com |
| acaton@kramerlevin.com | bguiney@pbwt.com |
| acker@chapman.com | bkmail@prommis.com |
| adam.brezine@hro.com | bmanne@tuckerlaw.com |
| adarwin@nixonpeabody.com | bmiller@mofo.com |
| adiamond@diamondmccarthy.com | boneill@kramerlevin.com |
| aeckstein@blankrome.com | brian.corey@greentreecreditsolutions.com |
| aentwistle@entwistle-law.com | brosenblum@jonesday.com |
| afriedman@irell.com | broy@rltlawfirm.com |
| agbanknewyork@ag.tn.gov | bruce.wright@sutherland.com |
| aglenn@kasowitz.com | bstrickland@wtplaw.com |
| agold@herrick.com | btrust@mayerbrown.com |
| agoldstein@tnsj-law.com | bturk@tishmanspeyer.com |
| aisenberg@saul.com | bwolfe@sheppardmullin.com |
| akantesaria@oppenheimerfunds.com | cahn@clm.com |
| akolod@mosessinger.com | calbert@reitlerlaw.com |
| alum@ftportfolios.com | canelas@pursuitpartners.com |
| amarder@msek.com | carol.weinerlevy@bingham.com |
| amartin@sheppardmullin.com | cbelisle@wfw.com |
| amcmullen@boultcummings.com | cbelmonte@ssbb.com |
| amenard@tishmanspeyer.com | cbrotstein@bm.net |
| andrew.brozman@cliffordchance.com | cdesiderio@nixonpeabody.com |
| andrew.lourie@kobrekim.com | cgoldstein@stcwlaw.com |
| angelich.george@arentfox.com | chammerman@paulweiss.com |
| ann.reynaud@shell.com | charles@filardi-law.com |
| anthony_boccanfuso@aporter.com | charles_malloy@aporter.com |
| aoberry@bermanesq.com | chipford@parkerpoe.com |
| aostrow@beckerglynn.com | chris.donoho@lovells.com |
| apo@stevenslee.com | christopher.schueller@bipc.com |
| aquale@sidley.com | clarkb@sullcrom.com |
| arahl@reedsmith.com | clynch@reedsmith.com |
| arheaume@riemerlaw.com | cmontgomery@salans.com |
| arlbank@pbfcm.com | cohen@sewkis.com |
| arosenblatt@chadbourne.com | colea@gtlaw.com |
| arthur.rosenberg@hklaw.com | contact@lawofficesjje.com |
| arwolf@wlrk.com | cp@stevenslee.com |
| aseuffert@lawpost-nyc.com | cpappas@dilworthlaw.com |
| ashmead@sewkis.com | craig.goldblatt@wilmerhale.com |
| asnow@ssbb.com | crmomjian@attorneygeneral.gov |
| aunger@sidley.com | cs@stevenslee.com |
| austin.bankruptcy@publicans.com | csalomon@beckerglynn.com |
| avenes@whitecase.com | cschreiber@winston.com |
| azylberberg@whitecase.com | cshore@whitecase.com |
| bankr@zuckerman.com | cshulman@sheppardmullin.com |
| bankruptcy@goodwin.com | ctatelbaum@adorno.com |
| bankruptcy@morrisoncohen.com | cwalsh@mayerbrown.com |
| bankruptcy@ntexas-attorneys.com | cward@polsinelli.com |
| bankruptcymatters@us.nomura.com | cweber@ebg-law.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com

dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| icatto@mwe.com | jjoyce@dresslerpeters.com |
| igoldstein@proskauer.com | jjtancredi@daypitney.com |
| ilevee@lowenstein.com | jjureller@klestadt.com |
| ira.herman@tklaw.com | jkehoe@btkmc.com |
| isgreene@hhlaw.com | jlamar@maynardcooper.com |
| israel.dahan@cwt.com | jlawlor@wmd-law.com |
| iva.uroic@dechert.com | jlee@foley.com |
| jacobsonn@sec.gov | jlevitin@cahill.com |
| james.heaney@lawdeb.com | jlipson@crockerkuno.com |
| james.mcclammy@dpw.com | jlovi@steptoe.com |
| james.sprayregen@kirkland.com | jlscott@reedsmith.com |
| jamestecce@quinnemanuel.com | jmaddock@mcguirewoods.com |
| jamie.nelson@dubaiic.com | jmakower@tnsj-law.com |
| jar@outtengolden.com | jmazermarino@msek.com |
| jason.jurgens@cwt.com | jmcginley@wilmingtontrust.com |
| jay.hurst@oag.state.tx.us | jmelko@gardere.com |
| jay@kleinsolomon.com | jmerva@fult.com |
