**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
|  | : |  |
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |
------------------------------------------------------------------------x  **Ref. Docket No. 31562**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                                   ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 18, 2012, I caused to be served the "Notice of Withdrawal of the Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) as to Certain Claims," dated October 18, 2012 [Docket No. 31562], by causing true and correct copies to be:

    i.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii.  enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Kerry O'Neil*
Sworn to before me this                                 Kerry O'Neil
18th day of October, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6220196
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

## LEHMAN BROTHERS HOLDINGS INC., ET AL.
### Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | avenes@whitecase.com |
| aalfonso@willkie.com | azylberberg@whitecase.com |
| abeaumont@fklaw.com | bankr@zuckerman.com |
| abraunstein@riemerlaw.com | bankruptcy@goodwin.com |
| acaton@kramerlevin.com | bankruptcy@morrisoncohen.com |
| acker@chapman.com | bankruptcy@ntexas-attorneys.com |
| adam.brezine@hro.com | bankruptcymatters@us.nomura.com |
| adarwin@nixonpeabody.com | barbra.parlin@hklaw.com |
| Adiamond@DiamondMcCarthy.com | bbisignani@postschell.com |
| aeckstein@blankrome.com | bcarlson@co.sanmateo.ca.us |
| aentwistle@entwistle-law.com | bdk@schlamstone.com |
| afriedman@irell.com | bguiney@pbwt.com |
| agbanknewyork@ag.tn.gov | bkmail@prommis.com |
| aglenn@kasowitz.com | bmanne@tuckerlaw.com |
| agold@herrick.com | BMiller@mofo.com |
| agoldstein@tnsj-law.com | boneill@kramerlevin.com |
| aisenberg@saul.com | Brian.Corey@greentreecreditsolutions.com |
| akantesaria@oppenheimerfunds.com | brosenblum@jonesday.com |
| akolod@mosessinger.com | broy@rltlawfirm.com |
| alum@ftportfolios.com | bruce.wright@sutherland.com |
| amarder@msek.com | bstrickland@wtplaw.com |
| amartin@sheppardmullin.com | btrust@mayerbrown.com |
| AMcMullen@BoultCummings.com | bturk@tishmanspeyer.com |
| amenard@tishmanspeyer.com | bwolfe@sheppardmullin.com |
| Andrew.Brozman@cliffordchance.com | cahn@clm.com |
| andrew.lourie@kobrekim.com | calbert@reitlerlaw.com |
| angelich.george@arentfox.com | canelas@pursuitpartners.com |
| ann.reynaud@shell.com | carol.weinerlevy@bingham.com |
| anthony_boccanfuso@aporter.com | cbelisle@wfw.com |
| aoberry@bermanesq.com | cbelmonte@ssbb.com |
| aostrow@beckerglynn.com | cbrotstein@bm.net |
| apo@stevenslee.com | cdesiderio@nixonpeabody.com |
| aquale@sidley.com | cgoldstein@stcwlaw.com |
| arahl@reedsmith.com | chammerman@paulweiss.com |
| arheaume@riemerlaw.com | charles@filardi-law.com |
| arlbank@pbfcm.com | charles_malloy@aporter.com |
| arosenblatt@chadbourne.com | chipford@parkerpoe.com |
| arthur.rosenberg@hklaw.com | chris.donoho@lovells.com |
| arwolf@wlrk.com | christopher.schueller@bipc.com |
| aseuffert@lawpost-nyc.com | clarkb@sullcrom.com |
| ashmead@sewkis.com | clynch@reedsmith.com |
| asnow@ssbb.com | cmontgomery@salans.com |
| aunger@sidley.com | cohen@sewkis.com |
| austin.bankruptcy@publicans.com | colea@gtlaw.com |

