**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------------x Ref. Docket No. 31577

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 19, 2012, I caused to be served the "Notice of Withdrawal of Debtors' Three Hundred Fourth Omnibus Objection (Duplicate Derivatives Claims)," dated October 19, 2012 [Docket No. 31577], by causing true and correct copies to be:

    i.    delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

    iii.  enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Pete Caris*
                                                    Pete Caris

Sworn to before me this
19th day of October, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6220196
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | barbra.parlin@hklaw.com |
| aalfonso@willkie.com | bbisignani@postschell.com |
| abeaumont@fklaw.com | bcarlson@co.sanmateo.ca.us |
| abraunstein@riemerlaw.com | bdk@schlamstone.com |
| acaton@kramerlevin.com | bguiney@pbwt.com |
| acker@chapman.com | bkmail@prommis.com |
| adam.brezine@hro.com | bmanne@tuckerlaw.com |
| adarwin@nixonpeabody.com | bmiller@mofo.com |
| adiamond@diamondmccarthy.com | boneill@kramerlevin.com |
| aeckstein@blankrome.com | brian.corey@greentreecreditsolutions.com |
| aentwistle@entwistle-law.com | brosenblum@jonesday.com |
| afriedman@irell.com | broy@rltlawfirm.com |
| agbanknewyork@ag.tn.gov | bruce.wright@sutherland.com |
| aglenn@kasowitz.com | bstrickland@wtplaw.com |
| agold@herrick.com | btrust@mayerbrown.com |
| agoldstein@tnsj-law.com | bturk@tishmanspeyer.com |
| aisenberg@saul.com | bwolfe@sheppardmullin.com |
| akantesaria@oppenheimerfunds.com | cahn@clm.com |
| akolod@mosessinger.com | calbert@reitlerlaw.com |
| alum@ftportfolios.com | canelas@pursuitpartners.com |
| amarder@msek.com | carol.weinerlevy@bingham.com |
| amartin@sheppardmullin.com | cbelisle@wfw.com |
| amcmullen@boultcummings.com | cbelmonte@ssbb.com |
| amenard@tishmanspeyer.com | cbrotstein@bm.net |
| andrew.brozman@cliffordchance.com | cdesiderio@nixonpeabody.com |
| andrew.lourie@kobrekim.com | cgoldstein@stcwlaw.com |
| angelich.george@arentfox.com | chammerman@paulweiss.com |
| ann.reynaud@shell.com | charles@filardi-law.com |
| anthony_boccanfuso@aporter.com | charles_malloy@aporter.com |
| aoberry@bermanesq.com | chipford@parkerpoe.com |
| aostrow@beckerglynn.com | chris.donoho@lovells.com |
| apo@stevenslee.com | christopher.schueller@bipc.com |
| aquale@sidley.com | clarkb@sullcrom.com |
| arahl@reedsmith.com | clynch@reedsmith.com |
| arheaume@riemerlaw.com | cmontgomery@salans.com |
| arlbank@pbfcm.com | cohen@sewkis.com |
| arosenblatt@chadbourne.com | colea@gtlaw.com |
| arthur.rosenberg@hklaw.com | contact@lawofficesjje.com |
| arwolf@wlrk.com | cp@stevenslee.com |
| aseuffert@lawpost-nyc.com | cpappas@dilworthlaw.com |
| ashmead@sewkis.com | craig.goldblatt@wilmerhale.com |
| asnow@ssbb.com | crmomjian@attorneygeneral.gov |
| aunger@sidley.com | cs@stevenslee.com |
| austin.bankruptcy@publicans.com | csalomon@beckerglynn.com |
| avenes@whitecase.com | cschreiber@winston.com |
