UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :    (Jointly Administered)
                  Debtors.                         :
                                                   :
------------------------------------------------------------------x    Ref. Docket No. 31091, 31280

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 12, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
22nd day of October, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 31091, 31280_AFF_10-12-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER FUND LTD
     C/O TRICADIA CAPITAL MANAGEMENT, LLC
     ATTN: JAMES E. MCKEE
     780 THIRD AVENUE, 29TH FLOOR
     NEW YORK NY 10017
```

Please note that your claim # 58098 02 in the above referenced case and in the amount of $11,258,398.00 allowed as $9,136,852.86 has been transferred (unless previously **expunged by court order**)

```
     CANTOR FITZGERALD & CO.
     TRANSFEROR: TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER FUND LTD
     ATTN: NATHAN PLOTKIN
     110 EAST 59TH STREET
     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS** OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:

```
     UNITED STATES BANKRUPTCY COURT
     Southern District of New York
     One Bowling Green
     New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 31280 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/12/2012                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s)

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 12, 2012.

# EXHIBIT B

```
TIME: 13:30:03                                    LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 10/12/12                                         CREDITOR LISTING

Name                               Address
CANTOR FITZGERALD & CO.            TRANSFEROR: TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER FUND LTD ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022
EFG BANK AB (PUBL)                 P.O. BOX 55963 STOCKHOLM S-102 16 SWEDEN
ESKILSTUNA, REGNAL I.              TRANSFEROR: EFG BANK AB (PUBL) TORSHALLAVAGEN 41 ESKILSTUNA  S-633 44 SWEDEN
TRICADIA DISTRESSED AND SPECIAL    C/O TRICADIA CAPITAL MANAGEMENT, LLC ATTN: JAMES E. MCKEE 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017
SITUATIONS MASTER FUND LTD


Total Number of Records Printed      4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC