UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
            Debtors.                                             :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket No. 31281-31286,
                                                                      31288, 31293, 31295, 31297-31302,
                                                                      31304, 31308, 31328, 31329, 31332

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 15, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
22nd day of October, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   MIDDLE EAST AND AFRICA BANK SAL (MEAB SAL)
      HEAD OFFICE
      HEJEIJ BUILDING
      ADNAN EP-HAKIM STREET
      POB 14-5958
      BEIRUT    1105 2080
      LEBANON

Please note that your claim # 40356-01 in the above referenced case and in the amount of
     $500,000.00   allowed at $500,438.82        has been transferred **(unless previously expunged by court order)**


      DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: MIDDLE EAST AND AFRICA BANK SAL (MEAB SAL)
      ATTN: SIMON GLENNIE
      WINCHESTER HOUSE
      1 GREAT WINCHESTER STREET
      LONDON    EC2N 2DB
      UNITED KINGDOM


No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 31308       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/15/2012                  Vito Genna, Clerk of Court

                                  /s/ Lauren Rodriguez
                                  _____
                                  By: Epiq Bankruptcy Solutions, LLC
                                      as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 15, 2012.

# EXHIBIT B

08-13555-mg    Doc 31609    Filed 10/22/12    Entered 10/22/12 21:51:41    Main Document
Pg 4 of 5

```
TIME: 19:54:05                                    LEHMAN BROTHERS HOLDING INC.                                           PAGE:   1
DATE: 10/15/12                                         CREDITOR LISTING

Name                                              Address
BENTUM-RIDDER, K.                                 KORNOELJE 26 ZEEWOLDE   3892 XC NETHERLANDS
BOS, J.C.M.                                       P/A DE WINNEN 1 VALKENSWAARD   5551 ZG NETHERLANDS
CLAUS, H.J.R.T. & M.J. CLAUS-VAESSEN              NWE'S-GRAVELANDSEWEG 68A BUSSUM   1406 NH NETHERLANDS
CVI GVF LUX MASTER SARL                           C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON   W1F 9LT UNITED KINGDOM
DE WILDT, J.J.N.M.                                DE HUITKAR 3 BIDDINGHUIZEN   8256 DZ NETHERLANDS
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: MIDDLE EAST AND AFRICA BANK SAL (MEAB SAL) ATTN: SIMON GLENNIE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET
                                                  LONDON  EC2N 2DB UNITED KINGDOM
EFG BANK AB (PUBL)                                P.O. BOX 55963 STOCKHOLM  S-102 16 SWEDEN
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: CVI GVF LUX MASTER SARL C/O ELLIOTT MANAGEMENT CORPORATION - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ERIK PENSER BANKAKTIEBOLAG                        TRANSFEROR: EFG BANK AB (PUBL) BIBLIOTEKSGATAN 9 BOX 7405 STOCKHOLM  S-103 91 SWEDEN
FRONTSIDE BEHEER B.V.                             DE GENESTETLAAN 18 BILTHOVEN   3723 DP NETHERLANDS
GERI B.V.                                         BERGHEMSE WEG 12 HERPEN   5373 KH NETHERLANDS
JANSSEN, M.T.                                     MERLETGAARDE 27 VIERLINGSBEEK   5821 BW NETHERLANDS
MIDDLE EAST AND AFRICA BANK SAL (MEAB             HEAD OFFICE HEJEIJ BUILDING ADNAN EP-HAKIM STREET POB 14-5958 BEIRUT   1105 2080 LEBANON
SAL)
SCHILDER, G.J. & M.A. SCHILDER                    GOUDEN SLOT 10 VOLENDAM   1132 RS NETHERLANDS
RUNDERKAMP
SPARREBOOM-BIJL, P.                               BREMLAAN 5 VUGNT   5263 GT NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: BENTUM-RIDDER, K. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: BOS, J.C.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: CLAUS, H.J.R.T. & M.J. CLAUS-VAESSEN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: DE WILDT, J.J.N.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: FRONTSIDE BEHEER B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: GERI B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: JANSSEN, M.T. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: SCHILDER, G.J. & M.A. SCHILDER RUNDERKAMP ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: SPARREBOOM-BIJL, P. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: VAN DEN BELT, H. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: VAN DOORN, A.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: VAN NUNEN-STALPERS, BEHEERMIJ ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: VERMENLEN, W. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: WAT EEN LEUKE B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: WIJNHER, C.P. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: ZWAGEMAKER, J. / VAN DER GEEST, L.M.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV THE NETHERLANDS
                                                  RIGOLETTESTRAAT 9 AMERSFOORT   3816 TR NETHERLANDS
VAN DEN BELT, H.                                  KORAAL 176 ZEEWOLDE   3893 EX NETHERLANDS
VAN DOORN, A.J.                                   POIRTERSSTRAAT 101 OISTERWIJK   5061 GB NETHERLANDS
VAN NUNEN-STALPERS, BEHEERMIJ                     LIJZIJDE 237 DRONTEN   8251 LL NETHERLANDS
VERMENLEN, W.                                     DEVENTERWEG 28 7203 AK ZUTPHEN ZUTPHEN   NETHERLANDS
WAT EEN LEUKE B.V.                                PADLAND 4 VENHUIZEN   1606 NL NETHERLANDS
WIJNHER, C.P.                                     HEUVELLAAN 13 HILVERSUM   1217 JL NETHERLANDS
ZWAGEMAKER, J. / VAN DER GEEST, L.M.J.

Total Number of Records Printed       38
```