UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                            :      Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :      08-13555 (JMP)
                                                                 :      (Jointly Administered)
               Debtors.                                          :
                                                                 :
-----------------------------------------------------------------x      Ref. Docket No. 31290

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 15, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
22nd day of October, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 31290_Aff 10-15-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   HAMMENSHA, J.
              HET NOORDERLICHT 48
              DRONTEN 8254 AL NETHERLANDS

Additional:

Transferee:   STICHTING THE IAMEX VALUE FOUNDATION
              ATTN: J. KAPTEIN
              KEIZERSGRACHT 268
              AMSTERDAM 1016 EV NETHERLANDS

**Your transfer  of claim #   54338   is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match
Amount On Transfer Agreement Does Not Match

Docket Number 31290              Date 10/11/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 15, 2012.

# EXHIBIT B

```
TIME: 19:53:02                          LEHMAN BROTHERS HOLDING INC.
DATE: 10/15/12                               CREDITOR LISTING                                    PAGE:    1

Name                                    Address
HAMMENSHA, J.                           HET NOORDERLICHT 48 DRONTEN  8254 AL NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION    ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS

Total Number of Records Printed    2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC