UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :   Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :   08-13555 (JMP)
                                                               :   (Jointly Administered)
              Debtors.                                         :
                                                               :
---------------------------------------------------------------x   Ref. Docket No. 31258, 31337,
                                                                   31352, 31354, 31355, 31362-31382,
                                                                   31384-31446, 31448-31468, 31470-
                                                                   31479, 31481, 31482, 31484, 31486-
                                                                   31492

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 16 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Lauren Rodriguez*
                                                           Lauren Rodriguez

Sworn to before me this
22nd day of October, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 31258, 31337, 31352...31484, 31486-31492_AFF_10-16-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  GOLDMAN,SACHS & CO.
         TRANSFEROR: WEXFORD SPECTRUM TRADING LIMITED
         ATTN: RICK CANONICO
         30 HUDSON STREET, 5TH FLOOR
         JERSEY CITY NJ 07302

Please note that your claim # 55791-02 in the above referenced case and in the amount of
         $0.00    allowed at $12,145,372.98        has been transferred **(unless previously expunged by court order)**

         DELRANG HOLDINGS LLC
         TRANSFEROR: GOLDMAN,SACHS & CO.
         C/O RICHARDS KIBBE & ORBE
         ATTN: LARRY HALPERIN
         ONE WORLD FINANCIAL CENTER
         NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 31490    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/16/2012                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 16, 2012.

# EXHIBIT B

08-13555-mg    Doc 31611    Filed 10/22/12    Entered 10/22/12 22:37:40    Main Document
Pg 4 of 7

```
TIME: 15:11:42                                                  LEHMAN BROTHERS HOLDING INC.                                              PAGE: 1
DATE: 10/16/12                                                       CREDITOR LISTING
```

| Name | Address |
|---|---|
| A.D. VELS BEHEER EN MANAGEMENT B.V. | LIBANONWEG 14 HATTEM  8051 NV NETHERLANDS |
| AEN HAAF, ZA | ROOIE DAL 10 BURGH-HAAMSTEDE  4328 PZ NETHERLANDS |
| ALBERTINI-KAISER, TASHI | ROTELSTR. 10 CH-8413 NEFTENBACH  SWITZERLAND |
| ARNIM, HELMUT & LIESELOTTE | AM HOCHSTAND 25 MUNICH  81827 GERMANY |
| AUFFENBERG, KORNELIA | HAGENAUER STR. 12 BREMEN  28211 GERMANY |
| AUFFENBERG, KORNELIA | C/O KWAG RECHTSANWALTE LISE-MEITNER-STRASSE 2 BREMEN  28359 GERMANY |
| BAMBERG, HERBERT AND MARIANNE | BENDEMANNSTR. 19 DUSSELDORF  40210 GERMANY |
| BARONI, DILSHAD | SCHUTTE-LANZ-STR. 90A BERLIN  12209 GERMANY |
| BEAUKENHEIM, PETER | HEIMRICHSTR. 6 RUSSELDORF  40237 GERMANY |
| BECKER, RAYMOND A.I. | BELLARIASTR. 47 ZURICH  CH-8038 SWITZERLAND |
| BEERS HOLDING B.V. | BURG. HOOGENBOOMLAAN 62 HOOGWOUD  1718 BK NETHERLANDS |
