UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
                    Debtors.                                       :
                                                                   :
------------------------------------------------------------------x    Ref. Docket Nos. 31383, 31447,
                                                                        31469

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 16, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
22nd day of October, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfers 31383, 31447, 31469_Aff 10-16-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   BULOK, GERDA
              RANDSTR. 10
              PLETTENBERG 58840 GERMANY

Additional:

Transferee:   STICHTING THE IAMEX VALUE FOUNDATION
              ATTN: J. KAPTEIN
              KEIZERSGRACHT 268
              AMSTERDAM 1016 EV NETHERLANDS

**Your transfer   of claim #    49568    is defective for the reason(s) checked below:**

Previously Transferred

Docket Number 31383              Date 10/14/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 16, 2012.

# EXHIBIT B

```
TIME: 15:09:55                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 10/16/12                                         CREDITOR LISTING

Name                                    Address
ALBER, EKKEHARD                         TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA WIELANDSTR 12 71032 BOEBLINGEN   GERMANY
BULOK, GERDA                            RANDSTR. 10 PLETTENBERG  58840 GERMANY
SCHMIDT, UTE                            ROEMHILDER STR. 22 98646 GLEICHAMBERG   GERMANY
SCHMIDT, UTE                            UHLANDSTR. 6 LANGENFELD  40764 GERMANY
STICHTING THE IAMEX VALUE FOUNDATION    ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION    KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
TARGOBANK AG & CO. KGAA F/K/A/ CITIBANK KASERNENSTR. 10 DUSSELDORF  40213 GERMANY
  PRIVATKUNDEN AG & CO. KGAA
TARGOBANK AG & CO. KGAA F/K/A/ CITIBANK TRANSFEROR: HARDERS, RICHARD KASERNENSTR. 10 DUESSELDORF  40213 GERMANY
  PRIVATKUNDEN AG & CO. KGAA

Total Number of Records Printed      8
```

EPIQ BANKRUPTCY SOLUTIONS, LLC