**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC., *et al.*,** | : | **08-13555 (JMP)** |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | | **Ref. Docket No. 30690, 31290, 31303, 31335, 31478, 31495, 31498, 31500, 31501** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 18 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
22nd day of October, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 30690, 31290, 31303...31498, 31500, 31501_AFF_10-18-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |
|---|---|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: CHAUNY, S.A.
RINCON 487-OF 601
MONTEVIDEO 110000
URUGUAY

Please note that your claim # 34873 in the above referenced case and in the amount of $3,574,050.24 has been transferred **(unless previously expunged by court order)**

ATTESTOR CAPITAL, LLP FOR/ON BEHALF OF ATTESTOR VALUE MASTER FUND, LP
TRANSFEROR: CHAUNY, S.A.
C/O ATTESTOR CAPITAL LLP
ATTN: ISOBELLE WHITE
21 UPPER BROOK STREET
LONDON W1K 7PY
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 31495 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/18/2012

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 18, 2012.

# EXHIBIT B

| Name | Address |
|---|---|
| ALLIANZ BANK FINANCIAL ADVISORS SPA | TRANSFEROR: CREDITO VALTELLINESE S.C. PIAZZALE LODI 3 MILANO 20135 ITALY |
| ATTESTOR CAPITAL, LLP FOR/ON BEHALF OF ATTESTOR VALUE MASTER FUND, LP | TRANSFEROR: CHAUNY, S.A. C/O ATTESTOR CAPITAL LLP ATTN: ISOBELLE WHITE 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| BANCA LEONARDO SPA | TRANSFEROR: CREDITO EMILIANO SPA C/O GRUPPO BANCA LEONARDO SPA ATTN: FRANCESCO PRATO - MATTEO CATENACCI VIA BROLETTO 46 MILANO 20121 ITALY |
| BANQUE BONHOTE & CIE SA | TRANSFEROR: INCORE BANK AG 16, RUE DU BASSIN NEUCHATEL CH-2001 SWITZERLAND |
| CHAUNY, S.A. | RINCON 487-OF 601 MONTEVIDEO 110000 URUGUAY |
| CREDIT SUISSE (UK) LIMITED | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE (UK) LIMITED | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (UK) LIMITED | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDITO EMILIANO SPA | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO SPA | ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY |
| CREDITO VALTELLINESE S.C. | ALLEN & OVERY, STUDIO LEGALE ASSOCIATO CORSO VITTORIO EMANUELE II, 284 ROME 00186 ITALY |
| CREDITO VALTELLINESE S.C. | TRANSFEROR: ALLIANZ BANK FINANCIAL ADVISORS SPA PIAZZA QUADRIVIO, 8 SONDRIO 23100 ITALY |
| EFG BANK AB (PUBL) | P.O. BOX 55963 STOCKHOLM S-102 16 SWEDEN |
| GUSTAFSSON, MAGNUS | TRANSFEROR: EFG BANK AB (PUBL) STALLVAGEN 2 VENDELSO S-136 73 SWEDEN |
| HAMMENSHA, J. | HET NOORDERLICHT 48 DRONTEN 8254 AL NETHERLANDS |
| INCORE BANK AG | SWISS BANKING SERVICES DREIKONIGSTRASSE 8 ZURICH CH-8022 SWITZERLAND |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: STATE BANK OF INDIA ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| STATE BANK OF INDIA | 15 KING STREET LONDON EC2V 8EA UNITED KINGDOM |
| STATE BANK OF INDIA | TLT LLP ONE REDCLIFF STREET BRISTOL BS1 6TP UNITED KINGDOM |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: HAMMENSHA, J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV THE NETHERLANDS |
| UBS AG | TRANSFEROR: CREDIT SUISSE (UK) LIMITED 677 WASHINGTON BOULEVARD STAMFORD CT 06901 |

Total Number of Records Printed 21