WINSTON & STRAWN LLP
Carey D. Schreiber
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for Intralot S.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF WITHDRAWAL OF OBJECTION OF INTRALOT S.A.
IN CONNECTION WITH DEBTORS'
PLAN SUPPLEMENT AND NOTICE OF
PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS**

**PLEASE TAKE NOTICE** that Intralot S.A., by and through its undersigned counsel, hereby withdraws the Objection of Intralot S.A. in Connection with Debtors' Plan Supplement and Notice of Proposed Assumption of Executory Contracts [Docket No. 21843] filed with the Court on November 9, 2011.

Dated: New York, New York
      October 23, 2012

WINSTON & STRAWN LLP

By:/s/ Carey D. Schreiber
Carey D. Schreiber
200 Park Avenue
New York, NY 10166-4193
Telephone No.: (212) 294-6700
Facsimile No.: (212) 294-4700

*Attorneys for Intralot S.A.*

NY:1522364.2