**WINSTON & STRAWN LLP**
Carey D. Schreiber
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for Intralot S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF WITHDRAWAL OF CLAIM NO. 27536

**PLEASE TA KE N OTICE** that Intralot S.A., by and through its undersigned counsel, hereby withdraws Claim No. 27536 (the "Claim") filed on or about September 22, 2009 against Lehman Brothers Special Financing Inc. (the "Debtor") and hereby authorizes the Clerk of the Court, or Epiq Bankruptcy Solutions LLC, the Court appointed Claim s Agent, to reflect this withdrawal on the official claim s register for the above-referenced De btor. Withdrawal of the Claim by Intralot S.A. is without prejudice to any other claims of Intralot S.A.

Dated: New York, New York
October 23, 2012

**WINSTON & STRAWN LLP**

By:/s/ Carey D. Schreiber
Carey D. Schreiber
200 Park Avenue
New York, NY 10166-4193
Telephone No.: (212) 294-6700
Facsimile No.: (212) 294-4700

*Attorneys for Intralot S.A.*

NY:1522382.2