New York City
Industrial Development Agency
110 William Street, 4th Floor
New York, New York 10038
Richard Marshall, Vice President For Legal Affairs
Telephone: (212) 312-3534
Facsimile: (212) 312-3912

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors | : | Docket No. 30953 |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK )

Richard Tom, being duly sworn, deposes and says:

1. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 17, 2012, I caused to be served the "Response of New York City Industrial Development Agency to Three Hundred Forty-Eight Omnibus Objection to Claims (Value Derivative Claims) by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes to Weil Gotshal & Manges-attorneys for debtor, 767 5th Avenue, New York, NY 10153, Milbank Tweed Hadley-attorneys for unsecured creditors, 1 Chase Manhattan Plaza, New York, NY 10005, US Trustee for SDNY, 33 Whitehall Street, 22st Flr, New York, NY 10004.

Dated: New York, New York
       October 17, 2012

_____
Richard Tom

Sworn to before me this
17th day of October, 2012

_____
Notary Public

Shawn T. Gallagher
Notary Public - State of New York
No. 01GA6121997
Qualified in ~~New York County~~ Kings County
My Commission Expires February 7, 20 13

1