WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Christopher J. Cox
Marcie Kaufman

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF CLAIMS OBJECTIONS**
**HEARING WITH RESPECT TO CLAIM NOS. 19949 AND 19950**

**PLEASE TAKE NOTICE** that the hearing on the Objection to Claim Nos. 19949 and 19950 [ECF No. 15003] that was scheduled for October 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to February 28, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: October 23, 2012
      New York, New York

                                            /s/ Christopher J. Cox
                                            Christopher J. Cox
                                            Marcie Kaufman
                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            *Attorneys for Lehman Brothers Holdings Inc. and*
                                            *Certain of Its Affiliates*