WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                    :   Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :   08-13555 (JMP)
:
Debtors.                              :   (Jointly Administered)
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**HEARING ON APPLICATION OF WEIL, GOTSHAL**
**& MANGES LLP, AS ATTORNEYS FOR THE DEBTORS, FOR FINAL**
**ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES**
**PERFORMED AND REIMBURSEMENT OF ACTUAL AND NECESSARY**
**EXPENSES INCURRED FROM SEPTEMBER 15, 2008 THROUGH MARCH 5, 2012**

**PLEASE TAKE NOTICE** that the hearing on the Application of Weil, Gotshal & Manges LLP, as Attorneys for the Debtors, for Final Allowance of Compensation for Professional Reimbursement of Actual and Necessary Expenses Incurred from September 15, 2008 through March 5, 2012 (the "Fee Application"), filed July 3, 2012 [ECF No. 29201], that was scheduled for October 30, 2012 at 2:00 p.m. (Prevailing Eastern Time), **has been adjourned, to November 29, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One

US_ACTIVE:\44122114\1\58399.0011

Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: October 23, 2012
      New York, New York

/s/ Harvey R. Miller
Harvey R. Miller

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates