WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
**In re**                                                     :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
:
Debtors.                                       :    **(Jointly Administered)**
:
------------------------------------------------------------------------------x

**AMENDED NOTICE OF HEARING ON**
**NINETY-SECOND OMNIBUS OBJECTION TO CLAIMS**
**(NO BLOCKING NUMBER LPS CLAIMS) AND SUPPLEMENT TO THE NINETY**
**SECOND OMNIBUS OBJECTION TO CLAIMS SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that a hearing to consider the Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) [ECF No. 14472] will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **October 31, 2012 at 10:00 a.m. (Eastern Time)**, *solely* as to the claims listed on the annexed **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Supplement to the Ninety Second Omnibus Objection to Claims [ECF No. 31050] will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **October 31, 2012 at**

2

**10:00 a.m. (Eastern Time)**, *solely* as to the claims listed on the annexed **Exhibit B**.

Dated: October 23, 2012
      New York, New York

                                    /s/ Robert J. Lemons
                                    Robert J. Lemons

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone:  (212) 310-8000
                                    Facsimile:   (212) 310-8007

                                    Attorneys for Lehman Brothers Holdings Inc.
                                    and Certain of Its Affiliates

US_ACTIVE:\44122361\1\58399.0008

## Exhibit A

## Claims Going Forward at the October 31, 2012 Hearing
## With Respect to the Ninety-Second Omnibus Objection to Claims

| Claimant Name | Claim Number |
|---|---|
| BIESEMANN, DR. JOERG | 13624 |
| GETTE, HELENE | 12444 |
| ISHII, HIROICHI AND HELLA | 13602 |
| KAPALLA, KURT | 12448 |
| KLUG, KLAUS | 12442 |
| KUHNAST, FRANK-ROLAND | 67258 |
| LUCKS, IIONA | 24996 |
| LUKOSCHEK, WOLFGANG | 13611 |
| RUTTENER, JUERG FOR RUETTENER, HANNELORE | 67267 |
| RUTTENER, JUERG FOR RUETTENER, HANS | 67265 |
| STEINFORT, SILVIA | 11202 |
| UTTENDORF, WILFRIED | 57811 |
| WEISS, RENATE | 11212 |
| WIPPERN, MARGIT | 13619 |

## Exhibit B

## Claims Going Forward at the October 31, 2012 Hearing
## With Respect to the Supplement to the Ninety-Second Omnibus Objection to Claims

| Claimant Name | Claim Number |
|---|---|
| AMONN-DINGER, VERENA | 11169 |
| BAYER, DR. INGEBORG | 12425 |
| BAYER, DR. INGEBORG | 12426 |
| FASSBENDER, MARIA | 13638 |
| FETKENHEUER, LOTHAR | 67257 |
| GANSER, ALBERT | 24995 |
| HASSE, KLAUS-DIETER | 13628 |
| HEINZEN, HANS | 11178 |
| HIRSCH, KURT | 11179 |
| JAHN, URSULA & HORST | 24987 |
| JANSEN, WALTER | 34350 |
| JANSEN, WALTER | 34347 |
| KOECHLING, HERMANN | 11184 |
| KRAWINKEL, ODO | 12427 |
| KRAWINKEL, ODO | 12428 |
| LEWIN, JOERG | 34348 |
| MASTALEREK, MICHAEL | 11187 |
| NOERRENBERG-SUDHAUS, WERNER | 11190 |
| OBERKERSCH, BEATRICE | 11191 |
| RAMPOLD, HEIDRUN ELISABETH | 11193 |
| RODRIGUEZ, KARSTEN | 13621 |
| SCHIENER, FRIEDBERT WALTER UND HANNELORE | 11196 |

| Claimant Name | Claim Number |
| --- | --- |
| EDELTRAUT | |
| SCHMIDT, KARIN | 11197 |
| SCHMIDT, RA PETRA | 11198 |
| SCHWEBIUS, SANDRA | 11199 |
| SCHWERDT, KORINNA, DR. | 61158 |
| SPERZEL, SUSANNE | 12443 |
| SPRINGER, WERNER | 13623 |
| STANGE, HANS-JOACHIM | 12440 |
| STEINFORT, SILVIA | 11201 |
| STEINFORT, SILVIA | 11203 |
| VOLK, HELMUT UND ANNEMARIE | 11209 |
| VON DER HEYDE, PHILIP | 11210 |
| WARTAK, BEATE | 11211 |
| WEIDLICH, JOERG | 13642 |
| WIPPERN, MARGIT | 13619 |
| WITTIG, HANSPETER | 57824 |
| WOLSKI, MIECZYSLAW | 61159 |
| WOLSKI, MIECZYSLAW | 61160 |
| WOLSKI, MIECZYSLAW | 61191 |
| ZELLINGER, ERNST | 11224 |

2