08-13555-mg    Doc 31635    Filed 10/23/12    Entered 10/23/12 21:28:47    Main Document
                                    Pg 1 of 2

Hearing Date and Time:  November 29, 2012 at 10:00 a.m. (Prevailing Eastern Time)

Dennis F. Dunne
Evan R. Fleck
Dennis O'Donnell
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:  (212) 530-5000

Counsel for Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| In re: | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON FINAL FEE APPLICATION OF MILBANK, TWEED, HADLEY & McCLOY LLP, COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, SEEKING FINAL APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES DURING PERIOD FROM SEPTEMBER 17, 2008 THROUGH AND INCLUDING MARCH 6, 2012**

**PLEASE TAKE NOTICE** that the hearing to consider the Final Fee Application of Milbank, Tweed, Hadley & McCloy LLP, Counsel to Official Committee of Unsecured Creditors, Seeking Final Approval and Allowance of Compensation for Services Rendered and for Reimbursement of Expenses During Period from September 17, 2008 Through and Including March 6, 2012 (the "Fee Application"), filed July 5, 2012 [ECF No. 29238], which was scheduled to be heard on October 30, 2012 at 2:00 p.m. (Prevailing Eastern Time), **has been adjourned to November 29, 2012 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard (the "Hearing").  The Hearing shall be held before the Honorable James M. Peck, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, Room 601.  The Hearing

may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  New York, New York
        October 23, 2012

                              **MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP**

                    By: /s/ Dennis F. Dunne
                        Dennis F. Dunne
                        Evan R. Fleck
                        Dennis C. O'Donnell
                        1 Chase Manhattan Plaza
                        New York, New York 10005
                        Telephone: (212) 530-5000

                        Counsel for Official Committee of Unsecured
                        Creditors of Lehman Brothers Holdings Inc., et al.