ROPES & GRAY LLP
Keith H. Wofford (KW-2225)
Stephen Moeller-Sally (SM-5160)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Attorneys for R3 Capital Partners Master L.P.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS | ) |
| | :ss.: |
| COUNTY OF SUFFOLK | ) |

MEIR C. WEINBERG, being duly sworn, deposes and says:

1. I am employed by the law firm of Ropes & Gray LLP. I am over 18 years of age and I reside in Boston, Massachusetts. I am not a party to this action.

2. On Wednesday, October 24, 2012, I caused true and correct copies of the following documents, which were filed by Ropes & Gray LLP on Tuesday, October 23, 2012, to be served by first class mail upon the parties listed on the annexed Exhibit A:

- Objections of R3 Capital Partners Master L.P. to Subpoena for Rule 2004 Examination [Docket No. 31636]

- *Ex Parte* Motion of R3 Capital Partners Master L.P. for Authorization to File Under Seal the Declaration of C. Michael Weaver in Connection with Objection to Rule 2004 Subpoena [Docket No. 31637]

1

32343998_1

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: October 24, 2012

_____
Meir C. Weinberg

# **EXHIBIT A**

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow
Attn: Lori R. Fife
Attn: Shai Y. Waisman
Attn: Jacqueline Marcus
767 Fifth Avenue
New York, NY 10153

Weil, Gotshal & Manges LLP
Attn: Alfredo R Pérez
700 Louisiana, Suite 1600
Houston, TX 77002-2755

Office of the United States Trustee
Attn: Andy Velez-Rivera
Attn: Paul Schwartzberg
Attn: Brian Masumoto
Attn: Linda Riffkin
Attn: Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne
Attn: Dennis O'Donnell
Attn: Evan R. Fleck
1 Chase Manhattan Plaza
New York, NY 10005

1