WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                  :

| | |
|---|---|
| **In re** | :      **Chapter 11 Case No.** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | :      **08-13555 (JMP)** |
| | : |
| Debtors. | :      **(Jointly Administered)** |
| | : |
| | : |

------------------------------------------------------------------x

**NOTICE OF HEARING ON TWO**
**HUNDRED FORTY-FOURTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

        **PLEASE TAKE NOTICE** that a hearing to consider the Two Hundred Forty-

Fourth Omnibus Objection to Claims (No Liability Derivatives Claims) *solely* as to claims listed

on Exhibit A attached hereto will be held before the Honorable James M. Peck, United States

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New

US_ACTIVE:\44123237\1\58399.0003

York, Room 601, on **October 31, 2012 at 10:00 a.m. (Eastern Time)**.

Dated:  October 24, 2012
      New York, New York

                       /s/ Robert J. Lemons
                       Robert J. Lemons

                       WEIL, GOTSHAL & MANGES LLP
                       767 Fifth Avenue
                       New York, New York 10153
                       Telephone: (212) 310-8000
                       Facsimile: (212) 310-8007

                       Attorneys for Lehman Brothers Holdings Inc.
                       and Certain of Its Affiliates

2

## Exhibit A

### Claims to Be Heard at October 31, 2012 Hearing:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| DEUTSCHE BANK AG | 27906 | N/A |
| DEUTSCHE BANK AG | 28465 | N/A |
| DEUTSCHE BANK AG | 28466 | N/A |