WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,** : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THREE HUNDRED FORTY-EIGHTH OMNIBUS
OBJECTION TO CERTAIN CLAIMS (VALUED DERIVATIVE CLAIMS)
SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Forty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was scheduled for October 31, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to November 20, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: October 24, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| U.S. Bank National Association Transferor: Bank of America, NA, as Trustee & Derivatives Agent | 21157 |
| U.S. Bank National Association Transferor: Bank of America, NA, as Trustee & Derivatives Agent | 21156 |