Simona Grieco
LEXELLENT
Via della Moscova 10
20121 Milano, Italy
+3902872517.36

*Attorneys for Cristiana Vai*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (JMP)
                                                               :
                                        Debtors.               :   (Jointly Administered)
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM 13763 OF CRISTIANA VAI

Reference is made to proof of claim number 13763, filed on September 16, 2009, against Lehman Brothers Holdings Inc. by Cristiana Vai in the amount of $292,431.33 (the "Claim").

PLEASE TAKE NOTICE that, through her undersigned counsel, Ms. Vai hereby withdraws the Claim with prejudice and directs Epiq Bankruptcy Solutions LLC, the court-approved claims agent, to expunge the Claim from the claims register.

Dated: September 25, 2012
       New York, New York

_____
Simona Grieco
LEXELLENT
Via della Moscova 10
20121 Milano, Italy
+3902872517.36

*Attorneys for Cristiana Vai*

US_ACTIVE:\44092016\1\58399.0008