

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :    08-13555 (JMP)
                                                                  :
            Debtors.                                         :    (Jointly Administered)
-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 23767, filed on September 21, 2009, against Lehman Brothers Holdings Inc. by DCNS (the "Claimant") in the amount of $28,161,000.00 (the "Claim").

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The undersigned represents and warrants that the withdrawal of the Claim is within the Claimant's corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: October 24th, 2012
           Paris, France

_____
Olivier Forgeot
Cash and Financial Engineering Director
DCNS
40-42, rue du Docteur Finlay
75732 Paris Cedex 15
France

Siège social :
40-42, rue du Docteur Finlay - F-75732 Paris Cedex 15 - Tél. +33 (0)1 40 59 50 00 - www.dcnsgroup.com
DCNS - SA au capital de 563 000 000 euros - RCS Paris B 441 133 808 - SIRET 441 133 808 00135 - APE 3011 Z