**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------------x    **Ref. Docket Nos. 31624-31625**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                 ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 23, 2012, I caused to be served the:

   a. "Notice of Filing of Updated Master Service List," dated October 23, 2012 [Docket No. 31624], and

   b. "Notice of Withdrawal of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for The Production of Documents and Authorizing the Examination of Persons and Entities," dated October 23, 2012 [Docket No. 31625],

   by causing true and correct copies to be:

   i. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

   ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
23rd day of October, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.

EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | barbra.parlin@hklaw.com |
| aalfonso@willkie.com | bbisignani@postschell.com |
| abeaumont@fklaw.com | bcarlson@co.sanmateo.ca.us |
| abraunstein@riemerlaw.com | bdk@schlamstone.com |
| acaton@kramerlevin.com | bguiney@pbwt.com |
| acker@chapman.com | bkmail@prommis.com |
| adam.brezine@hro.com | bmanne@tuckerlaw.com |
| adarwin@nixonpeabody.com | bmiller@mofo.com |
| adiamond@diamondmccarthy.com | boneill@kramerlevin.com |
| aeckstein@blankrome.com | brian.corey@greentreecreditsolutions.com |
| aentwistle@entwistle-law.com | brosenblum@jonesday.com |
| afriedman@irell.com | broy@rltlawfirm.com |
| agbanknewyork@ag.tn.gov | bruce.wright@sutherland.com |
| aglenn@kasowitz.com | bstrickland@wtplaw.com |
| agold@herrick.com | btrust@mayerbrown.com |
| agoldstein@tnsj-law.com | bturk@tishmanspeyer.com |
| aisenberg@saul.com | bwolfe@sheppardmullin.com |
| akantesaria@oppenheimerfunds.com | cahn@clm.com |
| akolod@mosessinger.com | calbert@reitlerlaw.com |
| alum@ftportfolios.com | canelas@pursuitpartners.com |
| amarder@msek.com | carol.weinerlevy@bingham.com |
| amartin@sheppardmullin.com | cbelisle@wfw.com |
| amcmullen@boultcummings.com | cbelmonte@ssbb.com |
| amenard@tishmanspeyer.com | cbrotstein@bm.net |
| andrew.brozman@cliffordchance.com | cdesiderio@nixonpeabody.com |
| andrew.lourie@kobrekim.com | cgoldstein@stcwlaw.com |
| angelich.george@arentfox.com | chammerman@paulweiss.com |
| ann.reynaud@shell.com | charles@filardi-law.com |
| anthony_boccanfuso@aporter.com | charles_malloy@aporter.com |
| aoberry@bermanesq.com | chipford@parkerpoe.com |
| aostrow@beckerglynn.com | chris.donoho@lovells.com |
| apo@stevenslee.com | christopher.schueller@bipc.com |
| aquale@sidley.com | clarkb@sullcrom.com |
| arahl@reedsmith.com | clynch@reedsmith.com |
| arheaume@riemerlaw.com | cmontgomery@salans.com |
| arlbank@pbfcm.com | cohen@sewkis.com |
| arosenblatt@chadbourne.com | colea@gtlaw.com |
| arthur.rosenberg@hklaw.com | contact@lawofficesjje.com |
| arwolf@wlrk.com | cp@stevenslee.com |
| aseuffert@lawpost-nyc.com | cpappas@dilworthlaw.com |
| ashmead@sewkis.com | craig.goldblatt@wilmerhale.com |
| asnow@ssbb.com | crmomjian@attorneygeneral.gov |
| aunger@sidley.com | cs@stevenslee.com |
| austin.bankruptcy@publicans.com | csalomon@beckerglynn.com |
| avenes@whitecase.com | cschreiber@winston.com |
| azylberberg@whitecase.com | cshore@whitecase.com |
| bankr@zuckerman.com | cshulman@sheppardmullin.com |
| bankruptcy@goodwin.com | ctatelbaum@adorno.com |
| bankruptcy@morrisoncohen.com | cwalsh@mayerbrown.com |
| bankruptcy@ntexas-attorneys.com | cward@polsinelli.com |
| bankruptcymatters@us.nomura.com | cweber@ebg-law.com |

