WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Peter D. Isakoff
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re                                                                              :    Chapter 11 Case No.
                                                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                                                       :
                    Debtors.                                            :    (Jointly Administered)
                                                                                       :
                                                                                       :
----------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF OBJECTION
### TO PROOFS OF CLAIM NUMBER 14824 AND 14826

**PLEASE TAKE NOTICE** that the hearing on the objection to proof of claim number 14824 filed by Canary Wharf Management Ltd. and proof of claim number 14826 filed by Heron Quays (HQ2) T1 Limited and Heron Quays (HQ2) T2 Limited (the "Objection") [**ECF No. 30055**], that was scheduled for October 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to December 19, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further

adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: October 24, 2012
      New York, New York

/s/ Robert J. Lemons
Peter D. Isakoff
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

2