# EXHIBIT D

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Bruce E. Clark

*Attorney for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| | : |
| Debtors. | : Jointly Administered |
| | : |

**OBJECTIONS OF GIANTS STADIUM LLC TO DEBTORS'**
**SUBPOENA FOR ADDITIONAL RULE 2004 EXAMINATION**

Pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure and Rule 45 of the Federal Rules of Civil Procedure, Giants Stadium LLC ("GSLLC"), by its undersigned counsel, hereby objects to the Debtors' Subpoena for Rule 2004 Examination dated July 27, 2011 (the "Subpoena"), as follows:

**OBJECTIONS**

1. GSLLC objects to the Subpoena insofar as it purports to impose burdens or duties upon GSLLC that exceed the requirements or permissible scope of discovery under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, the Local Rules of the U.S. Bankruptcy Court for the Southern District of New York, or any other applicable laws, rules, or judicial orders.

2.  GSLLC objects to the Subpoena insofar as it commands GSLLC to produce an employee again to appear and testify regarding information protected by the attorney-client privilege, the joint defense or common interest privilege, the attorney work product protection, or any other applicable privilege, immunity, or protection from disclosure. Any disclosure of information protected by the attorney-client privilege, the joint defense or common interest privilege, the attorney work product protection, or any other applicable privilege, immunity, or protection is inadvertent and should not be construed to constitute a waiver.

3.  GSLLC objects to the Subpoena insofar as it commands GSLLC to produce an employee to appear and testify regarding issues other than the circumstances of the termination of the transactions entered into between GSLLC and Lehman Brothers Special Financing Inc. pursuant to the ISDA Master Agreement (FGIC-Insured) dated as of July 27, 2007, the ISDA Master Agreement (FSA-Insured) dated as of July 27, 2007, and related documents.

4.  GSLLC objects to the Subpoena on the grounds that it commands GSLLC to produce an employee to appear and testify regarding information that is unreasonably cumulative or duplicative of information already obtained in discovery and information that that is obtainable from another source that is more convenient, less burdensome, or less expensive.

5.  GSLLC objects to the Subpoena on the grounds that it seeks information that is not relevant to any party's claim or defense and not reasonably calculated to lead to the discovery of admissible evidence.

6.  GSLLC objects to the Subpoena on the grounds that it commands GSLCC to produce an employee to appear and testify, in total, for more than one day of seven hours. The Debtors already have deposed an Authorized Representative of GSLLC for more than seven hours.

7. GSLLC objects to the Subpoena on the grounds that issues relating to GSLLC's request for Rule 2004 Examination directed to the Debtors and dated April 14, 2011 remain unresolved.

8. GSLLC objects to the Subpoena on the grounds that GSLLC already has produced the employee most knowledgeable on all the matters for deposition testimony listed in the Subpoena, Ms. Christine Procops, who has already testified on these same matters for more than one day of seven hours.

9. GSLLC objects to the Subpoena on the grounds that the Debtors already have enough information to determine whether to object to the GSLLC's claims and any further discovery by Debtors should be conducted pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure for contested matters.

\*   \*   \*

GSLLC reserves all its rights with respect to the Subpoena, including the right to modify or supplement its objections thereto. GSLLC affirms that the Stipulation Governing the Production of Confidential Materials dated August 3, 2010 shall govern the designation and handling of examination testimony, if any. GSLLC is prepared to meet and confer regarding the resolution of these objections. GSLLC is also prepared to discuss an agreement with the Debtors to extend the period in which the Debtors and GSLLC may resolve these objections prior to GSLLC filing objections with the Court as specified in the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities dated November 23, 2009.

Dated: New York, New York  SULLIVAN & CROMWELL LLP
       August 5, 2011

By:   */s/ Bruce E. Clark, MAS*
     Bruce E. Clark
     SULLIVAN & CROMWELL LLP
     125 Broad Street
     New York, New York 10004
     Telephone: (212) 558-4000
     Facsimile: (212) 558-3588

*Attorney for Giants Stadium LLC*

-4-

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Thomas John Wright

*Attorney for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

## CERTIFICATE OF SERVICE

I, Matthew A. Schwartz, hereby certify that, on August 5, 2011, I caused to be served a true and correct copy of **Objections of Giants Stadium LLC to Debtors' Subpoena For Additional Rule 2004 Examination** via e-mail and hand delivery upon:

>Richard W. Slack
>Michael J. Firestone
>Weil Gotshal & Manges LLP
>767 Fifth Avenue
>New York, New York 10153-0119

*Attorneys for Debtors*

Dated: New York, New York
August 5, 2011

By: *[signature]*
Matthew A. Schwartz