# EXHIBIT H

## Ehrmann, Daniel

**From:** Michael F. DeMichele [mfd@baupost.com]
**Sent:** Wednesday, May 09, 2012 9:08 AM
**To:** Ehrmann, Daniel
**Subject:** RE: Giants

We confirm our agreement, with the footnote that we have every reason to believe that the NFL is on board. We were unable to get through to the NFL until yesterday; it expressed general agreement but also asked for a small amount of time to check on whether there are any discovery requests outstanding. We believe that there will not be an issue, but also did not want to wait any longer before replying to you. We think we should confirm our meeting for May 31, and we will let you know when the NFL gets back to us.

**From:** Ehrmann, Daniel [mailto:dehrmann@alvarezandmarsal.com]
**Sent:** Thursday, May 03, 2012 7:15 PM
**To:** Michael F. DeMichele
**Subject:** Giants


Mike – as discussed we will have a principal to principal only meeting (without lawyers) on May 31st premised on the following:

- Participants:
    - Lehman: Chris O'Meara, John Dziadzio, Ron Tanamura and myself
    - Giants/Goal Line: Mike DeMichele, James David, Christine Rocops, Bill Heller
- the meeting is not being conditioned on the parties agreeing to start the negotiations at any particular "bookends" -- although the parties reserve the right to do so at future meetings and the fact that this meeting occurred without such pre-conditions will not be used in future negotiation or otherwise no reverting to respective bookends
- the parties will agree to "freeze" all discovery until the meeting described above is held, at which time the parties may agree to extend the discovery "freeze"; thus, all discovery by us to Giants Stadium, Goal Line or Baupost will be on temporary hold
- while the agenda for the meeting is not yet finalized, we expect the parties to be prepared to discuss the following issues at the meeting agenda to be refined but probably: (i) discount rate; (ii) auction rate; (iii) cost of funds; (iv) ipso facto / flip
- the participants will have settlement authority.

Our willingness to enter into settlement discussions does not constitute any waiver of any of our rights and is without prejudice to our ability to complete our investigation under Bankruptcy Rule 2004. We are willing to extend this discovery "freeze" to other parties who have received discovery requests from us (such as the NFL and FGIC) if they also agree this "freeze" does not constitute any waiver of any rights and is without prejudice to our ability to complete our investigation under Bankruptcy Rule 2004 at a future date.

I suggest meeting at Lehman (1271 Avenue of the Americas – 40th floor) – say at 10AM. Please let me know if you agree that the above accurately reflects our understanding. Best, D

1

**Daniel J. Ehrmann**
**Managing Director**

Alvarez & Marsal North America, LLC
600 Lexington Avenue
Direct: 646 285 9556
Mobile: 917 660-1069
Fax: 212 759-5532
dehrmann@alvarezandmarsal.com
www.alvarezandmarsal.com

*****************************************************************************
This message is intended only for the use of the addressee(s) and may contain information
that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient(s), you are
hereby notified that any dissemination of this communication is strictly prohibited.
If you have received this communication in error, please erase all copies of the
message and its attachments and notify us immediately.

This email has been scanned by the Symantec Email Security.cloud service.
*****************************************************************************

2