WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
In re                                                                  :        Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        08-13555 (JMP)
:
Debtors.                                                 :        (Jointly Administered)
:
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE**
**THREE HUNDRED FIFTY-THIRD OMNIBUS OBJECTION TO**
**CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Fifty-Third

Omnibus Objection to Claims (No Liability Claims) [ECF No. 31044] that was scheduled for

October 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the**

**claims listed on Exhibit A attached hereto, to a date to be determined**.

Dated: October 24, 2012
         New York, New York

                                                       /s/ Robert J. Lemons
                                                       Robert J. Lemons

                                                       WEIL, GOTSHAL & MANGES LLP
                                                       767 Fifth Avenue
                                                       New York, New York 10153
                                                       Telephone:  (212) 310-8000
                                                       Facsimile:   (212) 310-8007

                                                       Attorneys for Lehman Brothers Holdings Inc.
                                                       and Certain of Its Affiliates

US_ACTIVE:\44122884\1\58399.0008

## Exhibit A

## Adjourned Claims:

| CLAIMANT NAME | CLAIM NO. | CLAIMANT RESPONSE ECF NO. |
|---|---|---|
| DWS COMMUNICATIONS FUND, INC. | 68105 | 31570 |