Augsburger Aktienbank AG



Augsburger Aktienbank AG  D - 86135 Augsburg

Epiq Bankruptcy Solutions, LLC
757 Thrid Avenue, 3rd Floor
New York, NY 10017
-United States of America-

RECEIVED
OCT 17 2012
U.S. BANKRUPTCY COURT
SD. DIST. OF NEW YORK

24. September 2012
eMail: p.brandmair@aab.de

### Evidence of Transfer of Claim

Dear Madams and Sirs,

please find attached "Transfer of Claim" Forms for your attention.

Thank you for your efforts.

Best regards.

Augsburger Aktienbank AG
Augsburg, Germany

i.A. Philipp Brandmair       i.A. Yvonne Kauth

---

Finanzdienstleistungen gemäß § 4 Ziffer 8 UstG sind mehrwertsteuerfrei.



Augsburger Aktienbank AG        Telefon  08 21.50 15 –0        Vorsitzender des Aufsichtsrates:     Sitz der Gesellschaft: Augsburg
Halderstraße 21                 Telefax  08 21.50 15 –2 78     Jochen Herwig                        Registergericht HRB 43
86150 Augsburg                                                 Vorstand:
Postadresse: 86135 Augsburg     www.aab.de                     Lothar Behrens, Sprecher             USt.-Id.-Nr. DE 127470049
Bankleitzahl 720 207 00         info@aab.de                    Joachim Maas, Ulrich Truckenmüller   BIC AUGBDE 77

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED OCT 17 2012 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

In re:   Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**Augsburger Aktienbank AG** | Name of Transferor:<br>**UBS AG** |
|---|---|
| Notices to Transferee should be sent to:<br><br>Augsburger Aktienbank AG<br>Halderstr. 21<br>86150 Augsburg<br>Attn: Mr. Brandmeyer +49 821 5015526<br>info@aab.de | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>*NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS)* | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____     Date: _____
       Augsburger Aktienbank AG
       Halderstr. 21
       86150 Augsburg

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

TOC094 UBSDE0230AAB 70u 20120823
Page 1 of 3



Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Bonus Exp. Lehman Bros Treasury BV 2007-7.3.2011 | DE000A0MHVV0 | LBT Co. B.V. | LBH Inc. | 70.00 units out of 170.00 units |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 7 and in paragraphs/lines 1 of the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Augsburger Aktienbank AG
Halderstr. 21
86150 Augsburg
Attn: Mr. Brandmeyer +49 821 5015526
info@aab.de

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

TOC094 UBSDE0230AAB 70u 20120823
Page 2 of 3

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August 23, 2012.

UBS AG
Transferor

By: _____
Name: Jean-Claude Besson
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

ACKNOWLEDGED BY:

Augsburger Aktienbank AG
Transferee

By: _____
Name:
Title:

Martin Dumbs            Arnd Richter
Department Chief        subst. Dept. Chief



TOC094 UBSDE0230AAB 70u 20120823
Page 3 of 3