UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,                            :   08-13555 (JMP)
                                                                  :
                    Debtors.                                      :   (Jointly Administered)
                                                                  :
-----------------------------------------------------------------x

RECEIVED OCT 17 2012 U.S. BANKRUPTCY COURT DIST. OF NEW YORK

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). The Transferee named below hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice.

| BSI SA                                                                 | CREDIT SUISSE AG                              |
|------------------------------------------------------------------------|-----------------------------------------------|
| Name of Transferee                                                     | Name of Transferor                            |
| Name and address where notices to Transferee should be sent:           | Court Claim # (if known):  55829              |
| BSI SA                                                                 |                                               |
| Via Magatti 2                                                          | Amount of Claim Transferred: CHF 32'000.00    |
| Attn. Andrea Ferrari – Custody Administration                          |                                               |
| 6900 Lugano, Switzerland                                               | Date Claim Filed:  Oct. 29, 2009              |
| Phone: +41 80)58 8083373                                               |                                               |
| e-mail: group.bsicustodyadministration@bsibank.com                     |                                               |
| Name and address where payments to Transferee should be sent (if different from above): |                     |
| CITIBANK NEW YORK                                                      |                                               |
| SWIFT address: CITIUS33                                                |                                               |
| Account nr. 10938561                                                   |                                               |
| In the name of BSI SA                                                  |                                               |
| Attn. Andrea Ferrari                                                   |                                               |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____    Date: _____27th September 2012_____
    Transferee  BSI SA
Name: C. Poli            A. Ferrari
Title: Assistant Vice President   Assistant Vice President

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357.*

1028357

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **BSI SA** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON AUGUST 15, 2012.

**Credit Suisse AG**

By: _[signature]_
Name: Martina Berli
Title: Vice President

By: _[signature]_
Name: Juliette Diallo
Title: Assistant Vice President

## SCHEDULE I

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0200265709 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 32'000.00 |

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
757 Third Avenue, 3rd Floor
New York, New York 10017
USA

Ref. no.  AF/LBHI/002            Lugano    27th September 2012

**Notice of partial transfer from Credit Suisse AG, Zurich (the "Transferor") to BSI SA on behalf of its client/s (the "Transferee") of securities issued by Lehman Brothers Treasury CO. BV (the "Securities") and the relevant claim pursuant to Proof of Claim n. 55829 (the "Claim")**

Dear Sirs,

A) Reference is made to the transfer of the above mentioned Securities and Claim (the "Transfer") to our bank as nominee on behalf of its client/s.

In order to duly notify you of the Transfer, please find here attached the following documents, so that you can kindly proceed and amend the Claim Register accordingly:

1) Form 210/A, signed by our bank as Transferee on behalf of its client/s;

2) *"Evidence of Transfer of Claim"*, signed by Credit Suisse AG. Zurich, as Transferor, as a proof that Credit Suisse AG has transferred a registered claim to BSI SA (on behalf of its client/s).

Thank you very much in advance for your kind attention.

Yours faithfully,

BSI SA
C. Poli        pp A. Ferrari