# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc            Case No.    08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Paulson Credit Opportunities Master Ltd.** | **Yorvik Partners LLP** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known):   33267 |
| 1251 Avenue of the Americas, 50th Floor<br>New York, NY 10020<br>USA<br>Attention: James Olivo<br>Email: James.olivo@paulsonco.com | Amount of Claim: 26.3968769% which is equal to US$ 3,290,258.00 of a total claim of US$ 12,464,573.00<br><br>Date Claims Filed:   16 September 2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Yorvik Partners LLP

By: ___[signed Jim Mullaly]___   Date: 19/10/12
Transferor/Transferor's Agent
SIMON MULLALY
PARTNER

Paulson Credit Opportunities Master Ltd.

By: ___[signed]___   Date: 19/10/12
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO: LEHMAN BROTHERS HOLDINGS INC.

Yorvik Partners LLP ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Paulson Credit Opportunities Master Ltd. ("Buyer"), a 26.3968769% interest (currently equal to $3,290,258.00) in all of Seller's right, title and interest in and to the $12,464,573.00 claim of Seller against LEHMAN BROTHERS HOLDINGS INC., docketed as Claim No. 33267 (the "Claim"), in the case entitled *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court, Southern District of New York.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 19 day of October 2012.

| SELLER | BUYER |
|---|---|
| Yorvik Partners LLP | Paulson Credit Opportunities Master Ltd. |
| By: /s/ Simon Mullaly | By: /s/ |
| Name: SIMON MULLALY | Name: STUART MERZER |
| Title: PARTNER | Title: Authorized Signatory |

NY1 8373452v.1