# NOTICE OF HEARING ON THE FORTIETH OMNIBUS OBJECTION TO CLAIMS (LATE FILED CLAIMS)

10/16/2012

Theresa Scavone1
229 Central Avenue
Deer Park, New York 11729

Honorable James M. Peck
United Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green Room 601
New York, New York 10004

**Honorable James M. Peck,**

I am writing this letter of Objection of the Chapter 11 Case No. 08-13555 (JMP), Jointly Administered'. This became part of my Estate, since the demise of my husband on January 15, 2008. MY claim No.34944. I am hoping you will see it clear even though I am considered an annoying enity to Lehman Brothers Holdings Inc

I reached out for instructions and help from the office of Robert Lemons (212) 310-8000, and was instructed not to bother to send an objection because there was not enough equity for the little claims..

Since this claim would afford me at least three years worth of social security payments ,I am hoping you would grant me and the others like me some consideration and see that we get our fair share of what we worked so hard for.

Sincerely,

Theresa Scavone (Joseph Scavone)

