B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

CITIGROUP FINANCIAL PRODUCTS INC.        SOLUS RECOVERY FUND LP

Name of Transferee                         Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): 21893
should be sent:                                Total Amount of Claim Filed: $237,802,450.90
                                               Allowed Amount of Claim Transferred:
Citigroup Financial Products Inc.              $3,120,953.88
390 Greenwich Street, 4th floor
New York, New York 10013                       ISIN/CUSIP:
Attn: Scott Evan                               Blocking Number:
Phone: 302-323-3624                            Date Claim Filed: September 21, 2009
Email: scott.evan@citi.com                     Phone: (213) 778-1652

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Attn: Elanit Snow
Phone: 212-373-3000
Email: esnow@paulweiss.com

Name and address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date:  October 24, 2012
     Transferee/Transferee's Agent
     **BRIAN BLESSING**
     AUTHORIZED SIGNATORY

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

## NOTICE OF PARTIAL TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. 21893 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on October 24, 2012.

| Solus Recovery Fund LP | Citigroup Financial Products Inc. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:

SOLUS RECOVERY FUND LP
c/o Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, New York 10022
Attn : Solus Compliance
Tel : (213) 778-1652
Email : notices@soluslp.com

Address of Transferee:

CITIGROUP FINANCIAL PRODUCTS INC.
390 Greenwich Street, 4th floor
New York, New York 10013
Attn: Scott Evan
Phone: 302-323-3624
Email: scott.evan@citi.com

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Attn: Elanit Snow
Phone: 212-373-3000
Email: esnow@paulweiss.com

### ~ DEADLINE TO OBJECT TO TRANSFER ~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____

**CLERK OF THE COURT**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
        Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
        Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 21893

**SOLUS RECOVERY FUND LP** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CITIGROUP FINANCIAL PRODUCTS INC.**
390 Greenwich Street
New York, New York 10013
Attention: Scott Evan
Tel: 302-323-3624
Email: scott.evan@citi.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 21893, solely to the extent of $3,120,953.88, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated  Oct 23  2012.

**SOLUS RECOVERY FUND LP**
By: Solus Alternative Asset Management LP
Its Investment Advisor

By. _____
     Name:  Christopher Bondy
     Title:  Executive Vice President

CITIGROUP FINANCIAL PRODUCTS INC.

By: _____
     Name:
     Title:

10

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO        United States Bankruptcy Court for the Southern District of New York (the 'Bankruptcy Court')
          Attn Clerk

AND TO    Lehman Brothers Holdings Inc (the "Debtor")
          Case No 08-13555 (JMP) (Jointly Administered) (the 'Case")

Proof of Claim Number 21893

**SOLUS RECOVERY FUND LP** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto

**CITIGROUP FINANCIAL PRODUCTS INC.**
390 Greenwich Street
New York, New York 10013
Attention  Scott Evan
Tel  302-323-3624
Email  scott evan@citi com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 21893 solely to the extent of **$3,120,953.88**, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law  Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated October 23,    2012

**SOLUS RECOVERY FUND LP**
By  Solus Alternative Asset Management LP
Its Investment Advisor


By _____
      Name
      Title

**CITIGROUP FINANCIAL PRODUCTS INC.**

By _____
      Name   **BRIAN BLESSING**
      Title  **AUTHORIZED SIGNATORY**

10