WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert Lemons
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,** : **08-13555 (JMP)**
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THREE HUNDRED FORTY-EIGHTH**
**OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)**
<u>**SOLELY AS TO CERTAIN CLAIMS**</u>

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Forty-Eighth

Omnibus Objection to Claims (Valued Derivative Claims) (the "<u>Objection</u>"), that was scheduled

for October 31, 2012 at 10:00 a.m. (Prevailing Eastern Time), **<u>has been adjourned, solely with</u>**

**<u>respect to the claims listed on Exhibit A annexed hereto, to a date to be determined</u>**.

US_ACTIVE:\44121652\1\58399.0011

Dated: October 23, 2012
      New York, New York

/s/ Robert Lemons
Robert Lemons
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| New York City Industrial Development Agency | 67556 |
| U.S. Bank National Association U.S. Bank Operations Center | 30966 |
| U.S. Bank National Association U.S. Bank Operations Center | 30967 |