WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :   08-13555 (JMP)
                                            :
                    Debtors.                :   (Jointly Administered)
                                            :
                                            :
------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF**
**THREE HUNDRED SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY LBL EMPLOYEE CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Seventeenth Omnibus Objection to Claims (No Liability LBL Employee Claims), that was scheduled for October 31, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claim listed on Exhibit A attached hereto, to November 20, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and the

Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: October 25, 2012
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

## Exhibit A

## Claim Adjourned to November 20, 2012 Hearing:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| GREZO, CHARLOTTE BRERETON | 12755 | 29448, 29885 |