WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,                      :   08-13555 (JMP)
                                                            :
                     Debtors.                               :   (Jointly Administered)
                                                            :
------------------------------------------------------------x
```

### NOTICE OF HEARING ON THREE HUNDRED TWENTIETH OBJECTION TO CLAIMS (NO LIABILITY ROSE RANCH LLC CLAIMS) SOLELY AS TO A CERTAIN CLAIM

**PLEASE TAKE NOTICE** that a hearing to consider the Three Hundred Twentieth Omnibus Objection to Claims (No Liability LB Rose Ranch LLC Claims) [ECF No. 29292], solely as to proof of claim number 24572, will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green,

New York, New York, Room 601, on **October 31, 2012 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.

Dated:  October 25, 2012
       New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates