WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :   08-13555 (JMP)
                                              :
              Debtors.                        :   (Jointly Administered)
                                              :
-----------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF THREE HUNDRED
THIRTY-FIFTH OMNIBUS OBJECTION (INVALID OR NO BLOCKING
NUMBER LPS CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, is withdrawing without prejudice the Three Hundred Thirty-Fifth Omnibus Objection to Claims (Invalid or No Blocking Number LPS Claims) [ECF No. 12017] *solely* with respect to the claim listed on Exhibit A annexed hereto. The Plan Administrator

reserves its rights to object to the claim listed on <u>Exhibit A</u> on any grounds in the future.

Dated: October 25, 2012
       New York, New York

                                               /s/ Robert J. Lemons
                                               Robert J. Lemons

                                               WEIL, GOTSHAL & MANGES LLP
                                               767 Fifth Avenue
                                               New York, New York 10153
                                               Telephone: (212) 310-8000
                                               Facsimile: (212) 310-8007

                                               Attorneys for Lehman Brothers Holdings
                                               Inc. and Certain of Its Affiliates

## Exhibit A

## Claim For Which Objection Is Withdrawn Without Prejudice:

| Three Hundred Thirty-Fifth Omnibus Objection to Claims ||
| --- | --- |
| **Claimant** | **Claim #** |
| Moshe & Hanna Shram | 64621 |