**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
: 
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    08-13555 (JMP)
                                                   :
                       Debtors.                    :    (Jointly Administered)
                                                   :
---------------------------------------------------------------------x    Ref. Docket No. 31701

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 25, 2012, I caused to be served the "Notice of Withdrawal of Three Hundred Thirty-Fifth Omnibus Objection (Invalid or No Blocking Number LPS Claims) Solely as to Certain Claim," dated October 25, 2012 [Docket No. 31701], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                */s/ Pete Caris*
Sworn to before me this                                         Pete Caris
25th day of October, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

| | |
|---|---|
| LBH_DI 31701_10-25-12 | LBH_DI 31701_10-25-12 |
| MOSHE & HANNA SHRAM<br>C/O DAN SHAKED, ESQ.<br>SHAKED & POSNER<br>255 W. 36TH ST., FLOOR 8<br>NEW YORK, NY 10018 | MOSHE & HANNA SHRAM<br>LAW OFFICE OFJONATHAN SCHWARTZ<br>4640 ALMIRALTY WAY<br>SUITE 500<br>MARINA DEL REY, CA 90292 |