**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
:
In re                                    :    Chapter 11 Case No.
                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                         :
                 Debtors.                :    (Jointly Administered)
                                         :
----------------------------------------------------------------x    Ref. Docket No. 31700

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 25, 2012, I caused to be served the "Notice of Hearing on Three Hundred Twentieth Objection to Claims (No Liability Rose Ranch LLC Claims) Solely as to a Certain Claim," dated October 25, 2012 [Docket No. 31700], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
25th day of October, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

# LEHMAN BROTHERS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | bcarlson@co.sanmateo.ca.us |
| aalfonso@willkie.com | bdk@schlamstone.com |
| abeaumont@fklaw.com | benita.dryden@invesco.com |
| abraunstein@riemerlaw.com | bguiney@pbwt.com |
| acaton@kramerlevin.com | nathan.spatz@pillsburylaw.com |
| acker@chapman.com | bmanne@tuckerlaw.com |
| adam.brezine@hro.com | bmiller@mofo.com |
| adarwin@nixonpeabody.com | boneill@kramerlevin.com |
| adiamond@diamondmccarthy.com | brian.corey@greentreecreditsolutions.com |
| adoberman@profunds.com | bromano@willkie.com |
| aeckstein@blankrome.com | broy@rltlawfirm.com |
| aentwistle@entwistle-law.com | bspector@jsslaw.com |
| afriedman@irell.com | btrust@mayerbrown.com |
| agbanknewyork@ag.tn.gov | btupi@tuckerlaw.com |
| aglenn@kasowitz.com | bturk@tishmanspeyer.com |
| agold@herrick.com | bwolfe@sheppardmullin.com |
| aisenberg@saul.com | bzabarauskas@crowell.com |
| akantesaria@oppenheimerfunds.com | cahn@clm.com |
| alicia.chang@davispolk.com | canelas@pursuitpartners.com |
| alum@ftportfolios.com | carol.weinerlevy@bingham.com |
| amarder@msek.com | cave@hugheshubbard.com |
| amcmullen@boultcummings.com | cbelisle@wfw.com |
| amenard@tishmanspeyer.com | cbelmonte@ssbb.com |
| andrew.brozman@cliffordchance.com | cbrotstein@bm.net |
| angelich.george@arentfox.com | cgoldstein@stcwlaw.com |
| ann.reynaud@shell.com | cgrant@mayerbrown.com |
| anthony_boccanfuso@aporter.com | chammerman@paulweiss.com |
| aoberry@bermanesq.com | chardman@klestadt.com |
| aostrow@beckerglynn.com | charles@filardi-law.com |
| apo@stevenslee.com | charles_malloy@aporter.com |
| aquale@sidley.com | chipford@parkerpoe.com |
| mbeeler@cov.com | chris.donoho@hoganlovells.com |
| arheaume@riemerlaw.com | clynch@reedsmith.com |
| arlbank@pbfcm.com | cmontgomery@salans.com |
| arosenblatt@chadbourne.com | cmtb_lc11@chuomitsui.jp |
| arthur.rosenberg@hklaw.com | cohenr@sewkis.com |
| arwolf@wlrk.com | cp@stevenslee.com |
| aseuffert@lawpost-nyc.com | cpappas@dilworthlaw.com |
| msegarra@mayerbrown.com | crmomjian@attorneygeneral.gov |
| ashmead@sewkis.com | cs@stevenslee.com |
| asnow@ssbb.com | csalomon@beckerglynn.com |
| atrehan@mayerbrown.com | cschreiber@winston.com |
| aunger@sidley.com | cshore@whitecase.com |
| austin.bankruptcy@publicans.com | cshulman@sheppardmullin.com |
| azylberberg@whitecase.com | ctatelbaum@hinshawlaw.com |
| bankr@zuckerman.com | cward@polsinelli.com |
| bankruptcy@goodwin.com | cweber@ebg-law.com |
| bankruptcy@morrisoncohen.com | cweiss@ingramllp.com |
| bankruptcymatters@us.nomura.com | dallas.bankruptcy@publicans.com |
| barbra.parlin@hklaw.com | daniel.guyder@allenovery.com |
| bbisignani@postschell.com | dave.davis@isgria.com |

