UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :   08-13555 (JMP)
                                                               :
            Debtors.                                      :   (Jointly Administered)
                                                               :
------------------------------------------------------------------x   Ref. Docket Nos. 31654- 31656

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                         ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 24, 2012, I caused to be served the:

   a. "Notice of Adjournment of the Three Hundred Forty-Third Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated October 24, 2012 [Docket No. 31654], (the "343rd NOA"),

   b. "Notice of Adjournment of Three Hundred Forty-Ninth Omnibus Objection to Claims (No Liability Claims)," dated October 24, 2012 [Docket No. 31655], (the "349th NOA"), and

   c. "Notice of Adjournment of the Three Hundred Fifty-Third Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated October 24, 2012 [Docket No. 31656], (the "353rd NOA"),

   by causing true and correct copies of the:

   i. 343rd NOA, 349th NOA and 353rd NOA, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii. 343rd NOA, 349th NOA and 353rd NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

   iii. 343rd NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

-2-

    iv. 349th NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D, and

    v. 353rd NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to the party listed on the annexed Exhibit E.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Konstantina Haidopoulos*

Sworn to before me this                                     Konstantina Haidopoulos
24th day of October, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6220196
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

| **Email Addresses** | |
|---|---|
| aaaronson@dilworthlaw.com | ashmead@sewkis.com |
| aalfonso@willkie.com | asnow@ssbb.com |
| abeaumont@fklaw.com | aunger@sidley.com |
| abraunstein@riemerlaw.com | austin.bankruptcy@publicans.com |
| acaton@kramerlevin.com | avenes@whitecase.com |
| acker@chapman.com | azylberberg@whitecase.com |
| adam.brezine@hro.com | bankr@zuckerman.com |
| adarwin@nixonpeabody.com | bankruptcy@goodwin.com |
| adiamond@diamondmccarthy.com | bankruptcy@morrisoncohen.com |
| aeckstein@blankrome.com | bankruptcy@ntexas-attorneys.com |
| aentwistle@entwistle-law.com | bankruptcymatters@us.nomura.com |
| afriedman@irell.com | barbra.parlin@hklaw.com |
| agbanknewyork@ag.tn.gov | bbisignani@postschell.com |
| aglenn@kasowitz.com | bcarlson@co.sanmateo.ca.us |
| agold@herrick.com | bdk@schlamstone.com |
| agoldstein@tnsj-law.com | bguiney@pbwt.com |
| aisenberg@saul.com | bkmail@prommis.com |
| akantesaria@oppenheimerfunds.com | bmanne@tuckerlaw.com |
| akolod@mosessinger.com | bmiller@mofo.com |
| alum@ftportfolios.com | boneill@kramerlevin.com |
| amarder@msek.com | brian.corey@greentreecreditsolutions.com |
| amartin@sheppardmullin.com | brosenblum@jonesday.com |
| amcmullen@boultcummings.com | broy@rltlawfirm.com |
| amenard@tishmanspeyer.com | bruce.wright@sutherland.com |
| andrew.brozman@cliffordchance.com | bstrickland@wtplaw.com |
| andrew.lourie@kobrekim.com | btrust@mayerbrown.com |
| angelich.george@arentfox.com | bturk@tishmanspeyer.com |
| ann.reynaud@shell.com | bwolfe@sheppardmullin.com |
| anthony_boccanfuso@aporter.com | cahn@clm.com |
| aoberry@bermanesq.com | calbert@reitlerlaw.com |
| aostrow@beckerglynn.com | canelas@pursuitpartners.com |
| apo@stevenslee.com | carol.weinerlevy@bingham.com |
| aquale@sidley.com | cbelisle@wfw.com |
| arahl@reedsmith.com | cbelmonte@ssbb.com |
| arheaume@riemerlaw.com | cbrotstein@bm.net |
| arlbank@pbfcm.com | cdesiderio@nixonpeabody.com |
| arosenblatt@chadbourne.com | cgoldstein@stcwlaw.com |
| arthur.rosenberg@hklaw.com | chammerman@paulweiss.com |
| arwolf@wlrk.com | charles@filardi-law.com |
| aseuffert@lawpost-nyc.com | charles_malloy@aporter.com |
| | chipford@parkerpoe.com |

