GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler
Brady C. Williamson

*Attorneys for the Fee Committee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC. *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
------------------------------------------------------------ x

**NOTICE OF ADJOURNMENT OF HEARING ON (I) THE TENTH APPLICATION OF WEIL, GOTSHAL & MANGES LLP, AS ATTORNEYS FOR THE DEBTORS, FOR INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM OCTOBER 1, 2011 THROUGH MARCH 5, 2012 AND (II) THE FINAL APPLICATIONS OF RETAINED PROFESSIONALS FOR FINAL ALLOWANCE AND APPROVAL OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY <u>EXPENSES INCURRED FROM SEPTEMBER 15, 2008 TO MARCH 6, 2012</u>**

**PLEASE TAKE NOTICE** that the hearing to consider the *Tenth Application of Weil, Gotshal & Manges LLP, as Attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2011 through March 5, 2012* (the "**Tenth Fee Application**") filed on May 21, 2012 (ECF No. 28001) and the final applications of the Retained Professionals listed on

the attached **Exhibit A** (the "**Final Fee Applications**"), that were scheduled for October 30, 2012 at 2:00 p.m. (Prevailing Eastern Time) **have been adjourned to November 29, 2012 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.  The hearing will be held before the Hon. James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004, and such hearing may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: Madison, Wisconsin
October 26, 2012.

GODFREY & KAHN, S.C.

By:   /s/ Katherine Stadler
Brady C. Williamson
Katherine Stadler

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: bwilliam@gklaw.com
           kstadler@gklaw.com

*Attorneys for the Fee Committee*

8636189_1

**Lehman Brothers Holdings, Inc., et al.**
**Case No. 08-13555 (JMP)**

## EXHIBIT A

| No. | Name of Retained Professional | Date Final Fee Application Submitted [ECF No.] | Period Covered by Final Fee Application | Amounts Requested for Final Fee Period (Sept. 15, 2008 thru March 6, 2012) | |
|---|---|---|---|---|---|
| | | | | Fees | Expenses |
| 1 | **SNR Denton US LLP f/k/a Sonnenschein Nath**<br><br>Debtors' Special Counsel | 07/03/2012 [ECF No. 29194] | January 1, 2010 to March 6, 2012 | 2,580,865.12 | 17,064.57 |
| 2 | **Weil Gotshal & Manges LLP**<br><br>Debtors' Counsel | 07/03/2012 [ECF No. 29201] | Sept. 15, 2008 to March 5, 2012 | 431,578,556.89 | 11,153,196.11 |
| | | | **TOTAL:** | **$434,159,422.01** | **$11,170,260.68** |