GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler
Brady C. Williamson

*Attorneys for the Fee Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
| | : | |
| **In re** | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.,* | : | **Case No. 08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | x | |
------------------------------------------------------------

**ADVERSE WEATHER – NOTICE OF ADJOURNMENT OF OCTOBER 30, 2012
HEARING ON FINAL APPLICATIONS OF RETAINED PROFESSIONALS FOR
FINAL ALLOWANCE AND APPROVAL OF COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY
EXPENSES INCURRED FROM SEPTEMBER 15, 2008 TO MARCH 6, 2012
<u>DUE TO STORM FORECAST FOR NEW YORK CITY</u>**

**PLEASE TAKE NOTICE** that due to a large storm system forecast to move through

the New York City area, the hearing to consider the final applications of the Retained

Professionals listed on the attached **<u>Exhibit A</u>** (the "**Final Fee Applications**"), that were

scheduled for October 30, 2012 at 2:00 p.m. (Prevailing Eastern Time) **has been adjourned to**

**November 8, 2012 at 2:00 p.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel

may be heard. The hearing will be held before the Hon. James M. Peck, United States

Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House,

Courtroom 601, One Bowling Green, New York, New York 10004, and such hearing may be further adjourned from time to time without further notice other than an announcement at the hearing.

NOTE:  This adjournment does not affect the final fee application of Alvarez & Marsal North America LLC [ECF No. 29165] which was individually noticed [ECF No. 31219] and remains scheduled for October 30, 2012 at 2:00 p.m. (Prevailing Eastern Time).

Dated: Madison, Wisconsin
October 26, 2012.

GODFREY & KAHN, S.C.

By:    /s/ Katherine Stadler
Brady C. Williamson
Katherine Stadler

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: bwilliam@gklaw.com
        kstadler@gklaw.com

*Attorneys for the Fee Committee*

8635979_1

**Lehman Brothers Holdings, Inc., et al.**
**Case No. 08-13555 (JMP)**

## EXHIBIT A

| No. | Name of Retained Professional | Date Final Fee Application Submitted [ECF No.] | Period Covered by Final Fee Application | Amounts Requested for Final Fee Period (Sept. 15, 2008 thru March 6, 2012) ||
|---|---|---|---|---|---|
| | | | | Fees | Expenses |
| 1 | **Bortstein Legal LLC**<br><br>Debtors' Special Counsel | 07/12/2012<br>[ECF No. 29375] | Dec. 15, 2008 to March 6, 2012 | 4,208,127.25 | 0.00 |
| 2 | **Bracewell & Giuliani LLP**<br><br>Debtors' Special Counsel | 07/20/2012<br>[ECF No. 29577] | January 31, 2009 to February 27, 2009 | 194,370.00 | 4,122.19 |
| 3 | **Clyde Click, P.C.**<br><br>Debtors' Special Counsel | 07/13/2012<br>[ECF No. 29390] | October 1, 2010 to March 5, 2012 | 335,495.00 | 27,836.84 |
| 4 | **Dechert LLP**<br><br>Debtors' Special Counsel | 07/03/2012<br>[ECF No. 29192] | March 1, 2010 to March 6, 2012 | 8,393,840.78 | 154,179.94 |
| 5 | **Deloitte Tax LLP**<br><br>Debtors' Tax Services Provider | 07/02/2012<br>[ECF No. 29168] | November 1, 2008 to March 6, 2012 | 925,083.05 | 34,322.74 |
| 6 | **Ernst & Young LLP**<br><br>Debtors' Auditors and Tax Services Providers | 07/03/2012<br>[ECF No. 29191] | Sept. 15, 2008 to March 6, 2012 | 1,777,338.63 | 352.00 |

**Lehman Brothers Holdings, Inc., et al.**
**Case No. 08-13555 (JMP)**

## EXHIBIT A

| No. | Name of Retained Professional | Date Final Fee Application Submitted [ECF No.] | Period Covered by Final Fee Application | Amounts Requested for Final Fee Period (Sept. 15, 2008 thru March 6, 2012) ||
|---|---|---|---|---|---|
| | | | | Fees | Expenses |
| 7 | **Fried, Frank, Harris, Shriver & Jacobson LLP**<br><br>Debtors' Special Counsel | 06/29/2012<br>[ECF No. 29138] | March 2011 and June 1, 2011 to March 6, 2012 | 877,088.50 | 36,837.33 |
| 8 | **Gianni, Origoni, Grippo, Cappelli & Partners**<br><br>Debtors' Special Counsel | 07/23/2012<br>[ECF No. 29584] | July 1, 2010 to March 5, 2012 | 229,364.62 | 12,761.00 |
| 9 | **Hardinger & Tanenholz LLP**<br><br>Debtors' Special Counsel | 05/25/2012<br>[ECF No. 28108] | September 1, 2010 to March 6, 2012 | 1,211,383.85 | 23,483.64 |
| 10 | **Kasowitz, Benson, Torres & Friedman LLP**<br><br>Debtors' Special Counsel | 07/05/2012<br>[ECF No. 29234] | January 6, 2010 to March 6, 2012 | 2,523,737.14 | 756,229.29 |
| 11 | **Kleyr Grasso Associes**<br><br>Debtors' Special Counsel | 07/05/2012<br>[ECF No. 29219] | June 1, 2009 to March 6, 2012 | 1,214,959.80 | 18,147.02 |

