WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
:
**In re**                    :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
Debtors.           :    **(Jointly Administered)**
:
-------------------------------------------------------------------------------x

**NOTICE OF HEARING ON**
**NINETY-SECOND OMNIBUS OBJECTION TO CLAIMS (NO**
**BLOCKING NUMBER LPS CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that a hearing to consider the Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) [ECF No. 14472] will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **October 31, 2012 at 10:00 a.m. (Eastern Time)**, *solely* as to the claim listed on the annexed **Exhibit A**.

Dated: October 29, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

US_ACTIVE:\44126131\1\58399.0008

## Exhibit A

## Claim Going Forward at the October 31, 2012 Hearing
## With Respect to the Ninety-Second Omnibus Objection to Claims

| Claimant Name | Claim Number |
|---|---|
| WILDERBRAND, PETER | 13609 |