LBHI TRANSFER NOTICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the following claim(s) of RAIFFEISEN BANK ZRT ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $4,436,209.00 | 13018 |

has / have been transferred and assigned to CVF LUX MASTER S.A.R.L.("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

Budapest - 459544.5                    1

| ASSIGNEE: CVF LUX MASTER S.A.R.L. | SELLER: RAIFFEISEN BANK ZRT |
|---|---|
| c/o Carval Investors UK Limited<br>3rd Floor, 25 Great Pulteney Street,<br>London, W1F 9LT, UK | 1054 Budapest,<br>Akadémiautca6.,<br>Hungary |
| Attn: Matt Shipton<br>Tel: 00 44 207 292 7724 | Attn:KatalinPellényi<br>Tel: |
| BY CARVAL INVESTORS UK LIMITED | |
| Signature: | Signature: |
| Name: DAVID SHORT | Name: Katalin Pellényi |
| Title: OPERATIONS MANAGER | Title: Deputy-head of Legal |
| Date: 31st October 2012 | Date: 27 July 2012 |

Gábor Liener
Head of Treasury