# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.         Case No. <u>08-13555 (JMP)</u>
                                                Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
## PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Wells Fargo Bank Northwest, N.A., as Indenture Trustee | Name of Transferor:<br>Boise Land & Timber II, LLC |
|---|---|
| Notices to Transferee should be sent to:<br>Wells Fargo Bank Northwest, N.A.<br>299 South Main Street, 12th Floor<br>Salt Lake City, Utah 84111<br>P: 801-246-5300<br>Attn: Corporate Trust Services<br>E-mail: Mary.L.Sohlberg@wellsfargo.com | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#: | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>Boise Land & Timber II, LLC<br>1111 West Jefferson Street<br>P.O. Box 50<br>Boise, Idaho 83728<br>(208) 384-6161<br>Attn: Wayne Rancourt, waynerancourt@bc.com |
| Allowed Claim Amount: $822,767,607.00 | |
| Court Claim No. (if known):<br>3813 | |
| Date Claim Filed:<br>April 17, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____          Date: Aug 30, 2012
Alan D. Doty
Assistant Vice President
Wells Fargo Bank Northwest, N.A.
260 North Charles Lindbergh Drive
Salt Lake City, UT 84116-2812

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

A/75092812.3

Execution Version - 8/14/2012

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attn: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc.
Case Number 08-13555 (JMP)

Claim Number 3813

Boise Land & Timber II, L.L.C., its successors and assigns (collectively, "Transferor") hereby acknowledges that, for good and valuable consideration, Transferor has unconditionally and irrevocably sold, transferred and assigned to:

Wells Fargo Bank Northwest, N.A.
299 South Main Street, 12th Floor
Salt Lake City, Utah 84111
Tel: 801-246-5300
Attention Corporate Trust Services

its successors and assigns (collectively, "Transferee") a 100% undivided interest in and to all rights, title and interest in and to the claim of Transferor, as reflected in Claim Number 3813 set forth above (the "Claim") against Lehman Brothers Holdings Inc., a Debtor in Case No. 08-13555 in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Claim to Transferee and recognizing the Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August __, 2012.

Boise Land & Timber II, L.L.C.

By: _____
Name: Wayne Rancourt

A/74972640.8

14