Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,       Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Caturra Associates, LLC |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
60 Wall Street
3rd Floor
New York, NY 10005
Attention: Jeffrey Olinsky
Phone: 212-250-5760
Fax:   212-797-8770

Court Claim # (if known): 24439
Amount of Claim:
Date Claim Filed:

Phone: N/A

Last Four Digits of Acct #: N/A      Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____       Date: October 24, 2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Philipp R[...]
Vice Pr[...]

Michael S[...]
Managing [...]

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Deutsche Bank AG, London Branch ("BUYER")

      Caturra Associates, LLC ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement between Buyer and Seller dated as of October 16, 2012, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to BUYER, its successors and assigns, all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc. relating to Proof of Claim No. 24439 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555, originally filed by BTR Global Opportunity Trading Limited.

      SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this assignment of claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 24 day of October, 2012.

SELLER: CATURRA ASSOCIATES, LLC

Name: James F. Mooney III
Title: Partner

BUYER: DEUTSCHE BANK AG, LONDON BRANCH

Name:
Title: Michael Sutton
Managing Director

Philipp Rocco
Vice President

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
                                               (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                             Name of Transferor

Deutsche Bank AG, London Branch                Caturra Associates, LLC

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch                Court Claim # (if known): 25422
60 Wall Street                                 Amount of Claim:
3rd Floor                                      Date Claim Filed:
New York, NY 10005
Attention: Jeffrey Olinsky                     Phone: N/A
Phone: 212-250-5760
Fax:   212-797-8770

Last Four Digits of Acct #:  N/A               Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  _____    Date: October 24 , 2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Phillip Reeves                Michael Sean
Vice President                Managing Director

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Deutsche Bank AG, London Branch ("BUYER")

      Caturra Associates, LLC ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement between Buyer and Seller dated as of October 16, 2012, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to BUYER, its successors and assigns, all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc. relating to Proof of Claim No. 25422 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555, originally filed by BTR Global Prospector II Trading Limited.

      SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this assignment of claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 24 day of October, 2012.


SELLER: CATURRA ASSOCIATES, LLC

_____
Name:    James F. Mooney III
Title:      Partner

BUYER: DEUTSCHE BANK AG, LONDON BRANCH

_____
Name:
Title: Philipp Koeva
      Vice President

Michael Sutton
Managing Director

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Caturra Associates, LLC |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
60 Wall Street
3rd Floor
New York, NY 10005
Attention: Jeffrey Olinsky
Phone: 212-250-5760
Fax: 212-797-8770

Court Claim # (if known): 24468
Amount of Claim:
Date Claim Filed:

Phone: N/A

Last Four Digits of Acct #: N/A    Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:     Date: October 24, 2012
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571*

Philipp Roever
Vice President

Michael Sulzer
Managing Director

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Deutsche Bank AG, London Branch ("BUYER")

      Caturra Associates, LLC ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement between Buyer and Seller dated as of October 16, 2012, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to BUYER, its successors and assigns, all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc. relating to Proof of Claim No. 24468 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555, originally filed by BTR Global Prospector Trading Limited.

      SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this assignment of claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 24 day of October, 2012.

SELLER: CATURRA ASSOCIATES, LLC

_____
Name: James F. Mooney III
Title: Partner

BUYER: DEUTSCHE BANK AG, LONDON BRANCH

_____
Name:
Title:
Philipp R……
Vice President

Michael S…on
Managing……

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                          Name of Transferor

Deutsche Bank AG, London Branch             Caturra Associates, LLC

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch             Court Claim # (if known): 22767
60 Wall Street                              Amount of Claim:
3rd Floor                                   Date Claim Filed:
New York, NY 10005
Attention: Jeffrey Olinsky                  Phone: N/A
Phone: 212-250-5760
Fax:   212-797-8770

Last Four Digits of Acct #: N/A             Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____           Date: October 24, 2012
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Philipp Koester
Vice President

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Deutsche Bank AG, London Branch ("BUYER")

      Caturra Associates, LLC ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement between Buyer and Seller dated as of October 16, 2012, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to BUYER, its successors and assigns, all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc. relating to Proof of Claim No. 22767 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555, originally filed by BTR Global Growth Trading Limited.

      SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this assignment of claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 24 day of October, 2012.

SELLER: CATURRA ASSOCIATES, LLC

Name: James F. Mooney III
Title: Partner

BUYER: DEUTSCHE BANK AG, LONDON BRANCH

Name:
Title:

Philip [illegible]
Vice President

Michael [illegible]
Manager [illegible]

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,         Case No. 08-13555 (JMP)
                                                     (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Caturra Associates, LLC |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch            Court Claim # (if known): 22274
60 Wall Street                              Amount of Claim:
3rd Floor                                   Date Claim Filed:
New York, NY 10005
Attention: Jeffrey Olinsky                  Phone: N/A
Phone: 212-250-5760
Fax:   212-797-8770

Last Four Digits of Acct #: N/A             Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: October 24, 2012
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Philipp Roever
Vice President

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Deutsche Bank AG, London Branch ("BUYER")

      Caturra Associates, LLC ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement between Buyer and Seller dated as of October 16, 2012, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to BUYER, its successors and assigns, all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc. relating to Proof of Claim No. 22274 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555, originally filed by BTR Global Arbitrage Trading Limited.

      SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this assignment of claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 19th day of October, 2012.

SELLER: CATURRA ASSOCIATES, LLC

Name:    James F. Mooney III
Title:     Partner

BUYER: DEUTSCHE BANK AG, LONDON BRANCH

Name:
Title:     Michael Sutton
          Managing Director

Philippe
Vice President