Exhibit B-1

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: GAZPROMBANK MORTGAGE FUNDING 2 S.A

     GAZPROMBANK MORTGAGE FUNDING 2 S.A ("Seller"), with its registered office at L-1855, Luxembourg, 46A, Avenue J.F. Kennedy, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Claims Assignment Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices at and an address of c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Purchaser"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $90,000,000, docketed as Claim No. 13940 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

     Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

*[signature page follows]*

B-1-1

IN WITNESS WHEREOF, dated as of the _1_ day of November

**GAZPROMBANK MORTGAGE FUNDING 2 S.A.**

WITNESS:

_____
(Signature)

Name: MAUD MEYER
Title: SENIOR LEGAL OFFICER
(Print name and title of witness)

By:_____
(Signature of authorized corporate officer)

TMF Secretarial Services S.A.
Name:
Title: Director
Tel.: represented by Jorge Pérez Lozano
acting as a permanent representative

**JPMORGAN CHASE BANK, N.A.**

WITNESS:

_____
(Signature)

Name: Chris Janoczyl
Title: Authorized Signatory
(Print name and title of witness)

By:_____
(Signature of authorized corporate officer)

Name: Andrew Faherty
Title: VP - Authorized Signatory
Tel.: 212-623-1973

Exhibit B-2

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: GAZPROMBANK MORTGAGE FUNDING 2 S.A

GAZPROMBANK MORTGAGE FUNDING 2 S.A ("Seller"), with its registered office at L-1855, Luxembourg, 46A, Avenue J.F. Kennedy, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Claims Assignment Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices at and an address of c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Purchaser"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $90,000,000, docketed as Claim No. 13939 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

*[signature page follows]*

IN WITNESS WHEREOF, dated as of the __1__ day of November

**GAZPROMBANK MORTGAGE FUNDING 2 S.A.**

WITNESS:

_____
(Signature)

Name: MAUD MEYER
Title: SENIOR LEGAL OFFICER
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

**TMF Secretarial Services S.A.**
Name:
Title: Director
Tel.: represented by Jorge Perez Lozano acting as a permanent representative

**JPMORGAN CHASE BANK, N.A.**

WITNESS:

_____
(Signature)

Name: Chris Jarvyl
Title: Authorized Signatory
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: ANDREW FAHERTY
Title: VP - Authorized Signatory
Tel.: 212-623-9973