B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>          <u>State Street Bank and Trust Company</u>
Name of Transferee                                            Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): <u>67383</u>
should be sent:                                              Amount of Claim Transferred: <u>$41,235,845.00</u>
                                                            Date Claim Filed: <u>March 28, 2011</u>
Goldman Sachs Lending Partners LLC                    Debtor: <u>Lehman Brothers Holdings Inc.</u>
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Contact: Michelle Latzoni

Phone: <u>(212) 934-3921</u>                              Phone: <u>(617) 664-2160</u>
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

POC: 67383                              1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


STATE STREET BANK AND TRUST COMPANY


By: _____          Date: October 26 2012


GOLDMAN SACHS LENDING PARTNERS LLC


By: _____          Date: October ___, 2012


*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STATE STREET BANK AND TRUST COMPANY

By: _____

Date: October ___, 2012

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____

Date: October 26 2012

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

POC: 67383                    2