B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.        Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Goldman Sachs Lending Partners LLC | State Street Bank and Trust Company |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Contact: Michelle Latzoni

Court Claim # (if known): 67401
Amount of Claim Transferred: $68,338.00
Date Claim Filed: March 28, 2011
Debtor: Lehman Brothers Holdings Inc.

Phone: (212) 934-3921
Last Four Digits of Acct #: _____

Phone: (617) 664-2160
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

POC: 67401                                1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STATE STREET BANK AND TRUST COMPANY

By: _____          Date: October 26 2012

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: October __, 2012

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STATE STREET BANK AND TRUST COMPANY

By: _____          Date: October __, 2012

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____[signature]_____                    Date: October 26, 2012

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Trey Woolston
Authorized Signatory