

Rechtsanwälte Partnerschaft • Postfach 13 26 • 82027 Grünwald/München

**By Airmail**
Honorable Judge James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green Courtroom 601
New York, NY, 10004
USA

KANZLEI FÜR BANK- UND
KAPITALMARKTRECHT
Partnerschaft von Rechtsanwälten

München • Hamburg
Sitz der Partnerschaft München
AG München PR 535

ANSCHRIFT
Postfach 13 26
82027 Grünwald/München

KANZLEISITZ
Luise-Ullrich-Str. 2
82031 Grünwald

TELEFON (089) 64 98 45 0
FAX (089) 64 98 45 40

mail@rrlaw.de
www.rrlaw.de

October 31, 2012

**Lehman Brothers Holdings Inc, Case No: 08-13555**
**Objection to Transfer of Claim No. 41625**

Dear Judge Peck,

I am German counsel for Claimant Karolina Bernhard and I respectfully submit this objection to the alleged transfer of Claimant's claim no. 41625 to IAMEX Value Foundation which was filed on October 14, 2012.

Claimant Karolina Bernhard filed a proof of claim in the amount of $ 100,800, the claim form was received by Epiq Bankruptcy Solutions LLC on October 19, 2009. According to the claims register at Epiq's website the claim is allowed.

KLAUS ROTTER
Partner
Rechtsanwalt
Dipl.-Betriebswirt (FH)
Fachanwalt für Bank-
und Kapitalmarktrecht

BERND JOCHEM
Partner
Rechtsanwalt

FELIX WEIGEND
Partner
Rechtsanwalt
Fachanwalt für Verwaltungsrecht

2

Claimant Karolina Bernhard therefore expected to receive first payments recently as announced at Epiq's website. Since she did not receive any payment until last week, claimant Karolina Bernhard retained my firm in order to take care of her matter.

The undersigned determined that on October 14, 2012 a transfer agreement was filed by IAMEX Value Foundation showing that claimant Karolina Bernhard allegedly had sold and transferred her claim to IAMEX Value Foundation.

Fact is, however, that claimant Karolina Bernhard did not sell her claim no. 41625 to IAMEX Value Foundation or any other purchaser at any time. Fact is, that the transfer agreement filed by IAMEX Value Foundation on October 14, 2012 has not been signed by claimant Karolina Bernhard, but by J. Kaptein of IAMEX Value Foundation for both sides (seller and purchaser). Fact is, that claimant Karolina Bernhard has not authorized J. Kaptein or any other representative of IAMEX Value Foundation to sign a transfer agreement on behalf of her.

Under these circumstances, we respectfully submit Claimant's objection to the transfer of this claim.

Respectfully,

Bernd Jochem
Rechtsanwalt