SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179
Douglas P. Bartner
Solomon J. Noh

*Attorneys for BNP Paribas Investment Partners Belgium NV/ SA*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | :   Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | :   08-13555 (JMP) |
| | : |
| Debtors. | :   (Jointly Administered) |

------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 22083, filed on September 21, 2009, against Lehman Brothers Holdings Inc. by BNP Paribas Investment Partners Belgium NV/SA (f/k/a Fortis Investment Management Belgium NV/SA) ("BNP") in the amount of $655,852.40 (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned counsel, BNP hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.  BNP represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

NYDOCS03/957483.1

Dated: November 2, 2012
      New York, New York

                        SHEARMAN & STERLING LLP

                        By:  /s/ Douglas P. Bartner
                              Douglas P. Bartner
                              Solomon J. Noh

                        599 Lexington Avenue
                        New York, NY 10022-6069
                        Telephone: (212) 848-4000
                        Facsimile: (212) 848-7179

                        *Attorneys for BNP Paribas Investment Partners*
                        *Belgium NV/ SA*