SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Douglas P. Bartner
Solomon J. Noh

*Attorneys for BNP Paribas Asset Management SAS*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 22080, filed on September 21, 2009, against Lehman Brothers Holdings Inc. by BNP Paribas Asset Management (f/k/a Fortis Investment Management France) ("BNP") in the amount of $106,601,136.88 (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned counsel, BNP hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. BNP represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

NYDOCS03/957485.1

Dated: November 2, 2012
       New York, New York

         SHEARMAN & STERLING LLP

         By: /s/ Douglas P. Bartner
           Douglas P. Bartner
           Solomon J. Noh

         599 Lexington Avenue
         New York, NY 10022-6069
         Telephone: (212) 848-4000
         Facsimile: (212) 848-7179

         *Attorneys for BNP Paribas Asset Management SAS*