SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Douglas P. Bartner
Solomon J. Noh

*Attorneys for TEB Portföy Yönetimi AS*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                                :    **Chapter 11 Case No.**
                                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                                                         :
                   **Debtors.**                              :    **(Jointly Administered)**
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 22079, filed on September 21, 2009, against Lehman Brothers Holdings Inc. by TEB Portföy Yönetimi AS (f/k/a Fortis Portföy Yönetimi) ("FPY") in the amount of $478,111.55 (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned counsel, FPY hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. FPY represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

NYDOCS03/957516.1

Dated: November 2, 2012
      New York, New York

                    SHEARMAN & STERLING LLP

                    By: /s/ Douglas P. Bartner
                        Douglas P. Bartner
                        Solomon J. Noh

                    599 Lexington Avenue
                    New York, NY 10022-6069
                    Telephone: (212) 848-4000
                    Facsimile: (212) 848-7179

                    *Attorneys for TEB Portföy Yönetimi AS*