CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

*Attorneys for U.S. Bank National Association, as Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al*., | : | CASE No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**WITHDRAWAL OF PROOF OF CLAIMS OF U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FILED AGAINST LEHMAN BROTHERS HOLDINGS INC., AND
LEHMAN BROTHERS SPECIAL FINANCING INC. IN CONNECTION WITH
A RESERVE FUNDING AGREEMENT WITH RESPECT TO BONDS ISSUED BY THE CITY OF
VANCOUVER, WASHINGTON DOWNTOWN REDEVELOPMENT AUTHORITY**

**PLEASE TAKE NOTICE** that U.S. Bank National Association, not individually but as Trustee ("*US. Bank*") by and through its counsel, Chapman and Cutler LLP, hereby withdraws its Proofs of Claim Numbers 31056 and 31058 filed against Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc. respectively in connection with a Reserve Funding Agreement relating to Bonds issued by the City of Vancouver, Washington Downtown

Redevelopment Authority.  No other claim of U.S. Bank National Association, in any capacity, shall be affected hereby.

November 2, 2012

            Respectfully submitted,

            U.S. BANK NATIONAL ASSOCIATION, not individually but as Trustee

            By: /s/ Craig M. Price _____
               One of Its Attorneys

James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)
Jeremy Schreiber
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
Telephone:  (312) 845-3000

Craig M. Price (CP 9039)
CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor