UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
        Debtors.                                   :    (Jointly Administered)
------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Coudert Brothers LLP<br>110 E. 42nd Street, Suite 1818<br>New York, NY 10017 |
| Claim Number (if known): | 34262 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | $4,203.10 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: *[signature]* | Title:<br>Plan Administrator |
| Printed Name:<br>Yale Bogen | Dated:<br>October 23, 2012 |

US_ACTIVE:\44096563\1\58399.0011