SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Fredric Sosnick
William J.F. Roll III
Daniel H.R. Laguardia
Ned S. Schodek

*Attorneys for Merrill Lynch Credit Products, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re:** : **Chapter 11**
:
**LEHMAN BROTHERS HOLDINGS INC., et al.,** : Case No. 08 – 13555 (JMP)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 65953 OF MERRILL LYNCH
CREDIT PRODUCTS, LLC AGAINST LEHMAN BROTHERS HOLDINGS INC.**

| **Debtor Name and Case Number:** | Lehman Brothers Holdings Inc. Case No. 08-13555 (JMP) |
|---|---|
| **Creditor Name and Address:** | Merrill Lynch Credit Products, LLC c/o Bank of America Merrill Lynch Bank of America Tower – 3rd Floor One Bryant Park New York, NY 10036 Attention: Jeff Benesh / Ron Torok / Ante Jakic / Gary S. Cohen |
| **Claim Number:** | 65953 |
| **Date Claim Filed:** | 12/16/2009 |
| **Total Amount of Claim:** | $810,027.65 |

Merrill Lynch Credit Products, LLC ("**MLCP**") hereby withdraws, pursuant to

Federal Rule of Bankruptcy Procedure 3006, Proof of Claim No. 65953 (the "**Claim**") filed

against Lehman Brothers Holdings Inc. ("**LBHI**"). The Claim was filed on December 16, 2009,

NYDOCS03/953910.6

against LBHI by DZ Bank AG Deutsche Zentral-Genossenschaftsbank ("**DZ**") in the amount of $810,027.65.

DZ transferred the Claim to MLCP, [Docket No. 25625], and MLCP subsequently transferred a 50% interest in the Claim in the amount of $405,013.82 to Värde Investments Partners, L.P. [Docket No. 25647]. MLCP retained the remaining 50% portion of the Claim in the amount of $405,013.83 (the "**MLCP Portion**"). This notice shall not affect any portion of the Claim other than the MLCP Portion.

This notice serves as MLCP's withdrawal of the Claim and authorization to the Clerk of this Court, or LBHI's duly appointed claims agent, to reflect this withdrawal on the official claim register for LBHI.

Dated: November 2, 2012
New York, New York

SHEARMAN & STERLING LLP

By: */s/ Fredric Sosnick*
    Fredric Sosnick
    William J.F. Roll, III
    Daniel H.R. Laguardia
    Ned S. Schodek

599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

*Attorneys for Merrill Lynch Credit Products, LLC*