SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Fredric Sosnick
William J.F. Roll III
Daniel H.R. Laguardia
Ned S. Schodek

*Attorneys for Merrill Lynch, Pierce, Fenner & Smith, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
In re:                                                          :    Chapter 11
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** et al.,                      :    Case No. 08 – 13555 (JMP)
                                                                :
                    Debtors.                                    :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 20125 OF MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. AGAINST LEHMAN BROTHERS HOLDINGS INC.**

| **Debtor Name and Case Number:** | Lehman Brothers Holdings Inc. ("**LBHI**") Case No. 08-13555 (JMP) |
|---|---|
| **Creditor Name and Address:** | Merrill Lynch, Pierce, Fenner & Smith, Inc. Christopher J. Haas Bank of America Tower One Bryant Park New York, NY 10036 |
| **Claim Number:** | 20125 |
| **Date Claim Filed:** | 09/21/2009 |
| **Total Amount of Claim:** | $612,395.32 |

Merrill Lynch, Pierce, Fenner & Smith, Inc. hereby withdraws, pursuant to

Federal Rule of Bankruptcy Procedure 3006, the above referenced claim and authorizes the Clerk

of this Court, or LBHI's duly appointed claims agent, to reflect this withdrawal on the official

claim register for LBHI.

NYDOCS03/955860.3

Dated: November 2, 2012
New York, New York

SHEARMAN & STERLING LLP

By: */s/ Fredric Sosnick*
   Fredric Sosnick
   William J.F. Roll, III
   Daniel H.R. Laguardia
   Ned S. Schodek

599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

*Attorneys for Merrill Lynch, Pierce, Fenner & Smith, Inc.*

NYDOCS03/955860.3

2