UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :        08-13555 (JMP)
                                                    :
                        Debtors.                    :        (Jointly Administered)
                                                    :
---------------------------------------------------------------------------x        Ref. Docket No. 31756

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 29, 2012, I caused to be served the "Notice of Adjournment of Matters Scheduled for Claims Hearing on October 31, 2012 at 10:00 A.M.," dated October 29, 2012 [Docket No. 31756], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and

   b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

   c. delivered via facsimile to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Pete Caris*
                                        Pete Caris

Sworn to before me this
1st day of November, 2012
*/s/ Cassandra Murray*
_____
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.

OVERNIGHT MAIL SERVICE LIST

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

LUKOSCHEK, WOLFGANG
GOETHESTR. 55
63067 OFFENBACH AM MAIN
GERMANY

| Claim Name | Address Information |
|---|---|
| AGGELIKI BARTZI | C/O MR. STAVROS G. KOKKALIS THE LAW OFFICE OF STAVROS G. KOKKALIS 60A SKOUFA STR. ATHENS 106 80 GREECE |
| CHAPMAN AND CUTLER LLP | JAMES E. SPIOTTO ; ANN E. ACKER ; FRANKLIN H. TOP, III; JAMES HEISER COUNSEL TO:  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE 111 WEST MONROE STREET CHICAGO IL 60603 |
| CHRISTOS KONSTAS | C/O MR. STAVROS G. KOKKALIS THE LAW OFFICE OF STAVROS G. KOKKALIS 60A SKOUFA STR. ATHENS 106 80 GREECE |
| FUNDACION ISLA COUTO | ATTN: FRANCISCO XABIER MARTINEZ COBAS CL. LAXE, NO. 11-3 D VIGO 36202 SPAIN |
| FUNDACION ISLA COUTO | ATTN: MR. LUIS PINEIRO SANTOS GARCIA BARBON, 1-7 A VIGO   36201 SPAIN |
| HELGE NABER, ESQ. | NABER P.C. 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| HIRSCH, KURT | ORTSSTR. 18 BOLSTERLANG 87538 GERMANY |
| KAYE M. YOUNG | P.O. BOX 1464 GLENWOOD SPRINGS CO 81602 |
| LUKOSCHEK, WOLFGANG | AM WIESENRAIN 21 60341 FRANKFURT GERMANY |
| NIXON PEABODY LLP | ATTN: CHRISTOPHER M. DESIDERIO COUNSEL TO: DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE OF STRUCTURED ASSET INVESTMENT LOAN TRUST 437 MADISON AVENUE NEW YORK NY 10022 |
| PETER WEISS, RENATE ANNA | 7, CITE ALEX FELDKIRCH  F-68540 FRANCE |
| PETER WEISS, RENATE ANNA | AARGAUISCHE KANTONALBANK ISFS/EBU9 BAHNHOFSTRASSE 58 AARAU CH-5001 SWITZERLAND |
| RAMPOLD, HEIDRUN ELISABETH | BARTHELSTRASSE 125 50823 KOLN GERMANY |
| THERESEA CAMPBELL | 72 NORTH STATE ROAD #70 BRIARCLIFF MANOR NY 10510 |
| WILDEBRAND, PETER | FINKENAU 34 HAMBURG   22081 GERMANY |

**Total Creditor count  15**

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.

EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
colea@gtlaw.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com

