**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
|  | : |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

------------------------------------------------------------------------x   **Ref. Docket Nos. 31741 & 31742**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                                           ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 26, 2012, I caused to be served the:

   a. "Notice of Adjournment of Hearing on (I) The Tenth Application of Weil, Gotshal & Manges LLP, as Attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 1, 2011 through March 5, 2012 And (II) The Final Applications of Retained Professionals for Final Allowance and Approval of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from September 15, 2008 to March 6, 2012," dated October 26, 2012 [Docket No. 31741], and

   b. "Adverse Weather – Notice Of Adjournment Of October 30, 2012 Hearing On Final Applications Of Retained Professionals For Final Allowance And Approval Of Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From September 15, 2008 To March 6, 2012 Due To Storm Forecast For New York City," dated October 26, 2012 [Docket No. 31742],

   by causing true and correct copies of the:

   i. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

   ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL
    DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE,
    PRESIDENT OR LEGAL DEPARTMENT."

Pete Caris

Sworn to before me this
/_0_t day of November, 2012

Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

-2-

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS, INC.

EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | barbra.parlin@hklaw.com |
| aalfonso@willkie.com | bbisignani@postschell.com |
| abeaumont@fklaw.com | bcarlson@co.sanmateo.ca.us |
| abraunstein@riemerlaw.com | bdk@schlamstone.com |
| acaton@kramerlevin.com | bguiney@pbwt.com |
| acker@chapman.com | bkmail@prommis.com |
| adam.brezine@hro.com | bmanne@tuckerlaw.com |
| adarwin@nixonpeabody.com | bmiller@mofo.com |
| adiamond@diamondmccarthy.com | boneill@kramerlevin.com |
| aeckstein@blankrome.com | brian.corey@greentreecreditsolutions.com |
| aentwistle@entwistle-law.com | brosenblum@jonesday.com |
| afriedman@irell.com | broy@rltlawfirm.com |
| agbanknewyork@ag.tn.gov | bruce.wright@sutherland.com |
| aglenn@kasowitz.com | bstrickland@wtplaw.com |
| agold@herrick.com | btrust@mayerbrown.com |
| agoldstein@tnsj-law.com | bturk@tishmanspeyer.com |
| aisenberg@saul.com | bwolfe@sheppardmullin.com |
| akantesaria@oppenheimerfunds.com | cahn@clm.com |
| akolod@mosessinger.com | calbert@reitlerlaw.com |
| alum@ftportfolios.com | canelas@pursuitpartners.com |
| amarder@msek.com | carol.weinerlevy@bingham.com |
| amartin@sheppardmullin.com | cbelisle@wfw.com |
| amcmullen@boultcummings.com | cbelmonte@ssbb.com |
| amenard@tishmanspeyer.com | cbrotstein@bm.net |
| andrew.brozman@cliffordchance.com | cdesiderio@nixonpeabody.com |
| andrew.lourie@kobrekim.com | cgoldstein@stcwlaw.com |
| angelich.george@arentfox.com | chammerman@paulweiss.com |
| ann.reynaud@shell.com | charles@filardi-law.com |
| anthony_boccanfuso@aporter.com | charles_malloy@aporter.com |
| aoberry@bermanesq.com | chipford@parkerpoe.com |
| aostrow@beckerglynn.com | chris.donoho@lovells.com |
| apo@stevenslee.com | christopher.schueller@bipc.com |
| aquale@sidley.com | clarkb@sullcrom.com |
| arahl@reedsmith.com | clynch@reedsmith.com |
| arheaume@riemerlaw.com | cmontgomery@salans.com |
| arlbank@pbfcm.com | cohen@sewkis.com |
| arosenblatt@chadbourne.com | colea@gtlaw.com |
| arthur.rosenberg@hklaw.com | contact@lawofficesjje.com |
| arwolf@wlrk.com | cp@stevenslee.com |
| aseuffert@lawpost-nyc.com | cpappas@dilworthlaw.com |
| ashmead@sewkis.com | craig.goldblatt@wilmerhale.com |
| asnow@ssbb.com | crmomjian@attorneygeneral.gov |
| aunger@sidley.com | cs@stevenslee.com |
| austin.bankruptcy@publicans.com | csalomon@beckerglynn.com |
| avenes@whitecase.com | cschreiber@winston.com |
| azylberberg@whitecase.com | cshore@whitecase.com |
| bankr@zuckerman.com | cshulman@sheppardmullin.com |
| bankruptcy@goodwin.com | ctatelbaum@adorno.com |
| bankruptcy@morrisoncohen.com | cwalsh@mayerbrown.com |
| bankruptcy@ntexas-attorneys.com | cward@polsinelli.com |
| bankruptcymatters@us.nomura.com | cweber@ebg-law.com |

