UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
                                                                 :
                                                                 :
                                                                 :
In re                                                            :
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.      :   Case No. 08 – 13555 (JMP)
                                                                 :
                  Debtors.                                       :
                                                                 :
                                                                 :
-----------------------------------------------------------------x
```

### NOTICE OF PARTIAL WITHDRAWAL OF PROOFS OF CLAIM OF IKB DEUTSCHE INDUSTRIEBANK AG FILED AGAINST LEHMAN BROTHERS HOLDINGS INC. AND LEHMAN BROTHERS SPECIAL FINANCING INC. SOLELY <u>IN RELATION TO PHOENIX 2002-1 LIMITED</u>

| **Debtor Names and Case Numbers:** | Lehman Brothers Holdings Inc. Case No. 08-13555 (JMP)  Lehman Brothers Special Financing Inc. Case No. 08-13888 |
|---|---|
| **Creditor Name and Address:** | IKB Deutsche Industriebank AG Wilhelm-Bötzkes Straβe 1 40474 Düsseldorf GERMANY Attn: Jens Kan |
| **Claim Numbers:** | 27680 & 27681 |
| **Date Claim Filed:** | 9/22/2009 |
| **Total Amount of Claim:** | |

      IKB Deutsche Industriebank AG ("**IKB**") hereby partially withdraws those portions of proofs of claim number 27680 and 27681 (the "**Claims**") filed against Lehman Brothers Holdings Inc. ("**LBHI**") and Lehman Brothers Special Financing Inc., respectively, solely in relation to the Phoenix 2002-1 Limited transaction. No other claim of IKB, or portions of the Claims, shall be affected hereby.

      This Notice serves as IKB's partial withdrawal of the Claims and authorization to the Clerk of the Court, or LBHI's duly appointed claims agent, to reflect this partial withdrawal on the official claims register for LBHI.

NYDOCS03/956331.2

Dated: New York, NY
November 2, 2012

                                              IKB DEUTSCHE INDUSTRIEBANK AG

By: _____
Name: KAN BOCHENEK
Title: Director    Senior Vice President

NYDOCS03/956331.2

2