**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                                    :
In re                                               :     Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :     08-13555 (JMP)
                                                    :
                     Debtors.                       :     (Jointly Administered)
                                                    :
-----------------------------------------------------------------x     Ref. Docket Nos. 31767-31768
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 31, 2012, I caused to be served the:

    a. "The Plan Administrator's Objection To Giants Stadium LLC's Amended Motion For Leave To Conduct Discovery Pursuant To Federal Rule Of Bankruptcy Procedure 2004," dated October 31, 2012 [Docket No. 31767], and

    b. "Declaration of Michael J. Firestone in Support of the Plan Administrator's Objection to Giants Stadium LLC's Amended Motion for Leave to Conduct Discovery Pursuant to Federal Rule of Bankruptcy Procedure 2004," dated October 31, 2012 [Docket No. 31768],

by causing true and correct copies to be:

    c. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    d. delivered via electronic mail to those parties listed on the annexed Exhibit B.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Panagiota Manatakis*
                                              Panagiota Manatakis

Sworn to before me this
5th day of November, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**OVERNIGHT ADD**

SULLIVAN & CROMWELL LLP
125 BROAD STREET
NEW YORK, NY 10004
ATTN: BRUCE E. CLARK
MATTHEW SCHWARTZ

**EXHIBIT B**

**LBH Email Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | asnow@ssbb.com |
| aalfonso@willkie.com | aunger@sidley.com |
| abeaumont@fklaw.com | austin.bankruptcy@publicans.com |
| abraunstein@riemerlaw.com | avenes@whitecase.com |
| acaton@kramerlevin.com | azylberberg@whitecase.com |
| acker@chapman.com | bankr@zuckerman.com |
| adam.brezine@hro.com | bankruptcy@goodwin.com |
| adarwin@nixonpeabody.com | bankruptcy@morrisoncohen.com |
| Adiamond@DiamondMcCarthy.com | bankruptcy@ntexas-attorneys.com |
| aeckstein@blankrome.com | bankruptcymatters@us.nomura.com |
| aentwistle@entwistle-law.com | barbra.parlin@hklaw.com |
| afriedman@irell.com | bbisignani@postschell.com |
| agbanknewyork@ag.tn.gov | bcarlson@co.sanmateo.ca.us |
| aglenn@kasowitz.com | bdk@schlamstone.com |
| agold@herrick.com | bguiney@pbwt.com |
| agoldstein@tnsj-law.com | bkmail@prommis.com |
| aisenberg@saul.com | bmanne@tuckerlaw.com |
| akantesaria@oppenheimerfunds.com | BMiller@mofo.com |
| akolod@mosessinger.com | boneill@kramerlevin.com |
| alum@ftportfolios.com | Brian.Corey@greentreecreditsolutions.com |
| amarder@msek.com | brosenblum@jonesday.com |
| amartin@sheppardmullin.com | broy@rltlawfirm.com |
| AMcMullen@BoultCummings.com | bruce.wright@sutherland.com |
| amenard@tishmanspeyer.com | bstrickland@wtplaw.com |
| Andrew.Brozman@cliffordchance.com | btrust@mayerbrown.com |
| andrew.lourie@kobrekim.com | bturk@tishmanspeyer.com |
| angelich.george@arentfox.com | bwolfe@sheppardmullin.com |
| ann.reynaud@shell.com | cahn@clm.com |
| anthony_boccanfuso@aporter.com | calbert@reitlerlaw.com |
| aoberry@bermanesq.com | canelas@pursuitpartners.com |
| aostrow@beckerglynn.com | carol.weinerlevy@bingham.com |
| apo@stevenslee.com | cbelisle@wfw.com |
| aquale@sidley.com | cbelmonte@ssbb.com |
| arahl@reedsmith.com | cbrotstein@bm.net |
| arheaume@riemerlaw.com | cdesiderio@nixonpeabody.com |
| arlbank@pbfcm.com | cgoldstein@stcwlaw.com |
| arosenblatt@chadbourne.com | chammerman@paulweiss.com |
| arthur.rosenberg@hklaw.com | charles@filardi-law.com |
| arwolf@wlrk.com | charles_malloy@aporter.com |
| aseuffert@lawpost-nyc.com | chipford@parkerpoe.com |
| ashmead@sewkis.com | chris.donoho@lovells.com |

