UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.                Case No. 08-13555 (JMP)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Queensferry B LLC | CVI GVF (LUX) MASTER S.A.R.L. |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 65927 |
|---|---|
| c/o Elliott Management Corporation | Amount of Claim: $21,739,321.23* |
| 40 West 57th Street | Date Claim Filed: 12/11/2009 |
| New York, N.Y. 10019 | Phone: |
| Attn: Michael Stephan | Last Four Digits of Acct#: |
| Email mstephan@elliottmgmt.com | |
| Phone: (212) 478-2310 | |
| Fax: (212) 478-2311 | *plus additional amounts as set forth in the proof |
| Last Four Digits of Acct #: | of claim |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Queensferry B LLC

By: _____        Date: October 5, 2012
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CVI GVF LUXEMBOURG TWELVE S.A.R.L (the "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to QUEENSFERRY B LLC (the "Assignee") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., Chapter 11, Case No. 08-13555, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), arising out of, in connection with and/or related to ISDA Master Agreement dated October 10, 1997 between Lehman Brothers International Europe and BRE Bank SA together with all schedules and confirmations and guarantees related thereto, in the amount of no less than $21,739,321.23 plus all applicable accrued interest, fees, expenses and other charges, Claim No. 65927 (the "**Claim**").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 5th day of  October  2012.

QUEENSFERRY B LLC

By: _____
Name:  ELLIOT GREENBERG
Title:   VICE PRESIDENT

CVI GVF LUXEMBOURG TWELVE S.A.R.L

By: _____
Name:
Title:

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 5th day of  October  2012.

QUEENSFERRY B LLC

By:_____

Name:

Title:

CVI GVF LUXEMBOURG TWELVE
S.A.R.L
by Carval Investors, LLC
its attorney-in-fact

By: *(signature)*

Name:  Tiffany Parr

Title:  Authorized Signer