GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Committee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC. *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF NOVEMBER 8, 2012 HEARING
(TO NOVEMBER 14) ON FINAL APPLICATIONS OF RETAINED
PROFESSIONALS FOR FINAL ALLOWANCE AND APPROVAL OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED
FROM SEPTEMBER 15, 2008 TO MARCH 6, 2012**

**PLEASE TAKE NOTICE** that due to the damage and ongoing disruption in the New York City metropolitan area caused by Hurricane Sandy, the hearing to consider the final applications of the Retained Professionals listed on the attached **Exhibit A** (the "**Final Fee Applications**"), originally scheduled for October 30, 2012 at 2:00 p.m. (Prevailing Eastern Time) and then adjourned to November 8, 2012 at 2:00 p.m. (Prevailing Eastern Time), **has now been further adjourned to November 14, 2012 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.  The hearing will be held before the Hon. James M.

Peck, United States Bankruptcy Judge, at a location to be determined pursuant to General Order M-443 dated November 5, 2012, and such hearing may be further adjourned from time to time without further notice other than an announcement at the hearing. No objections were filed to any of the Final Fee Applications by the October 16, 2012 objection deadline.

**TAKE FURTHER NOTICE** that a hearing on additional final fee applications remains scheduled for November 29, 2012 at 10:00 a.m., which will be the subject of a separate notice and objection date.

Dated: Madison, Wisconsin
November 6, 2012.

GODFREY & KAHN, S.C.

By:    /s/ *Katherine Stadler*
Brady C. Williamson
Katherine Stadler

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: bwilliam@gklaw.com
kstadler@gklaw.com

*Attorneys for the Fee Committee*

8669747_1

**Lehman Brothers Holdings, Inc., et al.**
**Case No. 08-13555 (JMP)**

## EXHIBIT A

| No. | Name of Retained Professional | Date Final Fee Application Submitted [ECF No.] | Period Covered by Final Fee Application | Amounts Requested for Final Fee Period (Sept. 15, 2008 thru March 6, 2012) ||
|---|---|---|---|---|---|
| | | | | Fees | Expenses |
| 1 | **Alvarez & Marsal North America, LLC**<br><br>Chief Restructuring Officer | 06/29/2012<br>[ECF No. 29165] | Sept. 15, 2008 to March 6, 2012 | $90,760,000.00 | $0.00 |
| 2 | **Bortstein Legal LLC**<br><br>Debtors' Special Counsel | 07/12/2012<br>[ECF No. 29375] | Dec. 15, 2008 to March 6, 2012 | 4,208,127.25 | 0.00 |
| 3 | **Bracewell & Giuliani LLP**<br><br>Debtors' Special Counsel | 07/20/2012<br>[ECF No. 29577] | January 31, 2009 to February 27, 2009 | 194,370.00 | 4,122.19 |
| 4 | **Clyde Click, P.C.**<br><br>Debtors' Special Counsel | 07/13/2012<br>[ECF No. 29390] | October 1, 2010 to March 5, 2012 | 335,495.00 | 27,836.84 |
| 5 | **Dechert LLP**<br><br>Debtors' Special Counsel | 07/03/2012<br>[ECF No. 29192] | March 1, 2010 to March 6, 2012 | 8,393,840.78 | 154,179.94 |
| 6 | **Deloitte Tax LLP**<br><br>Debtors' Tax Services Provider | 07/02/2012<br>[ECF No. 29168] | November 1, 2008 to March 6, 2012 | 925,083.05 | 34,322.74 |

**Lehman Brothers Holdings, Inc., et al.**
**Case No. 08-13555 (JMP)**

## EXHIBIT A

| No. | Name of Retained Professional | Date Final Fee Application Submitted [ECF No.] | Period Covered by Final Fee Application | Amounts Requested for Final Fee Period (Sept. 15, 2008 thru March 6, 2012) | |
|---|---|---|---|---|---|
| | | | | Fees | Expenses |
| 7 | **Ernst & Young LLP**<br><br>Debtors' Auditors and Tax Services Providers | 07/03/2012<br>[ECF No. 29191] | Sept. 15, 2008 to March 6, 2012 | 1,777,338.63 | 352.00 |
| 8 | **Fried, Frank, Harris, Shriver & Jacobson LLP**<br><br>Debtors' Special Counsel | 06/29/2012<br>[ECF No. 29138] | March 2011 and June 1, 2011 to March 6, 2012 | 877,088.50 | 36,837.33 |
| 9 | **Gianni, Origoni, Grippo, Cappelli & Partners**<br><br>Debtors' Special Counsel | 07/23/2012<br>[ECF No. 29584] | July 1, 2010 to March 5, 2012 | 229,364.62 | 12,761.00 |
| 10 | **Hardinger & Tanenholz LLP**<br><br>Debtors' Special Counsel | 05/25/2012<br>[ECF No. 28108] | September 1, 2010 to March 6, 2012 | 1,211,383.85 | 23,483.64 |
| 11 | **Houlihan Lokey Howard & Zukin Capital, Inc.**<br><br>Investment Bankers to the Unsecured Creditors' Committee | 07/05/2012<br>[ECF No. 29237] | September 17, 2008 to March 6, 2012 | 43,932,513.18 | 564,678.92 |

