Ingrid Kostka Trevererstr. 11 D - 54295 Trier GERMANY

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
ONE BOWLING GREEN  
NEW YORK, NY 10004-1408

Trier, den 06.11.2012

**Objection**

Refer to: **INTERNAL CONTROL NUMBER 31456**

Dear Sirs,

I herewith object to the transfer of the claim no. 63864 to

STICHING THE IAMEX VALUE FOUNDATION  
Attn.: J. Kaptein  
Keizersgracht 268  
Amsterdam 1016 EV  
Netherlands.

and advise you to confirm that the claim no. 63864 will be again correctly registered in my favor.

I have never given any authorization to that a.m. company to transfer the claim nor received any information by EPiQ that my claim is not any more correctly registered for whatever reason.

Best regards

Ingrid Kostka

6.11.012

Copy to:
1. STICHING THE IAMEX VALUE FOUNDATION  
   Attn.: J. Kaptein  
   Keizersgracht 268  
   Amsterdam 1016 EV  
   Netherlands

2. **Sid Garabato**  
   Senior Case Manager  
   Epiq Systems  
   Bankruptcy Solutions  
   757 Third Avenue, 3rd Floor  
   New York, NY 10017