James S. Carr, Esq.
Benjamin Blaustein, Esq.
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

*Attorneys for Helaba Invest
Kapitalanlagegesellschaft mbH*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (jmp) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 13871
OF HELABA INVEST KAPITALANLAGEGESELLSCHAFT mbH
AGAINST LEHMAN BROTHERS HOLDINGS INC.**

PLEASE TAKE NOTICE that Helaba Invest Kapitalanlagegesellschaft mbH hereby withdraws, pursuant to Bankruptcy Rule 3006, its Proof of Claim No. 13871 filed on September 16, 2009 against Lehman Brothers Holdings Inc. ("LBHI") in chapter 11 case no. 08-13555 and authorizes the Clerk of this Court, or LBHI's duly appointed claims agent, to reflect this withdrawal on the official claim register for LBHI.

Dated: New York, New York
November 7, 2012

**KELLEY DRYE & WARREN LLP**

By: */s/ James S. Carr*
James S. Carr
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

*Attorneys for Helaba Invest
Kapitalanlagegesellschaft mbH*