**UNITED STATES BANKRUPTCY COURT**
**FOR SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE:** | ) ) ) | **CHAPTER 11** |
| **Lehman Brothers Holdings, Inc., et al.,** | ) ) | **CASE NO.: 08-13555 (JMP)** |
| Debtor | ) ) | **JOINTLY ADMINISTERED** |

## WITHDRAWAL OF CLAIM

The Movant, Plymouth Park Tax Services, LLC d/b/a Xspand, hereby withdraws proof of claim number 68123.

**THE MOVANT**

November 2, 2012      /s/
Date      Juda J. Epstein, Esq. – ct 08704
     3543 Main Street
     Second Floor
     Bridgeport, CT 06606
     Tel: (203) 371-7007
     Fax: (203) 371-6001
     Email: contact@lawofficesjje.com

# **CERTIFICATION**

      I hereby certify that on November 2, 2012, a copy of the foregoing Motion was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                                                        /s/
                                                Juda J. Epstein, Esq. –
                                                3543 Main Street
                                                Second Floor
                                                Bridgeport, CT 06606
                                                Tel: (203) 371-7007