**UNITED STATES BANKRUPTCY COURT**
**FOR SOUTHERN DISTRICT OF NEW YORK**

_____
                                         )
**IN RE:**                               )    **CHAPTER 11**
                                         )
**Lehman Brothers Holdings, Inc., et al.,**   )    **CASE NO.: 08-13555 (JMP)**
           **Debtor**                    )    **JOINTLY ADMINISTERED**
_____)

## CERTIFICATE OF SERVICE AND SERVICE LIST

     I hereby certify that on or before November 7, 2012, copies of the Withdrawal of Claim were served electronically [and served by mail on anyone unable to accept electronic filing]. Notice of the filings was sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].

Dated at Bridgeport, Connecticut this 7th day of November, 2012.

                                                  /s/_____
                                         Juda J. Epstein, Esq. – ct 08704
                                         3543 Main Street
                                         Second Floor
                                         Bridgeport, CT 06606
                                         Tel: (203) 371-7007