**BOIES, SCHILLER & FLEXNER LLP**
Jonathan D. Schiller (NY Bar # JD8311)
575 Lexington Avenue, 7th Floor
New York, NY 10022
Telephone: 212.446.2388
Fax: 212.446.2350
jschiller@bsfllp.com

Jonathan Sherman (DC Bar # 468539)
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: 202.237.2727
Fax: 202.237.6131
jsherman@bsfllp.com

*Counsel for Sankaty Advisors, LLC; Sankaty Credit Opportunities I, L.P.;*
*Sankaty Credit Opportunities III, L.P.; & Sankaty Special Situations I., L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**LEHMAN BROTHERS HOLDINGS, INC., et al.,**<br><br>Debtor. | **Chapter 11**<br>**Case No. 08-13555 (JMP)**<br>**(Jointly Administered)** |

<u>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**</u>

PLEASE TAKE NOTICE that the undersigned appear pursuant to Rules 2002 and

9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section

1109(b) of Title 11 of the United States Code, 11 U.S.C.  §§ 101 *et seq.* (the "Bankruptcy

Code"), in the above-captioned cases on behalf of Sankaty Advisors, LLC; Sankaty Credit

Opportunities I, L.P.; Sankaty Credit Opportunities III, L.P.; and Sankaty Special Situations I.,

L.P., and request that all notices given or required to be given and all papers served in these

cases be delivered to and served upon the parties identified above at the following addresses:

1

Jonathan D. Schiller
575 Lexington Avenue, 7th Floor
New York, NY 10022
Telephone: 212.446.2388
Fax: 212.446.2350
jschiller@bsfllp.com

Jonathan Sherman
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: 202.237.2727
Fax: 202.237.6131
jsherman@bsfllp.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of rights of the above-named parties-in-interest (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named parties-in-interest is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above-named parties-in-interest expressly reserves.

Dated: November 8, 2012

Respectfully submitted,

 /s/ *Jonathan D. Schiller*
Jonathan D. Schiller
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Telephone: 212.446.2388
Fax: 212.446.2350
jschiller@bsfllp.com

 /s/ *Jonathan Sherman*
Jonathan Sherman
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: 202.237.2727
Fax: 202.237.6131
jsherman@bsfllp.com

*Counsel for Sankaty Advisors, LLC; Sankaty Credit Opportunities I, L.P.; Sankaty Credit Opportunities III, L.P.; & Sankaty Special Situations I., L.P.*

**BOIES, SCHILLER & FLEXNER LLP**

Jonathan Sherman
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: 202.237.2727
Fax: 202.237.6131
jsherman@bsfllp.com

*Attorney for Each of Sankaty Credit Opportunities I,L.P.,*
*Sankaty Credit Opportunities III, L.P., & Sankaty Special Situations I., L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.,*<br><br>**Debtors.** | **Chapter 11**<br>**Case No. 08-13555 (JMP)**<br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2012, I filed, and thereby caused, the Notice of

Appearance and Request for Service of Notices and Documents, dated November 8, 2012, to be

served via hand delivery on the Court and by electronic mail upon the "Standard Parties" as

described in the Case Management order, except for the United States Trustee who will be

served via overnight mail.  I will also serve the Notice of Appearance and Request for Service of

Notices and Documents by electronic mail via the Court's ECF filing system on those who are

entitled to receive notice in this case as soon as I am provided with ECF credentials.

　 　 */s/ Jonathan Sherman*　 　 　

1

Jonathan Sherman
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: 202-237-2727
Fax: 202-237-6131
jsherman@bsfllp.com

2