B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.     Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HLF LP | Citigroup Financial Products Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Halcyon Asset Management LLC
477 Madison Avenue, 8th Floor
New York, NY 10022
Tel: 212-303-9487
Fax: 212-838-8299
Attn: Matt Seltzer
Email: mseltzer@halcyonllc.com

Phone: (212) 303-9487
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): 21893
Amount of Claim Transferred: $11,978,146.10
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**HLF LP, as Transferee**
By: Halcyon Asset Management LLC,
Its Investment Manager

By: _____     Date: 11/7/12
Name: _____
Title: _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
       Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. (the "Debtor")
           Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 21893

**CITIGROUP FINANCIAL PRODUCTS INC.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**HLF LP**
c/o Halcyon Offshore Asset Management LLC
477 Madison Avenue, 8th Floor
New York, NY 10022
Attn: Matt Seltzer
Tel: 212-303-9487
Fax: 212-838-8299
Email: mseltzer@halcyonllc.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 21893, solely to the extent of **$11,978,146.10**, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated October 26, 2012.

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____
Name: BRIAN BLESSING
Title: AUTHORIZED SIGNATORY

**HLF LP**
By: Halcyon Offshore Asset Management LLC
Its Investment Advisor

By: _____          By: _____
    Name:                                 Name:
    Title:                                Title:

10

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
       Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
       Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 21893

**CITIGROUP FINANCIAL PRODUCTS INC.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**HLF LP**
c/o Halcyon Offshore Asset Management LLC
477 Madison Avenue, 8th Floor
New York, NY 10022
Attn: Matt Seltzer
Tel: 212-303-9487
Fax: 212-838-8299
Email: mseltzer@halcyonllc.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 21893, solely to the extent of **$11,978,146.10**, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated October 26, 2012.

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____
    Name:
    Title:

**HLF LP**
By: Halcyon Offshore Asset Management LLC
Its Investment Advisor

By: _____      By: _____
    Name:                               Name:
    Title:                              Title:    David Martino
                                                  Controller

11

752034v.2 463/01171