Jonathan D. Warner, Esq. (JW5195)
Warner & Scheuerman
6 West 18th Street, 10th Floor
New York, New York 10011
Tel: 212.924.7111 Fax: 212.924.6111
jdwarner@warnerandscheuerman.com
*Attorneys for Maximilian Coreth*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:

LEHMAN BROTHERS HOLDINGS INC.,

                              Debtor.
------------------------------------------------------------------x

MAXIMILIAN CORETH,

                              Plaintiff,

          v.

BARCLAYS CAPITAL INC.,

                              Defendant
------------------------------------------------------------------x

Chapter 11
Case No. 08-13555 (JMP)

Adv. Pro. No. 09-01045 (JMP)

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that Warner & Scheuerman hereby appears for Maximilian Coreth, ("Coreth") a creditor, and pursuant to 11 U.S.C.§ 342(a) and Rules 2002, 2018, 4001, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be given in this case (and in any adversary proceedings) and all papers, documents and/or pleadings filed herein, served or required to be served in this case, be given or served, as the case may be, to or upon the undersigned at the office, Post Office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE,** that the foregoing demand includes not only the notices and papers referred to in the rules and statutes specified above but also includes, without limitation, every order, application, motion, petition, pleading, request, complaint, demand, or other document which is filed with or brought before this Court or which affects the Debtor or the Debtor's Property (and any notices of hearing with respect to the foregoing), whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, email, fax or otherwise.

**PLEASE TAKE FURTHER NOTICE,** that neither this notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with the Debtor's Chapter 11 case is intended to be, or shall be construed as, a waiver of Coreth's (i) right to have final orders in non-core matters entered only after trial de novo by a District Court judge; (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related thereto; (iii) right to have the reference withdrawn, in any matter subject to mandatory or discretionary withdrawal or (iv) any other rights, actions, defenses, setoffs, or recoupments, all of which rights, actions, setoff, defenses, and recoupments are expressly reserved.

Dated: New York, New York
November 8, 2012

RESPECTFULLY SUBMITTED,

By: _____
Jonathan D. Warner(JW 5195)
6 West 18th Street, 10th Floor
New York, New York 10011
Tel: 212.924.7111  Fax: 212.924.7111
jdwarner@warnerandscheuerman.com