SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Thomas John Wright

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Thomas John Wright, hereby certify that, on November 8, 2012, I caused to be served true and correct copies of **the Reply of Giants Stadium LLC to Debtors' Objection to the Motion of Giants Stadium LLC to Quash Debtors' Subpoenas Issued Under Federal Rule of Bankruptcy Procedure 2004 and the Objection of Giants Stadium LLC to Debtors' Cross-Motion to Compel Compliance with the Same** and the **Declaration of Matthew A. Schwartz in Further Support of the Motion of Giants Stadium LLC to Quash Debtors' Subpoenas Issued Under Federal Rule of Bankruptcy Procedure 2004** by hand delivery on:

>The Chambers of the Honorable James M. Peck
>One Bowling Green
>Courtroom 601
>New York, New York 10004
>
>c/o
>
>United States District Court
>Southern District of New York
>Daniel Patrick Moynihan

United States Courthouse
500 Pearl Street
New York, New York 10007

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard W. Slack, Michael J. Firestone, Richard P. Krasnow, Lori R. Fife, Jacqueline Marcus, and Robert Lemons

*Attorneys for the Debtors*

The U.S. Trustee
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Tracy Hope Davis, Elisabetta G. Gasparini, and Andrea B. Schwartz

c/o

The U.S. Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, New York 11201

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Wilbur Foster, Jr., Dennis O'Donnell, and Evan R. Fleck

*Attorneys for the Creditors' Committee*

Dated: New York, New York
       November 8, 2012

Respectfully submitted,

/s/ Thomas John Wright
Thomas John Wright
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Giants Stadium LLC*