WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                            :   Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :   08-13555 (JMP)
:
Debtors.                          :   (Jointly Administered)
:
:
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF MATTERS SCHEDULED
### FOR CLAIMS HEARING ON OCTOBER 31, 2012 AT 10:00 A.M.

**PLEASE TAKE NOTICE** that the claims hearing that was scheduled for October 31, 2012 at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing") **has been adjourned to November 14, 2012 at 10:00 a.m. (Prevailing Eastern Time)** solely for the matters set forth on Exhibit A hereto.

**PLEASE TAKE FURTHER NOTICE** that the Hearing **has been adjourned to December 12, 2012 at 10:00 a.m. (Prevailing Eastern Time)** solely for the matters set forth on Exhibit B hereto.

US_ACTIVE:\44132655\1\58399.0011

**PLEASE TAKE FURTHER NOTICE** that the aforesaid hearings will be held before the Honorable James M. Peck, at a **location to be determined**, and such hearing may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated:  November 8, 2012
       New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

## Exhibit A

## Matters Scheduled for November 14, 2012

1. Objection to Claim No. 17763 Filed by Laurel Cove Development, LLC **[ECF No. 29187]**.

2. Notice of Scheduling of Merits Hearing With Respect to Proofs of Claim Number 55396, 41225, and 60352 [ECF No. 30909].

3. **Ninety-Second Omnibus Objection to Claims [ECF No. 14472] and Supplement to the Ninety-Second** Omnibus Objection to Claims **[ECF No. 31050]** with respect to the claims listed on the Amended Notice of Hearing on Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) and Supplement to the Ninety Second Omnibus Objection to Claims Solely as to Certain Claims **[ECF No. 31634]** and the Notice of Hearing on Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) Solely as to Certain Claim **[ECF No. 31753]**.

4. **Three Hundred Twentieth** Omnibus Objection to Claims (No Liability Rose Ranch LLC Claims) **[ECF No. 29292]** solely with respect to Claim No. 24572.

5. Debtors' **Three Hundred Twenty-Ninth** Omnibus Objection to Claims (Misclassified Claims) **[ECF No. 29324]** solely with respect to the response of Theresa Carpenter **[ECF No. 30080]**.

6. **Three Hundred Fifty-Seventh** Omnibus Objection to Claims (Misclassified Claims) [ECF No. 31048].

## Exhibit B

## Matters Scheduled for December 12, 2012

1. Debtors' **One Hundred Forty-Third** Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 16856]** solely with respect to the following claims:

| Claim Number | Claimant Name |
|---|---|
| 43935 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES |
| 43936 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES |
| 43937 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES |
| 43938 | ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. |
| 43939 | ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. |
| 43940 | SANFORD C. BERNSTEIN FUND, INC. - |
| 43941 | SANFORD C. BERNSTEIN FUND, INC. - |
| 43942 | ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - |
| 43943 | ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - |
| 43944 | ALLIANCE BERNSTEIN BOND FUND, INC. |
| 43945 | ALLIANCE BERNSTEIN BOND FUND, INC. |
| 43946 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES |
| 43947 | SANFORD C. BERNSTEIN FUND II, INC. - |
| 43948 | SANFORD C. BERNSTEIN FUND II, INC. - |
| 43949 | ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)- |
| 43950 | ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)- |
| 43952 | ACM GLOBAL CREDIT - U.S. SUB-FUND |

2. Debtors' **One Hundred Ninety-Eighth** Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 19902] solely with respect to the following claims:

| Claim Number | Claimant Name |
|---|---|
| 43934 | PHILIPS PENSION TRUSTEES LTD, |

3. **Three Hundred Fifty-Eighth** Omnibus Objection to Claims (Improper Amendment Claims) **[ECF No. 31049]** with respect to the claims of John E. Martinelli, Claim Nos. 27352, 67833, 68116, and 68117.