UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
                       :

In re                       :       Chapter 11 Case No.
                       :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :       **08-13555 (JMP)**
                       :       **(Jointly Administered)**

           Debtors.       :
                       :

----------------------------------------------------------------------x  **Ref. Docket No. 30215, 31497,**
                                        **31505, 31508, 31511, 31512, 31522-**
                                        **31524, 31542-31544, 31546, 31549,**
                                        **31551, 31553, 31557, 31559-31561,**
                                        **31564, 31566, 31568, 31572, 31573,**
                                        **31575, 31587, 31588, 31590, 31592-**
                                        **31595, 31597, 31598, 31628, 31629,**
                                        **31631, 31633, 31639, 31640, 31657-**
                                        **31659, 31662, 31664-31668, 31671,**
                                        **31672, 31674, 31675, 31679, 31681,**
                                        **31685, 31686, 31698, 31704, 31706-**
                                        **31711, 31714, 31748**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 2, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
8th day of November, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 30215, **31497**, 31505...31711, 31714, 31748_AFF_11-02-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                        Debtors.

---

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BANC OF AMERICA CREDIT PRODUCTS, INC.
             TRANSFEROR: C.V.I G.V.F. LUX MASTER S.A.R.L.. UK
             C/O BANK OF AMERICA MERRILL LYNCH
             ATTN: JEFF BENESH
             BANK OF AMERICA TOWER - 3RD FLOOR
             ONE BRYANT PARK
             NEW YORK NY 10036

Please note that your claim # 12558 in the above referenced case and in the amount of
        $21,569,535.00      has been transferred (**unless previously expunged by court order**)

        YORK GLOBAL FINANCE BDH, LLC
        TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
        C/O YORK CAPITAL MGT LP/LAUREN SEARING
        767 FIFTH AVENUE, 17TH FLOOR
        NEW YORK NY 10153

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 12558      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/02/2012                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        ─────────────────────────
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 2, 2012.

# EXHIBIT B

TIME: 20:18:39
DATE: 11/02/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:   1

