UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                                          :
:
------------------------------------------------------------------x    Ref. Docket No. 31576

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 2, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
8th day of November, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 31576_Aff 11-02-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   YORVIK PARTNERS LLP
              TRANSFEROR: HABIB BANK AG ZURICH
              11 IRONMONGER LANE
              LONDON EC2V 8EY UNITED KINGDOM

Additional:

Transferee:   TALAMOD MASTER FUND, LP
              C/O TALAMOD ASSET MANAGEMENT, LLC
              2100 MCKINNEY AVENUE, SUITE 1425
              DALLAS TX 75201

Your transfer of claim # 42693-05 is defective for the reason(s) checked below:
Previously Transferred

Docket Number 31576            Date 10/19/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 2, 2012.

# EXHIBIT B

```
TIME: 20:36:46                         LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 11/02/12                              CREDITOR LISTING

Name                         Address
TALAMOD MASTER FUND, LP      C/O TALAMOD ASSET MANAGEMENT, LLC 2100 MCKINNEY AVENUE, SUITE 1425 DALLAS TX 75201
YORVIK PARTNERS LLP          TRANSFEROR: HABIB BANK AG ZURICH 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM

Total Number of Records Printed     2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC