**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
: 
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    08-13555 (JMP)
                                                   :
      Debtors.                                     :    (Jointly Administered)
                                                   :
---------------------------------------------------------------------x    Ref. Docket Nos. 31882-31884

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 5, 2012, I caused to be served the:

   a) "Notice of Withdrawal of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated November 5, 2012 [Docket No. 31882], *related to Merrill Lynch Credit Products, LLC*,

   b) "Notice of Withdrawal of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated November 5, 2012 [Docket No. 31883], *related to Merrill Lynch International*, and

   c) "Notice of Withdrawal of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated November 5, 2012 [Docket No. 31884], *related to Merrill Lynch Pierce Fenner & Smith*,

   by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Kerry O'Neil*
Kerry O'Neil

Sworn to before me this
6th day of November, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

Lehman Brothers Holdings Inc.
Master Service List

**OFFICE OF THE US TRUSTEE**
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

**INTERNAL REVENUE SERVICE**
*SPECIAL PROCEDURES BRANCH*
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**THE SUMITOMO TRUST & BANKING CO., LTD**
ATTN: MR. MASAYA YAMASHIRO, SENIOR MANAGER
GRANTOKYO, SOUTH TOWER
1-9-2, MARUNOUCHI, CHIYODA-KU
TOKYO 100-6611
JAPAN

# EXHIBIT B

# Lehman Brothers Holdings Inc.
## Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | avenes@whitecase.com |
| aalfonso@willkie.com | azylberberg@whitecase.com |
| abeaumont@fklaw.com | bankr@zuckerman.com |
| abraunstein@riemerlaw.com | bankruptcy@goodwin.com |
| acaton@kramerlevin.com | bankruptcy@morrisoncohen.com |
| acker@chapman.com | bankruptcy@ntexas-attorneys.com |
| adam.brezine@hro.com | bankruptcymatters@us.nomura.com |
| adarwin@nixonpeabody.com | barbra.parlin@hklaw.com |
| Adiamond@DiamondMcCarthy.com | bbisignani@postschell.com |
| aeckstein@blankrome.com | bcarlson@co.sanmateo.ca.us |
| aentwistle@entwistle-law.com | bdk@schlamstone.com |
| afriedman@irell.com | bguiney@pbwt.com |
| agbanknewyork@ag.tn.gov | bkmail@prommis.com |
| aglenn@kasowitz.com | bmanne@tuckerlaw.com |
| agold@herrick.com | BMiller@mofo.com |
| agoldstein@tnsj-law.com | boneill@kramerlevin.com |
| aisenberg@saul.com | Brian.Corey@greentreecreditsolutions.com |
| akantesaria@oppenheimerfunds.com | brosenblum@jonesday.com |
| akolod@mosessinger.com | broy@rltlawfirm.com |
| alum@ftportfolios.com | bruce.wright@sutherland.com |
| amarder@msek.com | bstrickland@wtplaw.com |
| amartin@sheppardmullin.com | btrust@mayerbrown.com |
| AMcMullen@BoultCummings.com | bturk@tishmanspeyer.com |
| amenard@tishmanspeyer.com | bwolfe@sheppardmullin.com |
| Andrew.Brozman@cliffordchance.com | cahn@clm.com |
| andrew.lourie@kobrekim.com | calbert@reitlerlaw.com |
| angelich.george@arentfox.com | canelas@pursuitpartners.com |
| ann.reynaud@shell.com | carol.weinerlevy@bingham.com |
| anthony_boccanfuso@aporter.com | cbelisle@wfw.com |
| aoberry@bermanesq.com | cbelmonte@ssbb.com |
| aostrow@beckerglynn.com | cbrotstein@bm.net |
| apo@stevenslee.com | cdesiderio@nixonpeabody.com |
| aquale@sidley.com | cgoldstein@stcwlaw.com |
| arahl@reedsmith.com | chammerman@paulweiss.com |
| arheaume@riemerlaw.com | charles@filardi-law.com |
| arlbank@pbfcm.com | charles_malloy@aporter.com |
| arosenblatt@chadbourne.com | chipford@parkerpoe.com |
| arthur.rosenberg@hklaw.com | chris.donoho@lovells.com |
| arwolf@wlrk.com | christopher.schueller@bipc.com |
| aseuffert@lawpost-nyc.com | clarkb@sullcrom.com |
| ashmead@sewkis.com | clynch@reedsmith.com |
| asnow@ssbb.com | cmontgomery@salans.com |
| aunger@sidley.com | cohen@sewkis.com |
| austin.bankruptcy@publicans.com | colea@gtlaw.com |

