UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
: 
In re:                                                            :    Chapter 11
                                                                  :
LEHMAN BROTHERS                                                   :    Case No. 08-13555 (JMP)
HOLDINGS INC., *et al.*,                                          :
                                                                  :    Jointly Administered
                                Debtors.                          :
                                                                  :    Ref. Docket No. 31855
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 5, 2012, I caused to be served the "Notice of Withdrawal of Proof of Claim Numbered 27452 Filed by LBREM II REIT Holdings LLC," dated November 5, 2012 [Docket No. 31855],

   by causing true and correct copies to be:

   i. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

   ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                               _____
                                                                    Carol Zhang

Sworn to before me this
7th day of November, 2012

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\LBH\Affidavits\KAE - Claim No 27452 NOW_DI_31855_AFF_11-5-12.doc

**EXHIBIT A**

08-13555-mg    Doc 31976    Filed 11/09/12    Entered 11/09/12 11:54:27    Main Document
Pg 2 of 10

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-Mail List

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | ilevee@lowenstein.com | mpage@kelleydrye.com |
| aalfonso@willkie.com | isgreene@hhlaw.com | mparry@mosessinger.com |
| abeaumont@fklaw.com | israel.dahan@cwt.com | mpomerantz@julienandschlesinger.com |
| abraunstein@riemerlaw.com | iva.uroic@dechert.com | mprimoff@kayescholer.com |
| acaton@kramerlevin.com | jacobsonn@sec.gov | mpucillo@bermanesq.com |
| acker@chapman.com | james.heaney@lawdeb.com | mrosenthal@gibsondunn.com |
| adam.brezine@hro.com | james.mcclammy@dpw.com | mruetzel@whitecase.com |
| adarwin@nixonpeabody.com | james.sprayregen@kirkland.com | mschimel@sju.edu |
| adiamond@diamondmccarthy.com | jamestecce@quinnemanuel.com | mschlesinger@julienandschlesinger.com |
| aeckstein@blankrome.com | jamie.nelson@dubaiic.com | msegarra@mayerbrown.com |
| aentwistle@entwistle-law.com | jar@outtengolden.com | mshiner@tuckerlaw.com |
| afriedman@irell.com | jason.jurgens@cwt.com | msiegel@brownrudnick.com |
