UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
    Debtors. :
:
------------------------------------------------------------------------x    Ref. Docket No. 31513-31518,
31520, 31545, 31548, 31558, 31567,
31574, 31599, 31600, 31661, 31669,
31676, 31682, 31683, 31699, 31718,
31743, 31744-31747

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 5, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
Sworn to before me this                              Lauren Rodriguez
9th day of November, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS INTERNATIONAL              GOLDMAN SACHS INTERNATIONAL
     ATTN: RICK CANONICO                      CLEARY GOTTLIEB STEEN & HAMILTON LLP
     30 HUDSON STREET, 5TH FLOOR              ATTN: SETH GROSSHANDLER ESQ
     JERSEY CITY NJ 07302                     ONE LIBERTY PLAZA
                                              NEW YORK NY 10006
```

Please note that your claim # 28105-28 in the above referenced case and in the amount of
      $60,455,140.64  allowed at $50,000,000.00        has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN SACHS LENDING PARTNERS LLC
     TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
     C/O GOLDMAN, SACHS & CO.
     ATTN: MICHELLE LATZONI
     30 HUDSON STREET, 5TH FLOOR
     JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 31567      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/05/2012                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 5, 2012.

# EXHIBIT B

```
TIME: 14:56:35                                       LEHMAN BROTHERS HOLDING INC.                                                            PAGE:  1
DATE: 11/05/12                                            CREDITOR LISTING
```

| Name | Address |
|---|---|
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| BSOF PARALLEL MASTER FUND L.P. | BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PAK AVENUE, 28TH FLOOR NEW YORK NY 10154 |
| BSOF PARALLEL MASTER FUND L.P. | TRANSFEROR: RBS SECURITIES INC C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 375 PARK AVENUE, 13TH FLOOR ATTN: LAUREN GRAINER NEW YORK NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CENTERBRIDGE PARTNERS, L.P. 375 PARK AVENUE, 13TH FLOOR ATTN: LAUREN GRAINER NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CENTERBRIDGE PARTNERS, L.P. ATTN: LAUREN GRAINER 375 PARK AVE., 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 375 PARK AVENUE, 13TH FLOOR ATTN: LAUREN GRAINER NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | STEPHANIE TUMBIOLO CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND |
| CRESCENT 1, L.P. | TRANSFEROR: TEJAS SECURITIES GROUP, INC. 399 PARK AVENUE NEW YORK NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: TEJAS SECURITIES GROUP, INC. 399 PARK AVENUE NEW YORK NY 10022 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: LILY POND CURRENCY PLUS MASTERFUND LTD C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: TEJAS SECURITIES GROUP, INC. 399 PARK AVENUE NEW YORK NY 10022 |
| CYRUS SELECT OPPORTUNITY MASTER FUND | TRANSFEROR: TEJAS SECURITIES GROUP, INC. 399 PARK AVENUE NEW YORK NY 10022 |
| GOLDMAN SACHS INTERNATIONAL | ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS INTERNATIONAL | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER ESQ ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GRF MASTER FUND II, L.P. | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HLF LP | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| IBS CAPITAL LLC (A LIMITED PARTNERSHIP) | IBS CAPITAL LLC 1 INTERNATIONAL PLACE, SUITE 2401 BOSTON MA 02110 |
| IBS TURNAROUND FUND (QP), LP, THE | IBS CAPITAL LLC 1 INTERNATIONAL PLACE, SUITE 2401 BOSTON MA 02110 |
| IBS TURNAROUND FUND, LP, THE | TRANSFEROR: ILLIQUIDX LLP C/O J.P. MORGAN SECURITIES ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| J.P.MORGAN SECURITIES LTD | TRANSFEROR: STATE STREET BANK AND TRUST ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: STATE STREET BANK AND TRUST C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: COAST DIVERSIFIED FUND, LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: ILLIQUIDX LLP ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: YORVIK PARTNERS LLP ATTN: SUSAN MCNAMARA; MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 14:56:35                                          LEHMAN BROTHERS HOLDING INC.                                               PAGE:   2
DATE: 11/05/12                                              CREDITOR LISTING

Name                                    Address
LAMP HAYMAN CAPITAL FUND                TRANSFEROR: J.P.MORGAN SECURITIES LTD C/O HAYMAN CAPITAL MANAGEMENT, L.P. ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400
                                        DALLAS TX 75201
LAMP HAYMAN CAPITAL FUND                TRANSFEROR: JPMORGAN CHASE BANK, NA C/O HAYMAN CAPITAL MANAGEMENT, L.P. ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400
                                        DALLAS TX 75201
LILY POND CURRENCY PLUS MSTRFUND LTD    ATTN:GLEN CARNES LILY POND CURRENCY PLUS MASTER FUND, LTD. C/O LILY POND CAPITAL MANAGEMENT LLC 450 PARK AVENUE, STE 2103
                                        NEW YORK NY 10022
PERRY PRINCIPALS LLC                    TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O PERRY CAPITAL ATTN: MICHAEL NEUS 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153
QUANTUM PARTNERS LP                     TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SOROS FUND MANAGMENT LLC 888 SEVENTH AVE NEW YORK NY 10106
RBS COUTTS BANK AG                      TRANSFEROR: CREDIT SUISSE AG C/O COUTTS & CO AG ATTN: H.-P. SCHMID/OCAEL LERCHENSTRASSE 18 POSTFACH ZURICH  8022 SWITZERLAND
RBS SECURITIES INC                      TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
TEJAS SECURITIES GROUP, INC.            TRANSFEROR: IBS TURNAROUND FUND (QP) (A LIMITED PARTNERSHIP) 8226 BEE CAVES ROAD AUSTIN TX 78746
TEJAS SECURITIES GROUP, INC.            TRANSFEROR: IBS TURNAROUND FUND, LP, THE 8226 BEE CAVES ROAD AUSTIN TX 78746
TEJAS SECURITIES GROUP, INC.            TRANSFEROR: THE IBS OPPORTUNITY FUND (BVI) LTD 8226 BEE CAVES ROAD AUSTIN TX 78746
THE IBS OPPORTUNITY FUND (BVI) LTD      IBS CAPITAL LLC 1 INTERNATIONAL PLACE, SUITE 2401 BOSTON MA 02110
YORK GLOBAL FINANCE BDH, LLC            TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O YORK CAPITAL MGT LP/MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153


Total Number of Records Printed         50
```

EPIQ BANKRUPTCY SOLUTIONS, LLC