UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

In re                                                  :      Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :      08-13555 (JMP)
                                                       :      (Jointly Administered)
                          Debtors.                     :
                                                       :
-------------------------------------------------------------------------x      Ref. Docket No. 31670, 31673,
                                                              31680, 31687, 31688, 31691-31693,
                                                              31715-31717, 31719, 31750, 31751,
                                                              31760-31763, 31781, 31790, 31792-
                                                              31796, 31798, 31801, 31808-31815,
                                                              31820, 31828, 31859, 31860, 31862,
                                                              31863, 31865, 31868-31872, 31875-
                                                              31877, 31886, 31888-31891

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 7, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                       */s/ Lauren Rodriguez*
                                                       Lauren Rodriguez

Sworn to before me this
9th day of November, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 31670, 31673, 31680...31886, 31888-31891_AFF_11-07-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |    Chapter 11 Case No.
                                       |
                                       |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
                                       |    (Jointly Administered)
                                       |
                Debtors.               |
                                       |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  C.M. LIFE INSURANCE COMPANY                        C.M. LIFE INSURANCE COMPANY
          C/O MASSACHUSETTS MUTAL LIFE INSURANCE COMPANY     BINGHAM MCCUTCHEN LLP
          ATTN: MICHELE KUNITZ                               ATTN: STEVEN LOZNER
          1500 MAIN STREET TS28                              399 PARK AVENUE
          SPRINGFIELD MA 01115                               NEW YORK NY 10022-4689
```

Please note that your claim # 23645 in the above referenced case and in the amount of
              $0.00  Undetermined      has been transferred **(unless previously expunged by court order)**

```
          LEHMAN BROTHERS SPECIAL FINANCING INC.
          TRANSFEROR: C.M. LIFE INSURANCE COMPANY
          C/O LEHMAN BROTHERS HOLDINGS INC.
          DERIVATIVES LEGAL
          1271 AVENUE OF THE AMERICAS, 40TH FLOOR
          NEW YORK NY 10020
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 31750      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/07/2012                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 7, 2012.

**EXHIBIT B**

TIME: 15:53:19
DATE: 11/07/12                                                                                                          PAGE:    1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| ALAN GRAY, INC. | 88 BROAD STREET BOSTON MA 02110-3407 |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: NATIONAL INDUSTRIES GROUP HOLDINGS C/O ATTESTOR CAPITAL LLP ATTN: ISOBELLE WHITE 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: CVI GVF LUX MASTER SARL C/O BANC OF AMERICA MERRILL LYNCH ATTN: JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: CVI GVF LUX MASTER SARL C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANCO DI NAPOLI S.P.A. | ATTN: DOMENICO VACCARO VIA TOLEDO, 177 NAPOLI 80132 ITALY |
| BOWERY INSTITUTIONAL OPPORTUNITY FUND L.P. | TRANSFEROR: ALAN GRAY, INC. ATTN: VLADIMIR JELISAVCIC 1325 AVENUE OF THE AMERICAS, 28TH FLOOR NEW YORK NY 10019 |
| BOWERY INSTITUTIONAL OPPORTUNITY FUND, L.P. | TRANSFEROR: CEPPI, MICHAEL ATTN: VLADIMIR JELISAVCIC 1325 AVENUE OF THE AMERICAS, 28TH FLOOR NEW YORK NY 10019 |
| C.M. LIFE INSURANCE COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| C.M. LIFE INSURANCE COMPANY | C/O MASSACHUSETTS MUTAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD MA 01115 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: ALADDIN RELATIVE VALUE CREDIT MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CEPPI, MICHAEL | C/O ALAN GRAY, INC. 88 BROAD STREET BOSTON MA 02110-3407 |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: GOLDENTREE EUROPEAN SELECT OPPORTUNITIES MASTER, LP 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| CREDIT SUISSE LOAN FUNDING LLC | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: CITADEL EQUITY FUND LTD. ATTN: ASHWINEE SAWH 11 MADISON AVENUE, 2ND FLOOR NEW YORK NY 10010 |
| CREDITO EMILIANO SPA | TRANSFEROR: BANCO DI NAPOLI S.P.A. ATTN: BERTRAND EFISIO VIA EMILIA S. PIETRO 4 REGGIO EMILIA 20121 ITALY |
| CRESCENT 1, L.P. | TRANSFEROR: TEJAS SECURITIES GROUP, INC. 399 PARK AVENUE NEW YORK NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: TEJAS SECURITIES GROUP, INC. 399 PARK AVENUE NEW YORK NY 10022 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: RAIFFEISEN BANK RT C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY SSTREET LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF LUX MASTER SARL | TRANSFEROR: B Y PARTNERS, L.P. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF LUX MASTER SARL | TRANSFEROR: BLACK RIVER EMERGING MARKETS CREDIT FUND LTD. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF LUX MASTER SARL | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF LUX MASTER SARL | TRANSFEROR: LISPENARD STREET CREDIT (MASTER) FUND LTD. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: TEJAS SECURITIES GROUP, INC. 399 PARK AVENUE NEW YORK NY 10022 |
| CYRUS SELECT OPPORTUNITY MASTER FUND | TRANSFEROR: TEJAS SECURITIES GROUP, INC. 399 PARK AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RIM FINANCE LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG,LONDON BRANCH | TRANSFEROR: SUNPOWER CORPORATION ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| EFG BANK AB (PUBL) | P.O. BOX 55963 STOCKHOLM S-102 16 SWEDEN |
| GOLDENTREE EUROPEAN SELECT OPPORTUNITIES MASTER, LP | C/O GOLDENTREE ASSET MGMT, LP 300 PARK AVE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE EUROPEAN SELECT OPPORTUNITIES MASTER, LP | BROWN RUDNICK LLP SEVEN TIMES SQUARE ATTN: TIMOTHY C. BENNETT, ESQ. NEW YORK NY 10036 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL C/O GOLDMAN SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: STATE STREET BANK AND TRUST COMPANY, C/O GOLDMAN, SACHS, & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 15:53:19  
DATE: 11/07/12  
PAGE: 2

