UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (JMP)
                                                                  :   (Jointly Administered)
                Debtors.                                          :
                                                                  :
-----------------------------------------------------------------x   Ref. Docket No. 31764, 31769,
                                                                      31771-31780, 31873, 31887, 31896,
                                                                      31898, 31903-31906

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 8, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Lauren Rodriguez
                                              Lauren Rodriguez

Sworn to before me this
9th day of November, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BANK OF AMERICA, N.A.
     C/O FREDRIC SOSNICK
     NED S. SCHODECK
     SHEARMAN & STERLING LLP
     599 LEXINGTON AVENUE
     NEW YORK NY 10022

Please note that your claim # 20105-04 in the above referenced case and in the amount of
     $24,524,020.38   allowed at $2,605,540.00        has been transferred **(unless previously expunged by court order)**

     SOLUS RECOVERY FUND LP
     TRANSFEROR: BANK OF AMERICA, N.A.
     C/O SOLUS ALTERNATIVE MANAGEMENT LP
     ATTN: SOLUS COMPLIANCE OFFICER
     410 PARK AVENUE, 11TH FLOOR
     NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 31903      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/08/2012                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 8, 2012.

**EXHIBIT B**

```
TIME: 19:07:42                                              LEHMAN BROTHERS HOLDING INC.                                                              PAGE:    1
DATE: 11/08/12                                                   CREDITOR LISTING

Name                                            Address
BANK OF AMERICA, N.A.                           C/O FREDRIC SOSNICK NED S. SCHODECK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
BARCLAYS BANK PLC                               ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: BARCLAYS BANK, SA ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BOISE LAND & TIMBER II, L.L.C.                  ATTN: DAVID G. GADDA, VICE PRESIDENT 1111 W. JEFFERSON ST, STE 300 BOISE ID 83728
BURLINGTON LOAN MANAGEMENT LIMITED              TRANSFEROR: YORVIK PARTNERS LLP C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET
                                                NEW YORK NY 10022
CATURRA ASSOCIATES, LLC                         TRANSFEROR: UBS AG, STAMFORD BRANCH C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
CATURRA ASSOCIATES, LLC                         TRANSFEROR: UBS AG, STAMFORD BRANCH C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
CREDIT SUISSE AG                                TRANSFEROR: UBS AG C/O CRAVATH, SWAINE & MOORE LLP ATTN: STEPHANIE R. TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
CVF LUX MASTER SARL                             TRANSFEROR: BARCLAYS BANK PLC C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET
                                                LONDON W1F 9LT UNITED KINGDOM
CVF LUX MASTER SARL                             TRANSFEROR: UBS AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET
                                                LONDON W1F 9LT UNITED KINGDOM
CVI GVF LUXEMBOURG TWELVE SARL                  TRANSFEROR: BRE BANK SA C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET
                                                LONDON W1F 9LT UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: CATURRA ASSOCIATES, LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)            TRANSFEROR: CVF LUX MASTER SARL ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
GAZPROMBANK MORTGAGE FUNDING 2 S.A.             TRANSFEROR: CLIFFORD CHANCE US LLP ATTENTION: JENNIFER C. DEMARCO ATTENTION: JENNIFER B. PREMISLER 31 W. 52ND STREET NEW YORK NY 10019
GAZPROMBANK MORTGAGE FUNDING 2 S.A.             ATTENTION: THE DIRECTORS 46A AVENUE J.F. KENNEDY L-1855 GRAND-DUTCHY OF LUXEMBOURG  LUXEMBOURG
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: STATE STREET BANK AND TRUST COMPANY, C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC             TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282
HCN LP                                          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                                NEW YORK NY 10022
ICCREA BANCA S.P.A.                             ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
ICCREA BANCA S.P.A.                             ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA  00178 ITALY
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: GAZPROMBANK MORTGAGE FUNDING 2 S.A. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
LAMP HAYMAN CAPITAL FUND                        TRANSFEROR: BARCLAYS BANK PLC C/O HAYMAN CAPITAL MANAGEMENT, LP ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400
                                                DALLAS TX 75201
MARIO, GOZZZOLI AND IONNE, RESCA                TRANSFEROR: ICCREA BANCA S.P.A. VIA ARGINE PANIZZZA 57 CREMONA-CR  ITALY
QUEENSFERRY B LLC                               TRANSFEROR: CVI GVF LUXEMBOURG TWELVE SARL C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                NEW YORK NY 10019
SOLUS RECOVERY FUND LP                          TRANSFEROR: BANK OF AMERICA, N.A. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                          TRANSFEROR: BANK OF AMERICA, N.A. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR
                                                NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP          TRANSFEROR: BANK OF AMERICA, N.A. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP          TRANSFEROR: BANK OF AMERICA, N.A. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
STATE STREET BANK AND TRUST COMPANY,            AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111
STATE STREET BANK AND TRUST COMPANY,            O/B/O MAGYAR NEMZETI (FORMERLY KNOWN AS NATIONAL BANK OF HUNGARY) AND, ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD
                                                1 LINCOLN STREET SFC 32 BOSTON MA 02111
STATE STREET BANK AND TRUST COMPANY,            O/B/O NATIONWIDE BUILDING SOCIETY AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111
STATE STREET BANK AND TRUST COMPANY,            O/B/O NORGES BANK AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111
UBS AG                                          BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                          ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
WELLS FARGO BANK NORTHWEST, N.A., AS            TRANSFEROR: BOISE LAND & TIMBER II, L.L.C. ATTN: CORPORATE TRUST SERVICES 299 SOUTH MAIN STREET, 12TH FLOOR SALT LAKE CITY UT 84111
INDENTURE TRUSTEE
YORVIK PARTNERS LLP                             TRANSFEROR: ELQ PORTEFEUILLE 1 BV 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM


Total Number of Records Printed     37                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```