WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
 : 
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : 08-13555 (JMP)
 : 
Debtors. : (Jointly Administered)
 : 
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE**
**NINETY-SECOND OMNIBUS OBJECTION TO CLAIMS (NO**
**BLOCKING NUMBER LPS CLAIMS) AND SUPPLEMENT TO THE NINETY**
**SECOND OMNIBUS OBJECTION TO CLAIMS SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) [ECF No. 14472] that was scheduled for November 14, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to November 20, 2012 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on November 20, 2012 will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing may be further adjourned from time to time without further notice other than an announcement at the hearing.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Supplement to the Ninety Second Omnibus Objection to Claims [ECF No. 31050] that was scheduled for

November 14, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit B attached hereto, to November 20, 2012 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on November 20, 2012 will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: November 9, 2012
       New York, New York

                                          /s/ Robert J. Lemons
                                          Robert J. Lemons

                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone: (212) 310-8000
                                          Facsimile: (212) 310-8007

                                          Attorneys for Lehman Brothers Holdings Inc.
                                          and Certain of Its Affiliates

# Exhibit A

## Claims Adjourned to the November 20, 2012 Hearing
## With Respect to the Ninety-Second Omnibus Objection to Claims:

| Claimant Name | Claim Number |
|---|---|
| BIESEMANN, DR. JOERG | 13624 |
| GETTE, HELENE | 12444 |
| ISHII, HIROICHI AND HELLA | 13602 |
| KAPALLA, KURT | 12448 |
| KLUG, KLAUS | 12442 |
| KUHNAST, FRANK-ROLAND | 67258 |
| LUCKS, IIONA | 24996 |
| LUKOSCHEK, WOLFGANG | 13611 |
| RUTTENER, JUERG FOR RUETTENER, HANNELORE | 67267 |
| RUTTENER, JUERG FOR RUETTENER, HANS | 67265 |
| STEINFORT, SILVIA | 11202 |
| UTTENDORF, WILFRIED | 57811 |
| WEISS, RENATE | 11212 |
| WILDERBRAND, PETER | 13609 |

## Exhibit B

## Claims Adjourned to the November 20, 2012 Hearing With
## Respect to the Supplement to the Ninety-Second Omnibus Objection to Claims:

| Claimant Name | Claim Number |
| --- | --- |
| AMONN-DINGER, VERENA | 11169 |
| BAYER, DR. INGEBORG | 12425 |
| BAYER, DR. INGEBORG | 12426 |
| FASSBENDER, MARIA | 13638 |
| FETKENHEUER, LOTHAR | 67257 |
| GANSER, ALBERT | 24995 |
| HASSE, KLAUS-DIETER | 13628 |
| HEINZEN, HANS | 11178 |
| HIRSCH, KURT | 11179 |
| JAHN, URSULA & HORST | 24987 |
| JANSEN, WALTER | 34350 |
| JANSEN, WALTER | 34347 |
| KOECHLING, HERMANN | 11184 |
| KRAWINKEL, ODO | 12427 |
| KRAWINKEL, ODO | 12428 |
| LEWIN, JOERG | 34348 |
| MASTALEREK, MICHAEL | 11187 |
| NOERRENBERG-SUDHAUS, WERNER | 11190 |
| OBERKERSCH, BEATRICE | 11191 |
| RAMPOLD, HEIDRUN ELISABETH | 11193 |
| RODRIGUEZ, KARSTEN | 13621 |

| Claimant Name | Claim Number |
|---|---|
| SCHIENER, FRIEDBERT WALTER UND HANNELORE EDELTRAUT | 11196 |
| SCHMIDT, KARIN | 11197 |
| SCHMIDT, RA PETRA | 11198 |
| SCHWEBIUS, SANDRA | 11199 |
| SCHWERDT, KORINNA, DR. | 61158 |
| SPERZEL, SUSANNE | 12443 |
| SPRINGER, WERNER | 13623 |
| STANGE, HANS-JOACHIM | 12440 |
| STEINFORT, SILVIA | 11201 |
| STEINFORT, SILVIA | 11203 |
| VOLK, HELMUT UND ANNEMARIE | 11209 |
| VON DER HEYDE, PHILIP | 11210 |
| WARTAK, BEATE | 11211 |
| WEIDLICH, JOERG | 13642 |
| WIPPERN, MARGIT | 13619 |
| WITTIG, HANSPETER | 57824 |
| WOLSKI, MIECZYSLAW | 61159 |
| WOLSKI, MIECZYSLAW | 61160 |
| WOLSKI, MIECZYSLAW | 61191 |
| ZELLINGER, ERNST | 11224 |