ANNEX 2
LBHI TRANSFER NOTICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Butsem SA ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $1,515,403.00 | 13805 |
| $297,119.00 | 13804 |

have been transferred and assigned to CVI GVF (Lux) Master S.A.R.L. ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVI GVF (Lux) Master S.A.R.L.
Address: C/o Carval Investors UK Limited
3rd Floor, 25 Great Pulteney Street
London
W1F 9LT
United Kingdom
BY CARVAL INVESTORS UK LIMITED
Signature: _____
Name: DAVID SHORT
Title: OPERATIONS MANAGER
Date:

SELLER: Butsem SA
Address: De La Guardia
PO Box 4150
Panama City

Signature: _____
Name: _____
Title: _____
Date: _____

ANNEX 2
LBHI TRANSFER NOTICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Butsem SA ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $1,515,403.00 | 13805 |
| $297,119.00 | 13804 |

have been transferred and assigned to CVI GVF (Lux) Master S.A.R.L. ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVI GVF (Lux) Master S.A.R.L.
Address: C/o Carval Investors UK Limited
3rd Floor, 25 Great Pulteney Street
London
W1F 9LT
United Kingdom

Signature:
Name:
Title:
Date:

SELLER: Butsem SA
Address: De La Guardia
PO Box 4150
Panama City

Signature: [signed]
Name: ANDRES ESCARPENTER
Title: Power of Attorney
Date: 2nd November 2012

[signed]
MARIA TERESA FERRAN
Power of Attorney
2nd November 2012