# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

November 12, 2012

**Peter Gruenberger**
212-310-8555
peter.gruenberger@weil.com

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Re: **ADR Procedures Order Dated 9/17/09 ("Order")**
    **Thirty-Sixth Status Report**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the thirty-sixth) to the Court pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. Debtors will file this report on the docket in advance of the November 12, 2012 omnibus hearing.

In the 35 days following the last report, Debtors served ten additional ADR Notices in Tier I. When added to the total Notices served in Tier Two, the total number of Notices served is now 274. During the immediately past reporting period, Debtors achieved settlements with counterparties in two ADR matters, both as a result of mediation. Upon closing of such settlement, Debtors will have received an aggregate total of $1,334,357,056 new dollars for the Debtors' estates. Settlements have been achieved in 232 ADR matters involving 257 counterparties.

Honorable James M. Peck  
November 12, 2012  
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 93 ADR matters that have reached the mediation stage in Tier One and have been concluded, 88 have been settled in mediation. Only five Tier One mediations have terminated without settlement. Eight additional Tier One mediations have been scheduled to commence on the following dates: November 19 and 27; December 6, 7, 12, 13 and 14, 2012; and January 31, 2013.

Respectfully submitted,

*[signature]*

Peter Gruenberger  
WEIL, GOTSHAL & MANGES LLP  
Attorneys for Debtors  
and Debtors in Possession

PG:mp

cc:  Jacob Esher, Esq.  
　　 James Freund, Esq.  
　　 David Geronemus, Esq.  
　　 Ralph Mabey, Esq.  
　　 David Cohen, Esq.  
　　 (all cc's via E-mail)