WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (JMP)
                                          :
              Debtors.                    :   (Jointly Administered)
                                          :
                                          :
------------------------------------------------------------x
```

### AMENDED NOTICE OF ADJOURNMENT OF MATTERS SCHEDULED
### FOR CLAIMS HEARING ON OCTOBER 31, 2012 AT 10:00 A.M.

**PLEASE TAKE NOTICE** that the claims hearing that was scheduled for October 31, 2012 at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing") **has been adjourned to November 14, 2012 at 10:00 a.m. (Prevailing Eastern Time)** solely for the matters set forth on Exhibit A hereto.

**PLEASE TAKE FURTHER NOTICE** that the Hearing **has been adjourned to December 12, 2012 at 10:00 a.m. (Prevailing Eastern Time)** solely for the matters set forth on Exhibit B hereto.

**PLEASE TAKE FURTHER NOTICE** that the aforesaid hearings will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearings may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: November 12, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

# Exhibit A

## Matters Scheduled for November 14, 2012

1. Objection to Claim No. 17763 Filed by Laurel Cove Development, LLC **[ECF No. 29187]**.

2. Notice of Scheduling of Merits Hearing With Respect to Proofs of Claim Number 55396, 41225, and 60352 [ECF No. 30909].

3. **Ninety-Second Omnibus Objection to Claims [ECF No. 14472] and Supplement to the Ninety-Second** Omnibus Objection to Claims **[ECF No. 31050]** with respect to the claims listed on the Amended Notice of Hearing on Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) and Supplement to the Ninety Second Omnibus Objection to Claims Solely as to Certain Claims **[ECF No. 31634]** and the Notice of Hearing on Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) Solely as to Certain Claim **[ECF No. 31753]**.

4. **Three Hundred Twentieth** Omnibus Objection to Claims (No Liability Rose Ranch LLC Claims) **[ECF No. 29292]** solely with respect to Claim No. 24572.

5. Debtors' **Three Hundred Twenty-Ninth** Omnibus Objection to Claims (Misclassified Claims) **[ECF No. 29324]** solely with respect to the response of Theresa Carpenter **[ECF No. 30080]**.

6. **Three Hundred Fifty-Seventh** Omnibus Objection to Claims (Misclassified Claims) [ECF No. 31048].

3

## Exhibit B

## Matters Scheduled for December 12, 2012

1. Debtors' **One Hundred Forty-Third** Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 16856]** solely with respect to the following claims:

| Claim Number | Claimant Name |
|---|---|
| 43935 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES |
| 43936 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES |
| 43937 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES |
| 43938 | ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. |
| 43939 | ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. |
| 43940 | SANFORD C. BERNSTEIN FUND, INC. - |
| 43941 | SANFORD C. BERNSTEIN FUND, INC. - |
| 43942 | ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - |
| 43943 | ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - |
| 43944 | ALLIANCE BERNSTEIN BOND FUND, INC. |
| 43945 | ALLIANCE BERNSTEIN BOND FUND, INC. |
| 43946 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES |
| 43947 | SANFORD C. BERNSTEIN FUND II, INC. - |
| 43948 | SANFORD C. BERNSTEIN FUND II, INC. - |
| 43949 | ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)- |
| 43950 | ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)- |
| 43952 | ACM GLOBAL CREDIT - U.S. SUB-FUND |

2. Debtors' **One Hundred Ninety-Eighth** Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 19902] solely with respect to the following claims:

| Claim Number | Claimant Name |
|---|---|
| 43934 | PHILIPS PENSION TRUSTEES LTD, |

3. **Three Hundred Fifty-Eighth** Omnibus Objection to Claims (Improper Amendment Claims) **[ECF No. 31049]** with respect to the claims of John E. Martinelli, Claim Nos. 27352, 67833, 68116, and 68117.