WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
**In re**  :  **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :  **08-13555 (JMP)**
:
Debtors.  :  **(Jointly Administered)**
:
------------------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF THE
### THREE HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION TO
### CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Twenty-Fourth Omnibus Objection to Claims (No Liability Claims) [ECF No. 29296] that was scheduled for November 20, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to January 30, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an

US_ACTIVE:\44135434\1\58399.0011

announcement at the Hearing.

Dated: November 12, 2012
      New York, New York

    /s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

## Exhibit A

## Adjourned Claims:

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| LEAPFROG ENTERPRISES, INC. | 30530 |
| COMVERSE TECHNOLOGY, INC. | 30597 |
| INTERSIL HOLDING GMBH, A SWISS CORPORATION | 32149 |
| INTERSIL EUROPE SARL, A SWISS CORPORATION | 32150 |
| INTERSIL INVESTMENT COMPANY, A DELAWARE CORPORATION | 32151 |
| XICOR, LLC, A DELAWARE LIMITED LIABILITY COMPANY | 32152 |
| INFOSPACE, INC., A DELAWARE CORPORATION | 33185 |