CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE NO. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

Claims have been filed in this case or deemed filed under 11 U.S.C. §1111(a). Pursuant to an Instrument of Appointment by and among Wilmington Trust Company and U.S. Bank National Association dated as of October 12, 2012, U.S. Bank National Association succeeded Wilmington Trust Company (the "*Transferor*") as Trustee. The following claims have been transferred to U.S. Bank National Association, and U.S. Bank National Association, as Trustee (the "*Transferee*") should be substituted as Trustee thereunder.

This Transfer Statement relates to the following trusts and claims:

3293353.01.01.doc

| Trust- Name on Original Proof of Claim | Debtor | Claim Number |
|---|---|---|
| Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-14 | STRUCTURED ASSET SECURITIES CORPORATION | 21104 |
| Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-14 | LEHMAN BROTHERS HOLDINGS INC. | 21105 |
| Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-6 | STRUCTURED ASSET SECURITIES CORPORATION | 21106 |
| Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-6 | LEHMAN BROTHERS HOLDINGS INC. | 21107 |
| Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-20 | STRUCTURED ASSET SECURITIES CORPORATION | 21108 |
| Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-20 | LEHMAN BROTHERS HOLDINGS INC. | 21109 |
| Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-19XS | STRUCTURED ASSET SECURITIES CORPORATION | 21110 |
| Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-19XS | LEHMAN BROTHERS HOLDINGS INC. | 21111 |
| Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-11XS | LEHMAN BROTHERS HOLDINGS INC. | 21112 |
| Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-11XS | STRUCTURED ASSET SECURITIES CORPORATION | 21113 |
| Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-9XS | LEHMAN BROTHERS HOLDINGS INC. | 21114 |
| Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-9XS | STRUCTURED ASSET SECURITIES CORPORATION | 21115 |
| Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-7 | LEHMAN BROTHERS HOLDINGS INC. | 21116 |
| Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-7 | STRUCTURED ASSET SECURITIES CORPORATION | 21117 |
| Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-1 | LEHMAN BROTHERS HOLDINGS INC. | 21118 |

| | | |
|---|---|---|
| Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-1 | STRUCTURED ASSET SECURITIES CORPORATION | 21119 |
| Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2007-14H | LEHMAN BROTHERS HOLDINGS INC. | 21120 |
| Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2007-14H | STRUCTURED ASSET SECURITIES CORPORATION | 21121 |
| Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2007-6 | LEHMAN BROTHERS HOLDINGS INC. | 21122 |
| Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2007-6 | STRUCTURED ASSET SECURITIES CORPORATION | 21123 |
| Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2007-3 | LEHMAN BROTHERS HOLDINGS INC. | 21124 |
| Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2007-3 | STRUCTURED ASSET SECURITIES CORPORATION | 21125 |
| Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2007-1 | LEHMAN BROTHERS HOLDINGS INC. | 21126 |
| Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2007-1 | STRUCTURED ASSET SECURITIES CORPORATION | 21127 |
| Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2006-20 | STRUCTURED ASSET SECURITIES CORPORATION | 21128 |
| Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2006-20 | LEHMAN BROTHERS HOLDINGS INC. | 21129 |
| Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2006-19 | LEHMAN BROTHERS HOLDINGS INC. | 21130 |
| Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2006-19 | STRUCTURED ASSET SECURITIES CORPORATION | 21131 |
| Lehman Mortgage Trust, Mortgage Pass-Through Certificates, Series 2005-3 | LEHMAN BROTHERS HOLDINGS INC. | 21132 |
| Lehman Mortgage Trust, Mortgage Pass-Through Certificates, Series 2005-3 | STRUCTURED ASSET SECURITIES CORPORATION | 21133 |
| Lehman ABS Corporation, Mortgage Pass-Through Certificates, Series 2003-1 | LEHMAN BROTHERS HOLDINGS INC. | 21134 |

**NAME AND ADDRESS WHERE NOTICES TO TRANSFEREE SHOULD BE SENT:**

Timothy Pillar
U.S. Bank National Association
Corporate Trust Services
EP-MN-WS1D
60 Livingston Avenue
St. Paul, Minnesota 55107
(P) (651) 466-5866
timothy.pillar@usbank.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Dated: November __, 2012

                                           Respectfully submitted,

                                           U.S. BANK NATIONAL ASSOCIATION, not individually but as Trustee

                                           By: _____

                                           Printed Name: Timothy Pillar
                                                                Vice President

                                           Its: _____

ACKNOWLEDGEMENT

Transferor hereby waives any notice or hearing requirements imposed by, inter alia, Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Transfer and Transferee as the valid owner of the Claims listed above. All future payments and distributions, and all notices and other communications, with respect of the Claims listed above are to be made to Transferee.

WILMINGTON TRUST COMPANY

By: _____

Printed Name: __Adam B. Scozzafava__
                Assistant Vice President
Its: _____

Address: _1100 North Market St_
_Wilmington, DE 19890_