WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
                                              :
**In re**                                     :   **Chapter 11 Case No.**
                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :   **08-13555 (JMP)**
                                              :
             Debtors.                         :   **(Jointly Administered)**
                                              :
--------------------------------------------------------------------x
                                              :
**In re**                                     :
                                              :   **Case No.**
**LEHMAN BROTHERS INC.**,                     :
                                              :   **08-01420 (JMP) (SIPA)**
             Debtor.                          :
                                              :
--------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR THE COMBINED FIFTY-FIFTH OMNIBUS**
<u>**AND CLAIMS HEARING ON NOVEMBER 14, 2012 AT 10:00 A.M.**</u>

US_ACTIVE:\44124827\3\58399.0011

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## MATTERS TO BE HEARD AT 10:00 A.M.

**I.    UNCONTESTED FEE HEARING MATTERS:**

1. Notice of Final Applications of Retained Professionals for Final Allowance and Approval of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from September 15, 2008 to March 6, 2012 **[ECF Nos. 31901]**

    Retained Professionals:

    A.  Alvarez & Marsal North America, LLC

    B.  Bortstein Legal LLC

    C.  Bracewell & Giuliani LLP

    D.  Clyde Click, P.C.

    E.  Dechert LLP

    F.  Deloitte Tax LLP

    G.  Ernst & Young LLP

    H.  Fried, Frank, Harris, Shriver & Jacobson LLP

    I.  Gianni, Origoni, Grippo, Cappelli & Partners

    J.  Hardinger & Tanenholz LLP

    K.  Houlihan Lokey Howard & Zukin Capital, Inc.

    L.  Kasowitz, Benson, Torres & Friedman LLP

    M.  Kleyr Grasso Associes

    N.  Kramer Levin Naftalis & Frankel LLP

    O.  Krebsbach & Snyder, P.C.

    P.  Latham & Watkins LLP

2

    Q.    Locke Lord Bissell & Liddell LLP

    R.    MMOR Consulting, Inc.

    S.    Momo-o, Matsuo & Namba

    T.    Moulton Bellingham PC

    U.    Paul Hastings LLP (fka Paul Hastings Janofsky & Walker LLP)

    V.    PricewaterhouseCoopers LLP

    W.    Reed Smith LLP

    X.    Richard Sheldon, Q.C.

    Y.    Simpson Thacher & Bartlett LLP

Related Document:

    Z.    Fee Committee's Summary Report on Uncontested Final Fee Applications **[ECF No. 31851]**

Status:  This matter is going forward with respect to the retained professionals that are identified above.

## II.    CONTESTED OMNIBUS HEARING MATTERS:

2.    Plan Administrator's Cross-Motion to Compel Giants Stadium LLC to Comply with Rule 2004 Subpoenas and Objection to Giants Stadium's Motion to Quash the Rule 2004 Subpoenas **[ECF No. 31652]**

Response Deadline:    November 8, 2012 at 4:00 p.m.

Response Received:

    A.    Reply of Giants Stadium LLC to Debtors' Objection to the Motion of Giants Stadium LLC to Quash Debtors Subpoenas Issued Under Federal Rule of Bankruptcy Procedure 2004 and Objection of Giants Stadium LLC to Debtors Cross-Motion to Compel Compliance with the Same  **[ECF No. 31949]**

Related Documents:

    B.    Reply Memorandum in Support of the Plan Administrators Cross-Motion to Compel**[ECF No. 32015]**

3

          C.    Declaration of Michael J. Firestone in Support of the Plan Administrator's Cross-Motion **[ECF No. 31653]**

    Status: This matter is going forward.

3.    Motion to Quash A Subpoena filed by Bruce E. Clark on behalf of Giants Stadium LLC **[ECF No. 31339]**

    Response Deadline:    October 24, 2012 at 4:00 p.m.

