WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Alfredo R. Perez

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                             :  Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :  08-13555 (JMP)
:
Debtors.                              :  (Jointly Administered)
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MERITS**
**HEARING WITH RESPECT TO PROOFS OF CLAIM 55396, 41225, AND 60352**

     **PLEASE TAKE NOTICE** that the hearing on the merits of proofs of claim 55396, 41225, and 60352 that was scheduled for November 14, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to November 20, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  November 13, 2012
       New York, New York

                                                        /s/ Alfredo R. Perez
                                                        Alfredo R. Perez

                                                        WEIL, GOTSHAL & MANGES LLP
                                                        767 Fifth Avenue
                                                        New York, New York 10153
                                                        Telephone: (212) 310-8000
                                                        Facsimile: (212) 310-8007

                                                        Attorneys for Lehman Brothers
                                                        Holdings Inc. and Certain of Its Affiliates

US_ACTIVE:\44136393\1\58399.0011