UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :        **08-13555 (JMP)**
                                                    :
                                 Debtors.           :        **(Jointly Administered)**
                                                    :
---------------------------------------------------------------x        **Ref. Docket No. 31851**

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757
    Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not
    a party to the above-captioned action.

2.  On November 2, 2012, I caused to be served the "Fee Committee's Summary Report on
    Uncontested Final Fee Applications for Hearing on November 8, 2012," dated November 2,
    2012 [Docket No. 31851], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.  delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight
         mail to those parties listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL
    DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE,
    PRESIDENT OR LEGAL DEPARTMENT."

                                                                    Pete Caris

Sworn to before me this
5th day of November, 2012

Notary Public

SAMUEL DEJESUS GARCIA
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01GA6237514
COMM. EXP. MARCH 21, 2015

T:\Clients\LBH\Affidavits\GAK - Summary Report_DI_31851_AFF_11-2-12_SS.doc

# EXHIBIT A

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agoldstein@tnsj-law.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

alum@ftportfolios.com

amarder@msek.com

amartin@sheppardmullin.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashmead@sewkis.com

asnow@ssbb.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bkmail@prommis.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cdesiderio@nixonpeabody.com

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohen@sewkis.com

colea@gtlaw.com

contact@lawofficesjje.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.heller@lw.com

david.powlen@btlaw.com

david.seligman@kirkland.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

djoseph@stradley.com

dkleiner@velaw.com

dkozusko@willkie.com

dlemay@chadbourne.com

| | | |
|---|---|---|
| dlipke@vedderprice.com | francois.janson@hklaw.com | jcarberry@cl-law.com |
| dludman@brownconnery.com | fsosnick@shearman.com | jchristian@tobinlaw.com |
| dmcguire@winston.com | fyates@sonnenschein.com | jchubak@proskauer.com |
| dmurray@jenner.com | gabriel.delvirginia@verizon.net | jdoran@haslaw.com |
| dneier@winston.com | gbray@milbank.com | jdrucker@coleschotz.com |
| dodonnell@milbank.com | ggitomer@mkbattorneys.com | jdyas@halperinlaw.net |
| dove.michelle@dorsey.com | ggoodman@foley.com | jean-david.barnea@usdoj.gov |
| dpegno@dpklaw.com | giddens@hugheshubbard.com | jeanites@whiteandwilliams.com |
| draelson@fisherbrothers.com | gkaden@goulstonstorrs.com | jeannette.boot@wilmerhale.com |
| dravin@wolffsamson.com | glenn.siegel@dechert.com | jeff.wittig@coair.com |
| drose@pryorcashman.com | gmoss@riemerlaw.com | jeffery.black@bingham.com |
| drosenzweig@fulbright.com | gravert@ravertpllc.com | jeffrey.sabin@bingham.com |
| drosner@goulstonstorrs.com | gspilsbury@jsslaw.com | jeldredge@velaw.com |
| drosner@kasowitz.com | harrisjm@michigan.gov | jen.premisler@cliffordchance.com |
| dshaffer@wtplaw.com | harveystrickon@paulhastings.com | jennifer.demarco@cliffordchance.com |
| dshemano@peitzmanweg.com | hbeltzer@mayerbrown.com | jennifer.gore@shell.com |
| dspelfogel@foley.com | heim.steve@dorsey.com | jeremy.eiden@ag.state.mn.us |
| dtatge@ebglaw.com | heiser@chapman.com | jfalgowski@reedsmith.com |
| dtheising@harrisonmoberly.com | hollace.cohen@troutmansanders.com | jflaxer@golenbock.com |
| dwdykhouse@pbwt.com | holsen@stroock.com | jfox@joefoxlaw.com |
| dwildes@stroock.com | howard.hawkins@cwt.com | jfreeberg@wfw.com |
| dworkman@bakerlaw.com | hseife@chadbourne.com | jg5786@att.com |
| easmith@venable.com | hsnovikoff@wlrk.com | jgenovese@gjb-law.com |
| echang@steinlubin.com | hsteel@brownrudnick.com | jguy@orrick.com |
| ecohen@russell.com | icatto@mwe.com | jherzog@gklaw.com |
| efleck@milbank.com | igoldstein@proskauer.com | jhiggins@fdlaw.com |
| efriedman@fklaw.com | ilevee@lowenstein.com | jhorgan@phxa.com |
| efriedman@friedumspring.com | isgreene@hhlaw.com | jhuggett@margolisedelstein.com |
| eglas@mccarter.com | israel.dahan@cwt.com | jim@atkinslawfirm.com |
| ekbergc@lanepowell.com | iva.uroic@dechert.com | jjoyce@dresslerpeters.com |
| eleicht@whitecase.com | jacobsonn@sec.gov | jjtancredi@daypitney.com |
| eli.mattioli@klgates.com | james.heaney@lawdeb.com | jjureller@klestadt.com |
| ellen.halstead@cwt.com | james.mcclammy@dpw.com | jkehoe@btkmc.com |
| emerberg@mayerbrown.com | james.sprayregen@kirkland.com | jlamar@maynardcooper.com |
| enkaplan@kaplanlandau.com | jamestecce@quinnemanuel.com | jlawlor@wmd-law.com |
| eobrien@sbchlaw.com | jamie.nelson@dubaiic.com | jlee@foley.com |
| erin.mautner@bingham.com | jar@outtengolden.com | jlevitin@cahill.com |
| eschwartz@contrariancapital.com | jason.jurgens@cwt.com | jlipson@crockerkuno.com |
| etillinghast@sheppardmullin.com | jay.hurst@oag.state.tx.us | jlovi@steptoe.com |
| ezujkowski@emmetmarvin.com | jay@kleinsolomon.com | jlscott@reedsmith.com |
| ezweig@optonline.net | jbecker@wilmingtontrust.com | jmaddock@mcguirewoods.com |
| fbp@ppgms.com | jbeemer@entwistle-law.com | jmakower@tnsj-law.com |
| ffm@bostonbusinesslaw.com | jbeiers@co.sanmateo.ca.us | jmazermarino@msek.com |
| fhyman@mayerbrown.com | jbird@polsinelli.com | jmcginley@wilmingtontrust.com |
| foont@foontlaw.com | jbromley@cgsh.com | jmelko@gardere.com |

