UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                               :

In re                              :       Chapter 11 Case No.
                                :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :       08-13555 (JMP)
                                :

                Debtors.         :       (Jointly Administered)
                                :

------------------------------------------------------------------x  Ref. Docket No. 31901

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK  )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 6, 2012, I caused to be served the "Notice of Adjournment of November 8, 2012 Hearing (to November 14) on Final Applications of Retained Professionals for Final Allowance and Approval of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from September 15, 2008 to March 6, 2012," dated November 6, 2012 [Docket No. 31901], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                 *Kerry O'Neil*
                                                 Kerry O'Neil

Sworn to before me this
7ᵗʰ day of November, 2012

_____
Notary Public

```
PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015
```

T:\Clients\LBH\Affidavits\GAK - NOA Hrg Prof Services_DI_31901_AFF_11-6-12_KH.doc

# EXHIBIT A

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | avenes@whitecase.com |
| aalfonso@willkie.com | azylberberg@whitecase.com |
| abeaumont@fklaw.com | bankr@zuckerman.com |
| abraunstein@riemerlaw.com | bankruptcy@goodwin.com |
| acaton@kramerlevin.com | bankruptcy@morrisoncohen.com |
| acker@chapman.com | bankruptcy@ntexas-attorneys.com |
| adam.brezine@hro.com | bankruptcymatters@us.nomura.com |
| adarwin@nixonpeabody.com | barbra.parlin@hklaw.com |
| Adiamond@DiamondMcCarthy.com | bbisignani@postschell.com |
| aeckstein@blankrome.com | bcarlson@co.sanmateo.ca.us |
| aentwistle@entwistle-law.com | bdk@schlamstone.com |
| afriedman@irell.com | bguiney@pbwt.com |
| agbanknewyork@ag.tn.gov | bkmail@prommis.com |
| aglenn@kasowitz.com | bmanne@tuckerlaw.com |
| agold@herrick.com | BMiller@mofo.com |
| agoldstein@tnsj-law.com | boneill@kramerlevin.com |
| aisenberg@saul.com | Brian.Corey@greentreecreditsolutions.com |
| akantesaria@oppenheimerfunds.com | brosenblum@jonesday.com |
| akolod@mosessinger.com | broy@rltlawfirm.com |
| alum@ftportfolios.com | bruce.wright@sutherland.com |
| amarder@msek.com | bstrickland@wtplaw.com |
| amartin@sheppardmullin.com | btrust@mayerbrown.com |
| AMcMullen@BoultCummings.com | bturk@tishmanspeyer.com |
| amenard@tishmanspeyer.com | bwolfe@sheppardmullin.com |
| Andrew.Brozman@cliffordchance.com | cahn@clm.com |
| andrew.lourie@kobrekim.com | calbert@reitlerlaw.com |
| angelich.george@arentfox.com | canelas@pursuitpartners.com |
| ann.reynaud@shell.com | carol.weinerlevy@bingham.com |
| anthony_boccanfuso@aporter.com | cbelisle@wfw.com |
| aoberry@bermanesq.com | cbelmonte@ssbb.com |
| aostrow@beckerglynn.com | cbrotstein@bm.net |
