## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

55 Holdingco LLC, with offices at c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CVIC Lux Master S.a.r.l., ("Buyer"), all right, title and interest in and to the claim in the amount of $950,956.00 (the "Assigned Claim") of Seller against LEHMAN BROTHERS HOLDINGS, INC. in the amount of $950,956.00 based on a certain Termination Agreement dated as of March 7, 2011, being the claim evidenced by the proof of claim docketed as Claim No. 21329 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 26th day of OCT, 2012.

55 Holdingco LLC
By: _____
By: _____
(Signature of authorized corporate officer)

Name: JOSEPH SIGNORILE
Title: COO
Tel.: 203-862-5800

CVIC Lux Master S.a.r.l.
By: _____
By: _____
(Signature of authorized corporate officer)

Name: Ryan Morrell
Title: Authorized Signatory
Tel.: 952-984-3998

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

55 Holdingco LLC, with offices at c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CVIC Lux Master S.a.r.l., ("Buyer"), all right, title and interest in and to the claim in the amount of $950,956.00 (the "Assigned Claim") of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. in the amount of $950,956.00 based on a certain Termination Agreement dated as of March 7, 2011, being the claim evidenced by the proof of claim docketed as Claim No. 21330 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 26th day of OCT, 2012.

55 Holdingco LLC
By:
By: _____
(Signature of authorized corporate officer)

Name: Joseph Signorile
Title: COO
Tel.: 203.862.5800


CVIC Lux Master S.a.r.l.
By:                                    by Carval Investors, LLC
                                       its attorney-in-fact
By: _____
(Signature of authorized corporate officer)

Name: Ryan Morrell
Title: Authorized Signer
Tel.: 952-984-3999