CARMODY MACDONALD P.C.
Gregory D. Willard
120 South Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 854-8600
Facsimile (314) 854-8660

FILED
U.S. BANKRUPTCY COURT
2012 NOV 14  A 8: 56
S.D. OF N.Y.

*Attorneys for Alvarez & Marsal North America, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                              :
In re                                         :    **Chapter 11 Case No.**
                                              :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,:    08-13555 (JMP)
                                              :
Debtors.                                      :    (Jointly Administered)
                                              :
-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Gregory D. Willard, a member in good standing of the bar of the State of Missouri and the bar of the U.S. District Court, Eastern District of Missouri respectfully requests admission, *pro hac vice*, before the Honorable James M. Peck, to represent Alvarez & Marsal North America, LLC, in these cases.

My address and contact information is as follows:

| | |
|---|---|
| Mailing Address: | Gregory D. Willard<br>Carmody MacDonald P.C.<br>120 S. Central, Suite 1800<br>St. Louis, MO 63105 |
| Telephone: | (314) 854-8600 |
| Facsimile: | (314) 854-8660 |
| E-mail: | gdw@carmodymacdonald.com |

1

The filing fee of $200.00 has been submitted with this motion for *pro hac vice* admission.

Dated:  November 12, 2012         CARMODY MACDONALD P.C.

                                  /s/  Gregory D. Willard
                                  Gregory D. Willard  MO #30192
                                  120 S. Central Avenue, Suite 1800
                                  St. Louis, MO 63105
                                  Telephone: (314) 854-8600
                                  Facsimile:  (314) 854-8660
                                  gdw@carmodymacdonald.com

                                  *Attorneys for Alvarez & Marsal*
                                  *North America, LLC*

CARMODY MACDONALD P.C.
Gregory D. Willard
120 South Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 854-8600
Facsimile (314) 854-8660

*Attorneys for Alvarez & Marsal North America, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re                                                    :   **Chapter 11 Case No.**
:
LEHMAN BROTHERS HOLDINGS, INC., *et al.*, :  **08-13555 (JMP)**
:
Debtors.                                             :   (Jointly Administered)
:
------------------------------------------------------------x

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

**IT IS ORDERED,** that Gregory D. Willard is admitted to practice, *pro hac vice*, in these cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2012
         New York, New York

                                                                    _____
                                                                    THE HONORABLE JAMES M. PECK
                                                                    UNITED STATES BANKRUPTCY JUDGE