**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                                          Debtors. | Case No. 08-13555 (JMP)<br>(Jointly Administered)<br><br>Ref. Docket No. 32024 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                               ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 13, 2012, I caused to be served the "Statement of SIPA Trustee Regarding Amended Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004," dated November 13, 2012 [Docket No. 32024],

    by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
13th day of November, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6220196
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

| | |
|---|---|
| aaaronson@dilworthlaw.com | kdwbankruptcydepartment@kelleydrye.com |
| aalfonso@willkie.com | keckhardt@hunton.com |
| abeaumont@fklaw.com | keith.simon@lw.com |
| abraunstein@riemerlaw.com | ken.coleman@allenovery.com |
| acaton@kramerlevin.com | ken.higman@hp.com |
| acker@chapman.com | kerry.moynihan@hro.com |
| adam.brezine@hro.com | kgwynne@reedsmith.com |
| adarwin@nixonpeabody.com | kiplok@hugheshubbard.com |
| adiamond@diamondmccarthy.com | kjarashow@fklaw.com |
| aeckstein@blankrome.com | kkelly@ebglaw.com |
| aentwistle@entwistle-law.com | kkolbig@mosessinger.com |
| afriedman@irell.com | klyman@irell.com |
| agbanknewyork@ag.tn.gov | klynch@formanlaw.com |
| aglenn@kasowitz.com | kmayer@mccarter.com |
| agold@herrick.com | kobak@hugheshubbard.com |
| agoldstein@tnsj-law.com | korr@orrick.com |
| aisenberg@saul.com | kovskyd@pepperlaw.com |
| akantesaria@oppenheimerfunds.com | kpiper@steptoe.com |
| akolod@mosessinger.com | kressk@pepperlaw.com |
| alum@ftportfolios.com | kreynolds@mklawnyc.com |
| amarder@msek.com | krosen@lowenstein.com |
| amartin@sheppardmullin.com | kuehn@bragarwexler.com |
| amcmullen@boultcummings.com | kurt.mayr@bgllp.com |
| amenard@tishmanspeyer.com | lacyr@sullcrom.com |
| andrew.brozman@cliffordchance.com | landon@streusandlandon.com |
| andrew.lourie@kobrekim.com | lapeterson@foley.com |
| angelich.george@arentfox.com | lathompson@co.sanmateo.ca.us |
| ann.reynaud@shell.com | lberkoff@moritthock.com |
| anthony_boccanfuso@aporter.com | lee.stremba@troutmansanders.com |
| aoberry@bermanesq.com | lgotko@fklaw.com |
| aostrow@beckerglynn.com | lgranfield@cgsh.com |
| apo@stevenslee.com | lhandelsman@stroock.com |
| aquale@sidley.com | linda.boyle@twtelecom.com |
| arahl@reedsmith.com | lisa.ewart@wilmerhale.com |
| arheaume@riemerlaw.com | lisa.kraidin@allenovery.com |
| arlbank@pbfcm.com | ljkotler@duanemorris.com |
| arosenblatt@chadbourne.com | lkatz@ltblaw.com |
| arthur.rosenberg@hklaw.com | lkiss@klestadt.com |
| arwolf@wlrk.com | lmarinuzzi@mofo.com |
| aseuffert@lawpost-nyc.com | lmay@coleschotz.com |
| ashmead@sewkis.com | lmcgowen@orrick.com |
| asnow@ssbb.com | lml@ppgms.com |
| aunger@sidley.com | lnashelsky@mofo.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberger@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com

loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

| | |
|---|---|
| cohen@sewkis.com | michael.kelly@monarchlp.com |
| colea@gtlaw.com | michael.kim@kobrekim.com |
| contact@lawofficesjje.com | michael.mccrory@btlaw.com |
| cp@stevenslee.com | millee12@nationwide.com |
| cpappas@dilworthlaw.com | miller@taftlaw.com |
| craig.goldblatt@wilmerhale.com | mimi.m.wong@irscounsel.treas.gov |
| crmomjian@attorneygeneral.gov | mitchell.ayer@tklaw.com |
| cs@stevenslee.com | mjedelman@vedderprice.com |
| csalomon@beckerglynn.com | mjr1@westchestergov.com |
| cschreiber@winston.com | mkjaer@winston.com |
| cshore@whitecase.com | mlahaie@akingump.com |
| cshulman@sheppardmullin.com | mlandman@lcbf.com |
| ctatelbaum@adorno.com | mlichtenstein@crowell.com |
| cwalsh@mayerbrown.com | mlynch2@travelers.com |
| cward@polsinelli.com | mmendez@hunton.com |
| cweber@ebg-law.com | mmooney@deilylawfirm.com |
| cweiss@ingramllp.com | mmorreale@us.mufg.jp |
| dallas.bankruptcy@publicans.com | mneier@ibolaw.com |
| daniel.guyder@allenovery.com | monica.lawless@brookfieldproperties.com |
| dave.davis@isgria.com | mpage@kelleydrye.com |
| david.bennett@tklaw.com | mparry@mosessinger.com |
| david.heller@lw.com | mpomerantz@julienandschlesinger.com |
| david.powlen@btlaw.com | mprimoff@kayescholer.com |
| david.seligman@kirkland.com | mpucillo@bermanesq.com |
| davids@blbglaw.com | mrosenthal@gibsondunn.com |
| davidwheeler@mvalaw.com | mruetzel@whitecase.com |
| dbalog@intersil.com | mschimel@sju.edu |
| dbarber@bsblawyers.com | mschlesinger@julienandschlesinger.com |
| dbaumstein@whitecase.com | msegarra@mayerbrown.com |
| dbesikof@loeb.com | mshiner@tuckerlaw.com |
| dcimo@gjb-law.com | msiegel@brownrudnick.com |
| dcoffino@cov.com | msolow@kayescholer.com |
| dcrapo@gibbonslaw.com | mspeiser@stroock.com |
| ddavis@paulweiss.com | mstamer@akingump.com |
| ddrebsky@nixonpeabody.com | mvenditto@reedsmith.com |
| ddunne@milbank.com | mwarren@mtb.com |
| deggermann@kramerlevin.com | nathan.spatz@pillsburylaw.com |
| deggert@freebornpeters.com | ncoco@mwe.com |
| demetra.liggins@tklaw.com | neal.mann@oag.state.ny.us |
| dfelder@orrick.com | ned.schodek@shearman.com |
| dflanigan@polsinelli.com | neilberger@teamtogut.com |
| dgrimes@reedsmith.com | newyork@sec.gov |
| dhayes@mcguirewoods.com | nherman@morganlewis.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Master Service E-mail List**

dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

| | |
|---|---|
| eschwartz@contrariancapital.com | richard.tisdale@friedfrank.com |
| etillinghast@sheppardmullin.com | richard@rwmaplc.com |
| ezujkowski@emmetmarvin.com | ritkin@steptoe.com |
| ezweig@optonline.net | rjones@boultcummings.com |
| fbp@ppgms.com | rleek@hodgsonruss.com |
| ffm@bostonbusinesslaw.com | rlevin@cravath.com |
| fhyman@mayerbrown.com | rmatzat@hahnhessen.com |
| foont@foontlaw.com | rnetzer@willkie.com |
| francois.janson@hklaw.com | robert.bailey@bnymellon.com |
| fsosnick@shearman.com | robert.dombroff@bingham.com |
| fyates@sonnenschein.com | robert.henoch@kobrekim.com |
| gabriel.delvirginia@verizon.net | robert.malone@dbr.com |
| gbray@milbank.com | robert.yalen@usdoj.gov |
| ggitomer@mkbattorneys.com | robin.keller@lovells.com |
| ggoodman@foley.com | roger@rnagioff.com |
| giddens@hugheshubbard.com | ronald.silverman@bingham.com |
| gkaden@goulstonstorrs.com | ross.martin@ropesgray.com |
| glenn.siegel@dechert.com | rqureshi@reedsmith.com |
| gmoss@riemerlaw.com | rrainer@wmd-law.com |
| gravert@ravertpllc.com | rreid@sheppardmullin.com |
| gspilsbury@jsslaw.com | rroupinian@outtengolden.com |
| harrisjm@michigan.gov | rrussell@andrewskurth.com |
| harveystrickon@paulhastings.com | rterenzi@stcwlaw.com |
| hbeltzer@mayerbrown.com | russj4478@aol.com |
| heim.steve@dorsey.com | rwasserman@cftc.gov |
| heiser@chapman.com | rwyron@orrick.com |
| hollace.cohen@troutmansanders.com | s.minehan@aozorabank.co.jp |
| holsen@stroock.com | sabin.willett@bingham.com |
| howard.hawkins@cwt.com | sabramowitz@velaw.com |
| hseife@chadbourne.com | sabvanrooy@hotmail.com |
| hsnovikoff@wlrk.com | sagolden@hhlaw.com |
| hsteel@brownrudnick.com | sally.henry@skadden.com |
| icatto@mwe.com | samuel.cavior@pillsburylaw.com |
| igoldstein@proskauer.com | sandyscafaria@eaton.com |
| ilevee@lowenstein.com | sara.tapinekis@cliffordchance.com |
| isgreene@hhlaw.com | scargill@lowenstein.com |
| israel.dahan@cwt.com | schannej@pepperlaw.com |
| iva.uroic@dechert.com | schepis@pursuitpartners.com |
| jacobsonn@sec.gov | schnabel.eric@dorsey.com |
| james.heaney@lawdeb.com | schristianson@buchalter.com |
| james.mcclammy@dpw.com | schwartzmatthew@sullcrom.com |
| james.sprayregen@kirkland.com | scottshelley@quinnemanuel.com |
| jamestecce@quinnemanuel.com | scousins@armstrongteasdale.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

