**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------x
                                          :
In re                                     :        **Chapter 11 Case No.**
                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
                                          :
                    **Debtors.**          :        **(Jointly Administered)**
                                          :
---------------------------------------------------------------------------x   **Ref. Docket Nos. 31988-31999**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 9, 2012, I caused to be served the:

    a)  "Notice of Hearing on the Three Hundred Sixty-Fifth Omnibus Objection to Claims (Securities Claims)," dated November 9, 2012 [Docket No. 31988], (the "365th Omnibus"),

    b)  "Notice of Hearing on the Hundred Sixty-Sixth Omnibus Objection to Claims (Employment-Related Claims)," dated November 9, 2012 [Docket No. 31989], (the "366th Omnibus"),

    c)  "Notice of Hearing on Three Hundred Sixty-Seventh Omnibus Objection to Claims (Settled Derivatives Claims)," dated November 9, 2012 [Docket No. 31990], (the "367th Omnibus"),

    d)  "Notice of Hearing on Three Hundred Sixty-Eighth Omnibus Objection to Claims (Improper Amendments)," dated November 9, 2012 [Docket No. 31991], (the "368th Omnibus"),

    e)  "Notice of Hearing on Three Hundred Sixty-Ninth Omnibus Objection to Claims (Duplicative Claims)," dated November 9, 2012 [Docket No. 31992], (the "369th Omnibus"),

    f)  "Notice of Hearing on Three Hundred Seventieth Omnibus Objection to Claims (No Liability Claims)," dated November 9, 2012 [Docket No. 31993], (the "370th Omnibus"),

g) "Notice of Hearing on Three Hundred Seventy-First Omnibus Objection to Claims (Reduce and Allow Claims)," dated November 9, 2012 [Docket No. 31994], (the "371st Omnibus"),

h) "Notice of Hearing on Three Hundred Seventy-Second Omnibus Objection to Claims (Late-Filed Claims)," dated November 9, 2012 [Docket No. 31995], (the "372nd Omnibus"),

i) "Notice of Hearing on Three Hundred Seventy-Third Omnibus Objection to Claims (Insufficient Documentation Claims)," dated November 9, 2012 [Docket No. 31996], (the "373rd Omnibus"),

j) "Notice of Hearing on Three Hundred Seventy-Fourth Omnibus Objection to Claims (Partnership Claims)," dated November 9, 2012 [Docket No. 31997], (the "374th Omnibus"),

k) "Notice of Hearing on Three Hundred Seventy-Fifth Omnibus Objection to Claims (No Guarantee Claims)," dated November 9, 2012 [Docket No. 31998], (the "375th Omnibus"), and

l) "Notice of Hearing on Three Hundred Seventy-Sixth Omnibus Objection to Claims (Wrong Entity Claims)," dated November 9, 2012 [Docket No. 31999], (the "376th Omnibus"),

by causing true and correct copies of the:

i. 365th Omnibus, 366th Omnibus, 367th Omnibus, 368th Omnibus, 369th Omnibus, 370th Omnibus, 371st Omnibus, 372nd Omnibus, 373rd Omnibus, 374th Omnibus, 375th Omnibus, and 376th Omnibus, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

ii. 365th Omnibus, 366th Omnibus, 367th Omnibus, 368th Omnibus, 369th Omnibus, 370th Omnibus, 371st Omnibus, 372nd Omnibus, 373rd Omnibus, 374th Omnibus, 375th Omnibus, and 376th Omnibus, to be delivered via electronic mail to those parties listed on the annexed Exhibit B.

iii. 365th Omnibus, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

iv. 366th Omnibus, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D,

v. 367th Omnibus, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E,

vi. 368th Omnibus, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit F,

vii.  369th Omnibus, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit G,

viii.  370th Omnibus, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit H,

ix.  371st Omnibus, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit I,

x.  372nd Omnibus, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit J,

xi.  373rd Omnibus, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit K,

xii.  374th Omnibus, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit L,

xiii.  375th Omnibus, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit M, and

xiv.  376th Omnibus, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit N.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
12th day of November, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Omnis 365-376_DI_31988-31999_AFF_11-9-12_KO.doc

