UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
In re:                                                       :
                                                             :  Chapter 11
LEHMAN BROTHERS HOLDINGS, INC.,                              :
*et al.*,                                                    :  Case No. 08-13555 (JMP)
                                                             :
Debtors.                                                     :  (Jointly Administered)
                                                             :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 13, 2012, a copy of the document listed below was served on parties on Exhibit A via electronic mail and First Class, U.S. Mail.

    RESPONSE OF MARINER INVESTMENT GROUP, LLC TO THE THREE HUNDRED SIXTY-FIRST OMNIBUS OBJECTION OF THE DEBTORS TO CLAIMS (NO GUARANTEE CLAIMS) OF CASPIAN CAPITAL PARTNERS, L.P., AND MARINER OPPORTUNITIES FUND, L.P. [Docket No. 32040]

                                     /s/ Denise A. Cunsolo
                                     Denise A. Cunsolo

Document Number: 1532526

EXHIBIT A

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Robert J. Lemons, Esq.
      Lee J. Goldberg, Esq.

Office of the United States Trustee
Region 2
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Tracy Hope Davis, Esq.
      Elisabetta Gasparini, Esq.
      Andrea B. Schwartz, Esq.;