LAW OFFICES OF LISA M. SOLOMON
305 Madison Avenue, Suite 4700
New York, New York 10165
Telephone: (212) 471-0067
Facsimile: (212) 980-6965
Lisa M. Solomon

*Counsel for Vincent Primiano*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
**In re**                                                                  :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :    **08-13555 (JMP)**
:
Debtors.                                             :    **(Jointly Administered)**
:
------------------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIMS

PLEASE TAKE NOTICE that, through his undersigned counsel, Vincent Primiano (the "Claimant") hereby withdraws the proofs of claim listed on Exhibit "A" hereto (the "Claims") and authorizes the Clerk of the Court or the Debtors' court-appointed claims agent to reflect this withdrawal on the official claims register. No other proof of claim of Claimant against any of the above-captioned debtors (collectively, the "Debtors") shall in any manner be affected or prejudiced hereby, nor shall this withdrawal operate to bar Claimant from

raising any issue with regard to any other claim filed against the Debtors.

Dated:  November 13, 2012
       New York, New York       LAW OFFICES OF LISA M. SOLOMON
                                  *Counsel for Vincent Primiano*


                                  By :   /s/ Lisa M. Solomon
                                      Lisa M. Solomon
                                305 Madison Avenue, Suite 4700
                                New York, New York 10165
                                Telephone: (212) 471-0067
                                Facsimile: (212) 980-6965

**Exhibit A**

| Claim Number | Debtor Against Which Claim Asserted | Case No. |
|---|---|---|
| 31794 | LB 2080 Kalakaua Owners LLC | 09-02516 |
| 31796 | LB 745 LLC | 08-13600 |
| 31797 | PAMI Statler Arms LLC | 08-13664 |
| 31798 | Lehman Brothers Commodity Services Inc. | 08-13885 |
| 31799 | Lehman Brothers Special Financing Inc. | 08-13888 |
| 31800 | Lehman Brothers OTC Derivatives Inc. | 08-13893 |
| 31801 | Lehman Brothers Derivative Products Inc. | 08-13899 |
| 31802 | Lehman Commercial Paper Inc. | 08-13900 |
| 31803 | Lehman Brothers Commercial Corporation | 08-13901 |
| 31804 | Lehman Brothers Financial Products Inc. | 08-13902 |
| 31805 | Lehman Scottish Finance L.P. | 08-13904 |
| 31806 | CES Aviation LLC | 08-13905 |
| 31807 | CES Aviation V LLC | 08-13906 |
| 31808 | CES Aviation IX LLC | 08-13907 |
| 31809 | East Dover Limited | 08-13908 |
| 31810 | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 |
| 31811 | BNC Mortgage LLC | 09-10137 |
| 31812 | Structured Asset Securities Corporation | 09-10558 |
| 31813 | LB Rose Ranch LLC | 09-10560 |