WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
: 
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF
### THREE HUNDRED SIXTY-FIRST OMNIBUS OBJECTION TO
### CLAIMS (NO GUARANTEE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Sixty-First Omnibus Objection to Claims (No Guarantee Claims), that was scheduled for November 20, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, (i) solely as to the claims listed on Exhibit A attached hereto, to a date to be determined (the "Adjourned Hearing"), and (ii) solely as to the claim listed on Exhibit B attached hereto, to December 19, 2012, at 10:00 a.m. (Prevailing Eastern Time)** (the "December Hearing," and, together with the Adjourned Hearing, the "Hearings"), or as soon thereafter as counsel may be heard. Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases, will provide notice of the new date and time of the Adjourned Hearing by (a) filing a notice of hearing with the Court and (b) serving the same upon (i) the

US_ACTIVE:\44137708\1\58399.0003

United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) each claimant listed on <u>Exhibit A</u>; and (vi) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [ECF No. 9635].  The Hearings will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and each such Hearing may be further adjourned from time to time without further notice other than an announcement at each such Hearing.

Dated:  November 14, 2012
         New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| CASPIAN CAPITAL PARTNERS, L.P. | 26224 | 32040 |
| MARINER OPPORTUNITIES FUND, L.P. | 23765 | 32040 |

## Exhibit B

## Claim Adjourned to December 19, 2012 Hearing:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| TUDOR BVI GLOBAL PORTFOLIO L.P. | 27668 | N/A |