B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Special Financing Inc., et. al.,    Case No. 08-13888 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence **(SEE EXHIBIT A)** and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Macquarie Bank Limited | Nomura Global Financial Products Inc. |
| | Court Claim # (if known): 17205 |
| | Total Amount of Claim held by Transferor: $89,000,000.00 |
| | Amount Transferred: $22,500,000.00 |
| | Date Claim Filed: 09/18/09 |

Name and Address where notices to Transferee should be sent:

Macquarie Bank Limited
c/o Macquarie Capital (USA) Inc.
125 West 55th Street
New York, New York 10019
Attention: FICC Credit Sales & Trading

With a copy to:
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
Attn: Jaime Senior
E-Mail: jsenior@sidley.com
Phone: (212) 839-5300; Facsimile: (212) 839-5599

Last Four Digits of Acct #: N/A        Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

MACQUARIE BANK LIMITED
c/o Macquarie Capital (USA) Inc.
125 West 55th Street
New York, New York 10019
Attention: Robert Perdock
Telephone: 212-231-2338

#1020980

E-Mail: robert.perdock@macquarie.com
Last Four Digits of Acct #: 5375

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Alan Cameron    Alan D Cameron
Executive Director
Fixed Income & Currencies
Macquarie Bank Ltd    Date: November 13, 2012

By: /s/ Nathan Booker    Nathan Booker
Associate Director
Legal Risk Management    Date: November 13, 2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NY1 8566161v.1

#1020980

## Exhibit A

**Evidence of Transfer of Claim**

Refer to the attached.

#1020980

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **Nomura Global Financial Products Inc.** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Macquarie Bank Limited** ("Buyer") all rights, title and interest in and to the claim of Seller referenced as proof of claim number 17205, in the amount of $22,500,000.00 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the 13 day of November, 2012.

SELLER:

**NOMURA GLOBAL FINANCIAL PRODUCTS INC.**

BY: _____
Name: Vincent Primiano
Title: Managing Director

BUYER:

**MACQUARIE BANK LIMITED**    (Sydney, POA #594/10)

By: _____
Name:
Title:           Kevin Lee
                 Division Director

By: _____
Name:
Title:    Nathan Booker
          Associate Director
          Legal Risk Management

11

536-123/AGR/3596263.3