B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.　　　　　　　Case No. 08-13555

## OMNIBUS TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Citigroup Global Markets Inc. | BPI Vida e Pensões, Companhia de Seguros, SA, as authorized agent for the claimants identified in the proofs of claim below |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Citigroup Global Markets Inc.
390 Greenwich Street, 4th floor
New York, New York 10013
Attn: Peter W. Hall
Phone: 212-723-1058
Email: peter.w.hall@citi.com

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn: Douglas R. Davis
Phone: 212-373-3000
Email: ddavis@paulweiss.com

Court Claim # (if known): 57621, 57624, 57625, 57626, 57629, 57632, 57668, 57670, 57671, 57673, 57674, 57677, 57678, 57680, 57681, 57683, 57684, 57686, 57688, 57690, 57691, 57693
Amount of Claims: See attached Schedule A
Date Claim Filed: October 30, 2009

Phone: 351213111010
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _R Scott Ball_　　　　Date: _11-15-12_
　　Transferee/Transferee's Agent
R. Scott Balkan, Managing Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

## SCHEDULE A

**Purchased Claim**

| Debtor | Proof of Claim # | Outstanding Claim Amount |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS, INC | 57621 | $367,500.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57624 | $80,850.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57625 | $36,750.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57626 | $139,650.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57629 | $29,400.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57632 | $51,450.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57668 | $14,700.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57670 | $29,400.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57671 | $14,700.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57673 | $22,050.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57674 | $66,150.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57677 | $14,700.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57678 | $22,050.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57680 | $88,200.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57681 | $22,500.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57683 | $73,500.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57684 | $14,700.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57686 | $80,850.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57688 | $235,200.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57690 | $124,950.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57691 | $80,850.00 |
| LEHMAN BROTHERS HOLDINGS, INC | 57693 | $22,050.00 |
| | TOTAL: | $1,632,150.00 |

57621, 57624, 57625, 57626, 57629, 57632, 57668, 57670, 57671, 57673, 57674, 57677, 57678, 57680, 57681, 57683, 57684, 57686, 57688, 57690, 57691, 57693

## SCHEDULE B

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEH StrNt 02/09/14 | XS0242448578 / EF2554220 | LEHMAN BROTHERS TSY BV | LEHMAN BROTHERS HOLDINGS, INC | US$1,632,150 | Linked to Nikkei 225 Index | 09/Feb/2014 | |

Doc#: US1:7860053v2