UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (JMP)
                                                    :
                                    Debtors.        :    (Jointly Administered)
                                                    :
---------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**RUST BELT HOLDINGS, L.L.C.**                      **DEUTSCHE BANK AG, LONDON**
Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee should     Court Claim # (if known): 13479
be sent:                                                Amount of Claim: $708,074.19
                                                        Date Claim Filed: September 16, 2009
RUST BELT HOLDINGS, L.L.C.
PO Box 8155                                             Name and Address of Transferor:
New York, NY 10150
E-mail: claims@rustbeltholdings.net                     Deutsche Bank AG, London
with a copy to:                                         Winchester House, 1 Great Winchester Street
Alice Belisle Eaton                                     London EC2N 2DB
Paul, Weiss, Rifkind, Wharton & Garrison LLP            Tel: +44 20 7547 2400
1285 Avenue of the Americas                             Fax: +44 113 336 2010
New York, NY 10019-6064                                 Attention: Michael Sutton
Phone (212) 373-3125                                    E-mail: michael.sutton@db.com
Fax (212) 492-0125
aeaton@paulweiss.com                                    **\*\*PLEASE SEE ATTACHED DOCUMENTS\*\***

Name and Address where transferee payments
should be sent (if different from above):
Same as above

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

RUST BELT HOLDINGS, L.L.C.

By: _____                         Date: October 24/2012
Name/Title: Alice Eaton, Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## **EXHIBIT A**

Proof of Claim

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP) 0000013479 |
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No. of Debtor<br>08 - 13 555 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Deutsche Postbank AG
Attn:Transaction Mgmt Capital Markets
Kennedyallee 62 - 70
Bonn D 53175
Germany

Telephone number: Attachment   Email Address: Attachment

Name and address where payment should be sent (if different from above)

Telephone number:   Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 708,074.19
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☑ Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Guarantee
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 6256
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property: $_____   Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____   Basis for perfection: _____
Amount of Secured Claim: $_____   Amount Unsecured: $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$_____

**FOR COURT USE ONLY**

**FILED / RECEIVED**

**SEP 16 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date:<br>Sept. 15, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.


Peter Jansen   Rainer Smola
Postbank

## ATTACHMENT A TO CLAIM OF DEUTSCHE POSTBANK AG

The claimant, Deutsche Postbank AG ("**Claimant**"), a stock corporation incorporated under German law, is duly authorized and empowered to make this claim.

This attachment is intended to provide background information relating to a claim by Claimant against Lehman Brothers Holding Inc. ("LBHI") for a total amount of $708,074.19 (the "Claim Amount").

Claimant's claim against LBHI relates to the guarantee by LBHI of the obligations of Lehman Brothers International Europe, against which Claimant has a claim relating to a Global Master Repurchase Agreement dated 16 January 2007.

Claimant hereby reserves the right to withdraw, amend, clarify, modify or supplement this claim to assert additional claims or additional grounds for its claims. Claimant also reserves all rights accruing to it against LBHI, and the filing of this claim is not intended to be and shall not be construed as (i) an election of remedy or (ii) a waiver or limitation of any rights of Claimant. Claimant reserves the right to supplement this claim with relevant documents to the extent necessary. Furthermore, Claimant reserves the right to withdraw this claim for any reason whatsoever.

This claim shall not be deemed to be a waiver of Claimant's right (i) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, actions, setoffs or recoupments to which claimant is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses and recoupments Claimant expressly reserves.

This claim is in addition to, and does not supersede, any other claim or Proof of Claim filed or to be filed by Claimant against LBHI or any other affiliate of LBHI.

Any notices in connection with this claim should be addressed to Claimant at the address below:

Deutsche Postbank AG
Kennedyallee 62-70
53175 Bonn, Germany
Attn: Hans-René Boden
Tel: +49 (228) 920-54208
E-mail: hans-rene.boden@postbank.de

-and-

Cleary Gottlieb Steen & Hamilton LLP
12, rue de Tilsitt
75008 Paris
France
Attn.: Andrew A. Bernstein, Esq.
Tel.: +33 1 40 74 68 60
E-mail: abernstein@cgsh.com

-and-

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn.: Seth Grosshandler, Esq.
Tel.: +1 212 225 2542
E-mail: sgrosshandler@cgsh.com

**Attachment B**

to the Proof of Claim of Deutsche Postbank AG filed with Lehman Brothers Holdings Inc. (LBHI) by September 22, 2009



