SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Thomas John Wright

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |
|---|---|
| | : |
| In re | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | : Case No. 08-13555 (JMP) |
| | : |
| Debtors. | : Jointly Administered |
| | : |

---

**CERTIFICATE OF SERVICE**

      I, Thomas John Wright, hereby certify that, on November 12, 2012 and November 13, 2012, I caused to be served true and correct copies of the **Reply of Giants Stadium LLC to Debtors' Objection to the Amended Motion of Giants Stadium LLC for Leave to Conduct Discovery of Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004** by hand delivery on:

The Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York 10004      *November 13, 2012*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard W. Slack, Michael J. Firestone, Richard P. Krasnow, Lori R. Fife, Jacqueline Marcus, and Robert Lemons

*Attorneys for the Debtors*      *November 12, 2012*

The U.S. Trustee
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Tracy Hope Davis, Elisabetta G. Gasparini, and Andrea B. Schwartz

c/o

The U.S. Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, New York 11201                              *November 13, 2012*

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Wilbur Foster, Jr., Dennis O'Donnell, and Evan R. Fleck

*Attorneys for the Creditors' Committee*                      *November 12, 2012*


Dated: New York, New York          Respectfully submitted,
       November 15, 2012
                                   /s/ Thomas John Wright
                                   Thomas John Wright
                                   SULLIVAN & CROMWELL LLP
                                   125 Broad Street
                                   New York, New York 10004
                                   Telephone: (212) 558-4000
                                   Facsimile: (212) 558-3588

                                   *Attorneys for Giants Stadium LLC*