B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _Lehman Bros_,    Case No. _08-13555_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_UBS Financial Services Inc._  
Name of Transferee

_Bank Leumi USA_  
Name of Transferor

Name and Address where notices to transferee should be sent: _UBS Financial Services Inc._
_1000 Harbor Blvd_
_Weehawken, NJ 07086_

Phone: _201 352-7319_
Last Four Digits of Acct #: _1400_

Court Claim # (if known): _59840_
Amount of Claim: _140,000_   _141,648.89_
Date Claim Filed: _10/30/2009_

Phone: _(212) 626-1344  (212) 626-1358_
Last Four Digits of Acct. #: _____

_Claim was filed under the name of Bank Leumi USA_

Name and Address where transferee payments should be sent (if different from above):

_N/A_

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    Date: _11/13/2012_
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
UBS Financial Services Inc.