WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :    08-13555 (JMP)
                                                :
                                  Debtors.       :    (Jointly Administered)
                                                :
                                                :
-------------------------------------------------------------------x
```

## NOTICE OF ADJOURNMENT OF THREE HUNDRED
## FORTY-NINTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Forty-Ninth

Omnibus Objection to Claims (No Liability Claims) (the "Objection") [**ECF No. 31039**], that

was scheduled for November 20, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been**

**adjourned to a date to be determined** (the "Hearing").  The Hearing will be held before the

Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House,

One Bowling Green, New York, New York, Room 601.

Dated:  November 14, 2012
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
 and Certain of its Affiliates