UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
: 
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
                   Debtors.                                      :
                                                                 :
-----------------------------------------------------------------x   Ref. Docket No. 31560, 31566,
                                                                     31821, 31866, 31869, 31874, 31907-
                                                                     31913, 31918, 31920, 31923, 31926

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 9, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
15th day of November, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>           Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:   BANK OF AMERICA, N.A.
             C/O SHEARMAN & STERLING LLP
             ATTN: FREDRIC SOSNICK, NED S. SCHODEK
             599 LEXINGTON AVENUE
             NEW YORK NY 10022

Please note that your claim # 20137-05 in the above referenced case and in the amount of
      $18,518,129.58   allowed at $2,605,540.00         has been transferred (**unless previously expunged by court order**)

             SOLUS RECOVERY FUND LP
             TRANSFEROR: BANK OF AMERICA, N.A.
             C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
             ATTN: SOLUS COMPLIANCE OFFICER
             410 PARK AVENUE, 11TH FLOOR
             NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 31907       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/09/2012                       Vito Genna, Clerk of Court


                                       /s/ Lauren Rodriguez
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 9, 2012.

**EXHIBIT B**

```
TIME: 17:02:06                                         LEHMAN BROTHERS HOLDING INC.                                                         PAGE:   1
DATE: 11/09/12                                              CREDITOR LISTING

Name                                      Address
BANCA ESPERIA SPA                         TRANSFEROR: BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S. VIA FILODRAMATICI 5 MILAN 20121 ITALY
BANCA ESPERIA SPA                         C/O BER BANCA SPA IN S.A. VIA FARINI ITALY 17 BOLOGNA 40124 ITALY
BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S.   ATTN: ATOS CAVAZZA VIA FARINI, 17 BOLOGNA  40124 ITALY
BANK OF AMERICA, N.A.                     C/O SHEARMAN & STERLING LLP ATTN: FREDRIC SOSNICK, NED S. SCHODEK 599 LEXINGTON AVENUE NEW YORK NY 10022
CVF LUX MASTER SARL                       TRANSFEROR: LEVEL GLOBAL OVERSEAS MASTER FUND, LTD. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON
                                          3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM
CVI GVF LUX MASTER SARL                   TRANSFEROR: BRAHMAN INVESTMENTS II (SPV), LTD. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON
                                          3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH           TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH           TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: RICH VICHAIDITH, 3RD FLOOR 60 WALL STREET NEW YORK NY 10005
GOLDMAN SACHS BANK USA (SUCCESSOR BY      ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
 MERGER TO
GOLDMAN SACHS BANK USA (SUCCESSOR BY      CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
 MERGER TO
GOLDMAN SACHS INTERNATIONAL               ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS INTERNATIONAL               CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER ESQ ONE LIBERTY PLAZA NEW YORK NY 10006
GOLDMAN SACHS LENDING PARTNERS LLC        TRANSFEROR: GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO C/O GOLDMAN SACHS & CO ATTN:P MICHELLE LATZONI
                                          30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC        TRANSFEROR: GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO C/O GOLDMAN, SACHS & CO. ATTN:  MICHELLE LATZONI
                                          30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC        TRANSFEROR: GOLDMAN SACHS INTERNATIONAL C/O GOLDMAN, SACHS & CO ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                          JERSEY CITY NJ 07302
HALCYON LOAN TRADING FUND LLC             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                          NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                          NEW YORK NY 10022
HLF LP                                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                          NEW YORK NY 10022
MONARCH MASTER FUNDING LTD                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O MONARCH ALTERNATIVE CAPITAL LP; ATTN: MICHAEL GILLIN
                                          535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022
QUEENSBERRY C LLC                         TRANSFEROR: CVF LUX MASTER SARL C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
QUEENSBERRY G LLC                         TRANSFEROR: CVI GVF LUX MASTER SARL C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
QUEENSBERRY I LLC                         TRANSFEROR: CVI GVF LUX MASTER SARL C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
SOLUS RECOVERY FUND LP                    TRANSFEROR: BANK OF AMERICA, N.A. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                          410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP    TRANSFEROR: BANK OF AMERICA, N.A. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                          410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
STICHTING THE IAMEX VALUE FOUNDATION      TRANSFEROR: WALCHLI, RENE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
WALCHLI, RENE                             TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION NEUWEG 44 ROTHRIST  CH-4852 SWITZERLAND


Total Number of Records Printed                26
```