UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                            :   Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :   08-13555 (JMP)
:   (Jointly Administered)
Debtors.                                         :
:
---------------------------------------------------------------x   Ref. Docket No. 31829

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 9, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
15th day of November, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

08-13555-mg    Doc 32113    Filed 11/15/12    Entered 11/15/12 15:58:59    Main Document
Pg 2 of 5

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. |  |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   HFR ED SELECT FUND IV MASTER TRUST DTD 7/16/01
              TRANSFEROR: CITIGROUP GLOBAL MARKETS INC.
              C/O YORK CAPITAL MANAGEMENT
              ATTN: MARGARET MAURO
              767 FIFTH AVENUE, 17TH FLOOR
              NEW YORK NY 10153

Additional:

Transferee:   MERRILL, LYNCH, PIERCE, FENNER & SMITH INC.
              214 N TYRON STREET
              NC1-027-14-01
              CHARLOTTE NC 28255

Your transfer    of claim #    50285-02    is defective for the reason(s) checked below:

Other                                TRANSFEROR NAME DISCREPANCY

Docket Number 31829              Date 11/02/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 9, 2012.

# EXHIBIT B

```
TIME: 17:02:53                          LEHMAN BROTHERS HOLDING INC.
DATE: 11/09/12                              CREDITOR LISTING                                       PAGE:   1

Name                                    Address
HFR ED SELECT FUND IV MASTER TRUST DTD  TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR
7/16/01                                 NEW YORK NY 10153
MERRILL, LYNCH, PIERCE, FENNER & SMITH  214 N TYRON STREET NC1-027-14-01 CHARLOTTE NC 28255
INC.


Total Number of Records Printed         2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC