B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors</u>.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

<u>HCN LP</u>                                               <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                                        Name of Transferor

Name and Address where notices to transferee              Court Claim # (if known): <u>30074</u>
should be sent:                                           Amount of Claim Transferred: <u>$3,650,000</u>
                                                          Date Claim Filed: <u>September 3, 2009</u>
HCN LP                                                    Debtor: <u>Lehman Brothers Holdings Inc.</u>
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, NY 10022
Attn: Matt Seltzer

Phone:_____                         Phone: _____
Last Four Digits of Acct #: _____               Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

753777v.2 3091/00150

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    _____ Date: 11/14/12
    Name of Transferee/Transferee's Agent
    James W. Sykes                David Martino
    Managing Principal            Controller

Acknowledged and Agreed:

By: _____                    Date: _____
    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____         Date: _____
    Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

→ By: _____  Michelle Latzoni   Date: 11/14/12
       Name of Transferor/Transferor's Agent   Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

08-13555-mg    Doc 32118    Filed 11/15/12    Entered 11/15/12 16:35:21    Main Document
                                         Pg 3 of 3