B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors</u>.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

<u>HLF LP</u>                                                   <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): <u>30074</u>
should be sent:                                      Amount of Claim Transferred: <u>$1,223,000</u>
                                                     Date Claim Filed: <u>September 3, 2009</u>
HLF LP                                               Debtor: <u>Lehman Brothers Holdings Inc.</u>
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, NY 10022
Attn: Matt Seltzer

Phone:_____              Phone:_____
Last Four Digits of Acct #: _____      Last Four Digits of Acct. #:_____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

753773v.2 3091/00150

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ *[signatures]* Date: 11/14/12
Name of Transferee/Transferee's Agent
James W. Sykes        David Martino
Managing Principal    Controller

Acknowledged and Agreed:

By: _____    Date: _____
Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: _____
Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

→ By: _____ MICHELLE LARSON Authorized Signatory   Date: 11/14/12
Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.