UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
            Debtors.                                           :    (Jointly Administered)
                                                               :
------------------------------------------------------------------x    Ref. Docket No. 32015

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 12, 2012, I caused to be served the "Reply Memorandum in Support of the Plan Administrator's Cross-Motion to Compel Giants Stadium LLC to Comply With Rule 2004 Subpoenas," dated November 12, 2012 [Docket No. 32015], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Kerry O'Neil*
Kerry O'Neil

Sworn to before me this
13th day of November, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Reply Memo_DI_32015_AFF_11-12-12.doc

# EXHIBIT A

Lehman Brothers Holdings Inc.
Master Service List

**OFFICE OF THE US TRUSTEE**
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

**INTERNAL REVENUE SERVICE**
*SPECIAL PROCEDURES BRANCH*
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

Lehman Brothers Holdings Inc.
Additional Service List

**SULLIVAN & CROMWELL LLP**
125 BROAD STREET
NEW YORK, NEW YORK 10004

# EXHIBIT B

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | azylberberg@whitecase.com |
| aalfonso@willkie.com | bankr@zuckerman.com |
| abeaumont@fklaw.com | bankruptcy@goodwin.com |
| abraunstein@riemerlaw.com | bankruptcy@morrisoncohen.com |
| acaton@kramerlevin.com | bankruptcy@ntexas-attorneys.com |
| acker@chapman.com | bankruptcymatters@us.nomura.com |
| adam.brezine@hro.com | barbra.parlin@hklaw.com |
| adarwin@nixonpeabody.com | bbisignani@postschell.com |
| adiamond@diamondmccarthy.com | bcarlson@co.sanmateo.ca.us |
| aeckstein@blankrome.com | bdk@schlamstone.com |
| aentwistle@entwistle-law.com | bguiney@pbwt.com |
| afriedman@irell.com | bkmail@prommis.com |
| agbanknewyork@ag.tn.gov | bmanne@tuckerlaw.com |
| aglenn@kasowitz.com | bmiller@mofo.com |
| agold@herrick.com | boneill@kramerlevin.com |
| agoldstein@tnsj-law.com | brian.corey@greentreecreditsolutions.com |
| aisenberg@saul.com | brosenblum@jonesday.com |
| akantesaria@oppenheimerfunds.com | broy@rltlawfirm.com |
| akolod@mosessinger.com | bruce.wright@sutherland.com |
| alum@ftportfolios.com | bstrickland@wtplaw.com |
| amarder@msek.com | btrust@mayerbrown.com |
| amartin@sheppardmullin.com | bturk@tishmanspeyer.com |
| amcmullen@boultcummings.com | bwolfe@sheppardmullin.com |
| amenard@tishmanspeyer.com | cahn@clm.com |
| andrew.brozman@cliffordchance.com | calbert@reitlerlaw.com |
| andrew.lourie@kobrekim.com | canelas@pursuitpartners.com |
| angelich.george@arentfox.com | carol.weinerlevy@bingham.com |
| ann.reynaud@shell.com | cbelisle@wfw.com |
| anthony_boccanfuso@aporter.com | cbelmonte@ssbb.com |
| aoberry@bermanesq.com | cbrotstein@bm.net |
| aostrow@beckerglynn.com | cdesiderio@nixonpeabody.com |
| apo@stevenslee.com | cgoldstein@stcwlaw.com |
| aquale@sidley.com | chammerman@paulweiss.com |
| arahl@reedsmith.com | charles@filardi-law.com |
| arheaume@riemerlaw.com | charles_malloy@aporter.com |
| arlbank@pbfcm.com | chipford@parkerpoe.com |
| arosenblatt@chadbourne.com | chris.donoho@lovells.com |
| arthur.rosenberg@hklaw.com | christopher.schueller@bipc.com |
| arwolf@wlrk.com | clarkb@sullcrom.com |
| aseuffert@lawpost-nyc.com | clynch@reedsmith.com |
| ashmead@sewkis.com | cmontgomery@salans.com |
| asnow@ssbb.com | cohen@sewkis.com |
| aunger@sidley.com | colea@gtlaw.com |
| austin.bankruptcy@publicans.com | contact@lawofficesjje.com |
| avenes@whitecase.com | cp@stevenslee.com |

