# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc                     Case No.    08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Yorvik Partners LLP**                                 **Promotora De Inversiones Flumen, SA**

Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee should be sent:
11 Ironmonger Lane
London EC2V 8EY
United Kingdom

Court Claim # (if known):    44880

Amount of Claim: 100.00% of ISIN XS0276272936 of the total filed under Claim number 44880

Date Claim Filed:    23 October 2009

e-mail: b.rana@yorvikpartners.com

Tel :    +44 20 7796 5908

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____           Date: 15/11/2012
    Transferee/Transferee's Agent
    SIMON MULLALY
    PARTNER

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)   0000044880 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor:<br>**PROMOTORA DE INVERSIONES FLUMEN, S.A.**<br>**CL MUELLE TOMÁS OLABARRI 5, 3° IZQ**<br>**48930 GUECHO (VIZCAYA)**<br>**SPAIN**<br><br>Telephone number: **0034944355297** | Name and address for noticies:<br>**ALTEGUI GESTION A.V., S.A.**<br>**CL GRAN VIA 40bis, 6° DCHA**<br>**48009 BILBAO (VIZCAYA)**<br>**SPAIN**<br><br>Email Address: **altegui@altegui.com**<br>**rmartinez@bcn.ahorro.com** | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: _____<br>(If known)<br><br>Filed on: _____ |
|---|---|---|
| Name and address where payment should be sent (if different from above)<br><br>Telephone number:         Email Address: | | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities.
   Total amount of Claim: **1.839.630 $**

   ☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates.
   International Securities Identification Number (ISIN): **XS0276272936**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim

   Euroclear Bank Electronic Instruction Reference Number: **6038218**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim.

   Accountholders Euroclear Bank, Participant Account Number: **96287**

5. Consent to Euroclear Bank: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date.<br>**8 OCTOBER 2009** | Signature: _[signature]_<br>**FRANCISCO FONTAN ZUBIZARRETA (ID. 30557863V)**<br>Legally authorized representative | FOR COURT USE ONLY<br>**FILED / RECEIVED**<br>**OCT 2 3 2009**<br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571