UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, § | |
| INC., et al., § | Jointly Administered under |
| § | Case No. 08-13555 (JMP) |
| Debtors. § | |
| § | |

# NOTICE OF CHANGE OF ADDRESS

    PLEASE TAKE NOTICE that effective November 26, 2012, the law firm of Sutherland Asbill & Brennan LLP ("Sutherland") will relocate its Washington, DC offices. The new physical address for Sutherland is as follows:

Sutherland Asbill & Brennan LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980

    PLEASE TAKE FURTHER NOTICE that all future correspondence, notices, pleadings and other documents should be directed to Sutherland at the address noted above; all telephone numbers, facsimile numbers and e-mail addresses for Sutherland will remain unchanged.

Dated:  November 16, 2012
         Washington, DC

                            SUTHERLAND ASBILL & BRENNAN LLP

                            By:    /s/ Mark Sherrill
                                  Mark D. Sherrill (*pro hac vice*)
                                  700 Sixth Street, NW
                                  Suite 700
                                  Washington, DC  20001-3980
                                  Tel:    (202) 383-0100
                                  Fax:   (202) 637-3593