UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
:
In re : Chapter 11
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* :
: Case No.: 08-13555 (JMP)
Debtors. :
: (Jointly Administered)
:
---------------------------------------- x

NOTICE OF TRANSFER OF CLAIM
OTHER THAN FOR SECURITY PURSUANT TO FRBP RULE 3001(e)(2)

1. TO: DEUTSCHE BANK AG, LONDON BRANCH
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, New York 10005
Attn: Duncan Robertson
Email: duncan.robertson@db.com

2. Please take notice that $825,028.55 of your claim against Lehman Brothers Special Financing Inc., arising from and relating to Proof of Claim No. 10005 (the Proof of Claim attached as Exhibit A hereto), has been transferred to:

CHIMNEY ROCK VALUE FUND, L.P.
350 Park Avenue
New York, New York 10022
Attn: Beau Lescott
Email: blescott@zbi.com

with a copy to:

Attn: Erica Lee, General Counsel
Ziff Brothers Investments, L.L.C.
Email: elee@zbi.com

An executed "Evidence of Transfer of Claim" is attached as Exhibit B hereto. All distributions and notices regarding the transferred portion of the claim should be sent to the Transferee at the above address, with a copy to:

>Davis Polk & Wardwell LLP ("Davis Polk")
>450 Lexington Avenue
>New York, NY 10017-3904
>Fax: 212-701-5800
>Attn: Eric Ruiz

3.    No action is required <u>if you do not object</u> to the partial transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>21 DAYS</u> OF THE DATE OF MAILING OF THIS NOTICE, YOU MUST**:

--    **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

>United States Bankruptcy Court
>Southern District of New York
>Attn: Clerk of Court
>Alexander Hamilton Custom House
>One Bowling Green
>New York, NY 10004-1408

--    **SEND YOUR OBJECTION TO THE TRANSFEREE WITH A COPY TO DAVIS POLK.**

--    Refer to Proof of Claim number 10005 in your objection and any further correspondence related to this transfer.

4.    If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING FOR THE TRANSFERRED PORTION OF THE CLAIM.**

>CLERK

---

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the Transferor, by first class mail, postage prepaid on _____, 2012.

PROOF OF CLAIM NO(s). _____

Copy: (check) Claims Agent___ Transferee___ Debtors' Attorney___

>_____
>Clerk of the Court

**EXHIBIT A**

| *United States Bankruptcy Court/Southern District of New York* <br> Lehman Brothers Holdings Claims Processing Center <br> c/o Epiq Bankruptcy Solutions, LLC <br> FDR Station, P.O. Box 5076 <br> New York, NY 10150-5076 || **PROOF OF CLAIM** ||
|---|---|---|---|
| In Re: <br> Lehman Brothers Holdings Inc., et al. <br> Debtors. | Chapter 11 <br> Case No. 08-13555 (JMP) <br> (Jointly Administered) | UNIQUE IDENTIFICATION NUMBER: 888003380 ||
| Name of Debtor Against Which Claim is Held <br><br> Lehman Brothers Special Financing Inc. | Case No. of Debtor <br><br> 08-13888 (JMP) |||
| NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. || **THIS SPACE IS FOR COURT USE ONLY** ||

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) <br> LBH (MERGE2, DBF, SCHED_NO) SCHEDULE #: 888003380****** <br> ARISTEIA PARTNERS, L.P. <br> C/O ARISTEIA CAPITAL, L.L.C. <br> 136 MADISON AVENUE, 3RD FLOOR <br> NEW YORK, NY 10016 <br> ATTN: ROBERT H. LYNCH, JR., MANAGER <br><br> Telephone number: (212) 842-8900     Email Address: | ☐ Check this box to indicate that this claim amends a previously filed claim. <br><br> **Court Claim Number:** _____ <br><br> *(If known)* <br><br> Filed on: _____ | **NOTICE OF SCHEDULED CLAIM:** <br> Your Claim is scheduled by the indicated Debtor as: <br><br> SCHEDULE G – EXECUTORY CONTRACT OR UNEXPIRED LEASE <br><br> DESCRIPTION: <br> DERIVATIVE MASTER ACCOUNT NUMBER 011405ARPT |
|---|---|---|
| Name and address where payment should be sent (if different from above) <br><br><br><br><br> Telephone number:     Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. <br><br> ☐ Check this box if you are the debtor or trustee in this case. ||

1. **Amount of Claim as of Date Case Filed:** $ 926,374.42
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9), complete Item 6.
☒   Check this box if all or part of your claim is based on a Derivative Contract.*
☐   Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☒   Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if a claim is based on a Derivative Contract or Guarantee.

2. **Basis for Claim:**     Valuation Statement
    (See instruction #2 on reverse side.)
3. **Last four digits of any number by which creditor identifies debtor:** _____
    3a.   **Debtor may have scheduled account as:**   011405ARPT
        (See instruction #3a on reverse side.)
4. **Secured Claim** (See instruction #4 on reverse side.)
    Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
    Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
    Describe: _____
    Value of Property: $ _____   Annual Interest Rate _____ %
    Amount of arrearage and other charges as of time case filed included in secured claim, if any:
    $ _____   Basis for perfection: _____
    Amount of Secured Claim: $ _____   Amount Unsecured: $ _____
6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9):** $ _____
    (See instruction #6 on reverse side.)

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(_____).

**Amount entitled to priority:**

$ _____

7. **Credits:** The amount of all payments
8. **Documents:** Attach redacted copies itemized statements of running accounts, cont providing evidence of perfection of a security attach a summary.
**DO NOT SEND ORIGINAL DOCUN SCANNING.**
If the documents are not available, please exp

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)     0000010005

claim.
chase orders, invoices
copies of documents
nts are voluminous,

YED AFTER

**FOR COURT USE ONLY**

SEP 0 1 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: <br> September, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. <br> /s/ <br> Robert H. Lynch, Jr., Managing Member, Aristeia Advisors, L.L.C., General Partner of Aristeia Partners, L.P. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

8193174

**EXHIBIT B**

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 10005

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**CHIMNEY ROCK VALUE FUND, L.P.**
350 Park Avenue
New York, NY 10022
Attn: Beau Lescott
Email: blescott@zbi.com

with a copy to:

Attn: Erica Lee, General Counsel, Ziff Brothers Investments, L.L.C.
Email: elee@zbi.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 10005, solely to the extent of $825,028.55, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated **November 14,** 2012.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name:    Duncan Robertson
Title:    Director

By: _____
Name:    Michael Sutton
Title:    Managing Director