**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                      :        **Chapter 11 Case No.**
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
                                                           :
                              **Debtors.**                 :        **(Jointly Administered)**
-------------------------------------------------------------------x

## ORDER GRANTING THREE HUNDRED FIFTY EIGHTH
## OMNIBUS OBJECTION TO CLAIMS (IMPROPER AMENDMENTS)

Upon the three hundred fifty eighth omnibus objection to claims, dated

September 21, 2012 (the "Three Hundred Fifty Eighth Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator

under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and

Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, seeking, pursuant

to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of

the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the

filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), to

disallow and expunge the Improper Amendment Claims on the grounds that such claims are

improper amendments of the corresponding Prior Claims, all as more fully described in the

Three Hundred Fifty Eighth Omnibus Objection to Claims; and due and proper notice of the

Three Hundred Fifty Eighth Omnibus Objection to Claims having been provided, and it

appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Three Hundred Fifty Eighth Omnibus Objection to

Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Fifty Eighth Omnibus Objection to Claims.

and that the legal and factual bases set forth in the Three Hundred Fifty Eighth Omnibus

Objection to Claims establish just cause for the relief granted herein; and after due deliberation

and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Three Hundred Fifty Eighth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that nothing in this Order or the disallowance and expungement of the

Improper Amendment Claims constitutes any admission or finding with respect to any of the

Prior Claims, and the Plan Administrator's rights to object to the Prior Claims on any basis are

preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Three Hundred

Fifty Eighth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
       November 16, 2012

                                    s/ James M. Peck
                                    UNITED STATES BANKRUPTCY JUDGE

2