# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 358: EXHIBIT 1 – IMPROPER AMENDMENT CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CAMILLI-BERNAT, MARY JESSICA GROSSARTH PULLMAN & COMLEY, LLC 850 MAIN STREET, 8TH FLOOR BRIDGEPORT, CT 06604 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/05/2011 | 67600 | $2,051,346.84* | Purports to amend Claim No. 2149. Asserts new claim based on Executive and Select Employees Plan ("ESEP"). |
| 2 | CHU, HELEN 22 APPLE TREE LN WARREN, NJ 07059 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/03/2012 | 67835 | $12,290.00 | Purports to amend Claim No. 27362. Asserts new claim based on accrued bonus. |
| 3 | DELUCA, PHILIP F. 45 BIRCH STREET PORT WASHINGTON, NY 11050 | | Lehman No Case Asserted/All Cases Asserted | 10/26/2011 | 67698 | $83,045.00 | Purports to amend Claim No. 15671. Asserts new claim based on accrued bonus and unused vacation. |
| 4 | DELUCA, PHILIP F. 45 BIRCH STREET PORT WASHINGTON, NY 11050 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/15/2011 | 67718 | $83,045.00 | Purports to amend Claim No. 67698. Asserts new claim based on accrued bonus and unused vacation. |
| 5 | EMMERT, JAMES R. 35 PROSPECT AVE GARDEN CITY, NY 11530 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/07/2011 | 67714 | $6,944.40 | Purports to amend Claim No. 15093. Asserts new claim based on unused vacation. |
| 6 | EMMERT, JAMES R. 35 PROSPECT AVE GARDEN CITY, NY 11530 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/07/2011 | 67715 | $385,000.00 | Purports to amend Claim No. 15093. Asserts new claim based on accrued bonus. |
| 7 | FERRARO, MICHAEL 7 BRANCH CT MARLBORO, NJ 07746 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/29/2012 | 68113 | Undetermined* | Purports to amend Claim No. 13821. Asserts new claim based on partnership account. |
| 8 | GAMBARDELLA, LISA 80 BAY STREET LANDING APT 3B STATEN ISLAND, NY 10301 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/22/2011 | 67812 | $22,105.00 | Purports to amend Claim No. 27360. Asserts new claim based on accrued bonus and unused vacation. |
| 9 | KARP, MICHAEL 11 CANDLEWOOD DR WEST WINDSOR, NJ 08550 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/23/2011 | 67744 | $10,950.00 | Reasserts Claim No. 24104 which was disallowed pursuant to order entered on June 3, 2011 [ECF No. 17366]. |

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 358: EXHIBIT 1 – IMPROPER AMENDMENT CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | LIU, AMY<br>2250 BROADWAY APT 6F<br>NEW YORK, NY 10024 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 12/06/2011 | 67779 | $19,371.00 | Purports to amend Claim No. 27354. Asserts new claim based on accrued bonus. |
| 11 | LYONS, FREDERICK W.<br>75 WINGRA AVE<br>RUTHERFORD, NJ 07070 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 03/02/2012 | 68033 | $70,000.00 | Purports to amend Claim No. 31164. Seeks to reclassify claim as priority. |
| 12 | MANNINO, JOSEPH<br>126 BACK BONE HILL RD<br>CLARKSBURG, NJ 08510 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 03/02/2012 | 67940 | $70,000.00 | Purports to amend Claim No. 13370. Seeks to reclassify claim as priority. |
| 13 | MARTIAK, YULIYA<br>5 AVERY DR<br>OLD BRIDGE, NJ 08857 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 01/03/2012 | 67834 | $6,477.04 | Purports to amend Claim No. 27363. Asserts new claim based on accrued bonus. |
| 14 | METAXAS, JAMES<br>717 BIG RIDGE ESTS.<br>EAST STROUDSBURG, PA 18302-7701 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 06/12/2012 | 68111 | $47,253.48 | Purports to reclassify as unsecured claim Claim No. 12996, which was reclassified as equity interest pursuant to order entered on August 24, 2012 [ECF No. 30368]. |
| 15 | MO KAN LI<br>166-05 76TH AVE.<br>FRESH MEADOWS, NY 11366 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 12/06/2011 | 67780 | $19,942.31 | Purports to amend Claim No. 27358. Asserts new claim based on accrued bonus. |
| 16 | MOSS, STEPHEN<br>P.O. BOX 400, DEPT. LBHI<br>BRONXVILLE, NY 10708-0400 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/04/2011 | 67677 | $584,657.66 | Purports to amend Claim No. 67665. Reasserts Claim No. 22932 which was expunged pursuant to order entered on October 5, 2011 [ECF No. 20609]. |
| 17 | REGAN, DAVID T.<br>11609 SHAVEN ROCK PLACE<br>RALEIGH, NC 27613 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 12/13/2011 | 67786 | $26,334.00 | Purports to amend Claim No. 24577. Asserts new claim based on accrued bonus and unused vacation. |
| 18 | YEUNG, BRIAN<br>140-37 CHERRY AVENUE<br>APT #5B<br>FLUSHING, NY 11355 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 12/01/2011 | 67791 | $22,175.77 | Purports to amend Claim No. 27233. Asserts new claim based on accrued bonus and unused vacation. |
| | | | | | **TOTAL** | **$3,520,937.50** | |

\* - Indicates claim contains unliquidated and/or undetermined amounts