# Exhibit 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 43: EXHIBIT 1 – LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | LIQUIDITY SOLUTIONS, INC. TRANSFEROR: CHU, TAI-FANG & SHU MEI LIN ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/16/2009 | 65550 | $130,000.00 | Late-Filed Lehman Programs Securities Claim |
| 2 | MOTLLO CARBO, ANTONIO C/ LOS PENASCALES 46, 6-A MADRID, 28028 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/19/2009 | 65627 | $73,400.16 | Late-Filed Lehman Programs Securities Claim |
| 3 | MOTLLO MARTINEZ, ANTONIO C/ SANTA MARIA MAGDALENA 19 MADRID, 28016 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/19/2009 | 65625 | $44,040.09 | Late-Filed Lehman Programs Securities Claim |
| 4 | MOTLLO MARTINEZ, ANTONIO C/ SANTA MARIA MAGDALENA 19 MADRID, 28016 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/19/2009 | 65626 | $144,244.93 | Late-Filed Lehman Programs Securities Claim |
| | | | | | TOTAL | $391,685.18 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts