# Exhibit 1

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 357: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS UNSECURED

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ARCHDIOCESAN PENSION PLAN C/O ART MONTEGARI, DIRECTOR 1011 FIRST AVENUE NEW YORK, NY 10022 | 22685 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Priority | $29,794.87 | Unsecured | $29,794.87 |
| 2 | ARCHDIOCESAN PENSION PLAN C/O ART MONTEGARI, DIRECTOR 1011 FIRST AVENUE NEW YORK, NY 10022 | 22686 | 09/21/2009 | Lehman Brothers Holdings Inc. | Priority | $29,794.87 | Unsecured | $29,794.87 |
| 3 | MAGNETAR STRUCTURED CREDIT FUND LP C/O MAGNETAR FINANCIAL LLC ATTN: SUSAN FURMAN 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON, IL 60201 | 12713 | 09/15/2009 | Lehman Brothers Special Financing Inc. | Secured | $153,888.00 | Unsecured | $153,888.00 |
| 4 | PRINCETON YOUNG ACHIEVERS INC 25 VALLEY ROAD PRINCETON, NJ 08540-0000 | 8789 | 08/20/2009 | Lehman Brothers Holdings Inc. | Priority | $1,000.00 | Unsecured | $1,000.00 |
| | | | | | TOTAL | $214,477.74 | TOTAL | $214,477.74 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit