# Exhibit 1

### IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 352: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 1 | HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE ATTN: ERIC CHENG, SENIOR TRANSACTION MANAGER LEVEL 30, HSBC MAIN BUILDING, 1 QUEEN'S ROAD CENTRAL<br><br>HONG KONG | 09/21/2009 | 08-13555 (JMP) | 20735 | $11,655,000.00 | HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE ATTN: ERIC CHENG, SENIOR TRANSACTION MANAGER LEVEL 30, HSBC MAIN BUILDING, 1 QUEEN'S ROAD CENTRAL<br><br>HONG KONG | 09/21/2009 | 08-13555 (JMP) | 20834 | $11,655,000.00* |
| 2 | HSBC TRUSTEE (C.I.) LIMITED ATTN: IAN GRAHAM, SENIOR MANAGER, CORPORATE SERVICES P.O. BOX 88 1 GRENVILLE STREET ST. HELIER, JERSEY, JE4 9PF UNITED KINGDOM | 09/21/2009 | 08-13888 (JMP) | 20782 | $2,750,672.00* | HSBC TRUSTEE (C.I.) LIMITED ATTN: IAN GRAHAM, SENIOR MANAGER, CORPORATE SERVICES P.O. BOX 88 1 GRENVILLE STREET ST. HELIER, JERSEY, JE4 9PF UNITED KINGDOM | 09/21/2009 | 08-13888 (JMP) | 20783 | $2,750,672.00* |
| 3 | HSBC TRUSTEE (C.I.) LIMITED ATTN: IAN GRAHAM, SENIOR MANAGER, CORPORATE SERVICES P. O. BOX 88 1 GRENVILLE STREET ST. HELIER, JE4 9PF UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 20824 | $12,806,289.00* | HSBC TRUSTEE (C.I.) LIMITED ATTN: IAN GRAHAM, SENIOR MANAGER, CORPORATE SERVICES P. O. BOX 88 1 GRENVILLE STREET ST. HELIER, JE4 9PF UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 20825 | $12,806,289.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

US_ACTIVE:\44137464\1\58399.0011

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 352: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | KT CORPORATION 206 JEONGIA-DONG BUNDANG-GU SEONGNAM-SI GYEONGGI, KOREA, REPUBLIC OF | 11/02/2009 | 08-13555 (JMP) | 60902 | $14,851,674.00 | KT CORPORATION JEONGJA-DONG 206, BUNDANG-GU, SEONGNAM-SI, GYEONG-GI-DO SEOUL, KOREA, REPUBLIC OF | 01/28/2009 | 08-13555 (JMP) | 2122 | $14,851,674.00 |
| 5 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: UNITED OVERSEAS BANK LIMITED (UOB) ATTN: JEFFERY BENESH AND RON TOROK BANK OF AMERICAS-3RD FLOOR ONE BRYAN PARK NEW YORK, NY 10036 | 09/15/2009 | 08-13555 (JMP) | 12858 | $4,572,174.74 | MERRILL LYNCH CREDIT PRODUCTS, LLC TRANSFEROR: UNITED OVERSEAS BANK LIMITED ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER-3RD FLOOR ONE BRYANT PARK NEW YORK, NY 10036 | 01/05/2009 | 08-13555 (JMP) | 1569 | $4,572,174.74 |
| | | | | TOTAL | $46,635,809.74 | | | | | |