# Exhibit 1

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 354: EXHIBIT 1 – LATE-FILED CLAIMS

|  | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ESTATE OF MARY A. SULLIVAN<br>C/O MARIN COUNTY PUBLIC ADMINISTRATOR<br>PO BOX 4220<br>SAN RAFAEL, CA 94913 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/31/2012 | 68122 | Undetermined* | Late-Filed Claim |
| 2 | GUBEREK, PAULINA & SARA<br>CALLE 152 A # 13-12 APT 414<br>BOGOTA,<br>COLOMBIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/23/2012 | 68099 | $50,000.00 | Late-Filed Claim |
| 3 | PLYMOUTH PARK TAX SERVICES, LLC D/B/A XSPAND<br>C/O LAW OFFICE OF JUDA J. EPSTEIN<br>3543 MAIN STREET, SECOND FLOOR<br>BRIDGEPORT, CT 06606 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/14/2012 | 68123 | $77,346.60 | Late-Filed Claim |
| 4 | SUIJVER, J.A.W.<br>8 TONY OFFERMANSWEG<br>KJ LAREN, 1251<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/31/2012 | 68121 | $122,147.20 | Late-Filed Claim |
|  |  |  |  |  | TOTAL | $249,493.80 |  |

\* - Indicates claim contains unliquidated and/or undetermined amounts