# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 350: EXHIBIT 1 – NO LIABILITY DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006-I<br>THE BANK OF NEW YORK MELLON, AS CAP CONTRACT ADMINISTRATOR FOR CREDITOR<br>101 BARCLAY STREET; 8 WEST<br>ATTN: MARTIN FEIG - VICE PRESIDENT<br>NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14465 | Undetermined* | No Liability Claim – Derivative |
| 2 | CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006-I<br>THE BANK OF NEW YORK MELLON, AS CAP CONTRACT ADMINISTRATOR FOR CREDITOR<br>101 BARCLAY STREET; 8 WEST<br>ATTN: MARTIN FEIG - VICE PRESIDENT<br>NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14466 | Undetermined* | No Liability Claim – Derivative |
| 3 | ROSE, WALTER E.<br>C/O ARI H. JAFFE<br>KOHRMAN JACKSON & KRANTZ, PLL<br>ONE CLEVELAND CENTER, 20TH FLOOR<br>1375 E. 9TH STREET<br>CLEVELAND, OH 44114 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/11/2009 | 8001 | $191,400.00 | No Liability Claim – Derivative |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 350: EXHIBIT 1 – NO LIABILITY DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4 | ROSE, WALTER E.<br>C/O ARI H. JAFFE<br>KOHRMAN JACKSON & KRANTZ PLL<br>ONE CLEVELAND CENTER, 20TH FLOOR<br>1375 E. 9TH STREET<br>CLEVELAND, OH 44114-1793 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 08/18/2009 | 8628 | $191,400.00 | No Liability Claim – Derivative |
| | | | | | TOTAL | $382,800.00 | |