# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 40: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DE NICOLA, MICHELA<br>B66 ALBION RIVERSIDE<br>8 HESTER ROAD<br>LONDON, SW11 4AP<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/30/2009 | 65763 | $6,531.08 | Late-Filed Claim |
| 2 | LYNCH, BRENDAN E.<br>604 SCOTCH RD<br>PENNINGTON, NJ 08534 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/25/2009 | 35000 | $31,845.66 | Late-Filed Claim |
| 3 | SCAVONE, JOSEPH<br>229 CENTRAL AVENUE<br>DEER PARK, NY 11729 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/25/2009 | 34945 | $31,641.00 | Late-Filed Claim |
| 4 | SCAVONE, THERESA, FOR JOSEPH SCAVONE<br>229 CENTRAL AVENUE<br>DEER PARK, NY 11729-5025 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/25/2009 | 34944 | $31,641.00 | Late-Filed Claim |
| 5 | VENTURA, GIORGIO<br>VIA MELCHIORRE GIOIA 53<br>MILANO, 20124<br>ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/30/2009 | 35587 | $558,124.00 | Late-Filed Claim |
| 6 | ZANCO, MARIO<br>VIA CONCORDIA 10<br>CUSANO MILANINO, 20095<br>ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/30/2009 | 35574 | $115,491.00 | Late-Filed Claim |
| | | | | | TOTAL | $775,273.74 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts