WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
::
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : (Jointly Administered)
:
:
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THE ONE HUNDRED EIGHTEENTH
OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY
PROOFS OF CLAIM AS EQUITY INTEREST) AS TO A CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator, under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for the entities in the above-referenced chapter 11 cases, (collectively, the "Chapter 11 Estates"), is withdrawing without prejudice its One Hundred Eighteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interest) [ECF No. 15666], solely with respect to the claim listed on Exhibit A annexed hereto.

Dated:  November 16, 2012
         New York, New York           /s/ Robert J. Lemons
                                      Robert J. Lemons
                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007
                                      *Attorneys for Lehman Brothers Holdings Inc.*
                                      *and Certain of Its Affiliates*

US_ACTIVE:\44139647\1\58399.0011

## Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| Vincent A. Primiano | 31796 |