# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 244: EXHIBIT 1 – NO LIABILITY DERIVATIVES CLAIMS

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DEUTSCHE BANK AG<br>ATTN: IRA WURCEL, ESQ.<br>60 WALL STREET, 28TH FLOOR<br>NEW YORK, NY 10005 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27906 | Undetermined* | No Liability Claim - Derivative |
| 2 | DEUTSCHE BANK AG<br>ATTN: IRA WURCEL, ESQ.<br>60 WALL STREET<br>NEW YORK, NY 10005 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28465 | Undetermined* | No Liability Claim - Derivative |
| 3 | DEUTSCHE BANK AG<br>ATTN: IRA WURCEL, ESQ.<br>60 WALL STREET<br>NEW YORK, NY 10005 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28466 | Undetermined* | No Liability Claim - Derivative |
|   |   |   |   |   | TOTAL | $0.00 |   |

\* - Indicates claim contains unliquidated and/or undetermined amounts