WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

-------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THE THREE HUNDRED SIXTIETH OMNIBUS
OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)
AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator, under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for the entities in the above-referenced chapter 11 cases, (collectively, the "Chapter 11 Estates"), is withdrawing without prejudice its Three Hundred Sixtieth Omnibus Objection to Claims (Valued Derivative Claims), ECF No. 31316, solely with respect to the claims listed on Exhibit A annexed hereto. The Plan Administrator reserves its rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated: November 16, 2012
      New York, New York

                            /s/ Robert J. Lemons
                            Robert J. Lemons
                            Penny P. Reid
                            Ralph Miller

                            WEIL, GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone: (212) 310-8000
                            Facsimile: (212) 310-8007

                            Attorneys for Lehman Brothers Holdings Inc.
                            and Certain of Its Affiliates

US_ACTIVE:\44140056\1\58399.0011

## Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | ECF Number |
|---|---|
| Nuveen Multi-Strategy Income Fund | 24088 |
| Nuveen Multi-Strategy Income Fund | 24082 |
| Nuveen Short Duration Bond Fund | 24087 |
| Nuveen Short Duration Bond Fund | 24081 |
| Nuveen Global Government Enhanced Income Fund | 24091 |
| Nuveen Global Government Enhanced Income Fund | 24085 |