WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
:
In re                                                           :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
:
Debtors.                                            :    (Jointly Administered)
:
:
------------------------------------------------------------------x

**NOTICE OF HEARING ON FORTIETH**
**OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)**

**PLEASE TAKE NOTICE** that a hearing to consider the Fortieth Omnibus Objection to Claims (Late-Filed Claims) will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **January 30, 2013 at 10:00 a.m. (Eastern Time)**, *solely* as to the claims listed on the annexed **Exhibit A**.

Dated:  November 16, 2012
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and certain of its affiliates

US_ACTIVE:\44140151\1\58399.0011

## Exhibit A

## Claim Going Forward at the January 30, 2013 Hearing

| Claim Number | Claimant |
|---|---|
| 35944 | CALIFORNIA DEPARTMENT OF WATER RESOURCES |

US_ACTIVE:\44140151\1\58399.0011