WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, New York 10153  
Telephone: (212) 310-8000  
Facsimile: (212) 310-8007  
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.  
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  
-------------------------------------------------------------------x  

| | : | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

**NOTICE OF HEARING ON TWO HUNDRED EIGHTY-SECOND**  
**OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)**

    **PLEASE TAKE NOTICE** that a hearing to consider the Two Hundred Eighty-Second Omnibus Objection to Claims (Late-Filed Claims) will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **January 30, 2013 at 10:00 a.m. (Eastern Time)**, *solely* as to the claim listed on the annexed **Exhibit A**.

Dated: November 16, 2012  
   New York, New York

              /s/ Robert J. Lemons  
              Robert J. Lemons

              WEIL, GOTSHAL & MANGES LLP  
              767 Fifth Avenue  
              New York, New York 10153  
              Telephone: (212) 310-8000  
              Facsimile: (212) 310-8007

              Attorneys for Lehman Brothers Holdings Inc. and  
              certain of its affiliates

## Exhibit A

## Claim Going Forward at the January 30, 2013 Hearing

| Claim Number | Claimant |
|---|---|
| **68053** | PIGUET GALLAND & CIE SA |
| **68054** | PIGUET GALLAND & CIE SA |