# Exhibit D

LEHMAN BROTHERS HOLDINGS INC., *et. al.*
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
PO BOX 4199
PORTLAND, OR 97208-4199

DEBTOR: LEHMAN BROTHERS SPECIAL FINANCING INC.


780100411047

000 0000241 00000000 001 002 00121 INS: 0 0
TRAXIS FUND LP
C/O TRAXIS PARTNERS LP
ATTN: CHRISTOPHER F. CRAWFORD
600 FIFTH AVENUE, 26TH FLOOR
NEW YORK NY 10020

| | |
|---|---|
| AGGREGATION NUMBER: | W0021631 |
| CHECK NUMBER: | 0001121 |
| CHECK AMOUNT: | $137,723.04 |
| CHECK DATE: | APRIL 17, 2012 |

You are receiving the enclosed distribution related to the allowed claim(s) set forth on the attached schedule in connection with the jointly administered Chapter 11 bankruptcy cases of Lehman Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors").

The disbursement(s) set forth on the attached schedule are made in accordance with the relevant terms of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors as confirmed by the Bankruptcy Court on December 6, 2011. The Plan Administrator reserves the right to recover any portion of a distribution that was made in error. If you have any questions, please contact Epiq Bankruptcy Solutions, LLC at 866-879-0688 (non-US: +1 503-597-7691).

K0671 v.0.11 04.09.2012

EPIQ BANKRUPTCY SOLUTIONS, LLC AS DISBURSEMENT AGENT FOR
LEHMAN BROTHERS SPECIAL FINANCING INC.
PO BOX 4199
PORTLAND, OR 97208-4199

Citizens Bank, N.A.                                    29-1310
                                                         0213

Void if not negotiated within ninety (90) days of date of issue

| CHECK NUMBER | DATE |
|---|---|
| 0001121 | 04/17/2012 |
| For Deposit Only | |
| | AMOUNT |

PAY EXACTLY ********** One Hundred Thirty Seven Thousand Seven Hundred Twenty Three DOLLARS and 04 CENTS        $137,723.04

**PAY TO THE ORDER OF:**

TRAXIS FUND LP
C/O TRAXIS PARTNERS LP
ATTN: CHRISTOPHER F. CRAWFORD
600 FIFTH AVENUE, 26TH FLOOR
NEW YORK NY 10020

SAMPLE - VOID

PAYEE: TRAXIS FUND LP          CHECK NUMBER: 0001121          AGGREGATION NUMBER: W0021631

DEBTOR: LEHMAN BROTHERS SPECIAL FINANCING INC.

| Claim/Schedule No. | ISIN/CUSIP (if applicable) | Blocking No. | Claim Class per Plan | Allowed Amount | Payout Percentage | Disbursement Amount * |
|---|---|---|---|---|---|---|
| 66512.00 | | | 04A GUC NOT DESIGNATED ENTITIES | $676,637.80 | 0.20354027 | $137,723.04 |
| | | | Aggregated total: | $676,637.80 | | $137,723.04 |

The Plan Administrator reserves the right to recover any portion of a distribution that was made in error.

* Disbursement Amount calculated by multiplying Allowed Amount times Payout Percentage, rounded down to the nearest penny.



Page 1 of 1

LEHMAN BROTHERS HOLDINGS INC., *et. al.*
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
PO BOX 4199
PORTLAND, OR 97208-4199

DEBTOR:  LEHMAN BROTHERS HOLDINGS INC.


780100323747

000 0000833 00000000 001 002 00416 INS: 0 0
TRAXIS FUND LP
C/O TRAXIS PARTNERS LP
ATTN: CHRISTOPHER F. CRAWFORD
600 FIFTH AVENUE, 26TH FLOOR
NEW YORK NY 10020

| | |
|---|---|
| AGGREGATION NUMBER: | W0021631 |
| CHECK NUMBER: | 0001418 |
| CHECK AMOUNT: | $23,020.09 |
| CHECK DATE: | APRIL 17, 2012 |

You are receiving the enclosed distribution related to the allowed claim(s) set forth on the attached schedule in connection with the jointly administered Chapter 11 bankruptcy cases of Lehman Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors").

