**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | ) Case No. 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM**
**PURSUANT TO RULE 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Seaworth Partners, L.L.C.                          Harbinger Capital Partners Special Situations Fund, L.P.
_____          _____
Name of Transferee                                    Name of Transferor


100% of Claim                                             66654
_____          _____
Proof of Claim Amount                               Proof of Claim Number


You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.


TRANSFEREE:    Seaworth Partners, L.L.C.
Address:                c/o Ropes & Gray LLP
                             1211 Avenue of the Americas
                             New York, NY 10036-8704
                             Attn: Philip Wells

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By:


By: _____          Date: ___11/19/12___
Name: Adam J. Dobson
Title: Counsel for Transferee

EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P.

HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P., ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Seaworth Partners, L.L.C., its successors and assigns ("BUYER"), all right, title and interest in and to the claim (proof of claim number 14045, as amended by Claim No. 66654) of SELLER against Lehman Brothers Holdings Inc., and its affiliates (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ___ day of June, 2012.

HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P.

By: Harbinger Capital Partners Special Situations GP, LLC

By: _____
Name: Ian Estus
Title: Vice President