WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR CLAIMS HEARING ON NOVEMBER 20, 2012 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

1.    Three Hundred Sixty-Second Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[ECF No. 31324]**

   Response Deadline:    November 13, 2012 at 4:00 p.m.
   November 16, 2012 at 12:00 p.m. for Claim Nos. 16705, 16818, 16820, 16822, 16825, 16826, 16828

   Related Documents:    None.

   Status:  This matter is going forward on an uncontested basis with respect to all claims identified on the Objection.

**II.    CONTESTED MATTERS:**

2.    Merits Hearing with Respect to Proofs of Claim Numbers 55396, 41225, and 60352

Responses Received:

    A.    Response of Peter Weiss/Renate Anna (Claim Number 41225)

    B.    Response of Aggeliki Bartzi and Christos Konstas (Claim Number 55396)

    C.    Response of Fundacion Isla Couto (Claim Number 60352)

Related Documents:

    D.    Motion Pursuant to Section 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc. **[ECF No. 16294]**

    E.    Order Pursuant to Section 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Procedures for the Determination of the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc**. [ECF No. 19120]**

    F.    Notice of Scheduling of Merits Hearing With Respect to Proofs of Claim Number 55396, 41225, and 60352 **[ECF No. 30909]**

    G.    Reply to Responses of Peter Weiss/Renate Anna, Fundacion Isla Cuto, Aggeliki Bartzi, and Christos Konstas to Notice of Proposed Allowed Claim Amount for Proofs of Claim Number 55396, 41225, and 60352 **[ECF No. 31757]**

Status: This matter is going forward on a contested basis.

3. Ninety-Second Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) **[ECF No. 14472]** and Supplement to the Ninety-Second Omnibus Objection to Claims **[ECF No. 31050]**

Response Deadline: October 22, 2012 at 4:00 p.m.

Responses Received:

    A.    Creditors' Consolidated Opposition to Debtors' Ninety-Second Omnibus Objection and Memorandum in Support **[ECF Nos. 27526, 27528]**

    B.    Creditors' Consolidated Supplemental Opposition to Debtors' Ninety-Second Supplemental Omnibus Objection and Memorandum in Support **[ECF No. N/A]**

Related Documents:

    C.    Reply to Responses of Certain Claimants to the Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) and Supplement to the Ninety-Second Omnibus Objection to Claims **[ECF No. 31752]**

    D.    Declaration of Holly Clack in Support of Reply to Responses of Certain Claimants to the Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) and Supplement to the Ninety-Second Omnibus Objection to Claims **[ECF No. 31754]**

Status: This matter is going forward on a contested basis with respect to the claims listed on Exhibits 1 and 2.

### III. ADJOURNED MATTERS:

4. Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16865]**

   Response Deadline: June 15, 2011 at 4:00 p.m.

   Status: The hearing for Claim Nos. 12589 and 12590 has been adjourned to December 19, 2012 at 10:00 a.m.

5. Three Hundred Seventeenth Omnibus Objection to Claims (No Liability LBL Employee Claims) **[ECF No. 28441]**

   Response Deadline: July 6, 2012 at 4:00 p.m.

   Status: The hearing for Claim No. 12755 has been adjourned to a date to be determined.

6. Three Hundred Forty-Sixth Omnibus Objection to Claims (Securities Claims) **[ECF No. 30062]**

   Response Deadline: September 13, 2012 at 4:00 p.m.

   Responses Received: None.

   Status: This matter has been adjourned to December 19, 2012 at 10:00 a.m.

7. Debtors' Three Hundred Forty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 30953]**

   Response Deadline: October 17, 2012 at 4:00 p.m.

<u>Adjourned Responses</u>:

    A.    Response of New York City Industrial Development Agency **[ECF No. 31616]**

    B.    Response of U.S. Bank National Association U.S. Bank Operations Center **[ECF No. 31536]**

<u>Status</u>: This matter has been adjourned to December 19, 2012 at 10:00 a.m. with respect to the claims of U.S. Bank National Association (Claim Nos. 21156 and 21157). All Adjourned Responses have been adjourned *sine die* to a date to be determined.

8. Three Hundred Forty-Ninth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 31039]**

<u>Response Deadline</u>:    October 22, 2012 at 4:00 p.m.

<u>Adjourned Responses</u>:

    A.    Response of Robert Cody Moore, Maryann Brelinsky and Russell Schneider **[ECF No. 32045]**

<u>Status</u>:  This matter is adjourned to a date to be determined.

