UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                   Debtors.                                       :
                                                                  :
------------------------------------------------------------------x    Ref. Docket No. 31829-31836,
                                                                       31838, 31852-31854, 31856, 31857,
                                                                       31892, 31893, 31914-31917, 31927,
                                                                       31928, 31933-31936, 31940, 31942,
                                                                       31943, 31945, 31948, 31953, 31954,
                                                                       31956-31958, 31960

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 13, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Lauren Rodriguez*
                                                        Lauren Rodriguez

Sworn to before me this
19th day of November, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: CATURRA ASSOCIATES, LLC
      ATTN: JEFFREY OLINSKY
      60 WALL ST., 3RD FLOOR
      NEW YORK NY 10005
```

Please note that your claim # 22274 in the above referenced case and in the amount of
     $26,399,475.18   Unliquidated        has been transferred **(unless previously expunged by court order)**

```
      QUEENSFERRY N LLC
      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
      C/O ELLIOTT MANAGEMENT CORPORATION
      ATTN: MICHAEL STEPHAN
      40 WEST 57TH STREET
      NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 31852      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/13/2012                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 13, 2012.

**EXHIBIT B**

```
TIME: 13:44:04                                      LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 11/13/12                                           CREDITOR LISTING

Name                                                Address
BANK JULIUS BAER & CO. LTD.                         ATTN: MICHAEL GERNY ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND
BANK JULIUS BAER & CO. LTD.                         TRANSFEROR: HSBC PRIVATE BANK SUISSE SA ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH   8010 SWITZERLAND
BLUELAKE CONTINENTAL LIMITED                        TRANSFEROR: BANK JULIUS BAER & CO. LTD. 1 RAFFLES PLACE #39-01 ONE RAFFLES PLACE SINGAPORE   048616 SINGAPORE
CITIGROUP FINANCIAL PRODUCTS INC                    ELANIT SNOW PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIGROUP FINANCIAL PRODUCTS INC                    ELANIT SNOW PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6094
CITIGROUP FINANCIAL PRODUCTS INC.                   TRANSFEROR: SOLUS RECOVERY FUND LP ATTN: SCOTT EVAN 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                   TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP ATTN: SCOTT EVAN 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                   ELANIT A. SNOW PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIGROUP FINANCIAL PRODUCTS INC.                   ELANIT A. SNOW PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                   ELANIT SNOW PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIGROUP FINANCIAL PRODUCTS INC.                   TRANSFEROR: SOLUS RECOVERY FUND LP ATTN: SCOTT EVAN 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                   TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP ATTN: SCOTT EVAN 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CVI GVF LUX MASTER SARL                             TRANSFEROR: SPCP GROUP, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
                                                    TRANSFEROR: BRAHMAN INVESTMENTS I (SPV), LTD. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON
                                                    3RD FLOOR, 25 GREAT PULTENEY STREET LONDON  W1F 9LT UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: CATURRA ASSOCIATES, LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG,LONDON BRANCH                      TRANSFEROR: CFIP MASTER FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG,LONDON BRANCH                      TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
GOLDMAN SACHS LENDING PARTNERS, LLC                 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS, LLC                 RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS, LLC                 TRANSFEROR: DOLOSTONE L.L.C. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                 TRANSFEROR: DOLOSTONE, L.L.C. C/O GOLDMAN, SACHS & CO. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HFR ED YORK MASTER TRUST                            ATTN : ADAM SEMLER, OPERATIONS DEPARTMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
HFR ED YORK MASTER TRUST                            STROOCK & STROOCK & LAVAN LLP ATTN: IRINA GOMELSKAYA, ESQ. 180 MAIDEN LANE NEW YORK NY 10018
HFR ED YORK MASTER TRUST                            TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
HFR ED YORK MASTER TRUST                            TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR
                                                    NEW YORK NY 10153
HSBC PRIVATE BANK SUISSE SA                         ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL GUISAN 3   1211 SWITZERLAND
JORVIK MULTI-STRATEGY MASTER FUND, L.P.             TRANSFEROR: YORK CAPITAL MANAGEMENT, L.P. ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
JORVIK MULTI-STRATEGY MASTER FUND, L.P.             TRANSFEROR: YORK INVESTMENT MASTER FUND, L.P. ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
LYXOR/YORK FUND, LTD.                               TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
LYXOR/YORK FUND, LTD.                               TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR
                                                    NEW YORK NY 10153
MERRILL LYNCH, PIERCE, FENNER & SMITH INC           TRANSFEROR: HFR ED YORK MASTER TRUST ATTN: MEREDITH SMITH 214 N TYRON STREET NC1-027-14-01 CHARLOTTE NC 28255
MERRILL LYNCH, PIERCE, FENNER & SMITH INC           TRANSFEROR: JORVIK MULTI-STRATEGY MASTER FUND, L.P. ATTN: MEREDITH SMITH 214 N TYRON STREET NC1-027-14-01 CHARLOTTE NC 28255
MERRILL LYNCH, PIERCE, FENNER & SMITH INC           TRANSFEROR: LYXOR/YORK FUND, LTD. ATTN: MEREDITH SMITH 214 N TYRON STREET NC1-027-14-01 CHARLOTTE NC 28255
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.          TRANSFEROR: HFR ED YORK MASTER TRUST ATTN: MEREDITH SMITH 214 N TYRON STREET NC1-027-14-01 CHARLOTTE NC
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.          TRANSFEROR: LYXOR/YORK FUND, LTD. ATTN: MEREDITH SMITH 214 N TYRON STREET NC1-027-14-01 CHARLOTTE NC
MERRILL LYNCH, PIERCE, FENNER & SMITH INC.          TRANSFEROR: LYXOR/YORK FUND, LTD. ATTN: MEREDITH SMITH 214 N TYRON STREET NC1-027-14-01 CHARLOTTE NC 28255
QUEENSFERRY F LLC                                   TRANSFEROR: CVI GVF LUX MASTER SARL C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
QUEENSFERRY H LLC                                   TRANSFEROR: CVI GVF LUX MASTER SARL C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
QUEENSFERRY N LLC                                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                    NEW YORK NY 10019
QUEENSFERRY O LLC                                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                    NEW YORK NY 10019
QUEENSFERRY P LLC                                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                    NEW YORK NY 10019
                                                    DAVID HOYT ADNREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
ROYAL BANK OF SCOTLAND, PLC, THE                    TRANSFEROR: TURKIYE SINAI KALKINMA BANKASI AS ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE
```

```
TIME: 13:44:04                                    LEHMAN BROTHERS HOLDING INC.                                                   PAGE:     2
DATE: 11/13/12                                         CREDITOR LISTING

Name                                          Address
SOLUS RECOVERY FUND LP                        TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT
                                              410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                        TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE OFFICER
                                              410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                              410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP        TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT
                                              410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP        TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT.
                                              410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                              410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERYFUND OFFSHORE MASTER LP         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                              410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SPCP GROUP, LLC                               PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                               RONALD S BEACHER, ESQ PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                               TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
TURKIYE SINAI KALKINMA BANKASI AS             CLIFFORD CHANCE US LLP ATTN JENNIFER C DEMARCO, ESQ 31 W 52ND STREET NEW YORK NY 10019
TURKIYE SINAI KALKINMA BANKASI AS             ATTN: KORHAN AKLAR MECLISI MEBUSAN CAD. 81 FINDIKLI 34427 ISTANBUL   TURKEY
WARWICKSHIRE HOLDINGS LLC                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                              NEW YORK NY 10019

Total Number of Records Printed    57
```

EPIQ BANKRUPTCY SOLUTIONS, LLC