UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
: Chapter 11 Case No.
In re :
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------------x  Ref. Docket No. 31784, 31867,
  31897, 31905

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 14, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
19th day of November, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 32189    Filed 11/19/12    Entered 11/19/12 19:44:19    Main Document
Pg 3 of 5


```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANK OF AMERICA, N.A.
     C/O FREDRIC SOSNICK
     NED S. SCHODECK
     SHEARMAN & STERLING LLP
     599 LEXINGTON AVENUE
     NEW YORK NY 10022
```

Please note that your claim # 20105-08 in the above referenced case and in the amount of $69,598,581.39 allowed at $7,394,460.00    has been transferred **(unless previously expunged by court order)**

```
SOLUS RECOVERY FUND OFFSHORE MASTER LP
TRANSFEROR: BANK OF AMERICA, N.A.
C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
ATTN: SOLUS COMPLIANCE OFFICER
410 PARK AVENUE, 11TH FLOOR
NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 31905    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/14/2012                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 14, 2012.

# EXHIBIT B

08-13555-mg    Doc 32189    Filed 11/19/12    Entered 11/19/12 19:44:19    Main Document
Pg 4 of 5

```
TIME: 20:36:21                                         LEHMAN BROTHERS HOLDING INC.                                         PAGE:  1
DATE: 11/14/12                                              CREDITOR LISTING

Name                                    Address
BANK OF AMERICA, N.A.                   C/O FREDRIC SOSNICK NED S. SCHODECK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
CALANTHE CAPITAL, LLC                   STEVEN D. LOFCHIE CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
CALANTHE CAPITAL, LLC                   TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC FDR STATION PO BOX 7268 NEW YORK NY 10150
CREDIT SUISSE LOAN FUNDING LLC          RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE LOAN FUNDING LLC          TRANSFEROR: CITADEL EQUITY FUND LTD. ATTN: ASHWINEE SAWH 11 MADISON AVENUE, 2ND FLOOR NEW YORK NY 10010
GOLDMAN SACHS LENDING PARTNERS, LLC     TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: DENNIS LAFFERTY 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS, LLC     TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HCN LP                                  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                        NEW YORK NY 10022
ICCREA BANCA S.P.A.                     ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
ICCREA BANCA S.P.A.                     ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA  00178 ITALY
ILLIQUIDX LLP                           TRANSFEROR: ICCREA BANCA S.P.A. ATTN: CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
SOLUS RECOVERY FUND OFFSHORE MASTER LP  TRANSFEROR: BANK OF AMERICA, N.A. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                        410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022


Total Number of Records Printed         12
```

EPIQ BANKRUPTCY SOLUTIONS, LLC