UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                         : Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      : 08-13555 (JMP)
                                                              : (Jointly Administered)
Debtors.                                                      :
                                                              :
                                                              : Ref. Docket No. 31946, 31947,
---------------------------------------------------------------x  31955, 31968-31974, 31979-31984,
                                                                  32008-32012, 32016, 32017, 32028,
                                                                  32029, 32031, 32037-32039

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 15, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Lauren Rodriguez*
                                             Lauren Rodriguez

Sworn to before me this
19th day of November, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To: CITIGROUP FINANCIAL PRODUCTS INC.           CITIGROUP FINANCIAL PRODUCTS INC.
    TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    ATTN: SCOTT EVAN                            ATTN: ELANIT SNOW
    390 GREENWICH STREET, 4TH FL                1285 AVENUE OF THE AMERICAS
    NEW YORK NY 10013                           NEW YORK NY 10019-6064
```

Please note that your claim # 21893-23 in the above referenced case and in the amount of
$9,157,660.95    allowed at $8,857,192.22       has been transferred **(unless previously expunged by court order)**

```
    HLF LP
    TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
    C/O HALCYON ASSET MANAGEMENT LLC
    ATTN: MATT SELTZER
    477 MADISON AVENUE, 8TH FLOOR
    NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 31946    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/15/2012                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 15, 2012.

# EXHIBIT B

08-13555-mg    Doc 32190    Filed 11/19/12    Entered 11/19/12 20:23:41    Main Document
Pg 4 of 6

```
TIME: 14:48:28                                    LEHMAN BROTHERS HOLDING INC.                                             PAGE:   1
DATE: 11/15/12                                          CREDITOR LISTING

Name                                              Address
BRUGMAN-HOOGLAND, E.G.M.                          REIJGERSEILAND 2 OUDERKERK AAN DE AMSTEL  1191 CV NETHERLANDS
BUTSEM SA                                         C/O ANDRES ESCARPENTER 86, ESCUELAS PIAS BARCELONA  08017 SPAIN
BUTSEM SA NO 3                                    C/O ANDRES ESCARPENTER 86, ESCUELAS PIAS BARCELONA  08017 SPAIN
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.               TRANSFEROR: BUTSEM SA NO 3 C/O CARVAL INVESTORS UK LIMITED 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON  W1F 9LT UNITED KINGDOM
CAPITAL PARTNERS SECURITIES CO., LTD              TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: FUMIO KOJIMA ASAHI BUILDING, 6TH FLOOR 3-12-2 NIHONBASHI, CHUO-KU TOKYO  103-0027 JAPAN
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: SOLUS RECOVERY FUND LP ATTN: ELANIT SNOW 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
                                                  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: SCOTT EVAN 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: SOLUS RECOVERY FUND LP ATTN: SCOTT EVAN 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
CVI GVF (LUX) MASTER S.A.R.L.                     TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP ATTN: SCOTT EVAN 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
DEUTSCHE BANK AG,LONDON BRANCH                    TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
FRANKFURTER SPARKASSE                             TRANSFEROR: SEB BANK FRANKFURT ATTN: MICHAEL WEIS, ABTEILUNG RECHT II NEUE MAINZER STRASSE 47-53 FRANKFURT  60255 GERMANY
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: SOLUS RECOVERY FUND LP C/O GOLDMAN, SACHS, & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: SOLUS RECOVERY FUND LP C/O GOLDMAN, SACHS, & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR NEW JERSEY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR NEW JERSEY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP C/O GOLDMAN, SACHS, & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR NEW JERSEY NJ 07302
HLF LP                                            TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
M.V. VEENENDAAL - V SETTEN                        DE GRAF 13 DRONTEN  8252 EX NETHERLANDS
MERRILL LYNCH CAPITAL SERVICES, INC.              ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CAPITAL SERVICES, INC.              CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CAPITAL SERVICES, INC.              C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
MERRILL LYNCH CAPITAL SERVICES, INC.              C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
OPERIUM B.V.                                      VREDELAAN 12 LAREN NH  1251 GG NETHERLANDS
SEB BANK FRANKFURT                                TITUSCORSO 2A FRANKFURT  60439 GERMANY
SOLUS CORE OPPORTUNITIES LP                       TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O THE BANK OF NEW YORK TRUST COMPANY, N.A. - HOUSTON, TX ATTN: MARY PENA GLOBAL CORPORATE TRUST 601 TRAVIS STREET, 17TH FLOOR HOUSTON TX 77002-8039
SOLUS CORE OPPORTUNITIES MASTER FUND LTD          TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                            TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                            TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                            TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP            TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP            TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP            TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
STENACKER-VAN BREE, C.E.                          WILLEMSTRAAT 114 DEN HAAG  2514 HN NETHERLANDS
STICHTING HUIZE BEUKEUSTEIN                       P/A M.S.J. VAN DEN EUD-ZWAMBORN DAENDELSWEG 3 APELDOORN  7315 AH NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: BRUGMAN-HOOGLAND, E.G.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: M.V. VEENENDAAL - V SETTEN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: OPERIUM B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: STENACKER-VAN BREE, C.E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: STICHTING HUIZE BEUKEUSTEIN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: VAN SLEEUWEN-FRANKEN, J.P. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
THE ROYAL BANK OF SCOTLAND, PLC                   IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036
THE ROYAL BANK OF SCOTLAND, PLC                   TRANSFEROR: AETERNO MASTER FUND, L.P. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
THE ROYAL BANK OF SCOTLAND, PLC                   TRANSFEROR: SOLOMER FUND, LLC ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
TOKAI TOKYO SECURITIES CO, LTD                    6-2, NIHOMBASHI 3-CHOME CHUO-KU TOKYO  103-8275 JAPAN
TOKAI TOKYO SECURITIES CO, LTD                    17-21, SHINKAWA 1-CHOME CHUO-KU TOKYO  104-8317 JAPAN
UBS AG, LONDON BRANCH                             TRANSFEROR: CAPITAL PARTNERS SECURITIES CO., LTD ATTN: KAZUYA ICHIKAWA AND MARIE MIYAZAWA (TOKYO) 1 FINSBURY AVENUE LONDON  EC2M 2PP UNITED KINGDOM

                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:48:28                                                                                                          PAGE: 2
DATE: 11/15/12
                                         LEHMAN BROTHERS HOLDING INC.
                                              CREDITOR LISTING

Name                          Address
UBS AG, LONDON BRANCH         TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD ATTN: KAZUYA ICHIKAWA AND MARIE MIYAZAWA (TOKYO) 1 FINSBURY AVENUE
                              LONDON  EC2M 2PP ENGLAND
ULTRA MASTER LTD.             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT.
                              410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
VAN SLEEUWEN-FRANKEN, J.P.    KLOKKENLAAN 75C HERTOGENBOSCH  5231 AP'S NETHERLANDS


Total Number of Records Printed     47
```

EPIQ BANKRUPTCY SOLUTIONS, LLC