UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
          :
In re                                             :    Chapter 11 Case No.
          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :    08-13555 (JMP)
          :    (Jointly Administered)
          Debtors.                                :
          :
          :    Ref. Docket No. 31548, 31558,
-------------------------------------------------------------------x    31804, 31895, 31899, 31900, 31932,
          32021

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 16, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  */s/ Lauren Rodriguez*
Sworn to before me this                           Lauren Rodriguez
19th day of November, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

08-13555-mg    Doc 32191    Filed 11/19/12    Entered 11/19/12 20:37:15    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   JPMORGAN CHASE BANK, N.A.
          TRANSFEROR: STATE STREET BANK AND TRUST
          C/O J.P. MORGAN SECURITIES LLC
          MAIL CODE: NY1-M138
          383 MADISON AVENUE, FLOOR 37
          NEW YORK NY 10179

Please note that your claim # 32695-09 in the above referenced case and in the amount of
    $42,500,000.00   allowed at $40,000,000.00      has been transferred (**unless previously expunged by court order**)

          QUANTUM PARTNERS LP
          TRANSFEROR: JPMORGAN CHASE BANK, N.A.
          C/O SOROS FUND MANAGMENT LLC
          888 SEVENTH AVE
          NEW YORK NY 10106

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 31558     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/16/2012                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 16, 2012.

**EXHIBIT B**

```
TIME: 14:08:43                                            LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 11/16/12                                                    CREDITOR LISTING

Name                                              Address
BANCA PROMOS S.P.A.                               ATTN: MARCELLO BUONANNO VIALE GRAMSCI, 19 80122 NAPLES   ITALY
BANK JULIUS BAER & CO. LTD.                       TRANSFEROR: HSBC PRIVATE BANK SUISSE SA ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  8010 SWITZERLAND
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: BANCA PROMOS S.P.A. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON   EC2N 2DB UNITED KINGDOM
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: STATE STREET BANK AND TRUST COMPANY, C/O GOLDMAN, SACHS, & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                  NEW JERSEY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC 200 WEST STREET NEW YORK NY 10282
HSBC PRIVATE BANK SUISSE SA                       ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3   1211 SWITZERLAND
ILLIQUIDX LLP                                     TRANSFEROR: THEODOOR GILISSEN GLOBAL CUSTODY N.V. ATTN: CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: THEODOOR GILISSEN GLOBAL CUSTODY N.V. ATTN: CELESTINO AMORE 80 FLEET STREET LONDON  ED4Y 1EL UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: STATE STREET BANK AND TRUST C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37
                                                  NEW YORK NY 10179
QUANTUM PARTNERS LP                               TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SOROS FUND MANAGMENT LLC 888 SEVENTH AVE NEW YORK NY 10106
STATE STREET BANK AND TRUST COMPANY,              BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689
STATE STREET BANK AND TRUST COMPANY,              O/B/O INVESCO FUND MANAGERS LIMITED ON BEHALF OF IP SMALLER COMPANIES AND MARKETS INVESTMENT SERIES
                                                  AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111
THEODOOR GILISSEN GLOBAL CUSTODY N.V.             KEIZERSGRACHT 617 AMSTERDAM  1017 DS NETHERLANDS
THEODOOR GILISSEN GLOBAL CUSTODY N.V.             TRANSFEROR: KAS BANK N.V. ATTN: MARC VAN SCHALKWIJK KEIZERSGRACHT 617 AMSTERDAM  1017 DS NETHERLANDS
U.S. BANK NATIONAL ASSOCIATION                    TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR EP-MN-WSID 60 LIVINGSTON AVENUE
                                                  ST PAUL MN 55107
U.S. BANK NATIONAL ASSOCIATION                    TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR EP-MN-WSID 60 LIVINGSTON AVENUE
                                                  ST. PAUL MN 55107
U.S. BANK NATIONAL ASSOCIATION                    TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE                S CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR EP-MN-WSID
                                                  60 LIVINGSTON AVENUE ST. PAUL MN 55107
WILMINGTON TRUST COMPANY, AS TRUSTEE              ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424
WILMINGTON TRUST COMPANY, AS TRUSTEE              STRUCTURED ASSET INVESTMENT LOAN TRUST, SERIES 2005-1 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET
                                                  WILMINGTON DE 19801
WILMINGTON TRUST COMPANY, AS TRUSTEE              STRUCTURED ASSET SECURITIES CORPORATION, 2004-11XS C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET
                                                  WILMINGTON DE 19801
WILMINGTON TRUST COMPANY, AS TRUSTEE              STRUCTURED ASSET SECURITIES CORPORATION, 2004-19XS C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET
                                                  WILMINGTON DE 19801
WILMINGTON TRUST COMPANY, AS TRUSTEE              STRUCTURED ASSET SECURITIES CORPORATION, 2004-7 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET
                                                  WILMINGTON DE 19801
WILMINGTON TRUST COMPANY, AS TRUSTEE              STRUCTURED ASSET SECURITIES CORPORATION, 2004-9XS C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET
                                                  WILMINGTON DE 19801
WILMINGTON TRUST COMPANY, AS TRUSTEE              STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2004-20 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605
                                                  1100 NORTH MARKET STREET WILMINGTON DE 19801
WILMINGTON TRUST COMPANY, AS TRUSTEE              STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2005-14 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605
                                                  1100 NORTH MARKET STREET WILMINGTON DE 19801
WILMINGTON TRUST COMPANY, AS TRUSTEE              STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2005-6 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605
                                                  1100 NORTH MARKET STREET WILMINGTON DE 19801
YORK GLOBAL FINANCE BDH, LLC                      TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O YORK CAPITAL MGT LP/MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153

Total Number of Records Printed         27
```

EPIQ BANKRUPTCY SOLUTIONS, LLC