B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc., et al.,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

THE CLAIMS SET FORTH ON EXHIBIT A HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfers, other than for security, of the claim referenced in this evidence and notice.

Sparkasse Starkenburg                          See Exhibit A
Name of Transferee                             Name of Transferor

                                               Court Claim # (if known):  See Exhibit A
                                               Amount of Claim:  See Exhibit A
                                               Date Claim Filed:  See Exhibit A

Name and Address where notices to transferee
should be sent:

Sparkasse Starkenburg
Attn: Peter Meusel
An der Sparkasse
64646 Heppenheim, Germany

Phone: 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-120-5110

Name and Address where transferee payments should be sent (if different from above):

[N/A]

Phone: [N/A]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

By: Peter Meusel                              Date:    11/11/2012
Title or Source of Authority:  Director Asset Management

                                              Sparkasse Starkenburg
Transferee's Agent

06.11.2012 18:28
FRANKFURT 2010596 v1 [2010596_1.DOCX]

**Exhibit A**

| | |
|---|---|
| Transferor: | Kreissparkasse Freudenstadt<br>Stuttgarter Str. 31<br>72250 Freudenstadt<br>Germany |
| Court Claim # (if known): | original Claim ID 60631, Proposed New Claim No. as per Docket No. 30324: 200100: |
| Date Claim Filed | 2 November 2009 |
| Amount of Claim: | 18,606.39 USD |
| | Amount of Claim is the Allowed Claim Amount relating to Blocking Reference Number 7094200910125844173 |

06.11.2012 18:28
FRANKFURT 2010596 v1 [2010596_1.DOCX]