WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                    :
**In re**                                           :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :        **08-13555 (JMP)**
                                                    :
                                    Debtors.         :        **(Jointly Administered)**
                                                    :
                                                    :
-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THREE HUNDRED SIXTIETH OMNIBUS**
**OBJECTION TO CERTAIN CLAIMS (VALUED DERIVATIVE CLAIMS)**
**SOLELY AS TO CERTAIN CLAIMS**

> **PLEASE TAKE NOTICE** that the hearing on the Three Hundred Sixtieth

Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was scheduled

for November 20, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely**

**with respect to the claim listed on Exhibit A annexed hereto, to December 19, 2012, at**

**10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be

heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy

Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room

601, and such Hearing may be further adjourned from time to time without further notice other

than an announcement at the Hearing.

Dated:  November 19, 2012
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

## Exhibit A

**Adjourned Claims:**

| Claimant Name | Claim Number |
|---|---|
| ING AM Interfinance Services BV | 10348 |

US_ACTIVE:\44141869\1\58399.0011