B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc., *et al.*,     Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

THE CLAIMS SET FORTH ON EXHIBIT A HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfers, other than for security, of the claim referenced in this evidence and notice.

<u>Sparkasse Hannover</u>                    <u>See Exhibit A</u>
Name of Transferee                      Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): See Exhibit A
should be sent:                                   Amount of Claim: See Exhibit A
                                                  Date Claim Filed: See Exhibit A
Sparkasse Hannover
Attn: Ralf Ebert, Abteilung Treasury
Raschplatz 4
30161 Hannover
Germany

Phone: <u>0049 511 3000 4200</u>

Name and Address where transferee payments should be sent (if different from above):

[N/A]

Phone: [N/A]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

By: <u>Ralf Ebert</u>           Date: 15th November, 2012
Title or Source of Authority: <u>Bereichsleiter Treasury</u>

Transferee's Agent

15.11.2012 15:33 (2K)
FRANKFURT 2014328 v1 [2014328_1.DOC]

# Exhibit A

| | |
|---|---|
| Transferor: | Hannoversche Volksbank eG<br>Kurt-Schumacher-Str. 19<br>30159 Hannover<br>Germany |
| Court Claim # (if known): | original Claim ID 60631,<br>New Claim Nos. 200093 and 200094: |
| Date Claim Filed | 2 November 2009 |
| Amount of Claim: | 68.162,68 USD |
| | Amount of Claim is the Allowed Claim Amount relating to Blocking Reference Number<br>73592009093010001 75<br>73592009101310002 00<br>73592009101310002 01 |

19.11.2012 12:52 (2K)
FRANKFURT 2014328 v1 [2014328_1.DOC]