Recht- u. Versicherungen
15. Okt. 2012
Eingang

# Agreement and evidence of transfer of claim
## Lehman Program Security

TO: THE DEBTOR AND THE BANKRUPTY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **Waltraud & Hubert Klose** ("Transferor") hereby unconditionally and irrevocably transfers and assigns to

TARGOBANK AG & Co. KGaA f/k/a Citibank
Privatkunden AG & Co. KGaA
name of customer

(the "Transferee"), as of the date hereof, an undivided interest, to the extent of $ __35,680.20__, which is equal to __100__ % and as specified in Schedule 1 attached hereto (the "Transferred Claim"), in Transferor's right, title and interest in and to, or arising under or in connection with Proof of Claim Number __51799__ filed by or on behalf of

TARGOBANK AG & Co. KGaA f/k/a Citibank
Privatkunden AG & Co. KGaA
name of customer

(the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), but only to the extent related to the Transferred Claim. For the avoidance of doubt, the Transferred Claim will not encompass Transferor's rights, title or interests in and to and arising in relation to the Proof of Claim or the security or securities except to the extent of $ __35,680.20__, which is equal to __100__ % and as specified in Schedule 1 attached hereto.

2. Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

3. Transferor's and Transferee's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with German law, excluding any conflict of laws provisions (Kollisionsrecht). Particular allowance shall be made for the fact that this Agreement is to be used to comply with certain requirements relevant under US Federal Law or the laws of the State of New York.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this __28__ th day of __October__ 2009.

| Waltraud & Hubert Klose | TARGOBANK AG & Co. KGaA f/k/a Citibank Privatkunden AG & Co. KGaA |
|---|---|
| name of customer | name of customer |
| By _(signature)_ | By _(signatures)_ |
| Name  Waltraud & Hubert Klose | Name  Mr. Oliver Stuempges    Mr. Theo Peters |
| Title | Title  Area Director    Area Manager |
| AUTUST-BEBEL-STR. 47 | Kasernenstr. 10 |
| address | address |
| PULHEIM, D-50259, GERMANY | 40213 Duesseldorf, Germany |
| city, state, zip | city, state, zip |

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

In re **Lehman Brothers Holdings Inc. et al.**,   Case No. **Chapter 11 08-13555 (JMP) (Jointly Administered)**

### Transfer of claim other than for security

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U. S. C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**TARGOBANK AG & Co. KGaA**
Name of Transferee

**Waltraud & Hubert Klose**
Name of Transferor

Name and Address where notices to Transferee should be sent:

TARGOBANK AG & Co. KGaA

Kasernenstr. 10, 40213 Düsseldorf, Germany

Court Claim # (if known): 51799

Amount of Claim: $ 35,680.20

Date Claim Filed: 28 October 2009

Phone: + 49 (0) 203 347 5703
Last Four Digits of Acct #: _____

Phone: +49 (0) 2234 81776 (pgklose@t-online.de)
Last Four Digits of Acct #: _____

Name and Address where notices to Transferee should be sent:
(if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By X _[signature]_   Date _____
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U. S. C. §§ 152 & 3571.

## Transferred Claim

$ __35,680.20__ of $ __35,680.20__ (the outstanding amount of the Proof of Claim as of

__28 October 2009__
date of Agreement and Evidence of Transfer) together with accrued and unpaid interest.

**Lehman Programs Securities to which Transfer Relates**

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/ Notional Amount | Coupon | Maturity | Amount together with accrued and unpaid interest (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BR.TR.O.AR.N12BSKT | DE000A0N6GH8 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $ 35,680.20 | ---------------- | 28 October 2009 | $ 35,680.20 |