B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc., *et al.*,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

THE CLAIMS SET FORTH ON EXHIBIT A HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfers, other than for security, of the claim referenced in this evidence and notice.

| Frankfurter Sparkasse | See Exhibit A |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Frankfurter Sparkasse
Attn: Dr. Sven Matthiesen, R 11
Neue Mainzer Straße 47-53
60255 Frankfurt, Germany

Phone: 011-49-69 2641-2610

Court Claim # (if known): See Exhibit A
Amount of Claim: See Exhibit A
Date Claim Filed: See Exhibit A

Name and Address where transferee payments should be sent (if different from above):

[N/A]

Phone: [N/A]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

By: *S. Matthiesen* Date: 2012-11-07
Title or Source of Authority: Dr. Sven Matthiesen, Director, Frankfurter Sparkasse

_____,

Transferee's Agent

Frankfurter Sparkasse – Commerzbank_DreBa Hannover

# Exhibit A

| | |
|---|---|
| Transferor: | Commerzbank AG<br>Mainzer Landstr. 293<br>60326 Frankfurt am Main<br>Germany<br><br>previously registered as<br>Dresdner Bank AG Hannover, with its address at<br>An der Börse 4<br>30159 Hannover<br>Germany |
| Court Claim # (if known): | original Claim ID 60631,<br>Proposed New Claim No. as per Docket No. 30324: 200091: |
| Date Claim Filed | 2 November 2009 |
| Amount of Claim: | 7,384.32 USD<br><br>Amount of Claim is the Allowed Claim Amount relating to Blocking Reference Number 7427200909301332107 |

Frankfurter Sparkasse – Commerzbank_DreBa Hannover