**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:    Lehman Brothers Holdings Inc.           Case No.: _08-13555 (JMP_
                                                  Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**
**PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to
Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims
referenced herein.

| | |
|---|---|
| Name of Transferee:<br>Valiant Bank AG | Name of Transferor:<br>UBS AG |
| Notices to Transferee should be sent to:<br>Valiant Bank AG<br>Triba<br>Bundesplatz 4<br>CH 3001 Bern<br>PHONE ++41 31 3209494<br>Attn:  Bergmann Beat_____<br>EMAIL Beat.Bergmann@valiant.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments<br>should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>EUR 50'000.00  (face amount of securities) | ***NOTE:  THIS IS A PARTIAL TRANSFER OF<br>CLAIM ONLY --- SEE ATTACHED EVIDENCE OF<br>TRANSFER FOR DETAILS*** |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.
By:    _____          Date:   _06.18.2012_____
       Valiant Bank
       Bundesplatz 4
       CH 3001 Bern

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18
U.S.C. §§ 152 &3571.*As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the
fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule
3001(e).

**Evidence of Transfer**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:         United States Bankruptcy Court for the Southern District of New York (the
            "Bankruptcy Court")
            One Bowling Green
            New York, New York  10004
            Attention:  Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number:  *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number:  59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is
based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 10% BRC Lehman Bros Securities NV 2007-5.11.2008 | XS0326542072 | LBS NV | LBH Inc. | EUR 50'000.00 out of EUR 2'333'000.00 |

**The aggregate amount of the Transferred Claim is To Be Determined.  For the avoidance of
doubt, these Lehman Programs Securities are described on pages 13 and in paragraphs/lines
19 of the Addendum to the Proof of Claim.**

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred
and assigned to:

**Valiant Bank AG**
Bundesplatz 4
CH 3001 Bern
PHONE ++41 31 3209494
Attn:  Bergmann Beat_____
EMAIL beat.bergmann@valiant.ch

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case
No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy
proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the
books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent
permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal
Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or
applicable law.  Transferor acknowledges and understands, and hereby stipulates that an order of
the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred
Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June XX, 2010.

UBS AG
Transferor

By: _____

    Name:  Hugo Koller
    Title:  Director

By: _____

    Name:  Jean-Claude Besson
    Title:  Associate Director

ACKNOWLEDGED BY:

Valiant Bank AG
Transferee

By: _____

    Name:  Bergmann Beat    Simone Caminada
    Title:  Associate Director  Associate Director