B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.   Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Nordea Bank S.A | Credit Suisse (Luxembourg S.A.) |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

562, Rue de Neudorf, (P.O. Box 562) L-2015 G.D.Luxembourg
Attn: GOS-Custody Dept.
Phone: +352 4388 7487
Email: OPSsafecustody@Nordea.lu

Court Claim # (if known): **55819**
Total Amount of Claim Filed: $10,875,708.06
Amount of Claim Transferred: $250 units
ISIN/CUSIP: XS0258947745
Blocking Number: ?
Date Claim Filed: October 29, 2009

Phone: +352 460011 1
Last Four Digits of Acct #:

Name and address where transferee payments should be sent (if different from above):

Please wire payments to:CHASUS33 A/C 400807092 ifo Nordea Bank S.A. – Ref.: cl 0246174 – sn.42550 Lehman Bros Claim 55819

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Nordea Bank S.A.
Transferee/Transferee's Agent

KOEN MyNy / Gorik van Maele

Date: October 16th, 2012.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.



Form 210B (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                             Case No. 08-13555

### NOTICE OF PARTIAL TRANSFER OF CLAIM
### OTHER THAN FOR SECURITY

**Claim No. 55819** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on **October 16th, 2012.**

|  |  |
|---|---|
| Credit Suisse (Luxembourg) S.A.<br>Name of Alleged Transferor | Nordea Bank S.A.<br>Name of Transferee |

Address of Alleged Transferor:

Credit Suisse (Luxembourg) S.A.
56, Grand Rue

L-2010 Luxembourg. G.D. Luxembourg.
Attn:  Birgit Lemmermeyer

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn: Douglas R. Davis
Phone: 212-373-3000
Email: ddavis@paulweiss.com

Address of Transferee:

562, Rue De Neudorf, (P.O. Box 562) L-2015 G.D.Luxembourg.
Attn:  GOS-Custody Dept.
Phone:  +352 4388 7487
Email:  OPSsafecustody@Nordea.lu

### ~ DEADLINE TO OBJECT TO TRANSFER ~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____         _____
                                                                    **CLERK OF THE COURT**

## Koen Myny

| | |
|---|---|
| **From:** | Rodriguez, Lauren [larodriguez@epiqsystems.com] |
| **Sent:** | Saturday 20 October 2012 03:51 |
| **To:** | Koen Myny |
| **Cc:** | Wheelon, Tina |
| **Subject:** | RE: Transfer of Claim Problem - Claim no. 55819 |

Hi Koen,

You need only send your transfer notice to the court for filing. Once it is posted to the docket we will execute the transfer in the register:

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
(212) 668-2870
http://www.nysb.uscourts.gov/

Thanks,

**Lauren Rodriguez**
Case Manager
Epiq Systems
Bankruptcy Solutions
Phone: 646-282-2584

---

**From:** Wheelon, Tina
**Sent:** Tuesday, October 16, 2012 3:39 PM
**To:** Bowdler, Angharad; Rodriguez, Lauren; Winter, Greg
**Cc:** Reyes, Debbie
**Subject:** FW: Transfer of Claim Problem - Claim no. 55819

---

**From:** Koen Myny [mailto:Koen.Myny@nordea.lu]
**Sent:** Tuesday, October 16, 2012 7:14 AM
**To:** Wheelon, Tina
**Cc:** DL-lehmancallcenter
**Subject:** Transfer of Claim Problem - Claim no. 55819

Transfer of Claim Problem - Claim no. 55819

Hi,
Further to the attached documents, it looks like a transfer of claim was not correctly filed and/or not processed.

Could you have a look and let me have your findings on how we could still have the transfer registered at the court?

I have drafted a claim transfer form for your reference, so have a look if it can be used to register the transfered claim? If OK, I can have the original signed and sent to you.

Would you also need the OFAC and Tax forms for this claim?

Looking forward to receiving your findings and feedback.

23/10/2012

Have a nice day.

Best regards,

---

**Koen Myny**
Head of Custody

Nordea Bank S.A.
OPS GOS Custody
562, rue de Neudorf
P.O. Box 562
L-2015 Luxembourg
Tel:   +352 43 88 74 87
Fax:  +352 43 88 74 14
E-mail: Koen.Myny@nordea.lu

Group e-mail: OPS_GOS_Safecustody@nordea.lu

www.Nordea.lu

Please be advised that Nordea Bank S.A. does not consider e-mail as a sufficiently safe way of communication. We do not accept or send confidential information by e-mail and we do not enter into any kind of economically committing agreements via e-mail unless sent by a secure e-mail facility established according to agreement with the Bank. This transmission is intended solely for the person or entity to whom it is addressed. It may contain privileged and confidential information. If you are not the intended recipient, please be notified that any dissemination, distribution or copying is strictly prohibited. If you have received this transmission by mistake, please let us know and then delete it from your system.

 Please consider the impact on the environment before printing this e-mail

23/10/2012