Form 210A

# United States Bankruptcy Court
Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**DORILTON CAPITAL ADVISORS LLC**
Name of Transferee

**CORBIERE LIMITED**
Name of Transferor

Name and Address where notices to transferee should be sent:

131 Varick Street, Suite 1034
New York, NY 10013
Attn: Matthew Savage, President

Phone: +1 212 929 0358
Email: matthew@doriltoncapital.com
Last Four Digits of Acct. #:

Court Claim # (if known): 10690
Amount of Claim: $1,092,235.74
Date Claim Filed: September 8, 2009

Phone: +1-441-278-7842
Last Four Digits of Acct.#:

**\*\*PLEASE SEE ATTACHED DOCUMENTS\*\***

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

DORILTON CAPITAL ADVISORS LLC
By: /s/ George    Date: 10/23/2012
Matthew Savage, Authorized Signatory

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.