# Exhibit B

**Evidence of Transfer from Transferor to Transferee**

08-13555-mg    Doc 32216-2    Filed 11/20/12    Entered 11/20/12 11:52:19    Exhibit B
Pg 1 of 2

## LBHI EVIDENCE OF TRANSFER OF LBHI CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

Corbiere Limited, a limited company organized under the laws of Bermuda, with offices located at Clarendon House, 2 Church Street, Hamilton HM 11, Bermuda ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a claims transfer agreement which took effect on 9 October 2012, does hereby certify that it has unconditionally and irrevocably sold, transferred, assigned, granted and conveyed to Dorilton Capital Advisors LLC, its successors and assigns, with offices located at 131 Varick Street, Suite 1034, New York, NY 10013 ("BUYER"), all right, title, interest, claims (as such term is defined in Section 101(5) of Title 11 of the United States Code (the "U.S. Bankruptcy Code")) and causes of action in and to, or arising under Proof of Claim Number 10690 in the amount of $1,092,235.74 filed on behalf of the Seller (the "Transferred Claim") against Lehman Brothers Holdings Inc., debtor in proceedings for reorganization in the United States Bankruptcy Court for the Southern District of New York (the "Court") administered under Case No. 08-13555 (JMP) (the "Debtor").

SELLER hereby waives any objection to the transfer of the Transferred Claim to BUYER on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of SELLER by BUYER for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. SELLER acknowledges and understands, and hereby stipulates that an order of the Court may be entered without further notice to SELLER transferring to BUYER the Transferred Claim, recognizing BUYER as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to BUYER.

IN WITNESS WHEREOF, dated as of the 22 day of October, 2012.

SELLER:

Name: R. PETER WEEDON
Title: DIRECTOR
**CORBIERE LIMITED**

BUYER:

Name: MATTHEW L.C. SAVAGE
Title: PRESIDENT
**DORILTON CAPITAL ADVISORS LLC**