UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                  :     Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :     08-13555 (JMP)
                                                       :
                    Debtors.                           :     (Jointly Administered)
-------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 13082, filed on September 8, 2009, against Lehman Brothers Holdings Inc. by Nishimura Securities Co. Ltd in the amount of $3,946,670.19 (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned representative, Nishimura Securities Co. Ltd hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Nishimura Securities Co. Ltd represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: November 20, 2012
       New York, New York

_____
Norifusa HASHIMOTO
White & Case
26th Floor Marunouchi Trust Tower
1-8-3, Marunouchi, Chiyoda-ku, Tokyo, 100-0005,
Japan
Direct Phone: +81-3-6384-3208
General Phone: +81-3-6384-3300
Facsimile: +81-3-3211-5252

US_ACTIVE:\44140809\1\58399.0003