WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                                                  :    Chapter 11 Case No.
                                                                          :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    08-13555 (JMP)
                                                                          :
                    Debtors.                                 :    (Jointly Administered)
                                                                          :
                                                                          :
------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF SUBPOENA ISSUED PURSUANT**
**TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE**
**SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND**
**AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. hereby withdraws without prejudice its Subpoena served upon Nishimura Securities Co. Ltd on October 9, 2012, the issuance of which was noticed in a filing with the Court on October 11, 2012 [ECF No. 31323].

Dated:  November 20, 2012
             New York, New York

                                                                /s/ Robert J. Lemons
                                                                Robert J. Lemons
                                                                WEIL, GOTSHAL & MANGES LLP
                                                                767 Fifth Avenue
                                                                New York, New York 10153
                                                                Telephone: (212) 310-8000
                                                                Facsimile: (212) 310-8007

                                                                Attorneys for Lehman Brothers Holdings Inc.
                                                                and Certain of Its Affiliates

US_ACTIVE:\44142203\1\58399.0011