UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                                      :    Chapter 11 Case No.
                                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                                 :
                                       Debtors.                       :    (Jointly Administered)
-------------------------------------------------------------------x

### ORDER GRANTING PLAN ADMINISTRATOR'S OBJECTION TO CLAIM FILED BY 250 EAST BORROWER, LLC

Upon the objection, dated August 9, 2012 (the "250 East Objection"), of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator (the "Plan Administrator") pursuant to the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* for the entities in the above referenced chapter 11 cases, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure, seeking disallowance and expungement of the 250 East Claim,[1] all as described in the 250 East Objection; and due and proper notice of the 250 East Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the 250 East Objection is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest in the above captioned chapter 11 cases and that the legal and factual bases set forth in the 250 East Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 250 East Objection is granted; and it is further

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the 250 East Objection.

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the 250 East Claim, which has been assigned claim number 27245, is disallowed and expunged in its entirety with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      November 20, 2012

                                                    *s/ James M. Peck*
                                            HONORABLE JAMES M. PECK
                                            UNITED STATES BANKRUPTCY JUDGE