# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 353: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ARGA LEBENSVERSICHERUNGS-AG ATTN: MR. GREGOR JOHN HOLLERITHSTRABE 11 MUNICH, D-81829 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15470 | $277,577.03* | Claim 15470 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 2 | BADEN-BADENER PENSIONSKASSE VVAG D-76522 BADED-BADEN, GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/13/2009 | 8152 | $375,106.00 | Claim 8152 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 3 | E.ON AG ATTN: DR. PATRICK WOLFF E.ON PLATZ 1 DUSSELDORF, 40479 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22102 | $1,216,750.00 | Claim 22102 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 4 | ENAM SECURITIES PVT LTD. 109/112 DALAMAL TOWER NARIMAN POINT MUMBAI, 400021 INDIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25332 | $15,219.00 | Claim 25332 asserts a claim based on LBHI's purported guarantee of obligations related to trades allegedly executed on behalf of Lehman Brothers Asia Ltd. A/C LB India Holdings Cayman II Ltd.  Claimant does not provide any basis or support for the guarantee claim and LBHI does not have any liability for the underlying trades. |
| 5 | ETALK CORPORATION 2200 ROSS AVENUE, SUITE 3500 DALLAS, TX 75201 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/14/2009 | 8672 | $84,697.64 | The Debtors' records reflect that Claim 8672 is based on a transaction or transactions between claimant and Lehman Brothers Bank FSB (now known as Aurora Bank FSB), a non-Debtor entity.  LBHI has no liability to claimant for such transaction or transactions. |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 353: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | FRANKLIN AMERICAN MORTGAGE COMPANY<br>C/O ROGER G. JONES<br>BRADLEY ARANT BOULT CUMMINGS, LLP<br>1600 DIVISION STREET, SUITE 700<br>NASHVILLE, TN 37203 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/21/2009 | 1832 | $475,312.19 | Claim 1832 identifies Lehman Brothers Inc., a domestic affiliate of the Debtors that is not a Debtor in these jointly administered chapter 11 cases, as the entity liable under the claim. |
| 7 | KIRCHLICHE ZUSATZVERSORGUNGSKASSE DES VERBANDES<br>DER DIOZESEN DEUTSCHLANDS<br>AM ROMERTURM 8<br>COLOGNE, 50667<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22649 | $842,814.89 | Claim 22649 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 8 | KREIS EUSKIRCHEN<br>ABT. 20<br>JULICHER RING 32<br>EUSKIRCHEN, 53879<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15250 | $683,496.92 | Claim 15250 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 9 | LUDWIGSFELDE, STADT<br>RATHAUSSTRASSE 3<br>LUDWIGSFELDE, 14974<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32501 | $175,754.00 | Claim 32501 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 10 | NISCAYAH, INC.<br>2400 COMMERCE AVENUE, BLDG 1100, SUITE 500<br>DULUTH, GA 30096 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/05/2009 | 4219 | $63,988.42 | The Debtors' records reflect that Claim 4219 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant for such transaction or transactions. |
| 11 | RHEINBAHN AG<br>HANSAALLEE 1<br>40549 DUSSELDORF<br><br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13453 | $1,459,523.20 | Claim 13453 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 353: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | SHINKONG INSURANCE CO., LTD. 12F, NO. 15, CHIENKUO NORTH ROAD SEC 2 TAIPEI, TAIWAN | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/31/2008 | 1514 | $2,030,666.66 | This claim was filed by a holder of securities (the "Security Holder") that were issued by Crown City CDO 2005-1, an entity unaffiliated with the Debtors. The Debtors did not issue the securities to the Security Holder and are not liable for any payments to the holder of such securities. |
| 13 | STADT FREIBURG IM BREISGAU, STADTKAEMMEREI ATTN: MR. BERND NUSSBAUMER FAHNENBERGPLATZ 4 FREIBURG, DE-79098 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27013 | $1,181,411.49 | Claim 27013 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 14 | STADT TROISDORF-DER BURGERMEISTER KOLNER STR. 176 53840 TROISDORF, GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12084 | $333,876.95 | Claim 12084 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 15 | STADTVERWALTUNG PADERBORN AM ABDINGHOF 11 PADERBORN, 33098 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/14/2009 | 8352 | $27,960.00 | Claim 8352 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 16 | US BANK NATIONAL ASSOCIATION U.S. BANK OPERATIONS CENTER ATTN: TRUST FINANCE MANAGEMENT LOCKBOX SERVICES-CM9705 PO BOX 70870 ST. PAUL, MN 55170-9705 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31049 | Undetermined* | LBHI does not have any liability to this claimant for the bonds identified in the claim. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 353: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | UNIMAC FINANCIAL<br>350 MICHELA PLACE<br>CARLSTADT, NJ 07072 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/13/2009 | 8151 | $105,767.68 | The Debtors' records reflect that Claim 8151 is based on a transaction or transactions between claimant, on the one hand, and Lehman Brothers Inc., a non-Debtor entity, and/or Lehman Brothers Limited, also a non-Debtor entity, on the other hand. LBHI has no liability to claimant for such transaction or transactions. |
| 18 | LMA SPC FOR AND ON BEHALF OF MAP 42 SEGREGATED PORTFOLIO<br>C/O LIGHTHOUSE INVESTMENT PARTNERS<br>ATTN: DAVID POLLOK<br>3801 PGA BLVD, SUITE 500<br>PALM BEACH GARDENS, FL 33410 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26902 | $131,695.00* | Claim 26903 (the "Direct Claim") and Claim 26902 (the "Guarantee Claim," and, together with the Direct Claim, the "Derivatives Claims") are filed by a party to an ISDA Master Agreement (the "ISDA") involving claimant and Lehman Brothers Special Financing Inc. ("LBSF"), |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 353: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | LMA SPC FOR AND ON BEHALF OF MAP 42 SEGREGATED PORTFOLIO C/O LIGHTHOUSE INVESTMENT PARTNERS<br>ATTN: DAVID POLLOK<br>3801 PGA BLVD, SUITE 500<br>PALM BEACH GARDENS, FL 33410 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26903 | $131,695.00* | as counterparties, and Lehman Brothers Holdings Inc. ("LBHI," and, together with LBSF, the "Debtors"), as guarantor of LBSF's obligations under the ISDA. In the Direct Claim, claimant asserts that it is owed $101,695.00 for amounts that it deposited in an account at Lehman Brothers International (Europe) ("LBIE") — a foreign affiliate of the Debtors that is not a Debtor in these chapter 11 cases — on the basis that such amounts relate to the ISDA. Additionally, claimant asserts that it is owed not less than $30,000.00 for legal and related fees and expenses associated with claimant's enforcement and protection of rights under the ISDA. In the Guarantee Claim, claimant seeks to recover against LBHI as guarantor of such purported obligations. The Debtors have no liability to the claimant on the Derivatives Claims. First, the Debtors' records reflect that there were no executed trades related to the ISDA or other requirements that any of the parties provide payment or post collateral on account of the ISDA. Second, claimant is not entitled to legal fees and expenses, particularly because there are no trades or payment obligations under the ISDA. Third, the Debtors are not liable for transactions between claimant and LBIE, specifically for any payments or deposits made by claimant to LBIE that do not relate to the ISDA. |
| | | | | | TOTAL | $9,613,312.07 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts