WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                   :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    **08-13555 (JMP)**
:
        Debtors.                    :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THE ONE HUNDRED
THIRTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY
PROOFS OF CLAIM AS EQUITY INTERESTS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator, under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for the entities in the above-referenced chapter 11 cases, is withdrawing without prejudice its One Hundred Thirty-Fifth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests)

[ECF 16808], solely with respect to the claims identified on Exhibit A annexed hereto (the "Claims").

Dated: November 20, 2012
      New York, New York

          /s/ Robert J. Lemons
          Robert J. Lemons

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Attorneys for Lehman Brothers Holdings Inc.
          and Certain of Its Affiliates

# EXHIBIT A

| CLAIMANT NAME | CLAIM NO. |
| --- | --- |
| Vincent Primiano | 31794 |
| Vincent Primiano | 31797 |
| Vincent Primiano | 31798 |
| Vincent Primiano | 31799 |
| Vincent Primiano | 31800 |
| Vincent Primiano | 31801 |
| Vincent Primiano | 31802 |
| Vincent Primiano | 31803 |
| Vincent Primiano | 31804 |
| Vincent Primiano | 31805 |
| Vincent Primiano | 31806 |
| Vincent Primiano | 31807 |
| Vincent Primiano | 31808 |
| Vincent Primiano | 31809 |
| Vincent Primiano | 31810 |
| Vincent Primiano | 31811 |
| Vincent Primiano | 31812 |
| Vincent Primiano | 31813 |

US_ACTIVE:\44141392\1\58399.0011