| jbecker@wilmingtontrust.com | jmmurphy@stradley.com |
| jbeemer@entwistle-law.com | jmr@msf-law.com |
| jbeiers@co.sanmateo.ca.us | jnadritch@olshanlaw.com |
| jbird@polsinelli.com | jnm@mccallaraymer.com |
| jbromley@cgsh.com | john.monaghan@hklaw.com |
| jcarberry@cl-law.com | john.rapisardi@cwt.com |
| jchristian@tobinlaw.com | jorbach@hahnhessen.com |
| jchubak@proskauer.com | joseph.cordaro@usdoj.gov |
| jdoran@haslaw.com | joshua.dorchak@bingham.com |
| jdrucker@coleschotz.com | jowen769@yahoo.com |
| jdyas@halperinlaw.net | jowolf@law.nyc.gov |
| jean-david.barnea@usdoj.gov | joy.mathias@dubaiic.com |
| jeanites@whiteandwilliams.com | jpintarelli@mofo.com |
| jeannette.boot@wilmerhale.com | jporter@entwistle-law.com |
| jeff.wittig@coair.com | jprol@lowenstein.com |
| jeffery.black@bingham.com | jrabinowitz@rltlawfirm.com |
| jeffrey.sabin@bingham.com | jrsmith@hunton.com |
| jeldredge@velaw.com | jschwartz@hahnhessen.com |
| jen.premisler@cliffordchance.com | jsheerin@mcguirewoods.com |
| jennifer.demarco@cliffordchance.com | jshickich@riddellwilliams.com |
| jennifer.gore@shell.com | jsmairo@pbnlaw.com |
| jeremy.eiden@ag.state.mn.us | jstoll@mayerbrown.com |
| jfalgowski@reedsmith.com | jsullivan@mosessinger.com |
| jflaxer@golenbock.com | jteitelbaum@tblawllp.com |
| jfox@joefoxlaw.com | jtimko@shutts.com |
| jfreeberg@wfw.com | jtorf@schiffhardin.com |
| jg5786@att.com | jtougas@mayerbrown.com |
| jgenovese@gjb-law.com | judy.morse@crowedunlevy.com |
| jguy@orrick.com | jvail@ssrl.com |
| jherzog@gklaw.com | jwallack@goulstonstorrs.com |
| jhiggins@fdlaw.com | jwang@sipc.org |
| jhorgan@phxa.com | jwcohen@daypitney.com |
| jhuggett@margolisedelstein.com | jweiss@gibsondunn.com |
| jim@atkinslawfirm.com | jwest@velaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| jwh@njlawfirm.com | lwhidden@salans.com |
| kanema@formanlaw.com | mabrams@willkie.com |
| karen.wagner@dpw.com | maofiling@cgsh.com |
| kdwbankruptcydepartment@kelleydrye.com | marc.chait@sc.com |
| keckhardt@hunton.com | margolin@hugheshubbard.com |
| keith.simon@lw.com | mark.bane@ropesgray.com |
| ken.coleman@allenovery.com | mark.deveno@bingham.com |
| ken.higman@hp.com | mark.ellenberg@cwt.com |
| kerry.moynihan@hro.com | mark.ellenberg@cwt.com |
| kgwynne@reedsmith.com | mark.hellerer@pillsburylaw.com |
| kiplok@hugheshubbard.com | mark.sherrill@sutherland.com |
| kjarashow@fklaw.com | martin.davis@ots.treas.gov |
| kkelly@ebglaw.com | marvin.clements@ag.tn.gov |
| kkolbig@mosessinger.com | matt@willaw.com |
| klyman@irell.com | matthew.klepper@dlapiper.com |
| klynch@formanlaw.com | maustin@orrick.com |
| kmayer@mccarter.com | max.polonsky@skadden.com |
| kobak@hugheshubbard.com | mbenner@tishmanspeyer.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| kovskyd@pepperlaw.com | mberman@nixonpeabody.com |
| kpiper@steptoe.com | mbienenstock@proskauer.com |
| kressk@pepperlaw.com | mbloemsma@mhjur.com |
| kreynolds@mklawnyc.com | mbossi@thompsoncoburn.com |
| krosen@lowenstein.com | mcademartori@sheppardmullin.com |
| kuehn@bragarwexler.com | mcantor@normandyhill.com |
| kurt.mayr@bgllp.com | mccombst@sullcrom.com |
| lacyr@sullcrom.com | mcordone@stradley.com |
| landon@streusandlandon.com | mcto@debevoise.com |
| lapeterson@foley.com | mcyganowski@oshr.com |
| lathompson@co.sanmateo.ca.us | mdorval@stradley.com |
| lberkoff@moritthock.com | melorod@gtlaw.com |
| lee.stremba@troutmansanders.com | meltzere@pepperlaw.com |