# LEHMAN BROTHERS HOLDINGS INC., ET AL.
## EMAIL SERVICE LIST

| | |
|---|---|
| contact@lawofficesjje.com | dkleiner@velaw.com |
| cp@stevenslee.com | dkozusko@willkie.com |
| cpappas@dilworthlaw.com | dlemay@chadbourne.com |
| craig.goldblatt@wilmerhale.com | dlipke@vedderprice.com |
| crmomjian@attorneygeneral.gov | dludman@brownconnery.com |
| cs@stevenslee.com | dmcguire@winston.com |
| csalomon@beckerglynn.com | dmurray@jenner.com |
| cschreiber@winston.com | dneier@winston.com |
| cshore@whitecase.com | dodonnell@milbank.com |
| cshulman@sheppardmullin.com | dove.michelle@dorsey.com |
| ctatelbaum@adorno.com | dpegno@dpklaw.com |
| cwalsh@mayerbrown.com | draelson@fisherbrothers.com |
| cward@polsinelli.com | dravin@wolffsamson.com |
| cweber@ebg-law.com | drose@pryorcashman.com |
| cweiss@ingramllp.com | drosenzweig@fulbright.com |
| dallas.bankruptcy@publicans.com | drosner@goulstonstorrs.com |
| daniel.guyder@allenovery.com | drosner@kasowitz.com |
| dave.davis@isgria.com | dshaffer@wtplaw.com |
| david.bennett@tklaw.com | dshemano@peitzmanweg.com |
| david.heller@lw.com | dspelfogel@foley.com |
| david.powlen@btlaw.com | dtatge@ebglaw.com |
| david.seligman@kirkland.com | dtheising@harrisonmoberly.com |
| davids@blbglaw.com | dwdykhouse@pbwt.com |
| davidwheeler@mvalaw.com | dwildes@stroock.com |
| dbalog@intersil.com | dworkman@bakerlaw.com |
| dbarber@bsblawyers.com | easmith@venable.com |
| dbaumstein@whitecase.com | echang@steinlubin.com |
| dbesikof@loeb.com | econen@russell.com |
| dcimo@gjb-law.com | efleck@milbank.com |
| dcoffino@cov.com | efriedman@fklaw.com |
| dcrapo@gibbonslaw.com | efriedman@friedumspring.com |
| ddavis@paulweiss.com | eglas@mccarter.com |
| ddrebsky@nixonpeabody.com | ekbergc@lanepowell.com |
| ddunne@milbank.com | eleicht@whitecase.com |
| deggermann@kramerlevin.com | eli.mattioli@klgates.com |
| deggert@freebornpeters.com | ellen.halstead@cwt.com |
| demetra.liggins@tklaw.com | emerberg@mayerbrown.com |
| dfelder@orrick.com | enkaplan@kaplanlandau.com |
| dflanigan@polsinelli.com | eobrien@sbchlaw.com |
| dgrimes@reedsmith.com | erin.mautner@bingham.com |
| dhayes@mcguirewoods.com | eschwartz@contrariancapital.com |
| dheffer@foley.com | etillinghast@sheppardmullin.com |
| diconzam@gtlaw.com | ezujkowski@emmetmarvin.com |
| djoseph@stradley.com | ezweig@optonline.net |