| azylberberg@whitecase.com | cshore@whitecase.com |
| bankr@zuckerman.com | cshulman@sheppardmullin.com |
| bankruptcy@goodwin.com | ctatelbaum@adorno.com |
| bankruptcy@morrisoncohen.com | cwalsh@mayerbrown.com |
| bankruptcy@ntexas-attorneys.com | cward@polsinelli.com |
| bankruptcymatters@us.nomura.com | cweber@ebg-law.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| cweiss@ingramllp.com | dtheising@harrisonmoberly.com |
| dallas.bankruptcy@publicans.com | dwdykhouse@pbwt.com |
| daniel.guyder@allenovery.com | dwildes@stroock.com |
| dave.davis@isgria.com | dworkman@bakerlaw.com |
| david.bennett@tklaw.com | easmith@venable.com |
| david.heller@lw.com | echang@steinlubin.com |
| david.powlen@btlaw.com | ecohen@russell.com |
| david.seligman@kirkland.com | efleck@milbank.com |
| davids@blbglaw.com | efriedman@fklaw.com |
| davidwheeler@mvalaw.com | efriedman@friedumspring.com |
| dbalog@intersil.com | eglas@mccarter.com |
| dbarber@bsblawyers.com | ekbergc@lanepowell.com |
| dbaumstein@whitecase.com | eleicht@whitecase.com |
| dbesikof@loeb.com | eli.mattioli@klgates.com |
| dcimo@gjb-law.com | ellen.halstead@cwt.com |
| dcoffino@cov.com | emerberg@mayerbrown.com |
| dcrapo@gibbonslaw.com | enkaplan@kaplanlandau.com |
| ddavis@paulweiss.com | eobrien@sbchlaw.com |
| ddrebsky@nixonpeabody.com | erin.mautner@bingham.com |
| ddunne@milbank.com | eschwartz@contrariancapital.com |
| deggermann@kramerlevin.com | etillinghast@sheppardmullin.com |
| deggert@freebornpeters.com | ezujkowski@emmetmarvin.com |
| demetra.liggins@tklaw.com | ezweig@optonline.net |
| dfelder@orrick.com | fbp@ppgms.com |
| dflanigan@polsinelli.com | ffm@bostonbusinesslaw.com |
| dgrimes@reedsmith.com | fhyman@mayerbrown.com |
| dhayes@mcguirewoods.com | foont@foontlaw.com |
| dheffer@foley.com | francois.janson@hklaw.com |
| diconzam@gtlaw.com | fsosnick@shearman.com |
| djoseph@stradley.com | fyates@sonnenschein.com |
| dkleiner@velaw.com | gabriel.delvirginia@verizon.net |
| dkozusko@willkie.com | gbray@milbank.com |
| dlemay@chadbourne.com | ggitomer@mkbattorneys.com |
| dlipke@vedderprice.com | ggoodman@foley.com |
| dludman@brownconnery.com | giddens@hugheshubbard.com |
| dmcguire@winston.com | gkaden@goulstonstorrs.com |
| dmurray@jenner.com | glenn.siegel@dechert.com |
| dneier@winston.com | gmoss@riemerlaw.com |
| dodonnell@milbank.com | gravert@ravertpllc.com |
| dove.michelle@dorsey.com | gspilsbury@jsslaw.com |
| dpegno@dpklaw.com | harrisjm@michigan.gov |
| draelson@fisherbrothers.com | harveystrickon@paulhastings.com |
| dravin@wolffsamson.com | hbeltzer@mayerbrown.com |
| drose@pryorcashman.com | heim.steve@dorsey.com |
| drosenzweig@fulbright.com | heiser@chapman.com |
| drosner@goulstonstorrs.com | hollace.cohen@troutmansanders.com |
| drosner@kasowitz.com | holsen@stroock.com |
| dshaffer@wtplaw.com | howard.hawkins@cwt.com |
| dshemano@peitzmanweg.com | hseife@chadbourne.com |
| dspelfogel@foley.com | hsnovikoff@wlrk.com |
| dtatge@ebglaw.com | hsteel@brownrudnick.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com

jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtorf@schiffhardin.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| jwh@njlawfirm.com | lwhidden@salans.com |
| kanema@formanlaw.com | mabrams@willkie.com |
| karen.wagner@dpw.com | maofiling@cgsh.com |
| kdwbankruptcydepartment@kelleydrye.com | marc.chait@sc.com |
| keckhardt@hunton.com | margolin@hugheshubbard.com |
| keith.simon@lw.com | mark.bane@ropesgray.com |
| ken.coleman@allenovery.com | mark.deveno@bingham.com |
| ken.higman@hp.com | mark.ellenberg@cwt.com |
| kerry.moynihan@hro.com | mark.ellenberg@cwt.com |
| kgwynne@reedsmith.com | mark.hellerer@pillsburylaw.com |
| kiplok@hugheshubbard.com | mark.sherrill@sutherland.com |
| kjarashow@fklaw.com | martin.davis@ots.treas.gov |
| kkelly@ebglaw.com | marvin.clements@ag.tn.gov |
| kkolbig@mosessinger.com | matt@willaw.com |
| klyman@irell.com | matthew.klepper@dlapiper.com |
| klynch@formanlaw.com | maustin@orrick.com |
| kmayer@mccarter.com | max.polonsky@skadden.com |
| kobak@hugheshubbard.com | mbenner@tishmanspeyer.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| kovskyd@pepperlaw.com | mberman@nixonpeabody.com |
| kpiper@steptoe.com | mbienenstock@proskauer.com |
| kressk@pepperlaw.com | mbloemsma@mhjur.com |
| kreynolds@mklawnyc.com | mbossi@thompsoncoburn.com |
| krosen@lowenstein.com | mcademartori@sheppardmullin.com |
| kuehn@bragarwexler.com | mcantor@normandyhill.com |
| kurt.mayr@bgllp.com | mccombst@sullcrom.com |
| lacyr@sullcrom.com | mcordone@stradley.com |
| landon@streusandlandon.com | mcto@debevoise.com |
| lapeterson@foley.com | mcyganowski@oshr.com |
| lathompson@co.sanmateo.ca.us | mdorval@stradley.com |
| lberkoff@moritthock.com | melorod@gtlaw.com |
| lee.stremba@troutmansanders.com | meltzere@pepperlaw.com |
| lgotko@fklaw.com | metkin@lowenstein.com |
| lgranfield@cgsh.com | mfeldman@willkie.com |
| lhandelsman@stroock.com | mgordon@briggs.com |
| linda.boyle@twtelecom.com | mgreger@allenmatkins.com |
| lisa.ewart@wilmerhale.com | mh1@mccallaraymer.com |
| lisa.kraidin@allenovery.com | mhopkins@cov.com |
| ljkotler@duanemorris.com | michael.frege@cms-hs.com |
| lkatz@ltblaw.com | michael.kelly@monarchlp.com |
| lkiss@klestadt.com | michael.kim@kobrekim.com |
| lmarinuzzi@mofo.com | michael.mccrory@btlaw.com |
| lmay@coleschotz.com | millee12@nationwide.com |
| lmcgowen@orrick.com | miller@taftlaw.com |
| lml@ppgms.com | mimi.m.wong@irscounsel.treas.gov |
| lnashelsky@mofo.com | mitchell.ayer@tklaw.com |
| loizides@loizides.com | mjedelman@vedderprice.com |
| lromansic@steptoe.com | mjr1@westchestergov.com |
| lscarcella@farrellfritz.com | mkjaer@winston.com |
| lschweitzer@cgsh.com | mlahaie@akingump.com |
| lubell@hugheshubbard.com | mlandman@lcbf.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| mlichtenstein@crowell.com | pmaxcy@sonnenschein.com |
| mlynch2@travelers.com | ppascuzzi@ffwplaw.com |
| mmendez@hunton.com | ppatterson@stradley.com |
| mmooney@deilylawfirm.com | psp@njlawfirm.com |