| BERNARD, A.G.J. | BURG. HOEFNAGELSTR. 54 VLYMEN  5251 TL NETHERLANDS |
| BERNHARD, KAROLINA | SONNENSTR. 16 SONTHOFEN  87527 GERMANY |
| BULL, CHRISTA | KOSTERBERGSTRASSE 66 HAMBURG  22587 GERMANY |
| BULOK, GERDA | RANDSTR. 10 PLETTENBERG  58840 GERMANY |
| C.V.I G.V.F. LUX MASTER S.A.R.L. UK | TRANSFEROR: AM INTERNATIONAL E MAC 63 LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I G.V.F. LUX MASTER S.A.R.L. UK | TRANSFEROR: CONCORDIA MAC 29 LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I G.V.F. LUX MASTER S.A.R.L. UK | TRANSFEROR: EMPIRICURVE FUND LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I G.V.F. LUX MASTER S.A.R.L. UK | TRANSFEROR: LAPLACE FUND EQUITIES LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I G.V.F. LUX MASTER S.A.R.L. UK | TRANSFEROR: MAJESTIC FUND LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I G.V.F. LUX MASTER S.A.R.L. UK | TRANSFEROR: PIONEER EUROPE MAC 70 LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CHAABANE, ADEL | C/ N. NOURI WILLI-LAUF ALLEE 8 COLOGNE  50858 GERMANY |
| CIJFER, H.P. AND/OR | A. CIJFER H. KAMERLINGH ONNESWEG 60 1402 EJ BUSSUM  NETHERLANDS |
| DANIELS, DEHEER TAI | ZUIDLAAN 33 AERDENHOUT  2111GB NETHERLANDS |
| DE GROOT, E.E.G. & A.A. DE GROOT-VAN BEEK | NIEUWE ZEEWEG 46 NOORDWIJK  2201 TK NETHERLANDS |
| DE HAAN, J.W.W.M. | POSTBUS 8834 EINDHOVEN  5605 LV NETHERLANDS |
| DE JOHGH NOUWERS, J.P.E. | SCHOUT COLFFSTRAAT 2 OISTERWIJK  5062 AP NETHERLANDS |
| DE RUITER, J. | SPORTLAAN 9 BUS 8 MAASEIK  3680 BELGIUM |
| DE SARTIGES-MULLER, LILIANE | RUE ROBERT DE TRAZ, 15 GENEVE  1206 SWITZERLAND |
| DE VRIES BERGMAN, H.C. | MIDDELBURGLAAN 6 DEN BOSCH  5224 VB NETHERLANDS |
| DELRANG HOLDINGS LLC | TRANSFEROR: GOLDMAN,SACHS & CO. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DEUTSCHE POSTBANK AG ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: WATERSTONE MF FUND, LTD. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: C.V.I G.V.F. LUX MASTER S.A.R.L. UK ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE POSTBANK AG | ATTN: TRANSACTION MGMT CAPITAL MARKETS KENNEDYALLEE 62-70 BONN D-53175 FEDERAL REPUBLIC OF GERMANY  GERMANY |
| DIPL.-ING. H. WAGNER GMBH | HAUPTSTR. 46 LEINFELDEN-ECHTERDINGEN  70771 GERMANY |
| DR. WITTEN FAM. DEP. GBR | C/O PROF. DR. PEER WITTEN ALSTERKAMP 18 HAMBURG  20149 GERMANY |
| DU PRIE, R.A | AS BENEFICIARY OF J.H. DU PRIE MOLENWEG 40 1182 CL, AMSTELVEEN  NETHERLANDS |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: ILLIQUIDX LLP C/O ELLIOTT MANAGEMENT CORPORATION - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| EUVAMAN, F. | NEWTONLAAN 76 VLYMEN  5252 CG NETHERLANDS |
| EVENTUALLY B.V. | OESTERBANK 3 GOES  4465 AR NETHERLANDS |
| FLEMMING, UWE | BOHNSTEDTSTRASSE 9 BERLIN  12309 GERMANY |
| FMDS BOLSWARD-DRONRIJP 1993 | POSTBUS 137 BOLSWARD  8700 AB NETHERLANDS |
| FRANGI, TULLIO | IM GAESSLI 14 STEINMAUR  CH-8162 SWITZERLAND |
| FUSTOK, MANSOUR | 18 ELM TREE ROAD ST. JOHNS WOOD LONDON  NW8 9JP UNITED KINGDOM |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 15:11:42                                       LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   2
DATE: 10/16/12                                          CREDITOR LISTING