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com

dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com

jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtorf@schiffhardin.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com

# LEHMAN BROTHERS HOLDINGS INC.

EMAIL SERVICE LIST

| | |
|---|---|
| jwh@njlawfirm.com | lwhidden@salans.com |
| kanema@formanlaw.com | mabrams@willkie.com |
| karen.wagner@dpw.com | maofiling@cgsh.com |
| kdwbankruptcydepartment@kelleydrye.com | marc.chait@sc.com |
| keckhardt@hunton.com | margolin@hugheshubbard.com |
| keith.simon@lw.com | mark.bane@ropesgray.com |
| ken.coleman@allenovery.com | mark.deveno@bingham.com |
| ken.higman@hp.com | mark.ellenberg@cwt.com |
| kerry.moynihan@hro.com | mark.ellenberg@cwt.com |
| kgwynne@reedsmith.com | mark.hellerer@pillsburylaw.com |
| kiplok@hugheshubbard.com | mark.sherrill@sutherland.com |
| kjarashow@fklaw.com | marvin.clements@ag.tn.gov |
| kkelly@ebglaw.com | matt@willaw.com |
| kkolbig@mosessinger.com | matthew.klepper@dlapiper.com |
| klyman@irell.com | maustin@orrick.com |
| klynch@formanlaw.com | max.polonsky@skadden.com |
| kmayer@mccarter.com | mbenner@tishmanspeyer.com |
| kobak@hugheshubbard.com | mberman@nixonpeabody.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| kovskyd@pepperlaw.com | mbienenstock@proskauer.com |
| kpiper@steptoe.com | mbloemsma@mhjur.com |
| kressk@pepperlaw.com | mbossi@thompsoncoburn.com |
| kreynolds@mklawnyc.com | mcademartori@sheppardmullin.com |
| krosen@lowenstein.com | mcantor@normandyhill.com |
| kuehn@bragarwexler.com | mccombst@sullcrom.com |
| kurt.mayr@bgllp.com | mcordone@stradley.com |
| lacyr@sullcrom.com | mcto@debevoise.com |
| landon@streusandlandon.com | mcyganowski@oshr.com |
| lapeterson@foley.com | mdorval@stradley.com |
| lathompson@co.sanmateo.ca.us | melorod@gtlaw.com |
| lberkoff@moritthock.com | meltzere@pepperlaw.com |
| lee.stremba@troutmansanders.com | metkin@lowenstein.com |
| lgotko@fklaw.com | mfeldman@willkie.com |
| lgranfield@cgsh.com | mgordon@briggs.com |
| lhandelsman@stroock.com | mgreger@allenmatkins.com |
| linda.boyle@twtelecom.com | mh1@mccallaraymer.com |
| lisa.ewart@wilmerhale.com | mhopkins@cov.com |
| lisa.kraidin@allenovery.com | michael.frege@cms-hs.com |
| ljkotler@duanemorris.com | michael.kelly@monarchlp.com |
| lkatz@ltblaw.com | michael.kim@kobrekim.com |
| lkiss@klestadt.com | michael.mccrory@btlaw.com |
| lmarinuzzi@mofo.com | millee12@nationwide.com |
| lmay@coleschotz.com | miller@taftlaw.com |
| lmcgowen@orrick.com | mimi.m.wong@irscounsel.treas.gov |
| lml@ppgms.com | mitchell.ayer@tklaw.com |
| lnashelsky@mofo.com | mjedelman@vedderprice.com |
| loizides@loizides.com | mjr1@westchestergov.com |
| lromansic@steptoe.com | mkjaer@winston.com |
| lscarcella@farrellfritz.com | mlahaie@akingump.com |
| lschweitzer@cgsh.com | mlandman@lcbf.com |
| lubell@hugheshubbard.com | mlichtenstein@crowell.com |