# LEHMAN BROTHERS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| david.bennett@tklaw.com | dworkman@bakerlaw.com |
| mark.hellerer@pillsburylaw.com | eagel@bragarwexler.com |
| david.heller@lw.com | easmith@venable.com |
| davids@blbglaw.com | echang@steinlubin.com |
| davidwheeler@mvalaw.com | ecohen@russell.com |
| dbalog@intersil.com | efile@willaw.com |
| dbarber@bsblawyers.com | efleck@milbank.com |
| dbaumstein@whitecase.com | efriedman@friedumspring.com |
| dbesikof@loeb.com | egeekie@schiffhardin.com |
| dcameron@stradley.com | eglas@mccarter.com |
| dcimo@gjb-law.com | ehret-vanhorn@mbaum.com |
| dcoffino@cov.com | ekbergc@lanepowell.com |
| dcrapo@gibbonslaw.com | eli.mattioli@klgates.com |
| ddavis@paulweiss.com | ellen.halstead@cwt.com |
| ddrebsky@nixonpeabody.com | emcguinn@elotinc.net |
| ddunne@milbank.com | eobrien@sbchlaw.com |
| deggermann@kramerlevin.com | eric.johnson@hro.com |
| deggert@freebornpeters.com | eschaffer@reedsmith.com |
| demetra.liggins@tklaw.com | eschwartz@contrariancapital.com |
| dfelder@orrick.com | evelyn.martinez@invesco.com |
| dflanigan@polsinelli.com | evelyn.rodriguez@dlapiper.com |
| dgrimes@reedsmith.com | ezujkowski@emmetmarvin.com |
| dhayes@mcguirewoods.com | ezweig@optonline.net |
| dheffer@foley.com | fbp@ppgms.com |
| diconzam@gtlaw.com | ffm@bostonbusinesslaw.com |
| dimassa@duanemorris.com | fhyman@mayerbrown.com |
| dirk.roberts@ots.treas.gov | fishere@butzel.com |
| djoseph@stradley.com | fjacobson@sonnenschein.com |
| dkleiner@velaw.com | francois.janson@hklaw.com |
| dkozusko@willkie.com | frank.white@agg.com |
| dladdin@agg.com | fsosnick@shearman.com |
| dlemay@chadbourne.com | fyates@sonnenschein.com |
| dlipke@vedderprice.com | gabriel.delvirginia@verizon.net |
| dludman@brownconnery.com | gbray@milbank.com |
| dmcguire@winston.com | george_kielman@freddiemac.com |
| dmurray@jenner.com | geraci@thalergertler.com |
| dneier@winston.com | ggitomer@mkbattorneys.com |
| dnolan@andersonkill.com | giddens@hugheshubbard.com |
| dodonnell@milbank.com | gkaden@goulstonstorrs.com |
| dowd.mary@arentfox.com | glee@mofo.com |
| dravin@wolffsamson.com | glenn.siegel@dechert.com |
| drose@pryorcashman.com | gmoss@riemerlaw.com |
| drosenzweig@fulbright.com | gravert@mwe.com |
| drosner@goulstonstorrs.com | gspilsbury@jsslaw.com |
| drosner@kasowitz.com | harrisjm@michigan.gov |
| dshemano@pwkllp.com | harveystrickon@paulhastings.com |
| dspelfogel@foley.com | heim.steve@dorsey.com |
| dswan@mcguirewoods.com | heiser@chapman.com |
| dtatge@ebglaw.com | hestioko@ffwplaw.com |
| dwdykhouse@pbwt.com | hirsch.robert@arentfox.com |
| dwildes@stroock.com | hollace.cohen@troutmansanders.com |