1

chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
colea@gtlaw.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com

deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com

2

eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com

3

jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com

jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtorf@schiffhardin.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com

4

kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com

marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com

mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com

peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com

robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com

shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com

08-13555-mg    Doc 31739    Filed 10/26/12    Entered 10/26/12 18:11:27    Main Document
              Pg 11 of 19

thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com

wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

# EXHIBIT B

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| LBOREP III CAN, L.P. | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LBREM II ECI AIV, LP US | ATTN: BARRIE BLOOM AND GABRIEL WILLEY 280 PARK AVENUE, 35TH FLOOR NEW YORK NY 10017 |
| LBREM II REIT HOLDINGS LLC | ATTN: YON CHO AND JOHN RANDALL 1271 AVENUE OF THE AMERICAS, 38TH FL NEW YORK NY 10020 |
| LBREM II REIT HOLDINGS LLC | ATTN: YON CHO JOHN RANDALL 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS (EUROPE 2) REAL ESTATE PARTENRS LP | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS EUROPE 2 REAL ESTATE PARTNERS, | L.P. ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS EUROPE 2 REAL ESTATE PARTNERS, | L.P. KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS EUROPE 2 REAL ESTATE PARTNERS, | L.P. KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS OFFSHORE (EUROPE 4) REAL ESTATE | PARTNERS, L.P. ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10010 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE | ASSOCIATES II, L.P. ATTN: BARRIE BLOOM AND GABRIEL WILLEY 280 PARK AVENUE, 35TH FLOOR NEW YORK NY 10017 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE | PARTNERS (NORBAN), L.P. ATTN: JOHN PRETE AND GABRIEL WILLEY 280 PARK AVENUE, 35TH FLOOR NEW YORK NY 10017 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE | ASSOCIATES II, LP JOHN A. PRETE, VICE PRESIDENT PCCP, LLC 280 PARK AVENUE, 35TH FLOOR NEW YORK NY 10017 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE | ASSOCIATES II, LP ATTN JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS | II, LP ATTN: YON CHO 280 PARK AVE 35TH FLOOR WEST 38TH FLOOR NEW YORK NY 10017 |
| LEHMAN BROTHERS REAL ESTATE MEZZANNINE PARTNERS | II, L.P. ATTN: YON CHO JOHN RANDALL 1271 AVENUE OF THE AMERICAS 38TH FLOOR ON AVENUE NEW YORK NY 10020 |
| LEHMAN BROTHERSPSERS REAL ESTATE, L.P. | KIRKLAN & ELLIS LLP ATTN : PAUL M. BASTA ATTN : CINDY Y. CHEN 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| OFFSHORE FUNDS III US SPV, L.P. | ATTN: JUDY TURCHIN & JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |

**Total Creditor count  17**

# EXHIBIT D

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BRELINSKY, MARYANN | C/O JOHN AKARD, JR. COTHAM, HARWELL & O'CONOR, P.C. 1616 S. VOSS, SUITE 200 HOUSTON TX 77057 |
| MOORE, ROBERT CODY | C/O JOHN AKARD JR. COTHAM, HARWELL & O'CONOR, P.C. 1616 S. VOSS, SUITE 200 HOUSTON TX 77057 |
| MOORE, ROBERT CODY | JESS W. MASON, ESQ. JOHN AKARD, ESQ. COTHAM, HARWELL & O'CONOR, P.C. 1616 S. VOSS, SUITE 200 HOUSTON TX 77057 |
| SCHNEIDER, RUSSELL | 11402 STONEY FALLS DRIVE HOUSTON TX 77095 |

**Total Creditor count  4**

**EXHIBIT E**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DWS COMMUNICATIONS FUND, INC. | C/O JOHN MILLETTE SECRETARY & VICE PRES. OF THE DWS SECURITIES TRUST ONE BEACON STREET BOSTON MA 02108 |

**Total Creditor count  1**