**Lehman Brothers Holdings, Inc., et al.**
**Case No. 08-13555 (JMP)**

## EXHIBIT A

| No. | Name of Retained Professional | Date Final Fee Application Submitted [ECF No.] | Period Covered by Final Fee Application | Amounts Requested for Final Fee Period (Sept. 15, 2008 thru March 6, 2012) | |
|---|---|---|---|---|---|
| | | | | Fees | Expenses |
| 12 | **Kramer Levin Naftalis & Frankel LLP**<br><br>Debtors' Special Counsel | 07/05/2012 [ECF No. 29218] | January 1, 2011 to March 6, 2012 | 201,934.80 | 4,594.53 |
| 13 | **Krebsbach & Snyder, P.C.**<br><br>Debtors' Special Counsel | 07/16/2012 [ECF No. 29426] | July 1, 2011 to March 6, 2012 | 799,238.50 | 15,013.89 |
| 14 | **Latham & Watkins LLP**<br><br>Debtors' Special Counsel | 06/29/2012 [ECF No. 29158] | February 1, 2010 to August 31, 2011 | 610,148.50 | 10,564.48 |
| 15 | **Locke Lord Bissell & Liddell LLP**<br><br>Debtors' Special Counsel | 07/05/2012 [ECF No. 29220] | July 1, 2010 to March 6, 2012 | 1,563,436.62 | 166,539.68 |
| 16 | **MMOR Consulting, Inc.**<br><br>Debtors' Tax Services Provider | 07/25/2012 [ECF No. 29630] | July 1, 2010 to March 6, 2012 | 1,051,407.50 | 19,001.21 |

**Lehman Brothers Holdings, Inc., et al.**
**Case No. 08-13555 (JMP)**

## EXHIBIT A

| No. | Name of Retained Professional | Date Final Fee Application Submitted [ECF No.] | Period Covered by Final Fee Application | Amounts Requested for Final Fee Period (Sept. 15, 2008 thru March 6, 2012) | |
|---|---|---|---|---|---|
| | | | | Fees | Expenses |
| 17 | **Momo-o, Matsuo & Namba**<br><br>Debtors' Special Counsel | 07/05/2012<br>[ECF No. 29217] | February 1, 2010 to March 5, 2012 | 758,775.15 | 11,711.00 |
| 18 | **Moulton Bellingham PC**<br><br>Debtors' Special Counsel | 06/12/2012<br>[ECF No. 28571] | March 1, 2011 to March 5, 2012 | 760,219.66 | 17,096.10 |
| 19 | **Paul Hastings LLP**<br>**(fka Paul Hastings Janofsky & Walker LLP)**<br><br>Debtors' Special Counsel | 07/06/2012<br>[ECF No. 29278] | March 1, 2010 to March 6, 2012 | 3,951,899.41 | 27,093.34 |
| 20 | **PricewaterhouseCoopers LLP**<br><br>Debtors' Tax Advisors | 07/02/2012<br>[ECF No. 29169] | October 1, 2008 to March 6, 2012 | 2,812,987.35 | 22,797.83 |

**Lehman Brothers Holdings, Inc., et al.**
**Case No. 08-13555 (JMP)**

## **EXHIBIT A**

| | | | | Amounts Requested for Final Fee Period (Sept. 15, 2008 thru March 6, 2012) | |
|---|---|---|---|---|---|
| No. | Name of Retained Professional | Date Final Fee Application Submitted [ECF No.] | Period Covered by Final Fee Application | Fees | Expenses |
| 21 | **Reed Smith LLP**<br><br>Debtors' Special Counsel | 08/13/2012<br>[ECF No. 29991] | June 1, 2010 to March 5, 2012 | 1,223,497.45 | 27,667.70 |
| 22 | **Richard Sheldon, Q.C.**<br><br>Committee's Special U.K. Counsel | 06/19/2012<br>[ECF No. 28876] | June 1, 2009 to March 6, 2012 | 378,109.81 | 19.83 |
| 23 | **Simpson Thacher & Bartlett LLP**<br><br>Debtors' Special Counsel | 06/25/2012<br>[ECF No. 28948] | Sept. 15, 2008 to March 6, 2012 | 2,784,509.63 | 46,315.00 |
| | | | **TOTAL:** | **$38,786,953.00** | **$1,436,686.58** |