# LEHMAN BROTHERS HOLDINGS INC.

### EMAIL SERVICE LIST

| | |
|---|---|
| cweber@ebg-law.com | dtatge@ebglaw.com |
| cweiss@ingramllp.com | dtheising@harrisonmoberly.com |
| dallas.bankruptcy@publicans.com | dwdykhouse@pbwt.com |
| daniel.guyder@allenovery.com | dwildes@stroock.com |
| dave.davis@isgria.com | dworkman@bakerlaw.com |
| david.bennett@tklaw.com | easmith@venable.com |
| david.heller@lw.com | echang@steinlubin.com |
| david.powlen@btlaw.com | ecohen@russell.com |
| david.seligman@kirkland.com | efleck@milbank.com |
| davids@blbglaw.com | efriedman@fklaw.com |
| davidwheeler@mvalaw.com | efriedman@friedumspring.com |
| dbalog@intersil.com | eglas@mccarter.com |
| dbarber@bsblawyers.com | ekbergc@lanepowell.com |
| dbaumstein@whitecase.com | eleicht@whitecase.com |
| dbesikof@loeb.com | eli.mattioli@klgates.com |
| dcimo@gjb-law.com | ellen.halstead@cwt.com |
| dcoffino@cov.com | emerberg@mayerbrown.com |
| dcrapo@gibbonslaw.com | enkaplan@kaplanlandau.com |
| ddavis@paulweiss.com | eobrien@sbchlaw.com |
| ddrebsky@nixonpeabody.com | erin.mautner@bingham.com |
| ddunne@milbank.com | eschwartz@contrariancapital.com |
| deggermann@kramerlevin.com | etillinghast@sheppardmullin.com |
| deggert@freebornpeters.com | ezujkowski@emmetmarvin.com |
| demetra.liggins@tklaw.com | ezweig@optonline.net |
| dfelder@orrick.com | fbp@ppgms.com |
| dflanigan@polsinelli.com | ffm@bostonbusinesslaw.com |
| dgrimes@reedsmith.com | fhyman@mayerbrown.com |
| dhayes@mcguirewoods.com | foont@foontlaw.com |
| dheffer@foley.com | francois.janson@hklaw.com |
| diconzam@gtlaw.com | fsosnick@shearman.com |
| djoseph@stradley.com | fyates@sonnenschein.com |
| dkleiner@velaw.com | gabriel.delvirginia@verizon.net |
| dkozusko@willkie.com | gbray@milbank.com |
| dlemay@chadbourne.com | ggitomer@mkbattorneys.com |
| dlipke@vedderprice.com | ggoodman@foley.com |
| dludman@brownconnery.com | giddens@hugheshubbard.com |
| dmcguire@winston.com | gkaden@goulstonstorrs.com |
| dmurray@jenner.com | glenn.siegel@dechert.com |
| dneier@winston.com | gmoss@riemerlaw.com |
| dodonnell@milbank.com | gravert@ravertpllc.com |
| dove.michelle@dorsey.com | gspilsbury@jsslaw.com |
| dpegno@dpklaw.com | harrisjm@michigan.gov |
| draelson@fisherbrothers.com | harveystrickon@paulhastings.com |
| dravin@wolffsamson.com | hbeltzer@mayerbrown.com |
| drose@pryorcashman.com | heim.steve@dorsey.com |
| drosenzweig@fulbright.com | heiser@chapman.com |
| drosner@goulstonstorrs.com | hollace.cohen@troutmansanders.com |
| drosner@kasowitz.com | holsen@stroock.com |
| dshaffer@wtplaw.com | howard.hawkins@cwt.com |
| dshemano@peitzmanweg.com | hseife@chadbourne.com |
| dspelfogel@foley.com | hsnovikoff@wlrk.com |

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com

jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtorf@schiffhardin.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com