# LEHMAN BROTHERS HOLDINGS, INC.
EMAIL SERVICE LIST

| | |
|---|---|
| cweiss@ingramllp.com | dtheising@harrisonmoberly.com |
| dallas.bankruptcy@publicans.com | dwdykhouse@pbwt.com |
| daniel.guyder@allenovery.com | dwildes@stroock.com |
| dave.davis@isgria.com | dworkman@bakerlaw.com |
| david.bennett@tklaw.com | easmith@venable.com |
| david.heller@lw.com | echang@steinlubin.com |
| david.powlen@btlaw.com | ecohen@russell.com |
| david.seligman@kirkland.com | efleck@milbank.com |
| davids@blbglaw.com | efriedman@fklaw.com |
| davidwheeler@mvalaw.com | efriedman@friedumspring.com |
| dbalog@intersil.com | eglas@mccarter.com |
| dbarber@bsblawyers.com | ekbergc@lanepowell.com |
| dbaumstein@whitecase.com | eleicht@whitecase.com |
| dbesikof@loeb.com | eli.mattioli@klgates.com |
| dcimo@gjb-law.com | ellen.halstead@cwt.com |
| dcoffino@cov.com | emerberg@mayerbrown.com |
| dcrapo@gibbonslaw.com | enkaplan@kaplanlandau.com |
| ddavis@paulweiss.com | eobrien@sbchlaw.com |
| ddrebsky@nixonpeabody.com | erin.mautner@bingham.com |
| ddunne@milbank.com | eschwartz@contrariancapital.com |
| deggermann@kramerlevin.com | etillinghast@sheppardmullin.com |
| deggert@freebornpeters.com | ezujkowski@emmetmarvin.com |
| demetra.liggins@tklaw.com | ezweig@optonline.net |
| dfelder@orrick.com | fbp@ppgms.com |
| dflanigan@polsinelli.com | ffm@bostonbusinesslaw.com |
| dgrimes@reedsmith.com | fhyman@mayerbrown.com |
| dhayes@mcguirewoods.com | foont@foontlaw.com |
| dheffer@foley.com | francois.janson@hklaw.com |
| diconzam@gtlaw.com | fsosnick@shearman.com |
| djoseph@stradley.com | fyates@sonnenschein.com |
| dkleiner@velaw.com | gabriel.delvirginia@verizon.net |
| dkozusko@willkie.com | gbray@milbank.com |
| dlemay@chadbourne.com | ggitomer@mkbattorneys.com |
| dlipke@vedderprice.com | ggoodman@foley.com |
| dludman@brownconnery.com | giddens@hugheshubbard.com |
| dmcguire@winston.com | gkaden@goulstonstorrs.com |
| dmurray@jenner.com | glenn.siegel@dechert.com |
| dneier@winston.com | gmoss@riemerlaw.com |
| dodonnell@milbank.com | gravert@ravertpllc.com |
| dove.michelle@dorsey.com | gspilsbury@jsslaw.com |
| dpegno@dpklaw.com | harrisjm@michigan.gov |
| draelson@fisherbrothers.com | harveystrickon@paulhastings.com |
| dravin@wolffsamson.com | hbeltzer@mayerbrown.com |
| drose@pryorcashman.com | heim.steve@dorsey.com |
| drosenzweig@fulbright.com | heiser@chapman.com |
| drosner@goulstonstorrs.com | hollace.cohen@troutmansanders.com |
| drosner@kasowitz.com | holsen@stroock.com |
| dshaffer@wtplaw.com | howard.hawkins@cwt.com |
| dshemano@peitzmanweg.com | hseife@chadbourne.com |
| dspelfogel@foley.com | hsnovikoff@wlrk.com |
| dtatge@ebglaw.com | hsteel@brownrudnick.com |