# LBH Email Service List

christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
colea@gtlaw.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com

deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com

**LBH Email Service List**

| | |
|---|---|
| ekbergc@lanepowell.com | igoldstein@proskauer.com |
| eleicht@whitecase.com | ilevee@lowenstein.com |
| eli.mattioli@klgates.com | ira.herman@tklaw.com |
| ellen.halstead@cwt.com | isgreene@hhlaw.com |
| emerberg@mayerbrown.com | israel.dahan@cwt.com |
| enkaplan@kaplanlandau.com | iva.uroic@dechert.com |
| eobrien@sbchlaw.com | jacobsonn@sec.gov |
| erin.mautner@bingham.com | james.heaney@lawdeb.com |
| eschwartz@contrariancapital.com | james.mcclammy@dpw.com |
| etillinghast@sheppardmullin.com | james.sprayregen@kirkland.com |
| ezujkowski@emmetmarvin.com | jamestecce@quinnemanuel.com |
| ezweig@optonline.net | jamie.nelson@dubaiic.com |
| fbp@ppgms.com | jar@outtengolden.com |
| ffm@bostonbusinesslaw.com | jason.jurgens@cwt.com |
| fhyman@mayerbrown.com | jay.hurst@oag.state.tx.us |
| foont@foontlaw.com | jay@kleinsolomon.com |
| francois.janson@hklaw.com | Jbecker@wilmingtontrust.com |
| fsosnick@shearman.com | jbeemer@entwistle-law.com |
| fyates@sonnenschein.com | jbeiers@co.sanmateo.ca.us |
| gabriel.delvirginia@verizon.net | jbird@polsinelli.com |
| gbray@milbank.com | jbromley@cgsh.com |
| ggitomer@mkbattorneys.com | jcarberry@cl-law.com |
| ggoodman@foley.com | jchristian@tobinlaw.com |
| giddens@hugheshubbard.com | jchubak@proskauer.com |
| gkaden@goulstonstorrs.com | jdoran@haslaw.com |
| glenn.siegel@dechert.com | Jdrucker@coleschotz.com |
| gmoss@riemerlaw.com | jdyas@halperinlaw.net |
| gravert@ravertpllc.com | jean-david.barnea@usdoj.gov |
| gspilsbury@jsslaw.com | jeanites@whiteandwilliams.com |
| harrisjm@michigan.gov | jeannette.boot@wilmerhale.com |
| harveystrickon@paulhastings.com | jeff.wittig@coair.com |
| hbeltzer@mayerbrown.com | jeffery.black@bingham.com |
| heim.steve@dorsey.com | jeffrey.sabin@bingham.com |
| heiser@chapman.com | jeldredge@velaw.com |
| hollace.cohen@troutmansanders.com | jen.premisler@cliffordchance.com |
| holsen@stroock.com | jennifer.demarco@cliffordchance.com |
| howard.hawkins@cwt.com | jennifer.gore@shell.com |
| hseife@chadbourne.com | jeremy.eiden@ag.state.mn.us |
| hsnovikoff@wlrk.com | jfalgowski@reedsmith.com |
| hsteel@brownrudnick.com | jflaxer@golenbock.com |
| icatto@mwe.com | jfox@joefoxlaw.com |

**LBH Email Service List**

| | |
|---|---|
| jfreeberg@wfw.com | jrabinowitz@rltlawfirm.com |
| jg5786@att.com | jrsmith@hunton.com |
| jgenovese@gjb-law.com | jschwartz@hahnhessen.com |
| jguy@orrick.com | jsheerin@mcguirewoods.com |
| jherzog@gklaw.com | jshickich@riddellwilliams.com |
| jhiggins@fdlaw.com | jsmairo@pbnlaw.com |
| jhorgan@phxa.com | jstoll@mayerbrown.com |
| jhuggett@margolisedelstein.com | jsullivan@mosessinger.com |
| jim@atkinslawfirm.com | jteitelbaum@tblawllp.com |
| jjoyce@dresslerpeters.com | jtimko@shutts.com |
| jjtancredi@daypitney.com | jtorf@schiffhardin.com |
| jjureller@klestadt.com | judy.morse@crowedunlevy.com |
| jkehoe@btkmc.com | jvail@ssrl.com |
| jlamar@maynardcooper.com | jwallack@goulstonstorrs.com |
| jlawlor@wmd-law.com | jwang@sipc.org |
| jlee@foley.com | jwcohen@daypitney.com |
| jlevitin@cahill.com | jweiss@gibsondunn.com |
| jlipson@crockerkuno.com | jwest@velaw.com |
| jlovi@steptoe.com | jwh@njlawfirm.com |
| jlscott@reedsmith.com | kanema@formanlaw.com |
| jmaddock@mcguirewoods.com | karen.wagner@dpw.com |
| jmakower@tnsj-law.com | KDWBankruptcyDepartment@kelleydrye.com |
| jmazermarino@msek.com | keckhardt@hunton.com |
| jmcginley@wilmingtontrust.com | keith.simon@lw.com |
| jmelko@gardere.com | Ken.Coleman@allenovery.com |
| jmerva@fult.com | ken.higman@hp.com |
| jmmurphy@stradley.com | kerry.moynihan@hro.com |
| jmr@msf-law.com | kgwynne@reedsmith.com |
| jnadritch@olshanlaw.com | kiplok@hugheshubbard.com |
| jnm@mccallaraymer.com | kjarashow@fklaw.com |
| john.monaghan@hklaw.com | kkelly@ebglaw.com |
| john.rapisardi@cwt.com | kkolbig@mosessinger.com |
| jorbach@hahnhessen.com | klyman@irell.com |
| Joseph.Cordaro@usdoj.gov | klynch@formanlaw.com |
| joshua.dorchak@bingham.com | kmayer@mccarter.com |
| jowen769@yahoo.com | kobak@hugheshubbard.com |
| jowolf@law.nyc.gov | korr@orrick.com |
| joy.mathias@dubaiic.com | kovskyd@pepperlaw.com |
| JPintarelli@mofo.com | kpiper@steptoe.com |
| jporter@entwistle-law.com | kressk@pepperlaw.com |
| jprol@lowenstein.com | KReynolds@mklawnyc.com |