**Lehman Brothers Holdings, Inc., et al.**
**Case No. 08-13555 (JMP)**

## EXHIBIT A

| No. | Name of Retained Professional | Date Final Fee Application Submitted [ECF No.] | Period Covered by Final Fee Application | Amounts Requested for Final Fee Period (Sept. 15, 2008 thru March 6, 2012) | |
|---|---|---|---|---|---|
| | | | | Fees | Expenses |
| 12 | **Kasowitz, Benson, Torres & Friedman LLP**<br><br>Debtors' Special Counsel | 07/05/2012<br>[ECF No. 29234] | January 6, 2010 to March 6, 2012 | 2,523,737.14 | 756,229.29 |
| 13 | **Kleyr Grasso Associes**<br><br>Debtors' Special Counsel | 07/05/2012<br>[ECF No. 29219] | June 1, 2009 to March 6, 2012 | 1,214,959.80 | 18,147.02 |
| 14 | **Kramer Levin Naftalis & Frankel LLP**<br><br>Debtors' Special Counsel | 07/05/2012<br>[ECF No. 29218] | January 1, 2011 to March 6, 2012 | 201,934.80 | 4,594.53 |
| 15 | **Krebsbach & Snyder, P.C.**<br><br>Debtors' Special Counsel | 07/16/2012<br>[ECF No. 29426] | July 1, 2011 to March 6, 2012 | 799,238.50 | 15,013.89 |
| 16 | **Latham & Watkins LLP**<br><br>Debtors' Special Counsel | 06/29/2012<br>[ECF No. 29158] | February 1, 2010 to August 31, 2011 | 610,148.50 | 10,564.48 |

**Lehman Brothers Holdings, Inc., et al.**
**Case No. 08-13555 (JMP)**

## EXHIBIT A

| No. | Name of Retained Professional | Date Final Fee Application Submitted [ECF No.] | Period Covered by Final Fee Application | Amounts Requested for Final Fee Period (Sept. 15, 2008 thru March 6, 2012) | |
|---|---|---|---|---|---|
| | | | | Fees | Expenses |
| 17 | **Locke Lord Bissell & Liddell LLP**<br><br>Debtors' Special Counsel | 07/05/2012<br>[ECF No. 29220] | July 1, 2010 to March 6, 2012 | 1,563,436.62 | 166,539.68 |
| 18 | **MMOR Consulting, Inc.**<br><br>Debtors' Tax Services Provider | 07/25/2012<br>[ECF No. 29630] | July 1, 2010 to March 6, 2012 | 1,051,407.50 | 19,001.21 |
| 19 | **Momo-o, Matsuo & Namba**<br><br>Debtors' Special Counsel | 07/05/2012<br>[ECF No. 29217] | February 1, 2010 to March 5, 2012 | 758,775.15 | 11,711.00 |
| 20 | **Moulton Bellingham PC**<br><br>Debtors' Special Counsel | 06/12/2012<br>[ECF No. 28571] | March 1, 2011 to March 5, 2012 | 760,219.66 | 17,096.10 |
| 21 | **Paul Hastings LLP (fka Paul Hastings Janofsky & Walker LLP)**<br><br>Debtors' Special Counsel | 07/06/2012<br>[ECF No. 29278] | March 1, 2010 to March 6, 2012 | 3,951,899.41 | 27,093.34 |

**Lehman Brothers Holdings, Inc., et al.**
**Case No. 08-13555 (JMP)**

## EXHIBIT A

| No. | Name of Retained Professional | Date Final Fee Application Submitted [ECF No.] | Period Covered by Final Fee Application | Amounts Requested for Final Fee Period (Sept. 15, 2008 thru March 6, 2012) | |
|---|---|---|---|---|---|
| | | | | Fees | Expenses |
| 22 | **PricewaterhouseCoopers LLP**<br><br>Debtors' Tax Advisors | 07/02/2012<br>[ECF No. 29169] | October 1, 2008 to March 6, 2012 | 2,812,987.35 | 22,797.83 |
| 23 | **Reed Smith LLP**<br><br>Debtors' Special Counsel | 08/13/2012<br>[ECF No. 29991] | June 1, 2010 to March 5, 2012 | 1,223,497.45 | 27,667.70 |
| 24 | **Richard Sheldon, Q.C.**<br><br>Committee's Special U.K. Counsel | 06/19/2012<br>[ECF No. 28876] | June 1, 2009 to March 6, 2012 | 378,109.81 | 19.83 |
| 25 | **Simpson Thacher & Bartlett LLP**<br><br>Debtors' Special Counsel | 06/25/2012<br>[ECF No. 28948] | Sept. 15, 2008 to March 6, 2012 | 2,784,509.63 | 46,315.00 |
| | | | **TOTAL:** | **$173,479,466.18** | **$2,001,365.50** |