| Name | Address |
|---|---|
| AG SUPERFUND INTERNATIONAL PARTNERS, L.P. | TRANSFEROR: CANTOR FITZGERALD & CO. 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| AHLBERG, STEN | TRANSFEROR: EFG BANK AB (PUBL) SVAMPSTIGEN 19 S-913 33 HOLMSUND SWEDEN |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| AUGSBURGER AKTIENBANK AG | TRANSFEROR: UBS AG ATTN: MR. BRANDMEYER HALDERSTR. 21 AUGSBURG 86150 GERMANY |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: C.V.I G.V.F. LUX MASTER S.A.R.L.- UK C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: CVF LUX MASTER SARL C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: CVI GVF LUX MASTER SARL C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BENGTSSON, CLAES | TRANSFEROR: EFG BANK AB (PUBL) OMELSETALUNDSVAGEN 55 S-612 16 NORRKOPING SWEDEN |
| BOTTICELLI, L.L.C. | TRANSFEROR: CANTOR FITZGERALD & CO. 245 PARK AVENUE NEW YORK NY 10154 |
| BSOF PARALLEL MASTER FUND L.P. | TRANSFEROR: BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154 |
| BSOF PARALLEL MASTER FUND L.P. | TRANSFEROR: JPMORGAN CHASE BANK, NA ATTN: LAURA TORRADO, ESQ. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036 |
| BSOF PARALLEL MASTER FUND L.P. | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ. 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.- UK | TRANSFEROR: QUINLAN PRIVATE EUROPEAN STRATEGIC PROPERTY FUND LP C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CANTOR FITZGERALD & CO. | TRANSFEROR: TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER FUND LTD ATTN: NATHAN PLOTKIN 110 EAST 59TH STREET NEW YORK NY 10022 |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: EFG BANK AG ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ELANIT SNOW 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOLUS RECOVERY FUND LP 390 GREENWICH STREET, 4TH FL ATTN: SCOTT EVAN NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP 390 GREENWICH STREET, 4TH FL ATTN: SCOTT EVAN NEW YORK NY 10013 |
| CREDIT SUISSE AG | TRANSFEROR: HYPOSWISS PRIVATBANK AG PARADEPLATZ 8 ZURICH 8001 SWITZERLAND |
| CVF LUX MASTER SARL | TRANSFEROR: BANCA INTESA INFRASTRUTTURE SVILUPPO SPA C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF LUX MASTER SARL | TRANSFEROR: C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| DELRANG HOLDINGS LLC | TRANSFEROR: GOLDMAN, SACHS & CO. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| DELRANG HOLDINGS LLC | TRANSFEROR: GOLDMAN, SACHS & CO. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: Q-BLK ALPHA TRANSPORT TRUST - GLOBAL BOND FUND C/O DEUTSCHE BANK SECURITIES INC ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| EFG BANK AB (PUBL) | TRANSFEROR: P.O. BOX 5963 STOCKHOLM S-12 16 SWEDEN |
| EFG BANK AG | TRANSFEROR: GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166 |
| EFG BANK AG | TRANSFEROR: BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND |
| FIRSTRAND (IRELAND) PLC | TRANSFEROR: C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| FIRSTRAND (IRELAND) PLC | TRANSFEROR: STEPHEN PETERS FIRSTRAND (IRELAND) PLC C/O FIRSTRAND GROUP 33 SIR JOHN ROGERSON'S QUAY, FIRST FLOOR DUBLIN 2 IRELAND |
| FOSSLAND, BODIL | TRANSFEROR: EFG BANK AB (PUBL) STORGATAN 56 A, IGH 1201 S-935 32 NORSJO SWEDEN |
| FRANKFURTER SPARKASSE | TRANSFEROR: GRIESSLER, FRANK ATTN: DR. SVEN MATTHIESEN, R 11 NEUE MAINZER STRASSE 47-53 FRANKFURT 60255 GERMANY |
| FRANKFURTER SPARKASSE | TRANSFEROR: ROCKENFELT, BERND ATTN: DR. SVEN MATTHIESEN, R 11 NEUE MAINZER STRASSE 47-53 FRANKFURT 60255 GERMANY |
| FRANKFURTER SPARKASSE | TRANSFEROR: POLLENDER, DAVID ATTN: DR. SVEN MATTHIESEN, R 11 NEUE MAINZER STRASSE 47-53 FRANKFURT 60255 GERMANY |
| FREIMARK, PETRA | TRANSFEROR: EFG BANK AB (PUBL) BROMMA KYRKVAG 438 S-168 58 BROMMA SWEDEN |
| GOLDENTREE 2004 TRUST | TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GLENEAGLES LENDING PARTNERS, LLC |  |
| GOLDMAN, SACHS & CO. | TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: SILVER POINT CAPITAL FUND, LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GONET ET CIE GENEVE | TRANSFEROR: EFG BANK AG 6 BD DU THEATRE CP 5009 GENEVA 1211-11 SWITZERLAND |
| GRF MASTER FUND II, L.P. | TRANSFEROR: SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| GRIESSLER, FRANK | TRANSFEROR: SCHULWEG 3 GOTHA-UELLEBEU 99867 GERMANY |

TIME: 20:18:39
DATE: 11/02/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 2