# Lehman Brothers Holdings Inc.
## Email Service List

| | |
|---|---|
| contact@lawofficesjje.com | dkleiner@velaw.com |
| cp@stevenslee.com | dkozusko@willkie.com |
| cpappas@dilworthlaw.com | dlemay@chadbourne.com |
| craig.goldblatt@wilmerhale.com | dlipke@vedderprice.com |
| crmomjian@attorneygeneral.gov | dludman@brownconnery.com |
| cs@stevenslee.com | dmcguire@winston.com |
| csalomon@beckerglynn.com | dmurray@jenner.com |
| cschreiber@winston.com | dneier@winston.com |
| cshore@whitecase.com | dodonnell@milbank.com |
| cshulman@sheppardmullin.com | dove.michelle@dorsey.com |
| ctatelbaum@adorno.com | dpegno@dpklaw.com |
| cwalsh@mayerbrown.com | draelson@fisherbrothers.com |
| cward@polsinelli.com | dravin@wolffsamson.com |
| cweber@ebg-law.com | drose@pryorcashman.com |
| cweiss@ingramllp.com | drosenzweig@fulbright.com |
| dallas.bankruptcy@publicans.com | drosner@goulstonstorrs.com |
| daniel.guyder@allenovery.com | drosner@kasowitz.com |
| dave.davis@isgria.com | dshaffer@wtplaw.com |
| david.bennett@tklaw.com | dshemano@peitzmanweg.com |
| david.heller@lw.com | dspelfogel@foley.com |
| david.powlen@btlaw.com | dtatge@ebglaw.com |
| david.seligman@kirkland.com | dtheising@harrisonmoberly.com |
| davids@blbglaw.com | dwdykhouse@pbwt.com |
| davidwheeler@mvalaw.com | dwildes@stroock.com |
| dbalog@intersil.com | dworkman@bakerlaw.com |
| dbarber@bsblawyers.com | easmith@venable.com |
| dbaumstein@whitecase.com | echang@steinlubin.com |
| dbesikof@loeb.com | ecohen@russell.com |
| dcimo@gjb-law.com | efleck@milbank.com |
| dcoffino@cov.com | efriedman@fklaw.com |
| dcrapo@gibbonslaw.com | efriedman@friedumspring.com |
| ddavis@paulweiss.com | eglas@mccarter.com |
| ddrebsky@nixonpeabody.com | ekbergc@lanepowell.com |
| ddunne@milbank.com | eleicht@whitecase.com |
| deggermann@kramerlevin.com | eli.mattioli@klgates.com |
| deggert@freebornpeters.com | ellen.halstead@cwt.com |
| demetra.liggins@tklaw.com | emerberg@mayerbrown.com |
| dfelder@orrick.com | enkaplan@kaplanlandau.com |
| dflanigan@polsinelli.com | eobrien@sbchlaw.com |
| dgrimes@reedsmith.com | erin.mautner@bingham.com |
| dhayes@mcguirewoods.com | eschwartz@contrariancapital.com |
| dheffer@foley.com | etillinghast@sheppardmullin.com |
| diconzam@gtlaw.com | ezujkowski@emmetmarvin.com |
| djoseph@stradley.com | ezweig@optonline.net |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| fbp@ppgms.com | Jbecker@wilmingtontrust.com |
| ffm@bostonbusinesslaw.com | jbeemer@entwistle-law.com |
| fhyman@mayerbrown.com | jbeiers@co.sanmateo.ca.us |
| foont@foontlaw.com | jbird@polsinelli.com |
| francois.janson@hklaw.com | jbromley@cgsh.com |
| fsosnick@shearman.com | jcarberry@cl-law.com |
| fyates@sonnenschein.com | jchristian@tobinlaw.com |
| gabriel.delvirginia@verizon.net | jchubak@proskauer.com |
| gbray@milbank.com | jdoran@haslaw.com |
| ggitomer@mkbattorneys.com | Jdrucker@coleschotz.com |
| ggoodman@foley.com | jdyas@halperinlaw.net |
| giddens@hugheshubbard.com | jean-david.barnea@usdoj.gov |
| gkaden@goulstonstorrs.com | jeanites@whiteandwilliams.com |
| glenn.siegel@dechert.com | jeannette.boot@wilmerhale.com |