| agbanknewyork@ag.tn.gov | jay.hurst@oag.state.tx.us | msolow@kayescholer.com |
| aglenn@kasowitz.com | jay@kleinsolomon.com | mspeiser@stroock.com |
| agold@herrick.com | jbecker@wilmingtontrust.com | mstamer@akingump.com |
| agoldstein@tnsj-law.com | jbeemer@entwistle-law.com | mvenditto@reedsmith.com |
| aisenberg@saul.com | jbeiers@co.sanmateo.ca.us | mwarren@mtb.com |
| akantesaria@oppenheimerfunds.com | jbird@polsinelli.com | nathan.spatz@pillsburylaw.com |
| akolod@mosessinger.com | jbromley@cgsh.com | ncoco@mwe.com |
| alum@ftportfolios.com | jcarberry@cl-law.com | neal.mann@oag.state.ny.us |
| amarder@msek.com | jchristian@tobinlaw.com | ned.schodek@shearman.com |
| amartin@sheppardmullin.com | jchubak@proskauer.com | neilberger@teamtogut.com |
| amcmullen@boultcummings.com | jdoran@haslaw.com | newyork@sec.gov |
| amenard@tishmanspeyer.com | jdrucker@coleschotz.com | nherman@morganlewis.com |
| andrew.brozman@cliffordchance.com | jdyas@halperinlaw.net | nickolas.karavolas@pillsburylaw.com |
| andrew.lourie@kobrekim.com | jean-david.barnea@usdoj.gov | nissay_10259-0154@mhmjapan.com |
| angelich.george@arentfox.com | jeanites@whiteandwilliams.com | nlepore@schnader.com |
| ann.reynaud@shell.com | jeannette.boot@wilmerhale.com | notice@bkcylaw.com |
| anthony_boccanfuso@aporter.com | jeff.wittig@coair.com | oipress@travelers.com |
| aoberry@bermanesq.com | jeffery.black@bingham.com | otccorpactions@finra.org |
| aostrow@beckerglynn.com | jeffrey.sabin@bingham.com | paronzon@milbank.com |
| apo@stevenslee.com | jeldredge@velaw.com | patrick.oh@freshfields.com |
| aquale@sidley.com | jen.premisler@cliffordchance.com | paul.turner@sutherland.com |
| arahl@reedsmith.com | jennifer.demarco@cliffordchance.com | pbattista@gjb-law.com |
| arheaume@riemerlaw.com | jennifer.gore@shell.com | pbosswick@ssbb.com |
| arlbank@pbfcm.com | jeremy.eiden@ag.state.mn.us | pdublin@akingump.com |
| arosenblatt@chadbourne.com | jfalgowski@reedsmith.com | peisenberg@lockelord.com |
| arthur.rosenberg@hklaw.com | jflaxer@golenbock.com | peter.gilhuly@lw.com |
| arwolf@wlrk.com | jfox@joefoxlaw.com | peter.macdonald@wilmerhale.com |
| aseuffert@lawpost-nyc.com | jfreeberg@wfw.com | peter.simmons@friedfrank.com |
| ashmead@sewkis.com | jg5786@att.com | peter@bankrupt.com |
| asnow@ssbb.com | jgenovese@gjb-law.com | pfeldman@oshr.com |
| aunger@sidley.com | jguy@orrick.com | phayden@mcguirewoods.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-Mail List