# LEHMAN BROTHERS HOLDING INC.
## CREDITOR LISTING

| Name | Address |
| --- | --- |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HLF LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HLF LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HOF HOORNEMAN INVESTMENTS FUNDS NV (FOR SUBFUND PHOENIX FUND NV) | TRANSFEROR: YORVIK PARTNERS LLP C/O HOF HOORNEMAN BANKIERS OOSTHAVEN 52 GOUDA 2801 PE THE NETHERLANDS |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | TRANSFEROR: C.M. LIFE INSURANCE COMPANY C/O LEHMAN BROTHERS HOLDINGS INC. DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | TRANSFEROR: MASSACHUSETTS MUTUAL LIFE INSURANCE C/O LEHMAN BROTHERS HOLDINGS INC. DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | TRANSFEROR: MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY C/O LEHMAN BROTHERS HOLDINGS INC. DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | TRANSFEROR: MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY OBO C/O LEHMAN BROTHERS HOLDINGS INC. DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020 |
| MANGOLD FONDKOMMISSION AB | TRANSFEROR: EFG BANK AB (PUBL) ENGELBREKTSPLAN 2 P.O. BOX 55691 STOCKHOLM S-114 34 SWEDEN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | COMPANY O/B/O ITS FPD ALPHA BACKED NOTES SEPARATE ACCOUNT 1 ATTENTION: MICHELE KUNITZ 1500 MAIN STREET, TS28 SPRINGFIELD MA 01115 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD MA 01115 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | STEVEN LOZNER BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | O/B/O ITS FPD ALPHA BACKED NOTES SEPARATE ACCOUNT 1 ATTN: MICHELE KUNITZ 1500 MAIN STREET, TS28 SPRINGFIELD MA 01115 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY OBO | STEVEN LOZNER BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY OBO | FPD ALPHA-BACKED NOTES SEPARATE ACCOUNT 1 ATTN: MICHELE KUNITZ 1500 MAIN STREET, TS28 SPRINGFIELD MA 01115 |
| NATIONAL INDUSTRIES GROUP HOLDINGS | JAHRA STREET CROSSING AIRPORT ROAD PO BOX 417 SAFAT 13005 KUWAIT |
| QUEENSFERRY D LLC | TRANSFEROR: CVI GVF LUX MASTER SARL C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| QUEENSFERRY J LLC | TRANSFEROR: CVI GVF LUX MASTER SARL C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| QUEENSFERRY K LLC | TRANSFEROR: C.V.I G.V.F. LUX MASTER S.A.R.L. UK C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MATT STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| QUEENSFERRY M LLC | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| QUEENSFERRY Q LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| QUENSFERRY E LLC | TRANSFEROR: CVI GVF LUX MASTER SARL C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| RAIFFEISEN BANK RT | ATTN: MRS ZSUZSANNA VARGE BIRONE RAIFFEISEN BANK ZRT 6 AKADEMIA U BUDAPEST H-1054 HUNGARY |
| RIM FINANCE LLC | 150 N WACKER DR STE 2400 CHICAGO IL 60606-1609 |
| SOLA LTD | TRANSFEROR: C.V.I G.V.F. LUX MASTER S.A.R.L. UK C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE 11TH FLOOR NEW YORK NY 10022 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE 11TH FLOOR NEW YORK NY 10022 |
| STATE STREET BANK AND TRUST COMPANY, | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY, | O/B/O ABBEY LIFE ASSURANCE COMPANY LIMITED AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY, | O/B/O ABU DHABI INVESTMENT AUTHORITY AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY, | O/B/O BOSTON RETIREMENT BOARD ON BEHALF OF THE STATE BOSTON RETIREMENT SYSTEM AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY, | O/B/O BP PENSION TRUSTEES LIMITED AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |

TIME: 15:53:19
DATE: 11/07/12
PAGE: 3

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| STATE STREET BANK AND TRUST COMPANY, | O/B/O DB TRUSTEE SERVICES LIMITED, AS TRUSTEE FOR DB (UK) SENIOR PENSION SCHEME AND DB (UK) PENSION SCHEME AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY, | O/B/O EUROPEAN PATENT ORGANISATION AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY, | O/B/O FAMILY INVESTMENT MANAGEMENT LTD AS MANAGER AND STATE STREET TRUSTEES LIMITED AS TRUSTEE OF FAMILY CHARITIES ETHICAL TRUST AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY, | O/B/O FRANK RUSSELL COMPANY LIMITED ON BEHALF OF RUSSELL INVESMENT COMPANY PLC IN RESPECT OF THE STERLING BOND FUND AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY, | O/B/O FRANK RUSSELL COMPANY LTD ON BEHALF OF MULTI-STYLE, MULTI-MANAGER FUND PLC IN RESPECT OF THE SUB-FUND GLOBAL HIGH YIELD FUND AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY, | O/B/O KUWAIT INVESTMENT AUTHORITY AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY, | O/B/O SCOTTISH WIDOWS INVESTMENT PARTNERSHIP LTD ON BEHALF OF SCOTTISH WIDOWS PENSIONS MANAGEMENT (S.W.F.) LIMITED AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY, | O/B/O STATE STREET BANK AND TRUST COMPANY AS TRUSTEE OF THE DUPONT PENSION TRUST AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY, | O/B/O STATE STREET MANAGEMENT S.A. ON BEHALF OF SELECT INDEX SERIES FUND AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY, | O/B/O STATE STREET TRUSTEES LIMITED AND SCOTTISH WIDOWS INVESTMENT PARTNERSHIP LTD ON BEHALF OF SCOTTISH WIDOWS UK AND INCOME INVESTMENT FUNDS ICVC, AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY, | O/B/O STICHTING PENSIOENFONDS ABP AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY, | O/B/O STICHTING PHILIPS PENSIOENFONDS AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY, | O/B/O SUFFOLK COUNTY COUNCIL AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| TEJAS SECURITIES GROUP, INC. | TRANSFEROR: IBS TURNAROUND FUND, LP, THE 8226 BEE CAVES ROAD AUSTIN TX 78746 |
| TEJAS SECURITIES GROUP, INC. | TRANSFEROR: THE IBS OPPORTUNITY FUND (BVI) LTD 8226 BEE CAVES ROAD AUSTIN TX 78746 |
| YORVIK PARTNERS LLP | TRANSFEROR: PRIVATBANK IHAG ZURICH AG ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed    84