    Response Received:

          A.    Plan Administrator's Cross-Motion to Compel Giants Stadium LLC to Comply with Rule 2004 Subpoenas and Objection to Giants Stadium's Motion to Quash the Rule 2004 Subpoenas **[ECF No. 31652]**

    Related Documents:

          B.    Reply of Giants Stadium LLC to Debtors' Objection to the Motion of Giants Stadium LLC to Quash Debtors Subpoenas Issued Under Federal Rule of Bankruptcy Procedure 2004 and Objection of Giants Stadium LLC to Debtors Cross-Motion to Compel Compliance with the Same **[ECF No. 31949]**

          C.    Declaration of Matthew A. Schwartz in Support of Motion to Quash a Subpoena **[ECF No. 31340]**

          D.    Declaration of Matthew A. Schwartz in Further Support of the Motion of Giants Stadium LLC **[ECF No. 31950]**

    Status: This matter is going forward.

4.    Amended Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004 **[ECF No. 31105]**

    Response Deadline:    October 3, 2012 at 4:00 p.m.

    Responses Received:

          A.    Plan Administrator's Objection to Giants Stadium LLC's Amended Motion **[ECF No. 31767]**

          B.    Debtors' Objection to Giant Stadium LLC's Original Motion **[ECF No. 16680]**

4

        C.        Statement of SIPA Trustee Regarding Amended Motion **[ECF No. 32024]**

Related Documents**:**

        D.        Reply of Giants Stadium LLC to Debtors' Objection **[ECF No. 32014]**

Status:  This matter is going forward.

## SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS

### III.    UNCONTESTED MATTERS:

5. Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Entry of an Order Approving Settlement Agreement Between the Trustee and Lehman Brothers Finance AG, in Liquidation (a/k/a Lehman Brothers Finance SA, in Liquidation) [**LBI ECF No. 5362**]

    Response Deadline:   October 25, 2012 at 4:00 p.m.

    Responses Received:  None.

    Related Document:

        A.    Notice of Revised Proposed Order [**LBI ECF No. 5408**]

    Status: This matter will be heard in conjunction with matter number 11 on the agenda.

6. Trustee's Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of General Creditor Claim (I) Objections Procedures and (II) Settlement Procedures [**LBI ECF No. 5392**]

    Response Deadline:  November 7, 2012 at 4:00 p.m., extended by agreement for certain parties to November 12, 2012 at 5:00 p.m.

    Responses Received:  None to date.

    Related Document:

        A.    Notice of Revised Proposed Order [**LBI ECF No. 5431**]

    Status:  This matter is going forward solely as it relates to the Objection Procedures.  The hearing on the Settlement Procedures is adjourned to December 12, 2012.

5

**IV.   UNCONTESTED CLAIMS MATTERS:**

7.  Debtors' Three Hundred Fifty-Seventh Omnibus Objection to Claims (Misclassified Claims) **[ECF No. 31048]**

    Response Deadline:   October 22, 2012 at 4:00 p.m.

    Responses Received:   None.

    Status: This matter is going forward on an uncontested basis.

**V.   CONTESTED CLAIMS MATTERS:**

8.  Objection to Claim No. 17763 Filed by Laurel Cove Development, LLC **[ECF No. 29187]**

    Response Deadline:   August 9, 2012 at 4:00 p.m.

    Response Received:

        A.   Response to Motion Laurel Cove Development, LLCs Response to Lehman Brothers Holdings Inc.'s Objection to Claim No. 17763 **[ECF No. 29912]**

    Related Documents:

        B.   Plan Administrator's Reply to Laurel Cove Development, LLC's Response to Objection to Claim No. 17763 **[ECF No. 31031]**

        C.   Declaration of TriMont Real Estate Advisors as Servicer of the Construction Loan Provided to Laurel Cove Development, LLC **[ECF No. 31493]**

    Status: This matter is going forward.

9.  Three Hundred Twentieth Omnibus Objection to Claims (No Liability Rose Ranch LLC Claims) **[ECF No. 29292]**

    Response Deadline:   August 9, 2012 at 4:00 p.m.

    Resolved Response:

        A.   Response to Debtors Three Hundred Twentieth Omnibus Objection to Claims (No Liability LB Rose Ranch LLC Claims) **[ECF No. 30076]**

    Response Received:

6

      B.    Response to Debtors Three Hundred Twentieth Omnibus Objection to Claims (No Liability LB Rose Ranch LLC Claims) In re: Claim No. 24572 **[ECF No. 30086]**

Related Document:

      C.    Notice of Withdrawal **[ECF No. 29837]**

Status:  This matter is going forward on a contested basis with respect to Claim No. 24572.