| | | |
|---|---|---|
| jmerva@fult.com | kjarashow@fklaw.com | mark.bane@ropesgray.com |
| jmmurphy@stradley.com | kkelly@ebglaw.com | mark.deveno@bingham.com |
| jmr@msf-law.com | kkolbig@mosessinger.com | mark.ellenberg@cwt.com |
| jnadritch@olshanlaw.com | klyman@irell.com | mark.ellenberg@cwt.com |
| jnm@mccallaraymer.com | klynch@formanlaw.com | mark.hellerer@pillsburylaw.com |
| john.monaghan@hklaw.com | kmayer@mccarter.com | mark.sherrill@sutherland.com |
| john.rapisardi@cwt.com | kobak@hugheshubbard.com | marvin.clements@ag.tn.gov |
| jorbach@hahnhessen.com | korr@orrick.com | matt@willaw.com |
| joseph.cordaro@usdoj.gov | kovskyd@pepperlaw.com | matthew.klepper@dlapiper.com |
| joshua.dorchak@bingham.com | kpiper@steptoe.com | maustin@orrick.com |
| jowen769@yahoo.com | kressk@pepperlaw.com | max.polonsky@skadden.com |
| jowolf@law.nyc.gov | kreynolds@mklawnyc.com | mbenner@tishmanspeyer.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com | mberman@nixonpeabody.com |
| jpintarelli@mofo.com | kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| jporter@entwistle-law.com | kurt.mayr@bgllp.com | mbienenstock@proskauer.com |
| jprol@lowenstein.com | lacyr@sullcrom.com | mbloemsma@mhjur.com |
| jrabinowitz@rltlawfirm.com | landon@streusandlandon.com | mbossi@thompsoncoburn.com |
| jrsmith@hunton.com | lapeterson@foley.com | mcademartori@sheppardmullin.com |
| jschwartz@hahnhessen.com | lathompson@co.sanmateo.ca.us | mcantor@normandyhill.com |
| jsheerin@mcguirewoods.com | lberkoff@moritthock.com | mccombst@sullcrom.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com | mcordone@stradley.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com | mcto@debevoise.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com | mcyganowski@oshr.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com | mdorval@stradley.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com | melorod@gtlaw.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com | meltzere@pepperlaw.com |
| jtorf@schiffhardin.com | lisa.kraidin@allenovery.com | metkin@lowenstein.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com | mfeldman@willkie.com |
| jvail@ssrl.com | lkatz@ltblaw.com | mgordon@briggs.com |
| jwallack@goulstonstorrs.com | lkiss@klestadt.com | mgreger@allenmatkins.com |
| jwang@sipc.org | lmarinuzzi@mofo.com | mh1@mccallaraymer.com |
| jwcohen@daypitney.com | lmay@coleschotz.com | mhopkins@cov.com |
| jweiss@gibsondunn.com | lmcgowen@orrick.com | michael.frege@cms-hs.com |
| jwest@velaw.com | lml@ppgms.com | michael.kelly@monarchlp.com |
| jwh@njlawfirm.com | lnashelsky@mofo.com | michael.kim@kobrekim.com |
| kanema@formanlaw.com | loizides@loizides.com | michael.mccrory@btlaw.com |
| karen.wagner@dpw.com | lromansic@steptoe.com | millee12@nationwide.com |
| kdwbankruptcydepartment@kelleydrye.com | lscarcella@farrellfritz.com | miller@taftlaw.com |
| keckhardt@hunton.com | lschweitzer@cgsh.com | mimi.m.wong@irscounsel.treas.gov |
| keith.simon@lw.com | lubell@hugheshubbard.com | mitchell.ayer@tklaw.com |
| ken.coleman@allenovery.com | lwhidden@salans.com | mjedelman@vedderprice.com |
| ken.higman@hp.com | mabrams@willkie.com | mjr1@westchestergov.com |
| kerry.moynihan@hro.com | maofiling@cgsh.com | mkjaer@winston.com |
| kgwynne@reedsmith.com | marc.chait@sc.com | mlahaie@akingump.com |
| kiplok@hugheshubbard.com | margolin@hugheshubbard.com | mlandman@lcbf.com |