| apo@stevenslee.com | cdesiderio@nixonpeabody.com |
| aquale@sidley.com | cgoldstein@stcwlaw.com |
| arahl@reedsmith.com | chammerman@paulweiss.com |
| arheaume@riemerlaw.com | charles@filardi-law.com |
| arlbank@pbfcm.com | charles_malloy@aporter.com |
| arosenblatt@chadbourne.com | chipford@parkerpoe.com |
| arthur.rosenberg@hklaw.com | chris.donoho@lovells.com |
| arwolf@wlrk.com | christopher.schueller@bipc.com |
| aseuffert@lawpost-nyc.com | clarkb@sullcrom.com |
| ashmead@sewkis.com | clynch@reedsmith.com |
| asnow@ssbb.com | cmontgomery@salans.com |
| aunger@sidley.com | cohen@sewkis.com |
| austin.bankruptcy@publicans.com | colea@gtlaw.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| contact@lawofficesjje.com | dkleiner@velaw.com |
| cp@stevenslee.com | dkozusko@willkie.com |
| cpappas@dilworthlaw.com | dlemay@chadbourne.com |
| craig.goldblatt@wilmerhale.com | dlipke@vedderprice.com |
| crmomjian@attorneygeneral.gov | dludman@brownconnery.com |
| cs@stevenslee.com | dmcguire@winston.com |
| csalomon@beckerglynn.com | dmurray@jenner.com |
| cschreiber@winston.com | dneier@winston.com |
| cshore@whitecase.com | dodonnell@milbank.com |
| cshulman@sheppardmullin.com | dove.michelle@dorsey.com |
| ctatelbaum@adorno.com | dpegno@dpklaw.com |
| cwalsh@mayerbrown.com | draelson@fisherbrothers.com |
| cward@polsinelli.com | dravin@wolffsamson.com |
| cweber@ebg-law.com | drose@pryorcashman.com |
| cweiss@ingramllp.com | drosenzweig@fulbright.com |
| dallas.bankruptcy@publicans.com | drosner@goulstonstorrs.com |
| daniel.guyder@allenovery.com | drosner@kasowitz.com |
| dave.davis@isgria.com | dshaffer@wtplaw.com |
| david.bennett@tklaw.com | dshemano@peitzmanweg.com |
| david.heller@lw.com | dspelfogel@foley.com |
| david.powlen@btlaw.com | dtatge@ebglaw.com |
| david.seligman@kirkland.com | dtheising@harrisonmoberly.com |
| davids@blbglaw.com | dwdykhouse@pbwt.com |
| davidwheeler@mvalaw.com | dwildes@stroock.com |
| dbalog@intersil.com | dworkman@bakerlaw.com |
| dbarber@bsblawyers.com | easmith@venable.com |
| dbaumstein@whitecase.com | echang@steinlubin.com |
| dbesikof@loeb.com | ecohen@russell.com |
| dcimo@gjb-law.com | efleck@milbank.com |
| dcoffino@cov.com | efriedman@fklaw.com |
| dcrapo@gibbonslaw.com | efriedman@friedumspring.com |
| ddavis@paulweiss.com | eglas@mccarter.com |
| ddrebsky@nixonpeabody.com | ekbergc@lanepowell.com |
| ddunne@milbank.com | eleicht@whitecase.com |
| deggermann@kramerlevin.com | eli.mattioli@klgates.com |
| deggert@freebornpeters.com | ellen.halstead@cwt.com |
| demetra.liggins@tklaw.com | emerberg@mayerbrown.com |
| dfelder@orrick.com | enkaplan@kaplanlandau.com |
| dflanigan@polsinelli.com | eobrien@sbchlaw.com |
| dgrimes@reedsmith.com | erin.mautner@bingham.com |
| dhayes@mcguirewoods.com | eschwartz@contrariancapital.com |
| dheffer@foley.com | etillinghast@sheppardmullin.com |
| diconzam@gtlaw.com | ezujkowski@emmetmarvin.com |
| djoseph@stradley.com | ezweig@optonline.net |

LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com

Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com

LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| jlscott@reedsmith.com | keckhardt@hunton.com |
| jmaddock@mcguirewoods.com | keith.simon@lw.com |
| jmakower@tnsj-law.com | Ken.Coleman@allenovery.com |
| jmazermarino@msek.com | ken.higman@hp.com |
| jmcginley@wilmingtontrust.com | kerry.moynihan@hro.com |
| jmelko@gardere.com | kgwynne@reedsmith.com |
| jmerva@fult.com | kiplok@hugheshubbard.com |
| jmmurphy@stradley.com | kjarashow@fklaw.com |
| jmr@msf-law.com | kkelly@ebglaw.com |
| jnadritch@olshanlaw.com | kkolbig@mosessinger.com |
| jnm@mccallaraymer.com | klyman@irell.com |
| john.monaghan@hklaw.com | klynch@formanlaw.com |
| john.rapisardi@cwt.com | kmayer@mccarter.com |
| jorbach@hahnhessen.com | kobak@hugheshubbard.com |
| Joseph.Cordaro@usdoj.gov | korr@orrick.com |
| joshua.dorchak@bingham.com | kovskyd@pepperlaw.com |
| jowen769@yahoo.com | kpiper@steptoe.com |
| jowolf@law.nyc.gov | kressk@pepperlaw.com |
| joy.mathias@dubaiic.com | KReynolds@mklawnyc.com |
| JPintarelli@mofo.com | krosen@lowenstein.com |
| jporter@entwistle-law.com | kuehn@bragarwexler.com |
| jprol@lowenstein.com | kurt.mayr@bgllp.com |
| jrabinowitz@rltlawfirm.com | lacyr@sullcrom.com |
| jrsmith@hunton.com | Landon@StreusandLandon.com |
| jschwartz@hahnhessen.com | lapeterson@foley.com |
| jsheerin@mcguirewoods.com | lathompson@co.sanmateo.ca.us |
| jshickich@riddellwilliams.com | lberkoff@moritthock.com |
| jsmairo@pbnlaw.com | Lee.Stremba@troutmansanders.com |
| jstoll@mayerbrown.com | lgotko@fklaw.com |
| jsullivan@mosessinger.com | lgranfield@cgsh.com |
| jteitelbaum@tblawllp.com | lhandelsman@stroock.com |
| jtimko@shutts.com | linda.boyle@twtelecom.com |
| jtorf@schiffhardin.com | lisa.ewart@wilmerhale.com |
| judy.morse@crowedunlevy.com | lisa.kraidin@allenovery.com |
| jvail@ssrl.com | LJKotler@duanemorris.com |
| jwallack@goulstonstorrs.com | lkatz@ltblaw.com |
| jwang@sipc.org | LKISS@KLESTADT.COM |
| jwcohen@daypitney.com | lmarinuzzi@mofo.com |
| jweiss@gibsondunn.com | Lmay@coleschotz.com |
| jwest@velaw.com | lmcgowen@orrick.com |
| jwh@njlawfirm.com | lml@ppgms.com |
| kanema@formanlaw.com | lnashelsky@mofo.com |
| karen.wagner@dpw.com | loizides@loizides.com |
| KDWBankruptcyDepartment@kelleydrye.com | lromansic@steptoe.com |

LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| lscarcella@farrellfritz.com | millee12@nationwide.com |
| lschweitzer@cgsh.com | miller@taftlaw.com |
| lubell@hugheshubbard.com | mimi.m.wong@irscounsel.treas.gov |
| lwhidden@salans.com | mitchell.ayer@tklaw.com |
| mabrams@willkie.com | mjedelman@vedderprice.com |
| MAOFILING@CGSH.COM | MJR1@westchestergov.com |
| Marc.Chait@SC.com | mkjaer@winston.com |
| margolin@hugheshubbard.com | mlahaie@akingump.com |
| mark.bane@ropesgray.com | MLandman@lcbf.com |
| mark.deveno@bingham.com | mlichtenstein@crowell.com |
| mark.ellenberg@cwt.com | mlynch2@travelers.com |
| mark.ellenberg@cwt.com | mmendez@hunton.com |
| mark.hellerer@pillsburylaw.com | mmooney@deilylawfirm.com |
| mark.sherrill@sutherland.com | mmorreale@us.mufg.jp |
| Marvin.Clements@ag.tn.gov | mneier@ibolaw.com |
| matt@willaw.com | monica.lawless@brookfieldproperties.com |
| matthew.klepper@dlapiper.com | mpage@kelleydrye.com |
| maustin@orrick.com | mparry@mosessinger.com |
| max.polonsky@skadden.com | mpomerantz@julienandschlesinger.com |
| mbenner@tishmanspeyer.com | mprimoff@kayescholer.com |
| mberman@nixonpeabody.com | mpucillo@bermanesq.com |
| mberman@nixonpeabody.com | mrosenthal@gibsondunn.com |
| mbienenstock@proskauer.com | mruetzel@whitecase.com |
| mbloemsma@mhjur.com | mschimel@sju.edu |
| mbossi@thompsoncoburn.com | mschlesinger@julienandschlesinger.com |
| mcademartori@sheppardmullin.com | msegarra@mayerbrown.com |
| mcantor@normandyhill.com | mshiner@tuckerlaw.com |
| mccombst@sullcrom.com | msiegel@brownrudnick.com |
| mcordone@stradley.com | msolow@kayescholer.com |
| mcto@debevoise.com | mspeiser@stroock.com |
| mcyganowski@oshr.com | mstamer@akingump.com |
| mdorval@stradley.com | mvenditto@reedsmith.com |
| melorod@gtlaw.com | mwarren@mtb.com |
| meltzere@pepperlaw.com | nathan.spatz@pillsburylaw.com |
| metkin@lowenstein.com | ncoco@mwe.com |
| mfeldman@willkie.com | neal.mann@oag.state.ny.us |
| mgordon@briggs.com | ned.schodek@shearman.com |
| mgreger@allenmatkins.com | neilberger@teamtogut.com |
| mh1@mccallaraymer.com | newyork@sec.gov |
| mhopkins@cov.com | Nherman@morganlewis.com |
| michael.frege@cms-hs.com | nickolas.karavolas@pillsburylaw.com |
| michael.kelly@monarchlp.com | nissay_10259-0154@mhmjapan.com |
| michael.kim@kobrekim.com | nlepore@schnader.com |
| michael.mccrory@btlaw.com | notice@bkcylaw.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| oipress@travelers.com | RLevin@cravath.com |
| otccorpactions@finra.org | rmatzat@hahnhessen.com |
| paronzon@milbank.com | rnetzer@willkie.com |
| patrick.oh@freshfields.com | robert.bailey@bnymellon.com |
| paul.turner@sutherland.com | robert.dombroff@bingham.com |
| pbattista@gjb-law.com | robert.henoch@kobrekim.com |
| pbosswick@ssbb.com | robert.malone@dbr.com |
| pdublin@akingump.com | Robert.yalen@usdoj.gov |
| peisenberg@lockelord.com | Robin.Keller@Lovells.com |
| peter.gilhuly@lw.com | roger@rnagioff.com |
| peter.macdonald@wilmerhale.com | ronald.silverman@bingham.com |
| peter.simmons@friedfrank.com | ross.martin@ropesgray.com |
| peter@bankrupt.com | rqureshi@reedsmith.com |
| pfeldman@oshr.com | rrainer@wmd-law.com |
| phayden@mcguirewoods.com | rreid@sheppardmullin.com |
| philip.wells@ropesgray.com | rroupinian@outtengolden.com |
| pmaxcy@sonnenschein.com | rrussell@andrewskurth.com |
| ppascuzzi@ffwplaw.com | rterenzi@stcwlaw.com |
| ppatterson@stradley.com | russj4478@aol.com |
| psp@njlawfirm.com | rwasserman@cftc.gov |
| ptrain-gutierrez@kaplanlandau.com | rwyron@orrick.com |
| ptrostle@jenner.com | s.minehan@aozorabank.co.jp |
| r.stahl@stahlzelloe.com | sabin.willett@bingham.com |
| raj.madan@bingham.com | sabramowitz@velaw.com |
| ramona.neal@hp.com | SABVANROOY@HOTMAIL.COM |
| rbeacher@pryorcashman.com | sagolden@hhlaw.com |
| rbernard@foley.com | Sally.Henry@skadden.com |
| rbyman@jenner.com | samuel.cavior@pillsburylaw.com |
| rdaversa@orrick.com | sandyscafaria@eaton.com |
| relgidely@gjb-law.com | Sara.Tapinekis@cliffordchance.com |
| rfleischer@pryorcashman.com | scargill@lowenstein.com |
| rfrankel@orrick.com | schannej@pepperlaw.com |
| rfriedman@silvermanacampora.com | Schepis@pursuitpartners.com |
| rgmason@wlrk.com | schnabel.eric@dorsey.com |
| rgraham@whitecase.com | schristianson@buchalter.com |
| rhett.campbell@tklaw.com | schwartzmatthew@sullcrom.com |
| richard.fingard@newedge.com | scottshelley@quinnemanuel.com |
| richard.lear@hklaw.com | scousins@armstrongteasdale.com |
| richard.levy@lw.com | sdnyecf@dor.mo.gov |
| richard.tisdale@friedfrank.com | sehlers@armstrongteasdale.com |
| richard@rwmaplc.com | seichel@crowell.com |
| ritkin@steptoe.com | sfelderstein@ffwplaw.com |
| RJones@BoultCummings.com | sfineman@lchb.com |
| rleek@HodgsonRuss.com | sfox@mcguirewoods.com |

LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| sgordon@cahill.com | thomas.califano@dlapiper.com |
| sgubner@ebg-law.com | Thomas_Noguerola@calpers.ca.gov |
| shannon.nagle@friedfrank.com | tim.desieno@bingham.com |
| sharbeck@sipc.org | timothy.brink@dlapiper.com |
| shari.leventhal@ny.frb.org | timothy.palmer@bipc.com |
| shgross5@yahoo.com | tjfreedman@pbnlaw.com |
| sidorsky@butzel.com | tkiriakos@mayerbrown.com |
| slerman@ebglaw.com | tlauria@whitecase.com |
| slerner@ssd.com | tmacwright@whitecase.com |
| slevine@brownrudnick.com | tmarrion@haslaw.com |
| SLoden@DiamondMcCarthy.com | tnixon@gklaw.com |
| smayerson@ssd.com | toby.r.rosenberg@irscounsel.treas.gov |
| smillman@stroock.com | tomwelsh@orrick.com |
| smulligan@bsblawyers.com | tony.davis@bakerbotts.com |
| snewman@katskykorins.com | tslome@msek.com |
| sory@fdlaw.com | ttracy@crockerkuno.com |
| spiotto@chapman.com | tunrad@burnslev.com |
| splatzer@platzerlaw.com | twheeler@lowenstein.com |
| SRee@lcbf.com | ukreppel@whitecase.com |
| sschultz@akingump.com | Villa@StreusandLandon.com |
| sselbst@herrick.com | vmilione@nixonpeabody.com |
| sshimshak@paulweiss.com | vrubinstein@loeb.com |
| sskelly@teamtogut.com | walter.stuart@freshfields.com |
| sstarr@starrandstarr.com | wanda.goodloe@cbre.com |
| steele@lowenstein.com | WBallaine@lcbf.com |
| stephen.cowan@dlapiper.com | wbenzija@halperinlaw.net |
| steve.ginther@dor.mo.gov | wchen@tnsj-law.com |
| steven.troyer@commerzbank.com | wcurchack@loeb.com |
| steven.usdin@flastergreenberg.com | wdase@fzwz.com |
| steven.wilamowsky@bingham.com | wfoster@milbank.com |
| steven@blbglaw.com | william.m.goldman@dlapiper.com |
| Streusand@StreusandLandon.com | wiltenburg@hugheshubbard.com |
| susheelkirpalani@quinnemanuel.com | wisotska@pepperlaw.com |
| sweyl@haslaw.com | wk@pwlawyers.com |
| swolowitz@mayerbrown.com | wmaher@wmd-law.com |
| szuch@wiggin.com | wmarcari@ebglaw.com |
| tannweiler@greerherz.com | wmckenna@foley.com |
| tarbit@cftc.gov | wrightth@sullcrom.com |
| tbrock@ssbb.com | wsilverm@oshr.com |
| tdewey@dpklaw.com | wswearingen@llf-law.com |
| tduffy@andersonkill.com | wtaylor@mccarter.com |
| teresa.oxford@invescoaim.com | wweintraub@fklaw.com |
| TGoren@mofo.com | wzoberman@bermanesq.com |
| thaler@thalergertler.com | YUwatoko@mofo.com |

LEHMAN BROTHERS HOLDINGS INC.
ADDITIONAL EMAIL SERVICE LIST

harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
robert.lemons@weil.com

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
MASTER SERVICE LIST

**OFFICE OF THE US TRUSTEE**
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

**INTERNAL REVENUE SERVICE**
*SPECIAL PROCEDURES BRANCH*
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**MILBANK, TWEED, HADLEY & MCCLOY LLP**
ATTN: DENNIS F. DUNNE, ESQ., DENNIS O'DONNELL, ESQ., & EVAN R. FLECK, ESQ.,
1 CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005

**WEIL GOTSHAL & MANGES LLP**
ATTN: RICHARD P. KRASNOW, ESQ., LORI R. FIFE, ESQ., ROBERT J. LEMONS, ESQ.,
& JACQUELINE MARCUS, ESQ.
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153

**UNITED STATES BANKRUPTCY COURT**
*SOUTHERN DISTRICT OF NEW YORK*
ATTN: THE HONORABLE JAMES M. PECK
300 QUARROPAS STREET
WHITE PLAINS, NY 10601