| | |
|---|---|
| jamie.nelson@dubaiic.com | sdnyecf@dor.mo.gov |
| jar@outtengolden.com | seba.kurian@invesco.com |
| jason.jurgens@cwt.com | sehlers@armstrongteasdale.com |
| jay.hurst@oag.state.tx.us | seichel@crowell.com |
| jay@kleinsolomon.com | sfelderstein@ffwplaw.com |
| jbecker@wilmingtontrust.com | sfineman@lchb.com |
| jbeemer@entwistle-law.com | sfox@mcguirewoods.com |
| jbeiers@co.sanmateo.ca.us | sgordon@cahill.com |
| jbird@polsinelli.com | sgubner@ebg-law.com |
| jbromley@cgsh.com | shannon.nagle@friedfrank.com |
| jcarberry@cl-law.com | sharbeck@sipc.org |
| jchristian@tobinlaw.com | shari.leventhal@ny.frb.org |
| jchubak@proskauer.com | shgross5@yahoo.com |
| jdoran@haslaw.com | sidorsky@butzel.com |
| jdrucker@coleschotz.com | slerman@ebglaw.com |
| jdwarner@warnerandscheuerman.com | slerner@ssd.com |
| jdyas@halperinlaw.net | slevine@brownrudnick.com |
| jean-david.barnea@usdoj.gov | sloden@diamondmccarthy.com |
| jeanites@whiteandwilliams.com | smayerson@ssd.com |
| jeannette.boot@wilmerhale.com | smillman@stroock.com |
| jeff.wittig@coair.com | smulligan@bsblawyers.com |
| jeffery.black@bingham.com | snewman@katskykorins.com |
| jeffrey.sabin@bingham.com | sory@fdlaw.com |
| jeldredge@velaw.com | spiotto@chapman.com |
| jen.premisler@cliffordchance.com | splatzer@platzerlaw.com |
| jennifer.demarco@cliffordchance.com | sree@lcbf.com |
| jennifer.gore@shell.com | sschultz@akingump.com |
| jeremy.eiden@ag.state.mn.us | sselbst@herrick.com |
| jfalgowski@reedsmith.com | sshimshak@paulweiss.com |
| jflaxer@golenbock.com | sskelly@teamtogut.com |
| jfox@joefoxlaw.com | sstarr@starrandstarr.com |
| jfreeberg@wfw.com | steele@lowenstein.com |
| jg5786@att.com | stephen.cowan@dlapiper.com |
| jgenovese@gjb-law.com | steve.ginther@dor.mo.gov |
| jguy@orrick.com | steven.troyer@commerzbank.com |
| jherzog@gklaw.com | steven.usdin@flastergreenberg.com |
| jhiggins@fdlaw.com | steven.wilamowsky@bingham.com |
| jhorgan@phxa.com | steven@blbglaw.com |
| jhuggett@margolisedelstein.com | streusand@streusandlandon.com |
| jim@atkinslawfirm.com | susheelkirpalani@quinnemanuel.com |
| jjoyce@dresslerpeters.com | sweyl@haslaw.com |
| jjtancredi@daypitney.com | swolowitz@mayerbrown.com |
| jjureller@klestadt.com | szuch@wiggin.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