**EXHIBIT A**

Lehman Brothers Holdings Inc.
Master Service List

**OFFICE OF THE US TRUSTEE**
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

**INTERNAL REVENUE SERVICE**
*SPECIAL PROCEDURES BRANCH*
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

## LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com

azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
colea@gtlaw.com
contact@lawofficesjje.com
cp@stevenslee.com

LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| cpappas@dilworthlaw.com | dlipke@vedderprice.com |
| craig.goldblatt@wilmerhale.com | dludman@brownconnery.com |
| crmomjian@attorneygeneral.gov | dmcguire@winston.com |
| cs@stevenslee.com | dmurray@jenner.com |
| csalomon@beckerglynn.com | dneier@winston.com |
| cschreiber@winston.com | dodonnell@milbank.com |
| cshore@whitecase.com | dove.michelle@dorsey.com |
| cshulman@sheppardmullin.com | dpegno@dpklaw.com |
| ctatelbaum@adorno.com | draelson@fisherbrothers.com |
| cwalsh@mayerbrown.com | dravin@wolffsamson.com |
| cward@polsinelli.com | drose@pryorcashman.com |
| cweber@ebg-law.com | drosenzweig@fulbright.com |
| cweiss@ingramllp.com | drosner@goulstonstorrs.com |
| dallas.bankruptcy@publicans.com | drosner@kasowitz.com |
| daniel.guyder@allenovery.com | dshaffer@wtplaw.com |
| dave.davis@isgria.com | dshemano@peitzmanweg.com |
| david.bennett@tklaw.com | dspelfogel@foley.com |
| david.heller@lw.com | dtatge@ebglaw.com |
| david.powlen@btlaw.com | dtheising@harrisonmoberly.com |
| david.seligman@kirkland.com | dwdykhouse@pbwt.com |
| davids@blbglaw.com | dwildes@stroock.com |
| davidwheeler@mvalaw.com | dworkman@bakerlaw.com |
| dbalog@intersil.com | easmith@venable.com |
| dbarber@bsblawyers.com | echang@steinlubin.com |
| dbaumstein@whitecase.com | ecohen@russell.com |
| dbesikof@loeb.com | efleck@milbank.com |
| dcimo@gjb-law.com | efriedman@fklaw.com |
| dcoffino@cov.com | efriedman@friedumspring.com |
| dcrapo@gibbonslaw.com | eglas@mccarter.com |
| ddavis@paulweiss.com | ekbergc@lanepowell.com |
| ddrebsky@nixonpeabody.com | eleicht@whitecase.com |
| ddunne@milbank.com | eli.mattioli@klgates.com |
| deggermann@kramerlevin.com | ellen.halstead@cwt.com |
| deggert@freebornpeters.com | emerberg@mayerbrown.com |
| demetra.liggins@tklaw.com | enkaplan@kaplanlandau.com |
| dfelder@orrick.com | eobrien@sbchlaw.com |
| dflanigan@polsinelli.com | erin.mautner@bingham.com |
| dgrimes@reedsmith.com | eschwartz@contrariancapital.com |
| dhayes@mcguirewoods.com | etillinghast@sheppardmullin.com |
| dheffer@foley.com | ezujkowski@emmetmarvin.com |
| diconzam@gtlaw.com | ezweig@optonline.net |
| djoseph@stradley.com | fbp@ppgms.com |
| dkleiner@velaw.com | ffm@bostonbusinesslaw.com |
| dkozusko@willkie.com | fhyman@mayerbrown.com |
| dlemay@chadbourne.com | foont@foontlaw.com |

LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com

jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com

LEHMAN BROTHERS HOLDINGS INC.
Email Service List

| | |
|---|---|
| jmelko@gardere.com | kerry.moynihan@hro.com |
| jmerva@fult.com | kgwynne@reedsmith.com |
| jmmurphy@stradley.com | kiplok@hugheshubbard.com |
| jmr@msf-law.com | kjarashow@fklaw.com |
| jnadritch@olshanlaw.com | kkelly@ebglaw.com |
| jnm@mccallaraymer.com | kkolbig@mosessinger.com |
| john.monaghan@hklaw.com | klyman@irell.com |
| john.rapisardi@cwt.com | klynch@formanlaw.com |
| jorbach@hahnhessen.com | kmayer@mccarter.com |
| joseph.cordaro@usdoj.gov | kobak@hugheshubbard.com |
| joshua.dorchak@bingham.com | korr@orrick.com |
| jowen769@yahoo.com | kovskyd@pepperlaw.com |
| jowolf@law.nyc.gov | kpiper@steptoe.com |
| joy.mathias@dubaiic.com | kressk@pepperlaw.com |
| jpintarelli@mofo.com | kreynolds@mklawnyc.com |
| jporter@entwistle-law.com | krosen@lowenstein.com |
| jprol@lowenstein.com | kuehn@bragarwexler.com |
| jrabinowitz@rltlawfirm.com | kurt.mayr@bgllp.com |
| jrsmith@hunton.com | lacyr@sullcrom.com |
| jschiller@bsfllp.com | landon@streusandlandon.com |
| jschwartz@hahnhessen.com | lapeterson@foley.com |
| jsheerin@mcguirewoods.com | lathompson@co.sanmateo.ca.us |
| jsherman@bsfllp.com | lberkoff@moritthock.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com |
| jtorf@schiffhardin.com | lisa.kraidin@allenovery.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com |
| jvail@ssrl.com | lkatz@ltblaw.com |
| jwallack@goulstonstorrs.com | lkiss@klestadt.com |
| jwang@sipc.org | lmarinuzzi@mofo.com |
| jwcohen@daypitney.com | lmay@coleschotz.com |
| jweiss@gibsondunn.com | lmcgowen@orrick.com |
| jwest@velaw.com | lml@ppgms.com |
| jwh@njlawfirm.com | lnashelsky@mofo.com |
| kanema@formanlaw.com | loizides@loizides.com |
| karen.wagner@dpw.com | lromansic@steptoe.com |
| kdwbankruptcydepartment@kelleydrye.com | lscarcella@farrellfritz.com |
| keckhardt@hunton.com | lschweitzer@cgsh.com |
| keith.simon@lw.com | lubell@hugheshubbard.com |
| ken.coleman@allenovery.com | lwhidden@salans.com |
| ken.higman@hp.com | mabrams@willkie.com |

LEHMAN BROTHERS HOLDINGS INC.
Email Service List

| | |
|---|---|
| maofiling@cgsh.com | mkjaer@winston.com |
| marc.chait@sc.com | mlahaie@akingump.com |
| margolin@hugheshubbard.com | mlandman@lcbf.com |
| mark.bane@ropesgray.com | mlichtenstein@crowell.com |
| mark.deveno@bingham.com | mlynch2@travelers.com |
| mark.ellenberg@cwt.com | mmendez@hunton.com |
| mark.ellenberg@cwt.com | mmooney@deilylawfirm.com |
| mark.hellerer@pillsburylaw.com | mmorreale@us.mufg.jp |
| mark.sherrill@sutherland.com | mneier@ibolaw.com |
| marvin.clements@ag.tn.gov | monica.lawless@brookfieldproperties.com |
| matt@willaw.com | mpage@kelleydrye.com |
| matthew.klepper@dlapiper.com | mparry@mosessinger.com |
| maustin@orrick.com | mpomerantz@julienandschlesinger.com |
| max.polonsky@skadden.com | mprimoff@kayescholer.com |
| mbenner@tishmanspeyer.com | mpucillo@bermanesq.com |
| mberman@nixonpeabody.com | mrosenthal@gibsondunn.com |
| mberman@nixonpeabody.com | mruetzel@whitecase.com |
| mbienenstock@proskauer.com | mschimel@sju.edu |
| mbloemsma@mhjur.com | mschlesinger@julienandschlesinger.com |
| mbossi@thompsoncoburn.com | msegarra@mayerbrown.com |
| mcademartori@sheppardmullin.com | mshiner@tuckerlaw.com |
| mcantor@normandyhill.com | msiegel@brownrudnick.com |
| mccombst@sullcrom.com | msolow@kayescholer.com |
| mcordone@stradley.com | mspeiser@stroock.com |
| mcto@debevoise.com | mstamer@akingump.com |
| mcyganowski@oshr.com | mvenditto@reedsmith.com |
| mdorval@stradley.com | mwarren@mtb.com |
| melorod@gtlaw.com | nathan.spatz@pillsburylaw.com |
| meltzere@pepperlaw.com | ncoco@mwe.com |
| metkin@lowenstein.com | neal.mann@oag.state.ny.us |
| mfeldman@willkie.com | ned.schodek@shearman.com |
| mgordon@briggs.com | neilberger@teamtogut.com |
| mgreger@allenmatkins.com | newyork@sec.gov |
| mh1@mccallaraymer.com | nherman@morganlewis.com |
| mhopkins@cov.com | nickolas.karavolas@pillsburylaw.com |
| michael.frege@cms-hs.com | nissay_10259-0154@mhmjapan.com |
| michael.kelly@monarchlp.com | nlepore@schnader.com |
| michael.kim@kobrekim.com | notice@bkcylaw.com |
| michael.mccrory@btlaw.com | oipress@travelers.com |
| millee12@nationwide.com | otccorpactions@finra.org |
| miller@taftlaw.com | paronzon@milbank.com |
| mimi.m.wong@irscounsel.treas.gov | patrick.oh@freshfields.com |
| mitchell.ayer@tklaw.com | paul.turner@sutherland.com |
| mjedelman@vedderprice.com | pbattista@gjb-law.com |
| mjr1@westchestergov.com | pbosswick@ssbb.com |