02/10 '08 09:45 FAX 020 7256 4377          LEHMAN BROTHERS                              ☒002/003

**Postbank**

Deutsche Postbank AG · Friedrich-Ebert-Allee 114 - 126 · 53113 Bonn

**By Courier**

Lehman Brothers International (Europe)
Transaction Management
V. Sharp / G. Tarry
25 Bank Street
London E14 5LE
UNITED KINGDOM

**Copy to**
Tony Lomas, Steven Pearson, Dan Schwarzmann
Administrators of Lehman Brothers International (Europe)
c/o PriceWaterhouseCoopers
Plumtree Court
London EC4A 4HT
UNITED KINGDOM

Transaction Management
Capital Markets

Peter Jansen

Tel.: + 49 (0)228 920 – 54200
Fax + 49 (0)228 920 – 54209
E-Mail: peter.jansen@postbank.de

19 September 2008

**DEFAULT VALUATION NOTICE**
**Global Master Repurchase Agreement (the "Agreement") between Lehman Brothers International (Europe) ("Party A") and Deutsche Postbank AG ("Party B") dated 16 January 2007**

Dear Sirs,

With regard to the above mentioned Agreement you have acknowledged by electronic mail dated as of today the receipt of our Default Notice dated as of 17 September 2008.

In this regard, we hereby give you notice in accordance with Section 10(e)(I)(A) of the Agreement that Deutsche Postbank AG as the non-Defaulting Party has sold, in the case of Receivable Securities, and purchased, in the case of Deliverable Securities, Securities (which form part of the same issue and are of an identical type and description as those Equivalent Securities or Equivalent Margin Securities).

Furthermore, we elect to treat as the Default Market Value (a) in the case of Receivable Securities, the net proceeds of such sale, and (b) in the case of Deliverable Securities, the aggregate cost of such purchase, in each case as shown in Annex 1.

The balance pursuant to Section 10(c)(ii) of the Agreement is thus established as an amount of EUR 499.206,28 in our favour, which is due and payable on 22 September 2008 to Deutsche Postbank AG, Frankfurt; PBNKDEFF; DE83500100609607110032; PBNKDEFF380, Ref.: LBIE.

Yours sincerely

Deutsche Postbank AG

*[signatures]*

Encl.: Annex 1 – Details of executed transactions

Postbank Head Office
Friedrich-Ebert-Allee 114-126
53113 Bonn, Germany

Telephone: +49 228 920-0
Telefax: +49 228 920-35151
E-Mail:direkt@postbank.de
Internet:www.postbank.de

Postbank Köln
Bank Code No. 370 100 50
Account-No. 430 504
Deutsche Bundesbank
Regional Office
Frankfurt am Main
Bank Code No. 500 000 00
Account-No. 50 010 060
SWIFT-/BIC-Code: PBNKDEFF

Management Board:
Dr. Wolfgang Klein, Chairman
Dirk Berensmann, Dr. Mario Daberkow,
Stefan Jütte, Horst Küpker,
Guido Lohmann, Dr. Michael Meyer,
Hans-Peter Schmid, Ralf Stemmer

Supervisory Board:
Dr. Frank Appel, Chairman

Deutsche Postbank AG
USt-IdNo.
DE169824467

Head Office Bonn
Local Court of Bonn
Commercial Register
No. HRB 6793

Deutsche Post ☒ World Net
MAIL EXPRESS LOGISTICS FINANCE

02/10 '08 09:46 FAX 020 7256 4377        LEHMAN BROTHERS                            ☒003/003

Annex 1 to the Default Valuation Notice dated 19 September 2008

Default Market Values and details of executed transactions

Repurchase Price
Trade 1 - DE0001135333                                    99.382.118,98
Trade 2 - DE0001135333                                    99.382.118,98

Deliverable Securities – Aggregate Cost of Purchase
DE0001135333                                             -205.563.013,70

Receivable Securities – Net Proceeds of Sale
DE0001135358                                                 391.658,12
DE0001135184                                                 469.601,51
DE0001135069                                               1.601.553,79
DE0001135234                                               1.216.738,71
DE0001137198                                               1.639.926,99
DE0001030518                                                 914.490,34

Income Payments
DE0001137198                                                  65.600,00
                                                            -499.206,28



## List of Authorized Signatories / Holders of a General Power of Attorney (Prokuristen) and of a Commercial Power of Attorney (Handlungsbevollmächtigten)

The attached list contains the specimen-signatures as well as the holders of general powers of attorney and holders of a commercial powers of attorney authorized to represent Deutsche Postbank AG.