Lehman Brothers Holdings Inc.
Email Service List

cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com

Lehman Brothers Holdings Inc.
Email Service List

francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com

# Lehman Brothers Holdings Inc.
## Email Service List

| | |
|---|---|
| jmelko@gardere.com | kerry.moynihan@hro.com |
| jmerva@fult.com | kgwynne@reedsmith.com |
| jmmurphy@stradley.com | kiplok@hugheshubbard.com |
| jmr@msf-law.com | kjarashow@fklaw.com |
| jnadritch@olshanlaw.com | kkelly@ebglaw.com |
| jnm@mccallaraymer.com | kkolbig@mosessinger.com |
| john.monaghan@hklaw.com | klyman@irell.com |
| john.rapisardi@cwt.com | klynch@formanlaw.com |
| jorbach@hahnhessen.com | kmayer@mccarter.com |
| joseph.cordaro@usdoj.gov | kobak@hugheshubbard.com |
| joshua.dorchak@bingham.com | korr@orrick.com |
| jowen769@yahoo.com | kovskyd@pepperlaw.com |
| jowolf@law.nyc.gov | kpiper@steptoe.com |
| joy.mathias@dubaiic.com | kressk@pepperlaw.com |
| jpintarelli@mofo.com | kreynolds@mklawnyc.com |
| jporter@entwistle-law.com | krosen@lowenstein.com |
| jprol@lowenstein.com | kuehn@bragarwexler.com |
| jrabinowitz@rltlawfirm.com | kurt.mayr@bgllp.com |
| jrsmith@hunton.com | lacyr@sullcrom.com |
| jschiller@bsfllp.com | landon@streusandlandon.com |
| jschwartz@hahnhessen.com | lapeterson@foley.com |
| jsheerin@mcguirewoods.com | lathompson@co.sanmateo.ca.us |
| jsherman@bsfllp.com | lberkoff@moritthock.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com |
| jsmairo@pbnlaw.com | lgotko@fklaw.com |
| jstoll@mayerbrown.com | lgranfield@cgsh.com |
| jsullivan@mosessinger.com | lhandelsman@stroock.com |
| jteitelbaum@tblawllp.com | linda.boyle@twtelecom.com |
| jtimko@shutts.com | lisa.ewart@wilmerhale.com |
| jtorf@schiffhardin.com | lisa.kraidin@allenovery.com |
| judy.morse@crowedunlevy.com | ljkotler@duanemorris.com |
| jvail@ssrl.com | lkatz@ltblaw.com |
| jwallack@goulstonstorrs.com | lkiss@klestadt.com |
| jwang@sipc.org | lmarinuzzi@mofo.com |
| jwcohen@daypitney.com | lmay@coleschotz.com |
| jweiss@gibsondunn.com | lmcgowen@orrick.com |
| jwest@velaw.com | lml@ppgms.com |
| jwh@njlawfirm.com | lnashelsky@mofo.com |
| kanema@formanlaw.com | loizides@loizides.com |
| karen.wagner@dpw.com | lromansic@steptoe.com |
| kdwbankruptcydepartment@kelleydrye.com | lscarcella@farrellfritz.com |
| keckhardt@hunton.com | lschweitzer@cgsh.com |
| keith.simon@lw.com | lubell@hugheshubbard.com |
| ken.coleman@allenovery.com | lwhidden@salans.com |
| ken.higman@hp.com | mabrams@willkie.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| maofiling@cgsh.com | mkjaer@winston.com |
| marc.chait@sc.com | mlahaie@akingump.com |
| margolin@hugheshubbard.com | mlandman@lcbf.com |
| mark.bane@ropesgray.com | mlichtenstein@crowell.com |
| mark.deveno@bingham.com | mlynch2@travelers.com |
| mark.ellenberg@cwt.com | mmendez@hunton.com |
| mark.ellenberg@cwt.com | mmooney@deilylawfirm.com |
| mark.hellerer@pillsburylaw.com | mmorreale@us.mufg.jp |
| mark.sherrill@sutherland.com | mneier@ibolaw.com |
| marvin.clements@ag.tn.gov | monica.lawless@brookfieldproperties.com |
| matt@willaw.com | mpage@kelleydrye.com |
| matthew.klepper@dlapiper.com | mparry@mosessinger.com |
| maustin@orrick.com | mpomerantz@julienandschlesinger.com |
| max.polonsky@skadden.com | mprimoff@kayescholer.com |
| mbenner@tishmanspeyer.com | mpucillo@bermanesq.com |
| mberman@nixonpeabody.com | mrosenthal@gibsondunn.com |
| mberman@nixonpeabody.com | mruetzel@whitecase.com |
| mbienenstock@proskauer.com | mschimel@sju.edu |
| mbloemsma@mhjur.com | mschlesinger@julienandschlesinger.com |
| mbossi@thompsoncoburn.com | msegarra@mayerbrown.com |
| mcademartori@sheppardmullin.com | mshiner@tuckerlaw.com |
| mcantor@normandyhill.com | msiegel@brownrudnick.com |
| mccombst@sullcrom.com | msolow@kayescholer.com |