The disbursement(s) set forth on the attached schedule are made in accordance with the relevant terms of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors as confirmed by the Bankruptcy Court on December 6, 2011. The Plan Administrator reserves the right to recover any portion of a distribution that was made in error. If you have any questions, please contact Epiq Bankruptcy Solutions, LLC at 866-879-0688 (non-US: +1 503-597-7691).

K0671 v.0.11 04.09.2012

EPIQ BANKRUPTCY SOLUTIONS, LLC AS DISBURSEMENT AGENT FOR
LEHMAN BROTHERS HOLDINGS INC.
PO BOX 4199
PORTLAND, OR 97208-4199

Citizens Bank, N.A.                    29-1310
                                        0213

CHECK NUMBER        DATE
0001418             04/17/2012

Void if not negotiated within ninety (90) days of date of issue    For Deposit Only

AMOUNT

PAY EXACTLY ********** Twenty Three Thousand Twenty DOLLARS and 09 CENTS    $23,020.09

**PAY TO THE ORDER OF:**

TRAXIS FUND LP
C/O TRAXIS PARTNERS LP
ATTN: CHRISTOPHER F. CRAWFORD
600 FIFTH AVENUE, 26TH FLOOR
NEW YORK NY 10020

SAMPLE - VOID

PAYEE: TRAXIS FUND LP         CHECK NUMBER: 0001418         AGGREGATION NUMBER: W0021631

DEBTOR: LEHMAN BROTHERS HOLDINGS INC.

| Claim/ Schedule No. | ISIN/CUSIP (if applicable) | Blocking No. | Claim Class per Plan | Allowed Amount | Payout Percentage | Disbursement Amount * |
|---|---|---|---|---|---|---|
| 66511.00 | | | 09A THIRD PARTY GUARANTEE DERIVATIVES | $676,637.80 | 0.03402130 | $23,020.09 |
| | | | Aggregated total: | $676,637.80 | | $23,020.09 |

The Plan Administrator reserves the right to recover any portion of a distribution that was made in error.

* Disbursement Amount calculated by multiplying Allowed Amount times Payout Percentage, rounded down to the nearest penny.



Page 1 of 1

LEHMAN BROTHERS HOLDINGS INC., *et. al.*
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
PO BOX 4199
PORTLAND, OR 97208-4199

DEBTOR:   LEHMAN BROTHERS SPECIAL FINANCING INC.


780100408613

000 0000249 00000000 001 002 00125 INS: 0 0
TRAXIS EMERGING MARKETS OPPORTUNITIES FUND LP
C/O TRAXIS PARTNERS LP
ATTN: CHRISTOPHER F. CRAWFORD
600 FIFTH AVENUE, 26TH AVENUE
NEW YORK NY 10020

| | |
|---|---|
| AGGREGATION NUMBER: | W0021630 |
| CHECK NUMBER: | 0001125 |
| CHECK AMOUNT: | $9,929.91 |
| CHECK DATE: | APRIL 17, 2012 |

You are receiving the enclosed distribution related to the allowed claim(s) set forth on the attached schedule in connection with the jointly administered Chapter 11 bankruptcy cases of Lehman Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors").

The disbursement(s) set forth on the attached schedule are made in accordance with the relevant terms of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors as confirmed by the Bankruptcy Court on December 6, 2011. The Plan Administrator reserves the right to recover any portion of a distribution that was made in error. If you have any questions, please contact Epiq Bankruptcy Solutions, LLC at 866-879-0688 (non-US: +1 503-597-7691).

K0671 v.0.11 04.09.2012

EPIQ BANKRUPTCY SOLUTIONS, LLC AS DISBURSEMENT AGENT FOR
LEHMAN BROTHERS SPECIAL FINANCING INC.
PO BOX 4199
PORTLAND, OR 97208-4199

Citizens Bank, N.A.   29-1310
                     0213

CHECK NUMBER   DATE
0001125        04/17/2012

Void if not negotiated within ninety (90) days of date of issue   **For Deposit Only**

AMOUNT

PAY EXACTLY ********** Nine Thousand Nine Hundred Twenty Nine DOLLARS and 91 CENTS
$9,929.91

**PAY TO THE ORDER OF:**

TRAXIS EMERGING MARKETS OPPORTUNITIES FUND LP
C/O TRAXIS PARTNERS LP
ATTN: CHRISTOPHER F. CRAWFORD
600 FIFTH AVENUE, 26TH AVENUE
NEW YORK NY 10020