9. Debtors' Three Hundred Sixtieth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 31316]**

<u>Response Deadline</u>:    November 13, 2012 at 4:00 p.m.

<u>Adjourned Response</u>:

    A.    Response of ING AM Interfinance Services BV **[ECF No. 32034]**

<u>Status</u>: This matter has been adjourned to December 19, 2012 at 10:00 a.m.

10. Three Hundred Sixty-First Omnibus Objection to Claims (No Guarantee Claims) **[ECF No. 31317]**

<u>Response Deadline</u>:    November 13, 2012 at 4:00 p.m.

<u>Status</u>:  The hearing for Claim No. 27668 has been adjourned to December 19, 2012 at 10:00 a.m., and the hearing for Claim Nos. 26224 and 23765 has been adjourned to a date to be determined.

Dated:  November 19, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Exhibit 1

(**Ninety-Second** Omnibus Objection to Claims (Invalid
Blocking Number LPS Claims) **[ECF No. 14472]** – Contested Responses)

| **Claimant Name** | **Claim Number** |
|---|---|
| BIESEMANN, DR. JOERG | 13624 |
| GETTE, HELENE | 12444 |
| ISHII, HIROICHI AND HELLA | 13602 |
| KAPALLA, KURT | 12448 |
| KLUG, KLAUS | 12442 |
| KUHNAST, FRANK-ROLAND | 67258 |
| LUCKS, IIONA | 24996 |
| LUKOSCHEK, WOLFGANG | 13611 |
| RUTTENER, JUERG FOR RUETTENER, HANNELORE | 67267 |
| RUTTENER, JUERG FOR RUETTENER, HANS | 67265 |
| STEINFORT, SILVIA | 11202 |
| UTTENDORF, WILFRIED | 57811 |
| WEISS, RENATE | 11212 |
| WILDERBRAND, PETER | 13609 |

Exhibit 2

(**Supplement to the Ninety-Second** Omnibus
Objection to Claims **[ECF No. 31050]** – Contested Responses)

| Claimant Name | Claim Number |
| --- | --- |
| AMONN-DINGER, VERENA | 11169 |
| BAYER, DR. INGEBORG | 12425 |
| BAYER, DR. INGEBORG | 12426 |
| FASSBENDER, MARIA | 13638 |
| FETKENHEUER, LOTHAR | 67257 |
| GANSER, ALBERT | 24995 |
| HASSE, KLAUS-DIETER | 13628 |
| HEINZEN, HANS | 11178 |
| HIRSCH, KURT | 11179 |
| JAHN, URSULA & HORST | 24987 |
| JANSEN, WALTER | 34350 |
| JANSEN, WALTER | 34347 |
| KOECHLING, HERMANN | 11184 |
| KRAWINKEL, ODO | 12427 |
| KRAWINKEL, ODO | 12428 |
| LEWIN, JOERG | 34348 |
| MASTALEREK, MICHAEL | 11187 |
| NOERRENBERG-SUDHAUS, WERNER | 11190 |
| OBERKERSCH, BEATRICE | 11191 |
| RAMPOLD, HEIDRUN ELISABETH | 11193 |
| RODRIGUEZ, KARSTEN | 13621 |
| SCHIENER, FRIEDBERT WALTER UND HANNELORE EDELTRAUT | 11196 |
| SCHMIDT, KARIN | 11197 |
| SCHMIDT, RA PETRA | 11198 |

| **Claimant Name** | **Claim Number** |
| --- | --- |
| SCHWEBIUS, SANDRA | 11199 |
| SCHWERDT, KORINNA, DR. | 61158 |
| SPERZEL, SUSANNE | 12443 |
| SPRINGER, WERNER | 13623 |
| STANGE, HANS-JOACHIM | 12440 |
| STEINFORT, SILVIA | 11201 |
| STEINFORT, SILVIA | 11203 |
| VOLK, HELMUT UND ANNEMARIE | 11209 |
| VON DER HEYDE, PHILIP | 11210 |
| WARTAK, BEATE | 11211 |
| WEIDLICH, JOERG | 13642 |
| WIPPERN, MARGIT | 13619 |
| WITTIG, HANSPETER | 57824 |
| WOLSKI, MIECZYSLAW | 61159 |
| WOLSKI, MIECZYSLAW | 61160 |
| WOLSKI, MIECZYSLAW | 61191 |
| ZELLINGER, ERNST | 11224 |

US_ACTIVE:\44138922\1\58399.0011