| lgotko@fklaw.com | metkin@lowenstein.com |
| lgranfield@cgsh.com | mfeldman@willkie.com |
| lhandelsman@stroock.com | mgordon@briggs.com |
| linda.boyle@twtelecom.com | mgreger@allenmatkins.com |
| lisa.ewart@wilmerhale.com | mh1@mccallaraymer.com |
| lisa.kraidin@allenovery.com | mhopkins@cov.com |
| ljkotler@duanemorris.com | michael.frege@cms-hs.com |
| lkatz@ltblaw.com | michael.kelly@monarchlp.com |
| lkiss@klestadt.com | michael.kim@kobrekim.com |
| lmarinuzzi@mofo.com | michael.mccrory@btlaw.com |
| lmay@coleschotz.com | millee12@nationwide.com |
| lmcgowen@orrick.com | miller@taftlaw.com |
| lml@ppgms.com | mimi.m.wong@irscounsel.treas.gov |
| lnashelsky@mofo.com | mitchell.ayer@tklaw.com |
| loizides@loizides.com | mjedelman@vedderprice.com |
| lromansic@steptoe.com | mjr1@westchestergov.com |
| lscarcella@farrellfritz.com | mkjaer@winston.com |
| lschweitzer@cgsh.com | mlahaie@akingump.com |
| lubell@hugheshubbard.com | mlandman@lcbf.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| mlichtenstein@crowell.com | pmaxcy@sonnenschein.com |
| mlynch2@travelers.com | ppascuzzi@ffwplaw.com |
| mmendez@hunton.com | ppatterson@stradley.com |
| mmooney@deilylawfirm.com | psp@njlawfirm.com |
| mmorreale@us.mufg.jp | ptrain-gutierrez@kaplanlandau.com |
| mneier@ibolaw.com | ptrostle@jenner.com |
| monica.lawless@brookfieldproperties.com | r.stahl@stahlzelloe.com |
| mpage@kelleydrye.com | raj.madan@bingham.com |
| mparry@mosessinger.com | ramona.neal@hp.com |
| mpomerantz@julienandschlesinger.com | rbeacher@pryorcashman.com |
| mprimoff@kayescholer.com | rbernard@foley.com |
| mpucillo@bermanesq.com | rbyman@jenner.com |
| mrosenthal@gibsondunn.com | rdaversa@orrick.com |
| mruetzel@whitecase.com | relgidely@gjb-law.com |
| mschimel@sju.edu | rfleischer@pryorcashman.com |
| mschlesinger@julienandschlesinger.com | rfrankel@orrick.com |
| msegarra@mayerbrown.com | rfriedman@silvermanacampora.com |
| mshiner@tuckerlaw.com | rgmason@wlrk.com |
| msiegel@brownrudnick.com | rgraham@whitecase.com |
| msolow@kayescholer.com | rhett.campbell@tklaw.com |
| mspeiser@stroock.com | richard.fingard@newedge.com |
| mstamer@akingump.com | richard.lear@hklaw.com |
| mvenditto@reedsmith.com | richard.levy@lw.com |
| mwarren@mtb.com | richard.tisdale@friedfrank.com |
| nathan.spatz@pillsburylaw.com | richard@rwmaplc.com |
| ncoco@mwe.com | ritkin@steptoe.com |
| neal.mann@oag.state.ny.us | rjones@boultcummings.com |
| ned.schodek@shearman.com | rleek@hodgsonruss.com |
| neilberger@teamtogut.com | rlevin@cravath.com |
| newyork@sec.gov | rmatzat@hahnhessen.com |
| nherman@morganlewis.com | rnetzer@willkie.com |
| nickolas.karavolas@pillsburylaw.com | robert.bailey@bnymellon.com |
| nissay_10259-0154@mhmjapan.com | robert.dombroff@bingham.com |
| nlepore@schnader.com | robert.henoch@kobrekim.com |
| notice@bkcylaw.com | robert.malone@dbr.com |
| oipress@travelers.com | robert.yalen@usdoj.gov |
| otccorpactions@finra.org | robin.keller@lovells.com |
| paronzon@milbank.com | roger@rnagioff.com |
| patrick.oh@freshfields.com | ronald.silverman@bingham.com |
| paul.turner@sutherland.com | ross.martin@ropesgray.com |
| pbattista@gjb-law.com | rqureshi@reedsmith.com |
| pbosswick@ssbb.com | rrainer@wmd-law.com |
| pdublin@akingump.com | rreid@sheppardmullin.com |
| peisenberg@lockelord.com | rroupinian@outtengolden.com |
| peter.gilhuly@lw.com | rrussell@andrewskurth.com |