## LEHMAN BROTHERS HOLDINGS INC., ET AL.
### Email Service List

| | |
|---|---|
| fbp@ppgms.com | jay@kleinsolomon.com |
| ffm@bostonbusinesslaw.com | Jbecker@wilmingtontrust.com |
| fhyman@mayerbrown.com | jbeemer@entwistle-law.com |
| foont@foontlaw.com | jbeiers@co.sanmateo.ca.us |
| francois.janson@hklaw.com | jbird@polsinelli.com |
| fsosnick@shearman.com | jbromley@cgsh.com |
| fyates@sonnenschein.com | jcarberry@cl-law.com |
| gabriel.delvirginia@verizon.net | jchristian@tobinlaw.com |
| gbray@milbank.com | jchubak@proskauer.com |
| ggitomer@mkbattorneys.com | jdoran@haslaw.com |
| ggoodman@foley.com | Jdrucker@coleschotz.com |
| giddens@hugheshubbard.com | jdyas@halperinlaw.net |
| gkaden@goulstonstorrs.com | jean-david.barnea@usdoj.gov |
| glenn.siegel@dechert.com | jeanites@whiteandwilliams.com |
| gmoss@riemerlaw.com | jeannette.boot@wilmerhale.com |
| gravert@ravertpllc.com | jeff.wittig@coair.com |
| gspilsbury@jsslaw.com | jeffery.black@bingham.com |
| harrisjm@michigan.gov | jeffrey.sabin@bingham.com |
| harveystrickon@paulhastings.com | jeldredge@velaw.com |
| hbeltzer@mayerbrown.com | jen.premisler@cliffordchance.com |
| heim.steve@dorsey.com | jennifer.demarco@cliffordchance.com |
| heiser@chapman.com | jennifer.gore@shell.com |
| hollace.cohen@troutmansanders.com | jeremy.eiden@ag.state.mn.us |
| holsen@stroock.com | jfalgowski@reedsmith.com |
| howard.hawkins@cwt.com | jflaxer@golenbock.com |
| hseife@chadbourne.com | jfox@joefoxlaw.com |
| hsnovikoff@wlrk.com | jfreeberg@wfw.com |
| hsteel@brownrudnick.com | jg5786@att.com |
| icatto@mwe.com | jgenovese@gjb-law.com |
| igoldstein@proskauer.com | jguy@orrick.com |
| ilevee@lowenstein.com | jherzog@gklaw.com |
| isgreene@hhlaw.com | jhiggins@fdlaw.com |
| israel.dahan@cwt.com | jhorgan@phxa.com |
| iva.uroic@dechert.com | jhuggett@margolisedelstein.com |
| jacobsonn@sec.gov | jim@atkinslawfirm.com |
| james.heaney@lawdeb.com | jjoyce@dresslerpeters.com |
| james.mcclammy@dpw.com | jjtancredi@daypitney.com |
| james.sprayregen@kirkland.com | jjureller@klestadt.com |
| jamestecce@quinnemanuel.com | jkehoe@btkmc.com |
| jamie.nelson@dubaiic.com | jlamar@maynardcooper.com |
| jar@outtengolden.com | jlawlor@wmd-law.com |
| jason.jurgens@cwt.com | jlee@foley.com |
| jay.hurst@oag.state.tx.us | jlevitin@cahill.com |
| | jlipson@crockerkuno.com |

LEHMAN BROTHERS HOLDINGS INC., ET AL.
Email Service List

| | |
|---|---|
| jlovi@steptoe.com | karen.wagner@dpw.com |
| jlscott@reedsmith.com | KDWBankruptcyDepartment@kelleydrye.com |
| jmaddock@mcguirewoods.com | keckhardt@hunton.com |
| jmakower@tnsj-law.com | keith.simon@lw.com |
| jmazermarino@msek.com | Ken.Coleman@allenovery.com |
| jmcginley@wilmingtontrust.com | ken.higman@hp.com |
| jmelko@gardere.com | kerry.moynihan@hro.com |
| jmerva@fult.com | kgwynne@reedsmith.com |
| jmmurphy@stradley.com | kiplok@hugheshubbard.com |
| jmr@msf-law.com | kjarashow@fklaw.com |
| jnadritch@olshanlaw.com | kkelly@ebglaw.com |
| jnm@mccallaraymer.com | kkolbig@mosessinger.com |
| john.monaghan@hklaw.com | klyman@irell.com |
| john.rapisardi@cwt.com | klynch@formanlaw.com |
| jorbach@hahnhessen.com | kmayer@mccarter.com |
| Joseph.Cordaro@usdoj.gov | kobak@hugheshubbard.com |
| joshua.dorchak@bingham.com | korr@orrick.com |
| jowen769@yahoo.com | kovskyd@pepperlaw.com |
| jowolf@law.nyc.gov | kpiper@steptoe.com |
| joy.mathias@dubaiic.com | kressk@pepperlaw.com |
| JPintarelli@mofo.com | KReynolds@mklawnyc.com |
| jporter@entwistle-law.com | krosen@lowenstein.com |
| jprol@lowenstein.com | kuehn@bragarwexler.com |
| jrabinowitz@rltlawfirm.com | kurt.mayr@bgllp.com |
| jrsmith@hunton.com | lacyr@sullcrom.com |
| jschwartz@hahnhessen.com | Landon@StreusandLandon.com |
| jsheerin@mcguirewoods.com | lapeterson@foley.com |
| jshickich@riddellwilliams.com | lathompson@co.sanmateo.ca.us |
| jsmairo@pbnlaw.com | lberkoff@moritthock.com |
| jstoll@mayerbrown.com | Lee.Stremba@troutmansanders.com |
| jsullivan@mosessinger.com | lgotko@fklaw.com |
| jteitelbaum@tblawllp.com | lgranfield@cgsh.com |
| jtimko@shutts.com | lhandelsman@stroock.com |
| jtorf@schiffhardin.com | linda.boyle@twtelecom.com |
| jtougas@mayerbrown.com | lisa.ewart@wilmerhale.com |
| judy.morse@crowedunlevy.com | lisa.kraidin@allenovery.com |
| jvail@ssrl.com | LJKotler@duanemorris.com |
| jwallack@goulstonstorrs.com | lkatz@ltblaw.com |
| jwang@sipc.org | LKISS@KLESTADT.COM |
| jwcohen@daypitney.com | lmarinuzzi@mofo.com |
| jweiss@gibsondunn.com | Lmay@coleschotz.com |
| jwest@velaw.com | lmcgowen@orrick.com |
| jwh@njlawfirm.com | lml@ppgms.com |
| kanema@formanlaw.com | lnashelsky@mofo.com |