| mmorreale@us.mufg.jp | ptrain-gutierrez@kaplanlandau.com |
| mneier@ibolaw.com | ptrostle@jenner.com |
| monica.lawless@brookfieldproperties.com | r.stahl@stahlzelloe.com |
| mpage@kelleydrye.com | raj.madan@bingham.com |
| mparry@mosessinger.com | ramona.neal@hp.com |
| mpomerantz@julienandschlesinger.com | rbeacher@pryorcashman.com |
| mprimoff@kayescholer.com | rbernard@foley.com |
| mpucillo@bermanesq.com | rbyman@jenner.com |
| mrosenthal@gibsondunn.com | rdaversa@orrick.com |
| mruetzel@whitecase.com | relgidely@gjb-law.com |
| mschimel@sju.edu | rfleischer@pryorcashman.com |
| mschlesinger@julienandschlesinger.com | rfrankel@orrick.com |
| msegarra@mayerbrown.com | rfriedman@silvermanacampora.com |
| mshiner@tuckerlaw.com | rgmason@wlrk.com |
| msiegel@brownrudnick.com | rgraham@whitecase.com |
| msolow@kayescholer.com | rhett.campbell@tklaw.com |
| mspeiser@stroock.com | richard.fingard@newedge.com |
| mstamer@akingump.com | richard.lear@hklaw.com |
| mvenditto@reedsmith.com | richard.levy@lw.com |
| mwarren@mtb.com | richard.tisdale@friedfrank.com |
| nathan.spatz@pillsburylaw.com | richard@rwmaplc.com |
| ncoco@mwe.com | ritkin@steptoe.com |
| neal.mann@oag.state.ny.us | rjones@boultcummings.com |
| ned.schodek@shearman.com | rleek@hodgsonruss.com |
| neilberger@teamtogut.com | rlevin@cravath.com |
| newyork@sec.gov | rmatzat@hahnhessen.com |
| nherman@morganlewis.com | rnetzer@willkie.com |
| nickolas.karavolas@pillsburylaw.com | robert.bailey@bnymellon.com |
| nissay_10259-0154@mhmjapan.com | robert.dombroff@bingham.com |
| nlepore@schnader.com | robert.henoch@kobrekim.com |
| notice@bkcylaw.com | robert.malone@dbr.com |
| oipress@travelers.com | robert.yalen@usdoj.gov |
| otccorpactions@finra.org | robin.keller@lovells.com |
| paronzon@milbank.com | roger@rnagioff.com |
| patrick.oh@freshfields.com | ronald.silverman@bingham.com |
| paul.turner@sutherland.com | ross.martin@ropesgray.com |
| pbattista@gjb-law.com | rqureshi@reedsmith.com |
| pbosswick@ssbb.com | rrainer@wmd-law.com |
| pdublin@akingump.com | rreid@sheppardmullin.com |
| peisenberg@lockelord.com | rroupinian@outtengolden.com |
| peter.gilhuly@lw.com | rrussell@andrewskurth.com |
| peter.macdonald@wilmerhale.com | rterenzi@stcwlaw.com |
| peter.simmons@friedfrank.com | russj4478@aol.com |
| peter@bankrupt.com | rwasserman@cftc.gov |
| pfeldman@oshr.com | rwyron@orrick.com |
| phayden@mcguirewoods.com | s.minehan@aozorabank.co.jp |
| philip.wells@ropesgray.com | sabin.willett@bingham.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com

steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC
OVERNIGHT MAIL LIST

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

08-13555-mg    Doc 31606    Filed 10/22/12    Entered 10/22/12 20:45:43    Main Document
Pg 12 of 13

**LBH_(MERGE2.DBF, TXNUM)**
**\*\*\* 4000064745 \*\*\*_10-19-12**

AVIVA ASSICURAZIONI SPA ET AL.
C/O MARK SHERRILL
SUTHERLAND, ASBILL & BRENNAN LLP
1275 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004