Name                                              Address
FUSTOK, MANSOUR                                   MEYER, SUOZZI, ENGLISH & KLEIN, P.C. ATTN: THOMAS R. SLOME, ESQ. 990 STEWART AVENUE, SUITE 300 P.O. BOX 9194
                                                  GARDEN CITY NY 11530-9194
GARTMANN, ARTHUR                                  VATTRUSTRASSE 5 VADURA  CH-7314 SWITZERLAND
GAUTAM, VISHA PRAKASH AND SUSHILLA                NEUSTRASSE 44 KERPEN  50171 GERMANY
GEERTSEMA, G.K.                                   ZUIDWESTERRINGWEG 3-1 NAGELE  8308 PC NETHERLANDS
GOLDMAN, SACHS & CO.                              TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: RISPARMIO & PREVIDENZA SOCIETA PER AZIONI ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: WEXFORD SPECTRUM TRADING LIMITED ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GRANDJEAN, MARCEL                                 RUE ECOLE DE COMMERCE 3 LAUSANNE  1004 SWITZERLAND
GRANDT, KLAUS                                     C/O M.M. WARBURG & CO. KOMMANDITGESELLSCHAFT AUF AKTIEN FERDINANDSTRASSE 75 20095 HAMBURG  GERMANY
H.B. VAN DER VEEN / HBV HOLDING B.V.              ZEEWEG 2 MUIDERBERG  1399 GP NETHERLANDS
HARDERS, RICHARD                                  NEUTO. STR. 111 EMDEN  26721 GERMANY
HARMELING, H.J.M.                                 JAN STEENLAAN 16 HEEMSTEDE  2102 BG NETHERLANDS
HARTMANN, LUZIA                                   SCHEVENHUTERSTR. 60 STOLBERG  52224 GERMANY
ILLIQUIDX LLP                                     TRANSFEROR: FUSTOK, MANSOUR ATTN: CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: KRISHNA ENTERPRISES LTD. ATTN: CELESTINO AMORE, MANAGING PARTNER 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
JACQUES ZOLTY                                     20 RUE GESPIN GENEVA  1206 SWITZERLAND
KEITH-SEKI, ATSUKO                                KLOSTERSTR. 78 DUSSELDORF  40211 GERMANY
KERCKHOFF, B.J.H.                                 HOOFTSKADE 32 DEN HAAG  2526 KA NETHERLANDS
KLEINER, RALF AND HILDEGARD                       KEPLERSTR. 18A GAIMERSHEIM  85080 GERMANY
KORTENDICK, JOHANNES                              C/O M.M. WARBURG & CO. KOMMANDITGESELLSCHAFT AUF AKTIEN FERDINANDSTRASSE 75 20095 HAMBURG  GERMANY
KOSTKA, INGRID                                    TREVERERSTR. 11 TRIER  54295 GERMANY
KRIVOKAPIC, VESELIN & ENISA                       MONT-JACQUES 12 LA CHAUX-DE-FONDS  CH-2300 SWITZERLAND
KUIPERS-KUIPER, A.                                JOELAAN 5 HILVERSUM  1217 GG NETHERLANDS
KWAN, CHING TAK                                   DR. HERMANSWEG 192 MX, EINDMOVEN  5624 NETHERLANDS
LEGAL AND GENERAL PENSIONS LIMITED                ONE, COLEMAN STREET LONDON  EC2R 5AA UNITED KINGDOM
LUSERKE, JENS-J.                                  JOSTWEG 9 A HAMBURG  22339 GERMANY
MAST, HANS & LINA                                 RINGSTR. 6 PFALZGRAFENWEILER  72285 GERMANY
MELZER, AXEL                                      CARL-LANGHANS-STR. 20A MONHEIM  40789 GERMANY
MEVES, MICHAEL                                    VERONIKASTEIG 9 BERLIN  D-14163 GERMANY
MIES, STEFAN DR & CHRISTA LUCY                    SILBERBACHSTRASSE 39 FREIBURG  79100 GERMANY
MOLEN BRUGGE, W.TH.                               PRINS HENDRIKLAAN 67 HELMOND  5707 CJ NETHERLANDS
MOLTENO, ANTHONY & THERESA                        OBERREDSTRASSE 8 ERLINSBACH SO  5015 SWITZERLAND
MOLTENO, ANTHONY & THERESA                        AARAULNVEST AG ZELGLISTRASSE 15 AARAU  5000 SWITZERLAND
MUGGENBORG, MARGRET                               MONHEIMSALLEE 58 AACHEM  52062 GERMANY
MUGGENBORG, MARGRET                               C/O DR. HANS-JURGEN MUGGENBORG OPPENHOFFALLEE 2 AACHEM  52062 GERMANY
MUGGENBORG, MARGRET                               DR. HAUS-JURGEN MUGGENBORG OPPENHOFFALLEE 2 AACHEM  52066 GERMANY
MULLER-LANGENBECU, GARLEF                         BRETER WEG 63 HAMELIN  D-31787 GERMANY
NEES, W.                                          BEUKENDREEF 57 BERKEL-ENSCHOT  5056 CA NETHERLANDS
NITSCHKE, INGE                                    BALDERSHEIMER WEG 57 BERLIN  12349 GERMANY
OSWALD, FRANZ LUDWIG                              IM NAGGIS 15 OBERWANGEN  CH-8374 SWITZERLAND
PAROCHIE, H. DRIEKONINGEN                         P/A REMBRANDTLAAN 97 VOORBURG  2271 GH NETHERLANDS
PASQUIER, GEORGES                                 LA REVAISE CASE POSTALE 51 ATTALENS  CH-1616 SWITZERLAND
PAULSON ENHANCED LTD.                             TRANSFEROR: YORVIK PARTNERS LLP ATTN: JAMES OLIVIO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PETER, EVELINE                                    SEESTR. 48 BERG  82335 GERMANY
PIDGIN BV                                         NICOLAAS WITSENKADE 34 AMSTERDAM  1017 ZT NETHERLANDS
PILZ, GEORG & RITA                                BOTZOWER STR. 19 FALKENSER  D-14612 GERMANY
PRIME CAPITAL MASTER SPC, GOT WAT MAC             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
   SEGREGATED PORTFOLIO                           PLYMOUTH MN 55447
RENOLD-STREBEL, PHILIPPE                          BERGSTRASSE 25 AARAU  5000 SWITZERLAND
RENOLD-STREBEL, PHILIPPE                          AARAUINVEST AG ZELGLISTRASSE 15 AARAU  5000 SWITZERLAND
RETZLAFF, KATE                                    GLADIOLENSTR. 23 GREVENBROICH  41516 GERMANY
RICHTER, CHRISTA                                  WORDEMANNS WEG 26 HAMBURG  D-22527 GERMANY
ROETHER, THOMAS                                   SCHWEICKERWEG 2 SCHWAEBISCH HALL  74523 GERMANY
ROHDE DE BOER, K.M.                               DAELEN BROEK - NR I AMSTERDAM  1082 AA NETHERLANDS
ROHRBACH, SUSANNE                                 ROMERSTR. 53 THERWIL  4106 SWITZERLAND