# LEHMAN BROTHERS HOLDINGS INC.

### EMAIL SERVICE LIST

mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

| | |
|---|---|
| sabvanrooy@hotmail.com | streusand@streusandlandon.com |
| sagolden@hhlaw.com | susheelkirpalani@quinnemanuel.com |
| sally.henry@skadden.com | sweyl@haslaw.com |
| samuel.cavior@pillsburylaw.com | swolowitz@mayerbrown.com |
| sandyscafaria@eaton.com | szuch@wiggin.com |
| sara.tapinekis@cliffordchance.com | tannweiler@greerherz.com |
| scargill@lowenstein.com | tarbit@cftc.gov |
| schannej@pepperlaw.com | tbrock@ssbb.com |
| schepis@pursuitpartners.com | tdewey@dpklaw.com |
| schnabel.eric@dorsey.com | tduffy@andersonkill.com |
| schristianson@buchalter.com | teresa.oxford@invescoaim.com |
| schwartzmatthew@sullcrom.com | tgoren@mofo.com |
| scottshelley@quinnemanuel.com | thaler@thalergertler.com |
| scousins@armstrongteasdale.com | thomas.califano@dlapiper.com |
| sdnyecf@dor.mo.gov | thomas_noguerola@calpers.ca.gov |
| sehlers@armstrongteasdale.com | tim.desieno@bingham.com |
| seichel@crowell.com | timothy.brink@dlapiper.com |
| sfelderstein@ffwplaw.com | timothy.palmer@bipc.com |
| sfineman@lchb.com | tjfreedman@pbnlaw.com |
| sfox@mcguirewoods.com | tkiriakos@mayerbrown.com |
| sgordon@cahill.com | tlauria@whitecase.com |
| sgubner@ebg-law.com | tmacwright@whitecase.com |
| shannon.nagle@friedfrank.com | tmarrion@haslaw.com |
| sharbeck@sipc.org | tnixon@gklaw.com |
| shari.leventhal@ny.frb.org | toby.r.rosenberg@irscounsel.treas.gov |
| shgross5@yahoo.com | tomwelsh@orrick.com |
| sidorsky@butzel.com | tony.davis@bakerbotts.com |
| slerman@ebglaw.com | tslome@msek.com |
| slerner@ssd.com | ttracy@crockerkuno.com |
| slevine@brownrudnick.com | tunrad@burnslev.com |
| sloden@diamondmccarthy.com | twheeler@lowenstein.com |
| smayerson@ssd.com | ukreppel@whitecase.com |
| smillman@stroock.com | villa@streusandlandon.com |
| smulligan@bslawyers.com | vmilione@nixonpeabody.com |
| snewman@katskykorins.com | vrubinstein@loeb.com |
| sory@fdlaw.com | walter.stuart@freshfields.com |
| spiotto@chapman.com | wanda.goodloe@cbre.com |
| splatzer@platzerlaw.com | wballaine@lcbf.com |
| sree@lcbf.com | wbenzija@halperinlaw.net |
| sschultz@akingump.com | wchen@tnsj-law.com |
| sselbst@herrick.com | wcurchack@loeb.com |
| sshimshak@paulweiss.com | wdase@fzwz.com |
| sskelly@teamtogut.com | wfoster@milbank.com |
| sstarr@starrandstarr.com | william.m.goldman@dlapiper.com |
| steele@lowenstein.com | wiltenburg@hugheshubbard.com |
| stephen.cowan@dlapiper.com | wisotska@pepperlaw.com |
| steve.ginther@dor.mo.gov | wk@pwlawyers.com |
| steven.troyer@commerzbank.com | wmaher@wmd-law.com |
| steven.usdin@flastergreenberg.com | wmarcari@ebglaw.com |
| steven.wilamowsky@bingham.com | wmckenna@foley.com |
| steven@blbglaw.com | wrightth@sullcrom.com |

# LEHMAN BROTHERS HOLDINGS INC.

### EMAIL SERVICE LIST

wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC

OVERNIGHT MAIL LIST

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007