**LEHMAN BROTHERS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| holsen@stroock.com | jjureller@klestadt.com |
| howard.hawkins@cwt.com | jkehoe@ktmc.com |
| hseife@chadbourne.com | jlamar@maynardcooper.com |
| hsnovikoff@wlrk.com | jlawlor@wmd-law.com |
| igoldstein@proskauer.com | jlee@foley.com |
| ilevee@lowenstein.com | jlevitan@proskauer.com |
| info2@normandyhill.com | jlevitin@cahill.com |
| ira.greene@hoganlovells.com | jlipson@crockerkuno.com |
| ira.herman@tklaw.com | jliu@proskauer.com |
| israel.dahan@cwt.com | jlovi@steptoe.com |
| iva.uroic@dechert.com | jlscott@reedsmith.com |
| jacobsonn@sec.gov | jmaddock@mcguirewoods.com |
| jacqueline.marcus@weil.com | jmazermarino@msek.com |
| james.mcclammy@dpw.com | jmelko@gardere.com |
| james.sprayregen@kirkland.com | jmerva@fult.com |
| jamestecce@quinnemanuel.com | jmmurphy@stradley.com |
| jar@outtengolden.com | jmr@msf-law.com |
| jason.jurgens@cwt.com | john.monaghan@hklaw.com |
| jay.hurst@oag.state.tx.us | john.rapisardi@cwt.com |
| jay@kleinsolomon.com | joli@crlpc.com |
| jbecker@wilmingtontrust.com | jorbach@hahnhessen.com |
| jbeemer@entwistle-law.com | joseph.cordaro@usdoj.gov |
| jbeiers@co.sanmateo.ca.us | joshua.dorchak@bingham.com |
| jbird@polsinelli.com | jowen769@yahoo.com |
| jbromley@cgsh.com | jpintarelli@mofo.com |
| jcarberry@cl-law.com | jporter@entwistle-law.com |
| jchristian@tobinlaw.com | jprol@lowenstein.com |
| jchristian@tobinlaw.com | jrabinowitz@rltlawfirm.com |
| jdrucker@coleschotz.com | jrsmith@hunton.com |
| jdyas@halperinlaw.net | jschwartz@hahnhessen.com |
| jeff.wittig@coair.com | jsheerin@mcguirewoods.com |
| jeffrey.sabin@bingham.com | jshickich@riddellwilliams.com |
| jeldredge@velaw.com | jsmairo@pbnlaw.com |
| jennifer.gore@shell.com | jstoll@mayerbrown.com |
| jeremy.eiden@state.mn.us | jteitelbaum@tblawllp.com |
| jfalgowski@reedsmith.com | jthoman@hodgsonruss.com |
| jflaxer@golenbock.com | jtimko@allenmatkins.com |
| jfox@joefoxlaw.com | jtimko@shutts.com |
| jfreeberg@wfw.com | jtougas@mayerbrown.com |
| jg5786@att.com | judy.morse@crowedunlevy.com |
| jgarrity@shearman.com | jwallack@goulstonstorrs.com |
| jgenovese@gjb-law.com | jwang@sipc.org |
| jgold@andersonkill.com | jwcohen@daypitney.com |
| jguy@orrick.com | jweiss@gibsondunn.com |
| jharbour@hunton.com | jwest@velaw.com |
| jherzog@gklaw.com | jwh@njlawfirm.com |
| jhiggins@fdlaw.com | jwishnew@mofo.com |
| jhorgan@phxa.com | jyenzer@haincapital.com |
| jhuggett@margolisedelstein.com | k4.nomura@aozorabank.co.jp |
| jim@atkinslawfirm.com | karen.wagner@dpw.com |
| jjtancredi@daypitney.com | kcaputo@sipc.org |