# LEHMAN BROTHERS HOLDINGS INC.

### EMAIL SERVICE LIST

| | |
|---|---|
| jwh@njlawfirm.com | lwhidden@salans.com |
| kanema@formanlaw.com | mabrams@willkie.com |
| karen.wagner@dpw.com | maofiling@cgsh.com |
| kdwbankruptcydepartment@kelleydrye.com | marc.chait@sc.com |
| keckhardt@hunton.com | margolin@hugheshubbard.com |
| keith.simon@lw.com | mark.bane@ropesgray.com |
| ken.coleman@allenovery.com | mark.deveno@bingham.com |
| ken.higman@hp.com | mark.ellenberg@cwt.com |
| kerry.moynihan@hro.com | mark.ellenberg@cwt.com |
| kgwynne@reedsmith.com | mark.hellerer@pillsburylaw.com |
| kiplok@hugheshubbard.com | mark.sherrill@sutherland.com |
| kjarashow@fklaw.com | marvin.clements@ag.tn.gov |
| kkelly@ebglaw.com | matt@willaw.com |
| kkolbig@mosessinger.com | matthew.klepper@dlapiper.com |
| klyman@irell.com | maustin@orrick.com |
| klynch@formanlaw.com | max.polonsky@skadden.com |
| kmayer@mccarter.com | mbenner@tishmanspeyer.com |
| kobak@hugheshubbard.com | mberman@nixonpeabody.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| kovskyd@pepperlaw.com | mbienenstock@proskauer.com |
| kpiper@steptoe.com | mbloemsma@mhjur.com |
| kressk@pepperlaw.com | mbossi@thompsoncoburn.com |
| kreynolds@mklawnyc.com | mcademartori@sheppardmullin.com |
| krosen@lowenstein.com | mcantor@normandyhill.com |
| kuehn@bragarwexler.com | mccombst@sullcrom.com |
| kurt.mayr@bgllp.com | mcordone@stradley.com |
| lacyr@sullcrom.com | mcto@debevoise.com |
| landon@streusandlandon.com | mcyganowski@oshr.com |
| lapeterson@foley.com | mdorval@stradley.com |
| lathompson@co.sanmateo.ca.us | melorod@gtlaw.com |
| lberkoff@moritthock.com | meltzere@pepperlaw.com |
| lee.stremba@troutmansanders.com | metkin@lowenstein.com |
| lgotko@fklaw.com | mfeldman@willkie.com |
| lgranfield@cgsh.com | mgordon@briggs.com |
| lhandelsman@stroock.com | mgreger@allenmatkins.com |
| linda.boyle@twtelecom.com | mh1@mccallaraymer.com |
| lisa.ewart@wilmerhale.com | mhopkins@cov.com |
| lisa.kraidin@allenovery.com | michael.frege@cms-hs.com |
| ljkotler@duanemorris.com | michael.kelly@monarchlp.com |
| lkatz@ltblaw.com | michael.kim@kobrekim.com |
| lkiss@klestadt.com | michael.mccrory@btlaw.com |
| lmarinuzzi@mofo.com | millee12@nationwide.com |
| lmay@coleschotz.com | miller@taftlaw.com |
| lmcgowen@orrick.com | mimi.m.wong@irscounsel.treas.gov |
| lml@ppgms.com | mitchell.ayer@tklaw.com |
| lnashelsky@mofo.com | mjedelman@vedderprice.com |
| loizides@loizides.com | mjr1@westchestergov.com |
| lromansic@steptoe.com | mkjaer@winston.com |
| lscarcella@farrellfritz.com | mlahaie@akingump.com |
| lschweitzer@cgsh.com | mlandman@lcbf.com |
| lubell@hugheshubbard.com | mlichtenstein@crowell.com |

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

sabvanrooy@hotmail.com
sagolden@hhlaw.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com

streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com

## LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

### Additional Email Addresses

erich.buser@akb.ch
agottfried@morganlewis.com
rterenzi@stcwlaw.com

# EXHIBIT C

# LEHMAN BROTHERS HOLDINGS INC.
### FAX SERVICE LIST

| FAX | NAME |
| --- | --- |
| 404-881-7777 | ALSTON & BIRD ATTN: J. WILLIAM BOONE |
| 212-848-7179 | SHEARMAN & STERLING LLP D BARTNER |
| 202-637-3593 | SUTHERLAND ASBILL BRENNAN ATTN MARK SHERRILL |
| 212-536-3901 | K L GATES RICHARD MILLER |
| 212-918-3100 | HOGAN LOVELLS US LLP CHRISTOPHER R. DONOHO, III |
| 212-225-3999 | CLEARY GOTTLIEB STEEN & HAMILTON LLPCARMINE D. BOCCUZZI JR |
| 212-312-3912 | RICHARD MARSHALL |
| 212-309-6148 | MORGAN LEWIS ATTN: ANDREW GOTTFRIED |
| 516-812-4602 | STAGG TERENZI ATTN: RONALD M. TERENZI |
| 406-452-6599 | NABOR P.C ATTN: HELGE NABOR |