# LEHMAN BROTHERS HOLDINGS, INC.
### EMAIL SERVICE LIST

icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com

jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtorf@schiffhardin.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com

# LEHMAN BROTHERS HOLDINGS, INC.
## EMAIL SERVICE LIST

kanema@formanlaw.com
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kjarashow@fklaw.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com

mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com

# LEHMAN BROTHERS HOLDINGS, INC.

EMAIL SERVICE LIST

| | |
|---|---|
| mmendez@hunton.com | ppatterson@stradley.com |
| mmooney@deilylawfirm.com | psp@njlawfirm.com |
| mmorreale@us.mufg.jp | ptrain-gutierrez@kaplanlandau.com |
| mneier@ibolaw.com | ptrostle@jenner.com |
| monica.lawless@brookfieldproperties.com | r.stahl@stahlzelloe.com |
| mpage@kelleydrye.com | raj.madan@bingham.com |
| mparry@mosessinger.com | ramona.neal@hp.com |
| mpomerantz@julienandschlesinger.com | rbeacher@pryorcashman.com |
| mprimoff@kayescholer.com | rbernard@foley.com |
| mpucillo@bermanesq.com | rbyman@jenner.com |
| mrosenthal@gibsondunn.com | rdaversa@orrick.com |
| mruetzel@whitecase.com | relgidely@gjb-law.com |
| mschimel@sju.edu | rfleischer@pryorcashman.com |
| mschlesinger@julienandschlesinger.com | rfrankel@orrick.com |
| msegarra@mayerbrown.com | rfriedman@silvermanacampora.com |
| mshiner@tuckerlaw.com | rgmason@wlrk.com |
| msiegel@brownrudnick.com | rgraham@whitecase.com |
| msolow@kayescholer.com | rhett.campbell@tklaw.com |
| mspeiser@stroock.com | richard.fingard@newedge.com |
| mstamer@akingump.com | richard.lear@hklaw.com |
| mvenditto@reedsmith.com | richard.levy@lw.com |
| mwarren@mtb.com | richard.tisdale@friedfrank.com |
| nathan.spatz@pillsburylaw.com | richard@rwmaplc.com |
| ncoco@mwe.com | ritkin@steptoe.com |
| neal.mann@oag.state.ny.us | rjones@boultcummings.com |
| ned.schodek@shearman.com | rleek@hodgsonruss.com |
| neilberger@teamtogut.com | rlevin@cravath.com |
| newyork@sec.gov | rmatzat@hahnhessen.com |
| nherman@morganlewis.com | rnetzer@willkie.com |
| nickolas.karavolas@pillsburylaw.com | robert.bailey@bnymellon.com |
| nissay_10259-0154@mhmjapan.com | robert.dombroff@bingham.com |
| nlepore@schnader.com | robert.henoch@kobrekim.com |
| notice@bkcylaw.com | robert.malone@dbr.com |
| oipress@travelers.com | robert.yalen@usdoj.gov |
| otccorpactions@finra.org | robin.keller@lovells.com |
| paronzon@milbank.com | roger@rnagioff.com |
| patrick.oh@freshfields.com | ronald.silverman@bingham.com |
| paul.turner@sutherland.com | ross.martin@ropesgray.com |
| pbattista@gjb-law.com | rqureshi@reedsmith.com |
| pbosswick@ssbb.com | rrainer@wmd-law.com |
| pdublin@akingump.com | rreid@sheppardmullin.com |
| peisenberg@lockelord.com | rroupinian@outtengolden.com |
| peter.gilhuly@lw.com | rrussell@andrewskurth.com |
| peter.macdonald@wilmerhale.com | rterenzi@stcwlaw.com |
| peter.simmons@friedfrank.com | russj4478@aol.com |
| peter@bankrupt.com | rwasserman@cftc.gov |
| pfeldman@oshr.com | rwyron@orrick.com |
| phayden@mcguirewoods.com | s.minehan@aozorabank.co.jp |
| philip.wells@ropesgray.com | sabin.willett@bingham.com |
| pmaxcy@sonnenschein.com | sabramowitz@velaw.com |
| ppascuzzi@ffwplaw.com | sabvanrooy@hotmail.com |