**LBH Email Service List**

| | |
|---|---|
| krosen@lowenstein.com | matthew.klepper@dlapiper.com |
| kuehn@bragarwexler.com | maustin@orrick.com |
| kurt.mayr@bgllp.com | max.polonsky@skadden.com |
| lacyr@sullcrom.com | mbenner@tishmanspeyer.com |
| Landon@StreusandLandon.com | mberman@nixonpeabody.com |
| lapeterson@foley.com | mberman@nixonpeabody.com |
| lathompson@co.sanmateo.ca.us | mbienenstock@proskauer.com |
| lberkoff@moritthock.com | mbloemsma@mhjur.com |
| Lee.Stremba@troutmansanders.com | mbossi@thompsoncoburn.com |
| lgotko@fklaw.com | mcademartori@sheppardmullin.com |
| lgranfield@cgsh.com | mcantor@normandyhill.com |
| lhandelsman@stroock.com | mccombst@sullcrom.com |
| linda.boyle@twtelecom.com | mcordone@stradley.com |
| lisa.ewart@wilmerhale.com | mcto@debevoise.com |
| lisa.kraidin@allenovery.com | mcyganowski@oshr.com |
| LJKotler@duanemorris.com | mdorval@stradley.com |
| lkatz@ltblaw.com | melorod@gtlaw.com |
| LKISS@KLESTADT.COM | meltzere@pepperlaw.com |
| lmarinuzzi@mofo.com | metkin@lowenstein.com |
| Lmay@coleschotz.com | mfeldman@willkie.com |
| lmcgowen@orrick.com | mgordon@briggs.com |
| lml@ppgms.com | mgreger@allenmatkins.com |
| lnashelsky@mofo.com | mh1@mccallaraymer.com |
| loizides@loizides.com | mhopkins@cov.com |
| lromansic@steptoe.com | michael.frege@cms-hs.com |
| lscarcella@farrellfritz.com | michael.kelly@monarchlp.com |
| lschweitzer@cgsh.com | michael.kim@kobrekim.com |
| lubell@hugheshubbard.com | michael.mccrory@btlaw.com |
| lwhidden@salans.com | millee12@nationwide.com |
| mabrams@willkie.com | miller@taftlaw.com |
| MAOFILING@CGSH.COM | mimi.m.wong@irscounsel.treas.gov |
| Marc.Chait@SC.com | mitchell.ayer@tklaw.com |
| margolin@hugheshubbard.com | mjedelman@vedderprice.com |
| mark.bane@ropesgray.com | MJR1@westchestergov.com |
| mark.deveno@bingham.com | mkjaer@winston.com |
| mark.ellenberg@cwt.com | mlahaie@akingump.com |
| mark.ellenberg@cwt.com | MLandman@lcbf.com |
| mark.hellerer@pillsburylaw.com | mlichtenstein@crowell.com |
| mark.sherrill@sutherland.com | mlynch2@travelers.com |
| Marvin.Clements@ag.tn.gov | mmendez@hunton.com |
| matt@willaw.com | mmooney@deilylawfirm.com |

**LBH Email Service List**

mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
Nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com

**LBH Email Service List**

Robert.yalen@usdoj.gov
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rqureshi@reedsmith.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
SABVANROOY@HOTMAIL.COM
sagolden@hhlaw.com
Sally.Henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org

shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
Streusand@StreusandLandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com

**LBH Email Service List**

Thomas_Noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com

wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com