| Name | Address |
|---|---|
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HILDING, ROLF | TRANSFEROR: EFG BANK AB (PUBL) BRITTSOMMARGATAN 2 S-260 35 ODAKRA   SWEDEN |
| HLF LP | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HYPOSWISS PRIVATBANK AG | SCHUTZENGASSE 4 ZURICH  CH-8021 SWITZERLAND |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O J.P. MORGAN SECURITIES ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: STATE STREET BANK AND TRUST C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, NA. | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: COAST DIVERSIFIED FUND, LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| LAMP HAYMAN CAPITAL FUND | TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O HAYMAN CAPITAL MANAGEMENT, L.P. ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | MERRILL LYNCH, PIERCE, FENNER & SMITH, INC P.O. BOX 1641 NEW YORK NY 10150 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: STATE BANK OF INDIA ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN; MEREDITH SMITH 214 N TYRON STREET NC1-027-14-01 CHARLOTTE NC 28255 |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MEREDITH SMITH 214 N TYRON STREET NC1-027-14-01 CHARLOTTE NC 28255 |
| NILSSON, ANDERS | TRANSFEROR: EFG BANK AB (PUBL) KARLSGATAN 26, IGH 1303 S-703 41 OREBRO   SWEDEN |
| NORDBECK, BRITT | TRANSFEROR: EFG BANK AB (PUBL) JOLLVAGEN 1 S-296 37 AHUS   SWEDEN |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: YORVIK PARTNERS LLP ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PWT CREDIT OPPORTUNITIES FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS HSBC TOWER 452 5TH AVE., 27TH FLOOR NEW YORK NY 10018 |
| POLLENDER, DAVID | IM KAMMERECK 4A EGELSBACH  63329 GERMANY |
| PRIVATBANK IHAG ZURICH AG | BLEICHERWEG 18 ZURICH  CH-8022 SWITZERLAND |
| Q-BLK ALPHA TRANSPORT TRUST - GLOBAL | ATTN: LARRY GAIL, ESQ. & MARIE BENDER, ESQ. C/O BLACKROCK FINANCIAL MANAGEMENT, INC 601 UNION STREET, 56TH FLOOR SEATTLE WA 98101 |
| Q-BLK ALPHA TRANSPORT TRUST - GLOBAL BOND FUND | C/O BLACKROCK FINANCIAL MANAGEMENT, INC., ATTN: LARRY GAIL, ESQ. & MARIE BENDER, ESQ 601 UNION STREET, 56TH FLOOR SEATTLE WA 98101 |
| Q-BLK ALPHA TRANSPORT TRUST - GLOBAL BOND FUND | J. GREGORY MILMOE, ESQ. & ANDREW THAU, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQ., NEW YORK NY 10036 |
| Q-BLK ALPHA TRANSPORT TRUST - GLOBAL BOND FUND | J. GREGORY MILMOE, ESQ. & ANDREW THAU, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036 |
| ROCKENFELT, BERND | AM WAELDCHEN 4 61118 BAD VILBEL  GERMANY |
| SILVER POINT CAPITAL FUND, LP | C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER TWO GREENWICH PLAZA FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD. | C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER TWO GREENWICH PLAZA FIRST FLOOR GREENWICH CT 06830 |
| SJOLUND, ROLAND | TRANSFEROR: EFG BANK AB (PUBL) ANGDALAVAGEN 18 S-236 34 HOLLVIKEN   SWEDEN |
| SOLUS RECOVERY FUND LP | TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE ATTN: MARY PENA/ACT#: 711769 601 TRAVIS STREET, 17TH FLOOR HOUSTON TX 77002 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE ATTN: MARY PENA/ACT#:711769 601 TRAVIS STREET, 17TH FLOOR HOUSTON TX 77002 |
| SOLUS RECOVERY FUND OFFSHORE MASTER LP | TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O BANK OF NEW YORK TRUST COMPANY, N.A. - HOUSTON, TX, THE GLOBAL CORPORATE TRUST ATTN: MARY PENA 601 TRAVIS STREET, 17TH FLOOR HOUSTON TX 77002-8039 |
| SOLUS RECOVERY FUND OFFSHORE MASTER LP | TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O BANK OF NEW YORK TRUST COMPANY, N.A.-HOUSTON, TX, THE GLOBAL CORPORATE TRUST ATTN: MARY PENA 601 TRAVIS STREET, 17TH FLOOR HOUSTON TX 77002-8039 |
| STATE STREET BANK AND TRUST | C/O SABIN WILLETT, ESQ. & ANDREW PHELAN, ESQ. BINGHAM MCCUTCHEN LLP ONE FEDERAL STREET BOSTON MA 02110-1726 |
| STICHTING DE IAMEX VALUE FOUNDATION | TRANSFEROR: VAN APFTEN-HOLZNCK VAN PAPENDRECHT ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND |

EPIQ BANKRUPTCY SOLUTIONS, LLC

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| UBS AG | ATTN: HUGO KOLLER, OQ9C/OSGC P.O. BOX ZURICH  8098 SWITZERLAND |
| UBS SECURITIES LLC | TRANSFEROR: UBS AG ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD. STAMFORD CT 06901 |
| VAN APTEN-HOLINCK VAN PAPENDRECHT | KANAALDIJK 208 HELMOND  5705 BE NETHERLANDS |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORVIK PARTNERS LLP | TRANSFEROR: FIRSTRAND (IRELAND) PLC ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: PRIVATBANK IHAG ZURICH AG ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed        87

EPIQ BANKRUPTCY SOLUTIONS, LLC