| gmoss@riemerlaw.com | jeff.wittig@coair.com |
| gravert@ravertpllc.com | jeffery.black@bingham.com |
| gspilsbury@jsslaw.com | jeffrey.sabin@bingham.com |
| harrisjm@michigan.gov | jeldredge@velaw.com |
| harveystrickon@paulhastings.com | jen.premisler@cliffordchance.com |
| hbeltzer@mayerbrown.com | jennifer.demarco@cliffordchance.com |
| heim.steve@dorsey.com | jennifer.gore@shell.com |
| heiser@chapman.com | jeremy.eiden@ag.state.mn.us |
| hollace.cohen@troutmansanders.com | jfalgowski@reedsmith.com |
| holsen@stroock.com | jflaxer@golenbock.com |
| howard.hawkins@cwt.com | jfox@joefoxlaw.com |
| hseife@chadbourne.com | jfreeberg@wfw.com |
| hsnovikoff@wlrk.com | jg5786@att.com |
| hsteel@brownrudnick.com | jgenovese@gjb-law.com |
| icatto@mwe.com | jguy@orrick.com |
| igoldstein@proskauer.com | jherzog@gklaw.com |
| ilevee@lowenstein.com | jhiggins@fdlaw.com |
| isgreene@hhlaw.com | jhorgan@phxa.com |
| israel.dahan@cwt.com | jhuggett@margolisedelstein.com |
| iva.uroic@dechert.com | jim@atkinslawfirm.com |
| jacobsonn@sec.gov | jjoyce@dresslerpeters.com |
| james.heaney@lawdeb.com | jjtancredi@daypitney.com |
| james.mcclammy@dpw.com | jjureller@klestadt.com |
| james.sprayregen@kirkland.com | jkehoe@btkmc.com |
| jamestecce@quinnemanuel.com | jlamar@maynardcooper.com |
| jamie.nelson@dubaiic.com | jlawlor@wmd-law.com |
| jar@outtengolden.com | jlee@foley.com |
| jason.jurgens@cwt.com | jlevitin@cahill.com |
| jay.hurst@oag.state.tx.us | jlipson@crockerkuno.com |
| jay@kleinsolomon.com | jlovi@steptoe.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| jlscott@reedsmith.com | keckhardt@hunton.com |
| jmaddock@mcguirewoods.com | keith.simon@lw.com |
| jmakower@tnsj-law.com | Ken.Coleman@allenovery.com |
| jmazermarino@msek.com | ken.higman@hp.com |
| jmcginley@wilmingtontrust.com | kerry.moynihan@hro.com |
| jmelko@gardere.com | kgwynne@reedsmith.com |
| jmerva@fult.com | kiplok@hugheshubbard.com |
| jmmurphy@stradley.com | kjarashow@fklaw.com |
| jmr@msf-law.com | kkelly@ebglaw.com |
| jnadritch@olshanlaw.com | kkolbig@mosessinger.com |
| jnm@mccallaraymer.com | klyman@irell.com |
| john.monaghan@hklaw.com | klynch@formanlaw.com |
| john.rapisardi@cwt.com | kmayer@mccarter.com |
| jorbach@hahnhessen.com | kobak@hugheshubbard.com |
| Joseph.Cordaro@usdoj.gov | korr@orrick.com |
| joshua.dorchak@bingham.com | kovskyd@pepperlaw.com |
| jowen769@yahoo.com | kpiper@steptoe.com |
| jowolf@law.nyc.gov | kressk@pepperlaw.com |
| joy.mathias@dubaiic.com | KReynolds@mklawnyc.com |
| JPintarelli@mofo.com | krosen@lowenstein.com |
| jporter@entwistle-law.com | kuehn@bragarwexler.com |
| jprol@lowenstein.com | kurt.mayr@bgllp.com |
| jrabinowitz@rltlawfirm.com | lacyr@sullcrom.com |
| jrsmith@hunton.com | Landon@StreusandLandon.com |
| jschwartz@hahnhessen.com | lapeterson@foley.com |
| jsheerin@mcguirewoods.com | lathompson@co.sanmateo.ca.us |
| jshickich@riddellwilliams.com | lberkoff@moritthock.com |
| jsmairo@pbnlaw.com | Lee.Stremba@troutmansanders.com |
| jstoll@mayerbrown.com | lgotko@fklaw.com |
| jsullivan@mosessinger.com | lgranfield@cgsh.com |