| | | |
|---|---|---|
| austin.bankruptcy@publicans.com | jherzog@gklaw.com | philip.wells@ropesgray.com |
| avenes@whitecase.com | jhiggins@fdlaw.com | pmaxcy@sonnenschein.com |
| azylberberg@whitecase.com | jhorgan@phxa.com | ppascuzzi@ffwplaw.com |
| bankr@zuckerman.com | jhuggett@margolisedelstein.com | ppatterson@stradley.com |
| bankruptcy@goodwin.com | jim@atkinslawfirm.com | psp@njlawfirm.com |
| bankruptcy@morrisoncohen.com | jjoyce@dresslerpeters.com | ptrain-gutierrez@kaplanlandau.com |
| bankruptcy@ntexas-attorneys.com | jjtancredi@daypitney.com | ptrostle@jenner.com |
| bankruptcymatters@us.nomura.com | jjureller@klestadt.com | r.stahl@stahlzelloe.com |
| barbra.parlin@hklaw.com | jkehoe@btkmc.com | raj.madan@bingham.com |
| bbisignani@postschell.com | jlamar@maynardcooper.com | ramona.neal@hp.com |
| bcarlson@co.sanmateo.ca.us | jlawlor@wmd-law.com | rbeacher@pryorcashman.com |
| bdk@schlamstone.com | jlee@foley.com | rbernard@foley.com |
| bguiney@pbwt.com | jlevitin@cahill.com | rbyman@jenner.com |
| bkmail@prommis.com | jlipson@crockerkuno.com | rdaversa@orrick.com |
| bmanne@tuckerlaw.com | jlovi@steptoe.com | relgidely@gjb-law.com |
| bmiller@mofo.com | jlscott@reedsmith.com | rfleischer@pryorcashman.com |
| boneill@kramerlevin.com | jmaddock@mcguirewoods.com | rfrankel@orrick.com |
| brian.corey@greentreecreditsolutions.com | jmakower@tnsj-law.com | rfriedman@silvermanacampora.com |
| brosenblum@jonesday.com | jmazermarino@msek.com | rgmason@wlrk.com |
| broy@rltlawfirm.com | jmcginley@wilmingtontrust.com | rgraham@whitecase.com |
| bruce.wright@sutherland.com | jmelko@gardere.com | rhett.campbell@tklaw.com |
| bstrickland@wtplaw.com | jmerva@fult.com | richard.fingard@newedge.com |
| btrust@mayerbrown.com | jmmurphy@stradley.com | richard.lear@hklaw.com |
| bturk@tishmanspeyer.com | jmr@msf-law.com | richard.levy@lw.com |
| bwolfe@sheppardmullin.com | jnadritch@olshanlaw.com | richard.tisdale@friedfrank.com |
| cahn@clm.com | jnm@mccallaraymer.com | richard@rwmaplc.com |
| calbert@reitlerlaw.com | john.monaghan@hklaw.com | ritkin@steptoe.com |
| canelas@pursuitpartners.com | john.rapisardi@cwt.com | rjones@boultcummings.com |
| carol.weinerlevy@bingham.com | jorbach@hahnhessen.com | rleek@hodgsonruss.com |
| cbelisle@wfw.com | joseph.cordaro@usdoj.gov | rlevin@cravath.com |
| cbelmonte@ssbb.com | joshua.dorchak@bingham.com | rmatzat@hahnhessen.com |
| cbrotstein@bm.net | jowen769@yahoo.com | rnetzer@willkie.com |
| cdesiderio@nixonpeabody.com | jowolf@law.nyc.gov | robert.bailey@bnymellon.com |
| cgoldstein@stcwlaw.com | joy.mathias@dubaiic.com | robert.dombroff@bingham.com |
| chammerman@paulweiss.com | jpintarelli@mofo.com | robert.henoch@kobrekim.com |
| charles@filardi-law.com | jporter@entwistle-law.com | robert.malone@dbr.com |
| charles_malloy@aporter.com | jprol@lowenstein.com | robert.yalen@usdoj.gov |
| chipford@parkerpoe.com | jrabinowitz@rltlawfirm.com | robin.keller@lovells.com |
| chris.donoho@lovells.com | jrsmith@hunton.com | roger@rnagioff.com |
| christopher.schueller@bipc.com | jschwartz@hahnhessen.com | ronald.silverman@bingham.com |
| clarkb@sullcrom.com | jsheerin@mcguirewoods.com | ross.martin@ropesgray.com |
| clynch@reedsmith.com | jshickich@riddellwilliams.com | rqureshi@reedsmith.com |
| cmontgomery@salans.com | jsmairo@pbnlaw.com | rrainer@wmd-law.com |
| cohen@sewkis.com | jstoll@mayerbrown.com | rreid@sheppardmullin.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-Mail List