10.    Debtors' Three Hundred Twenty-Ninth Omnibus Objection to Claims (Misclassified Claims) **[ECF No. 29324]**

Response Deadline:    August 9, 2012 at 4:00 p.m.

Response Received:

      A.    Response of Theresa Carpenter **[ECF No. 30080]**

Status:  This matter is going forward on a contested basis solely with regard to the above response.

## IN RE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION  [CASE NO. 09-10583]

11.    Motion for an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving the Settlement with Lehman Brothers Inc.  **[ECF No. 43]**

Response Deadline:    October 25, 2012 at 4:00 p.m.

Responses Received:  None.

Related Document:

      A.    Notice of Filing of Revised Proposed Order **[ECF No. 46]**

      B.    Notice of Filing of Further Revised Proposed Order **[ECF No. 47]**

Status:  This matter will be heard in conjunction with matter number 5 on the agenda.

US_ACTIVE:\44124827\3\58399.0011

**MATTERS TO BE HEARD AT 2:00 P.M.**

VI.  **ADVERSARY PROCEEDINGS:**

12.  Turnberry Centra Sub, LLC, *et al.* v. Lehman Brothers Holdings Inc., *et al.* **[Adversary Case No. 09-01062]**

**MOTION TO RECONSIDER**

Related Documents:

A.  Plaintiffs' Motion to Reargue and for Reconsideration of a Portion of the Court's August 30, 2012 Order that Dismissed Count III of the Amended Complaint Sounding in Promissory Estoppel, and, in the Alternative, for Leave to Amend **[ECF No. 78]**

B.  Lehman's Opposition to Plaintiffs' Motion to Reargue **[ECF No. 81]**

Status:  This matter is going forward.

VII.  **ADJOURNED MATTERS:**

A.  **Lehman Brothers Holdings Inc.**

13.  Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[ECF No. 11513]**

Response Deadline:    February 9, 2011 at 4:00 p.m.

Responses Received:

A.  Debtors' Objection **[ECF No. 14398]**

B.  Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[ECF No. 14462]**

Related Documents:

C.  Affidavit of Michael E. Busch, Esq. in Support of Motion **[ECF No. 11514]**

D.  Declaration of Christopher Milenkevich in Support of Debtors' Objection **[ECF No. 14454]**

Status:  This matter has been adjourned to December 12, 2012 at 10:00 a.m.

8

14. Supplement to the Ninety-Second Omnibus Objection to Claims **[ECF No. 31050]**

    Response Deadline:    October 22, 2012 at 4:00 p.m.

    Responses Received:

    A.  Creditors Consolidated Opposition to Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims), and Memorandum in Support **[ECF No. 27528]**

    Related Document:

    B.  Debtors' Reply **[ECF No. 31752]**

    Status:  This matter has been adjourned to December 20, 2012 at 10:00 a.m.

15. Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 14492]**

    Response Deadline:    March 16, 2011 at 4:00 p.m.

    Adjourned Response:

    A.  Response of Deutsche Bank National Trust Company **[ECF No. 17879]**

    Related Documents:

    B.  Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 14502]**

    C.  Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Claim Nos. 16353 and 16389 **[ECF No. 25371]**

    D.  Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Certain Claims **[ECF No. 26901]**

    Status:  The hearing on the objection to the claims identified on Exhibit 1 has been adjourned to November 20, 2012 at 10:00 a.m.

16. Debtors' One Hundred Twenty-Fifth Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 16079]**

    Response Deadline:    May 18, 2011 at 4:00 p.m.

9

Adjourned Response:

    A.    Response of Wilmington Trust Company **[ECF No. 17886]**

Related Document:

    B.    Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 16080]**

Status: The hearing on the objection to the claims identified above has been adjourned to November 20, 2012 at 10:00 a.m.

17. Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 16856]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Related Documents:

    A.    Response of Alliance Bernstein L.P. to Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 17710]**

    B.    Notice of Hearing on One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 30856]**

    C.    LBHI's Reply to Responses of Alliancebernstein L.P. to Debtors' One Hundred Forty-Third and One Hundred Ninety-Eighth Omnibus Objections to Claims (Late-Filed Claims) **[ECF No. 31705]**

Status: This matter has been adjourned to December 12, 2012 at 10:00 a.m.

18. Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16865]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Status: The hearing for Claim Nos. 12589 and 12590 has been adjourned to November 20, 2012.

19. Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims **[ECF No. 19902]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Related Documents:

10

    A.    Response of Alliance Bernstein L.P. to Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 20799]**

    B.    Notice of Hearing on One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 30857]**

    C.    LBHI's Reply to Responses of Alliancebernstein L.P. to Debtors' One Hundred Forty-Third and One Hundred Ninety-Eighth Omnibus Objections to Claims (Late-Filed Claims) **[ECF No. 31705]**

Status:  This matter has been adjourned to December 12, 2012 at 10:00 a.m.

20. Debtors' Two Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 20886]**

Response Deadline:  November 17, 2011 at 4:00 p.m.

Status:  The hearing for Claim Nos. 32089 and 32101 has been adjourned *sine die*.

21. Three Hundred Seventeenth Omnibus Objection to Claims (No Liability LBL Employee Claims) **[ECF No. 28441]**

Response Deadline:  July 6, 2012 at 4:00 p.m.

Status:  The hearing for Claim No. 12755 has been adjourned to November 20, 2012.

22. Three Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 29323]**

Response Deadline:  August 9, 2012 at 4:00 p.m.

Adjourned Response:

    A.    Response of Spanish Broadcasting, Inc. **[ECF No. 30907]**

Status:  This matter is adjourned to December 19, 2012 at 10:00 a.m.

23. Three Hundred Forty-Sixth Omnibus Objection to Claims (Securities Claims) **[ECF No. 30062]**

Response Deadline:  September 13, 2012 at 4:00 p.m.

Status:  This matter is adjourned to November 20, 2012 at 10:00 a.m.

11

24. Three Hundred Forty-Ninth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 31039]**

    Response Deadline:    October 22, 2012 at 4:00 p.m.

    Status:  This matter is adjourned to November 20, 2012 at 10:00 a.m.

25. Objection to Proofs of Claim Number 14824 and 14826 **[ECF No. 30055]**

    Response Deadline:    September 15, 2012 at 4:00 p.m.

    Adjourned Response:

        A.    Response of Canary Wharf **[ECF No. 31341]**

    Status:  This matter is adjourned to December 19, 2012 at 10:00 a.m.

26. Three Hundred Fifty-Eighth Omnibus Objection to Claims (Improper Amendments) **[ECF No. 31049]**

    Response Deadline:    October 22, 2012 at 4:00 p.m.

    Related Document:

        A.    Response of John Martinelli Opposing the Debtors' Three Hundred Fifty-Eighth Omnibus Objection to Claims **[ECF No. 29560]**

    Status:  This matter is adjourned *sine die* to a date to be determined with respect to Claim Nos. 27352, 67833, 68116, and 68117.

27. Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. **[ECF No. 20087]**

    Response Deadline:    October 17, 2011 at 4:00 p.m.

    Adjourned Response:

        A.    Response of Syncora Guarantee, Inc. **[ECF No. 20915]**

    Related Documents:  None.

    Status:  The hearing on the objection to the claim identified above has been adjourned to November 20, 2012 at 10:00 a.m.

28. Motion Pursuant to Section 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc. **[ECF No. 16294]**

12

Responses Received:

    A.    Response of Peter Weiss/Renate Anna (Claim Number 41225)

    B.    Response of Aggeliki Bartzi and Christos Konstas (Claim Number 55396)

    C.    Response of Fundacion Isla Couto (Claim Number 60352)

Related Documents:

    D.    Order Pursuant to Section 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Procedures for the Determination of the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc**. [ECF No. 19120]**

    E.    Notice of Scheduling of Merits Hearing With Respect to Proofs of Claim Number 55396, 41225, and 60352 **[ECF No. 30909]**

    F.    Reply to Responses of Peter Weiss/Renate Anna, Fundacion Isla Cuto, Aggeliki Bartzi, and Christos Konstas to Notice of Proposed Allowed Claim Amount for Proofs of Claim Number 55396, 41225, and 60352 **[ECF No. 31757]**

Status:  This matter has been adjourned to November 20, 2012 at 10:00 a.m.