mlichtenstein@crowell.com

mlynch2@travelers.com

mmendez@hunton.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mpomerantz@julienandschlesinger.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

mschlesinger@julienandschlesinger.com

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

msiegel@brownrudnick.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

mvenditto@reedsmith.com

mwarren@mtb.com

nathan.spatz@pillsburylaw.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neilberger@teamtogut.com

newyork@sec.gov

nherman@morganlewis.com

nickolas.karavolas@pillsburylaw.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

oipress@travelers.com

otccorpactions@finra.org

paronzon@milbank.com

patrick.oh@freshfields.com

paul.turner@sutherland.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

philip.wells@ropesgray.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrain-gutierrez@kaplanlandau.com

ptrostle@jenner.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

ramona.neal@hp.com

rbeacher@pryorcashman.com

rbernard@foley.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfleischer@pryorcashman.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.fingard@newedge.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

richard@rwmaplc.com

ritkin@steptoe.com

rjones@boultcummings.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rqureshi@reedsmith.com

rrainer@wmd-law.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sagolden@hhlaw.com

sally.henry@skadden.com

samuel.cavior@pillsburylaw.com

sandyscafaria@eaton.com

sara.tapinekis@cliffordchance.com

scargill@lowenstein.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

sehlers@armstrongteasdale.com

seichel@crowell.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

steven@blbglaw.com

streusand@streusandlandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

tgoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

thomas_noguerola@calpers.ca.gov

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

tunrad@burnslev.com

twheeler@lowenstein.com

ukreppel@whitecase.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yuwatoko@mofo.com

**Additional Parties**
harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
robert.lemons@weil.com

**EXHIBIT B**

TERESA OXFORD          713-993-9185

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005
ATTN: DENNIS F. DUNNE, ESQ., DENNIS O'DONNELL,
ESQ., AND EVAN R. FLECK, ESQ.,

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, ESQ., LORI R. FIFE, ESQ.,
ROBERT J. LEMONS, ESQ., AND JACQUELINE MARCUS, ESQ.
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

THE SUMITOMO TRUST & BANKING CO., LTD
ATTN: MR. MASAYA YAMASHIRO, SENIOR MANAGER
GRANTOKYO, SOUTH TOWER
1-9-2, MARUNOUCHI, CHIYODA-KU
TOKYO 100-6611