| | |
|---|---|
| jkehoe@btkmc.com | tannweiler@greerherz.com |
| jlamar@maynardcooper.com | tarbit@cftc.gov |
| jlawlor@wmd-law.com | tbrock@ssbb.com |
| jlee@foley.com | tdewey@dpklaw.com |
| jlevitin@cahill.com | tduffy@andersonkill.com |
| jlipson@crockerkuno.com | tgoren@mofo.com |
| jlovi@steptoe.com | thaler@thalergertler.com |
| jlscott@reedsmith.com | thomas.califano@dlapiper.com |
| jmaddock@mcguirewoods.com | thomas_noguerola@calpers.ca.gov |
| jmakower@tnsj-law.com | tim.desieno@bingham.com |
| jmazermarino@msek.com | timothy.brink@dlapiper.com |
| jmcginley@wilmingtontrust.com | timothy.palmer@bipc.com |
| jmelko@gardere.com | tjfreedman@pbnlaw.com |
| jmerva@fult.com | tkiriakos@mayerbrown.com |
| jmmurphy@stradley.com | tlauria@whitecase.com |
| jmr@msf-law.com | tmacwright@whitecase.com |
| jnadritch@olshanlaw.com | tmarrion@haslaw.com |
| jnm@mccallaraymer.com | tnixon@gklaw.com |
| john.monaghan@hklaw.com | toby.r.rosenberg@irscounsel.treas.gov |
| john.rapisardi@cwt.com | tomwelsh@orrick.com |
| jorbach@hahnhessen.com | tony.davis@bakerbotts.com |
| joseph.cordaro@usdoj.gov | tslome@msek.com |
| joshua.dorchak@bingham.com | ttracy@crockerkuno.com |
| jowen769@yahoo.com | tunrad@burnslev.com |
| jowolf@law.nyc.gov | twheeler@lowenstein.com |
| joy.mathias@dubaiic.com | ukreppel@whitecase.com |
| jpintarelli@mofo.com | villa@streusandlandon.com |
| jporter@entwistle-law.com | vmilione@nixonpeabody.com |
| jprol@lowenstein.com | vrubinstein@loeb.com |
| jrabinowitz@rltlawfirm.com | walter.stuart@freshfields.com |
| jrsmith@hunton.com | wanda.goodloe@cbre.com |
| jschiller@bsfllp.com | wballaine@lcbf.com |
| jschwartz@hahnhessen.com | wbenzija@halperinlaw.net |
| jsheerin@mcguirewoods.com | wchen@tnsj-law.com |
| jsherman@bsfllp.com | wcurchack@loeb.com |
| jshickich@riddellwilliams.com | wdase@fzwz.com |
| jsmairo@pbnlaw.com | wfoster@milbank.com |
| jstoll@mayerbrown.com | william.m.goldman@dlapiper.com |
| jsullivan@mosessinger.com | wiltenburg@hugheshubbard.com |
| jteitelbaum@tblawllp.com | wisotska@pepperlaw.com |
| jtimko@shutts.com | wk@pwlawyers.com |
| jtorf@schiffhardin.com | wmaher@wmd-law.com |
| judy.morse@crowedunlevy.com | wmarcari@ebglaw.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Master Service E-mail List**

| | |
|---|---|
| jvail@ssrl.com | wmckenna@foley.com |
| jwallack@goulstonstorrs.com | wrightth@sullcrom.com |
| jwang@sipc.org | wsilverm@oshr.com |
| jwcohen@daypitney.com | wswearingen@llf-law.com |
| jweiss@gibsondunn.com | wtaylor@mccarter.com |
| jwest@velaw.com | wweintraub@fklaw.com |
| jwh@njlawfirm.com | wzoberman@bermanesq.com |
| kanema@formanlaw.com | yuwatoko@mofo.com |
| karen.wagner@dpw.com | |

# LEHMAN BROTHERS HOLDINGS INC.
## Service E-mail List

**Counsel E-mail Addresses**

harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
robert.lemons@weil.com

**Additional E-mail Addresses**

clarkb@sullcrom.com
ira.greene@hhlaw.com
schwartzmatthew@sullcrom.com
scott.golden@hhlaw.com

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC.**
Overnight Mail Service List

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005
ATTN: DENNIS F. DUNNE, ESQ., DENNIS O'DONNELL,
ESQ., AND EVAN R. FLECK, ESQ.,

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, ESQ, LORI R. FIFE, ESQ,
ROBERT J. LEMONS, ESQ, & JACQUELINE MARCUS, ESQ 767 FIFTH AVENUE
NEW YORK, NEW YORK 10153

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

HOGAN & HARTSON LLP
ATTN: IRA GREENE & SCOTT GOLDEN
(COUNSEL TO KRAFT FOODS, INC.)
875 THIRD AVENUE
NEW YORK NY 10022