### LEHMAN BROTHERS HOLDINGS INC.
### Email Service List

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

philip.wells@ropesgray.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrain-gutierrez@kaplanlandau.com

ptrostle@jenner.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

ramona.neal@hp.com

rbeacher@pryorcashman.com

rbernard@foley.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfleischer@pryorcashman.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.fingard@newedge.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

richard@rwmaplc.com

ritkin@steptoe.com

rjones@boultcummings.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rqureshi@reedsmith.com

rrainer@wmd-law.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sagolden@hhlaw.com

sally.henry@skadden.com

samuel.cavior@pillsburylaw.com

sandyscafaria@eaton.com

sara.tapinekis@cliffordchance.com

scargill@lowenstein.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

seba.kurian@invesco.com

sehlers@armstrongteasdale.com

seichel@crowell.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerman@ebglaw.com

## Lehman Brothers Holdings Inc.
### Email Service List

slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com

tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT C**

| Claim Name | Address Information |
| --- | --- |
| COHEN, LAURIE S | 10678 WHITEWIND CIR BOYNTON BEACH FL 33473-7883 |
| HAACK, JOHN A | 10500 VILLAGE LN FORISTELL MO 63348-2422 |
| PUERTO RICO GLOBAL INCOME TARGET MATURITY FUND, IN | ATTN: JOSE SOSA LLORENS, ESQ. FIDDLER GONZALEZ & RODRIGUEZ PO BOX 363507 SAN JUAN PR 00936-3507 |
| ROFOUGARAN, AHMADREZA (REZA) | 33 VISTA LUCI NEWPORT COAST CA 92657 |
| SHAPIRO, MARK | 59 UPLAND DRIVE GREENWICH CT 06831 |

**Total Creditor count  5**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ADAIR, JOHN | C/O NOMURA INTERNATIONAL (HK) LTD 30/F TWO IFC 8 FINANCE STREET CENTRAL HONG KONG |
| ADAIR, JOHN | PATRICK COLLINS FARRELL FRITZ, PC 1320 RXR PLAZA UNIONDALE NY 11556 |
| BORGES, IDALIA | 254 SAN JOSE STREET PH SAN JUAN PR 00901 |
| COLON LOPEZ, ELIZABETH | 2 SOUTH END AVENUE, 7M NEW YORK NY 10280 |
| GAMBARDELLA, LISA | 80 BAY STREET LANDING APT 3B STATEN ISLAND NY 10301 |
| KENNEY, ARTHUR J. | 200 EAST END AVE, APT 5-DE NEW YORK NY 10128 |
| KONHEIM, SETH | 10 LYNDALE PARK WESTPORT CT 06880 |
| LIU, AMY | 2250 BROADWAY APT 6F NEW YORK NY 10024 |
| MARSAN, DEAN K. | 253-11 BRATTLE AVENUE LITTLE NECK NY 11362 |
| MONTELLA, MICHAEL | 95 SHOREHAM ROAD MASSAPEQUA NY 11758 |
| PATEL, BHAVNA | 19 DORSET DRIVE KENILWORTH NJ 07033 |
| RODRIGUEZ, KLEBER | 180 FRIENDSHIP ROAD HOWELL NJ 07731 |
| SATRIALE, ANTHONY M. | 62 LOCKWOOD AVE. BRONXVILLE NY 10708 |
| SCELLATO, JAMES | 31 FIELD STREET STATEN ISLAND NY 10314 |
| SHANAHAN, JOHN | 7 SPRINGVALE RD CROTON ON HUDSON NY 10520 |
| TERRANOVA, THOMAS | 159 WEST 23RD STREET APT 4R NEW YORK NY 10011-2499 |
| ULYANENKO, ANDREY | 345 EAST 93RD STREET APARTMENT 25H NEW YORK NY 10128 |
| WITKIN, MICHAEL | 17 TREWBRIDGE CT PRINCETON NJ 08540 |
| YEUNG, BRIAN | 140-37 CHERRY AVENUE APT #5B FLUSHING NY 11355 |