In order to legally bind Deutsche Postbank AG two signatures of persons whose names are set out in this list are required, provided that a holder of a general power of attorney and a holder of a commercial power of attorney may only sign jointly with a member of the Board of Management, a holder of a general power of attorney or a holder of a commercial power of attorney. In accordance with this aforementioned provision powers of attorney may be granted to one or more persons acting severally or jointly as regards to certain subject matters in specific cases.

Any deviations from these provisions are only possible if a note to this effect is printed or displayed by EDP imprint on the respective Deutsche Postbank AG form.

This List of Authorized Signatories replaces any previously published lists of authorized signatories of Deutsche Postbank AG with effect for the future.

Bonn, as of August 2009

Stefan Jütte
Chairman of the board of Management

Ralf Stemmer
Member of the board of Management

## *Unterschriftenverzeichnis Vorstände*

*[signature: Daberkow]*

Dr. Mario Daberkow

Vorstandsmitglied

Member of the board of Management

Postbank Zentrale

---

*[signature]*

Marc Heß

Vorstandsmitglied

Member of the board of Management

Postbank Zentrale

---

*[signature]*

Stefan Jütte

Vorstandsvorsitzender

Chairman of the board of Management

Postbank Zentrale

---

*[signature]*

Horst Küpker

Vorstandsmitglied

Member of the board of Management

Postbank Zentrale

*Donnerstag, 3. September 2009*                                            *SEITE 1 VON 2*


_[signature]_

Dr. Michael Meyer

Vorstandsmitglied

Member of the board of Management

Postbank Zentrale

---

_[signature]_

Hans-Peter Schmid

Vorstandsmitglied

Member of the board of Management

Postbank Zentrale

---

_[signature]_

Ralf Stemmer

Vorstandsmitglied

Member of the board of Management

Postbank Zentrale

| Signature | Name |
|---|---|
| i.V. *[signature]* | Magdalena Blaschke<br>Handlungsvollmacht |
| i.V. *[signature]* | Herbert Blum<br>Handlungsvollmacht |
| i.V. *[signature]* | Hans-René Boden<br>Handlungsvollmacht |
| *[signature]* | Markus Bohn<br>Handlungsvollmacht |
| ppa. S. Bokel | Sandra Bokel<br>Geschäftsführerin<br>Prokura |

| Signature | Name |
|---|---|
| ppa. S. Jabs | Susanne Jabs<br>Geschäftsführerin<br>Prokura |
| i.V. Petra Jahn | Petra Jahn<br>Handlungsvollmacht |
| i.V. Jakobs | Willi Jakobs<br>Handlungsvollmacht |
| i.V. J—— | Ute Jannemann<br>Sachbearbeiterin<br>Handlungsvollmacht |
| ppa Jansen | Peter Jansen<br>Abteilungsdirektor<br>Prokura |

| Signature | Name / Title |
|---|---|
| i.V. Sirucek-[signature] | Elisabeth Sirucek-Lange<br>Personalreferentin<br>Handlungsvollmacht |
| i.V. [signature] | Rainer Smola<br>Handlungsvollmacht |
| i.V. [signature] | Bernd Stahl<br>Handlungsvollmacht |
| i.V. [signature] Steffanus | Frank Steffanus<br>Handlungsvollmacht |
| ppa. [signature] | Dr. Andreas Steininger<br>Direktor<br>Prokura |

*Donnerstag, 3. September*           *SEITE 93 VON 111*



**EXHIBIT B**

Evidence of Transfer from Transferor to Transferee

### EVIDENCE OF TRANSFER OF CLAIM

TO:        CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO:    LEHMAN BROTHERS HOLDINGS INC.

CLAIM NO:    13479

For value received, the adequacy and sufficiency of which are hereby acknowledged, **DEUTSCHE BANK AG, LONDON BRANCH** (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to **RUST BELT HOLDINGS, L.L.C.** (the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11, Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the amount of $708,074.19, docketed as Claim No. 13479, (the "**Claim**").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 26 day of October 2012.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____    By: _____
Name: Michael Sutton    Name: Philipp Roever
Title: Managing Director    Title: Vice President

**RUST BELT HOLDINGS, L.L.C.**

By: _____
Name: Alice B. Eaton
Title: Authorized Signatory