| mcordone@stradley.com | mspeiser@stroock.com |
| mcto@debevoise.com | mstamer@akingump.com |
| mcyganowski@oshr.com | mvenditto@reedsmith.com |
| mdorval@stradley.com | mwarren@mtb.com |
| melorod@gtlaw.com | nathan.spatz@pillsburylaw.com |
| meltzere@pepperlaw.com | ncoco@mwe.com |
| metkin@lowenstein.com | neal.mann@oag.state.ny.us |
| mfeldman@willkie.com | ned.schodek@shearman.com |
| mgordon@briggs.com | neilberger@teamtogut.com |
| mgreger@allenmatkins.com | newyork@sec.gov |
| mh1@mccallaraymer.com | nherman@morganlewis.com |
| mhopkins@cov.com | nickolas.karavolas@pillsburylaw.com |
| michael.frege@cms-hs.com | nissay_10259-0154@mhmjapan.com |
| michael.kelly@monarchlp.com | nlepore@schnader.com |
| michael.kim@kobrekim.com | notice@bkcylaw.com |
| michael.mccrory@btlaw.com | oipress@travelers.com |
| millee12@nationwide.com | otccorpactions@finra.org |
| miller@taftlaw.com | paronzon@milbank.com |
| mimi.m.wong@irscounsel.treas.gov | patrick.oh@freshfields.com |
| mitchell.ayer@tklaw.com | paul.turner@sutherland.com |
| mjedelman@vedderprice.com | pbattista@gjb-law.com |
| mjr1@westchestergov.com | pbosswick@ssbb.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| pdublin@akingump.com | robin.keller@lovells.com |
| peisenberg@lockelord.com | roger@rnagioff.com |
| peter.gilhuly@lw.com | ronald.silverman@bingham.com |
| peter.macdonald@wilmerhale.com | ross.martin@ropesgray.com |
| peter.simmons@friedfrank.com | rqureshi@reedsmith.com |
| peter@bankrupt.com | rrainer@wmd-law.com |
| pfeldman@oshr.com | rreid@sheppardmullin.com |
| phayden@mcguirewoods.com | rroupinian@outtengolden.com |
| philip.wells@ropesgray.com | rrussell@andrewskurth.com |
| pmaxcy@sonnenschein.com | rterenzi@stcwlaw.com |
| ppascuzzi@ffwplaw.com | russj4478@aol.com |
| ppatterson@stradley.com | rwasserman@cftc.gov |
| psp@njlawfirm.com | rwyron@orrick.com |
| ptrain-gutierrez@kaplanlandau.com | s.minehan@aozorabank.co.jp |
| ptrostle@jenner.com | sabin.willett@bingham.com |
| r.stahl@stahlzelloe.com | sabramowitz@velaw.com |
| raj.madan@bingham.com | sabvanrooy@hotmail.com |
| ramona.neal@hp.com | sagolden@hhlaw.com |
| rbeacher@pryorcashman.com | sally.henry@skadden.com |
| rbernard@foley.com | samuel.cavior@pillsburylaw.com |
| rbyman@jenner.com | sandyscafaria@eaton.com |
| rdaversa@orrick.com | sara.tapinekis@cliffordchance.com |
| relgidely@gjb-law.com | scargill@lowenstein.com |
| rfleischer@pryorcashman.com | schannej@pepperlaw.com |
| rfrankel@orrick.com | schepis@pursuitpartners.com |
| rfriedman@silvermanacampora.com | schnabel.eric@dorsey.com |
| rgmason@wlrk.com | schristianson@buchalter.com |
| rgraham@whitecase.com | schwartzmatthew@sullcrom.com |
| rhett.campbell@tklaw.com | scottshelley@quinnemanuel.com |
| richard.fingard@newedge.com | scousins@armstrongteasdale.com |
| richard.lear@hklaw.com | sdnyecf@dor.mo.gov |
| richard.levy@lw.com | seba.kurian@invesco.com |
| richard.tisdale@friedfrank.com | sehlers@armstrongteasdale.com |
| richard@rwmaplc.com | seichel@crowell.com |
| ritkin@steptoe.com | sfelderstein@ffwplaw.com |
| rjones@boultcummings.com | sfineman@lchb.com |
| rleek@hodgsonruss.com | sfox@mcguirewoods.com |
| rlevin@cravath.com | sgordon@cahill.com |
| rmatzat@hahnhessen.com | sgubner@ebg-law.com |
| rnetzer@willkie.com | shannon.nagle@friedfrank.com |
| robert.bailey@bnymellon.com | sharbeck@sipc.org |
| robert.dombroff@bingham.com | shari.leventhal@ny.frb.org |
| robert.henoch@kobrekim.com | shgross5@yahoo.com |
| robert.malone@dbr.com | sidorsky@butzel.com |
| robert.yalen@usdoj.gov | slerman@ebglaw.com |

Lehman Brothers Holdings Inc.
Email Service List

slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com

tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wweintraub@fklaw.com
wzoberman@bermanesq.com
yuwatoko@mofo.com