**SAMPLE - VOID**

PAYEE: TRAXIS EMERGING MARKETS OPPORTUNITIES FUND LP  CHECK NUMBER: 0001125  AGGREGATION NUMBER: W0021630

DEBTOR: LEHMAN BROTHERS SPECIAL FINANCING INC.

| Claim/ Schedule No. | ISIN/CUSIP (if applicable) | Blocking No. | Claim Class per Plan | Allowed Amount | Payout Percentage | Disbursement Amount * |
|---|---|---|---|---|---|---|
| 66510.00 | | | 03  GUC CONVENIENCE | $31,030.98 | 0.32000000 | $9,929.91 |
| | | | Aggregated total: | $31,030.98 | | $9,929.91 |

The Plan Administrator reserves the right to recover any portion of a distribution that was made in error.

* Disbursement Amount calculated by multiplying Allowed Amount times Payout Percentage, rounded down to the nearest penny.



Page 1 of 1

LEHMAN BROTHERS HOLDINGS INC., *et. al.*
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
PO BOX 4199
PORTLAND, OR 97208-4199

DEBTOR:   LEHMAN BROTHERS HOLDINGS INC.


780100323739

000 0000831 00000000 001 002 00415 INS: 0 0
TRAXIS EMERGING MARKETS OPPORTUNITIES FUND LP
C/O TRAXIS FUND LP
ATTN: CHRISTOPHER F. CRAWFORD
600 FIFTH AVENUE, 26TH FLOOR
NEW YORK NY 10020

| | |
|---|---|
| AGGREGATION NUMBER: | W0021630 |
| CHECK NUMBER: | 0001417 |
| CHECK AMOUNT: | $5,275.26 |
| CHECK DATE: | APRIL 17, 2012 |

You are receiving the enclosed distribution related to the allowed claim(s) set forth on the attached schedule in connection with the jointly administered Chapter 11 bankruptcy cases of Lehman Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors").

The disbursement(s) set forth on the attached schedule are made in accordance with the relevant terms of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors as confirmed by the Bankruptcy Court on December 6, 2011. The Plan Administrator reserves the right to recover any portion of a distribution that was made in error. If you have any questions, please contact Epiq Bankruptcy Solutions, LLC at 866-879-0688 (non-US: +1 503-597-7691).

K0671 v.0.11 04.09.2012

EPIQ BANKRUPTCY SOLUTIONS, LLC AS DISBURSEMENT AGENT FOR
LEHMAN BROTHERS HOLDINGS INC.
PO BOX 4199
PORTLAND, OR 97208-4199

Citizens Bank, N.A.                              29-1310
                                                  0213

CHECK NUMBER        DATE
0001417             04/17/2012

Void if not negotiated within ninety (90) days of date of issue       For Deposit Only

AMOUNT

PAY EXACTLY ********** Five Thousand Two Hundred Seventy Five DOLLARS and 26 CENTS
$5,275.26

**PAY TO THE ORDER OF:**

TRAXIS EMERGING MARKETS OPPORTUNITIES FUND LP
C/O TRAXIS FUND LP
ATTN: CHRISTOPHER F. CRAWFORD
600 FIFTH AVENUE, 26TH FLOOR
NEW YORK NY 10020

SAMPLE - VOID

PAYEE: TRAXIS EMERGING MARKETS OPPORTUNITIES FUND LP    CHECK NUMBER: 0001417    AGGREGATION NUMBER: W0021630

DEBTOR: LEHMAN BROTHERS HOLDINGS INC.

| Claim/ Schedule No. | ISIN/CUSIP (if applicable) | Blocking No. | Claim Class per Plan | Allowed Amount | Payout Percentage | Disbursement Amount * |
|---|---|---|---|---|---|---|
| 66509.00 | | | 06B GUARANTEE CONVENIENCE | $31,030.98 | 0.17000000 | $5,275.26 |
| | | | Aggregated total: | $31,030.98 | | $5,275.26 |

The Plan Administrator reserves the right to recover any portion of a distribution that was made in error.

* Disbursement Amount calculated by multiplying Allowed Amount times Payout Percentage, rounded down to the nearest penny.

Page 1 of 1