| peter.macdonald@wilmerhale.com | rterenzi@stcwlaw.com |
| peter.simmons@friedfrank.com | russj4478@aol.com |
| peter@bankrupt.com | rwasserman@cftc.gov |
| pfeldman@oshr.com | rwyron@orrick.com |
| phayden@mcguirewoods.com | s.minehan@aozorabank.co.jp |
| philip.wells@ropesgray.com | sabin.willett@bingham.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| sabramowitz@velaw.com | steven@blbglaw.com |
| sabvanrooy@hotmail.com | streusand@streusandlandon.com |
| sagolden@hhlaw.com | susheelkirpalani@quinnemanuel.com |
| sally.henry@skadden.com | sweyl@haslaw.com |
| samuel.cavior@pillsburylaw.com | swolowitz@mayerbrown.com |
| sandyscafaria@eaton.com | szuch@wiggin.com |
| sara.tapinekis@cliffordchance.com | tannweiler@greerherz.com |
| scargill@lowenstein.com | tarbit@cftc.gov |
| schannej@pepperlaw.com | tbrock@ssbb.com |
| schepis@pursuitpartners.com | tdewey@dpklaw.com |
| schnabel.eric@dorsey.com | tduffy@andersonkill.com |
| schristianson@buchalter.com | teresa.oxford@invescoaim.com |
| schwartzmatthew@sullcrom.com | tgoren@mofo.com |
| scottshelley@quinnemanuel.com | thaler@thalergertler.com |
| scousins@armstrongteasdale.com | thomas.califano@dlapiper.com |
| sdnyecf@dor.mo.gov | thomas_noguerola@calpers.ca.gov |
| sehlers@armstrongteasdale.com | tim.desieno@bingham.com |
| seichel@crowell.com | timothy.brink@dlapiper.com |
| sfelderstein@ffwplaw.com | timothy.palmer@bipc.com |
| sfineman@lchb.com | tjfreedman@pbnlaw.com |
| sfox@mcguirewoods.com | tkiriakos@mayerbrown.com |
| sgordon@cahill.com | tlauria@whitecase.com |
| sgubner@ebg-law.com | tmacwright@whitecase.com |
| shannon.nagle@friedfrank.com | tmarrion@haslaw.com |
| sharbeck@sipc.org | tnixon@gklaw.com |
| shari.leventhal@ny.frb.org | toby.r.rosenberg@irscounsel.treas.gov |
| shgross5@yahoo.com | tomwelsh@orrick.com |
| sidorsky@butzel.com | tony.davis@bakerbotts.com |
| slerman@ebglaw.com | tslome@msek.com |
| slerner@ssd.com | ttracy@crockerkuno.com |
| slevine@brownrudnick.com | tunrad@burnslev.com |
| sloden@diamondmccarthy.com | twheeler@lowenstein.com |
| smayerson@ssd.com | ukreppel@whitecase.com |
| smillman@stroock.com | villa@streusandlandon.com |
| smulligan@bsblawyers.com | vmilione@nixonpeabody.com |
| snewman@katskykorins.com | vrubinstein@loeb.com |
| sory@fdlaw.com | walter.stuart@freshfields.com |
| spiotto@chapman.com | wanda.goodloe@cbre.com |
| splatzer@platzerlaw.com | wballaine@lcbf.com |
| sree@lcbf.com | wbenzija@halperinlaw.net |
| sschultz@akingump.com | wchen@tnsj-law.com |
| sselbst@herrick.com | wcurchack@loeb.com |
| sshimshak@paulweiss.com | wdase@fzwz.com |
| sskelly@teamtogut.com | wfoster@milbank.com |
| sstarr@starrandstarr.com | william.m.goldman@dlapiper.com |
| steele@lowenstein.com | wiltenburg@hugheshubbard.com |
| stephen.cowan@dlapiper.com | wisotska@pepperlaw.com |
| steve.ginther@dor.mo.gov | wk@pwlawyers.com |
| steven.troyer@commerzbank.com | wmaher@wmd-law.com |
| steven.usdin@flastergreenberg.com | wmarcari@ebglaw.com |
| steven.wilamowsky@bingham.com | wmckenna@foley.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
OVERNIGHT MAIL LIST

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

OFFICE OF THRIFT SUPERVISION, NORTHEAST REGION
ATTN: MARTIN JEFFERSON DAVIS
(SENIOR TRIAL ATTORNEY)
HARBORSIDE FINANCIAL CENTER PLAZA FIVE
JERSEY CITY, NJ 07311

**EXHIBIT C**

**LEHMAN BROTHERS HOLDINGS INC.**
FIRST CLASS MAIL LIST

FINDLAY RSI
1210 DISTRIBUTION WAY
VISTA, CA  92081-8816