LEHMAN BROTHERS HOLDINGS INC., ET AL.
Email Service List

| | |
|---|---|
| loizides@loizides.com | michael.kelly@monarchlp.com |
| lromansic@steptoe.com | michael.kim@kobrekim.com |
| lscarcella@farrellfritz.com | michael.mccrory@btlaw.com |
| lschweitzer@cgsh.com | millee12@nationwide.com |
| lubell@hugheshubbard.com | miller@taftlaw.com |
| lwhidden@salans.com | mimi.m.wong@irscounsel.treas.gov |
| mabrams@willkie.com | mitchell.ayer@tklaw.com |
| MAOFILING@CGSH.COM | mjedelman@vedderprice.com |
| Marc.Chait@SC.com | MJR1@westchestergov.com |
| margolin@hugheshubbard.com | mkjaer@winston.com |
| mark.bane@ropesgray.com | mlahaie@akingump.com |
| mark.deveno@bingham.com | MLandman@lcbf.com |
| mark.ellenberg@cwt.com | mlichtenstein@crowell.com |
| mark.ellenberg@cwt.com | mlynch2@travelers.com |
| mark.hellerer@pillsburylaw.com | mmendez@hunton.com |
| mark.sherrill@sutherland.com | mmooney@deilylawfirm.com |
| martin.davis@ots.treas.gov | mmorreale@us.mufg.jp |
| Marvin.Clements@ag.tn.gov | mneier@ibolaw.com |
| matt@willaw.com | monica.lawless@brookfieldproperties.com |
| matthew.klepper@dlapiper.com | mpage@kelleydrye.com |
| maustin@orrick.com | mparry@mosessinger.com |
| max.polonsky@skadden.com | mpomerantz@julienandschlesinger.com |
| mbenner@tishmanspeyer.com | mprimoff@kayescholer.com |
| mberman@nixonpeabody.com | mpucillo@bermanesq.com |
| mberman@nixonpeabody.com | mrosenthal@gibsondunn.com |
| mbienenstock@proskauer.com | mruetzel@whitecase.com |
| mbloemsma@mhjur.com | mschimel@sju.edu |
| mbossi@thompsoncoburn.com | mschlesinger@julienandschlesinger.com |
| mcademartori@sheppardmullin.com | msegarra@mayerbrown.com |
| mcantor@normandyhill.com | mshiner@tuckerlaw.com |
| mccombst@sullcrom.com | msiegel@brownrudnick.com |
| mcordone@stradley.com | msolow@kayescholer.com |
| mcto@debevoise.com | mspeiser@stroock.com |
| mcyganowski@oshr.com | mstamer@akingump.com |
| mdorval@stradley.com | mvenditto@reedsmith.com |
| melorod@gtlaw.com | mwarren@mtb.com |
| meltzere@pepperlaw.com | nathan.spatz@pillsburylaw.com |
| metkin@lowenstein.com | ncoco@mwe.com |
| mfeldman@willkie.com | neal.mann@oag.state.ny.us |
| mgordon@briggs.com | ned.schodek@shearman.com |
| mgreger@allenmatkins.com | neilberger@teamtogut.com |
| mh1@mccallaraymer.com | newyork@sec.gov |
| mhopkins@cov.com | Nherman@morganlewis.com |
| michael.frege@cms-hs.com | nickolas.karavolas@pillsburylaw.com |