                                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 15:11:42                                            LEHMAN BROTHERS HOLDING INC.                                                              PAGE:   3
DATE: 10/16/12                                                  CREDITOR LISTING

Name                                                    Address
ROHRBACH, SUSANNE                                       STRAFIN AG STERAEUGASSE 6 BASEL  4010 SWITZERLAND
ROSCH, GERTRUD                                          KARTAUSERSTR. 145 FREIBURG  79104 GERMANY
RUNGE, EDGAR                                            ALTKONIGSTR. 5 FRANKFURT/MAIN  D-60323 GERMANY
RUSCH, VOLKER                                           JUTENBUHL HASLIBERG REUTI  CH-6083 SWITZERLAND
SCHELLER, INGE                                          HOHENBURG 7 LENGGRIES  83661 GERMANY
SCHRAMM, ARNO AND ILONE                                 MOSELSTR. 23 MANNHEIM  68167 GERMANY
SCHUELE, LARS-FOLKE                                     GERSTENBERGSTR. 8 HAMBURG  22609 GERMANY
SCHUTZ, HERTA                                           BLUTENWEG 8 HAMBURG  22589 GERMANY
SNOEIJS-SANDERS, J.P                                    VLAS EN GRAAN 8 VEGHEL  5461 KL NETHERLANDS
SNYDER, L.D.                                            JOHANNES VERHULSTSTRAAT 68I AMSTERDAM  1071 NH NETHERLANDS
SOPHISTICATED TECHNOLOGIES B.V.                         M.J. HESTER HUYGENDIJK 23 HEERHUGOWAARD  1703 RG NETHERLANDS
SPRUIJTENBURG, MARIMUS                                  RESIDENCE P.B. 319 RIGI KALTBAD  6356 SWITZERLAND
STADLIN, KASPAR                                         ZUGERSTRASSE 38 UNTERAEGERI  6314 SWITZERLAND
STATE BANK OF INDIA                                     15 KING STREET LONDON  EC2V 8EA UNITED KINGDOM
STATE BANK OF INDIA                                     TLT LLP ONE REDCLIFF STREET BRISTOL  BS1 6TP UNITED KINGDOM
STEGMULLER, BRUNO & IRMGARD                             PANORAMASTRASSE 42 BIETIGHEIM-BISSINGEN  74321 GERMANY
STICHTING FILATELIE                                     STERRELAAN 64 HILVERSUM  1217 PT NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: A.D. VELS BEHEER EN MANAGEMENT B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: AEN HAAF, ZA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: ALBERTINI-KAISER, TASHI ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: ARNIM, HELMUT & LIESELOTTE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: AUFFENBERG, KORNELIA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: BAMBERG, HERBERT AND MARIANNE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: BARONI, DILSHAD ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: BEAUKENHEIM, PETER ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: BECKER, RAYMOND A.I. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: BEERS HOLDING B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: BERNARD, A.G.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: BERNHARD, KAROLINA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: BULL, CHRISTA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: CHAABANE, ADEL ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: CIJFER, H.P. AND/OR A. CIJFER ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: DANIELS, DEHEER TAI ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: DE GROOT, E.E.G. & A.A. DE GROOT-VAN BEEK ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: DE HAAN, J.W.W.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: DE JOHGH NOUWERS, J.P.E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: DE RUITER, J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: DE SARTIGES-MULLER, LILIANE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: DE VRIES BERGMAN, H.C. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: DIPL.-ING. H. WAGNER GMBH ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: DR. WITTEN FAM. DEP. GBR ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: DU PRIE, R.A AS BENEFICIARY OF J.H. DU PRIE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: EUVAMAN, F. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: EVENTUALLY B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: FLEMMING, UWE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: FMDS BOLSWARD-DRONRIJP 1993 ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: FRANGI, TULLIO ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: GARTMANN, ARTHUR ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: GAUTAM, VISHA PRAKASH AND SUSHILLA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: GEERTSEMA, G.K. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: GRANDJEAN, MARCEL ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: GRANDT, KLAUS ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: H.B. VAN DER VEEN / HBV HOLDING B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: HARMELING, H.J.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: HARTMANN, LUZIA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                    TRANSFEROR: JACQUES ZOLTY ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS

                                                                                                                                   EPIQ BANKRUPTCY SOLUTIONS, LLC
```