# LEHMAN BROTHERS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| kdwbankruptcydepartment@kelleydrye.com | mark.sherrill@sutherland.com |
| keith.simon@lw.com | martin.davis@ots.treas.gov |
| ken.coleman@allenovery.com | marvin.clements@ag.tn.gov |
| ken.higman@hp.com | masaki_konishi@noandt.com |
| kerry.moynihan@hro.com | matt@willaw.com |
| kgwynne@reedsmith.com | matthew.dyer@prommis.com |
| kiplok@hugheshubbard.com | matthew.klepper@dlapiper.com |
| kkelly@ebglaw.com | mberman@nixonpeabody.com |
| klyman@irell.com | mbienenstock@proskauer.com |
| kmayer@mccarter.com | mbossi@thompsoncoburn.com |
| kobak@hugheshubbard.com | mcademartori@sheppardmullin.com |
| kovskyd@pepperlaw.com | mcordone@stradley.com |
| kowens68@yahoo.com | mcto@debevoise.com |
| kpiper@steptoe.com | mdorval@stradley.com |
| kressk@pepperlaw.com | meltzere@pepperlaw.com |
| kreynolds@mklawnyc.com | metkin@lowenstein.com |
| krosen@lowenstein.com | mfeldman@willkie.com |
| kuehn@bragarwexler.com | mgordon@briggs.com |
| kurt.mayr@bgllp.com | mgreger@allenmatkins.com |
| lacyr@sullcrom.com | mhopkins@cov.com |
| landon@streusandlandon.com | michael.frege@cms-hs.com |
| lathompson@co.sanmateo.ca.us | michele@willaw.com |
| lawallf@pepperlaw.com | miller@taftlaw.com |
| lberkoff@moritthock.com | mimi.m.wong@irscounsel.treas.gov |
| lee.stremba@troutmansanders.com | mitchell.ayer@tklaw.com |
| lgranfield@cgsh.com | mjacobs@pryorcashman.com |
| lhandelsman@stroock.com | mjedelman@vedderprice.com |
| linda.boyle@twtelecom.com | mjr1@westchestergov.com |
| linda.schoemaker@infospace.com | mkjaer@winston.com |
| lisa.kraidin@allenovery.com | mlahaie@akingump.com |
| ljkotler@duanemorris.com | mlandman@lcbf.com |
| lmarinuzzi@mofo.com | mmendez@hunton.com |
| lmay@coleschotz.com | mmervis@proskauer.com |
| lmcgowen@orrick.com | mmooney@deilylawfirm.com |
| lml@ppgms.com | mmorreale@us.mufg.jp |
| lnashelsky@mofo.com | mneier@ibolaw.com |
| loizides@loizides.com | monica.lawless@brookfieldproperties.com |
| lori.fife@weil.com | mpage@kelleydrye.com |
| lromansic@steptoe.com | mprimoff@kayescholer.com |
| lscarcella@farrellfritz.com | mpucillo@bermanesq.com |
| lschweitzer@cgsh.com | mrosenthal@gibsondunn.com |
| lsilverstein@potteranderson.com | mruetzel@frankfurt.whitecase.com |
| lubell@hugheshubbard.com | mruetzel@whitecase.com |
| lwhidden@salans.com | mschimel@sju.edu |
| mabrams@willkie.com | mshiner@tuckerlaw.com |
| maofiling@cgsh.com | msilberstein@dealysilberstein.com |
| marc.chait@standardchartered.com | mspeiser@stroock.com |
| margolin@hugheshubbard.com | mstamer@akingump.com |
| mark.deveno@bingham.com | mtamasco@schnader.com |
| mark.ellenberg@cwt.com | mvenditto@reedsmith.com |
| mark.houle@pillsburylaw.com | mwarren@mtb.com |