# LEHMAN BROTHERS HOLDINGS, INC.

EMAIL SERVICE LIST

| | |
|---|---|
| sagolden@hhlaw.com | susheelkirpalani@quinnemanuel.com |
| sally.henry@skadden.com | sweyl@haslaw.com |
| samuel.cavior@pillsburylaw.com | swolowitz@mayerbrown.com |
| sandyscafaria@eaton.com | szuch@wiggin.com |
| sara.tapinekis@cliffordchance.com | tannweiler@greerherz.com |
| scargill@lowenstein.com | tarbit@cftc.gov |
| schannej@pepperlaw.com | tbrock@ssbb.com |
| schepis@pursuitpartners.com | tdewey@dpklaw.com |
| schnabel.eric@dorsey.com | tduffy@andersonkill.com |
| schristianson@buchalter.com | teresa.oxford@invescoaim.com |
| schwartzmatthew@sullcrom.com | tgoren@mofo.com |
| scottshelley@quinnemanuel.com | thaler@thalergertler.com |
| scousins@armstrongteasdale.com | thomas.califano@dlapiper.com |
| sdnyecf@dor.mo.gov | thomas_noguerola@calpers.ca.gov |
| sehlers@armstrongteasdale.com | tim.desieno@bingham.com |
| seichel@crowell.com | timothy.brink@dlapiper.com |
| sfelderstein@ffwplaw.com | timothy.palmer@bipc.com |
| sfineman@lchb.com | tjfreedman@pbnlaw.com |
| sfox@mcguirewoods.com | tkiriakos@mayerbrown.com |
| sgordon@cahill.com | tlauria@whitecase.com |
| sgubner@ebg-law.com | tmacwright@whitecase.com |
| shannon.nagle@friedfrank.com | tmarrion@haslaw.com |
| sharbeck@sipc.org | tnixon@gklaw.com |
| shari.leventhal@ny.frb.org | toby.r.rosenberg@irscounsel.treas.gov |
| shgross5@yahoo.com | tomwelsh@orrick.com |
| sidorsky@butzel.com | tony.davis@bakerbotts.com |
| slerman@ebglaw.com | tslome@msek.com |
| slerner@ssd.com | ttracy@crockerkuno.com |
| slevine@brownrudnick.com | tunrad@burnslev.com |
| sloden@diamondmccarthy.com | twheeler@lowenstein.com |
| smayerson@ssd.com | ukreppel@whitecase.com |
| smillman@stroock.com | villa@streusandlandon.com |
| smulligan@bsblawyers.com | vmilione@nixonpeabody.com |
| snewman@katskykorins.com | vrubinstein@loeb.com |
| sory@fdlaw.com | walter.stuart@freshfields.com |
| spiotto@chapman.com | wanda.goodloe@cbre.com |
| splatzer@platzerlaw.com | wballaine@lcbf.com |
| sree@lcbf.com | wbenzija@halperinlaw.net |
| sschultz@akingump.com | wchen@tnsj-law.com |
| sselbst@herrick.com | wcurchack@loeb.com |
| sshimshak@paulweiss.com | wdase@fzwz.com |
| sskelly@teamtogut.com | wfoster@milbank.com |
| sstarr@starrandstarr.com | william.m.goldman@dlapiper.com |
| steele@lowenstein.com | wiltenburg@hugheshubbard.com |
| stephen.cowan@dlapiper.com | wisotska@pepperlaw.com |
| steve.ginther@dor.mo.gov | wk@pwlawyers.com |
| steven.troyer@commerzbank.com | wmaher@wmd-law.com |
| steven.usdin@flastergreenberg.com | wmarcari@ebglaw.com |
| steven.wilamowsky@bingham.com | wmckenna@foley.com |
| steven@blbglaw.com | wrightth@sullcrom.com |
| streusand@streusandlandon.com | wsilverm@oshr.com |

## LEHMAN BROTHERS HOLDINGS, INC.

EMAIL SERVICE LIST

wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**Additional Email Addresses**

harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
robert.lemons@weil.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS, INC.**
OVERNIGHT MAIL SERVICE LIST

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005
ATTN: DENNIS F. DUNNE, ESQ., DENNIS O'DONNELL,
ESQ., AND EVAN R. FLECK, ESQ.,

WEIL GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153
ATTN: RICHARD P. KRASNOW, ESQ., LORI R. FIFE, ESQ., ROBERT J. LEMONS, ESQ.,
AND JACQUELINE MARCUS, ESQ.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004