| jteitelbaum@tblawllp.com | lhandelsman@stroock.com |
| jtimko@shutts.com | linda.boyle@twtelecom.com |
| jtorf@schiffhardin.com | lisa.ewart@wilmerhale.com |
| judy.morse@crowedunlevy.com | lisa.kraidin@allenovery.com |
| jvail@ssrl.com | LJKotler@duanemorris.com |
| jwallack@goulstonstorrs.com | lkatz@ltblaw.com |
| jwang@sipc.org | LKISS@KLESTADT.COM |
| jwcohen@daypitney.com | lmarinuzzi@mofo.com |
| jweiss@gibsondunn.com | Lmay@coleschotz.com |
| jwest@velaw.com | lmcgowen@orrick.com |
| jwh@njlawfirm.com | lml@ppgms.com |
| kanema@formanlaw.com | lnashelsky@mofo.com |
| karen.wagner@dpw.com | loizides@loizides.com |
| KDWBankruptcyDepartment@kelleydrye.com | lromansic@steptoe.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| lscarcella@farrellfritz.com | millee12@nationwide.com |
| lschweitzer@cgsh.com | miller@taftlaw.com |
| lubell@hugheshubbard.com | mimi.m.wong@irscounsel.treas.gov |
| lwhidden@salans.com | mitchell.ayer@tklaw.com |
| mabrams@willkie.com | mjedelman@vedderprice.com |
| MAOFILING@CGSH.COM | MJR1@westchestergov.com |
| Marc.Chait@SC.com | mkjaer@winston.com |
| margolin@hugheshubbard.com | mlahaie@akingump.com |
| mark.bane@ropesgray.com | MLandman@lcbf.com |
| mark.deveno@bingham.com | mlichtenstein@crowell.com |
| mark.ellenberg@cwt.com | mlynch2@travelers.com |
| mark.ellenberg@cwt.com | mmendez@hunton.com |
| mark.hellerer@pillsburylaw.com | mmooney@deilylawfirm.com |
| mark.sherrill@sutherland.com | mmorreale@us.mufg.jp |
| Marvin.Clements@ag.tn.gov | mneier@ibolaw.com |
| matt@willaw.com | monica.lawless@brookfieldproperties.com |
| matthew.klepper@dlapiper.com | mpage@kelleydrye.com |
| maustin@orrick.com | mparry@mosessinger.com |
| max.polonsky@skadden.com | mpomerantz@julienandschlesinger.com |
| mbenner@tishmanspeyer.com | mprimoff@kayescholer.com |
| mberman@nixonpeabody.com | mpucillo@bermanesq.com |
| mberman@nixonpeabody.com | mrosenthal@gibsondunn.com |
| mbienenstock@proskauer.com | mruetzel@whitecase.com |
| mbloemsma@mhjur.com | mschimel@sju.edu |
| mbossi@thompsoncoburn.com | mschlesinger@julienandschlesinger.com |
| mcademartori@sheppardmullin.com | msegarra@mayerbrown.com |
| mcantor@normandyhill.com | mshiner@tuckerlaw.com |
| mccombst@sullcrom.com | msiegel@brownrudnick.com |
| mcordone@stradley.com | msolow@kayescholer.com |
| mcto@debevoise.com | mspeiser@stroock.com |
| mcyganowski@oshr.com | mstamer@akingump.com |
| mdorval@stradley.com | mvenditto@reedsmith.com |
| melorod@gtlaw.com | mwarren@mtb.com |
| meltzere@pepperlaw.com | nathan.spatz@pillsburylaw.com |
| metkin@lowenstein.com | ncoco@mwe.com |
| mfeldman@willkie.com | neal.mann@oag.state.ny.us |
| mgordon@briggs.com | ned.schodek@shearman.com |
| mgreger@allenmatkins.com | neilberger@teamtogut.com |
| mh1@mccallaraymer.com | newyork@sec.gov |
| mhopkins@cov.com | Nherman@morganlewis.com |
| michael.frege@cms-hs.com | nickolas.karavolas@pillsburylaw.com |
| michael.kelly@monarchlp.com | nissay_10259-0154@mhmjapan.com |
| michael.kim@kobrekim.com | nlepore@schnader.com |
| michael.mccrory@btlaw.com | notice@bkcylaw.com |

LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| oipress@travelers.com | RLevin@cravath.com |
| otccorpactions@finra.org | rmatzat@hahnhessen.com |
| paronzon@milbank.com | rnetzer@willkie.com |
| patrick.oh@freshfields.com | robert.bailey@bnymellon.com |
| paul.turner@sutherland.com | robert.dombroff@bingham.com |
| pbattista@gjb-law.com | robert.henoch@kobrekim.com |
| pbosswick@ssbb.com | robert.malone@dbr.com |
| pdublin@akingump.com | Robert.yalen@usdoj.gov |
| peisenberg@lockelord.com | Robin.Keller@Lovells.com |
| peter.gilhuly@lw.com | roger@rnagioff.com |
| peter.macdonald@wilmerhale.com | ronald.silverman@bingham.com |
| peter.simmons@friedfrank.com | ross.martin@ropesgray.com |
| peter@bankrupt.com | rqureshi@reedsmith.com |
| pfeldman@oshr.com | rrainer@wmd-law.com |
| phayden@mcguirewoods.com | rreid@sheppardmullin.com |
| philip.wells@ropesgray.com | rroupinian@outtengolden.com |
| pmaxcy@sonnenschein.com | rrussell@andrewskurth.com |
| ppascuzzi@ffwplaw.com | rterenzi@stcwlaw.com |
| ppatterson@stradley.com | russj4478@aol.com |
| psp@njlawfirm.com | rwasserman@cftc.gov |
| ptrain-gutierrez@kaplanlandau.com | rwyron@orrick.com |
| ptrostle@jenner.com | s.minehan@aozorabank.co.jp |
| r.stahl@stahlzelloe.com | sabin.willett@bingham.com |
| raj.madan@bingham.com | sabramowitz@velaw.com |
| ramona.neal@hp.com | SABVANROOY@HOTMAIL.COM |
| rbeacher@pryorcashman.com | sagolden@hhlaw.com |
| rbernard@foley.com | Sally.Henry@skadden.com |
| rbyman@jenner.com | samuel.cavior@pillsburylaw.com |
| rdaversa@orrick.com | sandyscafaria@eaton.com |
| relgidely@gjb-law.com | Sara.Tapinekis@cliffordchance.com |
| rfleischer@pryorcashman.com | scargill@lowenstein.com |
| rfrankel@orrick.com | schannej@pepperlaw.com |
| rfriedman@silvermanacampora.com | Schepis@pursuitpartners.com |
| rgmason@wlrk.com | schnabel.eric@dorsey.com |
| rgraham@whitecase.com | schristianson@buchalter.com |
| rhett.campbell@tklaw.com | schwartzmatthew@sullcrom.com |
| richard.fingard@newedge.com | scottshelley@quinnemanuel.com |
| richard.lear@hklaw.com | scousins@armstrongteasdale.com |
| richard.levy@lw.com | sdnyecf@dor.mo.gov |
| richard.tisdale@friedfrank.com | sehlers@armstrongteasdale.com |
| richard@rwmaplc.com | seichel@crowell.com |
| ritkin@steptoe.com | sfelderstein@ffwplaw.com |
| RJones@BoultCummings.com | sfineman@lchb.com |
| rleek@HodgsonRuss.com | sfox@mcguirewoods.com |

# Lehman Brothers Holdings Inc.
## Email Service List

sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
SRee@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
Streusand@StreusandLandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
YUwatoko@mofo.com