| | | |
|---|---|---|
| colea@gtlaw.com | jsullivan@mosessinger.com | rroupinian@outtengolden.com |
| contact@lawofficesjje.com | jteitelbaum@tblawllp.com | rrussell@andrewskurth.com |
| cp@stevenslee.com | jtimko@shutts.com | rterenzi@stcwlaw.com |
| cpappas@dilworthlaw.com | jtorf@schiffhardin.com | russj4478@aol.com |
| craig.goldblatt@wilmerhale.com | judy.morse@crowedunlevy.com | rwasserman@cftc.gov |
| crmomjian@attorneygeneral.gov | jvail@ssrl.com | rwyron@orrick.com |
| cs@stevenslee.com | jwallack@goulstonstorrs.com | s.minehan@aozorabank.co.jp |
| csalomon@beckerglynn.com | jwang@sipc.org | sabin.willett@bingham.com |
| cschreiber@winston.com | jwcohen@daypitney.com | sabramowitz@velaw.com |
| cshore@whitecase.com | jweiss@gibsondunn.com | sabvanrooy@hotmail.com |
| cshulman@sheppardmullin.com | jwest@velaw.com | sagolden@hhlaw.com |
| ctatelbaum@adorno.com | jwh@njlawfirm.com | sally.henry@skadden.com |
| cwalsh@mayerbrown.com | kanema@formanlaw.com | samuel.cavior@pillsburylaw.com |
| cward@polsinelli.com | karen.wagner@dpw.com | sandyscafaria@eaton.com |
| cweber@ebg-law.com | kdwbankruptcydepartment@kelleydrye.com | sara.tapinekis@cliffordchance.com |
| cweiss@ingramllp.com | keckhardt@hunton.com | scargill@lowenstein.com |
| dallas.bankruptcy@publicans.com | keith.simon@lw.com | schannej@pepperlaw.com |
| daniel.guyder@allenovery.com | ken.coleman@allenovery.com | schepis@pursuitpartners.com |
| dave.davis@isgria.com | ken.higman@hp.com | schnabel.eric@dorsey.com |
| david.bennett@tklaw.com | kerry.moynihan@hro.com | schristianson@buchalter.com |
| david.heller@lw.com | kgwynne@reedsmith.com | schwartzmatthew@sullcrom.com |
| david.powlen@btlaw.com | kiplok@hugheshubbard.com | scottshelley@quinnemanuel.com |
| david.seligman@kirkland.com | kjarashow@fklaw.com | scousins@armstrongteasdale.com |
| davids@blbglaw.com | kkelly@ebglaw.com | sdnyecf@dor.mo.gov |
| davidwheeler@mvalaw.com | kkolbig@mosessinger.com | sehlers@armstrongteasdale.com |
| dbalog@intersil.com | klyman@irell.com | seichel@crowell.com |
| dbarber@bsblawyers.com | klynch@formanlaw.com | sfelderstein@ffwplaw.com |
| dbaumstein@whitecase.com | kmayer@mccarter.com | sfineman@lchb.com |
| dbesikof@loeb.com | kobak@hugheshubbard.com | sfox@mcguirewoods.com |
| dcimo@gjb-law.com | korr@orrick.com | sgordon@cahill.com |
| dcoffino@cov.com | kovskyd@pepperlaw.com | sgubner@ebg-law.com |
| dcrapo@gibbonslaw.com | kpiper@steptoe.com | shannon.nagle@friedfrank.com |
| ddavis@paulweiss.com | kressk@pepperlaw.com | sharbeck@sipc.org |
| ddrebsky@nixonpeabody.com | kreynolds@mklawnyc.com | shari.leventhal@ny.frb.org |
| ddunne@milbank.com | krosen@lowenstein.com | shgross5@yahoo.com |
| deggermann@kramerlevin.com | kuehn@bragarwexler.com | sidorsky@butzel.com |
| deggert@freebornpeters.com | kurt.mayr@bgllp.com | slerman@ebglaw.com |
| demetra.liggins@tklaw.com | lacyr@sullcrom.com | slerner@ssd.com |
| dfelder@orrick.com | landon@streusandlandon.com | slevine@brownrudnick.com |
| dflanigan@polsinelli.com | lapeterson@foley.com | sloden@diamondmccarthy.com |
| dgrimes@reedsmith.com | lathompson@co.sanmateo.ca.us | smayerson@ssd.com |
| dhayes@mcguirewoods.com | lberkoff@moritthock.com | smillman@stroock.com |
| dheffer@foley.com | lee.stremba@troutmansanders.com | smulligan@bsblawyers.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Master Service E-Mail List**