**B.**     **Adversary Proceedings**

29.    LBHI and LBCC v. Ford Global Treasury, Inc. **[Adversary Case No. 12-01877]**

**PRE-TRIAL CONFERENCE**

Related Documents:

    A.    Adversary Complaint **[ECF No. 1]**

    B.    Summons with Notice of Pre-Trial Conference **[ECF No. 2]**

    C.    Motion Ford Global Treasury, Inc. to Dismiss Adversary Proceeding **[ECF No. 6]**

    D.    Memorandum of Law in Support of Defendant's Motion to Dismiss **[ECF No. 7]**

    E.    Defendant Ford Global Treasury, Inc.'s Motion to Withdraw Reference **[ECF No. 8]**

      F.      Memorandum of Law in Support of Defendant Ford Global Treasury, Inc.'s Motion to Withdraw Reference **[ECF No. 9]**

Status:  This matter has been adjourned to December 12, 2012 at 10:00 a.m.

30.    Official Committee of Unsecured Creditors of LBHI, et al. v. JPMorgan Chase Bank, N.A. **[Adversary Case No. 12-01874]**

**PRE-TRIAL CONFERENCE**

Related Documents:

      A.      Adversary Complaint **[ECF No. 1]**

      B.      Summons with Notice of Pre-Trial Conference **[ECF No. 2]**

Status:  This matter has been adjourned to December 12, 2012 at 10:00 a.m.

31.    LBHI and LBCC v. Unipol S.p.A. **[Adversary Case No. 12-01888]**

**PRE-TRIAL CONFERENCE**

Related Documents:

      A.      Adversary Complaint **[ECF No. 1]**

      B.      Summons with Notice of Pre-Trial Conference **[ECF No. 2]**

      C.      Plaintiffs' Motion to Stay Breach of Contract **[ECF No. 3]**

Status:  This matter has been adjourned to a date to be determined.

**C.    Lehman Brothers Inc.**

32.    Cardinal Investment Sub I, L.P. and Oak Hill Strategic Partners, L.P.'s Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates [**LBI ECF No. 4634**]

Response Deadline:    November 7, 2012 at 4:00 p.m.

Responses Received:  None.

Related Documents:

      A.      Declaration of Luke A. Barefoot in Support of Movant's Motion for Limited Intervention in the Contested Matter Concerning the

14

08-13555-mg    Doc 32027    Filed 11/13/12    Entered 11/13/12 17:50:13    Main Document
                                   Pg 15 of 18

        Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of its Affiliates [**LBI ECF No. 4635**]

    B.    Notices of Adjournment [**LBI ECF Nos. 4663, 4759, 4824, 4892, 4946, 5017, 5066, 5108, 5132, 5207, 5270, 5355, 5415**]

Status: This matter has been adjourned to December 12, 2012 at 10:00 a.m.

33.    Motion of FirstBank Puerto Rico for (1) Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA Trustee's Denial of FirstBank's Customer Claim, and (2) Limited Intervention, Pursuant to Bankruptcy Rule 7024 and Local Bankruptcy Rule 9014-1, in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates [**LBI ECF No. 5197**]

Response Deadline:    August 8, 2012 at 4:00 p.m.

Responses Received:

    A.    Response of LBHI Entities [**LBI ECF No. 5211**]

    B.    Limited Response of Barclays Capital Inc. [**LBI ECF No. 5212**]

    C.    Declaration of Boaz S. Morag in Support of Limited Response of Barclays Capital Inc. [**LBI ECF No. 5213**]

    D.    Trustee's Opposition [**LBI ECF No. 5215**]

    E.    Declaration of Sarah L. Cave in Support of Trustee's Opposition [**LBI ECF No. 5216**]

    F.    Joint Statement of the FDIC, as Receiver for Westernbank Puerto Rico, CarVal Investors UK Limited and Hudson City Savings Bank [**LBI ECF No. 5217**]

Related Documents:

    G.    Declaration of Victor M. Barreras in Support of Motion [**LBI ECF No. 5198**]

    H.    Declaration of Robert T. Honeywell in Support of Motion [**LBI ECF No. 5199**]

    I.    FirstBank Puerto Rico's Reply in Further Support of Motion [**LBI ECF No. 5224**]

    J.    Supplemental Declaration of Victor M. Barreras in Support of Motion [**LBI ECF No. 5225**]

15

K.   Notices of Adjournment [**LBI ECF Nos. 5348, 5418**]

<u>Status</u>: This matter has been adjourned to December 12, 2012 at 10:00 a.m.