**Total Creditor count  19**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE PLC SERIES 2007-2 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC SERIES 2007-2 | ATTN: MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC SERIES 2007-2 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |

Total Creditor count  3

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| FRANZ, ROBERT | 100 WALL ST FL 8 NEW YORK NY 10005-3723 |
| FRANZ, ROBERT | WHITE AND WILLIAMS LLP ATTN: SEDGWICK M. JEANITE, ESQ. ONE PENN PLAZA, SUITE 4110 NEW YORK NY 10119 |
| KARP, MICHAEL | 11 CANDLEWOOD DR WEST WINDSOR NJ 08550 |

**Total Creditor count  3**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| CHINA CITIC BANK CORPORATION LIMITED | ATTN: ZHAO JINGLIANG BLOCK C, FUHUA MANSION CHAOYANGMENBEI DAJIE, DONGECHENG, BEIJING 100027 CHINA |
| CIBA UK PENSION TRUST LTD | CHARTER WAY MACCLESFIELD CHESHIRE SK10 2NX UNITED KINGDOM |
| CIBA UK PENSION TRUST LTD | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| DOWNTOWN REDEVELOPMENT AUTHORITY | PO BOX 1995 VANCOUVER WA 98668-1995 |
| PILEKA INVESTMENTS LIMITED | AKARA BUILDING 24 CASTRO STREET, WICKHAMS ROAD TOWN, CAY 1 TORTOLA VIRGIN ISLANDS (BRITISH) |
| R2 INVESTMENTS, LDC | C/O AMALGAMATED GADGET, L.P. 301 COMMERCE STREET, SUITE 3200 FORT WORTH TX 76102-4140 |
| REID, WAYNE D, II | 433 LANGLEY OAKS DRIVE MARIETTA GA 30067 |
| STACY FLIER | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STACY FLIER | AUTHORIZED SIGNATORY ON BEHALF OF LONGUE VUE PARTNERS CTC CONSULTING, LLC 4380 SW MACADAM, SUITE 490 PORTLAND OR 97239 |
| TREILING, ERIC | 745 SEVENTH AVENUE THIRD FLOOR NEW YORK NY 10019 |

**Total Creditor count  10**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| ALACO LIMITED | MEADOWS HOUSE 20-22 QUEEN STREET LONDON W1J 5PR UNITED KINGDOM |
| AON RISK SERVICES, INC OF MARYLAND | ATTENTION: DANIELLE R LEE 10461 MILL RUN CIRCLE OWINGS MILLS MD 21117 |
| DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG | 402115002 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| ELLIOTT ASSOCIATES,L.P. | TRANSFEROR: NWI EXPLORER GLOBAL MASTER FUND LTD C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES,L.P. | TRANSFEROR: NWI EMERGING MARKET FIXED INCOME MASTER FUND LTD C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| IN RECORD TIME, INC. | 575 EIGHTH AVE, SUITE 1900 NEW YORK NY 10018 |
| MANCINI DUFFY | 275 7TH AVE FL 19 NEW YORK NY 10001-6738 |
| MARSH USA INC. | ATTN: CRAIG PADOVER 121 RIVER STREET, 11TH FLOOR HOBOKEN NJ 07030 |
| MCGRAW-HILL COMPANIES, THE | PO BOX 7247-7020 PHILADELPHIA PA 19170 |
| PUBLIC AFFAIRS SUPPORT SVCS INC | 1950 ROLAND CLARKE PL STE 300 RESTON VA 20191-1414 |
| STOCK EXCHANGE OF HONG KONG LIMITED, | 12TH FLOOR, ONE INTERNATIONAL FINANCE CENTRE 1 HARBOUR VIEW STREET CENTRAL HONG KONG |
| SUN HUNG KAI INVESTMENT SERVICES LIMITED | ATTN: MS. SYLVIA LAU 42/F THE LEE GARDENS 33 HYSAN AVENUE CAUSEWAY BAY HONG KONG |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |

**Total Creditor count  14**

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| CHAMPION INTERNATIONAL MOVING LTD | ONE CHAMPION WAYS CANONSBURG PA 15317 |
| CORPORATION SERVICE COMPANY | 2711 CENTERVILLE ROAD WILMINGTON DE 19808 |
| EXL SERVICE HOLDINGS, INC. | 280 PARK AVE FL 38 NEW YORK NY 10017-1216 |
| EXL SERVICE HOLDINGS, INC. | AMIT SHASHANK AMIT SHASHANK 280 PARK AVE FL 38 NEW YORK NY 10017-1216 |
| EXL SERVICE HOLDINGS, INC. | MICHAEL H. TORKIN CURTOS D. SCRIBNER SHEARMAN & STERLING LLP 599 LEXINGTON AVE. NEW YORK NY 10022 |
| KWAN, KEVIN | 175-01 JEWEL AVE FRESH MEADOWS NY 11365 |
| METRO OFFICE FURNITURE RENTAL INC | 310 FIFTH AVENUE 4TH FLOOR NEW YORK NY 10001-3605 |
| PIEDMONT PRODUCTIONS LLC | 110 EST 80TH STREET # 3F NEW YORK NY 10024 |

**Total Creditor count  8**

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| ALINE, CHANTAL | PK 5. 90, COTE MONTAGNE FAAA, TAHITI POLYNESE FRANCAISE |
| ALINE, CHANTAL | MAG AM 17 CHEMIN LOUIS DUNANT GENEVE 20 CP 76 1211 SUISSE |
| HERCHUELZ, ALAIN | 7 CHEMIN DU VIGNEAU STE NEOMAYE 79260 FRANCE |
| HERCHUELZ, ALAIN | MAG AM 17 CHEMIN LOUIS DUNANT GENEVE 20 CP 76 1211 SUISSE |
| MENARD, YVELINE | 47 ROUTE DU OHEN TORO BP 4421 NOUMEA 98845 NOUVELLE CADEDONIE |
| MENARD, YVELINE | MAG AM 17 CHEMIN LOUIS DUNANT GENEVE 20 CP 76 1211 SUISSE |
| THOMAS, RENATA | 10 MENTMORE CLOSE BOOKER HIGH WYCOMBE, BUCKS HP124LX UNITED KINGDOM |

**Total Creditor count  7**

**EXHIBIT K**

| Claim Name | Address Information |
|---|---|
| BANK OF NEW  YORK MELLON, ETC. | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANK OF NEW  YORK MELLON, ETC. | GLOBAL CORPORATE TRUST ATTN: STUART ROTHENBERG 101 BARCLAY 8 WEST NEW YORK NY 10286 |
| SAMARI, OREN | 12 KRISTI LANE WOODBURY NY 11797 |
| SILVERS, STEVEN T. | 12 SAGAMORE WAY SOUTH JERICHO NY 11753 |
| THOMSON REUTERS CORPORATION FOR ITSELF AND CERTAIN | AND SUBSIDIARIES ATTN: MARIA B. DIAZ 3 TIMES SQUARE- 20TH FLOOR NEW YORK NY 10036 |
| THOMSON REUTERS CORPORATION FOR ITSELF AND CERTAIN | ATTN: ANDREW B. ECKSTEIN C/O BLANK ROME LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| WU, MICHAEL | 150-36 76TH RD KEW GARDENS HILLS NY 11367 |