LEHMAN BROTHERS HOLDINGS INC., ET AL.
Email Service List

| | |
|---|---|
| nissay_10259-0154@mhmjapan.com | ritkin@steptoe.com |
| nlepore@schnader.com | RJones@BoultCummings.com |
| notice@bkcylaw.com | rleek@HodgsonRuss.com |
| oipress@travelers.com | RLevin@cravath.com |
| otccorpactions@finra.org | rmatzat@hahnhessen.com |
| paronzon@milbank.com | rnetzer@willkie.com |
| patrick.oh@freshfields.com | robert.bailey@bnymellon.com |
| paul.turner@sutherland.com | robert.dombroff@bingham.com |
| pbattista@gjb-law.com | robert.henoch@kobrekim.com |
| pbosswick@ssbb.com | robert.malone@dbr.com |
| pdublin@akingump.com | Robert.yalen@usdoj.gov |
| peisenberg@lockelord.com | Robin.Keller@Lovells.com |
| peter.gilhuly@lw.com | roger@rnagioff.com |
| peter.macdonald@wilmerhale.com | ronald.silverman@bingham.com |
| peter.simmons@friedfrank.com | ross.martin@ropesgray.com |
| peter@bankrupt.com | rqureshi@reedsmith.com |
| pfeldman@oshr.com | rrainer@wmd-law.com |
| phayden@mcguirewoods.com | rreid@sheppardmullin.com |
| philip.wells@ropesgray.com | rroupinian@outtengolden.com |
| pmaxcy@sonnenschein.com | rrussell@andrewskurth.com |
| ppascuzzi@ffwplaw.com | rterenzi@stcwlaw.com |
| ppatterson@stradley.com | russj4478@aol.com |
| psp@njlawfirm.com | rwasserman@cftc.gov |
| ptrain-gutierrez@kaplanlandau.com | rwyron@orrick.com |
| ptrostle@jenner.com | s.minehan@aozorabank.co.jp |
| r.stahl@stahlzelloe.com | sabin.willett@bingham.com |
| raj.madan@bingham.com | sabramowitz@velaw.com |
| ramona.neal@hp.com | SABVANROOY@HOTMAIL.COM |
| rbeacher@pryorcashman.com | sagolden@hhlaw.com |
| rbernard@foley.com | Sally.Henry@skadden.com |
| rbyman@jenner.com | samuel.cavior@pillsburylaw.com |
| rdaversa@orrick.com | sandyscafaria@eaton.com |
| relgidely@gjb-law.com | Sara.Tapinekis@cliffordchance.com |
| rfleischer@pryorcashman.com | scargill@lowenstein.com |
| rfrankel@orrick.com | schannej@pepperlaw.com |
| rfriedman@silvermanacampora.com | Schepis@pursuitpartners.com |
| rgmason@wlrk.com | schnabel.eric@dorsey.com |
| rgraham@whitecase.com | schristianson@buchalter.com |
| rhett.campbell@tklaw.com | schwartzmatthew@sullcrom.com |
| richard.fingard@newedge.com | scottshelley@quinnemanuel.com |
| richard.lear@hklaw.com | scousins@armstrongteasdale.com |
| richard.levy@lw.com | sdnyecf@dor.mo.gov |
| richard.tisdale@friedfrank.com | sehlers@armstrongteasdale.com |
| richard@rwmaplc.com | seichel@crowell.com |