**LEHMAN BROTHERS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| nasreen.bulos@dubaiic.com | richard.tisdale@friedfrank.com |
| nathan.garnett@infospace.com | ritkin@steptoe.com |
| ncoco@mwe.com | rjones@boultcummings.com |
| neal.mann@oag.state.ny.us | rlevin@cravath.com |
| ned.schodek@shearman.com | rmatzat@hahnhessen.com |
| newyork@sec.gov | rmcneill@potteranderson.com |
| nherman@morganlewis.com | rnetzer@willkie.com |
| nissay_10259-0154@mhmjapan.com | rnies@wolffsamson.com |
| nlepore@schnader.com | rnorton@hunton.com |
| notice@bkcylaw.com | robert.bailey@bnymellon.com |
| nrosenbaum@mofo.com | robert.dombroff@bingham.com |
| oipress@travelers.com | robert.lemons@weil.com |
| omeca.nedd@lovells.com | robert.malone@dbr.com |
| paronzon@milbank.com | robert.yalen@usdoj.gov |
| patrick.oh@freshfields.com | robin.keller@lovells.com |
| patrick.potter@pillsburylaw.com | ronald.silverman@bingham.com |
| paul.turner@sutherland.com | rqureshi@reedsmith.com |
| pbattista@gjb-law.com | rreid@sheppardmullin.com |
| pbosswick@ssbb.com | rroupinian@outtengolden.com |
| pdublin@akingump.com | rrussell@andrewskurth.com |
| peisenberg@lockelord.com | rterenzi@stcwlaw.com |
| peter.gilhuly@lw.com | russj4478@aol.com |
| peter.simmons@friedfrank.com | rwasserman@cftc.gov |
| peter@bankrupt.com | rwyron@orrick.com |
| pfeldman@oshr.com | s.minehan@aozorabank.co.jp |
| phayden@mcguirewoods.com | sabin.willett@bingham.com |
| pkizel@lowenstein.com | sabramowitz@velaw.com |
| pmaxcy@sonnenschein.com | sagolden@hhlaw.com |
| ppartee@hunton.com | sally.henry@skadden.com |
| ppascuzzi@ffwplaw.com | sandyscafaria@eaton.com |
| ppatterson@stradley.com | sara.tapinekis@cliffordchance.com |
| psp@njlawfirm.com | scargill@lowenstein.com |
| ptrostle@jenner.com | schannej@pepperlaw.com |
| r.stahl@stahlzelloe.com | schepis@pursuitpartners.com |
| raj.madan@bingham.com | schiffer@sevarapartners.com |
| rajohnson@akingump.com | schnabel.eric@dorsey.com |
| ramona.neal@hp.com | schristianson@buchalter.com |
| ranjit.mather@bnymellon.com | scottshelley@quinnemanuel.com |
| rbeacher@daypitney.com | scousins@armstrongteasdale.com |
| rdaversa@orrick.com | sdnyecf@dor.mo.gov |
| relgidely@gjb-law.com | seba.kurian@invesco.com |
| rfleischer@pryorcashman.com | sehlers@armstrongteasdale.com |
| rfrankel@orrick.com | sfelderstein@ffwplaw.com |
| rfriedman@silvermanacampora.com | sfineman@lchb.com |
| rgmason@wlrk.com | sfox@mcguirewoods.com |
| rgraham@whitecase.com | sgordon@cahill.com |
| rhett.campbell@tklaw.com | sgubner@ebg-law.com |
| rhs@mccallaraymer.com | shannon.nagle@friedfrank.com |
| richard.krasnow@weil.com | sharbeck@sipc.org |
| richard.lear@hklaw.com | shari.leventhal@ny.frb.org |
| richard.levy@lw.com | shgross5@yahoo.com |

**LEHMAN BROTHERS INC.**
EMAIL SERVICE LIST

sidorsky@butzel.com
slerner@ssd.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
zrosenbaum@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.rimes@invesco.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tjmckenna@gaineyandmckenna.com
tkarcher@proskauer.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com

walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wendy.rosenthal@cliffordchance.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wilten@hugheshubbard.com
wisotska@pepperlaw.com
wjd@dealysilberstein.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
sam.alberts@snrdenton.com
scott.koerner@snrdenton.com
elevine@eisemanlevine.com
wmarcari@ebglaw.com
slerman@ebglaw.com
pbernkopf@intersil.com
james.warnot@linklaters.com
kbeverly-graham@eisemanlevine.com
dcoffino@cov.com
rhemm@cov.com
bruce.wright@sutherland.com
bmorag@cgsh.com
lal-shibib@andersonkill.com
stumbiolo@cravath.com

**EXHIBIT B**

**LEHMAN BROTHERS INC.**
OVERNIGHT MAIL SERVICE LIST

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

CONDON, RICHARD & KNOX, ROSEMARY
MS. ROSEMARY KNOX
PO BOX 2084
BASALT, CO  81621