| | | |
|---|---|---|
| diconzam@gtlaw.com | lgotko@fklaw.com | snewman@katskykorins.com |
| djoseph@stradley.com | lgranfield@cgsh.com | sory@fdlaw.com |
| dkleiner@velaw.com | lhandelsman@stroock.com | spiotto@chapman.com |
| dkozusko@willkie.com | linda.boyle@twtelecom.com | splatzer@platzerlaw.com |
| dlemay@chadbourne.com | lisa.ewart@wilmerhale.com | sree@lcbf.com |
| dlipke@vedderprice.com | lisa.kraidin@allenovery.com | sschultz@akingump.com |
| dludman@brownconnery.com | ljkotler@duanemorris.com | sselbst@herrick.com |
| dmcguire@winston.com | lkatz@ltblaw.com | sshimshak@paulweiss.com |
| dmurray@jenner.com | lkiss@klestadt.com | sskelly@teamtogut.com |
| dneier@winston.com | lmarinuzzi@mofo.com | sstarr@starrandstarr.com |
| dodonnell@milbank.com | lmay@coleschotz.com | steele@lowenstein.com |
| dove.michelle@dorsey.com | lmcgowen@orrick.com | stephen.cowan@dlapiper.com |
| dpegno@dpklaw.com | lml@ppgms.com | steve.ginther@dor.mo.gov |
| draelson@fisherbrothers.com | lnashelsky@mofo.com | steven.troyer@commerzbank.com |
| dravin@wolffsamson.com | loizides@loizides.com | steven.usdin@flastergreenberg.com |
| drose@pryorcashman.com | lromansic@steptoe.com | steven.wilamowsky@bingham.com |
| drosenzweig@fulbright.com | lscarcella@farrellfritz.com | steven@blbglaw.com |
| drosner@goulstonstorrs.com | lschweitzer@cgsh.com | streusand@streusandlandon.com |
| drosner@kasowitz.com | lubell@hugheshubbard.com | susheelkirpalani@quinnemanuel.com |
| dshaffer@wtplaw.com | lwhidden@salans.com | sweyl@haslaw.com |
| dshemano@peitzmanweg.com | mabrams@willkie.com | swolowitz@mayerbrown.com |
| dspelfogel@foley.com | maofiling@cgsh.com | szuch@wiggin.com |
| dtatge@ebglaw.com | marc.chait@sc.com | tannweiler@greerherz.com |
| dtheising@harrisonmoberly.com | margolin@hugheshubbard.com | tarbit@cftc.gov |
| dwdykhouse@pbwt.com | mark.bane@ropesgray.com | tbrock@ssbb.com |
| dwildes@stroock.com | mark.deveno@bingham.com | tdewey@dpklaw.com |
| dworkman@bakerlaw.com | mark.ellenberg@cwt.com | tduffy@andersonkill.com |
| easmith@venable.com | mark.ellenberg@cwt.com | teresa.oxford@invescoaim.com |
| echang@steinlubin.com | mark.hellerer@pillsburylaw.com | tgoren@mofo.com |
| ecohen@russell.com | mark.sherrill@sutherland.com | thaler@thalergertler.com |
| efleck@milbank.com | marvin.clements@ag.tn.gov | thomas.califano@dlapiper.com |
| efriedman@fklaw.com | matt@willaw.com | thomas_noguerola@calpers.ca.gov |
| efriedman@friedumspring.com | matthew.klepper@dlapiper.com | tim.desieno@bingham.com |
| eglas@mccarter.com | maustin@orrick.com | timothy.brink@dlapiper.com |
| ekbergc@lanepowell.com | max.polonsky@skadden.com | timothy.palmer@bipc.com |
| eleicht@whitecase.com | mbenner@tishmanspeyer.com | tjfreedman@pbnlaw.com |
| eli.mattioli@klgates.com | mberman@nixonpeabody.com | tkiriakos@mayerbrown.com |
| ellen.halstead@cwt.com | mberman@nixonpeabody.com | tlauria@whitecase.com |
| emerberg@mayerbrown.com | mbienenstock@proskauer.com | tmacwright@whitecase.com |
| enkaplan@kaplanlandau.com | mbloemsma@mhjur.com | tmarrion@haslaw.com |
| eobrien@sbchlaw.com | mbossi@thompsoncoburn.com | tnixon@gklaw.com |
| erin.mautner@bingham.com | mcademartori@sheppardmullin.com | toby.r.rosenberg@irscounsel.treas.gov |
| eschwartz@contrariancapital.com | mcantor@normandyhill.com | tomwelsh@orrick.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-Mail List