Dated: November 13, 2012
　　　　New York, New York

　　　　　　　　　　　　　　　　　　/s/ Robert J. Lemons
　　　　　　　　　　　　　　　　　　Robert J. Lemons

　　　　　　　　　　　　　　　　　　WEIL, GOTSHAL & MANGES LLP
　　　　　　　　　　　　　　　　　　767 Fifth Avenue
　　　　　　　　　　　　　　　　　　New York, New York 10153
　　　　　　　　　　　　　　　　　　Telephone: (212) 310-8000
　　　　　　　　　　　　　　　　　　Facsimile: (212) 310-8007

　　　　　　　　　　　　　　　　　　Attorneys for Lehman Brothers Holdings Inc.
　　　　　　　　　　　　　　　　　　and Certain of Its Affiliates

Dated: November 13, 2012
　　　　New York, New York

　　　　　　　　　　　　　　　　　　/s/ Jeffrey S. Margolin
　　　　　　　　　　　　　　　　　　James B. Kobak, Jr.
　　　　　　　　　　　　　　　　　　Christopher K. Kiplok
　　　　　　　　　　　　　　　　　　Jeffrey S. Margolin

　　　　　　　　　　　　　　　　　　HUGHES HUBBARD & REED LLP
　　　　　　　　　　　　　　　　　　One Battery Park Plaza
　　　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　　　Telephone: (212) 837-6000
　　　　　　　　　　　　　　　　　　Facsimile: (212) 422-4726

　　　　　　　　　　　　　　　　　　Attorneys for James W. Giddens, Trustee for
　　　　　　　　　　　　　　　　　　the SIPA Liquidation of Lehman Brothers Inc.

Exhibit 1

(**Ninety-Seventh** Omnibus Objection to Claims
(Insufficient Documentation) **[Docket No. 14492]** – Adjourned Matters)

US_ACTIVE:\44124827\3\58399.0011

| **Claimant Name** | **Claim Number** |
|---|---|
| U.S. Bank National Association, and U.S. Bank National Association as Trustee Transferor: Bank of America, National Association[1] | 15989, 15992, 15993, 15994, 15995, 15996, 16357, 16358, 16359, 16361, 16363, 16367, 16378, 16380, 16381, 16383, 16387, 16388, 16416, 16418, 24349, 24582, 25654 |
| U.S. Bank National Association Transferor: Bank of America, National Association[2] | 15981, 15983, 15984, 15985, 15986, 15987, 15988, 15997, 15998, 16349, 16351, 16352, 16354, 16355, 16356, 16360, 16362, 16364, 16365, 16366, 16368, 16369, 16370, 16371, 16372, 16374, 16375, 16376, 16384, 16385, 16386, 16390, 16391, 16393, 16394, 16395, 16396, 16397, 16398, 16399, 16415, 16417, 16419, 16420, 16421, 16422, 16423, 16424, 16425, 16426, 16427, 16428 |
| Deutsche Bank, National Trust Company, as Trustee | 18542 |
| Wilmington Trust Company[3] | 16382 |

---

[1] Claims transferred by Bank of America National Association to U.S. Bank National Association and U.S. Bank National Association, as Trustee pursuant to Transfer of Claims Other Than for Security filed June 20, 2011 [Docket No. 17904].

[2] Claims transferred by Bank of America National Association to U.S. Bank National Association pursuant to Transfer of Claims Other Than for Security filed October 11, 2011 [Docket No. 20739].

[3] Claim transferred by Bank of America National Association to Wilmington Trust Company pursuant to Transfer of Claim Other Than for Security filed December 13, 2011 [Docket No. 23280].

US_ACTIVE:\44124827\3\58399.0011