**Total Creditor count  7**

**EXHIBIT L**

| Claim Name | Address Information |
|---|---|
| AXELROD, STUART | 412 CHURCH AVE CEDARHURST NY 11516 |
| BAQUERO,TARA E. | 70 MONTCLAIR AVE MONTCLAIR NJ 07042 |
| BULLEN, JANE E. | 139 COLLEGE AVENUE STATEN ISLAND NY 10314 |
| BUTLER-MCLAUGHLIN, CECELIA E. | 2 LANGDON RD CARLE PLACE NY 11514 |
| CORNELL, JENNIFER I | 14 NITA ROAD WARLEY BRENTWOOD ESSEX CM14 5BQ UNITED KINGDOM |
| DELUCA, PHILIP F. | 45 BIRCH STREET PORT WASHINGTON NY 11050 |
| ETGES,JUERGEN | KUEFERWEG 112 MAINZ 55128 GERMANY |
| FREEMAN,ROGER A. | 16 BAKER AVENUE WESTPORT CT 06880 |
| GREVES, ANNE MARIE | 37 WALNUT AVENUE RED BANK NJ 07701 |
| HOM, MICHAEL C. | 185 WEST END AVENUE APT 25MN NEW YORK NY 10023 |
| LAWSON, IAN D | RYLANDES ROCKFIELD ROAD OXTED, SURREY RH8 OHA UNITED KINGDOM |
| LEACH, EVERETT | 125 QUEENS AVENUE ELMONT NY 11003 |
| LYONS, FREDERICK W. | 75 WINGRA AVENUE RUTHERFORD NJ 07070 |
| MANNINO, JOSEPH | 126 BACK BONE HILL RD MILLSTONE TWP NJ 08510-1805 |
| MEDERO, XAVIERA | 3 THORNTON HL OSSINING NY 10562-2571 |
| MONTALVO, MIRIAM | 1918 KIMBALL STREET BROOKLYN NY 11234 |
| NANCOZ, SALLY | 45 BIRKENDENE RD CALDWELL NJ 07006 |
| OH, MIRIAM Y. | 76 GLENN DRIVE NEW CANAAN CT 06840 |
| RADICK, JONATHAN | 1300 KNOLL WOOD ROAD MOUNTAINSIDE NJ 07092 |
| SETO,KAREN | FLAT 2 25 EARDLEY CRESCENT LONDON SW5 9JS UNITED KINGDOM |
| SIBIRSKI, LINDA J. | 2165 BRIGHAM STREET APT 6E BROOKLYN NY 11229 |
| SILVERS, STEVEN T. | 12 SAGAMORE WAY SO JERICHO NY 11753 |
| SKINNER, MICHAEL L. | 401 NE 32ND ST APT 1910 CHICAGO IL 60616 |
| TERRANOVA, THOMAS | 159 WEST 23RD STREET APT 4R NEW YORK NY 10011-2499 |
| WONG, NANCY C. | 108-37 71ST AVENUE APT. 5G FOREST HILLS NY 11375 |

**Total Creditor count  25**

**EXHIBIT M**

| Claim Name | Address Information |
|---|---|
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO MULTIRENTABILIDAD, FL CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE MADRID SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO SUPERSELECCION DIVIDENDO 2, FL CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE MADRID SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF SUPERFONDO EVOLUCION, FL CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE MADRID SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO SANTANDER 150 ANIVERSARIO, F.I. CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE MADRID SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO ANTICIPACION CONSERVADOR, F.I. CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE MADRID SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C., ON BEHALF OF SANTANDER DECISION MODERADO, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF SANTANDER DECISION CONSERVADOR, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO ANTICIPACION MODERADO, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C., ON BEHALF OF FONDO SANTANDER 150 ANIVERSARIO 2, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C., ON BEHALF OF FONDO ANTICIPACION MODERADO 2, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C., ON BEHALF OF FONDO ANTICIPACION CONSERVADOR 2, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. | ON BEHALF OF FONDO SUPERSELECCION DIVIDENDO, FI ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID SPAIN |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. | O'MELVENY & MYERS LLP ATTN: GERALD C BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| TSO, LLC | TRANSFEROR: YORVIK PARTNERS LLP C/O ASHURST LLP ATTN: PATRICIA SEDDON 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036 |
| TSO, LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

**Claim Name**                              **Address Information**

| Total Creditor count  15 |

**EXHIBIT N**

| Claim Name | Address Information |
| --- | --- |
| FIORILLI, MATTHEW & JUDY | 6 HEATH DRIVE BRIDGEWATER NJ 08807 |
| RICHARDS, LAYTON & FINGER, P.A. | C/O LEE E. KAUFMAN 920 N. KING STREET WILMINGTON DE 19801 |

**Total Creditor count  2**