LEHMAN BROTHERS HOLDINGS INC., ET AL.
Email Service List

| | |
|---|---|
| sfelderstein@ffwplaw.com | teresa.oxford@invescoaim.com |
| sfineman@lchb.com | TGoren@mofo.com |
| sfox@mcguirewoods.com | thaler@thalergertler.com |
| sgordon@cahill.com | thomas.califano@dlapiper.com |
| sgubner@ebg-law.com | Thomas_Noguerola@calpers.ca.gov |
| shannon.nagle@friedfrank.com | tim.desieno@bingham.com |
| sharbeck@sipc.org | timothy.brink@dlapiper.com |
| shari.leventhal@ny.frb.org | timothy.palmer@bipc.com |
| shgross5@yahoo.com | tjfreedman@pbnlaw.com |
| sidorsky@butzel.com | tkiriakos@mayerbrown.com |
| slerman@ebglaw.com | tlauria@whitecase.com |
| slerner@ssd.com | tmacwright@whitecase.com |
| slevine@brownrudnick.com | tmarrion@haslaw.com |
| SLoden@DiamondMcCarthy.com | tnixon@gklaw.com |
| smayerson@ssd.com | toby.r.rosenberg@irscounsel.treas.gov |
| smillman@stroock.com | tomwelsh@orrick.com |
| smulligan@bsblawyers.com | tony.davis@bakerbotts.com |
| snewman@katskykorins.com | tslome@msek.com |
| sory@fdlaw.com | ttracy@crockerkuno.com |
| spiotto@chapman.com | tunrad@burnslev.com |
| splatzer@platzerlaw.com | twheeler@lowenstein.com |
| SRee@lcbf.com | ukreppel@whitecase.com |
| sschultz@akingump.com | Villa@StreusandLandon.com |
| sselbst@herrick.com | vmilione@nixonpeabody.com |
| sshimshak@paulweiss.com | vrubinstein@loeb.com |
| sskelly@teamtogut.com | walter.stuart@freshfields.com |
| sstarr@starrandstarr.com | wanda.goodloe@cbre.com |
| steele@lowenstein.com | WBallaine@lcbf.com |
| stephen.cowan@dlapiper.com | wbenzija@halperinlaw.net |
| steve.ginther@dor.mo.gov | wchen@tnsj-law.com |
| steven.troyer@commerzbank.com | wcurchack@loeb.com |
| steven.usdin@flastergreenberg.com | wdase@fzwz.com |
| steven.wilamowsky@bingham.com | wfoster@milbank.com |
| steven@blbglaw.com | william.m.goldman@dlapiper.com |
| Streusand@StreusandLandon.com | wiltenburg@hugheshubbard.com |
| susheelkirpalani@quinnemanuel.com | wisotska@pepperlaw.com |
| sweyl@haslaw.com | wk@pwlawyers.com |
| swolowitz@mayerbrown.com | wmaher@wmd-law.com |
| szuch@wiggin.com | wmarcari@ebglaw.com |
| tannweiler@greerherz.com | wmckenna@foley.com |
| tarbit@cftc.gov | wrightth@sullcrom.com |
| tbrock@ssbb.com | wsilverm@oshr.com |
| tdewey@dpklaw.com | wswearingen@llf-law.com |
| tduffy@andersonkill.com | wtaylor@mccarter.com |

LEHMAN BROTHERS HOLDINGS INC., ET AL.
EMAIL SERVICE LIST

wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

Lᴇʜᴍᴀɴ Bʀᴏᴛʜᴇʀs Hᴏʟᴅɪɴɢs Iɴᴄ.
Mᴀsᴛᴇʀ Sᴇʀᴠɪᴄᴇ Lɪsᴛ

**OFFICE OF THE US TRUSTEE**
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

**INTERNAL REVENUE SERVICE**
*SPECIAL PROCEDURES BRANCH*
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

Lehman Brothers Holdings Inc.
Additional Service List


**OFFICE OF THRIFT SUPERVISION, NORTHEAST REGION**
<u>ATTN</u>: MARTIN JEFFERSON DAVIS, SENIOR TRIAL ATTORNEY
HARBORSIDE FINANCIAL CENTER PLAZA FIVE
JERSEY CITY, NJ 07311

**EXHIBIT C**

LEHMAN BROTHERS HOLDINGS INC.
ADDITIONAL SERVICE LIST

**COMMONWEALTH BANK OF AUSTRALIA**
ATTN: EXECUTIVE MANAGER, GLOBAL MARKETS DOCUMENTATION
LEVEL 1, 120 PITT STREET
SYDNEY   1155
AUSTRALIA

**WHITE & CASE LLP**
ATTN: ABRAHAM ZYLBERBERG
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036