| | | |
|---|---|---|
| etillinghast@sheppardmullin.com | mccombst@sullcrom.com | tony.davis@bakerbotts.com |
| ezujkowski@emmetmarvin.com | mcordone@stradley.com | tslome@msek.com |
| ezweig@optonline.net | mcto@debevoise.com | ttracy@crockerkuno.com |
| fbp@ppgms.com | mcyganowski@oshr.com | tunrad@burnslev.com |
| ffm@bostonbusinesslaw.com | mdorval@stradley.com | twheeler@lowenstein.com |
| fhyman@mayerbrown.com | melorod@gtlaw.com | ukreppel@whitecase.com |
| foont@foontlaw.com | meltzere@pepperlaw.com | villa@streusandlandon.com |
| francois.janson@hklaw.com | metkin@lowenstein.com | vmilione@nixonpeabody.com |
| fsosnick@shearman.com | mfeldman@willkie.com | vrubinstein@loeb.com |
| fyates@sonnenschein.com | mgordon@briggs.com | walter.stuart@freshfields.com |
| gabriel.delvirginia@verizon.net | mgreger@allenmatkins.com | wanda.goodloe@cbre.com |
| gbray@milbank.com | mh1@mccallaraymer.com | wballaine@lcbf.com |
| ggitomer@mkbattorneys.com | mhopkins@cov.com | wbenzija@halperinlaw.net |
| ggoodman@foley.com | michael.frege@cms-hs.com | wchen@tnsj-law.com |
| giddens@hugheshubbard.com | michael.kelly@monarchlp.com | wcurchack@loeb.com |
| gkaden@goulstonstorrs.com | michael.kim@kobrekim.com | wdase@fzwz.com |
| glenn.siegel@dechert.com | michael.mccrory@btlaw.com | wfoster@milbank.com |
| gmoss@riemerlaw.com | millee12@nationwide.com | william.m.goldman@dlapiper.com |
| gravert@ravertpllc.com | miller@taftlaw.com | wiltenburg@hugheshubbard.com |
| gspilsbury@jsslaw.com | mimi.m.wong@irscounsel.treas.gov | wisotska@pepperlaw.com |
| harrisjm@michigan.gov | mitchell.ayer@tklaw.com | wk@pwlawyers.com |
| harveystrickon@paulhastings.com | mjedelman@vedderprice.com | wmaher@wmd-law.com |
| hbeltzer@mayerbrown.com | mjr1@westchestergov.com | wmarcari@ebglaw.com |
| heim.steve@dorsey.com | mkjaer@winston.com | wmckenna@foley.com |
| heiser@chapman.com | mlahaie@akingump.com | wrightth@sullcrom.com |
| hollace.cohen@troutmansanders.com | mlandman@lcbf.com | wsilverm@oshr.com |
| holsen@stroock.com | mlichtenstein@crowell.com | wswearingen@llf-law.com |
| howard.hawkins@cwt.com | mlynch2@travelers.com | wtaylor@mccarter.com |
| hseife@chadbourne.com | mmendez@hunton.com | wweintraub@fklaw.com |
| hsnovikoff@wlrk.com | mmooney@deilylawfirm.com | wzoberman@bermanesq.com |
| hsteel@brownrudnick.com | mmorreale@us.mufg.jp | yuwatoko@mofo.com |
| icatto@mwe.com | mneier@ibolaw.com | |
| igoldstein@proskauer.com | monica.lawless@brookfieldproperties.com | |

**LEHMAN BROTHERS HOLDINGS INC.**
**Weil Service E-Mail List**

harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
robert.lemons@weil.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**
**Overnight Mail Service List**

*MSL-OVN*
OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

THE SUMITOMO TRUST & BANKING CO., LTD
ATTN: MR. MASAYA YAMASHIRO, SENIOR MANAGER
GRANTOKYO, SOUTH TOWER
1-9-2, MARUNOUCHI, CHIYODA-KU
TOKYO 100-6611
JAPAN


*ADDS-OVN*
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005
ATTN: DENNIS F. DUNNE, ESQ., DENNIS O'DONNELL,
ESQ., AND EVAN R. FLECK, ESQ.,

WEIL GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153
ATTN: RICHARD P. KRASNOW, ESQ., LORI R. FIFE, ESQ., ROBERT J. LEMONS, ESQ.,
AND JACQUELINE MARCUS, ESQ.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004